AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Blake Lively <br><br> *Plaintiff(s)* <br> v. <br> WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, and JENNIFER ABEL, an individual <br> *Defendant(s)* | Civil Action No. 24-10049 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attachment.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael J. Gottlieb
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, D.C. 20006
Mgottlieb@willkie.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/2/2025

s/ G. Pisarczyk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Blake Lively v. WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, and JENNIFER ABEL, an individual*

ATTACHMENT TO SUMMONS

**DEFENDANTS TO BE SERVED:**

Wayfarer Studios LLC
c/o Erin Haggerty (Registered Agent)
1325 J Street Suite 1550
Sacramento, CA 95814

Justin Baldoni
13202 Ojai Road
Santa Paula, CA 93060-9507

Jamey Heath
4161 W. 60th Street
Los Angeles, CA 90043-3601

Steve Sarowitz
281 Roger Williams Avenue
Highland Park, IL 60035-4700

It Ends With Us Movie LLC
c/o Bill Harve (Registered Agent)
1401 21st Street Suite R
Sacramento, CA 95811

Melissa Nathan
5108 Strohm Ave.
North Hollywood, CA 91601-4153

The Agency Group PR LLC
c/o Erin Haggerty (Registered Agent)
1325 J Street Suite 1550
Sacramento, CA 95814

Jennifer Abel
119 N. Swall Drive
Beverly Hills, CA 90211-1903