UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>                    Plaintiff,<br><br>- against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                    Defendants. | Case No: 24-cv-10049 (LJL) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael Gottlieb of Willkie Farr & Gallagher LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Blake Lively in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated:  Washington, DC
        January 19, 2025

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb
1875 K Street NW
Washington, DC  20006-1238
(202) 303-1000
mgottlieb@willkie.com

*Counsel for Plaintiff Blake Lively*