UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**
                     **Plaintiff(s)**

                                              VS.                        Case No: 1:24-cv-10049-LJL

**Wayfarer Studios LLC, et al.**
                     **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Cheryl Stinson, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits in the above entitled case.

That on 01/16/2025 at 02:40 PM I personally served Justin Baldoni with the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits at 13202 Ojai Road, Santa Paula, California 93060

Justin Baldoni is described herein as:

Gender:   Male       Race/Skin:   Caucasian        Age:   40       Weight:   180        Height:   6'0"        Hair:   Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/17/2025

*[signature]*

Cheryl Stinson

Client Ref Number: N/A
Job #:12524131

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050