# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br><br>   Plaintiff,<br><br>  v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>   Defendants. | Case No.:  1:24-cv-10049<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE***<br>**OF STEPHANIE ROESER** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Rule 1.3"), Esra Hudson of Manatt, Phelps & Phillips, LLP respectfully moves this Court for an order for admission to appear *Pro Hac Vice* as counsel for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

  As detailed in the Declaration of Esra Hudson submitted contemporaneously herewith, I am in good standing of the bar of the State of California.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein.

                                                      Respectfully submitted,

January 21, 2025                      By:  */s/ Stephanie A. Roeser*
                                                          Stephanie Roeser
                                                          MANATT, PHELPS & PHILLIPS, LLP
                                                          2049 Century Park East, Suite 1700
                                                          Los Angeles, CA 90067
                                                          SRoeser@manatt.com
                                                          Telephone: (310) 312-4207