UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br><br>   Plaintiff,<br><br>  v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>   Defendants. | Case No.: 1:24-cv-10049<br><br>**DECLARATION OF STEPHANIE ROESER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Stephanie A. Roeser, pursuant to Local Rule 1.3, declare as follows:

  1.  I am an attorney licensed to practice law in California and am a partner at the law firm of Manatt, Phelps & Phillips, LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

  2.  I make this declaration in support of my motion for admission *pro hac vice* in the United States District Court for the Southern District of New York, for the purposes of appearing as counsel for Plaintiff Blake Lively in connection with the above-captioned matter.

  3.  As shown in the Certificate of Good Standing filed herewith, I am a member in good standing of the bar of the State of California (Bar No. 306343).

  4.  I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. In addition, I have not been subject to discipline by any court or administrative body and no such disciplinary proceedings are pending against me.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 21st day of January 2025.

Respectfully submitted,

January 21, 2025                          By: /s/ Stephanie A. Roeser
                                              Stephanie A. Roeser
                                              MANATT, PHELPS & PHILLIPS, LLP
                                              2049 Century Park East, Suite 1700
                                              Los Angeles, CA 90067
                                              SRoeser@manatt.com
                                              Telephone: (310) 312-4207