

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### STEPHANIE ANNE ROESER

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that STEPHANIE ANNE ROESER, #306343, was on the 2nd day of **December 2015** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 31st day of December 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: /s/ Zenate Ali
Zenate Ali, Assistant Deputy Clerk

