UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br><br>        Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>        Defendants. | Case No.: 1:24-cv-10049<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHANIE ROESER** |

    The motion of Stephanie Roeser ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

        Applicant's Name:  Stephanie Roeser
        Firm Name:  Manatt, Phelps & Phillips, LLP
        Address:  2049 Century Park East, Suite 1700
        City/State/Zip:  Los Angeles, California 90067
        Telephone:  (310) 312-4207

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Blake Lively in the above-captioned action.

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
                                                                          Honorable Lewis J. Liman