UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**
                              Plaintiff(s)
                                                      VS.                    Case No: 1:24-cv-10049-LJL
**Wayfarer Studios LLC**
                              Defendant(s)

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits in the above entitled case.

That on 01/08/2025 at 07:03 AM, I personally served Jamey Heath with the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits at 4161 West 60th Street, Los Angeles, California 90043

Jamey Heath is described herein as:

Gender:   Male     Race/Skin:   Black      Age:   55+      Weight:   175          Height:   5'7"          Hair:   Black/Balding

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/09/2025

Carlos Canas

Client Ref Number: N/A
Job #:12441197

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050