UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**
                              *Plaintiff(s)*

                                             VS.                    Case No: 1:24-cv-10049-LJL

**Wayfarer Studios LLC**
                              *Defendant(s)*

### AFFIDAVIT OF SERVICE

I, Richard Gerber, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits in the above entitled case.

That on 01/10/2025 at 10:25 AM I personally served Steve Sarowitz with the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits at 770 Rice Street, Highland Park, Illinois 60035

Steve Sarowitz is described herein as:

Gender:  Male     Race/Skin:  Caucasian     Age:  60     Weight:  185     Height:  6'4"     Hair:  Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/10/2025

_____
Richard Gerber

Client Ref Number: N/A
Job #:12440793