

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ESRA ACIKALIN HUDSON*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ESRA ACIKALIN HUDSON **#202881**, was on the **29th** day of **November 1999** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 31st day of December 2024.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: *Zenate Ali*
Zenate Ali, Assistant Deputy Clerk

