UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br><br>       Plaintiff,<br><br>  v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>       Defendants. | Case No.: 1:24-cv-10049<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ESRA HUDSON** |

      The motion of Esra Hudson ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

           Applicant's Name:   Esra Hudson
           Firm Name:          Manatt, Phelps & Phillips, LLP
           Address:             2049 Century Park East, Suite 1700
           City/State/Zip:     Los Angeles, California 90067
           Telephone:          (310) 312-4381

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Blake Lively in the above-captioned action.

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                                                             Honorable Lewis J. Liman