UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**
        *Plaintiff(s)*

            VS.      Case No: 1:24-cv-10049-LJL

**Wayfarer Studios LLC**
        *Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Andrew Cornwell, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/03/2025 at 01:45 PM I served It Ends With Us Movie LLC c/o Registered Agents Inc., Registered Agent at 1401 21st Street, Suite R, Sacramento, California 95811 with the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits. Service was accepted by Kristi Briggs, Agent, authorized to accept service on behalf of Registered Agents Inc., who received on behalf of the registered agent.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

January 06, 2025
Executed on

*Andrew Cornwell*

Client Ref Number: N/A
Job #:12441535

Case 1:24-cv-10049-LJL     Document 13     Filed 01/21/25     Page 2 of 2