UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**

                                 **Plaintiff(s)**

                                                  VS.                              **Case No: 1:24-cv-10049-LJL**

**Wayfarer Studios LLC**

                                 **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits in the above entitled case.

That on 01/08/2025 at 08:40 AM I served Melissa Nathan at 5108 Strohm Avenue, North Hollywood, California 91601 with the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits by serving John Doe, housemate of Melissa Nathan, a person of suitable age and discretion, who stated that he/she resides therein with Melissa Nathan.

John Doe is described herein as:

Gender:  Male    Race/Skin:  Hispanic    Age:  40's    Weight:  250    Height:  6'0"    Hair:  Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/09/2025

*Carlos Canas*
Client Ref Number: N/A
Job #:12441333

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050