UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**
          *Plaintiff(s)*

          VS.          Case No: 1:24-cv-10049-LJL

**Wayfarer Studios LLC**
          *Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Andrew Cornwell, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/03/2025 at 01:27 PM I served The Agency Group PR LLC c/o Cogency Global Inc., Registered Agent with the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits by serving The Agency Group PR LLC c/o Cogency Global Inc., Registered Agent, at 1325 J Street, Suite 1550, Sacramento, California 95814. Service was accepted by a Legal Representative of Cogency Global Inc., who received on behalf of the registered agent.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/06/2025

*Andrew Cornwell*

Client Ref Number: N/A
Job #:12441905

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050