UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively**
                              Plaintiff(s)
                                                          VS.               Case No: 1:24-cv-10049-LJL
**Wayfarer Studios LLC**
                              Defendant(s)

### AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits in the above entitled case.

That on 01/08/2025 at 07:55 AM I served Jennifer Abel at 119 North Swall Drive, Beverly Hills, California 90211 with the Summons with Attachment, Civil Cover Sheet with Attachment A, and Complaint with Exhibits by serving Chris Vanger, housemate of Jennifer Abel, a person of suitable age and discretion, who stated that he/she resides therein with Jennifer Abel.

Chris Vanger is described herein as:

Gender:   Male      Race/Skin:   Caucasian        Age:   40      Weight:   200         Height:   6'0"        Hair:   Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/09/2025

*signature*

Carlos Canas
Client Ref Number: N/A
Job #:12441378

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050