UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>      Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Kevin Fritz of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of defendants **WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC,** and **JENNIFER ABEL**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    January 22, 2025

**MEISTER SEELIG & FEIN PLLC**

By: */s/ Kevin Fritz*
   Kevin Fritz
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail: kaf@msf-law.com
*Attorneys for Defendants*