UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>                Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br><br>**MOTION FOR ADMISSION OF BRYAN J. FREEDMAN**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Bryan J. Freedman, Esq., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the defendants in the above-captioned action.

Bryan J. Freedman is a member in good standing of the State Bar of California. A copy of Mr. Freedman's Certificate of Good Standing is attached hereto as **Exhibit 1**.

A form of proposed order is submitted herewith.

Dated: New York, New York
        January 23, 2025

**MEISTER SEELIG & FEIN PLLC**

By:   */s/ Kevin Fritz*
      Mitchell Schuster
      Kevin Fritz
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
E-mail: ms@msf-law.com
        ksf@msf-law.com
*Attorneys for Defendants*