UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>  Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>  Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br><br>**AFFIDAVIT OF MILES COOLEY IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

STATE OF CALIFORNIA      )
                         ) :SS
COUNTY OF LOS ANGELES    )

Miles Cooley, being duly sworn deposes and states:

1. I am a partner of LINER FREEDMAN TAITELMAN + COOLEY LLP with offices at 1801 Century Park West, Fifth Floor, Los Angeles, CA 90067. My phone number and email address are: 310-201-4297; MCooley@lftcllp.com.

2. I make this affidavit pursuant to Local Civil Rule 1.3(c) in support of defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel's motion to admit me *pro hac vice* to represent defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve

Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel in this action.

3. I principally practice law in the state of California.

4. I am a member in good standing of the California bar. My Certificate of Good Standing is submitted herewith.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission, or readmission by any court.

7. There are no disciplinary proceedings pending against me.

Sworn Before me this
____ day of January 2025

_____
Notary Public

_____
Miles Cooley

2

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___LOS ANGELES___ )

On __JANUARY 23, 2025__ before me, __CHRISTINA PARKER, NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared _____MILES COOLEY_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CHRISTINA A. PARKER
Notary Public - California
Los Angeles County
Commission # 2364441
My Comm. Expires Jul 6, 2025