UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>      v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>      Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br><br>**MOTION FOR ADMISSION OF SUMMER E. BENSON** *PRO HAC VICE* |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Summer E. Benson, Esq., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the defendants, in the above-captioned action.

  Summer E. Benson is a member in good standing of the State Bar of California. A copy of Ms. Benson's Certificate of Good Standing is attached hereto as **Exhibit 1**.

  A form of proposed order is submitted herewith.

| | |
|---|---|
| Dated: New York, New York<br>    January 23, 2025 | **MEISTER SEELIG & FEIN PLLC**<br><br>By: */s/ Kevin Fritz*<br>   Mitchell Schuster<br>   Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, New York 10017<br>Tel: (212) 655-3500<br>E-mail: ms@msf-law.com<br>      kaf@msf-law.com<br><br>*Attorneys for Defendants* |