USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
:
Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
:
WAYFARER STUDIOS LLC, a Delaware Limited :
Liability Company, JUSTIN BALDONI, an individual, :
JAMEY HEATH, an individual, STEVE SAROWITZ, an :
individual, IT ENDS WITH US MOVIE LLC, a :
California Limited Liability Company, MELISSA :
NATHAN, an individual, THE AGENCY GROUP PR :
LLC, a Delaware Limited Liability Company, JENNIFER :
ABEL, an individual, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The initial pretrial conference currently scheduled for February 12, 2025, is rescheduled to February 3, 2025, at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. The parties shall be prepared to address the letter motion regarding pretrial publicity and attorney conduct at the initial pretrial conference. *See* Dkt. Nos. 17, 27, 43.

      Pending responses to the order to show cause at Dkt. No. 37 in 25-cv-449, the Court plans to consolidate this matter with *Wayfarer Studios LLC v. Lively et al.*, 25-cv-449, and set both matters for trial on March 9, 2026, at 9:30 a.m. By Thursday, January 30, 2025, the parties shall submit a case management plan with deadlines which would enable trial to occur on that date.

      SO ORDERED.

Dated: January 27, 2025
      New York, New York

                                        LEWIS J. LIMAN
                                  United States District Judge