UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, and JENNIFER ABEL, an individual,<br><br>　　　　　　　　　Defendants.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>　　　　　　　　　Defendants. | No. 1:24-cv-10049-LJL  (Consolidated with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned attorney, Sigrid S. McCawley, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Leslie Sloane and Vision PR, Inc., in the above-captioned proceeding.

Dated: February 2, 2025					Respectfully submitted,
      Fort Lauderdale, Florida

                                              **BOIES SCHILLER FLEXNER LLP**

                                       /s/ Sigrid S. McCawley
                                       Sigrid S. McCawley
                                       Boies Schiller Flexner LLP
                                       401 E. Las Olas Blvd. Suite 1200
                                       Fort Lauderdale, FL 33316
                                       Phone: (954) 356-0011
                                       Fax: (954) 356-0022
                                       smccawley@bsfllp.com

                                       *Attorney for Defendants Leslie Sloane and Vision PR, Inc.*