UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                          Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, and JENNIFER ABEL, an individual,<br><br>                          Defendants.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>                          Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>                          Defendants. | No.  1:24-cv-10049-LJL   (Consolidated with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that the undersigned attorney, Andrew Villacastin, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Leslie Sloane and Vision PR, Inc., in the above-captioned proceeding.

Dated: February 2, 2025  
      New York, New York

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ Andrew Villacastin  
Andrew Villacastin  
Boies Schiller Flexner LLP  
55 Hudson Yards  
New York, NY 10001  
Tel: (212) 909-7628  
AVillacastin@bsfllp.com

*Attorney for Defendants Leslie Sloane and Vision PR, Inc*