UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, and JENNIFER ABEL, an individual,<br><br>                      Defendants. | No. 1:24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual,<br><br>                      Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, and VISION PR, INC., a New York corporation,<br><br>                      Defendants. | |

PLEASE TAKE NOTICE that the undersigned attorney, Lindsey Ruff, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Leslie Sloane and Vision PR, Inc., in the above-captioned proceeding.

Dated: February 2, 2025　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　**BOIES SCHILLER FLEXNER LLP**

　　　　　　　　　　　　　　　　　　　　 /s/ Lindsey Ruff
　　　　　　　　　　　　　　　　　　　　Lindsey Ruff
　　　　　　　　　　　　　　　　　　　　Boies Schiller Flexner LLP
　　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　Tel: (212) 754-4372
　　　　　　　　　　　　　　　　　　　　LRuff@BSFLLP.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Leslie Sloane and Vision PR, Inc.*