UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>                       Plaintiff,<br><br>- against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                       Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                       Plaintiff,<br><br>- against -<br><br>BLAKE LIVELY, ET AL.<br><br>Defendants. | Case No: 24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Meryl C. Governski hereby move this court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Blake Lively and Ryan Reynolds in the above-captioned action.

      As described in my declaration submitted contemporaneously herewith, I am in good standing of the bars of the District of Columbia and the state of Maryland. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein.

- 1 -

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: February 3, 2025

                                         Respectfully submitted,

                                         By: */s/ Meryl C. Governski*
                                              Meryl C. Governski (Admission *Pro Hac Vice* Pending)
                                              Willkie Farr & Gallagher LLP
                                              1875 K Street, N.W.
                                              Washington, DC 20006
                                              Tel.: (202) 303-1016
                                              mgovernski@willkie.com

                                              *Counsel for Blake Lively and Ryan Reynolds*