UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>       Plaintiff,<br><br>  - against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>       Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>       Plaintiff,<br><br>  - against -<br><br>BLAKE LIVELY, ET AL.<br><br>Defendants. | Case No: 24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

**AFFIDAVIT OF MERYL C. GOVERNSKI IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Meryl C. Govemski, declare and state as follows:

  1.  I am a partner at the law firm of Willkie Farr & Gallagher LLP, located at 1875 K Street, N.W., Washington, DC 20006, phone number (202) 303-1016, facsimile (202) 303-2000. I respectfully submit this affidavit in support of my motion for admission pro hac vice to represent Blake Lively and Ryan Reynolds in connection with the above-captioned case.

  2.  I am currently a member in good standing of the bars of the District of Columbia and the State of Maryland, as shown in the Certificates of Good Standing filed in connection with my motion, and I have been admitted to practice before the United States District Court

for the District of Columbia and other federal courts.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings presently against me in any state or federal court.

6. I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Courts for the Southern District of New York.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 3 day of February 2025 in New York, New York.

_____
Meryl C. Governski

Subscribed and sworn before me in New York, New York this 3 day of February, 2025.

_____
Notary Public

ELIZABETH C. KOHLER
Notary Public, State of New York
No. 01KO0018369
Qualified in New York County
Commission Expires Dec. 10, 2027

- 2 -