UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>                     Plaintiff,<br><br>- against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                     Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                     Plaintiff,<br><br>- against -<br><br>BLAKE LIVELY, ET AL.<br><br>Defendants. | Case No: 24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL) |

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Meryl C. Governski to be admitted, *pro hac vice*, to represent Blake Lively and Ryan Reynolds in the above-captioned case, and upon the movant's certification that the movant is a member of good standing of the bar in the bars of the District of Columbia and the State of Maryland and the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Meryl C. Governski, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case to represent Blake Lively and Ryan Reynolds in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February __, 2025
      New York, New York

                                                                                                               _____
                                                                                                             UNITED STATES DISTRICT COURT JUDGE