United States District Court
Southern District of New York

WAYFARER STUDIOS LLC, et al.,

                              Plaintiffs,

-against-

BLAKE LIVELY, et al.,

                              Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No. 1:24-cv-10049-LJL
Date Filed 2/5/2025

State of New York )
                      ss:
County of Albany )

Michael E. Vinetti, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on February 7, 2025 at approximately 12:00 PM deponent served the following specific papers: Summons in a Civil Action, First Amended Complaint, Order, Case Management Plan and Scheduling Order, that the party served was The New York Times Company, a non-party entity, by personally serving one copy of the aforesaid papers at the office of the registered agent authorized by appointment, Corporation Service Company, located at 80 State Street, 10th Floor, in the City of Albany, New York by delivering to and leaving the papers with A Legal Representative of CSC, a white male with reddish brown hair, being approximately 45 years of age; height of 6'2", weight of 220 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                                     _____
                                                                     Michael E. Vinetti

Sworn to before me this __7__ day of February, 2025

_____
Carla J. Vinetti
Notary Public — State of New York
Qualified in Albany County
Registration No. 01VI6051462
Commission Expires: 12-04-2026