AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BLAKE LIVELY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-10049-LJL |
| WAYFARER STUDIOS LLC, ET AL. ) | 1:25-cv-00449-LJL |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blake Lively and Ryan Reynolds                                                            .

Date: 02/26/2025

/s/ Matthew F. Bruno
*Attorney's signature*

Matthew F. Bruno # 5533500
*Printed name and bar number*

Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036
*Address*

mbruno@manatt.com
*E-mail address*

(212) 790-4525
*Telephone number*

(212) 790-4545
*FAX number*