```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
BLAKE LIVELY,                                                :
                                                             :
                    Plaintiff,                               :    24-cv-10049 (lead case);
                                                             :    25-cv-449 (member case)
          -v-                                                :
                                                             :           ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                        :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                    :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                     :
GROUP PR LLC, JENNIFER ABEL,                                 :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------X
                                                             :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                        :
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,                      :
MELISSA NATHAN, and JENNIFER ABEL,                           :
                                                             :
                    Plaintiffs,                              :
                                                             :
          -v-                                                :
                                                             :
BLAKE LIVELY, RYAN REYNOLDS, LESLIE                          :
SLOANE, VISION PR, INC., THE NEW YORK TIMES                  :
COMPANY.                                                     :
                                                             :
                    Defendants.                              :
                                                             X
-------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

The Court will hold a video conference via Microsoft Teams on the motion for a protective order at Dkt. No. 89 in 24-cv-10049 and the motion for a protective order at Dkt. No. 24 in 25-cv-779 on Thursday, March 6, 2025, at 10:00 a.m.

2

The parties shall be provided instructions for hearing access via email. The Court will post an audio-only dial-in number on the docket for the public and press to access the hearing.

SO ORDERED.

Dated: March 3, 2025
      New York, New York

                                             LEWIS J. LIMAN
                                        United States District Judge