UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
BLAKE LIVELY,

                  Plaintiff,

    - against -

WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,

                  Defendant.
———————————————————————— x

WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,

                  Plaintiffs,

    - against -

BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,

                  Defendants.
———————————————————————— x

Case: 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)
rel. 1:25-cv-00779-LJL

**STATEMENT PURSUANT TO FRCP RULE 7.1**

**STATEMENT PURSUANT TO FRCP RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The New York Times Company, a publicly traded company that is a citizen of the State of New York, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
February 13, 2025

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    By: */s/ Katherine M. Bolger*

    Katherine M. Bolger
    (N.Y. Bar No. 2976868)
    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, New York 10020
    Telephone:    (212) 489-8230
    Facsimile:    (212) 489-8340

    *Attorneys for Defendant The New York Times Company*

4929-2926-6714v.2 0034735-000142