# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>       Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>       Defendants. | |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Bryan J. Freedman of Liner Freedman Taitelman + Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, California 90067, hereby appears on behalf of Defendants **WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC,** and **JENNIFER ABEL**; and Consolidated Plaintiffs **WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL,** and **STEVE SAROWITZ**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice *pro hac vice* in this Court.

Respectfully submitted,

Dated:   Los Angeles, California
         March 18, 2025

**LINER FREEDMAN TAITELMAN + COOLEY LLP**
By:  */s/ Bryan J. Freedman*
     Bryan J. Freedman (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
E-mail:  bfreedman@lftcllp.com

*Attorneys for Defendants and Consolidated Plaintiffs*