UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>                    Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>                    Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>                    Defendants. | |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Theresa M Troupson of Liner Freedman Taitelman & Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, CA 90067, hereby appears on behalf of Defendants/Consolidated Plaintiffs **WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN,** and **JENNIFER ABEL;** and on behalf of Defendant **THE AGENCY GROUP PR LLC**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted *pro hac vice* in this case. See ECF Doc. No. 41.

Dated: Los Angeles, California
March 18, 2025

**LINER FREEDMAN TAITELMAN + COOLEY LLP**

By: */s/ Theresa M Troupson*
Theresa M Troupson
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: ttroupson@lftcllp.com

*Attorneys for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, and Jennifer Abel; and Defendant The Agency Group PR LLC*