**EXHIBIT A**

| | |
|---|---|
| **From:** | Bender, Kristin |
| **To:** | Kevin A. Fritz |
| **Cc:** | Jason Sunshine; Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Hudson, Esra; Roeser, Stephanie; Sigrid McCawley; lruff@bsfllp.com; Andrew Villacastin; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com; Bryan Freedman; Theresa Troupson; Summer Benson; Miles Cooley; Mitch Schuster; Amit Shertzer; Cortni Davis; Jose Perez; Vaneta Birtha; mitra@ahouraianlaw.com |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL |
| **Date:** | Friday, February 14, 2025 2:01:41 PM |
| **Attachments:** | image001.png |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Hi Kevin,

To reiterate our call just now, we asked you to provide legal authority to support your position with respect to the phone carrier subpoenas. You refused to do so and said you would provide authority to the Court. We are again requesting that you provide such authority to us before filing anything with the Court so that we may meaningfully meet and confer. We do not think your demand that we immediately withdraw the subpoenas while the meet and confer process is ongoing is appropriate, nor do we anticipate that the just-served carriers will produce the records early, prior to the opportunity to review any legal authority for your position. However, to allow for the necessary time to consider any cases you have in support of the Wayfarer Parties' position, in the highly unlikely event that documents are produced in connection with the subpoenas in advance, we can agree as officers of the Court not to access or review the materials until the parties' meet and confer process is completed.

Best,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Friday, February 14, 2025 3:25 PM
**To:** Bender, Kristin <KBender@willkie.com>
**Cc:** Jason Sunshine <jsunshine@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; ehudson@manatt.com; sroeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; lruff@bsfllp.com; Andrew Villacastin <AVillacastin@bsfllp.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson

<sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

**\*\*\* EXTERNAL EMAIL \*\*\***

For anyone who wants to join: conference Number 267-930-4000,, 170343230#



**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York    |    New Jersey    |    Connecticut    |    California    |    Website

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, February 14, 2025 3:23 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>
**Cc:** Jason Sunshine <jsunshine@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; ehudson@manatt.com; sroeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; lruff@bsfllp.com; Andrew Villacastin <AVillacastin@bsfllp.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Sounds good, I'll give you a call then.

Best,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Friday, February 14, 2025 3:14 PM
**To:** Bender, Kristin <KBender@willkie.com>
**Cc:** Jason Sunshine <jsunshine@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; ehudson@manatt.com; sroeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; lruff@bsfllp.com; Andrew Villacastin <AVillacastin@bsfllp.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

**\*\*\* EXTERNAL EMAIL \*\*\***

Thanks. Let's do 4pm.



**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com

New York    |    New Jersey    |    Connecticut    |    California    |    Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this

communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, February 14, 2025 2:47 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>
**Cc:** Jason Sunshine <jsunshine@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; ehudson@manatt.com; sroeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; lruff@bsfllp.com; Andrew Villacastin <AVillacastin@bsfllp.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Hi Kevin,

Further to the below, please advise whether you are available to meet at 3:30 pm est or another time this afternoon that works for you (and any others who would like to join).

Thanks,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Thursday, February 13, 2025 8:13 PM
**To:** Bender, Kristin <KBender@willkie.com>
**Cc:** Jason Sunshine <jsunshine@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski,

Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; ehudson@manatt.com; sroeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; lruff@bsfllp.com; Andrew Villacastin <AVillacastin@bsfllp.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com

**Subject:** Re: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

**\*\*\* EXTERNAL EMAIL \*\*\***

Sure, thanks.


Meister Seelig & Fein PLLC
**Kevin A. Fritz**
Partner

125 Park Avenue  |  7th Floor  |  New York, NY  |  10017
Direct (212) 655-3570  |  Firm (212) 655-3500  |  Fax (646) 564-4819  |  kaf@msf-law.com
New York  |  New Jersey  |  Connecticut  |  California  |  Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP  which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
**IRS CIRCULAR 230 DISCLOSURE:** As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.


On Feb 13, 2025, at 7:51 PM, Bender, Kristin <KBender@willkie.com> wrote:

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless

> you can confirm the sender and know the content is safe.

Thanks, Kevin.

Unfortunately I am in a deposition tomorrow but am doing my best to accommodate this request within the 48-hour window despite the holiday. If it ends early, I can let you know, does that work?

Best,
Kristin

—

On February 13, 2025 at 7:28:13 PM EST, Kevin A. Fritz <kaf@msf-law.com> wrote:

> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Kristin:
>
> I'm referencing the subpoenas to AT&T, Verizon and T-Mobile. With respect to your suggestion that we meet and confer at 6pm on February 14, that is the evening of Valentine's Day and the eve of a long weekend. Are you available at any time prior to 3pm EST?
>
> Meister Seelig & Fein PLLC
> **Kevin A. Fritz**
> Partner
>
> 125 Park Avenue | 7th Floor | New York, NY | 10017
> Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
> New York | New Jersey | Connecticut | California | Website
>
> **IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.**
> **NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please**

notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.

IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

> On Feb 13, 2025, at 3:03 PM, Bender, Kristin <KBender@willkie.com> wrote:
>
> > **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.
>
> Hi Kevin,
>
> Please identify which subpoenas you're referencing. We are available to connect tomorrow at 6 pm est regarding your objections as well as the proposed protective order.
>
> Thanks,
> Kristin
>
>
> **Kristin Bender**
> **Willkie Farr & Gallagher LLP**
> 1875 K Street, N.W. | Washington, DC 20006-1238
> Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
> kbender@willkie.com | vCard | www.willkie.com bio
>
> **From:** Kevin A. Fritz <kaf@msf-law.com>
> **Sent:** Wednesday, February 12, 2025 9:56 PM
> **To:** Bender, Kristin <KBender@willkie.com>
> **Cc:** Jason Sunshine <jsunshine@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; ehudson@manatt.com; sroeser@manatt.com; Sigrid McCawley

<smccawley@bsfllp.com>; lruff@bsfllp.com; Andrew Villacastin <AVillacastin@bsfllp.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com

**Subject:** Re: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

**\*\*\* EXTERNAL EMAIL \*\*\***

Kristin:

Pursuant to the Judge's Rules, please let us know when you are available to telephonically meet and confer, within the next 48 hours, concerning our objections to your subpoenas. Thank you.


Meister Seelig & Fein PLLC
**Kevin A. Fritz**
Partner

125 Park Avenue **|** 7th Floor **|** New York, NY **|** 10017
Direct (212) 655-3570 **|** Firm (212) 655-3500 **|** Fax (646) 564-4819 **|** kaf@msf-law.com
New York **|** New Jersey **|** Connecticut **|** California **|** Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If**

**you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.**
**IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.**

On Feb 12, 2025, at 12:02 AM, Bender, Kristin <KBender@willkie.com> wrote:

CAUTION: This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Counsel:

Please see the attached notices for subpoenas relating to the above-captioned matters.

Best,
Kristin


Kristin Bender
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245<tel:+12023031245> |
Mobile: +1 703 732 4995<tel:+17037324995>
kbender@willkie.com<mailto:kbender@willkie.com> |
vCard<https://www.willkie.com/professionals/b/bender-kristin?format=vcf> | www.willkie.com
bio<https://www.willkie.com/professionals/b/bender-kristin>

From: Jason Sunshine <jsunshine@lftcllp.com>
Sent: Tuesday, February 11, 2025 7:38 PM
To: Gottlieb, Michael <MGottlieb@willkie.com>;

Bender, Kristin <KBender@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; EHudson@manatt.com; SRoeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; LRuff@bsfllp.com; Andrew Villacastin <AVillacastin@BSFLLP.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com
Cc: Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
Subject: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

*** EXTERNAL EMAIL ***

Counsel:

Please take notice of the attached subpoena in the above-captioned matters.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com<https://urldefense.com/v3/__http:/www.lftcllp.com/__;!!O6UFbZt64g!NvAumKQa-lDfb1wojQOZVeQgTjAHcbB78gtPs20H6f9YR3DMIHf

B65w0SDD69JMnUi3x0tS6js8wI6jefuA$>

Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

_____
Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.
<2025.02.12 Notice of Verizon Subpoena.pdf>
<2025.02.12 Notice of AT&T Subpoena.pdf>
<2025.02.12 Notice of T-Mobile US Subpoena.pdf>
<2025.02.12 Notice of Cloudflare Subpoena.pdf>
<2025.02.12 Yahoo Inc. Subpoena.pdf>
<2025.02.12 Notice of Jed Wallace Subpoena.pdf>

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership

> organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.