**EXHIBIT B**

| | |
|---|---|
| **From:** | Jason Sunshine |
| **To:** | Bender, Kristin; Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Hudson, Esra; Roeser, Stephanie; Sigrid McCawley; LRuff@bsfllp.com; Andrew Villacastin; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com |
| **Cc:** | Bryan Freedman; Theresa Troupson; Summer Benson; Miles Cooley; Local MS. Counsel; Local KAF. Counsel; Amit Shertzer; Cortni Davis; Jose Perez; Vaneta Birtha; mitra@ahouraianlaw.com |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL |
| **Date:** | Friday, February 14, 2025 3:33:09 PM |
| **Attachments:** | Notice of Objection to T-Mobile Subpoena(387991.1).pdf<br>Notice of Objection to Verizon Subpoena(387990.1).pdf<br>Notice of Objection to ATT Subpoena(387989.1).pdf |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Counsel:

Please see the attached notices of objection to the Verizon, T-Mobile, and AT&T subpoenas served on their registered agents today.

Thanks,
Jason


Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Tuesday, February 11, 2025 8:59 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; EHudson@manatt.com; SRoeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; LRuff@bsfllp.com; Andrew Villacastin <AVillacastin@BSFLLP.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com;

nicholasinns@quinnemanuel.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

Counsel:

Please see the attached notices for subpoenas relating to the above-captioned matters.

Best,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Tuesday, February 11, 2025 7:38 PM
**To:** Gottlieb, Michael <MGottlieb@willkie.com>; Bender, Kristin <KBender@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; EHudson@manatt.com; SRoeser@manatt.com; Sigrid McCawley <smccawley@bsfllp.com>; LRuff@bsfllp.com; Andrew Villacastin <AVillacastin@BSFLLP.com>; kristintahler@quinnemanuel.com; maarenshah@quinnemanuel.com; nicholasinns@quinnemanuel.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Amit Shertzer <as@msf-law.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Subject:** Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL; Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

Please take notice of the attached subpoena in the above-captioned matters.

Thanks,

Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.