UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, JED WALLACE, an individual, and STREET RELATIONS INC., a California Corporation,<br><br>　　　　　　　Defendants. | No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, and JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York Corporation, and THE NEW YORK TIMES COMPANY, a New York Corporation,<br><br>　　　　　　　Defendants. | |

**NOTICE OF VISION PR, INC. AND LESLIE SLOANE'S MOTION TO DISMISS THE AMENDED COMPLAINT, FOR ATTORNEYS' FEES AND COSTS, AND TO STRIKE EXHIBIT A**

PLEASE TAKE NOTICE that for the reasons stated in the Memorandum of Law submitted herewith, Leslie Sloane and Vision PR, Inc., by and through their attorneys, Boies Schiller Flexner LLP, hereby move this Court before the Honorable Lewis J. Liman, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15C, for an order (1) dismissing the claims against them with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6); (2) awarding them attorneys' fees and costs under New York's anti-SLAPP law; and (3) striking Exhibit A to the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f).

Dated:   February 20, 2025

                Respectfully submitted,

                BOIES SCHILLER FLEXNER LLP

                */s/ Sigrid S. McCawley*
Sigrid S. McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
smccawley@bsfllp.com

Andrew Villacastin
Lindsey Ruff
Rachael Schafer
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
avillacastin@bsfllp.com
lruff@bsfllp.com
rschafer@bsfllp.com

*Attorneys for Leslie Sloane and Vision PR, Inc.*