UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BLAKE LIVELY, | x<br>:<br>: | |
| Plaintiff, | : | Case: 1:24-cv-10049-LJL |
| | : | (Consolidated for pretrial purposes |
| - against - | : | with 1:25-cv-00449-LJL) |
| | : | rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |
| Defendant. | :<br>x | |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual, | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **MOTION FOR ADMISSION**<br>*PRO HAC VICE* |
| Plaintiffs, | : | |
| - against - | :<br>: | |
| BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation, | :<br>:<br>:<br>:<br>: | |
| Defendants. | :<br>x | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sam F. Cate-Gumpert hereby moves this Court for an Order for admission *Pro Hac Vice* to appear as counsel for Consolidated Defendant The New York Times Company in the above-captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: San Francisco, California
February 26, 2025

Respectfully Submitted,

By: *s/ Sam F. Cate-Gumpert*

Sam F. Cate-Gumpert
Davis Wright Tremaine LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Tel: 415.267.6500
Fax: 415.276.6599
Email: samcategumpert@dwt.com