UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,                                               x
                                                           :
                              Plaintiff,                   :   Case: 1:24-cv-10049-LJL
                                                           :   (Consolidated for pretrial purposes
              - against -                                  :   with  1:25-cv-00449-LJL)
                                                           :   rel. 1:25-cv-00779-LJL
WAYFARER STUDIOS LLC, a Delaware                           :
Limited  Liability Company, JUSTIN                         :
BALDONI, an individual, JAMEY HEATH, an                    :
individual, STEVE  SAROWITZ, an individual,                :
IT ENDS WITH US MOVIE LLC, a California                    :
Limited Liability Company, MELISSA                         :
NATHAN, an individual, THE  AGENCY                         :
GROUP PR LLC, a Delaware Limited Liability                 :
Company, JENNIFER ABEL, an individual,                     :
                                                           :
                              Defendant.                   :
_____x
WAYFARER STUDIOS LLC, a Delaware           x          **NOTICE OF MOTION**
Limited  Liability Company, JUSTIN                         :
BALDONI, an individual, JAMEY HEATH, an                    :
individual, IT ENDS WITH US MOVIE LLC, a                   :
California Limited Liability Company,                       :
MELISSA NATHAN, an individual, JENNIFER                    :
ABEL, an individual, and STEVE SAROWITZ,                   :
an individual,                                             :
                                                           :
                              Plaintiffs,                   :
                                                           :
              - against -                                  :
                                                           :
BLAKE LIVELY, an individual, RYAN                          :
REYNOLDS, an individual, LESLIE SLOANE,                    :
an individual, VISION PR, INC., a New York                 :
corporation, and THE NEW YORK TIMES                        :
COMPANY, a New York corporation,                           :
                                                           :
                              Defendants.                   x

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Declaration of Katherine M. Bolger dated February 28, 2025, and Exhibits 1-9 annexed thereto, Consolidated Defendant The New York Times Company ("*The Times*"), by and through its undersigned counsel, will move this Court before the Honorable Lewis L. Liman at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing the First Amended Complaint of Consolidated Plaintiffs Wayfarer Studios, LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie, LLC, Melissa Nathan, Jennifer Abel and Steve Sarowitz with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
February 28, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Katherine M. Bolger*

Katherine M. Bolger
Sam F. Cate-Gumpert (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340

*Attorneys for Defendant The New York Times Company*

1

TO: Jason Sunshine
Liner Freedman Taitelman & Cooley LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
310-201-0005
Fax: 310-201-0045
Email: jsunshine@lftcllp.com

Amit Shertzer
Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
212-655-3500
Fax: 212-655-3535
Email: as@msf-law.com

*Attorneys for Plaintiffs*
*Wayfarer Studios, LLC, Justin Baldoni,*
*Jamey Heath, It Ends With Us Movie, LLC,*
*Melissa Nathan, Jennifer Abel and Steve Sarowitz*

Michael Gottlieb
Willkie Farr & Gallagher LLP
1875 K Street NW
20006
Washington, DC 20015
202-303-1442
Fax: 202-303-2442
Email: mgottlieb@willkie.com

*Attorneys for Defendants*
*Blake Lively and Ryan Reynolds*

Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
Email: smccawley@bsfllp.com

*Attorneys for Defendants*
*Leslie Sloane and Vision PR, Inc.*