# EXHIBIT 2

Video lodged in hard copy with the court