# EXHIBIT 4

From: **Jennifer Abel**
Date: Fri, Dec 20, 2024 at 11:54 PM
Subject: Re: URGENT questions from New York Times
To: Megan Twohey
Cc: Bryan Freedman <bfreedman@ftllp.com>, Melissa Nathan

Yes and Jed Wallace

Get Outlook for iOS

---

**From:** Megan Twohey
**Sent:** Friday, December 20, 2024 8:52:21 PM
**To:** Jennifer Abel
**Cc:** Bryan Freedman <bfreedman@ftllp.com>; Melissa Nathan
**Subject:** Re: URGENT questions from New York Times

Thank you for your response.
Can you kindly clarify who is represented by this statement?
Is this statement on behalf of Mr. Baldoni, Jamey Heath, Steve Sarowitz, you, Ms. Abel, and Melissa Nathan, who is ccd on this message?
Please let me know.

On Fri, Dec 20, 2024 at 11:16 PM Jennifer Abel wrote:

> Megan, please see the on-record statement that must be included in full; attributed to the attorney for Justin Baldoni, Wayfarer Studios and all its representatives, Bryan Freedman:
>
> "It is shameful that Ms. Lively and her representatives would make such serious and categorically false accusations against Mr. Baldoni, Wayfarer Studios and its representatives, as yet another desperate attempt to 'fix' her negative reputation which was garnered from her own remarks and actions during the campaign for the film; interviews and press activities that were observed publicly, in real time and unedited, which allowed for the internet to generate their own views and opinions. These claims are completely false, outrageous and intentionally salacious with an intent to publicly hurt and rehash a narrative in the media. Wayfarer Studios made the decision to proactively hire a crisis manager prior to the marketing campaign of the film, to work alongside their own representative with Jonesworks employed by Stephanie Jones, due to the multiple demands and

threats made by Ms. Lively during production which included her threatening to not showing up to set, threatening to not promote the film, ultimately leading to its demise during release, if her demands were not met.  It was also discovered that Ms. Lively enlisted her own representative, Leslie Sloan with Vision PR, who also represents Mr. Reynolds, to plant negative and completely fabricated and false stories with media, even prior to any marketing had commenced for the film, which was another reason why Wayfarer Studios made the decision to hire a crisis professional to commence internal scenario planning in the case they needed to address.  The representatives of Wayfarer Studios still did nothing proactive nor retaliated,  and only responded to incoming media inquiries to ensure balanced and factual reporting and monitored social activity.   What is pointedly missing from the cherry-picked correspondence is the evidence that there were no proactive measures taken with media or otherwise; just internal scenario planning and private correspondence to strategize which is standard operating procedure with public relations professionals."

**From:** Megan Twohey
**Date:** Friday, December 20, 2024 at 6:46 PM
**To:** Jennifer Abel

**Subject:** URGENT questions from New York Times

Ms. Abel:

We are reporting about a crisis communication operation, conducted on behalf of Justin Baldoni, Jamey Heath and Wayfarer Studios, to protect their reputations and harm Blake Lively's, as described in a legal complaint filed today.

Our reporting found that you participated in the effort, which was undertaken last summer out of concern that complaints Ms. Lively had made during the filming of "It Ends With Us" would become public during the movie's rollout.

We have learned that Ms. Lively filed the legal complaint against you, Mr. Baldoni, Mr. Heath, Steve Sarowitz, Wayfarer, Melissa Nathan and Jed Wallace, alleging sexual harassment, retaliation, and aiding and abetting of harassment and retaliation, among other claims. The complaint claims misconduct on the part of Mr. Baldoni and Mr. Heath during filming, including repeatedly violating physical boundaries and making sexual and other inappropriate comments.

The complaint includes a side letter to her contract, signed by Mr. Heath, in which the studio agreed to install more safeguards during filming and agreed not to retaliate against Ms. Lively. She is now saying they violated the terms of the letter.

The complaint includes extensive private text messages and emails that she obtained through a subpoena and that document the crisis communication operation. They include

2

exchanges involving you, your team, Mr. Baldoni and Mr. Heath. The New York Times reviewed these along with other documents.

We are seeking your response to the claims of retaliation through this P.R. campaign, and we would welcome the opportunity to talk with you on the record. Please offer any on-the-record comment, as well as any other information you think we should know. Additionally, please notify us of any inaccuracies. We need to hear back from you tomorrow by noon Eastern.

Among Ms. Lively's allegations:

–In May, several months after the filming wrapped, Mr. Baldoni was worried when he realized that Ryan Reynolds had blocked him on Instagram. "We should have a plan for IF she does the same when movie comes out," Mr. Baldoni wrote you in a text message. "Plans make me feel more at ease."

–You were already working as a publicist for Mr. Baldoni and Wayfarer.

–Mr. Baldoni and Mr. Heath hired Melissa Nathan, a crisis communications specialist, who in turn brought in Mr. Wallace. The plan was to harm Ms. Lively's reputation.

–Ms. Nathan shared a planning document in early August, describing options to pursue if Ms. Lively or her team went public with complaints about Mr. Baldoni's and Mr. Heath's behavior. She suggested talking points to use with reporters, including that Ms. Lively used an imbalance of power to take creative control of the film.

–Mr. Baldoni wanted more. You wrote to Ms. Nathan: "I think you guys need to be tough and show the strength of what you guys can do in these scenarios. He wants to feel like she can be buried."

Ms. Nathan responded: "Of course- but you know when we send over documents we can't send over the work we will or could do because that could get us in a lot of trouble."

"We can't write it down to him. We can't write we will destroy her."

"Imagine if a document saying all the things that he wants ends up in the wrong hands."

"You know we can bury anyone," she added. "But I can't write that to him."

–Three days later, Mr. Baldoni texted you, flagging a social media thread that accused another celebrity of bullying behavior and that had generated 19 million views. Mr. Baldoni wrote, "This is what we would need."

–Ms. Nathan presented proposals to hire contractors to dominate social media through "full social account take downs," by starting "threads of theories" and generally working to "change narrative."

3

–You wrote to Ms. Nathan, "I think we need to put the social combat plan into motion," and she responded, "So do I."

–The team worked to block stories about Mr. Baldoni's behavior that had concerned Ms. Lively and reinforce negative ones about the actress.

–The press coverage probing Mr. Baldoni's separation from Ms. Lively and the rest of the cast was largely vague and didn't include the most serious allegations against Mr. Baldoni.

–Ms. Nathan texted you: "He doesn't realise how lucky he is right now we need to press on him just how fucking lucky."

"The whispering in the ear the sexual connotations like Jesus fucking Christ Other members feeling uncomfortable watching it I mean there is just so much."

–Ms. Nathan indicated that she succeeded in keeping allegations against you out of stories, and wrote in one text that major news outlets were "standing down on HR complaint."

–You wrote to Ms. Nathan "So are we in the clear now?! Did we survive," and she responded " We survived ALL Press is so overwhelming Weve confused people So much mixed messaging It's actually really funny if you think about it."

–Under the official promotion plan, Ms. Lively focused on the uplifting nature of the film rather than abuse. When the PR team saw that critics accused her of being tone deaf, the group decided that Mr. Baldoni would highlight survivors of domestic violence.

– There are references in emails to "social manipulation" and "proactive fan posting," and text messages cite efforts to "boost" and "amplify" online content that was favorable to Mr. Baldoni or critical of Ms. Lively.

–Ms. Nathan sent you a comment from Mr. Wallace that "we are crushing it on Reddit."

–The next day, one of her employees texted, "We've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative."

–Ms. Nathan wrote to you: "And socials are really really ramping up. In his favour, she must be furious. It's actually sad because it just shows you have people really want to hate on women."

–When a TikTok sleuth started asking questions about Mr. Baldoni, you texted that "We've flagged to Jed and his team for more serious action on the social side."

–You wrote to Ms. Nathan:

4

" The narrative online is so freaking good and fans are still sticking up for Justin and there literally has been no pickup of those two articles which is actually shocking to me. But I see this as a total success, as does Justin.
You did such amazing work"
Ms. Nathan responded:
"Narrative is CRAZY good So did you.

The majority of socials are so pro Justin and I don't even agree with half of them lol"

–Mr. Baldoni periodically looked for assurances that the crisis team was not deploying bots. Ms. Nathan wrote that they were not using bots and that Mr. Wallace's operation "is doing something very specific in terms of what they do. I know Jamey & Jed connected on this."
–On Aug. 16, when Ms. Nathan shared a Daily Mail article headlined "Is Blake Lively set to be CANCELLED?" you responded "Wow. You really outdid yourself with this piece." And Ms. Nathan wrote: "That's why you hired me right? I'm the best."

–The manipulated media coverage and online commentary became an unusually high percentage of Ms. Lively's online presence. She was branded tone-deaf, difficult to work with, a bully. Sales of her new hair-care line plummeted.

Sincerely,
Megan


Megan Twohey

Reporter

New York Times

███████████

███████████████