# EXHIBIT 7

From: **Megan Twohey**
Date: Fri, Dec 20, 2024 at 9:43 PM
Subject: URGENT questions from New York Times
To:

Ms. Nathan:

We are reporting about a crisis communication operation, conducted on behalf of Justin Baldoni, Jamey Heath and Wayfarer Studios, to protect their reputations and harm Blake Lively's, as described in a legal complaint filed today.

Our reporting found that the men hired you to lead this effort, undertaken last summer out of concern that complaints Ms. Lively had made during the filming of "It Ends With Us" would become public during the movie's rollout.

We have learned that Ms. Lively filed the legal complaint against you, Mr. Baldoni, Mr. Heath, Steve Sarowitz, Wayfarer, Jed Wallace and Jennifer Abel, alleging sexual harassment, retaliation, and aiding and abetting of harassment and retaliation, among other claims. The complaint claims misconduct on the part of Mr. Baldoni and Mr. Heath during filming, including repeatedly violating physical boundaries and making sexual and other inappropriate comments.

 The complaint includes a side letter to her contract, signed by Mr. Heath, in which the studio agreed to install more safeguards during filming and agreed not to retaliate against Ms. Lively. She is now saying they violated the terms of the letter.

The complaint includes extensive private text messages and emails that she obtained through a subpoena and that document the crisis communication operation. They include exchanges involving you, your team, Mr. Baldoni and Mr. Heath. The New York Times reviewed these along with  other documents.

We are seeking your response to the claims of retaliation through this P.R. campaign, and we would welcome the opportunity to talk with you on the record.

Please offer any on-the-record comment, as well as any other information you think we should know. Additionally, please notify us of any inaccuracies. We need to hear back from you tomorrow by noon Eastern.

—You have worked with high-profile clients including Johnny Depp, whose ex-wife, Amber Heard, accused him of physical abuse. He successfully sued Ms. Heard for defamation, and the trial became a spectacle amid suspicions of an online campaign to damage her credibility. In the text messages you reference your involvement in that campaign. Can you comment on your involvement and what was done?

1

–This year, after a decade at the New York consultancy Hiltzik Strategies, you started your own firm, TAG PR. Its majority stakeholder is a company run by the prominent music manager Scooter Braun.

–Mr. Baldoni and Mr. Heath hired you, and you in turn brought in Mr. Wallace.

–You sent Mr. Baldoni and Mr. Heath a planning document in early August, describing options to pursue if Ms. Lively or her team went public with complaints.

–Mr. Baldoni wanted more. Jennifer Abel wrote to you: "I think you guys need to be tough and show the strength of what you guys can do in these scenarios. He wants to feel like she can be buried."

You wrote: "Of course- but you know when we send over documents we can't send over the work we will or could do because that could get us in a lot of trouble."

"We can't write it down to him. We can't write we will destroy her."

"Imagine if a document saying all the things that he wants ends up in the wrong hands."

"You know we can bury anyone," you added. "But I can't write that to him."

–Three days later, Mr. Baldoni texted Ms. Abel, flagging a social media thread that accused another celebrity of bullying behavior and had generated 19 million views, writing: "This is what we would need."

–You presented proposals to hire contractors to dominate social media through "full social account take downs," by starting "threads of theories" and generally working to "change narrative."

–Ms. Able wrote to you, "I think we need to put the social combat plan into motion," and you responded, "So do I."

–You worked to prevent stories about Mr. Baldoni's behavior that concerned Ms. Lively and reinforce negative ones about her.

–When Ms. Abel wrote to you Aug. 4 that "I'm having reckless thoughts of wanting to plant pieces this week of how horrible Blake is to work with. Just to get ahead of it," you replied that you had spoken off the record to an editor at The Daily Mail and wrote that "She's ready when we are."

–The press coverage probing Mr. Baldoni's separation from Ms. Lively and the rest of the cast was mostly vague and didn't include the most serious allegations against Mr. Baldoni.

–You texted Ms. Abel: "He doesn't realise how lucky he is right now we need to press on him just how fucking lucky."

"The whispering in the ear the sexual connotations like Jesus fucking Christ Other members feeling uncomfortable watching it I mean there is just so much."

–You indicated that you succeeded in keeping allegations against him out of stories, writing in one that major news outlets were "standing down on HR complaint."

2

–Ms. Abel wrote to you "So are we in the clear now?! Did we survive," and you responded " We survived ALL Press is so overwhelming Weve confused people So much mixed messaging It's actually really funny if you think about it."

– There are references in emails to "social manipulation" and "proactive fan posting," and text messages cite efforts to "boost" and "amplify" online content that was favorable to Mr. Baldoni or critical of Ms. Lively.

–You sent Ms. Abel a comment from Mr. Wallace that "we are crushing it on Reddit."

–One of your employees texted, "We've started to see shift on social, due largely to Jed and his team's efforts to shift the narrative."

–You wrote to Ms. Abel: "And socials are really really ramping up. In his favour, she must be furious. It's actually sad because it just shows you have people really want to hate on women."

–Ms. Abel wrote to you:
" The narrative online is so freaking good and fans are still sticking up for Justin and there literally has been no pickup of those two articles which is actually shocking to me. But I see this as a total success, as does Justin.
You did such amazing work"
You responded:
"Narrative is CRAZY good So did you.
The majority of socials are so pro Justin and I don't even agree with half of them lol"

–You wrote they were not using bots and that Mr. Wallace's operation "is doing something very specific in terms of what they do. I know Jamey & Jed connected on this."
–On Aug. 16, when you shared a Daily Mail article headlined "Is Blake Lively set to be CANCELLED?" Ms. Abel responded "Wow. You really outdid yourself with this piece." And you wrote: "That's why you hired me right? I'm the best."
–The manipulated media coverage and online commentary became an unusually high percentage of Ms. Lively's online footprint. She was branded tone-deaf, difficult to work with, a bully. Sales of her new hair-care line plummeted.

–In August, Kjersti Flaa, a Norwegian entertainment reporter, uploaded to YouTube a 2016 interview she had done with Ms. Lively in which the actress snapped back when Ms. Flaa made a comment about her baby "bump," titling it "The Blake Lively interview that made me want to quit my job."

–In 2022, in the midst of Mr. Depp's legal battle with Ms. Heard, Ms. Flaa posted clips of her interviews with the actor, tagged #JusticeForJohnnyDepp.


Sincerely,
Megan

Megan Twohey
Reporter
The New York Times