# EXHIBIT 8

From: **Megan Twohey**
Date: Fri, Dec 20, 2024 at 9:54 PM
Subject: URGENT questions from New York Times
To:

Dear Mr. Sarowitz,

We are reporting about a crisis communication operation, conducted on behalf of Justin Baldoni, Jamey Heath and Wayfarer Studios, to protect their reputations and harm Blake Lively's, as described in a legal complaint filed today.

The effort was undertaken last summer out of concern that complaints Ms. Lively had made during the filming of "It Ends With Us" would become public during the movie's rollout.

We have learned that Ms. Lively filed the legal complaint against you, Mr. Baldoni, Mr. Heath, Wayfarer, Melissa Nathan, Jed Wallace and Jennifer Abel, alleging sexual harassment, retaliation, and aiding and abetting of harassment and retaliation, among other claims. The complaint claims misconduct by Mr. Baldoni and Mr. Heath during filming, including repeatedly violating physical boundaries and making sexual and other inappropriate comments.

The complaint includes a side letter to her contract, signed by Mr. Heath, in which the studio agreed to install more safeguards during filming and agreed not to retaliate against Ms. Lively. She is now saying they violated the terms of the letter.

The complaint includes extensive private text messages and emails that she obtained through a subpoena and that document the crisis communication operation. They include exchanges involving Mr. Baldoni, Mr. Heath and the crisis communication team headed by Ms. Nathan. The New York Times reviewed these along with other documents.

Specifically, the legal filing asserts that you "divulged at the Film's New York premiere on August 6, 2024, that [you were] prepared to spend $100 million to ruin the lives of Ms. Lively and her family." It also says you were among the "non-essential persons" present on set during filming of a birth scene involving Ms. Lively. And that you suggested "flipping the narrative" on a positive story about Ms. Lively and her husband.

1

We are seeking your response to the claims of misconduct and retaliation through this P.R. campaign, and we would welcome the opportunity to talk with you on the record.

Please offer any on-the-record comment, as well as any other information you think we should know. Additionally, please notify us of any inaccuracies. We need to hear back from you tomorrow by noon Eastern.


Sincerely,
Megan

Megan Twohey
Reporter
The New York Times