# EXHIBIT 9

From: **Megan Twohey** █████████████████
Date: Fri, Dec 20, 2024 at 9:48 PM
Subject: URGENT questions from New York Times
To: ███████████████

Mr. Wallace:

We are reporting about a crisis communication operation, conducted on behalf of Justin Baldoni, Jamey Heath and Wayfarer Studios, to protect their reputations and harm Blake Lively's, as described in a legal complaint filed today.

The legal claim said that you participated in the effort, which was undertaken last summer out of concern that complaints Ms. Lively had made during the filming of "It Ends With Us" would become public during the movie's rollout.

We have learned that Ms. Lively filed the legal complaint against you, Mr. Baldoni, Mr. Heath, Steve Sarowitz, Wayfarer, Melissa Nathan and Jennifer Abel, alleging sexual harassment, retaliation, and aiding and abetting of harassment and retaliation, among other claims. The complaint claims misconduct on the part of Mr. Baldoni and Mr. Heath during filming, including repeatedly violating physical boundaries and making sexual and other inappropriate comments.

The complaint includes a side letter to her contract, signed by Mr. Heath, in which the studio agreed to install more safeguards during filming and agreed not to retaliate against Ms. Lively. She is now saying they violated the terms of the letter.

The complaint includes extensive private text messages and emails that she obtained through a subpoena and that document the crisis communication operation. They include exchanges involving you and others on the P.R. team, Mr. Baldoni and Mr. Heath. The New York Times reviewed these along with other documents.

We are seeking your response to the claims of retaliation through this P.R. campaign, and we would welcome the opportunity to talk with you on the record. Please offer any on-the-record comment, as well as any other information you think we should know. Additionally, please notify us of any inaccuracies. We need to hear back from you tomorrow by noon Eastern.

1

Our reporting also found that you're a longtime consultant in the entertainment industry and that your company, Street Relations, offers services ranging from public relations to more opaque crisis management. Court records show that your clients have included Paramount Pictures and the YouTube personality Adin Ross. And in a since-deleted LinkedIn profile, you described yourself as "a hired gun" with a "proprietary formula for defining artists and trends."

–As the release of the film approached, Mr. Baldoni and Mr. Heath became increasingly worried that Ms. Lively's allegations would become public and taint their reputations.

–They hired Melissa Nathan, who in turn brought you in. The plan was to harm Ms. Lively's reputation.

– Ms. Nathan presented proposals to hire contractors to dominate social media through "full social account take downs," by starting "threads of theories" and generally working to "change narrative."

– There are references in emails to "social manipulation" and "proactive fan posting," and text messages cite efforts to "boost" and "amplify" online content that was favorable to Mr. Baldoni or critical of Ms. Lively.

–Ms. Nathan sent Ms. Abel a comment from you that "we are crushing it on Reddit."

–A member of the P.R. team wrote, "We've started to see shift on social, due largely to Jed and his team's efforts to shift the narrative."

–Ms. Nathan wrote that you were not using bots and that your operation "is doing something very specific in terms of what they do. I know Jamey & Jed connected on this."

–When a TikTok gossip personality posted criticisms of Mr. Baldoni, Jennifer Abel texted, "We've flagged to Jed and his team for more serious action on the social side."

Sincerely,
Megan

Megan Twohey
Reporter
The New York Times

2