UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>    Plaintiff,<br><br> v.<br><br>WAYFARER STUDIOS LLC,<br>JUSTIN BALDONI, JAMEY HEATH, STEVE<br>SAROWITZ, IT ENDS WITH US MOVIE LLC,<br>MELISSA NATHAN, THE AGENCY GROUP<br>PR LLC, and JENNIFER ABEL<br><br>    Defendants. | Case No.  1:24-cv-10049 (lead case)<br>Case No.  1:25-cv-00449 (related case)<br><br>**NOTICE OF APPEARANCE** |
| WAYFARER STUDIOS LLC,<br>JUSTIN BALDONI, JAMEY HEATH, IT ENDS<br>WITH US MOVIE LLC, MELISSA NATHAN,<br>JENNIFER ABEL, and STEVE SAROWITZ<br><br>    Plaintiffs,<br><br> v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE<br>SLOANE, VISION PR, INC. and THE NEW<br>YORK TIMES COMPANY<br><br>    Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance in the above-captioned action on behalf of non-parties Katherine Case and Breanna Butler Koslow, and respectfully requests that copies of all notices and other papers in the above-captioned action be served upon counsel at the address stated below.

Dated: New York, New York  
February 28, 2025

Respectfully submitted,

_/s/ Daniel J. Pohlman_  
Daniel J. Pohlman  
PRYOR CASHMAN LLP  
7 Times Square, 40th Floor  
New York, NY 10036  
Phone: (212) 421-4100  
Fax  (212) 326-0806  
Email: dpohlman@pryorcashman.com

*Attorneys for Non Parties Katherine Case and Breanna Butler Koslow*