USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2025


---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2025

BLAKE LIVELY,

      Plaintiff,

 -v-

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL,

      Defendants.

------------------------------------------------------------------X

24-cv-10049 (lead case);
25-cv-449 (member case)

ORDER

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, and JENNIFER ABEL,

      Plaintiffs,

 -v-

BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., THE NEW YORK TIMES COMPANY.

      Defendants.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  The Court will hold a video conference via Microsoft Teams on the motion for a protective order at Dkt. No. 89 in 24-cv-10049 and the motion for a protective order at Dkt. No. 24 in 25-cv-779 on Thursday, March 6, 2025, at 10:00 a.m.

The parties shall be provided instructions for hearing access via email. The Court will post an audio-only dial-in number on the docket for the public and press to access the hearing.

SO ORDERED.

Dated: March 3, 2025
      New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge