UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>      Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>      Defendants. | No. 25-cv-449 (LJL) (member case) |

**NOTICE OF DEFENDANT RYAN REYNOLDS'S MOTION TO DISMISS THE AMENDED COMPLAINT AND FOR RELATED RELIEF**

  Defendant Ryan Reynolds hereby moves to dismiss the Amended Complaint (ECF No. 50) with prejudice and without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6); moves to strike "Exhibit A" to the Amended Complaint (ECF No. 50-1) pursuant to Federal Rule of Civil Procedure 12(f); and moves for an award of attorney's fees pursuant to New York Civil Rights Law § 70-a(1). In support of this motion, Mr. Reynolds respectfully submits the accompanying memorandum of law.

- 2 -

|  | Respectfully submitted, |
|---|---|
| Dated: March 18, 2025 | /s/ Michael J. Gottlieb |

| | |
|---|---|
| Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Manatt, Phelps & Phillips LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, California  90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno<br>Manatt, Phelps & Phillips LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 790-4525<br>mbruno@manatt.com | Michael J. Gottlieb<br>Kristin E. Bender<br>Meryl C. Governski (admitted *pro hac vice*)<br>Willkie Farr & Gallagher LLP<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br>mgovernski@willkie.com<br><br>Aaron E. Nathan<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8904<br>anathan@willkie.com |

*Attorneys for Ryan Reynolds*