AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BLAKE LIVELY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-10049-LJL |
| WAYFARER STUDIOS LLC, ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JED WALLACE AND STREET RELATIONS, INC.

Date: 03/19/2025

*Attorney's signature*

JOEL GLOVER #5697487
*Printed name and bar number*

Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
*Address*

jglover@jw.com
*E-mail address*

(713) 752-4226
*Telephone number*

(713) 308-4114
*FAX number*