# EXHIBIT A-5

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
Civil Rights Department
**Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**
Blake Lively                                            CRD No. 202412-27269003

                        Complainant,

vs.

Wayfarer Studios LLC
,

Justin Baldoni
,

Jamey Heath
,

Steve Sarowitz
,

Melissa Nathan
,

The Agency Group PR LLC
,

Jennifer Abel
,

RWA Communications LLC
,

Jed Wallace
,

Street Relations Inc.
,

                        Respondents

-1-
*Complaint – CRD No. 202412-27269003*

Date Filed: December 20, 2024

CRD-ENF 80 RS (Revised 2024/05)

**1.** Respondent **Wayfarer Studios LLC** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.** Complainant is naming **Justin Baldoni** individual as Co-Respondent(s).
Complainant is naming **Jamey Heath** individual as Co-Respondent(s).
Complainant is naming **Steve Sarowitz** individual as Co-Respondent(s).
Complainant is naming **Melissa Nathan** individual as Co-Respondent(s).
Complainant is naming **The Agency Group PR LLC** business as Co-Respondent(s).
Complainant is naming **Jennifer Abel** individual as Co-Respondent(s).
Complainant is naming **RWA Communications LLC** business as Co-Respondent(s).
Complainant is naming **Jed Wallace** individual as Co-Respondent(s).
Complainant is naming **Street Relations Inc.** business as Co-Respondent(s).

**3**. Complainant **Blake Lively**, resides in the City of **,** State of **.**

**4**. Complainant alleges that on or about **December 20, 2024**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's sex/gender, sexual harassment-hostile environment.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment and as a result was other adverse action(s).

**Additional Complaint Details:** Complainant Blake Lively alleges that Respondents Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, the Agency Group PR LLC, Jennifer Abel, RWA Communications LLC, Jed Wallace, and/or Street Relations Inc. engaged in a variety of conduct in violation of California Government Code section 12940 (the "FEHA") and Title VII of the Civil Rights Act of 1964 ("Title VII"). The conduct includes: sexual harassment; retaliation; failure to investigate, prevent, and/or remedy harassment; and aiding and abetting harassment and retaliation.  Please see attached complaint for specific details.

-2-
*Complaint – CRD No. 202412-27269003*

Date Filed: December 20, 2024

CRD-ENF 80 RS (Revised 2024/05)

1 VERIFICATION

2 I, **Esra Hudson**, am the **Attorney** in the above-entitled complaint. I have read the
3 foregoing complaint and know the contents thereof. The matters alleged are based on information and belief, which I believe to be true.

4
5 On December 20, 2024, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6                                                      **Los Angeles, CA**

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
*Complaint – CRD No. 202412-27269003*

Date Filed: December 20, 2024

CRD-ENF 80 RS (Revised 2024/05)