UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br><br>*Plaintiff,*<br><br>v.<br><br>Wayfarer Studios LLC, a Delaware Limited Liability Company; Justin Baldoni, an individual; Steve Sarowitz, an individual; It Ends With Us Move LLC, a California Limited Liability Company; Melissa Nathan, an individual; The Agency Group PR LLC, a Delaware Limited Liability Company; Jennifer Abel, an individual; Jed Wallace, an individual; and Street Relations, Inc., a Texas Corporation<br><br>*Defendants*. | Case No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL) |

**DEFENDANT STREET RELATIONS, INC.'S**
**STATEMENT PURSUANT TO FRCP RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Street Relations, Inc.[1] ("Street"), a Texas corporation, certifies that Street has no parent corporation and that no publicly held corporation owns 10% or more of Street's stock.

---

[1] In filing this statement, Street does not waive its defenses, including jurisdictional defenses.

Dated: March 19, 2025                                    Respectfully submitted,

                                                          JACKSON WALKER LLP

                                                          S/ *Charles L. Babcock*
                                                          Charles L. Babcock
                                                          SDNY Bar #5451117
                                                          Joel R. Glover
                                                          SDNY Bar #5697487
                                                          JACKSON WALKER LLP
                                                          1401 McKinney, Suite 1900
                                                          Houston, TX 77010
                                                          (713) 752-4200
                                                          cbabcock@jw.com
                                                          jglover@jw.com

                                                          **ATTORNEYS FOR DEFENDANT STREET RELATIONS, INC.**