UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>                Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, et al.<br><br>                Defendants. | No. 25-cv-00449 (LJL) (member case) |

**NOTICE OF CONSOLIDATED DEFENDANT BLAKE LIVELY'S MOTION TO DISMISS THE AMENDED COMPLAINT AND FOR RELATED RELIEF**

    Consolidated Defendant Blake Lively hereby moves to dismiss the Amended Complaint (ECF No. 50) with prejudice and without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6); moves to strike "Exhibit A" to the Amended Complaint (ECF No. 50-1), pursuant to Federal Rule of Civil Procedure 12(f); and moves for an award of attorneys' fees, treble damages, and punitive damages, pursuant to Cal. Civ. Code § 47.1. In support of this motion, Ms. Lively respectfully submits the accompanying memorandum of law and Declaration of Esra A. Hudson with supporting Exhibit 1.

|  | Respectfully submitted, |
|---|---|
| Dated: March 20, 2025 | /s/ Esra A. Hudson |

| | |
|---|---|
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac vice*) |
| Meryl Governski (admitted *pro hac vice*) | Manatt, Phelps & Phillips, LLP |
| Willkie Farr & Gallagher LLP | 2049 Century Park East, Suite 1700 |
| 1875 K Street NW | Los Angeles, CA 90067 |
| Washington, DC 20006 | (310) 312-4000 |
| (202) 303-1000 | ehudson@manatt.com |
| mgottlieb@willkie.com | sroeser@manatt.com |
| kbender@willkie.com | |
| mgovernski@willkie.com | Matthew F. Bruno |
| | Manatt, Phelps & Phillips, LLP |
| Aaron Nathan | 7 Times Sq. |
| Willkie Farr & Gallagher LLP | New York, NY 10036 |
| 787 7th Avenue | (212) 790-4500 |
| New York, NY 10019 | mbruno@manatt.com |
| (212) 728-8000 | |
| anathan@willkie.com | |

*Attorneys for Blake Lively*