UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>     Plaintiff,<br><br> -v-<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>     Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>     Plaintiffs,<br><br> -v-<br><br>BLAKE LIVELY, et al.<br><br>     Defendants. | No. 25-cv-00449 (LJL) (member case) |

**DECLARATION OF ESRA A. HUDSON IN SUPPORT OF CONSOLIDATED DEFENDANT BLAKE LIVELY'S MOTION TO DISMISS THE AMENDED COMPLAINT AND FOR RELATED RELIEF**

I, Esra A. Hudson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in California and am a partner with the law firm of Manatt, Phelps & Phillips, LLP, counsel of record for Consolidated Defendant Blake Lively ("Ms. Lively") in the above-captioned action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Ms. Lively's Motion to Dismiss the Amended Complaint (ECF. No. 50) and for Related Relief.

2

3. Attached as Exhibit 1 is a true and correct copy of the Legislative History Report and Analysis for Assembly Bill 933 (Aguiar-Curry & Ward – 2023), Chapter 670, Statutes of 2023, which includes a business record declaration regarding the compilation therein.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on this 20th day of March 2025

/s/ Esra A. Hudson
Esra A. Hudson