| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY LLP<br>1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 201-0005   FAX NO. (Optional): ( )<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| PLAINTIFF/PETITIONER: BLAKE LIVELY | CASE No.: |
|---|---|
| DEFENDANT/RESPONDENT: WAYFARER STUDIOS LLC, ET AL. | 1:24-cv-10049-LJL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>FRETA-0191697.KW |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons on A Third-Party Complaint         e. [X] First Amended Complaint
   b. [ ] Complaint                                   f. [ ] Second Amended Complaint
   c. [ ] Civil Cover Sheet                           g. [ ] Third Amended Complaint
   d. [X] Other (specify documents): Case Management Plan and Scheduling Order; Exhibits

3. a. Party served (specify name of party as shown on documents served):
      **JONESWORK LLC**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      **UNITED CORPORATE SERVICES, INC., AGENT FOR SERVICE, BY LEAVING WITH MADISON SYLVESTER, INTAKE CLERK/AUTHORIZED TO ACCEPT SERVICE OF PROCESS**

4. Address where the party was served: **800 NORTH STATE STREET, SUITE 304, DOVER, DE 19901**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **03/24/25**     (2) at (time): **2:45 PM**

   b. [ ] **By Substituted Service.** On (date):            at (time):            I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3a):

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
          (date):          from (city):                        or [ ] A Declaration of Mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         American LegalNet, Inc.
                                                                                www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: Blake Lively<br>DEFENDANT/RESPONDENT: Wayfarer Studios, LLC, et al. | CASE NUMBER:<br>1:24-cv-10049-LJL |
|---|---|

5.  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **By other means** *(specify means of service and authorizing code section):*

  e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                                             [ ] Other

7. **Person who served papers**
  a. Name: FRANK PRITCHETT
  b. Address: P.O. Box 861057, Los Angeles, CA 90086
  c. Telephone number: (213) 975-9850
  d. **The fee** for service was: $ 215.00
  e. I am:

    (1) [X] Not a Registered California process server.
    (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] A Registered California process server:
        (i)  [ ] Owner     [ ] Employee     [X] Independent contractor.
        (ii) Registration No.:
        (iii) County:

8. [X]   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ]   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 03/25/25

    FRANK PRITCHETT     ▶     *(signature)*
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com