UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>       Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00449-LJL<br><br>**NOTICE OF APPEARANCE** |
| JENNIFER ABEL,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>       Third-Party Defendant | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>       Defendants. | |

PLEASE TAKE NOTICE that undersigned hereby appears as counsel for Third-Party Defendant Jonesworks, LLC. The undersigned respectfully requests that notice of electronic filing of all papers in the above-captioned action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted at the address given below.

I hereby certify that am admitted to and am a member in good standing of the bar of this Court.

| | |
|---|---|
| DATED: April 8, 2025<br>New York, New York | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By :   */s/ Kristin Tahler*<br>         Kristin Tahler<br>         865 S. Figueroa Street, 10th Floor<br>         Los Angeles, California 90017<br>         (213) 443-3000<br>         kristintahler@quinnemanuel.com<br><br>*Attorneys for Third-Party Defendant Jonesworks, LLC* |