UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>       Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00449-LJL<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| JENNIFER ABEL,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>       Third-Party Defendant | |
| WAYFARER STUDIOS LLC,<br>JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>       Defendants. | |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Nicholas Inns, dated April 9, 2025, and the Certificates of Good Standing annexed thereto, Third-Party Defendant Jonesworks, LLC hereby moves through its undersigned counsel for an Order pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting Nicholas Inns for admission to practice pro hac vice, in the above captioned action and for such other and further relief the Court deems just and equitable.

Mr. Inns is a member in good standing of the Bars of the Commonwealth of Massachusetts and the District of Columbia. He has never been convicted of a felony and there are no pending disciplinary proceedings against me in any federal or state court. He has never been censured, suspended, disbarred or denied admission or readmission by any court. A proposed Order is submitted herewith.

DATED: April 9, 2025
New York, New York

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By :   */s/ Nicholas Inns*
Nicholas Inns
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant Jonesworks, LLC*