UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>       Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00449-LJL<br><br>**DECLARATION OF NICHOLAS INNS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |
| JENNIFER ABEL,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>       Third-Party Defendant | |
| WAYFARER STUDIOS LLC,<br>JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>       Defendants. | |

I, Nicholas Inns, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Third-Party Defendant Jonesworks, LLC ("Third-Party Defendant") in the above-captioned action.

2. I submit this declaration in support of Third-Party Defendant's motion for my admission to practice pro hac vice in the above-captioned action.

3. I am an attorney in good standing of the Bar of the Commonwealth of Massachusetts. A true and correct copy of a Certificate of Good Standing issued within the last 30 days and verifying same is annexed hereto as **Exhibit A.**

4. I am also a member of the Bar of the District of Columbia. A true and correct copy of a Certificate of Good Standing issued within the last 30 days and verifying the same is annexed hereto as **Exhibit B.**

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently against me.

8. I am familiar with the local rules for the United States District for the Southern District of New York.

WHEREFORE, I respectfully request the Court grant Third-Party Defendant's motion for my admission pro hac vice in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day April 2025

/s/ *Nicholas Inns*
Nicholas Inns