UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>　　　　Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00449-LJL<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |
| JENNIFER ABEL,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>　　　　Third-Party Defendant | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>　　　　Defendants. | |

The motion of Nicholas Inns for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Massachusetts and the Bar of the District of Columbia and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Nicholas Inns |
| Firm Name: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Address: | 1300 I Street NW, Suite 900 |
| City / State / Zip: | Washington, D.C. 20005 |
| Telephone: | (202) 538-8000 |
| Fax: | (202) 538-8100 |
| E-mail address: | nicholasinns@quinnemanuel.com |

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Jonesworks, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                                                    Hon. Lewis J. Liman, U.S.D.J.