# Exhibit B

# John M. Genga

| | |
|---|---|
| **From:** | Armani, Sareen <SArmani@manatt.com> |
| **Sent:** | Saturday, July 26, 2025 2:22 PM |
| **To:** | John M. Genga |
| **Cc:** | Hudson, Esra; Roeser, Stephanie; Moses, Sarah |
| **Subject:** | Lively v. Wayfarer Studios et al. (24-CV-10049) |
| **Attachments:** | Blake Lively, et al. v. Wayfarer Studios LLC, et al. (Internal Ref. No. 100884180) |

Hi John,

Thank you for your time. We appreciate it.

We have concluded that there is no further information required from the subpoena as to your client's account at this time. We have notified Google that we withdraw the subpoena as to your client's username. Please see the attached notice to Google.

Thanks again for your time.

Best,
Sareen

**Sareen Armani**
Associate

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4118 **F**
SArmani@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.