```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BLAKE LIVELY,                                                      :
                                                                   :
                              Plaintiff,                           :     24-cv-10049 (lead case);
                                                                   :     25-cv-449 (member case)
       -v-                                                         :
                                                                   :           ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL,                                       :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
                                                                   :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,                            :
MELISSA NATHAN, and JENNIFER ABEL,                                 :
                                                                   :
                              Plaintiffs,                          :
                                                                   :
       -v-                                                         :
                                                                   :
BLAKE LIVELY, RYAN REYNOLDS, LESLIE                                :
SLOANE, VISION PR, INC., THE NEW YORK TIMES                        :
COMPANY.                                                           :
                                                                   :
                              Defendants.                          :
                                                                   X
-------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2025

LEWIS J. LIMAN, United States District Judge:

Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") move for an extension of time for all parties to (a) respond to the interrogatories served by their respective adversaries; and (b) move to amend their pleadings or to join other parties. Dkt. No. 168. The motion is denied for failure to show good cause. *See*

*Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1–2 (S.D.N.Y. Feb. 24, 2020). The Wayfarer Parties have now been aware of what the opposing parties contend are flaws in their operative complaint for several weeks, and the deadline to move to amend is not until April 18, 2025.

    The Clerk of Court is respectfully directed to close Dkt. No. 168.

    SO ORDERED.

Dated: April 11, 2025  
       New York, New York

                                        LEWIS J. LIMAN  
                                      United States District Judge