UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>　　　　　Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00449-LJL<br><br>**NOTICE OF THIRD-PARTY DEFENDANT JONESWORKS LLC's MOTION TO DISMISS JENNIFER ABEL'S THIRD-PARTY COMPLAINT SEEKING INDEMNIFICATION** |
| JENNIFER ABEL,<br><br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>　　　　　Third-Party Defendant | |
| WAYFARER STUDIOS LLC,<br>JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>　　　　　Defendants. | |

PLEASE TAKE NOTICE that Third-Party Defendant Jonesworks LLC hereby moves to dismiss the Third-Party Complaint seeking indemnification, asserted by Jennifer Abel in her Third-Party Complaint, filed on March 20, 2025, with prejudice and without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, Jonesworks LLC respectfully submits the accompanying Memorandum of Law and relies on all prior pleadings and proceedings in this action.

DATED:   April 14, 2025

        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kristin Tahler*
    Kristin Tahler
    865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017
    (213) 443-3000
    kristintahler@quinnemanuel.com

    Maaren A. Shah
    295 5th Avenue
    New York, New York 10016
    (212) 849-7000
    maarenshah@quinnemanuel.com

    Nicholas Inns (*pro hac vice*)
    1300 I Street NW
    Suite 900
    Washington, D.C. 20005
    (202) 538-8000
    nicholasinns@quinnemanuel.com

    *Counsel for Third-Party Defendant Jonesworks LLC*