UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>                              Plaintiff,<br><br>- against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                              Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                              Plaintiff,<br><br>- against -<br><br>BLAKE LIVELY, ET AL.<br><br>Defendants. | Case No: 24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Laura Lee Prather, hereby move this court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Blake Lively in the above-captioned action.

As described in my affidavit submitted contemporaneously herewith, I am in good standing of the bars of the states of New York, Texas, California, Colorado, and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order

granting the relief requested herein. I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: April 22, 2025                    Respectfully submitted,

*/s/ Laura Lee Prather*
Laura Lee Prather (admission *Pro Hac Vice* pending)
Laura.prather@haynesboone.com
**HAYNES AND BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: (512) 867-8476
Facsimile: (512) 867-8470

*Counsel for Plaintiff Blake Lively*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>                     Plaintiff,<br><br>- against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                     Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                     Plaintiff,<br><br>- against -<br><br>BLAKE LIVELY, ET AL.<br><br>Defendants. | Case No: 24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

## AFFIDAVIT OF LAURA LEE PRATHER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Laura Lee Prather, declare and state as follows:

1. I am a partner at the law firm of Haynes and Boone, LLP located at 98 San Jacinto Blvd., Suite 1500, Austin, TX 78701, phone number (512) 867-8476, facsimile (512) 867-8470. I respectfully submit this affidavit in support of my motion for admission pro hac vice to represent Blake Lively in connection with the above-captioned case.

2. I am currently a member in good standing of the bars of the states of New York, Texas, California, Colorado, and the District of Columbia, as shown in the Certificates of Good Standing filed in connection with my motion.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings presently against me in any state or federal court.

6. I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Courts for the Southern District of New York.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 17 day of April 2025 in Austin, TX.

Laura Lee Prather

Subscribed and sworn before me in Austin, TX this 17 day of April 2025.

Notary Public



HANNAH KERSTYN-LYNN KECK
Notary Public, State of Texas
Comm. Expires 01-18-2029
Notary ID 135236581