UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>       Plaintiff,<br><br>  - against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>       Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>       Plaintiff,<br><br>  - against -<br><br>BLAKE LIVELY, ET AL.<br><br>Defendants. | Case No: 24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

### AFFIDAVIT OF LAURA LEE PRATHER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Laura Lee Prather, declare and state as follows:

  1.  I am a partner at the law firm of Haynes and Boone, LLP located at 98 San Jacinto Blvd., Suite 1500, Austin, TX 78701, phone number (512) 867-8476, facsimile (512) 867-8470. I respectfully submit this affidavit in support of my motion for admission pro hac vice to represent Blake Lively in connection with the above-captioned case.

  2.  I am currently a member in good standing of the bars of the states of New York, Texas, California, Colorado, and the District of Columbia, as shown in the Certificates of Good Standing filed in connection with my motion.

  3.  I have never been convicted of a felony.

- 3 -

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings presently against me in any state or federal court.

6. I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Courts for the Southern District of New York.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 17 day of April 2025 in Austin, TX.

*Laura Lee Prather*
Laura Lee Prather

Subscribed and sworn before me in Austin, TX this 17 day of April 2025.

*Hannah Kerstyn-Lynn Keck*
Notary Public



HANNAH KERSTYN-LYNN KECK
Notary Public, State of Texas
Comm. Expires 01-18-2029
Notary ID 135236581

- 4 -