UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>                    Plaintiff,<br><br>- against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                    Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>                    Plaintiff,<br><br>- against -<br><br>BLAKE LIVELY, ET AL.<br><br>Defendants. | Case No: 24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon the motion of Laura Lee Prather to be admitted, *pro hac vice*, to represent Blake Lively in the above-captioned case, and upon the movant's certification that the movant is a member of good standing of the bars of the states of New York, Texas, California, Colorado, and the District of Columbia, it is hereby

**ORDERED**, that Laura Lee Prather is admitted to practice, *pro hac vice*, in the above-captioned case to represent Blake Lively in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April ____, 2025

    New York, New York

                                                                    _____
                                                                    UNITED STATES DISTRICT COURT JUDGE