UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY<br><br>       Plaintiff,<br><br>- against -<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>       Defendants.<br><br>WAYFARER STUDIOS LLC, ET AL.<br><br>       Plaintiffs,<br><br>- against -<br><br>BLAKE LIVELY, ET AL.<br><br>       Defendants. | Case No: 1:24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael J. Lambert of Haynes and Boone, LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Blake Lively in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated:  April 22, 2025      Respectfully submitted,

                    */s/ Michael J. Lambert*
                    Michael J. Lambert
                    michael.lambert@haynesboone.com
                    **HAYNES AND BOONE, LLP**
                    98 San Jacinto Blvd., Suite 1500
                    Austin, Texas 78701
                    Telephone: (512) 867-8400
                    Facsimile: (512) 867-8470

                    *Counsel for Plaintiff Blake Lively*