UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>       Defendants.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>       Plaintiffs,<br><br>    v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>       Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**AFFIDAVIT OF MITRA AHOURAIAN IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

STATE OF ~~CALIFORNIA~~ Nevada ) 
 ) :SS
COUNTY OF ~~LOS ANGELES~~ Clark )

Mitra Ahouraian, being duly sworn deposes and states:

1. I am an attorney at AHOURAIAN LAW with offices at 2029 Century Park East, 4th Floor, Los Angeles, CA 90067. My phone number and email address are: 310-376-7878; mitra@ahouraianlaw.com.

2. I make this affidavit pursuant to Local Civil Rule 1.3(c) in support of defendants/consolidated plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, and Steve Sarowitz's motion to admit me *pro hac vice* to represent them in this action.

3. I principally practice law in the state of California.

4. I am a member in good standing of the California bar. My Certificate of Good Standing is submitted herewith.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission, or readmission by any court.

7. There are no disciplinary proceedings pending against me.

Sworn Before me this
 21st  day of April 2025

_____
Notary Public



_____
Mitra Ahouraian

Notarized remotely using audio-video communication technology via Proof.

2