UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00449-LJL<br><br>**NOTICE OF APPEARANCE** |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>Defendants. | |

PLEASE TAKE NOTICE that undersigned hereby appears as counsel for Third-Party Defendant Jonesworks, LLC. The undersigned respectfully requests that notice of electronic filing of all papers in the above-captioned action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted at the address given below.

I hereby certify that am admitted to and am a member in good standing of the bar of this Court.

DATED:  April 23, 2025
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By :   */s/ Danielle Lazarus*
Danielle Lazarus
295 5th Avenue
New York, New York 10016
(212) 849-7000
daniellelazarus@quinnemanuel.com

*Attorney for Third-Party Defendant Jonesworks, LLC*