<u>**NON-PARTIES KATHERINE CASE AND BREANNA BULTER KOSLOW'S PRIVILEGE LOG**</u>

*Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049 (lead case)

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-001 | August 23, 2024 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting discussion of employment law issues and coordination of potential counsel regarding same. |
| CASE-KOSLOW-PRIV-002 | August 28, 2024 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting follow up on past conference call discussion and related legal issues. |
| CASE-KOSLOW-PRIV-003  BBKOSLOW-000002398 | December 21, 2024 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Summer Benson** (LFTC); Breanna Butler Koslow (TAG); Melissa Nathan (TAG) | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the Jones lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-004 | December 26, 2024 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding case developments, legal strategy, and related updates, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-005 | December 28, 2024 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Summer Benson** (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with Blake Lively's California Civil Rights Department lawsuit, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |

---

[1] All names shown in **bold** indicate individuals who are attorneys.

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-006 | December 28, 2024 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications among counsel and individuals sharing a common legal interest, for the purpose of gathering facts to assist in drafting and preparing the New York Times lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice, and constituting attorney work product. |
| CASE-KOSLOW-PRIV-007<br><br>KCASE-000000840; BBKOSLOW-000000017 | December 29, 2024 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications among counsel and individuals sharing a common legal interest, for the purpose of gathering facts to assist in drafting and preparing the New York Times lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-008 | December 30, 2024 | Attorney Client Privilege | Breanna Butler Koslow (TAG); Melissa Nathan (TAG) | Text message thread reflecting internal communications discussing legal strategy relayed by LFTC in connection with the preparation and drafting of the New York Times complaint, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-009 | December 30, 2024 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting communications regarding ongoing drafting of future legal filings and related issues |
| CASE-KOSLOW-PRIV-010<br><br>BBKOSLOW-000007110 | December 31, 2024 | Attorney Client Privilege | **Bryan Freedman** (LFTC); Christina Puello (LFTC); Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Melissa Nathan (TAG); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal advice in connection with the New York Times lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-011 | December 31, 2024 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting legal strategy in connection with ongoing lawsuits. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-012<br><br>KCASE-000004719;<br>BBKOSLOW-000000667 | December 31, 2024 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the Blake Lively lawsuit and the New York Times lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-013<br><br>KCASE-000000035 | January 1, 2025 | Attorney Client Privilege | Katherine Case (TAG); Melissa Nathan (TAG) | Text message thread reflecting internal communications, following discussions with Bryan Freedman, regarding legal strategy in defending against Jones lawsuit, prepared in the course of litigation. |
| CASE-KOSLOW-PRIV-014<br><br>KCASE-000002346;<br>BBKOSLOW-000000105 | January 1, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with Blake Lively's California Civil Rights Department lawsuit, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |
| CASE-KOSLOW-PRIV-015<br><br>KCASE-000004222;<br>BBKOSLOW-000000413 | January 3, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest concerning litigation strategy for matters pending before the California Civil Rights Department and in the United Stated District Court for the Southern District of New York, including coordinated legal strategy across both actions, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |
| CASE-KOSLOW-PRIV-016<br><br>KCASE-000002068;<br>BBKOSLOW-000000054 | January 5, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding the gathering and compilation of facts for inclusion in, and preparation of, a cross-complaint, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-017<br><br>KCASE-000000153; BBKOSLOW-000000001 | January 7, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread with counsel and individuals sharing a common legal interest regarding litigation strategy and responses to the pending lawsuits, prepared in the course of litigation. |
| CASE-KOSLOW-PRIV-018<br><br>BBKOSLOW-000006331 | January 7, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); Breanna Butler Koslow (TAG); Melissa Nathan (TAG) | Text message thread with counsel and individuals sharing a common legal interest regarding litigation strategy and responses to the pending lawsuits, prepared in the course of litigation. |
| CASE-KOSLOW-PRIV-019<br><br>KCASE-000004446; BBKOSLOW-000000637 | January 7, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy and the gathering of facts for preparing of a cross-complaint, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-020 | January 7, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting ongoing discussion of ongoing lawsuits. |
| CASE-KOSLOW-PRIV-021<br><br>BBKOSLOW-000001127 | January 13, 2025 | Attorney Client Privilege & Work Product Privilege | Breanna Butler Koslow (TAG); Melissa Nathan (TAG) | Text message thread reflecting internal communications with LFTC and individuals sharing a common legal interest regarding the drafting and revision of a cross-complaint, undertaken following and at the direction of LFTC and based on legal strategy advice, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |
| CASE-KOSLOW-PRIV-022<br><br>BBKOSLOW-000001432 | January 14, 2025 | Attorney Client Privilege & Work Product Privilege | Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Roza Kalantari (Skyline) | Text message thread reflecting communications with LFTC and individuals sharing a common legal interest regarding legal strategy and the gathering of facts for preparing of a cross-complaint, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-023<br><br>BBKOSLOW-000000713 | January 15, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Theresa Troupson** (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Alyx Sealy (TAG); Breanna Butler Koslow (TAG); Dervla McNeice (TAG); Melissa Nathan (TAG); Rylie Long (TAG); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Michael Lawrence (TAG); Milica Toskovic (Wayfarer); Roza Kalantari (Skyline); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy and the gathering of facts for preparing of a cross-complaint, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-024 | January 16, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting communications regarding Wayfarer Studios filed complaint against Ms. Lively. |
| CASE-KOSLOW-PRIV-025 | January 16, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting communications regarding Wayfarer Studios filed complaint against Ms. Lively. |
| CASE-KOSLOW-PRIV-026 | January 22, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread reflecting communications regarding Wayfarer Studios filed complaint against Ms. Lively. |
| CASE-KOSLOW-PRIV-027 | January 31, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Theresa Troupson** (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Alyx Sealy (TAG); Breanna Butler Koslow (TAG); Dervla McNeice (TAG); Melissa Nathan (TAG); Rylie Long (TAG); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Michael Lawrence (TAG); Milica Toskovic (Wayfarer); Roza Kalantari (Skyline); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in response to Plaintiff's First Amended Complaint, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-028<br><br>BBKOSLOW-000006386 | February 1, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Theresa Troupson** (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Alyx Sealy (TAG); Breanna Butler Koslow (TAG); Dervla McNeice (TAG); Melissa Nathan (TAG); Rylie Long (TAG); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Michael Lawrence (TAG); Milica Toskovic (Wayfarer); Roza Kalantari (Skyline); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in response to ongoing litigation. |
| CASE-KOSLOW-PRIV-029 | February 2, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Theresa Troupson** (LFTC); **Mitra Ahouraian**; Spencer Freedman (LFTC); Alyx Sealy (TAG); Breanna Butler Koslow (TAG); Dervla McNeice (TAG); Melissa Nathan (TAG); Rylie Long (TAG); Michael Lawrence (TAG); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Milica Toskovic (Wayfarer); Roza Kalantari (Skyline); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-030<br><br>BBKOSLOW-000005494 | February 4, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Miles Cooley** (LFTC); **Summer Benson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Carolina Hurley (TAG); Katherine Case (TAG); Melissa Nathan (TAG); Jed Wallace (Street Relations); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-031 | February 11, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread regarding legal advice in connection with ongoing litigation. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-032 | February 12, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest discussing legal strategy following advice from counsel, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-033<br><br>BBKOSLOW-000004383 | February 13, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread with counsel and individuals sharing a common legal interest regarding legal strategy in response to Plaintiff's subpoena to AT&T, prepared in anticipation of litigation for the purpose of obtaining legal advice, and constituting attorney work product. |
| CASE-KOSLOW-PRIV-034<br><br>BBKOSLOW-000004434 | February 14, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with subpoenas, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-035<br><br>BBKOSLOW-000007479 | February 15, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal advice in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-036<br><br>BBKOSLOW-000007062 | February 16, 2025 | Attorney Client Privilege | **Jason Sunshine** (LFTC); Breanna Butler Koslow (TAG) | Text message thread reflecting communications with legal counsel discussing legal strategy related to subpoenas in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-037<br><br>BBKOSLOW-000002308 | February 16, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-038<br><br>BBKOSLOW-000006724 | February 17, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with Blake Lively's First Amended Complaint, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-039<br><br>BBKOSLOW-000007944 | February 18, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal advice in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-040 | February 19, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread regarding legal advice in connection with ongoing litigation. |
| CASE-KOSLOW-PRIV-041<br><br>BBKOSLOW-000008091 | February 19, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal advice in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-042 | February 19, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread regarding legal advice in connection with ongoing litigation. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-043 | February 20, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread regarding legal advice in connection with ongoing litigation. |
| CASE-KOSLOW-PRIV-044<br><br>BBKOSLOW-000008348 | February 20, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal advice in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-045 | February 21, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy following receipt of document requests, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-046<br><br>BBKOSLOW-000003256 | February 23, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-047<br><br>BBKOSLOW-000006744 | February 24, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Theresa Troupson** (LFTC); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-048<br><br>BBKOSLOW-000001030 | February 25, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest for the purpose of developing legal strategy concerning ongoing litigation in connection with media inquiries, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-049<br><br>BBKOSLOW-000007546 | February 26, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal advice in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-050<br><br>BBKOSLOW-000003080 | February 27, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation, for the purpose of obtaining and providing legal advice, and constituting attorney work product. |
| CASE-KOSLOW-PRIV-051<br><br>BBKOSLOW-000008345 | February 28, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Jason Sunshine** (LFTC); **Theresa Troupson** (LFTC); Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal advice in connection with the pending lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |
| CASE-KOSLOW-PRIV-052<br><br>BBKOSLOW-000004283 | February 28, 2025 | Attorney Client Privilege & Work Product Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread with counsel and individuals sharing a common legal interest regarding internal strategy following Plaintiff's February 28 letter to the court, prepared in anticipation of litigation for the purpose of obtaining legal advice, and constituting attorney work product. |
| CASE-KOSLOW-PRIV-053 | February 28, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread regarding legal advice in connection with ongoing litigation. |
| CASE-KOSLOW-PRIV-054 | March 3, 2025 | Attorney Client Privilege | Katherine Case (TAG); **James Case** | Text message thread regarding legal advice in connection with ongoing litigation. |

| Log No. | Date | Privilege Basis | Chat Participants[1] | Description |
|---|---|---|---|---|
| CASE-KOSLOW-PRIV-055<br><br>BBKOSLOW-000002150 | March 3, 2025 | Attorney Client Privilege | **Bryan Freedman** (LFTC); **Ellyn Garofalo** (LFTC); **Jason Sunshine** (LFTC); **Summer Benson** (LFTC); **Tamar Yeghiayan** (LFTC); **Theresa Troupson** (LFTC); Jared Freedman (LFTC); Spencer Freedman (LFTC); **Kevin Fritz** (MSF); **Mitra Ahouraian**; Breanna Butler Koslow (TAG); Melissa Nathan (TAG); Ahmed Musiol Kolacek (Wayfarer); Jamey Heath (Wayfarer); Jed Wallace (Street Relations); Justin Baldoni (Wayfarer); Milica Toskovic (Wayfarer); Steve Sarowitz (Wayfarer); Tera Hanks (Wayfarer); Jen Abel | Text message thread reflecting communications with counsel and individuals sharing a common legal interest regarding legal strategy in connection with the New York Times lawsuit, prepared in the course of and in anticipation of litigation and for the purpose of obtaining and providing legal advice. |