

Sigrid S. McCawley<br>
Telephone: 954-356-0011<br>
Email: smccawley@bsfllp.com

April 30, 2025

<u>VIA ECF</u>
The Honorable Lewis J. Liman
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

   Re: *Lively et al. v. Wayfarer Studios LLC et al.*, No. 24 Civ. 10049 (LJL)
     [rel. No. 25 Civ. 779]

Dear Judge Liman:

  On behalf of Leslie Sloane and Vision PR, Inc. (the "Sloane Parties"), we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit A to the Sloane Parties' motion to compel, filed contemporaneously herewith. Exhibit A is Justin Baldoni's responses and objections to Ms. Sloane's interrogatories, which the Wayfarer Parties designated confidential. The Sloane Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the Wayfarer Parties may file a motion for continued sealing if they so choose.

                Respectfully Submitted,

                */s/ Sigrid S. McCawley*
                Sigrid S. McCawley
                BOIES SCHILLER FLEXNER LLP
                401 E. Las Olas Blvd., Suite 1200
                Ft. Lauderdale, FL 33301
                Telephone: (954) 356-0011
                smccawley@bsfllp.com

                Andrew Villacastin
                Lindsey Ruff
                Rachael Schafer
                BOIES SCHILLER FLEXNER LLP
                55 Hudson Yards
                New York, NY 10001
                Telephone: (212) 446-2300
                avillacastin@bsfllp.com
                lruff@bsfllp.com
                rschafer@bsfllp.com

                *Attorneys for Leslie Sloane*
                *and Vision PR, Inc.*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com