# EXHIBIT A

Justin Baldoni's Responses and Objections

Sloane's First Set of Interrogatories

Filed Under Seal