UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>        Plaintiff,<br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual<br><br>        Defendants.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>        Plaintiffs,<br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>        Defendants. | Case No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

**AFFIDAVIT OF ADAM LEVIN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

20691029.1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Adam Levin hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for nonparty Marvel Entertainment, LLC, in the above-captioned action. In support thereof, I state:

1. I am a member in good standing of the bar of the State of California.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2025        By: _____
                                  Adam Levin
                                  (CA Bar No. 156773)

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 30th day of April___, 2025, by Adam Levin, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



LAURA A. LANCHESTER
Notary Public - California
Los Angeles County
Commission # 2372707
My Comm. Expires Sep 25, 2025

_____
Signature of Notary Public

Place Notary Seal Above

20691029.1