UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>        Plaintiff,<br>  v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual<br><br>        Defendants. | Case No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>        Plaintiffs,<br>  v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>        Defendants. | |

      The motion of Adam Levin for admission to practice *pro hac vice* in the above captioned

action is granted.

1

Applicant has declared that he is a member in good standing of the bar of the state of California and; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Adam Levin |
| Firm Name: | Mitchell Silberberg & Knupp LLP |
| Address: | 2049 Century Park East, 18th Floor |
| City / State / Zip: | Los Angeles, CA 90067 |
| Telephone / Fax: | (310) 312-2000 / (310) 312-3100 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for nonparty Marvel Entertainment, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District / Magistrate Judge

20691038.1