

Sigrid S. McCawley
Telephone: 954-356-0011
Email: smccawley@bsfllp.com

May 7, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

> Re: *Lively et al. v. Wayfarer Studios LLC et al.*, No. 24 Civ. 10049 (LJL)
> [rel. No. 25 Civ. 779]

Dear Judge Liman:

Pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules, we write on behalf of Leslie Sloane and Vision PR, Inc. (the "Sloane Parties") regarding our letter motion to seal Exhibit A to the Sloane Parties' motion to compel, filed on April 30, 2025. ECF No. 189. As Your Honor will recall, the Sloane Parties moved to seal Exhibit A because the Wayfarer Parties designated it confidential.

The Sloane Parties have conferred with the Wayfarer Parties, who confirmed that they do not seek to maintain Exhibit A under seal. Accordingly, the Sloane Parties respectfully request that the Court unseal Exhibit A to the Sloane Parties' motion to compel. ECF No. 191.

Respectfully Submitted,

 */s/ Sigrid S. McCawley*
Sigrid S. McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
smccawley@bsfllp.com

Andrew Villacastin
Lindsey Ruff
Rachael Schafer
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
avillacastin@bsfllp.com
lruff@bsfllp.com
rschafer@bsfllp.com

*Attorneys for Leslie Sloane*
*and Vision PR, Inc.*

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com