

Sigrid S. McCawley
Telephone: 954-356-0011
Email: smccawley@bsfllp.com

May 7, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

The Clerk of Court is respectfully directed to unseal Dkt. No. 191-1 and to close Dkt. No. 189.

Date: 5/7/25

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re: *Lively et al. v. Wayfarer Studios LLC et al.*, No. 24 Civ. 10049 (LJL)
[rel. No. 25 Civ. 779]

Dear Judge Liman:

Pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules, we write on behalf of Leslie Sloane and Vision PR, Inc. (the "Sloane Parties") regarding our letter motion to seal Exhibit A to the Sloane Parties' motion to compel, filed on April 30, 2025. ECF No. 189. As Your Honor will recall, the Sloane Parties moved to seal Exhibit A because the Wayfarer Parties designated it confidential.

The Sloane Parties have conferred with the Wayfarer Parties, who confirmed that they do not seek to maintain Exhibit A under seal. Accordingly, the Sloane Parties respectfully request that the Court unseal Exhibit A to the Sloane Parties' motion to compel. ECF No. 191.

Respectfully Submitted,

 /s/ Sigrid S. McCawley
Sigrid S. McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
smccawley@bsfllp.com

Andrew Villacastin
Lindsey Ruff
Rachael Schafer
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
avillacastin@bsfllp.com
lruff@bsfllp.com
rschafer@bsfllp.com

*Attorneys for Leslie Sloane
and Vision PR, Inc.*