# EXHIBIT A

Jennifer Abel Responses and Objections to Lively's First Set of Requests for Production of Documents

Filed Under Seal