# EXHIBIT C

The Agency Group PR LLC Responses and Objections to Lively's First Set of Requests for Production of Documents

Filed Under Seal