# EXHIBIT D

Justin Baldoni Responses and Objections to Lively's First Set of Requests for Production of Documents

Filed Under Seal