# EXHIBIT E

Jamey Heath Responses and Objections to Lively's First Set of Requests for Production of Documents

Filed Under Seal