# EXHIBIT H

It Ends With Us Movie LLC Responses and Objections to Lively's First Set of Requests for Production of Documents

Filed Under Seal