# EXHIBIT I

Meet and Confer Email Discussions

| | |
|---|---|
| **From:** | Bruno, Matthew |
| **To:** | Kevin A. Fritz |
| **Cc:** | Hudson, Esra; Roeser, Stephanie; Gottlieb, Michael; Governski, Meryl Conant; Bender, Kristin; Nathan, Aaron E.; Connolly, Michaela; Taustine, Melissa; Sigrid McCawley; Lindsey Ruff; Andrew Villacastin; cbabcock@jw.com; cbutzer@jw.com; jglover@jw.com; katebolger@dwt.com; samcategumpert@dwt.com; Nicholas Inns; maarenchoksi@quinnemanuel.com; kristintahler@quinnemanuel.com; anthony@umklaw.com; matthew@umklaw.com; Summer Benson; Climaco, Katelyn; Stacey Ashby; Mitch Schuster; Amit Shertzer; Vaneta Birtha; Miles Cooley; Cortni Davis; Bryan Freedman; Jose Perez; Jason Sunshine; Theresa Troupson |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL - 4/24 M&C |
| **Date:** | Thursday, May 1, 2025 11:50:00 AM |
| **Attachments:** | image002.png |
| | image001.png |

Kevin:

In your email below, you state: "the Wayfarer Parties will produce non-privileged documents concerning their damages." We never agreed that this was an "acceptable manner of proceeding" and it is not clear from your email whether the Wayfarer Parties intend to produce documents responsive to the financial Requests identified in my April 28 email (specifically, Request Nos. 58 and 59 as to Baldoni, Heath and Sarowitz; Request Nos. 46 and 47 as to Abel and Nathan; Request Nos. 73 and 74 as to Wayfarer and IEWU; and Request Nos. 49 and 50 as to TAG). Based on our conferral and your email, we understand the Wayfarer Parties' position to be that they intend to stand on their objections and will not produce the materials requested in these Requests. We will proceed accordingly.

Separately, we understand your email below to amend the Wayfarer Parties' prior objections and to confirm their agreement to conduct a reasonable search for and produce all non-privileged documents responsive to the Requests identified in Schedule A to Ms. Lively's April 15, 2025 Deficiency Letter.

All rights reserved.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Wednesday, April 30, 2025 11:41 AM
**To:** Bruno, Matthew <MBruno@manatt.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; cbabcock@jw.com; cbutzer@jw.com; jglover@jw.com; katebolger@dwt.com; samcategumpert@dwt.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; kristintahler@quinnemanuel.com; anthony@umklaw.com; matthew@umklaw.com; Summer Benson <sbenson@lftcllp.com>; Climaco, Katelyn <KClimaco@manatt.com>; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine

<jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL - 4/24 M&C

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Matt:

Please see my responses in red and bold.



**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York    |    New Jersey    |    Connecticut    |    California    |    Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
**IRS CIRCULAR 230 DISCLOSURE:** As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Monday, April 28, 2025 6:13 PM
**To:** Summer Benson <sbenson@lftcllp.com>; Climaco, Katelyn <KClimaco@manatt.com>; Stacey Ashby <sma@msf-law.com>; Kevin A. Fritz <kaf@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Kevin A. Fritz <kaf@msf-law.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; cbabcock@jw.com; cbutzer@jw.com; jglover@jw.com; katebolger@dwt.com; samcategumpert@dwt.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; kristintahler@quinnemanuel.com; anthony@umklaw.com; matthew@umklaw.com
**Subject:** Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL - 4/24 M&C

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin:

Thank you for a productive meet and confer on Thursday.  Below is a summary of our conferral and

memorialization of the positions taken by the Wayfarer Parties on the call.

Best,

Matt

\*\*\*

**Objections to the Definition of "You"**

With respect to the Requests propounded on corporate Defendants Wayfarer Studios LLC ("Wayfarer"), It Ends With Us Movie LLC ("IEWU"), and The Agency Group PR LLC ("TAG" and, with Wayfarer and IEWU, the "Corporate Defendants"), you confirmed that they will not limit their responses solely to the corporate entities themselves, but instead interpret the definition of "You" to include the Corporate Defendants' officers, directors, employees, partners, corporate parent, subsidiaries and affiliates, as required by Local Rule 26.3(c)(5).  **The Wayfarer Parties agree to comply with Local Rule 26.3(c)(5).**

**General, Boilerplate, Objections and Production of Documents "Sufficient to Satisfy" a Request**

The Wayfarer Parties agreed that they will not withhold non-privileged documents and information based upon general, boilerplate, objections, and Ms. Lively and Mr. Reynolds agreed to the same. The Wayfarer Parties further agreed that, where the Wayfarer Parties have agreed to produce documents, they will produce *all* responsive, non-privileged documents—they will not unilaterally cabin their production to documents "sufficient to satisfy" the Request at issue.  **The Wayfarer Parties will conduct a reasonable search for and produce relevant, non-privileged documents.**

**The Wayfarer Parties' Requests to Meet and Confer – Schedule A to Ms. Lively's Deficiency Letter**

We had requested clarification of the Wayfarer Parties' position regarding more than 30 Requests detailed in Schedule A to Ms. Lively's April 15, 2025 letter ("Schedule A"), attached hereto, pursuant to which the Wayfarer Parties indicated only that they were willing to meet and confer.  The Wayfarer Parties confirmed that they will conduct a reasonable search for and produce non-privileged documents and information responsive to the Requests identified in Schedule A.  **Accordingly, we ask that the Wayfarer Parties amend their responses and objections to reflect their position as to these Requests.** **The Wayfarer Parties will conduct a reasonable search for and produce relevant, non-privileged documents responsive to the items in Schedule A.**

**The Wayfarer Parties' Refusals to Produce – Schedule B to Ms. Lively's Deficiency Letter**

The Wayfarer Parties withdrew their objections as to Request No. 61 propounded upon Mr. Baldoni, and have agreed to search for and produce all non-privileged documents and information responsive to this request. **Accordingly, we ask that Mr. Baldoni amend his responses and objections to reflect his position as to this Request.  The Wayfarer Parties will conduct a reasonable search for and produce relevant, non-privileged documents responsive to Request No. 61.**

The Wayfarer Parties object to Request Nos. 45-48 as to Baldoni, Wayfarer, IEWU, Heath and Sarowitz

and Request Nos. 33-36 as to Abel, Nathan, and TAG, on overbreadth and proportionality grounds, and will not search for or produce documents or information responsive to these requests. The Wayfarer Parties further indicated these requests are duplicative of requests made by Ms. Lively that concern the Digital Campaign, which the Wayfarer Parties have agreed to search for and produce non-privileged documents responsive to. **Please specify which Request or Requests you are referring to for the proposition that these Requests are duplicative of others.** <span style="color:red">**Requests Nos. 38 – 44.**</span> Additionally, we agreed to consider whether any narrowing or ambiguity is appropriate with respect to these Requests, and will follow up separately.

The Wayfarer Parties object to Request Nos. 58 and 59 as to Baldoni, Heath and Sarowitz, Request Nos. 46 and 47 as to Abel and Nathan, Request Nos. 73 and 74 as to Wayfarer and IEWU, and Request Nos. 49 and 50 as to TAG, based on the scope of the Requests and will not search for or produce documents or information responsive to this request. We requested your legal basis for withholding documents in response to Requests that bear directly on the Wayfarer Parties' alleged damages, including but not limited to alleged compensatory damages of or exceeding $400M. You stated that the basis for the Wayfarer Parties' damages amount was "scope," but failed to otherwise explain how the "scope" of these Requests justifies your outright refusal to produce any responsive documents. Your response that you "don't know" what documents support the Wayfarer Parties' alleged hundreds of millions of dollars in damages is insufficient to overcome your obligation to produce documents in response to these requests. The financial information sought in these requests is unquestionably relevant to the Wayfarer Parties' defamation, extortion and tortious interference claims against both Ms. Lively and Mr. Reynolds. Accordingly, Ms. Lively and Mr. Reynolds are entitled to understand the financial harm they are alleged to have caused. Indeed, the financial information sought is the exact sort that courts deem relevant in cases such as this. *See, e.g.*, *Sullivan v. Aircraft Servs. Grp., Inc.*, 2021 WL 11703007, at *3 (E.D.N.Y. Nov. 29, 2021) (compelling production of financial statements and tax returns in action alleging intentional interference with contract and with advantageous business relationships). The Requests are also narrowly tailored both in time and in the content sought. **Please advise if the Wayfarer Parties are willing to reconsider their position and will produce the requested information.** <span style="color:red">**Your recitation of the conversation is incorrect and incomplete. When asked to explain the relevancy of the categories of documents sought by these Requests, you replied "damages". You failed to explain, because you cannot explain, how documents concerning "net worth" or "liquidation of assets" are relevant to the damages incurred by the Wayfarer Parties. Furthermore, I advised you that the Wayfarer Parties will produce non-privileged documents concerning their damages. I further advised you that, if upon receiving such documents you believed that additional documents should be produced, you should notify us of that position. You agreed that was an acceptable manner of proceeding.**</span>

The Wayfarer Parties object to Request No. 60 propounded upon Mr. Baldoni, and will not search for or produce documents or information responsive to this Request. Request No. 60 seeks information regarding Mr. Baldoni's asserted neurodivergent conditions, which he admits he has communicated about in connection with Ms. Lively's allegations and has relied on to explain his alleged sexual harassment, retaliation, other inappropriate behavior on the set of *It Ends With Us*. (*See* ECF No. 84 ¶ 188 & n.27; ECF No. 147 ¶ 188.) This information is demonstrably relevant to Ms. Lively's claims, including but not limited to her claims of sexual harassment and retaliation in violation of Title VII, California's Fair Employment and Housing Act and the California Labor Code, and the Wayfarer Parties' argument otherwise, without support, does not relieve them of their obligation to produce responsive,

non-privileged documents.  It is also relevant to Mr. Baldoni's alleged conduct in influencing the public narrative regarding his conduct on the set of the Film at her expense.  **Please advise if the Wayfarer Parties are willing to reconsider their position**. .  **Your recitation of the conversation is incorrect and incomplete.   When asked to explain the relevancy of the health-related documents sought by Request No. 60, you replied "It's in the discovery."  I then asked you to what discovery you were referring, and at point you realized that (1) no discovery has been exchanged between the parties in this action; and (2) you should not have referred to the discovery that your firm obtained through the New York state court action in which, from our viewpoint, you purposely omitted Lively as the plaintiff (and listed her company Vanzan as the plaintiff) and purposely omitted one or more of the Wayfarer Parties as defendants so that (a) no one would know that Lively had, in essence, commenced a lawsuit and (b) the Wayfarer Parties would not receive notice that Vanzan (i.e. Lively) had served a subpoena.  In an effort to retreat from your reference to such discovery, your colleague Michaela then referred to Lively's allegations on page 60 of her Amended Complaint.  However, paragraph 188 of page 60 (which you cite above) purports to quote from a text message that appears to have been obtained by your firm in response to the "Vanzan" subpoena.   In other words, both you and Michaela were referring to the same discovery that your obtained without notice to the Wayfarer Parties.   If your firm wants to explain to the Court how your firm obtained information concerning Baldoni's purported medical condition and attempt to explain how it is relevant to Lively's claims, we welcome the opportunity to respond thereto.**

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Bruno, Matthew
**Sent:** Monday, April 21, 2025 6:48 PM
**To:** Summer Benson <sbenson@lftcllp.com>; Climaco, Katelyn <KClimaco@manatt.com>; Stacey Ashby <sma@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; cbabcock@jw.com; cbutzer@jw.com; jglover@jw.com; katebolger@dwt.com; samcategumpert@dwt.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; kristintahler@quinnemanuel.com; anthony@umklaw.com; matthew@umklaw.com
**Subject:** RE: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL

Thanks, Summer:

Thursday at 2pm (PT) works for us.  We will send an invite shortly.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Summer Benson <sbenson@lftcllp.com>
**Sent:** Friday, April 18, 2025 5:42 PM
**To:** Climaco, Katelyn <KClimaco@manatt.com>; Stacey Ashby <sma@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; cbabcock@jw.com; cbutzer@jw.com; jglover@jw.com; katebolger@dwt.com; samcategumpert@dwt.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; kristintahler@quinnemanuel.com; anthony@umklaw.com; matthew@umklaw.com
**Subject:** RE: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Katelyn,

We are available to meet and confer next week and propose Wednesday, April 23 at 11am PT. Alternatively, we are also available on Thursday, April 24 at 2pm PT. Please let us know if either works for you.

Best,

Summer E. Benson, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:   www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Climaco, Katelyn <KClimaco@manatt.com>
**Sent:** Tuesday, April 15, 2025 5:39 PM
**To:** Stacey Ashby <sma@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; cbabcock@jw.com; cbutzer@jw.com; jglover@jw.com; katebolger@dwt.com; samcategumpert@dwt.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; kristintahler@quinnemanuel.com; anthony@umklaw.com; matthew@umklaw.com
**Subject:** Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL

Counsel,

Please find attached a deficiency letter concerning the Wayfarer Parties' responses to Ms. Lively's first set of document requests. We are available to meet and confer regarding the issues raised in the letter on Thursday, April 17th and Friday, April 18th. Please let us know your availability on either of those dates so we can coordinate a time.

Best,
Katelyn

**Katelyn Climaco**
*(She/Her/Hers)*
Associate

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4284 **F**
KClimaco@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.