Case 1:24-cv-10049-LJL   Document 204-2   Filed 05/09/25   Page 1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------- X

VANZAN, INC.,

              Plaintiff,

    -against-

DOES 1-10, inclusive,

              Defendants.

------------------------------------------------------- X

Index No.: 655130/2024

**NOTICE OF VOLUNTARY
DISCONTINUANCE
<u>WITHOUT PREJUDICE</u>**

      **PLEASE TAKE NOTICE** that pursuant to CPLR 3217(a)(1), Plaintiff Vanzan, Inc., by

its undersigned attorneys, hereby discontinues this action against Defendants DOES 1-10,

inclusive, **without prejudice** and without costs.  This notice may be filed with the Clerk of the

Court without further notice.

Dated: New York, New York
       December 19, 2024

MANATT, PHELPS & PHILLIPS, LLP

By: __*/s/ Samantha J. Katze*_____
     Samantha J. Katze
     7 Times Square
     New York, New York 10036
     Tel.: (212) 790-4500
     Fax: (212) 790-4545

     *Attorneys for Plaintiff Vanzan, Inc.*