UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>   Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>   Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00449-LJL<br><br>**NOTICE OF THIRD-PARTY DEFENDANT JONESWORKS LLC's MOTION TO DISMISS JENNIFER ABEL'S AMENDED THIRD-PARTY COMPLAINT SEEKING INDEMNIFICATION** |
| JENNIFER ABEL,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>   Third-Party Defendant | |
| WAYFARER STUDIOS LLC,<br>JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>   Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>   Defendants. | |

PLEASE TAKE NOTICE that Third-Party Defendant Jonesworks LLC hereby moves to dismiss the Amended Third-Party Complaint seeking indemnification, asserted by Jennifer Abel in her Amended Third-Party Complaint, filed on April 28, 2025, with prejudice and without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In support of this motion, Jonesworks LLC respectfully submits the accompanying Memorandum of Law and relies on all prior pleadings and proceedings in this action.

DATED:   May 12, 2025

            QUINN EMANUEL URQUHART &
             SULLIVAN, LLP


          By: */s/ Kristin Tahler*
            Kristin Tahler
            865 S. Figueroa Street, 10th Floor
            Los Angeles, California 90017
            (213) 443-3000
            kristintahler@quinnemanuel.com

            Maaren A. Shah
            Danielle Lazarus
            295 5th Avenue
            New York, New York 10016
            (212) 849-7000
            maarenshah@quinnemanuel.com
            daniellelazarus@quinnemanuel.com

            Nicholas Inns (*pro hac vice*)
            1300 I Street NW
            Suite 900
            Washington, D.C. 20005
            (202) 538-8000
            nicholasinns@quinnemanuel.com

            *Thrid-Party Defendants Stephanie*
            *Jones and Jonesworks, LLC*