## LINER FREEDMAN TAITELMAN + COOLEY, LLP
ATTORNEYS AT LAW

1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6007
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

May 15, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
         rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

We write in response to the letter motion to strike filed by Plaintiff/Consolidated Defendant Blake Lively ("Ms. Lively") (Dkt. 218, the "Motion"). The Motion asks the Court to strike my letter of May 14, 2025 (Dkt. 21, the "May 14th Letter"). The May 14th Letter was submitted in response to Ms. Lively and Consolidated Defendant Ryan Reynolds' (together, the "Lively Defendants") corrected letter of May 13, 2025 (Dkt. 214) (the "May 13th Letter") purporting to inform the Court of their request to intervene in an action pending before a different federal court relating to the motion of Venable LLP ("Venable") to quash the subpoena served on them by my office.

The premise of the Motion is that I made a deliberate and shameless misrepresentation to the Court and that the facts set forth in the May 14th Letter are false and unfounded. That is not so. Attached hereto as **Exhibit 1** is an affidavit, executed under penalty of perjury, stating the factual basis for the statements set forth in my May 14th Letter.

Notably, the Motion is signed not by Michael Gottlieb, whose conduct gave rise to my office's issuance of a subpoena to Venable, but instead by another attorney from a different firm representing the Lively Defendants. The Motion also faults the May 14th Letter for being filed "[without] evidentiary support of any kind, much less anything under oath." This opposition supplies the sworn affidavit that Lively argues the May 14th Letter lacked. Finally, and most notably, the Motion claims that the facts set forth in the May 14th Letter are "unequivocally and demonstrably false"—yet it is unsupported by any sworn declaration to that effect, much less from Mr. Gottlieb.

The Motion further contends that the May 14th Letter was "improper" because it "does not seek any form of relief, is irrelevant to any motion currently pending before the Court, and serves no

Hon. Lewis J. Liman
May 15, 2025
Page 2

legitimate purpose." (Mot. at 1.) Of course, the same could be said of the Lively Defendants' May 13th Letter, which Ms. Lively claims to have submitted as a "courtesy" and in which "she did not ask the Court to take any action." (Mot. at 1.) In the May 13th Letter, the Lively Defendants claim that the subpoena served on Venable seeks the Lively Defendants' "attorney communications, including those of Michael Gottlieb, with no explanation as to how they could be relevant to any parties' claims or defenses" in this litigation. Given that Ms. Lively herself admits that in the May 13th Letter "she did not ask the Court to take any action"—nor could she, given that the motion to quash the subpoena to Venable is pending before a separate court and is outside this Court's jurisdiction—it is apparent that the May 13th Letter was filed with the Court for the purpose of besmirching the Wayfarer Parties and their counsel. A response was necessary.

The May 13th Letter claims in open court that my office issued the subpoena to Venable for an improper purpose rather than in pursuit of relevant documents. Accordingly, we submitted the May 14th Letter to correct the record. The Motion should be denied.

        Respectfully submitted,

        */s/ Bryan J. Freedman*
        LINER FREEDMAN TAITELMAN + COOLEY, LLP
        Bryan J. Freedman (*pro hac vice*)
        Miles M. Cooley (*pro hac vice*)
        Theresa M Troupson (*pro hac vice*)
        Summer Benson (*pro hac vice*)
        Jason Sunshine
        1801 Century Park West, 5th Floor
        Los Angeles, CA 90067
        Tel: (310) 201-0005
        Email: bfreedman@lftcllp.com
               mcooley@lftcllp.com
               ttroupson@lftcllp.com
               sbenson@lftcllp.com
               jsunshine@lftcllp.com

        MEISTER SEELIG & FEIN PLLC
        Mitchell Schuster
        Kevin Fritz
        125 Park Avenue, 7th Floor
        New York, NY 10017
        Tel: (212) 655-3500
        Email: ms@msf-law.com
               kaf@msf-law.com

cc: all counsel of record (via ECF)