# EXHIBIT 5

Wayfarer Studios LLC's Responses and Objections to Ms. Lively's Requests for Production of Documents

Filed Under Seal