# EXHIBIT 6

It Ends With Us Movie LLC's Responses and Objections to Ms. Lively's Requests for Production of Documents

Filed Under Seal