**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Blake Lively, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Wayfarer Studios LLC, et al.,<br><br>　　　　Defendant. | Civil Action Nos. 1:24-cv-10049-LJL;<br>　　　　　　　　　1:25-cv-00449-LJL;<br>　　　　　　　　　1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Thomas B. Sullivan, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this action on behalf of Non-Party Journalist James Vituscka. Any and all further correspondence directed to Mr. Vituscka regarding this action, and any pleadings or other filings, may be served on undersigned counsel by ECF and at the address below.

| | |
|---|---|
| Dated: May 22, 2025 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>By: _s/ Thomas B. Sullivan_<br>Thomas B. Sullivan<br>1675 Broadway, 19th Floor<br>New York, NY 10019<br>Tel: (212) 850-6139<br>Fax: (212) 223-1942<br>sullivant@ballardspahr.com<br><br>*Counsel for Non-Party Journalist James Vituscka* |