UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>Wayfarer Studios LLC, et al.,<br><br>       Defendant. | Civil Action Nos. 1:24-cv-10049-LJL;<br>                            1:25-cv-00449-LJL;<br>                            1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

      **PLEASE TAKE NOTICE** that Isabella Salomão Nascimento, undersigned counsel with Ballard Spahr LLP, hereby enters her appearance as counsel in this action on behalf of Non-Party Journalist James Vituscka. Any and all further correspondence directed to Mr. Vituscka regarding this action, and any pleadings or other filings, may be served on undersigned counsel by ECF and at the address below.

| | |
|---|---|
| Dated: May 22, 2025 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>By: *s/ Isabella Salomão Nascimento*<br>Isabella Salomão Nascimento<br>2000 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-3281<br>Fax: (612) 371-3207<br>salomaonascimentoi@ballardspahr.com<br><br>*Counsel for Non-Party Journalist James Vituscka* |