UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>      Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>      Defendants. | No. 25-cv-449 (LJL) (member case) |

**NOTICE OF APPEARANCE OF ELYSE D. ECHTMAN**

Elyse D. Echtman, hereby appears in this matter as counsel for non-party Amicus Curiae Elyse Dorsey.

Dated: New York, New York
      May 27, 2025

                                            Respectfully submitted,

                                            */s/ Elyse D. Echtman*

                                            Elyse D. Echtman
                                            STEPTOE LLP
                                            1114 Avenue of the Americas
                                            New York, N.Y. 10036
                                            eechtman@steptoe.com

                                            *Counsel for Amicus Curiae Elyse Dorsey*