## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>      Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>      Defendants. | No. 25-cv-449 (LJL) (member case) |

## [PROPOSED] ORDER TO ADMIT ELISE K. HAVERMAN PRO HAC VICE

The motion of Elise K. Haverman for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and Florida, and that her contact information is as follows:

Elise K. Haverman
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel: (202) 429-8102
Fax: (202 429-3902
ehaverman@steptoe.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Amicus Curiae Elyse Dorsey in the above-captioned actions.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
      New York, New York

_____
      United States District Court Judge