# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **LAURA DULCIE NIDAY** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **LAURA DULCIE NIDAY** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **JUNE 17, 2024**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued May 9, 2025

*DaVida M. Davis*

DaVida M. Davis
**Director of Regulatory Compliance**