

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Laura Dulcie Niday, Esq.*

DATE OF ADMISSION

*October 29, 2024*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 9, 2025

_____
Nicole Traini
Chief Clerk