**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BLAKE LIVELY,

       Plaintiff,

---

v.

WAYFARER STUDIOS LLC, et al.,

       Defendants.

     No. 24-cv-10049 (LJL) (lead case)

---

WAYFARER STUDIOS LLC, et al.,

       Plaintiffs,

v.

BLAKE LIVELY, et al.,

       Defendants.

     No. 25-cv-449 (LJL) (member case)

---

## [PROPOSED] ORDER TO ADMIT MICHELLE S. KALLEN PRO HAC VICE

The motion of Michelle S. Kallen for admission to practice *pro hac vice* in the above-captioned actions is granted.

Applicant has declared that she is a member in good standing of the bars of Commonwealth Virginia, District of Columbia and California, and that her contact information is as follows:

> Michelle S. Kallen
> STEPTOE LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036
> Tel: (202) 429-6415
> Fax: (202) 429-3902
> E-mail: mkallen@steptoe.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Amicus Curiae Elyse Dorsey in the above-captioned actions.

**IT IS HEREBY ORDERED** that Applicant is admitted *pro hac vice* in the above-caption cases in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
　　　　New York, New York                              U.S. District Court Judge