UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLAKE LIVELY,

               Plaintiff,

v.

WAYFARER STUDIOS LLC, et al.,

               Defendants.

No. 24-cv-10049 (LJL) (lead case)

---

WAYFARER STUDIOS LLC, et al.,

               Plaintiffs,

v.

BLAKE LIVELY, et al.,

               Defendants.

No. 25-cv-449 (LJL) (member case)

---

## AFFIDAVIT OF MICHELLE S. KALLEN PRO HAC VICE

I, Michelle S. Kallen, hereby declare as follows:

1.      I am a partner in the law firm of Steptoe LLP, located at 1330 Connecticut Avenue, NW, Washington, DC 20036, phone number (202) 429-6415, facsimile (202) 429-3902. I respectfully submit this affidavit in support of my motion for admission *pro hac vice* to represent Amicus Curiae Elyse Dorsey in the above-captioned actions.

2.      I am currently a member in good standing in the bars of the Commonwealth of Virginia, District of Columbia and California. Certificates of Good Standing from the Supreme Court of Virginia, District of Columbia Court of Appeals and Supreme Court of California are filed with this application as Exhibits 1, 2 and 3 respectively.

3.      I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred, or denied admission or

readmission to any court.

5.    There are no disciplinary proceedings presently against me.

6.    I am familiar with and agree to abide by the Federal Rules of Civil and Criminal

Procedures, and the Local Rules of the United States District Court for the Southern District of

New York.

I swear under the penalty of perjury the foregoing is true and correct.  Executed this _27_

day of May, 2025 in Washington, District of Columbia.

Dated:  May _27_, 2025                                    _Michelle Kallen_
                                                                          Michelle S. Kallen


Subscribed and sworn before me in Washington, D.C., this __27th__ day of May, 2025.



_Sheila Saxon_
Notary Public



**SHEILA SAXON**
**NOTARY PUBLIC DISTRICT OF COLUMBIA**
**My Commission Expires February 14, 2030**