# EXHIBIT 3



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>*MICHELLE SHANE KALLEN*</u>

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that MICHELLE SHANE KALLEN, #271322, was on the 23rd day of November 2010 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 30th day of April 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____
    *F. Jimenez, Deputy Clerk*