UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>       Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>       Defendants. | No. 25-cv-449 (LJL) (member case) |

### MOTION TO ADMIT ELISE K. HAVERMAN PRO HAC VICE

**PLEASE TAKE NOTICE, that** pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Elise K. Haverman, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Amicus Curiae Elyse Dorsey in the above-captioned actions.

I am a member in good standing of the bars of the District of Columbia and Florida. There are no pending disciplinary proceedings against me in any state or federal court. I have attached affidavit pursuant to Local Rule 1.3(c) together with Exhibits 1 and 2 annexed thereto. A proposed order is also filed herewith.

Dated: May 27, 2025  　　　　　　　　　Respectfully,
Washington, DC

　　　　　　　　　　　　　　　　　　By: /s/ *Elise K. Haverman*
　　　　　　　　　　　　　　　　　　　　Elise K. Haverman
　　　　　　　　　　　　　　　　　　　　STEPTOE LLP
　　　　　　　　　　　　　　　　　　　　1330 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Tel: (202) 429-8102
　　　　　　　　　　　　　　　　　　　　Fax: (202) 429-3902
　　　　　　　　　　　　　　　　　　　　E-mail: ehaverman@steptoe.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the Amicus Elyse Dorsey*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2025, I caused a true copy of the foregoing Motion for Admission *Pro Hac Vice* of Elise K. Haverman and supporting documents to be served via ECF.

/s/ *Elise K. Haverman*
Elise K. Haverman