UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　　　　Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>　　　　　　　　Defendants. | No. 25-cv-449 (LJL) (member case) |

### AFFIDAVIT OF ELISE K. HAVERMAN ADMISSION PRO HAC VICE

I, Elise K. Haverman, hereby declare as follows:

1. I am an associate in the law firm of Steptoe LLP, located at 1330 Connecticut Avenue, NW, Washington, DC 20036, phone number (202) 429-8102, facsimile (202) 429-3902. I respectfully submit this affidavit in support of my motion for admission *pro hac vice* to represent Amicus Curiae Elyse Dorsey in the above-captioned actions.

2. I am currently a member in good standing in the bars of the District of Columbia and Florida. Certificates of Good Standing from the District of Columbia Court of Appeals and Florida are filed with this application as Exhibits 1 and 2 respectively.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission to any court.

5. There are no disciplinary proceedings presently against me.

6. I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedures, and the Local Rules of the United States District Court for the Southern District of New York.

I swear under the penalty of perjury the foregoing is true and correct. Executed this 27th day of May, 2025 in Washington, District of Columbia.

Dated: May 27, 2025

Elise K. Haverman

Subscribed and sworn before me in Washington, D.C., this 27th day of May, 2025.

Notary Public



2

# EXHIBIT 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Elise Kyla Haverman*

was duly qualified and admitted on June 27, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 02, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# EXHIBIT 2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon   )     In Re:   1003004
Elise Kyla Haverman
Steptoe & Johnson
1330 Connecticut Ave NW
Washington, DC 20036-1704

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 22, 2017**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  2nd  day of **May, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-343062

