UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                                    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                                    Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>                                    Defendants. | No. 25-cv-449 (LJL) (member case) |

## MOTION TO ADMIT LAURA D. NIDAY PRO HAC VICE

**PLEASE TAKE NOTICE, that** pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Laura D. Niday, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Amicus Curiae Elyse Dorsey in the above-captioned actions.

I am a member in good standing of the bars of Commonwealth of Virginia, District of Columbia, and Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against me in any state or federal court. I have attached affidavit pursuant to Local Rule 1.3(c) together with Exhibits 1, 2 and 3 annexed thereto. A proposed order is also filed herewith.

Dated: May ___, 2025  
Washington, D.C.

Respectfully,

By: /s/ *Laura D. Niday*
    Laura D. Niday
    STEPTOE LLP
    1330 Connecticut Avenue, NW
    Washington, D.C. 20036
    Tel: (202) 429-3049
    Fax: (202) 429-3902
    E-mail: LNiday@steptoe.com

*Counsel for the Amicus Elyse Dorsey*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this _____ day of May, 2025, I caused a true copy of the foregoing Motion for Admission *Pro Hac Vice* of Laura D. NIday and supporting documents to be served via ECF.

                /s/ *Laura D. Niday*
                Laura D. Niday