# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

    Plaintiff,

v.

WAYFARER STUDIOS LLC, et al.,

    Defendants.

No. 24-cv-10049 (LJL) (lead case)

WAYFARER STUDIOS LLC, et al.,

    Plaintiffs,

v.

BLAKE LIVELY, et al.,

    Defendants.

No. 25-cv-449 (LJL) (member case)

## AFFIDAVIT OF LAURA D. NIDAY FOR ADMISSION PRO HAC VICE

I, Laura D. Niday, hereby declare as follows:

1.  I am an associate in the law firm of Steptoe LLP, located at 1330 Connecticut Avenue, NW, Washington, D.C. 20036, phone number (202) 429-3049, facsimile (202) 429-3902. I respectfully submit this affidavit in support of my motion for admission *pro hac vice* to represent Amicus Curiae Elyse Dorsey in the above-captioned actions.

2.  I am currently a member in good standing in the bars of the Commonwealth of Virginia, District of Columbia, and the Commonwealth of Pennsylvania.  Certificates of Good Standing from the Bars of the District of Columbia, Virginia, and Pennsylvania are filed with this application as Exhibits 1, 2, and 3 respectively.

3.  I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred, or denied admission or

readmission to any court.

    5.      There are no disciplinary proceedings presently against me.

    6.      I am familiar with and agree to abide by the Federal Rules of Civil and Criminal

Procedures, and the Local Rules of the United States District Court for the Southern District of

New York.

    I swear under the penalty of perjury the foregoing is true and correct. Executed this 27th

day of May, 2025 in Washington, District of Columbia.

Dated:  May 27, 2025

Laura D. Niday

Subscribed and sworn before me in Washington, D.C., this _27TH_ day of May 2025.

Notary Public

