

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Laura Dulcie Niday, Esq.*

### DATE OF ADMISSION

### *October 29, 2024*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 9, 2025**

Nicole Traini
Chief Clerk