| | |
|---|---|
| **BRETT DOUGLAS MCDOWELL**<br>Plaintiff/Petitioner<br>vs.<br>**THE BC HUMAN RIGHTS TRIBUNAL**<br>Defendant/Respondent | Cause No.:<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>Summary of All Incidents Affidavit; Exhibit; Supporting Documents |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, a resident of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness

On the **31st day of March, 2022** at **2:32 PM** at the address of **1290 Avenue of the Americas, New York, New York County, NY 10104**; this declarant served the above described documents upon **Sara Del Greco** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Ray Doe -;Supervisor** , **I delivered the documents to Ray Doe -; Supervisor who indicated they were the supervisor- able to accept, co-resident. The individual accepted service with direct delivery. The individual appeared to be a Hispanic male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Ray was wearing a hat could not identify hair color.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$250.00**

Declarant hereby states under penalty of perjury under the laws of the State of New York that the statement above is true and correct.

Date:  04/01/2022

_[signature]_

**Michael Whyte, Reg. # 2075574- DCA, DCA -New York**

**ORIGINAL PROOF OF SERVICE**

PAGE 1 OF 1

For: **Is Suing Us Cultural Approriaiton Pictures**
Ref #: **REF-9779083**

Tracking #: **0085118159**

