

**FORM F30**
**( RULE 10-4 (2) AND (7) )**

This is the 3st affidavit

of  Brett Douglas McDowell
_____
*[name]*

in this case and was made on

_____
21/03/2022
*[dd/mmm/yyyy]*

No.      S-220932

Vancouver Registry

*In the Supreme Court of British Columbia*

| | |
|---|---|
| Claimant/ Claimant #1/ Petitioner(s)/ Appellant(s) | **Brett Douglas McDowell** |
| Respondent(s)/ Claimant #2 | **The BC Human Rights Tribunal** |

**AFFIDAVIT**

I,  Brett Douglas McDowell             of
    *[name]*                                    *[address]*

Cross Media Producer and Storyteller

    *[occupation]*

SWEAR (OR AFFIRM) THAT:



Exhibit 

1   ~~Appendix~~ A and B were submitted to The BC Human Rights Tribunal via email.

*[if more space is required - attach page and state "See Attached"]*

SWORN (OR AFFIRMED) BEFORE ME                                    )
at                    **VANCOUVER**                     ,          )
British Columbia                                                  )
on                                                               )
_____ MAR 2 1 2022 _____                                      )
        *[dd/mmm/yyyy]*                                           )
                                                                 )
_____                                )    _____
                                                                 )          Brett Douglas McDoall
A commissioner for taking affidavits for                         )                *[name]*
British Columbia        O. CARION                                )          BC DL Stown.
                A Commissioner for taking Affidavits             )
                    within British Columbia                      )
_____
            *[print name or affix stamp of commissioner]*

*[The following endorsement must be completed if required under Rule 10-4 (7) of the Supreme Court Family Rules.]*

Endorsement of Interpreter *[if applicable]*

I, _____        of
            *[name]*
                                        _____
                                                *[address]*

_____
                    *[occupation]*

CERTIFY THAT:

1   I have a knowledge of the English and _____ languages
    and I am competent to interpret from one to the other.

2   I am advised by the person swearing or affirming the affidavit and believe that the person swearing or
    affirming the affidavit understands the _____ language.

3   Before the affidavit on which this endorsement appears was made by the person swearing or affirming
    the affidavit I correctly interpreted it for the person swearing or affirming the affidavit from the English
    language into the _____ language and the person swearing
    or affirming the affidavit appeared to fully understand the contents.

Date: _____
        *[dd/mmm/yyyy]*
                                        _____
                                        Signature of interpreter

 Gmail

Brett McDowell < ██████████████ >

## Re: McDowell v. BC Human Rights Tribunal; Van Reg No. S-220932 External External

1 message

**Brett McDowell** < ████████████ >                    Mon, Mar 21, 2022 at 12:36 PM
To: "Hardie, Katherine AG:EX" < ████████████ >, "Kelly, Ainsley AG:EX" < ████████████ >

Please See Attached Document.

Many thanks,
Brett

--
-
Brett McDowell
Studio Ishiwata
██████████████

This is Exhibit " ....A...... " referred to in the affidavit of
Brett Douglas McDowell
sworn (or affirmed) before me on [dd/mmm/yyyy]

MAR 2 1 2022

A Commissioner for taking affidavits for British Columbia



📄 **Summary of All Incidents FINAL Mar 21.pdf**
265K

***Point Form Short Summary (yes this is short form) in chronological order.***

### <u>Table of Contents:</u>



This is Exhibit " B " referred to in the affidavit of
Brett Douglas McDowell
sworn (or affirmed) before me [MAR 24 2022 (yyy)]
A Commissioner for taking Affidavits for British Columbia

1.  Background Information……………………………..p1
2.  Snowcastle Games Incident…………………….....p3
3.  La Guilde/Juripop Cover up Incident..…………....p9
4.  Mythic Quest/Ubisoft Incident………………….….p15
5.  Deadpool/Ryan Reynolds Incident…………….…..p20
6.  Vetting for Casting or Surveillance………………...p25
7.  Free Guy/Ryan Reynolds Incident……………..…..p30
8.  Times Up Cover Up Incident……………………..…p32
9.  Indigenous Wolverine Casting Incident……………p33
10. Human Rights Complaints……………………..……p40
11. Personal Statements……………………….…..……p51

---

***Disclaimer:***

This is a complex series of events, but remember that the film world is a circus. NXIVM was a sex cult in Vancouver that preyed on entertainers. Canada is not as boring as most of us have been led to believe. Hollywood has stories like Scientology, Harvey Weinstien, Bill Cosby, Rock Hudson…. etc

Theatrical experiences are all part of the landscape.

There is a reason they say:

**"There's No Business Like Show Business"**

- *Annie Get Your Gun by Irving Berlin (1946)*

The toxic film industry behavior is not contained in the industry as it once did before. Because of the internet and social media, it bleeds out into the real world as demonstrated how it bled out into Brett and Eiko's professional gaming life.

So the Game Industry is no exception and the two industries are now intertwined. No writer or storyteller would likely ever come up with a situation as crazy as this. **Life is often stranger than fiction.**

## Background Information

1. Studio Ishiwata is a crossmedia independent company.
    a. Eiko Ishiwata is the CEO of Studio Ishiwata.
    b. Brett Douglas McDowell is the Executive Producer and the Legal Affairs of Studio Ishiwata.
    c. Studio Ishiwata is working on a Japanese Role Playing Game (JRPG) called Valiant Mirror.
        i. Valiant Mirror had a 'coming soon' Kickstarter page and was planning to launch in late Spring, early Summer of 2021 after things were resolved with Snowcastle Games.
2. Eiko Ishiwata's brother, Tak Ishiwata is the owner of Basho and is a celebrity chef and Jason Momoa's personal chef.
3. Eiko's ex-husband, Chris Nichols, was one of the first employees who worked from home on Marvel IP's notably "Thanos" in 2017.
    a. It is likely that there was high security while he worked from home since he was to the best of Eiko's knowledge the first artist to be given this privilege for Marvel from Digital Domain.
    b. Chris asked for feedback and art direction from Eiko since Eiko is also a visual artist.
    c. Chris has worked as a visual effects artist on many Marvel Hero assets and on other major blockbusters (The Queen from Ender's Game, Giants from Jack the Giant Slayer (directed by Bryan Singer), etc).
    d. Chris has asked his spouse (at the time), Eiko for feedback on projects ever since he broke into the visual effects industry.
    e. Eiko stopped giving Chris feedback after she was drugged at GDC 2017.
    f. This may have resulted in the Thanos memes of 2017.
4. Eiko is a lifelong gamer who has pursued a career in video games for over 20 years.
5. Brett has been working as a film and tv actor in BC from 2013-2018 off and on.
    a. Brett McDowell was on set for Deadpool 2 as Deadpool's Stand-In at Wade's first apartment that he shared with Vanessa.
    b. Full body photography is normative when doing a Stand-In gig.
6. Brett has an extensive background in Investigation.
    a. Brett is a Canadian Forces Veteran of the Intelligence branch.
    b. Brett has been taught by Indigenous Elders.
        i. This included at University and in the Canadian Forces.

     c. Brett is certified as a Private Investigator.
     d. Brett has worked as a fixer for film.
     e. Brett is a computer engineer with a background in collective intelligence/systems theory.
     f. Brett has been hesitant to disclose his Canadian Forces department or Private Investigation training publicly for security reasons.

7. Brett is Red River Métis (Canadian Indigenous).

8. Brett received a mysterious invite to Berlinale (Berlin Film Festival) in 2019 after he posted a video in which he commented on Martin Scorsese's criticism of Marvel films as "not being cinema".
     a. He used this opportunity to fly to Berlin to meet with Hanno Lentz Cinematographer at the Canadian Embassy.

9. Eiko and Brett are in a relationship which has not been made public due to their professional lives and out of concern that Eiko's work would be attributed to Brett due to gender biases in the industry towards "gamer girls".

10. Eiko has far more extensive video game experience than Brett.

11. The conceptualization of Valiant Mirror Game was developed in Montreal, Quebec during Jun 2019 - Nov 2020 in preparation for Valiant Mirror's Kickstarter Campaign.
     a. Brett Mcdowell and Eiko Ishiwata have attended several industry game parties and events while in Montreal.
     b. Brett and Eiko attracted a lot of attention during the parties and events in Montreal due to the fact that Brett always had a camera pointed in Eiko's direction for press and media.
     c. It is safe to assume that Ubisoft employees were at these events; Eiko and Brett also briefly attended a Ubisoft party but left since Eiko felt uncomfortable at the event.
     d. In 2017, The piece Akari from The Girl and the Robot game was adapted to orchestra and choir for the Montreal Videogames Symphony performed by The Montreal and Quebec Orchestra alongside composers from Triple A game companies including Ubisoft. Eiko was on stage for applause during the Montreal Orchestra Concert and she was the only woman on stage.

12. There is a Japanese fetisization within the game industry.
     a. Eiko is one of the only few Japanese women working in the Western game industry.
     b. She stands out as a game professional especially at events.
     c. Eiko's mother was a beauty queen in Japan.
          i. Eiko's mother wanted her to follow in her footsteps but Eiko was never interested.

        ii.   Because of Eiko's ethnicity and appearance, not only has she been targeted by men but also ostracized by women (Japanese women are most statistically desired by Western Men and due to her appearance she feels socially isolated due to objectification and by resentment).

    d.  Eiko would stick out at gaming conventions as she is also 5'9".
        i.   With average shoes that she can appear 5'11".
        ii.   People have referred to her as "Godzilla".

    e.  Eiko is an almost literal "tall poppy".

13. The vast majority of the points below can be supported with documentation, screenshots, video and miscellaneous other formats.

14. **Studio Ishiwata (Eiko and Brett) was most likely noticed by Ubisoft Montreal.**

15. **Eiko has been on Marvel's radar since 2017 (Thanos development).**

16. **Brett has been on Marvel's radar since 2017 (Deadpool Stand-in).**

17. **Brett is a very skilled investigator who has operated with discretion for many years and is a bit of a real life "Sherlock".**

18. **Brett has been trying to figure out what happened at the GDC2017 incident ever since Eiko and Brett started their relationship.**

## Snowcastle Games Incident

19. Eiko was one of the first individuals working at Snowcastle Games.
    a.  She holds "founder" shares of the corporation.

20. Eiko was the principal composer at Snowcastle Games for every IP they were developing (Hogworld, Winds of Eda, Space Turrets, Arcademy, Earthlock).

21. Eiko had the final say on additional composers and music.

22. Eiko was the Music Director at Snowcastle Games; she was not treated equally to the men at the company.
    a.  Eiko's work has been under credited on the games.
        i.   Eiko was not credited as Music Director in the end game credits, only as Composer despite having Music Director in her contract.
           1.  Other composers have been left out of the end game credits. They are:
               a.  Hiroki Kikuta (Secret of Mana)
               b.  Frits Olsen (Death's Door, Earthlock 1 - Art Director)
        ii.   Eiko's name was not included in the list of composers on the Super Rare Collectors edition CD.
           1.  3 tracks composed by the other 2 composers were credited.
           2.  34 tracks composed by Eiko were NOT credited.

      iii. The initial release of Earthlock 1 on September 1st 2016, Eiko was credited as 'Eiko Ishiwata' although Eiko was going by her married name 'Nichols'.

      iv. The second release of Earthlock 1 on March 8th 2018 (almost a year after her separation from her husband), her credited name was changed to 'Eiko Nichols' although she was going by her maiden name 'Ishiwata'.

          1. The CEO ought to have known of her name change back to her maiden name. He knew that Eiko was separated. There was no consultation on the credit change.

          2. It seems as if Eiko's name was intentionally changed to 'Nichols' after she went back to 'Ishiwata'.

          3. Eiko has a company named Studio Ishiwata.

          4. Earthlock sold 2.4 Million copies. This made it harder for fans to connect with Eiko.

      v. Essentially all Japanese references including her name disappeared from marketing.

b. Eiko was paid significantly less than her male counterparts whom she managed.

c. She was not treated like a key team member despite the contract stating Music Director Title.

      i. At past conferences Eiko's hotel was booked far away from her team members in areas that are reported to be dangerous.

          1. The men were able to go back to their hotel as a group but she would have been required to go across town alone.

          2. Eiko's accommodations were further away so she had less opportunity at the events.

          3. After she complained, the company did not arrange a hotel at a safer location.

          4. Eiko had to arrange different accommodations from the dangerous location.

          5. Even though Eiko rebooked to a safer location, she was uncomfortable traveling alone, especially coming back from being at a male dominated game industry conference in an unfamiliar city.

      ii. Eiko was not given the same level of conference pass as the men of her group even though she was the "JRPG expert", the only person that speaks Japanese and the only female team member attending these events.

       iii.   Eiko flew out on her own expense while all of the men had their flights covered, even though Eiko's flight from Canada to San Francisco was much cheaper than the team's flights from Norway.

       iv.   Even though Eiko's contract says Music Director, the male counterpart for audio; whom she went to school with, having the same education as Eiko and was introduced to the company by Eiko at a later stage of development, was given a higher status title.

23. Eiko was credited on the Kickstarter for Earthlock 1 as the team's JRPG expert.

24. Eiko turned down better paying film work to prioritize her work on JRPGs and Earthlock in the past.

25. Eiko's fan base was used to promote the Earthlock 1 Kickstarter Campaign.

26. The first release of Earthlock 1 would have tanked without the Art and Music reviews.

27. The CEO at the time promised Eiko advancement at the company (Earthlock 2 and 3).

28. In an email before GDC 2017, there were explicitly sexual undertones in a conversation where Eiko was negotiating share classes. The CEO even states self awareness of the comments and their inappropriateness.
   a. There are several written examples of this pattern continuing after GDC 2017.
   b. This behavior was inappropriate.

29. Eiko believes she was drugged at GDC 2017. She reported it to GDC Staff.

30. Eiko had a medical evaluation in Vancouver, Canada on 06 MAR 2017 to rule out psychological or physiological causes. It was too late for a drug test.

31. Eiko is Japanese, she grew up in Newfoundland, Canada and her height is 5'9".
   a. This is stated because many people dismiss druggings as "women not being able to hold their liquor".
   b. Eiko is the average height of a man and has a higher tolerance for alcohol consumption than the average woman.

32. Eiko's mother trained her in the etiquette of Japanese business drinking. Drinking with colleagues is a situation she is very well trained for. Something was clearly wrong with this situation.

33. It is recorded in Eiko's notes (from the time) that her spouse was upset about not being contacted by the company at the time of the incident. Eiko was left under the supervision of team members. Eiko was not in a state where she could make informed decisions.

34. The team member who Eiko went to school with and had known since approx 2006 also reported to her that he was not informed of her condition during GDC 2017.

35. Eiko did not get a drug test at GDC because she was afraid that if she was raped, her husband would abandon her. She regrets not getting a drug test at GDC. Eiko's marriage ended during the aftermath of GDC 2017.

36. Eiko experienced memory gaps during the time when she was drugged but she recalls when her Boss contacted a Jr. employee via text to bring her up to his hotel room where her Boss said "you were drugged because you were so beautiful".

37. Eiko was told by her Boss that the most likely suspect was one of the four team members at GDC 2017. That there was an executive suspicious of team members present at GDC.

38. The HR process was handled by the same executives present at GDC 2017.

39. Fearing the Art Director still had unresolved issues with Snowcastle Games, Eiko contacted the Art Director to talk about the incident.

40. After speaking with the Art Director, she believed the situation would be resolved with Snowcastle Games.

41. At the same time she contacted the Art Director, she also made an effort to reach Snowcastle Games with the intent of coping with internal concerns about denunciations of the corporation. She was met with silence. Eiko did not want a constant threat of retaliation hanging over her head. She wanted to ensure any issues between the company and herself were resolved before she started marketing her new company's first game.

42. The HR process should not have been run by members present at GDC 2017; this was a conflict of interest and undermined the impartiality of the process.

43. Eiko was not involved in the HR process in any meaningful way and she believes the incident was not resolved or adequately investigated.

44. After this incident Eiko's role at the company was greatly reduced. She was no longer included in group emails or Slack-like programs, correspondence was greatly reduced and her usual role as music director ceased. It was implied that she talked to no one at the company but her Boss.

45. There was no recognizable integrity system in place, despite the high levels of government funding received via competitive selection.

46. Eiko's Boss continued to include sexual comments in their communication, and a promise of promoting her new game was also offered.

47. Earthlock 2 stopped being a turn-based JRPG franchise and pivoted to an MMORPG.
    a. Eiko was not involved in this decision even though she was a key member on the team.
    b. A move Eiko strongly disagrees with.

48. The company has made written commitments for Eiko's role as Music Director and Composer on future sequels of the franchise.

    a. The company has since pivoted to Ikonei Island: An Earthlock Adventure.
        i. Eiko has no role or communication regarding this title.
        ii. She has been the Music Director or Composer on every Snowcastle title until Ikonei Island which was produced after the incident at GDC.

49. After Eiko reported the incident and had started her own game company, the CEO messaged her via Facebook and alluded to intentions of replacing her with an AI system.
    a. Eiko was not sure if this was punitive or bullying.
    b. She asked to be involved in the process.
    c. As Music Director, it was her understanding that she would have been involved in this process.

50. Eiko has not worked on a single paid task from Snowcastle Games since then.
    a. However, it should be noted that she did music editing for the Super Rare Special Edition (where she was not credited) without compensation.

51. She has made it clear in writing many times that she was available and interested in additional responsibilities at the Company and they made it clear that she was still their Music Director in writing and that Eiko would continue on at Snowcastle Games for Earthlock 2 and 3.

52. Since Eiko felt like her position at Snowcastle Games may be in question and the Art Director was covertly forced to resign for reporting his own HR complaint about the drugging, Eiko started her own company called Studio Ishiwata. Eiko created this studio with the intention to hire Snowcastle Game's previous Art Director so they could work together on a JRPG again.
    a. The Art director and Eiko had a long historical friendship and working relationship since 2006 until the incident in 2017.
    b. He initially agreed to help Eiko with her game.
    c. When Eiko was ready to hire him, he confessed he was too traumatized by the incident during GDC2017 and the aftermath and declined the position.
        i. This incident has damaged their working relationship and friendship.
        ii. This has resulted in direct damages to Eiko's company.

53. Eiko was still hoping this could be solved internally.

54. Eiko still felt uncomfortable/traumatized by the situation and tried to reach out for closure. There was no response from the organization.

55. Eiko reviewed all previous communications with Snowcastle Games and she began to understand the full context of what she had been through.

56. At one point, Eiko perceived the CEO to have threatened to replace her with an AI.

57. Eiko asked Snowcastle Games to sign The Montreal Declaration for a Responsible Development of Artificial Intelligence and received no response.
58. After this, almost immediately, the Snowcastle Games investors update was released with an Organization chart which seems to indicate that Eiko was replaced with a man. This man lists himself as a composer for Snowcastle Games on Twitter and on his personal website.
59. Eiko traced the earliest time when he listed himself as working with Snowcastle Games on the wayback machine/google cache. He does not appear to be listed publicly as a composer at Snowcastle Games until after Eiko reached out to sign the declaration.
60. Eiko's contract states that either the employee or employer needs to give one months notice of termination.
61. It left lots of unanswered questions. However the investor update did not list the music AI program that the CEO has previously mentioned.
62. It is unacceptable to gain recognition for a JRPG, fire the Composer/Expert/Music Director who worked on the project and drop the Asian identity of the work after reaching out to resolve an HR issue.
63. Eiko was approached by CBC earlier in May 2021 to do a profile piece for the Asian History month. In good faith Eiko disclosed off the record the points above and they canceled her profile and decided that a possible exclusive on the events above took priority to the Asian History Month piece.
64. Eiko believes CBC canceled the profile piece as a consequence of her describing her personal experience.
65. The CBC profile piece would have given Eiko more defense for standing up against Snowcastle Games since they came to Eiko based on her merits not the abuse she went through.
66. Again, Eiko tried to solve this internally.
67. Eiko asked for their Whistleblowers and HR policy. Norwegian law required Snowcastle Games to provide her with their HR policy at the start of her employment.
68. They supplied the documentations.
69. Eiko contacted her HR rep via the email in the document.
70. The email came from an unfamiliar email address and there was no way to identify that that person from the email address was her official HR rep.
71. At this point attempts to solve this internally had been exhausted.
72. Eiko has had no choice but to go through an ombudsman to solve the issue since there is no way to confirm that she was speaking with her HR rep.
73. At this point she contacted several organizations for help.
   a. The Norwegian Equality and Anti-Discrimination Ombud
   b. La Guilde

        c. Juripop
        d. Timesup
74. The information in this complaint is supported by physical and digital documentations, which can be supplied upon request.
75. Eiko is still affected by conferences and she does not feel comfortable traveling to a conference without someone whom she trusts.
        a. This has incurred damages since Eiko has had a hard time attending conferences to promote her new game and studio due to the trauma.
        b. Eiko's reduction of attending conventions has reduced any potential exposure of her game to fans, investors, etc. who are present at conventions or conferences.
        c. Eiko would not feel safe attending another conference with Snowcastle Games or Games from Quebec even if they were simply just attending.
76. Knowing the climate of the game and entertainment industry, Eiko was aware that the industries has a history/culture of retaliation against people in the industry who go public with their experiences surrounding sexual assault and harassment. Eiko is concerned about having retaliation when her game becomes public. She is deeply concerned about retaliation online.
77. **It seems as if Snowcastle Games acted with conflict of interest regarding her drugging by not addressing it due to inappropriate behaviour from her Boss, discrimination and the potential of executives or staff members being accused or liable.**
78. **The drugging resulted in the breakdown of Eiko's marriage, loss of her house, financial instabilities and loss of friendships.**
79. **Eiko started developing her own JRPG Valiant Mirror to rebuild what she lost from the drugging.**
80. **Snowcastle stopped working with Eiko after she refused to let the drugging go. Which she felt was entirely unresolved.**
81. **Eiko reached out to The Norwegian Equality and Anti-Discrimination Ombud, La Guilde, Juripop and Times to for help dealing with the Snowcastle Incident.**

## La Guilde/Juripop Coverup Incident
82. The following points below occurred while Eiko and Brett were in Vancouver BC (2021-2022) to develop the film side of their cross media company.
        a. Studio Ishiwata still maintained an office in Montreal Quebec until 2022.
83. Studio Ishiwata is a member of La Guilde du jeu vidéo du Québec.
        a. La Guilde started as an organization to support Canadian Indie game companies.
        b. In Jan. 2020 Nadine Gelly became Directrice générale.

    c. There are Ubisoft members on the Board of Directors
        i. Ubisoft has had many scandals regarding sexual harrasment and on going sexual harassment investigations including druggings.
    d. Eiko's piece 'Akari' was adapted for Choir and Orchestra during the 2017 Video Game Symphony Performed by Orchestre Métropolitain de Montréal. She was the only woman onstage during applause.
        i. This was a major event in Montreal.

84. Eiko sent Nadine Gelly an email for help or any support for people who experienced sexual harassment in games.
    a. There is no way to confirm who has access to that email.
    b. A basic outline of events of Eiko's incident was sent to a La Guilde Employee on the condition of confidentiality.
    c. La Guilde had their advisor reach out to Eiko Ishiwata for support and to provide Eiko resources.
    d. Eiko sent her a list of events regarding her case after she agreed to keep it confidential.
    e. The advisor referred Eiko to Juripop, a government funded firm that support victims of sexual harassment and abuse.
        i. She told Eiko to mention Nadine Gelly from La Guilde.

85. Studio Ishiwata participated in La Guilde's La Caravane conference.
    a. Studio Ishiwata entered a video game pitch competition called La Caravane sur les routes de l'international run by La Guilde.
        i. There would be 10 winners.
        ii. La Guilde said during the online conference that all major international game publishers were going to see everyone's pitch and decide the winners.
            1. According to recollection this included Disney and Marvel.
    b. Their program consisted of having their remote official pitch expert consult each company before the submission deadline.
        i. The pitch expert said Studio Ishiwata's pitch was the best pitch he's seen.
        ii. Studio Ishiwata pitched near the end of the consultation program.
        iii. He advised Eiko should solely do the pitch since Eiko was the visionary and did the bulk of the creative work up till this stage (artist, composer, sound designer, co-writer, game designer).
        iv. Eiko asked if it was a problem that she didn't speak French and was a woman and he mentioned that it was in English and he didn't believe it would work against her.
        v. He said it would be stronger if Eiko did the pitch even though Eiko was a BIPOC woman.

      vi.   He even wanted to see the trailer when it was finished even though he stated he's not a big gamer.

     vii.   He even gave Eiko a follow up email asking the date of the trailer release.

  c.  Brett and Eiko submitted Studio Ishiwata's pitch for La Caravane sur les routes de l'international by their deadline.

86. Eiko contacted Juripop (the government funded organization in Quebec that supports victims of sexual harassment and abuse) to start working on her case and Eiko set a video call appointment.

  a.  Eiko had a video meeting with Juripop with Virginie Maloney and told her about her case. She requested that Eiko send her the work-in-progress documentation of the case which Eiko provided.

  b.  Brett picks up an early frantic call asking who 'Eiko's Boss' is from the document.

     i.   In hindsight this is highly suspicious as if the people working on Eiko's case were worried it was someone they were trying to protect within Montreal.

87. The results for La Caravane sur les routes de l'international came in and all the winners were white men CEOs with french names.

  a.  Brett asked Nadine Gelly questions about the results of La Caravane sur les routes de l'international and confronted her that the winners were all white french male CEOs.

  b.  He requested that one of the winners would be at least one female owned company or BIPOC owned company and clearly indicated that it doesn't have to be Studio Ishiwata.

  c.  Nadine Gelly responded and admitted that there was no consideration for gender, race or for BIPOC.

  d.  Nadine said it was a panel of judges were Quebec Government Officials 50/50 men and women, stating a different panel from what was stated during the conference.

  e.  Studio Ishiwata would have not entered the competition if it was only judged by a panel of Quebec Government Officials.

  f.  Brett responded asking if there were any BIPOC on panel.

88. Brett followed up with Juripop.

89. Brett sent another email to Nadine Gelly cc'ing another member stating concerned they excluded Eiko since they knew her sexual harassment in games.

  a.  Eiko was concerned they thought her sexual harrasment was tied to Ubisoft thus was protecting the members of La Guilde board members from Ubisoft.

      i. Mythic Quest Season 1 with The Convention Episode was already released on **February 7th 2020** and The Everlight Episode released on **April 16th 2021**.

      ii. La Caravane 2021 Started approximately **April 26th 2021**.

      **iii. Both episodes came out before the competition.**

90. Eiko followed up again with Juripop and gave them a call.

    a. a rep said that someone would definitely get back to Eiko early next week. The rep apologized for taking so long.

91. Brett received an odd email from Nadine Gelly stating that he was one of the winners from La Caravane "sur les routes de l'international".

    a. The email said: "as winners of the competition...".

    b. It appears that they included Brett's company email to the list of Winners.

    c. Brett found out several days after looking through the emails.

      i. Is it because it was a way to join in the winning program as a form of compensation without announcing Studio Ishiwata?

      ii. Was it a bribe to not complain about BIPOC representation?

      iii. Since Brett didn't see or respond to that email he received an email from Nadine Gelly timestamped an hour and a half later after the odd email.

        1. Nadine Gelly responded having forwarded the email thread to Eiko (Eiko was not cc'd in the emails at any point in the thread) with threats of retaliation if Brett pursued the matter.

        2. The things Nadine Gelly wrote in her email comes across as defamatory and potentially libelous.

92. Brett emailed La Guilde's info stating their policy about having a third party involved.

    a. "La Guilde will hire an outside service provider to create a dedicated gaming industry hotline to allow employees to confide and have the opportunity to express themselves in a neutral and **confidential** environment. Feeling confident, they will be able to share any problematic situations they may be experiencing in their work environment."

93. Brett was referred to a third party organization named Relais Expert Conseil.

    a. They are hired by Ubisoft as well.

      i. "We have opened an external, neutral and independent investigation process led by the firm Relais expert conseil (REC). This process is open to current Ubisoft employees as well as former employees.We encourage you to report any inappropriate behavior or harassment you have witnessed or experienced. To do so, you may contact the REC investigation experts directly in all respect of the protection of privacy and personal information."

b. Brett asked several times for Terms and Service from Relais Expert Conseil. They didn't supply the document and just avoided the question.

94. It's now several days later past the promised date of when Juripop would get back to Eiko. Their communication response time changed after the La Guilde complaint.

   a. Eiko sent a follow up email to Juripop complaining about the delay in response.
   b. Eiko received a response from a new lawyer (Angelica Brachelente) that Eiko was newly assigned to and she requested a rebriefing.
   c. She asked the same question as Virginie Maloney (if it occurred in Montreal) which a portion of it did virtually.
   d. Eiko mentioned that Virginie Maloney covered that and had all that info.
      i. Eiko was suspicious, almost like they were bracing for a Ubisoft scandal or a bait and switch (that Eiko could have been tricking them and accusing someone at Ubisoft instead) .
         1. This suspicion was written before the discovery of Mythic Quest.
         2. It is very likely that they knew of Mythic Quest at this time.
   e. Eiko scheduled a meeting with Angelica Brachelente.
   f. The day before the appointment, Angelica Brachelente emailed Eiko and asked to include another lawyer, Pascale Lanctôt-Leroy.
      i. Eiko and Brett did a background check on Pascale Lanctôt-Leroy. A record of her history with Relais Expert Conseil was not easily accessible online.
      ii. Eiko asked Angelica Brachelente if Pascale Lanctôt-Leroy was a former Relais Expert Conseil employee and informed her that there is a conflict of interest.
      iii. Angelica Brachelente didn't disclose that information when she asked about bringing on Pascale Lanctôt-Leroy.
      iv. Angelica Brachelente admitted Pascale Lanctôt-Leroy was a former employee at Relais Expert Conseil but left a year ago.
      v. Angelica Brachelente said that Pascale Lanctôt-Leroy wasn't working on Eiko's case and said it wasn't a conflict of interest.
         1. (which led Eiko to think that she was put there as a mole assuming the case was against a Ubisoft member) and Just to reiterate, this was a suspicion before the discovery of Mythic Quest.
      vi. Eiko responded and told her it was a conflict of interest and that it was a different matter.

1. Eiko told her that it was suspicious to have her come on board.

95. Brett emailed Relais Expert Conseil and La Guilde, bcc'ing a government official stating that a former Relais Expert Conseil employee was assigned to Eiko's case at Juripop and it was a conflict of interest.

96. Relais Expert Conseil responded and refused to work on Studio Ishiwata's case with La Guilde and asked to find another third party impartial organization once they were confronted about Juripop.

   a. They stated that "Our current mandate for la Guild is **not to** act as an ombudsman or to act as an attorney and **maintain privileged, non-prejudicial communications with la Guild members or studios.** Our mandate is to be a service of support and advice and to act as a neutral third party to accompany the members of la Guilde in the context of **possible denunciations**."

   b. This is very suspicious. Both Ubisoft and La Guilde listed publicly about protecting private information or with confidentiality.

   c. They told Brett to find his own third party organization himself.

   d. La Guilde stated on their website that the third party would keep the information confidential.

   e. Ubisoft stated that Relais Expert Conseil would protect privacy and personal information. "....protection of privacy and personal information."

   f. When pressed, Relais Expert Conseil offered no tangible terms.

   g. Brett replied asking them their rate to hire a third party Indeginous organization.

   h. There was no response from Relais Expert Conseil or La Guilde as of now.

97. Eiko contacted the RCMP and they are aware of the situation and have documentation.

98. Eiko contacted a member from the Department for Women and Gender Equality, Government of Canada and the member is aware of the situation and has stated that the member will and or has spoken to others in the department about the situation.

99. During the fall 2021 election for La Guilde board members, it was reinstated that the pitches from La Caravane went to all major publishers, not just a committee of 10 government officials.

   a. Was Studio Ishiwata's Pitch actually seen by these publishers? Or was it disqualified due to the fact Eiko was seeking help for the incident at GDC2017.

100. **The behavior from La Guilde and Juripop seems to indicate that the organizations were concerned that Ubisoft had been involved in Eiko's**

drugging (Ubisoft has been the subject of harassment and misconduct allegations since June 2020) and were very likely aware of the Mythic Quest episodes and acted protectively outside of ethical bounds.

## Mythic Quest Incident/Ubisoft (Eternalized Eiko's Drugging and stole her company's IP (Intellectual Property) as continual abuse)

101.   Eiko and Brett took a break to watch Mythic Quest to unwind from all the stresses of La Guilde and Snowcastle Games, a show about game developers at a game corporation similar to Ubisoft.

    a.   Brett made a comment that Poppy Li looked like Eiko from the show.

102.   Eiko and Brett watched the credits and noticed that it was a Ubisoft Production and the show constantly mentioned Montreal.

**103.   Eiko and Brett finished the series and were in shock at first.**

104.   Please note that all the content from Studio Ishiwata or from Brett McDowell's video mentioned below pre-date Mythic Quest and or the initial air date of the particular episode.

105.   Please note the show runners seem to have based the characters on real people from the Montreal game industry.

106.   Mythic Quest: Season 1 Episode 4 - "The Convention" See Page 7 on Form 30 for video guide breakdown and refer to video for visual comparison

        i.   https://www.dropbox.com/sh/wlw3pun6wflab5f/AAD5n0gsJSpBGTh _W3BsqpWHa?dl=0

        ii.   Short URL: https://bit.ly/3tsk2s8

    b.   Eiko's drugging is parodied in this episode. It depicts a characterization of Eiko in a manner that reduces her agency and indicated complete sexual submissiveness to men.

        i.   The show uses her name (pronunciation), likeness, wardrobe, hair, makeup and elements from her social media and video.

        ii.   The scene that parodies her drugging was set at a game convention in the episode similar to GDC.

    c.   There is a overweight caucasion male character in the same scene with an ankle monitor implying he's a convict or likely a sex offender.

        i.   None of the characters wants to know what he did.

    d.   An Ex-Ubisoft employee has corroborated the drugging at GDC2017.

        i.   Eiko has public confirmation that he was aware of the incident at GDC2017. He was attending the convention as well.

        ii.   He worked on For Honor, a Ubisoft Montreal game.

e. Ubisoft Montreal was in the same area as Eiko during GDC2017 with Games from Quebec which is administered by La Guilde du jeu vidéo du Québec.

    i.   Ubisoft was in close proximity to the Snowcastle Games Booth.

f. Games from Quebec's site lists La Guilde as the main point of contact.

g. Mythic Quest is a Ubisoft Production.

h. Rob McElhenney stated that Ubisoft has been an invaluable resource for the show Mythic Quest.

i. Rob admitted publicly that he based Mythic Quest characters on Montreal Game Industry Professionals.

    i.   "We need to do a show about these people".

j. Ian seems to be based on Jason VandenBerghe, the creative director from For Honor aka **THE DARK LORDE**.

k. Jason VandenBerghe was present at GDC2017 representing Ubisoft.

l. Jason VandenBerghe ended his relationship with Ubisoft after GDC2017.

m. The monetization supervisor from For Honor, Achim Spohr disappeared after GDC2017 but has activity with Ubisoft Singapore on Facebook.

    i.   Singapore Ubisoft is one of the worst Ubisoft Studios in terms of culture where one employee says **"I only fuck Asian Girls"**.

    ii.  Brad from Mythic Quest is the Head of Monetization and he is the one who says "make her do whatever we want" to the character who has Eiko's likeness.

n. There is a Mythic Quest scene of Brad saying "no she's too good looking, no one's going to believe she's a real gamer" from the same episode from above point m. ii.

    i.   Eiko reported that she was told by her Boss that 'you were drugged because you are so beautiful".

    ii.  Several attendees at game events in Montreal were surprised that Eiko was a game developer yet alone a gamer. Attendees were stunned that Eiko kept beating the men at competitive multiplayer games at these events (Eiko has been working in the industry for around 20 years).

107.  Mythic Quest Eiko Poppy, Brett Paul Comparison - See Page 8 on Form 30 for video guide breakdown, refer to video for visual comparison

    i.   https://www.dropbox.com/sh/wlw3pun6wflab5f/AAD5n0gsJSpBGTh _W3BsqpWHa?dl=0

    ii.  Short URL: https://bit.ly/3tsk2s8

a. It seems as if the characters Poppy and Paul were based on Eiko and Brett.

b. Poppy has Eiko's likeness during her attendance at GDC2017 (hair, glasses, clothing and look).
   i. Eiko intentionally downplayed her looks in fear of sticking out too much at GDC.
   ii. She normally does not dress like how she did at GDC.
c. Paul has Brett's likeness of several years ago when he was active in film acting.
   i. Paul is a veteran, Brett is a veteran.
   ii. Paul has a bad back, Brett was recovering from a back injury in Montreal.
      1. Many people in the Montreal game industry knew about his injury.
   iii. Eiko can claim that Brett has cracked her back exactly how Paul cracks Ian's back.
      1. Brett recalls cracking a man's back like that at a game industry party at Montreal (2019-2020) but cannot remember to whom.
   iv. Paul is a programmer, Brett is lead programmer on Valiant Mirror.
   v. Ian is talking about indigenous topics and Brett is Red River Métis (Canadian indigenous).
   vi. Paul is reading a book on Magical Realism, Brett and Studio Ishiwata specialize in Magical Realism.
      1. Brett had a public confrontation about Spanish Magical Realism at the Berlinale Embassy Party with many people from the Montreal industry present.
   vii. A tiger logo from Mythic Quest shows up on Paul's face as a transition, Brett has a lion logo that shows up on his face as a transition in a predated video to Mythic Quest.
      1. The style of art is very similar, the placement and framing are very similar.
         a. Ironically it was the past art director from Snowcastle Games who designed the lion logo for Brett.

108. Mythic Quest Everlight Comparison - See Page 11 on Form 30 for video guide breakdown, refer to video for visual comparison
   i. https://www.dropbox.com/sh/wlw3pun6wflab5f/AAD5n0gsJSpBGTh_W3BsqpWHa?dl=0
   ii. Short URL: https://bit.ly/3tsk2s8
b. This Mythic Quest episode plagiarized the public work from Valiant Mirror, Studio Ishiwata's film productions and Brett's personal videos.

    c. The glow effects, the characters, the shapes, the creatures, the weapons and scenery from Everlight seems to be directly lifted from Valiant Mirror's public artwork. Some are even direct trace overs.

    d. There is a theme in the episode of a glowing locket.
        i. The pendant looks like Eiko's pendant (mirror pendant that reflects light).
            1. She wore it at many game industry networking events in Montreal and at parties.
            2. She made that mirror pendant herself, purchasing craft items from Michaels store in 2018.

    e. Some scenes were directly lifted from Watcher and the Wraith, a Studio Ishiwata production.

109. Mythic Quest and Misc. Video Comparisons - See Page 13 on Form 30 for video guide breakdown, refer to video for visual comparison
        i. https://www.dropbox.com/sh/wlw3pun6wflab5f/AAD5n0gsJSpBGTh_W3BsqpWHa?dl=0
        ii. Short URL: https://bit.ly/3tsk2s8

    d. The King from the Everlight Episode has a similar vocal intonation and performance to Studio Ishiwata's Watcher and the Wraith's Watcher character.
        i. The scene with the King has extremely similar camera shots and transitions to Studio Ishiwata's Watcher and the Wraith.
            1. The transitions line up when played side by side.

    e. Everlight's Brad character has a very similar laugh and vocal performance and audio effect as Watcher and the Wraith's character.

    f. Poppy's face angle and transition is very similar to Watcher and the Wraith's female protagonists face angle and transition.

    g. Everlight's live action fantasy larping ending transition and music is almost identical to the transition and music of Watcher and the Wraith's ending.
        i. The music and transitions line up when played side by side.

    h. There is a Mythic Quest Episode that goes back in time about plagiarism and winning an award.
        i. This could possibly be a confession.

    i. The Masked Man from Mythic Quest seems to take likeness from Brett's Shuai's mask in both variations.

    j. Shuai's theme from Brett's videos is about giving back to content creators and to those who deserve it and The Masked Man from Mythic Quest has a similar motive, giving back to the users.

   k. Both the Shuai and the Masked Man are vigilante, chaotic antiheroes/antagonists.
   l. Ian's game character goes nude while the Tiger Logo (similar to Brett's Logo) appears on screen.
    i. Given what happened, this makes Brett feel very uncomfortable.
   m. There are multiple scenes of Montreal calling their studio in the States.
   n. There are many clips of Ian (the creative director played by Rob McElhenney) saying the Masked Man could be the biggest event or the end of Mythic Quest.
    i. Does this indicate a guilty mind and awareness?
    ii. Does this indicate premediation?

110. Brett called Megan Ganz's (one of the show runners from Mythic Quest) Manager, his assistant took a message.
  a. Brett told his assistant not to call him for a couple of days.
   i. Brad, Megan Ganz's manager, called back immediately after.

111. La Guilde sent a bcc'd email to Brett about Eiko participating in the organization called Girls That Code.
  a. In Mythic Quest Season 1 Episode 4 - 'The Convention' (parody of Eiko's drugging) Girls that Code is having a tour in their studio in the show.
  b. This was a day after Brett reached out to Megan Ganz manager.

112. They stole Eiko's work that she was using as therapy to rebuild everything she lost from being drugged at GDC2017.

113. La Guilde published Eiko Ishiwata's Montreal address publicly as well as Studio Ishiwata's phone number.
  a. Possible that someone hacked into Eiko's computer.
  b. The phone number was listed on escort sites around the time it was listed publicly on La Guildes website.

114. Rob McElhenney almost directly quoted from Brett Douglas McDowell's Vlog in an interview.

115. After Brett reached out to Brad, Megan's manager, they started a dialogue and it appeared as if they knew they were caught.

116. Studio Ishiwata received a Cease and Desist letter from La Guilde after Brett and Eiko went semi public about what happened to Eiko.
  a. This was after Eiko didn't take the offer to participate in the organization called Girls That Code.
   i. It seems as if that may have been another bribe.

117. Given the extensiveness of the plagiarism, parodied drugging and how damaging these revelations could be to Ubisoft as it was dealing with major abuse scandals, Eiko and Brett were concerned about their physical safety.

      a. Even Though Eiko wasn't ready to speak publicly about everything that happened since GDC, Eiko and Brett confronted the show runners on Twitter.

          i. She was worried if she stayed quiet, her and Brett's safety may be in jeopardy. It was better to make it public for safety.

118. Eiko was not familiar with Rob **McElhenney's** work prior to watching **Mythic Quest**. Brett was also very unfamiliar with Rob **McElhenney** before **Mythic Quest**. Neither are or were fans.

119. Eiko and Brett's likeness was used in Mythic Quest, Eiko's drugging was parodied in Mythic Quest in an episode that is meant to be pro female gamers and Mythic Quest directly plagiarized Studio Ishiwata's IP especially from Valiant Mirror.

      a. This may look like a sick trophy of Eiko's drugging.

      b. This may be a way to humiliate Eiko.

          i. People from the industry who knew of the GDC incident and who watched Mythic Quest recognized her likeness and parody even before it was discovered by Eiko and Brett.

      c. This may be a potential sabotage which will be getting into later down below.


## Deadpool Incident

120. *Conceptual Primer:*

      a. **"When someone shows you who they are, believe them the first time."** - Maya Angelou

      b. Humor is often used as a decoy or an alternative to Aesopic messaging.

          i. Jokes allow us to test the water of tolerance within the general community to our behavior with the ability to say "just joking".

              1. A good example of this phenomenon is described in the Nelly Song - Hot in Here.

                  a. "I gotta a friend with a pole in the basement

                  b. (What?) I'm just kidding like Jason

                  c. (Oh)

                  **d. Unless you gon' do it**

              2. This is also known colloquially as the "joking defense".

                  *a. Ah, the joking defense. The tried and true excuse for bullies everywhere." – Eileen Cook, from The Hanging Girl*

              3. This language allows a dog whistle type benefit while still communicating the intent and escaping social accountability.

      ii.   If racially targeted this can be considered **discriminatory harassmsent.**

  c.  This type of veiled language is similar to the classic cinema trope **"It Would Be a Shame If Something Happened to.."**

  d.  This is the same logic behind minstrel shows or indigneous appropriation.

      i.   While some are direct, others are layered like "Chief Firewater" from Sausage party. Humor is still communication.

  **e.  It is a tactic used to skirt accountability and to engage in reputation management.**

121.   Ryan has admitted to "stalking" his crush at the age of 11 on the Graham Norton Show in 2016. So there is an established precedent for this kind of behavior.

  **a.  It is not cute to follow a girl home <u>even</u> as an 11 year old.**

  b.  "Light" stalking is again mentioned in Deadpool.

      i.   Deadpool literally stalks Vanessa in the film.

          1.  The entire **Dopinder** plot line is the targeting of a romantic rival for kidnapping because a woman chose another lover and refused his advances.

  c.  In Wolverine Vol 2 88 Vanessa is stalked by Deadpool for choosing another lover.  Deadpool attempts to kill her and her new boyfriend but Wolverine intervenes.

      **i.   This is the first official meeting between Wolverine and Deadpool.**

  d.  If people say Ryan Reynolds is "just like" Deadpool that has some very **complex implications** and that a situation like this is more likely to occur.

  **e.  The work people choose in their careers (when they have the choice as a performer) is telling of who they are as a person.**

      ***i.   It is an indicator of a person's inner values.***

  ***f.  Lets be honest here, Yukio was a one dimensional sex object mascarading as LGBTQ+ respresentation.***

      *i.   Yukio from the comics has her own motivation and autonomy as well as power over Logan in many instances.*

      *ii.  Eiko does not consider Yukio to be a good Japanese representation.*

  ***g.  If you say someone is just like Deadpool then jealous <u>"light stalking"</u> <u>and obsessive crushes are on the menu.</u>***

  h.  Both Deadpool and Stranger Things (**Shawn Levy**) were criticized for romanticizing stalking by Gender Equity Center and Penn State Police in 2019.

      i.  Even Killing Eve with Jodie Comer is about reciprocal obsession. Jodie Comer plays Millie/MolotovGirl in Free Guy.

     j.  Guy literally waited outside by the "Murder train" and followed Molotov Girl at night in Free Guy.

         i.  This can be read as a form of stalking called "intimacy seeking".

            1.  **Obsessive love disorder (OLD)**

     **k.  Maybe romanticizing stalking is a bad idea?**

122.   Upon discovery of Mythic Quest, Eiko reached out publicly to Ryan Reynolds on Twitter.

     a.  Brett suggested Eiko reach out for Ryan Reynolds' help on Twitter since Brett said that he appears to be a nice, helpful philanthropist and was from Vancouver, a place where Eiko calls home.

     b.  Eiko, not knowing much about Ryan Reynolds, thought she had nothing to lose by asking for his help.

         i.  **Eiko was not familiar with Ryan Reynold's work at the time (with the exception of Deadpool. She watched Deadpool after she met Brett in support of Brett being on the Deadpool 2 production. Honestly, Deadpool was not exactly her favorite and she found it a bit gross and unhinged).**

            1.  **Eiko is not a fan of romcoms.**

            2.  **Eiko was never a fan of Ryan Reynolds' work.**

                a.  **There was no parasocial relationship with Ryan at any point in her life.**

                b.  Eiko is a gamer and is more interested in JRPG's and Miyazaki(esque) animation as demonstrated by her game company and body of work.

     c.  She was skeptical that he would notice her tweet.

         i.  Brett said "how could it hurt? **What could possibly go wrong?**".

     d.  Both Eiko and Brett were unaware of Wrexham at the time.

123.   On the same day, Brett changed a Studio Ishiwata video out of private and changed the description of the video in order to call out Rob McElhenney.

     a.  This video previously was 'public' for a period of time before it was switched to 'private'.

     b.  Since Brett realized that Rob was lifting highly from his channel, he tried to elicit a reaction.

         i.  There was a reaction but not from who they'd expected it would come from.

124.   At this point Ryan Reynolds released the Deadpool Korg Reacts video.

      a. This video had likely already been under development or done with extreme haste, both scenarios seem to indicate foreknowledge of the situation.

          i. It should be noted that Brett tagged Ryan once on Twitter earlier in 2021 about the fact that he is still owed money from Deadpool 2.

      b. They talk about 'Paul, no you're Dead.'

      c. They also talked about fridging the main female protagonist.

      d. They also talk about entering the MCU by never achieving your dream.

      e. This video takes cues from the Studio Ishiwata Video with similar set design, visual effects and elements.

          i. The visual elements taken from the Studio Ishiwata's video were not used in any of Ryan Reynolds previous videos to the best of their knowledge.

125. Eiko and Brett were confused about the Deadpool Korg Reacts video so they did some research to see if and how Ryan Reynolds was tied to Rob McElhenney.

      a. They discovered that Ryan and Rob purchased a Wrexhan's football team together.

126. Because of the 'Dead Paul' who may be referencing Paul from Mythic Quest (the character based on Brett) and the fridging of a female character, Eiko and Brett felt like they were under threat for speaking out.

127. Due to the advice of Korg saying "Lose that dream" and on the advice of lawyers, they had to close their Kickstarter campaign. Eiko and Brett felt compelled due to fears of industry retaliation and physical safety.

      a. This broke Eiko's heart, she worked +10 hours a day every single day for almost two years straight, only taking two days off of Christmas for that time period of development in preparation for Kickstarter.

128. Due to Eiko's heartbreak, Brett got angry and went back on Twitter and said more things publicly for safety especially due to what seemed like a veiled threat from the Deadpool Korg Reacts Video.

      a. Brett also confronted Ryan Reynolds and challenged Jason Vandenberghe to a HEMA duel in hopes of trying to get a confession or information out of Jason.

          i. Brett has training in HEMA and is aware of Jason being trained as well so the battle would be fair.

          ii. Everything seemed so theatrical that Brett thought "Well when in Rome" might be an effective way to resolve the situation as dialogue was not getting any traction.

              1. It would have also been a way to interrogate Jason for more information about Eiko's drugging.

          2. He also yelled in Klingon for a while and quoted Gladiator.
- b. Eiko also confronted them on Twitter feeling forced to talk more publicly due to the perceived threat from the Deadpool Korg Reacts video.
129. Brett and Eiko reported the situation to the RCMP, Minister for Women and Gender Equality of Canada and Times Up and told them what happened.
   - a. This situation made Eiko and Brett very uncomfortable as it is extremely strange.
130. Realizing Ryan and Marvel IP were involved, Eiko and Brett both made their twitter accounts private and blocked all their followers so they could possibly mediate the situation and work things out with all parties involved while allowing respective parties to save face.
131. That night Eiko and Brett decided to book a hotel downtown in fear of their safety after they discovered the working relationship between Ryan and Rob.
   - a. With so many major corporations involved Eiko and Brett were reasonably concerned about their physical and professional security.
132. **After Eiko reached out to Ryan Reynolds on Brett's advice, the Deadpool Korg Reacts video was released.**
   - a. **It has similar elements as Studio Ishiwata's social media which caused a reasonable concern.**
      - i. **Eiko and Brett have very strong evidence of similar behavior at a later date.**
   - b. **The video included a conversation about killing women which was constituted as a threat (fridging).**
   - c. **"Daddy needs to express some rage" was also seen as threatening.**
   - d. **It is Eiko and Brett's view that Paul in Mythic Quest is based on Brett. It is their view that Ryan did know or ought to have known this information. There was a reasonable fear that this was a physical threat against Brett as well. "Thank you for having me Paul, sorry you're dead." - cc from Youtube on Mar 17 2022, please note that ccs can be easily modified by the administrator at any time, this has been documented.**
      - i. **The RCMP was contacted at this time.**
133. **Ryan Reynolds has a public history of admitting obsessive behavior and stalking in his youth. There was a reasonable concern for the physical safety of Eiko and Brett due to the fact that Ryan has close ties with Rob McElhenney and therefore had a motive to save face. At this time, Eiko felt a reasonable fear for her safety, the safety of Brett and experienced significant emotional distress.**
134. **These events resulted in the canceling of Valiant Mirror's Kickstarter halting funding and development of Valiant Mirror. This has directly**

affected the finances of Studio Ishiwata, of Eiko Ishiwata and of Brett McDowell.

135.   It is Eiko and Brett's view that this video knowingly conveys and/or causes them to receive a *threat*.

136.   Brett and Eiko were unaware of the film Free Guy before these events.


## Vetting for Casting or Surveillance

137.   It is important to reiterate several points at this time so please keep these in mind.

    a.  Brett has been trained as an actor and martial artist since he was very young.

    b.  He is a veteran of the Canadian Forces.

    c.  He has been employed on Deadpool 2 on set as Deadpool's Stand-in for the main apartment (the main apartment is where Deadpool's girlfriend, Vanessa, is fridged).

        **i.  Brett has actually worked with Ryan in person.**

    d.  Eiko's brother personally knows A list actors through his restaurant.

    e.  Eiko's ex-husband worked as a lead and concept artist for several Marvel hero assets.

        i.  This included Thanos where he worked from home.

            1.  Eiko worked from the same home and room as a composer at this time.

        ii.  Her ex-husband was also responsible for creating Thor's hammer as an asset for the first Thor movie.

        iii.  Marvel is notorious for high security.

    f.  Eiko is currently attached as a composer to a film titled Forgiveness which is an adaptation of a book by a well known Japanese Canadian author, lawyer and media personality, Mark Sakamoto.

        i.  Joy Nozomi Kogawa (Order of Canada) is also involved in the project.

        ii.  It is a major work of Japanese Canadian history.

    g.  Eiko has been on projects that have been screened at TIFF.

    h.  Brett is also certified as a Private Investigator and a Canadian Intelligence Branch Veteran (which included specializing in identifying vehicles).

    i.  Brett has been credited as a "fixer" and is a computer engineer with a background in collective intelligence/systems theory who has worked on federal political campaigns in his youth.

        i.  He has broken bread with Canadian Prime Minister Justin Trudeau.

    j.  Brett attended Berlinale and Canadian Embassy events in Berlin.

   k. Eiko and Brett have attended major game events and have actually been
      to Ubisoft sponsored and hosted events in Montreal.
   l. Eiko has had her work performed in front alongside AAA game composers
      in Montreal (including Ubisoft composers) where she was the only woman
      on stage at the end of the concert.
   m. Brett has worked with high profile individuals in film and television for
      many years.
   n. Brett is actively involved with the MPIAA BC Equity + Inclusion committee.
   **o. Brett and Eiko are not "civilians" or industry outsiders.**
        **i. They are professionals within the media industry.**
138.   During their stay at The Hilton Vancouver Downtown (4.5 star), Eiko and Brett
   were approached several times by curious people with varying accents and
   similar tans (the tans appeared uniform and non local). They also appeared to
   have a high carotenoid intake due to their skin tone which is often observed with
   people who spend a lot of time on set with catering ("California Cuisine Diet").
   The likely diet did not match the "quality" of clothing on several individuals that
   were approaching us, this stood out as abnormal.
      a. Brett was approached with specific questions or suggestions, often
         inquiring about his tobacco use, drug use, pointing out dietary topics and
         workouts.
      b. At one point this included an SUV with a megaphone blaring "eat
         breakfast" after  12pm noon.
            i. At this time, Brett did not eat breakfast and has gained significant
               muscularity by eating breakfast religiously.
139.   In the hotel elevator, he encountered a group of intoxicated women flirting and
   lavishing attention on him as if he was a superstar. Brett and Eiko concluded that
   this could potentially have been testing to see if he would easily cheat on Eiko (or
   get into a compromising situation). A muscular bald caucasian male aged
   approximately 25-35 who appeared to be acting as security during this scenario
   was also present.
140.   While at restaurants which also preceded the stay at the hotel, it seemed as if
   a suspicious waiter with the MO of a security personnel was switched with the
   restaurant's usual staff.
      a. Eiko and Brett had to wait extra time for their waiter to come out.
      b. Most times, the switched waiters were not certain about the menu items
         and were predominantly tall, handsome, muscular, tanned caucasion
         males. Waiters in Vancouver do not typically look like this.
            i. We checked the social media of the restaurants and could not find
               any trace of these waiters online.

           1. These men were handsome so it would be likely that they would be used for promotion in marketing materials.

   c. Richard H. Turner is a VIP bodyguard turned chef.
      i. There are standard operating procedures for dining at restaurants that are normative for the VIP protection industry.
      ii. Most restaurants are very willing to accommodate celebrity security requests or requests from Hollywood security teams as it has a benefit for the restaurant.

   d. These suspicious switched waiters/waitresses only occurred in larger chains, caucasion restaurants, or high end restaurants, never in smaller restaurants run by ethnic staff.

   e. Some of these individuals in question had specific ear pieces.

141. Therefore we became concerned that we were being surveilled.

142. Brett was also followed by black SUV's with uniform tail lights modifications during their stay at the hotel which also preceded their stay.
   a. Since Brett has military experience, he tested to see if he was being followed and he concluded that he was most definitely being followed by the vehicles by testing for coordination between vehicles.
   b. Brett specialized in identifying vehicles during the military and he concluded that the cars were not RCMP or Vancouver Police Department ( Eiko and Brett were concerned about corruption or favoritism in the force due to Ryan Reynolds' family ties, so they acted with an abundance of caution). Upon researching Marvel security, Brett concluded that the cars seem to have the same MO as the vehicles used for Marvel Security and the vehicles have also been present during Deadpool 2 press tours.
      i. One modification was an Escalade Tail Lights On Black Tahoe/Suburbans.
      ii. To the best of Brett's knowledge the RCMP and VPD do not use this modification.
      iii. These vehicles were identified after the fact in the background of a Deadpool 2 cast interview by BUILD Series (2018).
      iv. These GMC vehicle modifications are very atypical in BC.
   c. Brett doubled back on one way streets in order to confirm surveillance.
      i. This resulted in one of the vehicles making a mistake and standing out near the Vancouver Public library after making an error in pursuit.
   d. At one point when Brett realized this, he went to a nearby park to develop martial arts for "Wolverine", several of the vehicles passed during the training.

       e. Finally while he was training a convoy of approximately 3 vehicles passed on Beach Ave in a VIP escort formation.
          i. This occurred at approximately 801 Beach Ave, Vancouver, BC early in the morning.

143.   Actor Emily Clark has stated "But I'm already scared. The first people I spoke to from Marvel were their security team, and I am convinced there is a man outside my house. There's been a car parked there for a long time, and I swear to God, he's undercover." in an interview with *The Tonight Show Starring Jimmy Fallon* on Jul 21, 2021.

144.   Undercover operations for Marvel security are an established operating procedure via several sources. Kevin Smith has said "There is a Marvel secret police who, when things are being discovered, not only sweat down the departments to find where the leaks sprang from, they also deal in subterfuge."
       a. https://screenrant.com/marvel-mcu-movies-spoilers-leaks-team-kevin-smith

145.   It is feasible that the Security department was involved with Free Guy due to the Marvel IP involved in the production as the organization has this capacity and standard operating procedure.

146.   During the stay at the hotel, Eiko and Brett were trying to figure out what was happening.
       a. Brett deduced that it was possible that he was being vetted for a role at Marvel but he wasn't sure for which character, as the surveillance seemed excessive and intended to be seen as opposed to being effectively covert.
       b. Eiko, trusting Brett's assessment, suggested it may be for the role of Wolverine.
          i. Being familiar with the 90's X-Men cartoon, Brett reminds Eiko of that character.

147.   This type of surveillance behavior continued after they came home.
       a. Such as Brett being approached by groups of "fans" asking if he was a known Marvel actor when he was at the gym.
       b. Having a group of children test to see his ethics and behavior around children.
       c. Having low flying helicopters following him (he also tested to see if they were following him by using his military experience by disappearing into the treeline).

148.   Brett arranged a meeting with his acting agent and described the level of security.
       a. She confirmed that the experience he went through or is going through is not unheard of for Marvel casting and vetting. Other performers are familiar with extreme security procedures.

      b. It is well known that Marvel Security is notoriously strict.

149. Brett and Eiko started researching old comics and the old X-Men movies as well as news articles about Ryan Reynolds and Hugh Jackman.

      a. An analysis of their past projects was done at this time.

          i. Concerns about indigenous representation/erasure were present.

              1. Particularly but not limited to Indigenous Candians.

                  a. Ex. Silver Fox who is canonically (**Siksikaitsitapi** or Blackfoot) was played by a caucasian actress.

150. There was a news article back in DEC 2019 where Ryan Reynolds stated that Wolverine or Hugh Jackman was actually from Winnipeg Manitoba.

      a. Brett was on Casting Workbook and IMDB and identified as a mixed race. Many of these casting sites do not allow a selection as Métis (Indigenous).

      b. He had a Winnipeg agent at the time of the article.

      c. Brett had many random auditions (in-person in Winnipeg and while in Montreal as a video recording).

      d. It was stated by Kevin Feige that Marvel uses social media for casting.

          i. They tend to cast actors who are like the characters in real life.

              1. Speculatively, so they live up to fan expectations.

          ii. There is a certain amount of irony in going to look for Wolverine.

              1. He would not behave like accommodating agreeable talent.

      e. This was again restated ('Winnipeg') in Aug 2021 by Ryan Reynolds in another news article.

151. Brett ordered an old Wolverine comic from the largest online comic book store in America and it arrived signed not unlike public information regarding Black Panthers casting.

      a. **Marvel Comics Presents #98 (1992) – "Wild Frontier, Part VI: Final Frontier"**, *Writer: Timothy Truman; Penciler: Todd Foxx; Inker: Gary Kwapisz*

      b. This was odd because it was the specific comic in a four part series where Wolverine was given his name as an indigenous warriors name.

          i. In X-Men Origins, Logan takes the name Wolverine because of his love for Silver-Fox and the kîhkwahâhkêw (Cree for Wolverine) stories she told him.

              1. The Cree are one of the largest Indigenous groups in Canada and are a parent culture to the Métis people.

      c. In this comic he is also given the first version of his yellow and blue costume by the **Siksikaitsitapi** (Blackfoot) people of Alberta.

          i. This would be significant for a Métis person as their Cree allies engaged in warfare with the **Siksikaitsitapi** (Blackfoot) in and around the 1870's.

   d. Signed comics have a different grading and value when ordered.
      i.  The receipt does not indicate that it was signed.
   e. The signator is *Todd Foxx*.
   f. It is hard to find a signed Todd Foxx comic online.
152.  There are other indications of being vetting/surveillance but for the sake of length, they have not been included.
153.  **After the Deadpool Korg Reacts video, Eiko and Brett booked a stay at the Hilton Vancouver Downtown for security purposes.**
154.  **Eiko and Brett have had indirect and direct professional relationships with Marvel in the past and are not new to the film industry.**
155.  **Based on Brett's credentials as being an investigator, he concluded that he was possibly being surveilled or vetted for a Marvel role, most likely for the role of X-Men's Wolverine.**
      a. **His agent confirmed this behavior being normative for Marvel casting.**
      b. **There is information of casting and security methods by credible sources online by other Marvel employees that are similar to the events that occurred during and after their stay at the Hilton Downtown.**
      c. **Eiko thought that he looked like Wolverine from the comics and had a similar genuinity that governed his military and martial arts training.**
156.  **The experiences surrounding Brett are within the realm of normative Marvel casting procedures based on open source information.**
157.  **Therefore they concluded that Ryan may have been involved somehow as Deadpool 3 was rumored to be a Wolverine/Deadpool movie at that time.**

## Free Guy Incident

158.  Free Guy is a movie produced by and starring Ryan Reynolds.
159.  The movie contains Marvel IP.
160.  The narrative is about two game developer's IP being stolen by a game corporation not unlike Ubisoft.
      a. Eiko and Brett were not aware of the narrative of Free Guy before watching its premiere.
161.  Eiko and Brett bought tickets for the opening night of Free Guy on Aug 12.
      a. During this time, it appeared as if Brett and Eiko were being followed through the mall and the theater.
162.  When Eiko and Brett watched it, they noticed that Mille/Molotov girl resembled the likeness of Eiko while she was in Montreal (Eiko had two hair colors the same as Millie/Molotov girl).

163. Keys resembled Brett while he was in Montreal.
    a. Eiko actually styled Brett's hair, glasses (despite the fact he doesn't need glasses) and clothing to blend in better with the gamers.
    b. She did this to prevent gamers from being intimidated by him.
    c. There are many videos of Brett from that time up on his Youtube channel.
    d. There is a lot of video evidence since Studio Ishiwata did a lot of video promotional work in Montreal during the development for Valiant Mirror.
164. The character played by Taika Waititi appears to be influenced by The Dark Lorde (Jason VandenBerghe).
165. Ryan Reynolds releases a promotional video about Free Guy being based on a true story claiming that Guy lived in his house on the day of theatrical release on Aug 13.
    a. Brett was his double in Deadpool's apartment.
166. It seems as if the narrative from Free Guy was based on the stolen IP of Valiant Mirror in Mythic Quest and Millie/Moltovgirl and Keys were based on Eiko and Brett.
167. Due to the business relationship of Ryan Reynolds and Rob McElhenney, it seems likely Ryan knew about the stolen IP and possibly Eiko's drugging at GDC.
    a. It was bad enough that Eiko's game experience in the industry ended up in Mythic Quest but it seems as if her and Brett's experience also ended up in Free Guy as well.
168. During this time, Eiko and Brett tried to reach out several times to Rob and Ryan to try to solve the issues through indigenous peace making protocols.
169. Since Eiko and Brett's Twitter was locked they switched over to using their instagram.
170. Eiko and Brett were following Ryan Reynolds' Instagram Stories.
171. Eiko was blocked from Ryan Reynolds' Instagram Stories on Aviation day in America.
172. Eiko was experiencing emotional distress after these events and felt unsafe. She was worried about Ryan Reynolds viewing her social media so she decided to block him.
    a. In about an hour, two Free Guy Fan accounts, which appeared to be run by the same admin and were freshly created, followed her personal instagram.
        i. She was concerned that they were burner accounts.
        ii. As a result she unblocked Ryan Reynolds since she felt that blocking would accomplish nothing.
        iii. Upon unblocking Ryan Reynolds, Ryan blocked her from viewing his stories.

        iv.    Eiko then posted up a story asking to be unblocked, within a short time period, Ryan Reynolds unblocked Eiko.

        v.    Eiko has all this documented in video as evidence.

        vi.   At this point, Eiko felt like Ryan was "creeping" on her.

173. Side note, it is very easy to watch Instagram Stories without being seen by the admin.

174. During the course of the year, Brett was releasing artwork and photos created by himself and Eiko.

    a. It seems as if Marvel was releasing posters that were traced over but not infringing on copyright a few days after Brett posted up art on his instagram. This is easily demonstrable using video or photo editing software.

        i.    The motivation for this is still unknown at this time.

    b. At this point Eiko and Brett decided to start campaigning for Wolverine.

**175. Ryan Reynolds ought to have known about Studio Ishiwata's Stolen IP and possibly the parody of Eiko's drugging.**

**176. It appears as if Ryan used Eiko and Brett's likeness and story in Free Guy and race bended them.**

**177. There is documentation that Ryan Reynolds was aware of Eiko and interacted with her on social media. Eiko felt intimidated by Ryan Reynolds.**

## Times Up Coverup Incident

178. During this time, Eiko was trying to get help from Times Up.

    a. *Time's Up is a non-profit group that raises money to support victims of sexual harassment. The group was founded on January 1, 2018, by Hollywood celebrities in response to the Weinstein effect and the Me Too movement.*

179. Times Up was aware of Rob McElhenney and Ryan Reynolds.

180. She was referred to a lawyer by Times Up but she had to cover the retainer fee.

    a. Eiko spoke to the lawyer about Snowcastle Games, Mythic Quest and Free Guy but the lawyer advised her not to mention Mythic Quest and Free Guy.

    b. She conveyed that Times Up indicated that they would only take on Eiko's case if she left Mythic Quest and Free Guy out.

        i.    There was a concern that this would mean it would change the jurisdiction giving them an excuse to not look into the claims.

        ii.   So Eiko signed the Open Letter criticizing Times Up as she felt like she was being manipulated.

    c. Naturally Eiko needed all the help she could get so Eiko listened to her lawyer and made sure only to talk about Snowcastle Games and GDC.
       *i. Originally she was worried just about going up against her former boss.*
    d. However, despite the advice of her lawyer and of what Times Up agreed to based on what her lawyer indicated, Times Up decided not to help Eiko with what happened at GDC with Snowcastle Games.
       i. She asked if it was because she signed the Open Letter and they were confronted about not addressing the issues with Rob, Ryan and Ubisoft.

181. The day after the meeting she had with Time's Up PR firm, the CEO for Times Up stepped down (Aug 26, 2021).

182. The day after this event, Brett found a patch/brooch of an evil eye outside their residence that looked strikingly similar to Eiko's evil eye pendant.
    a. It looked brand new except for three claw marks engraved in the metal part of the brooch.
    b. It created optimism that Marvel was aware of Eiko's struggles.
       i. At this time Eiko and Brett believed that Marvel was a strong defender of women.
       ii. Several Marvel heroes were on the Time's Up advisory board.

183. Around this time the celebrity advisory board was quietly disbanded.

184. Since then Eiko has been in touch with the person who started the Open letter criticizing Times Up and a network of survivors.

**185. It seems like Times Up may have acted to protect Rob McElhenney, Ryan Reynolds and Ubisoft, as well as acted punitively towards Eiko for signing the open letter criticizing Times Up instead of prioritizing survivors.**
    **a. The corruption at Times Up is not a matter of debate after the resignation of Tina Tchen (former CEO Times Up) in the wake of the Cuomo scandal.**
    **b. Eiko was not treated fairly and was forced to fight this battle without the organization designed to support women in entertainment.**
       **i. Eiko believes that she was targeted for these series of events because of her Japanese heritage.**
       **ii. Eiko believes there was additional prejudice against her because of her Japanese heritage.**

## Indigenous Wolverine Casting Incident

186. There has been indirect communication between Eiko/Brett and the parties involved via Instagram. Eiko and Brett have documentation of this

communication. This maintains a pattern and can be analyzed and broken down using data science and collective intelligence methods.

187.   There are studies and articles about the elite using aesopian messaging between parties to prevent liable actions used in court. The states are litigious and do not have the same legal standards of communication as Canada does when it comes to email/messaging privilege.

188.   Eiko and Brett have an abundance of documentation of aesopian messages via the internet based on data science, link analysis and different methods of pattern identification.

189.   After Brett was talking about Sabertooth, Eiko had an intuition that Wolverine may be Métis, half cacasian and half indigenous.

190.   Brett looked into older comics and found missing comics from Marvel Ultimate, Marvel's official digital comic book site. He looked into the missing numbers and ordered some of them from a notable comic book store from Texas.

191.   The comic number **Marvel Comics Presents #98 (1992)** where Wolverine was given his name through indigenous traditions was signed by the inker. It is nearly impossible to find the comic with the signed inker.

192.   Almost all the missing Wolverine comics (at the time of capture) on Marvel Ultimate point to him as being Métis or his relationship with indigneous peoples of Canada.
   a. This clearly demonstrates a complicated relationship with indigenous identity.

193.   Back in the 1800s in Northern Canada an individual would likely be First Nations, Inuit, a settler, Métis or a freed slave from the US or the Caribbean (for the most part).
   a. Being a settler would involve displacing indignous peoples of Canada.

194.   The Métis are Indigenous peoples in the three Prairie Provinces (Manitoba, Saskatchewan, Alberta), as well as parts of Ontario, British Columbia, the Northwest Territories, and the Northern United States. They have a shared history and culture and are of mixed Indigenous and European (primarily French) ancestry which became a distinct group through ethnogenesis by the mid-18th century, during the fur trade era.
   a. In Canada, Métis are one of three groups of Canadian Indigenous peoples referenced in the Constitution Act of 1982 and have a Canadian population of 587,545 as of 2016.

195.   Wolverine is born in Cold Lake, Alberta which is located on Treaty 6 Territory, the traditional land of diverse Indigenous peoples including the ᓂᐦᐃᔭᐤ Nêhiyaw (Cree), Michif Piyii (Métis), and Dene peoples.
   a. A royal commission was formed to investigate the living conditions of Alberta's "half-breeds" (as the Métis were known), who were then

squatting on road allowances with no ready sources of cash income, or trapping in remote areas without access to education or health services. Métis children in urban areas were driven away from public schools by the ridicule and humiliation of white pupils, with an estimated 80% of the provincial Métis population receiving no education whatsoever.

    b. The Métis were also impacted by residential schools in Canada.

    c. The Weapon X storyline has parallels to the Residential schools system in Canada (including experimentation) the same way that X-Men parallels the civil rights movement and era in the United States.

196.  As stated previously in the X-Men Origins movie and the comics referenced section in (**Vetting for Casting or Surveillance**) Eiko and Brett can clearly see that there is an awareness of Indigenous mythology and culture that is very much tied to the character. Therefore it would be reasonable to consider the Indigneous community should be involved.

    a. Especially given that the existing state of Marvel was heavily supported by the previous X-Men films and the extent of the appropriation/erasure.

197.  Levy, Jackman and Ryan Reynolds have all participated in Indigenous erasure and owe much of their modern careers to this practice.

    a. Deadpool's first appearance was in X-Men Origins.

        1. Ryan Reynolds was an author for Deadpool 2 when he went back in time to X-Men Origins without addressing or including Silver Fox.

            a. Ryan has a history of not including Canadian Indigenous perspectives, performers and has a history of reinforcing negative portrayals including the appropriation of indigenous ceremony for lurid situations.

        2. Shawn Levy did not cast an Indigenous actor for a major Indigenous role in Night At the Museum.

            a. This was a significant female Indigenous historical figure.

            b. **Roosevelt and Sacagawea are love interests in this film.**

                i.  "I don't go so far as to think that the only good Indians are the dead Indians, but I believe nine out of every 10 are," Roosevelt said during a January 1886 speech in New York. **"And I shouldn't like to inquire too closely into the case of the tenth."**

                    1. **That is a literal call for genocide.**

                ii.  This is like creating a historical work where Hitler is dating Emma Lazarus (whose words "Give me your tired, your poor, your huddled masses yearning to breathe free." which sit at the base of the statue of

liberty) at a wax museam without mentioning the Holocaust.

    iii.  The Equestrian Statue of Theodore Roosevelt at the American Museum of Natural History, New York City, was removed in 2020 as it was seen to enforce a racial hierarchy.

    iv.  **Sacagawea even has a reduced role in the rest of the franchise.**

3. Hugh Jackman worked on Pan with Rooney Mara when Tiger Lily was played by a caucasian woman. He was a producer for X-Men Origins when Silver Fox was red-faced.

    a.  His current Broadway musical required the removal of racial caricatures of Indigenous people called the *Wa Tan Ye* tribe.

        i.  This revival will likely expose Indigenous children and performers to difficult situations in the classroom as it has repopularized the play in the theater community.

    b.  This list is not exhaustive.

4. These 3 have all had a disproportionately negative impact on Indigenous and Asian representation in Cinema.

198. Brett wrote a medium post titled "**A VERY BRIEF HISTORY: An Open Letter to An Aesopian World**" outlining qualifications, personal experience with Racism in Canada as well as an outline of his objects in order to demonstrate that he could contribute to the portrayal of Wolverine. It was done in a tongue and check Aseopian manner. This was also the first public disclosure of his and Miss Ishiwata's relationship.

    i.  It should be noted that:

      1. He also stated "Creatively I wanted to be Jim Jarmusch. You know someone whose work is appreciated but would not be recognized often while having a coffee in NYC."

      2. Brett has publicly questioned "Does celebrity without responsibility to social narrative create an exploitative relationship with its audience?"

        a. This was in 2013.

      3. **It is clear that Brett views fame as a burden fraught with moral complications.**

      4. However he has stated that Wolverine is essentially the only role that he would risk fame for because of its personal significance to him.

36

5. **Eiko has never pursued fame; yes, a professional game developer reputation in the video game industry but never household name fame or even instagram fame.**
    a. If she did, she would have pursued acting or modeling by now.
        i. Her Mother was a beauty queen and Eiko is model height and frame; it would not have been hard for her to break into those industries.
        ii. She has been offered these opportunities in the past but she declined politely.
    b. She values solitude, privacy and independence; prefers not to be in the spotlight and prefers to operate from the shadows.
        i. Brett had to constantly persuade her to be in front of the camera for Studio Ishiwata's Marketing. It was a constant point of contention.
    c. She has a general disdain for social media and is very introverted but not shy.
6. Brett views fame as a personal sacrifice for a rational person.
    a. **"All that glitters is not gold"** - *William Shakespeare*

b. Aseopian language is <u>similar to "dog-whistle" politics</u>.
c. Aesopian language or literature is a technical term used by Sovietologists for language used to hide its true meaning from authorities to avoid repression.
d. **<u>It is important to distinguish</u> Aesopian Language from psychological issues such as <u>thought broadcasting</u>.**
    i. In 2005 Colleen Nestler, an Albuquerque, New Mexico woman filed a lawsuit against David Letterman in 2005 alleging that he caused her sleep deprivation and forced her into bankruptcy over a 10 year period.
        1. This is before the advent of social media.
            a. Brett and Eiko had limited social media usage (instagram, twitter) to marketing for the video game company and were not engaged in the digital commons as "individuals" before these chain of events.

    i. There is no evidence of social media posts from Brett or Eiko that would indicate a parasocial relationship with any of the individuals involved in these events.

  2. Miss. Nestler claimed Mr. Letterman used code words, gestures and "eye expressions" to communicate.

    a. As far as Brett is aware there was **no feasible mechanism** of communication or professional connection between the two individuals nor was there any clear motive for communication or conflict.

  3. To the best of Brett's knowledge Miss. Nestler had no working relationship or no confirmation of communication with Mr Letterman.

  4. This is not the case in the instance as Brett has had direct communication with Ryan's publicists that confirms his awareness of this situation.

    a. Ryan has "regrammed" Eiko's work to approximately 42 million people.

    b. There is additional evidence that has not been provided for the sake of brevity.

  5. Mr. McDowell has been attempting to resolve this issue through dialogue and with restorative practices with the desire to avoid engagement with a colonial legal system which he views as generally racist.

  ii. Brett's concern is that insincere and socially damaging "mental health arguments" will be used in order to undermine the substantial chain of discrimination Eiko has endured.

    1. This is often done to manipulate the public because of a wide spread "just world bias" which is often at the root of the general tendency of individuals to engage in victim blaming.

      a. Especially if the perpetrators are of high status.

      b. **Brett is calling out this behavior as unconscionable well in advance <u>in order to avert damage to social support for individuals</u> coming forward with abuse.**

199. Brett's ancestor Ranald Macdonald (Raised Red River Métis / half Chinook), went to Japan to warn them about colonialism and was the first English teacher in Japan. This character seems to have influenced Wolverine from the comics, especially Larry Hama's comics (Japanese-American).

      i. Japanese influence however extends much further back than the first Larry Hama comics as the original solo series by Chris Claremont and Frank Miller takes place in Japan.

      ii. The **X-Men** are often inspired by real-world events and real people.

          1. *Menachem Begin as Magneto.*

      iii. *The fascination with Japan starting in youth through education is similar to Wolverine and Ranald MacDonald.*

          1. *For a long time it was believed that the Japanese people were ancestors of the Indigenous peoples of the NorthWest Territories.*

      iv. *The other possible origins of this are mostly orientalist writings that have a negative view of Japanese women which still impact anti-asian views of Asian femininity to this day.*

          1. *Given that X-Men is about civil rights Brett has rejected this hypothesis.*

      v. *Ranalds father (Scottish) was worried that some untrained "Indian" part of the teenager might begin to assert itself.*

          1. *This is literally the metaphor used at the centrality of Wolverine as a character.*

200. Macdonald's contributions to Japan upon his return to North America included writing a spirited defense of Japan to the United States Congress and the ongoing legacy of his education of Japanese diplomats.

**201. It seems as if Macdonald preserved Japanese culture which highly influenced North American media to this day.**

202. The American Japanese community was very aware of Macdonald's contributions to Japan.

203. The status of Ranald MacDonald in Japan looks very similar to Logan/James, mutton chops and all.

204. Ranald even settled in British Columbia after returning from Japan (though likely wishing to remain).

205. Eiko has been encouraging Brett to develop a deeper relationship with Japan in a way his ancestor could not.

    a. A regret echoed in his dying words to his niece.

      i. Sayonara, my dear, sayonara...

206. Both **Wendigo (wīhtikow)** and Wolverine (**kihkwahâkew**) are myths tied to the Algonquian language group in Canada. Both were present during Wolverine's first appearance (The Incredible Hulk #180).

    a. Arguing that there was no connection between **kihkwahâkew and wīhtikow** is like arguing that Thor and Loki are not connected.

       i.   Especially because Wolverine's Indigenous connection has been continually reinforced throughout its run.

     ii.   Marvel knows who the "Kree" are (Fantastic Four #65 August 1967).

        1.   They are an Algonquin parent culture of the Métis.

207.   **It seems reasonable to conclude that Wolverine was based on substantial parts of Brett's relation's history and his traditions (Métis) as well as that of the Métis parent cultures such as the Cree, and Anishinabe (Ojibway) . There are many more examples not covered in this document.**

    a.  **That indigenous erasure did occur with FOX.**

       i.   **It is reported that FOX <u>barely kept Wolverine Canadian</u>.**

         1.   **If that was the standard then it is clear that indigenous erasure was not out of the question.**

208.   **There are reasonable instances of Aesopian communication during the course of these events.**

## <u>Human Rights Complaints</u>

209.   Brett and Eiko both decided to wait until after the pandemic (as Free Guy was largely promoted at investor meetings by Bob Chapek. They did not want this to impact the quarterlies during a vulnerable time as individuals from FOX were involved and they were concerned that there was ulterior motive to this situation) to raise this issue with Disney and Marvel. Because Shang-Chi and Eternals were important for Asian and BIPOC representation and because Spiderman is awesome they tried to resolve things internally with Ryan with Indigineous protocols.

210.   However, frustrations grew high since Ryan wasn't open to mediation so Brett challenged him to a Zoolander style walk-off on instagram to settle things once and for all after Eiko realized Ryan was mimicking Brett's poses from his social media.

    a.  Brett has runway modeling experience.

       i.   Brett is admin of Stevie Crowne's Website (Stevie Crowne's Collection was featured at this year's London Fashion Week).

         1.   Studio Ishiwata produced one of his fashion videos.

    b.  Brett and Eiko started rumors of the walk-off across the global fashion industry.

       i.   All non-public or legal areas were exhausted and they did not want to impact Disney and Marvel unfairly with major theatrical releases during an ongoing pandemic.

    c.  Ryan has still not answered this challenge.

211.  A few days later Marvel echoed this challenge and posted up an Eternals walk-off inspired promotional clip and promoted a stare-off with Angelina Jolie with the cast of The Eternals.

212.  Eiko and Brett started the human rights complaint against La Guilde and Rob McElhenney's but requested that it would utilize an Indigineous legal paradigm.

213.  Brett tried to reach out to Ryan Reynolds via his publicist and provided him with the court documents of Mythic Quest along with a traditional gift in line with indigenous peacemaking protocols.

    a.  Eiko and Brett filmed an ad for Aviation gin and also gave him their own Martini recipe that they created.

    b.  They hoped in this gesture, Ryan and them could solve things internally and amicably.

    c.  Approximately a week later, Ryan Reynolds released a Hockey Aviation Gin ad that lifts direct elements from Eiko and Brett's Aviation Gin Ad Gift (lighting, color, shots, style). This can be interpreted as a confirmation of receipt. *This is further evidence supporting that the Deadpool Korg React video was lifted from the Studio Ishiwata video. It is therefore established that Ryan ought to have reasonably known at this time.*

214.  Eiko and Brett tried reaching out to Marvel to file an HR complaint.

215.  Brett McDowell started applying for work within the film and game industry in Vancouver. Brett and Eiko are concerned that Ryan has interfered with his candidacy by having him black listed or that his name has caused a chilling effects after Brett emailed a large group of people in BC film saying "f*ck Ryan Reynolds".

    a.  This has likely cost him a position at Creative BC.

    b.  Indigineous representation in BC is pretty terrible as it is.

        i.   So these are additional hurdles.

216.  Eiko and Brett started filling out the paperwork to file human rights complaints against Ryan Reynolds.

    a.  They sent the paperwork to his publicist before filing the paperwork officially.

    b.  Ryan's publicist confirmed receipt by replying to Brett.

    c.  Ryan is still refusing to go for any sort of indigenous mediation.

217.  Eiko and Brett filed the paperwork against Ryan with the Canadian Human Rights and to the courts.

218.  Brett received a voice message from an untraceable phone number from New York stating "Man go f*ck yourself. Stop harassing my phone mother f*cker!" approximately a week after filing the human rights complaint against Ryan Reynolds and after mentioning him several times on Brett's Instagram Stories.

a. Despite the fact that Brett can be controversial at times being a PI, Fixer, an Int Op Veteran, this was the first time anyone has left a message like this to any of his numbers.

b. Brett has never interacted with that number before receiving the voice mail.

c. Ryan Reynolds is based in New York.

d. Brett has been tagging Ryan often to elicit a reaction and for communication. This is inline with Indigenous peacekeeper practices in order to bring someone to the table in a non coercive manner.

219.  Brett managed to figure out the HR contact of Sara and Mary from Marvel Studios and forwarded the Human Rights complaint to that department.

a. The emails have been confirmed to be legitimate via pinging.

b. It is unknown if Marvel knows why Ryan and Brett are fighting.

220.  **Eiko and Brett are concerned based on the information they have gathered from analysis of Mythic Quest and Free Guy incidents that this situation could potentially have been conceived in order to sabotage casting for Marvel's Wolverine because of past indigenous erasure at FOX and to insure the protection of reputation for past Fox employees/talent.**

　　i.  **Or to remain engaged with the IP once Marvel starts to again work with the franchise.**

b.  **If this is true, Eiko and Brett may have been targeted by those in opposition of Marvel and Disney because Brett was being vetted for the role of Wolverine who is canonically *Métis* (half breed) in the comics.**

　　i.  **Brett is Red River *Métis*.**

c.  **Ryan Reynolds potentially knew about the casting since the news article about Wolverine being from Winnipeg (2019) and may have leaked it intentionally or unintentionally to Disney's opposition.**

　　i.  **This is likely because of Deadpool 3.**

　　　　1.  **Shawn Levy has asked to have Hugh Jackman as Wolverine again.**

　　　　　　a.  **It was reported that Ryan wanted Wolverine involved in the 3rd Deadpool movie.**

d.  **Ryan Reynolds was involved with the X-Men productions and other productions in his career that red faced, appropriated indigenous culture and built his career on an "indian" graveyard (metaphorically).**

　　i.  **There is a concern here that he would take issue with an indigineous casting as it would reflect badly on him and his past choices.**

42

e. In X2: X-Men United, a Japanese female character (Yuriko) is drugged and subservient to the main villain. Other representations of Japanese characters in the X-Men franchise have been very poor.
   i. Eiko feels these contributed to her targeting at GDC.
   ii. This included Deadpool 2.
   iii. The Wolverine was extremely egregious as it mirrored much of the negative concepts regarding Japanese women.
      1. Reducing a meaningful relationship with Mariko from the comics into what is essentially "sex tourism".
      2. Eiko feels that the original Frank Miller and Chris Clairmont Wolverine series gave greater autonomy to the Japanese women in the story.
         a. The narrative of "Western man meets Japanese woman" does not apply to this comic as it is a discourse on Japanese views of outsiders from diverse backgrounds who have assimilated into Japanese society.
            i. It deals with the experience of both foreigners and those on the outside of mainstream Japanese society like Yurkio.
            ii. Thus it is an interesting discourse on the status of outsiders within Japanese society.
               1. Not unlike 東京ゴッドファーザーズ, Tōkyō Goddofāzāzu
                  a. Please note that the english subtitles often mistranslates some Japanese words more rudely in english.
            iii. This narrative works perfectly if Wolverine is Métis.
               1. Because of the complex layers of identity.
               2. And because it seems like the exploits of Brett's ancestor Ranald MacDonald (Métis / Chinook) influenced the development of this narrative.
         b. It is a surprising and relevant differentiation.
      3. So someone made a choice to make it more racist.
   iv. The list of complaints regarding Japanese female representation in the series involving Hugh Jackman are long.

      1. Deadpool's marketing is tied to Ryan's feud with Hugh Jackman as such Brett and Eiko are concerned this could have been a motive for inappropriate and unprofessional behavior.
          a. We are concerned that this is motivating Ryan's current decisions with Deadpool 3.
          b. <u>If so this would be racial discrimination.</u>
    v. These changes are not authentic to the original comics.
  f. As such Brett and Eiko are concerned that the history of indigenous erasure, indigenous cultural appropriation and Anti-Asian portrayals at FOX influenced decision making as early as Mythic Quest. Eiko and Brett are concerned that this motivation continues into the present day with Ryan Reynolds and Shawn Levy both having engaged in this type of behavior in the past. Neither has made amends or fully addressed the problem.

221. This has incurred significant emotional, psychological, career and financial damage. JRPG Kickstarter run by an experienced JRPG game developer such as Eiko, can raise up into the USD millions and with Eiko's actual original hand painted analogue gouache paintings, and physical company props made by hand being tier rewards, the projections were high.

222. Eiko feels at this point that she is hesitant to take on any additional work due to fear she will get targeted by bosses, clients, co-workers etc after her abuse was perpetrated by several parties throughout her career. This has incurred significant emotional damages (pain and suffering) and financial damages.

223. Considering that Vancouver is a hotspot for film and tv, Eiko is still concerned about going outside in public on her own, worried that parties involved would hire someone to attack her for speaking out but could disguise it as Asian Hate.
  a. *Vancouver* police have said anti-*Asian hate* crimes increased 717 per cent during the first year of the COVID-19 pandemic.

224. **To reiterate, the vast majority of the points can be backed up by documentation, not by personal recollection. This documentation has been left out for readability and to reduce length (a reasonable length for the reader) as this summary is quite long.**
  a. **So please keep in mind that this document is very condensed.**

———

**A Quick Refresher of Key Points:**

**DISCLAIMER: Do not read this <u>if you have not read the entire document first</u>. The situation will not make sense. This is just a summary so readers will get a <u>reminder</u> of the sequence of events.**

    i. Studio Ishiwata (Eiko and Brett) were most likely noticed by Ubisoft Montreal at various points in their career. Studio Ishiwata operated in Montreal, Quebec until it recently relocated to Vancouver, British Columbia.

    ii. Eiko has been on Marvel's radar since 2017 (Thanos development).

    iii. Brett has been on Marvel's radar since 2017 (Deadpool Stand-in).

    iv. Brett is a very skilled investigator who has operated with discretion for many years and is a bit of a real life "Sherlock".

    v. Brett has been trying to figure out what happened at the GDC2017 incident ever since Eiko and Brett started their relationship.

    vi. It seems as if Snowcastle Games acted with conflict of interest regarding her drugging by not addressing it due to inappropriate behaviour from her Boss, discrimination and the potential of executives or staff members being accused or liable.

    vii. The drugging resulted in the breakdown of Eiko's marriage, loss of her house, financial instabilities and loss of friendships.

    viii. Eiko started developing her own JRPG Valiant Mirror to rebuild what she lost from the drugging.

    ix. Snowcastle stopped working with Eiko after she refused to let the drugging go. Which she felt was entirely unresolved.

    x. Eiko reached out to The Norwegian Equality and Anti-Discrimination Ombud, La Guilde, Juripop and Times to for help dealing with the Snowcastle Incident.

    xi. The behavior from La Guilde and Juripop seems to indicate that the organizations were concerned that Ubisoft had been involved in Eiko's drugging (Ubisoft has been the subject of harassment and misconduct allegations since June 2020) and were very likely aware of the Mythic Quest episodes and acted protectively outside of ethical bounds.

    xii. Eiko was not familiar with Rob McElhenney's work prior to watching Mythic Quest. Brett was also very unfamiliar with Rob McElhenney before Mythic Quest. Neither are or were fans.

    xiii. Eiko and Brett's likeness was used in Mythic Quest, Eiko's drugging was parodied in Mythic Quest in an episode that is meant to be pro female gamers and Mythic Quest directly plagiarized Studio Ishiwata's IP especially from Valiant Mirror.

        a. This may look like a sick trophy of Eiko's drugging.

        b. This may be a way to humiliate Eiko.

- - - i. People from the industry who knew of the GDC incident and who watched Mythic Quest recognized her likeness and parody even before it was discovered by Eiko and Brett.
  - c. This may be a potential sabotage which will be getting into later down below.
- xiv. Eiko was not familiar with Ryan Reynold's work at the time (with the exception of Deadpool. She watched Deadpool after she met Brett in support of Brett being on the Deadpool 2 production. Honestly, Deadpool was not exactly her favorite and she found it a bit gross and unhinged).
  - - i. Eiko is not a fan of romcoms.
    - ii. Eiko was never a fan of Ryan Reynolds' work.
      - 1. There was no parasocial relationship with Ryan at any point in her life.
- xv. After Eiko reached out to Ryan Reynolds on Brett's advice, the Deadpool Korg Reacts video was released.
  - a. It has similar elements as Studio Ishiwata's social media which caused a reasonable concern.
    - i. Eiko and Brett have very strong evidence of similar behavior at a later date.
  - b. The video included a conversation about killing women which was constituted as a threat (fridging).
  - c. "Daddy needs to express some rage" was also seen as threatening.
  - d. It is Eiko and Brett's view that Paul in Mythic Quest is based on Brett. It is their view that Ryan did know or ought to have known this information. There was a reasonable fear that this was a physical threat against Brett as well. "Thank you for having me Paul, sorry you're dead." - cc from Youtube on Mar 17 2022, please note that ccs can be easily modified by the administrator at any time, this has been documented.
    - i. The RCMP was contacted at this time.
- xvi. Ryan Reynolds has a public history of admitting obsessive behavior and stalking in his youth. There was a reasonable concern for the physical safety of Eiko and Brett due to the fact that Ryan has close ties with Rob McElhenney and therefore had a motive to save face. At this time, Eiko felt a reasonable fear for her safety, the safety of Brett and experienced significant emotional distress.
- xvii. These events resulted in the canceling of Valiant Mirror's Kickstarter halting funding and development of Valiant Mirror. This has directly affected the finances of Studio Ishiwata, of Eiko Ishiwata and of Brett McDowell.
- xviii. It is Eiko and Brett's view that this video knowingly conveys and/or causes them to receive a *threat*.
- xix. Brett and Eiko were unaware of the film Free Guy before these events.

xx. Brett has actually worked with Ryan in person.

xxi. Brett and Eiko are not "civilians" or industry outsiders.

    a. They are professionals within the media industry.

xxii. After the Deadpool Korg Reacts video, Eiko and Brett booked a stay at the Hilton Vancouver Downtown for security purposes.

xxiii. Eiko and Brett have had indirect and direct professional relationships with Marvel in the past and are not new to the film industry.

xxiv. Based on Brett's credentials as being an investigator, he concluded that he was possibly being surveilled or vetted for a Marvel role, most likely for the role of X-Men's Wolverine.

    a. His agent confirmed this behavior being normative for Marvel casting.

    b. There is information of casting and security methods by credible sources online by other Marvel employees that are similar to the events that occurred during and after their stay at the Hilton Downtown.

    c. Eiko thought that he looked like Wolverine from the comics and had a similar genuinity that governed his military and martial arts training.

xxv. The experiences surrounding Brett are within the realm of normative Marvel casting procedures based on open source information.

xxvi. Therefore they concluded that Ryan may have been involved somehow as Deadpool 3 was rumored to be a Wolverine/Deadpool movie at that time.

xxvii. Ryan Reynolds ought to have known about Studio Ishiwata's Stolen IP and possibly the parody of Eiko's drugging.

xxviii. It appears as if Ryan used Eiko and Brett's likeness and story in Free Guy and race bended them.

xxix. There is documentation that Ryan Reynolds was aware of Eiko and interacted with her on social media. Eiko felt intimidated by Ryan Reynolds.

xxx. It seems like Times Up may have acted to protect Rob McElhenney, Ryan Reynolds and Ubisoft, as well as acted punitively towards Eiko for signing the open letter criticizing Times Up instead of prioritizing survivors.

    a. The corruption at Times Up is not a matter of debate after the resignation of Tina Tchen (former CEO Times Up) in the wake of the Cuomo scandal.

    b. Eiko was not treated fairly and was forced to fight this battle without the organization designed to support women in entertainment.

        i. Eiko believes that she was targeted for these series of events because of her Japanese heritage.

        ii. Eiko believes there was additional prejudice against her because of her Japanese heritage.

xxxi. It seems reasonable to conclude that Wolverine was based on substantial parts of Brett's relation's history and his traditions (Métis) as well as that of the Métis parent cultures such as the Cree, and Anishinabe (Ojibway) .

47

    a. That indigenous erasure did occur with FOX.
        i. It is reported that FOX <u>barely kept Wolverine Canadian</u>.
            1. If that was the standard then it is clear that indigineous erasure was not out of the question.

xxxii. There are reasonable instances of Aesopian communication during the course of these events.

xxxiii. Eiko and Brett are concerned based on the information they have gathered from analysis of Mythic Quest and Free Guy incidents that this situation could potentially have been conceived in order to sabotage casting for Marvel's Wolverine because of past indigenous erasure at FOX and to insure the protection of reputation for past Fox employees/talent.

        i. Or to remain engaged with the IP once Marvel starts to again work with the franchise.

    b. If this is true, Eiko and Brett may have been targeted by those in opposition of Marvel and Disney because Brett was being vetted for the role of Wolverine who is canonically *Métis* (half breed) in the comics.
        i. Brett is Red River *Métis*.

    c. Ryan Reynolds potentially knew about the casting since the news article about Wolverine being from Winnipeg (2019) and may have leaked it intentionally or unintentionally to Disney's opposition.
        i. This is likely because of Deadpool 3.
            1. Shawn Levy has asked to have Hugh Jackman as Wolverine again.
                a. It was reported that Ryan wanted Wolverine involved in the 3rd Deadpool movie.

    d. Ryan Reynolds was involved with the X-Men productions and other productions in his career that red faced, appropriated indigenous culture and <u>built his career on an "indian" graveyard (metaphorically)</u>.
        i. There is a concern here that he would take issue with an indigineous casting as it would reflect badly on him and his past choices.

    e. In X2: X-Men United, a Japanese female character (Yuriko) is drugged and subservient to the main villain. Other representations of Japanese characters in the X-Men franchise have been very poor.
        i. Eiko feels these contributed to her targeting at GDC.
        ii. This included Deadpool 2.
            1. Eiko feels that the original Frank Miller and Chris Clairmont Wolverine series gave greater autonomy to the Japanese women in the story.

        i. <u>So someone made a choice to make it more racist.</u>

   b. The list of complaints regarding Japanese female representation in the series involving Hugh Jackman are long.

        i. Deadpool's marketing is tied to Ryan's feud with Hugh Jackman as such Brett and Eiko are concerned this could have been a motive for inappropriate and unprofessional behavior.

           1. We are concerned that this is motivating Ryan's current decisions with Deadpool 3.

           2. <u>If so this would be racial discrimination.</u>

   c. These changes are not authentic to the original comics.

2. As such Brett and Eiko are concerned that the history of indigenous erasure, indigenous cultural appropriation and Anti-Asian portrayals at FOX influenced decision making as early as Mythic Quest. Eiko and Brett are concerned that this motivation continues into the present day with Ryan Reynolds and Shawn Levy both having engaged in this type of behavior in the past. Neither has made amends or fully addressed the problem.

3. Levy, Jackman and Ryan Reynolds have all participated in Indigenous erasure and owe much of their modern careers to this practice..

   a. Deadpool's first appearance was in X-Men Origins.

5. Ryan Reynolds was an author for Deadpool 2 when he went back in time to X-Men Origins without addressing or including Silver Fox.

   a. Ryan has a history of not including Canadian Indigenous perspectives, performers and has a history of reinforcing negative portrayals including the appropriation of indigenous ceremony for lurid situations.

6. Shawn Levy did not cast an Indigenous actor for a major Indigenous role in Night At the Museum.

   a. This was a significant female Indigenous historical figure.

   b. **Roosevelt and Sacagawea are love interests in this film.**

        i. "I don't go so far as to think that the only good Indians are the dead Indians, but I believe nine out of every 10 are," Roosevelt said during a January 1886

speech in New York. **"And I shouldn't like to inquire too closely into the case of the tenth."**

1. <u>That is a literal call for genocide.</u>

ii. This is like creating a historical work where Hitler is dating Emma Lazarus (whose words "Give me your tired, your poor, your huddled masses yearning to breathe free." which sit at the base of the statue of liberty) at a wax museam <u>without mentioning the Holocaust.</u>

iii. The Equestrian Statue of Theodore Roosevelt at the American Museum of Natural History, New York City, was removed in 2020 as it was seen to enforce a racial hierarchy.

iv. **Sacagawea even has a reduced role in the rest of the franchise.**

7. Hugh Jackman worked on Pan with Rooney Mara when Tiger Lily was played by a caucasian woman. He was a producer for X-Men Origins when Silver Fox was red-faced.

a. His current Broadway musical required the removal of racial caricatures of Indigenous people called the *Wa Tan Ye* tribe.

i. This revival will likely expose Indigenous children and performers to difficult situations in the classroom as it has repopularized the play in the theater community.

b. This list is not exhaustive.

8. These 3 have all had a disproportionately negative impact on Indigenous and Asian representation in Cinema.

xxxiv. To reiterate, the vast majority of the points can be backed up by documentation, not by personal recollection. This documentation has been left out for readability and to reduce length (a reasonable length for the reader) as this summary is quite long.

a. So please keep in mind that this document is very condensed.

50

### Personal Statements:

"Honestly I was happy with my life the way it was. Eiko and I had worked so hard to make a life for ourselves, we love each other and we loved the work we were doing. It was as great as I thought I could ever get in my life and then out of nowhere Hollywood comes in and gets us involved in all of their dysfunction. There is true beauty in this life and every one wastes it on stupid desires that ultimately undermine the very thing they love.  It breaks my heart." - **Brett**

"I don't know what to say or what to make of all this but all I can say is that I was gaining back my trust in people and confidence in my professional work but then Hollywood and organizations that are supposed to help women sweep in and rip that away from my healing. I was happy and good natured before we reached out to Snowcastle Games but then a cascade of insanity occurred snowballing into an avalanche crushing my good nature and happiness. I had a happy and the right amount of excitement in my life with Brett creating our company before the discovery of these events.  But despite what has happened, I feel like both our love has survived and grown through this avalanche of bulls*it. Shoveling that bulls*it has made me into an even stronger fighter." - **Eiko**