

**Brett Douglas McDowell**

---

**Re: Healing Circle**
1 message

---

**Brett Douglas McDowell**  Thu, Mar 24, 2022 at 7:01 PM
To: Leslie Sloane

Hi Leslie,

What I am looking for is <u>the same since day</u> one of this matter. A healing circle hosted by an elder that would help to heal the damage here. This means everyone, not just Eiko, anyone else here deserves to be free from conflict.

It is the traditional way, not the appropriated ways. This is at the heart of it.
Real medicine that can make a real difference.

Please help me restore this peace.

Many thanks,
Brett


Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.