**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>                Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

      The motion of Ellyn S. Garofalo, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

> Ellyn S. Garofalo
> LINER FREEDMAN TAITELMAN + COOLEY, LLP
> 1801 Century Park West, 5th Floor
> Los Angeles, California 90067
> Tel: (310) 201-0005
> Fax: (310) 201-0045
> Email: egarofalo@lftcllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC and Jennifer Abel in the above-captioned action and all Plaintiffs in the consolidated matter in case no. 1:25-cv-00449-LJL;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge / Magistrate Judge

424559.1