

<div style="text-align:right">
Sigrid S. McCawley<br>
Telephone: 954-356-0011<br>
Email: smccawley@bsfllp.com
</div>

May 29, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

    Re: *Lively et al. v. Wayfarer Studios LLC et al.*, No. 24 Civ. 10049 (LJL)
           [rel. No. 25 Civ. 779]

Dear Judge Liman:

    On behalf of Leslie Sloane and Vision PR, Inc. (the "Sloane Parties"), we write regarding our pending motion to compel James Vituscka to produce documents in response to a third-party subpoena. ECF No. 232. The Sloane Parties respectfully request that the Court hold the motion to compel in abeyance until June 5 as they and Vituscka continue to negotiate a compromise wherein the Sloane Parties would agree to a narrower set of documents and Vituscka would agree to set forth key facts in a declaration. Such a resolution would obviate the need for Court intervention.

    Vituscka consents to holding the motion in abeyance to continue negotiations but notes that his counsel is unavailable the week of June 9th due to prior travel arrangements.

    The next scheduled appearance in this case is October 21, 2025. This request will not affect the case schedule.

<div style="margin-left:50%">
Respectfully Submitted,

 /s/ *Sigrid S. McCawley*
Sigrid S. McCawley
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
smccawley@bsfllp.com

*Attorney for Leslie Sloane
and Vision PR, Inc.*
</div>

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com