## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Brett Douglas McDowell,

        Movant,

v.

Lively v. Wayfarer Studios LLC, et al.,

Case No. 1:24-cv-10049

**SUPPLEMENTAL DECLARATION OF BRETT DOUGLAS MCDOWELL**

IN SUPPORT OF MOTION TO INTERVENE PURSUANT TO RULE 24

---

I, **Brett Douglas McDowell**, declare under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I am writing as the pro se movant in the above-captioned matter. On May 21, 2025, I filed and served a Rule 24 motion to intervene, which is awaiting docket entry as of the date of this correspondence. Today, I submitted a supplemental declaration in further support of that motion.

2. Since that filing, I have observed the appearance of additional parties and institutional actors in this case whose entry occurred shortly thereafter and touches on similar themes—particularly the cultural suppression of Indigenous and racialized survivor

voices. While I cannot speak to the intent behind those entries, I am filing this declaration out of an abundance of caution to ensure the record reflects the full context and timeline.

3. While I understand that docket processing can take time, the fact that my motion remains unpublished while multiple other entries have appeared — despite their being filed after service of my intervention — creates an appearance of **procedural asymmetry** that could impact how the Court perceives the timeline and scope of cultural and survivor disclosures.

4. This supplemental filing is not intended to challenge the participation of other parties, but rather to protect the integrity of my procedural standing as a Rule 24 movant and to help ensure that the cultural record in this matter is not selectively shaped or curated.

5. On May 24, 2025, three days after my Rule 24 motion was filed, Dana Bolger entered an appearance on behalf of Equal Rights Advocates (ERA). Ms. Bolger and ERA are known for their gender justice advocacy. However, their entry occurred without acknowledgment of my filing or the racialized and symbolic harms involving my wife, Eiko Ishiwata, a Japanese Canadian survivor whose experience is materially connected to this case.

6. I also noted that Elyse Dorsey joined the case with representation from Steptoe LLP, shortly after my filing. While Ms. Dorsey is known for her advocacy work, neither she nor her counsel have acknowledged the context or cultural harm described in my intervention.

7. On May 27, 2025, I sent respectful and detailed letters to both Dana Bolger and the attorneys at Steptoe LLP. These letters (attached as Exhibits B and C) outline the procedural exclusion, reputational retaliation, and cultural mimicry that have affected

both myself and my wife in connection with this litigation. I invited engagement in good faith. As of this filing, I have received no response.

8. I respectfully submit that the coordinated or parallel entry of institutional actors without acknowledgment of my intervention creates the appearance of narrative management and further validates the symbolic exclusion and reputational containment that my filing sought to address. My concern is not abstract. For example, the recent *TIME100* profile of Blake Lively, authored by civil rights attorney Sherrilyn Ifill, frames Ms. Lively as part of a legacy of moral leadership associated with figures like Frederick Douglass. While Douglass is rightly celebrated, he also made remarks in 1869 drawing a racialized distinction between Black and Indigenous peoples, stating that "the negro is more like the white man than the Indian... The Indian… rejects our civilization." This quote reflects a longer pattern of strategic omission of Indigenous perspectives within justice movements.

9. These developments also underscore why my intervention is necessary: to ensure that all survivor voices, particularly those that have been procedurally, culturally, and symbolically excluded, are given meaningful recognition.

10. I respectfully ask the Court to consider this declaration and attached exhibits in evaluating both the timeliness and necessity of my intervention under Rule 24.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed this 27th day of May, 2025**, in Winnipeg, Manitoba.

**/s/ Brett Douglas McDowell**

Brett Douglas McDowell

legal@redriver-rebellion.ca

+1 (204) 202-5904

---

**Attachments:**

*Exhibit A: 05/21/25 Original Rule 24 Motion to Intervene*

*Exhibit B: 05/27/25 Letter to Equal Rights Advocates*

*Exhibit C: 05/28/25 Letter to Steptoe LLP Regarding Elyse Dorsey*