Outlook

**Civil Rights Intervention – Request for Survivor Inclusion in Lively v. Wayfarer Studios**

**From** Brett McDowell <legal@redriver-rebellion.ca>
**Date** Tue 2025-05-27 2:06 PM
**To** dbolger@equalrights.org <dbolger@equalrights.org>
**Cc** info@equalrights.org <info@equalrights.org>; eikoishiwata███████ <eikoishiwata███████>

6 attachments (12 MB)
McDowell_Rule_24_Intervention_Package.pdf; Exhibit_B_Summary_of_Incidents_Affidavit_2022-04-01.pdf; Exhibit_C_Proof_of_Service_Marvel_2022-03-31.pdf; Exhibit_E_Healing_Circle_Email_to_Sloane_2022-03-24.pdf; Exhibit_A_Preservation_Letter_2025-04-27.pdf; Exhibit_D_Venable_Exhibit_1-2_Page_9_Interested_Party.png;

Dear Ms. Bolger and Equal Rights Advocates team,

I'm writing to inform you that on Wednesday, May 21, 2025, I filed a Rule 24 motion to intervene in *Lively v. Wayfarer Studios LLC et al.* (S.D.N.Y., Case No. 1:24-cv-10049). The filing was served on all parties and is expected to appear on the docket at any moment. This motion formally asserts my interest in the case as an Indigenous person whose disclosures have been symbolically suppressed — and includes direct documentation of harm involving my wife, Eiko Ishiwata, a Japanese Canadian survivor whose experience is deeply entangled with the factual record.

I also noticed that ERA entered an appearance shortly after I filed my civil rights intervention, which I believe speaks to the stakes involved in ensuring that all survivor voices — especially those procedurally and symbolically excluded — are heard.

Given ERA's engagement in this case, I believe there is now a clear ethical obligation to consider the broader context of racialized survivor exclusion raised in the filing.

Eiko is not a celebrity, but a working composer and survivor. In 2017, she was drugged at the Game Developers Conference (GDC) shortly after making disclosures related to industry misconduct. In the years that followed, both her identity and mine were symbolically distorted through character branding and reputational mimicry in projects associated with parties now involved in this litigation. Despite extensive documentation and repeated good-faith efforts to raise these issues, our disclosures have been met with institutional silence and cultural erasure.

While ERA has done meaningful work in defense of Black and Latina women, and has publicly affirmed solidarity with the AAPI community, I respectfully note that Asian women like Eiko — particularly those who are not aligned with commercialized survivor branding — have not received the same engagement. To support high-profile survivors while declining to acknowledge women of color facing symbolic retaliation raises serious concerns about selective solidarity.

I hope you will receive this letter in the spirit intended: as a respectful invitation to engage. Eiko's lived experience reflects the very kind of intersectional gender-based harm ERA was founded to

address. Your engagement in *Lively v. Wayfarer* must, in fairness and consistency, include all impacted voices, especially those procedurally and culturally excluded.

We would welcome the opportunity to speak further, should you be open to dialogue. Thank you for your leadership and for considering this call with the seriousness it deserves.

With sincerity and respect,

**Brett Douglas McDowell**

| | |
|---|---|
|  | **Brett Douglas McDowell**<br>c/o Red River Rebellion Ltée<br>1460 Chevrier Blvd #200,<br>Winnipeg, MB R3T 1Y6<br><br>legal@redriver-rebellion.ca<br>+12042025904 |

*Note: I am not writing as legal counsel for Eiko, but as a pro se movant and directly affected spouse whose civil rights motion raises issues entwined with her documented experience.*