**Outlook**

---

**Notice of Rule 24 Filing and Reputational Implications in Lively v. Wayfarer Studios**

---

**From** Brett McDowell <legal@redriver-rebellion.ca>
**Date** Tue 2025-05-27 2:13 PM
**To** mkallen@steptoe.com <mkallen@steptoe.com>
**Cc** Elise K. Haverman <ehaverman@steptoe.com>; Laura Niday <lniday@steptoe.com>; Elyse D. Echtman <eechtman@steptoe.com>; eikoishiwata█████████ <eikoishiwata█████████>

📎 6 attachments (12 MB)

McDowell_Rule_24_Intervention_Package.pdf; Exhibit_B_Summary_of_Incidents_Affidavit_2022-04-01.pdf; Exhibit_C_Proof_of_Service_Marvel_2022-03-31.pdf; Exhibit_E_Healing_Circle_Email_to_Sloane_2022-03-24.pdf; Exhibit_A_Preservation_Letter_2025-04-27.pdf; Exhibit_D_Venable_Exhibit_1-2_Page_9_Interested_Party.png;

Dear Counsel,

I am writing to provide formal notice that on Wednesday, May 21, 2025, I filed a Rule 24 motion to intervene in *Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049 (S.D.N.Y). The motion was served on all parties and is anticipated to appear on the docket shortly. My intervention is brought pro se as an Indigenous party asserting civil rights interests, and the motion raises substantive concerns regarding symbolic retaliation, cultural erasure, and racialized survivor exclusion.

I understand that your firm represents Elyse Dorsey, who has recently joined this case as an amicus or allied party. While I recognize Ms. Dorsey's important background in antitrust and survivor advocacy, I wish to ensure that all parties are aware that my motion includes documented harm involving my wife, Eiko Ishiwata, a Japanese Canadian survivor who was drugged at the 2017 Game Developers Conference (GDC) and later experienced reputational mimicry and symbolic distortion linked to properties associated with this litigation.

Given the presence of institutional actors now entering the case to weigh in on survivor narratives, I believe it is important to place on the record that such appearances must be viewed in light of their proximity to ongoing symbolic and reputational harm toward racialized survivors. Any discussion or framing that proceeds without acknowledging this history may contribute to an unequal portrayal of survivor experience and expose parties to reputational scrutiny.

This is a respectful notice only. I will file a formal supplement if necessary. I remain open to constructive dialogue.

With sincerity and respect,

**Brett Douglas McDowell**



**Brett Douglas McDowell**
c/o Red River Rebellion Ltée
1460 Chevrier Blvd #200,
Winnipeg, MB R3T 1Y6

legal@redriver-rebellion.ca
+12042025904

*Note: I am not writing as legal counsel for Eiko, but as a pro se movant and directly affected spouse whose civil rights motion raises issues entwined with her documented experience.*