

Kevin Fritz<br>
*Partner*<br>
Direct (212) 655-3570<br>
Fax (212) 655-3535<br>
kaf@msf-law.com

Via ECF  
Hon. Lewis J. Liman                                June 2, 2025  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1620  
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;  
      rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

On behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits A and B to the Wayfarer Parties' Motion to Compel, filed contemporaneously herewith. Exhibits A and B are Blake Lively's responses and objections (and her amended version thereof) to the Wayfarer Parties' Second Set of Requests for Production, which Ms. Lively designated as confidential. In accordance with Rule 4.b of Attachment A, the Wayfarer Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties can meet and confer, and Ms. Lively may file a motion for continued sealing if she so chooses.

Respectfully submitted,

*/s/ Kevin Fritz*  
MEISTER SEELIG & FEIN PLLC  
Mitchell Schuster  
Kevin Fritz  
125 Park Avenue, 7th Floor  
New York, NY 10017  
Tel: (212) 655-3500  
Email: ms@msf-law.com  
       kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP  
Bryan J. Freedman (*pro hac vice*)  
Ellyn S. Garofalo (*pro hac vice*)  
Miles M. Cooley (*pro hac vice*)  
Theresa M Troupson (*pro hac vice*)  
Summer Benson (*pro hac vice*)

Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)