# EXHIBIT A

## Lively's Responses and Objections to Defendants' Second Set of Request For Production

## Filed Under Seal