# EXHIBIT B

Lively's Amended
Responses and Objections
to Defendants' Second Set of
Request For Production


Filed Under Seal