| | |
|---|---|
| **From:** | Bender, Kristin |
| **To:** | Theresa Troupson; Esra Hudson; Gottlieb, Michael |
| **Cc:** | Matthew Bruno; Connolly, Michaela; Stephanie Roeser; Summer Benson; Katelyn Climaco; Kevin A. Fritz; Governski, Meryl Conant; Nathan, Aaron E.; katebolger@dwt.com; Sam Cate-Gumpert; Chip Babcock; Joel Glover; Sigrid McCawley; Andrew Villacastin; Lindsey Ruff; Rachael Schafer; Bryan Freedman; Miles Cooley; Jason Sunshine; Mitch Schuster; Stacey Ashby; Amit Shertzer; mitra@ahouraianlaw.com; Christina Puello; Cortni Davis; Vaneta Birtha; Jose Perez; Ellyn Garofalo |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, No. 1:25-cv-00449-LJL [IMAN-MATTERS.FID37300] |
| **Date:** | Sunday, June 1, 2025 9:30:06 PM |
| **Attachments:** | stip of dismissal.infliction of emotional distress claims(9641705.1) (002) (002).docx |

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Counsel,

We are in receipt of your latest correspondence from Saturday at 11:29 pm est and Sunday at 12:02 am est. We are amenable to Ms. Lively filing a stipulation with respect to causes of action X-XI and have provided edits to your proposed draft stipulation in the attached. We expect this resolves your concerns.

If you would like to discuss, we are available tomorrow afternoon. Counsel for the parties have already scheduled a meet and confer at 4:30 pm est and we can do so during that teleconference.

Best,



**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Sunday, June 1, 2025 12:02 AM
**To:** Esra Hudson <EHudson@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Matthew Bruno <MBruno@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Stephanie Roeser <SRoeser@manatt.com>; Summer Benson <sbenson@lftcllp.com>; Katelyn Climaco <KClimaco@manatt.com>; Local KAF. Counsel <kaf@msf-law.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Sigrid McCawley <smccawley@bsfllp.com>; Andrew Villacastin <AVillacastin@bsfllp.com>; Lindsey Ruff <LRuff@bsfllp.com>; Rachael Schafer <rschafer@bsfllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Amit Shertzer <as@msf-law.com>; mitra@ahouraianlaw.com; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Ellyn

Garofalo <egarofalo@lftcllp.com>; Bender, Kristin <KBender@willkie.com>

**Subject:** Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, No. 1:25-cv-00449-LJL [IMAN-MATTERS.FID37300]

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Please see the attached correspondence.

Regards,

Theresa M Troupson

Partner

LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor

Los Angeles, California 90067

Telephone:  (310) 201-0005

Facsimile:  (310) 201-0045

Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
BLAKE LIVELY,                                                    :
                                                                 :   Civ. Action No. 1:24-cv-10049-LJL
                        Plaintiff,                               :   (Consolidated for pretrial purposes
                                                                 :   with 1:25-cv-00449-LJL)
        v.                                                       :   rel. 1:25-cv-00449-LJL
                                                                 :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :   **STIPULATION OF**
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                             :   **PARTIAL DISMISSAL**
WITH US MOVIE LLC, MELISSA NATHAN, THE                           :   **WITHOUT PREJUDICE**
AGENCY GROUP PR LLC, and JENNIFER ABEL,                          :
                                                                 :
                        Defendants.                              :
                                                                 :
---------------------------------------------------------------- x
JENNIFER ABEL,                                                   :
                                                                 :
                        Third-Party Plaintiff,                   :
                                                                 :
        v.                                                       :
                                                                 :
JONESWORKS LLC,                                                  :
                                                                 :
                        Third-Party Defendant.                   :
                                                                 :
                                                                 :
---------------------------------------------------------------- x
WAYFARER STUDIOS LLC,                                            :
JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH                        :
US MOVIE LLC, MELISSA NATHAN, JENNIFER                           :
ABEL, and STEVE SAROWITZ,                                        :
                                                                 :
                        Plaintiffs,                              :
                                                                 :
        v.                                                       :
                                                                 :
BLAKE LIVELY, RYAN REYNOLDS, LESLIE                              :
SLOANE, VISION PR, INC., and THE NEW YORK                        :
TIMES COMPANY,                                                   :
                                                                 :
                        Defendants.                              :
---------------------------------------------------------------- x
```

1

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned actions, that pursuant to Fed. R. Civ. P. 15 and 41(a)(1)(A)(ii) and this Court's inherent authority, plaintiff Blake Lively hereby voluntarily withdraws and dismisses the Tenth Cause of Action (intentional infliction of emotional distress) and the Eleventh Cause of Action (negligent infliction of emotional distress) asserted in her Amended Complaint (Dkt. 84) without prejudice, with each party to bear their own costs and fees associated with the foregoing dismissed claims, and without the withdrawal or dismissal of any other claim, counterclaim or third-party claim asserted therein.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as originals.

Dated: June 2, 2025

2

| MANATT, PHELPS & PHILLIPS, LLP | MEISTER SEELIG & FEIN PLLC |
|---|---|
| _____ | _____ |
| Esra A. Hudson (admitted *pro hac vice*) | Mitchell Schuster |
| Stephanie A. Roeser (admitted *pro hac vice*) | Kevin Fritz |
| 2049 Century Park East, Suite 1700 | 125 Park Avenue, 7th Floor |
| Los Angeles, California 90067 | New York, NY 10017 |
| (310) 312-4000 | (202) 655-3500 |
| ehudson@manatt.com | ms@msf-law.com |
| sroeser@manatt.com | kaf@msf-law.com |

Matthew Bruno
7 Times Square
New York, NY 10036
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
Meryl C. Governski (admitted *pro hac vice*)
1875 K Street NW
Washington, DC 200006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
787 7th Avenue
New York, NY 10019
anathan@willkie.com

*Attorneys for Plaintiff Blake Lively and Consolidated Defendant Ryan Reynolds*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Miles M. Cooley (admitted *pro hac vice*)
Theresa M. Troupson (admitted *pro hac vice*)
Summer Benson (admitted *pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

Mitra Ahouraian
2029 Century Park East
Ste 4th Floor
Los Angeles, CA 90067
(310) 867-2777
mitra@ahouraianlaw.com

*Attorneys for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

| BOIES, SCHILLER & FLEXNER LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| Sigrid S. McCawley<br>401 E Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>(954) 356-0011<br>smccawley@bsfllp.com<br><br>Andrew Villacastin<br>Lindsey Ruff<br>Rachael Schafer<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 446-2300<br>avillacastin@bsfllp.com<br>lruff@bsfllp.com<br>rschafer@bsfllp.com<br><br>*Attorneys for Consolidated Defendants Leslie Sloane and Vision PR, Inc.* | Katherine M. Bolger<br>Sam F. Cate-Gumpert (admitted *pro hac vice*)<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>(212) 489-8230<br>katebolger@dwt.com<br>samcategumpert@dwt.com<br><br>*Attorneys for Consolidated Defendant The New York Times Company* |
| **JACKSON WALKER LLP** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| Charles L. Babcock<br>Joel R. Glover<br>1401 McKinney, Suite 1900<br>Houston, TX 77010<br>(713) 752-4300<br>cbabcock@jw.com<br>jglover@jw.com<br><br>*Attorneys for Defendants Jed Wallace, and Street Relations, Inc.* | Kristin Tahler<br>865 S. Figueroa Street<br>Ste 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3615<br>kristintahler@quinnemanuel.com<br><br>*Attorney for Third-Party Defendant Jonesworks LLC* |

4