UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BLAKE LIVELY, | x : | |
| Plaintiff, | : : | Case: 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL |
| - against - | : : | |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, | : : : : : : : : : : | |
| Defendant. | : x | |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual, | x : : : : : : : : | **NOTICE OF APPEARANCE** |
| Plaintiffs, | : : | |
| - against - | : : | |
| BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation, | : : : : : : | |
| Defendants. | : x | |

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendant The New York Times Company in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: New York, New York
June 13, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Amanda B. Levine*

Amanda B. Levine
(N.Y. Bar No. 5501333)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone:     (212) 489-8230
Facsimile:       (212) 489-8340
Email:             amandalevine@dwt.com

*Attorneys for Defendant The New York Times Company*

2