UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
BLAKE LIVELY,                                        :
                                                     :
    Plaintiff,                                 :   Case No.: 1:24-cv-10049-LJL
                                                     :   (Consolidated for pretrial purposes with
v.                                                   :   1:25-cv-00449-LJL) rel. 1:25-cv-00779-
                                                     :   LJL
WAYFARER STUDIOS LLC, et al.,                        :
                                                     :   **NOTICE OF APPEARANCE**
    Defendants.                                :
---------------------------------------------------------------X
WAYFARER STUDIOS LLC, et al.,                        :
                                                     :
    Plaintiffs,                                :
v.                                                   :
                                                     :
BLAKE LIVELY, et al.,                                :
                                                     :
    Defendants.                                :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Steven G. Mintz, who is admitted to practice in this Court, respectfully enters his appearance as counsel of record for Non-Party Sara Nathan in the above-captioned matter.

Dated: June 3, 2025
       New York, New York

                                                   Steven G. Mintz
                                                   MINTZ & GOLD LLP
                                                   600 Third Avenue, 25th Floor
                                                   New York, New York 10016
                                                   Tel: (212) 696-4848
                                                   Fax: (212) 696-1231
                                                   mintz@mintzandgold.com

                                                   *Counsel for Non-Party Sara Nathan*

TO:   All counsel of record (via ECF)