EXHIBIT 2

pagesix.com /2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/

# Exclusive | Truth behind 'It Ends With Us' feud rumors: Justin Baldoni made Blake Lively 'uncomfortable,' sources say

Sara Nathan ⋮ 8-10 minutes ⋮ 8/9/2024

Blake Lively and Justin Baldoni clashed on the set of "It Ends With Us," with multiple sources telling Page Six he made her feel "uncomfortable."

The pair star in the much-anticipated big-screen version of Colleen Hoover's hit novel about a toxic and abusive romance, out Friday. But rumors have swirled this week as the two seemed to avoid each other at the movie's Manhattan premiere Monday.

One industry source claimed that Baldoni, who also directed the movie, created an "extremely difficult" atmosphere behind the scenes for the entire cast.



Justin Baldoni and Blake Lively clashed while making "It Ends With Us," sources said. GC Images

5/27/25, 12:34 PM    Exclusive | Truth behind 'It Ends With Us' rumors: Justin Baldoni made Blake Lively uncomfortable,' sources say

Case 1:24-cv-10049-LJL    Document 271-2    Filed 06/03/25    Page 3 of 13



Lively (second from right) posed for photos at the NYC premiere of "It Ends
With Us" this week with husband Ryan Reynolds (far right) and co-star
Brandon Sklenar and his girlfriend Courtney Salviolo. AFF-USA/Shutterstock

And another industry insider said there were a few moments on set that made Lively, who
is a producer on the project, feel "uncomfortable" about her postpartum body.

Lively, 36, joined "It Ends With Us" soon after giving birth to her fourth child with Ryan
Reynolds, son Olin.

As photos leaked at the start of production, fans called out Lively's "frumpy" costumes for
her character, Lily Bloom — prompting Lively to delve into her own wardrobe for some of
the looks, borrowing clothes from BFF Gigi Hadid and husband Ryan Reynolds and
wearing her own jewelry.

5/27/25, 12:34 PM
Case 1:24-cv-10049-LJL    Document 271-2    Filed 06/03/25    Page 4 of 13
Exclusive details behind 'It Ends With Us' feud: rumors: Justin Baldoni made Blake Lively 'uncomfortable,' sources say



Baldoni posed with his wife, Emily, on the red carpet. Evan Agostini/Invision/AP



Tensions rose high on the set, sources say. Lively is seen here at the premiere with pal Hugh Jackman, husband Ryan Reynolds, mother-in-law Tammy Reynolds and co-star Brandon Sklenar. Evan Agostini/Invision/AP

Sources who have worked with Baldoni were quick to say the father of two would never intentionally set out to make any of his actors feel unsupported.

By the end of filming, however, there was apparently no love lost between the cast.

"It's not just Blake," added the industry source. "None of the cast enjoyed working with Justin …They certainly didn't talk to him at the premiere."



Lively plays Lily Bloom while Baldoni plays Ryle Kincaide. AP

Lively and Baldoni did not pose with each other at the New York City premiere Monday night. Per the plans of Sony, the studio behind "It Ends With Us," Baldoni hosted a screening in Chicago Thursday night, while Lively attended a red carpet event for it in London. She also attended a Denmark premiere Friday night without her director.

At the New York premiere, Baldoni, 40, arrived with his wife, Emily, who has a small role as a doctor in the movie. Lively, meanwhile, posed on the carpet with co-star Brandon Sklenar as well as her husband Reynolds and pal Hugh Jackman.

Sources said Baldoni sat in his one theater at AMC Lincoln Square with family, friends and execs from Sony and Baldoni's production company, while Lively watched the movie in a different theater with her own guests, including sister Robyn Lively and her nieces and nephews.



Lively and Baldoni on set in May 2023 in NYC. GC Images

Lively and Baldoni have also not appeared together to promote the movie.

Instead, Lively has given interviews with co-star Jenny Slate, appearing on the "Today" show Monday, as well as filming an interview for CBS "This Morning" with Sklenar.

Things on set became so difficult that sources told us Baldoni may not return for a possible sequel, even though he owns the rights to Hoover's 2022 follow-up, "It Starts With Us."

5/27/25, 12:34 PM    Exclusive | Truth behind 'It Ends With Us' feud rumors: Justin Baldoni made Blake Lively uncomfortable,' sources say

Case 1:24-cv-10049-JL    Document 271-2    Filed 06/03/25    Page 7 of 13



Lively plays a florist who is trapped in an abusive relationship. ©Sony
Pictures/Courtesy Everett Collection

Lively signed up for the new movie after Baldoni, who found fame in the CW show "Jane
the Virgin," bought the rights to the book via his production company, Wayfarer Studios.

The company is named after Baldoni's religion.

"'Wayfarer' stands for the journey of the soul," Baldon told RogerEbert.com recently. "It's
named after the Wayfarer in a book called 'The Seven Valleys and the Four Valleys,' which
comes from the Baha'i Faith, which is my faith.



Lively promoted the movie with Jenny Slate on the "Today" show. NBC

5/27/25, 12:34 PM
Case 1:24-cv-10049-JL Document 271-3 Filed 06/03/25 Page 8 of 13
Exclusive | Drama behind 'It Ends With Us' rumors: Justin Baldoni made Blake Lively 'uncomfortable,' sources say



Lively posed with co-star Jenny Slate at the NYC premiere. Johns PKI/Splash News / SplashNews.com

"It's the journey of the soul, trying to figure life out. Whether you are a believer in God or whether you're spiritual — whatever you are — it's that journey of just trying to understand the world around us and yourself in the process."

Baldoni bought the rights to "It Ends With Us" back in 2019.

He told Variety how his book agent referred the novel to him in 2019, when it had already sold a million copies. "It was sexy, and it was romantic and mysterious," he said. "By the end, I was sobbing real snot tears."

"I was very protective of this book," author Hoover told Variety, revealing that she rejected several offers before Baldoni's. "But then I got an email from Justin that was really heartfelt, and I felt like he understood the book and he understood the importance of people needing to see it on screen."



Lively was in London Thursday night for the premiere. ZUMAPRESS.com

While the movie has not yet gotten the green light for a sequel, Baldoni, who plays Ryle Kincaid, has already said he's not sure he's up to the task of directing another one.

At Monday's NYC premiere, Baldoni told Entertainment Tonight, "I think that there are better people for that one … I think Blake Lively's ready to direct, that's what I think."

Lively has said she put her heart and soul into the movie, while Baldoni told People, "She's a creative force, she's an executive producer on the film, and she is so brilliant.

"And I believe that her performance is going to help so many women feel seen and showcase this unique experience in a way that I don't believe I've seen in another film."

Case 1:24-cv-10049-LJL    Document 271-3    Filed 06/03/25    Page 10 of 13



The book was a massive hit in 2016.



Colleen Hoover also wrote a sequel, "It Starts With Us." Nancy Rivera / SplashNews.com

## Want more celebrity and pop culture news?

Start your day with Page Six Daily.

## Thanks for signing up!

Lively will do battle this weekend with husband Reynolds, whose new film, "Deadpool and Wolverine," is currently at No. 1 at the box office.

"It Ends With Us" is projected to earn a solid $25 million to $35 million on its opening weekend, according to Variety.

Baldoni spoke out in a headline-grabbing TED talk in 2017 amid the downfall of now-convicted rapist Harvey Weinstein and the explosion of the #MeToo movement.

He asked men in the audience, "Are you brave enough to be vulnerable? Are you strong enough to be sensitive?"



Lively and co-star Isabela Ferrer jetted to London this week to promote "It Ends With Us." Baldoni, meanwhile, promoted it in Chicago at the same time. Getty Images for Sony Pictures

Baldoni also hosts a podcast called "Man Enough," on which he urges men to lean into their emotions and not shy away from therapy, and has written two books, "Man Enough: Undefining My Masculinity" and the children's guidebook "Boys Will Be Human."

Wayfarer Studios asked the nonprofit organization No More, dedicated to ending domestic violence and sexual assault, to take an advisory role during the development and production of "It Ends With Us."

Variety also reported that Baldoni and Lively also worked with both an intimacy and a stunt coordinator when filming their scenes of domestic violence.

"What was important for me was that the abuse comes from Ryle's insecurity — from a deep feeling that he wasn't enough," Baldoni said. "Showing that allows the movie to not have an archvillain. He's not this mustache-twirling bad guy; he's a guy with deep pain and deep trauma who makes terrible decisions that are never acceptable or excusable in any situation."

We have reached out to reps for Lively and Baldoni for comment.

Previous Chapter                                                                            Next Chapter