UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
BLAKE LIVELY,                                                 :
                                                              :
                Plaintiff,                                    :   Case No.: 1:24-cv-10049-LJL
                                                              :   (Consolidated for pretrial purposes with
        v.                                                    :   1:25-cv-00449-LJL) rel. 1:25-cv-00779-
                                                              :   LJL
WAYFARER STUDIOS LLC, et al.,                                 :
                                                              :   NOTICE OF APPEARANCE
                Defendants.                                   :
-------------------------------------------------------------X
WAYFARER STUDIOS LLC, et al.,                                 :
                                                              :
                Plaintiffs,                                   :
        v.                                                    :
                                                              :
BLAKE LIVELY, et al.,                                         :
                                                              :
                Defendants.                                   :
-------------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that Timothy J. Quill, Jr., who is admitted to practice in this Court, respectfully enters his appearance as counsel of record for Non-Party Sara Nathan in the above-captioned matter.

Dated: June 3, 2025
       New York, New York

                                             _/s/ Timothy J. Quill, Jr._
                                             Timothy J. Quill, Jr.
                                             MINTZ & GOLD LLP
                                             600 Third Avenue, 25th Floor
                                             New York, New York 10016
                                             Tel: (212) 696-4848
                                             Fax: (212) 696-1231
                                             quill@mintzandgold.com

                                             *Counsel for Non-Party Sara Nathan*

TO:    All counsel of record (via ECF)