## CERTIFICATE OF SERVICE

I, Hillary Nappi, Esq. do hereby certify that a copy of the foregoing Motion for Leave and accompanying Amicus Brief of CHILD USA in support of Defendant Blake Lively was served on counsel for the parties via the Court's ECF system on this 3rd day of June 2025.

Respectfully submitted,

/s/ *Hillary Nappi, Esq.*
Hillary Nappi, Esq.
Counsel of Record for *Amicus Curiae* CHILD USA

Dated: June 3, 2025