UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Blake Lively, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:24-cv-10049-LJL |
| | § | (Consolidated with 1:25-cv-00449-LJL) |
| | § | **NOTICE OF FILING** |
| | § | |
| Wayfarer Studios LLC, a Delaware Limited | § | |
| Liability Company; Justin Baldoni, an indi- | § | |
| vidual; Steve Sarowitz, an individual; It | § | |
| Ends With Us Movie LLC, a California | § | |
| Limited Liability Company; Melissa Na- | § | |
| than, an individual; The Agency Group PR | § | |
| LLC, a Delaware Limited Liability Com- | § | |
| pany; Jennifer Abel, an individual; Jed Wal- | § | |
| lace, an individual; and Street Relations, | § | |
| Inc., a California (sic) Corporation | § | |
| | § | |
| *Defendants.* | § | |

Defendants Jed Wallace and Street Relations provide this Notice of Filing to give notice to the Court that they filed a First Amended Complaint in *Jed Wallace and Street Relations, Inc. v. Blake Lively,* 1:25-cv-00163, currently pending in the Western District of Texas, on April 25, 2025 at Dkt. 21 ("Amended Complaint"). The Amended Complaint dropped the declaratory judgment claim against Ms. Lively. As such, only one count of defamation against Ms. Lively remains.

Dated: June 3, 2025                    Respectfully submitted,


JACKSON WALKER LLP

s/ *Charles L. Babcock*
Charles L. Babcock
SDNY 4154765
Joel R. Glover

SDNY 5697487

JACKSON WALKER LLP

1401 McKinney, Suite 1900

Houston, TX 77010

(713) 752-4200

cbabcock@jw.com

jglover@jw.com

**ATTORNEYS FOR DEFENDANTS
JED WALLACE, AN INDIVIDUAL AND
STREET RELATIONS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies on this 3rd day of June, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to all counsel of record.

*s/ Charles L. Babcock*

Charles L. Babcock