**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | **AFFIDAVIT OF RACHEL E. GREEN IN SUPPORT OF ADMISSION _PRO HAC VICE_** |
| WAYFARER STUDIOS LLC, et al., | |
| Plaintiffs, | |
| v. | No. 25-cv-449 (LJL) (member case) |
| BLAKE LIVELY, et al., | |
| Defendants. | |

AFFIDAVIT OF RACHEL E. GREEN IN SUPPORT OF ADMISSION _PRO HAC VICE_

RACHEL E. GREEN, being duly sworn, hereby deposes and states:

1.  I am an attorney with Katz Banks Kumin LLP, which maintains addresses at 111 Broadway Street, Suite 1702, New York, New York 10006; 235 Montgomery Street, Suite 665, San Francisco, CA 94104; 1845 Walnut Street, 25th Floor, Philadelphia, PA 19103; and 11 Dupont Circle NW, Suite 600, Washington, D.C. 20036.

2.  I submit this affidavit in support of my admission _Pro Hac Vice_ in the above-captioned matter on behalf of _Amici Curiae_ Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center.

3.  I practice in the District of Columbia, where I was admitted to practice on April 27, 2022. I have been and continue to be an active member in good standing of the District of Columbia Bar. A copy of my certificate of good standing from the District of Columbia's highest court is attached hereto as Exhibit A.

1

4.  I also practice in California, where I am and continue to be an active member in good standing of the California State Bar since December 3, 2019.  A copy of my certificate of good standing from California's highest court is attached hereto as Exhibit B.

5.  I have never been convicted of a felony, and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.  There are no pending disciplinary proceedings against me in any State or Federal court. For these reasons, I respectfully request permission to appear as counsel and advocate *pro hac vice* in this one case for *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above-captioned matter.

7.  Under penalty of perjury, I certify that the forgoing statements are true to the best of my knowledge, information, and belief.


Dated:  June 4, 2025


                                                           Respectfully  Submitted,

                                                           Rachel E. Green
                                                           Katz Banks Kumin LLP
                                                           235 Montgomery Street, Suite 665
                                                           San Francisco, CA 94104
                                                           Ph: (415) 813-3260
                                                           Fax: (415) 813-2495Email:
                                                           green@katzbanks.com



Sworn to and subscribed before
me this 4th day of June, 2025.

Notary Public

2