UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                      *Plaintiff*,<br>v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>                      *Defendants*. | No. 24-CV-10049 (LJL) (Lead Case) |
| WAYFARER STUDIOS LLC, *et al.*,<br><br>                      *Plaintiffs*,<br>v.<br><br>BLAKE LIVELY, *et al.*,<br><br>                      *Defendants*. | No. 25-CV-00449 (LJL) (Member Case) |

**MOTION FOR ADMISSION PRO HAC VICE
OF JOHN F. TERZAKEN III**

      Pursuant to Rule 1.3 of the Local Civil Rules of the United States Court for the Southern District of New York, I, John F. Terzaken III, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for *Amici Curiae* Sanctuary for Families, who files the forthcoming motion for leave to file an *amicus* brief on behalf of itself and other signatories thereto ("*Amici*") in the above-captioned actions.

      I am a member in good standing of the bars of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have been admitted to practice before the U.S. District Court for the Eastern District of Virginia, U.S. District

Court for the District of Colorado, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fourth Circuit, and the Supreme Court of the United States.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the Declaration pursuant to Local Civil Rule 1.3.

Dated: June 4, 2025

Respectfully submitted,

/s/ *John Terzaken*

John Terzaken (*pro hac vice* pending)
SIMPSON THACHER & BARTLETT LLP
900 G. Street, N.W.
Washington, D.C. 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
Email: john.terzaken@stblaw.com

*Counsel to Amici*