UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>*Plaintiff*,<br><br>v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>*Defendants*. | No. 24-CV-10049 (LJL) (Lead Case) |
| WAYFARER STUDIOS LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BLAKE LIVELY, *et al.*,<br><br>*Defendants*. | No. 25-CV-00449 (LJL) (Member Case) |

**DECLARATION OF JOHN F. TERZAKEN III, IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

JOHN F. TERZAKEN declares as follows pursuant to 28 U.S.C. § 1746:

1. My name is John F. Terzaken III. I am an attorney at law licensed to practice before the courts of Virginia and the District of Columbia.

2. I am a Partner with the law firm of Simpson Thacher & Bartlett LLP, located at 900 G Street, N.W., Washington, D.C. 20001, which is counsel for Sanctuary for Families, who files the forthcoming motion for leave to file an *amicus* brief on behalf of itself and other signatories thereto ("*Amici*") in the above-captioned actions.

3. I make this declaration pursuant to Rule 1.3 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York ("Local Civil Rules") in support of *Amici*'s motion for my admission *pro hac vice* to this Court for all purposes in connection with these actions.

4. Annexed hereto as **Exhibit A** and **Exhibit B** are Certificates of Good Standing, issued on May 30, 2025 and May 28, 2025, demonstrating that I have been a member in good standing of the bar of Virginia since 2000 and of the bar of the District of Columbia since 2001.

5. I have never been convicted of a felony. I have never been held in contempt of any court, nor have I been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

6. I am familiar with and agree to abide by the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Civil Rules.

7. Annexed hereto as **Exhibit C** is a Proposed Order Granting the undersigned's Motion for Admission *Pro Hac Vice.*

I declare under penalty of perjury that the forgoing is true and correct. Executed this 4th day of June, 2025 in Washington, D.C.

Dated: June 4, 2025 Respectfully submitted,

 /s/ *John Terzaken*

 John Terzaken (*pro hac vice* pending)
 SIMPSON THACHER & BARTLETT LLP
 900 G. Street, N.W.
 Washington, D.C. 20001
 Telephone: (202) 636-5500
 Facsimile: (202) 636-5502
 Email: john.terzaken@stblaw.com

 *Counsel to Amici*