# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### John Francis Terzaken, III

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2000.

I further certify that so far as the records of this office are concerned, John Francis Terzaken, III is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 30th day of May
A.D. 2025

By: *Elvira Pajalic*
Deputy Clerk