UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>        *Plaintiff*,<br><br>v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>        *Defendants*. | No. 24-CV-10049 (LJL) (Lead Case) |
| WAYFARER STUDIOS LLC, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>BLAKE LIVELY, *et al.*,<br><br>        *Defendants*. | No. 25-CV-00449 (LJL) (Member Case) |

**[PROPOSED]**
**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
**OF JOHN F. TERZAKEN III**

The motion of John F. Terzaken III, for admission to practice *pro hac vice* in the above-captioned actions is GRANTED.

Applicant has declared that he is a member in good standing of the bars of Virginia and the District of Columbia; and that his contact information is as follows:

    John F. Terzaken III
    SIMPSON THACHER & BARTLETT LLP
    900 G. Street, N.W.
    Washington, D.C. 20001
    Telephone: (202) 636-5500
    Facsimile: (202) 636-5502
    Email: john.terzaken@stblaw.com

2

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *Amici Curiae* Sanctuary for Families, who files the forthcoming motion for leave to file an *amicus* brief on behalf of itself and other signatories thereto ("*Amici*") in the above entitled actions;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned actions in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Civil Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____

                                                                          Honorable Lewis J. Liman
                                                                          United States District Judge
                                                                          Southern District of New York