UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                         *Plaintiff*,<br>v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>                         *Defendants*. | No. 24-CV-10049 (LJL) (Lead Case) |
| WAYFARER STUDIOS LLC, *et al.*,<br><br>                         *Plaintiffs*,<br>v.<br><br>BLAKE LIVELY, *et al.*,<br><br>                         *Defendants*. | No. 25-CV-00449 (LJL) (Member Case) |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Sarah E. Phillips of Simpson Thacher & Bartlett LLP, a member of this Court in good standing, hereby enters an appearance as counsel for *Amici Curiae* Sanctuary for Families, who files the forthcoming motion for leave to file an *amicus* brief on behalf of itself and other signatories thereto ("*Amici*") in the above-captioned actions and respectfully requests that all pleadings, notices, orders, correspondences, and other papers in connection with this action be served on the undersigned.

|  |  |
|---|---|
| Dated: June 4, 2025 | Respectfully submitted,<br><br>/s/ *Sarah E. Phillips*<br><br>Sarah E. Phillips<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, N.Y. 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>Email: sarah.phillips@stblaw.com<br><br>*Counsel to Amici* |