UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      *Plaintiff*,<br><br>v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>      *Defendants*. | No. 24-CV-10049 (LJL) (Lead Case) |
| WAYFARER STUDIOS LLC, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>BLAKE LIVELY, *et al.*,<br><br>      *Defendants*. | No. 25-CV-00449 (LJL) (Member Case) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Damian P. Gallagher of Simpson Thacher & Bartlett LLP, a member of this Court in good standing, hereby enters an appearance as counsel for *Amici Curiae* Sanctuary for Families, who files the forthcoming motion for leave to file an *amicus* brief on behalf of itself and other signatories thereto ("*Amici*") in the above-captioned actions and respectfully requests that all pleadings, notices, orders, correspondences, and other papers in connection with this action be served on the undersigned.

Dated: June 4, 2025                                Respectfully submitted,

/s/ *Damian P. Gallagher*

Damian P. Gallagher
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: damian.gallagher@stblaw.com

*Counsel to Amici*