# EXHIBIT B

Justin Baldoni's Responses and Objections to Ryan Reynolds' First Set of Interrogatories

Filed Under Seal