# EXHIBIT C

Jennifer Abel's Responses and Objections to Ryan Reynolds' First Set of Interrogatories

Filed Under Seal