# EXHIBIT D

Jamey Heath's Responses and Objections to Ryan Reynolds' First Set of Interrogatories

Filed Under Seal