# EXHIBIT E

Melissa Nathan's Responses and Objections to Ryan Reynolds' First Set of Interrogatories

Filed Under Seal