# EXHIBIT F

Steve Sarowitz's Responses and Objections to Ryan Reynolds' First Set of Interrogatories

Filed Under Seal