# EXHIBIT G

The Agency Group PR LLC's Responses
and Objections to Blake Lively's First Set of
Interrogatories

Filed Under Seal