# EXHIBIT H

Wayfarer Studios LLC's Responses and Objections to Ryan Reynolds' First Set of Interrogatories

Filed Under Seal