# EXHIBIT I

It Ends With Us Movie LLC's Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal