# EXHIBIT J

Justin Baldoni's Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal