# EXHIBIT K

Jamey Heath's Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal