# EXHIBIT L

Steve Sarowtiz's Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal