# EXHIBIT M

Wayfarer Studios LLC's Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal