# EXHIBIT A

SR 1.00000001

Filed Under Seal