# EXHIBIT B

SR 1.00000027

Filed Under Seal