

Kevin Fritz
*Partner*
Direct (212) 655-3570
Fax (212) 655-3535
kaf@msf-law.com

<u>Via ECF</u>
Hon. Lewis J. Liman                                  June 9, 2025
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**    ***Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;**
           **rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL**

Dear Judge Liman:

Pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules, we write on behalf of
Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie
LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer
Parties") regarding our letter motion to seal Exhibits A and B to the Wayfarer Parties' Motion to
Compel. *See* ECF 260. On June 2, 2025, the Wayfarer Parties moved to seal Exhibits A and B
because Blake Lively designated the documents as confidential. The Wayfarer Parties have
conferred with Ms. Lively, who confirmed that she does not seek to maintain Exhibits A and B
under seal. Accordingly, the Wayfarer Parties respectfully request that the Court unseal Exhibits
A and B to the Wayfarer Parties' motion to compel. *See* ECF Nos. 261-1 and 261-2.

                         Respectfully submitted,

                         */s/ Kevin Fritz*
                         MEISTER SEELIG & FEIN PLLC
                         Mitchell Schuster
                         Kevin Fritz
                         125 Park Avenue, 7th Floor
                         New York, NY 10017
                         Tel: (212) 655-3500
                         Email: ms@msf-law.com
                                kaf@msf-law.com

                         LINER FREEDMAN TAITELMAN + COOLEY, LLP
                         Bryan J. Freedman (*pro hac vice*)
                         Ellyn S. Garofalo (*pro hac vice*)
                         Miles M. Cooley (*pro hac vice*)
                         Theresa M Troupson (*pro hac vice*)
                         Summer Benson (*pro hac vice*)
                         Jason Sunshine

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)