USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :

BLAKE LIVELY,

                      Plaintiff,                                    24-cv-10049 (lead case);
                                                                     25-cv-449

     -v-                                                             ORDER

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, THE AGENCY
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
STREET RELATIONS INC.,

                      Defendants.
------------------------------------------------------------------X

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, JENNIFER ABEL, STEVE
SAROWITZ,

                      Plaintiffs,

     -v-

BLAKE LIVELY, RYAN REYNOLDS, LESLIE
SLOANE, VISION PR, INC., THE NEW YORK TIMES
COMPANY,

                      Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order resolves the outstanding discovery motions at Dkt. Nos. 186, 190–191, and 232.

The motion by Marvel Entertainment, LLC ("Marvel") to quash a subpoena issued to Marvel from the Wayfarer Parties and for a protective order prohibiting the disclosure of Marvel's confidential documents is GRANTED. Dkt. No. 186. Pursuant to the Court's Opinion

and Order of June 9, 2025, dismissing the Wayfarer Parties' claims, the information sought is no longer relevant to a claim or defense in this action. Dkt. No. 296. Moreover, assuming the information were relevant, it would not be proportional to the needs of the case and the potential harm to Marvel of disclosing confidential commercial information. *See* Dkt. No. 296 at 98 n.50.

The motion by Leslie Sloane and Vision PR, Inc. (the "Sloane Parties") to compel the Wayfarer Parties to respond to interrogatories and produce responsive documents is DENIED as moot. Dkt. Nos. 190–191. The Court's Opinion and Order of June 9, 2025, dismissed the claims against the Sloane Parties to which the interrogatories and document requests were relevant. Dkt. No. 296.

The motion by the Sloane Parties to compel James Vituscka to produce documents, Dkt. No. 232, has been withdrawn, *see* Dkt. No. 286.

The Clerk of Court is respectfully directed to close Dkt. Nos. 186, 190–191, and 232.

SO ORDERED.

Dated: June 9, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge