

Kevin Fritz
*Partner*
Direct (212) 655-3570
Fax (212) 655-3535
kaf@msf-law.com

June 9, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

The motion to unseal is granted.  The Clerk of Court is respectfully directed to unseal Dkt. Nos. 261-1 and 261-2 and to close Dkt. Nos. 260 and 302.

Date: 6/10/25

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    ***Lively v. Wayfarer Studios LLC et al.***, No. 1:24-cv-10049-LJL;
      rel. ***Wayfarer Studios LLC et al. v. Lively et al.***, No. 1:25-cv-00449-LJL

Dear Judge Liman:

Pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules, we write on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") regarding our letter motion to seal Exhibits A and B to the Wayfarer Parties' Motion to Compel. *See* ECF 260. On June 2, 2025, the Wayfarer Parties moved to seal Exhibits A and B because Blake Lively designated the documents as confidential. The Wayfarer Parties have conferred with Ms. Lively, who confirmed that she does not seek to maintain Exhibits A and B under seal. Accordingly, the Wayfarer Parties respectfully request that the Court unseal Exhibits A and B to the Wayfarer Parties' motion to compel. *See* ECF Nos. 261-1 and 261-2.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
       kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine

Hon. Lewis J. Liman
Page 2
June 9, 2025

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
       egarofalo@lftcllp.com
       mcooley@lftcllp.com
       ttroupson@lftcllp.com
       sbenson@lftcllp.com
       jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)