**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | No. 24-cv-10049 (LJL) (lead case) |
| v. | |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | **MOTION FOR ADMISSION** |
| | *PRO HAC VICE* |
| WAYFARER STUDIOS LLC, et al., | |
| Plaintiffs, | No. 25-cv-449 (LJL) (member case) |
| v. | |
| BLAKE LIVELY, et al., | |
| Defendants. | |

<u>**MOTION FOR ADMISSION *PRO HAC VICE***</u>

Pursuant to Rule 1.3 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above-captioned action.

I am in good standing of the bars of the state of California and of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 4, 2025

Respectfully Submitted,

*Alexis Ronickher*

Alexis Ronickher
Katz Banks Kumin LLP
235 Montgomery St., St. 665
San Francisco, CA 94104
Ph:     (415) 813-3260
Fax:    (415) 813-2495
Email: ronickher@katzbanks.com