# EXHIBIT B



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ALEXIS HILLERY RONICKHER*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, ALEXIS HILLERY RONICKHER #260614 was on the 3rd day of December, 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 27th day of May 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Mery Chang, Supervising Deputy Clerk

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 5/22/2025

**LICENSEE NAME:** Alexis Hillery Ronickher

**LICENSEE BAR NUMBER:** 260614

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/3/2008

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 1/14/2013 | Active | | |
| 1/10/2013 | Inactive | | |

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*