UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                 Plaintiff,<br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                Defendants. | No. 24-cv-10049 (LJL) (lead case)<br><br><br><br>**[PROPOSED] ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |
| WAYFARER STUDIOS LLC, et al.,<br><br>                Plaintiffs,<br>v.<br><br>BLAKE LIVELY, et al.,<br><br>                Defendants. | No. 25-cv-449 (LJL) (member case) |

      The motion of *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center, for the admission *pro hac vice* of Alexis Ronickher to represent *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bars of the state of California and of the District of Columbia; and that her contact information is as follows:

    Alexis Ronickher

    Katz Banks Kumin LLP

    235 Montgomery St., Suite 665, San Francisco, CA 94101

    Ph:    (415) 813-3260    Fax:    (415) 813-2495

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____

                                                                                United States District Judge