**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, <br><br> Plaintiff, <br> v. <br><br> WAYFARER STUDIOS LLC, et al., <br><br> Defendants. | No. 24-cv-10049 (LJL) (lead case) <br><br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |
| WAYFARER STUDIOS LLC, et al., <br><br> Plaintiffs, <br> v. <br><br> BLAKE LIVELY, et al., <br><br> Defendants. | No. 25-cv-449 (LJL) (member case) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 4, 2025

Respectfully Submitted,

_____

Rebecca Peterson-Fisher
Katz Banks Kumin LLP
235 Montgomery St., St. 665
San Francisco, CA 94104
Ph:     (415) 813-3260
Fax:    (415) 813-2495
Email: petersonfisher@katzbanks.com