**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | **AFFIDAVIT OF REBECCA PETERSON-FISHER IN SUPPORT OF ADMISSION *PRO HAC VICE*** |
| WAYFARER STUDIOS LLC, et al., | |
| Plaintiffs, | |
| v. | No. 25-cv-449 (LJL) (member case) |
| BLAKE LIVELY, et al., | |
| Defendants. | |

AFFIDAVIT OF REBECCA PETERSON-FISHER IN SUPPORT OF
ADMISSION *PRO HAC VICE*

REBECCA PETERSON-FISHER, being duly sworn, hereby deposes and states:

1. I am an attorney with Katz Banks Kumin LLP, which maintains addresses at 111 Broadway Street, Suite 1702, New York, New York 10006; 235 Montgomery Street, Suite 665, San Francisco, CA 94104; 1845 Walnut Street, 25th Floor, Philadelphia, PA 19103; and 11 Dupont Circle NW, Suite 600, Washington, D.C. 20036.

2. I submit this affidavit in support of my admission *Pro Hac Vice* in the above-captioned matter on behalf of *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center.

3. I practice in the state of California, where I was admitted to practice on March 21, 2008. I have been and continue to be an active member in good standing of the California Bar. A copy of my certificate of good standing from California's highest court is attached hereto as Exhibit A. A copy of my certificate of good standing from the state bar of California is attached

1

hereto as Exhibit B.

4. I have never been convicted of a felony, and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any State or Federal court. For these reasons, I respectfully request permission to appear as counsel and advocate *Pro Hac Vice* in this one case for *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above-captioned matter.

6. Under penalty of perjury, I certify that the forgoing statements are true to the best of my knowledge, information, and belief.

Dated:  June 4, 2025

Respectfully  Submitted,



Rebecca Peterson-Fisher
Katz Banks Kumin LLP
235 Montgomery Street, Suite 665
San Francisco, CA 94104
Ph: (415) 813-3260
Fax: (415) 813-2495
Email: petersonfisher@katzbanks.com



Sworn to and subscribed before me this 4th day of June, 2025.

Notary Public