# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### REBECCA BETH PETERSON-FISHER (AKA BECKY PETERSON-FISHER)

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, REBECCA BETH PETERSON-FISHER(AKA BECKY PETERSON-FISHER) #255359 was on the 21st day of March, 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 27th day of May 2025.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Meny Chang, Supervising Deputy Clerk

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 5/22/2025

**LICENSEE NAME:** Rebecca Beth Peterson-Fisher

**LICENSEE BAR NUMBER:** 255359

**LICENSEE STATUS:** Active

**ADMIT DATE:** 3/21/2008

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Rebecca Beth Peterson-Fisher's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*