UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>          Plaintiff,<br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>          Defendants. | No. 24-cv-10049 (LJL) (lead case)<br><br><br><br>**[PROPOSED] ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |
| WAYFARER STUDIOS LLC, et al.,<br><br>          Plaintiffs,<br>v.<br><br>BLAKE LIVELY, et al.,<br><br>          Defendants. | No. 25-cv-449 (LJL) (member case) |

      The motion of *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center, for the admission pro hac vice of Rebecca Peterson-Fisher to represent *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above captioned action is granted. Applicant has declared that they are a member in good standing of the bar of the state of California; and that their contact information is as follows:

    Rebecca Peterson-Fisher

    Katz Banks Kumin LLP

    235 Montgomery St., Suite 665, San Francisco, CA 94101

    Ph:    (415) 813-3260    Fax:    (415) 813-2495

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for *Amici Curiae* Equal Rights Advocates, California Employment Lawyers' Association, and California Women's Law Center in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____           _____

                                                        United States District Judge