**Raines Feldman Littrell LLP/Adam Investigations Counsel – Privilege Log re Workplace Investigation: Lively v. Wayfarer Studios et al.**

| Category | Date range | Document type | Sender(s)/ Recipient(s)/ Copies | Category Description | Primary Justification |
|---|---|---|---|---|---|
| 1 | December 24, 2024 - January 2025 | Correspondence | Wayfarer, Raines, Adam | Communications regarding engagement and engagement letters with Investigators | Wayfarer's Attorney-Client Privilege |
| 2 | December 24, 2024 – June 2025 (ongoing) | Various documents | Wayfarer, Raines, Adam | Communications by Wayfarer to Investigators to assist with Investigation | Wayfarer's Attorney-Client Privilege; Investigators' (attorney) Work Product |
| 3 | January 2025 – June 2025 (ongoing) | Notes, summaries, plans of action, various documents | N/A | Documents prepared by, or obtained by, Investigators as part of the Investigation | Wayfarer's Attorney-Client Privilege and Work Product Investigators' (attorney) Work Product |
| 4 | January 2025 – June 2025 (ongoing) | Various documents | Raines, Adam, various third-party witnesses and/or their counsel | Documents generated by or at the request of Investigators relating to witness interviews | Wayfarer's Attorney-Client Privilege and Work Product Investigators' (attorney) Work Product |
| 5 | January 2025 – June 2025 (ongoing) | Communications | Wayfarer, Raines, Adam | Investigators' communications with Wayfarer re status of investigation and additional questions | Wayfarer's Attorney-Client Privilege and Work Product Investigators' Work Product |
| 6 | December 24, 2024 – June 2025 (ongoing) | Communications | Raines, Adam | Communications between Investigators relating to the Investigation | Wayfarer's Attorney-Client Privilege and Work Product Investigators' (attorney) Work Product |