# EXHIBIT D

| | |
|---|---|
| **From:** | Baldridge, J. Douglas |
| **To:** | Nathan, Aaron E.; Morrone, Katherine Wright; Theresa Troupson; Cortni Davis; Christina Puello; Bryan Freedman; Jason Sunshine; Summer Benson; mitra@ahouraianlaw.com; Local KAF. Counsel; Local MS. Counsel; sma@msf-law.com; Ellyn Garofalo; Amir Kaltgrad; Gottlieb, Michael; Governski, Meryl Conant; Hudson, Esra; Bruno, Matthew; Roeser, Stephanie; katebolger@dwt.com; samcategumpert@dwt.com |
| **Cc:** | Webb, G. Stewart Jr. |
| **Subject:** | RE: Case No. 1:25-mc-00060 - Motion to Quash Subpoena |
| **Date:** | Thursday, May 22, 2025 10:58:53 AM |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Counsel – Please be advised that the Venable Subpoena and the Taylor Swift Subpoena have been withdrawn by counsel for the Wayfarer Parties without prejudice to them timely serving subpoenas in the future should they decide to do so (all parties reserving all rights).  No documents are being produced and no deposition is being scheduled.  Accordingly, we will be notifying the Court that our motion to quash is moot.  Thank you.  Doug.

J. Douglas Baldridge, Esq. | Venable LLP
t 202.344.4703 | f 202.344.8300 | m 703.216.2564
600 Massachusetts Avenue, NW, Washington, DC 20001

JBaldridge@Venable.com | www.Venable.com

**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Monday, May 12, 2025 6:49 PM
**To:** Morrone, Katherine Wright <KWMorrone@venable.com>; Theresa Troupson <ttroupson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; ehudson@manatt.com; mbruno@manatt.com; sroeser@manatt.com; katebolger@dwt.com; samcategumpert@dwt.com
**Cc:** Baldridge, J. Douglas <JBaldridge@Venable.com>; Webb, G. Stewart Jr. <gswebb@Venable.com>
**Subject:** RE: Case No. 1:25-mc-00060 - Motion to Quash Subpoena

**Caution: External Email**

Dear Counsel,

As you are aware, we were just served with a copy of Venable LLP's motion to quash filed in the above-captioned matter, relating to a subpoena issued in connection with *Lively v. Wayfarer Studios*

*LLC*, Nos. 24-cv-10049 and 25-cv-449 (S.D.N.Y). On behalf of Blake Lively and Ryan Reynolds, we intend to file a motion to intervene in the above-captioned matter prior to tomorrow's deadline for subpoena compliance, along with a motion to quash.

Please let us know by the end of the day today of your position on our motion to intervene.

Thanks,


**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Morrone, Katherine Wright <KWMorrone@venable.com>
**Sent:** Monday, May 12, 2025 4:02 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; ehudson@manatt.com; mbruno@manatt.com; sroeser@manatt.com; katebolger@dwt.com; samcategumpert@dwt.com
**Cc:** Baldridge, J. Douglas <JBaldridge@Venable.com>; Webb, G. Stewart Jr. <gswebb@Venable.com>
**Subject:** Case No. 1:25-mc-00060 - Motion to Quash Subpoena

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Today, Venable LLP filed the attached Motion to Quash the April 28, 2025 Subpoena in the U.S. District Court for the District of Columbia.   The Motion and other ancillary documents that were filed today are included at the following ShareFile link:

https://venable.sharefile.com/d-s6db417e3eab6453e90fc0d11c0110b2a

Additionally, attached please find Responses & Objections to the April 28, 2025 Subpoena to Venable LLP.

Best,
Katie

Katie Wright Morrone, Esq. | Venable LLP

t 202.344.4262 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

KWMorrone@venable.com | www.Venable.com

```
********************************************************************
********************
This electronic mail transmission may contain confidential or
privileged information. If
you believe you have received this message in error, please notify
the sender by reply
transmission and delete the message without copying or disclosing
it.
********************************************************************
********************
```

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.