UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                    Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>                    Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, et al.<br><br>                    Defendants. | No. 25-cv-00449 (LJL) (member case) |

## NOTICE OF PLAINTIFF BLAKE LIVELY'S MOTION FOR LEAVE TO SERVE THIRD PARTY MATTHEW MITCHELL BY ALTERNATIVE SERVICE

Plaintiff Blake Lively hereby moves for leave to serve third party Matthew Mitchell for the pendency of the above-referenced action by alternative means, pursuant to Federal Rules of Civil Procedure 4(e)(1), 4(e)(2), and 45, and New York Civil Practice Law and Rules §§ 308(1)–(5). In support of this motion, Ms. Lively respectfully submits the accompanying memorandum of law, the Declaration of Kristin E. Bender, and supporting Exhibits A and B.

|  |  |
|---|---|
| Dated: June 13, 2025 | Respectfully submitted,<br><br>/s/ *Michael J. Gottlieb* |
| MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>Meryl Governski (admitted *pro hac vice*)<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br>mgovernski@willkie.com<br><br>Aaron Nathan<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br><br>*Attorneys for Blake Lively* |