- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>          -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                    Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>                    Third-Party Plaintiff,<br><br>          -v-<br><br>JONESWORKS LLC,<br><br>                    Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>                    Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>                    Consolidated Defendants. | |

## DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S MOTION FOR LEAVE TO SERVE THIRD PARTY MATTHEW MITCHELL BY ALTERNATIVE SERVICE

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Blake Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's Letter-Motion for Leave to Serve Third-Party Matthew Mitchell by Alternative Service.

3. On June 2, 2025, at 3:36 p.m., I called the telephone number for Mr. Mitchell that was provided in the Wayfarer Parties' Initial Disclosures. After numerous rings, and no answer, the outgoing voicemail message indicated it was a telephone number associated with Mr. Mitchell.

4. I have no reason to believe that Mr. Mitchell has retained counsel in connection with this action that could accept service on behalf of Mr. Mitchell. On June 10, 2025, during a party teleconference, I asked counsel for the Wayfarer Parties whether they were representing Mr. Mitchell, but did not receive confirmation. On June 11, 2025, I emailed asking whether they intended to represent Mr. Mitchell. As of the date of this filing, counsel for the Wayfarer Parties has not provided a response.

5. I also submit this declaration to place before the Court true and correct copies of the following documents.

6. A true and correct copy of the Wayfarer Parties' Initial Disclosures, dated February 18, 2025, is attached hereto as **Exhibit A.**

7. A true and correct copy of private process server Erick Salas's Affidavit of Due Diligence, dated June 4, 2025 is attached hereto as **Exhibit B.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 13, 2025                             /s/ *Kristin E. Bender*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
Meryl Governski (admitted *pro hac vice*)
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
mgovernski@willkie.com

Aaron Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson
Stephanie A. Roeser (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

HAYNES AND BOONE, LLP
Laura Lee Prather (admitted *pro hac vice*)
Michael Lambert
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701

(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

*Counsel for Blake Lively*