

| | | |
|---|---|---|
| Steven W. Gold | Matthew S. Seminara | **Senior Counsel** |
| Steven G. Mintz* | Julia B. Milne | Jack A. Horn |
| Jeffrey D. Pollack* | James W. Kennedy | Noreen E. Cosgrove |
| Elliot G. Sagor | Ryan W. Lawler* | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Andrew A. Smith | |
| Lon Jacobs | Amit Sondhi | **Of Counsel** |
| Steven A. Samide | Michael Mooney | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Adam K. Brody | *NY State Court of Appeals 1985–1998* |
| Terence W. McCormick*** | Andrew E. Steckler | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Alex J. Otchy* | Honorable Howard Miller |
| Roger L. Stavis | Allison Pridmore | *NY Appellate Div. 1999–2010* [ret.] |
| Howard M. Topaz | Victoria F. Muth | Alan Katz |
| Philip E. Altman | Carli M. Aberle | Eric M. Kutner |
| Charles A. Ross** | Zachary J. Turquand | Andrew P. Napolitano° |
| Richard M. Breslow | Kellyann T. Ryan | Brian T. Sampson |
| Barry M. Kazan* | Jason Leach**** | Erica Nazarian |
| Craig D. Spector* | Sitie "Esther" Tang | Tara Shamroth |
| Kevin M. Brown | Benjamin S. Cotler | Jared Van Vleet |
| Alexander H. Gardner | | Simone Calzolai⁺ |
| Heath Loring | *Also admitted in New Jersey | |
| Peter Guirguis | **Also admitted in Florida | °Admitted to practice only before all courts |
| | ***Also admitted in California | in New Jersey and all Federal Courts in New York City |
| | ****Also admitted in Texas | +Admitted in Italy and the United Kingdom (Not admitted in the U.S.) |

June 16, 2025

**Via ECF**
The Honorable Lewis J. Liman
United State District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

                Re:   *Lively v. Wayfarer Studios LLC, et al.*,
                      Case No.: 24-cv-10049 (LJL)

Dear Judge Liman:

      This firm represents non-party movant Sara Nathan in the above-referenced matter. In accordance with Rule 1.B of Your Honor's Individual Practices in Civil Cases, we write respectfully to withdraw the Motion to Quash the May 5, 2025 Subpoena issued to Sara Nathan by the Sloane Parties, filed on June 3, 2025 (ECF Doc. Nos. 269-272) (the "Motion").

      Consolidated Defendants Leslie Sloane and Vision PR, Inc. (the "Sloane Parties"), who issued the May 5, 2025 subpoena that is the subject of the Motion, have informed us that the subpoena has now become moot in light of the Court's Opinion and Order, entered June 9, 2025, dismissing the Wayfarer Parties' First Amended Complaint against the Sloane Parties (ECF Doc. No. 296). Since the subpoena is no longer in effect and the Motion need not be decided, Ms. Nathan is withdrawing the Motion.

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

**O** 212.696.4848 | **F** 212.696.1231
mintzandgold.com



We thank the Court in advance for its attention to this matter.

                                               Respectfully submitted,

                                               /s/ *Steven G. Mintz*
                                                 Steven G. Mintz

cc:    All counsel of record via EC