# EXHIBIT 1

The Agency Group PR LLC's Supplemental Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal