# EXHIBIT 2

It Ends With Us Movie LLC's Supplemental Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal