# EXHIBIT 3

Justin Baldoni's Supplemental Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal