# EXHIBIT 4

Steve Sarowitz's Supplemental Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal