# EXHIBIT 5

Jamey Heath's Supplemental Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal