# EXHIBIT 6

Wayfarer Studio LLC's Supplemental Responses and Objections to Blake Lively's First Set of Interrogatories

Filed Under Seal