# **Exhibit B**

(Unredacted Version Filed Under Seal)