# **Exhibit C**

(Unredacted Version Filed Under Seal)