# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Wayfarer Studios LLC, et al.,<br><br>   Defendant. | Civil Action Nos. 1:24-cv-10049-LJL;<br>        1:25-cv-00449-LJL;<br>        1:25-cv-00779-LJL<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR NON-PARTY JAMES VITUSCKA** |

  Pursuant Local Civil Rule 1.4(b) of the Southern District of New York, Thomas B. Sullivan, Lynn Oberlander, and Isabella Salomão Nascimento, of the law firm Ballard Spahr LLP, hereby respectfully move this Court for an Order withdrawing their appearance as counsel of record for Non-Party Journalist James Vituscka. As indicated in the Stipulation for the Substitution of Counsel, filed contemporaneously herewith, there is good cause for this Court to grant this motion because Mr. Vituscka consents to this request, and a substitution of counsel for Mr. Vituscka, who is not a party to this matter, will not prejudice any party or impact any existing court deadlines or dates for court appearances in the case. Neither Ballard Spahr, nor any of its attorneys, is asserting a retaining or charging lien against Mr. Vituscka.

  For the foregoing reasons, Thomas B. Sullivan, Lynn Oberlander, and Isabella Salomão Nascimento respectfully request that the Court grant this motion and allow them to withdraw from the representation of Non-Party Journalist James Vituscka.

Dated: June 19, 2025

Respectfully submitted,

BALLARD SPAHR LLP

By: *s/ Thomas B. Sullivan*
Thomas B. Sullivan
Lynn Oberlander
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com
oberlanderl@ballardspahr.com

Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3281
Fax: (612) 371-3207
salomaonascimentoi@ballardspahr.com

*Counsel for Non-Party Journalist James Vituscka*