UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Wayfarer Studios LLC, et al., <br><br> Defendant. | Civil Action Nos. 1:24-cv-10049-LJL; <br> 1:25-cv-00449-LJL; <br> 1:25-cv-00779-LJL |

## STIPULATION FOR THE SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 1.4(b) and subject to approval by the Court, IT IS HEREBY STIPULATED AND AGREED that Tina Glandian of Geragos & Geragos, P.C. is substituted as counsel for Non-Party Journalist James Vituscka in the place of Thomas B. Sullivan, Lynn B. Oberlander, and Isabella Salomão Nascimento of Ballard Spahr LLP.  As indicated below, all parties consent to this substitution.  The outgoing attorneys do not assert a retaining or charging lien against Mr. Vituscka.

All pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

GERAGOS & GERAGOS, P.C.
256 5th Avenue
New York, NY 10001
Telephone (213) 625-3900
Facsimile (213) 232-3255
tina@geragos.com

IT IS FURTHER STIPULATED AND AGREED that Mr. Sullivan, Ms. Oberlander, and Ms. Salomão Nascimento shall be removed from the CM/ECF service list in this matter.

I consent to being substituted.

Date: 6/19/25

Date: 6/19/25

Date: 6/19/25

Thomas B. Sullivan

Lynn B. Oberlander

Isabella Salomão Nascimento
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com
oberlanderl@ballardspahr.com
salomaonascimentoi@ballardspahr.com

I consent to the above substitution.

Date: 6/19/2025

Tina Glandian
GERAGOS & GERAGOS, P.C.
256 5th Avenue
New York, NY 10001
Telephone (213) 625-3900
tina@geragos.com

I have selected Tina Glandian of Geragos & Geragos, P.C. as replacement counsel and consent to the withdrawal of Ballard Spahr LLP and all attorneys from that firm in this matter.

Date: 6/19/2025

James Vituscka

**SO ORDERED.**

Date: _____

Hon. Lewis J. Liman, U.S.D.J.