# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, et al., <br><br>            Plaintiffs, <br><br> v. <br><br> Wayfarer Studios LLC, et al., <br><br>            Defendant. | Civil Action Nos. 1:24-cv-10049-LJL; <br> 1:25-cv-00449-LJL; <br> 1:25-cv-00779-LJL <br><br> **DECLARATION OF SERVICE** |

THOMAS B. SULLIVAN, pursuant to 28 U.S.C. § 1746, states as follows:

1. I am a partner with the law firm of Ballard Spahr LLP, withdrawing counsel for Non-Party James Vituscka in this action. I have personal knowledge of the matters stated herein.

2. On June 19, 2025, I served a true and correct copy of the Motion for Leave to Withdraw as Counsel for Non-Party James Vituscka and the accompanying Stipulation for the Substitution of Counsel (Dkt. 360) upon Mr. Vituscka through his new counsel Tina Glandian via email. Ms. Glandian agreed to accept service on Mr. Vituscka's behalf through email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 19, 2025

Respectfully submitted,

BALLARD SPAHR LLP

By: _s/ Thomas B. Sullivan_
Thomas B. Sullivan
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6139
Fax: (212) 223-1942
sullivant@ballardspahr.com

*Withdrawing Counsel for Non-Party James Vituscka*