**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

June 20, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

Pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules, we write on behalf of Blake Lively regarding our letter motion to seal Exhibit A to Ms. Lively's Motion for a Protective Order. ECF No. 324. On June 13, 2025, Ms. Lively moved to seal Exhibit A because the Wayfarer Parties designated the document as confidential. ECF No. 324.

Ms. Lively has conferred with the Wayfarer Parties, who confirmed that they do not seek to maintain Exhibit A to Ms. Lively's Motion for a Protective Order under seal. Accordingly, Ms. Lively respectfully requests that the Court unseal this document. *See* ECF No. 326-1.

Respectfully Submitted,

|  | */s/ Michael J. Gottlieb* |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | WILLKIE FARR & GALLAGHER LLP |
| Esra A. Hudson (*pro hac vice*) | Michael J. Gottlieb |
| Stephanie A. Roeser (*pro hac vice*) | Kristin E. Bender |
| 2049 Century Park East, Suite 1700 | Meryl C. Governski (*pro hac vice*) |
| Los Angeles, California  90067 | 1875 K Street NW |
| (310) 312-4000 | Washington, DC 20006 |
| ehudson@manatt.com | (202) 303-1000 |
| sroeser@manatt.com | mgottlieb@willkie.com |
|  | kbender@willkie.com |
|  | mgovernski@willkie.com |
|  | |
|  | Aaron E. Nathan |
|  | 787 Seventh Avenue |
|  | New York, NY 10019 |
|  | (212) 728-8000 |

- 2 -

anathan@willkie.com

*Attorneys for Blake Lively*