

**Brett Douglas McDowell, (Pro Se)**
c/o Red River Rebellion Ltée
1460 Chevrier Blvd #200,
Winnipeg, MB R3T 1Y6

legal@redriver-rebellion.ca
+12042025904

Via Email
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL*
Subject: Clarification Regarding June 18, 2025 Filing – Supplemental Clarification in Support of Motion to Intervene and Motion for Recusal

Dear Clerk of the Court,

I am writing to respectfully submit a clarification regarding my June 18, 2025 filing titled *Supplemental Clarification in Support of Motion to Intervene and Motion for Recusal*.

In that document, I stated that "Judge Liman's 2021–2023 annual financial disclosures explicitly reported ownership of Class B Non-Voting Shares in Lions Gate Entertainment Corp. (LGFB), with no indication of divestment."

Upon further review, I acknowledge that this was incorrect. While LGFB shares were disclosed in Judge Liman's 2020 annual financial disclosure, they do not appear in the disclosures for 2021–2023. My assertion was based on the absence of any recorded divestment in subsequent filings, including the May 14, 2024 Periodic Transaction Report. However, it was an error to characterize the 2021–2023 disclosures as containing an explicit report of LGFB holdings.

I respectfully ask the Court to consider this clarification part of the record, and I apologize for the misstatement. This correction is submitted in good faith and does not alter the overall basis of

1

my recusal and intervention motions, which emphasize the continued appearance of partiality under 28 U.S.C. § 455(a).

Thank you for your attention to this matter.

Respectfully submitted,
/s/ Brett Douglas McDowell
Brett Douglas McDowell
Pro Se Movant