# EXHIBIT A

(CONTINUED) (2)

DEADPOOL (CONT'D)
And that sometimes we need to listen to that pain instead of running from it.

WOLVERINE
Holy shit.

DEADPOOL
She's wise.

WOLVERINE
No. That's her NAME? You call her "*Blind*" Al?

DEADPOOL
Well, she's blind.

**EXT. THE VOID - HILLY TERRAIN - DAY**

Suddenly, an ungodly high-pitched growl cuts across the void. Deadpool and Wolvie, on high alert, turn towards the threat.

Cresting the hill, bathed in slow motion and silhouetted, bounds an animal. Smallish, maybe 10 to 20 pounds.

What comes into view is unexpected in every way. It's a dog. Wearing a Deadpool suit. But not just any dog:

The UGLIEST MOTHER-FUCKING DOG ON THE PLANET.

*DOGPOOL!*

Slow motion. Cue: *Chris De Burgh's song, "LADY IN RED".*

Close on Dogpool, tongue hanging out the side of its mouth. One of its eyes is milky white while the other wanders in no particular direction. What little fur it possesses sprouts disdainfully from its weird head.

Needless to say, Deadpool is SMITTEN instantly. Deadpool (also slow motion) drops to his knees, RIPS OFF HIS MASK. He extends his arms. Sincere musical swells are fucking everywhere. The dog continues charging towards Wade and leaps into his arms. She bathes Wade's face in a hideous cocktail of saliva from a cankerous tongue. The music climaxes as DOGPOOL and Wade kiss in ecstasy. We hard cut out to:

WADE
Oh my heavens! Look at you. She's coming with us.

WOLVERINE
No, she's not.

(CONTINUED


"I am a wolf?"
She is not a


dogpool • Follow
dogpool I'm a beanie baby no shame
Edited · 1d
34 likes
MARCH 30, 2020
Add a comment...





