# EXHIBIT B

# NICEPOOL



"In one respect, Nicepool is everything Deadpool wishes he was," Reynolds says. "You know, easy breezy, gorgeous hair, normal face, gold-plated .50 caliber Desert Eagle pistols, and this beautiful suit—but the thing that Deadpool is most covetous of is, of course, Dogpool. So Nicepool initially just existed to serve the purpose of introducing Dogpool, but then it evolved and grew." The idea appealed of creating this character based on "guys you find in the zeitgeist right now" who are "faux nice"—they may present as very progressive and enlightened (Nicepool himself "identifies as a feminist"), but the truth is very different. "They're talking about themselves as these incredible allies, but underneath that, there's something a little false and probably awful," Reynolds says. "I liked that this guy was kind of paving over all of this ****headery with his esoteric, hot-yoga, chakra-balancing nonsense and his little topknot and all that stuff. So we plant this seed early that he's a little fake spiritual, but he also may be kind of a piece of ****— it just allows us to not feel too bad about taking his life brutally."

Up until his bloody demise, "everything about Nicepool was pristine," says Costume Designer Graham Churchyard. "We took the Deadpool costume and made every detail as polished as it could be. It's also a lot more armored, particularly on the breastplate and the shoulders."

According to Costume Illustrator David Masson San Gabriel, it was a "blast to work on Nicepool." He says, "The intention with him was making the perfect version of Deadpool. Good-looking, long hair, no burns on his skin, and with a costume that made him look like a proper Super Hero." For his costume illustration, the artist incorporated certain elements, such as the vambraces on the arms, from Director of Visual Development Andy Park's early versions of the TVA Deadpool suit. "We added hard pieces in the chest and shoulders to accentuate the bulkier physique and his silhouette, and Costume Designer Mayes C. Rubeo had a great idea of using more flashy reflective materials to give him that extra flair. As a final touch, all the metallic elements on the suit were shifted to a gold finish, including the katanas and pistols."

*NOW, HERE'S A GOOD-LOOKIN' DEADPOOL! SOMEONE SHOULD GIVE HIM HIS OWN FRANCHISE*


