UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br> v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, JED WALLACE, an individual, and STREET RELATIONS INC., a California Corporation,<br><br>      Defendants. | No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>      Plaintiffs,<br><br> v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York Corporation, and THE NEW YORK TIMES COMPANY, a New York Corporation,<br><br>      Defendants. | |

**NOTICE OF VISION PR, INC. AND LESLIE SLOANE'S MOTION FOR ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that for the reasons stated in the Memorandum of Law and declaration of Leslie Sloane submitted herewith, Leslie Sloane and Vision PR, Inc., by and through their attorneys, Boies Schiller Flexner LLP, hereby move this Court before the Honorable Lewis J. Liman, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 15C, for an order awarding them attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54(d), New York's anti-SLAPP law, and/or the Court's inherent powers.

Dated: June 23, 2025

          Respectfully Submitted,

          BOIES SCHILLER FLEXNER LLP

          */s/ Sigrid S. McCawley*
          Sigrid S. McCawley
          BOIES SCHILLER FLEXNER LLP
          401 E. Las Olas Blvd., Suite 1200
          Ft. Lauderdale, FL 33301
          Telephone: (954) 356-0011
          smccawley@bsfllp.com

          Andrew Villacastin
          Lindsey Ruff
          Rachael Schafer
          BOIES SCHILLER FLEXNER LLP
          55 Hudson Yards
          New York, NY 10001
          Telephone: (212) 446-2300
          avillacastin@bsfllp.com
          lruff@bsfllp.com
          rschafer@bsfllp.com

          *Attorneys for Leslie Sloane and Vision PR, Inc.*