UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                      Plaintiff,<br><br>   v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, JED WALLACE, an individual, and STREET RELATIONS INC., a California Corporation,<br><br>                      Defendants. | No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>                      Plaintiffs,<br><br>   v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York Corporation, and THE NEW YORK TIMES COMPANY, a New York Corporation,<br><br>                      Defendants. | |

## DECLARATION OF LESLIE SLOANE

I, Leslie Sloane, declare as follows:

1. I have personal knowledge of the facts set forth herein.

2. I was born and raised in New York. I work out of New York, and my relationship with Blake Lively is centered in New York.

3. As result of the Wayfarer Parties' meritless claims against me, I have received an onslaught of public ridicule and intimidating messages. My involvement in this litigation has caused me severe emotional, physical, and professional damage.

4. The first time I discussed Ms. Lively's sexual harassment allegations with a journalist was when Melissa Nathan's sister, Sara Nathan, texted me on August 8, 2024, saying she heard about "three things" that Justin Baldoni did on set that were, in her words, "all a bit creepy." Then, on August 11, 2024, Sara Nathan forwarded me an anonymous "tip" that Page Six had received which said, among other things, that Justin Baldoni made Ms. Lively "uncomfortable" on set.

5. Contrary to the Wayfarer Parties' allegations, I never told James Vituscka that Ms. Lively was sexually assaulted by Justin Baldoni or anyone else.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 22, 2025

*Leslie Sloane*
Leslie Sloane