UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                  Plaintiff,<br><br>              -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>              Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>              Third-Party Plaintiff,<br><br>           -v-<br><br>JONESWORKS LLC,<br><br>           Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>           Consolidated Plaintiffs,<br><br>           -v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>           Consolidated Defendants. | |

## AFFIDAVIT OF SERVICE OF KRISTIN E. BENDER

I, Kristin E. Bender, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiff Blake Lively in the above-captioned actions.

2. Pursuant to this Court's order of June 18, 2025 (ECF No. 356), I caused service of Plaintiff's Rule 45 subpoena to Mr. Matthew Mitchell (the "Mitchell Subpoena") to be effected as follows:

3. On June 18, 2025, I directed our paralegal, Kashia Adams, to mail the Mitchell Subpoena via Certified Mail to Mr. Mitchell's last known address. The Certified Mail tracking numbers are 9589 0710 5270 2029 4316 64 and the mailing was addressed to Mr. Mitchell's last known address. *See* Exhibit A.

4. On June 18, 2025, I directed my colleague, Melissa Taustine, to send the Mitchell Subpoena, along with this Court's order permitting service by alternative means, to Mr. Mitchell via LinkedIn Messenger. *See* Exhibit B.

5. On June 18, 2025, I engaged a process server to affix the Mitchell Subpoena to Mr. Mitchell's last known address. On June 18, 2025, the process server affixed the Mitchell Subpoena to Mr. Mitchell's last known address. *See* Exhibit C.

6. On June 19, 2025, I called Mr. Mitchell at a telephone number directly associated with Mr. Mitchell and left a voicemail informing Mr. Mitchell that he had been served with the Mitchell Subpoena by it being affixed and mailed to his last known address and sent to him via LinkedIn Messenger.

7. I also submit this declaration to place before the Court several documents, as follows.

8. A true and correct copy of the aforementioned Certified Mail to Mr. Mitchell's

2

last known address, dated June 18, 2025, is attached hereto as **Exhibit A**.

9. A true and correct copy of the aforementioned conveyance of service via LinkedIn Messenger to Mr. Mitchell, dated June 18, 2025, is attached hereto as **Exhibit B**.

10. A true and correct copy of private process server Victor Curiel's Affidavit of Posting, dated June 19, 2025, is attached hereto as **Exhibit C**.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2025.

/s/ Kristin E. Bender

WILLKIE FARR & GALLAGHER LLP
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

*Attorney for Blake Lively*