# EXHIBIT A

Kashia Adams
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006

Matthew Mitchell
9005 Cynthia St., Apt. 405
West Hollywood, CA 90069-4847





```
                  06/18/2025                    05:00 PM
                              TRACKING NUMBERS
                        9589 0710 5270 2029 4316 64
                        TRACK STATUS OF ITEMS WITH THIS CODE
                              (UP TO 25 ITEMS)

                        [QR code]

                        ------------------------------------
                        TRACK STATUS BY TEXT MESSAGE
                        Send tracking number to 28777 (2USPS)
                        Standard message and data rates may apply
                        ------------------------------------
                        TRACK STATUS ONLINE
                        Visit https://www.usps.com/tracking
                        Text and e-mail alerts available
                        ------------------------------------
                                PURCHASE DETAILS
                        Product       Qty   Unit    Price
                                            Price
                        ------------------------------------
                        First-Class Mail®  1           $2.59
                        Large Envelope
                            West Hollywood, CA 90069
                            Weight: 0 lb 4.50 oz
                            Estimated Delivery Date
                                Wed 06/25/2025
                            Certified Mail®              $4.85
                            Tracking #:
                                9589 0710 5270 2029 4316 64
                            Return Receipt               $4.10
                            Tracking #:
                                9590 9402 9337 5002 1697 95
                            Affixed Postage            -$11.54
                                Affixed Amount: $11.54
                        Total                            $0.00
                        ------------------------------------
                        Grand Total:                     $0.00
                        ------------------------------------

                            TO REPORT AN ISSUE
                        Visit https://emailus.usps.com

                        In a hurry? Self-service kiosks offer
                        quick and easy check-out. Any Retail
                            Associate can show you how.

                        PREVIEW YOUR MAIL AND PACKAGES
                            Sign up for FREE at
                        https://informeddelivery.usps.com

                        All sales final on stamps and postage.
                        Refunds for guaranteed services only.
                            Thank you for your business.

                            Customer Service
                            1-800-ASK-USPS
                        Agents do not have any additional
                        information other than what is provided on
                                USPS.com.

                        Tell us about your experience.
                        Go to: https://postalexperience.com/Pos
                        or scan this code with your mobile device,

                        [QR code]

                        or call 1-800-410-7420.

                        UFN: 104924-0291
```