UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>    Defendants.<br><br>JENNIFER ABEL,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>    Third-Party Defendant.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>    Consolidated Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>    Consolidated Defendants. | Case No. 1:24-cv-10049 (lead case)<br>Case No. 1:25-cv-00449 (related case)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned respectfully enters her appearance as counsel of record in the above-captioned action for nonparties Katherine Case and Breanna Butler Koslow, and requests that all subsequent papers be served upon her at the address indicated below.

*[Signature Page Follows]*

Dated: New York, New York
June 24, 2025

Respectfully submitted,

/s/ *Parmida Enkeshafi*

Parmida Enkeshafi
**PRYOR CASHMAN LLP**
7 Times Square, 40th Floor
New York, NY 10036
Phone: (212) 421-4100
Fax: (212) 326-0806
Email: penkeshafi@pryorcashman.com

*Counsel for Nonparties Katherine Case and Breanna Butler Koslow*