**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Brett Douglas McDowell,

                 Movant,                  Case No. 1:24-cv-10049

v.

Lively v. Wayfarer Studios LLC, et al.,

**NOTICE OF CLARIFICATION**

Movant respectfully submits this clarification to correct an inadvertent implication in the addendum filed June 23, 2025.

The sentence referencing *"Your Honor's brother, director Doug Liman, collaborates with Lionsgate on Chaos Walking and A Simple Favor"* was not intended to suggest that Mr. Liman was involved in *A Simple Favor*. To clarify: Doug Liman collaborates with Lionsgate on films such as *Chaos Walking*. Lionsgate separately produced *A Simple Favor*, which is referenced in the context of broader 3 Arts/Lionsgate patterns.

This clarification does not alter the underlying argument regarding appearance of partiality under 28 U.S.C. § 455.

Respectfully submitted,

**/s/ Brett Douglas McDowell**

Brett Douglas McDowell (Pro Se)

legal@redriver-rebellion.ca

+1 (204) 202-5904

Dated: June 24, 2025