# EXHIBIT A

r/ItEndsWithLawsuits · 10 days ago
PerezHiltonOnReddit  Neutral Baldoni

# Motion To Recuse Judge

Personal Opinions 👠💡

I think I'm back. Yay! Yes, this is really me. Surprised that Canadian actor Brett Douglas McDowell's motion for recusal has gotten so much chatter. Personally, I don't think his allegations against Ryan Reynolds are relevant to the It Ends With Us legal saga. BUT, arguments could definitely be made about Judge Liman and if he should be recused. The fact that Baldoni's lawyers haven't made that move, though, is very telling. I think. Also, I saw a lot of chatter about this sub and Blake Lively supporters coming out of the woodwork now. I GENUINELY would love to hear from them. If you've read the complaints from each side and are fully informed, why do you support her? Super curious! Ok. That is all. Thank you to whomever helped me get this account back! Hopefully I can get my old u/PerezHilton account back eventually. I stopped using it years ago and someone hacked it. THAT is not me! Sigh. Have a great day everyone!

72    💬 211    🏆    ↗ Share

Join the conversation