# EXHIBIT C



**Brett McDowell**

To: bfreedman@ftllp.com

Tue 2025-06-24 1:03 PM

Dear Mr. Freedman,

In September 2021, Alison Lovelady confirmed to us in writing that she would be reaching out to you regarding a legal matter involving our creative work and related concerns. I wanted to follow up to confirm whether that communication took place and whether any response was received from your office at the time.

As I'm finalizing a brief procedural addendum in *Lively v. Wayfarer Studios LLC*, I would appreciate clarification on that earlier point of contact. Given some recent filings and narrative developments, I'm seeking to ensure the record is accurate and fair before submission.

If possible, I'd appreciate a quick reply via email or a scheduled call before the end of the day.

Sincerely,

**Brett Douglas McDowell**



**Brett Douglas McDowell**
c/o Red River Rebellion Ltée
1460 Chevrier Blvd #200,
Winnipeg, MB R3T 1Y6

legal@redriver-rebellion.ca
+12042025904

**Studio Ishiwata** <studioishiwata@gmail.com>
to Allison

Thu, Sep 2, 2021, 2:45 PM

Hi Allison,

We'd like to start on the copyrighting process for our work.

Could you also reach out to the litigator that was referred to us - Bryan Freedman.

Thanks,

- Eiko

•••

**Allison Lovelady** <alovelady@shullmanfugate.com>
to me

Thu, Sep 2, 2021, 7:32 PM

Hi, I will reach out to Bryan.

Would you like me to assist with the copyright? What portion do you want to protect first? Copyright covers source code, images and text. Let me know if you want to discuss.

Thanks,

•••