UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

BLAKE LIVELY

                    Plaintiff,

    -against-

WAYFARER STUDIOS LLC, ET AL.  Defendant.

--------------------------------------------------------

Case No. 1:24-cv-10049-LJL

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Meryl C. Governski**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is DC Bar: 102354

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Willkie Farr & Gallagher LLP
                 FIRM ADDRESS: 1875 K Street NW
                 FIRM TELEPHONE NUMBER: (202)303-1000
                 FIRM FAX NUMBER: (202)303-2000

NEW FIRM:    FIRM NAME: Dunn Isaacson Rhee LLP
                 FIRM ADDRESS: 401 Ninth Street, NW, Washington, DC 20004
                 FIRM TELEPHONE NUMBER: (202) 240-2900
                 FIRM FAX NUMBER: N/A

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/25/2025

*[signature]*
ATTORNEY'S SIGNATURE