# EXHIBIT A

| | |
|---|---|
| **From:** | Theresa Troupson <ttroupson@lftcllp.com> |
| **Sent:** | Thursday, June 5, 2025 12:00 AM |
| **To:** | Andrew Villacastin; Bender, Kristin; Summer Benson |
| **Cc:** | Sigrid McCawley; Lindsey Ruff; Rachael Schafer; Esra Hudson; sroeser@manatt.com; Matthew Bruno; Katelyn Climaco; Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Connolly, Michaela; katebolger@dwt.com; Sam Cate-Gumpert; Chip Babcock; Joel Glover; Bryan Freedman; Miles Cooley; Jason Sunshine; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Christina Puello; Cortni Davis; Vaneta Birtha; Jose Perez; Taustine, Melissa |
| **Subject:** | RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (LJL) (rel. No. 25 Civ. 779) |
| **Attachments:** | 2025.06.04_ Notice of Deposition of Blake Lively (Wayfarer_Lively)(427788.pdf |

**\*\*\* EXTERNAL EMAIL \*\*\***

Kristin,

We agree to your proposal as to the number of total depositions. We suggest that the parties work toward an agreement as to how to "count" depositions of third parties that both sides wish to take; for example, if both sides wished to depose the same third party, the parties could split the time equally and count it as one-half toward the total of twenty.

Please see the attached notice of deposition.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

---

**From:** Theresa Troupson
**Sent:** Monday, June 2, 2025 3:13 PM
**To:** Andrew Villacastin <AVillacastin@BSFLLP.com>; Bender, Kristin <KBender@willkie.com>; Summer Benson <sbenson@lftcllp.com>
**Cc:** Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Rachael Schafer <rschafer@bsfllp.com>; Esra Hudson <EHudson@manatt.com>; sroeser@manatt.com; Matthew Bruno <MBruno@manatt.com>; Katelyn Climaco <KClimaco@manatt.com>; Michael Gottlieb <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; Chip Babcock

1

<cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (LJL) (rel. No. 25 Civ. 779)

Kristin, we are reviewing your proposal and will get back to you on our position as soon as possible.

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

**From:** Andrew Villacastin <AVillacastin@BSFLLP.com>
**Sent:** Monday, June 2, 2025 3:11 PM
**To:** Bender, Kristin <KBender@willkie.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>
**Cc:** Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Rachael Schafer <rschafer@bsfllp.com>; Esra Hudson <EHudson@manatt.com>; sroeser@manatt.com; Matthew Bruno <MBruno@manatt.com>; Katelyn Climaco <KClimaco@manatt.com>; Michael Gottlieb <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (LJL) (rel. No. 25 Civ. 779)

This proposal makes sense to us, Kristin.  (Sorry for the delayed response.)

Best,
Andrew

**Andrew Villacastin** (he/him/his)
Partner

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 909 7628
avillacastin@bsfllp.com

www.bsfllp.com

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, May 30, 2025 12:12 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>
**Cc:** Sigrid McCawley <smccawley@bsfllp.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Rachael Schafer <rschafer@bsfllp.com>; Esra Hudson <EHudson@manatt.com>; sroeser@manatt.com; Matthew Bruno <MBruno@manatt.com>; Katelyn Climaco <KClimaco@manatt.com>; Michael Gottlieb <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (LJL) (rel. No. 25 Civ. 779)

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Counsel,

As we confirm availability, an antecedent issue is confirming how many depositions the parties will be allotted in the consolidated cases.

The Lively/Reynolds Parties propose 20 depositions for each side. This proposal accounts for the numerous parties in the consolidated actions, including those that are both plaintiffs and defendants on distinct claims. Under this reciprocal approach, Lively, Reynolds, Vision PR, and Sloane would have 20 depositions collectively, and Wayfarer, Baldoni, Heath, Sarowitz, It Ends With Us, Nathan, TAG, Wallace, and Street Relations would have 20 depositions collectively.

Parties in the related action would be responsible for their own agreement, if any, as to depositions. However, deponents who are deposed in the related action and the consolidated actions should not be required to attend more than one sitting (recognizing that this may result in multi-day sittings and without limitation on the standard 7-hour time limit).

We ask that the parties provide their positions on the above by 5 pm EST on Monday, June 2.

Best,
KB

---

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Tuesday, May 27, 2025 8:18 PM
**To:** Summer Benson <sbenson@lftcllp.com>
**Cc:** Sigrid McCawley <smccawley@bsfllp.com>; Andrew Villacastin <AVillacastin@bsfllp.com>; Lindsey Ruff

3

<LRuff@bsfllp.com>; Rachael Schafer <rschafer@bsfllp.com>; Esra Hudson <EHudson@manatt.com>; sroeser@manatt.com; Matthew Bruno <MBruno@manatt.com>; Katelyn Climaco <KClimaco@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Bender, Kristin <KBender@willkie.com>; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** Re: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (LJL) (rel. No. 25 Civ. 779)

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

Please provide your clients' availability for deposition dates in the range of July 17-August 14, 2025.

Regards,
Theresa Troupson

> On May 23, 2025, at 7:25 PM, Summer Benson <sbenson@lftcllp.com> wrote:
>
> Counsel,
>
> At the link provided below, please find an initial production of documents, which includes documents bearing Bates numbers WAYFARER_000000001 – WAYFARER_000007413. We will continue to produce documents on a rolling basis.
>
> https://sftp-na3.transperfect.com/
>
> The credentials necessary to access the production will be transmitted via a separate email.
>
> Please be advised that documents in this production are designated Confidential pursuant to the Protective Order entered at ECF No. 125. This production is made subject to, and without waiver of, previously stated objections.
>
> Should you experience any difficulty accessing the documents, please do not hesitate to contact me.
>
> Summer E. Benson, Esq.
> LINER FREEDMAN TAITELMAN + COOLEY LLP
> 1801 Century Park West, 5th Floor
> Los Angeles, California 90067
> Telephone:  (310) 201-0005
> Facsimile:  (310) 201-0045
> Web:  www.lftcllp.com
>
> *Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]