# EXHIBIT C

| | |
|---|---|
| **From:** | Theresa Troupson <ttroupson@lftcllp.com> |
| **Sent:** | Thursday, June 26, 2025 9:09 PM |
| **To:** | Bender, Kristin |
| **Cc:** | Esra Hudson; sroeser@manatt.com; Matthew Bruno; Katelyn Climaco; Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Connolly, Michaela; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Taustine, Melissa; Amir Kaltgrad; Bryan Freedman; Christina Puello; Cortni Davis; Ellyn Garofalo; Jason Sunshine; Joanna Rivera; Kim Zeldin; Rose Khatchikian; Summer Benson; Vaneta Birtha; Amit Shertzer |
| **Subject:** | Lively v. Wayfarer Studios LLC et al., Civ. Action No. 1:24-cv-10049-LJL |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

As we approach the substantial completion deadline for document production, we are writing to confirm arrangements for the production of film footage to your office.

As I previously noted, the data is voluminous, estimated to be around 100 TB of data. Our e-discovery vendor advises that the fastest and most secure means of producing the data is by delivery of encrypted hard drives directly to your office. We anticipate substantially completing this production and delivery by July 1, with the few remaining hard drives to arrive shortly thereafter next week. Please advise as soon as possible which of your physical office locations you would like to receive the hard drives.

Alternatively, our vendor has advised that we can also make the footage data available through an S3 bucket accessible through the Internet. The volume of data would require substantial processing time to upload, with an estimated delivery date of 3-10 days from now. However, this option would enable your various team members to access the data remotely and simultaneously. If you prefer this option, please advise us as soon as possible so that we can immediately begin the upload process.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.