**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>                       Plaintiff,<br><br>        -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                       Defendants. | Case No. 1:24-cv-10049-LJL<br><br>(consolidated with 1:25 -cv-00449-LJL) |
| JENNIFER ABEL,<br><br>                       Third-Party Plaintiff,<br><br>        -v-<br><br>JONESWORKS LLC,<br><br>                       Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>                       Consolidated Plaintiffs,<br><br>        -v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>                       Consolidated Defendants. | |

# DECLARATION OF MAXWELL BREED
# IN SUPPORT OF LETTER MOTION FOR EXTENSION OF TIME

I, Maxwell Breed, under 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Pryor Cashman LLP, 7 Times Square, New York, New York 10036, and counsel of record for nonparties Katherine Case and Briana Butler Koslow in this consolidated action.

2. I respectfully submit this declaration in support of Ms. Case and Ms. Butler Koslow's letter request for an extension of time to complete their production of documents in response to two subpoenas duces tecum served on Ms. Case and Ms. Butler Koslow (Dkts. 322-1 & 322-2), with the current deadline set for July 7, 2025. I aver the truth of all statements made in Ms. Case and Butler Koslow's letter request.

3. A true and correct copy of an email, dated July 3, 2025, in which Ms. Lively's counsel transmitted proposed search terms is attached as **Exhibit A** hereto.

4. A true and correct copy of an email, dated July 2, 2024, in which Ms. Lively's counsel agreed to an extension of Ms. Case and Ms. Butler Koslow's deadline to produce documents through July 14, 2025 is attached as **Exhibit B** hereto.

Dated: July 6, 2025                    /s/ *Maxwell Breed*

PRYOR CASHMAN LLP
Maxwell K. Breed
Daniel J. Pohlman
Parmida Enkeshafi
7 Times Square
New York, NY 10036
(212) 421-4100
mbreed@pryorcashman.com
dpohlman@pryorcashman.com
penkeshafi@pryorcashman.com

*Counsel for Nonparties Katherine Case and Breanna Butler Koslow*