UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | Civ. Action No. 1:24-cv-10049-LJL |
| | (Consolidated for pretrial purposes with |
| | 1:25-cv-00449-LJL) |
| v. | rel. 1:25-cv-00779-LJL |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL, | **DEFENDANTS/CONSOLIDATED PLAINTIFFS' NOTICE OF DEPOSITION OF PLAINTIFF/CONSOLIDATED DEFENDANT BLAKE LIVELY** |
| Defendants. | |

---

JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.

---

WAYFARER STUDIOS LLC,
JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,

                Plaintiffs,

v.

BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,

                Defendants.

---

1

427788.1

### DEFENDANTS/CONSOLIDATED PLAINTIFFS' NOTICE OF DEPOSITION OF PLAINTIFF/CONSOLIDATED DEFENDANT BLAKE LIVELY

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, and Steve Sarowitz (collectively, the "Consolidated Plaintiffs") and Defendant The Agency Group PR LLC (collectively, the "Propounding Parties") will take the deposition upon oral examination of Plaintiff/Consolidated Defendant Blake Lively, commencing on June 23, 2025, at 9:00 a.m., at the offices of Meister Seelig & Fein, LLP, 125 Park Avenue, 7th Floor, New York, NY 10017, and continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition will be taken before a notary public (or another officer duly authorized to administer oaths) and will be recorded by video and stenographic means.

| | |
|---|---|
| Dated: June 4, 2025<br>New York, NY | **MEISTER SEELIG & FEIN PLLC**<br><br>By:  /s/ Mitchell Schuster<br>    Mitchell Schuster<br>    Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Tel: (212) 655-3500<br>Email: ms@msf-law.com<br>       kaf@msf-law.com |
| Dated: June 4, 2025<br>Los Angeles, CA | **LINER FREEDMAN TAITELMAN + COOLEY**<br><br>By:  /s/ Bryan Freedman<br>    Bryan J. Freedman (*pro hac vice*)<br>    Ellyn Garofalo (*pro hac vice*)<br>    Miles M. Cooley (*pro hac vice*) |

Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

427788.1

## **CERTIFICATE OF SERVICE**

I, Theresa M Troupson, do hereby certify that I am not less than 18 years of age and that on this 4th day of June 2025, I caused a copy of the foregoing to be served on all counsel of record via email.

Dated: June 4, 2025
       Los Angeles, CA

                             */s/ Theresa M Troupson*
                              Theresa M Troupson