UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BLAKE LIVELY,                                                      :
                                                                   :
                Plaintiff,                                    :
                                                                   :
v.                                                                 :
                                                                   :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                               :
WITH US MOVIE LLC, MELISSA NATHAN, THE                             :
AGENCY GROUP PR LLC, and JENNIFER ABEL,                            :
                                                                   :
                Defendants.                                   :
                                                                   :
------------------------------------------------------------------ x
JENNIFER ABEL,                                                     :
                                                                   :
                Third-Party Plaintiff,                        :
                                                                   :
v.                                                                 :
                                                                   :
JONESWORKS LLC,                                                    :
                                                                   :
                Third-Party Defendant.                        :
                                                                   :
------------------------------------------------------------------ x
WAYFARER STUDIOS LLC,                                              :
JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, JENNIFER                             :
ABEL, and STEVE SAROWITZ,                                          :
                                                                   :
                Plaintiffs,                                   :
                                                                   :
v.                                                                 :
                                                                   :
BLAKE LIVELY, RYAN REYNOLDS, LESLIE                                :
SLOANE, VISION PR, INC., and THE NEW YORK                          :
TIMES COMPANY,                                                     :
                                                                   :
                Defendants.                                   :
------------------------------------------------------------------ x

Civ. Action No. 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with
1:25-cv-00449-LJL)
rel. 1:25-cv-00779-LJL

**DEFENDANT WAYFARER STUDIOS LLC'S NOTICE OF DEPOSITION OF PLAINTIFF BLAKE LIVELY**

1

430069.1

### DEFENDANT WAYFARER STUDIOS LLC'S NOTICE OF DEPOSITION OF PLAINTIFF/CONSOLIDATED DEFENDANT BLAKE LIVELY

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Wayfarer Studios LLC ("Defendant") will take the deposition upon oral examination of Plaintiff/Consolidated Defendant Blake Lively, commencing on July 17, 2025, at 9:00 a.m., at the offices of Meister Seelig & Fein, LLP, 125 Park Avenue, 7th Floor, New York, NY 10017, and continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition will be taken before a notary public (or another officer duly authorized to administer oaths) and will be recorded by video and stenographic means.

| | |
|---|---|
| Dated: June 17, 2025<br>New York, NY | **MEISTER SEELIG & FEIN PLLC**<br><br>By: _/s/ Mitchell Schuster_<br>Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Tel: (212) 655-3500<br>Email: ms@msf-law.com<br>kaf@msf-law.com |
| Dated: June 17, 2025<br>Los Angeles, CA | **LINER FREEDMAN TAITELMAN + COOLEY**<br><br>By: _/s/ Bryan Freedman_<br>Bryan J. Freedman (*pro hac vice*)<br>Ellyn Garofalo (*pro hac vice*)<br>Miles M. Cooley (*pro hac vice*)<br>Theresa M Troupson (*pro hac vice*)<br>Summer Benson (*pro hac vice*)<br>Jason Sunshine<br>1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 201-0005 |

3

Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
mcooley@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

3

430069.1

## **CERTIFICATE OF SERVICE**

I, Theresa M Troupson, do hereby certify that I am not less than 18 years of age and that on this 17th day of June 2025, I caused a copy of the foregoing to be served on all counsel of record via email.

Dated: June 17, 2025
       Los Angeles, CA

                                         */s/ Theresa M Troupson*
                                         Theresa M Troupson