**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

July 8, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write in connection with the request for an extension submitted by nonparties Katherine Case and Breanna Butler Koslow. *See* ECF No. 388. Ms. Lively is amenable to necessary extensions in good faith, but notes that any delay in productions may be prejudicial to Ms. Lively's forthcoming deposition on July 17—a date she intends to keep. *See* ECF No. 389-2 at 1. As of this evening, following a meet and confer this afternoon, counsel for Ms. Case and Ms. Koslow have agreed to interim or rolling production(s) prior to July 17, in keeping with their earlier offer. *See* ECF No. 389-2 at 3. With the understanding that all documents that can feasibly be produced in good faith in advance of July 17 will be produced, Ms. Lively does not oppose Ms. Case and Ms. Koslow's request for an extension to July 18 for Ms. Case and Ms. Koslow to produce the remainder of documents.

We further respectfully submit that this is just the latest example of a substantial and recurring pattern of delays in document production by both the Wayfarer Parties and their affiliated third-party witnesses in this case that necessitated the filing of the Joint Motion to Extend the Court's Case Management and Scheduling Order, as filed on July 3, 2025, and which extension of the close of fact discovery to September 30 the Wayfarer Parties do not oppose. *See* ECF Nos. 386, 394.

Respectfully submitted,

s/ *Michael J. Gottlieb*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender

- 2 -

        Willkie Farr & Gallagher
        1875 K Street NW
        Washington, DC 20006
        (202) 303-1000
        mgottlieb@willkie.com
        kbender@willkie.com

        Aaron E. Nathan
        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, NY 10019
        (212) 728-8000
        anathan@willkie.com

        DUNN ISAACSON RHEE LLP
        Meryl C. Governski *(pro hac vice)*
        401 Ninth Street, NW
        Washington, DC 20004
        (202) 240-2900
        mgovernski@dirllp.com

        MANATT, PHELPS & PHILLIPS, LLP
        Esra A. Hudson (*pro hac vice*)
        Stephanie A. Roeser (*pro hac vice*)
        Manatt, Phelps & Phillips LLP
        2049 Century Park East, Suite 1700
        Los Angeles, California 90067
        (310) 312-4000
        ehudson@manatt.com
        sroeser@manatt.com

        *Attorneys for Blake Lively*