UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>     -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>              Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>              Consolidated Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**DECLARATION OF KRISTIN E. BENDER
IN FURTHER SUPPORT OF JOINT MOTION TO AMEND THE COURT'S CASE
MANAGEMENT PLAN AND SCHEDULING ORDER**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Blake Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's reply in further support of the Joint Motion to Amend the Court's Case Management Plan and Scheduling Order. *See* ECF No. 386.

3. A true and correct copy of an email chain ending on July 8, 2025 and starting on July 7, 2025 between counsel for Ms. Lively and the Wayfarer Parties is attached hereto as **Exhibit A**.

4. A true and correct copy of the Application to (1) Compel the Deposition of Defendant Vin Diesel and Sanctions or (2) Alternatively Shorten Time Regarding a Noticed Motion for the Same Relief, publicly filed in *Jonasson v. Diesel, et al.*, No. 23STCV31143 in the Superior Court of the State of California for the County of Los Angeles is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 9, 2025

/s/ *Kristin E. Bender*

WILLKIE FARR & GALLAGHER LLP
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

*Counsel for Blake Lively*