# EXHIBIT A

## Plaintiff Lively's Amended Initial Disclosures

## Filed Under Seal