# EXHIBIT B

Plaintiff/Consolidated Defendant Lively's Responses and Objections to the Wayfarer Parties' First Set of Requests for Production of Documents

Filed Under Seal