# EXHIBIT C

Plaintiff/Consolidated Defendant Lively's Responses and Objections to the Wayfarer Parties' First Set of Interrogatories

Filed Under Seal