# EXHIBIT D

Plaintiff Lively's Responses and Objections to Wayfarer Studios LLC's Fourth Set of Requests for Production of Documents

Filed Under Seal