# EXHIBIT A

Excerpted

| | |
|---|---|
| **From:** | Ellyn Garofalo <egarofalo@lftcllp.com> |
| **Sent:** | Thursday, July 10, 2025 10:32 PM |
| **To:** | Bender, Kristin |
| **Cc:** | Summer Benson; Esra Hudson; Stephanie Roeser; Matthew Bruno; Nathan, Aaron E.; Gottlieb, Michael; Laura Prather; michael.lambert@haynesboone.com; Bryan Freedman; Kim Zeldin; Amir Kaltgrad; Theresa Troupson; Jason Sunshine; Local MS. Counsel; Local KAF. Counsel; Stacey Ashby; Amit Shertzer; mitra@ahouraianlaw.com; Rose Khatchikian; Christina Puello; Cortni Davis; Vaneta Birtha; Jose Perez; Meryl Governski; Connolly, Michaela; Taustine, Melissa; Kristin Tahler; Maaren Shah; Nicholas Inns; Joel Glover |
| **Subject:** | Re: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 |

**\*\*\* EXTERNAL EMAIL \*\*\***

We do not represent these individuals and therefore have no authority to accept service on their behaves.
Sent from my iPhone

On Jul 10, 2025, at 7:07 PM, Bender, Kristin <KBender@willkie.com> wrote:

All,

Please find attached two notices of subpoena.

Additionally, please advise if you represent, will represent, or know who does or will represent any of the following: Cynthia Barnes-Slater, Dervla Mcneice, or Perez Hilton, so that we can save the Court unnecessary motions for alternative service.

Best,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Wednesday, July 9, 2025 9:02 PM
**To:** Summer Benson <sbenson@lftcllp.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Matthew Bruno <mbruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Prather, Laura <laura.prather@haynesboone.com>; 'michael.lambert@haynesboone.com' <michael.lambert@haynesboone.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-