```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BLAKE LIVELY,

                            Plaintiff,

        -v-

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, THE AGENCY
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
STREET RELATIONS INC.,

                            Defendants.

------------------------------------------------------------------X

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, JENNIFER ABEL, STEVE
SAROWITZ,

                            Plaintiffs,

        -v-

BLAKE LIVELY, RYAN REYNOLDS, LESLIE
SLOANE, VISION PR, INC., THE NEW YORK TIMES
COMPANY,

                            Defendants.

------------------------------------------------------------------X

24-cv-10049

ORDER

LEWIS J. LIMAN, United States District Judge:

        The motion for a protective order by Blake Lively ("Lively"), Dkt. Nos. 413, 415, is granted. Dkt. No. 413, 415. Lively will make arrangements for opposing counsel to have a dedicated computer and the ability to print and copy documents in the space chosen by Lively. The Wayfarer Parties shall notify Lively of the identities of the individuals who will attend the deposition by July 15, 2025, at noon.

The Clerk of Court is respectfully directed to close Dkt. Nos. 413 and 415.

SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge