# EXHIBIT A

# James Vituscka

| | |
|---|---|
| **From:** | James Vituscka |
| **Sent:** | Monday, December 23, 2024 10:25 AM |
| **To:** | Melissa N |
| **Cc:** | Bryan Freedman |
| **Subject:** | RE: Adding you both |

Okay great

-----Original Message-----
From: Melissa N <melissa@tagpr.com>
Sent: Monday, December 23, 2024 10:22 AM
To: James Vituscka <james.vituscka@mailonline.com>
Cc: Bryan Freedman <bfreedman@lftcllp.com>
Subject: Adding you both

External Sender~~

James-

Feel free to come for request for comment here.

Thank you,
M