# EXHIBIT A



**Andy Signore** ✓
@andysignore

Yo @YouTubeInsider @TeamYouTube @reneritchie @Google @gmail MULTIPLE Creators got this sketchy looking, broad "Legal Subpoena" from Blake Lively about their google account... your own support & AI overview give CONFLICTING reports... Can someone help confirm this ASAP?



**Subpoena Notice from Google (Internal Ref. No. 100884180)**  Inbox ×

✦ Summarize this email

  google-legal-support@google.com    4:56 PM (2 hours ago)
to lis-noreply ▾

from: google-legal-support@google.com
to: lis-noreply@google.com
date: Jul 10, 2025, 4:56 PM
subject: Subpoena Notice from Google (Internal Ref. No. 100884180)
mailed-by: cases-outbound-prod.bounces.google.com
signed-by: google.com
security: 🔒 Standard encryption (TLS) Learn more
》: Important according to Google magic.



Hello,

Google has received a subpoena for information related to your Google account in a case entitled *Blake Lively, et al. v. Wayfarer Studios LLC, et al.*, United States District Court for the Southern District of New York, 1:24-cv-10049-LJL; 1:25-cv-00449-LJL.

**This email serves as notice to you that Google may produce information related to your Google account in response to this subpoena unless you email a stamped copy of a motion to quash to google-legal-support@google.com by 10 a.m. Pacific Time on July 31, 2025.**

To make sure that we receive a copy of what you filed with the court, please attach it in reply to this email. Please also include in your reply our Google Internal Reference No. 100884180.

Google, however, cannot give you legal advice about this matter or advise you on what to do here. If you have questions about the subpoena, you can contact an attorney or contact the party or the lawyer who served the subpoena on Google at:

Esra Hudson

Manatt Phelps & Phillips, LLP




Regards,

Google Legal Investigations Support
Google Internal Ref. No. 100884180

 You received this announcement to update you about important information in regards to your Google account.
© 2019 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA