# EXHIBIT C













actor who um named Brett McDow um was actually um he was a standin on Deadpool



