# EXHIBIT B

 Outlook

**Re: Google Subpoena – Notice of Likely Relevance to Proposed Intervenor in Lively v. Wayfarer**

From   Brett McDowell <legal@redriver-rebellion.ca>
Date   Fri 2025-07-11 1:29 PM
To        EHudson@manatt.com <EHudson@manatt.com>

**Date:** July 11, 2025

Dear Ms. Hudson,

I am writing regarding a subpoena allegedly issued by your office to Google, as referenced in emails received by multiple content creators pursuant to Google's July 10, 2025 notice (Internal Ref. No. 100884180), in connection with *Blake Lively v. Wayfarer Studios LLC*, et al., Case Nos. 1:24-cv-10049-LJL / 1:25-cv-00449-LJL (S.D.N.Y.).

Although I am not the account holder whose records are being sought, I believe I am a subject of interest in the subpoenaed materials. This is based on the fact that certain individuals and media entities reportedly under subpoena—including those potentially linked to this Google request—have publicly discussed me and my legal disclosures regarding alleged retaliatory conduct involving Mr. Reynolds and Ms. Lively.

I am a proposed intervenor in this litigation and have submitted a Rule 24 motion that is currently under review by the Court. My filings concern reputational harm, character misappropriation (e.g., "Dogpool" and "Nicepool"), and retaliatory media conduct. These issues are closely tied to broader patterns of anti-Indigenous erasure and symbolic targeting, particularly relating to my identity as a citizen of the Red River Métis Nation. Based on public commentary and known content from subpoena recipients, I have reason to believe the subpoenaed materials may overlap directly with these matters and include references to me or my disclosures.

To ensure factual accuracy and judicial efficiency, and to avoid speculative motion practice, I respectfully request:

1. A copy of the subpoena served on Google, including any definitions, scope, or limiting language;

2. Confirmation as to whether the subpoenaed material may reasonably include references to me or my publicly disclosed legal submissions;

3. An opportunity to seek protective measures if necessary prior to Google's stated production deadline of July 31, 2025.

*I respectfully request a response forthwith so I may take any necessary legal steps prior to Google's stated production deadline. I will also be submitting a notice to the Honorable Judge Liman relating to this matter forthwith, in order to preserve both my rights and the integrity of the discovery process.*

Nothing in this letter shall be construed as consent to the release or use of any information concerning me. I expressly reserve all rights with respect to privacy, confidentiality, and protective treatment of my name, likeness, and legal records.

Thank you for your time and attention. I look forward to your response.



Sincerely,

**Brett Douglas McDowell**



**Brett Douglas McDowell**
c/o Red River Rebellion Ltée
1460 Chevrier Blvd #200,
Winnipeg, MB R3T 1Y6

legal@redriver-rebellion.ca
+12042025904