```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BLAKE LIVELY,                                                    :
                                                                 :
                        Plaintiff,                               :   24-cv-10049
                                                                 :
        -v-                                                      :   ORDER
                                                                 :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                        :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                         :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                        :
STREET RELATIONS INC.,                                           :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :
JAMEY HEATH, IT ENDS WITH US MOVIE LLC,                          :
MELISSA NATHAN, JENNIFER ABEL, STEVE                             :
SAROWITZ,                                                        :
                                                                 :
                        Plaintiffs,                              :
                                                                 :
        -v-                                                      :
                                                                 :
BLAKE LIVELY, RYAN REYNOLDS, LESLIE                              :
SLOANE, VISION PR, INC., THE NEW YORK TIMES                      :
COMPANY,                                                         :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

This order memorializes the orders issued at the conference held on July 15, 2025.

The Case Management Plan and Scheduling Order at Dkt. No. 58 is amended as follows:

All party document production in response to requests currently outstanding as of the date of this Order shall be completed by July 25, 2025. Motions to compel regarding such production shall be filed by no later than August 1, 2025, with responses by August 5, 2025.

The date for completion of all document discovery, including production by non-parties pursuant to subpoena and responses to requests not yet issued, is extended to August 15, 2025. Motions to compel regarding production by non-parties and responses to requests not yet issued shall be filed by no later than August 22, 2025, with responses by August 26, 2025.

Depositions shall be completed by September 30, 2025. All fact discovery shall be completed by September 30, 2025.

Nothing in this Order shall be construed to relieve the parties of the requirement under the Federal Rules of Civil Procedure and the Court's Individual Practices to attempt to meet and confer, nor shall it be construed to prevent a party from moving at an earlier date to compel following an attempt to meet and confer.

SO ORDERED.

Dated: July 15, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge