UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brett Douglas McDowell,<br><br>                    Movant,<br><br>v.<br><br>Lively v. Wayfarer Studios LLC, et al., | Case No. 1:24-cv-10049 |

**NOTICE OF CLARIFICATION AND PERSONAL CIRCUMSTANCES AFFECTING FILINGS**

To the Clerk of the Court and All Interested Parties:

I respectfully submit this notice to clarify the record and provide important context regarding a subpoena to Google and recent delays in my filings.

First, I wish to correct a factual point: the subpoena to Google that is the subject of my July 11, 2025 letter (referenced internally by Google as No. 100884180) was issued by counsel for Ms. Blake Lively, not by the Wayfarer Parties. I apologize for any confusion my prior filings or language may have caused on this point. My intent was to ensure transparency and seek protective relief as a proposed intervenor whose disclosures and identity may be implicated in the materials sought.

Second, I would like to place on the record that my ability to file and respond to court matters has been significantly affected by continuing hazardous air quality in Manitoba and the ongoing failure of the HVAC system in my workspace. These conditions have impacted both my physical health and my capacity to work efficiently. I appreciate the Court's understanding on this matter.

Finally, I respectfully note that proceeding pro se has been difficult. This is not a position I ever sought, and navigating complex legal processes without counsel has been overwhelming at times. I am doing my best under ongoing logistical and emotional strain and remain committed to engaging with the Court and the parties in good faith.

Respectfully submitted,

**Brett Douglas McDowell (pro se)**
/s/ Brett Douglas McDowell
legal@redriver-rebellion.ca
+1 (204) 202-5904
Winnipeg, Manitoba
Proposed Intervenor
Dated: July 11, 2025