```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
BLAKE LIVELY,                                                       :
                                                                    :
                              Plaintiff,                            :
                                                                    :          24-cv-10049 (LJL)
        -v-                                                         :
                                                                    :              ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                               :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                           :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                            :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                           :
STREET RELATIONS INC.,                                              :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/16/2025

LEWIS J. LIMAN, United States District Judge:

The Clerk's Office has notified the Court that it has received a revised motion from the anonymous owner of a certain Youtube account to quash a subpoena issued to Google seeking information regarding that Youtube account. *See* Dkt. No. 428. The movant offers, in effect, to provide the identity of the movant to the Court but not the litigants or the public. This does not comply with the Court's previous order, and the Court will not entertain the motion. *See id*. The purpose of the identification requirement is not only for the Court to know who is seeking relief, but for the public and opposing parties to have this knowledge. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008) ("The people have a right to know who is using their courts." (citation omitted)).

Accordingly, as previously stated, the Court will not entertain the motion to quash unless it is either de-anonymized or accompanied by a motion requesting leave to proceed anonymously in this Court and explaining why the movant's interest in anonymity outweighs the public

interest in disclosure and any prejudice to the opposing party. *See id*.

The Clerk's Office is directed to respond to the anonymous email with a copy of this Order.

SO ORDERED.

Dated: July 17, 2025
      New York, New York

                                                LEWIS J. LIMAN
                                       United States District Judge