UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
:
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS INC., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order resolves the motions to seal or preliminarily seal at Dkt. Nos. 298, 329, 342, 343, 349, and 375.

Lively's motion at Dkt. No. 298 seeks to preliminarily seal Exhibits A and B to her opposition to Wallace and Street Relations' motion for a stay, which are documents produced by Wallace in discovery and designated confidential. Dkt. No. 300. Wallace has moved for continued redaction only of his personal phone number, Dkt. No. 343, and has filed a version of Dkt. No. 300-2 with that limited redaction at Dkt. No. 347. The motion to seal is granted as to Wallace's personal phone number. The Court will unseal Dkt. No. 300-1, which does not contain Wallace's personal phone number.

Lively's motion at Dkt. No. 329 seeks to preliminarily seal Exhibit A to Lively's motion for alternative service, which was designated confidential by the Wayfarer Parties. Dkt. No. 332. Such a preliminary motion is intended to give the producing party one week to move for sealing of documents that party has designated as confidential. The Court's individual practices state

that "[f]ailure by the Producing Party to file a letter within one week will constitute grounds for unsealing." Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Appendix A Rule 4.b. The motion was filed on June 13, 2025, and the Wayfarer Parties do not appear to have moved for continued sealing. However, this Exhibit contains names and contact information of numerous third-party individuals and is identical to a document the Wayfarer Parties have moved to seal at Dkt. No. 349. The Wayfarer Parties are directed to inform the Court by July 24, 2025, whether they move for continued sealing of Dkt. No. 332-1.

Lively's motion at Dkt. No. 342 and 344 seeks to preliminarily seal Exhibits 1–6 to a supplemental letter at Dkt. No. 345 advising the Court as to the status of the motion to compel at Dkt. No. 295. The Exhibits are supplemental interrogatory responses produced by the Wayfarer Parties. Dkt. Nos. 344-1–344-6. The motion was filed on June 16, 2025, and the Wayfarer Parties have not moved for continued sealing. The Court will unseal Dkt. Nos. 344-1–344-6.

The Wayfarer Parties' motion at Dkt. No. 349 seeks to preliminary seal Exhibits B and C to an opposition letter at Dkt. No. 350, which were designated confidential by Lively, and to permanently redact personally identifying information of third parties in Exhibit E to the same letter, Dkt. No. 352-5, and portions of the letter referencing the same. Lively has moved to continue sealing of Exhibit C in order to protect the personally identifying information of third parties. Dkt. No. 375. The motion to continue sealing of Exhibit C and E in order to protect personally identifying information of third parties is granted. The Court will unseal Dkt. No. 350-3, which Lively has not moved to maintain under seal.

The motions to seal at Dkt. Nos. 343, 349, and 375 are GRANTED.

The Wayfarer Parties are directed to inform the Court by July 24, 2025, whether they move for continued sealing of Dkt. No. 332-1.

      The Clerk of Court is respectfully directed to unseal Dkt. Nos. 300-1, 344-1–344-6, and 350-3. The Clerk of Court is respectfully directed to close Dkt. Nos. 298, 342, 343, 349, and 375.

      SO ORDERED.

Dated: July 17, 2025
       New York, New York

                                    LEWIS J. LIMAN
                                United States District Judge