# EXHIBIT A

 Outlook

## Re: Privacy Objection and Request for Delay – Reference No. 100884180 – Lively v. Wayfarer Studios LLC

**From** internationalcivil@google.com <internationalcivil@google.com>

**Date** Mon 2025-07-14 5:28 PM

**To** Brett McDowell <legal@redriver-rebellion.ca>

Hello,

Google may produce information related to your Google account in response to this subpoena unless you email a file-stamped copy of a motion to quash to google-legal-support@google.com by 10 a.m. Pacific Time on July 31, 2025.

To the extent you object to the subpoena, you should seek relief from the court directly. We require a file-stamped objection or Motion to Quash because we need verification that this document has been filed in a court of law and is awaiting judicial review. Google is not in a position to provide you with legal advice. If you have other questions regarding the notice, we encourage you to contact your attorney.

Regards,
Legal Investigations Support
Google LLC