UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>   -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

| |
|---|
| JENNIFER ABEL,<br><br>      Third-Party Plaintiff,<br><br>   -v-<br><br>JONESWORKS LLC,<br><br>      Third-Party Defendant. |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>      Consolidated Defendants. |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S MOTION FOR LEAVE TO SERVE THIRD PARTY CYNTHIA BARNES SLATER BY ALTERNATIVE SERVICE**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Blake Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's Motion for Leave to Serve Third-Party Cynthia Barnes Slater by Alternative Service.

3. I have no reason to believe that Ms. Barnes Slater has retained counsel in connection with this action that could accept service on behalf of Ms. Barnes Slater. On June 19, 2025, I sent counsel for the Wayfarer Parties the notice of intent to service Ms. Barnes Slater's subpoena, and no acceptance of service was provided in response. I additionally emailed counsel for the Wayfarer Parties on July 10, 2025, and was informed that they do not represent Ms. Barnes Slater and could not accept service. *See* ECF No. 410-1 at 2.

4. I also submit this declaration to place before the Court a true and correct copy of the following document.

5. A true and correct copy of private process server Nick Shows's Affidavit of Due Diligence, dated July 7, 2025 is attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Dated: July 18, 2025 | /s/ *Kristin E. Bender* |
| | WILLKIE FARR & GALLAGHER LLP |
| | Kristin E. Bender |
| | 1875 K Street NW |
| | Washington, DC 20006 |
| | (202) 303-1000 |
| | kbender@willkie.com |
| | |
| | *Counsel for Blake Lively* |