# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Blake Lively, et al.*
                    *Plaintiff(s)*

                                      VS.            *Case No: 1:24-cv-10049; 1:25-cv-00449*

*Wayfarer Studios LLC, et al.*
                      *Defendant(s)*

## AFFIDAVIT OF DUE DILIGENCE

*I, **Nick Shows**, a Private Process Server, having been duly authorized to make service of the Subpoena Duces Tecum with Attachment A, in the above entitled case, hereby depose and say:*

*That I am over the age of eighteen years and not a party to or otherwise interested in this matter.*

*That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Cynthia Barnes Slater with the above named process.*

*That on June 20, 2025 at 6:32 PM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, I knocked on the door and rang the doorbell for several minutes, however, I did not receive an answer at this time.*

*That on June 21, 2025 at 9:27 AM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, again, I knocked on the door and rang the doorbell for several minutes, however, I did not receive an answer. In addition, I noted that the blinds were completely closed inside.*

*That on June 23, 2025 at 7:28 PM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, as before, I did not receive an answer at the door after knocking on the door and ringing the doorbell for several minutes. In addition, I noticed that there was a UPS package on the doorstep addressed to a "Stephanie Goral". Accordingly, I spoke with a next-door neighbor who stated that she did not recognize Cynthia Barnes Slater's name, and was unsure if she resided therein.*

*That on June 24, 2025 at 5:18 PM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, there was no change to the address as the blinds were still closed and the package for Stephanie Goral was still on the doorstep. Accordingly, I knocked on the door and rang the doorbell for several minutes, but I did not receive an answer at this time.*

*That on June 25, 2025 at 8:13 PM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, I did not observe any change to the residence, and I could not summon anyone to the door after knocking and ringing the doorbell for several minutes.*

*That on June 27, 2025 at 8:02 AM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, as before, although I knocked on the door and rang the doorbell for several minutes, I did not receive an answer at the door. Accordingly, I tried speaking with the same neighbor I spoke with on June 23rd, however I did not receive an answer there, either.*

*That on June 30, 2025 at 3:13 PM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, again, I did not receive an answer at the door after knocking and ringing the doorbell for several minutes. In addition, I received no answer at a neighbor's residence as well.*

*That on June 30, 2025 at 6:21 PM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, still, I was unable to summon anyone to the door after knocking and ringing the doorbell for several minutes. In addition, I received no answer at a neighbor's residence.*

*That on July 1, 2025 at 4:50 PM, I attempted to serve Cynthia Barnes Slater at 518 South Indian Hill Boulevard, Apartment 106, Claremont, California 91711. On this occasion, I was able to gain entry in to the parking lot after waiting thirty minutes, and I waited outside of the entrance of Apartment 106, but I did not observe Cynthia Barnes Slater coming or going from the apartment at this time, based on photos provided of Ms. Slater by my client. Accordingly, at 5:30 PM I knocked on the door of Apartment 106, but I did not receive an answer there. I returned back to my vehicle to continue watching the pathway to Apartment 106, but Ms. Slater was not seen there at this time. I returned to knock on the door of Apartment 106, but again, I did not receive an answer there. I also walked around the unit to her backyard gate, however the blinds inside were completely closed, and there were no lights on inside. I departed from the premises at this time.*

*Executed on 07/07/2025*

*Nick Shows*

*Client Ref Number:*
*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*  *Job #0364524*