UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　Plaintiff,<br><br>　　　-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

JENNIFER ABEL,

　　　　　　　Third-Party Plaintiff,

　　　-v-

JONESWORKS LLC,

　　　　　　　Third-Party Defendant.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,

　　　　　　　Consolidated Plaintiffs,

-v-

BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.

　　　　　　　Consolidated Defendants.

## DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S MOTION FOR LEAVE TO SERVE THIRD PARTY DERVLA MCNEICE BY ALTERNATIVE SERVICE

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Blake Lively in the above-captioned action.

2.      I respectfully submit this declaration in support of Ms. Lively's Motion for Leave to Serve Third-Party Dervla Mcneice by Alternative Service.

3.      I have no reason to believe that Ms. Mcneice has retained counsel in connection with this action that could accept service on behalf of Ms. Mcneice. On June 19, 2025, I sent counsel for the Wayfarer Parties the notice of intent to service Ms. Mcneice's subpoena, and on July 10, 2025, I emailed counsel for Katherine Case and Breanna Butler Koslow (former and current TAG employees represented in connection with this case) and no acceptance of service was provided in response. I additionally emailed counsel for the Wayfarer Parties on July 10, 2025, and was informed that they do not represent Ms. Mcneice and could not accept service. *See* ECF No. 410-1 at 2.

4.      In researching appropriate means of alternative service for Ms. Mcneice, my team identified the email address dervmcneice@gmail.com publicly available at the website about.me/dervla.

5.      I also submit this declaration to place before the Court true and correct copies of the following documents.

6.      A true and correct copy of JW0002209, dated January 8, 2024, is attached hereto as **Exhibit A.**

7. A true and correct copy of private process server Bonita Haller's Affidavit of Due Diligence, dated July 3, 2025 is attached hereto as **Exhibit B**.

8. A true and correct copy of private process server Erick Salas's Affidavit of Due Diligence, dated July 3, 2025 is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 18, 2025

/s/ *Kristin E. Bender*

WILLKIE FARR & GALLAGHER LLP
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com