# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively, et al.**
             *Plaintiff(s)*

                                        VS.        Case No: 1:24-cv-10049; 1:25-cv-00449

**Wayfarer Studios LLC, et al.**
             *Defendant(s)*

## AFFIDAVIT OF DUE DILIGENCE

I, Erick Salas, a Private Process Server, having been duly authorized to make service of the Subpoena Duces Tecum with Attachment A, in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Dervia Mcneice with the above named process.

That on June 30, 2025 at 6:24 PM, I attempted to serve Dervia Mcneice at 232 South Reeves Drive, Apartment 105, Beverly Hills, California 90212. On this occasion, I conducted surveillance of Apartment 105, but I did not observe any activity at this time. At 8:04 PM, I spoke with a neighbor named Kevin who resides in Apartment 108, who stated that he has only been living in that building for two months, and that Dervia Mcneice did not sound familiar. I also showed Kevin a picture of Dervia Mcneice provided by my client, and he stated that she did not look familiar to him. Kevin further stated that he knows his neighbors by their faces since they do not socialize often, and that he usually sees a few other residents coming and going from that unit, but reiterated that he has never seen anyone who looks like Dervia Mcneice there. At 8:24 PM, I knocked on the door of Apartment 105, but I did not receive an answer at this time, although I could hear dogs barking inside. I departed at 8:48 PM.

That on July 1, 2025 at 4:22 PM, I attempted to serve Dervia Mcneice at 32 South Reeves Drive, Apartment 105, Beverly Hills, California 90212. On this occasion, I started surveillance outside of Apartment 105, but I did not observe any activity until 5:35 PM, when a neighbor named Deborah came out of Apartment 103. Accordingly, I spoke with Deborah and advised her that I was looking for a friend, but I was not sure which unit she was in. Deborah stated that Dervia Mcneice's name was not familiar, but I showed her a picture of Dervia, and Deborah stated that she may have seen her at Apartment 105 before. Deborah stated that she did not see Dervia Mcneice at Apartment 105 everyday, but she would come by sporadically, and that she has not seen her for a while. At 6:00 PM, I knocked on the door of Apartment 105, but I did not receive an answer at the door after knocking for several minutes.

That on July 02, 2025 at 6:33 PM, I attempted to serve Dervia Mcneice at 232 South Reeves Drive, Apartment 105, Beverly Hills, California 90212. On this occasion, again, I knocked on the door of Apartment 105, but I did not receive an answer at the door after knocking for several minutes. Accordingly, I spoke with a neighbor named Vince who resides in Apartment 107, and Vince advised that he could not recall if Dervia Mcneice resides therein. Vince could not provide me with any additional information. At 6:47 PM, I departed the premises.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 07/03/2025



*Erick Salas*

*Client Ref Number:*
*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050* *Job #0364531*