# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

July 18, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

      On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit 1 to the Declaration of Stephanie A. Roeser in support of Plaintiff Blake Lively's letter motion to compel Defendant The Agency Group PR LLC' ("TAG") to de-designate as confidential and Attorneys' Eyes Only ("AEO") TAG's June 25, 2025 Second Supplemental Responses and Objections to Ms. Lively's First Set of Interrogatories, filed contemporaneously herewith. Exhibit 1 consists of TAG's Second Supplemental Interrogatory Responses, which TAG designated as AEO. In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and TAG may file a motion for continued sealing if it so chooses.

      Respectfully submitted,

      /s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac* vice) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac v*ice) |
| 1875 K Street NW | 2049 Century Park East, Suite 1700 |
| Washington, DC 20006 | Los Angeles, CA 90067 |
| (202) 303-1000 | (310) 312-4000 |
| E-mail: mgottlieb@willkie.com | ehudson@manatt.com |
| kbender@willkie.com | sroeser@manatt.com |
| | |
| Aaron Nathan | Matthew F. Bruno |
| Willkie Farr & Gallagher LLP | 7 Times Sq. |
| 787 7th Avenue New York, NY 10019 | New York, NY 10036 |
| (212) 728-8000 | (212) 790-4500 |
| E-mail: anathan@willkie.com | mbruno@manatt.com |

# manatt

<b>Esra A. Hudson</b><br>
Manatt, Phelps & Phillips, LLP<br>
Direct Dial: 310-312-4381<br>
ehudson@manatt.com

DUNN ISAACSON RHEE LLP          *Attorneys for Blake Lively*
Meryl C. Governski
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
E-mail: mgovernski@dirllp.com