USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
:
BLAKE LIVELY, :
:
Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS INC., :
:
Defendants. :
:
--------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

The Court construes the filing at Dkt. No. 445 as a motion to quash and construes pages 8–18 of the filing as Movant's memorandum in support of the motion. Responses shall be filed by July 28, 2025.

As a clarification to the order at Dkt. No. 432, the Court will entertain a motion to quash by a pro se party if it is "*either* de-anonymized *or* accompanied by a motion requesting leave to proceed anonymously in this Court." Dkt. No. 432 (emphasis added). Accordingly, a pro se party wishing to file a motion to quash has two options:

1) File the motion in the party's own name.

2) File the motion to quash anonymously, for example by using the pseudonym "John Doe." Along with the motion to quash, file a separate motion requesting leave to proceed anonymously.

SO ORDERED.

Dated: July 21, 2025
       New York, New York

_____
       LEWIS J. LIMAN
     United States District Judge