```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLAKE LIVELY,                                                     :
:
Plaintiff,                                                        :
:                    24-cv-10049 (LJL)
-v-                                                               :
:                    ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                             :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                         :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                          :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                         :
STREET RELATIONS INC.,                                            :
:
Defendants.                                                       :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's motions for alternative service at Dkt. Nos. 438 and 442 are denied as moot based on the representations by Defendant's counsel at Dkt. Nos. 452 and 453 that it has accepted service for the relevant parties.

      SO ORDERED.

Dated: July 21, 2025
      New York, New York

                                                  LEWIS J. LIMAN
                                            United States District Judge