**United States District Court**
**Southern District of New York**

**July 20, 2025**

**Lively v Wayfarer**
**Case No. 1:24-cv-10049**

**Re: REQUEST TO HOLD MOTION TO QUASH FILED ON JULY 18, 2025, DKT No. 445 IN ABEYANCE UNTIL JULY 30, 2025 IF THE COURT DOES NOT INTEND TO GRANT**

Dear Judge Liman,

      Non-party Pro Se YouTube channel @kassidyoc respectfully requests this Court that if it does not intend to grant the Motion to Quash, that it hold in abeyance dkt 445 Motion to Quash filed on July 18, 2025 until July 30, 2025 to provide time for necessary arrangements currently underway. If the Court refuses to hold it in abeyance until July 30, 2025, alternatively, please withdraw it.

      The deadline for a response to this subpoena is currently set at July 31, 2025 so this request falls one day less than the allotted time and therefore will not interfere with the court's schedule.

RELIEF REQUESTED

WHEREFORE, @kassidyoc respectfully requests that this Court:

1. Grant the Motion to Quash
2. If the Court does not intend to grant the Motion to Quash, I request the court alternatively stay enforcement of the subpoena until July 30, 2025.
3. If the court refuses either of these two options please withdraw the Motion to be refiled at a later date.

Respectfully submitted,



Ni Cai
Manager, Kassidy O'Connell, LLC,
Owner of YouTube channel @kassidyoc