```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
BLAKE LIVELY,                                                        :
:
                        Plaintiff,  :
:        24-cv-10049 (LJL)
      -v-                                                         :
:        ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,           :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH   :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY    :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,   :
STREET RELATIONS INC.,                                              :
:
                  Defendants.                                      :
:
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

       Plaintiff Blake Lively moves to compel The Agency Group PR LLC ("TAG") to de-designate as confidential and Attorney's Eyes Only ("AEO") TAG's Second Supplemental Responses and Objections to Lively's First Set of Interrogatories. Dkt. No. 449. The Agency Group PR LLC takes the position: "TAG does not oppose the Motion and agrees to remove the confidentiality and AEO designations from its Interrogatory Responses." Dkt. No. 460 at 3. Accordingly, the confidential and AEO designations are ordered to be removed from the Interrogatory Responses. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 449.

       SO ORDERED.

Dated: July 22, 2025
       New York, New York
                                                                 LEWIS J. LIMAN
                                                                 United States District Judge