UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                          Plaintiff,<br>  v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>                        Defendants. | No. 1:24-cv-10049-LJL (Lead Case)<br>(Consolidated with 1:25-cv—00449-LJL)<br>[re. 1:25-cv-00779-LJL] |
| WAYFERER STUDIOS LLC, *et al.*,<br><br>                        Plaintiffs,<br>  v.<br><br>BLAKE LIVELY, *et al.*,<br><br>                        Defendants. | |

**MOTION FOR ORDER
ADMITTING
JONATHAN LEE BORSUK
*PRO HAC VICE*__**

     Pursuant, *inter alia*, to rule 1.3(i) of the United States District Courts for the Southern and Eastern Districts of New York, Jonathan Lee Borsuk ("Borsuk") hereby respectfully moves the above–entitled Court for an Order admitting Borsuk to practice *pro hac vice* to appear as attorney and counsel for nonparty James Vituscka in the above–captioned matter.

     Borsuk is a member in good standing of the bar of the State of California; Borsuk has never been convicted of a felony; Borsuk has never been censured, suspended, disbarred, or denied admission or readmission by any court; there are no disciplinary proceedings presently against Borsuk. The certificate and the affidavit of Borsuk, in the form of a declaration made under penalty

of perjury as authorized by 28 U.S.C. § 1746, are attached hereto as required by rule 1.3(k) of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: July 22, 2025

                                        Respectfully submitted,

                                        Jonathan Lee Borsuk

**JONATHAN LEE BORSUK PC**
Jonathan Lee Borsuk, Esq.
222 North Canon Drive
Suite 203
Beverly Hills, California 90210
Phone: (424) 293-8100
Direct Phone: (917) 362-7561
Facsimile: (917) 725-9676
Email: jonathan@jlborsuk.com

## **DECLARATION OF JONATHAN LEE BORSUK**

Pursuant to 28 U.S.C. § 1746, I, Jonathan Lee Borsuk, declare under penalty of perjury, as follows:

1. I am over the age of eighteen (18) years. I am an attorney admitted to practice law in California and the president of the California law firm Jonathan Lee Borsuk PC.

2. I am a member in good standing of the bar of the State of California. Attached hereto is a certificate from the California Supreme Court so stating, dated less than thirty days before the date hereof.

3. I have never been convicted of a felony; I has never been censured, suspended, disbarred, or denied admission or readmission by any court; there are no disciplinary proceedings presently against me.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2025
Los Angeles, California

_____
**JONATHAN LEE BORSUK**



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JONATHAN LEE BORSUK*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Jonathan Lee Borsuk #343202, was on the 18th day of March 2022, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 21st day of July 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Michael Hallisy, Deputy Clerk