UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                       Plaintiff,<br>   v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>                      Defendants.<br><br>WAYFERER STUDIOS LLC, *et al.*,<br><br>                     Plaintiffs,<br>   v.<br><br>BLAKE LIVELY, *et al.*,<br><br>                      Defendants. | No. 1:24-cv-10049-LJL (Lead Case)<br>(Consolidated with 1:25-cv—00449-LJL)<br>[re. 1:25-cv-00779-LJL] |

### [PROPOSED] ORDER ADMITTING
### JONATHAN LEE BORSUK
### *PRO HAC VICE*

The motion of Jonathan Lee Borsuk ("Borsuk"), for admission to practice *pro hac vice* in the above–captioned matter, is GRANTED.

IT IS SO ORDERED this \_\_ day of _____, 2025.

_____
UNITED STATES DISTRICT
COURT JUDGE