UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE***<br>**OF SARAH E. MOSES** |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>　　　　　Plaintiffs,<br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>　　　　　Defendants. | |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Rule 1.3"), Sarah E. Moses of Manatt, Phelps & Phillips, LLP respectfully moves this Court for an order for admission to appear *Pro Hac Vice* as counsel for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

　　　　As detailed in the Declaration of Sarah E. Moses submitted contemporaneously herewith,

I am in good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein.

                                                  Respectfully submitted,

July 22, 2025                        By: /s/ *Sarah E. Moses*
                                              Sarah E. Moses
                                              MANATT, PHELPS & PHILLIPS, LLP
                                              2049 Century Park East, Suite 1700
                                              Los Angeles, CA 90067
                                              SMoses@manatt.com
                                              Telephone: (310) 312-4128