UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>　　　　Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>　　　　Plaintiffs,<br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>　　　　Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br>**DECLARATION OF SARAH E. MOSES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Sarah E. Moses, pursuant to Local Rule 1.3, declare as follows:

　　1.　　I am an attorney licensed to practice law in California and am a partner at the law firm of Manatt, Phelps & Phillips, LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of my motion for admission *pro hac vice* in the United States District Court for the Southern District of New York, for the purposes of appearing as counsel for Plaintiff Blake Lively in connection with the above-captioned matter.

3. As shown in the Certificate of Good Standing filed herewith, I am a member in good standing of the bar of the State of California (Bar No. 291491).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. In addition, I have not been subject to discipline by any court or administrative body and no such disciplinary proceedings are pending against me.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 22nd day of July 2025.

Respectfully submitted,

July 22, 2025    By: /s/ *Sarah E. Moses*
　　　　　　　　　　Sarah E. Moses
　　　　　　　　　　MANATT, PHELPS & PHILLIPS, LLP
　　　　　　　　　　2049 Century Park East, Suite 1700
　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　SMoses@manatt.com
　　　　　　　　　　Telephone: (310) 312-4128

-2-