UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Plaintiffs,<br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>      Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH E. MOSES** |

      The motion of Sarah E. Moses ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Sarah E. Moses |
| Firm Name: | Manatt, Phelps & Phillips, LLP |
| Address: | 2049 Century Park East, Suite 1700 |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone: | (310) 312-4128 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Blake Lively in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Honorable Lewis J. Liman