UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br> v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>      Defendants.<br><br>WAYFERER STUDIOS LLC, *et al.*,<br><br>      Plaintiffs,<br> v.<br><br>BLAKE LIVELY, *et al.*,<br><br>      Defendants. | No. 1:24-cv-10049-LJL (Lead Case)<br>(Consolidated with 1:25-cv—00449-LJL)<br>[re. 1:25-cv-00779-LJL] |

**MOTION FOR ORDER
ADMITTING
JONATHAN LEE BORSUK
*PRO HAC VICE*__**

  Pursuant, *inter alia*, to rule 1.3(i) of the United States District Courts for the Southern and Eastern Districts of New York, Jonathan Lee Borsuk ("Borsuk") hereby respectfully moves the above–entitled Court for an Order admitting Borsuk to practice *pro hac vice* to appear as attorney and counsel for nonparty James Vituscka in the above–captioned matter.

  Borsuk is a member in good standing of the bar of the State of California; Borsuk has never been convicted of a felony; Borsuk has never been censured, suspended, disbarred, or denied admission or readmission by any court; there are no disciplinary proceedings presently against Borsuk. The certificate and the affidavit of Borsuk, in the form of a declaration made under penalty

2

of perjury as authorized by 28 U.S.C. § 1746, are attached hereto as required by rule 1.3(k) of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: July 22, 2025

                                                Respectfully submitted,

                                                Jonathan Lee Borsuk

**JONATHAN LEE BORSUK PC**
Jonathan Lee Borsuk, Esq.
222 North Canon Drive
Suite 203
Beverly Hills, California 90210
Phone: (424) 293-8100
Direct Phone: (917) 362-7561
Facsimile: (917) 725-9676
Email: jonathan@jlborsuk.com