## **DECLARATION OF JONATHAN LEE BORSUK**

Pursuant to 28 U.S.C. § 1746, I, Jonathan Lee Borsuk, declare under penalty of perjury, as follows:

1. I am over the age of eighteen (18) years. I am an attorney admitted to practice law in California and the president of the California law firm Jonathan Lee Borsuk PC.

2. I am a member in good standing of the bar of the State of California. Attached hereto is a certificate from the California Supreme Court so stating, dated less than thirty days before the date hereof.

3. I have never been convicted of a felony; I has never been censured, suspended, disbarred, or denied admission or readmission by any court; there are no disciplinary proceedings presently against me.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2025
Los Angeles, California

JONATHAN LEE BORSUK