EXHIBIT A

Email Communication from Mario Lavandeira to Counsel for Plaintiff

Date: [Insert Date]

Subject: Subpoena Compliance - Request to Meet and Confer

Dear Counsel,

I am writing to request a meet and confer regarding the subpoena issued to me in the above-captioned matter. I have several questions about the scope and purpose of the subpoena and wish to clarify these matters in good faith.

Please let me know your availability.

Sincerely,

Mario Lavandeira (Perez Hilton)