AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern <u>District of</u> New York

Blake Lively, et al.,
           Plaintiff (s),

V.

Wayfarer Studios LLC, et al.,
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-10049-LJL

Notice is hereby given that, subject to approval by the court, __James Vituscka__ substitutes
                                                                                           (Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Tina Glandian__.
                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Jonathan Lee Borsuk PC (Jonathan Lee Borsuk, admitted pro hac vice at ECF No. 468)
    Address:     222 North Canon Drive, Suite 203, Beverly Hills, California 90210
    Telephone:     (424) 293-8100; (917) 362-7561     Facsimile     (917) 725-9676
    E-Mail (Optional):     jonathan@jlborsuk.com

I consent to the above substitution.
Date:     7/22/25
                                                                          (Signature of Party (s))

I consent to being substituted.
Date:     7/18/2025
                                                                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     July 24, 2025
                                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**