UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BLAKE LIVELY,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :         24-cv-10049 (LJL)
            -v-                                                    :
                                                                   :         ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS INC.,                                             :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Any opposition to the motions to quash at Dkt. No. 472, 473, and 474 shall be filed by August 1, 2025. Movants may then reply by August 5, 2025.

      SO ORDERED.

Dated: July 25, 2025
      New York, New York

                                                 LEWIS J. LIMAN
                                           United States District Judge