Lauren Neidigh
2285 Kingsley Ave Suite A #1104
(904-269-3324)
Non-party Movant in Pro Se

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

      Plaintiff,

  v.

WAYFARER STUDIOS LLC, et al.,

      Defendant.

Case No.: 1:24-cv-10049-LJL

**MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the accompanying Declaration of Lauren Neidigh, dated July 25, 2025, and the exhibits attached thereto, non-party Lauren Neidigh will move this Court, before the Honorable Lewis J. Liman, at the United States District Court for the Southern District of New York, for entry of an order quashing the Subpoena addressed to Google LLC (subpoena reference no. 100884180) on July 3, 2025, served by Esra Hudson of Manatt Phillips & Phelps, LLP on behalf of Plaintiff Blake Lively.

1

Motion to Quash and for Protective Order

     Non-party Lauren Neidigh hereby moves this Court to accept this pro se Motion to Quash pursuant to Federal Rules of Civil Procedure § 45(d)(3) and 45(c)(2), to quash or revoke the subpoena issued to Google LLC seeking personally identifiable information and private data associated with Movant's YouTube account @LethalLauren904, and to enter a protective order under Federal Rule of Civil Procedure § 26(c) barring Plaintiff from further similar abusive discovery without prior court approval.

Dated July 25, 2025

Signature: _____
By: Lauren Neidigh
2285 Kingsley Ave Suite A #1104
(904-269-3324)
LNeidigh2011@gmail.com