

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

July 24, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

> The motion is granted in part and denied in part. Although redaction of a non-party's address is proper, there is no cause for sealing of the entire document. Lively is directed to re-file the document with the address redacted. The Clerk of Court is respectfully directed to seal Dkt. No. 440-1.
>
> Date: 7/25/25
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**Re:** *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
*Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

As counsel for defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court seal Dkt. 440-1, which is an Affidavit of Due Diligence filed in connection with Blake Lively's motion for leave to serve non-party Cynthia Barnes Slater by alternative means (the "Motion"). (Dkt. 438). The document contains a physical address for Ms. Barnes Slater. (Dkt. 440-1). We have accepted service of the subpoena (Dkt. 452) and, in turn, the Motion has been denied as moot. (Dkt. 457). Thus, there is no need for Ms. Barnes Slater's address to remain in the public sphere.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)

*Hon. Lewis J. Liman*
*Page 2*
*July 24, 2025*

Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
      egarofalo@lftcllp.com
      mcooley@lftcllp.com
      ttroupson@lftcllp.com
      sbenson@lftcllp.com
      jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)