

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

<u>Via ECF</u>    July 21, 2025
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

The Clerk of Court is respectfully directed to unseal Dkt. Nos. 451 and 451-1 and close Dkt. No. 448.

Date: 7/25/25

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**Re:** *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
*Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer Abel (collectively, the "Wayfarer Parties"), we write in response to Blake Lively's letter-motion (Dkt. 448) for the preliminary sealing of TAG's Second Supplemental Responses and Objections (the "Interrogatory Responses"). (Dkt. 450-1). TAG does not seek to keep the Interrogatory Responses under seal.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
           kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
           egarofalo@lftcllp.com

13133\1\9685324.v1

Hon. Lewis J. Liman<br>
Page 2

>  mcooley@lftcllp.com
>  ttroupson@lftcllp.com
>  sbenson@lftcllp.com
>  jsunshine@lftcllp.com

> Mitra Ahouraian (*pro hac vice*)
> 2029 Century Park East
> 4th Floor
> Los Angeles, CA 90067
> (310) 376-7878
> Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)