✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Blake Lively, et al.,
             Plaintiff (s),

V.

Wayfarer Studios LLC, et al.,
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-10049-LJL

Notice is hereby given that, subject to approval by the court, __James Vituscka__ substitutes
                                                                     (Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Tina Glandian__.
             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Jonathan Lee Borsuk PC (Jonathan Lee Borsuk, admitted pro hac vice at ECF No. 468)
    Address:          222 North Canon Drive, Suite 203, Beverly Hills, California 90210
    Telephone:      (424) 293-8100; (917) 362-7561    Facsimile  (917) 725-9676
    E-Mail (Optional):  jonathan@jlborsuk.com

I consent to the above substitution.
Date: 7/22/25
                                                        (Signature of Party (s))

I consent to being substituted.
Date: 7/18/2025
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 24, 2025
                                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/25/25
                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**