# Exhibit A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Blake Lively, et al.*
                    *Plaintiff(s)*
                                            VS.        Case No: 1:24-cv-10049; 1:25-cv-00449

*Wayfarer Studios LLC, et al.*
                    *Defendant(s)*

## AFFIDAVIT OF DUE DILIGENCE

I, **Nick Shows**, a Private Process Server, having been duly authorized to make service of the Subpoena Duces Tecum with Attachment A, in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Cynthia Barnes Slater with the above named process.

That on June 20, 2025 at 6:32 PM, I attempted to serve Cynthia Barnes Slater at ▮▮▮▮. On this occasion, I knocked on the door and rang the doorbell for several minutes, however, I did not receive an answer at this time.

That on June 21, 2025 at 9:27 AM, I attempted to serve Cynthia Barnes Slater at ▮▮▮▮. On this occasion, again, I knocked on the door and rang the doorbell for several minutes, however, I did not receive an answer. In addition, I noted that the blinds were completely closed inside.

That on June 23, 2025 at 7:28 PM, I attempted to serve ▮▮▮▮. On this occasion, as before, I did not receive an answer at the door after knocking on the door and ringing the doorbell for several minutes. In addition, I noticed that there was a UPS package on the doorstep addressed to a "Stephanie Goral". Accordingly, I spoke with a next door neighbor who stated that she did not recognize Cynthia Barnes Slater's name, and was unsure if she resided therein.

That on June 24, 2025 at 5:18 PM, I attempted to serve Cynthia Barnes Slater at ▮▮▮▮. On this occasion, there was no change to the address as the blinds were still closed and the package for Stephanie Goral was still on the doorstep. Accordingly, I knocked on the door and rang the doorbell for several minutes, but I did not receive an answer at this time.

That on June 25, 2025 at 8:13 PM, I attempted to serve Cynthia Barnes Slater at ▮▮▮▮. On this occasion, I did not observe any change to the residence, and I could not summon anyone to the door after knocking and ringing the doorbell for several minutes.

That on June 27, 2025 at 8:02 AM, I attempted to serve Cynthia Barnes Slater at ▮▮▮▮. On this occasion, as before, although I knocked on the door and rang the doorbell for several minutes, I did not receive an answer at the door. Accordingly, I tried speaking with the same neighbor I spoke with on June 23rd, however I did not receive an answer there, either.

That on June 30, 2025 at 3:13 PM, I attempted to serve Cynthia Barnes Slater at ▮▮▮▮. On this occasion, again, I did not receive an answer at the door after knocking and ringing the doorbell for several minutes. In addition, I received no answer at a neighbor's residence as well.

That on June 30, 2025 at 6:21 PM, I attempted to serve Cynthia Barnes Slater at █████████████████████████████████. On this occasion, still, I was unable to summon anyone to the door after knocking and ringing the doorbell for several minutes. In addition, I received no answer at a neighbor's residence.

That on July 1, 2025 at 4:50 PM, I attempted to serve Cynthia Barnes Slater at ███████████████████████████████████. On this occasion, I was able to gain entry in to the parking lot after waiting thirty minutes, and I waited outside of the entrance of ██████████, but I did not observe Cynthia Barnes Slater coming or going from the apartment at this time, based on photos provided of Ms. Slater by my client. Accordingly, at 5:30 PM I knocked on the door of ██████████, but I did not receive an answer there. I returned back to my vehicle to continue watching the pathway to ██████████, but Ms. Slater was not seen there at this time. I returned to knock on the door of ██████████, but again, I did not receive an answer there. I also walked around the unit to her backyard gate, however the blinds inside were completely closed, and there were no lights on inside. I departed from the premises at this time.

Executed on 07/07/2025

Nick Shows

Client Ref Number:
Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050  Job #0364524