UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Jones, Jonesworks LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> Jennifer Abel, Melissa Nathan, Justin Baldoni, Wayfarer Studios LLC, and John Does 1-10, <br><br> *Defendants*. | Civ. Action No. 1:25-cv-00779-LJL |
| BLAKE LIVELY, <br><br> Plaintiff, <br><br> v. <br><br> WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL, <br><br> Defendants. | Civ. Action No. 1:24-cv-10049-LJL |
| JENNIFER ABEL, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JONESWORKS LLC, <br><br> Third-Party Defendant | |

**JOINT STIPULATION ON THE USE OF DISCOVERY IN THE *JONES* AND *LIVELY* RELATED ACTIONS**

WHEREAS, Stephanie Jones and Jonesworks LLC (the "Jones Parties") have filed a lawsuit

1

against Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (the "Wayfarer Parties") in *Jones et al. v. Abel et al.*, U.S. District Court for the Southern District of New York (Case No. 1:25-cv-00779-LJL) (the "Jones Action");

WHEREAS, the Wayfarer Parties have filed counterclaims against the Jones Parties in the Jones Action;

WHEREAS, Blake Lively ("Lively") has filed a lawsuit against the Wayfarer Parties, among other Defendants, in *Lively v. Wayfarer Studios LLC et al.*, U.S. District Court for the Southern District of New York (Case No. 1:24-cv-10049-LJL) (the "Lively Action," together with the Jones Action, the "Actions," and each an "Action");

WHEREAS, Jonesworks LLC is a third-party defendant to the Lively Action;

WHEREAS, the Jones Action and Lively Action are related actions before the same Judge;

WHEREAS, the Jones Action and Lively Action share the same discovery schedule and deadlines;

WHEREAS, it may improve efficiency and streamline discovery in both Actions to share discovery materials among the Jones Parties, Wayfarer Parties, and Lively;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Jones Parties, Wayfarer Parties, and Lively, through their undersigned counsel, that

1.  Documents and communications produced in one Action will be deemed produced in both Actions and will be usable by any party for any purpose in both Actions as though it had been produced there; and

2.  Deposition testimony elicited in one Action will be deemed elicited in both Actions and will be usable by any party for any purpose in both cases as though it had been elicited there.

July 25, 2025

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MEISTER SEELIG & FEIN PLLC |
|---|---|
| */s/ Kristin Tahler* | */s/ Kevin Fritz* |
| Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com | Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>(202) 655-3500<br>ms@msf-law.com<br>kaf@msf-law.com |
| Maaren A. Shah<br>Danielle Lazarus<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>daniellelazarus@quinnemanuel.com | LINER FREEDMAN TAITELMAN + COOLEY, LLP<br>Bryan J. Freedman (admitted *pro hac vice*)<br>Miles M. Cooley (admitted *pro hac vice*)<br>Theresa M. Troupson (admitted *pro hac vice*)<br>Summer Benson (admitted *pro hac vice*)<br>Jason Sunshine |
| Nicholas Inns (admitted *pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com | 1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>(310) 201-0005<br>bfreedman@lftcllp.com<br>mcooley@lftcllp.com<br>ttroupson@lftcllp.com<br>sbenson@lftcllp.com<br>jsunshine@lftcllp.com |
| *Attorneys for Plaintiffs Stephanie Jones and Jonesworks, LLC* | AHOURAIAN LAW<br>Mita Ahouraian, Esq. (admitted *pro hac vice*)<br>2029 Century Park East, 4th Floor<br>Los Angeles, CA 90076<br>(310) 376-7878<br>mitra@ahouraianlaw.com |
| | *Attorneys for Defendants Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel* |

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | |
| */s/ Michael Gottlieb* | |
| Michael J. Gottlieb | MANATT, PHELPS & PHILLIPS, LLP |
| Kristin E. Bender | |
| 1875 K Street NW | Esra A. Hudson (admitted pro hac vice) |
| Washington, DC 20006 | |
| (202) 303-1000 | Stephanie A. Roeser (admitted pro hac vice) |
| mgottlieb@willkie.com | |
| kbender@willkie.com | 2049 Century Park East, Suite 1700 |
| | Los Angeles, CA 90067 |
| Aaron E. Nathan | (310) 312-4000 |
| 787 7th Avenue | ehudson@manatt.com |
| New York, NY 10019 | sroeser@manatt.com |
| (212) 728-8000 | |
| anathan@willkie.com | Matthew F. Bruno |
| | 7 Times Sq. |
| DUNN ISAACSON RHEE LLP | New York, NY 10036 |
| Meryl C. Governski (admitted *pro hac vice*) | (212) 790-4500 |
| | mbruno@manatt.com |
| 401 Ninth Street, NW | |
| Washington, DC 20004 | |
| (202) 240-2900 | |
| mgovernski@dirllp.com | |

*Attorneys for Blake Lively*

SO ORDERED.

Date:

_____
HON. LEWIS J. LIMAN
United States District Judge