**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>           Plaintiff,<br><br>       -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>           Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

JENNIFER ABEL,

           Third-Party Plaintiff,

       -v-

JONESWORKS LLC,

           Third-Party Defendant.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,

           Consolidated Plaintiffs,

-v-

BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.

           Consolidated Defendants.

**<u>DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S
MOTION FOR LEAVE TO SERVE THIRD PARTY ROBB SULLIVAN BY
ALTERNATIVE SERVICE</u>**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Blake Lively in the above-captioned action.

2.      I respectfully submit this declaration in support of Ms. Lively's Letter-Motion for Leave to Serve Third-Party Robb Sullivan by Alternative Service.

3.      I have no reason to believe that Mr. Sullivan has retained counsel in connection with this action that could accept service on behalf of Mr. Sullivan.

4.      I also submit this declaration to place before the Court a true and correct copy of the following document.

5.      A true and correct copy of a text chain between Justin Baldoni, Robb Sullivan, and Oona Flaherty produced in discovery by Mr. Baldoni, bearing the Bates Stamp BALDONI_000016418, attached hereto as **Exhibit A**.

6.      A true and correct copy of private process server Richard Meyer's Affidavit of Due Diligence, dated July 17, 2025, redacting the address (in keeping with this Court's order as to another third party at ECF No. 385), attached hereto as **Exhibit B.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2025                          <u>/s/ *Kristin E. Bender*</u>

                                              WILLKIE FARR & GALLAGHER LLP
                                              Kristin E. Bender
                                              1875 K Street NW
                                              Washington, DC 20006
                                              (202) 303-1000
                                              kbender@willkie.com

                                              *Counsel for Blake Lively*