# Exhibit A

THIS DOCUMENT IS A CONFIDENTIAL FILING.  ACCESS IS PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.