# Exhibit B

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Blake Lively, et al.*
     *Plaintiff(s)*

            VS.   Case No: 1:24-cv-10049; 1:25-cv-00449

*Wayfarer Studios LLC, et al.*
     *Defendant(s)*

## AFFIDAVIT OF DUE DILIGENCE

I, **Richard Meyer**, a Private Process Server, having been duly authorized to make service of the Subpoena Duces Tecum with Attachment A, in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Robb Sullivan with the above named process.

That on July 11, 2025 at 05:54 PM, I attempted to serve Robb Sullivan at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. On this occasion, I spoke with a woman named Betty who is described as a Caucasian woman in her eighties, who stated that Robb Sullivan does not reside therein, but he will be there the following day around 5:45 PM. Accordingly, I inquired how she new Robb Sullivan or if she was related to him, however she did not provide that information to me.

That on July 12, 2025 at 1:05 PM, I attempted to serve Robb Sullivan at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. On this occasion, I spoke with Betty again, who stated that Robb was not there yet.

That on July 12, 2025 at 5:45 PM, I attempted to serve Robb Sullivan at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. On this occasion, I received no answer at the door, although I could hear a television on inside. I knocked on the door for several minutes, but I was unable to summon anyone to the door.

That on July 13, 2025 at 1:29 PM, I attempted to serve Robb Sullivan at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. On this occasion, as before, I knocked on the door for several minutes, but I did not receive an answer.

That on July 14, 2025 at 5:51 PM, I attempted to serve Robb Sullivan at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. On this occasion, although I could see a light on inside, I received no answer at the door after knocking for several minutes.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 07/17/2025

*Richard Meyer*

Client Ref Number:
Job #:13704632

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667 0050*

Case 1:24-cv-10049-LJL    Document 495-2    Filed 07/25/25    Page 3 of 3