# manatt

Esra A. Hudson
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

July 27, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 24-cv-10049 (LJL)

Dear Judge Liman:

    Plaintiff Blake Lively writes to update the Court with respect to Ms. Lively's July 26, 2025 letter regarding the Motions to Quash as to specific portions of Ms. Lively's July 3, 2025 document subpoenas to Google, LLC d/b/a YouTube ("Google Subpoena") and X Corp. ("X Subpoena"). Dkt. No. 496.

    For the same reasons set forth in Ms. Lively's July 26, 2025 letter, Ms. Lively has withdrawn the X Subpoena as to "Spiritualshift_" and is informing the Court and parties accordingly per such user's request.

                                Respectfully submitted,

                                /s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br><br>Aaron E. Nathan<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (pro hac vice)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com | MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac* vice)<br>Stephanie A. Roeser (admitted *pro hac v*ice)<br>Sarah E. Moses (admitted *pro hac* vice)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com<br><br>*Attorneys for Blake Lively* |