```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BLAKE LIVELY,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :         24-cv-10049 (LJL)
        -v-                                                        :
                                                                   :              ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS INC.,                                             :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Blake Lively represents that she has withdrawn her subpoenas to Google and X Corp. as to certain accounts which are the subject of the motions to quash at Dkt. Nos. 445, 472, 473, 474, and 483. *See* Dkt. No. 496. Therefore, the motions must be denied as moot to the extent that the seek to quash the subpoenas as to the relevant accounts.

To the extent that the motions also seek relief on behalf of other non-parties or seek sanctions and costs, *see*, *e.g.*, Dkt. No. 472 at 18–19; Dkt. No. 473 at 6; Dkt. No. 484 at 18, the motions are denied. "As a general matter, only recipients of a subpoena have standing to seek a protective order quashing or modifying the subpoena." *City of Almaty, Kazakhstan v. Ablyazov*, 2019 WL 275701, at *2 (S.D.N.Y. Jan. 22, 2019). Movants have not shown any personal interest in whether Google or X produce documents regarding other individuals or accounts. *See Silverstone Holding Grp., LLC v. Zhongtie Dacheng (Zhuhai) Inv. Mgmt. Co.*, 650 F. Supp. 3d 199, 202 (S.D.N.Y. 2023). Especially given that Lively has withdrawn the subpoenas as to Movants, there is no cause for the Court to award sanctions or costs.

The motions to quash are DENIED. The Clerk of Court is respectfully directed to close Dkt. Nos. 445, 472, 473, 474, and 483.

SO ORDERED.

Dated: July 28, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge