Kjersti Flaa<br>
YouTube: @flaawsometalk<br>
<u>kjersti.flaa@gmail.com</u><br>
Mallorca, Spain

July 28, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Lively v. Wayfarer Studios LLC, et al.*, No. 24-cv-10049 (LJL)
    <u>Notice of Withdrawal of Subpoena</u>

Dear Judge Liman:

  Further to the letter dated July 26, 2025 submitted to this Court by counsel for Ms. Lively, please note that Ms. Lively also has withdrawn the "Google Subpoena" referenced therein to the extent it seeks information about me, Kjersti Flaa, and my YouTube channel, @flaawsometalk.  A true and correct copy of the Google Subpoena, which requests my personal and YouTube information at Request for Production No. 1 on page 19 thereof, is attached hereto as Exhibit A. True and correct copies of emails from Ms. Lively's counsel to my attorney and to Google, confirming the withdrawal of the Google Subpoena as to me, are attached hereto as Exhibits B and C, respectively.

  While the letter to Your Honor from Ms. Lively's attorney mentions having "met and conferred" with other content creators "whose account information is the subject of" the Google Subpoena, the letter goes out of its way to note that it limits itself to withdrawing the subpoena only as to those persons specifically identified therein.  Given that express circumscription and the broad scope of and large number of third parties subject to the Google Subpoena, I felt it necessary to write this letter so that a record of Ms. Lively's agreement to withdraw the Google Subpoena as to me appears in the Court's public file.  I thank the Court for its indulgence.

Respectfully,<br><br>
*/s/ Kjersti Flaa*<br><br>
Kjersti Flaa