# Exhibit C

## John M. Genga

| | |
|---|---|
| **From:** | Armani, Sareen <SArmani@manatt.com> |
| **Sent:** | Saturday, July 26, 2025 2:18 PM |
| **To:** | google-legal-support@google.com |
| **Cc:** | Hudson, Esra; Roeser, Stephanie; Moses, Sarah; Climaco, Katelyn; Kristin Bender |
| **Subject:** | Blake Lively, et al. v. Wayfarer Studios LLC, et al. (Internal Ref. No. 100884180) |

Hello:

Please be advised that we are withdrawing our subpoena request as to the username "Flaawsometalk".

Thank you.

Best,
Sareen

**Sareen Armani**
Associate

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4118 **F**
SArmani@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.