Instagram

Log in    Open app

 withoutacrystalball ✓ • Follow



From: "Armani, Sareen"
Date: July 26, 2025 at 9:05:59 PM CDT
To: "google-legal-support@google.com" <google-legal-support@google.com>
Cc: "Hudson, Esra" <█████████████>
"Roeser, Stephanie" <█████████████>
"Moses, Sarah" <█████████████>
"Climaco, Katelyn" <█████████████>
Kristin Bender <█████████████>
Subject: Blake Lively, et al. v. Wayfarer Studios LLC, et al. (Internal Ref. No. 100884180)

Hello:

Please be advised that we are withdrawing our subpoena request as to the username "WithoutACrystalBall".

Thank you.

Best,
Sareen

**After spending over $5,000 on an illegal subpoena - Blake Lively withdraws her subpoena Against me**

       

1,214 likes

withoutacrystalball ✓ Blake Lively is suddenly withdrawing subpoenas against content creators – after her attorneys have been put on notice... more

View all 106 comments

23 hours ago

**Get the full experience**

**Sign up for Instagram**