```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
Plaintiff, :
:   24-cv-10049 (LJL)
-v- :
:   ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS INC., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   Non-party Linet Keshishian has filed a motion to quash a subpoena directed to Google LLC. Dkt. Nos. 499–501. Non-party Jane Doe has filed a motion to quash a subpoena issued to X Corp. for information regarding the X account @swiftiefor3v3r, accompanied by a motion to proceed anonymously. Dkt. Nos. 508–509.

   Any opposition to the motions to quash and to proceed anonymously shall be filed by August 4, 2025. Movants may then reply by no later than August 7, 2025.

   SO ORDERED.

Dated: July 29, 2025                    _____
       New York, New York                         LEWIS J. LIMAN
                                              United States District Judge