```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
BLAKE LIVELY,                                                        :
                                                                     :
                    Plaintiff,                                       :
                                                                     :           24-cv-10049 (LJL)
       -v-                                                           :
                                                                     :                ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                                :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                            :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                             :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                            :
STREET RELATIONS INC.,                                               :
                                                                     :
                    Defendants.                                      :
                                                                     :
-------------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

Exhibits A and G to the motion for a protective order of nonparty Mario Lavandeira have been temporarily sealed to protect the personally identifiable information of nonparties. *See* Dkt. No. 510. Exhibit A contains Lavandeira's address, which is partially obscured but remains visible. Exhibit G is an unredacted version of Dkt. No. 440-1, which is now sealed pursuant to the order at Dkt. No. 485.

Lavandeira may move to unseal Exhibit A or may file a redacted version of the Exhibit if desired. As many forms of PDF editing are reversible, anyone filing redacted documents in this case should ensure that the redactions permanently remove the relevant information.

2

The Clerk of Court is additionally directed to seal Dkt. Nos. 510-6 and 333-2. The Parties shall show cause by July 31, 2025, why such documents should not remain under seal or be filed in redacted form.

SO ORDERED.

Dated: July 29, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge