```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
BLAKE LIVELY,                                                       :
                                                                    :
                              Plaintiff,                            :
                                                                    :       24-cv-10049 (LJL)
        -v-                                                         :
                                                                    :              ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                               :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                           :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                            :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                           :
STREET RELATIONS INC.,                                              :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Any response to the motion for a protective order by Mario Lavandeira, Dkt. No. 510, shall be filed by August 5, 2025.

SO ORDERED.

Dated: July 30, 2025
       New York, New York

_____
       LEWIS J. LIMAN
       United States District Judge