**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

July 30, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Rule 4.b of Attachment A to the Court's Individual Rules and Practices to respectfully request that the Court temporarily seal portions of Ms. Lively's Second Amended Complaint, filed contemporaneously herewith. The Second Amended Complaint contains numerous quotations from discovery material produced with "Confidential" designations, and the public version has been redacted accordingly, with an unredacted version filed under seal. In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and other parties may file a motion.

Respectfully submitted,

/s/ Michael J. Gottlieb