

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

July 31, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
*Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move for continued sealing of Exhibit A (Dkt. 494-1) to Blake Lively's motion for alternative service upon Robb Sullivan (Dkt. 492), who was an editor of the film *It Ends With Us* (the "Film").

Exhibit A, which is a text chain discussing Blake Lively's efforts to take control of certain aspects of the Film and citing from her 17-point list of demands, contains telephone numbers and/or email addresses of certain Wayfarer Parties and non-parties. *See In re Keurig Green Mt. Single-Serve Coffee Antitrust Litig.*, No. 14-MC-2542 (VSB), 2023 WL 196134, at *12 (S.D.N.Y. Jan. 17, 2023) (redaction of names, emails, and phone numbers of non-party individual employees of Keurig was warranted); *In re Zyprexa Products Liab. Litig.*, No. MDL1596JBWASC, 2005 WL 2237789, at *2 (E.D.N.Y. Mar. 2, 2005) (redaction of "confidential personal contact information such as home telephone numbers and addresses, pager and personal cell phone numbers, Social Security numbers" of Lilly's non-party employees was warranted).

Accordingly, the Wayfarer Parties respectfully request that Exhibit A (Dkt. 494-1) is permanently sealed. Submitted herewith is a redacted version of Exhibit A, with the telephone numbers and email addresses redacted.

*Hon. Lewis J. Liman*
*Page 2*

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
    kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
    egarofalo@lftcllp.com
    mcooley@lftcllp.com
    ttroupson@lftcllp.com
    sbenson@lftcllp.com
    jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)