# Dream team ❤ 🎬

**Thread Participants:** ███ Henny Grace (Owner); +███ Robb Sullivan; ███ Oona; ███ J B (Owner)

**Active Participants:** ███ Henny Grace (Owner); +███ Robb Sullivan; ███ Oona

**First Message:** 4/18/2024 12:13:45 AM
**Last Message:** 4/18/2024 9:56:20 PM

---

**Henny Grace (Owner)**
Ha done
4/18/2024 12:13:45 AM

**Oona**
PG-13!!
4/18/2024 12:14:52 AM

**Oona**
No adjustments
4/18/2024 12:15:00 AM

**Henny Grace (Owner)**
Yep! Great news!
4/18/2024 12:15:01 AM

**Oona**
Woot!
4/18/2024 12:15:17 AM

**Robb Sullivan**
Woo hoo
4/18/2024 12:15:38 AM

**Robb Sullivan**
!!!
4/18/2024 12:15:42 AM

**Oona**
So are we keeping the thrust?
4/18/2024 12:15:52 AM

**Robb Sullivan**
I'll drink to that! Of course, I was planning on drinking anyways…. : )
4/18/2024 12:16:00 AM

**Henny Grace (Owner)**
that's gonna end up being a Blake call honestly. If you can get her to keep it in and it's in the movie when I get it back it can stay in.
She has "approval" of that scene
4/18/2024 12:16:45 AM

CONFIDENTIAL
BALDONI_000016418

**Oona:** Even for young Lily?
4/18/2024 12:17:21 AM

**Robb Sullivan:** I was just thinking the same thing
4/18/2024 12:17:41 AM

**Henny Grace (Owner):** When she claimed she was unsafe - she redid the nudity rider to get approval of young Lilly too
4/18/2024 12:17:41 AM

**Oona:** Got it
4/18/2024 12:17:52 AM

**Robb Sullivan:** SMH
4/18/2024 12:17:54 AM

**Henny Grace (Owner):** Because she wasn't a part of writing that sex scene
4/18/2024 12:17:56 AM

**Henny Grace (Owner):** And didn't want a character depicting her to have sex in high school 🫣⚫ honestly - it's all about control so she could get to where she will be next week. All good.
4/18/2024 12:18:41 AM

**Henny Grace (Owner):** Hi Robb in Oona's room
4/18/2024 12:35:22 PM

**Robb Sullivan:** Ah! Popping in now
4/18/2024 12:35:34 PM

**Oona:** https://people.com/michael-j-fox-praises-taylor-swift-and-ryan-reynolds-people-50th-anniversary-exclusive-8634281
📎
<__Library_SMS_Attach_1_3f_15_C80AE4_1_9360BD_1>
📎
<__Library_SMS_Attach_1_de_14_8DB101_1_9C2FC0_1>
4/18/2024 12:46:30 PM

**Oona:**
📎
<__Library_SMS_Attach_1_40_00_78F1FE_1_IMG_4556.MOV>
4/18/2024 12:58:54 PM





**Henny Grace (Owner)**
<__Library_SMS_Attach_1_bb_11_34B212_1_Render_1.MOV>
4/18/2024 2:25:14 PM

**Henny Grace (Owner)**
<__Library_SMS_Attach_1_87_07_967948_1_IMG_1959.mov>
4/18/2024 2:25:33 PM

**Robb Sullivan**
4/18/2024 3:32:00 PM

**Henny Grace (Owner)**
"Grow" v35AltA (filmmaker version) with Taylor
https://spe-creativeadvertising.cimediacloud.com/r/IFpK46oS5Zmn (https://spe-creativeadvertising.cimediacloud.com/r/IFpK46oS5Zmn)

"Grow" v35AltB (filmmaker version) with Billie

https://spe-creativeadvertising.cimediacloud.com/r/19gvbNDAxsWL (https://spe-creativeadvertising.cimediacloud.com/r/19gvbNDAxsWL)
4/18/2024 3:58:52 PM

**Henny Grace (Owner)**
I'll be five late to the call
4/18/2024 4:58:15 PM

**Robb Sullivan**
OK, I'll let everybody know and we'll wait for you
4/18/2024 4:58:34 PM

**Oona**
Be right there. Just got off phone with Jamey
4/18/2024 5:02:18 PM

**Robb Sullivan**
All good
4/18/2024 5:02:31 PM

**Henny Grace (Owner)**
4/18/2024 6:13:58 PM

**Henny Grace (Owner)**
4/18/2024 6:14:07 PM

**Henny Grace (Owner)**
4/18/2024 6:14:25 PM

**Henny Grace (Owner)**
New text - If you or someone you know is experiencing domestic violence, help is available. Visit nomore.org or call…..
4/18/2024 9:04:13 PM

**Robb Sullivan**

4/18/2024 9:16:25 PM

**Robb Sullivan**
2 hr, 3 mins, 36 seconds
4/18/2024 9:48:37 PM

**Henny Grace (Owner)**
Ok! About the same
4/18/2024 9:55:47 PM

**Henny Grace (Owner)**
But with more in it
4/18/2024 9:55:52 PM

**Robb Sullivan**
Damn straight
4/18/2024 9:56:20 PM