UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>      Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00449-LJL<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| JENNIFER ABEL,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>      Third-Party Defendant | |
| WAYFARER STUDIOS LLC,<br>JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>      Defendants. | |

**PLEASE TAKE NOTICE**, that Danielle Lazarus is leaving the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Third-Party Defendant Jonesworks LLC, effective August 1, 2025 and respectfully requests that this Court grant Ms. Lazarus's motion for an Order (1) pursuant to Local Rule 1.4, granting Ms. Lazarus leave to withdraw as counsel for Jonesworks LLC and (2) granting such other and further relief as the Court deems just and proper.

Kristin Tahler, Maaren Shah, and Nicholas Inns, all with Quinn Emanuel shall remain counsel of record for Jonesworks LLC. As such, granting the relief requested herein shall not delay an deadlines in or the disposition of this matter. A proposed Order granting Ms. Lazarus leave to withdraw is submitted herewith.

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

Dated: New York, New York
July 31, 2025

By: /s/   Danielle Lazarus
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
daniellelazarus@quinnemanuel.com

*Attorney for Third-Party Defendant Jonesworks LLC*