**REDACTED DECLARATION OF JANE DOE 1**

*In Support of Motion to Quash Subpoena to TikTok Inc.*

I, Jane Doe 1, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am one of the individuals behind the TikTok account @pop.diaries, and I make this declaration in support of the Motion to Quash the subpoena issued by Plaintiff Blake Lively to TikTok Inc. on or around July 3, 2025, which seeks identifying and sensitive personal information associated with the Pop.Diaries account.

2. I have never communicated with, been paid by, or coordinated with Wayfarer Studios, The Agency Group (TAG), Justin Baldoni, or any of their agents, representatives, or affiliates.

3. The Pop.Diaries account was created independently in December 2024 by myself and Jane Doe 2. We started the account as a creative outlet to share commentary on pop culture and trending news. The idea originated in a private phone conversation and casual text exchange between the two of us.

4. Our content has always been based solely on public information, including news articles, interviews, press footage, and social media posts. All posts reflect our personal viewpoints and were not made in collaboration with or on behalf of any third party.

5. I am seriously concerned that if my identity is revealed, I may face harassment, reputational harm, and professional consequences. I respectfully request that the Court protect my anonymity and quash the subpoena.

Executed on: July 27, 2025
/s/ Jane Doe 1
Pro Se Movant