UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>        Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>        Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00449-LJL<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| JENNIFER ABEL,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>        Third-Party Defendant | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>        Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>        Defendants. | |

Upon the motion by Danielle Lazarus for an order pursuant to Local Civil Rule 1.4 for leave to withdraw as attorney of record for Third-Party Defendant Jonesworks LLC, effective August 1, 2025; whereas, Kristin Tahler, Maaren Shah, and Nicholas Inns, all with Quinn Emanuel shall remain counsel of record for Jonesworks LLC; and for good cause shown,

**IT IS HEREBY SO ORDERED THAT,** the motion is hereby **GRANTED** and attorney Danielle Lazarus is hereby granted leave to withdraw as counsel of record for Third-Party Defendant Jonesworks LLC; and

**IT IS HEREBY FURTHER SO ORDERED THAT**, the Clerk of the Court is hereby respectfully request to terminate attorney Danielle Lazarus and cease to send her notices in this matter.

Dated: August 1, 2025.

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge