

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

July 31, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

SO ORDERED.

Date: 8/1/25

LEWIS J. LIMAN
United States District Judge

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
      *Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move for continued sealing of Exhibit A (Dkt. 494-1) to Blake Lively's motion for alternative service upon Robb Sullivan (Dkt. 492), who was an editor of the film *It Ends With Us* (the "Film").

Exhibit A, which is a text chain discussing Blake Lively's efforts to take control of certain aspects of the Film and citing from her 17-point list of demands, contains telephone numbers and/or email addresses of certain Wayfarer Parties and non-parties. *See In re Keurig Green Mt. Single-Serve Coffee Antitrust Litig.*, No. 14-MC-2542 (VSB), 2023 WL 196134, at *12 (S.D.N.Y. Jan. 17, 2023) (redaction of names, emails, and phone numbers of non-party individual employees of Keurig was warranted); *In re Zyprexa Products Liab. Litig.*, No. MDL1596JBWASC, 2005 WL 2237789, at *2 (E.D.N.Y. Mar. 2, 2005) (redaction of "confidential personal contact information such as home telephone numbers and addresses, pager and personal cell phone numbers, Social Security numbers" of Lilly's non-party employees was warranted).

Accordingly, the Wayfarer Parties respectfully request that Exhibit A (Dkt. 494-1) is permanently sealed. Submitted herewith is a redacted version of Exhibit A, with the telephone numbers and email addresses redacted.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
      kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
      egarofalo@lftcllp.com
      mcooley@lftcllp.com
      ttroupson@lftcllp.com
      sbenson@lftcllp.com
      jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)

## Dream team ❤ 🎬

**Thread Participants:** Henny Grace (Owner); + Robb Sullivan; Oona; J B (Owner)
**Active Participants:** Henny Grace (Owner); + Robb Sullivan; Oona
**First Message:** 4/18/2024 12:13:45 AM
**Last Message:** 4/18/2024 9:56:20 PM

---

**Henny Grace (Owner)**
Ha done
4/18/2024 12:13:45 AM

**Oona**
PG-13!!
4/18/2024 12:14:52 AM

**Oona**
No adjustments
4/18/2024 12:15:00 AM

**Henny Grace (Owner)**
Yep! Great news!
4/18/2024 12:15:01 AM

**Oona**
Woot!
4/18/2024 12:15:17 AM

**Robb Sullivan**
Woo hoo
4/18/2024 12:15:38 AM

**Robb Sullivan**
!!!
4/18/2024 12:15:42 AM

**Oona**
So are we keeping the thrust?
4/18/2024 12:15:52 AM

**Robb Sullivan**
I'll drink to that! Of course, I was planning on drinking anyways…. : )
4/18/2024 12:16:00 AM

**Henny Grace (Owner)**
that's gonna end up being a Blake call honestly. If you can get her to keep it in and it's in the movie when I get it back it can stay in.
She has "approval" of that scene
4/18/2024 12:16:45 AM

CONFIDENTIAL
BALDONI_000016418



**Oona:** Even for young Lily?
4/18/2024 12:17:21 AM

**Robb Sullivan:** I was just thinking the same thing
4/18/2024 12:17:41 AM

**Henny Grace (Owner):** When she claimed she was unsafe - she redid the nudity rider to get approval of young Lilly too
4/18/2024 12:17:41 AM

**Oona:** Got it
4/18/2024 12:17:52 AM

**Robb Sullivan:** SMH
4/18/2024 12:17:54 AM

**Henny Grace (Owner):** Because she wasn't a part of writing that sex scene
4/18/2024 12:17:56 AM

**Henny Grace (Owner):** And didn't want a character depicting her to have sex in high school 🙈⚫ honestly - it's all about control so she could get to where she will be next week. All good.
4/18/2024 12:18:41 AM

**Henny Grace (Owner):** Hi Robb in Oona's room
4/18/2024 12:35:22 PM

**Robb Sullivan:** Ah! Popping in now
4/18/2024 12:35:34 PM

**Oona:** https://people.com/michael-j-fox-praises-taylor-swift-and-ryan-reynolds-people-50th-anniversary-exclusive-8634281
📎 <__Library_SMS_Attach_1_3f_15_C80AE4_1_9360BD_1>
📎 <__Library_SMS_Attach_1_de_14_8DB101_1_9C2FC0_1>
4/18/2024 12:46:30 PM

**Oona:** 📎 <__Library_SMS_Attach_1_40_00_78F1FE_1_IMG_4556.MOV>
4/18/2024 12:58:54 PM

CONFIDENTIAL

BALDONI_000016419

> **Henny Grace (Owner)**
> 📎 <__Library_SMS_Attach_1_bb_11_34B212_1_Render_1.MOV>
> 4/18/2024 2:25:14 PM

> **Henny Grace (Owner)**
> 📎 <__Library_SMS_Attach_1_87_07_967948_1_IMG_1959.mov>
> 4/18/2024 2:25:33 PM

**Robb Sullivan**

4/18/2024 3:32:00 PM

> **Henny Grace (Owner)**
> "Grow" v35AltA (filmmaker version) with Taylor
> https://spe-creativeadvertising.cimediacloud.com/r/IFpK46oS5Zmn (https://spe-creativeadvertising.cimediacloud.com/r/IFpK46oS5Zmn)
>
> "Grow" v35AltB (filmmaker version) with Billie
>
> https://spe-creativeadvertising.cimediacloud.com/r/19gvbNDAxsWL (https://spe-creativeadvertising.cimediacloud.com/r/19gvbNDAxsWL)
> 4/18/2024 3:58:52 PM

> **Henny Grace (Owner)**
> I'll be five late to the call
> 4/18/2024 4:58:15 PM

**Robb Sullivan**
OK, I'll let everybody know and we'll wait for you
4/18/2024 4:58:34 PM

**Oona**
Be right there. Just got off phone with Jamey
4/18/2024 5:02:18 PM

**Robb Sullivan**
All good
4/18/2024 5:02:31 PM

**Henny Grace (Owner)**
4/18/2024 6:13:58 PM

**Henny Grace (Owner)**
4/18/2024 6:14:07 PM

**Henny Grace (Owner)**
4/18/2024 6:14:25 PM

**Henny Grace (Owner)**
New text - If you or someone you know is experiencing domestic violence, help is available. Visit nomore.org or call…..
4/18/2024 9:04:13 PM

**Robb Sullivan**

4/18/2024 9:16:25 PM

**Robb Sullivan**
2 hr, 3 mins, 36 seconds
4/18/2024 9:48:37 PM

**Henny Grace (Owner)**
Ok! About the same
4/18/2024 9:55:47 PM

**Henny Grace (Owner)**
But with more in it
4/18/2024 9:55:52 PM

**Robb Sullivan**
Damn straight
4/18/2024 9:56:20 PM
CONFIDENTIAL    BALDONI_000016421