# EXHIBIT A

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13   Lively v. Baldoni

14   Lively v. Wayfarer Studios LLC et al, 24-cv-10049

15

16

17

18

19

20

21

22

23

24

25

Page 2

1    MEGYN KELLY:  Hey everyone, I'm Megyn
2 Kelly.  Welcome to the Megyn Kelly Show.  Well,
3 no sooner did we wrap our individual take on what
4 happened in Baldoni v. Lively, than my friend and
5 lawyer, Bryan Freedman and I, managed to connect.
6 And he's got all sorts of thoughts on what
7 actually went down with this judge dismissing
8 part of his counterclaims, and agreed to come on
9 the show.
10    So, here I am, live from my European
11 vacation, back with Bryan Freedman, to bring you
12 the story straight from the source's mouth.
13 There's no one better to talk to about what
14 actually happened here, than the man who
15 represents Justin Baldoni, and who's been out
16 there fiercely defending him and waging war
17 against Blake Lively, who he believes is not a
18 good person, and does not believe her claims.
19    Don't miss a moment.  Subscribe to this
20 show on YouTube and follow me on Insta, Facebook,
21 and X.
22    The human body is incredible; capable
23 of repair and growth that amazes scientists, even
24 in 2025.  But as the years pass, natural healing
25 and building processes slow down.  While this is

Page 3

1 normal, there is a way to support your body.  A
2 collagen supplement from Ancient Nutrition can
3 help you look and feel your best.  For centuries
4 people have searched for a mythical fountain of
5 youth.  Spoiler alert, it does not exist.
6 However, collagen is a proven way to promote
7 youthful health and appearance.
8    And that's why I want to tell you about
9 Ancient Nutrition's multi-collagen Advanced Lean.
10 Ancient Nutrition combines ancient wisdom with
11 modern science to create high quality
12 supplements.  It's delicious and easy to
13 incorporate into daily routines.  You can mix it
14 into your coffee, your matcha, or your smoothies.
15 Right now enjoy 25 percent off your first order
16 at AncientNutrition.com/Megyn.  That's
17 AncientNutrition.com/Megyn for 25 percent off.
18 Support your body and feel your best with Ancient
19 Nutrition.
20    Bryan, great to see you.  Thanks for
21 doing this.  All right.  So, give us your overall
22 take on this Federal District Court judge
23 dismissing large portions of your counterclaims
24 against Blake Lively, Ryan Reynolds, The New Yor
25 Times, and this PR agent who represented the

Page 4

1 couple.
2    BRYAN FREEDMAN:  Sure.  First of all,
3 great to see you.  And sorry to interrupt your
4 vacation.  I hope you're having a great time.
5    MEGYN KELLY:  So far, so good.
6    BRYAN FREEDMAN:  And the last time --
7 thanks -- the last time I was with you, actually,
8 was the last kind of disaster in LA, which were
9 the LA fires.
10    MEGYN KELLY:  Yeah.
11    BRYAN FREEDMAN:  I think it was March
12 7th and we were on together, you know.  So, you
13 know, yet another, you know, crisis in LA.  And
14 I'm here.  So, I don't think there's any
15 coincidence.
16    But my take on what the judge did was
17 the judge simplified things.  And, you know,
18 while, you know, we're not pleased that he got
19 rid of the defamation causes of action, you know,
20 the truth was, the case was never really about,
21 you know, defamation.
22    And while it's in our, while it's our
23 response and it's, while it's a portion of our
24 claims, you know, from the very start, this case
25 was about somebody being wrongfully accused, and

Page 5

1 that's Justin.  And it's also been about Melissa
2 Nathan and her team at TAG, and about Jenn Abel
3 and herself, and about her being wrongfully
4 accused about a smear campaign.
5    And when the reality is, you know, when
6 you -- you know, what I believe is going on is
7 that the judge, you know, is getting through all
8 of this and saying, hey, we're going to parrot
9 this down to really what the issues are in the
10 case.  And I don't want collateral stuff going
11 on, I just want, you know, answers to the key
12 questions, right.  Was there sexual harassment?
13 You know, clearly, no.  And, you know, was there
14 a smear campaign?  And that's no also.
15    So, that's what I really think, when
16 you pare it down, the law and all of that, to
17 what the judge is trying to do here.
18    MEGYN KELLY:  What do you make of the
19 victory lap she and her lawyers are taking,
20 claiming absolute vindication, calling the
21 counterclaims basically a sham, saying the judge
22 saw right through them, and Blake Lively out
23 there thanking the 19 organizations who filed
24 briefs on her behalf?
25    BRYAN FREEDMAN:  Right.  Well, you

2 (Pages 2 - 5)

Page 6

1  know, without getting into detail on that -- I
2  mean, first of all, the judge made clear that he
3  didn't read the briefs.  The judge made clear
4  that he didn't rule on 47.1, which she's going
5  around and celebrating a victory on, which is --
6          MEGYN KELLY:  Let's explain what that
7  is.
8          BRYAN FREEDMAN:  47.1 was the, was the
9  California statute that is a new statute that she
10 took the position that you couldn't defend
11 yourself by filing a claim against an accuser
12 concerning sexual harassment or sexual assault
13 which, you know, in most cases is a really
14 important law, in most cases is a really
15 important conceptual case, and it really protects
16 the victims.
17         But you know, you got to ask yourself
18 here, who's the real victim?  The real victim is
19 Justin and the others.  And it's because they've
20 been wrongfully accused.  And ask yourself, you
21 know, when you've been in a situation where
22 you've been wrongfully accused, you know, how do
23 you defend yourself?  Are you allowed to defend
24 yourself?  Are you allowed to lead with truth?
25 Because that's all that's been done here, is

Page 7

1  putting everything out in a website, putting
2  everything out for the public, not hiding
3  anything, and saying, here it is.  Was there
4  sexual harassment?  Was there a smear campaign?
5          MEGYN KELLY:  And 47.1 seems to say,
6  this new California law, if you're an alleged
7  sexual harassment or sexual assault, or hostile
8  work environment plaintiff, and somebody who
9  you've accused, comes back at you saying, I
10 didn't do it and what you're alleging is
11 defamatory of me; thanks to this statute, that
12 person defending themselves, saying I didn't and
13 what you say is defamation, can get in a lot of
14 trouble, potentially; could have to pay that
15 person's legal fees if the counterclaim gets
16 dismissed; could have to pay triple the legal
17 fees, potentially, and punitive damages.  So the
18 California statute almost makes it like extremely
19 dangerous for someone in Justin Baldoni's
20 position, to actually defend himself against a
21 sexual harassment complaint.
22         BRYAN FREEDMAN:  Well, it's not
23 dangerous if you know you're right.  So, this
24 case has always been about facts.  It hasn't been
25 about victory laps.  It hasn't been about

Page 8

1  Saturday Night Live tours.  It hasn't been about
2  the People 100, you know, or the Time 100.  You
3  know, it hasn't been about the show, and it
4  hasn't been about, you know, the
5  misrepresentations.  It's been about the facts.
6  You know, we've been in this case for a while
7  now.  You know, have we seen, you know, text
8  messages?  Have we seen evidence?  Have we seen
9  receipts?  No.  You know, you've only seen them
10 from one side and it's been out there.  And what
11 we've seen from Blake Lively is her showing, you
12 know, who she really is.  And the truth is, you
13 know, that -- there's a famous quote that says,
14 when people show you who they are, believe them.
15         MEGYN KELLY:  Maya Angelou.  Yeah.  So,
16 what did you make of the judge?  Because you say
17 it's clear he didn't read the briefs.  I have to
18 say, I was surprised at some of the sweeping
19 language in there.  For example, him saying,
20 well, Justin Baldoni, you can't really sue, he
21 can't sue Ryan Reynolds for defamation because
22 when you sue a public figure, when you are a
23 public figure suing for defamation, you have to
24 meet The New York Times v. Sullivan standard,
25 showing that the person who defamed you did it

Page 9

1  with actual malice; meaning they knew it was
2  false when they said it -- this would be Ryan
3  Reynolds saying false things to WME, the agency,
4  that he got to break up with Justin.  So, he knew
5  that things were false, or he behaved with
6  reckless disregard for their falsity.
7          And the judge seemed to say, eh,
8  anything he heard was from his wife, so he
9  couldn't have known it was false.  Worst case
10 scenario, he was mistaken and, therefore, your
11 claims against Justin need to be dismissed,
12 though a couple of those have been granted leave
13 to refile.
14         I just don't understand that, because
15 there is evidence that Ryan Reynolds had direct
16 interactions with Justin, with Blake, with Taylor
17 Swift.  I don't get that part, Bryan.
18         BRYAN FREEDMAN:  Yeah, well, you know,
19 I think it's a nuance in the law that you're
20 aware of, but you know, public figures who sue
21 for defamation have to prove malice.  What the
22 judge, essentially said, as you read the order,
23 is that, you know, there can be no malice here
24 because the allegations arose from the CRD
25 complaint, which is a protected, you know,

3 (Pages 6 - 9)

Page 10

1 document, as a legally-filed document.
2    MEGYN KELLY:  The civil rights
3 complaint that she filed to kick this whole thing
4 off, and then leaked to The New York Times,
5 clearly.  Go ahead.
6    BRYAN FREEDMAN:  That's right.  And we
7 don't agree with that at all.  We think there's
8 so much collateral action that happened here
9 factually, that is outside of the scope of that
10 document itself.  You know, for example, The New
11 York Times said, you know, that they reviewed
12 thousands of text messages and made their own
13 determination based on that.  They had a video
14 that they put together.  These things are not
15 directly taken from the CRD complaint.
16    And you know, and the court, you know,
17 addressed that in its own way.  And, you know,
18 the court, you know, the court was very matter of
19 fact about that.  I don't think the, you know,
20 generally, judges or courts like when media is
21 sued.  They certainly don't like when, you know,
22 public figures sue for defamation; the standard
23 is higher, it does require malice.  I think, in
24 this case, there's a lot of arguments on why
25 there is malice.

Page 11

1    But again, I get back to, why are we
2 here?  And what are we really, you know, proving
3 here?  And the truth is, it's two things.  It's,
4 did he sexually harass her?  And is, you know,
5 was there a smear campaign.  And again, you know,
6 we -- it's a bummer.  And you know, and I feel
7 really upset about the fact that, you know,
8 compensation in the form of damages as a result
9 of defamation, is not possible at the moment for
10 him.  I'm sure, you know, they will both say
11 things in the future that will bring this back to
12 life.  I have no doubt.
13    MEGYN KELLY:  Right.  Can I ask you
14 about -- you mentioned 47.1, this law in
15 California that kind of protects someone even
16 alleging sexual harassment from getting sued for
17 defamation.  In other words, if the defamation
18 case is dismissed, it gives them potentially
19 triple their attorneys' fees and costs.  That
20 could be millions and millions of dollars if the
21 judge says it applies and Justin has to pay,
22 before we ever even get to discovery in this
23 case, Bryan.  Does he have that kind of money?
24 And what are the odds that the judge is going to
25 impose that hefty penalty on him?

Page 12

1    BRYAN FREEDMAN:  Well, you know, I'm
2 not at liberty to talk about his finances.  But
3 suffice it to say that I doubt many people have
4 that kind of money.  But you know, but I think
5 the, you know, the distinction in this case is
6 that sometimes the law does not, you know, take
7 into account morality.  And you know, while this
8 particular statute is a good statue in cases
9 where it's important and it matters, and where
10 there's someone who's bullying the victim.  And I
11 want to take that really seriously because I
12 think it's really important, and Justin feels
13 it's really important.
14    But where it doesn't apply, is a case
15 where somebody has created allegations that do
16 not rise to the level of sexual harassment.  And
17 we now know exactly what those allegations are.
18 You know, we have a specific understanding of
19 what those allegations are.  We've seen video
20 that shows exactly what happened in the scene
21 that she said was so inappropriate.  And we've
22 seen, you know, the text messages about come into
23 my trailer.  We've seen evidence that directly
24 refutes the allegations of sexual harassment.
25    So, in this case, you know, from our

Page 13

1 perspective, there's not nearly the risk that
2 there would be in a case where it was used for
3 bullying.  In this case, it's truly about trying
4 to prove that you didn't sexually harass someone.
5 And why, with his career destroyed at the moment,
6 why is he not allowed that right to defend
7 himself and to be able to say this is not okay?
8    MEGYN KELLY:  Does the judge get to
9 take any of that into account?  Because she's
10 moving.  She's, her team has made clear they're
11 going to move to get all of her fees behind this
12 motion to dismiss recovered from Justin.  And I'm
13 sure they're going to ask for them to be trebled,
14 or tripled, and possibly punitive damages, which
15 just seems insane to me.  But will the judge be
16 able to consider what we know to be the evidence
17 in the case, just from all you've done, even pre-
18 discovery, to put together what really happened
19 here?  Does he get to even consider any of that?
20 Or do you actually think there's a real shot
21 Justin could be on the hook for this woman's
22 attorneys' fees times three?
23    BRYAN FREEDMAN:  Well, I think the
24 judge has to look at the statute, which is a
25 brand-new statute, which there's absolutely no

4 (Pages 10 - 13)

Page 14

1 case law on, which hasn't been challenged at all.
2 And the judge is either going to or not going to
3 make a determination as to whether it applied or
4 not. So far in the ruling, the judge
5 specifically said that he did not take that
6 statute into consideration. But he did, you
7 know, welcome the parties to file, you know,
8 briefs on trying to recover their attorneys'
9 fees, including using 47.1 as an argument. I
10 believe, because the ruling wasn't a part of
11 that, and the judge didn't rule on it, it's moot,
12 and it doesn't apply.
13         But you know, there's a chance that the
14 judge could consider that. I think it's also a
15 statute that's completely untested. And we have
16 to ask ourselves, where there are good laws that
17 help to protect good people, when does it go too
18 far that your constitutional rights are taken
19 away? And when does it go too far that they're
20 taken away in a way that punishes you so severely
21 for trying to defend yourself and saying this is
22 not okay, and this defames me?
23         MEGYN KELLY: Can you just speak to
24 what you think her strategy was here? I mean,
25 was it, I'll file this Civil Rights Division

Page 15

1 complaint, and then my allegations will be
2 protected, undermining any attempt to sue me for
3 potentially defamatory statements. And then I
4 will leak it to The New York Times so it will get
5 out there, and then everyone will know that I'm
6 the victim here; as opposed to the narrative that
7 existed prior to her filing that complaint, which
8 was, she seems like a real bitch and she is tone
9 deaf on domestic violence, and she seems to have
10 blown up her movie for no apparent reason. Those
11 were the buzz, that was part of the buzz going
12 around about her. She bullies reporters. That
13 was also part of it.
14         So, is that your theory of the case,
15 Bryan? That she launched this whole thing in her
16 own effort at PR spin and control?
17         BRYAN FREEDMAN: I believe what
18 happened in the case, and it's pretty clear,
19 right, is that, you know, press came out, which
20 was negative toward her. There was press that
21 came out that was negative toward Justin. But
22 you know, these, you know, whether it's internet
23 sleuths, who are amazing, or whether it's, you
24 know, amazing reporters, went back in time and
25 pulled videos and pulled, you know, information.

Page 16

1 And you know, generally videos don't like, right,
2 about how you behaved in the past. And they
3 pulled that information, they put that
4 information out; whether it was the Kjersti Flaa
5 video, or whether it was other videos; whether it
6 was the videos where she said, here's what I do,
7 I just, you know, misrepresent what I'm, you
8 know, I'm trying to get a role and then I take
9 over the film, you know, or any of that stuff. I
10 think that reporters and other people in the
11 media play that for people, and people had a
12 reaction to it. And there was an organic
13 response as a result of that. I think that was
14 too much for her. It was too much for her to
15 believe that somebody could actually not like
16 her, based on her own conduct. I think that was
17 something that she couldn't handle; whether
18 that's a, you know, whether that's an interesting
19 narcissism quality or otherwise I don't know, not
20 a doctor.
21         But I can tell you this. The result of
22 it was her scurrying around trying to blame
23 someone else for why her own behavior seemed to
24 be the cause of people not liking her. And that
25 spiraled into something that, you know, was

Page 17

1 completely out of control. I mean when, ever, do
2 you see someone, you know, make a red carpet walk
3 and go out in the press and bring all of their
4 friends into this, and make this situation bigger
5 than what it is? Is this good for her? Is this
6 good for her career? Is this good for her
7 children? Is this good for her family? You
8 know, you have to ask yourself, at some point,
9 everybody has a part in it. Everybody has a part
10 in everything, right? Does she, is she, does
11 she, is she capable of taking responsibility for
12 her part in this and owning that? That's, we
13 haven't seen that yet.
14         And that's why, you know, that many
15 people out there are finding evidence about how
16 she's behaved, how she's treated reporters, how
17 she's treated people, how she's treated
18 individuals, how she's treated, you know, waiting
19 staff and others, and saying it's not okay, we
20 don't like you.
21         MEGYN KELLY: She's a bully, that's my
22 own conclusion. She's an obvious bully who can't
23 take any rounds of negative press, which is so
24 absurd. You and I both know that public figures,
25 may of whom you've defended, including yours

5 (Pages 14 - 17)

Page 18

1 truly, have to take tons of negative press. And
2 it's just part of being a public figure. It's
3 not pleasant, but to try to ruin a man's life
4 over one mild round that she had to suffer when
5 this movie came out is just insane. That's, to
6 me, clear, clearly what she's doing.
7        Can I ask you about what remains?
8 Because my own take was, so the civil extortion
9 claim is gone, the defamation claim is gone, the
10 false light invasion of privacy claim --
11 counterclaims, I should say -- by Justin against
12 her and the related parties, are gone. But
13 what's left? Because I heard you say it's four
14 claims. I thought it was just the tortious
15 interference and the breach of the covenant of
16 good faith and fair dealing, insofar as he's
17 alleging that Ryan Reynolds mess with his
18 relationship with Ari Emanual over at WME, like
19 if that happened, and he interfered with Justin's
20 agency relationship, do you still have a claim?
21 Where am I wrong? How is it bigger?
22        BRYAN FREEDMAN: Well, it's bigger
23 because there's an intentional interference with
24 contract, which is against Blake and Ryan, that
25 the judge gave us a roadmap to re-plead. There

Page 19

1 is intentional interference with perspective
2 economic advantage, and that goes beyond just a
3 contract; it goes to the heart of, you know, are
4 you going to be able to work again. There's
5 negligent interference with perspective economic
6 advantage against Blake and Ryan. And there's
7 something called breach of the implied covenant
8 of good faith and fair dealing, against Blake
9 only. And those claims, you know, are being re-
10 pled. The Judge, again, gave us roadmap on how
11 to re-plead those, and what the judge would like
12 to see. We are doing that now, and working
13 through that. And those are significant claims.
14 But nothing is as significant as taking her
15 deposition, going through that process, getting
16 the witness testimony and the witnesses deposed,
17 and going into the courtroom and showing the
18 truth, to show that there was no sexual
19 harassment. Nothing is more important than that.
20        MEGYN KELLY: And you think that
21 deposition could take place as early as when?
22        BRYAN FREEDMAN: It's been noticed in
23 June. We'll see, you know, when she actually
24 decides to appear. And you know, but I assume
25 that it will take place before August 15th,

Page 20

1 because that's the close of discovery of that
2 type.
3        MEGYN KELLY: Are you going to get Ryan
4 as well, Ryan Reynolds?
5        BRYAN FREEDMAN: We'll see. I mean,
6 you know, obviously, he's a defendant in the
7 case, so of course, we're going to notice his
8 deposition. And you know, and the judge has
9 clearly indicated that the judge would like to
10 limit discovery and limit the, you know, the
11 collateral issues in the case. We think there's
12 really important issues that there needs to be
13 discovery on. And those will be some of the
14 battles along the way that we will have.
15        But you know, there's no substitute for
16 the truth. And from the beginning, this has been
17 about facts, facts, facts, right. Put them out
18 there. Where is the evidence? Where are the
19 receipts. Put them out there so that people can
20 see the truth. This is about someone who's had
21 their career destroyed, and trying to build that
22 back.
23        MEGYN KELLY: How did Justin take the
24 news, Bryan? Having practiced law I know it's
25 never great when you get a decision like this

Page 21

1 one. How's he feeling?
2        BRYAN FREEDMAN: You know, I think that
3 injustice is a word I think I can best describe
4 it. A lack of understanding. If she said these
5 things about me that were untrue, how come I
6 don't have a legal redress in terms of
7 defamation? If this, you know, it's clear, you
8 know, the evidence is clear that they, you know,
9 secreted to get the, you know, information on
10 this Van Zam subpoena Vanzan subpoena and
11 created, you know, this whole Doe lawsuit, and
12 got that information so that no one could see it,
13 and then used that information so that they could
14 put together this hit piece in The New York
15 Times. And that was devastating for Justin. It
16 was, you know, if anybody remembers what December
17 21st was like for him, there was 100 percent of
18 the people saying he's a horrible person, and
19 zero percent -- well, except for me, who actually
20 saw him on a day-to-day basis, and his family --
21 you know, who really were on his side. Until we
22 put out the facts, until we put out the receipts,
23 until we put out the documents -- you know,
24 because this has always been about facts and
25 truth. And it's, you know, it's frustrating for

6 (Pages 18 - 21)

Page 22

1 him, who knows exactly what he did and didn't do.
2 Did he acquiesce too much to her demands?
3 Absolutely, because he was afraid. But that's
4 very different than whether he sexually harassed
5 her.
6          MEGYN KELLY: Is his career in ruins?
7 Are he, are people not offering him jobs? Is he
8 not able to get funding for an additional
9 picture?
10          BRYAN FREEDMAN: You know, he's lost
11 jobs. It has affected his career at the moment.
12 It's obviously affected, you know, him
13 emotionally and his self-esteem and, you know,
14 and he's putting up the best face he can for his
15 family and what not. But all he wants is truly a
16 chance in a courtroom and a jury to be able to
17 tell his story. You know, he's not going
18 around on red carpets. He's not going around,
19 you know, with interviews. He's not going around
20 on some victory tour, even when she dropped her
21 emotional distress claims, or were in the process
22 of dropping her emotional distress claims. And,
23 you know, they have an interesting ability to go
24 on victory tours whether they win or lose, so it
25 doesn't even matter. I could see her losing the

Page 23

1 case and going on a victory tour. But that's,
2 you know, that's what we're dealing with, right,
3 when people show you who they are, believe them.
4 And --
5          MEGYN KELLY: When she --
6          BRYAN FREEDMAN: (indiscernible) -- as
7 well.
8          MEGYN KELLY: She was, she's being
9 forced to drop her claims for intentional
10 infliction of emotional distress because she
11 refused to fork over her medical records when you
12 rightfully asked for them; any defense lawyer
13 would. If you're getting sued for that claim,
14 you say, okay, show me all your mental distress
15 evidence, including your psychiatric records and
16 anything else that would support this claim. And
17 as soon as you guys did that, she said never
18 mind, I'll withdraw the claims, but I want them
19 withdrawn without prejudice so I can file them at
20 any point in the future if I change my mind.
21          What did you make of how the judge
22 handled that? Because he seemed to say, you're
23 not getting away with that, sister, that's not
24 happening. He seemed to say, you guys come up
25 with an agreement on how this is going to get

Page 24

1 disposed of that is not going to let her get away
2 with keeping that sword hanging over Justin the
3 whole time, and also maintaining the position of,
4 you don't get to see a single record of me with
5 my therapist.
6          BRYAN FREEDMAN: Well, the great about
7 the law is, when you're the plaintiff, you have a
8 burden to prove your claims and to prove your
9 damages. And as part of that, anyone that claims
10 emotional distress is required to provide
11 evidence of that emotional distress. Apparently,
12 you know, she didn't think the law applied to
13 her, so she decided that she was not going to
14 provide that information. And, whether it exited
15 or not, she wasn't going to comply with that
16 rule. And you know, I think things are still
17 being worked out amongst it. But she, you know,
18 when she makes a decision like that, there are
19 consequences that attach to it. You can't just
20 decide that you're going to refile at a later
21 time. You can't just decide that, let me get
22 through this discovery phase and then I'll put
23 this back on.
24          MEGYN KELLY: Right, that's not how it
25 works.

Page 25

1          BRYAN FREEDMAN: Right. The law is
2 supposed to apply to everyone equally. But you
3 know, some people believe it should not.
4          MEGYN KELLY: What's happening, to the
5 extent you can tell us, with Taylor Swift?
6 Because there was some reporting that you wanted
7 to get the text messages between Blake Lively and
8 Taylor, and that there was a potential for
9 subpoenaing Taylor Swift, in this case via
10 documents subpoenaed to get her texts, and
11 possibly even a deposition. And then, that her
12 father allegedly came to you and said, I will
13 tell you what's in the text, and the reason I'll
14 tell you is because Blake Lively is threatening
15 my daughter, Taylor Swift, that if she doesn't
16 speak out on Blake Lively's behalf, that Blake
17 Lively is going to retaliate in some way. So,
18 tell us what you can.
19          BRYAN FREEDMAN: Sure. Just out of
20 respect for, you know, people that aren't parties
21 to the lawsuit, there's not a whole lot that I
22 can get into. But you know, I think that people
23 who are relevant to the case, and people who, you
24 know, have otherwise been with people from the
25 beginning of the case, side by side, shoulder by

7 (Pages 22 - 25)

Page 26

1 shoulder, you know, are potentially witnesses in
2 the case. And so, you know, those are things
3 that we need to look into. Those are things to
4 see, you know, what, in addition to what we know
5 already we need, and then to move forward and
6 obtain that discovery. There's a short leash on
7 how far we can go with discovery. I think the
8 judge has made it very clear that, you know,
9 third parties need to be directly relevant to
10 claims. And we think certain third parties are
11 directly relevant. But it's just whether or not
12 you need that evidence in addition to what you
13 have already.
14       MEGYN KELLY: Are you able to say
15 whether you believe, or have reason to allege
16 that Blake Lively threatened Taylor Swift if she
17 did not come out and speak on Blake's behalf.
18       BRYAN FREEDMAN: The truth is, I don't
19 think I should speak on it. I think we should
20 wait and see, you know, how the evidence, you
21 know, ferrets out on that. I think, you know,
22 look, I think we've all, you know, those who have
23 looked at the timeline, those who have looked at
24 all of the documents that have been put forth --
25 there's more video evidence. I mean, there's

Page 27

1 video of this whole -- this is a film shoot,
2 right. Like, there's filming of the film shoot,
3 right. I mean, you know, Megyn, you saw the
4 scene, you know, where they're dancing. And
5 everyone can judge for themselves. Again, you
6 know, dealing with, you know, we're dealing with
7 people who look at a scene and say the sky is not
8 blue. What do you mean? That blue is not blue.
9       MEGYN KELLY: Right.
10       BRYAN FREEDMAN: And I think will
11 forever be the case. But, you know, fortunately,
12 she doesn't get to be a juror along with being,
13 you know, the plaintiff. So, we'll have
14 different people that'll be the jurors and
15 hopefully, they'll be able to see the sky is
16 blue.
17       MEGYN KELLY: Well, how do you like
18 your chances at trial. This case, put the
19 counterclaims to the side for the moment, that
20 you guys have against Blake. You will go to
21 trial on her claims against Justin, if you guys
22 don't settle. So, how do you like your chances
23 of prevailing in front of a jury on those?
24       BRYAN FREEDMAN: Truth, facts, both on
25 our side. I mean, I love our case of prevailing

Page 28

1 on the truth and the real facts of what happened.
2 I mean, there's real time evidence in this case.
3 I mean, you heard Just in on the voicemail. You
4 heard what he was going through. You know, we've
5 seen the birthing video, right, the screenshot
6 that Jamie showed, you know, to Blake and didn't
7 even play the video. I mean, it's there. Like,
8 that's not pornography. You know, when you, you
9 know, famous Supreme Court, you know, justice
10 said, you know, you'll know pornography when you
11 see it. I don't think a birthing scene where no
12 one is unclothed is pornography. I mean, you've
13 seen her say that she, you know, was unclothed
14 in, you know, with barely a patch on her. And we
15 know there are, you know, that she was wearing
16 those shorts. You know, this stuff is not new.
17 We've gone through the facts and truth is on our
18 side. The facts are on our side. I love -- not
19 like, love -- our chances.
20       MEGYN KELLY: What are the chances now,
21 Bryan, of a settlement, in light of the ruling on
22 her emotional distress claims and the ruling on
23 your defamation and related counterclaims?
24       BRYAN FREEDMAN: Look, from the
25 beginning, you know, the chances of settlement

Page 29

1 were next to zero when you add the parties that
2 are involved in this. You know, Justin, you
3 know, while he would have liked to get, you know,
4 millions of dollars to compensate him for his
5 damages as a result of the defamation, that was
6 always secondary to showing that there was no
7 sexual harassment. That's it. I mean, when
8 you're accused of something wrongfully, when you,
9 you know, have to prove your innocence in order
10 to continue to work, there are very little
11 choices here. So, he is going to go all the way
12 and get that adjudication and fight this fight
13 forever. And whether that means appeals or
14 anything else, he's going to make sure that the
15 world knows that he did not engage in sexual
16 harassment, period, end of story.
17       MEGYN KELLY: Can you say that you're
18 already there? I mean, I think there's a very
19 strong argument to be made that he's already won
20 that battle. He's -- she's, Amber Heard in the
21 eye of at least half, if not more, of the
22 country. This has been an interesting case
23 because it didn't divide along left-right lines.
24 This is much like Meghan Markle, Blake Lively has
25 managed to unite the right and the left against

8 (Pages 26 - 29)

Page 30

1 her.  Trust me, I know, because I hear from them.
2 And I wonder to myself, Bryan, whether Justin's
3 already won that victory and whether, as a
4 result, he's interested, if the opportunity is
5 there, anyway, in making the litigation just go
6 away now.
7        BRYAN FREEDMAN:  Right.  Well, I don't
8 think he's won that battle, you know, yet.  I
9 think what he's done is he's put evidence out and
10 he's put truth out, and people have made their
11 own determinations which, you know, seemingly,
12 have only one determination that you can make if
13 you've actually looked at the facts and the
14 evidence.  But I don't think he's gotten that
15 moment where, you know, where at court and a jury
16 of his peers say no, no, no, this is not sexual
17 harassment.  And I don't think, look, I don't
18 thing TAG, the PR team with Melissa Nathan and
19 her team, her team of people that literally have
20 nothing to do with this.  They're just, you know,
21 individuals, and Jenn Abel, who's been just
22 trashed after, you know, taking her phone.  And I
23 think these people want to be absolved on a
24 public level from a jury of their peers.  And I
25 think it's really important that that happen;

Page 31

1 especially when someone goes around, you know,
2 making victory tours without, you know, without
3 regard to whatever the real result is.  I mean,
4 you saw victory tours when they lost the
5 emotional distress claims, right.  Like, you saw
6 a victory tour then.  So, you know, again, people
7 are showing you who they are, believe them.
8        MEGYN KELLY:  So, you say he's in it to
9 the jury verdict?
10        BRYAN FREEDMAN:  Yes.
11        MEGYN KELLY:  Well, that's not good for
12 her.  She's not going to want that.  I think she
13 already likely regrets having started this
14 hornets' nest as much as she wants to play the
15 victim at the Time 100, and everywhere else.
16        Let me, if I, if you don't mind, can I
17 just ask, because you're like the Waldo of
18 litigation, Bryan.  Your name comes up in cases I
19 didn't even know you had a hand in.  I'm just
20 covering them as a reporter.  I'm like, he's
21 there too, like the Diddy trial where I think you
22 were representing Capricorn Clark, one of the
23 witnesses for the prosecution who took the stand.
24 And I just wonder, and maybe you can't say
25 anything, but any thoughts on how that trial is

Page 32

1 going?
2        BRYAN FREEDMAN:  You know, I have a lot
3 of thoughts.  You know, it's interesting how the
4 case is going and, you know, look, I think a lot
5 of things are really interesting.  We're moving
6 into a world of AI where you're going to look at
7 a video -- you could do it now -- and you're not
8 going to know what's real or what's not real.  I
9 mean, some of the news feeds that I see are
10 inaccurate and not real.  And you know,
11 sometimes, you know, people do apologize for
12 things.  I think I was surprised that Diddy came
13 out and apologized nationally for the video in
14 the hotel where he was brutally beating, you
15 know, Cassie.  And I think that changed the
16 nature of the case.  The case then became about,
17 okay, you know, I can be an abuser, I can, you
18 know, deal with domestic violence and getting
19 into fights like that.  But you know, that's
20 where I draw the line; I don't drug or rape
21 people and, you know, and do those.  And I'm not
22 involved in an organized crime, you know, unit
23 and things like that.  And it'll be interesting
24 to see where that case ends up.  But you know,
25 Capricorn Clark is a credible person, really

Page 33

1 truthful, really interesting.  And you know, and
2 look, all someone can ask for is a real jury of
3 their peers to make a decision.  And he's got an
4 opportunity to do that.  He's got great lawyers,
5 and he's got, you know, a good team and the jury
6 will make a decision based on what's happened in
7 the courtroom.  And I don't know exactly what's
8 happened, so I just read the papers like everyone
9 else, or hear from friends that are lawyers who
10 are involved in the case.  But I don't know per
11 se.
12        MEGYN KELLY:  Capricorn did a good job,
13 in my opinion, on the stand.  She was important
14 because she was his assistant for years and
15 testified that he brought her with him over to
16 Kid Cudi's house when he allegedly burgled it,
17 and then later is accused of having launched a
18 Molotov cocktail into it.  And she provide a lot
19 of the details that I'm sure it was scary to get
20 up there and talk about.
21        All right, last one.  Menendez, you're
22 in that too.  Our friend Mark Geragos comes on
23 and talks to me about it from time to time.  And
24 you're on the side of representing, I think, some
25 family members of Jose Menendez who would like to

9 (Pages 30 - 33)

Page 34

1 see the boys released. And it looks like things
2 are, they took one step closer to potentially
3 getting them out. But what's happening with the
4 Menendez brothers? And do you think that they
5 will be released early?
6         BRYAN FREEDMAN: You know, what's
7 happening is that they have been resentenced,
8 which is phenomenal. I mean, you know, rarely do
9 you see 27 family members who are all on the side
10 of enough is enough, they should be released.
11 You know, rarely do you see that. You know,
12 remember, the family members aren't just family
13 members of, you know, Lyle and Eric; they're
14 family members of Jose and Kitty, so they are
15 victims. And as victims, they say enough is
16 enough, it's time to release them.
17         The judge, you know, (indiscernible)
18 who is an incredible judge, and he saw right
19 through all of this and resentenced them. They
20 have an opportunity now to go in front of the
21 parole board, which the, you know, which is going
22 to happen in August. And then we'll see what
23 happens from there. But I'm really optimistic
24 for the family, that they're going to have a
25 chance to have, you know, holiday meals, you

Page 35

1 know, maybe even spend, you know, New Year's Day
2 and New Year's Eve with their family and be
3 together for the first time in over 35 years.
4 And I'm really hopeful that they have that
5 opportunity.
6         MEGYN KELLY: All right, what is more
7 likely to happen? Sean Combs gets acquitted?
8 The Menendez brothers are home in time for New
9 Year's Eve? Or Justin is found not liable in her
10 case in chief against him for alleged sexual
11 harassment?
12         BRYAN FREEDMAN: Well, beyond question,
13 Justin is going to be found not liable. So,
14 that's, you know, that's going to happen at some
15 point. You didn't put a timetable on that one.
16 But I truly believe that the Menendez brothers
17 could and will be out by January 1st. And I'm
18 hopeful of that. I'm hopeful for the family
19 members. I really believe that they're going to
20 get, you know, their wish and that, you know,
21 this family can start on a course of repair.
22         MEGYN KELLY: Wow. You're a busy man.
23 I love watching you. I love seeing you so
24 successful, Bryan. And I think Justin Baldoni
25 has been very well served. I look forward to you

Page 36

1 continuing to do exactly that. Thanks for coming
2 on.
3         BRYAN FREEDMAN: You know, Megyn, I am
4 so happy with where you are in your career and
5 you know, and where you are personally right now.
6 It's one of the most special things I've ever
7 been a part of in my entire career. And I'm
8 just, like I am so grateful to be in a position
9 to be able to help people who have suffered
10 injustice. And that's really important to me.
11 And you, you just, you're a star and I love you
12 truly.
13         MEGYN KELLY: Thank you, Bryan. You
14 know it's mutual. I love you; Doug loves you.
15 Denise too, we all love you guys. And it's one
16 of those things where not only did you help me
17 out of the most challenging and awful chapter of
18 my career, but -- and I've talked to so many of
19 your other clients who say the same thing -- you
20 help me believe in myself again. You actually
21 help me believe there was a way back, that this
22 lowest moment would not define me, that we were
23 not going to let these bastards ruin everything.
24 And I've seen you do that for so many others,
25 including Sage Steele and Mike Davis, and the

Page 37

1 list goes on and on. And to watch you now doing
2 it for Justin is so heartening. And it's one of
3 the reasons why I believe, I believe it will
4 happen for him too. I don't think he's a
5 wrongdoer. I don't think he's some evil person.
6 She has serious problems. That's my own opinion.
7 She's got some real problems, and she's working
8 them out on him publicly. So, thank God he has
9 you.
10        So, I do want to tell you, Doug says
11 hi.
12        BRYAN FREEDMAN: Great.
13        MEGYN KELLY: And was thrilled that we
14 were doing, that we're doing this. And just,
15 again, thanks for joining. I know you're not
16 giving a lot of these and I'm always grateful.
17        BRYAN FREEDMAN: Well, you know what?
18 Doug is phenomenal. You know, Doug is my role
19 model as a husband. So, I'm -- that's why I love
20 him.
21        MEGYN KELLY: He's still crushing it.
22 In fact, just over my laptop computer I was
23 watching Doug go into the ocean with Yates. Doug
24 is living his best life right now, Bryan.
25        BRYAN FREEDMAN: He's (indiscernible).

10 (Pages 34 - 37)

1    MEGYN KELLY: He's not dealing with
2 12(b)(6) motions. He's having a great time.
3    BRYAN FREEDMAN: No, but he's a
4 talented author and that's, you know, that can be
5 just as hard as 12(b)(6) motions.
6    MEGYN KELLY: True. True. Next one's
7 coming out soon. All right, much love. See you
8 soon, I hope.
9    BRYAN FREEDMAN: Thank you.
10    MEGYN KELLY: Bryan Freedman, everyone.
11 The one and only. Man, if you get in a jam,
12 that's the man to call for all sorts of reasons.
13 Incredible lawyer, even better man. Just an
14 honor to have him on and to know him.
15    Okay. I made it 24 hours into my
16 vacation, not even -- having to come back on.
17 It's always a possibility. And I bring this
18 whole setup with me. I mean, right now I'm in
19 like our little hotel bedroom. I've got my mic,
20 which I travel with. I've got my little
21 computer. I've got my laptop. And I don't know,
22 whatever -- Radar is my tech guy; he sends me
23 with a bunch of stuff, just in case, just in
24 case. And I talked to Bryan and he said he'd do
25 it. You know, he hasn't talked to anybody about

1 this. He gave like one paper statement to a
2 couple of media outlets. And I've been dying to
3 hear his thoughts. So, anyway, thank you for
4 coming back with us. You heard my legal analysis
5 of this case, my own personal legal analysis
6 earlier. And on a separate program that we
7 dropped right before this one, in our feed. And
8 now you heard Bryan's take on it. And also his
9 plans.
10    I mean, really, there was a lot of news
11 in there, full steam ahead, right to verdict; no
12 settlement discussions. They're not interested
13 in settling. And that Blake Lively could be
14 getting deposed as soon as June. And he left the
15 door open for Ryan Reynolds. And if you listened
16 carefully, potentially a Taylor Swift deposition
17 there too. So, it's not over, not by a longshot.
18 He does not think that Justin Baldoni has been
19 served the righteous verdict in the public
20 opinion that he deserves, nor have the other
21 defendants.
22    You know, he was mentioning the PR
23 people who were helping Justin when this was
24 bubbling up into a PR crisis and they were still
25 shooting the movie. And those two have been very

1 attacked, very much attacked by Blake Lively and
2 her team, and the Times, for that matter, and I'm
3 sure they would like their day in court.
4    So, in any event, this thing will keep
5 going and right now they have a trial date, I
6 believe it's March of '26. So, we shall see.
7 Will she -- if it's going to settle before that,
8 I don't know how. I don't think Justin Baldoni
9 will be paying any money to her. And I don't
10 think she wants to walk away because that
11 telegraphs the wrong thing. So, stay tuned.
12    Okay, I'm going back to vacay. I don't
13 think I'll be seeing you immediately. Let's
14 hope. Because I actually would like to do some
15 swimming and see the fam. So, lots of love to
16 you guys too and I'll see you soon. Bye.
17    Let's be real. Our modern world is
18 toxic, from ultra-processed foods to
19 environmental chemicals, our bodies are under
20 attack every single day. And one of the biggest
21 casualties, our digestion. Millions of people
22 suffer with indigestion, bloating and stomach
23 upset. But here's some good news. We do not
24 have to just accept this. Our ancestors had an
25 answer all along, bitter foods. Did you know

1 this? Bitter herbs and plants have been used for
2 centuries to stimulate digestion, support detox,
3 and to keep the gut thriving.
4    I want to tell you about Just Thrive
5 Digestive Bitters, with a powerful blend of
6 ancient, time-tested bitter herbs, Just Thrive
7 says just one dose before meals can wake up your
8 digestive system. And Just Thrive says it helps
9 you break down food properly. And it helps with
10 bloating and sluggish digestion. Consider
11 ditching the modern toxins and getting back to
12 what our bodies were designed for. Consider Just
13 Thrive Digestive Bitters, available now at
14 JustThriveHealth.com. Use code MEGYN to save 20
15 percent off your first order.
16 JustThriveHealth.com, promo code M-E-G-Y-N.
17    When your metabolism works perfectly,
18 you feel the benefits in so many aspects of life,
19 and that's why I want to tell you about Lumen.
20 Lumen is the world's first handheld metabolic
21 coach. It's a device that measures your
22 metabolism through your breath. The app lets you
23 know if you are burning fat or carbs, and gives
24 tailored guidance to improve nutrition, workouts,
25 sleep, and even stress management. Just breathe

11 (Pages 38 - 41)

Page 42

1  into your Lumen first thing in the morning, and
2  you will know if you are burning fat or carbs,
3  and more.  You even get a personalized nutrition
4  plan after your daily measurements.  Breathe into
5  it before and after workouts and meals for even
6  more tips, to stay on top of your health game.
7  Your metabolism is how your body turns the food
8  you eat into fuel that keeps you going, and
9  optimal metabolic health translates to easier
10  weight management, improved energy levels, better
11  sleep, and more.
12        The warmer months are here.  Prioritize
13  your health and fitness with Lumen.  Go to
14  Lumen.me/Megyn to get 10 percent off your Lumen.
15  That's L-U-M-E-N to me slash Megyn for 10 percent
16  off your purchase.  Thank you, Lumen, for
17  sponsoring this episode.
18
19
20
21
22
23
24
25

Page 43

1        C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8  *Sonya L. Ledanski Hyde*
9  _____
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date:  July 15, 2025
17
18
19
20
21
22
23
24
25

12 (Pages 42 - 43)

| 1 |
|---|
| **10**  42:14,15 |
| **100**  8:2,2 21:17 |
| 31:15 |
| **10049**  1:14 |
| **11501**  43:14 |
| **12**  38:2,5 |
| **12151**  43:8 |
| **15**  43:16 |
| **15th**  19:25 |
| **19**  5:23 |
| **1st**  35:17 |

| 2 |
|---|
| **20**  41:14 |
| **2025**  2:24 |
| 43:16 |
| **21st**  21:17 |
| **24**  1:14 38:15 |
| **25**  3:15,17 |
| **26**  40:6 |
| **27**  34:9 |

| 3 |
|---|
| **300**  43:13 |
| **330**  43:12 |
| **35**  35:3 |

| 4 |
|---|
| **47.1**  6:4,8 7:5 |
| 11:14 14:9 |

| 6 |
|---|
| **6**  38:2,5 |

| 7 |
|---|
| **7th**  4:12 |

| a |
|---|
| **abel**  5:2 30:21 |
| **ability**  22:23 |
| **able**  13:7,16 |
| 19:4 22:8,16 |
| 26:14 27:15 |
| 36:9 |
| **absolute**  5:20 |
| **absolutely** |
| 13:25 22:3 |
| **absolved**  30:23 |
| **absurd**  17:24 |
| **abuser**  32:17 |
| **accept**  40:24 |
| **account**  12:7 |
| 13:9 |
| **accurate**  43:4 |
| **accused**  4:25 |
| 5:4 6:20,22 7:9 |
| 29:8 33:17 |
| **accuser**  6:11 |
| **acquiesce**  22:2 |
| **acquitted**  35:7 |
| **action**  4:19 |
| 10:8 |
| **actual**  9:1 |
| **actually**  2:7,14 |
| 4:7 7:20 13:20 |
| 16:15 19:23 |
| 21:19 30:13 |
| 36:20 40:14 |

| add  29:1 |
|---|
| **addition**  26:4 |
| 26:12 |
| **additional**  22:8 |
| **addressed** |
| 10:17 |
| **adjudication** |
| 29:12 |
| **advanced**  3:9 |
| **advantage**  19:2 |
| 19:6 |
| **affected**  22:11 |
| 22:12 |
| **afraid**  22:3 |
| **agency**  9:3 |
| 18:20 |
| **agent**  3:25 |
| **agree**  10:7 |
| **agreed**  2:8 |
| **agreement** |
| 23:25 |
| **ahead**  10:5 |
| 39:11 |
| **ai**  32:6 |
| **al**  1:14 |
| **alert**  3:5 |
| **allegations** |
| 9:24 12:15,17 |
| 12:19,24 15:1 |
| **allege**  26:15 |
| **alleged**  7:6 |
| 35:10 |
| **allegedly**  25:12 |
| 33:16 |

| alleging  7:10 |
|---|
| 11:16 18:17 |
| **allowed**  6:23 |
| 6:24 13:6 |
| **amazes**  2:23 |
| **amazing**  15:23 |
| 15:24 |
| **amber**  29:20 |
| **analysis**  39:4,5 |
| **ancestors**  40:24 |
| **ancient**  3:2,9 |
| 3:10,10,18 |
| 41:6 |
| **ancientnutriti...** |
| 3:16,17 |
| **angelou**  8:15 |
| **answer**  40:25 |
| **answers**  5:11 |
| **anybody**  21:16 |
| 38:25 |
| **anyway**  30:5 |
| 39:3 |
| **apologize**  32:11 |
| **apologized** |
| 32:13 |
| **app**  41:22 |
| **apparent**  15:10 |
| **apparently** |
| 24:11 |
| **appeals**  29:13 |
| **appear**  19:24 |
| **appearance**  3:7 |
| **applied**  14:3 |
| 24:12 |

applies 11:21
apply 12:14
  14:12 25:2
argument 14:9
  29:19
arguments
  10:24
ari 18:18
arose 9:24
asked 23:12
aspects 41:18
assault 6:12 7:7
assistant 33:14
assume 19:24
attach 24:19
attack 40:20
attacked 40:1,1
attempt 15:2
attorneys 11:19
  13:22 14:8
august 19:25
  34:22
author 38:4
available 41:13
aware 9:20
awful 36:17

**b**

b 38:2,5
back 2:11 7:9
  11:1,11 15:24
  20:22 24:23
  36:21 38:16
  39:4 40:12

41:11
baldoni 1:13
  2:4,15 8:20
  35:24 39:18
  40:8
baldoni's 7:19
barely 28:14
based 10:13
  16:16 33:6
basically 5:21
basis 21:20
bastards 36:23
battle 29:20
  30:8
battles 20:14
beating 32:14
bedroom 38:19
beginning
  20:16 25:25
  28:25
behalf 5:24
  25:16 26:17
behaved 9:5
  16:2 17:16
behavior 16:23
believe 2:18 5:6
  8:14 14:10
  15:17 16:15
  23:3 25:3
  26:15 31:7
  35:16,19 36:20
  36:21 37:3,3
  40:6

believes 2:17
benefits 41:18
best 3:3,18 21:3
  22:14 37:24
better 2:13
  38:13 42:10
beyond 19:2
  35:12
bigger 17:4
  18:21,22
biggest 40:20
birthing 28:5
  28:11
bitch 15:8
bitter 40:25
  41:1,6
bitters 41:5,13
blake 2:17 3:24
  5:22 8:11 9:16
  18:24 19:6,8
  25:7,14,16,16
  26:16 27:20
  28:6 29:24
  39:13 40:1
blake's 26:17
blame 16:22
blend 41:5
bloating 40:22
  41:10
blown 15:10
blue 27:8,8,8
  27:16
board 34:21

bodies 40:19
  41:12
body 2:22 3:1
  3:18 42:7
boys 34:1
brand 13:25
breach 18:15
  19:7
break 9:4 41:9
breath 41:22
breathe 41:25
  42:4
briefs 5:24 6:3
  8:17 14:8
bring 2:11
  11:11 17:3
  38:17
brothers 34:4
  35:8,16
brought 33:15
brutally 32:14
bryan 2:5,11
  3:20 4:2,6,11
  5:25 6:8 7:22
  9:17,18 10:6
  11:23 12:1
  13:23 15:15,17
  18:22 19:22
  20:5,24 21:2
  22:10 23:6
  24:6 25:1,19
  26:18 27:10,24
  28:21,24 30:2
  30:7 31:10,18

32:2 34:6
35:12,24 36:3
36:13 37:12,17
37:24,25 38:3
38:9,10,24
**bryan's** 39:8
**bubbling** 39:24
**build** 20:21
**building** 2:25
**bullies** 15:12
**bully** 17:21,22
**bullying** 12:10
13:3
**bummer** 11:6
**bunch** 38:23
**burden** 24:8
**burgled** 33:16
**burning** 41:23
42:2
**busy** 35:22
**buzz** 15:11,11
**bye** 40:16

**c**

**c** 43:1,1
**california** 6:9
7:6,18 11:15
**call** 38:12
**called** 19:7
**calling** 5:20
**campaign** 5:4
5:14 7:4 11:5
**capable** 2:22
17:11

**capricorn**
31:22 32:25
33:12
**carbs** 41:23
42:2
**career** 13:5
17:6 20:21
22:6,11 36:4,7
36:18
**carefully** 39:16
**carpet** 17:2
**carpets** 22:18
**case** 4:20,24
5:10 6:15 7:24
8:6 9:9 10:24
11:18,23 12:5
12:14,25 13:2
13:3,17 14:1
15:14,18 20:7
20:11 23:1
25:9,23,25
26:2 27:11,18
27:25 28:2
29:22 32:4,16
32:16,24 33:10
35:10 38:23,24
39:5
**cases** 6:13,14
12:8 31:18
**cassie** 32:15
**casualties**
40:21
**cause** 16:24

**causes** 4:19
**celebrating** 6:5
**centuries** 3:3
41:2
**certain** 26:10
**certainly** 10:21
**certify** 43:3
**challenged**
14:1
**challenging**
36:17
**chance** 14:13
22:16 34:25
**chances** 27:18
27:22 28:19,20
28:25
**change** 23:20
**changed** 32:15
**chapter** 36:17
**chemicals**
40:19
**chief** 35:10
**children** 17:7
**choices** 29:11
**civil** 10:2 14:25
18:8
**claim** 6:11 18:9
18:9,10,20
23:13,16
**claiming** 5:20
**claims** 2:18
4:24 9:11
18:14 19:9,13
22:21,22 23:9

23:18 24:8,9
26:10 27:21
28:22 31:5
**clark** 31:22
32:25
**clear** 6:2,3 8:17
13:10 15:18
18:6 21:7,8
26:8
**clearly** 5:13
10:5 18:6 20:9
**clients** 36:19
**close** 20:1
**closer** 34:2
**coach** 41:21
**cocktail** 33:18
**code** 41:14,16
**coffee** 3:14
**coincidence**
4:15
**collagen** 3:2,6,9
**collateral** 5:10
10:8 20:11
**combines** 3:10
**combs** 35:7
**come** 2:8 12:22
21:5 23:24
26:17 38:16
**comes** 7:9
31:18 33:22
**coming** 36:1
38:7 39:4
**compensate**
29:4

compensation
11:8
complaint 7:21
9:25 10:3,15
15:1,7
completely
14:15 17:1
comply 24:15
computer
37:22 38:21
conceptual
6:15
concerning
6:12
conclusion
17:22
conduct 16:16
connect 2:5
consequences
24:19
consider 13:16
13:19 14:14
41:10,12
consideration
14:6
constitutional
14:18
continue 29:10
continuing
36:1
contract 18:24
19:3
control 15:16
17:1

costs 11:19
counterclaim
7:15
counterclaims
2:8 3:23 5:21
18:11 27:19
28:23
country 29:22
43:12
couple 4:1 9:12
39:2
course 20:7
35:21
court 3:22
10:16,18,18
28:9 30:15
40:3
courtroom
19:17 22:16
33:7
courts 10:20
covenant 18:15
19:7
covering 31:20
crd 9:24 10:15
create 3:11
created 12:15
21:11
credible 32:25
crime 32:22
crisis 4:13
39:24
crushing 37:21

cudi's 33:16
cv 1:14

**d**

daily 3:13 42:4
damages 7:17
11:8 13:14
24:9 29:5
dancing 27:4
dangerous 7:19
7:23
date 40:5 43:16
daughter 25:15
davis 36:25
day 21:20,20
35:1 40:3,20
deaf 15:9
deal 32:18
dealing 18:16
19:8 23:2 27:6
27:6 38:1
december
21:16
decide 24:20,21
decided 24:13
decides 19:24
decision 20:25
24:18 33:3,6
defamation
4:19,21 7:13
8:21,23 9:21
10:22 11:9,17
11:17 18:9
21:7 28:23

29:5
defamatory
7:11 15:3
defamed 8:25
defames 14:22
defend 6:10,23
6:23 7:20 13:6
14:21
defendant 20:6
defendants
39:21
defended 17:25
defending 2:16
7:12
defense 23:12
define 36:22
delicious 3:12
demands 22:2
denise 36:15
deposed 19:16
39:14
deposition
19:15,21 20:8
25:11 39:16
describe 21:3
deserves 39:20
designed 41:12
destroyed 13:5
20:21
detail 6:1
details 33:19
determination
10:13 14:3
30:12

**[determinations - eye]**

| | | | |
|---|---|---|---|
| **determinations** 30:11 | 24:10,11 28:22 31:5 | **dying** 39:2 | **equally** 25:2 |
| **detox** 41:2 | **district** 3:22 | **e** | **eric** 34:13 |
| **devastating** 21:15 | **ditching** 41:11 | **e** 41:16 42:15 43:1 | **especially** 31:1 |
| **device** 41:21 | **divide** 29:23 | **earlier** 39:6 | **essentially** 9:22 |
| **diddy** 31:21 32:12 | **division** 14:25 | **early** 19:21 34:5 | **esteem** 22:13 |
| **different** 22:4 27:14 | **doctor** 16:20 | **easier** 42:9 | **et** 1:14 |
| **digestion** 40:21 41:2,10 | **document** 10:1 10:1,10 | **easy** 3:12 | **european** 2:10 |
| **digestive** 41:5,8 41:13 | **documents** 21:23 25:10 26:24 | **eat** 42:8 | **eve** 35:2,9 |
| **direct** 9:15 | **doe** 21:11 | **economic** 19:2 19:5 | **event** 40:4 |
| **directly** 10:15 12:23 26:9,11 | **doing** 3:21 18:6 19:12 37:1,14 37:14 | **effort** 15:16 | **everybody** 17:9 17:9 |
| **disaster** 4:8 | **dollars** 11:20 29:4 | **eh** 9:7 | **evidence** 8:8 9:15 12:23 13:16 17:15 20:18 21:8 23:15 24:11 26:12,20,25 28:2 30:9,14 |
| **discovery** 11:22 13:18 20:1,10,13 24:22 26:6,7 | **domestic** 15:9 32:18 | **either** 14:2 | |
| **discussions** 39:12 | **door** 39:15 | **emanual** 18:18 | |
| **dismiss** 13:12 | **dose** 41:7 | **emotional** 22:21,22 23:10 24:10,11 28:22 31:5 | **evil** 37:5 |
| **dismissed** 7:16 9:11 11:18 | **doubt** 11:12 12:3 | | **exactly** 12:17 12:20 22:1 33:7 36:1 |
| **dismissing** 2:7 3:23 | **doug** 36:14 37:10,18,18,23 37:23 | **emotionally** 22:13 | **example** 8:19 10:10 |
| **disposed** 24:1 | **draw** 32:20 | **ends** 32:24 | **except** 21:19 |
| **disregard** 9:6 | **drop** 23:9 | **energy** 42:10 | **exist** 3:5 |
| **distinction** 12:5 | **dropped** 22:20 39:7 | **engage** 29:15 | **existed** 15:7 |
| **distress** 22:21 22:22 23:10,14 | **dropping** 22:22 | **enjoy** 3:15 | **exited** 24:14 |
| | **drug** 32:20 | **entire** 36:7 | **explain** 6:6 |
| | | **environment** 7:8 | **extent** 25:5 |
| | | **environmental** 40:19 | **extortion** 18:8 |
| | | **episode** 42:17 | **extremely** 7:18 |
| | | | **eye** 29:21 |

**[f - go]**                                                                                    Page 6

**f**

**f**  43:1
**face**  22:14
**facebook**  2:20
**fact**  10:19 11:7
 37:22
**facts**  7:24 8:5
 20:17,17,17
 21:22,24 27:24
 28:1,17,18
 30:13
**factually**  10:9
**fair**  18:16 19:8
**faith**  18:16
 19:8
**false**  9:2,3,5,9
 18:10
**falsity**  9:6
**fam**  40:15
**family**  17:7
 21:20 22:15
 33:25 34:9,12
 34:12,14,24
 35:2,18,21
**famous**  8:13
 28:9
**far**  4:5 14:4,18
 14:19 26:7
**fat**  41:23 42:2
**father**  25:12
**federal**  3:22
**feed**  39:7

**feeds**  32:9
**feel**  3:3,18 11:6
 41:18
**feeling**  21:1
**feels**  12:12
**fees**  7:15,17
 11:19 13:11,22
 14:9
**ferrets**  26:21
**fiercely**  2:16
**fight**  29:12,12
**fights**  32:19
**figure**  8:22,23
 18:2
**figures**  9:20
 10:22 17:24
**file**  14:7,25
 23:19
**filed**  5:23 10:1
 10:3
**filing**  6:11 15:7
**film**  16:9 27:1,2
**filming**  27:2
**finances**  12:2
**finding**  17:15
**fires**  4:9
**first**  3:15 4:2
 6:2 35:3 41:15
 41:20 42:1
**fitness**  42:13
**flaa**  16:4
**follow**  2:20
**food**  41:9 42:7

**foods**  40:18,25
**forced**  23:9
**foregoing**  43:4
**forever**  27:11
 29:13
**fork**  23:11
**form**  11:8
**forth**  26:24
**fortunately**
 27:11
**forward**  26:5
 35:25
**found**  35:9,13
**fountain**  3:4
**four**  18:13
**freedman**  2:5
 2:11 4:2,6,11
 5:25 6:8 7:22
 9:18 10:6 12:1
 13:23 15:17
 18:22 19:22
 20:5 21:2
 22:10 23:6
 24:6 25:1,19
 26:18 27:10,24
 28:24 30:7
 31:10 32:2
 34:6 35:12
 36:3 37:12,17
 37:25 38:3,9
 38:10
**friend**  2:4
 33:22

**friends**  17:4
 33:9
**front**  27:23
 34:20
**frustrating**
 21:25
**fuel**  42:8
**full**  39:11
**funding**  22:8
**future**  11:11
 23:20

**g**

**g**  41:16
**game**  42:6
**generally**  10:20
 16:1
**geragos**  33:22
**getting**  5:7 6:1
 11:16 19:15
 23:13,23 32:18
 34:3 39:14
 41:11
**give**  3:21
**gives**  11:18
 41:23
**giving**  37:16
**go**  10:5 14:17
 14:19 17:3
 22:23 26:7
 27:20 29:11
 30:5 34:20
 37:23 42:13

**[god - including]** Page 7

god 37:8
goes 19:2,3
  31:1 37:1
going 5:6,8,10
  6:4 11:24
  13:11,13 14:2
  14:2 15:11
  19:4,15,17
  20:3,7 22:17
  22:18,19 23:1
  23:25 24:1,13
  24:15,20 25:17
  28:4 29:11,14
  31:12 32:1,4,6
  32:8 34:21,24
  35:13,14,19
  36:23 40:5,7
  40:12 42:8
good 2:18 4:5
  12:8 14:16,17
  17:5,6,6,7
  18:16 19:8
  31:11 33:5,12
  40:23
gotten 30:14
granted 9:12
grateful 36:8
  37:16
great 3:20 4:3,4
  20:25 24:6
  33:4 37:12
  38:2
growth 2:23

guidance 41:24
gut 41:3
guy 38:22
guys 23:17,24
  27:20,21 36:15
  40:16

**h**

half 29:21
hand 31:19
handheld 41:20
handle 16:17
handled 23:22
hanging 24:2
happen 30:25
  34:22 35:7,14
  37:4
happened 2:4
  2:14 10:8
  12:20 13:18
  15:18 18:19
  28:1 33:6,8
happening
  23:24 25:4
  34:3,7
happens 34:23
happy 36:4
harass 11:4
  13:4
harassed 22:4
harassment
  5:12 6:12 7:4,7
  7:21 11:16
  12:16,24 19:19

29:7,16 30:17
  35:11
hard 38:5
healing 2:24
health 3:7 42:6
  42:9,13
hear 30:1 33:9
  39:3
heard 9:8 18:13
  28:3,4 29:20
  39:4,8
heart 19:3
heartening
  37:2
hefty 11:25
help 3:3 14:17
  36:9,16,20,21
helping 39:23
helps 41:8,9
herbs 41:1,6
hey 2:1 5:8
hi 37:11
hiding 7:2
high 3:11
higher 10:23
hit 21:14
holiday 34:25
home 35:8
honor 38:14
hook 13:21
hope 4:4 38:8
  40:14
hopeful 35:4,18
  35:18

hopefully 27:15
hornets 31:14
horrible 21:18
hostile 7:7
hotel 32:14
  38:19
hours 38:15
house 33:16
how's 21:1
human 2:22
husband 37:19
hyde 43:3

**i**

immediately
  40:13
implied 19:7
important 6:14
  6:15 12:9,12
  12:13 19:19
  20:12 30:25
  33:13 36:10
impose 11:25
improve 41:24
improved
  42:10
inaccurate
  32:10
inappropriate
  12:21
including 14:9
  17:25 23:15
  36:25

**incorporate**
  3:13
**incredible**  2:22
  34:18 38:13
**indicated**  20:9
**indigestion**
  40:22
**indiscernible**
  23:6 34:17
  37:25
**individual**  2:3
**individuals**
  17:18 30:21
**infliction**  23:10
**information**
  15:25 16:3,4
  21:9,12,13
  24:14
**injustice**  21:3
  36:10
**innocence**  29:9
**insane**  13:15
  18:5
**insofar**  18:16
**insta**  2:20
**intentional**
  18:23 19:1
  23:9
**interactions**
  9:16
**interested**  30:4
  39:12
**interesting**
  16:18 22:23

29:22 32:3,5
  32:23 33:1
**interfered**
  18:19
**interference**
  18:15,23 19:1
  19:5
**internet**  15:22
**interrupt**  4:3
**interviews**
  22:19
**invasion**  18:10
**involved**  29:2
  32:22 33:10
**issues**  5:9 20:11
  20:12
**it'll**  32:23

**j**

**jam**  38:11
**jamie**  28:6
**january**  35:17
**jenn**  5:2 30:21
**job**  33:12
**jobs**  22:7,11
**joining**  37:15
**jose**  33:25
  34:14
**judge**  2:7 3:22
  4:16,17 5:7,17
  5:21 6:2,3 8:16
  9:7,22 11:21
  11:24 13:8,15
  13:24 14:2,4

14:11,14 18:25
  19:10,11 20:8
  20:9 23:21
  26:8 27:5
  34:17,18
**judges**  10:20
**july**  43:16
**june**  19:23
  39:14
**juror**  27:12
**jurors**  27:14
**jury**  22:16
  27:23 30:15,24
  31:9 33:2,5
**justice**  28:9
**justin**  2:15 5:1
  6:19 7:19 8:20
  9:4,11,16
  11:21 12:12
  13:12,21 15:21
  18:11 20:23
  21:15 24:2
  27:21 29:2
  35:9,13,24
  37:2 39:18,23
  40:8
**justin's**  18:19
  30:2
**justthriveheal...**
  41:16
**justthriveheal...**
  41:14

**k**

**keep**  40:4 41:3
**keeping**  24:2
**keeps**  42:8
**kelly**  2:1,2,2
  4:5,10 5:18 6:6
  7:5 8:15 10:2
  11:13 13:8
  14:23 17:21
  19:20 20:3,23
  22:6 23:5,8
  24:24 25:4
  26:14 27:9,17
  28:20 29:17
  31:8,11 33:12
  35:6,22 36:13
  37:13,21 38:1
  38:6,10
**key**  5:11
**kick**  10:3
**kid**  33:16
**kind**  4:8 11:15
  11:23 12:4
**kitty**  34:14
**kjersti**  16:4
**knew**  9:1,4
**know**  4:12,13
  4:13,17,18,19
  4:21,24 5:5,6,7
  5:11,13,13 6:1
  6:13,17,21,22
  7:23 8:2,3,4,6,7
  8:7,9,12,13

**[know - love]**

9:18,20,23,25
10:10,11,16,16
10:17,18,19,21
11:2,4,5,6,7,10
12:1,4,5,6,7,17
12:18,22,25
13:16 14:7,7
14:13 15:5,19
15:22,22,24,25
16:1,7,8,9,18
16:19,25 17:2
17:8,14,18,24
19:3,9,23,24
20:6,8,10,15,24
21:2,7,8,8,9,11
21:16,21,23,25
22:10,12,13,17
22:19,23 23:2
24:12,16,17
25:3,20,22,24
26:1,2,4,4,8,20
26:21,21,22
27:3,4,6,6,11
27:13 28:4,6,8
28:9,9,10,10,13
28:14,15,15,16
28:25 29:2,3,3
29:9 30:1,8,11
30:15,20,22
31:1,2,6,19
32:2,3,4,8,10
32:11,15,17,18
32:19,21,22,24
33:1,5,7,10

34:6,8,11,11,13
34:17,21,25
35:1,1,14,20,20
36:3,5,14
37:15,17,18
38:4,14,21,25
39:22 40:8,25
41:23 42:2
**known** 9:9
**knows** 22:1
29:15

**l**

**l** 42:15
**la** 4:8,9,13
**lack** 21:4
**language** 8:19
**lap** 5:19
**laps** 7:25
**laptop** 37:22
38:21
**large** 3:23
**launched** 15:15
33:17
**law** 5:16 6:14
7:6 9:19 11:14
12:6 14:1
20:24 24:7,12
25:1
**laws** 14:16
**lawsuit** 21:11
25:21
**lawyer** 2:5
23:12 38:13

**lawyers** 5:19
33:4,9
**lead** 6:24
**leak** 15:4
**leaked** 10:4
**lean** 3:9
**leash** 26:6
**leave** 9:12
**ledanski** 43:3
**left** 18:13 29:23
29:25 39:14
**legal** 7:15,16
21:6 39:4,5
43:11
**legally** 10:1
**level** 12:16
30:24
**levels** 42:10
**liable** 35:9,13
**liberty** 12:2
**life** 11:12 18:3
37:24 41:18
**light** 18:10
28:21
**liked** 29:3
**likely** 31:13
35:7
**liking** 16:24
**limit** 20:10,10
**line** 32:20
**lines** 29:23
**list** 37:1
**listened** 39:15

**literally** 30:19
**litigation** 30:5
31:18
**little** 29:10
38:19,20
**live** 2:10 8:1
**lively** 1:13,14
2:4,17 3:24
5:22 8:11 25:7
25:14,17 26:16
29:24 39:13
40:1
**lively's** 25:16
**living** 37:24
**llc** 1:14
**longshot** 39:17
**look** 3:3 13:24
26:3,22 27:7
28:24 30:17
32:4,6 33:2
35:25
**looked** 26:23
26:23 30:13
**looks** 34:1
**lose** 22:24
**losing** 22:25
**lost** 22:10 31:4
**lot** 7:13 10:24
25:21 32:2,4
33:18 37:16
39:10
**lots** 40:15
**love** 27:25
28:18,19 35:23

35:23 36:11,14
36:15 37:19
38:7 40:15
**loves**  36:14
**lowest**  36:22
**lumen**  41:19,20
42:1,13,14,16
**lumen.me**
42:14
**lyle**  34:13

**m**

**m**  41:16 42:15
**made**  6:2,3
10:12 13:10
26:8 29:19
30:10 38:15
**maintaining**
24:3
**make**  5:18 8:16
14:3 17:2,4
23:21 29:14
30:12 33:3,6
**makes**  7:18
24:18
**making**  30:5
31:2
**malice**  9:1,21
9:23 10:23,25
**man**  2:14 35:22
38:11,12,13
**man's**  18:3
**managed**  2:5
29:25

**management**
41:25 42:10
**march**  4:11
40:6
**mark**  33:22
**markle**  29:24
**matcha**  3:14
**matter**  10:18
22:25 40:2
**matters**  12:9
**maya**  8:15
**meals**  34:25
41:7 42:5
**mean**  6:2 14:24
17:1 20:5
26:25 27:3,8
27:25 28:2,3,7
28:12 29:7,18
31:3 32:9 34:8
38:18 39:10
**meaning**  9:1
**means**  29:13
**measurements**
42:4
**measures**  41:21
**media**  10:20
16:11 39:2
**medical**  23:11
**meet**  8:24
**meghan**  29:24
**megyn**  2:1,1,2
3:16,17 4:5,10
5:18 6:6 7:5
8:15 10:2

11:13 13:8
14:23 17:21
19:20 20:3,23
22:6 23:5,8
24:24 25:4
26:14 27:3,9
27:17 28:20
29:17 31:8,11
33:12 35:6,22
36:3,13 37:13
37:21 38:1,6
38:10 41:14
42:14,15
**melissa**  5:1
30:18
**members**  33:25
34:9,12,13,14
35:19
**menendez**
33:21,25 34:4
35:8,16
**mental**  23:14
**mentioned**
11:14
**mentioning**
39:22
**mess**  18:17
**messages**  8:8
10:12 12:22
25:7
**metabolic**
41:20 42:9
**metabolism**
41:17,22 42:7

**mic**  38:19
**mike**  36:25
**mild**  18:4
**millions**  11:20
11:20 29:4
40:21
**mind**  23:18,20
31:16
**mineola**  43:14
**misrepresent**
16:7
**misrepresent...**
8:5
**mistaken**  9:10
**mix**  3:13
**model**  37:19
**modern**  3:11
40:17 41:11
**molotov**  33:18
**moment**  2:19
11:9 13:5
22:11 27:19
30:15 36:22
**money**  11:23
12:4 40:9
**months**  42:12
**moot**  14:11
**morality**  12:7
**morning**  42:1
**motion**  13:12
**motions**  38:2,5
**mouth**  2:12
**move**  13:11
26:5

**movie** 15:10 18:5 39:25
**moving** 13:10 32:5
**multi** 3:9
**mutual** 36:14
**mythical** 3:4

**n**

**n** 41:16 42:15 43:1
**name** 31:18
**narcissism** 16:19
**narrative** 15:6
**nathan** 5:2 30:18
**nationally** 32:13
**natural** 2:24
**nature** 32:16
**nearly** 13:1
**need** 9:11 26:3 26:5,9,12
**needs** 20:12
**negative** 15:20 15:21 17:23 18:1
**negligent** 19:5
**nest** 31:14
**never** 4:20 20:25 23:17
**new** 3:24 6:9 7:6 8:24 10:4

10:10 13:25 15:4 21:14 28:16 35:1,2,8
**news** 20:24 32:9 39:10 40:23
**night** 8:1
**normal** 3:1
**notice** 20:7
**noticed** 19:22
**nuance** 9:19
**nutrition** 3:2 3:10,19 41:24 42:3
**nutrition's** 3:9
**ny** 43:14

**o**

**o** 43:1
**obtain** 26:6
**obvious** 17:22
**obviously** 20:6 22:12
**ocean** 37:23
**odds** 11:24
**offering** 22:7
**okay** 13:7 14:22 17:19 23:14 32:17 38:15 40:12
**old** 43:12
**one's** 38:6
**open** 39:15

**opinion** 33:13 37:6 39:20
**opportunity** 30:4 33:4 34:20 35:5
**opposed** 15:6
**optimal** 42:9
**optimistic** 34:23
**order** 3:15 9:22 29:9 41:15
**organic** 16:12
**organizations** 5:23
**organized** 32:22
**outlets** 39:2
**outside** 10:9
**overall** 3:21
**own** 10:12,17 15:16 16:16,23 17:22 18:8 30:11 37:6 39:5
**owning** 17:12

**p**

**paper** 39:1
**papers** 33:8
**pare** 5:16
**parole** 34:21
**parrot** 5:8
**part** 2:8 9:17 14:10 15:11,13

17:9,9,12 18:2 24:9 36:7
**particular** 12:8
**parties** 14:7 18:12 25:20 26:9,10 29:1
**pass** 2:24
**past** 16:2
**patch** 28:14
**pay** 7:14,16 11:21
**paying** 40:9
**peers** 30:16,24 33:3
**penalty** 11:25
**people** 3:4 8:2 8:14 12:3 14:17 16:10,11 16:11,24 17:15 17:17 20:19 21:18 22:7 23:3 25:3,20 25:22,23,24 27:7,14 30:10 30:19,23 31:6 32:11,21 36:9 39:23 40:21
**percent** 3:15,17 21:17,19 41:15 42:14,15
**perfectly** 41:17
**period** 29:16
**person** 2:18 7:12 8:25

21:18 32:25
37:5
**person's** 7:15
**personal** 39:5
**personalized**
42:3
**personally** 36:5
**perspective**
13:1 19:1,5
**phase** 24:22
**phenomenal**
34:8 37:18
**phone** 30:22
**picture** 22:9
**piece** 21:14
**place** 19:21,25
**plaintiff** 7:8
24:7 27:13
**plan** 42:4
**plans** 39:9
**plants** 41:1
**play** 16:11 28:7
31:14
**plead** 18:25
19:11
**pleasant** 18:3
**pleased** 4:18
**pled** 19:10
**point** 17:8
23:20 35:15
**pornography**
28:8,10,12
**portion** 4:23

**portions** 3:23
**position** 6:10
7:20 24:3 36:8
**possibility**
38:17
**possible** 11:9
**possibly** 13:14
25:11
**potential** 25:8
**potentially**
7:14,17 11:18
15:3 26:1 34:2
39:16
**powerful** 41:5
**pr** 3:25 15:16
30:18 39:22,24
**practiced** 20:24
**pre** 13:17
**prejudice**
23:19
**press** 15:19,20
17:3,23 18:1
**pretty** 15:18
**prevailing**
27:23,25
**prior** 15:7
**prioritize** 42:12
**privacy** 18:10
**problems** 37:6
37:7
**proceedings**
43:5
**process** 19:15
22:21

**processed**
40:18
**processes** 2:25
**program** 39:6
**promo** 41:16
**promote** 3:6
**properly** 41:9
**prosecution**
31:23
**protect** 14:17
**protected** 9:25
15:2
**protects** 6:15
11:15
**prove** 9:21 13:4
24:8,8 29:9
**proven** 3:6
**provide** 24:10
24:14 33:18
**proving** 11:2
**psychiatric**
23:15
**public** 7:2 8:22
8:23 9:20
10:22 17:24
18:2 30:24
39:19
**publicly** 37:8
**pulled** 15:25,25
16:3
**punishes** 14:20
**punitive** 7:17
13:14

**purchase** 42:16
**put** 10:14 13:18
16:3 20:17,19
21:14,22,22,23
24:22 26:24
27:18 30:9,10
35:15
**putting** 7:1,1
22:14

**q**

**quality** 3:11
16:19
**question** 35:12
**questions** 5:12
**quote** 8:13

**r**

**r** 43:1
**radar** 38:22
**rape** 32:20
**rarely** 34:8,11
**reaction** 16:12
**read** 6:3 8:17
9:22 33:8
**real** 6:18,18
13:20 15:8
28:1,2 31:3
32:8,8,10 33:2
37:7 40:17
**reality** 5:5
**really** 4:20 5:9
5:15 6:13,14
6:15 8:12,20
11:2,7 12:11

12:12,13 13:18
20:12 21:21
30:25 32:5,25
33:1 34:23
35:4,19 36:10
39:10
**reason**  15:10
25:13 26:15
**reasons**  37:3
38:12
**receipts**  8:9
20:19 21:22
**reckless**  9:6
**record**  24:4
43:5
**records**  23:11
23:15
**recover**  14:8
**recovered**
13:12
**red**  17:2 22:18
**redress**  21:6
**refile**  9:13
24:20
**refused**  23:11
**refutes**  12:24
**regard**  31:3
**regrets**  31:13
**related**  18:12
28:23
**relationship**
18:18,20
**release**  34:16

**released**  34:1,5
34:10
**relevant**  25:23
26:9,11
**remains**  18:7
**remember**
34:12
**remembers**
21:16
**repair**  2:23
35:21
**reporter**  31:20
**reporters**  15:12
15:24 16:10
17:16
**reporting**  25:6
**represented**
3:25
**representing**
31:22 33:24
**represents**  2:15
**require**  10:23
**required**  24:10
**resentenced**
34:7,19
**respect**  25:20
**response**  4:23
16:13
**responsibility**
17:11
**result**  11:8
16:13,21 29:5
30:4 31:3

**retaliate**  25:17
**reviewed**  10:11
**reynolds**  3:24
8:21 9:3,15
18:17 20:4
39:15
**rid**  4:19
**right**  3:15,21
5:12,22,25
7:23 10:6
11:13 13:6
15:19 16:1
17:10 20:17
23:2 24:24
25:1 27:2,3,9
28:5 29:23,25
30:7 31:5
33:21 34:18
35:6 36:5
37:24 38:7,18
39:7,11 40:5
**righteous**  39:19
**rightfully**
23:12
**rights**  10:2
14:18,25
**rise**  12:16
**risk**  13:1
**road**  43:12
**roadmap**  18:25
19:10
**role**  16:8 37:18
**round**  18:4

**rounds**  17:23
**routines**  3:13
**ruin**  18:3 36:23
**ruins**  22:6
**rule**  6:4 14:11
24:16
**ruling**  14:4,10
28:21,22
**ryan**  3:24 8:21
9:2,15 18:17
18:24 19:6
20:3,4 39:15

**s**

**sage**  36:25
**saturday**  8:1
**save**  41:14
**saw**  5:22 21:20
27:3 31:4,5
34:18
**saying**  5:8,21
7:3,9,12 8:19
9:3 14:21
17:19 21:18
**says**  8:13 11:21
37:10 41:7,8
**scary**  33:19
**scenario**  9:10
**scene**  12:20
27:4,7 28:11
**science**  3:11
**scientists**  2:23
**scope**  10:9

[screenshot - stay]                                                    Page 14

screenshot  28:5
scurrying
    16:22
se  33:11
sean  35:7
searched  3:4
secondary  29:6
secreted  21:9
see  3:20 4:3
    17:2 19:12,23
    20:5,20 21:12
    22:25 24:4
    26:4,20 27:15
    28:11 32:9,24
    34:1,9,11,22
    38:7 40:6,15
    40:16
seeing  35:23
    40:13
seemed  9:7
    16:23 23:22,24
seemingly
    30:11
seems  7:5 13:15
    15:8,9
seen  8:7,8,8,9
    8:11 12:19,22
    12:23 17:13
    28:5,13 36:24
self  22:13
sends  38:22
separate  39:6
serious  37:6

seriously  12:11
served  35:25
    39:19
settle  27:22
    40:7
settlement
    28:21,25 39:12
settling  39:13
setup  38:18
severely  14:20
sexual  5:12
    6:12,12 7:4,7,7
    7:21 11:16
    12:16,24 19:18
    29:7,15 30:16
    35:10
sexually  11:4
    13:4 22:4
sham  5:21
shoot  27:1,2
shooting  39:25
short  26:6
shorts  28:16
shot  13:20
shoulder  25:25
    26:1
show  2:2,9,20
    8:3,14 19:18
    23:3,14
showed  28:6
showing  8:11
    8:25 19:17
    29:6 31:7

shows  12:20
side  8:10 21:21
    25:25,25 27:19
    27:25 28:18,18
    33:24 34:9
signature  43:8
significant
    19:13,14
simplified  4:17
single  24:4
    40:20
sister  23:23
situation  6:21
    17:4
sky  27:7,15
slash  42:15
sleep  41:25
    42:11
sleuths  15:23
slow  2:25
sluggish  41:10
smear  5:4,14
    7:4 11:5
smoothies  3:14
solutions  43:11
somebody  4:25
    7:8 12:15
    16:15
sonya  43:3
soon  23:17 38:7
    38:8 39:14
    40:16
sooner  2:3

sorry  4:3
sorts  2:6 38:12
source's  2:12
speak  14:23
    25:16 26:17,19
special  36:6
specific  12:18
specifically
    14:5
spend  35:1
spin  15:16
spiraled  16:25
spoiler  3:5
sponsoring
    42:17
staff  17:19
stand  31:23
    33:13
standard  8:24
    10:22
star  36:11
start  4:24
    35:21
started  31:13
statement  39:1
statements
    15:3
statue  12:8
statute  6:9,9
    7:11,18 12:8
    13:24,25 14:6
    14:15
stay  40:11 42:6

steam   39:11
steele   36:25
step   34:2
stimulate   41:2
stomach   40:22
story   2:12
   22:17 29:16
straight   2:12
strategy   14:24
stress   41:25
strong   29:19
studios   1:14
stuff   5:10 16:9
   28:16 38:23
subpoena
   21:10,10
subpoenaed
   25:10
subpoenaing
   25:9
subscribe   2:19
substitute
   20:15
successful
   35:24
sue   8:20,21,22
   9:20 10:22
   15:2
sued   10:21
   11:16 23:13
suffer   18:4
   40:22
suffered   36:9

suffice   12:3
suing   8:23
suite   43:13
sullivan   8:24
supplement   3:2
supplements
   3:12
support   3:1,18
   23:16 41:2
supposed   25:2
supreme   28:9
sure   4:2 11:10
   13:13 25:19
   29:14 33:19
   40:3
surprised   8:18
   32:12
sweeping   8:18
swift   9:17 25:5
   25:9,15 26:16
   39:16
swimming
   40:15
sword   24:2
system   41:8

**t**

t   43:1,1
tag   5:2 30:18
tailored   41:24
take   2:3 3:22
   4:16 12:6,11
   13:9 14:5 16:8
   17:23 18:1,8

19:21,25 20:23
   39:8
taken   10:15
   14:18,20
talented   38:4
talk   2:13 12:2
   33:20
talked   36:18
   38:24,25
talks   33:23
taylor   9:16
   25:5,8,9,15
   26:16 39:16
team   5:2 13:10
   30:18,19,19
   33:5 40:2
tech   38:22
telegraphs
   40:11
tell   3:8 16:21
   22:17 25:5,13
   25:14,18 37:10
   41:4,19
terms   21:6
tested   41:6
testified   33:15
testimony
   19:16
text   8:7 10:12
   12:22 25:7,13
texts   25:10
thank   36:13
   37:8 38:9 39:3
   42:16

thanking   5:23
thanks   3:20 4:7
   7:11 36:1
   37:15
theory   15:14
therapist   24:5
thing   10:3
   15:15 30:18
   36:19 40:4,11
   42:1
things   4:17 9:3
   9:5 10:14 11:3
   11:11 21:5
   24:16 26:2,3
   32:5,12,23
   34:1 36:6,16
think   4:11,14
   5:15 9:19 10:7
   10:19,23 12:4
   12:12 13:20,23
   14:14,24 16:10
   16:13,16 19:20
   20:11 21:2,3
   24:12,16 25:22
   26:7,10,19,19
   26:21,22 27:10
   28:11 29:18
   30:8,9,14,17,23
   30:25 31:12,21
   32:4,12,15
   33:24 34:4
   35:24 37:4,5
   39:18 40:8,10
   40:13

**[third - vindication]**

| | | | |
|---|---|---|---|
| **third** 26:9,10 | **tons** 18:1 | **truth** 4:20 6:24 | **use** 41:14 |
| **thought** 18:14 | **took** 6:10 31:23 | 8:12 11:3 | **used** 13:2 21:13 |
| **thoughts** 2:6 | 34:2 | 19:18 20:16,20 | 41:1 |
| 31:25 32:3 | **top** 42:6 | 21:25 26:18 | **using** 14:9 |
| 39:3 | **tortious** 18:14 | 27:24 28:1,17 | **v** |
| **thousands** | **tour** 22:20 23:1 | 30:10 | |
| 10:12 | 31:6 | **truthful** 33:1 | **v** 1:13,14 2:4 |
| **threatened** | **tours** 8:1 22:24 | **try** 18:3 | 8:24 |
| 26:16 | 31:2,4 | **trying** 5:17 | **vacation** 2:11 |
| **threatening** | **toward** 15:20 | 13:3 14:8,21 | 4:4 38:16 |
| 25:14 | 15:21 | 16:8,22 20:21 | **vacay** 40:12 |
| **three** 13:22 | **toxic** 40:18 | **tuned** 40:11 | **van** 21:10 |
| **thrilled** 37:13 | **toxins** 41:11 | **turns** 42:7 | **vanzan** 21:10 |
| **thrive** 41:4,6,8 | **trailer** 12:23 | **two** 11:3 39:25 | **verdict** 31:9 |
| 41:13 | **transcript** 43:4 | **type** 20:2 | 39:11,19 |
| **thriving** 41:3 | **translates** 42:9 | **u** | **veritext** 43:11 |
| **time** 4:4,6,7 8:2 | **trashed** 30:22 | | **victim** 6:18,18 |
| 15:24 24:3,21 | **travel** 38:20 | **u** 42:15 | 12:10 15:6 |
| 28:2 31:15 | **treated** 17:16 | **ultra** 40:18 | 31:15 |
| 33:23,23 34:16 | 17:17,17,18 | **unclothed** | **victims** 6:16 |
| 35:3,8 38:2 | **trebled** 13:13 | 28:12,13 | 34:15,15 |
| 41:6 | **trial** 27:18,21 | **under** 40:19 | **victory** 5:19 6:5 |
| **timeline** 26:23 | 31:21,25 40:5 | **undermining** | 7:25 22:20,24 |
| **times** 3:25 8:24 | **triple** 7:16 | 15:2 | 23:1 30:3 31:2 |
| 10:4,11 13:22 | 11:19 | **understand** | 31:4,6 |
| 15:4 21:15 | **tripled** 13:14 | 9:14 | **video** 10:13 |
| 40:2 | **trouble** 7:14 | **understanding** | 12:19 16:5 |
| **timetable** 35:15 | **true** 38:6,6 | 12:18 21:4 | 26:25 27:1 |
| **tips** 42:6 | 43:4 | **unit** 32:22 | 28:5,7 32:7,13 |
| **together** 4:12 | **truly** 13:3 18:1 | **unite** 29:25 | **videos** 15:25 |
| 10:14 13:18 | 22:15 35:16 | **untested** 14:15 | 16:1,5,6 |
| 21:14 35:3 | 36:12 | **untrue** 21:5 | **vindication** |
| **tone** 15:8 | **trust** 30:1 | **upset** 11:7 | 5:20 |
| | | 40:23 | |

**[violence - zero]**                                                     Page 17

| | | | z |
|---|---|---|---|

violence  15:9
  32:18
voicemail  28:3

**w**

waging  2:16
wait  26:20
waiting  17:18
wake  41:7
waldo  31:17
walk  17:2
  40:10
want  3:8 5:10
  5:11 12:11
  23:18 30:23
  31:12 37:10
  41:4,19
wanted  25:6
wants  22:15
  31:14 40:10
war  2:16
warmer  42:12
watch  37:1
watching  35:23
  37:23
way  3:1,6 10:17
  14:20 20:14
  25:17 29:11
  36:21
wayfarer  1:14
we've  8:6,11
  12:19,21,23
  26:22 28:4,17

wearing  28:15
website  7:1
weight  42:10
welcome  2:2
  14:7
went  2:7 15:24
wife  9:8
win  22:24
wisdom  3:10
wish  35:20
withdraw
  23:18
withdrawn
  23:19
witness  19:16
witnesses  19:16
  26:1 31:23
wme  9:3 18:18
woman's  13:21
won  29:19 30:3
  30:8
wonder  30:2
  31:24
word  21:3
words  11:17
work  7:8 19:4
  29:10
worked  24:17
working  19:12
  37:7
workouts  41:24
  42:5
works  24:25
  41:17

world  29:15
  32:6 40:17
world's  41:20
worst  9:9
wow  35:22
wrap  2:3
wrong  18:21
  40:11
wrongdoer
  37:5
wrongfully
  4:25 5:3 6:20
  6:22 29:8

**x**

x  2:21

**y**

y  41:16
yates  37:23
yeah  4:10 8:15
  9:18
year's  35:1,2,9
years  2:24
  33:14 35:3
yor  3:24
york  8:24 10:4
  10:11 15:4
  21:14
youth  3:5
youthful  3:7
youtube  2:20

**z**

zam  21:10
zero  21:19 29:1