UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>    -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>      Third-Party Plaintiff,<br><br>    -v-<br><br>JONESWORKS LLC,<br><br>      Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>      Consolidated Defendants. | |

- 2 -

## AFFIDAVIT OF SERVICE OF KRISTIN E. BENDER

I, Kristin E. Bender, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel to Plaintiff Blake Lively in the above-captioned actions.

2. Pursuant to this Court's order on July 28, 2025 (ECF No. 502, "Court Order") I caused service of Plaintiff's Rule 45 subpoena to Mr. Robb Sullivan (the "Sullivan Subpoena") to be effected as follows:

3. On July 29, 2025, I directed my colleague to mail the Sullivan Subpoena, along with the Court Order, via Certified Mail to Mr. Sullivan's last known address. The Certified Mail tracking numbers are 7017 0530 0000 0540 9612 and the mailing was addressed to Mr. Sullivan's last known address. *See* Exhibit A.

4. On July 29, 2025, I directed another colleague to email the Sullivan Subpoena, along with the Court's Order, to Mr. Sullivan's talent agency, Murtha Skouras Agency. *See* Exhibit B.

5. On July 29, 2025, my firm engaged a process server to affix the Sullivan Subpoena, along with the Court's Order, to Mr. Sullivan's last known address. On July 29, 2025, the process server affixed the Sullivan Subpoena and Court's Order to Mr. Sullivan's last known address. *See* Exhibit C.

6. On July 30, 2025, I called Murtha Skouras Agency at a telephone number directly associated with the agency and spoke with a receptionist informing her that, pursuant to the Court's Order, Murtha Skouras Agency had been emailed a copy of the Sullivan Subpoena and the Court's Order.

7. On July 30, 2025, I called Mr. Sullivan at a telephone number directly associated with Mr. Sullivan and left a voicemail informing Mr. Sullivan that he had been served with the Sullivan Subpoena via affixing and mailing the Sullivan Subpoena to his last

known address, and emailing it to his talent agency, Murtha Skouras Agency.

8. I also submit this declaration to place before the Court several documents, as follows.

9. A true and correct copy of the aforementioned Certified Mail to Mr. Sullivan's last known address, dated July 29, 2025, is attached hereto as **Exhibit A**.

10. A true and correct copy of the aforementioned conveyance of service via email to Mr. Sullivan's agency, Murtha Skouras Agency, dated July 29, 2025, is attached hereto as **Exhibit B**.

11. A true and correct copy of private process server Richard Meyer's Affidavit of Posting, dated July 30, 2025, is attached hereto as **Exhibit C**.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2025.

                                      */s/ Kristin E. Bender*

                                      WILLKIE FARR & GALLAGHER LLP
                                      Kristin E. Bender
                                      1875 K Street NW
                                      Washington, DC 20006
                                      (202) 303-1000
                                      kbender@willkie.com

                                               *Attorney for Blake Lively*