# EXHIBIT A

quadient
07/29/2025
US POSTAGE $013.25
ZIP 10019
041M12254648

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To Robb Sullivan
Street and Apt. No., or PO Box No.
City, State, ZIP+4 Camarillo, CA

7017 0530 0000 0540 9612
7017 0530 0000 0540 9612

CERTIFIED MAIL

787 Seventh Avenue
New York, NY 10019-6099

Robb Sullivan
Camarillo, CA

WILLKIE FARR & GALLAGHER LLP

Autumn Adams-Jack
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY
10019

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Robb Sullivan
Camarillo, CA

9590 9402 9203 4225 5676 72

2. Article Number (Transfer from service label)
7017 0530 0000 0540 9612

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

quadient   FIRST-CLASS MAIL
US POSTAGE $000.74
ZIP 10019
041M12254648

Autumn Adams-Jack
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY
10019





