# EXHIBIT B

| | |
|---|---|
| **From:** | Taustine, Melissa |
| **Sent:** | Tuesday, July 29, 2025 11:07 AM |
| **To:** | charlie@murthaskouras.com; hillary@murthaskouras.com; karen@murthaskouras.com; ann@murthaskouras.com; spyros@murthaskouras.com |
| **Cc:** | skouras.asst@murthaskouras.com; hcookasst@murthaskouras.com; kbasst@murthaskouras.com; amasst@murthaskouras.com; Adams-Jack, Autumn; Bender, Kristin |
| **Subject:** | Robb Sullivan Subpoena – Lively v. Wayfarer, 1:24-cv-10049 (S.D.N.Y) |
| **Attachments:** | 2025.07.28 Robb Sullivan Subpoena.pdf; 2025.07.28 Order Granting Motion for Alternative Service.pdf |

Dear Murtha Skouras Agency,

Please see the attached subpoena to Robb Sullivan for the production of documents in connection with the above-referenced action, which is being served via email to Murtha Skouras Agency (among other methods) in accordance with the Court's July 28, 2025 order, also attached.

Please let us know of any questions.  Thank you.


**Melissa Taustine**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 3704 | Fax: +1 212 728 8111
mtaustine@willkie.com | vCard | www.willkie.com bio

1