# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Blake Lively, et al.
          Plaintiff(s)

VS.

Case No: 1:24-cv-10049; 1:25-cv-00449

Wayfarer Studios LLC, et al.
          Defendant(s)

## AFFIDAVIT OF POSTING

I, Richard Meyer, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Order Granting Motion for Alternative Service and Subpoena Duces Tecum with Attachment A in the above entitled case.

That on 7/29/2025 at 6:03 PM, I served Robb Sullivan at [redacted], Camarillo, California [redacted] by posting the Order Granting Motion for Alternative Service and Subpoena Duces Tecum with Attachment A on the door where it can be conveniently read. In addition to the service noted above, a copy of the same was mailed by first-class U.S. Postage prepaid on 7/30/2025.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 7/30/2025

_____
Richard Meyer

Client Ref Number:
Job #:13820343