# Exhibit A

Transcript from Blake Lively's deposition, taken on July 31, 2025