July 31, 2025

**Notice of Motion to Quash Subpoena Filed in the District of Nevada**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to inform the Court that today I filed a Motion to Quash the subpoena served on me by counsel for Plaintiff Blake Lively on July 19th.

My motion was filed in the United States District Court for the District of Nevada.

Las Vegas was listed as the place for compliance in the subpoena. It is also where I live and work and the appropriate venue for me to fight Blake Lively's pattern of abusive discovery practices. The subpoena she served on me is legally unsound and unenforceable.

This letter is provided as a courtesy to ensure that the Court is aware that proceedings relating to the enforceability of the subpoena are now pending in Nevada under Case No. 9875. See Exhibit A.

I have informed counsel for Ms. Lively and served them notice of my Motion To Quash. See Exhibit B.

Please note that no action is required from the Southern District of New York and I am simply fulfilling my obligation to inform the Court of developments that may relate to discovery matters in this case.

Submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton