Generated: Jul 31, 2025 3:12PM
Page 1/1

## U.S. District Court

### Nevada None - Las Vegas

Receipt Date: Jul 31, 2025 3:12PM

Mario Lavandeira

| Rcpt. No: 200015536 | Trans. Date: Jul 31, 2025 3:12PM | | Cashier ID: #RG (4937) | |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #9875 | 07/31/2025 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 2:25-ms-00060

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



___ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
         COUNSEL/PARTIES OF RECORD
          JUL 31 2025
     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY