**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br>Plaintiff,<br>v.<br>WAYFARER STUDIOS LLC, et al.,<br>Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br>Plaintiffs,<br>v.<br>BLAKE LIVELY, et al.,<br>Defendants. | No. 25-cv-449 (LJL) (member case) |

**NOTICE OF PLAINTIFF BLAKE LIVELY'S MOTION FOR SANCTIONS AGAINST DEFENDANTS' COUNSEL**

Plaintiff Blake Lively, by and through the undersigned counsel, hereby moves pursuant to New York Rule of Professional Conduct 3.6 ("N.Y. Rule 3.6") and Federal Rule of Civil Procedure 16(f) for sanctions against Defendants' counsel, Bryan Freedman. Ms. Lively respectfully submits that the Court should impose sanctions against Mr. Freedman as a consequence of his relentless media campaign to harm Ms. Lively's character, credibility, and reputation.

For these reasons, and those set forth in more detail in the accompanying memorandum of law, the Court should impose sanctions on Mr. Freedman.

Respectfully submitted,

Dated: August 4, 2025

/s/ *Michael J. Gottlieb*

Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips LLP
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

Michael J. Gottlieb
Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*