# EXHIBIT A

| Date | Description |
|---|---|
| December 21, 2024 | In a Statement to the New York Times, which was later published by various different media outlets, Mr. Freedman stated:<br><br>It is shameful that Ms. Lively and her representatives would make such serious and categorically false accusations against Mr. Baldoni, Wayfarer Studios and its representatives, as yet another desperate attempt to 'fix' her negative reputation which was garnered from her own remarks and actions during the campaign for the film; interviews and press activities that were observed publicly, in real time and unedited, which allowed for the internet to generate their own views and opinions.<br><br>These claims are completely false, outrageous and intentionally salacious with an intent to publicly hurt and rehash a narrative in the media.  Wayfarer Studios made the decision to proactively hire a crisis manager prior to the marketing campaign of the film, to work alongside their own representative with Jonesworks employed by Stephanie Jones, due to the multiple demands and threats made by Ms. Lively during production which included her threatening to not showing up to set, threatening to not promote the film, ultimately leading to its demise during release, if her demands were not met.<br><br>It was also discovered that Ms. Lively enlisted her own representative, Leslie Sloan with Vision PR, who also represents Mr. Reynolds, to plant negative and completely fabricated and false stories with media, even prior to any marketing had commenced for the film, which was another reason why Wayfarer Studios made the decision to hire a crisis professional to commence internal scenario planning in the case they needed to address.<br><br>The representatives of Wayfarer Studios still did nothing proactive nor retaliated, and only responded to incoming media inquiries to ensure balanced and factual reporting and monitored social activity.<br><br>What is pointedly missing from the cherry-picked correspondence is the evidence that there were no proactive measures taken with media or otherwise; just internal scenario planning and private correspondence to strategize which is standard operating procedure with public relations professionals. |

|  | *See Read the Statement: Statement to The New York Times from Bryan Freedman, attorney for Justin Baldoni, Wayfarer Studios and all its representatives*, N.Y. Times (December 21, 2024), https://www.nytimes.com/interactive/2024/12/21/us/statement-to-the-new-york-times.html. |
|---|---|
| December 23, 2024 | In a statement released to The Hollywood Reporter and other media outlets, Mr. Freedman stated:<br><br>TAG PR operated as any other crisis management firm would when hired by a client experiencing threats by two extremely powerful people with unlimited resources. The standard scenario planning TAG PR drafted proved unnecessary as audiences found Lively's own actions, interviews and marketing during the promotional tour distasteful, and responded organically to that which the media themselves picked up on. It's ironic that The New York Times, through their effort to 'uncover' an insidious PR effort, played directly into the hands of Lively's own dubious PR tactics by publishing leaked personal text exchanges that lack critical context – the very same tactics she's accusing the firm of implementing.<br><br>*See* James Hibberd, *Justin Baldoni's Publicist Breaks Silence, Defends Leaked Texts About Blake Lively*, The Hollywood Reporter (December 23, 2024, 12:10 PM), https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-blake-lively-jennifer-abel-leaked-texts-1236093044/. |
| December 28, 2024 | In a statement released to Deadline and other media outlets, Mr. Freedman stated:<br><br>I am not going to speak to when or how many lawsuits we are filing but when we file our first lawsuit, it is going to shock everyone who has been manipulated into believing a demonstrably false narrative. It will be supported by real evidence and tell the true story. In over 30 years of practicing, I have never seen this level of unethical behavior intentionally fueled through media manipulation. It reminds me of what NBC tried to do to Megyn Kelly and Gabrielle Union and we all know how that ended up. Standby.<br><br>See Caroline Frost & Dominic Patten, *Justin Baldoni Countersuit Against Blake Lively Will "Shock Everyone," Lawyer Declares; Lively PR Rep Calls Out "False" Allegations Of Planted HR Stories – Update*, Deadline (December 28, 2024, 5:47 AM), https://deadline.com/2024/12/blake-lively-justin-baldoni-it-ends-with-us-legal-complaint-counter-suit-1236243155/. |

| | |
|---|---|
| December 31, 2024 | In a statement released to USA Today, and published by various other media outlets, Mr. Freedman stated:<br><br>In this vicious smear campaign fully orchestrated by Blake Lively and her team, the New York Times cowered to the wants and whims of two powerful 'untouchable' Hollywood elites, disregarding journalistic practices and ethics once befitting of the revered publication by using doctored and manipulated texts and intentionally omitting texts which dispute their chosen PR narrative.<br><br>In doing so, they pre-determined the outcome of their story, and aided and abetted their own devastating PR smear campaign designed to revitalize Lively's self-induced floundering public image and counter the organic groundswell of criticism amongst the online public.  The irony is rich.<br><br>Make no mistake however, as we all unite to take down the NY Times by no longer allowing them to deceive the public, we will continue this campaign of authenticity by also suing those individuals who have abused their power to try and destroy the lives of my clients.  While their side embraces partial truths, we embrace the full truth - and have all of the communications to back it.  The public will decide for themselves as they did when this first began.<br><br>*See* Pamela Avila, *Justin Baldoni files $250M lawsuit against New York Times over Blake Lively claims*, USA Today (January 2, 2025, 7:25 PM), https://www.usatoday.com/story/entertainment/celebrities/2024/12/31/justin-baldoni-sues-new-york-times-blake-lively-accusations/77364901007/. |
| January 3, 2025 | During an on-camera interview with *NBC Nightly News*, Mr. Freedman stated, among other things:<br><br>…I am more than willing to take every single text message that exists out there.  Lay them out.  Put them on a website for the world to see…Have them see the truth and determine the truth for themselves…<br><br>*See* Liz Kreutz, Saba Hamedy & Kalhan Rosenblatt, *Justin Baldoni's attorney blasts New York Times story about Blake Lively 'smear campaign' story*, NBC News (January 3, 2025, 9:46 AM), https://www.nbcnews.com/pop-culture/pop-culture-news/justin-baldonis-attorney-blasts-new-york-times-blake-lively-story-rcna186064. |

| | |
|---|---|
| January 7, 2025 | In a statement released to People and other media outlets, Mr. Freedman stated:<br><br>It is painfully ironic that Blake Lively is accusing Justin Baldoni of weaponizing the media when her own team orchestrated this vicious attack by sending the New York Times grossly edited documents prior to even filing the complaint.<br><br>We are releasing all of the evidence which will show a pattern of bullying and threats to take over the movie. None of this will come as a surprise because consistent with her past behavior Blake Lively used other people to communicate those threats and bully her way to get whatever she wanted. We have all the receipts and more.<br><br>*See* Jen Juneau & Elizabeth Rosner, *Justin Baldoni's Lawyer Vows to Release 'Evidence' of Blake Lively's 'Pattern of Bullying': 'We Have the Receipts'*, People (January 7, 2025, 12:39 PM), https://people.com/justin-baldoni-lawyer-promises-to-release-evidence-blake-lively-bullying-8770498. |
| January 7, 2025 | During an on-camera appearance on *The Megyn Kelly Show*, Mr. Freedman made the following statements, among others, which have been excerpted from his full interview:<br><br>Blake Lively was no victim here. She was in control, she was in power. And she took over this Film.<br>…<br>[Ms. Lively] used these allegations of sexual harassment, and she used these allegations of bullying to try and leverage her position so that she could be the de facto director in the case.<br>…<br>I mean, you know, since I've been involved in this case I've gotten 50 either texts or emails or you know, things to my firm's website. You know, more than 50 actually, about this was my experience with Blake Lively. You know, we weren't allowed to talk to her on the set. We weren't allowed to ask for an autograph. We were, you know, instructed, you know, this way or that we were treated like this, I mean and you know, these things aren't coming because we're doing an investigation, these are completely organic. These are based on people's real life experiences. In fact, you know, we've come across evidence that, you know, shows that that even her own representatives, knew that she was threatening, and mean and tough, and wanted to get her way.<br>… |

| | |
|---|---|
| | Let's break down what the sexual harassment is. I mean, we've just been through the Me Too movement. We've heard all sorts of serious allegations of sexual harassment that are really meaningful to victims, and and and *[sic]* really important. And Blake Lively if she was sexually harassed to to *[sic]* such a degree in this in, this Film, and in this situation, you know, she wouldn't have returned to the Film.<br>…<br>It's very clear what is being planted. There are evidence *[sic]* for all of these points. There are text messages for all these points. And unlike any case that I've handled in my entire career, it's the one case we're going to put every single text message, every single document, everything on a website for everyone in the public to read, come to their own conclusions. And they can determine whether or not there was sexual harassment here, there was a smear campaign, or there was retaliation because we have proof and receipts that absolutely and unequivocally show this is not true.<br>…<br><br>*See* Meg Storm, *Exclusive: See Justin Baldoni's Text Messages with His 'It Ends with Us' Editors from Blake Lively Lawsuit*, The Megyn Kelly Show (January 7, 2025), https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-us-editors-about-blake-lively/. |
| January 16, 2025 | In a statement released to various media outlets, Mr. Freedman stated:<br><br>This lawsuit is a legal action based on an overwhelming amount of untampered evidence detailing Blake Lively and her team's duplicitous attempt to destroy Justin Baldoni, his team and their respective companies by disseminating grossly edited, unsubstantiated, new and doctored information to the media.<br><br>It is clear based on our own all out willingness to provide all complete text messages, emails, video footage and other documentary evidence that was shared between the parties in real time, that this is a battle she will not win and will certainly regret. Blake Lively was either severely misled by her team or intentionally and knowingly misrepresented the truth. Ms. Lively will never again be allowed to continue to exploit actual victims of real harassment solely for her personal reputation gain at the expense of those without power. Let's not forget, Ms. Lively and her team attempted to bulldoze reputations and livelihoods for heinously selfish reasons through their own dangerous manipulation of the media before even taking any actual legal action. We know the truth, and now the public does |

| | |
|---|---|
| | too. Justin and his team have nothing to hide, documents do not lie.<br><br>See Tommy McArdle & Elizabeth Rosner, *Justin Baldoni Sues Blake Lively and Ryan Reynolds for $400 Million Alleging Defamation, Extortion over It Ends With Us*, People (January 16, 2025, 2:32 PM), https://people.com/justin-baldoni-sues-blake-lively-ryan-reynolds-8768821. |
| January 18, 2025 | In a statement released to Deadline, and later published by other media outlets, Mr. Freedman stated:<br><br>After my clients filed a comprehensive lawsuit packed with almost 200 pages of undeniable facts and documentary evidence which crushed their false allegations of a smear campaign by providing doctored communications to the New York Times, Blake and her legal team have just one heinous pivot left, and that is to double down on the revoltingly false sexual allegations against Mr. Baldoni. The mere fact that Ms. Lively feels that she can publicly destroy Mr. Baldoni's reputation in an attempt to devastate his future career and then deny him or his team their own ability to defend theirselves against her is preposterous.<br><br>Mr. Baldoni never once publicly attempted to call Ms. Lively out for her own many wrongdoings during filming, he kindly addressed all her concerns during filming in the correct manner despite the fact that he wholly disagreed, he himself was committed to do things differently and to keep the peace as she specifically admitted to in her own lawsuit. We will not only continue to defend our clients against Blake's power, privilege and all out lies, but we will now fight even harder for the voiceless in the DV community who are unfairly suffering while she continues to push on her own self-serving and selfish vendetta in the media.<br><br>See Dominic Patten, *Justin Baldoni's Lawyer Decries "Revoltingly False Sexual Allegations" From Blake Lively As Lawsuits Fly; Brands At Business Heart Of Dispute*, Deadline (January 18, 2025, 5:44 PM), https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/. |
| January 21, 2025 | Mr. Freedman released video footage from the production of the Film to *Us Weekly* and other media outlets. The footage begins with the following statement:<br><br>Ms. Lively's complaint alleges that during a scene Mr. Baldoni and Ms. Lively were filming for a slow dance montage, Mr. Baldoni was behaving inappropriately. |

|  | The following videos captured on May 23, 2023, clearly refute Ms. Lively's characterization of his behavior. The scene in question was designed to show the two characters falling in love and longing to be close to one another. Both actors are clearly behaving well within the scope of the scene and with mutual respect and professionalism.<br><br>See Ruth Styles, *Who's lying, Blake Lively or Justin Baldoni? Shocking It Ends With Us clip reveals the truth about abuse claims*, Dailymail.com (January 21, 2025, 12:11PM), https://www.dailymail.co.uk/tvshowbiz/article-14308745/Blake-Lively-Justin-Baldoni-bombshell-clip-reveals-truth-abusee.html. |
|---|---|
| January 21, 2025 | In a statement released to *Us Weekly*, alongside the above-referenced video footage, Mr. Freedman and/or his team stated:<br><br>*Us* received this video from legal counsel, Bryan Freedman who has gone on record numerous times and told the public that Justin Baldoni and team has nothing to hide and this video, once more proves this. Justin and team have the right to defend themselves with the truth and this is what we will be continuing to show with the upcoming website containing all correspondence as well as relevant videos that directly quash her claims.<br><br>See Ryan Hudgins, *Justin Baldoni's Lawyer Releases Video of 'It Ends With Us' Scene to Try to Disprove Blake Lively*, US Weekly (January 21, 2025), https://www.usmagazine.com/entertainment/news/wayfarer-studios-releases-justin-baldoni-blake-lively-slow-dance-scene/. |