# EXHIBIT B

Page 1

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13   Lively v. Baldoni
14   Lively v. Wayfarer Studios LLC et al, 24-cv-10049
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

1  HARVEY LEVIN: Okay. Now we have
2  Justin Baldon's attorney on, Bryan Freedman.
3  Bryan, welcome.
4      BRYAN FREEDMAN: How are you, Harvey?
5      HARVEY LEVIN: I'm good. So can I
6  throw this out? Because I have a feeling you are
7  going to be angry, but I'm just going to in full
8  disclosure tell you what I said and I believe
9  what Mark said. I don't think this case is ever
10 going to trial. I think you've kind of won the
11 PR battle and I feel like this case was filed for
12 PR reasons more than legal reasons. And you won
13 it. Nobody wants to sit for depos, nobody wants
14 to go on the stand. I don't see this case ever
15 going to trial.
16     MARK GERAGOS: And to be fair, what I
17 said is if I'm representing Blake Lively, I am
18 going to do virtually anything to not let Bryan
19 Freedman depose my client.
20     BRYAN FREEDMAN: You know what? I'm
21 not really sure whether it's going to go to trial
22 or not go to trial, but I just know one thing.
23 Justin is a -- really, he's a great guy. I wish
24 this was more about him and less about, you know,
25 negativity, frankly.

Page 3

1      HARVEY LEVIN: Don't you feel like
2  you've won this PR war now?
3      BRYAN FREEDMAN: It's not even about
4  winning a PR war. It's -- honestly, it's about
5  saving someone's life. I mean, imagine, Harvey,
6  imagine you being accused of something that you
7  just didn't do, you just weren't part of. And
8  you're caught up in this and you're a real,
9  decent human being. And this is a powerful thing
10 that you're going through and your whole career
11 seems to have been gone and vanished before your
12 very eyes.
13     HARVEY LEVIN: I'm confused about that.
14 I know William Morris dropped Justin. But at the
15 same time, more people know who this guy is than
16 they did before this. And just in terms of the
17 (indiscernible) Nielsens that I see just in terms
18 of what comes at us here at TMZ, that Blake was
19 winning at the beginning and it turned around and
20 she's not now. So isn't it mission accomplished?
21 Because, you know, I know you're suing for huge
22 numbers. But especially your lawsuit against
23 Blake, you know, I feel like her lawsuit was a PR
24 -- to try and salvage PR and his was a reaction
25 to that. And hasn't that all kind of been

Page 4

1  settled at this point?
2      BRYAN FREEDMAN: I think what hasn't
3  been settled is the fact that he's -- you know,
4  they've lost four projects, significant projects,
5  the studio. There's obviously the reputational
6  and emotional distress harm. He's got two little
7  kids that, you know, pay attention to what goes
8  on in the world. His wife is devastated. And,
9  you know, and there's others involved in this too
10 that have lost significant business and personal
11 relationships.
12     MARK GERAGOS: I've said it a million
13 times, you've raised the Titanic in this case.
14 Because but for Bryan Freedman, Justin Baldoni
15 would have been crushed in this matter. And
16 that's where it was headed. And it was headed
17 for him to be crushed.
18     When you see the kinds of things that
19 were left on the cutting room floor, literally,
20 in that New York Times articles, it's
21 infuriating.
22     HARVEY LEVIN: But that's against the
23 New York Times. And I get that, and that is kind
24 of separate.
25     I guess what I'm wondering is if Blake

Page 5

1  -- Bryan, Blake Lively, the last thing she wants
2  is to take the stand. She doesn't want her
3  husband to take the stand. She doesn't want
4  Taylor Swift to take the stand, nor do they want
5  to take the stand.
6      So if they came to you and just said we
7  will basically call this a massive
8  misunderstanding, can we just drop it, would you
9  entertain it? I'm curious.
10     BRYAN FREEDMAN: I mean, he was called
11 a sexual predator. So are they saying he's still
12 a sexual predator but it's a misunderstanding?
13     MARK GERAGOS: You know, Harvey, when
14 you're in the middle of representing one of these
15 people who is in the eye of the storm -- and
16 Bryan's done it a zillion times, I've done it a
17 fair amount of times -- you need to be
18 vindicated. Because at the end of the day you're
19 not -- you know, no amount of money will get you
20 back to square zero.
21     To your point, Harvey, as many people
22 didn't know Baldoni as they knew Lively.
23 However, Lively, be careful what you wish for,
24 the public has gone full Amber Heard on her. And
25 Baldoni could have been defined, as Bryan just

2 (Pages 2 - 5)

Page 6
1  said, as the sexual predator but for the
2  magnificent job he has done here.  So there's a -
3  - it's a horrible body blow to have to take and
4  have -- you know, can't leave your house.  I
5  don't know and I haven't asked you this, Bryan,
6  but I assume he's got round-the-clock security
7  and his family has had to be relocated and the
8  whole bit.
9          BRYAN FREEDMAN:  I mean, there's
10 certainly that invasion of privacy that goes on.
11 But I think it's not so much having something to
12 do with me that turned the tide.  I mean, the
13 reason to put the information out there is just
14 because of who he is.  It's the truth.  It's just
15 the truth.  And the reality is that, you know,
16 had there been these horrible things and had
17 there been these horrible text messages, had
18 there been this horrible information, you know,
19 that stuff would have been put out there, too.
20         MARK GERAGOS:  I appreciate your
21 humility, but you and I both know, and I think
22 Harvey would say the same, a lot of lawyers in
23 your position would have just rolled over and
24 played dead.  That's unfortunate.  They would not
25 have fought back and just would have thought

Page 7
1  there's no way to stem this tide, it's a tsunami
2  coming at me.
3          HARVEY LEVIN:  Yeah.  So mark and I
4  were talking about something before you jumped
5  on.  The whole thing is curious, the way Ryan
6  Reynolds got so involved in this.  There was that
7  meeting at their penthouse where he confronted
8  Justin and allegedly screamed at Justin.  And we
9  were talking about what brought all of this on.
10 Was it that Blake was going home and expressing
11 her dismay at things that were happening with him
12 or was this -- I mean, people are kind of talking
13 about this online.  Kind of a love/hate kind of
14 thing where all of the sudden Ryan is just saying
15 just stop it, everybody.  And I'm not saying that
16 happened, but people are talking that way.  So
17 I'm just wondering what you think the motivation
18 was where this turned into nuclear war.
19         BRYAN FREEDMAN:  Well, you know, as we
20 have alleged in our complaint that, you know,
21 this was a takeover of a movie.  And, you know,
22 whether we find out exactly what the reasons for
23 the takeover were and who was behind the
24 takeover, I think we're going to find some
25 interesting documents when discovery starts.  And

Page 8
1  I am looking forward to discovery because when
2  you start to look into what was in Stephanie
3  Jones' hands and what was in Leslie Sloane's
4  hands and what was in Blake Lively's text
5  messages and what those discussions were like, I
6  think we're going to find the answers to this
7  really quickly.
8          HARVEY LEVIN:  You are going to depose
9  Blake Lively, Ryan Reynolds, Taylor Swift.  Who
10 else?
11         BRYAN FREEDMAN:  Well, I don't know
12 that we're going to depose Taylor Swift or not.
13         HARVEY LEVIN:  Really?
14         BRYAN FREEDMAN:  You know, I think
15 that's going to be probably a gametime decision.
16 I don't know that that decision has been made.
17 But I can tell you this, there's -- you know,
18 anyone that reasonably has information that can
19 be -- that can provide evidence in this case is
20 going to be deposed.
21         HARVEY LEVIN:  That's Taylor Swift.
22 She was there for that meeting.
23         BRYAN FREEDMAN:  She was there for that
24 meeting.
25         HARVEY LEVIN:  Okay.  Well, I am a

Page 9
1  lawyer.  I know what that means.  And that's why
2  I'm just thinking that even when you take Blake
3  and Ryan out of it in terms of how they
4  personally feel about it all, I mean, to say that
5  we're going to make -- put Taylor Swift in the
6  middle of this whole thing, I think they are
7  going to do everything they can to avoid going to
8  court.  Because the last thing they want is to
9  have their friend, the biggest star in the world
10 now, sitting on a stand being grilled by Bryan
11 Freedman.
12         BRYAN FREEDMAN:  My assumption is that
13 they're going to probably take some legal actions
14 that are beyond the bounds of decency.  And we'll
15 see if they can try to avoid a deposition.
16         HARVEY LEVIN:  How could they do that
17 if there's relevance?
18         MARK GERAGOS:  I'm going to object and
19 order the witness not to talk.
20         HARVEY LEVIN:  You're not his lawyer.
21 You're his friend.  Jeez.
22         BRYAN FREEDMAN:  Mark is usually my
23 lawyer though.
24         HARVEY LEVIN:  I'm working here, guys.
25 I mean, come on.

Page 10

1  MARK GERAGOS: I know. You're working.
2  So am I. So am I.
3      Bryan, I have a question. And you
4  don't have to answer it if you think it skirts
5  it.
6      We were talking early on that when
7  Judge Liman came out yesterday on the record --
8  so I'm not trying to influence anybody or get
9  anybody sideways -- he had mentioned that he was
10 not inclined to order compliance with the New
11 York rule, but that because stipulation of the
12 parties, he had reconsidered. Do you want to
13 describe what that means? Because we took a
14 flyer and I want to make sure we got it right.
15     BRYAN FREEDMAN: Look, I think that
16 every lawyer intends to follow the professional
17 rules of conduct. And that's -- there's been
18 every intention to do that in this case, and we
19 believe we've followed the professional rules of
20 conduct. And the professional rule of conduct at
21 issue talks about an exception. And that
22 exception is when your client is prejudiced by
23 public information that's not generated by you
24 but in fact generated by a third party or the
25 other party. And all we're trying to do is have

Page 11

1  a fair process. That's all.
2      HARVEY LEVIN: You know, I've got to
3  tell you, I covered -- I have covered so many
4  cases. The OJ Simpson case was my life for a
5  long, long time. And there was -- and Rodney
6  King was my life. And every day both sides tried
7  to prejudice the jury pool. And ultimately it
8  didn't matter. And that's what lawyers do
9  anyway. They're not there to say I'm just going
10 to be a straight shooter. They're advocates at
11 the idea that you can taint a jury by holding a
12 news conference and talking about a text. To me
13 it's so ridiculous. And you look at OJ Simpson
14 and, you know, I reported every day there was
15 blood going from the bodies to his bathroom and
16 he was acquitted.
17     So the idea that a jury is somehow
18 going to remember what Bryan Freedman or the
19 other side said a year before a trial to me is
20 just -- I think the rule is stupid. Both of you
21 guys represent a lot of famous people. And
22 trials are kind of two-pronged. One, you want to
23 win the case that's before you. But then you
24 want to make sure that the person's life is okay
25 once the trial is over and that they still have a

Page 12

1  career and, you know, they can make money, they
2  can support their family. And that element is
3  what lawyers do outside the courtroom.
4      And so I always thought when judges
5  say, no, muzzle yourself, they're not allowing
6  you to fully represent a client.
7      BRYAN FREEDMAN: I don't think that's
8  what the judge is saying at all, muzzle yourself.
9  I think the judge is really saying, you know,
10 backed in accordance with, you know, professional
11 -- you know, the professional rules. And --
12     HARVEY LEVIN: But what does that mean?
13 What does that mean?
14     BRYAN FREEDMAN: I think that it means
15 that if there's prejudice to your client as a
16 result of something that you didn't cause that
17 was caused by someone else or something else,
18 that you are allowed to put forth evidence to
19 make sure that that prejudice is remedied.
20     HARVEY LEVIN: So how does Justin feel
21 now? Does he feel like there is kind of a move
22 toward understanding and believing him more? Is
23 he taking solace in that? Is he still, you know,
24 devastated? Are the -- is the entertainment
25 industry backing away from him? Have they come

Page 13

1  back? What's going on in his world?
2      BRYAN FREEDMAN: I think he feels
3  really concerned about all of this and really sad
4  about all of it for everybody that's involved. I
5  think he goes through, you know, emotions that
6  everyone goes through in these types of
7  situations. But, you know, he's a really decent
8  human being and a decent person and has really
9  been very fair and not wanting to attack anyone.
10 But he is devastated, as anyone would be.
11     And the studio has lost hundreds of
12 millions of dollars. And as we've put forth in
13 the complaint, there are significant damages that
14 he suffered. And the emotional distress having
15 represented a number of people who have been
16 involved in these situations, the emotional
17 distress that people go through and how difficult
18 it is to walk through an airport, to walk through
19 your daily life to be with your children, to try
20 to be a normal father or husband and any of it
21 with all of this weighing on you is just
22 tremendously taxing. And he's going through it.
23 You know, like they all go through it. And we're
24 just -- you know, he's going to keep his head
25 held high and tell the truth and be honest and be

Page 14

1  honorable.  And we know that that will serve him.
2         HARVEY LEVIN:  Bryan, thank you.  You
3  are our first guest on our first 2 Angry Men
4  podcast.  So thanks for jumping on.
5         BRYAN FREEDMAN:  Okay.  Well, I hope I
6  don't get sanctioned as a result of it.  So --
7  but I'm sure you guys will indemnify me.  So
8  we'll be good.
9         HARVEY LEVIN:  What could go wrong?
10 Thank you, Bryan.
11        BRYAN FREEDMAN:  All right.  Take care.
12 Thank you.
13        HARVEY LEVIN:  Okay, Mark.  We'll talk
14 next week.
15        MARK GERAGOS:  Okay.  Thank you.
16        HARVEY LEVIN:  Thanks, guys.
17
18
19
20
21
22
23
24
25

Page 15

1            C E R T I F I C A T I O N
2
3  I, Sonya Ledanski Hyde, certify that the
4  foregoing transcript is a true and accurate
5  record of the proceedings.
6
7
8  *[signature: Sonya M. Ledanski Hyde]*
9  _____
10
11 Veritext Legal Solutions
12 330 Old Country Road
13 Suite 300
14 Mineola, NY 11501
15
16 Date:  July 15, 2025
17
18
19
20
21
22
23
24
25

5 (Pages 14 - 15)