# EXHIBIT C

```
                                                           Page 1
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13   Lively v. Baldoni
14   Lively v. Wayfarer Studios LLC et al, 24-cv-10049
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

1      BILLY BUSH: Is Bryan Freedman here?
2  Do we have the great Bryan Freedman? Okay. This
3  is great. Okay. The man who is running point
4  for Justin Baldoni is his lawyer, Bryan Freedman,
5  who has represented a lot of people. I mean, one
6  Google search will overwhelm you. But Bryan is
7  with us right now.
8      Hey, Bryan. How are you, my friend?
9      BRYAN FREEDMAN: I'm great, Billy.
10 Good to see you.
11     BILLY BUSH: Good to see you. Busiest
12 man in the business there. So I'm sure you saw
13 that, you know, that Blake and Ryan were at SNL's
14 50th last night. Justin, if I'm not mistaken, is
15 on vacation right now with his kids in Hawaii.
16 Is he still there? Do you speak to him?
17     BRYAN FREEDMAN: I do speak to him. I
18 speak to him often. I wouldn't call it vacation.
19 I don't think anybody who has been accused of
20 heinous, you know, arguably what are crimes is on
21 vacation. I think that he is trying to gather
22 with his family and get some assemblance of
23 peace.
24     BILLY BUSH: How's he -- how's he
25 doing? What's his state of mind while all this

Page 3

1  is going on? I notice a couple of pictures he's
2  trying to play with his kids as the paparazzi
3  catch him. I've been in that situation before
4  where just things -- you're trying to be a good
5  family man and play with your kids while, like,
6  terrible stuff is happening out there. I think
7  everybody goes in the barrel.
8      But how is his mental health? Is he
9  all right, this guy?
10     BRYAN FREEDMAN: I think he's hopeful
11 and I think he's grateful. He's grateful that
12 he's with his family. He's grateful that he
13 could be with his family and grateful that he
14 could let other fire victims use his house so it
15 could come of some use. But like anyone else who
16 would be going through a situation where you're
17 accused of something that you did not do and are
18 suffering in a public way, I think it's -- you
19 know, it's distressful to say the least.
20     BILLY BUSH: Bryan, what's interesting
21 to me now is a lot of these people who turned
22 their back on Justin Baldoni right off the bat --
23 like he did a podcast like the Man Enough
24 Podcast, and he did it with this woman, Liz
25 Plank, is his partner in the podcast -- as soon

Page 4

1  as this New York Times thing, you know, comes out
2  that Blake and the New York Times put out on
3  December 20th. Liz Plank a couple days later
4  drops Baldoni. I'm stepping away from the
5  podcast given the light of what we've learned
6  here.
7      Brandon Sklenar, who is the other male
8  lead I guess in It Ends With Us, he supports
9  Blake in the beginning. He unfollows Baldoni.
10 Just this morning he seems to have moved to
11 neutral. He is now -- they're asking him are you
12 Team Baldoni or are you Team Lively. He says I'm
13 team the movie. I have a friend who went through
14 this. He has completely now backed away.
15     And there are these HR complaints that
16 are circulating around social media, alleged
17 complaints, that say there are two other women on
18 the cast who also had situations with Justin that
19 were no good. One saying he grabbed my butt
20 while he was helping me in a scene, and the other
21 one -- you know, just not good. But they're
22 heavily redacted. And what I understand is that
23 these were circulated to major news organizations
24 and they did not go with it. They decided not to
25 run it for fear of defamation I am sure, for fear

Page 5

1  of you in defamation. So they didn't run it.
2  But some of these TikTokers have done it. It's
3  out there. Do you have any information as to how
4  this got out there and is this slander? Is this
5  something you're looking into?
6      BRYAN FREEDMAN: I think we're looking
7  into everything. It's interesting, let me ask
8  you, what are the dates of these HR complaints?
9  Do you know the dates?
10     BILLY BUSH: There's no dates. The
11 dates are redacted; the names of the complainants
12 are redacted. Except for on one of them there is
13 an M. And in Blake's original when she went to
14 Sony -- and by the way, they're not to Wayfarer
15 Studios, Justin's company, they are to Sony, the
16 distributor, to their HR department. And there's
17 an M in there, which means at least one of the
18 other ones came around the same time if it's May,
19 unless it was March. But probably May, same time
20 as Blake.
21     BRYAN FREEDMAN: Right. Well, it
22 sounds like we're playing Wheel of Fortune with
23 the letters. I might buy a vowel to try to find
24 out what month that is.
25     I would like to -- you know, I'm not

2 (Pages 2 - 5)

Page 6

1  really sure why the dates are redacted.  That's
2  interesting.  I understand why people could be
3  redacted I believe in certain privacy rights
4  certainly, but I'm not really clear on why dates
5  would be redacted.  So it will be interesting to
6  see what the dates are.
7        And as far as Sony is concerned, I
8  believe there was a Variety article that I read
9  that's published that's out there that says Sony
10 received no complaints.  And that's my --
11       BILLY BUSH:  Yes.  Sony has said they
12 received no complaints.  So Sony is going to have
13 to -- it seems to me that if Blake wants this to
14 stick or, you know, the other two -- no one else
15 is coming forward saying that they also were
16 harassed or experienced anything untoward with
17 their director, Justin Baldoni.  But Blake's
18 going to have to get Sony to come forward, and I
19 don't think they have.  And if they haven't, I
20 don't see them coming forward until it's time.
21       Would you -- I guess we'll eventually
22 know, right?  Someone from Sony will have to say
23 something.
24       BRYAN FREEDMAN:  Right.  I'm unaware of
25 any other -- of any, frankly, HR complaints that

Page 7

1  have been filed.  And I think if you look through
2  the website and you look through the documents,
3  you can see clearly from certain documents that
4  there were no HR complaints filed.
5        BILLY BUSH:  Right.  And that is true,
6  there were not.
7        So Blake's team, their latest move just
8  before the weekend, they subpoena -- they are
9  trying to subpoena two-and-a-half years of phone
10 records.  Okay.  And that means every
11 communication.  Not just with all the parties,
12 but basically two-and-a-half years of Justin
13 Baldoni texting, calling anyone.  I mean, God
14 forbid someone looks through my phone for two-
15 and-a-half years.  I get cancelled again, big
16 guy.  No one -- we're pretty sure we're going to
17 cancel people for thoughts that they're having.
18       But they want -- if you represented
19 Blake, would you, could you do that?  Would a
20 judge ever under any circumstances allow two-and-
21 a-half years of your every communication with
22 every person alive to be made public?
23       BRYAN FREEDMAN:  I think that the law
24 requires that things be narrowly tailored so that
25 they're related to at least the case you're

Page 8

1  dealing with unless there's some good reason to
2  not have it narrowly tailored.
3        Again, you mentioned the latest move.
4  Wasn't the latest move last night?
5        BILLY BUSH:  Oh, Saturday Night Live.
6        BRYAN FREEDMAN:  Yeah.  That seemed
7  like that might be the latest move.
8        BILLY BUSH:  What did you think when
9  you saw, you know, Ryan, you know, make light of
10 the situation, I guess try to find some humor in
11 all this?
12       BRYAN FREEDMAN:  I -- you know, I am
13 unaware of anybody, frankly, whose wife has been
14 sexually harassed and has made jokes about that
15 type of situation.
16       BILLY BUSH:  Yeah.
17       BRYAN FREEDMAN:  Yeah, I can't think of
18 anyone who has done anything like that.  And so
19 it -- it surprised me.
20       BILLY BUSH:  And it leads us to this
21 moment now where Blake's legal team has gone --
22 they have an amended complaint, right?  The judge
23 -- they went to the judge and said we need to
24 amend our complaint.  We want some time.  I think
25 the judge said you're not taking a ton of time.

Page 9

1  You can have until Monday.  Well, that's today.
2  Maybe it's tomorrow because, you know, it's
3  President's Day.  But apparently their team is
4  coming with an amended complaint.  What does that
5  mean?  I assume they're still going to have the
6  allegations of harassment and they're not going
7  to downplay it more than that.  Do you have any
8  idea what's coming your way in that?
9        BRYAN FREEDMAN:  Not really.  I mean,
10 amended complaints happen all the time.  People
11 change their complaints all the time.  Rarely do
12 you see though people change the complaint to
13 such a degree that you change your story
14 completely.  So my assumption would be the story
15 will be similar and there may be things that are
16 additive to it.  But it feels like things that we
17 saw last night, things that -- you know, asking
18 for a broad range of discovery.
19       Look, when you ask for every document
20 for two-and-a-half years, you know, you as a
21 lawyer should know that that's inappropriate.
22 You know, a lot of people could think that
23 they're waiting for a response and that our
24 response would be to object to that and they
25 would then make a statement and the media saying

Page 10

1  oh, look, they don't want the truth, Mr.
2  Baldoni's team does not want the truth to come
3  out. We actually want all evidence to come out
4  that's -- you know, that's proper and appropriate
5  evidence. But it feels like that was
6  gamesmanship and not really appropriate in terms
7  of what's proper discovery.
8        BILLY BUSH: Talking to Justin
9  Baldoni's lawyer, Bryan Freedman here.
10       Bryan, when you take on a client, like
11  this is -- you probably know this is going to be
12  another big, high-profile situation and you've
13  been in several of them before. But this is
14  probably the biggest one as far as news cycle and
15  certainly news interest. How extensively do you
16  vet your client? How long do you and Justin talk
17  about this so you feel comfortable in
18  representing him? Because you're as bullish on
19  this guy as there is.
20       BRYAN FREEDMAN: I looked through every
21  document, every email, every text message,
22  listened to stories, listened to the history of
23  what he's been through, listened to voice notes.
24  And really try to evaluate the strength of the
25  defense of the case. And frankly in this case

Page 11

1  the strength of his claims. And like a lawyer is
2  obligated to do, really want to make sure that I
3  go through as much as possible to really
4  understand what exactly happened or at least what
5  it seems like happened.
6        And I did that, you know, thoroughly in
7  this case and really got an understanding as to
8  what happened and what didn't happen. And
9  certainly more evidence will come to light and
10  more information will come to light. And I think
11  people will see it in a similar fashion. But
12  it's an honor to represent Justin. And I say
13  that because of the person he is, what he's been
14  through.
15       And, you know, like you, Billy, you
16  went through something that was so not
17  appropriate. NBC treated you in such a poor way.
18  And, frankly, you're about -- you know, I don't
19  know what the ultimate resolution was. But the
20  resolution should have ended up with a lot of
21  people at NBC being fired and you getting a large
22  check and them apologizing at a minimum. And
23  that wasn't right. You weren't treated fairly.
24  And honestly, Justin has not been treated fairly.
25       BILLY BUSH: Oh, boy. And no

Page 12

1  disrespect to my lawyer, who has passed on. A
2  wonderful man, lovely guy. But, boy, I was
3  ground zero. I sure wish you were around. I've
4  spoken to you before about this situation, and
5  I've been -- oh.
6        But anyway, the PTSD kind of just comes
7  up a little bit. But you know.
8        BRYAN FREEDMAN: And here's the great
9  thing about you. All right? Is that you bounce
10  back and you're terrific at what you do. You're
11  a great guy. I don't know if people know.
12  You're a fantastic pickleball player.
13       BILLY BUSH: Very good.
14       BRYAN FREEDMAN: And you take it very
15  seriously. But, you know, who you are as a
16  person shine through. And at the end of the day
17  you're going to be successful in whatever you do.
18       BILLY BUSH: So, Bryan, thank you,
19  buddy. You're sitting there -- so basically this
20  170-some page document that you put out of all
21  these communications with Justin and Blake and
22  Ryan and Jamie Heath, Justin's producing partner,
23  and the publicist and all these people, you
24  basically started building that document the
25  moment you met Justin. And then did you get to a

Page 13

1  point where you were like, I'm just going to make
2  this public? This is all a chain here that, you
3  know, people can read for themselves.
4        BRYAN FREEDMAN: You know, if I can
5  look at it and I can look through it and I can
6  see truth and the client's telling the truth and
7  I'm hearing truth from others, you know, what are
8  we afraid of? What are we afraid of? Put it out
9  there. Put the receipts out there. You have
10  them.
11       You know, and look, it's not just me.
12  You've seen social media. You've seen some
13  mainstream media. Certainly not the New York
14  Times. But you've seen social media and these
15  TikTokers and people on YouTube. They're
16  amazing. They're brilliant. They're --
17       BILLY BUSH: Candace Owens has been on
18  this like you wouldn't believe. She is a
19  tigress. And @stephwithdadeets on TikTok. I
20  mean, there are so many people that are
21  fascinated here.
22       But they're justice warriors, you know
23  what I mean? They see an injustice. And now I
24  think metadata and all this stuff, you can track
25  so much of this stuff. I mean, people are doing

Page 14

 1  -- you know, you've got free paralegals out
 2  there, man.
 3         BRYAN FREEDMAN:  And they -- you know,
 4  arguably we could live in a justice system one
 5  day where those types of people that have that
 6  type of information that are willing to do that
 7  type of diligence should actually be the jury one
 8  day.
 9         And as you know, they are the jury for
10  years.  Because people are cancelled, people have
11  projects taken away from them, people are
12  ridiculed, people are shunned.  You know, right
13  away, right when the allegation happens.  There's
14  no -- and these people actually give someone a
15  chance to dig through things and let the public
16  say -- you know, say to the public hold on, this
17  doesn't seem like -- this doesn't seem to be
18  true.
19         There are things that show up that are
20  different than what is being said.  And thank God
21  and thank the universe for those people out
22  there.  Because it's just one person helping
23  another.  And we're all trying to get to the
24  truth.
25         BILLY BUSH:  So there was mediation.

Page 15

 1  There was going to be -- there was an idea of
 2  mediation.  And both sides, your side and
 3  Blake's, shot it down.  No one -- were you open
 4  to mediating this and the other side said no?
 5  Because I don't understand why this -- this could
 6  -- this could and should end, but it has to be
 7  them, right?
 8         BRYAN FREEDMAN:  Well, I'll comment on
 9  what I can.  It was in what was filed with the
10  court before the Rule 26 hearing the question was
11  asked about whether we would be willing to go to
12  mediation and whether we were open to that.  Our
13  answer to that was no.  We're not willing to do
14  anything until Justin is cleared of being called
15  a predator, of being called a sexual harasser.
16  Until that is determined to have not happened, we
17  will be doing this.
18         BILLY BUSH:  What is most important to
19  Justin, the $400 million or some kind of
20  financial settlement to make up for maybe lost --
21  has he lost work?  Has he lost -- you know, have
22  people backed away from him for a future project?
23         BRYAN FREEDMAN:  A substantial amount
24  of work.
25         BILLY BUSH:  Really?  Reminds me of

Page 16

 1  Armie Hammer.  Just like everything on the slate
 2  gone.  So, geez, out he goes.  That's really too
 3  bad for Justin.
 4         So what happens with him now?  I mean,
 5  what -- what do you do?  Does he want the money?
 6  Does he want a full-blown apology by Blake?  Does
 7  he want her to fall on the sword and say I made
 8  this up?  What do you need to hear?  What does he
 9  need to hear?
10         BRYAN FREEDMAN:  I think he wants a
11  determination.  I know he wants a determination
12  that he did not engage in the behavior that is
13  alleged and that he did not engage in sexual
14  harassment or create a smear campaign or anything
15  like that.  And there have been some serious
16  allegations leveled against him that he is not
17  making jokes about, that he is not creating --
18  you know, creating, you know, movies and other
19  things where he makes a joke about his situation.
20  But he wants his justice.  He wants a chance to
21  be able to prove that he is a good person.  And
22  he is a good person.
23         BILLY BUSH:  Yeah.  I mean, this poor
24  guy.  I mean, he has been under major, major -- I
25  keep bringing up the example of Lance Armstrong.

Page 17

 1  When he was wrong, he was definitely caught
 2  doping, he started tearing down the world around
 3  him.  He started to say, well, that guy did this
 4  and that guy's a liar and this one, this.  And he
 5  started burning scorched earth all around him
 6  because he was so far in.  He was past the point
 7  of return.  He couldn't come back.  Do you think
 8  that that's what's happening here, that that's
 9  why you called this attempt to subpoena two-and-
10  a-half years of every phone call Justin Baldoni
11  has ever made?  You know, a massive fishing
12  expedition, is that -- is that what's happening
13  here?
14         BRYAN FREEDMAN:  I actually don't know
15  what's happening there.  I don't know if it's
16  that or anything else.  But I can tell you this.
17  Jsutin is not disparaging anyone or going after
18  anyone's character or doing anything that is
19  otherwise untoward.  And he's given very clear
20  instructions to me and the legal team to really,
21  you know, be aboveboard and to really treat
22  people with respect.  And that's what we're
23  trying to do within the search to show the court
24  and the truth and the truth of what happened.
25  And, you know, documents don't lie; people do.

5 (Pages 14 - 17)

Page 18

1    BILLY BUSH:  I mean, it would just be
2 amazing that a guy like Justin Baldoni, who does
3 a podcast with a woman named Liz Plank about
4 being a better man, about what -- he's like -- he
5 calls himself a feminist.  He wears the t-shirt.
6 I mean, if this guy was a sexual harasser, it
7 would be like, you know, the Catholic Church
8 scandal that happened.  It would be monumentally
9 mind-blowing, you know, of a takedown.  It's just
10 -- it's almost like did she not even do research
11 into who the guy is?  I mean, it would be a huge
12 fraud.
13    But you know him well, right?  I mean,
14 you know this man.  You know his family, you know
15 his wife.  You like him.
16    BRYAN FREEDMAN:  You know, one of the
17 great things about my job is that I get to be
18 with people and see them in the deepest, darkest
19 moments of their life.
20    BILLY BUSH:  Yeah.
21    BRYAN FREEDMAN:  And in situations
22 where, you know, they have never been before.
23 And I have the opportunity to work with them and
24 to try to find the gift.  Because although this
25 is what no one would wish for, maybe there's

Page 19

1 something that's a real gift here.  And maybe
2 what this will turn out and the gift that will
3 happen is that people will stand up to those that
4 have more power and they will say I'm not just
5 going to back down and go away.  And they will
6 stand up and say no matter what it takes, going
7 to prove that I am correct and this person has --
8 is not correct and what's being leveled against
9 me is not true.
10    BILLY BUSH:  Yeah.
11    BRYAN FREEDMAN:  And maybe that's what
12 he will be remembered for one day.  But, you
13 know, again, he is such a good person and become
14 such a friend and someone I have such great
15 compassion for and empathy for.  But there's
16 another reason for this, and we may never know
17 about it.  But the truth is Justin is a really,
18 really honorable human being.
19    BILLY BUSH:  Well, some of you
20 mentioned people with power.  You know, Ari
21 Emanuel is a big -- is a big, powerful -- he's as
22 powerful as it gets in the world of agents in
23 Hollywood.  And he came out and said, you know,
24 if these allegations are true, you know, then
25 Baldoni -- he would be smart to say if -- but he

Page 20

1 said then Baldoni and his producer are really,
2 really bad guys.  Have you had -- have you spoken
3 to Ari and what do you -- do you think his
4 motives are anything more than financial?
5 Because Ryan is an extremely huge client.
6    BRYAN FREEDMAN:  A lot of people
7 thought Martin Luther King was a bad person and
8 outrageous.  I wouldn't want to be on the wrong
9 side of history here.
10    BILLY BUSH:  We've got Baldoni now as
11 Martin Luther King.  Baldoni.  Oh my gosh.
12    BRYAN FREEDMAN:  I just say that
13 because, you know, you never want to prejudge a
14 situation.
15    BILLY BUSH:  Right.
16    BRYAN FREEDMAN:  You want to really
17 look at the facts and look at the evidence and
18 understand what it is that's going on and really
19 take your time with it.  I think it's important
20 for that.
21    And, you know, Ari Emanuel has a
22 client.  Two clients in this case.  Used to have
23 three.
24    BILLY BUSH:  Yeah.
25    BRYAN FREEDMAN:  But has clients.  He

Page 21

1 represents his clients.  What would one expect
2 him to say?
3    BILLY BUSH:  Has anyone picked up
4 Justin Baldoni, any agency?  CAA or UTA or some
5 of the competing agencies?  Have they picked up
6 Baldoni?
7    BRYAN FREEDMAN:  I don't think he's in
8 a position right now where he's taking meetings
9 or doing anything like that.  I don't think he's
10 in a position at the moment to do that.  But
11 there are -- you know, look, he's an extremely
12 talented person.  You know, I believe that this
13 will go wonderfully in his favor.  And I do
14 believe he'll be working again one day.
15    BILLY BUSH:  so if they come with money
16 and a full-blown apology to Justin, you'll accept
17 it maybe and end this as quickly as possible.  I
18 think the quicker it ends probably the better if
19 the terms are met.
20    BRYAN FREEDMAN:  Well, let's remember.
21 You know, Justin is not the only one here that's
22 been harmed.  There's been accusations leveled at
23 Jen Abel, at Melissa Nathan.
24    BILLY BUSH:  These are the publicists
25 that represent Baldoni.  Right.  Yeah.

Page 22

1  BRYAN FREEDMAN:  Right.  There have
2  been other lives that have been, you know, really
3  destroyed.  I mean, people were served process
4  the day of the L.A. fires.  Just, you know,
5  people have gone through a lot.  You know, this
6  Jed Wallace has been -- has sued early on in
7  this.  You know, there are other people.
8  Wayfarer Studios and Jamie Heath, allegations
9  were alleged against Jamie Heath that were --
10 that are horrible and completely untrue.
11     BILLY BUSH:  That's Justin's producing
12 partner, Justin's partner at Wayfarer who was
13 producing the film with him.  And Jed Wallace you
14 you mentioned, the crisis PR guy that they had to
15 hire when things started to slide.  So he's got
16 his own lawsuit against Blake and she's got one
17 against him.  I mean, this is unbelievable.  I
18 don't know how this thing ends.  But I think
19 you're probably prepared to go all the way for 13
20 more months until the court date.
21     And why is it March of '26?  Why can't
22 we get this on a little quicker?
23     BRYAN FREEDMAN:  March of '26 is
24 actually a really fast date as far as the law is
25 concerned.  I mean, I have cases -- and look, I'm

Page 23

1  on both sides of this issue.  You know, the
2  sexual harassment, domestic violence issues,
3  things like that.  You know, I represent Twigs
4  against Shia LaBeouf.  You know, and I'm not just
5  on one side of the issue.  You know, I'm on the
6  side of the issue that's about truth and about
7  transparency and about honesty.
8      And so, you know, unfortunately the
9  court system, you know, whether it's COVID or
10 whether it's anything else that comes in the way,
11 fires, this, that or otherwise, court cases and
12 courts get backed up and -- and it can be five,
13 six years until you get your case heard.
14     BILLY BUSH:  Yeah.  Well, Bryan, I've
15 kept you for so long.  I appreciate it.  By the
16 way, you said fires happen.  You lost your own
17 home.  You've been working and going back and
18 forth and you're in hotels when you're around Los
19 Angeles because of your own house.  I am so sorry
20 about that and I hope you've made progress on
21 finding a temporary here in town.  But what a
22 terrible loss for you and your wife.
23     BRYAN FREEDMAN:  You know, my son
24 taught me something, one of my sons taught me
25 something.  Actually they both teach me every

Page 24

1  day.  But my son said, you know, everyone's been
2  affected by this fire in Los Angeles in one way
3  or the other, whether you're, you know, a pool
4  man or you're a pool person, you're a gardener,
5  you're working for someone, you're a bellman at a
6  hotel that's now more crowded than it was before.
7  Somehow, you're affected.
8      BILLY BUSH:  Yeah.
9      BRYAN FREEDMAN:  And he taught me that
10 if you think about what the other person is going
11 through, sometimes what you're going through
12 becomes a little bit easier.  And I want to take
13 his advice.
14     BILLY BUSH:  I think that's right.
15 It's also a good way to handle anxiety.  If you
16 have anxiety in life, think about what other --
17 just focus on someone else and it goes away.
18     Bryan Freedman representing Justin
19 Baldoni.  Ever-constant touch, man.  Thank you.
20 thank you very much.  Appreciate it.
21     BRYAN FREEDMAN:  Thank you.  Thank you.
22 I appreciate it.  Thanks.

Page 25

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the
foregoing transcript is a true and accurate
record of the proceedings.

_Sonya M. Ledanski Hyde_
_____

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date:  July 15, 2025