# EXHIBIT D

Justin Baldoni's Attorney Calls Blake Lively's Amended Suit 'Hearsay'

# JUSTIN BALDONI'S ATTORNEY
# BLAKE'S AMENDED
# SUIT IS 'HEARSAY' ...
# Where's the Evidence???

   

By TMZ STAFF

Published February 19, 2025 9:23 AM PST  |  Updated February 19, 2025 1:09 PM PST



Getty/Shutterstock Composite

**Blake Lively**'s new allegations against **Justin Baldoni** are missing one critical thing -- cold hard proof he did her wrong ... at least that's how Justin's attorney is reading the documents.

**Bryan Freedman** tells TMZ, he found Blake's amended lawsuit -- **filed late Tuesday night** -- "underwhelming" when it comes to any new facts or anything damning against his client.



**TMZ TIMELINE: JUSTIN BALDONI & BLAKE LIVELY**

TMZ.com

Freedman says the suit is "filled with unsubstantial hearsay of unnamed persons who are clearly no longer willing to come forward or publicly support her claims." He adds that his clients -- Baldoni, his publicists, and Wayfarer Studios -- "have been transparent in providing receipts, real time documents and video showing a completely different story than what has been manipulated and cherry picked to the media."



02/16/25

Getty

Freedman also referenced Blake and **Ryan Reynolds** going to the "SNL 50" event last weekend, saying ... "Our clients have taken this matter and these issues very seriously notwithstanding the jokes made publicly by the plaintiff and her husband."



Blake's new docs say there were 2 other women on the set of "It Ends With Us" who were uncomfortable with Justin's behavior, and reported that to an exec at Sony ... which distributed the film. Blake also says those 2 women, unnamed at this point, are willing to share documents and testify in court.



Freedman doesn't seem the least bit worried, telling us ... "Since documents do not lie and people do, the upcoming depositions of those who initially supported Ms. Lively's false claims and those who are witnesses to her own behavior will be enlightening. What is truly uncomfortable here is Ms. Lively's lack of actual evidence."



Blake is suing Justin for sexual harassment on the set, and for engaging in a smear campaign against her -- she's also added a defamation claim against Freedman -- but, remember, Justin's suing Blake, Ryan and the New York Times for trying to torpedo his reputation and career.