# EXHIBIT G



Blake Lively Says Justin Baldoni Trying to Silence All Harassment Victims

## BLAKE LIVELY TO JUSTIN BALDONI
# MR. 'I SUPPORT VICTIMS' IS TRYING TO SILENCE ONE!!!
## The Law Won't Let Him



By *TMZ STAFF*

Published April 4, 2025 7:49 AM PDT   |   Updated April 4, 2025 1:23 PM PDT



**UPDATE**

12:56 PM PT -- **Bryan Freedman** tells TMZ ... "This convoluted statement makes it abundantly clear that Ms. Lively and team are rattled and once again resorting to making inflammatory remarks to steer focus away from the actual facts. Clearly they want to divert the public's attention from the receipts, the actual documents, video footage and additional evidence shown that make it irrefutable that there was no sexual harassment.

It's also surprising that Ms. Lively and her team are suddenly speaking so passionately about the hard won rights of the survivor community, considering she sidestepped this topic for the entirety of the film campaign, focusing instead on her hair care and alcohol products which at that time caused the organic backlash that she received. She does not need discovery to find out who smeared her. Just a mirror will do."

---

**Blake Lively** is outraged by **Justin Baldoni**'s latest declaration in their bombastic PR war, claiming her former costar thinks sexual harassment victims should NOT be protected under the law.

Here's the deal ... late Thursday, the "It Ends With Us" director **clapped back** at Blake's attempt to get his lawsuit against her thrown out ... opposing her motion on the grounds she allegedly orchestrated, participated in and directed a smear campaign "designed to ruin the reputations and careers" of his production company.



TMZ TIMELINE: JUSTIN BALDONI & BLAKE LIVELY

His attorney also invoked Justin's First Amendment right to drag her into court for making false accusations about him.



Now, Blake's legal team -- attorneys **Mike Gottlieb** and **Esra Hudson** -- tells TMZ ... "That's right: Justin Baldoni, the man who has built his brand on supposedly speaking up for victims, believes that the First Amendment rights of victims of sexual assault and harassment to speak out should give way to the rights of perpetrators to sue their victims 'into oblivion.'"



They add, Justin and his lawyer **Bryan Freedman** are so "hell bent" on destroying Blake ... they're trying to "shed" a law meant to protect victims and send a chilling effect to others from speaking out.

Freedman, of course, sees it exactly the opposite way, telling us ... "Ms. Lively and her circle of Hollywood elites cannot prevent my clients from exercising their constitutional right to petition the court to clear their names from her false and harmful claims."

Bottom line ... neither side is backing down, and both believe they're not only defending themselves, but the Constitution itself.