# EXHIBIT I



People

Log In | Magazine | Newsletters | Sweepstakes

ENTERTAINMENT    CRIME    HUMAN INTEREST    LIFESTYLE    ROYALS    STYLEWATCH    SHOPPING

SUBSCRIBE

**Exclusive**

# Justin Baldoni's Lawyer Wants to Sell Tickets to Blake Lively's Deposition for This Reason (Exclusive)

Justin Baldoni's lawyer Bryan Freedman tells PEOPLE his client plans to take the stand in the upcoming trial

By **Elizabeth Rosner**  |  Published on May 8, 2025 05:06PM EDT

328 COMMENTS



Blake Lively at the 13th Annual LACMA Art + Film Gala on November 2, 2024 in Los Angeles ;Â Â Justin Baldoni attends Variety Faith And Spirituality In Entertainment Honors on December 04, 2024 in Los Angeles.
Credit : Image Press Agency/NurPhoto/Shutterstock ; Araya Doheny/Variety via Getty

### NEED TO KNOW

- Justin Baldoni's lawyer Bryan Freedman tells PEOPLE he wants Blake Lively to give her deposition on a livestream and sell tickets for people to watch

- Lively's lawyer Mike Gottlieb confirmed to PEOPLE that the actress will testify at trial

- The *It Ends With Us* legal battle is scheduled for trial in March 2026

Justin Baldoni's legal team is proposing an unconventional — and highly public — setting for Blake Lively's upcoming deposition: Madison Square Garden.

"Since Ms. Lively is open to testifying, let's make it count," Baldoni's attorney Bryan Freedman tells PEOPLE. "Hold the deposition at MSG, sell tickets or stream it, and donate every dollar to organizations helping victims of domestic abuse."

Freedman also confirmed that Baldoni, 41, will take the stand at the eventual trial, which is scheduled for March 2026 and will not have cameras present inside. "Justin will be testifying," he says.

In an exclusive interview with PEOPLE, Lively's attorney Mike Gottlieb confirmed the actress, 37, will also testify. In response to that confirmation, Freedman says, "She has been testifying since the moment she auditioned for this part. And if she is suddenly now willing to sit for a deposition, I am available. How does tomorrow morning work for her?"

Gottlieb also said, "In discovery they'll have an opportunity to ask Ms. Lively questions and depositions. Likewise, we will have the opportunity to take the depositions of the defendants," including Baldoni.



Blake Lively speaks at 2025 TIME100 GALA.
Credit: Kevin Mazur/Getty

Freedman went on to criticize Lively's conduct and public positioning, accusing her of leveraging her celebrity network to shape the narrative.

"Although obviously uncomfortable for the Lively parties, the truth is not a distraction. The truth has been clearly shown through unedited receipts, documents and real-life footage. More to come," he says. "Blake was the one who brought her high-profile friends into this situation without concern for their own personal or public backlash. As the truth shows, she used her 'dragons' to manipulate Justin at every turn."



Justin Baldoni on Aug. 6, 2024.
Credit: John Nacion/Variety via Getty

**The PEOPLE App** is now available in the Apple App Store! Download it now for the most binge-worthy celeb content, exclusive video clips, astrology updates and more!

As the legal battle heads toward trial, both sides are preparing their cases. "There are others who witnessed or experienced misconduct," Gottlieb said. "We expect their accounts — especially about what happened on set — to come out live."

Gottlieb also criticized what he called a "media circus" strategy by the defense, which has floated celebrity subpoenas. "This is a case about what happened to Blake Lively when she raised claims of sexual harassment on the set. It's not a case about how songs were chosen for the movie. It's not a case about fictional Marvel characters in *Deadpool* movies."

---

**RELATED STORIES**

**Blake Lively's Lawyer Speaks Out in First Interview, Reveals Actress Will Testify in Justin Baldoni Trial (Exclusive)** 

**Justin Baldoni's Wayfarer Foundation Is Shutting Down amid His Legal Woes with Blake Lively** 

The case stems from *It Ends With Us*, filmed in 2024. In December, Lively sued for alleged sexual harassment and retaliation. Baldoni denied the claims and filed a $400 million countersuit against Lively, Ryan Reynolds  and others, alleging defamation and civil extortion.

Lively moved to dismiss the countersuit, calling it "vengeful," while Baldoni's team called her motion "abhorrent." His attorneys have said they plan to hold Lively "accountable for her actions of pure malice, which include falsely accusing my clients of harassment and retaliation."

LEAVE A COMMENT ↓