# EXHIBIT J

**Page 1**

13  Lively v. Baldoni

14  Lively v. Wayfarer Studios LLC et al, 24-cv-10049

| Page 2 | Page 4 |
|---|---|
| 1  CHARLES LATIBEAUDIERE: Welcome to TMZ<br>2  Live. Charles here.<br>3  ELEX MICHAELSON: I'm Elex Michaelson<br>4  from Fox 11 Los Angeles filling in for Harvey.<br>5  CHARLES LATIBEAUDIERE: Thanks for<br>6  being here. We told you the big news yesterday,<br>7  the shocking news in the Justin Baldoni/Blake<br>8  Lively war, that a judge had dismissed most of --<br>9  and the biggest part -- the defamation<br>10  allegation, the defamation case that Justin had<br>11  filed against Blake. And last night, she was<br>12  taking what I'm sure she felt was, like, a<br>13  victory lap. She was out at an event in Tribeca<br>14  last night in New York City, all smiles.<br>15  ELEX MICHAELSON: Big smiles.<br>16  CHARLES LATIBEAUDIERE: Why not,<br>17  because she came out on top, right?<br>18  ELEX MICHAELSON: Maybe not.<br>19  CHARLES LATIBEAUDIERE: Maybe not.<br>20  And, in fact, Justin Baldoni is saying that this<br>21  is far from over. Now, we're going to have his<br>22  attorney with us in just a moment, but here's<br>23  what Blake had to say after the judge's decision.<br>24  She said, "I've felt the pain of retaliatory<br>25  lawsuit, including the manufactured shame that | 1  complaint and then, you know, walked over and<br>2  filed a lawsuit which, you know, accused some<br>3  very good people of a smear campaign and accused,<br>4  you know, a terrific young man of sexual<br>5  harassment, both of which were completely untrue.<br>6  And that's where the case got started, it's where<br>7  the case stands today.<br>8  Those claims that she brought exist;<br>9  that's where we want our win. From day one where<br>10  we've wanted our win, in addition to getting<br>11  damages, but we wanted our win is to show there<br>12  was no smear campaign and there's no sexual<br>13  harassment and she hasn't proved a thing. As a<br>14  matter of fact, it's just the opposite. Look at<br>15  the facts, look at what's been shown, look at the<br>16  receipts, look at the video.<br>17  ELEX MICHAELSON: What's next for you?<br>18  BRYAN FREEDMAN: I mean, next for us is<br>19  I'm really hoping that she doesn't drop her<br>20  lawsuit because, you know, going on her false<br>21  victory.<br>22  CHARLES LATIBEAUDIERE: Why would she?<br>23  BRYAN FREEDMAN: Because she's on a<br>24  false victory tour and she's afraid of the truth.<br>25  And the truth is, you know, going to be shown |

| Page 3 | Page 5 |
|---|---|
| 1  tries to break us. While the suit against me was<br>2  defeated, so many don't have the resources to<br>3  fight back."<br>4  ELEX MICHAELSON: Trying to make a<br>5  bigger picture thing so that more people can<br>6  relate to her.<br>7  CHARLES LATIBEAUDIERE: Clearly feeling<br>8  victorious. Justin Baldoni's attorney, Bryan<br>9  Freedman, says this is a long way from over and<br>10  that they are planning to continue this fight,<br>11  and he is joining us right now to explain how<br>12  they're going to move forward. Bryan, welcome<br>13  back to TMZ Live.<br>14  BRYAN FREEDMAN: Thanks, nice to be<br>15  here.<br>16  CHARLES LATIBEAUDIERE: So what was<br>17  your reaction to the judge's decision yesterday<br>18  to dismiss the biggest one being the defamation<br>19  claim?<br>20  BRYAN FREEDMAN: Well, you know, we<br>21  weren't pleased that the judge dismissed the<br>22  defamation claim, but it didn't -- you know,<br>23  overall, it's not what the case is about. I<br>24  mean, let's remember where we got started here.<br>25  We got started because Blake Lively filed a CRD | 1  through depositions, which is what's going to be<br>2  next. I've noticed her deposition. It's set in<br>3  June. We're going to see if she's going to<br>4  appear at that deposition or not. And we're<br>5  going to proceed forward with the case and we're<br>6  going to show that there was no sexual harassment<br>7  and we're going to show that there was no smear<br>8  campaign and it's really just that simple.<br>9  And, you know, it's unfortunate to be<br>10  wrongfully accused here and some really good<br>11  people at some really good PR firms, people that<br>12  aren't even the face of anything that have been<br>13  accused of horrible things and Justin has been<br>14  accused of horrible things and Jamie has been<br>15  accused of sex harassment and it's just not true<br>16  and we're going to prove that.<br>17  CHARLES LATIBEAUDIERE: So, Bryan, what<br>18  you're talking about is your plan is to go<br>19  forward and win against -- Blake has filed her<br>20  lawsuit and you're just talking about fighting<br>21  that lawsuit, fighting the allegations that she<br>22  has made, but are you talking about re-filing any<br>23  of the claims that Justin made? Obviously, the<br>24  defamation was dismissed with prejudice, so you<br>25  can't refile that. But do you plan to refile any |

Page 6

1  of the other -- I think there are three other
2  claims that you could refile, correct?
3        BRYAN FREEDMAN:  There's actually four
4  and the judge was very specific about them:
5  intentional interference with contract against
6  Blake and Ryan; intentional interference with
7  prospective economic advantage, that exists still
8  and that's against Blake and Ryan; negligent
9  interference with a prospective economic
10 advantage, that's against Blake and Ryan; and
11 breach of the implied duty of covenant of good
12 faith and fair dealing and those are -- you know,
13 that's against Blake.  And those claims still
14 exist.  The judge just wants us to re-plead them
15 and gave us a roadmap on how to do that.
16       CHARLES LATIBEAUDIERE:  Will you do
17 that?
18       BRYAN FREEDMAN:  Of course, we'll do
19 that.  I mean, you know, for sure.  And, you
20 know, as part of doing that also, we're also
21 going to fight her claims, you know, which have
22 existed since the beginning here.  And there's
23 been absolutely no indication of any kind that
24 she's prevailing on her claims; as a matter of
25 fact, just the opposite if you look at the facts

Page 7

1  and the evidence that we've seen in the public.
2        ELEX MICHAELSON:  So you mentioned in
3  June her deposition.  What's your strategy for
4  that?  What's the key question you want to get
5  her under oath on?
6        BRYAN FREEDMAN:  State your name.  I
7  want to see if she shows up.
8        ELEX MICHAELSON:  And once she does,
9  what do you do after that?
10       BRYAN FREEDMAN:  I'm going to ask her
11 questions under penalty of perjury and she's
12 going to have to provide evidence and she's going
13 to have to provide the truth of the stories.  And
14 we have all the videotape, we have all the
15 footage, we have the text messages and we have
16 emails and we're going to see how consistent her
17 testimony is with the actual facts of what
18 transpired.  If it's shown to date so far what
19 she's said and what she's put in court pleadings,
20 it doesn't seem like her testimony is going to be
21 all that consistent.
22       ELEX MICHAELSON:  So it sounds like
23 what you're -- that you are explicitly saying,
24 you don't want everything to go away.  You don't
25 want to just say we're done with this.  You want

Page 8

1  to have Justin's name cleared in court and it's
2  important for you for all this stuff to go
3  forward.
4        BRYAN FREEDMAN:  It's not just
5  important for me to have Justin's name cleared in
6  court.  It's important for me to have Tag and Jen
7  Abel's names cleared in court.  It's important
8  for me to show the truth and to give the clients
9  the real, you know, result that they're looking
10 for, which is essentially is what they were
11 accused of, right.  There was not sexual
12 harassment here, she wasn't sexually harassed and
13 there's no smear campaign.
14       CHARLES LATIBEAUDIERE:  What the judge
15 essentially said though, Bryan, was that she made
16 those allegations in legal documents and,
17 therefore, there is no defamation in this "New
18 York Times" article.  I'm wondering what Justin's
19 reaction was to the judge's decision because,
20 really, the judge said, you know, you accused her
21 of cherry picking of the "New York Times" of
22 cherry picking certain things from her lawsuit
23 and placing them in this story.  And the judge
24 said there's nothing wrong with that; that's good
25 journalism.  So I'm wondering what Justin's

Page 9

1  reaction was to the judge's decision.
2        BRYAN FREEDMAN:  Well, I don't know
3  that the judge said there's nothing wrong with
4  that, it's good journalism.  I think what the
5  judge said is this all came from the CRD
6  complaint and the CRD complaint is a privileged
7  document and, therefore, you can't allege
8  defamation based on a privileged document, and I
9  think that's where the judge, you know, came
10 from.
11       What was Justin's reaction to it?  The
12 same as my reaction to it, which is, you know,
13 it's not fair, it's not right, and the reality is
14 that someone should have a chance to be able to
15 be held accountable, and you should be able to
16 hold media accountable for the truth and veracity
17 -- or the lack of it -- of what they show.  And,
18 you know, whether or not something, you know, was
19 cherry picked from text messages or not isn't
20 really the issue as much as whether something was
21 truthful or not, and the truth is what the "New
22 York Times" said, how they obtained the
23 information.
24       And, frankly, the case that Blake
25 Lively has been putting on since the beginning

3 (Pages 6 - 9)

Page 10

1  that there's sexual harassment and there's a
2  smear campaign is just completely wrong.
3          ELEX MICHAELSON:  What's Justin's head
4  space right now?
5          BRYAN FREEDMAN:  I think that he's a
6  person who wants to be vindicated and that's all
7  that he cares about is that he knows who he is,
8  he knows what he's done, he knows what he hasn't
9  done, and he wants the truth to come out and he
10 wants to do that in the appropriate way.  He's
11 not walking around taking victory laps and
12 victory tours, you know, and speaking out.  He's
13 taking care of his family and taking care of his
14 loved ones and he's waiting for his day in court
15 where he can speak out and tell the truth.
16         CHARLES LATIBEAUDIERE:  All right.
17 Well, a lot of people thought that maybe this
18 whole thing was coming to a close.  Clearly, it
19 is not.  Bryan, I'm sure we'll be talking to you
20 as this moves forward.  Thank you for being with
21 us.
22         BRYAN FREEDMAN:  I mean, this is so far
23 from over, let's just put it that way, so far.
24         CHARLES LATIBEAUDIERE:  I heard what
25 you said loud and clear.  We will talk to you

Page 11

1  soon.
2          BRYAN FREEDMAN:  Thank you.
3          CHARLES LATIBEAUDIERE:  All right.

Page 12

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certify that the
foregoing transcript is a true and accurate
record of the proceedings.

*[signature: Sonya M. Ledanski Hyde]*

_____

Veritext Legal Solutions
330 Old Country Road
Suite 300
Mineola, NY 11501

Date:  July 15, 2025

4 (Pages 10 - 12)

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400