# Exhibit L

THIS DOCUMENT IS A CONFIDENTIAL FILING.  ACCESS IS
PROHIBITED EXCEPT AS AUTHORIZED BY COURT ORDER.