**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

August 4, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel and Plaintiff Blake Lively (collectively, the "Parties") respectfully stipulate and move the Court for an order modifying the Court's Case Management Plan and Scheduling Orders (Dkt. 58, 425) to extend the deadline for the Parties to bring motions to compel documents produced on or before July 25, 2025 from August 1, 2025 to August 4, 2025, with the deadline for responses to any such motions due by August 6, 2025.

The Parties have continued to meet and confer regarding these documents on the expectation that the additional time would allow them to resolve or narrow their disputes. The Parties have not previously requested an extension of this deadline, and extending this deadline will not affect any other deadline set by this Court, including the completion of fact discovery by September 30, 2025.

Respectfully Submitted,

| LINER FREEDMAN TAITELMAN + COOLEY, LLP | MANATT, PHELPS & PHILLIPS, LLP |
|---|---|
| <u>*/s/ Ellyn S. Garofalo*</u> | <u>*/s/ Esra Hudson*</u> |
| Bryan J. Freedman (admitted *pro hac vice*) | Esra Hudson (admitted *pro hac vice*) |
| Ellyn S. Garofalo (admitted *pro hac vice*) | Stephanie Roeser (admitted *pro hac vice*) |
| 1801 Century Park West, 5th Floor | 2049 Century Park East, Suite 1700 |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| (310) 201-0005 | Tel: 310-312-4381 |

442106.1

August 4, 2025
Page 2

| | |
|---|---|
| bfreedman@lftcllp.com<br>egarofalo@lftcllp.com | ehudson@manatt.com<br>sroeser@manatt.com |
| MEISTER SEELIG & FEIN PLLC<br>Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>(202) 655-3500<br>ms@msf-law.com<br>kaf@msf-law.com | Matthew F. Bruno<br>7 Times Square<br>New York, NY 10036<br>Tel: 212-790-4500<br>mbruno@manatt.com |
| AHOURAIAN LAW<br>Mitra Ahouraian (admitted *pro hac vice*)<br>2029 Century Park East, 4th Floor<br>Los Angeles, CA 90076<br>(310) 376-7878<br>mitra@ahouraianlaw.com | WILKIE FARR & GALLAGHER LLP<br>Aaron E. Nathan<br>787 7th Avenue<br>New York, NY 10019<br>Tel: 212-778-8000<br>anathan@wilkie.com |

*Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
mgottlieb@willkie.com
kbender@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
mgovernski@dirllp.com

*Attorneys for Plaintiff Blake Lively*

442106.1