# manatt

Esra A. Hudson
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

August 4, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 24-cv-10049 (LJL)

Dear Judge Liman:

    Plaintiff Blake Lively writes to update the Court with respect to Ms. Lively's July 27, 2025 letter regarding the Motions to Quash as to specific portions of Ms. Lively's July 3, 2025 document subpoenas to Google, LLC d/b/a YouTube ("Google Subpoena"), X Corp. ("X Subpoena"), and TikTok, Inc. ("TikTok Subpoena"). Dkt. No. 496.

    For the same reasons set forth in Ms. Lively's July 27, 2025 letter, Ms. Lively is withdrawing the Google Subpoena as to Linet Keshishian (*see* Dkt. Nos. 499-501) and "PopcornedPlanet," the X Subpoena as to "@swiftiefor3v3r" (*see* Dkt. Nos. 508-509), and the TikTok Subpoena as to "pop.diaries" (*see* Dkt Nos. 524-526, 528-529). Accordingly, Ms. Lively requests that the Court deny any such motions as to these usernames as moot, which would resolve all outstanding motions to quash as to the social media subpoenas to Google, X and TikTok, respectively.[1]

Respectfully submitted,

/s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac vice*) |
| 1875 K Street NW | Sarah E. Moses (admitted *pro hac vice*) |
| Washington, DC 20006 | 2049 Century Park East, Suite 1700 |
| (202) 303-1000 | Los Angeles, CA 90067 |
| mgottlieb@willkie.com | (310) 312-4000 |
| kbender@willkie.com | ehudson@manatt.com |
| | sroeser@manatt.com |

---

[1] Following Ms. Lively's July 27, 2025 letter seeking to deny five non-parties' motions to quash as moot, the Court denied such motions. *See* Dkt. No. 503 (July 28, 2025 Order). Since then, four of those five non-parties filed additional letters and/or motions seeking, for example, to quash the subpoenas, sanctions, a protective order, and/or to proceed anonymously. *See* Dkt Nos. 506 (@LethalLauren904), 515 and 523 (@KassidyOC), 518 (@AshleyBrianaEve), 535 (@existingtothrive). Given the Court has already denied these non-parties' underlying motions as moot, Ms. Lively requests that the Court deny all such further requests on the same grounds.

August 4, 2025
Hon. Lewis J. Liman

                                          smoses@manatt.com

| | |
|---|---|
| Aaron E. Nathan | Matthew F. Bruno |
| 787 7th Avenue | 7 Times Sq. |
| New York, NY 10019 | New York, NY 10036 |
| (212) 728-8000 | (212) 790-4500 |
| anathan@willkie.com | mbruno@manatt.com |

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com                         *Attorneys for Blake Lively*