**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 4, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

    On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal certain portions of Ms. Lively's Omnibus Brief in support of her Motions to Compel, filed contemporaneously herewith. Ms. Lively also requests that the Court preliminarily seal the following accompanying exhibits to the Declaration of Kristin Bender in support of the Motions to Compel: 2-6, redacted portions of 7, 12-23, and 27-62. All of these materials are (or describe) documents, communications, or other discovery materials that have been designated as Confidential or Attorney's Eyes Only by the Wayfarer Parties or certain third parties.

    In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the parties may file a motion for continued sealing if they so choose.

Respectfully submitted,

/s/ *Michael J. Gottlieb*

Michael J. Gottlieb
Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
Aaron E. Nathan

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

- 2 -

    Willkie Farr & Gallagher LLP
    787 Seventh Avenue
    New York, NY 10019
    (212) 728-8000
    anathan@willkie.com

    MANATT, PHELPS & PHILLIPS, LLP
    Esra A. Hudson (*pro hac vice*)
    Stephanie A. Roeser (*pro hac vice*)
    Manatt, Phelps & Phillips LLP
    2049 Century Park East, Suite 1700
    Los Angeles, California 90067
    (310) 312-4000
    ehudson@manatt.com
    sroeser@manatt.com

    Matthew F. Bruno
    Manatt, Phelps & Phillips, LLP
    7 Times Sq
    New York, NY 10036
    (212) 790-4500
    mbruno@manatt.com

    DUNN ISAACSON RHEE LLP
    Meryl C. Governski (*pro hac vice*)
    401 Ninth Street, NW
    Washington, DC 20004
    (202) 240-2900
    mgovernski@dirllp.com

    *Attorneys for Blake Lively*