**EXHIBITS: OMNIBUS BRIEF IN SUPPORT OF PLAINTIFF BLAKE LIVELY'S MOTIONS TO COMPEL**

| Exhibit Number | Document Description | BATES STAMP |
|---|---|---|
| 1. | Compilation of Lively's First Set of Requests for Production to the Wayfarer Defendants, dated February 20, 2025 | -- |
| 2. | Compilation of Wayfarer Defendants' Responses and Objections to Lively's First Set of Requests for Production, dated March 24, 2025 | -- |
| 3. | 2025.04.30 Email chain between Ms. Lively's counsel and counsel for the Wayfarer Defendants | -- |
| 4. | Compilation of Wayfarer Defendants' Responses & Objections to Lively's Second Set of Requests for Production, dated April 2, 2025 | -- |
| 5. | Compilation of Wayfarer Defendants' Responses & Objections to Lively's Third Set of Requests for Production, dated April 25, 2025 | -- |
| 6. | Compilation of It Ends With Us Movie LLC's, Wayfarer Studios LLC's, and Abel's Responses & Objections to Lively's Fourth Set of Requests for Production, dated April 30, 2025 | -- |
| 7. | Compilation of deficiency letters sent by Lively to the Wayfarer Defendants, dated July 29, 2025 | -- |

| 8. | 2025.07.30 Email chain between Ms. Lively's counsel and Wayfarer Defendants' counsel | -- |
|---|---|---|
| 9. | 2025.07.28 Email chain between Ms. Lively's counsel and the Wayfarer Defendants' counsel | -- |
| 10. | 2025.07.28 Email from Ms. Lively's counsel to the Wayfarer Defendants' counsel | -- |
| 11. | 2025.07.30 Email from the Wayfarer Defendants' counsel to counsel for Ms. Lively | -- |
| 12. | Abel's Responses & Objections to Lively's Fourth Set of Interrogatories, dated July 30, 2025 | -- |
| 13. | Nathan's Responses & Objections to Lively's Fourth Set of Interrogatories, dated July 30, 2025 | --- |
| 14. | TAG's Responses & Objections to Lively's Third Set of Interrogatories, dated July 30, 2025 | -- |
| 15. | Street Relations' Responses & Objections to Lively's Second Set of Interrogatories, dated July 3, 2025 | -- |
| 16. | ████████████████████████████████████ | BBKOSLOW-000006742 |
| 17. | ████████████████████████████████████ | BBKOSLOW-000001753 |
| 18. | ████████████████████████████████████ | BBKOSLOW-000002949 |

| | | |
|---|---|---|
| 19. | ██████████ | BBKOSLOW-000001684 |
| 20. | ██████████ | NATHAN_000002151 |
| 21. | ██████████ | NATHAN_000000314 |
| 22. | ██████████ | BBKOSLOW-000004640 |
| 23. | ██████████ | KCASE-000004949 |
| 24. | B. Butler Koslow Privilege Log, dated July 28, 2025 | -- |
| 25. | Wayfarer Defendants' Privilege Log, dated July 29, 2025 | -- |
| 26. | Compilation of Lively's Third Set of Interrogatories to Baldoni, Nathan, and Abel, dated June 18, 2025 | -- |
| 27. | ██████████ | BBKOSLOW_000004082 |
| 28. | ██████████ | BBKOSLOW-000004011 |
| 29. | ██████████ | SR 1.00000009 |

| | | |
|---|---|---|
| 30. | ██████████████ | BBKOSLOW-000008602 |
| 31. | ██████████████ | BALDONI_000003115 |
| 32. | ██████████████ | PAYLOCITY_000053 |
| 33. | ██████████████ | PAYLOCITY_000026 |
| 34. | ██████████████ | HEATH_000019850 |
| 35. | ██████████████ | MUSIOL_000000027 |
| 36. | ██████████████ | MUSIOL_000000030 |
| 37. | ██████████████ | WAYFARER_000137153 |
| 38. | ██████████████ | NATHAN_000000290 |
| 39. | ██████████████ | NATHAN_000000990 |

|  |  |  |
|---|---|---|
| 40. | ███ | STREET 1.000016 |
| 41. | ███ | SR 1.00000044 |
| 42. | ███ | STREET 1.000084 |
| 43. | ███ | STREET 1.000089 |
| 44. | ███ | STREET 1.000106 |
| 45. | ███ | BBKOSLOW-000006017 |
| 46. | ███ | WAYFARER_000140035 |
| 47. | ███ | AS000008 |
| 48. | ███ | AS000010 |
| 49. | ███ | AS000062 |
| 50. | ███ | SR 1.00000006 |

| 51. | ■■■ | SR 1.00000007 |
|---|---|---|
| 52. | ■■■ | SR 1.00000011 |
| 53. | ■■■ | HEATH_000035492 |
| 54. | ■■■ | HEATH_000032566 |
| 55. | ■■■ | HEATH_000035537 |
| 56. | ■■■ | TAG_000000335 |
| 57. | ■■■ | NATHAN_000003194 |
| 58. | 2025.07.24 Email chain between Ms. Lively's counsel and counsel for the Wayfarer Defendants | -- |
| 59. | ■■■ | NATHAN_000001046 |
| 60. | ■■■ | NATHAN_000001730 |
| 61. | ■■■ | NATHAN_000001942 |

| 62. | Consolidated Wayfarer Defendant Responses and Objections to Reynolds' and Lively's First Set of Interrogatories, dated April 18, 2025 | -- |