# EXHIBIT 9

| | |
|---|---|
| From: | Roeser, Stephanie |
| To: | Theresa Troupson; Summer Benson; Hudson, Esra; Bruno, Matthew; Nathan, Aaron E.; Gottlieb, Michael; Bender, Kristin; Meryl Governski; Connolly, Michaela; Taustine, Melissa; Prather, Laura; "michael.lambert@haynesboone.com" |
| Cc: | Bryan Freedman; Ellyn Garofalo; Kim Zeldin; Amir Kaltgrad; Jason Sunshine; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Rose Khatchikian; Christina Puello; Cortni Davis; Vaneta Birtha |
| Subject: | RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (Privilege Log) |
| Date: | Monday, July 28, 2025 4:13:11 PM |
| Attachments: | image001.png |

*** EXTERNAL EMAIL ***

Hi Theresa,

We are amenable to an extension to serve party privilege logs until tomorrow at 5:00 p.m. ET.

Thanks,
Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Monday, July 28, 2025 2:02 PM
**To:** Summer Benson <sbenson@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Hudson, Esra <EHudson@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <anathan@willkie.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Prather, Laura <laura.prather@haynesboone.com>; 'michael.lambert@haynesboone.com' <michael.lambert@haynesboone.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (Privilege Log)

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Stephanie,

Counsel for the Jonesworks parties has proposed a further short extension of the deadline to serve the parties' privilege logs through this Wednesday, July 30. We think it makes sense to align the deadlines in the related cases, particularly given that the Court has now entered an order on the parties' recent discovery stipulation. Are you amenable to the further short extension proposed by the Jonesworks parties?

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.

---

**From:** Summer Benson <sbenson@lftcllp.com>
**Sent:** Tuesday, July 22, 2025 4:19 PM
**To:** Roeser, Stephanie <sroeser@manatt.com>; Esra Hudson <ehudson@manatt.com>; Matthew Bruno <mbruno@manatt.com>; Nathan, Aaron E. <anathan@willkie.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Prather, Laura <laura.prather@haynesboone.com>; 'michael.lambert@haynesboone.com' <michael.lambert@haynesboone.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 (Privilege Log)

Stephanie,

Thank you for the call earlier. To confirm, we have agreed to extend the exchange of privilege logs related to party productions to July 28, 2025.

Best,

Summer E. Benson, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.