# EXHIBIT 10

| | |
|---|---|
| **From:** | Connolly, Michaela |
| **To:** | Kevin A. Fritz; Bryan Freedman; Kristin Tahler; Nicholas Inns; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Mitch Schuster; Amit Shertzer; Summer Benson; Birtha Vaneta; Miles Cooley; Cortni Davis; Jose Perez; Jason Sunshine; mitra@ahouraianlaw.com; Theresa Troupson |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Meryl Governski; Bender, Kristin; Nathan, Aaron E.; Roeser, Stephanie; Bruno, Matthew; Taustine, Melissa; Climaco, Katelyn |
| **Subject:** | Lively v. Wayfarer, et al. No. 24-cv-10049 - Privilege Log |
| **Date:** | Tuesday, July 29, 2025 4:57:56 PM |
| **Attachments:** | Plaintiff"s Privilege Log - Lively v. Wayfarer - No. 24-cv-10049 (LJL) (lead case).pdf |

Counsel,

On behalf of Ms. Lively, please see the attached privilege log.

Ms. Lively does not waive, and hereby expressly reserves, all applicable rights, including but not limited to the right to amend this log.

Best,
Michaela

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers