# EXHIBIT 11

| | |
|---|---|
| **From:** | Rose Khatchikian |
| **To:** | Hudson, Esra; smoses@manatt.com; Roeser, Stephanie; Bruno, Matthew; Nathan, Aaron E.; Gottlieb, Michael; Bender, Kristin; Governski, Meryl Conant; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Danielle Lazarus; Kristin Tahler; maarenchoksi@quinnemanuel.com; Nicholas Inns; jonas@umklaw.com; anthony@umklaw.com; matthew@umklaw.com; mitra@ahouraianlaw.com; Local MS. Counsel; Amit Shertzer; Local KAF. Counsel; Stacey Ashby |
| **Cc:** | Bryan Freedman; Ellyn Garofalo; Kim Zeldin; Amir Kaltgrad; Theresa Troupson; Summer Benson; Jason Sunshine; Cortni Davis; Joanna Rivera; Christina Puello; Vaneta Birtha |
| **Subject:** | Lively v. Wayfarer Studios LLC, et al.; Stephanie Jones, et al. v. Jennifer Abel, et al. (Wayfarer Parties" Privilege Log) |
| **Date:** | Wednesday, July 30, 2025 2:07:14 AM |
| **Attachments:** | 2025.07.29 Wayfarer Parties" Privilege Log(440035.1).pdf |

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Counsel,

Please see the service of the attached document. Please note that a hard copy will **NOT** follow in the mail.

Thank you,

Rose Khatchikian
**LINER FREEDMAN TAITELMAN + COOLEY, LLP**

1801 Century Park West, 5th Floor
Los Angeles, CA  90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Mobile Phone: (818) 740-8174

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from the new domain are not spam.