# EXHIBIT 24

**NON-PARTY BREANNA BUTLER KOSLOW'S PRIVILEGE LOG BY CATEGORY**

*Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049 (lead case)

United States District Court, New York Southern

| No. | Date Range | Doc. Type | No. of Docs. | Description | Participants | Privilege Reason |
|---|---|---|---|---|---|---|
| 1 | 1/15/2025-3/4/2025 | Text messages and attachments | 253 | Confidential communication among aligned parties concerning overall litigation strategy and case coordination | Jason Sunshine; Breanna Butler Koslow; 19178418716; 15188103255; Jen Abel; Teresa Legal (13107026034); Bryan Freedman; Melissa Nathan; Jed Wallace; Mitra Ahouraian; Mitz Toskovic; Jared Freedman; Jamey Heath; Justin Baldoni; Ahmed Musiol Kolacek; Steve Sarowitz; Tera McMaster; Kevin Fritz; Summer Benson; Tamar; Ellyn Garofalo; Spencer (13102665175) | Attorney Client Privilege<br><br>Work Product Privilege<br><br>Common Interest Privilege |
| 2 | 8/14/2024-1/14/2025 | Text messages and attachments | 241 | Confidential legal strategy discussions and draft materials prepared in anticipation of asserting counterclaims | Breanna Butler Koslow; 15188103255; Melissa Nathan; Jen Abel; 15617351545; Bryan Freedman; Jed Wallace; Mitra Ahouraian; Jared Freedman; Miles Cooley; Jason Sunshine; Katherine | Attorney Client Privilege<br><br>Work Product Privilege<br><br>Common Interest Privilege |

| | | | | |
|---|---|---|---|---|
| | | | Case; Summer Benson; Spencer (13102665175); Carolina (17039753592); Christina BF Assistant (16613132064); Jen Abel; Carolina Hurley; Rosa (13105929796) | |

Dated:    New York, New York
              July 28, 2025

Respectfully submitted,

/s/ *Maxwell Breed*

Maxwell Breed
Daniel J. Pohlman
Parmida Enkeshafi
**PRYOR CASHMAN LLP**
7 Times Square, 40th Floor
New York, NY 10036
Phone: (212) 421-4100
Fax: (212) 326-0806
mbreed@pryorcashman.com
dpohlman@pryorcashman.com
penkeshafi@pryorcashman.com

*Counsel for Nonparties Katherine Case and Breanna Butler Koslow*

2