August 2, 2025

**Notice of Motion to Quash Subpoena Filed in the District of Nevada**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to inform the Court that I have filed a Motion to Quash the subpoena served on July 19th by counsel for Plaintiff Blake Lively.

My motion was filed in the United States District Court for the District of Nevada. I am attaching PDFs of the filing, which has been ingested and docketed by the court.

Las Vegas was listed as the place for compliance in the subpoena. It is also where I live and work and the appropriate venue for me to fight Blake Lively's pattern of abusive discovery practices. The subpoena she served on me is legally unsound and unenforceable.

It is my immense pleasure that this will all be decided in Nevada and not in your court, where - in my opinion - you have shown clear bias in favor of the defendant and have ruled in a manner that is shameful and of great concern for the public.

Per the court in Nevada: *NOTICE that this case, formerly Misc. Case No. 2:25-ms-00060, having become a contested proceeding on 7/28/25, has been converted to the regular civil docket and has been assigned case number 2:25-cv-01396. All future pleadings must be filed in the civil action and must bear said civil case number. (RJDG) (Entered: 07/31/2025)*

I have informed the unethical counsel for Ms. Lively and served them notice of my Motion To Quash. See Exhibit B.

Please note that no action is required from the Southern District of New York and I am simply fulfilling my obligation to inform the Court of developments that may relate to discovery matters in this case.

xoxo

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton