From: Perez Hilton ph@perezhilton.com
Subject: Service Of Motion To Quash
Date: Jul 31, 2025 at 5:18:55 PM
To: Esra Hudson EHudson@manatt.com
Cc: mgottlieb@willkie.com, Stephanie Roeser SRoeser@manatt.com, anathan@willkie.com, Matthew Bruno MBruno@manatt.com, mgovernski@dirllp.com, laura.prather@haynesboone.com, michael.lambert@haynesboone.com, kbender@willkie.com

Ms. Hudson,

It is my immense pleasure to inform you that I have just filed a motion to quash the legally unsound and unenforceable subpoena you served me with on July 19.

The place of compliance you listed in the subpoena is Las Vegas, where I live and work. That is also the appropriate venue to address your continued improper and abusive use of the discovery process.

Attached is my receipt and confirmation that my motion to quash has been filed. It has been assigned case #9875 at U.S. District Court, Court Of Nevada, Las Vegas. See attachment.

I would also like to thank Mr. Gottlieb for bringing me up to Judge Liman at the hearing yesterday. I am flattered that you all think I played such a pivotal part in the non-existent smear campaign you have accused Justin Baldoni and the Wayfarer parties of orchestrating against zero time Oscar nominated actress Blake Lively.

As a courtesy, I will inform the Southern District Of New York that motion to quash has been accepted and filed in Nevada. Thankfully Judge Liman will not get to rule on this.

Have a wonderful day!

xoxo
Perez



**Tap to Download**
**0C0A3C8A-**

**E92B-4B3A-87D2-77E0C7A8098...**
3.4 MB