From: Perez Hilton
To: Hilton Perez
Cc: Esra Hudson   mgottlieb@willkie.com
Stephanie Roeser   anathan@willkie.com
Matthew Bruno   mgovernski@dirllp.com
laura.prather@haynesboone.com
michael.lambert@haynesboone.com
kbender@willkie.com
Today at 10:37 AM

## UPDATED Info / Motion To Quash

Hey, cuties!

Just wanted to let you know that my Motion To Quash your unenforceable subpoena has been ingested, docketed and updated.

"NOTICE that this case, formerly Misc. Case No. 2:25-ms-00060, having become a contested proceeding on 7/28/25, has been converted to the regular civil docket and has been assigned case number 2:25-cv-01396. All future pleadings must be filed in the civil action and must bear said civil case number. (RJDG) (Entered: 07/31/2025)"

Have a super duper weekend!

I am super proud of you all and the millions you've been grifting from Ryan Reynolds' bank account!

Keep up the mediocre work!