# EXHIBIT B

≡  YouTube                Search  🔍   🎤                    ⋮   👤 Sign in



# Welcome To My Channel! | Perez Hilton

 Perez Hilton ✓         Join    Subscribe          👍 466  👎    ↗ Share   ⋯
557K subscribers

107,875 views  Jun 10, 2018
Happy to have you here!! Subscribe! Look around! And follow my family channel too!  ▶ / theperezhilton

Subscribe to my channel! http://bit.ly/perezhiltonsub
Watch these amazing performances! http://bit.ly/perezperformance

Listen to The Perez Hilton Podcast with Chris Booker HERE: http://PerezPodcast.com

Follow Me!
FAMILY CHANNEL:   ▶ / theperezhilton
WEBSITE: http://PerezHilton.com
PEREZ'S INSTAGRAM:  📷 / theperezhilton
WEBSITE'S INSTAGRAM:  📷 / perezhilton
GET A PERSONALIZED VIDEO FROM ME HERE:  http://Starsona.com/PerezHilton
LISTEN TO MY PODCAST HERE:  http://PerezPodcast.com
WEBSITE'S FACEBOOK:   f / perezhilton
PEREZ'S FACEBOOK:   f / theperezhilton
WEBSITE'S TWITTER:   ✕ / perezhilton
PEREZ'S TWITTER:   ✕ / theperezhilton

About Perez Hilton:
The original influencer, Perez Hilton founded and oversees one of the most iconic websites ever. In addition to his eponymous blog, he is the host of a very successful podcast, has a loyal following across two YouTube channels, has written three books, has acted in countless TV shows and films - as well as the stage. And, most importantly, he is the proud father of three happy and thriving kid and an adult child, his mother. Perez is one of the most sought after commentators and your best friend!

Welcome To My Chanel! | Perez Hilton
 • Welcome To My Channel! | Perez Hilton





  

22:02
20 Most Beautiful Places On Planet Earth
4 Ever Green
11M views • 3 years ago

21:52
Shri Ramchandra Kripalu Bhajuman! SHRI RAM STUTI | Parul Mishra
Meditative India
2.9M views • 1 year ago

19:00
Gutfeld: If Fallon wants to do this, I WILL NOT complain
Fox News
875K views • 3 days ago
New

36:31
New Canaan Orlando Church is live!
New Canaan Orlando Church
46 views • Streamed 6 days ago
New

7:56
Big Order Today!
notactuallygolden
6.9K views • 14 hours ago
New

12:58
SHOCKING! Text Messages Reveal Blake Lively CONTROL! As Case SPIRALS!
Popcorned Planet
53K views • 19 hours ago
New

LIVE
CANCERS AUGUST 2025 Psychic Tarot Monthly Reading
The Ministry of Tarot Channel
1 watching

10:49
I Messed Up! Blake Lively... | Perez Hilton
Perez Hilton
87K views • 4 days ago
New

23:53
Blake Lively & Ryan Reynolds' Epic Meltdown After Judge Liman Humiliates Them in Court
Without A Crystal Ball
46K views • 13 hours ago
New

28:24
EXTENDED INTERVIEW: VP Kamala Harris's "107 Days" Is A Peek Behind The Scenes Of …
The Late Show with Stephen Colbert
3M views • 4 days ago
New

1:57:20
Classical Music to Make Your Brain Shut Up
HALIDONMUSIC
1M views • 5 months ago

5:34
Fleetwood Mac - Silver Springs (Live) (Official Video) [HD]
Fleetwood Mac
51M views • 6 years ago