# EXHIBIT C

theperezhilton

 theperezhilton ✓  ...

Follow    Message

⊙ Perez Hilton ⊙

@ theperezhilton

Artist
The Original Influencer. Proud dad. Links below for my YouTube and Patreon! Follow my site at @perezhilton. For biz,... more

🔗 patreon.com/PerezHilton and 4 more

          

SWAG  Podcast 🎧  Vegas 🎰  My mom ...  My kids ☁️  Subscribe!  Horror 🎬  Nostalgia  GeneralH...  Chappell ...  Nightline ...

| 44,780 posts | 921K followers | 6,070 following |
|---|---|---|




