EXHIBIT E





**Perez** ✔
@ThePerezHilton

This is the personal account for Perez Hilton. He's a proud dad and founder of one of the most famous websites in the world. Follow it at @PerezHilton

🧳 Media Personality  📍 Las Vegas, NV  🔗 hoo.be/PerezHilton

🎈 Born March 23  📅 Joined October 2015

1,517 Following    88.4K Followers

Not followed by anyone you're following

| Posts | Replies | Subs | Highlights | Media |

**Posts**

 **Perez** ✔ @ThePerezHilton · 5h

Matty Healy was a blip in the grand scheme of things!



OMG Matty Healy's Mother Says She's 'Glad' She's Not Taylor Swift's Mother-I...