# EXHIBIT G

| | |
|---|---|
| **From:** | Bender, Kristin |
| **To:** | Theresa Troupson |
| **Cc:** | Sigrid McCawley; Lindsey Ruff; Rachael Schafer; Hudson, Esra; Roeser, Stephanie; Bruno, Matthew; Climaco, Katelyn; Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Connolly, Michaela; katebolger@dwt.com; Sam Cate-Gumpert; Chip Babcock; Joel Glover; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Taustine, Melissa; Amir Kaltgrad; Bryan Freedman; Christina Puello; Cortni Davis; Ellyn Garofalo; Jason Sunshine; Joanna Rivera; Kim Zeldin; Rose Khatchikian; Summer Benson; Vaneta Birtha; Andrew Villacastin; Amit Shertzer; Nicholas Inns; maarenchoksi@quinnemanuel.com; Kristin Tahler |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC et al., Civ. Action No. 1:24-cv-10049-LJL |
| **Date:** | Tuesday, July 1, 2025 2:00:39 PM |
| **Attachments:** | 2025.07.01 Notice of Intent to Serve Subpoena - Mario Lavandeira (Perez Hilton).pdf |
| | 2025.07.01 Notice of Intent to Serve Subpoena - Candace Owens.pdf |
| | 2025.07.01 Notice of Intent to Serve Subpoena - Popcorned Planet, Inc..pdf |

Counsel,

Please see the attached notices of subpoena.

Best,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, June 26, 2025 10:28 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>
**Cc:** Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Rachael Schafer <rschafer@bsfllp.com>; Esra Hudson <EHudson@manatt.com>; sroeser@manatt.com; Matthew Bruno <MBruno@manatt.com>; Katelyn Climaco <KClimaco@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Taustine, Melissa <MTaustine@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Andrew Villacastin <avillacastin@bsfllp.com>; Amit Shertzer <as@msf-law.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. Action No. 1:24-cv-10049-LJL

Counsel,

Please see the attached notice of subpoena.

Best,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Thursday, June 26, 2025 8:46 PM
**To:** Bender, Kristin <KBender@willkie.com>
**Cc:** Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@BSFLLP.com>; Rachael Schafer <rschafer@bsfllp.com>; Esra Hudson <EHudson@manatt.com>; sroeser@manatt.com; Matthew Bruno <MBruno@manatt.com>; Katelyn Climaco <KClimaco@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Taustine, Melissa <MTaustine@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Joanna Rivera <jrivera@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Andrew Villacastin <avillacastin@bsfllp.com>; Amit Shertzer <as@msf-law.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>
**Subject:** Lively v. Wayfarer Studios LLC et al., Civ. Action No. 1:24-cv-10049-LJL

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

Please see the attached documents.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor

Los Angeles, California 90067

Telephone: (310) 201-0005

Facsimile: (310) 201-0045

Web: [www.lftcllp.com](www.lftcllp.com)

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*