```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
BLAKE LIVELY,                                                     :
                                                                  :
                          Plaintiff,                              :
                                                                  :        24-cv-10049 (LJL)
            -v-                                                   :
                                                                  :           ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                             :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                         :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                          :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                         :
STREET RELATIONS INC.,                                            :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff Blake Lively ("Lively") has opposed the motion for a protective order of non-party Mario Lavandeira ("Lavandeira") and has cross-moved to compel Lavandeira to produce materials responsive to the subpoena Lively served on him on July 19, 2025. Dkt. Nos. 562–567.

Pursuant to Rule 1.J. of the Court's Individual Practices in Civil Cases, "all ECF filings by a represented party in a pro se case must be accompanied by an Affidavit of Service affirming that the pro se party was served with a copy of the communication." Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.J. Some of the Lively's ECF filings in her opposition and cross-motion were filed under seal due to the presence of material designated Confidential subject to the Court's Protective Order. *See* Dkt. Nos. 561, 562, 563, 566. Lively is ordered to file an affidavit of service affirming that Lavandeira was served with a copy of Lively's opposition and cross-motion and all supporting papers, including materials marked "Confidential," and a copy of the Protective Order in this case. Absent further order of the

Court, Lavandeira is ordered to comply with the Court's Protective Order regarding the use of Confidential discovery material. *See* Dkt. No. 125.

Lavandeira shall respond to Lively's opposition and cross-motion by one week from the date that Lavandeira is served with the papers stated above, as reflected by the affidavit of service filed on the docket.

SO ORDERED.

Dated: August 6, 2025
       New York, New York

                                               LEWIS J. LIMAN
                                        United States District Judge