```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLAKE LIVELY,                                                     :
:
                        Plaintiff,                                :
:                    24-cv-10049 (LJL)
    -v-                                                           :
:                         ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                             :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                         :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                          :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                         :
STREET RELATIONS INC.,                                            :
:
                        Defendants.                               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This order addresses the motions to seal or preliminarily seal at Dkt. Nos. 404 and 412.

      The motion at Dkt. No. 404 seeks to preliminarily seal Exhibits A–D of the Wayfarer Parties' motion to compel at Dkt. No. 405. Such a preliminary motion is intended to give the producing party one week to move for sealing of documents that party has designated as confidential. The Court's individual practices state that "[f]ailure by the Producing Party to file a letter within one week will constitute grounds for unsealing." Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Appendix A Rule 4.b. The motion was filed on July 10, 2025, and Lively does not appear to have moved for continued sealing. The Court will unseal Dkt. Nos. 406-2–406-4. However, Dkt. No. 406-1 is Lively's initial disclosures, which the Court has previously sealed. *See* Dkt. No. 434. Lively will inform the Court by August 13, 2025, whether she seeks continued sealing of Dkt. No. 406-1.

      The motion at Dkt. No. 412 seeks to redact portions of Lively's motion for a protective order and Exhibit A to that order reflecting the location of Lively's deposition. The motion is

granted as narrowly tailored to protect the security of the parties and the integrity of the judicial process.  See *United States v. Erie Cnty., N.Y.*, 763 F.3d 235, 243 (2d Cir. 2014) (noting that sealing may be justified by "safety concerns"); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (noting that sealing may be justified by "the danger of impairing . . . judicial efficiency"); *cf.* Dkt. No. 125 (recognizing that "security measures" can properly be designated Attorneys' Eyes Only).

The motion to seal at Dkt. No. 412 is GRANTED.  The Clerk of Court is respectfully directed to unseal Dkt. Nos. 406-2–406-4 and to close Dkt. No. 412.

SO ORDERED.

Dated: August 6, 2025
      New York, New York

_____
      LEWIS J. LIMAN
      United States District Judge