## UNITED STATES U.S. DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, | Case No. 1:24-cv-10049-LJL |
| Plaintiff, | (consolidated with 1:25-cv-00449-LJL) |
| -v- | **AFFIDAVIT OF SERVICE** |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC., | |
| Defendants. | |
| JENNIFER ABEL, | |
| Third-Party Plaintiff, | |
| -v- | |
| JONESWORKS LLC, | |
| Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ, | |
| Consolidated Plaintiffs, | |
| -v- | |
| BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY. | |
| Consolidated Defendants. | |

I, Esra Hudson, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney admitted to practice before this Court, a partner in the law firm of Manatt, Phelps & Phillips, LLP, 2049 Century Park East, Suite 1700, Los Angeles, CA 90067 and counsel of record for Plaintiff Blake Lively in the above-captioned action.

2.      On August 6, 2025, I caused the following: (1) Sealed Corrected Opposition to Third Party Perez Hilton's Motion for Protective Order and Cross Motion to Compel, ECF No. 566; (2) Public Corrected Opposition to Third Party Perez Hilton's Motion for Protective Order and Cross Motion to Compel, ECF No. 567; (3) Letter to Judge Liman Requesting Sealing of Exhibit F and Portion of Opposition to Third Party Perez Hilton's Motion for Protective Order and Cross Motion to Compel, ECF No. 561; (4) Sealed and Public Declarations of Esra Hudson in Support of  Opposition to Third Party Perez Hilton's Motion for Protective Order and Cross Motion to Compel with all Exhibits, including the public and sealed versions of Exhibit F, ECF Nos. 563, 563-1, 565, 565-1, 565-2, 565-3, 565-4, 565-5, 565-6, 565-7, 565-8, 565-9, 565-10; (5) March 13, 2025 Protective Order, ECF No. 125; and (6) August 6, 2025 Order, ECF No. 567 to be served by electronic mail upon nonparty Mario Lavandeira, Jr. (Perez Hilton) at ph@perezhilton.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

Dated: August 6, 2025

/s/ Esra A. Hudson

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com

*Attorney for Blake Lively*