August 5, 2025

**CORRECTION**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a subpoenaed third party in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to inform the Court that I made an error in a recently filed letter of mine.

In docket #558 - the main document - I wrote: "It is my immense pleasure that this will all be decided in Nevada and not in your court, where - in my opinion - you have shown clear bias in favor of the defendant and have ruled in a manner that is shameful and of great concern for the public."

I mistakenly said "defendant", but I meant to say plaintiff - Blake Lively.

I would like to correct the record and affirm I do believe you are biased in her favor.

I would also like to publicly thank Ms. Lively and her mediocre legal team for choosing to serve me a legally unsound and unenforceable subpoena against me - issued out of your court. In doing so, Lively and her counsel have now given me the right to respond and be heard by this court - such as in correcting the record now or my request for sanctions earlier today against Mr. Gottlieb (for lying to the court and misrepresenting something I never said).

Submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton