# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 6, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

      Plaintiff Blake Lively respectfully submits this letter to notify the Court and all parties to this action of the filing, in the United States District Court for the Northern District of Texas, of a motion to compel non-parties The Skyline Agency LLC and Roza Kalantari to produce documents withheld on privilege grounds in response to subpoenas issued in connection with this action. *See Lively v. The Skyline Agency LLC, et al.*, No. 3:25-mc-63-L (N.D. Tex. Aug. 6, 2025). Attached hereto are copies of the motion to compel and the brief filed in support thereof. *See* Exhibits A, B. Ms. Lively has also filed a motion to transfer the motion to compel back to this Court pursuant to Federal Rule of Civil Procedure 45(f), and a motion to shorten the default 21-day period to respond to motions under the Northern District of Texas's local civil rules. *See* Exhibits C, D, E.

                                              Respectfully submitted,

                                              /s/ Michael J. Gottlieb