# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

|  |  |
|---|---|
| BLAKE LIVELY, <br><br>           Movant, <br><br> v. <br><br> THE SKYLINE AGENCY LLC and ROZA KALANTARI, <br><br>           Respondents. | No. 3:25-mc-63 |

**BLAKE LIVELY'S MOTION TO COMPEL THE SKYLINE AGENCY LLC AND ROZA
KALANTARI TO PRODUCE DOCUMENTS WITHHELD ON PRIVILEGE GROUNDS**

Pursuant to Federal Rules of Civil Procedure 45(d)(2)(i) and 45(e)(2), Plaintiff and Movant

Blake Lively hereby moves to compel non-parties and Respondents The Skyline Agency and Roza

Kalantari (the "Skyline Parties") to produce the documents withheld from their production in

response to subpoenas issued by Ms. Lively on the basis of privilege assertions. This Motion is

made on the following grounds: Ms. Lively issued third-party subpoenas to each of the Skyline

Parties pursuant to Federal Rule of Civil Procedure 45. The Skyline Parties responded to the

subpoenas but withheld certain documents as subject to the attorney-client privilege, attorney

work-product doctrine, and the common interest privilege, which they described on a second

amended privilege log served July 24, 2025. The Skyline Parties' privilege assertions are meritless,

and the documents withheld are not subject to any privilege. The documents must therefore be

produced.

This Motion is based on Ms. Lively's concurrently filed brief and appendix; all pleadings,

records, and filings in the above-captioned case; all matters of which the Court shall take judicial

notice; and on such argument as may be presented at any hearing on this Motion.

**RELIEF SOUGHT**

Ms. Lively respectfully requests that the Court grant her motion to compel and order

production of such documents within three calendar days of the date of such Order.

Respectfully submitted,

Dated: August 6, 2025

/s/ *Samuel T. Mallick*
Samuel Mallick, Texas Bar. No. 24109501
Haynes and Boone, LLP
2801 N Harwood St Suite 2300
Dallas, TX 75201
(214) 651-5962
sam.mallick@haynesboone.com

Laura Lee Prather, Texas Bar. No. 16234200
Michael J. Lambert, Texas Bar No. 24128020
Haynes and Boone, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

Michael J. Gottlieb (*pro hac vice* forthcoming)
New York Bar No. 4424149
Kristin E. Bender (*pro hac vice* forthcoming)
New York Bar No. 5513775
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan (*pro hac vice* forthcoming)
New York Bar No. 5478227
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com

*Attorneys for Movant Blake Lively*

**BLAKE LIVELY'S MOTION TO COMPEL**                                    2

## CERTIFICATE OF CONFERENCE

On April 4, 2025, Kristin Bender, counsel for Blake Lively, conferred by telephone with Skyline's counsel to discuss the scope of the subpoena to the Skyline Parties. This began a three-month-long conferral process between Ms. Lively's counsel and the Skyline Parties' counsel, as further set forth in the Declaration of Kristen E. Bender. *See* Appendix A. On July 24, 2025, the Skyline Parties transmitted their second amended privilege log, which Ms. Lively understands to be their final position on the privilege claims contested in this Motion.

Dated: August 6, 2025

/s/ *Samuel T. Mallick*
Samuel T. Mallick
*Attorney for Movant Blake Lively*

**BLAKE LIVELY'S MOTION TO COMPEL**                                                    3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via CM/ECF on August 6, 2025.

Notice of this filing and service will be sent in accordance with the Federal Rules of Civil

Procedure.


Dated:  August 6, 2025                                      /s/ *Samuel T. Mallick*
                                                            Samuel T. Mallick
                                                            *Attorney for Movant Blake Lively*


**BLAKE LIVELY'S MOTION TO COMPEL**                                                    4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BLAKE LIVELY,<br><br>              Movant,<br><br>v.<br><br>THE SKYLINE AGENCY LLC and ROZA<br>KALANTARI,<br><br>              Respondents. | No. 3:25-mc-63 |

**[PROPOSED] ORDER**

Upon consideration of the motion by Blake Lively to compel non-parties and

Respondents The Skyline Agency and Roza Kalantari (the "Skyline Parties") to produce the

documents withheld from their production in response to the subpoenas issued by Ms. Lively,

any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. Blake Lively's motion to compel is **GRANTED**.

2. The Skyline Parties shall produce the withheld documents within three days of the date of

   this Order.

**SO ORDERED.**

Signed on _____, 2025.

_____

**ORDER GRANTING BLAKE LIVELY'S MOTION TO COMPEL**