# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Movant,<br><br>v.<br><br>THE SKYLINE AGENCY LLC and ROZA KALANTARI,<br><br>      Respondents. | No. 3:25-mc-63 |

### BLAKE LIVELY'S MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO FEDEDERAL RULE OF CIVIL PROCEDURE 45(f)

Movant Blake Lively hereby moves to transfer the motion to compel to the Southern District of New York pursuant to Federal Rule of Civil Procedure 45(f). This Motion is made on the following grounds:

1. In connection with an action pending in the Southern District of New York, Ms. Lively served subpoenas on each of the Respondents pursuant to Federal Rule of Civil Procedure 45. Both subpoenas specified a place of compliance in the Northern District of Texas. Ms. Lively accordingly filed her motion to compel production of privileged documents withheld from the Skyline Parties' responses in the Northern District of Texas (the "Motion to Compel").

2. Transfer to the issuing Court in the Southern District of New York is warranted under Federal Rule of Civil Procedure 45(f) because transfer will conserve party and judicial resources, avoid the risk of conflicting orders, aid the issuing court's management of

**BLAKE LIVELY'S MOTION TO TRANSFER**                            1

discovery, and also because the benefits of transfer far outweigh any burden on Respondents.

This Motion is based on Ms. Lively's concurrently filed brief; all pleadings, records, and filings in the above-captioned case; all matters of which the Court shall take judicial notice; and on such argument as may be resented at any hearing on this Motion.

## RELIEF SOUGHT

Ms. Lively respectfully requests that the Court enter an order transferring the Motion to Compel to the Southern District of New York pursuant to Federal Rule of Civil Procedure 45(f).

**BLAKE LIVELY'S MOTION TO TRANSFER** 2

Dated: August 6, 2025

Respectfully submitted,
/s/ *Samuel T. Mallick*

Samuel Mallick, Texas Bar. No. 24109501
Haynes and Boone, LLP
2801 N Harwood St Suite 2300
Dallas, TX 75201
(214) 651-5962
sam.mallick@haynesboone.com

Laura Lee Prather, Texas Bar. No. 16234200
Michael J. Lambert, Texas Bar No. 24128020
Haynes and Boone, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

Michael J. Gottlieb (*pro hac vice* forthcoming)
New York Bar No. 4424149
Kristin E. Bender (*pro hac vice* forthcoming)
New York Bar No. 5513775
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan (*pro hac vice* forthcoming)
New York Bar No. 5478227
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
anathan@willkie.com

*Attorneys for Movant Blake Lively*

**BLAKE LIVELY'S MOTION TO TRANSFER**  3

## CERTIFICATE OF CONFERENCE

Counsel for Ms. Lively conferred with counsel for Respondents via email on July 31, 2025 and August 1, 2025, and counsel for Respondents informed counsel for Ms. Lively that they oppose this motion.

Dated: August 6, 2025                                  /s/ *Samuel T. Mallick*
                                                                       Samuel T. Mallick
                                                                     *Attorney for Movant Blake Lively*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via CM/ECF on August 6, 2025. Notice of this filing and service will be sent in accordance with the Federal Rules of Civil Procedure.

Dated: August 6, 2025

/s/ *Samuel T. Mallick*
Samuel T. Mallick
*Attorney for Movant Blake Lively*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

BLAKE LIVELY,

                Movant,

v.

THE SKYLINE AGENCY LLC and ROZA KALANTARI,

                Respondents.

No.    3:25-mc-63

## [PROPOSED] ORDER

Upon consideration of the motion by Blake Lively to transfer this motion to compel to the Southern District of New York pursuant to Federal Rule of Civil Procedure 45(f), any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. Blake Lively's motion to transfer is **GRANTED**.

2. This action is hereby **TRANSFERRED** to the United States District Court for the Southern District of New York.

**SO ORDERED.**

        Signed on _____, 2025.

                                              _____