August 6, 2025

**Request To Unseal**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to request to unseal EVERY item referenced in docket #561.

Blake Lively's sham of a lawyer, Esra Hudson, is using this court's docket as a publicist would - by filing a **futile** Motion To Compel with you, even though she is *very well aware* (as is this court) that last week I filed a motion in Nevada to quash the fishing expedition disguised as a subpoena served on me by the zero-time Oscar nominated plaintiff.

Las Vegas is where I live, where I work, where I was served and where the plantation-loving actress listed in her subpoena as the place of compliance.

I already notified ethically-challenged Esra of this all *five* days ago. And I also was kind enough to let this court know as well many days ago too. You're welcome!

Ms. Hudson is engaging in the very same behavior that she has accused Justin Baldoni's attorney, Bryan Freedman, of perpetuating - and for which she filed a fiery letter of admonishment. She should look in the mirror. Take a long hard look, Esra!

As for the contents of Ms. Hudson's letter to you about me, filed on August 5th, I can not adequately respond to anything she submitted unless all items are unsealed and I am given the full and unredacted versions. With me *personally* because, as this court and Ms. Lively's crappy attorneys know, I am representing myself in subponeagate without a lawyer. Pro se.

This case and your docket has become a circus and so laughable - all the doing of Ms. Lively, Ms. Hudson and the rest of her incompetent legal team.

Cheerio!

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton