August 6, 2025

**Lack Of Service**

Dear Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) in response to your new order pertaining to me. Docket #568.

This is to inform the court that I have NOT been "served with a copy of the communication" by Subpoena Serena, also known as Blake Lively. I have received no materials whatsoever.

Also, this is to put in writing that I will comply with the Court's Protective Order regarding the use of Confidential discovery material.

Additionally, I have no interest in responding to the plantation-loving princess' opposition to my Motion For A Protective order. I do not believe that this court can rule fairly. I fully expect you to once again side with Ms. Lively, as I believe you are biased. Therefore, I won't waste any more time than I already have responding to her opposition for a Protective Order.

And, finally, with regards to her cross-motion to compel, the court knows it has no standing on that matter. The appropriate venue to litigate the subpoena against me is in the U.S. federal district court of Nevada, where - as I have informed counsel and this court - last week I filed a motion to quash. That court has already taken this up and yesterday deplorable Esra informed you she would be responding THERE.

xoxo

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton