August 5, 2025

**Reminder Of Motion to Quash Subpoena Filed in the District of Nevada**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to remind the Court that last week I filed a Motion to Quash the subpoena served on me by counsel for Plaintiff Blake Lively.

I just saw docket #561, where the laughable Esra Hudson informs you that she is submitting a motion to compel. To which I respond "WTF?" and "LOL".

I am not sure what law school Ms. Hudson attended, but she is serving up first-class buffoonery.

If Ms. Hudson wants to attempt to compel me, she has to address that matter in Nevada - the appropriate venue, where this issue has already been taken up by the district court there.

I have not yet read this motion, as it has not been made public by the time I write this letter to you. But I'm very much looking forward to the laughs from Blake Lively's reprehensible attorney.

If I feel the need to correct the record after reading this waste of time Motion To Compel filed with you - in the wrong court -  I will respond accordingly.

xoxo

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton