```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BLAKE LIVELY,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :        24-cv-10049 (LJL)
        -v-                                                      :
                                                                 :            ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                        :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                         :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                        :
STREET RELATIONS INC.,                                           :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2025

LEWIS J. LIMAN, United States District Judge:

Recently, a number of filings in this case have included intemperate language and personal attacks against parties, their counsel, and the Court. All individuals filing documents in this case—whether represented or not—are advised that they shall not in any submission to this Court use language that is disrespectful of the parties, their counsel, or the Court. This includes, but is not limited to, using demeaning nicknames for parties or their counsel or accusing the Court of being in words or in substance biased, criminal, or corrupt. *See, e.g.*, *United States v. Marshall*, 371 F.3d 42, 47–48 (2d Cir. 2004); *In re Sealed Case*, 627 F.3d 1235, 1237–38 (D.C. Cir. 2010). In other words, parties addressing the Court in writing should use the same respectful language that they would use in person in open court. For avoidance of all doubt, this Order does not prevent any party or nonparty from vigorously arguing on behalf of their clients (or, when appearing *pro se*, on behalf of themselves) or from asserting publicly that a decision of this Court or any other court was wrongly decided or that an argument promoted by a party or

nonparty is incorrect. Failure to comply with this Order—i.e., use of such language in any Court submission—may subject the infringing party to risk of contempt.

SO ORDERED.

Dated: August 8, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                       United States District Judge