```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BLAKE LIVELY,                                                    :
                                                                 :
                          Plaintiff,                             :
                                                                 :         24-cv-10049 (LJL)
        -v-                                                      :
                                                                 :              ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                        :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                         :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                        :
STREET RELATIONS INC.,                                           :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

*Pro se* nonparty Mario Armando Lavandeira, Jr. ("Lavandeira") has filed a motion for a protective order, Dkt. No. 510, and Plaintiff Blake Lively ("Lively") has filed a cross motion to compel, Dkt. No. 566. Lively argues, among other things, that by filing a motion for a protective order in this Court, Lavandeira has subjected himself to this Court's jurisdiction for purposes of the motion to compel. Dkt. No. 566 at 25–26. Lively filed her cross motion on August 5, 2025, and served the motion on Lavandeira on August 6, 2025. Dkt. Nos. 566, 571. The Court directed Lavandeira to respond to Lively's cross motion within seven days of service (or by August 13, 2025). Dkt. No. 568.

The Court is aware that Lavandeira has filed a motion to quash in the United States District Court for the District of Nevada and that Lavandeira has taken the position that he will not otherwise respond to Lively's cross motion in this Court. Dkt. Nos. 558, 578–79. However, Lively also has a right to have her cross motion decided. Accordingly, in the absence of a

response by Lavandeira to the cross motion on or before August 13, 2025, or to such extended date that the Court might grant Lavandeira if he files a motion for an extension on or before August 12, 2025, the Court will consider Lively's cross motion to be fully submitted and will decide it without the benefit of an opposition brief.

Given Lavandeira's *pro se* status and the special solicitude that status is owed, the Court advises Lavandeira that, should he fail to respond to Lively's cross motion and should the Court determine that it has jurisdiction to compel, Lavandeira risks waiving any arguments that Lively's motion is improper. This means that if Lavandeira fails to respond, he runs the risk of waiving arguments regarding the subpoena even if he has separately raised those arguments in his motion to quash in the District of Nevada.

The Clerk of Court is respectfully directed to mail this Order to Lavandeira, and Lively is directed to serve this Order on Lavandeira. In addition, the Court will share this Order with Lavandeira by email today, August 8, 2025, at the email address he has used to email filings to the Court.

SO ORDERED.

Dated: August 8, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge