UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br>**AFFIDAVIT OF SERVICE** |
| JENNIFER ABEL,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　　　　-v-<br><br>JONESWORKS LLC,<br><br>　　　　　　　Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>　　　　　　　Consolidated Plaintiffs,<br><br>　　　　-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>　　　　　　　Consolidated Defendants. | |

I, Esra Hudson, hereby state that:

On the 8th of August 2025, I caused one (1) copy of the Order, ECF No. 583, in the above-captioned case to be served by electronic mail upon the following party:

>Mario Lavandeira, Jr. (Perez Hilton)
>ph@perezhilton.com

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

                                         Respectfully submitted,

Dated: August 8, 2025　　　　　　　　　　/s/ Esra A. Hudson

                                        MANATT, PHELPS & PHILLIPS LLP
                                        Esra A. Hudson (admitted *pro hac vice*)
                                        2049 Century Park East, Suite 1700
                                        Los Angeles, California 90067
                                        (310) 312-4000
                                        ehudson@manatt.com

                                        *Attorney for Blake Lively*