# EXHIBIT A

| | |
|---|---|
| **From:** | Bender, Kristin |
| **To:** | Pohlman, Daniel J.; Roeser, Stephanie; Taustine, Melissa |
| **Cc:** | Breed, Maxwell; Enkeshafi, Parmida |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC - PRODUCTIONS |
| **Date:** | Thursday, July 17, 2025 2:37:25 PM |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Hi Dan,

We are in receipt of Ms. Case and Ms. Koslow's July 16 document productions. On our initial scan of the productions, we noticed certain communications produced by Ms. Case and Ms. Koslow included attorneys for the Wayfarer Parties. We could not immediately determine whether these communications may be subject to any form of privilege. However, out of an abundance of caution, we promptly stopped our review. Please confirm that these documents were not inadvertently produced and that it is your position that the documents are not protected by any form of privilege. In the meantime, please contact us so that we can discuss a manner for returning the identified documents pursuant to the parties' ESI stipulation, which we are doing without waiving any argument that the documents are not protected by any privilege and are subject to production. Please note that we are simultaneously providing notice to the Wayfarer Parties.

Best,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Pohlman, Daniel J. <dpohlman@pryorcashman.com>
**Sent:** Wednesday, July 16, 2025 9:44 PM
**To:** Bender, Kristin <KBender@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>
**Cc:** Breed, Maxwell <MBreed@pryorcashman.com>; Enkeshafi, Parmida <PEnkeshafi@pryorcashman.com>
**Subject:** Lively v. Wayfarer Studios LLC - PRODUCTIONS

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

At the link below please find non-parties Katherine Case and Breanna Butler Koslow's first productions of documents bearing Bates Nos. KCASE-000000001 through KCASE-000005042 and BBKOSLOW-000000001 through BBKOSLOW-000008681.

Ms. Case and Ms. Butler Koslow reserve all rights and waive none.

I will provide passwords under separate cover.

URL: https://ftp.lhediscovery.com
User: WFG01_CAKOS

_____

**DANIEL J. POHLMAN**
Counsel
**PRYOR CASHMAN LLP**
7 Times Square, New York, NY 10036-6569
212.326.0823 (office) | 612.910.5407 (mobile)

www.pryorcashman.com

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.