# EXHIBIT B

| | |
|---|---|
| **From:** | Kevin A. Fritz |
| **To:** | Bender, Kristin; Bryan Freedman; Joel Glover; Kristin Tahler; Nicholas Inns; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby; Mitch Schuster; Amit Shertzer; Summer Benson; Birtha Vaneta; Miles Cooley; Cortni Davis; Jose Perez; Jason Sunshine; mitra@ahouraianlaw.com; Theresa Troupson; Joel Glover; Babcock, Chip |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Roeser, Stephanie; Bruno, Matthew; Nathan, Aaron E.; Connolly, Michaela; Taustine, Melissa; Meryl Governski; Climaco, Katelyn; Pohlman, Daniel J.; Breed, Maxwell |
| **Subject:** | RE: Lively v. Wayfarer Studios, et al., 24-cv-10049 |
| **Date:** | Thursday, July 17, 2025 3:28:39 PM |
| **Attachments:** | image001.png |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Kristin:

Thanks for your email.  I will look into the issue. I am available on Monday from 3pm – 5pm to meet and confer, subject to the availability of counsel for Case and Koslow.

Text   Description automatically generated



**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com

New York    |    New Jersey    |    Connecticut    |    California    |    Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC  which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
**IRS CIRCULAR 230 DISCLOSURE:** As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, July 17, 2025 5:37 PM
**To:** Bryan Freedman <bfreedman@lftcllp.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Kevin A. Fritz <kaf@msf-law.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip

<cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** Lively v. Wayfarer Studios, et al., 24-cv-10049

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin,

We received a document production from third parties Katie Case and Brianna Koslow, which we forwarded to you this afternoon. In our initial scanning of the production, we noticed certain messages were produced that included you and your co-counsel. Out of an abundance of caution, we promptly stopped our review and are reaching out to Ms. Case's and Ms. Koslow's counsel. We are in the process of determining a manner for return of the documents, which we are doing pursuant to the ESI stipulation, without waiving any argument that the documents are not protected by any privilege and are subject to production.

To the extent the Wayfarer Parties will be asserting any privilege, please provide the basis for that assertion and your availability for a meet and confer tomorrow. We reserve the right to seek *in camera* review of these documents.

Thank you,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.