# **EXHIBIT F**

| | |
|---|---|
| **From:** | Roeser, Stephanie |
| **To:** | Bender, Kristin; Bryan Freedman; Joel Glover; Kristin Tahler; Nicholas Inns; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby; Mitch Schuster; Amit Shertzer; Summer Benson; Birtha Vaneta; Miles Cooley; Cortni Davis; Jose Perez; Jason Sunshine; mitra@ahouraianlaw.com; Theresa Troupson; Joel Glover; Babcock, Chip |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Roeser, Stephanie; Bruno, Matthew; Nathan, Aaron E.; Connolly, Michaela; Taustine, Melissa; Meryl Governski; Climaco, Katelyn |
| **Subject:** | Lively v. Wayfarer Studios, et al., 24-cv-10049 - Case/Koslow Productions |
| **Date:** | Wednesday, July 23, 2025 7:20:00 PM |
| **Attachments:** | image001.png |

Kevin:

On the call earlier today, we discussed, among other things, the re-production of documents by Ms. Case and Ms. Koslow, which we transmitted to you on July 21. Specifically, we asked if the Wayfarer Parties had any privilege assertions as to the documents included in that re-production beyond those assertions set forth in Ms. Case and Ms. Koslow's privilege logs. You stated that your team had not yet reviewed the re-production. Given the confusion with Ms. Case and Ms. Koslow's initial production, and out of an abundance of caution, please note that Ms. Case and Ms. Koslow's corrected re-production still included some number of communications with Wayfarer counsel copied on them.

We understood from conversations with Ms. Case and Ms. Koslow's counsel that they had conferred with you prior to that re-production, and, as such, we assume that the re-produced documents do not include any privileged materials. Nevertheless, out of an abundance of caution we sequestered those documents and have not reviewed them. While we would have expected you to have informed us of any claim of privilege over those documents, given your statement today on the call that you had not yet reviewed them, we are flagging this for you. We need to review these documents promptly. We therefore ask that you inform us of any claim of privilege as to Ms. Case and Ms. Koslow's re-production and include any such claims on the privilege log you will be providing on Monday.

Thanks,
Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.