# EXHIBIT I

## PRIVILEGE LOG
### Skyline Parties
### May 30, 2025

| Category Number | Dates: | Participants | Type of Document | Privilege Description: | Privilege Basis |
|---|---|---|---|---|---|
| 1. | January 14, 2025 – February 18, 2025 | Roza Kolantari (Skyline); Rylie Long; Jen Abel; Mitra Ahouraian, Esq.; Dervla McNiece Bryan Freedman, Esq.; Spencer Freedman; Jamey Heath; Breanna Koslow; Michael Lawrence; Melissa Nathan; Alyx Sealy; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace | Text Message Communication via Signal Application | Discussion re: building of website | Attorney-Client Privilege; Work Product; Common Interest Doctrine |
| 2. | | Liner Freedman Taitelman + Cooley, LLP | Word Document | Engagement Agreement (Not Signed) | Attorney-Client Privilege; Attorney Work Product; Common Interest Doctrine |
| 3. | February 3, 2025 | Roza Kolantari; Jamey Heath | SMS Text Message Communication | Text message regarding request for discussion re: building of website | Attorney-Client Privilege; Common-Interest Doctrine |
| 4. | January 6, 2025 - February 1, 2025 | Nelson Lambertus (Skyline); Regina Cabrera (Skyline); Flavio Troszczanzuk (Skyline); Fernanda Hoffman (Skyline); | Text Message communication via Discord Application | Internal text communication discussion re: building of website | Attorney-Client Privilege; Work-Product; Common Interest Doctrine |

421292.1

**PRIVILEGE LOG**
**Skyline Parties**
**May 30, 2025**

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | Andres Giraldo (Skyline); Roza Kolantari (Skyline) |   |   |   |
| 5. | January 15, 2025 and January 21, 2025 | Roza Kolantari (Skyline); Mitz Toskovic | SMS Text Message Communication | Discussion re: building of website | Attorney-Client Privilege; Common Interest Doctrine |
| 6. |   | Skyline; Roza Kolantari Liner Freedman Taitelman + Cooley, LLP | PDF | Invoice re: fees on website | Attorney-Client Privilege; Attorney Work Product, Common Interest Doctrine |

421292.1