```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLAKE LIVELY,                                                     :
:
Plaintiff,                                   :      24-cv-10049 (LJL)
:
-v-                                                 :
:           ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,       :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH   :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY    :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,   :
STREET RELATIONS INC.,                      :
:
Defendants.                                  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to seal public access to Dkt. Nos. 587-4, 587-5, and 587-8.

      SO ORDERED.

Dated: August 11, 2025
       New York, New York
                                                  LEWIS J. LIMAN
                                             United States District Judge