```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/11/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                            :

BLAKE LIVELY,

                    Plaintiff,

                                          24-cv-10049 (LJL)

-v-

                                            ORDER

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, THE AGENCY
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
STREET RELATIONS INC.,

                    Defendants.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    *Pro se* nonparty Mario Armando Lavandeira, Jr. ("Lavandeira") seeks clarification of this Court's order issued on August 8, 2025, *see* Dkt. No. 583, including whether the Court has determined that it has jurisdiction over Lavandeira or authority to compel responses to the subpoena served on him on July 19, 2025. Lavandeira also seeks an extension of time to respond to Lively's cross motion, *see* Dkt. No. 566, until the Court clarifies whether it has made any jurisdictional ruling.

    Lavandeira has a right to respond to the argument of Plaintiff Blake Lively ("Lively") that the Court has jurisdiction to decide her motion to compel and that the motion should be granted. Accordingly, the Court has not yet determined whether it has jurisdiction over Lavandeira or authority to compel. Lavandeira's time to respond to Lively's cross motion does not expire until August 13, 2025. *See* Dkt. No. 568. Accordingly, the Court does not intend to address the Lively motion—including issues both jurisdictional and otherwise—until at the

earliest August 14, 2025.

Given that the Court now clarifies it has *not* made any such ruling, the motion for an extension is denied.

The Clerk of Court is respectfully directed to mail this Order to Lavandeira, and Lively is directed to serve this Order on Lavandeira.  In addition, the Court will share this Order with Lavandeira by email today, August 11, 2025, at the email address he has used to email filings to the Court.

SO ORDERED.

Dated: August 11, 2025
      New York, New York

                                               LEWIS J. LIMAN
                                     United States District Judge