August 8, 2025

**Request For Deposition Transcript**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to request that Blake Lively's entire deposition transcript be shared with me, per your Honor's established privacy guidelines. Confidentially.

I have been given the sage advice that this information is important for me to have - to help me shape and inform future communications with this court and to be able to defend myself fairly and appropriately.

Respectfully submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton