August 10, 2025

**UPDATED | Minor Children - Request To Redact / Request For Sanctions**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to *respectfully* inform the Court that Blake Lively and her legal team have endangered the safety of my minor children and *immediate* action is needed. I repeat - IMMEDIATE action is needed.

On August the 6th, I previously shared this serious concern with your Honor, but that was ignored. See Exhibit A, which I am sending alongside this Request.

The Request from earlier this week was not docketed nor was any response by your Honor communicated to me in any way.

I am aware that my colorful language probably played a part in this Court's decision to seemingly put my children at risk by ignoring my previous Request. That is why I am submitting this now with language that is in accordance with your Honor's instructions - and I am hopeful this Court will do the right thing.

I am hopeful but not confident, so I am informing your Honor that I am sharing this communication publicly *and* I will also be advocating on behalf of my children with the press as to how this Court responds to my sensible and pressing Request.

Blake Lively is a mother of four and she publicly talks about her children in interviews. I don't know what kind of a parent she is, but I can assure this Court that I am a good father and I am *genuinely* worried for the safety of my 12 year old son, 10 year old daughter and 7 year old daughter.

At the behest of Ms. Lively, her lawyers filed on your docket multiple pictures of my children.

Why?

How is that relevant to this case whatsoever?

As I previously informed your Honor - and it is VERY IMPORTANT this Court understand and acknowledge - codefendant Steve Sarowitz suffered an attempted kidnapping of his daughter just a few months ago. And the alleged culprit referenced Ms. Lively and this case. Your Honor could get all the details from him directly or Bryan Freedman. Also, see Exhibit B, which I am sending along with this Request.

My fear and worry here is no joke. It is not some ploy for attention.

I move this court to demand that Ms. Livey's counsel, Esra Hudson, refile Exhibit C and Exhibit D in docket #565. She may resubmit WITHOUT the pictures of my children. She could have done this already - but she didn't. On purpose.

Ms. Lively and her legal team have taken away my agency. I choose to share my children on social media - *if* and *how* and *when* I want.

Ms. Lively and her high-priced lawyers should know better. They DO know better. This move on their part was cruel and calculated.

I do *not* want my young children on this court's docket in a case that is being watched closely by passionate observers - many of whom are very dangerous individuals.

In addition to the scary kidnapping threat, Mr. Sarowitz also had a fire intentionally set at his home by a deranged criminal in May of this year. Refer to Exhibit B again.

AND, many of the parties - and *nonparties* as well - in this litigation have received death threats in 2025. You can confirm that with the Wayfarer Defendants, as the media has reported on these threats. See Exhibit C, which I am sending along with this Request.

Shame on Blake Lively and Esra Hudson for exposing my vulnerable young family to such risk! SHAME. ON. THEM.

Additionally, for the reasons I stated above, I also *implore* this court impose the strongest sanctions against Ms. Hudson and AND all of Ms. Lively's lawyers - as your Honor is able to do with your inherent powers over this Court. Imposing sanctions would send a clear and powerful message to Ms. Lively's attorneys that their dangerous behavior, which also includes consistently sharing on this Court's docket the home addresses of parties and not parties in this litigation, MUST STOP.

Hopefully your Honor takes my Request seriously *now*.

With grave concern,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton