UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, § § *Plaintiff,* § § v. § § Wayfarer Studios LLC, a Delaware Limited § Liability Company; Justin Baldoni, an indi- § vidual; Steve Sarowitz, an individual; It § Ends With Us Movie LLC, a California § Limited Liability Company; Melissa Na- § than, an individual; The Agency Group PR § LLC, a Delaware Limited Liability Com- § pany; Jennifer Abel, an individual; Jed Wal- § lace, an individual; and Street Relations, § Inc., a California (sic) Corporation § § *Defendants*. § | Case No. 1:24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL) **MOTION FOR ADMISSION** ***PRO HAC VICE*** **OF VICTORIA C. EMERY** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Victoria C. Emery of Jackson Walker LLP respectfully moves this Court for an order granting admission to appear Pro Hac Vice as counsel for Defendants Jed Wallace ("Wallace") and Street Relations, Inc. ("Street") in the above-captioned action.

As detailed in the Declaration of Victoria C. Emery submitted herewith as Exhibit A, I am a member in good standing of the State Bar of Texas. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Pursuant to Rule 1.3, I have attached the declaration, the required certificate of good standing, and a proposed order granting the relief requested herein.

1

2

Dated: August 11, 2025						Respectfully submitted,

									JACKSON WALKER LLP

									/s/ *Victoria C. Emery*
									Charles L. Babcock
									SDNY #5451117
									Joel R. Glover
									SDNY #5697487
									Victoria C. Emery (admission *Pro Hac Vice* pending)
									JACKSON WALKER LLP
									1401 McKinney, Suite 1900
									Houston, TX 77010
									(713) 752-4200
									cbabcock@jw.com
									jglover@jw.com
									temery@jw.com

									**ATTORNEYS FOR DEFENDANTS JED WALLACE, AN INDIVIDUAL AND STREET RELATIONS, INC.**