UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, § § *Plaintiff,* § § v. § § Wayfarer Studios LLC, a Delaware Limited § Liability Company; Justin Baldoni, an § individual; Steve Sarowitz, an individual; It § Ends With Us Movie LLC, a California § Limited Liability Company; Melissa § Nathan, an individual; The Agency Group § PR LLC, a Delaware Limited Liability § Company; Jennifer Abel, an individual; Jed § Wallace, an individual; and Street § Relations, Inc., a California (sic) § Corporation § § *Defendants*. | Case No. 1:24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL) **MOTION FOR ADMISSION** ***PRO HAC VICE*** **OF VICTORIA C. EMERY** |

### AFFIDAVIT OF VICTORIA C. EMERY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Victoria C. Emery, declare and state as follows:

1. I am an attorney at the law firm of Jackson Walker LLP, located at 1401 McKinney, Suite 1900, Houston, Texas 77010. My phone number is (713) 752-4200. I respectfully submit this affidavit in support of my motion for admission *pro hac vice* to represent defendants Jed Wallace and Street Relations, Inc. in the above-captioned case.

2. I am currently a member in good standing of the State Bar of Texas, as shown in the Certificate of Good Standing attached to my motion.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

1

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I am familiar with and agree to abide by the Federal Rules of Civil and Criminal Procedure, and the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2025 in Houston, Texas.

_____
Victoria C. Emery

Subscribed and sworn before me in Houston, TX this 11 day of August 2025.

_____
Notary Public

SHERRY L. WEAVER
Notary Public, State of Texas
Comm. Expires 02-25-2029
Notary ID 125212670

2