UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, § § *Plaintiff,* § § v. § § Wayfarer Studios LLC, a Delaware Limited § Liability Company; Justin Baldoni, an § individual; Steve Sarowitz, an individual; It § Ends With Us Movie LLC, a California § Limited Liability Company; Melissa § Nathan, an individual; The Agency Group § PR LLC, a Delaware Limited Liability § Company; Jennifer Abel, an individual; Jed § Wallace, an individual; and Street § Relations, Inc., a California (sic) § Corporation § § *Defendants*. | Case No. 1:24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of Victoria C. Emery to be admitted, *pro hac vice*, to represent defendants Jed Wallace and Street Relations, Inc. in the above-captioned case, and upon the movant's certification that the movant is a member of good standing of the bar of the state of Texas, it is hereby

**ORDERED**, that Victoria C. Emery is admitted to practice, *pro hac vice*, in the above-captioned case to represent defendants Jed Wallace and Street Relations, Inc. in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August \_\_\_\_, 2025

New York, New York

_____
UNITED STATES DISTRICT COURT JUDGE