```
 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - x

 4   BLAKE LIVELY,

 5              Plaintiff,
       v.
 6

 7   WAYFARER STUDIOS LLC, a      Civ. Action No.
     Delaware Limited
 8   Liability Company,           1:24-cv-10049-LJL
     JUSTIN BALDONI, an
 9   individual, JAMEY HEATH,     (Consolidated for
     an individual, STEVE
10   SAROWITZ, an individual,     pretrial purposes with
     IT ENDS WITH US MOVIE
11   LLC, a California            1:25-cv-00449-LJL)
     Limited Liability
12   Company, MELISSA NATHAN,     Rel. 1:25-cv-00779-LJL
     an individual, THE
13   AGENCY GROUP PR LLC, a
     Delaware Limited
14   Liability Company,
     JENNIFER ABEL, an
15   individual, JED WALLACE,
     an individual, and
16   STREET RELATIONS INC., a
     California Corporation
17
                Defendants.
18   - - - - - - - - - - - - - x
          Videotaped Deposition of BLAKE LIVELY
19
                   New York, New York
20
                Wednesday, July 30, 2025
21
                      10:15 A.M.
22
        CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
23
     Pages: 1 - 294
24   Reported By: Anita M. Trombetta, RMR, CRR,
     California CSR No. 14647
25
```

```
 1
 2
 3
 4    Videotaped deposition of BLAKE LIVELY, held at the
 5    offices of:
 6
 7         Willkie Farr & Gallagher LLP
 8         787 Seventh Avenue
 9         New York, NY 10019-6099
10         212.728.8000
11
12    Pursuant to notice, before Anita M. Trombetta, a
13    Certified Shorthand Reporter in the State of
14    California, RMR, CRR, and Notary Public in and for
15    the State of New York.
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | ███████████████████████████ | 17:22:57 |
| 2 | ███████████████████████████ | 17:23:00 |
| 3 | ███████████████████████████████ | 17:23:09 |
| 4 | ███████████████████████████████ | 17:23:13 |
| 5 | ████████████████████ | 17:23:20 |
| 6 | ██████████████████████████ | 17:23:26 |
| 7 | █████████████████████████████████ | 17:23:31 |
| 8 | ██████████████ | 17:23:39 |
| 9 | ██████████████████████████ | 17:23:41 |
| 10 | ████████████████████████ | 17:23:45 |
| 11 | ███████████████████████████████ | 17:23:52 |
| 12 | ███ | 17:23:55 |
| 13 | █████████████████ | 17:23:56 |
| 14 | Q   When did the smear campaign end? | 17:24:00 |
| 15 | ATTORNEY HUDSON:  Objection. | 17:24:05 |
| 16 | A   It doesn't feel like it's ended. | 17:24:06 |
| 17 | Q   It's still ongoing? | 17:24:10 |
| 18 | A   It feels that way, yes. | 17:24:12 |
| 19 | Q   Who do you believe is involved in the | 17:24:14 |
| 20 | ongoing smear campaign? | 17:24:19 |
| 21 | ATTORNEY HUDSON:  Objection to the extent | 17:24:22 |
| 22 | that calls for attorney-client privileged | 17:24:23 |
| 23 | communications. | 17:24:25 |
| 24 | You can answer if you can answer that | 17:24:26 |
| 25 | question without revealing attorney-client | 17:24:28 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025

202

| | | |
|---|---|---|
| 1 | privileged information. | 17:24:30 |
| 2 | A  I believe -- outside of what I know | 17:24:31 |
| 3 | through attorneys, I believe that the defendants | 17:24:35 |
| 4 | are involved. | 17:24:43 |
| 5 | Q  Which ones? | 17:24:44 |
| 6 | A  All of them.  And I believe you are. | 17:24:50 |
| 7 | Q  And what is the basis for your belief that | 17:24:57 |
| 8 | all of the defendants and myself are involved in | 17:25:08 |
| 9 | an ongoing smear campaign? | 17:25:14 |
| 10 | ATTORNEY HUDSON:  Same objection.  And I'm | 17:25:18 |
| 11 | having to object with respect to attorney-client | 17:25:23 |
| 12 | privilege.  If you can answer that question | 17:25:24 |
| 13 | without revealing attorney-client privileged | 17:25:27 |
| 14 | communications, you can answer. | 17:25:29 |
| 15 | A  Outside of what I know through my | 17:25:30 |
| 16 | attorneys, I believe the act of a retaliatory | 17:25:32 |
| 17 | lawsuit and the press that you have done and the | 17:25:39 |
| 18 | statements that you have made about me and my | 17:25:50 |
| 19 | character have felt incredibly retaliatory. | 17:25:53 |
| 20 | Q  What about the defendants, what did they | 17:26:00 |
| 21 | do that's part of the ongoing smear campaign? | 17:26:12 |
| 22 | A  Like I said, outside of conversations with | 17:26:16 |
| 23 | my attorney, I'm unable to answer that. | 17:26:18 |
| 24 | ███████████████████████████████████ | 17:26:25 |
| 25 | ██ | 17:27:01 |