# EXHIBIT 15

CONFIDENTIAL

**ATTORNEYS' EYES ONLY – RESPONSES TO INTERROGATORIES 9 AND 10**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>　　　　　Plaintiffs,<br><br>　　-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**DEFENDANT STREET RELATIONS INC.'S OBJECTIONS AND ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

To:　　Blake Lively, by and through her attorneys, Esra A. Hudson, Stephanie Roeser, Manatt, Phelps & Phillips, LLP, 2049 Century Park East, Suite 1700, Los Angeles, California 90067.

**CONFIDENTIAL**

**ATTORNEYS' EYES ONLY – RESPONSES TO INTERROGATORIES 9 AND 10**

Pursuant to Fed. R. Civ. P. 33, Defendant Street Relations Inc. ("Street"), by and through its attorneys, hereby serves its objections and answers to Plaintiff's Second Set of Interrogatories subject to its pending motion to dismiss where it contests this Court's jurisdiction over it, among other matters.

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Charles L. Babcock*
Charles L. Babcock
SDNY #5451117
Joel R. Glover
SDNY #5697487
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com

**ATTORNEYS FOR DEFENDANTS
JED WALLACE, AN INDIVIDUAL,
AND STREET RELATIONS, INC.**

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true and correct copy of the foregoing document was served via electronic delivery on July 3, 2025, in accordance with the Federal Rules of Civil Procedure, on all counsel of record for Plaintiff Blake Lively.

*/s/ Joel R. Glover*
Joel R. Glover

**CONFIDENTIAL**

**ATTORNEYS' EYES ONLY – RESPONSES TO INTERROGATORIES 9 AND 10**

## I.    PRELIMINARY STATEMENTS

Street Relations Inc. ("Street") objects to Lively's Second Set of Interrogatories because it constitutes as merits discovery before the Court has decided whether it has jurisdiction over Street. As explained in Street's motion to dismiss, the Court lacks jurisdiction over Street, and Lively has not shown a prima facie case for personal jurisdiction warranting jurisdictional discovery, let alone merits discovery. The Circuit has recognized that, absent an order for jurisdictional discovery, "until she has shown a reasonable basis for assuming jurisdiction, [Lively] is not entitled to any other discovery." *Filus v. Lot Polish Airlines*, 907 F.2d 1328, 1332 (2d Cir. 1990); *see also Hong Leong Finance Limited (Singapore) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 75 (S.D.N.Y. 2013) (being mindful of the Court's obligation not to proceed unnecessarily with merits discovery in a case over which the Court may lack jurisdiction). Street responds to this set of Interrogatories subject to and without waiving any of its arguments regarding personal jurisdiction.

## II.    OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.    Street objects to Plaintiff's "DEFINITIONS" and "INSTRUCTIONS" set forth in the Second Set of Interrogatories to the extent they seek to impose obligations different from, greater than, or contrary to those imposed by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, or the Standing Order of the Court.

2.    Street objects to the definition of "Content Creator," because it is overbroad, as it could include any individual with a social media account. Street further objects to this definition as vague and ambiguous, as it includes several subjective, ambiguous, and undefined actions such as "seeds, generates, creates or influences"; and it incorporates the definition of "Social Media," which is itself overbroad, confusing, and ambiguous.

CONFIDENTIAL

**ATTORNEYS' EYES ONLY – RESPONSES TO INTERROGATORIES 9 AND 10**

3.      Street objects to the definition of "Digital Campaign," because it is vague, ambiguous, and overbroad as it includes "efforts . . . to communicate information regarding" a laundry list of subjects and topics, including other objectionable defined terms. The definition is made further vague and ambiguous because it is unclear what is meant by "narrative or virality," including how this phrase fits into the overall definition as constructed. The definition is further objectionable on the basis that it includes several subjective, ambiguous, and undefined qualifiers such as "seed influence, boost, amplify, or engage with social media algorithms, narrative or virality."

4.      Street objects to the definition of "Lively/Reynolds Companies," because it is vague, ambiguous, and overbroad, as it includes "Ms. Lively and Mr. Reynolds's affiliated entities, . . . and their past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates."

5.      Street objects to the definitions of "Street Relations" and "You," "Your," or "Yours" as using broader definitions than the definition in Local Civil Rule 26.3(c)(5).

6.      Street objects to the definition of "Wayfarer Defendants" as including Street and Wallace. As a result, requests employing this definition necessarily seek irrelevant information – i.e., all documents and communications concerning Street and Wallace – and thus are facially overbroad, inherently overbroad, and plainly overbroad, and thus impermissible; and the scope of the requested discovery is not proportional to the needs of the case.

7.      Street objects to Instruction 6 and the time period set forth therein. Street limits its responses to the relevant time period, July 1, 2024 – December 20, 2024.

CONFIDENTIAL

**ATTORNEYS' EYES ONLY – RESPONSES TO INTERROGATORIES 9 AND 10**

### III.    <u>INTERROGATORIES</u>

**<u>INTERROGATORY NO. 7</u>:**

Identify all Persons with whom You communicated via Signal concerning the Digital Campaign, Ms. Lively, Mr. Reynolds, the Film, or the Consolidated Actions.

**<u>ANSWER</u>:**

Subject to and without waiving its motion to dismiss for lack of jurisdiction and the above-stated objections to the "Definitions" and "Instructions" sections, Street responds as follows: Melissa Nathan.

In addition, Street's records indicate that Street was added to a Signal chat with Breanna Koslow, Katie Case, and Melissa Nathan. However, that Signal chat does not have any communications reflected within it, and Street does not recall having any Signal communications with Ms. Koslow or Ms. Case concerning the social/digital monitoring project beginning August 9, 2024 regarding It Ends With Us and its two stars.

**<u>INTERROGATORY NO. 8</u>:**

Identify all Persons with whom You communicated via iMessage regarding Digital Campaign, Ms. Lively, Mr. Reynolds, the Film, or the Consolidated Actions.

**<u>ANSWER</u>:**

Subject to and without waiving its motion to dismiss for lack of jurisdiction and the above-stated objections to the "Definitions" and "Instructions" sections, Street responds as follows: Jamey Heath, Melissa Nathan.

**<u>INTERROGATORY NO. 9</u>:**

Identify all email addresses and phone numbers that You or anyone acting on Your behalf has used, in any manner, in connection with services performed for or on behalf of any Wayfarer Defendant, Bryan Freedman, Liner Freedman Taitelman + Cooley LLP, or anyone acting on their behalf from July 1, 2024 to the present.

**<u>ANSWER</u>:**

Subject to and without waiving its motion to dismiss for lack of jurisdiction and the above-stated objections to the "Definitions" and "Instructions" sections, Street responds as follows:

Email: █████████████████
Phone Number: ███████████████

CONFIDENTIAL

**ATTORNEYS' EYES ONLY – RESPONSES TO INTERROGATORIES 9 AND 10**

**INTERROGATORY NO. 10:**

Identify all Social Media handles or aliases that You or anyone acting on Your behalf has used, in any manner, in connection with services performed for or on behalf of any Wayfarer Defendant, Bryan Freedman, Liner Freedman Taitelman + Cooley LLP, or anyone acting on their behalf from July 1, 2024 to the present.

    **ANSWER:**

Subject to and without waiving its motion to dismiss for lack of jurisdiction and the above-stated objections to the "Definitions" and "Instructions" sections, Street responds as follows:

Instagram: 
X:

**INTERROGATORY NO. 11:**

Identify any financial accounts used to make or receive Payments in connection with services performed for or on behalf of any Wayfarer Defendant, Bryan Freedman, Liner Freedman Taitelman + Cooley LLP, or anyone acting on their behalf from July 1, 2024 to the present, including the name(s) of the financial institution(s), the name(s) of the account holder(s), and any account number(s) associated with all bank account(s).

    **ANSWER:**

Street objects to this interrogatory because it impermissibly attempts to infringe privacy rights and private information of Wallace and Street. This interrogatory seeks information that is neither relevant to any claim or defense, nor proportional to the needs of the case. Subject to and without waiving its motion to dismiss for lack of jurisdiction and the specific objections herein, as well as the above-stated objections to the "Definitions" and "Instructions" sections, Street will not respond to this interrogatory.

**INTERROGATORY NO. 12:**

Identify all Discord servers, Discord channels, Discord messages, or Discord group conversations that You have used to communicate concerning Ms. Lively, Mr. Reynolds, the Film, the Marketing Plan, the Consolidated Action or allegations asserted therein, or the Digital Campaign.

    **ANSWER:**

Subject to and without waiving its motion to dismiss for lack of jurisdiction and the above-stated objections to the "Definitions" and "Instructions" sections, Street responds as follows: None.

**INTERROGATORY NO. 13:**

CONFIDENTIAL

**ATTORNEYS' EYES ONLY – RESPONSES TO INTERROGATORIES 9 AND 10**

Identify all former or current clients for whom You have performed services similar to those provided to or on behalf of any Wayfarer Defendant, Bryan Freedman, Liner Freedman Taitelman + Cooley LLP, or anyone acting on their behalf, including without limitation efforts to seed, influence, manipulate, boost, amplify, or engage with social media algorithms, narrative or virality, as well as the use of bots or inauthentic accounts.

**ANSWER:**

Street objects to this interrogatory because it seeks to invade the privacy rights of persons having no remote involvement in or relevance to this litigation or the issues within it. This interrogatory seeks information that is neither relevant to any claim or defense, nor proportional to the needs of the case. Street further objects to this interrogatory because it incorrectly assumes and suggests that, in connection with the social/digital monitoring project regarding It Ends With Us and its two stars—Lively and Baldoni, Street "performed services" including a laundry list of subjective, ambiguous, and undefined qualifiers, such as "efforts to seed, influence, manipulate, post, amplify, or engage with social media algorithms, narrative or virality, as well as the use of bots or inauthentic accounts." Subject to and without waiving its motion to dismiss for lack of jurisdiction and the specific objections herein, as well as the above-stated objections to the "Definitions" and "Instructions" sections, Street will not respond to this interrogatory.

**INTERROGATORY NO. 14:**

Identify all employees, associates, or subcontractors who have performed services for You since May 1, 2020, including to seed, influence, manipulate, boost, amplify, or engage with social media algorithms, narrative or virality, as well as the use of bots or inauthentic accounts.

**ANSWER:**

Street objects to this interrogatory because it is vague, ambiguous, overbroad, and unduly burdensome in that it seeks identification of "all employees, associates, or subcontractors who have performed services for You"—which defined term "You" is objectionable in and of itself for the reasons detailed in the above-stated objections—for a period spanning over five years, including a four-year period before Street was first engaged for the social/digital monitoring project regarding It Ends With Us and its two stars—Lively and Baldoni. This interrogatory seeks information that is neither relevant to any claim or defense, nor proportional to the needs of the case. Street further objects to this interrogatory because it incorrectly assumes and suggests that Street "perform[s] services" including a laundry list of subjective, ambiguous, and undefined qualifiers, such as "to seed, influence, manipulate, boost, amplify, or engage with social media algorithms, narrative or virality, as well as the use of bots or inauthentic accounts." Subject to and without waiving its motion to dismiss for lack of jurisdiction and the specific objections herein, as well as the above-stated objections to the "Definitions" and "Instructions" sections, Street responds to this interrogatory as narrowed to include "all employees, associates, or subcontractors who have performed services for You from July 1, 2024 to December 20, 2024 relating to the social/digital monitoring project beginning August 9, 2024 regarding It Ends With Us and its two stars—Lively and Baldoni" as follows: Jed Wallace.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| BLAKE LIVELY,<br>                    Plaintiff,<br><br>          -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br>                    Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br>                    Plaintiffs,<br><br>          -v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br>                    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

## <u>VERIFICATION</u>

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HAYS | § |

     I, Jed Wallace, hereby declare as follows:

I am Jed Wallace, and I am President of Street Relations, Inc. I am the agent of Street Relations, Inc. for the purpose of answering Plaintiff Blake Lively's Second Set of Interrogatories. I have read the foregoing interrogatories and the answers to those interrogatories, which are true according to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

I reserve the right to make any changes to the aforesaid answers if it should appear at any time that omissions or errors have been made, or that additional or more accurate information has been obtained.

Executed on July 3, 2025

_____
Jed Wallace

# EXHIBIT 16

**Short Message Report**

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 2 | Date Range: 8/8/2024 |

**Outline of Conversations**



**Justin Baldoni / Wayfarer** • 2 messages on 8/8/2024 • Breanna Butler (███████) • Jed Wallace (███████) • Katie Case (AEAC8486-CB1E-47C0-84A8-92B8CF372587) • Melissa Nathan (███████) • System Message (System Message)

BBKOSLOW-000006742

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **Justin Baldoni / Wayfarer**

SM    **System Message (System Message)**                                          8/8/2024, 1:19 PM

SM    **System Message (System Message)**                                          8/8/2024, 1:19 PM

# EXHIBIT 18

**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 18 |
| Total Messages: 9 | Date Range: 1/25/2025 |

**Outline of Conversations**



**Website** • 9 messages on 1/25/2025 • Alyx Sealy (▮▮▮▮▮▮▮) • Breanna Koslow (Butler) (▮▮▮▮▮▮▮) • Bryan Freedman (▮▮▮▮▮▮▮) • Dervla (▮▮▮▮▮▮▮) • Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F) • Jason Sunshine (6F5DFEBC-5E51-4ACE-8898-363EC3F1088A) • Jed Wallace (▮▮▮▮▮▮▮) • Jen Abel New Number (▮▮▮▮▮▮▮) • Michael Lawrence (▮▮▮▮▮▮▮) • Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92) • Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A) • Nathan Melissa (▮▮▮▮▮▮▮) • Rosa (▮▮▮▮▮▮▮) • Rylie Long (▮▮▮▮▮▮▮) • Spencer (▮▮▮▮▮▮▮) • Summer Benson (D4F34DF7-3DDB-4A4C-9EF0-3C8674F2AE9D) • System Message (System Message) • Teresa Legal (▮▮▮▮▮▮▮)

BBKOSLOW-000002949

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **Website**

NM  **Nathan Melissa (** ▬▬▬ **)**                    1/25/2025, 11:52 AM

Hi all

Why is the entire website deleted …

R  **Rosa** ▬▬▬                    1/25/2025, 11:56 AM

Also access removed. I'm assuming for security reasons ? Doc is hopefully downloaded somewhere

MD  **Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A)**                    1/25/2025, 11:57 AM

Are we talking about Google doc? Or website?
I had to make a new Google doc. The one roza started wasn't saving.
And I believe website was scrubbed because all the info would need uploaded again anyway

R  **Rosa** ▬▬▬                    1/25/2025, 11:57 AM

The google doc

MD  **Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A)**                    1/25/2025, 11:58 AM

Yes! New google doc is with Jamey and Justin for review and then will pass off to the rest Mel/ Jen > legal >and then roza

JW  **Jed Wallace (** ▬▬▬ **)**                    1/25/2025, 12:01 PM

*Attachment: Voice Message 1_25_25, 11_01_AM.m4a (183 KB)*

R  **Rosa** ▬▬▬                    1/25/2025, 12:03 PM

Ok great thanks

JW  **Jed Wallace (** ▬▬▬ **)**                    1/25/2025, 12:04 PM

*Attachment: Voice Message 1_25_25, 11_04_AM.m4a (113 KB)*

R  **Rosa** ▬▬▬                    1/25/2025, 12:06 PM

Hi no nothing is live on any website or in staging. We were asking about the timeline document that we were working on

                    BBKOSLOW-000002950

# EXHIBIT 19

**Short Message Report**

| Conversations: 1 | Participants: 21 |
|---|---|
| Total Messages: 42 | Date Range: 2/22/2025 - 2/23/2025 |

**Outline of Conversations**



**Jamey, Bryan, Mel, Jen** • 42 messages between 2/22/2025 - 2/23/2025 • Ahmed Musiol Kolacek (626E4B2E-D327-4516-8F58-2F341BD0D8BF) • Breanna Koslow (Butler) (███████████) • Bryan Freedman (███████████) • Ellyn Garofalo (0DDEF234-38A2-490D-9197-FC2D0B95D608) • Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F) • Jared Freedman (2B9A7D0B-E374-40BE-9368-E8C9DFFB9AA4) • Jason Sunshine (6F5DFEBC-5E51-4ACE-8898-363EC3F1088A) • Jed Wallace (███████████) • Jen Abel New Number (███████████) • Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A) • Kevin Fritz (B9B1CC8E-85C2-40D5-AF63-A8FB7CF43A77) • Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92) • Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A) • Nathan Melissa (1███████████) • Spencer (███████████) • Steve Sarowitz (631A6097-DB6A-48E7-B711-4CB4A4B8EA5D) • Summer Benson (D4F34DF7-3DDB-4A4C-9EF0-3C8674F2AE9D) • System Message (System Message) • Tamar (0971F119-9496-49FD-BA8D-7A2450589EDD) • Tera McMaster (A050B7CC-4E9D-4E91-8788-6063E3522161) • Teresa Legal (███████████)

BBKOSLOW-000001684

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **Jamey, Bryan, Mel, Jen**

JA | **Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F)** | 2/22/2025, 8:18 PM

https://www.tiktok.com/t/ZT258nr1t/



*Image: (unnamed)(59).jpg (43 KB)*

JF | **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)** | 2/22/2025, 8:40 PM

Crazy

JW | **Jed Wallace (▇▇▇▇▇▇▇)** | 2/22/2025, 8:42 PM

I love me some Zack Peter!!!

JW | **Jed Wallace (▇▇▇▇▇▇▇)** | 2/22/2025, 10:07 PM

Also - a nice breakdown here. I hope everyone is having a beautiful family night.

https://x.com/kiarajade2001/status/1893421079227670546?s=46

JN | **Jen Abel New Number (▇▇▇▇▇▇▇)** | 2/22/2025, 10:37 PM

Thanks for keeping track of all of this Jed! Appreciate you.

JW | **Jed Wallace (▇▇▇▇▇▇▇)** | 2/22/2025, 10:38 PM

Likewise- the forensic guys put it all in the reports but some I just enjoy more than others.

JF | **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)** | 2/22/2025, 10:44 PM

Oh. My. Lord.

https://www.tiktok.com/t/ZP8YtAPdB/

BBKOSLOW-000001685



*Image: (unnamed)(60).jpg (29 KB)*

NM    **Nathan Melissa (** ▓▓▓▓▓▓ **)**                                           2/22/2025, 10:45 PM
      Oh. My. Gd

JW    **Jed Wallace (** ▓▓▓▓▓ **)**                                               2/22/2025, 10:59 PM
      B v B does a B, domestic alone!!

JF    **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**                         2/22/2025, 11:08 PM
      Jen and Melissa - this was sent to Travis's agent

      From: Maia Adelia ▓▓▓▓▓▓▓▓▓▓
      To: Elizabeth Dalling ▓▓▓▓▓▓▓▓▓▓
      Subject: Documentary Request - Travis Van Winkle

      Hi Liz,

      I hope you are well.

      I'm a Producer at Optomen, an Emmy and BAFTA-winning production company based in London.

      We are currently producing a three-part, one-hour documentary series about the Blake Lively/Justin Baldoni dispute for a global streaming platform.

      This project follows in the footsteps of our previous rigorously researched docuseries for Discovery+ and HBO, which have covered other high-profile celebrity trials in recent years.

      The first documentary will explore the articles, leaks, legal complaints, and lawsuits leading up to the libel trials.

      I wanted to reach out because Travis Van Winkle has known Justin Baldoni for over twenty years, appeared on his Man Up podcast and might be able to speak to what he is like.

      I'd very much like to discuss the project in detail with you on a background basis and answer any questions you might

have in the hope that we might ultimately be able include an interview with Travis.

Please let me know a convenient time for a call and the best number to reach you.

Best wishes,

Maia Adelia

| AE | **Ahmed Musiol Kolacek (626E4B2E-D327-4516-8F58-2F341BD0D8BF)** | 2/23/2025, 12:07 AM |

She emailed me too. Same email

| MF | **Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92)** | 2/23/2025, 12:28 AM |

Oh, I worked with them before. They did the Discovery+ doc for the Johnny Depp case and I was in that one. Another British doc pro co reached out too -ITN. They're doing an hour long one. Not sure which streamer.

| NM | **Nathan Melissa (⬛⬛⬛⬛⬛)** | 2/23/2025, 10:19 AM |

https://x.com/justplainzack/status/1893681675277684736?s=46

| JW | **Jed Wallace (⬛⬛⬛⬛⬛)** | 2/23/2025, 10:30 AM |

And this magical sleuthing too!

https://x.com/realmelanieking/status/1893548756429066425?s=46

| JW | **Jed Wallace (⬛⬛⬛⬛⬛)** | 2/23/2025, 10:31 AM |

**Blake Lively makes it to the list of 100 Most Powerful Women for Hollywood**

The Hollywood Reporter recently published the star-studded list of Hollywood's elite with a coveted list of the entertainment capital's 100 Most Powerful Women in 2024. *Blake Lively, one of the game-changing names in showbiz, has been credited for "luring female audiences in droves" with her rom-com blockbuster, It Ends With Us—her directorial debut.* While Lively hit home runs with her budding businesses, she candidly revealed her most played song last year, **the infectious 'Baby Shark Dance Remix, that her 1-year-old cannot get enough of.**

Lively seized the opportunity to enlist her 2025 predictions in Hollywood, hoping *"more films by women, for women, about women"* are given the green flag. She jabbed at Tinseltown over its ignorance of *"female genres,"* citing how female audiences grace theaters for them. While women often reign supreme in men's domains of expertise, **Lively advocates tapping into the feminine perspective to broaden the appeal.** She believes female-led stories are not solo acts—they bring a supporting cast of friends, family, and fans from all genders, translating to box-office repeat viewership.

Read More:

*Image: signal-2025-02-23-093122.jpeg (275 KB)*

| JW | **Jed Wallace (⬛⬛⬛⬛⬛)** | 2/23/2025, 10:35 AM |

https://x.com/realmelanieking/status/1893544451076739348?s=46

| JW | **Jed Wallace (⬛⬛⬛⬛⬛)** | 2/23/2025, 12:06 PM |

Happy Sunday and while there are videos surfacing where Hoover says that Jenny Slate was responsible for Blake coming onboard (will be in the report), let's file this next link under - we are in a whole new media landscape…it's awesome.

https://x.com/realmelanieking/status/1893553998851932210?s=46

| JN | **Jen Abel New Number (⬛⬛⬛⬛⬛)** | 2/23/2025, 2:11 PM |

https://www.tiktok.com/t/ZT25UPRJD/

CONFIDENTIAL



*Image: (unnamed)(61).jpg (37 KB)*

JW | **Jed Wallace (**████████**)** | 2/23/2025, 2:19 PM

https://x.com/realmelanieking/status/1893739519209255181?s=12

Updated

JF | **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)** | 2/23/2025, 2:21 PM

https://www.tiktok.com/t/ZP8YnHpQB/

This is actually funny. You can see her lying in the moment.



*Image: (unnamed)(62).jpg (23 KB)*

JW | **Jed Wallace (**████████**)** | 2/23/2025, 2:23 PM

This is the exact same playbook - they are out here mass bot reporting. Insane.

JA | **Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F)** | 2/23/2025, 3:31 PM

It's almost like this woman was with them....

https://www.tiktok.com/t/ZT25f6Kwf/

BBKOSLOW-000001688



*Image: (unnamed)(63).jpg (43 KB)*

| JW | **Jed Wallace (⬛⬛⬛⬛⬛)** | 2/23/2025, 4:18 PM |
| --- | --- | --- |
| | https://x.com/cjournalist24/status/1893771689772671271?s=46 | |

| MF | **Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92)** | 2/23/2025, 4:26 PM |
| --- | --- | --- |
| | Oh wow. So they changed the entire article, not just the word complaint. | |

| JF | **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)** | 2/23/2025, 4:35 PM |
| --- | --- | --- |
| | Is that legal ? | |

| JN | **Jen Abel New Number (⬛⬛⬛⬛⬛)** | 2/23/2025, 4:37 PM |
| --- | --- | --- |
| | Yes legal but not really ethical if they make more than factual changes | |

| JN | **Jen Abel New Number (⬛⬛⬛⬛⬛)** | 2/23/2025, 4:38 PM |
| --- | --- | --- |
| | The fact that fans are calling this out and getting enraged is good | |

| JW | **Jed Wallace (⬛⬛⬛⬛⬛)** | 2/23/2025, 4:43 PM |
| --- | --- | --- |
| | And without notations of changes, footnotes, etc. | |

| JN | **Jen Abel New Number (⬛⬛⬛⬛⬛)** | 2/23/2025, 4:48 PM |
| --- | --- | --- |
| | We can reach out to the writer and question the changes and get into it with them, but part of me thinks it's almost better that fans call this out and bring notice to the hypocrisy of the publication vs getting into a back and forth with them. | |

| JN | **Jen Abel New Number (⬛⬛⬛⬛⬛)** | 2/23/2025, 5:05 PM |
| --- | --- | --- |
| | They added this | |

| JN | **Jen Abel New Number (⬛⬛⬛⬛⬛)** | 2/23/2025, 5:05 PM |
| --- | --- | --- |
| | This story has been updated to provide additional context regarding Ari Emanuel's quotes about Lively and Baldoni. Due to a technical glitch, a portion of this story regarding Jenny Slate reverted to an earlier unedited version and has since been updated. THR regrets the error. | |

| NM | **Nathan Melissa (⬛⬛⬛⬛⬛)** | 2/23/2025, 5:06 PM |
| --- | --- | --- |
| | They apparently had technical pictures according to Pam on socials because it kept pushing out the stories negative stories as well…. Ridiculous | |

| JW | **Jed Wallace (⬛⬛⬛⬛⬛)** | 2/23/2025, 5:07 PM |
| --- | --- | --- |

BBKOSLOW-000001689

*Attachment: Voice Message 2_23_25, 4_07_PM.m4a (161 KB)*

JN    **Jen Abel New Number (▇▇▇▇▇▇▇▇)**                              2/23/2025, 5:11 PM

I am going to have them change the part about the 30 point document. That's a new add as well. They say that you all signed off on the 30 pt document and that a spokesperson for lively says that because of the no more language that you admit culpability

JF    **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**            2/23/2025, 5:19 PM

Jen, as you know that's completely false

JN    **Jen Abel New Number (▇▇▇▇▇▇▇▇)**                              2/23/2025, 5:20 PM

Yep

JN    **Jen Abel New Number (▇▇▇▇▇▇▇▇)**                              2/23/2025, 5:20 PM

Just wrote them

JF    **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**            2/23/2025, 5:20 PM

wish Bryan could make a statement that points out their hypocrisy and the fact that they are also funded by WME and Penske. We're watching them rewrite history in real time claiming website errors just like the disappearance of the podcast. That would be funny.

JF    **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**            2/23/2025, 5:21 PM

We're watching in real time. How Ari Emmanuel covers his tracks

JW    **Jed Wallace (▇▇▇▇▇▇▇▇)**                                      2/23/2025, 5:21 PM

*Attachment: Voice Message 2_23_25, 4_21_PM.m4a (201 KB)*

JF    **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**            2/23/2025, 5:22 PM

I think that's important, I also think it's important to note that we gave them the truth earlier and now is on the fourth version because they have gotten heat in real time and it's all a bunch of bullshit

MF    **Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92)**     2/23/2025, 5:39 PM

Lie after lie after lie. If we weren't seeing it ourselves it would sound like one of those crazy conspiracy theories 🫨

BBKOSLOW-000001690

# EXHIBIT 29

Message

| | |
|---|---|
| **From:** | Jed Wallace ███████████████ |
| on behalf of | Jed Wallace |
| **Sent:** | 8/8/2024 1:11:31 PM |
| **To:** | Katie Case ██████████████████ |
| **CC:** | Melissa N ████████████████████; Jamey Heath ████████████████ ██████████████ |
| **BCC:** | Jed Wallace ████████████████ ██████████████ |
| **Subject:** | Re: Jamey/ Jed |

Thank you for the connecting point, Katie!

Jamey, an absolute pleasure. While the circumstances are the circumstances, this is our wheelhouse and have it prioritized across all platform-specific specialists working for me.

Jed Wallace
Founder
**Street Relations, Inc.**
███████████████

> On Aug 8, 2024, at 1:08?PM, Katie Case ████████████████ wrote:
>
> ?
> To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.
>
> And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.
>
> On Thu, Aug 8, 2024 at 11:01?AM Melissa N ████████████████ wrote:
>
>> Hi Jamey,
>>
>> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>>
>> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>>
>> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>>
>> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>>
>> Thanks so much
>> Melissa

SR 1.00000009

Sent from my iPhone

<Tag.WS.JB_Digital_Consulting_Project (1).pdf>

# EXHIBIT 40

## Street Relations

**INVOICE**

Date: August 8, 2024
Invoice #001TAG.JBWS

INVOICE
Street Relations, Inc.
Dripping Springs, TX 78620
███████████

TO
Wayfarer Studios
Customer ID
[080824TAGJBWS]

SHIP TO
Street Relations, Inc.
Dripping Springs, TX 78620

| JOB | PAYMENT TERMS |
|---|---|
| **Digital Consulting Strategy and Services for TAG.Wayfarer.JB** | Due On Receipt |

| DESCRIPTION | TOTAL |
|---|---|
| **Communication and Consulting Services – TAG.Wayfarer.JB** | **$30,000 U.S.** |
| **TOTAL DUE** | **$30,000 U.S.** |

Account Name: ████████████    Account Number: ███████    Bank Name: ██████    Routing Number: ████████
Bank Address: ████████████

# EXHIBIT 41

Message

| | |
|---|---|
| **From:** | Jamey Heath ▓▓▓▓▓▓▓▓ |
| on behalf of | Jamey Heath |
| **Sent:** | 8/9/2024 3:04:39 PM |
| **To:** | Jed Wallace ▓▓▓▓▓▓ ▓▓▓▓▓▓ |
| **CC:** | Laura Voglesong▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Imene Meziane ▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Brian Singer▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; Katie Case▓▓▓▓▓▓▓▓▓▓▓; Melissa N ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓; Mitz Toskovic ▓▓▓▓▓▓▓▓ |
| **Subject:** | Re: Jamey/ Jed |

Hi all.

Confirming that I spoke with JP Morgan and wire has been approved.  Should be to you any time.

Thanks all.
Jamey

Jed, let's set up a time for us to catch up please.
Thank you much.



**Jamey Heath**
CEO
Wayfarer Studios
▓▓▓▓▓▓▓

On Aug 9, 2024, at 1:41?PM, Jed Wallace ▓▓▓▓▓▓▓▓▓> wrote:

?Thank you again, Laura!

Jed Wallace
Founder
**Street Relations, Inc.**
▓▓▓▓▓▓▓▓

On Aug 9, 2024, at 1:28?PM, Laura Voglesong ▓▓▓▓▓▓▓▓▓▓▓ wrote:

?
Thank you everyone!

Confidential

I've spoken with Jed and confirmed the wire transfer information. The invoice will be processed ASAP.

Any questions, please let me know.

Thank you,
Laura

On Fri, Aug 9, 2024 at 11:17?AM Jed Wallace <████████████████> wrote:
Wayfarer Family!!!

I'm so sorry for the delayed response, just wrapped a long flight but my team is/has been in full throttle mode on our Wayfarer focus!

In the meantime, We will work in lockstep with TAG, but engaged separately. Attached is a W9 and happy to confirm wiring details ████████████.

Looking forward to working some magic with the Wayfarer team, et al.


Jed Wallace
Founder
**Street Relations, Inc.**
████████████████

On Aug 9, 2024, at 1:04?PM, Imene Meziane ████████████████ wrote:

?
Nice to e-meet you Jed.

In addition to Brian's email, confirming that this falls under our agreement with The Agency Group ("TAG") and that TAG is subcontracting Street Relations?

Please advise asap. Thanks,

Imene Meziane

On Fri, Aug 9, 2024 at 11:02?AM Brian Singer ████████████████ wrote:
Team,

Can you please 1) forward a w9 along with 2) a name and phone number that either myself or our Controller, Laura can call ASAP to verbally confirm wire instructions?

Many thanks,

Brian

On Fri, Aug 9, 2024 at 12:45?AM Jamey Heath ████████████████ wrote:
Adding attachment



**Jamey Heath**
CEO
Wayfarer Studios
████████

On Aug 9, 2024, at 2:41?AM, Jamey Heath ███████████████████ wrote:

?Hi Jed,
Wonderful to meet you.

I apologize for the delay.  The premier and screening we had today has been just crazy time.

We are happy to have you on board.

As for the invoice, I'm adding my team to get into this and have you taken care of asap.

Please meet, Brian, imene and mitz.
Our CFO, our Head of Legal and our VP of Operations respectively.  Please rest assured we will get you squared up.

Team Wayfarer, please prioritize this.

Thank you all,

Jamey



**Jamey Heath**
CEO
Wayfarer Studios
████████

SR 1.00000046

On Aug 8, 2024, at 1:11?PM, Jed Wallace <██████████████████> wrote:

? Thank you for the connecting point, Katie!

Jamey, an absolute pleasure. While the circumstances are the circumstances, this is our wheelhouse and have it prioritized across all platform-specific specialists working for me.

Jed Wallace
Founder
**Street Relations, Inc.**
████████████████

On Aug 8, 2024, at 1:08?PM, Katie Case ████████████████ wrote:

?
To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.

And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.

On Thu, Aug 8, 2024 at 11:01?AM Melissa N ████████████████ wrote:

Hi Jamey,

Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.

He is aware we are going for their Quote two option for $30,000 PM for 3 months

Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.

Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.

Thanks so much
Melissa

Sent from my iPhone
<Tag.WS.JB_Digital_Consulting_Project (1).pdf>

--

*Laura Voglesong*
*Controller, Wayfarer Studios*

Confidential

# EXHIBIT 42

Message

| | |
|---|---|
| **From:** | Bill Pay ████████████████████ |
| on behalf of | Bill Pay |
| **Sent:** | 9/16/2024 9:37:51 PM |
| **To:** | ████████████████████████████ |
| **Subject:** | Your payment from Wayfarer Studios, LLC is on its way! |

# Wayfarer Studios, LLC

Hi Street Relations, Inc.,

The check will arrive around 09/23/24. This date is an estimate based on USPS delivery speed. The payment is for these invoices:

| Invoice # | Due Date | Amount | Payment Amount |
|---|---|---|---|
| #001TAG.JBWS | 09/01/24 | $30,000.00 | $30,000.00 |
| **Total:** | | | **$30,000.00** |

In the future, to receive this payment directly into your bank account, create your free account with our service provider:

**Sign Up Now**

If the button above doesn't work, copy and paste the following link into your web browser:

https://app-signup.us.bill.com/NetworkNodeSignup?pni=0196815570888497&action=PayBill&node=nno01NAXVHXGPDL5h0gl

Have questions about the payment? Contact Wayfarer Studios, LLC at +1 3103097216.

Thank you,
Wayfarer Studios, LLC

For your security, double check all email links before clicking them to make sure they're safe. Our links always start with https://app01.us.bill.com, http://www.bill.com or http://www.cashflow.bill.com.

Be cautious when sharing your information by email or phone.

Please don't reply to this automated email.

Bill Pay is a service provided by BILL Operations, LLC

To learn more about BILL Operations's privacy policy, read **Privacy Statement.**

© 2024 BILL Operations, LLC

ip-10-118-158-59.101.37 76c25c25 OTID0068-15 P01

STREET 1.000085

# EXHIBIT 43

Message

| | |
|---|---|
| **From**: | Bill Pay ▮ |
| on behalf of | Bill Pay |
| **Sent**: | 10/9/2024 9:39:46 PM |
| **To**: | ▮ |
| **Subject**: | Your payment from Wayfarer Studios, LLC is on its way! |

# Wayfarer Studios, LLC

Hi Street Relations, Inc.,

The check will arrive around 10/17/24. This date is an estimate based on USPS delivery speed. The payment is for these invoices:

| Invoice # | Due Date | Amount | Payment Amount |
|---|---|---|---|
| #003TAG.JBWS | 10/01/24 | $30,000.00 | $30,000.00 |
| **Total:** | | | **$30,000.00** |

In the future, to receive this payment directly into your bank account, create your free account with our service provider:

**Sign Up Now**

If the button above doesn't work, copy and paste the following link into your web browser:

https://app-signup.us.bill.com/NetworkNodeSignup?pni=0196815570888497&action=PayBill&node=nno01NAXVHXGPDL5h0gl

Have questions about the payment? Contact Wayfarer Studios, LLC at +1 3103097216.

Thank you,
Wayfarer Studios, LLC

For your security, double check all email links before clicking them to make sure they're safe. Our links always start with https://app01.us.bill.com, http://www.bill.com or http://www.cashflow.bill.com.

Be cautious when sharing your information by email or phone.

Please don't reply to this automated email.

Bill Pay is a service provided by BILL Operations, LLC

To learn more about BILL Operations's privacy policy, read **Privacy Statement.**

© 2024 BILL Operations, LLC

ip-10-118-159-153.101.37 899984ac OTID0068-15 P01

# EXHIBIT 50

Message

| | |
|---|---|
| **From:** | Melissa N ████████████ |
| **on behalf of** | Melissa N |
| **Sent:** | 8/8/2024 10:01:38 AM |
| **To:** | Jamey Heath ████████████████████ |
| **CC:** | Jed Wallace <████████████> ████████████ |
| **Subject:** | Jamey/ Jed |

Hi Jamey,Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of. He is aware we are going for their Quote two option for $30,000 PM for 3 months Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both. Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment. Thanks so muchMelissaSent from my iPhone

Confidential

# EXHIBIT 51

Message

| | |
|---|---|
| **From:** | Katie Case ███████████ |
| on behalf of | Katie Case |
| **Sent:** | 8/8/2024 1:07:21 PM |
| **To:** | Melissa N███████████ |
| **CC:** | Jamey Heath███████████████████████; Jed Wallace<br>████████████████████ |
| **Subject:** | Re: Jamey/ Jed |
| **Attachments:** | Tag.WS.JB_Digital_Consulting_Project (1).pdf |

To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.

And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.

On Thu, Aug 8, 2024 at 11:01?AM Melissa N ████████████ wrote:

> Hi Jamey,
>
> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>
> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>
> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>
> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>
> Thanks so much
> Melissa
>
>
>
>
> Sent from my iPhone

Confidential

# EXHIBIT 52

Message

| | |
|---|---|
| **From:** | Jamey Heath ███████████████ |
| on behalf of | Jamey Heath |
| **Sent:** | 8/9/2024 2:41:35 AM |
| **To:** | Jed Wallace███████████████ |
| **CC:** | Katie Case███████████████████████; Melissa N███████████████████████; imene meziane███████████████████████; Brian Singer ███████████████████████; Mitz Toskovic███████████ ███████████████ |
| **Subject:** | Re: Jamey/ Jed |

Hi Jed,

Wonderful to meet you.

I apologize for the delay.  The premier and screening we had today has been just crazy time.

We are happy to have you on board.

As for the invoice, I'm adding my team to get into this and have you taken care of asap.

Please meet, Brian, imene and mitz.
Our CFO, our Head of Legal and our VP of Operations respectively.  Please rest assured we will get you squared up.

Team Wayfarer, please prioritize this.

Thank you all,

Jamey






**Jamey Heath**
CEO
Wayfarer Studios
████████████

On Aug 8, 2024, at 1:11?PM, Jed Wallace <████████████████> wrote:

?Thank you for the connecting point, Katie!

Jamey, an absolute pleasure. While the circumstances are the circumstances, this is our wheelhouse and have it prioritized across all platform-specific specialists working for me.

Jed Wallace
Founder
**Street Relations, Inc.**
█████████████

On Aug 8, 2024, at 1:08?PM, Katie Case ███████████ wrote:

?
To quickly follow up as I know we want to work as fast as possible -- I've
attached an invoice from Street Relations, as discussed.

And to echo Melissa, Jed and his team are truly the best of the best! So happy we
could make this connection.

On Thu, Aug 8, 2024 at 11:01?AM Melissa N ███████████ wrote:

Hi Jamey,

Please meet Jed who will be having his team assist on all social activity based off
our own conversations as well as their digital plan you are in receipt of.

He is aware we are going for their Quote two option for $30,000 PM for 3
months

Jed and team has worked on some of the most monumental BTS projects
globally and I'm extremely happy to make this intro between you both.

Jen/ Matthew and TAG team will be working alongside side them of course but,
you both should find a few mins to connect around the project as well as
payment.

Thanks so much
Melissa

Sent from my iPhone

<Tag.WS.JB_Digital_Consulting_Project (1).pdf>

SR 1.00000012