

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**Maxwell Breed**
Partner

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

August 11, 2025

**BY ECF**
Hon. Lewis L. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

      Nonparties Katherine Case and Breanna Butler Koslow respectfully submit this letter motion requesting that certain personal, non-public information—specifically personal cell phone numbers and email addresses—be maintained under seal.

      On August 4, Ms. Lively filed a motion to compel that attached as exhibits materials produced or provided by Ms. Case and Ms. Butler Koslow. Ms. Case and Ms. Butler Koslow designated the materials in question as confidential, and sealing of such information is customary. *See In re Keurig Green Mt. Single-Serve Coffee Antitrust Litig.*, No. 14-mc-2542, 2023 WL 196134, at *12 (S.D.N.Y. Jan. 17, 2023).

      In line with the Court's practice throughout this proceeding of sealing non-public personal information to prevent the harassment of parties and witnesses, we ask that the cell phone numbers and personal email addresses reflected in the following ECF Nos. be re-filed by Ms. Lively with redactions: 554-17, 554-18, 554-19, 554-20, 554-23, 554-24, 554-25, 554-28, 554-29, 554-31.

                                                      Respectfully submitted,

                                                        Maxwell Breed

cc:      Counsel of Record (by ECF)