**WILLKIE FARR & GALLAGHER** LLP

1875 K Street,
N.W. Washington,
DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 11, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules regarding our letter motion to seal certain portions of Ms. Lively's Omnibus Brief in support of her Motions to Compel ("Motion to Compel") and various exhibits to that motion (ECF No. 551).

Ms. Lively has conferred with counsel for the Wayfarer Parties, as well as counsel for third-party witnesses who produced documents cited and sealed in Ms. Lively's Motion to Compel. Third-party witness, Alex Saks, confirmed that she does not seek to maintain Exhibits 47-49 under seal. Accordingly, Ms. Lively respectfully requests that the Court unseal Exhibits 47-49 of Ms. Lively's Motion to Compel.  *See* ECF No. 554-48, 554-49, 554-50.

Respectfully submitted,

/s/ *Michael J. Gottlieb*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac vice*) 2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno 7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

Washington, DC 20004  
(202) 240-2900  
mgovernski@dirllp.com

*Attorneys for Blake Lively*