AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Blake Lively | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-10049-LJL |
| Wayfarer Studios LLC, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paylocity Corporation   .

Date:   08/11/2025

/s/ Jillian L. Fitzpatrick
*Attorney's signature*

Jillian L. Fitzpatrick (NY ID: 5841416)
*Printed name and bar number*
599 Lexington Avenue
New York, NY 10022

*Address*

JFitzpatrick@reedsmith.com
*E-mail address*

(212) 549-0274
*Telephone number*

(212) 521-5450
*FAX number*