**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

August 11, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
      rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

On behalf of Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal sections of the Opposition to Lively's Omnibus Motion to Compel and Exhibits 2 through 3 to the Wayfarer Parties' Opposition, filed contemporaneously herewith. Exhibits 2 through 3 are Lively's discovery requests and responses, which she designated as "Confidential." The redacted portions of the brief similarly refer to discovery requests and/or responses that Lively designated as "Confidential." In accordance with Rule 4.b of Attachment A, the Wayfarer Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and so that Lively may file a motion for continued sealing if she so chooses.

                                        Respectfully submitted,

                                        */s/ Theresa M Troupson*
                                        LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                        Bryan J. Freedman (*pro hac vice*)
                                        Ellyn S. Garofalo (*pro hac vice*)
                                        Theresa M Troupson (*pro hac vice*)
                                        1801 Century Park West, 5th Floor
                                        Los Angeles, CA 90067
                                        Tel: (310) 201-0005
                                        Email: bfreedman@lftcllp.com
                                                  egarofalo@lftcllp.com
                                                  ttroupson@lftcllp.com

Hon. Lewis J. Liman
August 11, 2025
Page 2

                    MEISTER SEELIG & FEIN PLLC
                    Mitchell Schuster
                    Kevin Fritz
                    125 Park Avenue, 7th Floor
                    New York, NY 10017
                    Tel: (212) 655-3500
                    Email: ms@msf-law.com
                              kaf@msf-law.com

cc: all counsel of record (via ECF)