August 6, 2025

**Minor Children - Request To Redact / Request For Sanctions**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to inform the Court that Blake Lively and her legal counsel have endangered the safety of my minor children and IMMEDIATE action is needed.

Blake Lively is a mother of four and she publicly would like us to believe that she's a good mom. Her actions here prove otherwise.

At the behest of the shampoo company owner, her unethical lawyers have filed on your docket multiple photos of my children.

Why?????

How is that relevant to this case whatsoever?

I move this court to demand that deplorable Esra Hudson refile Exhibit C and Exhibit D in docket #565. She may resubmit WITHOUT the pictures of my 12 year old, 10 year old and 7 year old. She could have done this already - but she didn't. On purpose.

Litigious Lively and her legal team have taken away my agency. I choose to share my children on social media - how and if I want.

I do not want them on this court's docket in a case that is being watched closely by passionate observers - some of whom are very dangerous individuals.

One of the Wayfarer defendants, Mr. Sarowitz, had an arson on his property - as a result of this case - and a criminal was charged with threatening kidnapping! Additionally, many of the parties and nonparties in this litigation have received death threats.

Shame on Blake Lively and Esra Hudson for this action! SHAME ON THEM!

For this and reasons I stated previously, I also demand sanctions against ethically-challenged Esra AND all of Bully Blake's lawyers!

Lively and her cohorts have made a mockery of you and this court!

A good parent,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton