# manatt

Esra A. Hudson
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

August 12, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Lively v. Wayfarer Studios LLC et al*., No. 24-cv-10049 (LJL)

Dear Judge Liman:

      Ms. Lively respectfully submits this letter in response to one of the many letters Mario Armando Lavandeira, Jr. (aka "Perez Hilton") has filed on the Court's docket. While reserving the right to address the substance of Mr. Hilton's various letters at the appropriate time, Ms. Lively herein responds to the letter filed at ECF No. 594 and dated August 10, 2025 in which Mr. Hilton seeks "IMMEDIATE action" and asks the Court to "impose the strongest sanctions" on undersigned counsel for purportedly filing "multiple pictures" of his children on the docket—specifically attached as Exhibits C (ECF No. 565-3) and D (ECF No. 565-3) to Ms. Lively's opposition to Mr. Hilton's motion to for a protective order and cross motion to compel (ECF No. 565). Mr. Hilton lambasts Ms. Lively's filing of Exhibits C and D as "cruel and calculated" and sanctionable, writing: "Shame on Blake Lively and Esra Hudson for exposing my vulnerable young family to such risk! SHAME. ON. THEM." ECF No. 594, at 2-3.

      ***Exhibits C and D both reflect material that Mr. Hilton has publicly posted and continues to maintain on his own online platforms, including the photographs he seeks to seal***. As described below, Ms. Lively attached and cited both exhibits for the biographic information Mr. Hilton posted on his own public platforms—which is directly relevant to the substantive issues raised in Ms. Lively's filing—and the exhibits reflect the ***publicly accessible*** content available on or immediately preceding the filing of this letter.

      Exhibit C is a screenshot of Mr. Hilton's own verified Instagram profile (@theperezhilton), ***which boasts 921,000 followers and is publicly accessible***. ECF No. 565-3; *see* https://www.instagram.com/theperezhilton. Mr. Hilton's Instagram includes a bookmark titled "My kids 🫶" that links to videos that he posts of children. *Id*. The only other photograph that includes children is a pinned photograph on Mr. Hilton's public Instagram page with the Backstreet Boys, but neither the post nor Exhibit C indicates the identity of the children in the photograph. *Id*. Exhibit C includes the following biographical information, which is the reason Ms. Lively included Mr. Hilton's Instagram profile as an exhibit to her opposition: "The Original Influencer. Proud dad. Links below for my YouTube and Patreon! Follow my site at @perezhilton." *Id*.

      Exhibit D is a screenshot of the "about Perez Hilton" page on Mr. Hilton's public website, www.perezhilton.com/about-perez-hilton/. ECF No. 565-4. Mr. Hilton's publicly accessible website includes a photograph of Mr. Hilton and three children, with the opening paragraph stating: "Cubano and Miami native Perez Hilton is the internet's most notorious gossip columnist. He currently resides in Hollywood with his precious mini-Goldendoodle, Teddy Hilton, and his three kids." *Id*. Neither the "About Perez Hilton" webpage nor the exhibit indicates the identity of the children pictured.

Ms. Lively cited and filed Exhibits C and D on the public docket with a good-faith belief that the materials were not confidential, as reflected by their general availability to anyone who visits Mr. Hilton's public Instagram (including any of his nearly 1 million followers) or his own website. That good-faith belief is supported by the Protective Order in this case, which by its express terms protects only "**nonpublic and confidential material**." ECF No. 125 at 1; *see also id* at §2 (defining "Confidential" or "Attorneys' Eyes Only" to apply only to "such portion of such **nonpublic material** the public disclosure of which is either restricted by law or will cause harm to the business, commercial, financial or personal interests of the producing person and/or a third party to whom a duty of confidentiality is owed and that consists of" specific types of information. (emphasis added)).

In his letter, Mr. Hilton does not acknowledge that Exhibits C and D reflect content that he, himself, posted on his publicly accessible platforms. Nor does he attempt to explain as a matter of fact or law why the public filing of his own publicly available content is "cruel" or "calculated" or otherwise sanctionable. It strains credulity to credit Mr. Hilton's characterizations given that he is responsible not only for posting the materials publicly in the first place, but also for amplifying Ms. Lively's filings to generate his own "content" on his various platforms, in which he now accuses Ms. Lively of using Mr. Hilton's children to "hurt" him and "endanger" them.[1] Such accusations are false and defamatory, and inconsistent with the Court's order prohibiting using "language that is disrespectful of the parties, their counsel, or the Court." ECF No. 581, at 1.

Ms. Lively does not object to and generally takes no position on Mr. Hilton's request to seal Exhibits C and D, if the Court finds such action consisted with the Court's Protective Order.

Respectfully submitted,

/s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br>Aaron E. Nathan<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*) | MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Sarah E. Moses (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br>smoses@manatt.com<br><br>Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com |

---

[1] *See* Perez Hilton, *Blake Lively Used My Children to Hurt Me – And Endanger Them! Is this Okay? Her Bestie Judge Is Okay With It!*, PEREZHILTON.COM (Aug. 11, 2025), https://perezhilton.com/blake-lively-used-my-children-to-hurt-me-and-endanger-them-is-this-okay-her-bestie-judge-is-okay-with-it-perez-hilton/; Perez Hilton (@perezhilton), X (Aug. 11, 2025), https://x.com/PerezHilton/status/1954920747253534750; Perez Hilton (@theperezhilton), INSTAGRAM (Aug. 11, 2025), https://www.instagram.com/p/DNOK5Q-JwYt/

401 Ninth Street, NW  
Washington, DC 20004  
(202) 240-2900  
mgovernski@dirllp.com

*Attorneys for Blake Lively*

- 3 -