UNITED STATES U.S. DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>    -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br>**AFFIDAVIT OF SERVICE** |
| JENNIFER ABEL,<br><br>      Third-Party Plaintiff,<br><br>    -v-<br><br>JONESWORKS LLC,<br><br>      Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Consolidated Plaintiffs,<br><br>    -v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>      Consolidated Defendants. | |

I, Matthew F. Bruno, hereby state that:

On the 12th of August 2025, I caused one (1) copy of the Ms. Lively's Letter Response filed in the above-captioned case at ECF No. 613 to be served by electronic mail upon the following party:

>Mario Lavandeira, Jr. (Perez Hilton)
>ph@perezhilton.com

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Respectfully submitted,

Dated: August 12, 2025              /s/ Matthew F. Bruno

MANATT, PHELPS & PHILLIPS LLP
Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorney for Blake Lively*