UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>            Plaintiff,<br><br>      -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>            Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |
| JENNIFER ABEL,<br><br>            Third-Party Plaintiff,<br><br>      -v-<br><br>JONESWORKS LLC,<br><br>            Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>            Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>            Consolidated Defendants. | |

**NOTICE OF DEFENDANTS WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, AND JENNIFER ABEL'S MOTION FOR LEAVE TO SERVE THIRD PARTY ISABELLA FERRER BY ALTERNATIVE SERVICE**

Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") hereby move for leave to serve third party Isabella Ferrer for the pendency of the above-referenced action by alternative means, pursuant to Federal Rules of Civil Procedure 4(e)(1), 4(e)(2), and 45, and New York Civil Practice Law and Rules §§ 308(1)–(5). In support of this motion, Wayfarer Defendants respectfully submit the accompanying memorandum of law, the Declaration of Kevin A. Fritz, and supporting Exhibits A, B, C, D and E.

|  |  |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted,<br><br>/s/ *Kevin A. Fritz* |
| LINER FREEDMAN TAITELMAN + COOLEY, LLP<br>Bryan J. Freedman (pro hac vice)<br>Ellyn S. Garofalo (pro hac vice)<br>Miles M. Cooley (pro hac vice)<br>Theresa M Troupson (pro hac vice)<br>Summer Benson (pro hac vice)<br>Jason Sunshine<br>1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 201-0005<br>Email: bfreedman@lftcllp.com<br>egarofalo@lftcllp.com<br>mcooley@lftcllp.com<br>ttroupson@lftcllp.com<br>sbenson@lftcllp.com<br>jsunshine@lftcllp.com<br><br>Mitra Ahouraian (pro hac vice)<br>2029 Century Park East 4th Floor<br>Los Angeles, CA 90067<br>(310) 376-7878<br>Email: mitra@ahouraianlaw.com | MEISTER SEELIG & FEIN PLLC<br>Mitchell Schuster<br>Kevin Fritz<br>125 Park Avenue, 7th Floor<br>New York, NY 10017<br>Tel: (212) 655-3500<br>Email: ms@msf-law.com<br>kaf@msf-law.com<br><br>*Attorneys for Wayfarer Parties* |

cc: all counsel of record (via ECF)