| | |
|---|---|
| **From:** | Jason Sunshine |
| **To:** | Sanford L. Michelman (LA) |
| **Cc:** | Bryan Freedman; Ellyn Garofalo; Kim Zeldin; Kevin A. Fritz; Mitch Schuster; Theresa Troupson; Summer Benson; Rose Khatchikian; Cortni Davis; mitra@ahouraianlaw.com |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL - Subpoena |
| **Date:** | Tuesday, July 8, 2025 4:04:10 PM |

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Counsel:

Following up here. Please confirm by the close of business today that you accept service , or we will have no choice but to proceed with process servers.

Thanks,
Jason


Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Jason Sunshine
**Sent:** Thursday, July 3, 2025 3:33 PM
**To:** Sanford L. Michelman (LA) <SMichelman@mrllp.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>
**Subject:** Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL - Subpoena

Counsel:

Please see the attached subpoena *duces tecum* directed to your client, Isabela Ferrer, in the above-

captioned action. Can you confirm that you are authorized to accept service on her behalf and that she consents to service via this email?

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.