UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Blake Lively
    Plaintiff(s)

VS.    Case No: 1:24-cv-10049-LJL

Wayfarer Studios LLC, et al.
    Defendant(s)

### AFFIDAVIT OF DUE DILIGENCE

I, Alvin Gonzalez, a Private Process Server, having been duly authorized to make service of the Subpoena To Testify At A Deposition In A Civil Action with Attachment A, in the above entitled case, hereby depose and say: That I am over the age of eighteen years and not a party to or otherwise interested in this matter. That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Isabela Ferrer with the above named process.

That on August 6, 2025 at 6:17 PM, I attempted to serve Isabela Ferrer at 88 Hart Street, Brooklyn, NY 11206. On this occasion, deponent went to the service address on the above date and time and observed that the process server's notice that had been affixed to the front entrance door of the service address on August 5, 2025, had been removed. Deponent then was able to gain entry into the service address and spoke to john doe, who refused to give his true name, co-tenant in apartment number 2C who alleged Isabela Ferrer is unknown at the address furnished by the attorney. Deponent then spoke to jane doe, who refused to give her true name, tenant of record in apartment number 2b who also alleged that the witness is unknown at the address furnished by the attorney. Deponent then also spoke to Gia Begazo, tenant of record in apartment number 4a who stated that she is familiar with all of the tenants that reside at the service address and that the witness does not reside at the address furnished by the attorney. Nothing follows.

That on August 8, 2025 at 2:09 PM, I attempted to serve Isabela Ferrer at 88 Hart Street, Brooklyn, NY 11206. On this occasion, deponent went to the service address on the above date and time and found the facial recognition camera intercom electronic directory only displays apartment numbers for the tenants. Deponent then spoke to a tenant of the building who stated that Isabela Ferrer was unknown to him. I then was able to obtain the phone number of Victor the superintendent from the tenant. I then called the Superintendent at (718) 974-3655 and found he was not sure if the witness resides at the address furnished by the attorney. The superintendent then came over to the service address and allowed be entry into the service address and told me to inquire about the witness at apartment number 2C. Deponent then inquired with the tenant in 2C about the witness and found the witness was unknown to her, but to inquire with the tenant in apartment number 2a who may have knowledge of the witness. Deponent then knocked on the door of 2a and received no answer at the door. Deponent then affixed a process server's notice to the front entrance door of the service address inviting the witness to communicate with deponent to arrange for a convenient time for service.

Executed on 08/11/2025

Alvin Gonzalez
Full Force Attorney & Messenger Service, LLC| P.O. Box 914, Alhambra, CA 91802