UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Blake Lively
    Plaintiff(s)

VS.    Case No: 1:24-cv-10049-LJL

Wayfarer Studios LLC, et al.
    Defendant(s)

### AFFIDAVIT OF DUE DILIGENCE

I, Matthew A. Morgan, a Private Process Server, having been duly authorized to make service of the Subpoena To Testify At A Deposition In A Civil Action with Attachment A, in the above entitled case, hereby depose and say: That I am over the age of eighteen years and not a party to or otherwise interested in this matter. That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Isabela Ferrer with the above named process.

That on August 7, 2025 at 6:14 PM, I attempted to serve Isabela Ferrer at 15 Carver St., #93, Sag Harbor, NY 11963. On this occasion, deponent confirmed with neighbor next door for the same last name. No answer.

That on August 8, 2025 at 9:04 AM, I attempted to serve Isabela Ferrer at 15 Carver St., #93, Sag Harbor, NY 11963. On this occasion, no changes.

That on August 8, 2025 at 7:39 PM, I attempted to serve Isabela Ferrer at 15 Carver St., #93, Sag Harbor, NY 11963. On this occasion, deponent waited for 1 hour to 8:39pm. Dark inside. No movement.

That on August 9, 2025 at 8:49 AM, I attempted to serve Isabela Ferrer at 15 Carver St., #93, Sag Harbor, NY 11963. On this occasion, deponent waited until 10:57 am. No movement at all. Same 2 cars. Outside light on. Spoke to a neighbor across the street who said that no one has Been staying there in about 10 days. A landscape crew was cutting the Hedges recently and moved the cars to the street. Probably explains why No cars in the driveway my first attempt. He said a lady in her mid 50's usually comes and goes but not there all the time. Confirmed the Last name since he accidentally gets their mail sometimes. 2 cars Present on all attempts: NY LVX8880 a Toyota SUV & NY LTK1332 a Toyota Sedan.

Executed on 08/11/2025

_____
Matthew A. Morgan
Full Force Attorney & Messenger Service, LLC| P.O. Box 914, Alhambra, CA 91802