```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
BLAKE LIVELY,    :
    :
                       Plaintiff,    :
    :    24-cv-10049 (LJL)
        -v-    :
    :    MEMORANDUM AND
WAYFARER STUDIOS LLC, JUSTIN BALDONI,    :    ORDER
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH    :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY    :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,    :
STREET RELATIONS INC.,    :
    :
                       Defendants.    :
    :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On August 8, 2025, counsel for Blake Lively ("Lively") filed letter motions to compel, *see* Dkt. Nos. 585–86, and an accompanying declaration in support of the motions, *see* Dkt. No. 587. Exhibits D, E, and H to the declaration (Dkt. Nos. 587-4, 587-5, and 587-8) included personally identifying information ("PII") in the form of personal phone numbers. Pursuant to its supervisory powers, the Court ordered Dkt. No. 587 administratively sealed. *See* Dkt. No. 588; *see also Kleftogiannis v. Inline Plastics Corp.*, 411 F. Supp. 3d 216, 232 (D. Conn. 2019) ("[D]istrict courts have 'supervisory power' over their own records and files . . . [and that] supervisory power is routinely used to redact or otherwise restrict access to sensitive personally identifying information contained in court documents . . . .").

The Court determines under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126–27 (2d Cir. 2006), that the higher value of protecting the individuals' privacy rights in their personal phone numbers overcomes any presumption of public access to that information, as the PII has

no apparent relevance to any pending motion or legal issue and the redaction of the information would be narrowly tailored to promote the individuals' privacy interests. Going forward, the parties will not be required to seek the Court's permission to redact in public filings PII in the form of personal phone numbers or email addresses, unless those numbers or email addresses have some plausible relevance to a pending legal issue.

    Accordingly, Lively is directed to publicly refile a version of Dkt. No. 587 with all phone numbers and email addresses redacted from the attachments.

    SO ORDERED.

Dated: August 12, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge