August 6, 2025

**Confirmation Of Service**

Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to inform the Court that I have finally been properly served with Ms. Lively's motion and cross-complaint by Esra Hudson. Per docket #568.

I am now in possession of the uredacted versions and, to remind the court, I will obey all your instructions with regards to Confidential discovery material.

However, I now formally maintain that the appropriate venue to litigate this subpoena is in Nevada, where I have alwready filed a Motion To Quash - as you and Ms. Lively are aware.

Submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton