```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
BLAKE LIVELY,                                       :
                                                    :
                        Plaintiff,                  :
                                                    :           24-cv-10049 (LJL)
        -v-                                         :
                                                    :                ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,               :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH           :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY            :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,           :
STREET RELATIONS INC.,                              :
                                                    :
                        Defendants.                 :
                                                    :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025

LEWIS J. LIMAN, United States District Judge:

*Pro se* nonparty Mario Armando Lavandeira, Jr. ("Lavandeira") seeks an extension of time to file his opposition to the motion to compel filed by Plaintiff Blake Lively ("Lively"), *see* Dkt. No. 567. Lavandeira's opposition is due today, August 13, 2025, *see* Dkt. No. 568, and he requests an extension of time to respond until the United States District Court for the District of Nevada has resolved his pending motion to quash the same subpoena.

The motion for an extension is denied. Lavandeira seeks, in effect, a stay related to Lively's motion until the district court in Nevada issues a ruling. But Lavandeira has not demonstrated good cause for briefing on Lively's motion not to go forward. Lavandeira is free to argue in his opposition to the motion to compel that the Court should defer ruling until the district court in Nevada has ruled. It appears, however, that Lavandeira has not yet properly served his motion to quash in the District of Nevada*, see* No. 25-cv-1396 (D. Nev. filed July 28, 2025), and the Court does not assume, nor should Lavandeira, that it will necessarily defer ruling

in favor of a proceeding that is now further behind than the one in this Court. To the extent Lavandeira has already argued in his motion to quash that the subpoena is improper, he is free to repeat those arguments in his briefing here.

The Clerk of Court is respectfully directed to mail this Order to Lavandeira, and Lively is directed to serve this Order electronically on Lavandeira. The Court will also share this Order with Lavandeira by email today, August 13, 2025, at the email address he has used to email filings to the Court. Lavandeira is encouraged to sign up for electronic service by email as to reduce the burden on the Clerk of Court having to mail orders to him. *See* https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf.

SO ORDERED.

Dated: August 13, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge