UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Blake Lively, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 1:24-cv-10049-LJL |
| | § | (Consolidated with 1:25-cv-00449-LJL) |
| | § | **NOTICE OF MOTION** |
| | § | |
| Wayfarer Studios LLC, a Delaware Limited | § | |
| Liability Company; Justin Baldoni, an indi- | § | |
| vidual; Steve Sarowitz, an individual; It | § | |
| Ends With Us Movie LLC, a California | § | |
| Limited Liability Company; Melissa Na- | § | |
| than, an individual; The Agency Group PR | § | |
| LLC, a Delaware Limited Liability Com- | § | |
| pany; Jennifer Abel, an individual; Jed Wal- | § | |
| lace, an individual; and Street Relations, | § | |
| Inc., a Texas Corporation | § | |
| | § | |
| *Defendants.* | § | |

Please take notice that, through the Memorandum of Law, dated August 13, 2025, Exhibits A-D attached, Jed Wallace ("Wallace") and Street Relations, Inc. ("Street") (collectively "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Lewis L. Liman at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing the claims of Blake Lively brought against them for the second time[1] in her Second Amended Complaint (Dkt. 520) (July 30, 2025) for (i) lack of personal jurisdiction, under Rule 12(b)(2); (ii) improper venue, under Rule 12(b)(3); (iii) failure to state a claim, under 12(b)(6).

---

[1] Neither Wallace nor Street were sued in the original complaint. *See generally* Dkt. No. 1.

Dated: August 13, 2025

Respectfully submitted,

JACKSON WALKER LLP

S/ *Charles L. Babcock*
Charles L. Babcock
SDNY 4154765
Joel R. Glover
SDNY 5697487
Tori C. Emery (admitted *pro hac vice*)
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com
temery@jw.com

**ATTORNEYS FOR DEFENDANTS
JED WALLACE, AN INDIVIDUAL AND
STREET RELATIONS, INC.**