# manatt

**Stephanie A. Roeser**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4207
sroeser@manatt.com

August 13, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal certain portions of Ms. Lively's Omnibus Reply Brief in Further Support of her Motions to Compel, filed contemporaneously herewith. Ms. Lively also respectfully requests that the Court preliminarily seal the following accompanying exhibits to the Declaration of Stephanie Roeser in support of Ms. Lively's Reply Brief, filed contemporaneously herewith: Exhibits B–J (with PII redacted in compliance with this Court's prior recent orders, *see, e.g.*, ECF Nos. 485, 619). All of these materials are documents, communications, or other discovery materials that have been designated as Confidential or Attorney's Eyes Only by the Wayfarer Parties or certain third parties.

In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the parties may file a motion for continued sealing if they so choose.

Respectfully submitted,

/s/ Stephanie A. Roeser

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac v*ice) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac v*ice) |
| 1875 K Street NW | 2049 Century Park East, Suite 1700 |
| Washington, DC 20006 | Los Angeles, CA 90067 |
| (202) 303-1000 | (310) 312-4000 |
| E-mail: mgottlieb@willkie.com | ehudson@manatt.com |
| kbender@willkie.com | sroeser@manatt.com |
| | |
| Aaron Nathan | Matthew F. Bruno |
| Willkie Farr & Gallagher LLP | 7 Times Sq. |
| 787 7th Avenue New York, NY 10019 | New York, NY 10036 |
| (212) 728-8000 | (212) 790-4500 |
| E-mail: anathan@willkie.com | mbruno@manatt.com |

**manatt**

**Stephanie A. Roeser**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4207
sroeser@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
E-mail: mgovernski@dirllp.com

*Attorneys for Blake Lively*