# EXHIBIT B

# IEWU Casting

**Thread Participants:** Tracy Ryerson; Jamey Heath; Justin Baldoni; Andrew Calof; Kristy Carlson; AJ Marbory (Owner); Alex Saks

**Active Participants:** Tracy Ryerson; Jamey Heath; Justin Baldoni; Andrew Calof; Kristy Carlson; AJ Marbory (Owner); Alex Saks

**First Message:** 12/15/2022 11:44:54 AM
**Last Message:** 12/15/2022 7:33:22 PM

**Justin Baldoni**
Hasan is in if schedule can work 😊
12/15/2022 11:44:54 AM

**Alex Saks**
Loved "Hasan is in if schedule can work 😊"
12/15/2022 11:45:12 AM

**AJ Marbory (Owner)**
Loved "Hasan is in if schedule can work 😊"
12/15/2022 11:45:14 AM

**Alex Saks**
Amazing!
12/15/2022 11:45:15 AM

**Kristy Carlson**
Fantastic!!!
12/15/2022 11:45:34 AM

**Andrew Calof**
Liked "Hasan is in if schedule can work 😊"
12/15/2022 11:45:42 AM

**Kristy Carlson**
Will follow up with his agent Annabel…
12/15/2022 11:50:16 AM

**Justin Baldoni**
Yea gonna finish script today.
But I think we wait to do anything official until we find our Lilly -
12/15/2022 11:52:17 AM

**Andrew Calof**
Yes
12/15/2022 11:52:36 AM

**Kristy Carlson**
Copy and agree!
12/15/2022 11:53:46 AM

**Justin Baldoni**
*He's going to finish script
12/15/2022 11:54:01 AM

**Tracy Ryerson**
Loved "Hasan is in if schedule can work 😊"
12/15/2022 11:55:05 AM

**Kristy Carlson**
Just connected with Josh Pearl re: Jenny Slate. He was curious about who we're talking to for Lily and Marshall - I told him we had some exciting possibilities, maybe Justin would share directly with Jenny but I am not able to say just yet. And he asked if I knew what the financial offer might look like - he's probably calling you guys at some point, Alex and Andrew, to feel out. I told him we'd touch base again after your conversation with her, Justin.
12/15/2022 4:17:43 PM

**Justin Baldoni**
Blake is in!!!!
12/15/2022 4:26:56 PM

**AJ Marbory (Owner)**
Loved "Blake is in!!!! "
12/15/2022 4:27:16 PM

**Jamey Heath**
Yes she is!!!!
We have a movie people.
12/15/2022 4:27:22 PM

**Kristy Carlson**
Yeeeeeaaahhhhhh!!!!
12/15/2022 4:28:04 PM

**Tracy Ryerson**
Woo hoooooo!!!!!
12/15/2022 4:28:55 PM

**Tracy Ryerson**
📎
<MA05A771AB36436D4A2CC628E71BC7DCA234CC4D1773BA9B0FDC3911379B6A83E.C01USN00>
12/15/2022 4:29:30 PM

**Alex Saks**
YIPPEEEEEEEEEEEEEEEEEEEE
12/15/2022 5:48:32 PM

**Justin Baldoni**
Any news on when I can meet Jenny ?
12/15/2022 7:27:18 PM

CONFIDENTIAL

MARBORY_000001361
MARBORY_000001360

**AJ Marbory (Owner)**
I'm connected with her team and awaiting her avails
12/15/2022 7:27:45 PM

**Justin Baldoni**
Liked "I'm connected with her team and awaiting her avail…"
12/15/2022 7:33:22 PM

CONFIDENTIAL

MARBORY_000001362
MARBORY_000001360