# EXHIBIT C

# chat49789650796426815

**Thread Participants:** Jamey Heath; Todd Black; Tera Hanks McMaster (Owner); Justin Baldoni ; Tera Hanks (Owner)

**Active Participants:** Jamey Heath; Todd Black; Tera Hanks McMaster (Owner); Justin Baldoni

**First Message:** 2/28/2024 11:45:54 AM
**Last Message:** 2/28/2024 9:05:22 PM

---

**Justin Baldoni**
Can the four if us talk this am
2/28/2024 11:45:54 AM

**Justin Baldoni**
Free at 9:15
2/28/2024 11:46:01 AM

**Todd Black**
Good for me
2/28/2024 11:46:10 AM

**Jamey Heath**
I can join quickly I'm at a service project but I can join for like 10 minutes
2/28/2024 12:04:19 PM

**Todd Black**
R u calling us?
2/28/2024 12:16:19 PM

**Jamey Heath**
Hey J, what's the word? We're standing by.
2/28/2024 12:18:33 PM

**Justin Baldoni**
Sorry 5
2/28/2024 12:33:09 PM

**Todd Black**
I am available
2/28/2024 12:33:15 PM

**Tera Hanks McMaster (Owner)**
I am available too
2/28/2024 12:33:19 PM

**Justin Baldoni**
FaceTiming in a minute
2/28/2024 12:39:13 PM

**Todd Black**
Ok
2/28/2024 12:39:30 PM

**Justin Baldoni**
2/28/2024 12:40:41 PM

**Justin Baldoni**
Thank you all for the love and support.
2/28/2024 1:08:58 PM

**Todd Black**
Xoxo
2/28/2024 1:09:09 PM

**Tera Hanks McMaster (Owner)**
Loved "Thank you all for the love and support."
2/28/2024 1:09:16 PM

**Todd Black**
Thank You
2/28/2024 1:09:18 PM

**Jamey Heath**
I love you and eat shit
2/28/2024 1:10:39 PM

**Jamey Heath**
Todd, Tera, this is a longtime standing gesture of love. I tell Justin all the time. Just for context.
2/28/2024 1:11:07 PM

**Tera Hanks McMaster (Owner)**
Noted, ha!
I'll be taking a different approach 😊
2/28/2024 1:12:36 PM

**Justin Baldoni**
U guys in? Coming on now
2/28/2024 2:34:29 PM

**Todd Black**
We r all
On
2/28/2024 2:34:41 PM

**Jamey Heath**
I can call you
2/28/2024 2:36:39 PM

**Justin Baldoni**
I'm here
2/28/2024 2:36:44 PM

**Justin Baldoni**
What's he actually saying
2/28/2024 2:39:15 PM

**Justin Baldoni**
Can someone connect me with the head of marketing we spoke to today. think I should see the film in its rough stage before I even show Blake
2/28/2024 8:56:34 PM

**Justin Baldoni**
Im making really good progress- really happy with the last three days. This is my happy place.
2/28/2024 8:57:08 PM

**Jamey Heath**
I will intro you in email
2/28/2024 9:03:22 PM

**Tera Hanks McMaster (Owner)**
Loved "Im making really good progress- really happy with …"
2/28/2024 9:03:43 PM

**Tera Hanks McMaster (Owner)**
Love that you are feeling good and in your happy place!
2/28/2024 9:05:22 PM