# EXHIBIT D

# chat575036536434658270

**Thread Participants:** ▇▇▇ Jamey Heath (Owner); ▇▇▇ Todd Black; ▇▇▇; ▇▇▇ Justin; ▇▇▇ Jamey Heath (Owner)
**Active Participants:** ▇▇▇ Todd Black; ▇▇▇
**First Message:** 11/20/2023 5:37:01 PM
**Last Message:** 11/20/2023 5:52:00 PM

---

▇▇▇
Hi all it's Ange. Warren has told me Blake has approved Todd. Yay! I know you all are getting together tomorrow to show Todd footage. Todd please share who Wayfarer should contact regarding your deal.
Thanks all.
11/20/2023 5:37:01 PM

**Todd Black**
Thanks so much. Looking forward to seeing you guys and the footage tomorrow. David Bloomfield is my in-house lawyer at my company. ▇▇▇. Best. Todd
11/20/2023 5:52:00 PM