# EXHIBIT E

**Thread Participants:** ▮▮▮ Jamey Heath (Owner); ▮▮▮ Colleen Hoover; ▮▮▮ Jamey Heath (Owner)
**Active Participants:** ▮▮▮ Jamey Heath (Owner); ▮▮▮ Colleen Hoover
**First Message:**    3/19/2024 3:44:22 PM
**Last Message:**    3/19/2024 3:53:59 PM

---

**Jamey Heath (Owner)**
Hi dear one.
Justin and I were wondering if you had a moment to FaceTime with us?.. we want to share something with you.
*3/19/2024 3:44:22 PM*

**Colleen Hoover**
Today? I'm parking in a parking garage and my mom and I are heading up to my son's apartment. Free in like ten minutes?
*3/19/2024 3:45:39 PM*

**Jamey Heath (Owner)**
Yes. That's great. We are standing by! Yay!
*3/19/2024 3:46:10 PM*

**Colleen Hoover**
Loved "Yes. That's great. We are standing by! Yay! "
*3/19/2024 3:46:19 PM*

**Jamey Heath (Owner)**
Text me when you're able.
*3/19/2024 3:46:19 PM*

**Colleen Hoover**
Okay we're good
*3/19/2024 3:53:41 PM*

**Jamey Heath (Owner)**
Ok FaceTiming now
*3/19/2024 3:53:59 PM*