# EXHIBIT F

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 10 | Date Range: 7/26/2024 |

## Outline of Conversations



▪ ███████ **chatroom** • 10 messages on 7/26/2024 • ███████ • Jen Abel ███████ • Katie Case ███████ • Nathan Melissa ███████

CONFIDENTIAL

BBKOSLOW-000008756
BBKOSLOW-000008756

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **chatroom**

**KC**  **Katie Case**  7/26/2024, 12:10 PM
Good morning Jen! Apologies for the early text. Melissa is very under the weather, so I wanted to reach out (and introduce my lovely colleague Bre) to connect over our drafted SOW for Wayfarer. Are you free at 9:30 AM PT to connect? We know time is of the essence and wanted to get your thoughts and feedback asap before sending it through. Let us know and we can give you a call then. Thank you!

**NM**  **Nathan Melissa**  7/26/2024, 12:15 PM
Jen following from our conversation yesterday, obviously I'm on the way to the ER

**JA**  **Jen Abel**  7/26/2024, 12:15 PM
Omg

**JA**  **Jen Abel**  7/26/2024, 12:15 PM
I'm so sorry

**JA**  **Jen Abel**  7/26/2024, 12:15 PM
Yes call me then

**JA**  **Jen Abel**  7/26/2024, 12:15 PM
Keep me updated how you are feeling melissa!!!!

**NM**  **Nathan Melissa**  7/26/2024, 12:16 PM
Loved "Keep me updated how you are feeling melissa!!!! "

**KC**  **Katie Case**  7/26/2024, 12:16 PM
Ok perfect!! Will do so!

**#**    7/26/2024, 12:26 PM
Hi! So nice to be in touch

**JA**  **Jen Abel**  7/26/2024, 12:30 PM
Loved "Hi! So nice to be in touch "