# EXHIBIT G

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 25 | Date Range: 8/27/2024 |

## Outline of Conversations



 **System Message chatroom** • 25 messages on 8/27/2024 • ▮▮▮ • Katie Case ▮▮▮ • Nathan Melissa ▮▮▮ • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

 /System Message chatroom

\# ▮▮▮▮▮ — 8/27/2024, 9:41 AM

Tatiana piece set to run this morning. Her other questions re: forecasting how much JB made Jen said they do not comment on forecasting. She asked if Wayfarer's option was for 18 months, Jen said no comment for anything re: sequel.

This morning about 20 mins ago Tatiana sent last fact checking:

can you run one thing by them: We are saying that Sony and Wayfarer will net at least $50 million to $60 million each in profits from the film's theatrical run alone.

\# ▮▮▮▮▮ — 8/27/2024, 9:41 AM

We should probably just call Jamey soon

KC **Katie Case** — 8/27/2024, 9:42 AM

This seems likes it's going to be a decent enough piece for wayfarer?

KC **Katie Case** — 8/27/2024, 9:42 AM

I can join the call if you need Bre?

\# ▮▮▮▮▮ — 8/27/2024, 9:42 AM

Yes

NM **Nathan Melissa** — 8/27/2024, 9:42 AM

I can join I just need 15 mins to wash my face and get up properly

NM **Nathan Melissa** — 8/27/2024, 9:43 AM

But Jen should be on too

\# ▮▮▮▮▮ — 8/27/2024, 12:27 PM

I CANNOTH NOT

\# ▮▮▮▮▮ — 8/27/2024, 12:28 PM

We do something it's not right as they don't want to continue to the attacks / we don't do something, the story should have been more negative

NM **Nathan Melissa** — 8/27/2024, 12:28 PM

Ridiculous

KC **Katie Case** — 8/27/2024, 12:28 PM

Emphasized "We do something it's not right as they don't want …"

KC **Katie Case** — 8/27/2024, 12:28 PM

You really tried Bre

NM **Nathan Melissa** — 8/27/2024, 2:57 PM

Only you both Would understand this and how I shook my head [url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_a8_08_025B58A4-C76C-4D7C-BBAD-A50A6D6E0092_Screenshot 2024-08-27 at 11.56.54.heic (72 KB)*

KC **Katie Case** — 8/27/2024, 2:58 PM

Oh for PETES sake

| | | |
|---|---|---|
| KC | **Katie Case** ▓▓▓▓▓▓▓ <br> I could feel the eye roll from here lol | 8/27/2024, 2:58 PM |
| NM | **Nathan Melissa**▓▓▓▓▓▓▓ <br> Capes | 8/27/2024, 2:58 PM |
| # | ▓▓▓▓▓▓▓ <br> Im dead - Have you seen our capes? | 8/27/2024, 2:59 PM |
| KC | **Katie Case** ▓▓▓▓▓▓▓ <br> CAPES | 8/27/2024, 2:59 PM |
| # | **15188103255** <br> I can't do video for this | 8/27/2024, 5:27 PM |
| NM | **Nathan Melissa** ▓▓▓▓▓▓▓ <br> Same am driving | 8/27/2024, 5:28 PM |
| NM | **Nathan Melissa**▓▓▓▓▓▓▓ <br> Get ready for the hate by the way I need to fill both of you in really quickly before this school | 8/27/2024, 5:29 PM |
| # | ▓▓▓▓▓▓▓ <br> In anticipation of this call now? | 8/27/2024, 5:29 PM |
| NM | **Nathan Melissa**▓▓▓▓▓▓▓ <br> lol yes | 8/27/2024, 5:29 PM |
| # | ▓▓▓▓▓▓▓ | 8/27/2024, 5:29 PM |
| KC | **Katie Case** ▓▓▓▓▓▓▓ <br> Sorry I didn't see this | 8/27/2024, 5:31 PM |

CONFIDENTIAL

BBKOSLOW-000008790
BBKOSLOW-000008788