# EXHIBIT B

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - x

4    BLAKE LIVELY,

5              Plaintiff,
        v.

6

7    WAYFARER STUDIOS LLC, a        Civ. Action No.
     Delaware Limited

8    Liability Company,            1:24-cv-10049-LJL
     JUSTIN BALDONI, an

9    individual, JAMEY HEATH,      (Consolidated for
     an individual, STEVE

10   SAROWITZ, an individual,      pretrial purposes with
     IT ENDS WITH US MOVIE

11   LLC, a California             1:25-cv-00449-LJL)
     Limited Liability

12   Company, MELISSA NATHAN,      Rel. 1:25-cv-00779-LJL
     an individual, THE

13   AGENCY GROUP PR LLC, a
     Delaware Limited

14   Liability Company,
     JENNIFER ABEL, an

15   individual, JED WALLACE,
     an individual, and

16   STREET RELATIONS INC., a
     California Corporation

17

             Defendants.
18   - - - - - - - - - - - - - x
          Videotaped Deposition of BLAKE LIVELY
19
               New York, New York
20
            Wednesday, July 30, 2025
21
                 10:15 A.M.
22

23      CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

     Pages: 1 - 294
24   Reported By: Anita M. Trombetta, RMR, CRR,
     California CSR No. 14647

25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                2

1

2

3

4    Videotaped deposition of BLAKE LIVELY, held at the

5    offices of:

6

7            Willkie Farr & Gallagher LLP

8            787 Seventh Avenue

9            New York, NY 10019-6099

10           212.728.8000

11

12   Pursuant to notice, before Anita M. Trombetta, a

13   Certified Shorthand Reporter in the State of

14   California, RMR, CRR, and Notary Public in and for

15   the State of New York.

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                     3

```
1    A P P E A R A N C E S

2      ON BEHALF OF THE PLAINTIFF:

3          ESRA A. HUDSON, ESQUIRE

4          STEPHANIE ROESER, ESQUIRE

5          MANATT, PHELPS & PHILLIPS, LLP

6          2049 Century Park East

7          Century City, CA 90067

8          310.312.4381

9           -and-

10         MICHAEL J. GOTTLIEB, ESQUIRE

11         KRISTIN BENDER, ESQUIRE (Washington, D.C.)

12         AARON E. NATHAN, ESQUIRE (New York)

13         MICHAELA CONNOLLY, ESQUIRE (New York)

14         WILLKIE FARR & GALLAGHER LLP

15         2029 Century Park East

16         Los Angeles, CA 90067

17         202.303.1442

18          -and-

19         LINDSEY STRASBERG, ESQUIRE

20         SLOANE OFFER WEBER & DERN

21         10100 Santa Monica Boulevard, Suite 750

22         Los Angeles, CA 90067

23         310.248.5100

24      (Appearances continued on next page.)

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                  4

```
1    A P P E A R A N C E S   C O N T I N U E D

2

3        ON BEHALF OF WAYFARER STUDIOS LLC, JUSTIN

4        BALDONI, JAMEY HEATH, STEVE SAROWITZ,

5        IT ENDS WITH US MOVIE LLC, MELISSA

6        NATHAN, THE AGENCY GROUP PR LLC, and

7        JENNIFER ABEL:

8            BRYAN J. FREEDMAN, ESQUIRE

9            ELLYN GAROFALO, ESQUIRE

10           LINER FREEDMAN TAITELMAN COOLEY LLP

11           1801 Century Park West, 5th Floor

12           Los Angeles, CA 90067-6408

13           310.201.0005

14            -and-

15            SUMMER BENSON, ESQUIRE

16            MITCHELL SCHUSTER, ESQUIRE

17            KEVIN A. FRITZ, ESQUIRE

18           MEISTER SEELIG & FEIN PLLC

19           125 Park Avenue, 7th Floor

20           New York, NY 10017

21           310.201.0005

22

23           (Appearances continued on next page.)

24

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    5

```
1     A P P E A R A N C E S   C O N T I N U E D

2

3        ON BEHALF OF WAYFARER STUDIOS LLC, JUSTIN

4        BALDONI, JAMEY HEATH, STEVE SAROWITZ,

5        IT ENDS WITH US MOVIE LLC, MELISSA

6        NATHAN, THE AGENCY GROUP PR LLC, and

7        JENNIFER ABEL:

8             MITRA AHOURAIAN, ESQUIRE

9             AHOURAIAN LAW

10            2029 Century Park E #14

11            Los Angeles, CA 90067

12            310.376.7878

13

14       ATTORNEYS FOR STEPHANIE JONES AND

15       JONESWORKS LLC:

16            MAAREN A. SHAH, ESQUIRE

17            QUINN EMANUEL URQUHART & SULLIVAN, LLP

18            295 5th Avenue

19            New York, NY 10016

20            212.849.7452

21

22

23

24    (Appearances continued on next page.)

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    6

```
1    A P P E A R A N C E S   C O N T I N U E D

2

3        ATTORNEYS FOR DEFENDANTS STREET RELATIONS,

4        INC. and JED WALLACE:

5            CHARLES L. BABCOCK, ESQUIRE

6            JOEL GLOVER, ESQUIRE

7            JACKSON WALKER LLP

8            1401 McKinney St # 1900

9            Houston, TX 77010

10           713.752.4210

11

12   ALSO PRESENT:

13   JUSTIN BALDONI

14   STEVE SAROWITZ

15   MELISSA NATHAN

16   JENNIFER ABEL

17   JAMEY HEATH

18   ENRIQUE CASAS, Videographer

19

20

21

22

23

24

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                      7

```
1    ------------------ I N D E X ----------------------
     WITNESS
2    BLAKE LIVELY

3    EXAMINATION BY                          Page

4     ATTORNEY FREEDMAN                            12
      ATTORNEY BABCOCK                            246
5
     ------------------ E X H I B I T S ---------------
6
      Exhibit              Description      Page
7     Exhibit 1000         Defendant Jed         246
                           Wallace and Street
8                          Relations Inc.'s
                           Notice of
9                          Deposition of
                           Plaintiff;
10                         Consolidated
                           Defendant Blake
11                         Lively
      Exhibit 1055         Second Amended        262
12                         Complaint for
                           Sexual Harassment,
13                         Retaliation,
                           Breach of
14                         Contract, False
                           Light, Defamation,
15                         and Other Claims
      Exhibit 1051         Email Chain           274
16                         Bearing Bates
                           BL-000028978
17                         Through
                           BL-000028982
18    Exhibit 1048         Complaint of          278
                           Employment
19                         Discrimination
                           Before the State
20                         of California
      Exhibit 1049         Complaint for         279
21                         Damages
      Exhibit 1042         Memo, Re: Cease       280
22                         and Desist Demand,
                           STREET 1.000092
23

24

25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    8

1
                        E X H I B I T S
2
    Exhibit 1041          Email Bearing            281
3                         Bates STREET
                          1.000091
4   Exhibit 1001          Lively Verified          286
                          Petition for Rule
5                         202 Deposition
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    9

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 10:13:39 |
| 2 | THE VIDEOGRAPHER:  Here begins media | 10:13:39 |
| 3 | number 1 in the videotaped deposition of Blake | 10:15:13 |
| 4 | Lively, in the matter of Lively vs. Wayfarer | 10:15:16 |
| 5 | Studios LLC, et al., in the United States District | 10:15:20 |
| 6 | Court, Southern District of New York, Case Number | 10:15:24 |
| 7 | 1:24-cv-10049-LJL. | 10:15:31 |
| 8 | Today's date is July 31st, 2025, and the | 10:15:32 |
| 9 | time on the video monitor is 10:15 A.M. | 10:15:35 |
| 10 | The videographer for today is Enrique | 10:15:40 |
| 11 | Casas, representing Planet Depos.  This video | 10:15:43 |
| 12 | deposition is taking place at 787 Seventh Avenue, | 10:15:44 |
| 13 | New York, New York. | 10:15:48 |
| 14 | Would counsel please voice-identify | 10:15:48 |
| 15 | themselves and state who they represent. | 10:15:51 |
| 16 | ATTORNEY HUDSON:  Esra Hudson on behalf of | 10:15:54 |
| 17 | Ms. Lively.  With me here today is my co-counsel, | 10:15:56 |
| 18 | Michael Gottlieb at -- with Willkie Farr & | 10:16:00 |
| 19 | Gallagher; Stephanie Roeser with Manatt; Lindsey | 10:16:03 |
| 20 | Strasberg with Sloane Offer Weber & Dern; Kristin | 10:16:08 |
| 21 | Bender with Willkie; Michaela Connolly with | 10:16:12 |
| 22 | Willkie; and Aaron Nathan with Willkie. | 10:16:16 |
| 23 | ATTORNEY SHAH:  Maaren Shah from Quinn | 10:16:20 |
| 24 | Emanuel Urquhart & Sullivan, on behalf of | 10:16:22 |
| 25 | Jonesworks and Stephanie Jones. | 10:16:24 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    10

| | | |
|---|---|---|
| 1 | ATTORNEY BABCOCK:  Charles Babcock, Chip | 10:16:27 |
| 2 | Babcock, Jackson Walker, on behalf of Jed Wallace | 10:16:30 |
| 3 | and Street Relations. | 10:16:35 |
| 4 | ATTORNEY GLOVER:  Joel Glover, also on | 10:16:36 |
| 5 | behalf of Jed Wallace and Street Relations. | 10:16:38 |
| 6 | ATTORNEY FREEDMAN:  Bryan Freedman. | 10:16:43 |
| 7 | ATTORNEY BENSON:  Summer Benson. | 10:16:45 |
| 8 | ATTORNEY SCHUSTER:  Mitchell Schuster. | 10:16:46 |
| 9 | ATTORNEY GAROFOLO:  Ellyn Garofalo. | 10:16:47 |
| 10 | ATTORNEY AHOURAIAN:  Mitra Ahouraian. | 10:16:52 |
| 11 | THE VIDEOGRAPHER:  The court reporter | 10:16:53 |
| 12 | today is Anita Baker -- Anita Trombetta | 10:16:53 |
| 13 | representing Planet Depos.  Sorry. | 10:16:57 |
| 14 | The witness will now be sworn in. | 10:16:59 |
| 15 | ATTORNEY HUDSON:  Counsel, before we get | 10:17:11 |
| 16 | started, can we agree that the standard | 10:17:12 |
| 17 | stipulation under FRCP 32(d)(3)(a) will be applied | 10:17:14 |
| 18 | to this case? | 10:17:18 |
| 19 | ATTORNEY FREEDMAN:  We can certainly talk | 10:17:18 |
| 20 | about it during the break. | 10:17:20 |
| 21 | ATTORNEY HUDSON:  Well, it's that all | 10:17:21 |
| 22 | objections except to the form of the question are | 10:17:22 |
| 23 | reserved for trial. | 10:17:24 |
| 24 | ATTORNEY FREEDMAN:  I understand that. | 10:17:26 |
| 25 | I'm happy to talk about it while we're off the | 10:17:27 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              11

| | | |
|---|---|---|
| 1 | record. | 10:17:29 |
| 2 | ATTORNEY HUDSON:  Well -- | 10:17:29 |
| 3 | ATTORNEY FREEDMAN:  I don't think it's | 10:17:30 |
| 4 | going to be an issue. | 10:17:31 |
| 5 | ATTORNEY HUDSON:  Okay.  So we can agree, | 10:17:32 |
| 6 | though, that the rule will apply? | 10:17:33 |
| 7 | ATTORNEY FREEDMAN:  We can definitely | 10:17:35 |
| 8 | agree that we can talk about it for sure, but I | 10:17:36 |
| 9 | want to talk to my co-counsel. | 10:17:41 |
| 10 | ATTORNEY HUDSON:  That's the rule that | 10:17:43 |
| 11 | I'll be functioning under for the course of the | 10:17:44 |
| 12 | deposition, unless you disagree. | 10:17:46 |
| 13 | ATTORNEY FREEDMAN:  Okay. | 10:17:48 |
| 14 | ATTORNEY HUDSON:  And then I also wanted | 10:17:49 |
| 15 | to note for the record that per the protective | 10:17:50 |
| 16 | order in this case, ECF number 125, we're | 10:17:52 |
| 17 | designating Ms. Lively's entire deposition | 10:17:55 |
| 18 | transcript and video, including all testimony and | 10:17:58 |
| 19 | exhibits, as confidential. | 10:18:01 |
| 20 | We reserve the right to modify, elevate, | 10:18:03 |
| 21 | or remove this designation within the time period | 10:18:06 |
| 22 | set forth in the protective order. | 10:18:09 |
| 23 | And I also want to just clarify that | 10:18:12 |
| 24 | everyone in the room has signed the protective | 10:18:14 |
| 25 | order. | 10:18:16 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                         12

| | | |
|---|---|---|
| 1 | ATTORNEY SCHUSTER:  That's correct. | 10:18:18 |
| 2 | ATTORNEY HUDSON:  Okay.  Thank you. | 10:18:20 |
| 3 | B L A K E   L I V E L Y, called as a witness, | |
| 4 | having been first duly sworn by a Notary Public, | |
| 5 | was examined and testified as follows: | |
| 6 | EXAMINATION BY | |
| 7 | ATTORNEY FREEDMAN: | |
| 8 | Q  Good morning.  What's your full legal | 10:18:25 |
| 9 | name? | 10:18:27 |
| 10 | A  Blake Ellender Reynolds. | 10:18:27 |
| 11 | Q  And what is your date of birth? | 10:18:33 |
| 12 | A  8/25/1987. | 10:18:35 |
| 13 | Q  How long have you been an actress? | 10:18:39 |
| 14 | A  21 years. | 10:18:42 |
| 15 | Q  Do you recall the year you started? | 10:18:48 |
| 16 | A  Professionally, 2004. | 10:18:51 |
| 17 | Q  You agreed to play the role of Lily Bloom | 10:18:54 |
| 18 | in It Ends With Us at the end of 2022; is that | 10:19:03 |
| 19 | correct? | 10:19:09 |
| 20 | A  Yes. | 10:19:09 |
| 21 | Q  Prior to that time, had you heard about | 10:19:10 |
| 22 | the book with the same title? | 10:19:13 |
| 23 | A  Prior to agreeing? | 10:19:16 |
| 24 | Q  Yes. | 10:19:20 |
| 25 | A  Yes. | 10:19:21 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                          251

| | | |
|---|---|---|
| 1 | about some publication, some things that are | 18:47:31 |
| 2 | tangible -- you know, you can read them, and I'm | 18:47:35 |
| 3 | just trying to find out if you're aware of | 18:47:37 |
| 4 | anything that Jed Wallace has published about you | 18:47:39 |
| 5 | that you complain about that would be part of a | 18:47:46 |
| 6 | smear campaign. | 18:47:49 |
| 7 | ATTORNEY HUDSON:  Objection. | 18:47:50 |
| 8 | A  Sorry, I don't think I understand the | 18:47:53 |
| 9 | question. | 18:47:56 |
| 10 | Q  In -- in the law that the thousands of | 18:47:56 |
| 11 | people who are witnessing this deposition practice | 18:48:03 |
| 12 | a lot, there is a thing called libel, which is | 18:48:07 |
| 13 | written defamation disparagement, and then there | 18:48:11 |
| 14 | is a slander, which is oral defamation or | 18:48:16 |
| 15 | disparagement.  So I'm focusing on written. | 18:48:19 |
| 16 | Is there anything you've seen in writing | 18:48:22 |
| 17 | that you believe that Mr. Wallace has authored | 18:48:24 |
| 18 | that is defamatory, disparaging or says mean | 18:48:28 |
| 19 | things about you? | 18:48:33 |
| 20 | A  That's happening currently? | 18:48:36 |
| 21 | Q  Well, let's start with currently, sure. | 18:48:37 |
| 22 | A  Currently, I don't read news about me or | 18:48:39 |
| 23 | go on social media about me.  So personally, I | 18:48:48 |
| 24 | don't have knowledge, no. | 18:48:55 |
| 25 | Q  Okay.  And that's as of today. | 18:48:57 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              252

| | | |
|---|---|---|
| 1 | And going backward in time, can you | 18:49:02 |
| 2 | identify any written thing that you believe | 18:49:06 |
| 3 | Mr. Wallace published about you that is | 18:49:09 |
| 4 | defamatory, disparaging, in any way offending to | 18:49:14 |
| 5 | you? | 18:49:18 |
| 6 | ATTORNEY HUDSON:  Objection. | 18:49:18 |
| 7 | A  A specific article or -- no, I don't know | 18:49:19 |
| 8 | a specific -- I don't know a specific article. | 18:49:29 |
| 9 | Q  Okay.  And it could be a post, anything in | 18:49:32 |
| 10 | writing that you can look at it like I'm looking | 18:49:34 |
| 11 | at this screen and reading. | 18:49:37 |
| 12 | And you're not aware of anything that he's | 18:49:39 |
| 13 | authored that you can actually see whether it's a | 18:49:41 |
| 14 | post, an article, or a video or something like | 18:49:45 |
| 15 | that, correct? | 18:49:48 |
| 16 | ATTORNEY HUDSON:  Objection. | 18:49:48 |
| 17 | A  I can't cite a specific article.  I -- my | 18:49:49 |
| 18 | understanding from the documents I received is | 18:49:59 |
| 19 | that he was a part of this campaign which | 18:50:03 |
| 20 | contained a lot of content.  But to be able to | 18:50:13 |
| 21 | name one specific article, if that's what you're | 18:50:18 |
| 22 | asking, no. | 18:50:21 |
| 23 | Q  Yeah.  Okay. | 18:50:22 |
| 24 | And you were right to focus on one | 18:50:23 |
| 25 | specific article, and I also wanted to focus on | 18:50:27 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025

253

| | | |
|---|---|---|
| 1 | one specific author, which would be Mr. Wallace. | 18:50:30 |
| 2 | And are you aware of any specific article | 18:50:35 |
| 3 | that he authored himself, maybe in conjunction | 18:50:37 |
| 4 | with others, but that he authored himself? | 18:50:41 |
| 5 | ATTORNEY HUDSON:  Objection. | 18:50:44 |
| 6 | A  With his name on it?  No.  I understand | 18:50:45 |
| 7 | Mr. Wallace's work to be quite clandestine, so I'm | 18:50:51 |
| 8 | not aware of anything that has his name on it, no. | 18:51:00 |
| 9 | Q  How do you know his work was quite | 18:51:03 |
| 10 | clandestine? | 18:51:06 |
| 11 | A  That's how it's been described to me by | 18:51:07 |
| 12 | everyone who knows him, that -- yeah, that | 18:51:13 |
| 13 | everyone who I've spoken with who knows him.  It's | 18:51:17 |
| 14 | also what was described in the documents we | 18:51:21 |
| 15 | received, both in the Joneswork documents, as well | 18:51:27 |
| 16 | as documents in discovery. | 18:51:35 |
| 17 | Q  Who described him to you as quite | 18:51:36 |
| 18 | clandestine?  You said that people told you that, | 18:51:39 |
| 19 | who told you that? | 18:51:43 |
| 20 | A  I don't know that those were the words | 18:51:44 |
| 21 | that were used. | 18:51:45 |
| 22 | Q  Sure. | 18:51:47 |
| 23 | A  That was the general sort of descriptor, | 18:51:48 |
| 24 | or the general idea. | 18:51:52 |
| 25 | ATTORNEY HUDSON:  And you're excluding | 18:51:53 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    261

| | | |
|---|---|---|
| 1 | ATTORNEY HUDSON:  Objection. | 19:02:35 |
| 2 | A  No, that's not what I'm saying. | 19:02:36 |
| 3 | Q  Okay.  I didn't think so.  I just wanted | 19:02:37 |
| 4 | to be clear. | 19:02:39 |
| 5 | All right.  I just want to get a timeline | 19:02:40 |
| 6 | of things. | 19:02:48 |
| 7 | The production started in early May of | 19:02:49 |
| 8 | 2023, is that right, of the movie it ends with us? | 19:02:51 |
| 9 | A  The filming itself started, I believe, | 19:02:56 |
| 10 | yeah, in May of 2023. | 19:02:58 |
| 11 | Q  Okay.  And was that in California? | 19:02:59 |
| 12 | A  No, it was in New Jersey. | 19:03:04 |
| 13 | Q  Oh, I thought everything was in | 19:03:09 |
| 14 | California. | 19:03:10 |
| 15 | Okay.  And then there was a writers' | 19:03:11 |
| 16 | strike that stopped it in June of '23 -- 2023, | 19:03:16 |
| 17 | correct? | 19:03:24 |
| 18 | A  Correct. | 19:03:25 |
| 19 | Q  And then production resumed maybe on | 19:03:26 |
| 20 | January 5th of 2024; is that right? | 19:03:33 |
| 21 | A  That sounds correct. | 19:03:35 |
| 22 | Q  Okay.  Was that also in New Jersey or was | 19:03:36 |
| 23 | that in California? | 19:03:38 |
| 24 | A  That was in New Jersey.  We shot a couple | 19:03:39 |
| 25 | days in California at the end. | 19:03:42 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                262

| | | |
|---|---|---|
| 1 | Q   Okay.  Was the movie shot anywhere other | 19:03:46 |
| 2 | than New Jersey or California? | 19:03:49 |
| 3 | A   I believe they did additional photography | 19:03:52 |
| 4 | and wide shots and inserts -- not inserts, but | 19:03:58 |
| 5 | wider shots of scenery in other locations. | 19:04:06 |
| 6 | Q   Do you know where those other locations | 19:04:09 |
| 7 | were? | 19:04:12 |
| 8 | A   I don't. | 19:04:13 |
| 9 | Q   You weren't involved in them; they just | 19:04:13 |
| 10 | shot them other places? | 19:04:16 |
| 11 | A   Yes. | 19:04:17 |
| 12 | Q   Okay.  Great. | 19:04:17 |
| 13 | ATTORNEY BABCOCK:  Joel, I need 1055. | 19:04:21 |
| 14 | (Exhibit 1055, marked for identification.) | 19:04:21 |
| 15 | BY ATTORNEY BABCOCK: | 19:04:21 |
| 16 | Q   Last night, we received a second amended | 19:04:27 |
| 17 | complaint, and it's a big thick old thing, and I'm | 19:04:31 |
| 18 | not -- and what I've done is to redline the | 19:04:36 |
| 19 | changes.  So it's not how it was filed.  It's just | 19:04:42 |
| 20 | how -- how it looks now. | 19:04:47 |
| 21 | And I have a couple of questions about it, | 19:04:49 |
| 22 | not a whole lot, but if -- if you'll turn to | 19:05:00 |
| 23 | paragraph 332, which you'll find on page 118, the | 19:05:05 |
| 24 | second amended complaint, which this is -- have | 19:05:13 |
| 25 | you ever seen it before, by the way? | 19:05:17 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    266

| | | |
|---|---|---|
| 1 | Q   What is astroturfing? | 19:09:45 |
| 2 | A   My understanding of astroturfing is when a | 19:09:49 |
| 3 | conversation or sentiment is inorganic.  And | 19:10:00 |
| 4 | unlike a grassroots marketing campaign, it is fake | 19:10:09 |
| 5 | in that it is a sentiment that is where there is a | 19:10:17 |
| 6 | particular person, group, or organization behind | 19:10:24 |
| 7 | it. | 19:10:27 |
| 8 | Q   Okay.  And you say in this complaint that | 19:10:27 |
| 9 | the "coordinated astroturfing campaign to | 19:10:37 |
| 10 | discredit and bury Ms. Lively." | 19:10:42 |
| 11 | What do you mean by bury you, the | 19:10:46 |
| 12 | astroturfing campaign was meant to bury you? | 19:10:49 |
| 13 | ATTORNEY HUDSON:  Objection. | 19:10:52 |
| 14 | Q   Do you know what that means, what is meant | 19:10:52 |
| 15 | by that? | 19:10:54 |
| 16 | ATTORNEY HUDSON:  Objection. | 19:10:55 |
| 17 | A   I do. | 19:10:56 |
| 18 | Q   And what is meant by that? | 19:10:56 |
| 19 | A   They were descriptives that were used by | 19:10:58 |
| 20 | Justin Baldoni, Jennifer Abel, and Melissa Nathan. | 19:11:05 |
| 21 | The term "bury," she wants -- he wants to feel | 19:11:08 |
| 22 | like she can be buried. | 19:11:10 |
| 23 | Q   Okay.  And -- | 19:11:10 |
| 24 | A   And Melissa Nathan said, "We can bury | 19:11:14 |
| 25 | her." | 19:11:16 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                     267

| | | |
|---|---|---|
| 1 | Q  Okay. | 19:11:16 |
| 2 | A  So that's why that word was chosen. | 19:11:17 |
| 3 | Q  This is going to seem like a facetious or | 19:11:19 |
| 4 | silly question, but you didn't take that to mean | 19:11:22 |
| 5 | they were going to physically bury you, just they | 19:11:27 |
| 6 | were going to reputationally bury you?  Is that | 19:11:29 |
| 7 | how you took it or not? | 19:11:32 |
| 8 | A  When they said that, I felt | 19:11:33 |
| 9 | reputationally. | 19:11:39 |
| 10 | When Steve Sarowitz said that there would | 19:11:39 |
| 11 | be two dead bodies by the time that he was done | 19:11:42 |
| 12 | with us, yeah, I considered that that might be | 19:11:45 |
| 13 | literal. | 19:11:48 |
| 14 | Q  You thought you might -- you might be in | 19:11:49 |
| 15 | physical jeopardy? | 19:11:51 |
| 16 | A  You -- as a mother, you feel like anything | 19:11:53 |
| 17 | is -- could be possible in those moments.  It's | 19:12:00 |
| 18 | terrifying. | 19:12:06 |
| 19 | Q  Yeah.  Putting aside the physical | 19:12:07 |
| 20 | jeopardy, was -- was the reference to burying and | 19:12:12 |
| 21 | two dead bodies inclusive of reputational injury | 19:12:18 |
| 22 | or not? | 19:12:22 |
| 23 | ATTORNEY HUDSON:  Objection. | 19:12:23 |
| 24 | A  I'm sorry, I don't understand the | 19:12:23 |
| 25 | question. | 19:12:25 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              274

```
1        When Mr. Freedman allegedly made these       19:21:17
2   defamatory comments on behalf of Mr. Wallace, did  19:21:20
3   he make them prior to the lawsuit -- to that       19:21:25
4   lawsuit, which has now been dismissed, being sent  19:21:29
5   to New York?                                       19:21:32
6        ATTORNEY HUDSON:  Objection.                  19:21:32
7   Q  How about that?                                 19:21:33
8        ATTORNEY HUDSON:  Objection.                  19:21:36
9   A  My understanding is that Mr. Freedman's         19:21:37
10  harmful statements started as soon as the first    19:21:45
11  case started, which would be mine.  So December of 19:21:55
12  2024.                                              19:22:01
13  Q  Okay.  The premiere of it ends with us,         19:22:01
14  the film, was on August 6th of 2024; is that       19:22:16
15  right?                                             19:22:22
16  A  I don't know the exact date, but that           19:22:22
17  sounds correct.                                    19:22:24
18  Q  Okay.                                           19:22:25
19       ATTORNEY BABCOCK:  Have you got 1051?         19:22:27
20       I may have a document that might help.        19:22:29
21       THE WITNESS:  Thanks.                         19:22:32
22       ATTORNEY BABCOCK:  You can -- attach that     19:22:34
23  one.                                               19:22:38
24       (Exhibit 1051, marked for identification.)    19:22:38
25  BY ATTORNEY BABCOCK:                               19:22:57
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    275

| | | |
|---|---|---|
| 1 | Q  1051, if you go to the fourth page, next | 19:22:57 |
| 2 | to last page, it says, "Tuesday, August 6th, | 19:23:06 |
| 3 | 7:00 P.M., it ends with us premiere, location AMC | 19:23:12 |
| 4 | Lincoln Square, 1998 Broadway, New York, | 19:23:16 |
| 5 | New York." | 19:23:20 |
| 6 | Does that refresh your recollection as to | 19:23:20 |
| 7 | when the premiere was? | 19:23:23 |
| 8 | A  Sorry, I wasn't there yet. | 19:23:24 |
| 9 | This is 8981?  Tuesday, August 6th, it | 19:23:26 |
| 10 | ends with us premiere.  Yes. | 19:23:33 |
| 11 | Q  Okay.  And the -- the film's release was | 19:23:35 |
| 12 | on August 9th; is that right? | 19:23:43 |
| 13 | A  In the United States, yes.  It released at | 19:23:45 |
| 14 | different times in different international | 19:23:51 |
| 15 | territories.  But for the sake of our | 19:23:52 |
| 16 | conversations today, when I've talked about the | 19:23:55 |
| 17 | day the film was released, I was talking about | 19:23:59 |
| 18 | August 9th. | 19:24:01 |
| 19 | Q  Okay.  And you testified earlier that that | 19:24:02 |
| 20 | was when you first became aware of the negative | 19:24:03 |
| 21 | argument or the -- sorry, the negative article | 19:24:07 |
| 22 | about you, right? | 19:24:12 |
| 23 | ATTORNEY HUDSON:  Objection. | 19:24:13 |
| 24 | A  Not an article, no.  It felt -- no, not | 19:24:13 |
| 25 | one article. | 19:24:22 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    294

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2        I, ANITA M. TROMBETTA, RMR, CRR, and Certified

3    California Shorthand Reporter, the officer before

4    whom the foregoing deposition was taken, do hereby

5    certify that the foregoing transcript is a true

6    and correct record of the testimony given; that

7    said testimony was taken by me stenographically

8    and thereafter reduced to typewriting under my

9    direction; that reading and signing was requested

10   [or not requested, as appropriate]; and that I am

11   neither counsel for, related to, nor employed by

12   any of the parties to this case and have no

13   interest, financial or otherwise, in its outcome.

14          IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my notarial seal this 31st day of

16   July, 2025.

17   My commission expires: 10.07.2025

18

19

20

21   _____

22   Anita M. Trombetta, RMR, CRR

23

24

25
```