UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively, § § *Plaintiff*, § § v. § § Wayfarer Studios LLC, a Delaware Limited § Liability Company; Justin Baldoni, an § individual; Steve Sarowitz, an individual; It § Ends With Us Movie LLC, a California § Limited Liability Company; Melissa § Nathan, an individual; The Agency Group § PR LLC, a Delaware Limited Liability § Company; Jennifer Abel, an individual; Jed § Wallace, an individual; and Street § Relations, Inc., a Texas Corporation § § *Defendants*. § § | Case No. 1:24-cv-10049-LJL (Consolidated with 1:25-cv-00449-LJL) **JURY TRIAL DEMANDED** **ORAL ARGUMENT REQUESTED** |

## WALLACE DEFENDANTS' INDEX OF EXHIBITS

Defendants Jed Wallace ("Wallace") and Street Relations, Inc. ("Street") submit this Index of Exhibits in support of their Motions to Dismiss Plaintiff Blake Lively's Second Amended Complaint or, Alternatively, Sever and Transfer:

| Exhibit | Description |
|---|---|
| A | Declaration of Jed Wallace |
| A-1 | Blake Lively's Verified Petition for Rule 202 Deposition; Cause No. 25-0200-DCF, Hays County, Texas |
| A-2 | Blake Lively's Notice of Nonsuit Without Prejudice; Cause No. 25-0200-DCF, Hays County, Texas |
| A-3 | Jed Wallace and Street Relations, Inc.'s Complaint for Declaratory Judgment and Defamation; No. 1:25-cv-00163 (Dkt. 1) (W.D. Tex. Feb. 4, 2025) |
| A-4 | March 5, 2025 Correspondence Regarding Lively Response Deadline in W.D. Tex. Lawsuit |
| A-5 | California Civil Rights Department Complaint |
| A-6 | Complaint Attached to Civil Rights Department Complaint |

| Exhibit | Description |
|---|---|
| B | Excerpts from July 30, 2025 Deposition of Blake Lively |
| C | Excerpts from Redline Comparison of SAC to FAC |
| D | Declaration of Melissa Nathan |