# EXHIBIT B

Lively Deposition Excerpts

Filed Under Seal