# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br><br>　　*Plaintiff*,<br><br>v.<br><br>Wayfarer Studios LLC, a Delaware Limited Liability Company; Justin Baldoni, an individual; Steve Sarowitz, an individual; It Ends With Us Move LLC, a California Limited Liability Company; Melissa Nathan, an individual; The Agency Group PR LLC, a Delaware Limited Liability Company; Jennifer Abel, an individual; Jed Wallace, an individual; and Street Relations, Inc., a Texas Corporation<br><br>　　*Defendants*. | Case No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL) |

### **Declaration of Melissa Nathan**

My name is Melissa Nathan. If called as a witness in this matter, I would state that I am competent to testify to the following, all of which is within my personal knowledge and is true and correct:

　　1.　　I, Melissa Nathan, am over eighteen years in age. I am fully capable of making this declaration. All the facts stated are true and correct and within my personal knowledge.

　　2.　　I live in, am a citizen of, and am domiciled in California

　　3.　　I have been a citizen of California, and have been domiciled there since 2021.

　　4.　　I currently live in Los Angeles, California in Los Angeles County.

　　5.　　I never lived in Brooklyn, or anywhere else in New York, during the period of time when Street Relations, Inc. ("Street") was engaged by Wayfarer Studios LLC ("Wayfarer").

Page 1 of 2

6. I do not recall ever communicating with Jed Wallace ("Wallace") or Street while I was living or working in New York regarding Street's engagement with Wayfarer.

7. I do not recall ever communicating with anyone working on behalf of Wallace or Street while I was living or working in New York during the time period of Street's engagement with Wayfarer. Indeed, I never spoke to anyone working on behalf of Wallace or Street as related to Street's Wayfarer engagement because as I understood it, no one was working for Wallace or Street, other than Wallace, on this engagement.

8. I did not attend the premiere of *It Ends With Us* in New York on August 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2025.

Signed by:

_____
Melissa Nathan
Los Angeles County, California