| | |
|---|---|
| From: | cmecf@nvd.uscourts.gov |
| Subject: | Activity in Case 2:25-cv-01396-RFB-DJA In Re Mario Lavandeira, Jr. Minute Order |
| Date: | Aug 12, 2025 at 5:02:27 PM |
| To: | cmecfhelpdesk@nvd.uscourts.gov |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 8/12/2025 at 5:01 PM PDT and filed on 8/12/2025

| | |
|---|---|
| **Case Name:** | In Re Mario Lavandeira, Jr. |
| **Case Number:** | 2:25-cv-01396-RFB-DJA |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Judge Richard F. Boulware, II on 8/12/2025.**

**This action was commenced by Mario Lavendeira, Jr., aka Perez Hilton ("Hilton"), filing the [1] Motion to Quash Subpoena. The subject subpoena was served on Hilton, issued by the United States District Court for the Southern District of New York in Blake Lively v. Wayfarer Studios LLC, Case Nos. 1:24-cv-10049, 1:24-cv-00449, and signed by Michael Gottlieb on behalf of Blake Lively, the plaintiff in the underlying action. See ECF No. [3]. Compliance is required in this District. Id.**

The CM/ECF e-filing software automatically indicated a response deadline of August 11, 2025 when the Motion to Quash was docketed on July 28, 2025. See ECF No. [1].

On August 4, 2025, Hilton filed the [7] "Proof of Service," which is an unauthenticated document purporting to attach an email chain between Hilton and an attorney Esra Hudson. There is no indication in the document as to when Hilton claims to have sent the Motion to Quash to Esra Hudson, nor what relation Esra Hudson has to Blake Lively.

On August 12, 2025, Hilton filed a [8] Notice of Non-Opposition, which indicates Hilton misinterpreted the automatic docket text setting a response deadline of August 11, 2025 as an order of this Court. The [8] Notice requests the Motion to Quash be granted as unopposed pursuant to Local Rule 7-2(d).

The Court finds the [7] is insufficient to establish proper service of the [1] Motion to Quash under Federal Rules of Civil Procedure 5 and Local Rule 5-1.

Therefore, IT IS HEREBY ORDERED that on or before August 19, 2025, Hilton must serve a copy of the [1] Motion to Quash on Blake Lively's counsel, Michael Gottlieb, pursuant to Fed R. Civ. P. 5(b) and LR 5-1.

IT IS FURTHER ORDERED that on or before August 19, 2025, Hilton must file a Certificate of Service, which specifies the date as well as the manner of service, using this Court's approved Certificate of Service form, which can be found at https://www.nvd.uscourts.gov/wp-content/uploads/2022/07/Certificate-of-Service-2022.pdf.

IT IS FURTHER ORDERED that Blake Lively's response to the [1] Motion is due 14 days after proper service, consistent with this Order. See LR 7-2.

(Copies have been distributed pursuant to the NEF - IML)

**2:25-cv-01396-RFB-DJA Notice has been electronically mailed to:**

Mario Lavandeira, Jr.    ph@perezhilton.com

**2:25-cv-01396-RFB-DJA Notice has been delivered by other means to:**