# Jackson Walker LLP

Joel R. Glover
(713) 752-4226 (Direct Dial)
(713) 308-4114 (Direct Fax)
jglover@jw.com

August 14, 2025

**VIA ECF**
The Honorable Lewis J. Liman
Danial Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

>  Re: *Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL;
>  **Exhibits A-1 – A-6 to Memorandum of Law in Support of Wallace Defendants' Motions to Dismiss Plaintiff Blake Lively's Second Amended Complaint or, Alternatively, Sever and Transfer**

Dear Judge Liman,

On August 13, 2025, Defendants Jed Wallace and Street Relations, Inc. (collectively, the "Wallace Defendants") filed their Memorandum of Law in Support of their Motions to Dismiss Plaintiff Blake Lively's Second Amended Complaint or, Alternatively, Sever and Transfer (Dkts. 649 (sealed) and 650 (public)) (the "Motions"). In support of the Motions, counsel for the Wallace Defendants attached the Declaration of Jed Wallace as Exhibit A (Dkts. 649-2 and 650-2), which was previously submitted in support of the Wallace Defendants' motions to dismiss Lively's First Amended Complaint. (*See* Dkts. 141-1 and 142-1). Counsel for the Wallace Defendants also attached and attempted to file the six exhibits to the Wallace Declaration, which exhibits were also previously submitted in support of the Wallace Defendants' motions to dismiss Lively's First Amended Complaint. (*See* Dkts. 141-2 – 141-7 and 142-2 – 142-7). In connection with filing the Motions last evening, counsel for the Wallace Defendants encountered technical difficulties with filing Exhibits A-1 through A-6 to the Wallace Declaration and, after eight rejected filing attempts, counsel replaced those exhibits with slipsheets, as reflected at pages 7-12 of Dkts. 649-2 and 650-2.

Counsel for the Wallace Defendants, therefore, submit this Letter with Exhibits A-1 through A-6 to the Wallace Declaration attached to supplement its now-pending Motions with those previously-filed exhibits.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Joel R. Glover*
Charles L. Babcock

SDNY #5451117
Joel R. Glover
SDNY #5697487
Tori C. Emery (admitted *pro hac vice*)
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com
temery@jw.com

cc: all counsel of record (via ECF)