# EXHIBIT A-4

| | |
|---|---|
| **From:** | Prather, Laura |
| **To:** | Butzer, Carl |
| **Cc:** | kbender@willkie.com; mgottlieb@willkie.com |
| **Subject:** | RE: Wallace |
| **Date:** | Wednesday, March 5, 2025 11:54:12 AM |
| **Attachments:** | image002.png<br>2025.03.05 Agreed Motion to Extend Deadline for Defendant to Respond to Plaintiffs" Complaint 4934-7359-2868 v.4.docx |

**Caution:** **External Email.

Hi Carl,

Here you go.

Thanks,
Laura

**Laura Lee Prather** | Partner
laura.prather@haynesboone.com | (t) +1 512.867.8476
Licensed in Texas, California, New York, D.C., and Colorado

**From:** Butzer, Carl <cbutzer@jw.com>
**Sent:** Wednesday, March 5, 2025 11:21 AM
**To:** Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Glover, Joel <jglover@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>
**Subject:** RE: Wallace

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Just send me the draft when you can.

**Thanks,**
**Carl**

**Carl Butzer** | Partner
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5902 | F: (214) 661-6609 | cbutzer@jw.com



**From:** Prather, Laura <Laura.Prather@haynesboone.com>
**Sent:** Wednesday, March 5, 2025 10:58 AM
**To:** Butzer, Carl <cbutzer@jw.com>

**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Bender, Kristin <KBender@willkie.com>
**Subject:** RE: Wallace

**Caution:** **External Email.

Hi Carl,

Pursuant to this exchange, we'll be filing an Agreed Motion asking the Court to extend the deadline for Lively to respond to the Complaint from March 10, 2025 to April 4, 2025 today.

Take care,
Laura

**Laura Lee Prather** | Partner
laura.prather@haynesboone.com | (t) +1 512.867.8476
Licensed in Texas, California, New York, D.C., and Colorado

**From:** Prather, Laura <Laura.Prather@haynesboone.com>
**Sent:** Tuesday, March 4, 2025 6:04 PM
**To:** Butzer, Carl <cbutzer@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Bender, Kristin <KBender@willkie.com>
**Subject:** RE: Wallace

Hi Carl,

Confirmed.

Take care,
Laura

**Laura Lee Prather** | Partner
laura.prather@haynesboone.com | (t) +1 512.867.8476
Licensed in Texas, California, New York, D.C., and Colorado

**From:** Butzer, Carl <cbutzer@jw.com>
**Sent:** Tuesday, March 4, 2025 4:56 PM
**To:** Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** Babcock, Chip <cbabcock@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; Glover, Joel <jglover@jw.com>; Dow, Matt <mdow@jw.com>
**Subject:** Wallace

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Dear Laura,

We understand from New York counsel representing Ms. Lively's husband that you have been involved in his request to extend Ms. Lively's response date in the Texas case to April 4, 2025. If that is what your client desires, please confirm. We would be agreeable to that extension if your client also agrees to seek no further extensions. Please let me know.

**Thanks,
Carl**

**Carl Butzer** | Partner
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5902 | F: (214) 661-6609 | cbutzer@jw.com



CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.