# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 14, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

     Pursuant to the Court's August 12, 2025 Order (ECF No. 628), we hereby submit redacted copies of the exhibits to Ms. Lively's Motion to Compel that the Court has ordered to be unsealed.

                              Respectfully submitted,

                              /s/ *Michael J. Gottlieb*

                              Michael J. Gottlieb
                              Kristin E. Bender
                              Willkie Farr & Gallagher LLP
                              1875 K Street NW
                              Washington, DC 20006
                              (202) 303-1000
                              mgottlieb@willkie.com
                              kbender@willkie.com
                              Aaron E. Nathan
                              Willkie Farr & Gallagher LLP
                              787 Seventh Avenue
                              New York, NY 10019
                              (212) 728-8000
                              anathan@willkie.com

                              MANATT, PHELPS & PHILLIPS, LLP
                              Esra A. Hudson (*pro hac vice*)
                              Stephanie A. Roeser (*pro hac vice*)

- 2 -

Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*