# EXHIBIT 16

# Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 2 | Date Range: 8/8/2024 |

## Outline of Conversations



**Justin Baldoni / Wayfarer** • 2 messages on 8/8/2024 • Breanna Butler ▮▮▮▮) • Jed Wallace ▮▮▮▮ • Katie Case (AEAC8486-CB1E-47C0-84A8-92B8CF372587) • Melissa Nathan ▮▮▮▮) • System Message (System Message)

CONFIDENTIAL

BBKOSLOW-000006742
BBKOSLOW-000006742

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **Justin Baldoni / Wayfarer**

SM  **System Message (System Message)**                                      8/8/2024, 1:19 PM

SM  **System Message (System Message)**                                      8/8/2024, 1:19 PM

CONFIDENTIAL                                                        BBKOSLOW-000006743
                                                                    BBKOSLOW-000006742