# EXHIBIT 17

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 17 | Date Range: 12/21/2024 |

## Outline of Conversations



███████████/**System Message chatroom** • 17 messages on 12/21/2024 • Breanna Koslow (Butler) ██████ • System Message (System Message) • Tatiana Siegal ██████

CONFIDENTIAL

BBKOSLOW-000001753
BBKOSLOW-000001753

**Messages in chronological order** (times are shown in GMT -05:00)

---

| | /System Message chatroom | |
|---|---|---|
| BB | **Breanna Koslow (Butler)** | 12/21/2024, 1:01 PM |
| | Hi! Starting signal here where I'll share more emails and texts | |
| TS | **Tatiana Siegal** | 12/21/2024, 1:12 PM |
| | Kk | |
| SM | **System Message (System Message)** | 12/21/2024, 1:14 PM |
| | You started this chat with | |
| BB | **Breanna Koslow (Butler)** | 12/21/2024, 1:17 PM |

Ok this first batch is a series of text messages with the date starting on August 12th. I've blurred out some stuff that isn't relevant but shows us communicating on the organic pickups and how we weren't doing anything. And the text "any update from Leslie/Sara" is Sara at NYP who Leslie had called trying to pitch a negative story about Justin. Sending another batch shortly



Image: IMG_5627.jpg (138 KB)



Image: IMG_5628.jpg (158 KB)



Image: IMG_5629.jpg (135 KB)



Image: IMG_5630.jpg (118 KB)



Image: IMG_5631.jpg (134 KB)

CONFIDENTIAL

BBKOSLOW-000001755
BBKOSLOW-000001753


Image: IMG_5632.jpg (145 KB)


Image: IMG_5633.jpg (121 KB)


Image: IMG_5634.jpg (117 KB)

CONFIDENTIAL



Image: IMG_5636.jpg (215 KB)

BB  **Breanna Koslow (Butler)**  12/21/2024, 1:19 PM

This next one (where I call her Leslie Dart instead of Sloane) but is time stamped from August when we got the news. There are sensitivities of Sara and Melissa being sisters but we're never given any favors with her.



Image: IMG_5637.jpg (169 KB)

CONFIDENTIAL

BBKOSLOW-000001757
BBKOSLOW-000001753



Image: IMG_5638.jpg (160 KB)



Image: IMG_5639.jpg (147 KB)

**BB**  **Breanna Koslow (Butler)** ▮                                    12/21/2024, 1:26 PM

This was the first piece of press the broke in August that was done by her team. I'll send shortly emails of us engaging with reporters and stating there was no comment from our end.

https://pagesix.com/2024/08/13/entertainment/blake-lively-reveals-clash-over-it-ends-with-us-song-choice-amid-feud-rumors/?utm_campaign=pagesix&utm_medium=referral



Image: (unnamed).jpg (114 KB)

CONFIDENTIAL

BBKOSLOW-000001758
BBKOSLOW-000001753

**BB**  Breanna Koslow (Butler)  12/21/2024, 1:34 PM

Sorry, this was the original story by Sara who had been contacted by Leslie. Date is August 9th of story, our text messages dating August 1st discuss how Leslie reached out to Sara

https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/



Image: (unnamed)(2).jpg (151 KB)

**BB**  Breanna Koslow (Butler)  12/21/2024, 1:40 PM



Image: IMG_5669.jpg (142 KB)

**TS**  Tatiana Siegal  12/21/2024, 2:00 PM

OK, I'm going to review all of these in a couple of hours. I'm just doing a little bit of holiday shopping first. But I can't wait to dig in!

**BB**  Breanna Koslow (Butler)  12/21/2024, 2:33 PM

Ok great thank you! And I'll send you emails
Shortly

**TS**  Tatiana Siegal  12/21/2024, 5:31 PM

This is getting crazier by the minute. Any truth to this Deadline story (which WME wouldn't confirm) that Justin has been dropped by WME?

**BB**  Breanna Koslow (Butler)  12/21/2024, 5:36 PM

I believe it is true

**TS**  Tatiana Siega  12/21/2024, 5:37 PM

Crazy. I just got back from shopping, and someone on web team asked me to try to confirm. WME saying nothing. But you would know just as well.

**BB** **Breanna Koslow (Butler)** 12/21/2024, 5:44 PM

I know it's crazy - and also confirming that the texts I share are also just off the record for now for review? I just want to make sure my colleague Katie's name isn't referred to as we're not named in the claim. Bryan is our lawyer on this who said he wants to chat with you as well

**TS** **Tatiana Siegal** 12/21/2024, 5:45 PM

Confirmed off the record. And yes, happy to talk to Bryan. Off the record, are there any plans to sue her?

**BB** **Breanna Koslow (Butler)** 12/21/2024, 5:49 PM

I think Bryan can speak further to that for sure because I'm not 100 percent sure

**TS** **Tatiana Siegal** 12/21/2024, 5:50 PM

Kk

CONFIDENTIAL

BBKOSLOW-000001760
BBKOSLOW-000001753