# EXHIBIT 18

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 18 |
| Total Messages: 9 | Date Range: 1/25/2025 |

## Outline of Conversations



**Website** · 9 messages on 1/25/2025 · Alyx Sealy ▮▮▮▮▮▮ · Breanna Koslow (Butler) ▮▮▮▮▮▮ · Bryan Freedman ▮▮▮▮▮▮ · Dervla ▮▮▮▮▮▮ · Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F) · Jason Sunshine (6F5DFEBC-5E51-4ACE-8898-363EC3F1088A) · Jed Wallace ▮▮▮▮▮▮ · Jen Abel New Number ▮▮▮▮▮▮ · Michael Lawrence ▮▮▮▮▮▮ · Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92) · Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A) · Nathan Melissa ▮▮▮▮▮▮ · Rosa ▮▮▮▮▮▮ · Rylie Long ▮▮▮▮▮▮ · Spencer ▮▮▮▮▮▮ · Summer Benson (D4F34DF7-3DDB-4A4C-9EF0-3C8674F2AE9D) · System Message (System Message) · Teresa Legal ▮▮▮▮▮▮

BBKOSLOW-000002949
BBKOSLOW-000002949

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **Website**

**NM**   **Nathan Melissa** ▮                                    1/25/2025, 11:52 AM
Hi all

Why is the entire website deleted …

**R**   **Rosa (** ▮                                           1/25/2025, 11:56 AM
Also access removed. I'm assuming for security reasons ? Doc is hopefully downloaded somewhere

**MD**   **Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A)**   1/25/2025, 11:57 AM
Are we talking about Google doc? Or website?
I had to make a new Google doc. The one roza started wasn't saving.
And I believe website was scrubbed because all the info would need uploaded again anyway

**R**   **Rosa** ▮                                            1/25/2025, 11:57 AM
The google doc

**MD**   **Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A)**   1/25/2025, 11:58 AM
Yes! New google doc is with Jamey and Justin for review and then will pass off to the rest Mel/ Jen > legal >and then roza

**JW**   **Jed Wallace** ▮                                     1/25/2025, 12:01 PM

*Attachment: Voice Message 1_25_25, 11_01_AM.m4a (183 KB)*

**R**   **Rosa** ▮ **)**                                      1/25/2025, 12:03 PM
Ok great thanks

**JW**   **Jed Wallace** ▮                                     1/25/2025, 12:04 PM

*Attachment: Voice Message 1_25_25, 11_04_AM.m4a (113 KB)*

**R**   **Rosa** ▮                                            1/25/2025, 12:06 PM
Hi no nothing is live on any website or in staging. We were asking about the timeline document that we were working on

CONFIDENTIAL