# EXHIBIT 27

# Short Message Report

| Conversations: 1 | Participants: 6 |
| --- | --- |
| Total Messages: 13 | Date Range: 12/29/2024 |

## Outline of Conversations



■ ███ chatroom • 13 messages on 12/29/2024 • ███ • ███ • Bryan Freedman (███) • Carolina Hurley (███) • Jen Abel New Number ███) • Nathan Melissa ███

**Messages in chronological order** (times are shown in GMT -05:00)

---

 chatroom

**BF** — **Bryan Freedman** ( ▓ )  — 12/29/2024, 2:32 AM
Attorney Client Privileged

Sage meet my friends and Tag PR team -Melissa, Carolina and Breana along with PR Jen. Hoping you all connect tomorrow. Thanks.

**NM** — **Nathan Melissa** ▓ — 12/29/2024, 9:17 AM
Appreciate it Bryan and hello Sage.

Firstly we all cannot thank you enough here helping us tell the actual truth. We will make whatever time works for you for a call.

Looking forward to speaking.

**#** — ▓ — 12/29/2024, 10:54 AM
Hi guys!! Great to meet all of you! I'm trying to squeeze all of this in during my kids' time… can you tell me how long you'd expect a call to be today?

**JN** — **Jen Abel New Number** ▓ — 12/29/2024, 10:54 AM
Hi sage, I second everything melissa wrote. This is Jen so you have who is who.

**#** — ▓ — 12/29/2024, 10:54 AM
Thanks!!!

**#** — ▓ — 12/29/2024, 10:55 AM
Ps - I'm honored & excited to be part of this. 🙏🙏

**NM** — **Nathan Melissa** ( ▓ — 12/29/2024, 10:55 AM
Loved "Ps - I'm honored & excited to be part of this. …"

**NM** — **Nathan Melissa** ▓ — 12/29/2024, 10:56 AM
Thank you. The words mean a lot because we are really being slaughtered by complete lies.

Not that long -15 mins?
Mostly to say hi will give you a quick rundown of what happened so you hear it from us.

**JN** — **Jen Abel New Number** ▓ — 12/29/2024, 10:56 AM
And We will absolutely work around your schedule!

**#** — ▓ — 12/29/2024, 10:57 AM
I had a wonderful 2 hour talk with Justin & Jamey yesterday. Wow. Broke my heart. But obviously so helpful to hear direct from them as well.

**JN** — **Jen Abel New Number** ▓ — 12/29/2024, 10:58 AM
We'd love to hear how that went. Thank you for taking the time to speak with them.

**#** — ▓ — 12/29/2024, 10:58 AM
Ok… let me get a few things figured out and I'll text back if that's ok?

**JN** — **Jen Abel New Number** ▓ — 12/29/2024, 10:58 AM
Liked "Ok… let me get a few things figured out and I'll t…"

CONFIDENTIAL

BBKOSLOW-000004083
BBKOSLOW-000004082

CONFIDENTIAL

BBKOSLOW-000004084
BBKOSLOW-000004082