# EXHIBIT 30

# Short Message Report

| Conversations: 1 | Participants: 11 |
|---|---|
| Total Messages: 80 | Date Range: 12/2/2024 |

## Outline of Conversations



chatroom • 80 messages on 12/2/2024 • ▇▇▇ Alyx Sealy ▇▇▇) • Carolina Hurley ▇▇▇ • Dervla ▇▇▇) • Katie Case ▇▇▇ • Melissa Nathan ▇▇▇) • Michael Lawrence (▇▇▇) • Nathan Melissa (▇▇▇ • Rylie Long ▇▇▇ • System Message (System Message) • ▇▇▇

CONFIDENTIAL

BBKOSLOW-000008602
BBKOSLOW-000008602

**Messages in chronological order** (times are shown in GMT -05:00)

---

**chatroom** /System Message

**KC — Katie Case** — 12/2/2024, 6:49 AM
Good morning team! Apologies for the early email. My flight lands at JFK at 8:30 AM ET. I'll be in the car for about 40/45 mins after that.

**KC — Katie Case** — 12/2/2024, 6:49 AM
Good morning team! Apologies for the early text. My flight lands at JFK at 8:30 AM ET. I'll be in the car for about 40/45 mins after that.

**#** — 12/2/2024, 8:36 AM
Ok! We should likely do a team check in today after the holiday break. Can be later in afternoon when works

**KC — Katie Case** — 12/2/2024, 8:37 AM
Yes for sure. Also it's Riley the interns first day! Bre and I will onboard her today and get her familiarized — she'll start full steam tomorrow.

**ML — Michael Lawrence** — 12/2/2024, 8:39 AM
Loved "Ok! We should likely do a team check in today afte…"

**ML — Michael Lawrence** — 12/2/2024, 8:40 AM
Loved "Yes for sure. Also it's Riley the interns first da…"

**KC — Katie Case** — 12/2/2024, 8:40 AM
So if there's anything in particular anyone needs help with consistently, let us know 🙂

**RL — Rylie Long** — 12/2/2024, 10:15 AM
Loved "Ok! We should likely do a team check in today afte…"

**#** — 12/2/2024, 10:23 AM
Also, if anyone's used my card lately can you just please let me know what account it was for? There was a Delta charge at the end of October and a few Uber charges from this past week / weekend

**#** — 12/2/2024, 10:23 AM
Also, Rebel is attending the British Fashion Awards this evening UK time if we could please keep watch for coverage on her. And did we find the interview she did in THR for Colleen Camp?

**NM — Nathan Melissa** — 12/2/2024, 10:24 AM
Alyx and I jumping to a crisis call for Travis with Alex Spiro now

**#** — 12/2/2024, 10:24 AM
Kk

**KC — Katie Case** — 12/2/2024, 10:24 AM
Delta might have been me Bre!

**CH — Carolina Hurley** — 12/2/2024, 10:27 AM
https://nypost.com/2024/12/02/world-news/new-yorker-idf-tank-commander-omer-neutra-kidnapped-by-hamas-on-oct-7-confirmed-dead/?utm_campaign=iphone_nyp&utm_source=message_app

Attachment: __Libr_1(1912) (250 KB)

Attachment: __Libr_1(1913) (268 KB)

Attachment: __Libr_1(1914) (280 KB)

Attachment: __Libr_1(1915) (9 KB)

**KC**  **Katie Case** ( ▓▓▓▓ )  12/2/2024, 10:28 AM
💔💔

**#**  ▓▓▓▓  12/2/2024, 10:29 AM
I know I just saw

**KC**  **Katie Case** ( ▓▓▓▓ )  12/2/2024, 10:32 AM
Rylie can you monitor for any mention of the Justin Baldoni it ends with us drama please? We figured there'd be a resurgence towards the end of the year [url:'https://p57-content.icloud.com/MY5BBBD3C38B5ABA3B456E3868E1694C7C3B33895FB7AF9AC7930C9BC583D2400B.21F788CE698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_85_05_5EE448B7-CA5E-444C-A898-B1AFEF662425_IMG_3577.jpeg (381 KB)

**RL**  **Rylie Long** ▓▓▓▓  12/2/2024, 10:44 AM
Yes

**KC**  **Katie Case** ▓▓▓▓  12/2/2024, 10:48 AM
Thanks! Just moving forward — no need to send roundups or anything but something to continue to show value.

Actually this is a good note — with the holidays in 3 weeks there's probably not going to be a ton to do pitch wise or on day to day accounts. If that's the case it's a good idea to schedule 2025 brainstorm/look ahead calls with clients to show value right now while things are a bit slower. If anyone needs help structuring these calls let me know.

**AS**  **Alyx Sealy** ▓▓▓▓ )  12/2/2024, 10:49 AM
Emphasized "Thanks! Just moving forward — no need to send roun…"

**RL**  **Rylie Long** ▓▓▓▓  12/2/2024, 11:02 AM
Loved "Thanks! Just moving forward — no need to send roun…"

**ML**  **Michael Lawrence** ▓▓▓▓  12/2/2024, 11:02 AM
Emphasized "Thanks! Just moving forward — no need to send roun…"

**RL**  **Rylie Long** ▓▓▓▓  12/2/2024, 11:41 AM
https://www.instagram.com/reel/DDFSSffPWld/?igsh=Zzh1a252ZXZ2OWp3

CONFIDENTIAL

*Attachment: __Libr_1(1916) (34 KB)*

*Attachment: __Libr_1(1917) (31 KB)*

*Attachment: __Libr_1(1918) (25 KB)*

| | | |
|---|---|---|
| KC | **Katie Case**  <br>What the actual fuck is this lol | 12/2/2024, 11:41 AM |
| KC | **Katie Case** )  <br>Melissa did JW strike again | 12/2/2024, 11:42 AM |
| KC | **Katie Case**  <br>Rylie can you find the full clip please? | 12/2/2024, 11:44 AM |
| RL | **Rylie Long**  <br>https://www.youtube.com/watch?v=2uEsTL6VSy0 | 12/2/2024, 11:46 AM |

*Attachment: __Libr_1(1919) (105 KB)*

*Attachment: __Libr_1(1920) (3 KB)*

| | | |
|---|---|---|
| RL | **Rylie Long**  <br>Okay no one panic it's from two years ago | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley**  <br>Email daily buzz guy | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley**  <br>Omg | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley**  <br>Ok phew | 12/2/2024, 11:46 AM |
| NM | **Nathan Melissa**  <br>Yeah, and I just started a argument with Matthew Mitchell thanks guys | 12/2/2024, 11:46 AM |
| NM | **Nathan Melissa**  <br>lol | 12/2/2024, 11:46 AM |
| RL | **Rylie Long**  <br>Sorry he posted it rn so I immediately flagged | 12/2/2024, 11:46 AM |
| KC | **Katie Case**  <br>Emphasized "Okay no one panic it's from two years ago" | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley**  <br>Ya why tf is he posting that rn lol | 12/2/2024, 11:46 AM |
| RL | **Rylie Long**  <br>Well idk why the hell he randomly posted this clip rn | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley** | 12/2/2024, 11:47 AM |

CONFIDENTIAL

BBKOSLOW-000008605  
BBKOSLOW-000008602

Thank you for flagging ry right call

KC **Katie Case**     12/2/2024, 11:47 AM
[url:'https://p27-content.icloud.com/MY5BBBD3C38B5ABA3B456E3868E1694C7C3B33895FB7AF9AC7930C9BC583D2400B.21F788CE698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_9a_10_CBA6E768-F841-4193-9C1F-1799612BD714_IMG_5069.gif (536 KB)

CH **Carolina Hurley**     12/2/2024, 11:47 AM
Mood

AS **Alyx Sealy**     12/2/2024, 11:48 AM
Laughed at an image

AS **Alyx Sealy**     12/2/2024, 12:33 PM
FYI for the larger group, Drew and his girlfriend Mari got engaged last night. If anyone sees anything about it please flag to the team☺

KC **Katie Case**     12/2/2024, 12:46 PM
Loved "FYI for the larger group, Drew and his girlfriend …"

\#     12/2/2024, 1:04 PM
KC and I on with Riley the new intern now. Similar to Rebel and the running pitch list we put together last week when her litigation pops up, can everyone send me any running lists they have of reporters who cover / whose beat are their clients or client litigation so the new intern can organize them in an easily accessible spot?

CH **Carolina Hurley**     12/2/2024, 1:05 PM
Yes thank you

AS **Alyx Sealy**     12/2/2024, 1:06 PM
Yes, it's gonna be pretty similar across the board cause I use my same go to people at every outlet

AS **Alyx Sealy**     12/2/2024, 1:06 PM
Happy to send but just giving that's heads up

KC **Katie Case**     12/2/2024, 1:13 PM
Ok Riley is great. I'm going to start a a separate group text now. She's traveling today so let's let her ease in until tomorrow — then we can start asking her to do things. Sound good?

Rylie Dervla if you can schedule time with her to run through the platforms we use, muckrack, meltwater, daily buzz, etc. that would be great. Maybe tomorrow or Wednesday would be good for this meeting.

AS **Alyx Sealy**     12/2/2024, 1:16 PM
Loved "Ok Riley is great. I'm going to start a a separate…"

RL **Rylie Long**     12/2/2024, 1:22 PM

Yes I'll schedule a time for tmr!!

KC **Katie Case** 12/2/2024, 1:23 PM
Loved "Yes I'll schedule a time for tmr!!"

D **Dervla** ) 12/2/2024, 1:28 PM
https://www.musicbusinessworldwide.com/hybe-and-chairman-bang-si-hyuk-under-investigation-by-south-koreas-financial-regulator-over-secret-shareholder-contracts-in-ipo-report/

*Attachment: __Libr_1(1921) (4 KB)*

*Attachment: __Libr_1(1922) (254 KB)*

AS **Alyx Sealy** 12/2/2024, 2:20 PM
https://www.hollywoodreporter.com/news/general-news/hollywood-reporter-national-arts-amp-entertainment-journalism-awards-1236074373/

*Attachment: __Libr_1(1923) (2 KB)*

*Attachment: __Libr_1(1924) (118 KB)*

\# 12/2/2024, 2:38 PM
KC, saw your note above re: the Delta charge. Anyone else who used my card can you please send through receipts / client?

D **Dervla** 12/2/2024, 2:56 PM
https://www.digitalmusicnews.com/2024/12/02/hybe-chief-bang-si-hyuk-faces-scrutiny-over-ipo-side-deals/

*Attachment: __Libr_1(1925) (11 KB)*

*Attachment: __Libr_1(1926) (625 KB)*

KC **Katie Case** ( 12/2/2024, 3:14 PM
Can you send an end of day round up on this Dervla?

D **Dervla** 12/2/2024, 3:14 PM
Yes

NM **Nathan Melissa** 12/2/2024, 3:31 PM
Is anyone monitoring the socials for Keeley Hazel?

NM **Nathan Melissa** 12/2/2024, 3:31 PM
Geoff is being insane to me

KC **Katie Case** ( 12/2/2024, 3:32 PM
Rylie can you please keep an eye on this?

AS **Alyx Sealy** 12/2/2024, 3:32 PM
Rylie can you also put a calendar hold on our calendars for the release date of the book like I mentioned last week ok

AS **Alyx Sealy** 12/2/2024, 3:32 PM
Rylie can you also put a calendar hold on our calendars for the release date of the book like I mentioned last week plz

AS **Alyx Sealy** 12/2/2024, 3:33 PM

This is also something Riley can help monitor

**RL** — **Rylie Long** — 12/2/2024, 3:36 PM
Yes I'll start checking Keeleys Instagram and X now.

**KC** — **Katie Case** — 12/2/2024, 3:36 PM
Loved "Yes I'll start checking Keeleys Instagram and X no…"

**RL** — **Rylie Long** — 12/2/2024, 3:36 PM
I'm not sure what book your referring to

**RL** — **Rylie Long** — 12/2/2024, 3:37 PM
I'm not sure what book you're referring to

**RL** — **Rylie Long** — 12/2/2024, 3:37 PM
Oh keeleys book

**RL** — **Rylie Long** — 12/2/2024, 3:37 PM
Yes got it

**AS** — **Alyx Sealy** — 12/2/2024, 3:38 PM
This one

**NM** — **Nathan Melissa** — 12/2/2024, 3:38 PM
And also look at the blurb in the Amazon is all negative

**RL** — **Rylie Long** — 12/2/2024, 3:38 PM
[url:'https://p29-content.icloud.com/MY59ECCCED13809A5DF961C4C16908CFDF8D9E44A616708FD80E47610F8EF97B8E.21F788CE698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_f6_06_CB76FFD6-6AA9-4B7F-AFEC-E2FE6518EAB5_IMG_5973.PNG (633 KB)

**NM** — **Nathan Melissa** — 12/2/2024, 3:38 PM
Hardest part of my career or something like that

**AS** — **Alyx Sealy** — 12/2/2024, 3:38 PM
[url:'https://p25-content.icloud.com/MY5EC2CFFB47AB66F11007332A87065A078DD8CB02A825AEB60157ADF305BCE1AB.21F788C

E698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_fd_13_3B7A32D8-0D3A-45E1-8E9B-D32F4A79A59E_IMG_8955.PNG (1 MB)

RL  **Rylie Long**  12/2/2024, 3:39 PM
She has nothing up on Instagram or X rn so he must be referring to just Amazon

NM  **Nathan Melissa**  12/2/2024, 3:56 PM
Sitting down for this lunch now

RL  **Rylie Long**  12/2/2024, 4:02 PM
I'm monitoring keeleys socials and Roza will now pull a weekly report on this.

Nothing from today so far other than this Amazon blurb. Let us know if Geoff requests anything else.

RL  **Rylie Long**  12/2/2024, 4:07 PM
https://whatculture.com/gaming/10-most-disastrous-releases-of-the-current-generation?page=4

Attachment: __Libr_1(1927) (357 KB)

Attachment: __Libr_1(1928) (140 KB)

Attachment: __Libr_1(1929) (5 KB)

RL  **Rylie Long**  12/2/2024, 4:07 PM
Alyx

AS  **Alyx Sealy**  12/2/2024, 4:07 PM
Thank you!

CONFIDENTIAL

BBKOSLOW-000008609
BBKOSLOW-000008602