# EXHIBIT 31

| | |
|---|---|
| From: | Steve Sarowitz <​███​> |
| Sent: | Thu, 27 Jul 2023 15:01:46 -0400 (EDT) |
| To: | Justin Baldoni ███ |
| Subject: | RE: a positive note about Blake Lively |

Exactly! Abdu'l Baha says if we find 999 negative things about a person, we should focus on the 1 positive thing!

**From:** Justin Baldoni ███
**Sent:** Thursday, July 27, 2023 2:00 PM
**To:** Steve Sarowitz <███
**Subject:** Re: a positive note about Blake Lively

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We should always find the positives!


"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá
Bahá

On Jul 27, 2023, at 9:59 AM, Steve Sarowitz ███ > wrote:

"I don't drink. I know that's odd coming from the wife of an infamous gin slinger," the actress said, referencing husband Ryan Reynolds' successful Aviation Gin line. In September 2021, Lively launched her own line of non-alcoholic sparkling mixers—which can be enjoyed on their own or mixed with liquor. The blends are available in five fizzy flavors (Tonic Water, Sparkling Grapefruit, Meyer Lemon Club Soda, Sparkling Lemon Lime and Ginger Beer) and has Lively's seal of approval. "Over the past many years of mixing but not drinking cocktails, it became clear mixers are the unsung heroes


Steve Sarowitz
Co-Chairman
Wayfarer Studios
███

One planet, One people, Please...

CONFIDENTIAL