# EXHIBIT 32

**From:** Elizabeth Meryl Rosner <███████████████████>
**Sent:** Monday, December 23, 2024 3:10 PM EST
**To:** <███████████████████████████████>
**Subject:** PEOPLE MAGAZINE INQUIRY + JUSTIN BALDONI ALLEGATIONS

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the source of this email and know the content is safe.

**ALERT: Unfamiliar Sender**
███████████████████████████████████████████████████████████████████  Report Suspicious
███████████████████████████████████████████████████████████████████

Hi Steve,

My name is Elizabeth, and I am a senior reporter at *People* magazine. I'm currently covering Blake Lively's complaint against Justin Baldoni, and we're working on a story about the allegations mentioned in the filing. Your name appears in the complaint, and we would love to hear your perspective—whether on background or off the record, if that works better for you.

The filing specifically states:

> "What the public also did not know was that this was the beginning of a multi-tiered plan that Mr. Baldoni and his team described as 'social manipulation' designed to 'destroy' Ms. Lively's reputation. That plan was backed by virtually unlimited resources. Wayfarer's co-founder, co-chairman, and leading financier is multi-billionaire Steve Sarowitz, who divulged at the Film's New York premiere on August 6, 2024, that he was prepared to spend $100 million to ruin the lives of Ms. Lively and her family. With that backing, Mr. Baldoni and his Wayfarer associates embarked on a sophisticated press and digital plan in retaliation for Ms. Lively exercising her legally-protected right to speak up about their misconduct on the set, with the additional objective of intimidating her and anyone else from revealing in public what actually occurred."

We'd appreciate the opportunity to discuss this matter and any context or perspective you'd like to share. Please let me know if you're available for a conversation.

Looking forward to your response.

Best regards,

Elizabeth
**Elizabeth Rosner**
Senior Reporter
Cell: ███████████