# EXHIBIT 35

## Prayers and support

**Thread Participants:** + [REDACTED] Ahmed Musiol (Owner); [REDACTED] Jamey Heath; [REDACTED] Cyrus Sigari; + [REDACTED] Justin Baldoni; [REDACTED] Travis VanWinkle; [REDACTED] Andy Grammer; [REDACTED] Rainn Wilson; [REDACTED] 1 Adam Mondschein; [REDACTED] Ahmed Musiol (Owner); [REDACTED]

**Active Participants:** [REDACTED] Jamey Heath; [REDACTED] Justin Baldoni; [REDACTED] Rainn Wilson; [REDACTED] Adam Mondschein; [REDACTED]; System Message System Message

**First Message:** 1/2/2024 2:39:06 PM
**Last Message:** 1/2/2024 5:08:50 PM

---

**System Message System Message**
*System*
[REDACTED] added [REDACTED] to the conversation
1/2/2024 2:39:06 PM

**System Message System Message**
*System*
[REDACTED] added [REDACTED] to the conversation
1/2/2024 2:39:06 PM

**System Message System Message**
*System*
[REDACTED] added [REDACTED] to the conversation
1/2/2024 2:39:08 PM

**[REDACTED] Justin Baldoni**
Hey all, happy new year!
flying back to NJ Friday is day 1 of 17.
I haven't seen Blake in person since this safety letter / accusation. Feeling all sorts of things. She used the claim/ letter to gain power over the whole production. Trying to find my balance of captaining a ship and leading it while it's being held hostage. How to give her most of what she wants while Maintaining some of my own vision. And starting Friday- acting and working with this person who can and will use anything she can against me. It's all scary- yet I know I have protection.

Starting this thread again as I will need the emotional / spiritual support.

Love you all
1/2/2024 2:41:13 PM

**[REDACTED]**
At the Temple will pray for you
1/2/2024 3:13:17 PM

**Rainn Wilson**
Such a challenging issue. SOoooo difficult. I can't even imagine. Sending prayers, buddy. Just keep your focus on the service you are providing in the telling of this very important story!
1/2/2024 3:14:45 PM

**Adam Mondschein**
Loved "Such a challenging issue. SOoooo difficult. I can'..."
1/2/2024 3:50:34 PM

**Adam Mondschein**
So much love coming your way, brother. Your surrender to the Greater Will at work and the light and mercy hidden within these many tests is inspiring. You're not alone, you're seen, and you are valued. ♥
1/2/2024 3:52:06 PM

Loved "Such a challenging issue. SOoooo difficult. I can'..."
1/2/2024 3:52:49 PM

My man!!! Thank you sir. I receive that!
1/2/2024 4:18:14 PM

Love you all. Grateful I have a spiritual warrior by my side in Jamey.
1/2/2024 4:30:17 PM

Loved "Love you all. Grateful I have a spiritual warrior ..."
1/2/2024 5:06:08 PM

So am I! Very grateful Jamey is with you!
1/2/2024 5:07:30 PM

Thank you everyone for being such an incredible group of love and encouragement. Truly!
It will help us get to the finish line in ways that we can stand tall! Justin, is 💯 going to quarterback us to the win. No doubt. I'm humbled to be amongst you all.
1/2/2024 5:08:50 PM

CONFIDENTIAL
MUSIOL_000000028