# EXHIBIT 37

# Prayers and support

**Thread Participants:** Ahmed Musiol; Jamey Heath (Owner); Cyrus Sigari; Steve BatPhone; Justin; Travis Van Winkle; Andy; Rainn Wilson; Adam Mondschein; Jamey Heath (Owner); Sam Baldoni

**Active Participants:** Justin; Rainn Wilson; Sam Baldoni

**First Message:** 1/4/2024 2:34:55 PM
**Last Message:** 1/4/2024 2:38:50 PM

---

**Justin**
Jamey and I are heading over to Blake's now with other producers for the big meeting. First time we have seen each other in person since her safety allegations. Would appreciate any prayers for protection and strength / calm.
1/4/2024 2:34:55 PM

**Sam Baldoni**
Praying for strength and protection and angels all around you. 🙏🙏🙏🙏
1/4/2024 2:37:16 PM

**Justin**
Loved "I love you both deeply. As we all send love and pr…"
1/4/2024 2:38:24 PM

**Justin**
Loved "Praying for strength and protection and angels all…"
1/4/2024 2:38:27 PM

**Rainn Wilson**
sitting now for some prayers
1/4/2024 2:38:50 PM

CONFIDENTIAL
WAYFARER_000137153