# EXHIBIT 38

**Thread Participants:** Justin Baldoni ; Melissa Nathan (Owner); (Owner)
**Active Participants:** Justin Baldoni ; Melissa Nathan (Owner)
**First Message:** 8/23/2024 4:12:14 PM
**Last Message:** 8/23/2024 4:34:10 PM

**Justin Baldoni**
This is an example of someone trolling Blake on all my posts -
But doesn't seem like a real account



8/23/2024 4:12:14 PM

**Melissa Nathan (Owner)**
Yet It also could be an actual troll. As they exist too.
8/23/2024 4:12:56 PM

**Melissa Nathan (Owner)**
But yes, 100% but this is NOT anyone from your team whatsoever.
8/23/2024 4:13:37 PM

**Justin Baldoni**
Loved "But yes, 100% but this is NOT anyone from your tea…"
8/23/2024 4:34:10 PM