# EXHIBIT 39

## PR Thread w/TAG

**Thread Participants:** Jamey Heath; Jen Abel New number; Justin Baldoni; Katie Case; Breanna Butler; Melissa Nathan (Owner); 2 Matthew Mitchell; Jen Abel DO NOT USE; (Owner)

**Active Participants:** Jamey Heath; Justin Baldoni; Breanna Butler; Melissa Nathan (Owner); Matthew Mitchell; Jen Abel DO NOT USE

**First Message:** 8/17/2024 1:16:34 AM
**Last Message:** 8/17/2024 6:47:04 PM

---

**Jen Abel DO NOT USE**
Not to be shared on socials but this is a nice video justin.
8/17/2024 1:16:34 AM

**4 Jen Abel DO NOT USE**
https://www.tiktok.com/t/ZTNWmgRnE/
📎 <__Library_SMS_Attach_1_ea_10_1447DC_1_C10705_1>
📎 <__Library_SMS_Attach_1_aa_10_1120AD_1_2D96A6_1>
8/17/2024 1:16:36 AM

**0 Jamey Heath**
Play that twice and then once more
8/17/2024 1:21:14 AM

**Jen Abel DO NOT USE**
Loved "Play that twice and then once more"
8/17/2024 1:21:27 AM

**Justin Baldoni**
Anything new today ?
8/17/2024 1:57:11 PM

**Jen Abel DO NOT USE**
Not on my end.
8/17/2024 2:01:16 PM

**Melissa Nathan (Owner)**
Absolutely nothing that would affect you story wise.

Nothing from any reporters reaching out behind the scenes that know that we are working with you.

Quiet
8/17/2024 2:01:48 PM

**Jen Abel DO NOT USE**
Paparazzi caught you and Emily out getting coffee yesterday and now you are being labeled as the "unbothered king" 😂. People are desperate for a new narrative. That's why I think we should start peppering in normal life stuff with your socials to start to shift the narrative.
8/17/2024 2:03:24 PM

**Justin Baldoni**
What?!
8/17/2024 2:03:50 PM

**Justin Baldoni**
Send me pics - how's that possible?
8/17/2024 2:03:57 PM

**Justin Baldoni**
That's why I wanted to post the Zach and Claire post
8/17/2024 2:04:31 PM

**Jen Abel DO NOT USE**
Here's a post with them
8/17/2024 2:04:37 PM

**Jen Abel DO NOT USE**
https://www.instagram.com/p/C-wL1gqpyrD/?igsh=MzRIODBiNWFIZA==

<__Library_SMS_Attach_1_ea_10_E8436E_1_198AF5_1>

<__Library_SMS_Attach_1_52_02_D26A7E_1_579938_1>
8/17/2024 2:04:39 PM

**Jen Abel DO NOT USE**
Backgrid photog
8/17/2024 2:04:53 PM

**Justin Baldoni**
Wow. We had no idea
8/17/2024 2:06:45 PM

**Justin Baldoni**
Jesus
8/17/2024 2:06:50 PM

**Justin Baldoni**
And people think I staged it
8/17/2024 2:06:57 PM

**Jen Abel DO NOT USE**
There are only a few comments that say that out of the hundreds
8/17/2024 2:07:30 PM

**Jen Abel DO NOT USE**
And deux moi actually responded and shut that down
8/17/2024 2:07:49 PM

**Justin Baldoni**
I had no idea that could happen in ojai, it's a tiny town - should we start to be prepared for that stuff?
8/17/2024 2:08:38 PM

**Jen Abel DO NOT USE**
I mean… yes… but nothing to necessarily prepare for. Paps are absolutely being more mindful of capturing children because they've been sued so many darn times and the nicer you are and more willing to say hi the easier they will be on you. Just keep being you and doing your thing. You're not someone we worry about 😄
8/17/2024 2:12:22 PM

**Justin Baldoni**
We didn't even see them
8/17/2024 2:13:29 PM

**Jen Abel DO NOT USE**
Also for the theater visits, I'll be able to swing by the grove visit but not able to go to the other ones 😅 I have to be home around 4pm for our contractor who needs to be let in to do some work on our house and then have to come back before they leave. Just so you're aware!! Sorry I wasn't able to shift the appointment
8/17/2024 2:16:25 PM

**Justin Baldoni**
Liked "Also for the theater visits, I'll be able to swing…"
8/17/2024 2:18:40 PM

**Justin Baldoni**
No worries.
Also I really appreciate they didn't say ojai and said Santa Barbara
8/17/2024 2:18:51 PM

**Justin Baldoni**
https://www.instagram.com/reel/C-v4CxXSWa3/?igsh=bjJqMzNkMDFpYzB5
📎
<__Library_SMS_Attach_1_84_04_FA7995_1_DAD753_1>
📎
<__Library_SMS_Attach_1_ab_11_3073D0_1_24D71C_1>
📎
<__Library_SMS_Attach_1_33_03_E0696C_1_1E856C_1>
8/17/2024 2:38:59 PM

CONFIDENTIAL
NATHAN_000000992

**Justin Baldoni**
This is an incredible post from someone we have worked with on man enough- he nailed it as it was my exact intention.

Something I could post and then this message isn't coming from me… and honoring victims
8/17/2024 2:39:00 PM

**Jen Abel DO NOT USE**
Let's boost this instead of you posting it. Some of the comments reference Colleen romanticizing dv and we don't want it to be interpreted as a dig at anyone. I know the video has nothing to do with it but let's instead have third parties amplify instead of you right now
8/17/2024 2:52:26 PM

**Justin Baldoni**
Understood
8/17/2024 2:52:43 PM

**Justin Baldoni**
Hey team, I'm torn on how I wanna do this, I have this outfit. Savannah had left me, but I'm also thinking about just going super casual like jeans and a white T-shirt.
8/17/2024 5:24:37 PM

**Justin Baldoni**
How I would normally do it just not trying hard
8/17/2024 5:24:48 PM

**0 Justin Baldoni**
📎
<__Library_SMS_Attach_1_ad_13_79DC58_1_745622_1.HEIC>
8/17/2024 5:25:03 PM

**Justin Baldoni**
Or jeans , t shirt , hat.
8/17/2024 5:25:11 PM

**Matthew Mitchell**
Casual and comfortable like you did in Sweden!
8/17/2024 5:25:32 PM

**Jen Abel DO NOT USE**
Loved "Casual and comfortable like you did in Sweden!"
8/17/2024 5:25:39 PM

**Jen Abel DO NOT USE**
I like that outfit too but this can be super casual
8/17/2024 5:25:49 PM

**2 Matthew Mitchell**
Whatever you're most relaxed with will be a+
8/17/2024 5:26:03 PM

**Justin Baldoni**
<__Library_SMS_Attach_1_0e_14_7DE4C7_1_745622_1.HEIC>
8/17/2024 5:28:12 PM

**Jen Abel DO NOT USE**
Loved an image
8/17/2024 5:29:04 PM

**Justin Baldoni**
Maybe white Converse instead of the blue
8/17/2024 5:29:33 PM

**Jen Abel DO NOT USE**
Your car is there whenever you're ready but no rush
8/17/2024 5:32:14 PM

**Breanna Butler**
Loved an image
8/17/2024 6:47:04 PM

CONFIDENTIAL                                                                                           NATHAN_000000994