# EXHIBIT 40

