# EXHIBIT 41

| | |
|---|---|
| **Message** | |
| From: | Jamey Heath |
| on behalf of | Jamey Heath |
| Sent: | 8/9/2024 3:04:39 PM |
| To: | Jed Wallace < > |
| CC: | Laura Voglesong [ ]; Imene Meziane ; Brian Singer ; Katie Case ; Melissa N ; Mitz Toskovic |
| Subject: | Re: Jamey/ Jed |

Hi all.

Confirming that I spoke with JP Morgan and wire has been approved. Should be to you any time.

Thanks all.
Jamey

Jed, let's set up a time for us to catch up please.
Thank you much.



**Jamey Heath**
CEO
Wayfarer Studios

On Aug 9, 2024, at 1:41?PM, Jed Wallace wrote:

?Thank you again, Laura!

Jed Wallace
Founder
**Street Relations, Inc.**

On Aug 9, 2024, at 1:28?PM, Laura Voglesong wrote:

?
Thank you everyone!

I've spoken with Jed and confirmed the wire transfer information. The invoice will be processed ASAP.

Any questions, please let me know.

Thank you,
Laura

> On Fri, Aug 9, 2024 at 11:17 AM Jed Wallace wrote:
> Wayfarer Family!!!
>
> I'm so sorry for the delayed response, just wrapped a long flight but my team is/has been in full throttle mode on our Wayfarer focus!
>
> In the meantime, We will work in lockstep with TAG, but engaged separately. Attached is a W9 and happy to confirm wiring details.
>
> Looking forward to working some magic with the Wayfarer team, et al.
>
> Jed Wallace
> Founder
> **Street Relations, Inc.**
>
>> On Aug 9, 2024, at 1:04 PM, Imene Meziane wrote:
>>
>> ?
>> Nice to e-meet you Jed.
>>
>> In addition to Brian's email, confirming that this falls under our agreement with The Agency Group ("TAG") and that TAG is subcontracting Street Relations?
>>
>> Please advise asap. Thanks,
>>
>> Imene Meziane
>>
>>> On Fri, Aug 9, 2024 at 11:02 AM Brian Singer wrote:
>>> Team,
>>>
>>> Can you please 1) forward a w9 along with 2) a name and phone number that either myself or our Controller, Laura can call ASAP to verbally confirm wire instructions?
>>>
>>> Many thanks,
>>>
>>> Brian
>>>
>>>> On Fri, Aug 9, 2024 at 12:45 AM Jamey Heath wrote:
>>>> Adding attachment



**Jamey Heath**
CEO
Wayfarer Studios

On Aug 9, 2024, at 2:41?AM, Jamey Heath wrote:

?Hi Jed,
Wonderful to meet you.

I apologize for the delay.  The premier and screening we had today has been just crazy time.

We are happy to have you on board.

As for the invoice, I'm adding my team to get into this and have you taken care of asap.

Please meet, Brian, imene and mitz.
Our CFO, our Head of Legal and our VP of Operations respectively.  Please rest assured we will get you squared up.

Team Wayfarer, please prioritize this.

Thank you all,

Jamey



**Jamey Heath**
CEO
Wayfarer Studios

Confidential

SR 1.00000046

> On Aug 8, 2024, at 1:11?PM, Jed Wallace <span style="background:black">█████████</span> wrote:
>
> ? Thank you for the connecting point, Katie!
>
> Jamey, an absolute pleasure. While the circumstances are the circumstances, this is our wheelhouse and have it prioritized across all platform-specific specialists working for me.
>
> Jed Wallace
> Founder
> **Street Relations, Inc.**
>
>> On Aug 8, 2024, at 1:08?PM, Katie Case <span style="background:black">█████████</span> wrote:
>>
>> ?
>> To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.
>>
>> And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.
>>
>>> On Thu, Aug 8, 2024 at 11:01?AM Melissa N <span style="background:black">█████████</span> wrote:
>>> Hi Jamey,
>>>
>>> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>>>
>>> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>>>
>>> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>>>
>>> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>>>
>>> Thanks so much
>>> Melissa
>>>
>>> Sent from my iPhone
>>> <Tag.WS.JB_Digital_Consulting_Project (1).pdf>

--

*Laura Voglesong*
*Controller, Wayfarer Studios*

Confidential

SR 1.00000048