# EXHIBIT 43

Message

| | |
|---|---|
| **From:** | Bill Pay ▬▬▬▬▬▬▬▬ |
| **on behalf of** | Bill Pay |
| **Sent:** | 10/9/2024 9:39:46 PM |
| **To:** | ▬▬▬▬▬▬▬▬▬▬▬▬ |
| **Subject:** | Your payment from Wayfarer Studios, LLC is on its way! |

# Wayfarer Studios, LLC

Hi Street Relations, Inc.,

The check will arrive around 10/17/24. This date is an estimate based on USPS delivery speed. The payment is for these invoices:

| Invoice # | Due Date | Amount | Payment Amount |
|---|---|---|---|
| #003TAG.JBWS | 10/01/24 | $30,000.00 | $30,000.00 |
| **Total:** | | | **$30,000.00** |

In the future, to receive this payment directly into your bank account, create your free account with our service provider:

**Sign Up Now**

If the button above doesn't work, copy and paste the following link into your web browser:

https://app-signup.us.bill.com/NetworkNodeSignup?pni=0196815570888497&action=PayBill&node=nno01NAXVHXGPDL5h0gl

Have questions about the payment? Contact Wayfarer Studios, LLC at ▬▬▬▬▬▬ .

Thank you,
Wayfarer Studios, LLC

For your security, double check all email links before clicking them to make sure they're safe. Our links always start with https://app01.us.bill.com, http://www.bill.com or http://www.cashflow.bill.com.

Confidential

Be cautious when sharing your information by email or phone.

Please don't reply to this automated email.

Bill Pay is a service provided by BILL Operations, LLC

To learn more about BILL Operations's privacy policy, read **Privacy Statement.**

© 2024 BILL Operations, LLC

ip-10-118-159-153.101.37 899984ac OTID0068-15 P01

Confidential

STREET 1.000090
STREET 1.000089