# EXHIBIT 46

**+16505047413**

| | |
|---|---|
| **Thread Participants:** | Tera Hanks McMaster (Owner); [redacted] Paige Bouey-Suen; [redacted] Tera Hanks (Owner) |
| **Active Participants:** | [redacted] Tera Hanks McMaster (Owner); [redacted] Paige Bouey-Suen |
| **First Message:** | 2/15/2024 6:47:41 PM |
| **Last Message:** | 2/15/2024 7:31:20 PM |

**Tera Hanks McMaster (Owner)**
Hi Paige
Do you know what the name/ contact of the company we used for sexual harassment training videos
And how much it cost ?
2/15/2024 6:47:41 PM

**Paige Bouey-Suen**
Hi! Most recently we used our employment lawyers - Seyfarth. I attached a photo of their costs, which would be adjusted based on company size, etc.

In the past we also used, Think HR. I can't seem to locate the price, but I know they're more affordable
2/15/2024 7:29:36 PM

**Paige Bouey-Suen**
📎
<MAA3203F5D5688D9F5D57CA792B53582A5B997F8ECADBDFA3A84452CA2EB0148E.C01USN00>
2/15/2024 7:29:42 PM

**Paige Bouey-Suen**
https://trustmineral.com/products/workplace-harassment-prevention/
📎 <C2B9728E-61EB-4BD2-AC32-F99A29B683C9.pluginPayloadAttachment>
📎 <2626DCA5-3344-4D81-A991-4C9DB71BF57B.pluginPayloadAttachment>
2/15/2024 7:31:20 PM

**Paige Bouey-Suen**
ThinkHR is now Mineral, FYI
2/15/2024 7:31:20 PM

CONFIDENTIAL
WAYFARER_000140035