# EXHIBIT 47

---------- Forwarded message ---------
From: **Alex Saks** ▮
Date: Fri, Nov 10, 2023 at 4:50 PM
Subject: Fwd: Spoke to Jamey
To: Alex Saks ▮


---------- Forwarded message ---------
From: **Alex Saks** ▮
Date: Mon, Mar 13, 2023 at 4:54 PM
Subject: Spoke to Jamey
To: Andy Davis ▮, Andrew Lieberman ▮

Per our conversation. And he's good w Sony taking the lead on all workplace hotline/email type things if Sony is allowed to. He gets it all and agrees! Andrea is also aware.

Please note my new email address ▮

--
*Please note my new email address: ▮ and new company name: Saks Picture Company.

AS000008