# EXHIBIT 48



---------- Forwarded message ---------
From: **Jill Sacco**
Date: Thu, Apr 27, 2023 at 8:25 AM
Subject: Re: "IEWU" HR - Wayfarer - PRESSING
To: Andrea Ajemian
Cc: Jamey Heath, Alex Saks, Imene Meziane, John Logan Pierson, Mariela Villa

And just so everyone has his info in case you want to reach out:

**Tom Woods - Local 52**

Thanks,

On Thu, Apr 27, 2023 at 10:46 AM Andrea Ajemian wrote:
> Hi Jamey, Imene, and John Logan,
>
> Jill just got a call from Tom Woods, business agent at local 52. He said he needs our HR dept info immediately. He wouldn't give her any information. Seems like we have an HR complaint. The only people on right now from 52 are set dec, props, and construction. No complaints have come to me.
>
> We have an outside safety company with a phone number, but he said that's not good enough. He needs HR. Normally on Indies there are no HR departments, so whose info should I send?
>
> Who handles HR issues at Wayfarer?
>
> Thanks
> Andrea
>
>
> Andrea Ajemian
> Executive Producer/UPM
> "It Ends With Us"
> Wayfarer Studios

cell: 

--
**Jill Sacco**
Production Supervisor
*"It Ends With Us"*
**Wayfarer Studios**
**Cell:**

http://www.imdb.com/name/nm4539343/
http://staffmeup.com/profile/jillsacco