# EXHIBIT 49

---------- Forwarded message ---------
From: **Alex Saks**
Date: Sun, Mar 12, 2023 at 5:49 PM
Subject: Harassment and Workplace Hotline
To: Jamey Heath, Imene Meziane, Andrew Lieberman, Andrea Ajemian

Hey all,
Was thinking this weekend and I'm not sure what protocols Wayfarer already has in place, but I think because of Justin's role at Wayfarer our workplace harassment protocols should come from Sony on this show. We should do their training/zoom before we start and their email/hotline should be distro'd to crew upon hiring.
Let me know if you're all amenable to this.
Best,
Alex

--
*Please note my new email address: and new company name: Saks Picture Company.