# EXHIBIT 51

| | |
|---|---|
| **Message** | |
| **From:** | Katie Case |
| **on behalf of** | Katie Case |
| **Sent:** | 8/8/2024 1:07:21 PM |
| **To:** | Melissa N |
| **CC:** | Jamey Heath                                                   Jed Wallace |
| **Subject:** | Re: Jamey/ Jed |
| **Attachments:** | Tag.WS.JB_Digital_Consulting_Project (1).pdf |

To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.

And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.

On Thu, Aug 8, 2024 at 11:01?AM Melissa N                                    wrote:

> Hi Jamey,
>
> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>
> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>
> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>
> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>
> Thanks so much
> Melissa
>
> Sent from my iPhone

Confidential
SR 1.00000007