# EXHIBIT 53

**Thread Participants:** Jamey Heath (Owner); Justin; Jamey Heath (Owner); Jamey Heath (Owner)
**Active Participants:** Jamey Heath (Owner); Justin
**First Message:** 5/28/2023 12:44:21 PM
**Last Message:** 5/28/2023 7:01:09 PM

---

**Justin**
I'm just by the pool listening to stuff and trying to release if you want to come here today
*5/28/2023 12:44:21 PM*

**Jamey Heath (Owner)**
Hey brother. Im up in Philly. Be back manana.
*5/28/2023 12:45:44 PM*

**Justin**
Liked "Hey brother. Im up in Philly. Be back manana."
*5/28/2023 12:46:00 PM*

**Jamey Heath (Owner)**
Conversation is going really well. And Alex is in a good place. I'm gonna set it up for you two to talk. But you shouldn't share all that I've shared about what she says about you other than what I say now. Let's keep it up
*5/28/2023 1:41:11 PM*

**Justin**
FT me
*5/28/2023 3:44:10 PM*

**Justin**
Calof called me..: what does he know?
*5/28/2023 6:38:05 PM*

**Jamey Heath (Owner)**
Nothing. He knows we got shut down for covid. Haven't talked to him since then
*5/28/2023 6:38:50 PM*

so nothing about Blake or drama ?
*5/28/2023 6:45:18 PM*

**Jamey Heath (Owner)**
Nope. Of course not. He knows that she wasn't happy about getting covid.
*5/28/2023 6:46:31 PM*

**Justin**
I mean he's fine to know that stuff he's our guy.
*5/28/2023 6:46:58 PM*

**Justin:** I told Steve more today
5/28/2023 6:47:07 PM

**Jamey Heath (Owner):** I talked to Steve last night also. I didn't share about the "comments" the ladies had feelings about. Didn't want to share anything you hadn't yet.
5/28/2023 6:58:25 PM

**Justin:** I shared with him today
5/28/2023 6:59:27 PM

**Justin:** He said he should come to sit and remind Blake who's money this is and I said that's not the best idea
5/28/2023 7:00:03 PM

**Jamey Heath (Owner):** Yeah. He said that too to me too regarding how difficult she is to work with. He doesn't quite get the nuance.
5/28/2023 7:01:09 PM

CONFIDENTIAL

HEATH_000035493