# EXHIBIT 55

+ █████████

**Thread Participants:** █████████ Jamey Heath (Owner); █████████ Andy; █████████ Jamey Heath (Owner); █████████ Jamey Heath (Owner); █████████ Jamey Heath (Owner)
**Active Participants:** █████████ Jamey Heath (Owner); █████████ Andy
**First Message:** 8/4/2024 4:01:32 PM
**Last Message:** 8/4/2024 6:02:18 PM

---

**█████████ Jamey Heath (Owner)**
I think maybe you should sing a song at the Afterparty Wayfare with Justin what do you think? Do you have your guitar? Can we get you one? I don't know do something a couple things that can bring some joy. I'm not thinking about it or are you kind of friend who doesn't do those things? What's my birthday? How about my mothers name? Do you know that?
8/4/2024 4:01:32 PM

**█████████ Andy**
Hahah
8/4/2024 5:26:02 PM

**█████████ Andy**
Of course
8/4/2024 5:26:05 PM

**█████████ Andy**
I do t have a guitar
8/4/2024 5:26:13 PM

**█████████ Andy**
But I'm super down
8/4/2024 5:26:20 PM

**█████████ Andy**
Are you in nyc right now?
8/4/2024 5:27:27 PM

**█████████ Andy**
Me and Adam on separate plans are circling they won't let us land
8/4/2024 5:27:45 PM

**█████████ Andy**
Is it stormy over there?
8/4/2024 5:27:54 PM

**+█████████ Jamey Heath (Owner)**
Our pilot stated on eve we took off that it's a mess in that area and that we will figure it out when we get there. Weather is part of it. Good news is you have to land somewhere
8/4/2024 5:29:32 PM

> **Jamey Heath (Owner)**
> I land in 4 hours
> 8/4/2024 5:29:39 PM

**Andy**
Landing in Pittsburgh
8/4/2024 5:30:20 PM

**Andy**
Not letting us in
8/4/2024 5:30:31 PM

> **Jamey Heath (Owner)**
> Jesus.
> 8/4/2024 5:31:04 PM

**Andy**
Where are you flying from LA?
8/4/2024 5:31:29 PM

> **Jamey Heath (Owner)**
> This is the movie that keeps on moving
> 8/4/2024 5:31:31 PM

> **Jamey Heath (Owner)**
> La
> 8/4/2024 5:31:34 PM

**Andy**
Hahaha
8/4/2024 5:31:48 PM

**Andy**
Should I play the song that should have been in the movie?
8/4/2024 5:33:00 PM

> **Jamey Heath (Owner)**
> I meant to say.
> The movie that keeps on Movieing. A pun. It's bad. So bad. Blake is right. We suck. I just realized that. Damnit. Thank Blake.
> 8/4/2024 5:33:03 PM

**Andy**
HAHAHAHA
8/4/2024 5:33:05 PM

> **Jamey Heath (Owner)**
> Yes okay they song
> 8/4/2024 5:33:27 PM

**Andy**
Honestly excited to be there with a bunch of friends
8/4/2024 5:33:43 PM

**Andy:** You guys did an amazing thing
8/4/2024 5:33:58 PM

**Andy:** And it deserves to be honored
8/4/2024 5:34:14 PM

**Andy:** Not even joking
8/4/2024 5:34:18 PM

**Andy:** Gonna be a great couple days
8/4/2024 5:34:24 PM

**Jamey Heath (Owner):** I hope so.  I'm in the middle of it navigating crisis and Sony after party shit.
8/4/2024 5:34:56 PM

**Jamey Heath (Owner):** So I'm nervous.
8/4/2024 5:35:05 PM

**Andy:** Yeah
8/4/2024 5:35:11 PM

**Jamey Heath (Owner):** It's like secret service
8/4/2024 5:35:12 PM

**Andy:** What's the possible Criss
8/4/2024 5:35:22 PM

**Andy:** Crisis that she says some crazy shit
8/4/2024 5:35:29 PM

**Jamey Heath (Owner):** Too much to text.  I've hired a crisis management team. Costing 9million dollars.
Also our pr team.  Just have to manage every land mine so it doesn't go off.  And there's just so much to it.  Also aside from that, there's this wonderful thing we did as you said but it's hard to celebrate because of the land mines. Everyday is different.
But I hope I land in New York so I can say that I beat you yet again
8/4/2024 5:38:23 PM

**Andy:** Loved "Too much to text.  I've hired a crisis management…"
8/4/2024 5:39:39 PM

**Andy:** We'll be there through whatever it is
*8/4/2024 5:39:52 PM*

**Jamey Heath (Owner):** Most important thing I said was..

I hope I get to land in New York so I can say that I beat you yet again.
*8/4/2024 5:41:05 PM*

**Andy:** No one landing there tonight
*8/4/2024 5:41:23 PM*

**Andy:** We're all partying in Pittsburgh
*8/4/2024 5:41:29 PM*

**Jamey Heath (Owner):** I land in 4 hours. Plus I land in Newark. Plus I might have dated the pilot so I have some influence. Yeah… I feel it. We're landing in Newark and I'm gonna win again.
*8/4/2024 5:43:01 PM*

**Andy:** Adam is landing at jfk
*8/4/2024 5:43:19 PM*

**Andy:** Think we are gonna land and refuel hopefully
*8/4/2024 5:43:28 PM*

**Jamey Heath (Owner):** Looks like you're alone bro.
Enjoy Philly. Hope to see you at the premier. But If not, I sing a song instead. I got you!
*8/4/2024 6:02:10 PM*

**Jamey Heath (Owner):**
*Edited*
Looks like you're alone bro.
Enjoy Philly. Hope to see you at the premier. But If not, Ill sing a song instead. I got you!
*8/4/2024 6:02:18 PM*