# EXHIBIT 56

**From:** Jennifer Abel
**Sent:** Wed, 31 Jul 2024 00:17:49 -0400 (EDT)
**To:** Mitz Toskovic
**Cc:** Jamey Heath
**Subject:** Re: TIMELINE

It opens for me! Thanks for sending mitz. Will review with fresh eyes tomorrow.

**From:** Mitz Toskovic
**Sent:** Tuesday, July 30, 2024 9:11:26 PM
**To:**
**Cc:** Jennifer Abel ; Jamey Heath ; Tera Hanks
**Subject:** TIMELINE

Hi Melissa,

My name is Mitz, I work closely with jamey at Wayfarer Studios. I'm sure we will chat more later this week. Looking forward to meeting you.

We've started putting a timeline of events over the last 2 years.

This is a WIP and needs some cleaning up but sharing with you so you can start to get up to speed.

Please let me know if you have any questions!

@Jennifer Abel let me know best way to share this with you. For some reason google sheets doesnt like your email.

Talk soon,



Mitz Tošković