# EXHIBIT 57

**From:** Dervla M███████████
**Sent:** Sun, 28 Jul 2024 11:32:22 -0400 (EDT)
**To:** Alyx S███████
**Cc:** Katie Case███████████; Melissa N███████████; '███████████████████████████████' Rylie L███████
**Subject:** Re: Before call tomorrow
**Attachments:** Justin Baldoni (1).docx

Sorry, know this is late but attached if still helpful

++

### Justin Baldoni

- Known for portraying Rafael Solano on **The CW** show Jane the Virgin (ended 2019)

- Reps: WME, Jonesworks, Del Shaw Moonves Tanaka Finkelstein Lezcano Bobb & Dang

- Married Swedish actress Emily Baldoni / 2 kids

- Starring in It Ends with Us 2024

### It Ends With Us

- Scheduled to be released on August 9, 2024, by Columbia Pictures through Sony Pictures Releasing.

- Casting controversy due to age: between the actors and their characters (Blake Lively is 36 while Lily is 23 in the book, and Baldoni is 40 and Ryle is supposed to be 30.) Response: Baldoni tells ET he has one bit of advice for worried fans: 'Just go see the movie.'

### Wayfarer Studios

- Baldoni's digital media studio

- 2019: sold for majority stake to unnamed investor

- As of 2019: Baldoni's partners are Ahmed Musiol, Brian Singer and Farhoud Meybodi.

- Philanthropic branch (Wayfarer Foundation) benefits homeless. They host an annual Skid Row Carnival of Love

### 2017 Sexual Harassment Claims

- People: Justin Baldoni Claims a Hollywood Producer Sexually Harassed Him in Hot Tub

- 21: a producer approached him in a hot tub and asked him to remove his clothes, coerce sex, told him he was friends with Clooney and Ch

- Admitted he has "been on the giving end of inappropriate conduct toward women"

  o "I guarantee at some point in my life there is a woman or two that I in some way made uncomfortable by saying something or doing

On Sun, Jul 28, 2024 at 8:11 AM Alyx S███████████ > wrote:

CONFIDENTIAL                                                                                                                         NATHAN_000003194

I texted in the chat yesterday that I was going to be without service. Also happy to join the call if needed. @Rylie L can you please pull this information together for Melissa.

**From:** Katie Case
**Sent:** Sunday, July 28, 2024 7:37:39 AM
**To:** Melissa N
**Subject:** Re: Before call tomorrow

Apologies, I went for a long run this morning. I'm getting home now — would you like me to join this call for note taking purposes/support?

**From:** Melissa N
**Sent:** Sunday, July 28, 2024 10:35 AM
**To:**
**Subject:** Re: Before call tomorrow

All.

I've done numerous calls all across the weekend for new biz as well as from the ER On my own which I've put no one else on.

This was a very simple request pre my call in 30 minutes.

Having no one answer is pretty unacceptable

I am doing myself

Plz answer when I email this group

Thanks

Sent from my iPhone

> On 27 Jul 2024, at 21:14, Melissa N <...> wrote:
>
> Can I please have a super simple fact sheet on:
>
> Justin Baldoni- any issues he has faced
> Studio he is attached to
> Kids/wife etc
>
> My call is at 8 am PT.
>
> Thank you
>

CONFIDENTIAL

NATHAN_000003195