# EXHIBIT 58

| | |
|---|---|
| **From:** | Kevin A. Fritz |
| **To:** | Nathan, Aaron E. |
| **Cc:** | Stephanie Roeser; Bender, Kristin; Bryan Freedman; Joel Glover; Kristin Tahler; Nicholas Inns; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby; Mitch Schuster; Amit Shertzer; Summer Benson; Birtha Vaneta; Miles Cooley; Cortni Davis; Jose Perez; Jason Sunshine; mitra@ahouraianlaw.com; Theresa Troupson; Chip Babcock; Gottlieb, Michael; Esra Hudson; Matthew Bruno; Connolly, Michaela; Taustine, Melissa; Meryl Governski; Katelyn Climaco; Daniel J. Pohlman; Maxwell Breed |
| **Subject:** | Re: Lively v. Wayfarer Studios, et al,, 24-cv-10049 |
| **Date:** | Thursday, July 24, 2025 8:31:11 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image001.png |
| | image002.png |

**\*\*\* EXTERNAL EMAIL \*\*\***

Aaron, upon your inquiry about the 860 phone number on the Case/Koslow privilege log, I looked into the matter. It is Sage Steele. We'll revise our interrogatory responses accordingly.

Sent from my iPhone

> On Jul 23, 2025, at 9:57 PM, Nathan, Aaron E. <ANathan@willkie.com> wrote:

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin:

Thanks for your time on the meet-and-confer earlier regarding Ms. Case and Ms. Koslow's productions and privilege logs. We understand from what you told us on the call that the Wayfarer Parties do not intend to serve privilege logs as to the documents produced by Ms. Case or Ms. Koslow, except to the extent the Wayfarer Parties will be producing the same documents from their own possession, custody, or control, in which case the Wayfarer Parties intend to assert any privilege claims as to such documents on the logs to be provided from the Wayfarer Parties regarding their own productions. Otherwise, we understand from the call that the Wayfarer Parties simply adopt Ms. Case and Ms. Koslow's logs.

Thanks,
Aaron

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com.bio

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Tuesday, July 22, 2025 12:19 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Bender, Kristin <KBender@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dlrllp.com>; Climaco, Katelyn <KClimaco@manatt.com>; Pohlman, Daniel J.

&lt;dpohlman@pryorcashman.com&gt;; Breed, Maxwell &lt;mbreed@pryorcashman.com&gt;
**Subject:** RE: Lively v. Wayfarer Studios, et al., 24-cv-10049

**\*\*\* EXTERNAL EMAIL \*\*\***

Stephanie:

We are asserting the attorney-client privilege, work product doctrine, common interest privilege, and any other applicable privilege. I am available tomorrow afternoon.

**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York | New Jersey | Connecticut | California | Website

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Roeser, Stephanie &lt;SRoeser@manatt.com&gt;
**Sent:** Monday, July 21, 2025 11:35 PM
**To:** Bender, Kristin &lt;KBender@willkie.com&gt;; Kevin A. Fritz &lt;kaf@msf-law.com&gt;; Bryan Freedman &lt;bfreedman@lftcllp.com&gt;; Joel Glover &lt;jglover@jw.com&gt;; Kristin Tahler &lt;kristintahler@quinnemanuel.com&gt;; Nicholas Inns &lt;nicholasinns@quinnemanuel.com&gt;; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby &lt;sma@msf-law.com&gt;; Mitch Schuster &lt;ms@msf-law.com&gt;; Amit Shertzer &lt;as@msf-law.com&gt;; Summer Benson &lt;sbenson@lftcllp.com&gt;; Birtha Vaneta &lt;vbirtha@lftcllp.com&gt;; Miles Cooley &lt;mcooley@lftcllp.com&gt;; Cortni Davis &lt;cdavis@lftcllp.com&gt;; Jose Perez &lt;jperez@lftcllp.com&gt;; Jason Sunshine &lt;jsunshine@lftcllp.com&gt;; mitra@ahouraianlaw.com; Theresa Troupson &lt;ttroupson@lftcllp.com&gt;; Joel Glover &lt;jglover@jw.com&gt;; Babcock, Chip &lt;cbabcock@jw.com&gt;
**Cc:** Gottlieb, Michael &lt;MGottlieb@willkie.com&gt;; Hudson, Esra &lt;EHudson@manatt.com&gt;; Bruno, Matthew &lt;MBruno@manatt.com&gt;; Nathan, Aaron E. &lt;ANathan@willkie.com&gt;; Connolly, Michaela &lt;MConnolly@willkie.com&gt;; Taustine, Melissa &lt;MTaustine@willkie.com&gt;; Meryl Governski &lt;mgovernski@dirllp.com&gt;; Climaco, Katelyn &lt;KClimaco@manatt.com&gt;; Pohlman, Daniel J. &lt;dpohlman@pryorcashman.com&gt;; Breed, Maxwell &lt;mbreed@pryorcashman.com&gt;
**Subject:** RE: Lively v. Wayfarer Studios, et al., 24-cv-10049

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin,

Earlier, we sent you links to the re-produced documents received from Ms. Case and Ms. Koslow. Given that we have not yet heard from you about any claim of privilege by your clients as to any documents in Ms. Case or Ms. Koslow's productions, please confirm in writing by the end of the day tomorrow whether any of your clients is asserting any claim of privilege over any documents in Ms. Case or Ms. Koslow's productions, specify the nature of the privilege as to any such document, and provide us with the basis for any such claim in the form of a privilege log.

Should you assert any claim of privilege over any documents in Ms. Case or Ms. Koslow's productions, please also provide your availability to meet and confer on Wednesday, July 23.

Thanks,

Stephanie

**Stephanie Roeser**
Partner


**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Monday, July 21, 2025 12:08 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Climaco, Katelyn <KClimaco@manatt.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Breed, Maxwell <mbreed@pryorcashman.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al., 24-cv-10049

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Hi all,

Unfortunately, we are taking down the 4 pm est call because we do not have the necessary information from Case/Koslow counsel in order to proceed. We'll circle back for other availability.

Best,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, July 18, 2025 6:24 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>;

Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Breed, Maxwell <mbreed@pryorcashman.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al., 24-cv-10049

Thanks Kevin. We are available at 4 pm est on Monday. We will send a dial in.

Best,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com.bio

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Thursday, July 17, 2025 6:28 PM
**To:** Bender, Kristin <KBender@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>; Pohlman, Daniel J. <dpohlman@pryorcashman.com>; Breed, Maxwell <mbreed@pryorcashman.com>
**Subject:** RE: Lively v. Wayfarer Studios, et al., 24-cv-10049

**\*\*\* EXTERNAL EMAIL \*\*\***

Kristin:

Thanks for your email. I will look into the issue. I am available on Monday from 3pm – 5pm to meet and confer, subject to the availability of counsel for Case and Koslow.

<image001.png>

**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York    |    New Jersey    |    Connecticut    |    California    |    Website

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure,

copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.

IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, July 17, 2025 5:37 PM
**To:** Bryan Freedman <bfreedman@lftcllp.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; daniellelazarus@quinnemanuel.com; maarenchoksi@quinnemanuel.com; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Kevin A. Fritz <kaf@msf-law.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <KClimaco@manatt.com>
**Subject:** Lively v. Wayfarer Studios, et al., 24-cv-10049

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin,

We received a document production from third parties Katie Case and Brianna Koslow, which we forwarded to you this afternoon.  In our initial scanning of the production, we noticed certain messages were produced that included you and your co-counsel.  Out of an abundance of caution, we promptly stopped our review and are reaching out to Ms. Case's and Ms. Koslow's counsel. We are in the process of determining a manner for return of the documents, which we are doing pursuant to the ESI stipulation, without waiving any argument that the documents are not protected by any privilege and are subject to production.

To the extent the Wayfarer Parties will be asserting any privilege, please provide the basis for that assertion and your availability for a meet and confer tomorrow.  We reserve the right to seek *in camera* review of these documents.

Thank you,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a

limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.