# EXHIBIT 59

# Arrive Wet PR

**Thread Participants:** ███████ Katie Case; ███████ Breanna Butler; ███████ Melissa Nathan (Owner); ███████ Matthew Mitchell; ███████ Jen Abel DO NOT USE; ███████ (Owner)

**Active Participants:** ███████ Katie Case; ███████ Breanna Butler; Melissa Nathan (Owner); ███████ Matthew Mitchell; ███████ Jen Abel DO NOT USE; System Message System Message

**First Message:**   8/14/2024 3:02:28 PM
**Last Message:**   8/14/2024 11:59:46 PM

---

**Katie Case**
Hey guys re the tmz thing re the HR complaints — our understanding is that 2 were form Blake and Jenny re the "sexy" comment. Is the additional one from Jenny re the thing with Jamey and her apartment in nyc? Just want to clarify.
8/14/2024 3:02:28 PM

**Jen Abel DO NOT USE**
We don't know we are awaiting a call back from Jamie
8/14/2024 3:02:50 PM

**Katie Case**
Thanks!
8/14/2024 3:03:13 PM

**System Message System Message**
*System*
███████ added ███████ to the conversation
8/14/2024 3:03:22 PM

**+███████ Jen Abel DO NOT USE**
I think we need to position it as the claims that are already out there about the kiss and the weight comment
8/14/2024 3:03:32 PM

**Jen Abel DO NOT USE**
But need more info
8/14/2024 3:03:37 PM

**System Message System Message**
*System*
███████ named the conversation "JB — Just PR".
8/14/2024 3:03:40 PM

**Katie Case**
Adding Bre too!

Breanna Jen and Matthew are waiting on clarification from Jamey re the HR complaints.
8/14/2024 3:04:18 PM

**Jen Abel** DO NOT USE
Liked "Adding Bre too!

Breanna Jen and Matthew are wait…"
8/14/2024 3:04:57 PM

**Jen Abel** DO NOT USE
https://www.dailymail.co.uk/tvshowbiz/article-13743577/amp/real-reason-Ryan-Reynolds-save-Blake-Lively-ends-us.html
📎
<__Library_SMS_Attach_1_3e_14_ADEE85_1_7090C2_1>
📎
<__Library_SMS_Attach_1_fd_13_B5B26C_1_FC85FF_1>
8/14/2024 4:51:51 PM

**Katie Case**
This is WILDLY misogynist…
8/14/2024 4:53:49 PM

**Breanna Butler**
*Reply*
Ok thank you - please keep us posted!
8/14/2024 4:55:17 PM

**Jen Abel** DO NOT USE
*Reply*
Should we do anything or leave it
8/14/2024 5:14:12 PM

**Breanna Butler**
Is it even true? Who would 3rd person be? I do think we should see if they have details re: claims
8/14/2024 5:16:30 PM

**Katie Case**
I do think the internet is going to have a field day with this. Not only is this sexist but it's also embarrassing. If I was in Blake's shoes I'd be furious if someone made it public I needed my husband to fight my battles for me or "help me achieve my dreams."

We do need to get clarity on the HR violations to have a full view of the field we're playing on. But we definitely have ammunition if we feel we need to use it.
8/14/2024 5:22:44 PM

**Jen Abel** DO NOT USE
Yes melissa knows about the HR violations and discussed with tmz
8/14/2024 5:26:05 PM

**Katie Case**
Ok great thank you
8/14/2024 5:26:17 PM

NATHAN_000001047
NATHAN_000001046

**Jen Abel DO NOT USE**
I don't know the latest though and know she's walking in with a client currently so I'll let her chime in when free
8/14/2024 5:26:58 PM

**Melissa Nathan (Owner)**
TMZ have been quiet - nothing else to say on it
8/14/2024 7:17:12 PM

**Jen Abel DO NOT USE**
https://www.instagram.com/p/C-qnJf6hWyH/?igsh=MzRlODBiNWFlZA==
📎
<__Library_SMS_Attach_1_97_07_AF4F0F_1_DA650F_1>
📎
<__Library_SMS_Attach_1_ec_12_C579B5_1_F6E508_1>
8/14/2024 7:18:45 PM

**Jen Abel DO NOT USE**
"Arrive wet" I'm dead
8/14/2024 8:20:12 PM

**Jen Abel DO NOT USE**
https://www.tiktok.com/t/ZTNnLo8sX/
📎
<__Library_SMS_Attach_1_87_07_9142E8_1_3E6BBD_1>
📎
<__Library_SMS_Attach_1_d7_07_29FD43_1_D65D99_1>
8/14/2024 8:20:14 PM

**Katie Case**
Laughed at "https://www.tiktok.com/t/ZTNnLo8sX/"
8/14/2024 8:22:42 PM

**Matthew Mitchell**
Arrive wet!   I can NOT.
8/14/2024 9:28:41 PM

**Matthew Mitchell**
😵
8/14/2024 9:28:44 PM

**Melissa Nathan (Owner)**
Arrive wet .
8/14/2024 9:30:37 PM

**Matthew Mitchell**
Is this our new group chat name???
8/14/2024 9:31:42 PM

CONFIDENTIAL

**System Message System Message**
*System*

██████████ named the conversation "Arrive Wet PR".

8/14/2024 9:32:12 PM

**System Message System Message**
*System*

██████████ changed the group photo.

📎
<__Library_SMS_Attach_1_e3_03_at_0_C_1_GroupP_1
>

8/14/2024 9:32:28 PM

**Melissa Nathan (Owner)**
I am dead

8/14/2024 9:32:30 PM

**Melissa Nathan (Owner)**
I am fucking dead I needed this

8/14/2024 9:32:37 PM

**Matthew Mitchell**
I couldn't do 🏹 that's too much. IYKYK.

8/14/2024 9:33:21 PM

**Melissa Nathan (Owner)**
Arrive wet PR

Abel- it's not too late to re register your LLC

AWPR

8/14/2024 9:35:33 PM

**Jen Abel DO NOT USE**
HAHAHAHAH

8/14/2024 9:43:40 PM

**Jen Abel DO NOT USE**
"Never be afraid… to arrive wet"

8/14/2024 9:44:00 PM

**Melissa Nathan (Owner)**
Jennifer Abel Launches New Agency- Arrive Wet PR

8/14/2024 9:44:46 PM

**Matthew Mitchell**
Laughed at "Arrive wet PR

Abel- it's not too late to re regis…"

8/14/2024 9:47:09 PM

**Matthew Mitchell**
Emphasized ""Never be afraid… to arrive wet""

8/14/2024 9:47:16 PM

CONFIDENTIAL

**Jen Abel DO NOT USE**
Laughed at "Jennifer Abel Launches New Agency- Arrive Wet PR

"

8/14/2024 9:51:59 PM

**Jen Abel DO NOT USE**
This is literally the TAG team this week…
8/14/2024 10:07:08 PM

+ **Jen Abel DO NOT USE**
https://www.instagram.com/reel/C-ocgpHMQLB/?igsh=MzRlODBiNWFIZA==
📎
<__Library_SMS_Attach_1_dc_12_C1414D_1_139438_1>
📎
<__Library_SMS_Attach_1_86_06_98E98A_1_32FA1B_1>
📎
<__Library_SMS_Attach_1_74_04_414EC2_1_CA94AB_1>
8/14/2024 10:07:14 PM

**Jen Abel DO NOT USE**
Look at the comments
8/14/2024 11:57:41 PM

**Jen Abel DO NOT USE**
https://x.com/thr/status/1823903545105768759?s=46&t=ICall20h75OB3Ad6Pnd3Sw
📎
<__Library_SMS_Attach_1_24_04_E45A0C_1_BEDE25_1>
8/14/2024 11:57:42 PM

**Matthew Mitchell**
"You spelled Justin Baldoni wrong."

8/14/2024 11:59:31 PM

**Jen Abel DO NOT USE**
Hahahaha
8/14/2024 11:59:46 PM

CONFIDENTIAL