# EXHIBIT 60

**chat**

**Thread Participants:** Katie Case; Breanna Butler; Carolina Hurley; Melissa Nathan (Owner); (Owner)

**Active Participants:** Katie Case; Breanna Butler; Carolina Hurley; 8 Melissa Nathan (Owner)

**First Message:** 8/14/2024 11:58:13 AM
**Last Message:** 8/14/2024 5:57:35 PM

---

**Breanna Butler**
Let's chat on this as it's Vulture
<__Library_SMS_Attach_1_bb_11_106809_1_Screen_1.heic>
8/14/2024 11:58:13 AM

**Carolina Hurley**
Or for some other service? Bye
8/14/2024 11:58:47 AM

**Katie Case**
Emphasized an image
8/14/2024 11:58:50 AM

**Breanna Butler**
Connected with MN we are not engaging or touching
8/14/2024 12:02:00 PM

**Katie Case**
Ok
8/14/2024 12:02:13 PM

**Carolina Hurley**
Having all this veteran crisis stuff out there just boosted our retainers at least 10% IMO
8/14/2024 12:16:00 PM

**Katie Case**
Emphasized "Having all this veteran crisis stuff out there jus…"
8/14/2024 12:20:18 PM

**Carolina Hurley**
<__Library_SMS_Attach_1_f2_02_39D06C_1_Screen_1.heic>
8/14/2024 2:07:57 PM

**Katie Case**
Emphasized an image
8/14/2024 2:12:43 PM

CONFIDENTIAL

NATHAN_000001730
NATHAN_000001730

**Katie Case:** Seeing the newest TMZ attempt — do we start seeding he had to hire someone to protect him from the consistent attacks and smear campaign by Blake and her team?
8/14/2024 2:57:29 PM

**Melissa Nathan (Owner):** Let's find out if it's true first
8/14/2024 3:00:48 PM

**Melissa Nathan (Owner):** As if it is…
8/14/2024 3:00:54 PM

**Katie Case:** We knew about the 2 complaints from Jenny and Blake re the sexy comment
8/14/2024 3:01:25 PM

**Melissa Nathan (Owner):** Was it HR though ?
8/14/2024 3:02:01 PM

**Katie Case:** Yep
8/14/2024 3:02:35 PM

**Katie Case:** I just asked for further clarification though
8/14/2024 3:02:47 PM

**Katie Case:** Because that information was conveyed at about 10:30 PM lol but I'm like 90% sure
8/14/2024 3:03:07 PM

**Breanna Butler:** I thought Blake and Jenny ran to studio. If there was a third complaint brought to HR, he would have heard about it. And that was never brought up
8/14/2024 3:26:26 PM

**Carolina Hurley:** 📎 <__Library_SMS_Attach_1_cb_11_71E4F6_1_IMG_0416.heic>
8/14/2024 5:54:15 PM

**Katie Case:** What is this?
8/14/2024 5:54:32 PM

**Carolina Hurley:** Taylor Lorenz
8/14/2024 5:54:40 PM

**Katie Case:** WHAT
8/14/2024 5:54:52 PM

**Katie Case:** IN RELATION TO WHAT
8/14/2024 5:54:58 PM

**Katie Case:** carolina what the fuck
8/14/2024 5:55:02 PM

**Carolina Hurley:** Wait wdym hahaha
8/14/2024 5:55:25 PM

**Carolina Hurley:** Taylor posted this on her story
8/14/2024 5:55:29 PM

**Katie Case:** Wait
8/14/2024 5:56:13 PM

**Katie Case:** I might be misunderstanding what's happening here
8/14/2024 5:56:20 PM

**Melissa Nathan (Owner):** Same, I thought it was because of me for a minute
8/14/2024 5:56:32 PM

**Melissa Nathan (Owner):** I thought she thought I was a criminal
8/14/2024 5:56:37 PM

**Carolina Hurley:** Shes calling Biden a war criminal
8/14/2024 5:56:44 PM

**Carolina Hurley:** While actively employed at Waco
8/14/2024 5:56:55 PM

**Carolina Hurley:** *Edited* While actively employed at Wapo
8/14/2024 5:57:00 PM

**Katie Case:** OH hahahaha
8/14/2024 5:57:35 PM

CONFIDENTIAL

NATHAN_000001732
NATHAN_000001730