# EXHIBIT 61

**Thread Participants:** [redacted] Candace Trunzo; [redacted] Melissa Nathan (Owner)
**Active Participants:** +[redacted] Candace Trunzo; [redacted] Melissa Nathan (Owner)
**First Message:** 8/15/2024 11:57:09 AM
**Last Message:** 8/15/2024 5:14:53 PM

**Melissa Nathan (Owner):** Free now?
*8/15/2024 11:57:09 AM*

**Melissa Nathan (Owner):** Oh wait
*8/15/2024 12:02:10 PM*

**Melissa Nathan (Owner):** Call !! I'm about to go on closed set
*8/15/2024 12:02:22 PM*

**Candace Trunzo:** I'll try you call back if you're tied up
*8/15/2024 12:33:40 PM*

**Melissa Nathan (Owner):** https://www.businessinsider.com/stephanie-jones-jonesworks-pr-clients-tom-brady-jeff-bezos
<__Library_SMS_Attach_1_f3_03_21717F_1_AA53E9_1>
<__Library_SMS_Attach_1_de_14_AB236A_1_2FDAAB_1>
*8/15/2024 12:38:39 PM*

**Melissa Nathan (Owner):** "And the fact that they saved the script from what they think is a disaster after we had a green lit script and a was strike basically implies they were scabs "
*8/15/2024 2:01:16 PM*

**Melissa Nathan (Owner):** Which we should 100% lead them to
*8/15/2024 2:01:30 PM*

**Melissa Nathan (Owner):** RR said

To- something about ryan claiming the female hired was feminist writer didn't know how to tackle a female film etc
Using their own words against them -
*8/15/2024 2:01:49 PM*

**Melissa Nathan (Owner):** AND doing it while there was a strike
*8/15/2024 2:02:16 PM*

**Melissa Nathan (Owner)**
SO even though there was a female writer - RR came in to " save the day " which didn't need saving and was deeply misogynistic
8/15/2024 2:03:17 PM

**Melissa Nathan (Owner)**
As per rr OwN words and team
8/15/2024 2:03:27 PM

**Melissa Nathan (Owner)**
Putting it out
8/15/2024 2:03:32 PM

**Melissa Nathan (Owner)**
https://www.cosmopolitan.com/entertainment/celebs/a61885812/ryan-reynolds-justin-baldoni-it-ends-with-us-drama/
<__Library_SMS_Attach_1_a9_09_6574CE_1_C2D03C_1>
<__Library_SMS_Attach_1_7b_11_275395_1_F998BC_1>
8/15/2024 2:04:05 PM

**Melissa Nathan (Owner)**
https://www.dailymail.co.uk/femail/article-13747311/blake-lively-resurfaced-interview-justin-baldoni-drama.html?ito=native_share_article-nativemenubutton
<__Library_SMS_Attach_1_8b_11_48065F_1_13F10E_1>
<__Library_SMS_Attach_1_15_05_DC6686_1_2910E8_1>
8/15/2024 3:24:22 PM

**Melissa Nathan (Owner)**
I didn't even know this interview existed- this would mean that I would of needed to of paid attention to her

Is there anything you can help me with here ? This is so shit
8/15/2024 3:24:22 PM

**Melissa Nathan (Owner)**
Also ignore me I don't care anymore.
8/15/2024 3:26:52 PM

**Melissa Nathan (Owner)**
But the other stories are really good that I gave you this morning I hope and all that information above come straight from the horses mouth
8/15/2024 3:27:12 PM

CONFIDENTIAL
NATHAN_000001943
NATHAN_000001942

**Candace Trunzo**
Why can't we do friend of baldoni says he was mortified by her insensitivity.
8/15/2024 5:07:05 PM

**Candace Trunzo**
Based on that interview. That she blew off the question about women going to her for advise. She could easily have said it's important in an abusive to get real help blah blah. So you had two ideas right - one that she fired Lesley Sloan because of all the bad press - we'll have to go to Sloan for comment as well as Blake. That's good. . The other is that RR was a scab by rewriting part of script during strike. I don't think our readers are going to care too much about that. But they do care that Baldoni reacts to something - and that interview gives him the perfect opp. In my opinion.
8/15/2024 5:14:05 PM

**+ Melissa Nathan (Owner)**
Can I call you in 30 minutes just so I can get it right?
8/15/2024 5:14:42 PM

**+ Candace Trunzo**
Of course
8/15/2024 5:14:53 PM

CONFIDENTIAL

NATHAN_000001944
NATHAN_000001942