**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 14, 2025

> The request is granted. The Clerk of Court is respectfully directed to seal Dkt. Nos. 322-1 and 322-2.
>
> SO ORDERED.
>
> /s/ LEWIS J. LIMAN
> United States District Judge
>
> August 15, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

  On behalf of Blake Lively, we write to respectfully request that the Court seal ECF Nos. 322-1 and 322-2 in response to a request by third parties to redact prior filings in alignment with the Court's more recent sealing orders. *See, e.g.*, ECF Nos. 485, 619. Ms. Lively has attached redacted versions of these filings herein.

                   Respectfully submitted,

                   /s/ *Michael J. Gottlieb*

                   Michael J. Gottlieb
                   Kristin E. Bender
                   Willkie Farr & Gallagher LLP
                   1875 K Street NW
                   Washington, DC 20006
                   (202) 303-1000
                   mgottlieb@willkie.com
                   kbender@willkie.com
                   Aaron E. Nathan
                   Willkie Farr & Gallagher LLP
                   787 Seventh Avenue
                   New York, NY 10019
                   (212) 728-8000
                   anathan@willkie.com

- 2 -

    MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*