UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>   -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants.<br><br>JENNIFER ABEL,<br><br>      Third-Party Plaintiff,<br><br>   -v-<br><br>JONESWORKS LLC,<br><br>      Third-Party Defendant.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>      Consolidated Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE**, that Amit Shertzer is leaving the firm of Meister Seelig & Fein PLLC ("MSF"), counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") and respectfully requests that this Court grant Mr. Shertzer's motion for an Order (1) pursuant to Local Rule 1.4, granting Mr. Shertzer leave to withdraw as counsel for the Wayfarer Parties and (2) granting such other and further relief as the Court deems just and proper.

Mitchell Schuster, Kevin Fritz, and Stacey Ashby, all with MSF, as well as Bryan Freedman, Ellyn Garofalo, Miles Cooley, Theresa Troupson, Summer Benson, and Jason Sunshine, all with Liner Freedman Taitelman + Cooley, LLP, shall remain counsel of record for the Wayfarer Parties. As such, granting the relief requested herein shall not delay any deadlines in or the disposition of this matter. A proposed Order granting Mr. Shertzer leave to withdraw is submitted herewith.

Dated: August 15, 2025
New York, NY

Respectfully submitted,

**MEISTER SEELIG & FEIN PLLC**

By: /s/ Amit Shertzer
Amit Shertzer
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: as@msf-law.com

*Attorneys for the Wayfarer Parties*

cc: all counsel of record (via ECF)