# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 15, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

    On behalf of Blake Lively, we write to respectfully request that the Court seal ECF Nos. 333-2, 373-1, 373-3, 447-2, 447-3, 565-3, and 565-4 in alignment with the Court's more recent sealing orders. *See, e.g.*, ECF Nos. 485, 619. Ms. Lively has attached redacted versions of these filings herein.

    Respectfully submitted,

    /s/ *Michael J. Gottlieb*

    Michael J. Gottlieb
    Kristin E. Bender
    Willkie Farr & Gallagher LLP
    1875 K Street NW
    Washington, DC 20006
    (202) 303-1000
    mgottlieb@willkie.com
    kbender@willkie.com
    Aaron E. Nathan
    Willkie Farr & Gallagher LLP
    787 Seventh Avenue
    New York, NY 10019
    (212) 728-8000
    anathan@willkie.com

    MANATT, PHELPS & PHILLIPS, LLP
    Esra A. Hudson (*pro hac vice*)

- 2 -

Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*