# Exhibit A

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively, et al.**
                *Plaintiff(s)*

VS.    Case No: 1:24-cv-10049; 1:25-cv-00449

**Wayfarer Studios LLC, et al.**
                *Defendant(s)*

### AFFIDAVIT OF DUE DILIGENCE

I, **Erick Salas**, a Private Process Server, having been duly authorized to make service of the Subpoena Duces Tecum with Attachment A, in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Matthew Mitchell with the above named process.

That on May 5, 2025 at 5:55 PM, I attempted to serve Matthew Mitchell at ▓▓▓. On this occasion, I received no answer at the door after knocking for several minutes, although I could hear dogs barking inside.

That on May 6, 2025 at 6:35 PM, I attempted to serve Matthew Mitchell at ▓▓▓. On this occasion, again, although I heard dogs barking inside, I could not summon anyone to the door after knocking for several minutes.

That on May 8, 2025 at 9:24 AM, I attempted to serve Matthew Mitchell at ▓▓▓. On this occasion, I spoke to a female resident who stated that her name was Cynthia Beachor (described as a Caucasian woman in her thirties), who stated that Matthew Mitchell was unknown to her and did not reside therein.

That on May 23, 2025 at 6:34 PM, I attempted to serve Matthew Mitchell at ▓▓▓. On this occasion, I conducted surveillance outside of ▓▓▓. I did not observe any activity at the unit until 8:35 PM, when an African American couple walked by and started to enter ▓▓▓. Accordingly, I inquired if Matthew Mitchell resided in ▓▓▓, however they stated that they did not know the occupant of ▓▓▓ by name. At 9:04 PM, I knocked on the door of ▓▓▓, however I did not receive an answer. I departed at 9:11 PM.

That on May 24, 2025 at 9:44 AM, I attempted to serve Matthew Mitchell at ▓▓▓. On this occasion, I was unable to gain access into the secured building after waiting outside for 11 minutes.

That on May 25, 2025 at 12:22 PM, I attempted to serve Matthew Mitchell at ▓▓▓. On this occasion, as before, I was unable to gain access into the secured building after waiting outside for 30 minutes.

That on May 27, 2025 at 5:52 PM, I attempted to serve Matthew Mitchell at ▓▓▓. On this occasion, I waited outside of the secured building until 6:24 PM, when I was able to gain access inside the secured building. Accordingly, I waited outside of ▓▓▓. At around 7:47 PM, I spoke with a Caucasian couple named Jen and Armand who passed by ▓▓▓. They stated that all they knew was that there were two African American males in their late 30s or 40s living in ▓▓▓. In addition, they stated that sometimes they see an African American woman there on occasion, but claimed to not know any of their names. At 8:05 PM, I knocked on the door of

▇▇▇▇▇▇ for several minutes, but I did not receive an answer at the door, and I departed at 8:17 PM after I observed no further activity.

That on May 28, 2025 at 6:54 AM, I attempted to serve Matthew Mitchell at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. On this occasion, I waited outside of the secured building until 7:18 AM, when I was able to gain access inside the building. Accordingly, I waited outside of ▇▇▇▇▇▇▇▇. At 8:12 AM, a Caucasian woman in her 30s exited ▇▇▇▇▇▇▇▇ with a minor child, and I inquired if Matthew Mitchell resides within ▇▇▇▇▇▇▇▇. The woman started questioning why I was there, and who I was, and I stated my reasoning for being there and that I had documents to deliver to Matthew Mitchell. The woman stated that she did not know who resided within ▇▇▇▇▇▇▇▇, and that she was not happy that I was in the hallway. The woman also refused to provide her name. At 9:04 AM, I knocked on the door of ▇▇▇▇▇▇▇▇ for several minutes, but I did not receive an answer at the door at this time. In addition, I started calling out Matthew Mitchell's name outside of the door, but I did not hear any activity inside.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/04/2025

*Erick Salas*

Client Ref Number: 135053 00001

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050  Job #0369057