# Exhibit B



Kashia Adams
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006

Matthew Mitchell

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Matthew Mitchell<br>[redacted] | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9337 5002 1697 95 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 2029 4316 64 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>   (over $500) | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | | Domestic Return Receipt |

```
06/18/2025                          05:00 PM

                  TRACKING NUMBERS
         9589 0710 5270 2029 4316 64
         TRACK STATUS OF ITEMS WITH THIS CODE
                  (UP TO 25 ITEMS)
```



```
         TRACK STATUS BY TEXT MESSAGE
     Send tracking number to 28777 (2USPS)
     Standard message and data rates may apply
            TRACK STATUS ONLINE
     Visit https://www.usps.com/tracking
     Text and e-mail alerts available

                PURCHASE DETAILS

Product              Qty    Unit       Price
                            Price

First-Class Mail®     1                $2.59
Large Envelope
     West Hollywood, CA 90069
     Weight: 0 lb 4.50 oz
     Estimated Delivery Date
     Wed 06/25/2025
     Certified Mail®                   $4.85
     Tracking #:
        9589 0710 5270 2029 4316 64
     Return Receipt                    $4.10
     Tracking #:
        9590 9402 9337 5002 1697 95
     Affixed Postage                 -$11.54
         Affixed Amount: $11.54
Total
                                       $0.00
Grand Total:                           $0.00

                TO REPORT AN ISSUE
            Visit https://emailus.usps.com

     In a hurry? Self-service kiosks offer
       quick and easy check-out. Any Retail
           Associate can show you how.

       PREVIEW YOUR MAIL AND PACKAGES
              Sign up for FREE at
         https://informeddelivery.usps.com

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
           Thank you for your business.

                Customer Service
                 1-800-ASK-USPS
     Agents do not have any additional
     information other than what is provided on
                   USPS.com.

       Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device,
```



```
              or call 1-800-410-7420.

UFN: 104924-0291
```