# Exhibit C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Blake Lively, et al.**
                *Plaintiff(s)*

           VS.         Case No: 1:24-cv-10049; 1:25-cv-00449

**Wayfarer Studios LLC, et al.**
                *Defendant(s)*

### AFFIDAVIT OF POSTING

I, Victor Curiel, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachment A in the above entitled case.

That on 06/18/2025 at 04:55 PM, I served Matthew Mitchell at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ by posting the Subpoena Duces Tecum with Attachment A on the unit door or such other door as appears to be the main entrance of usual place of abode and promptly after service mailing a copy of the same to the defendants last known address, via first class US Postage prepaid.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/19/2025

*Victor Curiel*

Client Ref Number: 135053 00001
Job #:13554450

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*