# Exhibit D

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

*Blake Lively, et al.*
            **Plaintiff(s)**

                                    VS.        Case No: 1:24-cv-10049; 1:25-cv-00449

*Wayfarer Studios LLC, et al.*
            **Defendant(s)**

### AFFIDAVIT OF DUE DILIGENCE

*I, **Bonita Haller**, a Private Process Server, having been duly authorized to make service of the Subpoena Duces Tecum with Attachment A, in the above entitled case, hereby depose and say:*

*That I am over the age of eighteen years and not a party to or otherwise interested in this matter.*

*That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Dervia Mcneice with the above named process.*

*That on June 20, 2025 at 6:00 PM, I attempted to serve, Dervia Mcneice at ▮▮▮. On this occasion, although I knocked on the door several times, I did not receive an answer.*

*That on June 21, 2025 at 8:30 PM, I attempted to serve Dervia Mcneice at ▮▮▮. On this occasion, again, I knocked on the door several times, but I did not receive an answer.*

*That on June 25, 2025 at 5:02 PM, I attempted to serve Dervia Mcneice at ▮▮▮. On this occasion, I conducted surveillance at the front of the building to observe anyone entering or exiting the building. I did not see anyone come or go from the building. At around 6:10 PM, I gained entry inside and knocked on the door of ▮▮▮, but I did not receive an answer. Accordingly, I returned to my vehicle to continue observing the main entrance of the building, however I did not see Dervia Mcneice coming or going from the building at this time, based on photos I reviewed of Ms. Mcneice provided by my client. At around 7:20 PM, I reentered the building, however I could not confirm if lights were on inside or if there was movement inside. Accordingly, I waited outside of ▮▮▮ until 7:45 PM, however I did not observe anyone coming or going from the unit at this time. At 8:02 PM, I knocked on the door again, but I did not receive an answer at this time. I departed the building at this time. At 8:45 PM, I returned and gained entry into the building, and I spoke with a resident named Kiernan who resides in ▮▮▮, (described as a Caucasian male, in his thirties, 5'7" and 170 lbs. with brown eyes), who stated that he sees Dervia Mcneice sporadically. Kiernan also stated that he last saw her a for a few days, followed by two weeks of inactivity. In addition, Kiernan confirmed that some packages had been left in front of her door with her name on them recently, but they were picked up. Kiernan stated that he suspects that Dervia Mcneice travels for work.*

*That on June 28, 2025 at 1:01 PM, I attempted to serve Dervia Mcneice at ▮▮▮. On this occasion, I was unable to gain access into the building, and I received no answer after calling up to ▮▮▮ from the outside callbox. The call also went straight to voicemail, and a message stated to leave a voicemail for ▮▮▮, and I left a voicemail for Dervia Mcneice at that number. In addition, I waited outside of the building for 15 minutes, but I was unable to gain entry inside at this time.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 07/03/2025*

_Bonita Haller_

*Bonita Haller*

*Client Ref Number:*
*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050* *job #0364531*