# Exhibit G

# About-Perez-Hilton


Children 2-12 travel for 50% off with the purchase of an adult ticket. AMTRAK LOVE HOW YOU GET THERE

## About Perez Hilton



Cubano and Miami native Perez Hilton is the internet's most notorious gossip columnist. He currently resides in Hollywood with his precious mini Goldendoodle, Teddy Hilton, and his three kids.

Perez was named the #1 Web Celeb for 2007, 2008, and 2009 by *Forbes* magazine and has recently been tapped as one of the 15 most influential Hispanics in the US by *People in Espanol* and named 2009 Hispanic of the Year by *Hispanic Magazine*. The *LA Times* calls Perez, "like *US Weekly*, the *Star*, the *Enquirer* and *Life & Style* all rolled into one sweet yet snarky, sagacious yet salacious gay man."

Since launching in 2004, PerezHilton.com — originally named PageSixSixSix.com– has become one of the leading go-to sites for celebrity news garnering over 300 million hits a month. Perez is the Editor in Chief and sole owner of PerezHilton.com.

He has been featured in/on the *L.A. Times, The View, The Wall Street Journal, MTV's TRL, Larry King, CNN, E!, Time, Paper Magazine, LIFE, SPIN, CBS News, Business Week, Much Music, LA Magazine, The Advocate, Dateline, Howard Stern, Us Weekly, InTouch Weekly, NY Times, LA Times, Billboard,* and many more.

Perez has created an empire which included his own record label, Perezious Music, introducing acts such as Slimmy, Travis Garland, and Semi Precious Weapons to the world. He also wrote two best sellers in 2009, *Perez Hilton's Red Carpet Suicide* and *Perez Hilton's True Bloggywood Stories*.  Later in 2020, he released *TMI: My Life in Scandal*.

Perez also hosts his own podcast with co-host Chris Booker.  Check out *The Perez Hilton Podcast with Chris Booker* at [www.PerezPodcast.com](www.PerezPodcast.com)