# EXHIBIT 3

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: ttroupson@lftcllp.com

THERESA M TROUPSON

February 28, 2025

*Via Electronic Mail*
Sanford L. Michelman
Michelman & Robinson, LLP
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
smichelman@mrllp.com

Re:  Response to Demand for Indemnification Pursuant to "It Ends With Us" Day/Weekly Player Contract for Theatrical Motion Pictures, Dated as of June 21, 2023, Between It Ends With Us Movie LLC and Isabela Ferrer ("Agreement")

Dear Mr. Michelman:

As you know, this firm represents Wayfarer Studios LLC and It Ends With Us Movie LLC ("Wayfarer") in connection with the ongoing litigation against Ryan Reynolds ("Reynolds"), Blake Lively ("Lively"), and other parties. I am in receipt of your letter regarding Isabela Ferrer's demand for indemnification pursuant to the above-described Agreement.

Wayfarer will of course honor its contractual obligations to Ms. Ferrer. Please confirm that your letter constitutes notice of a pending claim or claims (specifically, Ms. Ferrer's response to the subpoena mentioned in your letter and the costs and expenses, including reasonable attorney's fees, that Ms. Ferrer is incurring and will incur in connection therewith); and that, by your letter, Ms. Ferrer demands that Wayfarer undertake the defense thereof and offers to surrender control thereof to Wayfarer. *U.S. Wire & Cable Corp. v. Ascher Corp.*, 34 N.J. 121, 126-27 (1961); *see also Lawless v. Ta Assocs., L.P.*, No. A-1463-14T1, 2015 WL 9263869, at *4 (N.J. Super. Ct. App. Div. Dec. 21, 2015); *United Sandy Hook Pilots Ass'n v. Rodermond Indus., Inc.*, 394 F. 2d 65, 73 (3d Cir. 1968); *Hoppaugh v. McGrath*, 53 N.J.L. 81, 87-88 (Sup. Ct. 1890).

We request that you provide the aforementioned confirmation no later than close of business on Tuesday, March 4, 2025.

393462.1

Sanford L. Michelman
February 28, 2025
Page 2

Nothing contained herein shall be deemed a complete statement or waiver of any legal or factual basis, or any right or remedy available to our clients in law and equity, all of which are hereby expressly reserved.

Very truly yours,

*(signature)*

_____
Theresa M Troupson

393462.1