# EXHIBIT 5

**Jon-Jamison Hill (LA)**

| | |
|---|---|
| **From:** | Mitra Ahouraian Esq <mitra@ahouraianlaw.com> |
| **Sent:** | Thursday, August 7, 2025 3:41 PM |
| **To:** | Sanford L. Michelman (LA) |
| **Cc:** | Jon-Jamison Hill (LA) |
| **Subject:** | Re: Wayfarer Studios / Ferrer - JAMS Ref. #: 1425044708 |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

**CAUTION:** Email from external account

Will you accept service of process on behalf of your client?

As mentioned, the clarification was requested by JAMS. I asked you to confirm your understanding of Judge Carpinello's authority in performing his duties.



**Mitra Ahouraian, Esq.**
**AHOURAIAN LAW**

310-376-7878
310-925-6606
mitra@ahouraianlaw.com
www.ahouraianlaw.com
2029 Century Park East, 4th Floor, Los Angeles, CA 90067

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Thu, Aug 7, 2025 at 3:39 PM Sanford L. Michelman (LA) <SMichelman@mrllp.com> wrote:
> We have a signed agreement. That is what we will agree to in terms of this engagement. This is the very last email on this topic. Your clients delay is just beyond acceptable at this stage. If we do not have our invoices submitted by agreement by Monday, we are absolutely done and will file the previously drafted lawsuit. We are exhausted with these antics. I will assume you disagree so no need to rhetoric in response. Monday is a hard deadline.
>
> _____
>
>> On Aug 7, 2025, at 11:32 PM, Mitra Ahouraian Esq <mitra@ahouraianlaw.com> wrote:

CAUTION: Email from external account

Thank you, Jon.  Please confirm your understanding of the agreement between the parties with respect to Judge Carpinello's duties, as previously requested below:
*We are aligned in our understanding of the agreement, i.e. if an invoice is not approved by Judge Carpinello, Wayfarer is not obligated to pay it.  JAMS felt the language was not sufficient in terms of instructing Judge Carpinello and giving him the authority to approve in-part and reject in-part according to his judgement. I think putting that in an email with instructions from both parties should suffice.*  **Please confirm.**

Also, please confirm you will accept service of process on behalf of your client.

Reserving all rights.



**Mitra Ahouraian, Esq.**
**AHOURAIAN LAW**

310-376-7878
310-925-6606
mitra@ahouraianlaw.com
www.ahouraianlaw.com
2029 Century Park East, 4th Floor, Los Angeles, CA 90067

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Wed, Aug 6, 2025 at 2:00 PM Jon-Jamison Hill (LA) <jhill@mrllp.com> wrote:

> Dear Mr. Cuervos:
>
>
> We returned an executed copy of the JAMS engagement agreement to Ms. Ahouraian a couple of weeks ago, but we are not sure if she provided a copy of that to JAMS – please see attached.  Please let us know if there is any other information you need from Ms. Ferrer's side to move the engagement forward.  We look forward to working with Judge Carpinello on this matter.
>
>
>
> Best regards,

Jon

Jon-Jamison Hill
Partner
Michelman & Robinson, LLP
Los Angeles Office
T: +1.310.299.5500  D: +1.424.365.6023
www.mrllp.com
Bio | vCard