EXHIBIT 6




SUBSCRIBE

**CELEBRITY NEWS**

# Justin Baldoni Demands Blake Lively's Texts With 'It Ends With Us' Costar Isabela Ferrer (Exclusive)

By **Ryan Naumann**  |  August 13, 2025

TOP STORIES



Cindy Ord/Getty Images;Jeff Spicer/Getty Images for Sony Pictures



**Justin Baldoni** is struggling to track down *It Ends With Us* costar **Isabela Ferrer** as part of his effort to obtain their text messages in his legal battle with **Blake Lively**, *Us Weekly* can exclusively report.

On Tuesday, August 12, Baldoni's team filed court documents regarding Ferrer, 24, explaining that Ferrer was on set and is a material witness to Lively's lawsuit against Baldoni, 41. (Ferrer played the young version of Lively's Lily in the movie, which Baldoni also directed.)

Baldoni's lawyer served a subpoena demanding Ferrer turn over "all documents relating to any discriminatory, harassing, retaliatory, inappropriate or unwelcome action, conduct or statement" made during production or post.

He asked her to produce any documents related to any complaint of harassment or workplace misconduct on the set of the 2024 film.

In addition, he demanded all communications between Ferrer and Lively about the lawsuit at hand. Baldoni requested that she also turn over all of her communications with him and his business partner.


Blake Lively and Isabela Ferrer Robert Kamau/GC Images)

In his motion, Baldoni explained that Ferrer's lawyer failed to respond to the subpoena.

He explained that a process server went out on several occasions in early August, and at various times of day, to attempt to serve Ferrer at an address in Brooklyn, which his team believed to be her home address.

 **Related:** Justin Baldoni Alleges Blake Lively Pushed Cast to 'Shun' Him

However, his team noted, "it appears that none of the persons present at the Brooklyn location were familiar with Isabela Ferrer." Baldoni said his process server went out to another address in Sag Harbor but was unable to track down Ferrer.

In his since-dismissed lawsuit against Lively, Baldoni accused her of telling Ferrer to shun him. Ferrer and Lively were inseparable during the *It Ends With Us* international press tour, often photographed

together on the red carpet at various premieres. Ferrer told *People* that Lively was an "angel" and said, "to be able to connect with the person that you're sharing a role with is huge, and she's just a really good person."



**Blake Lively and Isabela Ferrer** Jeff Spicer/Getty Images for Sony Pictures

As *Us* previously reported, Lively was deposed as part of the legal battle on July 31 in New York City.

Her team accused Baldoni's team of leaking information about the deposition to the press. Baldoni and his lawyers denied the accusations.

---

 **Related:** Justin Baldoni Shares Alleged Blake Lively Texts Over Infamous Rooftop Scene

---

Baldoni's lawyer said Lively's team had no evidence to back up their claims, The director's lawyer, Bryan Freedman, argued, "[Lively] also fails to explain why any such 'leak' could not have originated from [Lively], her husband [**Ryan Reynolds**], her multiple attorneys, legal or administrative staff from the law firm representing her (whose office she demanded host the deposition), or the catering staff employed thereby who served lunch."

*Deal of the Day*

 Feeling Sluggish? These Red Ginseng Energy Sticks Are the Secret to All-Day Stamina

VIEW DEAL

"Putting aside the identity of the culprit, the identities of those in attendance for her deposition are not newsworthy because all parties are entitled to attend all depositions," Freedman added.

 **Related:** How Blake Lively and Ryan Reynolds Are Coping Amid Justin Baldoni Lawsuits

As *Us* first reported, Lively called out Freedman while being grilled for hours during her deposition.

In her lawsuit, Lively accused Baldoni of sexual harassment on the set of the film. She said he hired a PR team to smear her in the press after she spoke up about his behavior. Baldoni denied the claims of sexual harassment. He accused Lively of seizing control of his film after production wrapped and ruining his name in the press.

## JUST FOR YOU



Influencer Couple Dead After Off-Roading Accident

### IN THIS ARTICLE

 Blake Lively     Justin Baldoni

## MORE STORIES

YOUTUBE    NEWS    PODCASTS

Case 1:24-cv-10049-LJL   Document 667-6   Filed 08/17/25   Page 6 of 6



**PLAY CROSSWORDS NOW**

## Subscribe to newsletters

Email *

Subscribe

By signing up, I agree to the Terms and Privacy Policy and to receive emails from Us Weekly

US WEEKLY HAS AFFILIATE PARTNERSHIPS SO WE MAY RECEIVE COMPENSATION FOR SOME LINKS TO PRODUCTS AND SERVICES.

### US WEEKLY
- About Us
- Us Weekly Masthead
- Got a Tip for Us?
- Newsletter Signup
- Media Kit
- Sitemap

### LEGAL
- Terms of Use
- Privacy Policy
- Cookie Preferences
- Your Privacy Choices 
- Ad Choices
- Accessibility Statement

### CONNECT WITH US WEEKLY

    

### US WEEKLY MAGAZINE



- Digital Access
- Subscribe
- Give A Gift
- Special Issues
- Subscriber Services
- Cancel Subscription
- Advertise

**SIGN UP FOR BREAKING CELEBRITY AND ENTERTAINMENT NEWS!**

Email *                                                       SUBSCRIBE

By signing up, I agree to the Terms and Privacy Policy and to receive emails from Us Weekly

 Us Weekly is part of Part of the a360media Entertainment Group. © a360media 2025
Powered by WordPress VIP

