EXHIBIT 7

















