# EXHIBIT 8

Skip to main content r/ItEndsWithCourt Search in r/ItEndsWithCourt Log In

r/ItEndsWithCourt • 2 days ago
HollaBucks

WF Party attorney request alternative service to Isabella Ferrer, declining to redact her personal addresses.

Filed by Baldoni

Sorry, this post was removed by Reddit's filters.

**This post has contest mode enabled.**
Comments are in random ordering and vote scores are hidden to non-mods

15 243 Share

Join the conversation

Sort by: Best Search Comments

AutoModerator MOD • 2d ago • Stickied comment

alycatorwhatever • 1d ago

Both sides need to stop with the personal information. There are a lot of crazy people out there that could harm someone. There's no need for it to be public.

Vote Reply Share ···

Lopsided_Wave_832 • 2d ago

I don't love that they didn't redact her information. But I also find it interesting she hasn't been available to be served by now.

Vote Reply Share ···

1 more reply

Plenty_Article_3764 • 2d ago

Why hasn't her counsel responded in over a month? Vacation? Wouldn't the firm have someone else monitoring and responding to emails if her lawyer isn't able to?

Vote Reply Share ···

atotalmess_ • 2d ago

They doxed the address, including apt number and super's telephone number, of a place where three residents said she didn't live at?

And they doxed the address and license plate of two cars found at the second location????

Vote Reply Share ···

5 more replies

Both_Barnacle_766 • 2d ago

I find it extremely odd that the document that "confirmed in writing" that this guy is her attorney is NOT part of the filing. Is that normal?

Skip to main content Log In

Born_Rabbit_7577 • 2d ago

The also didn't redact the super's phone number (and provided his first name). Seems odd as his phone number is not needed for the affidavit (unlike her addresses).

Vote Reply Share ···

Strange-Moment2593 • 2d ago

Why wait until July to subpoena Ferrer? They should've already done so

Vote Reply Share ···

216 more replies

Both_Barnacle_766 • 2d ago

Why is the border around this filing "US BANKRUPTCY"?

Vote Reply Share ···

Ok_Chemist5914 • 2d ago

Guys she doesn't have any money she's like a waitress ... I have a feeling she's not paying council ergo council is not responding

Vote Reply Share ···

3 more replies

Peaceful_Ocean_9513 • 2d ago

I'm really confused by the comments here. I thought the judge only just ruled today that numbers and emails don't need permission to be redacted. So I'm assuming that WF filed this before seeing the judge's order. I'm also trying to understand why they should have redacted the addresses, when that wasn't part of the order. Can someone clarify? Thanks!

Vote Reply Share ···

kkleigh90 • 2d ago

It could be a couple things- the judge a few weeks ago said that nonparties addresses should be redacted. Prior to that order, BL parties didn't redact addresses and "team JB" had an uproar about it, even though addresses weren't included in the PO in place and they're not included in the FRCP as info that should be redacted

Vote Reply Share ···

6 more replies

r/ItEndsWithCourt • 6 days ago

Liman Order Regarding Recent Filings and Language Used... Warning Issued

75 upvotes · 148 comments

r/ItEndsWithCourt • 6 days ago

Order to strike Lively's deposition Granted

66 upvotes · 125 comments

r/ItEndsWithCourt • 4 days ago

A Busy Week in Court: August 11-15 Events

Unsealed Depo Quote re "Personal Knowledge"

49 upvotes · 78 comments

r/ItEndsWithCourt • 1 day ago

Liman denies WP request for extension to respond to MTC Case/Koslow

32 upvotes · 19 comments

r/ItEndsWithCourt • 2 days ago

Docket 605 Redacted exhibit

29 upvotes · 243 comments

r/ItEndsWithCourt • 3 days ago

Jed Wallace's Unsealed and Redacted Exhibits From Lively's Omnibus

29 upvotes · 111 comments

r/ItEndsWithCourt • 6 days ago

Judge Warns Perez Hilton: Respond to Cross Motion or Risk Waiving Arguments

27 upvotes · 19 comments

r/ItEndsWithCourt • 2 days ago

Various thoughts on legal process for the non lawyers following the case.

26 upvotes · 21 comments

r/ItEndsWithCourt • 6 days ago

Lively Moves to Compel Case/Koslow Documents withheld on Privilege Grounds

26 upvotes · 11 comments

r/ItEndsWithCourt • 2 days ago

Docket 596 - Lively Excerpt from Depo Transcript

24 upvotes · 120 comments

r/ItEndsWithCourt • 2 days ago

Lively oppo to Popcorned Planet motion to quash (Florida) + cross-motion to compel

21 upvotes · 20 comments

r/ItEndsWithCourt • 3 days ago

WP opposition to BL motion to compel discovery

21 upvotes · 71 comments

r/ItEndsWithCourt • 11 hr. ago

BL reply brief in support of MTC WP

Case 1:24-cv-10049-LJL Document 667-8 Filed 08/17/25 Page 5 of 6

Skip to main content  Log In

Docket 589 - Order Regarding Extension for Filing Opposition - Hilton

19 upvotes · 16 comments

 r/ItEndsWithCourt • 3 days ago

Jones v. Meta - Order on Motion to Compel [Doc. 12]

18 upvotes · 15 comments

 r/ItEndsWithCourt • 7 days ago

Filings 579 and 580- more letters to the judge

17 upvotes · 188 comments

 r/ItEndsWithCourt • 5 days ago

Letter-Motions to Compel Case and Koslow

16 upvotes · 32 comments

 r/ItEndsWithCourt • 10 hr. ago

Docket 644 - Updated Privilege Log - Case & Koslow

15 upvotes · 116 comments

 r/ItEndsWithCourt • 1 day ago

Skyline withdraws opposition to subpoena transfer to SDNY

14 upvotes · 21 comments

 r/ItEndsWithCourt • 3 days ago

Docket 591 - Hilton response to docket 581

14 upvotes · 69 comments

 r/ItEndsWithCourt • 6 days ago

Motion to shorten Skyline subpoena briefing schedule granted in part

14 upvotes · 1 comment

 r/ItEndsWithCourt • 7 hr. ago

JW files MTD SAC: Attached exhibits include an affadavit sworn by MN

13 upvotes · 36 comments

 r/ItEndsWithCourt • 1 day ago

Docket 628 - A bunch of stuff getting sealed/unsealed/prelim seal/redactions

13 upvotes · 22 comments

 r/ItEndsWithCourt • 2 days ago

Letter to Judge- Hudson responds to PH's letter and does not object to sealing of 2 exhibits

13 upvotes · 27 comments

Log In

Reddit Rules Privacy Policy User Agreement Accessibility Reddit, Inc. © 2025. All rights reserved.