EXHIBIT 9

Skip to main content    r/teamjustinbaldoni    Search in r/teamjustinbaldoni    Log In

r/teamjustinbaldoni • 3 days ago
sweetbutnotdumb
## Why is Isabela hiding?
🔽 📄 Lawsuit Updates 📄 🔽



Looks like Isabela hasn't been served yet. Didn't BL say these ladies were more than willing to corroborate her story? Now she wants to play hide and seek 😁

↑ 204 ↓    109    Share

Skip to main content

Log In

Disney+ 🟣 Hulu 🟣 HBO Max 🟣 The ultimate bundle for an unbeatable price.

Sign Up

max.com



## Join the conversation

Sort by: Best

Search Comments

**Vegetable_Chef_1031** • 3d ago • Edited 2d ago



Her text to him calling him a "safe space" until Blake got a hold of her.

Can't wait to see what's in those text between IF and BL

154   Reply



**False-Manner3984** • 3d ago

No-one sends a message like this unless they mean it. It's one thing to say thank you, but to show genuine gratitude in this way comes from a real place.

Which honestly makes Isabella's behaviour at the premiere so much more shameful.

63   Reply



2 more replies



3 more replies

**Mental-Goal-8724** • 3d ago

I wonder if Jenny Slate was deposed or handed over documents.



Skip to main content                                                                                           Log In

I feel like we've completely lost the plot of this case.

228 upvotes · 120 comments

 r/WhoKilledRarity • 4 days ago

ALR and her imitations ??

113 upvotes · 12 comments

 r/teamjustinbaldoni • 2 mo. ago

Media preservation: Blake talks to Isabela about the casting process. Then at the premier Isabela revealed that TS was involved in casting her.



59 upvotes · 12 comments

 r/StrangerThings • 2 mo. ago

Is this not Suzie??



487 upvotes · 53 comments

 r/teamjustinbaldoni • 1 mo. ago

What am I seeing in Justin that makes me his supporter?



506 upvotes · 118 comments

 r/teamjustinbaldoni • 17 days ago

My theory on why certain Content Creators were chosen to be subpeoned.

121 upvotes · 63 comments

 r/teamjustinbaldoni • 2 mo. ago

🫣🫣 We shall see if this post will get taken down after the revelation of Vansham.



54 upvotes · 22 comments

 r/teamjustinbaldoni • 3 mo. ago

This will never not be hilarious lol



167 upvotes · 23 comments

 r/teamjustinbaldoni • 1 mo. ago

Well, ...that would be...unfortunate?



138 upvotes · 34 comments

 r/teamjustinbaldoni • 28 days ago

I Had To Share So You Can Laugh Too



86 upvotes · 16 comments

Skip to main content  Log In

199 upvotes · 9 comments 



 r/teamjustinbaldoni • 4 mo. ago

**I thought this was funny and wanted to share it**

26 upvotes · 15 comments

 r/teamjustinbaldoni • 1 mo. ago

**Am I reading too much into this?**

66 upvotes · 42 comments

 r/teamjustinbaldoni • 5 mo. ago

**This was disturbing. Why suggest something so heinous?**



59 upvotes · 34 comments

 r/teamjustinbaldoni • 24 days ago

**Moment of appreciation for content creators who are using the invasive subpoenas against them to speak up about the injustices of the court**

143 upvotes · 12 comments

 r/teamjustinbaldoni • 2 mo. ago

**Well, well, well, what have we here?**


unicourt

78 upvotes · 24 comments

 r/teamjustinbaldoni • 5 mo. ago

**In a world of Bs and Rs, be a Justin**

59 upvotes · 8 comments

 r/teamjustinbaldoni • 2 mo. ago

**One of the more frustrating arguments I've seen**



99 upvotes · 31 comments

 r/teamjustinbaldoni • 4 mo. ago

**Anyone Else Feel Bad That Justin Has Such Bad Luck??**

72 upvotes · 31 comments

r/teamjustinbaldoni • 4 mo. ago

**Do we think Justin needs to start speaking out as well?**

42 upvotes · 50 comments

   Log In



37 upvotes · 31 comments

 r/teamjustinbaldoni • 2 mo. ago

**What in the WORLD is happening?**



91 upvotes · 21 comments

 r/RHOMiami • 1 mo. ago

**Why isn't Adriana full time?**

67 upvotes · 52 comments

 r/teamjustinbaldoni • 3 mo. ago

**I have a few questions about this article.**



34 upvotes · 36 comments

 r/MonsterHigh • 24 days ago

**why is she serving...**

9 upvotes · 1 comment

**LANGUAGES**

Français

Reddit Rules    Privacy Policy    User Agreement    Accessibility    Reddit, Inc. © 2025. All rights reserved.