**Lively v. Wayfarer Studios LLC (1:24-cv-10049)**

**Additional Evidence And Request For Consideration In Motion For Protective Order**

August 15, 2025

Esteemed Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049).

As your Honor ignored my previous letter asking to withdraw my Request For A Protective Order, I am writing today with regards to that aforementioned Request For A Protective Order.

I still maintain **firmly** that the Request For A Protective does *not* automatically subject me to the jurisdiction of the Southern District Of New York, as Ms. Lively's treacherous lawyers have attempted to persuade this Court in ruling. In my official limited response, filed on August 13th, I already argued all the jurisdictional reasons why this farcical claim *fails*.

As your Honor has not yet ruled on my Request For A Protective Order and Ms. Lively's Cross-Motion To Compel, I would like to submit some new evidence for consideration. See Exhibit A.

In Docket #660, movant J. Alexander Townsend shares with the Court that he has become yet the latest nonparty individual to receive a subpoena by Ms. Lively.

Why???????

This Canadian citizen has *no* connection to the Wayfarer Defendants or the Plaintiff.

He is just a self-described fan and supporter of YouTube content creator-journalists and sought to intervene in this Court's proceedings.

And for what appears to be that sole reason, Ms. Lively has now just subjected him to a subpoena, as Mr. Townsend informed your Honor.

This Court is going to continue to allow Ms. Lively and her legal team to behave so inappropriately?

They have SEVERELY affected my life negatively and that of so many others - *unnecessarily* - because until now your Honor has allowed that.

This is your chance to do the right thing.

*Respectfully* submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton