**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

August 18, 2025

<u>**VIA ECF**</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: <u>***Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL**</u>

Dear Judge Liman:

      Pursuant to Rule 3.C of the Court's Individual Rules and Practices, Third-Party Defendant Jonesworks LLC and Defendant Jennifer Abel write to respectfully jointly request that the Court apply the parties' prior briefing, ECF Nos. 211 (Opening Brief), 240 (Opposition), 277 (Reply), to Abel's Amended Third-Party Complaint seeking indemnification, filed on August 13, 2025, ECF No. 639. Abel's Amended Third-Party Complaint, ECF No. 639, makes no substantive changes from her prior Third-Party Complaint, ECF No. 187, and the parties agree their prior briefing can therefore be applied in full.

      Respectfully submitted,

| | |
|---|---|
| <u>*/s/ Ellyn S. Garofalo*</u> | <u>*/s/ Kristin Tahler*</u> |
| Bryan J. Freedman (admitted *pro hac vice*) | |
| Ellyn S. Garofalo (admitted *pro hac vice*) | QUINN EMANUEL URQUHART & |
| 1801 Century Park West, 5th Floor | SULLIVAN, LLP |
| Los Angeles, CA 90067 | |
| (310) 201-0005 | Kristin Tahler |
| bfreedman@lftcllp.com | 865 S. Figueroa Street, 10th Floor |
| egarofalo@lftcllp.com | Los Angeles, California 90017 |
| | (213) 443-3000 |
| MEISTER SEELIG & FEIN PLLC | kristintahler@quinnemanuel.com |
| Mitchell Schuster | |
| Kevin Fritz | Maaren A. Shah |
| 125 Park Avenue, 7th Floor | Morgan L. Anastasio (admission pending) |
| New York, NY 10017 | 295 5th Avenue |
| (202) 655-3500 | New York, New York 10016 |
| ms@msf-law.com | (212) 849-7000 |
| kaf@msf-law.com | maarenshah@quinnemanuel.com |
| | morgananastasio@quinnemanuel.com |

| | |
|---|---|
| AHOURAIAN LAW<br>Mitra Ahouraian (admitted *pro hac vice*)<br>2029 Century Park East, 4th Floor<br>Los Angeles, CA 90076<br>(310) 376-7878<br>mitra@ahouraianlaw.com<br><br>*Attorneys for Defendant*<br>*Jennifer Abel* | Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Third-Party Defendant*<br>*Jonesworks, LLC* |