# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 63 | Date Range: 8/5/2024 - 8/6/2024 |

## Outline of Conversations



█████████████████████████████/**System Message chatroom** • 63 messages between 8/5/2024 - 8/6/2024 • Katherine Case ██████████ • Katie Case ██████████ • Melissa Nathan ██████████ • System Message (System Message)

CONFIDENTIAL
KCASE-000004949

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬     **System Message chatroom**

**MN**    **Melissa Nathan**       8/5/2024, 10:52 PM
[url:'https://p40-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_82_02_C59FF66A-E56A-4ABD-8A52-BF82EB292F7A_Voice_Message_8_5_24,_9_40_PM.m4a (308 KB)*

**KC**    **Katie Case**       8/6/2024, 8:29 AM
Good morning! Sorry I missed your call I was asleep! Do you mind filling me in on this when you can this morning?

**MN**    **Melissa Nathan**       8/6/2024, 9:36 AM
[url:'https://p52-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']



*Image: __Library_SMS_Attachments_9c_12_9380B0BA-95A2-4EC0-8872-E0602243CE34_IMG_1911.jpeg (424 KB)*

**KC**    **Katie Case**       8/6/2024, 9:37 AM
Good for you!!!

**MN**    **Melissa Nathan**       8/6/2024, 9:37 AM
He cannot expect us to work with stephanie I won't do it

**KC**    **Katie Case**       8/6/2024, 9:38 AM
It's just not possible oh my gosh wait. What if you used the business insider thing as a reason not to do it??? This really showcases how little she can be trusted, I don't want her interacting with my team. We're working to hard and I'm worried about details being leaked internationally if there's a difference of opinion. It's so important to protect reputations… or is that too much?

**KC**    **Katie Case**       8/6/2024, 9:39 AM
Working with Jen and Matthew is fine but she can't be trusted

**MN**    **Melissa Nathan**       8/6/2024, 9:39 AM
I have said that 500 times

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:39 AM |
| | True… this article needs to run he NEEDS to see it | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:39 AM |
| | Also hi! How are you? | | |
| MN | **Melissa Nathan** ▮▮▮ | | 8/6/2024, 9:40 AM |
| | Is 6:30 | | |
| | ▮▮▮ | | |
| MN | **Melissa Nathan** ▮▮▮ | | 8/6/2024, 9:40 AM |
| | ▮▮▮ | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:40 AM |
| | I know I'm sorry 🪦 | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:40 AM |
| | And ok! | | |
| MN | **Melissa Nathan** ▮▮▮ | | 8/6/2024, 9:40 AM |
| | ▮▮▮ | | |
| | [url:'https://p59-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | | |
| | ▮▮▮ | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:41 AM |
| | Okdokes! I'll pull this together this morning 🙂 | | |
| MN | **Melissa Nathan** ▮▮▮ | | 8/6/2024, 9:41 AM |
| | Thank you<br>It can be really really harsh and then link it to Jed S voice thing | | |
| MN | **Melissa Nathan** ▮▮▮ | | 8/6/2024, 9:46 AM |
| | I just can't deal with this sb stuff what is wrong with him? | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:47 AM |
| | Loved "Thank you<br>It can be really really harsh and then l…" | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:47 AM |
| | I'm not entirely sure but I will resurface my "one of her kids is his" theory because anything else does not make sense | | |
| MN | **Melissa Nathan** ▮▮▮ | | 8/6/2024, 9:49 AM |
| | Yep I checked in with Jen personally while I sent her that screenshot do you want to check in with the group and just seeing how day two is going | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:51 AM |
| | Yes! So far nothing bad on JB in the press that's run from yesterday. So everyone ostensibly is playing nice | | |
| MN | **Melissa Nathan** ▮▮▮ | | 8/6/2024, 9:51 AM |
| | They are, but definitely check | | |
| KC | **Katie Case** ▮▮▮ | | 8/6/2024, 9:51 AM |
| | I did! | | |

| | | |
|---|---|---|
| MN | **Melissa Nathan** | 8/6/2024, 9:56 AM |
| | Len- Russian oglivarchs and making her a madam basically lol said Jed | |

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 9:58 AM |
| | Oh my god lol ok this one will be fun | |

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 11:03 AM |
| | [url:'https://p53-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00'] | |

*Image: ___Library_SMS_Attachments_98_08_3811F878-391F-47BD-86EC-C205BDD278D3_IMG_2683.PNG (458 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 11:03 AM |
| | Lol | |

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 11:24 AM |
| | I do hope this is a nice reminder of how PR should work together and not just butt their way into any possible situation by force 😂 | |

| | | |
|---|---|---|
| MN | **Melissa Nathan** | 8/6/2024, 11:29 AM |
| | Sure, but I still still don't trust this woman as far as I could throw her | |

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 11:29 AM |
| | Absolutely not | |

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 11:30 AM |
| | She's not trustworthy | |

| | | |
|---|---|---|
| MN | **Melissa Nathan** | 8/6/2024, 11:30 AM |
| | Not one bit | |

| | | |
|---|---|---|
| MN | **Melissa Nathan** | 8/6/2024, 11:30 AM |
| | She didn't answer my text that speaks volumes [url:'https://p64-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | |

*Attachment: ___Library_SMS_Attachments_85_05_1ADA5972-443E-44BF-BC2A-E8CA552C69B6_Screenshot 2024-08-*

CONFIDENTIAL
KCASE-000004952

06 at 08.30.40.heic (69 KB)

**KC** — **Katie Case** — 8/6/2024, 11:31 AM
That's not good… She's also be an absolute idiot to go back on leaving

**KC** — **Katie Case** — 8/6/2024, 11:31 AM
But in that case you know where she stands

**MN** — **Melissa Nathan** — 8/6/2024, 11:31 AM
But also, she's screenshot me some shit so you know

**KC** — **Katie Case** — 8/6/2024, 11:32 AM
Oh I know

**KC** — **Katie Case** — 8/6/2024, 11:32 AM
But still

**KC** — **Katie Case** — 8/6/2024, 11:33 AM
I'd be the most embarrassed if I quit and then came back. But SJ might have offered her tons of money or something.

**KC** — **Katie Case** — 8/6/2024, 11:46 AM
Have you and Melissa Z chatted about the CBS2/KCAL9 press preview on the 14th? They've asked if Scooter can do it in the nova spreadsheet and am happy to check in but didn't want to if you've already discussed!

**MN** — **Melissa Nathan** — 8/6/2024, 11:53 AM
Defo check in

**KC** — **Katie Case** — 8/6/2024, 11:53 AM
Okdokes! Just wanted to make sure

**MN** — **Melissa Nathan** — 8/6/2024, 1:58 PM
Migraine incoming

**MN** — **Melissa Nathan** — 8/6/2024, 1:58 PM
I have to drive to this fucking meeting. Do you think you'll have that copy for Jed today because I need to make it really hammy?

**KC** — **Katie Case** — 8/6/2024, 1:59 PM
Yes! I'm going to draft it in between this call I'm on currently and my next call, but should have before 3:30 PM ET 🙂

**KC** — **Katie Case** — 8/6/2024, 1:59 PM
I'm so sorry about the migraine

**MN** — **Melissa Nathan** — 8/6/2024, 1:59 PM
I'm gonna take a quick shower and just try and get in the car and muddle my way through this meeting

**KC** — **Katie Case** — 8/6/2024, 2:01 PM
Ok good luck and please don't push yourself too hard if you have a bad migraine!!

**KC** — **Katie Case** — 8/6/2024, 3:11 PM
Ok running a little behind will have it in the next 45 mins to you 🙂

**KC** — **Katie Case** — 8/6/2024, 4:02 PM
Is Jed doing anything on Justin? I'm having Zoe monitor but that's not the same lol

CONFIDENTIAL                                                                                                                    KCASE-000004953

| | | | |
|---|---|---|---|
| MN | **Melissa Nathan** | | 8/6/2024, 4:02 PM |
| | Not yet | | |
| MN | **Melissa Nathan** | | 8/6/2024, 4:02 PM |
| | They've not signed him on | | |
| KC | **Katie Case** | | 8/6/2024, 4:15 PM |
| | Urg I wish they'd get a move on… all they care about is social right now and we can't do anything about it lol | | |
| KC | **Katie Case** | | 8/6/2024, 4:19 PM |
| | Also what are we supposed to do about a journalist calling her like do your job Jen lol | | |
| MN | **Melissa Nathan** | | 8/6/2024, 4:46 PM |
| | Jed and Bryan asking me for copy lol kill me | | |
| KC | **Katie Case** | | 8/6/2024, 4:46 PM |
| | I just sent! | | |
| KC | **Katie Case** | | 8/6/2024, 4:46 PM |
| | Should be in your inbox 🙂 | | |
| MN | **Melissa Nathan** | | 8/6/2024, 6:11 PM |
| | You need to get someone to help you with this so if Zoe can say the sentiment is positive in this and negative in this because she's obviously at the screening and can't look at everything like that | | |
| KC | **Katie Case** | | 8/6/2024, 6:12 PM |
| | I'll ask Zoe to specify. Just trying to flag in real time like they asked but it's all more of the same. | | |
| MN | **Melissa Nathan** | | 8/6/2024, 6:13 PM |
| | I know, but I feel like you shouldn't be doing this job | | |
| KC | **Katie Case** | | 8/6/2024, 6:16 PM |
| | No it's not our job lol Zoe is flagging to me and I'm sending but overall social isn't our job!!!! Hahshshs | | |
| KC | **Katie Case** | | 8/6/2024, 7:59 PM |
| | Gosh they hate me lol | | |