# Short Message Report

| Conversations: 1 | Participants: 11 |
|---|---|
| Total Messages: 80 | Date Range: 12/2/2024 |

## Outline of Conversations



▪ **chatroom** ▪ 80 messages on 12/2/2024 ▪ ▓▓▓▓/System Message ▪ Alyx Sealy ▪ ▓▓▓ ▪ Carolina Hurley ▪ ▓▓ ▪ Dervla ▪ ▓▓▓ ▪ Katie Case ▪ ▓▓ ▪ Melissa Nathan ▪ ▓▓ ▪ Michael Lawrence ▪ ▓▓ ▪ Nathan Melissa ▪ ▓▓ ▪ Rylie Long ▪ System Message (System Message) ▪ ▓▓

CONFIDENTIAL
BBKOSLOW-000008602

**Messages in chronological order** (times are shown in GMT -05:00)

---

| | | |
|---|---|---|
| 💬 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓/System Message<br>chatroom | |
| KC | **Katie Case** ▓▓▓▓▓▓▓▓ | 12/2/2024, 6:49 AM |
| | Good morning team! Apologies for the early email. My flight lands at JFK at 8:30 AM ET. I'll be in the car for about 40/45 mins after that. | |
| KC | **Katie Case** ▓▓▓▓▓▓▓▓ | 12/2/2024, 6:49 AM |
| | Good morning team! Apologies for the early text. My flight lands at JFK at 8:30 AM ET. I'll be in the car for about 40/45 mins after that. | |
| # | ▓▓▓▓▓▓▓▓ | 12/2/2024, 8:36 AM |
| | Ok! We should likely do a team check in today after the holiday break. Can be later in afternoon when works | |
| KC | **Katie Case** ▓▓▓▓▓▓▓▓ | 12/2/2024, 8:37 AM |
| | Yes for sure. Also it's Riley the interns first day! Bre and I will onboard her today and get her familiarized — she'll start full steam tomorrow. | |
| ML | **Michael Lawrence** ▓▓▓▓▓▓▓▓ | 12/2/2024, 8:39 AM |
| | Loved "Ok! We should likely do a team check in today afte…" | |
| ML | **Michael Lawrence** ▓▓▓▓▓▓▓▓ | 12/2/2024, 8:40 AM |
| | Loved "Yes for sure. Also it's Riley the interns first da…" | |
| KC | **Katie Case** ▓▓▓▓▓▓▓▓ | 12/2/2024, 8:40 AM |
| | So if there's anything in particular anyone needs help with consistently, let us know 😊 | |
| RL | **Rylie Long** ▓▓▓▓▓▓▓▓ | 12/2/2024, 10:15 AM |
| | Loved "Ok! We should likely do a team check in today afte…" | |
| # | ▓▓▓▓▓▓▓▓ | 12/2/2024, 10:23 AM |
| | Also, if anyone's used my card lately can you just please let me know what account it was for? There was a Delta charge at the end of October and a few Uber charges from this past week / weekend | |
| # | ▓▓▓▓▓▓▓▓ | 12/2/2024, 10:23 AM |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| NM | **Nathan Melissa** ▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 12/2/2024, 10:24 AM |
| # | ▓▓▓▓▓▓▓▓ | 12/2/2024, 10:24 AM |
| | Kk | |
| KC | **Katie Case** ▓▓▓▓▓▓▓▓ | 12/2/2024, 10:24 AM |
| | Delta might have been me Bre! | |
| CH | **Carolina Hurley** ▓▓▓▓▓▓▓▓ | 12/2/2024, 10:27 AM |
| | https://nypost.com/2024/12/02/world-news/new-yorker-idf-tank-commander-omer-neutra-kidnapped-by-hamas-on-oct-7-confirmed-dead/?utm_campaign=iphone_nyp&utm_source=message_app | |

*Attachment: __Libr_1(1912) (250 KB)*

*Attachment: __Libr_1(1913) (268 KB)*

Attachment: ___Libr_1(1914) (280 KB)

Attachment: ___Libr_1(1915) (9 KB)

KC  **Katie Case**  12/2/2024, 10:28 AM
💔💔

\#  12/2/2024, 10:29 AM
I know I just saw

KC  **Katie Case**  12/2/2024, 10:32 AM
Rylie can you monitor for any mention of the Justin Baldoni it ends with us drama please? We figured there'd be a resurgence towards the end of the year [url:'https://p57-content.icloud.com/MY5BBBD3C38B5ABA3B456E3868E1694C7C3B33895FB7AF9AC7930C9BC583D2400B.21F788CE698EE1A9.C01USN00']



Image: ___Library_SMS_Attachments_85_05_5EE448B7-CA5E-444C-A898-B1AFEF662425_IMG_3577.jpeg (381 KB)

RL  **Rylie Long**  12/2/2024, 10:44 AM
Yes

KC  **Katie Case**  12/2/2024, 10:48 AM
Thanks! Just moving forward — no need to send roundups or anything but something to continue to show value.

Actually this is a good note — with the holidays in 3 weeks there's probably not going to be a ton to do pitch wise or on day to day accounts. If that's the case it's a good idea to schedule 2025 brainstorm/look ahead calls with clients to show value right now while things are a bit slower. If anyone needs help structuring these calls let me know.

AS  **Alyx Sealy**  12/2/2024, 10:49 AM
Emphasized "Thanks! Just moving forward — no need to send roun…"

RL  **Rylie Long**  12/2/2024, 11:02 AM
Loved "Thanks! Just moving forward — no need to send roun…"

ML  **Michael Lawrence**  12/2/2024, 11:02 AM
Emphasized "Thanks! Just moving forward — no need to send roun…"

RL  **Rylie Long**  12/2/2024, 11:41 AM
https://www.instagram.com/reel/DDFSSffPWld/?igsh=Zzh1a252ZXZ2OWp3

*Attachment: \_\_Libr_1(1916) (34 KB)*

*Attachment: \_\_Libr_1(1917) (31 KB)*

*Attachment: \_\_Libr_1(1918) (25 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** <br> What the actual fuck is this lol | 12/2/2024, 11:41 AM |
| KC | **Katie Case** <br> Melissa did JW strike again | 12/2/2024, 11:42 AM |
| KC | **Katie Case** <br> Rylie can you find the full clip please? | 12/2/2024, 11:44 AM |
| RL | **Rylie Long** <br> https://www.youtube.com/watch?v=2uEsTL6VSy0 | 12/2/2024, 11:46 AM |

*Attachment: \_\_Libr_1(1919) (105 KB)*

*Attachment: \_\_Libr_1(1920) (3 KB)*

| | | |
|---|---|---|
| RL | **Rylie Long** <br> Okay no one panic it's from two years ago | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley** <br> Email daily buzz guy | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley** <br> Omg | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley** <br> Ok phew | 12/2/2024, 11:46 AM |
| NM | **Nathan Melissa** <br> Yeah, and I just started a argument with Matthew Mitchell thanks guys | 12/2/2024, 11:46 AM |
| NM | **Nathan Melissa** <br> lol | 12/2/2024, 11:46 AM |
| RL | **Rylie Long** <br> Sorry he posted it rn so I immediately flagged | 12/2/2024, 11:46 AM |
| KC | **Katie Case** <br> Emphasized "Okay no one panic it's from two years ago" | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley** <br> Ya why tf is he posting that rn lol | 12/2/2024, 11:46 AM |
| RL | **Rylie Long** <br> Well idk why the hell he randomly posted this clip rn | 12/2/2024, 11:46 AM |
| CH | **Carolina Hurley** | 12/2/2024, 11:47 AM |

Thank you for flagging ry right call

KC **Katie Case** 12/2/2024, 11:47 AM
[url:'https://p27-content.icloud.com/MY5BBBD3C38B5ABA3B456E3868E1694C7C3B33895FB7AF9AC7930C9BC583D2400B.21F788CE698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_9a_10_CBA6E768-F841-4193-9C1F-1799612BD714_IMG_5069.gif (536 KB)

CH **Carolina Hurley** 12/2/2024, 11:47 AM
Mood

AS **Alyx Sealy** 12/2/2024, 11:48 AM
Laughed at an image

AS **Alyx Sealy** 12/2/2024, 12:33 PM
[redacted]

KC **Katie Case** 12/2/2024, 12:46 PM
[redacted]

\# 12/2/2024, 1:04 PM
[redacted]

CH **Carolina Hurley** 12/2/2024, 1:05 PM
Yes thank you

AS **Alyx Sealy** 12/2/2024, 1:06 PM
Yes, it's gonna be pretty similar across the board cause I use my same go to people at every outlet

AS **Alyx Sealy** 12/2/2024, 1:06 PM
Happy to send but just giving that's heads up

KC **Katie Case** 12/2/2024, 1:13 PM
Ok Riley is great. I'm going to start a a separate group text now. She's traveling today so let's let her ease in until tomorrow — then we can start asking her to do things. Sound good?

Rylie Dervla if you can schedule time with her to run through the platforms we use, muckrack, meltwater, daily buzz, etc. that would be great. Maybe tomorrow or Wednesday would be good for this meeting.

AS **Alyx Sealy** 12/2/2024, 1:16 PM
Loved "Ok Riley is great. I'm going to start a a separate…"

RL **Rylie Long** 12/2/2024, 1:22 PM

| | | | |
|---|---|---|---|
| | Yes I'll schedule a time for tmr!! | | |
| KC | **Katie Case** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 1:23 PM |
| | Loved "Yes I'll schedule a time for tmr!!" | | |
| D | **Dervla** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 1:28 PM |
| | https://www.musicbusinessworldwide.com/hybe-and-chairman-bang-si-hyuk-under-investigation-by-south-koreas-financial-regulator-over-secret-shareholder-contracts-in-ipo-report/ | | |
| | *Attachment: __Libr_1(1921) (4 KB)* | | |
| | *Attachment: __Libr_1(1922) (254 KB)* | | |
| AS | **Alyx Sealy** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 2:20 PM |
| | https://www.hollywoodreporter.com/news/general-news/hollywood-reporter-national-arts-amp-entertainment-journalism-awards-1236074373/ | | |
| | *Attachment: __Libr_1(1923) (2 KB)* | | |
| | *Attachment: __Libr_1(1924) (118 KB)* | | |
| # | ▇▇▇▇▇▇▇▇ | | 12/2/2024, 2:38 PM |
| | KC, saw your note above re: the Delta charge. Anyone else who used my card can you please send through receipts / client? | | |
| D | **Dervla** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 2:56 PM |
| | https://www.digitalmusicnews.com/2024/12/02/hybe-chief-bang-si-hyuk-faces-scrutiny-over-ipo-side-deals/ | | |
| | *Attachment: __Libr_1(1925) (11 KB)* | | |
| | *Attachment: __Libr_1(1926) (625 KB)* | | |
| KC | **Katie Case** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:14 PM |
| | Can you send an end of day round up on this Dervla? | | |
| D | **Dervla** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:14 PM |
| | Yes | | |
| NM | **Nathan Melissa** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:31 PM |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | |
| NM | **Nathan Melissa** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:31 PM |
| | ▇▇▇▇▇▇▇▇ | | |
| KC | **Katie Case** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:32 PM |
| | ▇▇▇▇▇▇▇▇ | | |
| AS | **Alyx Sealy** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:32 PM |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | |
| AS | **Alyx Sealy** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:32 PM |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | |
| AS | **Alyx Sealy** ▇▇▇▇▇▇▇▇ | | 12/2/2024, 3:33 PM |

| | | | |
|---|---|---|---|
| RL | **Rylie Long** | | 12/2/2024, 3:36 PM |
| KC | **Katie Case** | | 12/2/2024, 3:36 PM |
| RL | **Rylie Long** | | 12/2/2024, 3:36 PM |
| RL | **Rylie Long** | | 12/2/2024, 3:37 PM |
| RL | **Rylie Long** | | 12/2/2024, 3:37 PM |
| RL | **Rylie Long**<br>Yes got it | | 12/2/2024, 3:37 PM |
| AS | **Alyx Sealy**<br>This one | | 12/2/2024, 3:38 PM |
| NM | **Nathan Melissa** | | 12/2/2024, 3:38 PM |
| RL | **Rylie Long (15622909614)**<br>[url:'https://p29-content.icloud.com/MY59ECCCED13809A5DF961C4C16908CFDF8D9E44A616708FD80E47610F8EF97B8E.21F788CE698EE1A9.C01USN00'] | | 12/2/2024, 3:38 PM |



*Image: ___Library_SMS_Attachments_f6_06_CB76FFD6-6AA9-4B7F-AFEC-E2FE6518EAB5_IMG_5973.PNG (633 KB)*

| | | | |
|---|---|---|---|
| NM | **Nathan Melissa** | | 12/2/2024, 3:38 PM |
| AS | **Alyx Sealy**<br>[url:'https://p25-content.icloud.com/MY5EC2CFFB47AB66F11007332A87065A078DD8CB02A825AEB60157ADF305BCE1AB.21F788C | | 12/2/2024, 3:38 PM |

E698EE1A9.C01USN00']



Image: ___Library_SMS_Attachments_fd_13_3B7A32D8-0D3A-45E1-8E9B-D32F4A79A59E_IMG_8955.PNG (1 MB)

| | | | |
|---|---|---|---|
| RL | **Rylie Long** ███████ | | 12/2/2024, 3:39 PM |
| | ████████████████████████ | | |
| NM | **Nathan Melissa** ███████ | | 12/2/2024, 3:56 PM |
| | Sitting down for this lunch now | | |
| RL | **Rylie Long** ███████ | | 12/2/2024, 4:02 PM |
| | ████████████████████████ | | |
| RL | **Rylie Long** ███████ | | 12/2/2024, 4:07 PM |
| | ████████████████████████ | | |

Attachment: ___Libr_1(1927) (357 KB)

Attachment: ___Libr_1(1928) (140 KB)

Attachment: ___Libr_1(1929) (5 KB)

| | | | |
|---|---|---|---|
| RL | **Rylie Long** ███████ | | 12/2/2024, 4:07 PM |
| | Alyx | | |
| AS | **Alyx Sealy** ███████ | | 12/2/2024, 4:07 PM |
| | Thank you! | | |