CONFIDENTIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　Defendants. | No. 24-cv-10049-LJL |
| JENNIFER ABEL,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>JONESWORKS LLC,<br><br>　　　　　Third-Party Defendant. | |

**PLAINTIFF BLAKE LIVELY'S AMENDED FRCP 26(A)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Blake Lively hereby submits the following amended initial disclosures. These initial disclosures are based on the information reasonably available to Ms. Lively at this time, and are made without waiving any objections as to relevance, materiality or admissibility of evidence in the action. Ms. Lively reserves the right to revise, correct, supplement, or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

By providing these disclosures, Ms. Lively does not represent that these disclosures identify every document or witness possibly relevant to this action. Ms. Lively also reserves the right to object to the production of any document or tangible thing identified herein or to the admissibility into evidence of any document or tangible thing identified herein. In making these

**CONFIDENTIAL**

| | | |
|---|---|---|
| | | ███████ |
| Isabela Ferrer – Cast, It Ends With Us | c/o Sanford Michelman Michelman & Robinson, LLP 10880 Wilshire Blvd. Los Angeles, CA 90024 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| ███ | ███ | ███ |
| ███ | ███ | ███ |

9