# **Exhibit A**

Excerpt from Blake Lively's Amended Initial Disclosures