```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY,                                                      :
:
                          Plaintiff,                               :
:                         24-cv-10049 (LJL)
        -v-                                                        :
:                         ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS INC.,                                             :
:
                          Defendants.                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff Blake Lively ("Lively") moves under Federal Rule of Civil Procedure 37(a)(1) to compel the Wayfarer Parties[1] to comply with various discovery requests. Dkt. No. 552.

Among the issues presented in Lively's motion to compel is her request for responsive materials postdating December 2024. *See* Dkt. No. 553 at 6–7. The Wayfarer Parties produced documents only through December 20, 2024 (the date Lively filed her Civil Rights Department complaint). Dkt. No. 610 at 14. The Wayfarer Parties argue that a request for documents through the present would be overbroad and burdensome, that the obligation is disproportionate to that on Lively—who produced documents only through December 31, 2024—and that a more reasonable cutoff would be February 18, 2025, the date Lively filed her Amended Complaint (a cutoff date that would apply reciprocally to Lively). *Id.* at 14–16.

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

Local Civil Rule 37.1 provides that "[u]pon any motion or application involving discovery or disclosure requests or responses under Fed. R. Civ. P. 37, the moving party must specify and quote or set forth verbatim in the motion papers each discovery request and response to which the motion or application is addressed."  In her motion to compel and supporting memorandum of law, Lively does not specify for which particular requests she seeks documents "through the present."  *See* Dkt. No. 553 at 6–7.  The Wayfarer Parties respond that only certain production requests relate to the alleged ongoing smear campaign, which Lively has cited as the basis for seeking discovery postdating December 2024.  *See* Dkt. No. 610 at 14–15.  In her reply memorandum of law, Lively provides a specific list of requests for which she seeks documents through the present.  *See* Dkt. No. 646 at 7 n.8; Dkt. No. 648-1.  The Wayfarer Parties have not had an opportunity to respond to that filing.  They are therefore permitted until August 21, 2025, to file a two-page letter brief addressing the extent to which discovery "through the present" is or is not appropriate for the specific requests identified in Dkt. No. 648-1.

    SO ORDERED.

Dated: August 19, 2025  
      New York, New York

                                            LEWIS J. LIMAN  
                                       United States District Judge