

Maxwell Breed
Partner

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

August 18, 2025

BY ECF
Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

On behalf of nonparties Katherine Case and Breanna Butler Koslow, and jointly at the request of defendant The Agency Group PR LLC (and with the consent of the remaining Wayfarer parties), we write to respectfully request that the Court seal Dkt. Nos. 658-8, 658-11, 658-12, and 658-16, and replace them with redacted versions on the public docket, to protect certain nonpublic, commercially sensitive information that is unrelated to this action or the substance of the motion. Counsel for the movant, plaintiff Blake Lively, has advised that Ms. Lively takes no position on this request to redact these exhibits produced by Ms. Case and Ms. Butler Koslow. Enclosed are the proposed redacted versions of the filings. We thank the Court for its consideration.

Respectfully submitted,

Maxwell Breed

cc: Counsel of Record (by ECF)
Enclosures

Counsel is directed to file a supplemental letter by August 22, 2025, explaining with particularity why each of the requested redactions is necessary. To the extent that explanation itself calls for revealing protected information, counsel may file those portions of the letter under seal.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

August 20, 2025