# JACKSON WALKER LLP

Joel R. Glover<br>
(713) 752-4226 (Direct Dial)<br>
(713) 308-4114 (Direct Fax)<br>
jglover@jw.com

August 20, 2025

<u>VIA ECF</u>
The Honorable Lewis J. Liman
Danial Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL;
     Letter Update Regarding Exhibit B Filed Under Seal in Support of the Wallace
     Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint

Dear Judge Liman,

Pursuant to Rule 4.b. of Attachment A to the Court's Individual Rules, we write on behalf of Defendants Jed Wallace and Street Relations, Inc. (the "Wallace Defendants") regarding our letter motion to seal Exhibit B—excerpts of the deposition testimony of Plaintiff—to the Wallace Defendants' Motions to Dismiss Plaintiff Blake Lively's Second Amended Complaint or, Alternatively, Sever and Transfer.

The Wallace Defendants have conferred with Ms. Lively, who confirmed she does not intend to move for continued sealing of the excerpted pages of her deposition testimony included at Exhibit B (Dkt. 649-3). Accordingly, the Wallace Defendants request that the Court unseal Exhibit B to their Motions to Dismiss Plaintiff Blake Lively's Second Amended Complaint or, Alternatively, Sever and Transfer, as well as the portions of the same redacted within the body of the Wallace Defendants' Motions. *See* Dkt. 649 at 2, 4, 5, 8, 9, 24, 26, 27; Dkt. 649-3.

              Respectfully submitted,

              /s/ *Joel R. Glover*
              Charles L. Babcock
              SDNY #5451117
              Joel R. Glover
              SDNY #5697487
              Tori C. Emery (admitted *pro hac vice*)
              JACKSON WALKER LLP
              1401 McKinney, Suite 1900
              Houston, TX 77010
              (713) 752-4200
              cbabcock@jw.com

jglover@jw.com
temery@jw.com

cc: all counsel of record (via ECF)