**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: ttroupson@lftcllp.com

THERESA M TROUPSON

August 20, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
   rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move for continued sealing of Exhibits H, I, and J (Dkt. 646-7, 646-8, and 646-9) to Blake Lively's Omnibus Reply Brief in Further Support of Motions to Compel.

At the outset, these Exhibits are relevant to this Motion solely to the establish their existence (i.e. that these documents were allegedly produced by third parties and not the Wayfarer Parties). Their substantive contents are not.

Exhibit H (Dkt. 646-7) contains trade secrets, including nondisclosed business plans, product development information, client relationships, and/or communications regarding business affairs, as well as information of a personal or intimate nature regarding individuals (e.g. clients) unrelated to this action and therefore is Confidential pursuant to the Protective Order. (Dkt. 125). Exhibit H (Dkt. 646-7) should be redacted with the names, content, and communications about other clients redacted.

Exhibit I (Dkt. 646-8) contains discussions regarding trade secrets, including at least 2 unrelated projects in or then-in development and contains nondisclosed business plans, product development information, client relationships, and/or communications regarding business affairs. Exhibit I (Dkt. 646-8) is further Confidential pursuant to the Protective Order as it reveals non-public information regarding the identities and (sensitive) nature of personal relationships between third parties who are entirely unrelated to this action (and are readily identifiable in these communications by full name and/or the uniqueness of their names).  Exhibit I (Dkt. 646-

Hon. Lewis J. Liman
August 20, 2025
Page 2

8) should be resubmitted with the information on "Page 2 of 3" redacted. Notably, this text exchange is dated weeks before Ms. Lively was engaged to work on the film.

Exhibit J (Dkt. 646-9) contains information of a personal and intimate nature regarding at least two individuals unrelated to this action, and also contains "previously nondisclosed material relating to ownership or control of any public or non-public company" and thus is Confidential pursuant to the Protective Order. Given the particularly sensitive nature of this information, we ask that Exhibit J (Dkt. 646-9) be resubmitted with the entirety of "Page 3 of 3" redacted.

Redacted copies of Exhibits I-J (Dkt. 646-7, 646-8, and 646-9) are enclosed. We ask that the Court permanently seal the unredacted Exhibits, and order Lively to re-file Exhibits I – J (Dkt. 646-7, 646-8, and 646-9) in the attached redacted form.

> Respectfully submitted,
>
> */s/ Theresa M Troupson*
> LINER FREEDMAN TAITELMAN + COOLEY, LLP
> Bryan J. Freedman (*pro hac vice*)
> Ellyn S. Garofalo (*pro hac vice*)
> Theresa M Troupson (*pro hac vice*)
> 1801 Century Park West, 5th Floor
> Los Angeles, CA 90067
> Tel: (310) 201-0005
> Email: bfreedman@lftcllp.com
> egarofalo@lftcllp.com
> ttroupson@lftcllp.com
>
> MEISTER SEELIG & FEIN PLLC
> Mitchell Schuster
> Kevin Fritz
> 125 Park Avenue, 7th Floor
> New York, NY 10017
> Tel: (212) 655-3500
> Email: ms@msf-law.com
> kaf@msf-law.com

cc: all counsel of record (via ECF)