# EXHIBIT I



**Thread Participants:** ▮▮▮▮▮ Steve Sarowitz; ▮▮▮▮▮▮ Henny Grace (Owner); ▮▮▮▮▮ Henny Grace (Owner); ▮▮▮▮▮▮ Justin Baldoni (Owner); Justin Baldoni (Owner); ▮▮▮▮▮▮ Justin Baldoni (Owner); ▮▮▮▮▮ J B (Owner)

**Active Participants:** ▮▮▮▮▮ Steve Sarowitz; ▮▮▮▮▮ Henny Grace (Owner)

**First Message:** 12/7/2022 1:59:30 AM

**Last Message:** 12/7/2022 10:14:33 PM



**Henny Grace (Owner)**
Don't respond on the ▮▮▮▮▮ I ccd you on. II update you tomorrow - let's let him respond
12/7/2022 1:59:30 AM

**Steve Sarowitz**
Ok I thought I'd wait as it sounds like there is info I don't have
12/7/2022 9:30:05 AM



**Henny Grace (Owner)**
12/7/2022 9:36:03 AM

**Henny Grace (Owner)**
12/7/2022 7:42:50 PM

**Henny Grace (Owner)**
Call you after
12/7/2022 7:42:54 PM

**Steve Sarowitz**
Ok
12/7/2022 7:43:10 PM

CONFIDENTIAL



**Steve Sarowitz**

Fwd:Redheads
   Abigail Cowan
   Rose Leslie

Others
   Naomi Scott
   Kathryn Newton
   Elle Fanning
      12/7/2022 9:17:59 PM

**Steve Sarowitz**

From Sarah
   12/7/2022 9:18:07 PM

**Henny Grace (Owner)**

Blake lively wants to do it. Hush hush. I'm gonna fly to NY to meet her next week.
   12/7/2022 9:48:40 PM

**Henny Grace (Owner)**

You don't need to Cast a redhead lol - you make them a red head
   12/7/2022 9:48:57 PM

**Henny Grace (Owner)**

Also all those girls are too young to play opposite me
   12/7/2022 9:49:17 PM

**Steve Sarowitz**

Excellent
   12/7/2022 10:13:55 PM

**Henny Grace (Owner)**

Fingers crossed she does it. Some hurdles but would make this huge
   12/7/2022 10:14:33 PM

BALDONI_000018803
BALDONI_000018802