# EXHIBIT J

# chat504753486471393193

**Thread Participants:** Jamey Heath; Steve's Bat phone; Justin B (Owner)
**Active Participants:** Steve's Bat phone; Justin B (Owner)
**First Message:** 12/4/2023 1:55:27 PM
**Last Message:** 12/4/2023 7:26:35 PM

---

**Justin B (Owner)**
Ruha just sent me this-
*12/4/2023 1:55:27 PM*

**Justin B (Owner)**
https://x.com/ME_Observer_/status/1731160875308888191?s=20
📎
<__Library_SMS_Attach_1_a8_08_at_0_0_1_260C21_1>
*12/4/2023 1:55:29 PM*

**Justin B (Owner)**
Steve big day. Blake and I are speaking for the first time in 30 minutes. (With others around) send a prayer. Can talk later
*12/4/2023 1:55:54 PM*

**Steve's Bat phone**
Sounds good
*12/4/2023 3:26:12 PM*

**Steve's Bat phone**
Good luck with Blake
*12/4/2023 3:28:06 PM*

**Justin B (Owner)**
Exhausted. Thanks for prayers
*12/4/2023 6:57:06 PM*

CONFIDENTIAL

BALDONI_000021154
BALDONI_000021154



CONFIDENTIAL

BALDONI_000021155
BALDONI_000021154