UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>    Plaintiff,<br> v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>    Defendants.<br><br>WAYFERER STUDIOS LLC, *et al.*,<br><br>    Consolidated Plaintiffs,<br> v.<br><br>BLAKE LIVELY, *et al.*,<br><br>    Consolidated Defendants. | No. 1:24-cv-10049-LJL (Lead Case)<br>(Consolidated with 1:25-cv-00449-LJL)<br>[re. 1:25-cv-00779-LJL] |

**DECLARATION OF NONPARTY JAMES VITUSCKA**

**JONATHAN LEE BORSUK PC**
Jonathan Lee Borsuk, Esq.
222 North Canon Drive, Suite 203
Beverly Hills, California 90210
Phone: (424) 293-8100
Direct Phone: (917) 362-7561
Facsimile: (917) 725-9676
Email: jonathan@jlborsuk.com
Attorneys for James Vituscka
Appearing *pro hac vice*

Pursuant to 28 U.S.C. § 1746, I, James Vituscka, declare under penalty of perjury, on the basis of my own personal knowledge, as follows:

### Introduction

1. I am a journalist formerly employed by the *Daily Mail*. My responsibilities included cultivating sources in the entertainment industry, securing exclusives, and reporting accurately on matters of public interest.

2. I was thrust into the center of this consolidated lawsuit by the complaint filed by the Wayfarer Parties and their attorney, Bryan Freedman. I was the *Daily Mail* reporter that authored the text messages which appear at paragraph 193 of the Wayfarer Parties' Amended Complaint in this case. *See* ECF No. 50 ¶ 193.

### The Initial Declaration

3. I signed a declaration that was submitted to this Court on June 5, 2025 by Leslie Sloane and Vision PR, Inc. ECF No. 286–1 ("Initial Declaration").

4. While true, the Initial Declaration did not include everything I wished to say. Before signing the Initial Declaration, I repeatedly raised to my former employer the *Daily Mail* that I wished to provide additional important information and evidence. However, the *Daily Mail* did not allow me to do so in or with my Initial Declaration.

5. The Initial Declaration was prepared and presented to me under intense pressure. The attorneys who purported to represent me in drafting the Initial Declaration were appointed by my then–employer, the *Daily Mail*. I was implored to go along with their draft and legal framing, under threat that failure to cooperate would jeopardize my job and legal standing. That document appears to have been part of a coordinated effort to sanitize and reinforce a falsehood. While my Initial Declaration itself was not false, it did not tell the whole story.

6.  I have since been terminated by the *Daily Mail* after filing a whistleblower report regarding my Initial Declaration. I believe my termination was retaliatory, tied to my whistleblowing. I have since retained new counsel.

### The False Attribution

7.  Having severed ties with the *Daily Mail*, I wish to further explain my communications with Leslie Sloane, Melissa Nathan, and Bryan Freedman. I believe that my sharing the full context of these communications is necessary for the Court and the public to understand the truth.

8.  In both the original and amended complaints filed by the Wayfarer Parties and Mr. Freedman, I am described as having said that Leslie Sloane, Blake Lively's longtime publicist, told me that Ms. Lively claimed Mr. Baldoni had sexually assaulted her. That allegation is false. I never heard Leslie Sloane make any such statement whatsoever. And I never said she did—to anyone.

9.  In my Initial Declaration, I said that I was the "Daily Mail" reporter that authored the text messages that appear at paragraph 193 of the Wayfarer Parties' Amended Complaint in this case. *See* ECF No. 50 ¶ 193. I said my use of the of the term "sexually assaulted" in those text messages was a mistake, and that I meant to say "sexually harassed." I also said that Ms. Sloane never told me that Ms. Lively was sexually harassed or sexually assaulted. I stated that the Wayfarer Parties and their counsel did not consult me about what I meant by my use of the term "sexually assaulted" in the text chain.

10. I believe the impression that was left by my Initial Declaration was that I mistakenly told Ms. Nathan and Mr. Freedman that Ms. Sloane had told me that Ms. Lively was "sexually assaulted." This is not accurate. What the Initial Declaration did not convey is the

3

following important additional detail: I expressly told both Melissa Nathan and Bryan Freedman in text messages on December 25, 2024 that Leslie Sloane never told me that Ms. Lively was sexually harassed or sexually assaulted. My text message exchange with Ms. Nathan and Mr. Freedman is attached as **Exhibit A**.

11. Yet, I have come to understand that the Wayfarer Parties' defamation lawsuit against Ms. Sloane and Ms. Lively was based in part on the allegation that Ms. Sloane told me that Ms. Lively was sexually assaulted by Mr. Baldoni. Not only did that never happen, I told Ms. Nathan and Mr. Freedman in writing on December 25, 2024 that it never happened. I was shocked when I learned that these allegations in the Amended Complaint were based on a statement that was never made, after I had been very clear about that with both Ms. Nathan and Mr. Freedman.

### Clarification of the Record

12. To summarize unequivocally: Ms. Sloane never told me that Ms. Lively was sexually harassed or sexually assaulted by Justin Baldoni or anyone else. Melissa Nathan and Bryan Freedman knew this as of December 25, 2024.

13. By filing a lawsuit based on falsely casting me as the source of a sexual assault allegation, Mr. Freedman, his clients, and those apparently aligned or acting in concert with them have caused immense harm and, I believe, misled this Court. They have damaged my reputation, cost me my employment, and undermined my career as a journalist.

14. I submit this Declaration to ensure that the Court and the parties have a complete record of my knowledge, and that my name is not further misused in service of a false narrative or those who conceived it.

4

5

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Dated: August 21, 2025

_____
**JAMES VITUSCKA**