August 20, 2025

**Update Out Of The *United States District Court for the District of Nevada***

Esteemed Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049) to inform the Court of activity out of the United States District Court for the District of Nevada that your Honor should be aware of.

As I previously informed this Court: in July I filed a Motion To Quash the subpoena served on me by Ms. Blake Lively's counsel. That Motion was filed in the United States District Court for the District of Nevada. See Exhibit A.

The case has been given the following name: In Re Mario Lavandeira, Jr.

And the case number is: 2:25-cv-01396-RFB-DJA

My Motion To Quash *has* been properly served on Ms. Lively's counsel. See Exhibit B.

The subpoena at issue lists Las Vegas as the place of compliance.

I maintain that Las Vegas is the correct and *only* forum to litigate issues regarding this subpoena - such as to compel, quash or transfer.

Earlier this week, Ms. Lively submitted in the United States District Court for the District of Nevada an opposition to my Motion To Quash and she also entered a cross-motion to Compel. See Exhibit C.

I have already responded to Ms. Lively's filing. See Exhibit D.

And, today, the most Honorable Judge Richard F. Boulware II issued an order, setting a date for **next week** to hold a hearing on this matter.

Judge Boulware wrote:

**MINUTE ORDER IN CHAMBERS of the Honorable Judge Richard F. Boulware, II on 8/20/2025.**

**Before the Court for consideration are the [1] MOTION to Quash by In Re Mario Lavandeira, Jr.. and the [2] MOTION to Seal Document by In Re Mario Lavandeira, Jr..**

**A Motion Hearing is set for 8/28/2025 at 12:15 PM in LV Courtroom 7C before Judge Richard F. Boulware II.**

I am confident your Honor will want to wait in ruling on Ms. Lively's Motion To Compel in your Court, now that you've been informed her counsel has been properly served, they have responded and a hearing date has promptly been set.

This matter should be resolved expeditiously in Nevada, where it belongs.

If my Motion To Quash is granted in full by Judge Boulware, then Ms. Lively's Motion To Compel in your Court would be moot.

I expect that to be the outcome.

Respectfully submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Las Vegas, Nevada