```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

BLAKE LIVELY,

                        Plaintiff,

      -v-

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, THE AGENCY
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
STREET RELATIONS INC.,

                        Defendants.

---------------------------------------------------------------------X

24-cv-10049 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This Order resolves the motions to seal or preliminarily seal at Dkt. Nos. 561, 607, 640, 645, 665, and 682.

    The motion of Plaintiff Blake Lively ("Lively") at Dkt. No. 561 seeks preliminary sealing of her memorandum of law in opposition to non-party Perez Hilton's Motion for a Protective Order and in support of her Cross Motion to Compel, *see* Dkt. No. 566, and Exhibit F to the Declaration of Esra Hudson in support of that memorandum of law, *see* Dkt. No. 563-1, on the grounds that these materials were produced by Defendant Melissa Nathan ("Nathan") with a "Confidential" designation. Such a preliminary motion is intended to give the parties who produced the materials one week to move for sealing of the documents they designated as confidential. Lively filed her motion on August 5, 2025, and the Court's individual practices state that "[f]ailure by the Producing Party to file a letter within one week will constitute grounds for unsealing." Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Appendix A

Rule 4.b.  Although Nathan, the producing party, has not moved for continued sealing in the requisite period, the Court notes that Exhibit F contains personally identifying information ("PII") in the form of nonpublic phone numbers that the Court has previously ordered redacted due to privacy concerns.  The Court therefore orders Dkt. No. 563-1 sealed, and Lively is directed to refile Exhibit F with the PII redacted.  The Court orders Lively's memorandum of law at Dkt. No. 566 unsealed.

The motion of the Wayfarer Parties[1] at Dkt. No. 607 seeks preliminary sealing of portions of their memorandum of law in opposition to Lively's Omnibus Motion to Compel, *see* Dkt. No. 610, and exhibits attached to that opposition, *see* Dkt. Nos. 608-2, 608-3, on the grounds that Lively produced these materials with "Confidential" designations.  The Wayfarer Parties filed their motion on August 11, 2025, and Lively has not moved for continued sealing.  The Court therefore orders Dkt. Nos. 608-2, 608-3, and 610 unsealed.

The motion of Defendant Jed Wallace ("Wallace") at Dkt. No. 640 moves for permanent sealing of portions of Wallace's declaration in support of his motion to dismiss Lively's Second Amended Complaint, *see* Dkt. No. 649-2, on the grounds that the declaration contains personal medical information about Wallace.  The motion is unopposed, and the Court has previously granted sealing of this information.  *See* Dkt. No. 292.  The Court accordingly grants Wallace's motion and orders Dkt. No. 649-2 sealed.

In the same motion, Wallace also moves for preliminary sealing of portions of his memorandum of law in support of his motion to dismiss the Second Amended Complaint, *see* Dkt. No. 649, and a certain supporting exhibit, *see* Dkt. No. 649-3, on the grounds that they

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

relate to Lively's deposition transcript, which has been designated Confidential. Lively has confirmed that she does not intend to move for continued sealing, *see* Dkt. No. 681, so the Court orders Dkt. Nos. 649 and 649-3 unsealed.

Lively's motion at Dkt. No. 645 seeks preliminary sealing of portions of her reply brief in support of her Omnibus Motion to Compel, *see* Dkt. No. 646, as well as accompanying exhibits, *see* Dkt. Nos. 646-1 through 646-9, on the grounds that the Wayfarer Parties or certain third parties produced these materials with Confidential or Attorney's Eyes Only designations. The Wayfarer Parties have filed a letter motion at Dkt. No. 682 to permanently seal Dkt. Nos. 646-7, 646-8, and 646-9, and they have attached copies of those exhibits with certain requested redactions, *see* Dkt. Nos. 682-1, 682-2, 682-3. Principally for the reasons stated in the Wayfarer Parties' letter motion, the Court grants the requests. The exhibits contain nonpublic and sensitive information regarding business plans and relationships, particularly undisclosed relationships with clients, as well as sensitive information regarding the nature of personal relationships between third parties unrelated to this action. "For non-dispositive motions . . . 'the reasons [for sealing] usually need not be as compelling as those required to seal summary judgment filings,' trial evidence, or pleadings." *Giuffre v. Maxwell*, 2025 WL 2055148, at *8 (2d Cir. July 23, 2025) (citation omitted); *see also Doe v. City of New York*, 2019 WL 4392533, at *1 (S.D.N.Y. Sept. 13, 2019) (Nathan, J.) ("[T]he weight to be given the presumption of access must be governed by the role of the material at issue in the exercise of Article III judicial power and the resultant value of such information to those monitoring the federal courts." (citation omitted)). Accordingly, the Court orders Dkt. Nos. 646-7, 646-8, and 646-9 sealed. The Court orders Dkt. Nos. 646 and 646-1 through 646-6 unsealed.

Lively's motion at Dkt. No. 665 seeks permanent sealing of Dkt. Nos. 333-2, 373-1, 373-

3, 447-2, 447-3, 565-3, and 565-4 in alignment with the Court's sealing orders redacting PII. Lively has attached redacted copies of the materials to her motion. *See* Dkt. No. 665. The request is granted. The Court orders Dkt. Nos. 333-2, 373-1, 373-3, 447-2, 447-3, 565-3, and 565-4 sealed.

The Clerk of Court is respectfully directed to close Dkt. Nos. 561, 607, 640, 645, 665, and 682.

SO ORDERED.

Dated: August 22, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge