UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                 :

BLAKE LIVELY,                                :

                                           :

                       Plaintiff,              :

                                           :             24-cv-10049 (LJL)

         -v-                             :

                                           :                ORDER

WAYFARER STUDIOS LLC, JUSTIN BALDONI,     :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY  :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,  :
STREET RELATIONS INC.,                  :

                                           :

                       Defendants.           :

                                           :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Plaintiff Blake Lively ("Lively") filed a letter with the Court on August 21, 2025, *see*

Dkt. No. 687, ostensibly in support of her motion to compel the Wayfarer Parties[1] to produce

documents postdating December 20, 2024, *see* Dkt. No. 552.  Although the Court granted the

Wayfarer Parties leave to file a supplemental letter regarding that issue, it did so only because

Lively provided certain evidence for the first time in her reply brief.  *See* Dkt. No. 678 at 2.  The

Court did not similarly grant Lively leave to respond to the Wayfarer Parties' supplemental

letter.  The Wayfarer Parties are therefore relieved of any obligation to respond to arguments

made in Lively's letter.

       SO ORDERED.

Dated: August 22, 2025
       New York, New York                                       LEWIS J. LIMAN
                                               United States District Judge

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz,
It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.