# EXHIBIT A

| | |
|---|---|
| **From:** | Rachael Schafer |
| **To:** | Lindsey Ruff; Kevin A. Fritz |
| **Cc:** | bfreedman@ftllp.com; sbenson@ftllp.com; ttroupson@lftcllp.com; jsunshine@lftcllp.com; Amit Shertzer; Mitch Schuster; Stacey Ashby; mcooley@lftcllp.com; cdavis@lftcllp.com; vbirtha@lftcllp.com; jperez@lftcllp.com; Ricardo R. Espinal; cpuello@lftcllp.com; mitra@ahouraianlaw.com; Sigrid McCawley; Andrew Villacastin; ehudson@manatt.com; anathan@willkie.com; KBender@willkie.com; mbruno@manatt.com; mgovernski@willkie.com; sroeser@manatt.com; Michael Gottlieb; MConnolly@willkie.com; KClimaco@manatt.com; cbabcock@jw.com; jglover@jw.com; katebolger@dwt.com; Sam Cate-Gumpert; kristintahler@quinnemanuel.com; maarenchoksi@quinnemanuel.com; nicholasinns@quinnemanuel.com |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC et al, 1:24-cv-10049-LJL (S.D.N.Y.) |
| **Date:** | Thursday, May 29, 2025 5:30:42 PM |
| **Attachments:** | image001.png<br>Wayfarer Parties" First Amended Complaint.pdf<br>Superior Court of California Complaint.pdf |

Kevin,

Thank you for conferring with us yesterday. Please see the below summary of our conferral, which memorializes the Wayfarer Parties' position with respect to the issues we discussed:

The Wayfarer Parties agree to produce the full, un-excerpted messages that are screenshotted in their pleadings, even if they post-date December 20, 2024, but will not commit to a timeline for doing so. Those messages include (1) the text messages between Melissa Nathan and James Vituscka excerpted on p. 129 of the attached First Amended Complaint, and (2) the text messages between Melissa Nathan, Bryan Freedman, and James Vituscka that begin on p. 15 of the attached California action against the New York Times. The Wayfarer Parties otherwise stand on their proposed date range of December 31, 2022 through December 20, 2024 to search for responsive documents, including with respect to RFPs 6, 7, and 28 regarding prior sexual or employment-related misconduct.

Best,
Rachael

**Rachael Schafer**
Associate

**BOIES SCHILLER FLEXNER LLP**

55 Hudson Yards
New York, NY 10001
(d) +1 212 446 2357
(m) ███████████
rschafer@bsfllp.com
www.bsfllp.com

---

**From:** Lindsey Ruff <LRuff@BSFLLP.com>
**Sent:** Tuesday, May 27, 2025 3:51 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>
**Cc:** bfreedman@ftllp.com; sbenson@ftllp.com; ttroupson@lftcllp.com; jsunshine@lftcllp.com; Amit Shertzer <as@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>; mcooley@lftcllp.com; cdavis@lftcllp.com; vbirtha@lftcllp.com; jperez@lftcllp.com;

Ricardo R. Espinal <rre@msf-law.com>; cpuello@lftcllp.com; mitra@ahouraianlaw.com; Sigrid McCawley <smccawley@bsfllp.com>; Andrew Villacastin <AVillacastin@BSFLLP.com>; ehudson@manatt.com; anathan@willkie.com; KBender@willkie.com; mbruno@manatt.com; mgovernski@willkie.com; sroeser@manatt.com; Michael Gottlieb <MGottlieb@willkie.com>; MConnolly@willkie.com; KClimaco@manatt.com; cbabcock@jw.com; jglover@jw.com; katebolger@dwt.com; Sam Cate-Gumpert <SamCateGumpert@dwt.com>; kristintahler@quinnemanuel.com; maarenchoksi@quinnemanuel.com; nicholasinns@quinnemanuel.com; Rachael Schafer <rschafer@bsfllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al, 1:24-cv-10049-LJL (S.D.N.Y.)

Kevin,

Following up on the below email. We reviewed your recent production, which does not contain the text messages concerning our client upon which you base your affirmative claims. Specifically, we did not see in your productions the text messages with James Vituscka (aka "The Daily Mail Reporter") that appear on page 129 of your amended complaint. Please confirm that you will produce these communications by the end of the week. The un-excerpted conversations including your client (Melissa Nathan), Bryan Freedman, and James Vituscka should be produced in full.

As these documents are responsive to several of our RFPs to which you did not object, it is unclear on what basis you would withhold non-privileged communications with third parties concerning our client when they concern or contain the very statements you allege to be defamatory. While the messages as published in your complaint are undated, this does not dispel of your obligation to produce them as they are readily available and not subject to the search and review burdens discussed in our correspondence below concerning date ranges. Production of those communications should comply with the parties' agreed-to ESI protocol, including information as to the dates and times of responsive messages.

Please be ready to discuss this issue at the parties' upcoming meet and confer (tomorrow at 4pm ET).

Best,
Lindsey