# EXHIBIT 19

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 21 |
| Total Messages: 42 | Date Range: 2/22/2025 - 2/23/2025 |

## Outline of Conversations

**Jamey, Bryan, Mel, Jen** · 42 messages between 2/22/2025 - 2/23/2025 · Ahmed Musiol Kolacek (626E4B2E-D327-4516-8F58-2F341BD0D8BF) · Breanna Koslow (Butler) (▮▮▮▮) · Bryan Freedman (▮▮▮▮) · Ellyn Garofalo (0DDEF234-38A2-490D-9197-FC2D0B95D608) · Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F) · Jared Freedman (2B9A7D0B-E374-40BE-9368-E8C9DFFB9AA4) · Jason Sunshine (6F5DFEBC-5E51-4ACE-8898-363EC3F1088A) · Jed Wallace (▮▮▮▮) · Jen Abel New Number (▮▮▮▮) · Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A) · Kevin Fritz (B9B1CC8E-85C2-40D5-AF63-A8FB7CF43A77) · Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92) · Mitz Toskovic (1D135A01-A5F7-43A2-8FA1-823EB26C2F8A) · Nathan Melissa (17184061098) · Spencer ▮▮▮▮ · Steve Sarowitz (631A6097-DB6A-48E7-B711-4CB4A4B8EA5D) · Summer Benson (D4F34DF7-3DDB-4A4C-9EF0-3C8674F2AE9D) · System Message (System Message) · Tamar (0971F119-9496-49FD-BA8D-7A2450589EDD) · Tera McMaster (A050B7CC-4E9D-4E91-8788-6063E3522161) · Teresa Legal ▮▮▮▮

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **Jamey, Bryan, Mel, Jen**

**JA** — Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F) — 2/22/2025, 8:18 PM
https://www.tiktok.com/t/ZT258nr1t/



Image: (unnamed)(59).jpg (43 KB)

**JF** — Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A) — 2/22/2025, 8:40 PM
Crazy

**JW** — Jed Wallace — 2/22/2025, 8:42 PM
I love me some Zack Peter!!!

**JW** — Jed Wallace — 2/22/2025, 10:07 PM
Also - a nice breakdown here. I hope everyone is having a beautiful family night.

https://x.com/kiarajade2001/status/1893421079227670546?s=46

**JN** — Jen Abel New Number — 2/22/2025, 10:37 PM
Thanks for keeping track of all of this Jed! Appreciate you.

**JW** — Jed Wallace — 2/22/2025, 10:38 PM
Likewise- the forensic guys put it all in the reports but some I just enjoy more than others.

**JF** — Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A) — 2/22/2025, 10:44 PM
Oh. My. Lord.

https://www.tiktok.com/t/ZP8YtAPdB/



*Image: (unnamed)(60).jpg (29 KB)*

| | | |
|---|---|---|
| NM | **Nathan Melissa** ▮ | 2/22/2025, 10:45 PM |
| | Oh. My. Gd | |
| JW | **Jed Wallace** ▮ | 2/22/2025, 10:59 PM |
| | B v B does a B, domestic alone!! | |
| JF | **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)** | 2/22/2025, 11:08 PM |

Jen and Melissa - this was sent to Travis's agent

From: Maia Adelia ▮
To: Elizabeth Dalling ▮
Subject: Documentary Request - Travis Van Winkle

Hi Liz,

I hope you are well.

I'm a Producer at Optomen, an Emmy and BAFTA-winning production company based in London.

We are currently producing a three-part, one-hour documentary series about the Blake Lively/Justin Baldoni dispute for a global streaming platform.

This project follows in the footsteps of our previous rigorously researched docuseries for Discovery+ and HBO, which have covered other high-profile celebrity trials in recent years.

The first documentary will explore the articles, leaks, legal complaints, and lawsuits leading up to the libel trials.

I wanted to reach out because Travis Van Winkle has known Justin Baldoni for over twenty years, appeared on his Man Up podcast and might be able to speak to what he is like.

I'd very much like to discuss the project in detail with you on a background basis and answer any questions you might

CONFIDENTIAL

BBKOSLOW-000001686
BBKOSLOW-000001684

have in the hope that we might ultimately be able include an interview with Travis.

Please let me know a convenient time for a call and the best number to reach you.

Best wishes,

Maia Adelia

| | | |
|---|---|---|
| AE | **Ahmed Musiol Kolacek** (626E4B2E-D327-4516-8F58-2F341BD0D8BF)<br>She emailed me too. Same email | 2/23/2025, 12:07 AM |
| MF | **Mitra Ahouraian** (FECB9903-4304-406B-AA8E-8CFD7DD29E92) | 2/23/2025, 12:28 AM |
| NM | **Nathan Melissa** ( ▇ )<br>https://x.com/justplainzack/status/1893681675277684736?s=46 | 2/23/2025, 10:19 AM |
| JW | **Jed Wallace** ( ▇ )<br>And this magical sleuthing too:<br>https://x.com/realmelanieking/status/1893548756429066425?s=46 | 2/23/2025, 10:30 AM |
| JW | **Jed Wallace** ▇ | 2/23/2025, 10:31 AM |



Image: signal-2025-02-23-093122.jpeg (275 KB)

| | | |
|---|---|---|
| JW | **Jed Wallace** ▇<br>https://x.com/realmelanieking/status/1893544451076739348?s=46 | 2/23/2025, 10:35 AM |
| JW | **Jed Wallace** ▇<br>Happy Sunday and while there are videos surfacing where Hoover says that Jenny Slate was responsible for Blake coming onboard (will be in the report), let's file this next link under - we are in a whole new media landscape…it's awesome.<br>https://x.com/realmelanieking/status/1893553998851932210?s=46 | 2/23/2025, 12:06 PM |
| JN | **Jen Abel New Number** ( ▇ )<br>https://www.tiktok.com/t/ZT25UPRJD/ | 2/23/2025, 2:11 PM |



Image: (unnamed)(61).jpg (37 KB)

JW  **Jed Wallace**  2/23/2025, 2:19 PM
https://x.com/realmelanieking/status/1893739519209255181?s=12

Updated

JF  **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**  2/23/2025, 2:21 PM
https://www.tiktok.com/t/ZP8YnHpQB/

This is actually funny. You can see her lying in the moment.



Image: (unnamed)(62).jpg (23 KB)

JW  **Jed Wallace**  2/23/2025, 2:23 PM
This is the exact same playbook - they are out here mass bot reporting. Insane.

JA  **Jamey Heath (399A47E9-B8EA-4426-B1F9-F9DD3F21D84F)**  2/23/2025, 3:31 PM
It's almost like this woman was with them....

https://www.tiktok.com/t/ZT25f6Kwf/

CONFIDENTIAL

BBKOSLOW-000001688
BBKOSLOW-000001684



Image: (unnamed)(63).jpg (43 KB)

| | | |
|---|---|---|
| JW | **Jed Wallace** <br> https://x.com/cjournalist24/status/1893771689772671271?s=46 | 2/23/2025, 4:18 PM |
| MF | **Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92)** <br> Oh wow. So they changed the entire article, not just the word complaint. | 2/23/2025, 4:26 PM |
| JF | **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)** <br> Is that legal ? | 2/23/2025, 4:35 PM |
| JN | **Jen Abel New Number** <br> Yes legal but not really ethical if they make more than factual changes | 2/23/2025, 4:37 PM |
| JN | **Jen Abel New Number** <br> The fact that fans are calling this out and getting enraged is good | 2/23/2025, 4:38 PM |
| JW | **Jed Wallace** <br> And without notations of changes, footnotes, etc. | 2/23/2025, 4:43 PM |
| JN | **Jen Abel New Number** <br> We can reach out to the writer and question the changes and get into it with them, but part of me thinks it's almost better that fans call this out and bring notice to the hypocrisy of the publication vs getting into a back and forth with them. | 2/23/2025, 4:48 PM |
| JN | **Jen Abel New Number** <br> They added this | 2/23/2025, 5:05 PM |
| JN | **Jen Abel New Number** <br> This story has been updated to provide additional context regarding Ari Emanuel's quotes about Lively and Baldoni. Due to a technical glitch, a portion of this story regarding Jenny Slate reverted to an earlier unedited version and has since been updated. THR regrets the error. | 2/23/2025, 5:05 PM |
| NM | **Nathan Melissa** <br> They apparently had technical pictures according to Pam on socials because it kept pushing out the stories negative stories as well…. Ridiculous | 2/23/2025, 5:06 PM |
| JW | **Jed Wallace** | 2/23/2025, 5:07 PM |

CONFIDENTIAL

BBKOSLOW-000001689
BBKOSLOW-000001684

*Attachment: Voice Message 2_23_25, 4_07_PM.m4a (161 KB)*

**JN** — **Jen Abel New Number** ▮  2/23/2025, 5:11 PM
I am going to have them change the part about the 30 point document. That's a new add as well. They say that you all signed off on the 30 pt document and that a spokesperson for lively says that because of the no more language that you admit culpability

**JF** — **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**  2/23/2025, 5:19 PM
Jen, as you know that's completely false

**JN** — **Jen Abel New Number** ▮  2/23/2025, 5:20 PM
Yep

**JN** — **Jen Abel New Number** ▮  2/23/2025, 5:20 PM
Just wrote them

**JF** — **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**  2/23/2025, 5:20 PM
wish Bryan could make a statement that points out their hypocrisy and the fact that they are also funded by WME and Penske. We're watching them rewrite history in real time claiming website errors just like the disappearance of the podcast. That would be funny.

**JF** — **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**  2/23/2025, 5:21 PM
We're watching in real time. How Ari Emmanuel covers his tracks

**JW** — **Jed Wallace** ▮  2/23/2025, 5:21 PM

*Attachment: Voice Message 2_23_25, 4_21_PM.m4a (201 KB)*

**JF** — **Justin B (3F2B0863-3BBE-46AF-8FB3-FFC7A8F0B94A)**  2/23/2025, 5:22 PM
I think that's important, I also think it's important to note that we gave them the truth earlier and now is on the fourth version because they have gotten heat in real time and it's all a bunch of bullshit

**MF** — **Mitra Ahouraian (FECB9903-4304-406B-AA8E-8CFD7DD29E92)**  2/23/2025, 5:39 PM
Lie after lie after lie. If we weren't seeing it ourselves it would sound like one of those crazy conspiracy theories 🤯

CONFIDENTIAL

BBKOSLOW-000001690
BBKOSLOW-000001684