# EXHIBIT 22

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 5 |
| Total Messages: 41 | Date Range: 8/13/2024 |

## Outline of Conversations



▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇/System Message chatroom • 41 messages on 8/13/2024 • ▇▇▇▇▇▇▇▇ • Carolina Hurley (▇▇▇▇▇▇▇▇▇▇) • Katie Case (▇▇▇▇▇▇▇▇▇▇) • Nathan Melissa (▇▇▇▇▇▇▇▇) • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

 /System Message chatroom

**#** ▮▮▮▮▮▮▮▮ — 8/13/2024, 1:43 PM

FYI from Zoe. I'm fine with it as she is always available but moving forward we should make sure juniors take red eyes or not fly in middle of the day if not necessary -

Hi! Just wanted to let you know that next Friday (August 23) I have a flight to the east coast to visit my grandma in Connecticut and spend some time in New York finalizing my apartment search.

My flight leaves CA at 6 am, so I can buy WiFi on the plane and try to work. I'll have a layover in Texas so I can also try to work during that too. I'm sorry my flight is during the week, it was considerably cheaper. Hopefully that is okay, I can always change it if that's a problem!

I just wanted to keep you in the loop!

**NM** Nathan Melissa ▮▮▮▮ — 8/13/2024, 6:02 PM

[url:'https://p28-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_ca_10_AF2F8467-0697-4088-A19A-6DFA6CA00CBD_Screenshot 2024-08-13 at 18.01.51.heic (95 KB)*

**KC** Katie Case (▮▮▮▮) — 8/13/2024, 6:02 PM

God are people even that interested in this

**NM** Nathan Melissa (▮▮▮▮) — 8/13/2024, 6:03 PM

I can't work out if this means that she wants to run they hired us or am I being paranoid?

**KC** Katie Case ▮▮▮▮ — 8/13/2024, 6:04 PM

She's definitely trying to run that he hired us

**NM** Nathan Melissa ▮▮▮▮ — 8/13/2024, 6:04 PM

For fuck's sake, Katie, you're normally the normal one

**NM** Nathan Melissa ▮▮▮▮ — 8/13/2024, 6:04 PM

I thought Carolina wrote that
But it was you

**NM** Nathan Melissa ▮▮▮▮ — 8/13/2024, 6:04 PM

Now I can't call her

**CH** Carolina Hurley ▮▮▮▮ — 8/13/2024, 6:05 PM

I sort of think it is

**CH** Carolina Hurley ▮▮▮▮ — 8/13/2024, 6:05 PM

A story about hiring us

**KC** Katie Case ▮▮▮▮ — 8/13/2024, 6:05 PM

LOL no but it's probably going to be something like "innocent people don't hire crisis PR firms" I'm sorry I know that I'm usually optimistic but my read on that is that it's a story about him hiring us

**#** ▮▮▮▮ — 8/13/2024, 6:10 PM

We have to ask her more context - it does read like that

**KC** Katie Case ▮▮▮▮ — 8/13/2024, 6:12 PM

CONFIDENTIAL

BBKOSLOW-000004641
BBKOSLOW-000004640

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/13/2024, 6:15 PM |
| | Right now I have: | | |
| | Seth from THR<br>Etan from THR<br>Alex Weprin from THR<br>Tamar Herman from variety<br>Angelique Jackson from Variety<br>Zach Sharf from Variety<br>Ross Lincoln from the wrap<br>Bruce Haring from deadline<br>Erik Pedersen from deadline<br>Hannah Karp from Billboard OR Dan Rhys from Billboard | | |
| NM | **Nathan Melissa** | | 8/13/2024, 6:29 PM |
| | Yep, it's all about me/ us | | |
| KC | **Katie Case** | | 8/13/2024, 6:29 PM |
| | Oh no | | |
| KC | **Katie Case** | | 8/13/2024, 6:29 PM |
| | Is it definitely running | | |
| KC | **Katie Case** | | 8/13/2024, 6:29 PM |
| | Why do people keep doing this | | |
| # | | | 8/13/2024, 6:42 PM |
| | What did she say | | |
| # | | | 8/13/2024, 6:42 PM |
| | Did you call her | | |
| NM | **Nathan Melissa** | | 8/13/2024, 6:43 PM |
| | Yes. Am now on with Bryan freeman | | |
| # | | | 8/13/2024, 6:47 PM |
| | This is 100 percent Leslie | | |
| # | | | 8/13/2024, 6:47 PM |
| | I want to know what dirt this woman has on herself and who would know | | |
| KC | **Katie Case** | | 8/13/2024, 6:48 PM |
| | Emphasized "I want to know what dirt this woman has on herself…" | | |
| KC | **Katie Case** | | 8/13/2024, 6:48 PM |
| | That's also major shots fired | | |
| # | | | 8/13/2024, 6:52 PM |
| | MN know you're on phone but is story just on Justin hiring us? Or broader | | |
| NM | **Nathan Melissa** | | 8/13/2024, 6:54 PM |
| | [url:'https://p33-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | | |

CONFIDENTIAL

BBKOSLOW-000004642<br>BBKOSLOW-000004640

*Attachment: __Library_SMS_Attachments_56_06_A120E2F5-72F0-411A-B574-F5E441A295CC_Screenshot 2024-08-13 at 4.30.41_PM.heic (37 KB)*

| # | ▓▓▓▓▓ | 8/13/2024, 6:54 PM |

What the hell is going on

| NM | Nathan Melissa ▓▓▓▓▓ | 8/13/2024, 6:55 PM |

Josh texted her for me [url:"https://p49-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00"]

*Attachment: __Library_SMS_Attachments_23_03_98206D5F-9749-4D96-A11A-69453EC8B446_Screenshot 2024-08-13 at 4.30.56_PM.heic (37 KB)*

| # | ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

No I know but what is the actual story

| KC | Katie Case ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

So there will be a story — about this specifically or us in general

| NM | Nathan Melissa ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

Us

| KC | Katie Case ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

In what capacity though did she say?

| NM | Nathan Melissa ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

He hired us
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| KC | Katie Case ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

Just so we can prepare

| NM | Nathan Melissa ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

She's calling me back

| NM | Nathan Melissa ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

I'm trying to lead this legal call

| # | ▓▓▓▓▓ | 8/13/2024, 6:56 PM |

Can you patch me in when she calls

| # | ▓▓▓▓▓ | 8/13/2024, 6:57 PM |

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| # | ▓▓▓▓▓ | 8/13/2024, 6:58 PM |

And no one knows he's likely following her plus he has no current legal situation so it's a nothing

| # | ▓▓▓▓▓ | 8/13/2024, 7:41 PM |

MN is story running this week? What are updates

CONFIDENTIAL

BBKOSLOW-000004643
BBKOSLOW-000004640