## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                    Defendants. | No. 24-cv-10049 (LJL) (lead case)<br>No. 25-cv-449 (LJL) (member case)<br><br>**ORAL ARGUMENT REQUESTED** |
| WAYFARER STUDIOS LLC, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>                    Defendants. | No. 25-cv-449 (LJL) (member case) |

## NOTICE OF BLAKE LIVELY'S MOTION TO COMPEL

PLEASE TAKE NOTICE that, for the reasons stated in the accompanying Memorandum of Law in Support of Blake Lively's Motion to Compel, and the accompanying Declaration of Kristin E. Bender, with the exhibits attached thereto, the undersigned will move this Court, before Judge Lewis J. Liman, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, NY 10007, on a date and time to be set by the Court, for an order, pursuant to Federal Rule of Civil Procedure 37, compelling Defendants Jed Wallace and Street Relations, Inc. (the "Wallace Defendants") to provide full and complete responses, and produce documents in response to, Ms. Lively's discovery requests.

Ms. Lively respectfully requests that the Court set this Motion for oral argument.

Dated: August 22, 2025                    /s/ *Michael J. Gottlieb*___ _____

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 9th Street NW
Washington, DC 20004
(202) 240-2927
mgovernski@dirllp.com

*Attorneys for Plaintiff Blake Lively*