# EXHIBIT 3

**Short Message Report**

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 45 | Date Range: 8/9/2024 - 8/10/2024 |

**Outline of Conversations**



**System Message chatroom** • 45 messages between 8/9/2024 - 8/10/2024 • Breanna Butler ( ) • Jamey Heath ( ) • Jen Abel ( ) • Jen Abel - NEW ( ) • Katherine Case ( ) • Katie Case ( ) • Matthew Mitchell ( ) • Melissa Nathan ( ) • System Message (System Message)

KCASE-000001540

**Messages in chronological order** (times are shown in GMT -04:00)

💬 ██████████████/**System Message chatroom**

| | | |
|---|---|---|
| MM | **Matthew Mitchell** ███████ | 8/9/2024, 10:10 PM |
| | Interesting comments on this too. | |

| | | |
|---|---|---|
| MM | **Matthew Mitchell** ███████ | 8/9/2024, 10:10 PM |
| | https://www.tiktok.com/t/ZTNsYb15E/ | |

*Attachment: __Libr_1(86) (93 KB)*

*Attachment: __Libr_1(87) (19 KB)*

| | | |
|---|---|---|
| MM | **Matthew Mitchell** ███████ | 8/9/2024, 10:11 PM |
| | [url:'https://p48-content.icloud.com/MC54DCDF1074525AA48EC109C4A4250C70E222214B3430D78D7A6D95F444F128F.C01USN00'] | |

*Attachment: __Library_SMS_Attachments_76_06_19CDF598-5F68-4A34-96D6-4D354B1EB11C_Screenshot 2024-08-09 at 9.11.13_PM.heic (67 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** ███████ | 8/10/2024, 12:35 PM |
| | Hi team — so far, extremely limited pickup on Daily Mail or Page Six. We'll continue to keep an eye out and send pieces as needed, but so far it's been steady coverage on pure speculation. We've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan. Again we'll continue to send links and screenshots but wanted to send an update in the meantime. | |

| | | |
|---|---|---|
| MM | **Matthew Mitchell** ███████ | 8/10/2024, 12:37 PM |
| | Loved "Hi team — so far, extremely limited pickup on Dail…" | |

| | | |
|---|---|---|
| JA | **Jen Abel** ███████ | 8/10/2024, 12:37 PM |
| | Thanks katie we are seeing the same thing. | |

| | | |
|---|---|---|
| JH | **Jamey Heath** ███████ | 8/10/2024, 2:29 PM |
| | Thanks Katie. I'd like to have a quick zoom today if we can all arrange without Justin.  Is that possible for all? | |

| | | |
|---|---|---|
| JA | **Jen Abel** ███████ | 8/10/2024, 2:43 PM |
| | I can join. Just running around so might not be on camera but just let me know when | |

| | | |
|---|---|---|
| MM | **Matthew Mitchell** ███████ | 8/10/2024, 3:01 PM |
| | Happy to jump on too….likely off camera, no one needs to see this today. 😊 | |

| | | |
|---|---|---|
| KC | **Katie Case** ███████ ) | 8/10/2024, 3:03 PM |
| | Would a 6 PM ET call work? I could also circulate a dial in if that's easier for all vs a zoom. | |

| | | |
|---|---|---|
| JA | **Jen Abel** ███████ | 8/10/2024, 3:05 PM |
| | Should be fine on my end | |

| | | |
|---|---|---|
| MM | **Matthew Mitchell** ███████ | 8/10/2024, 3:10 PM |
| | Liked "Would a 6 PM ET call work? I could also circulate …" | |

| | | |
|---|---|---|
| KC | **Katie Case** ███████ | 8/10/2024, 3:20 PM |
| | Checking if this works for Melissa and Breanna as well — I'll come back on this. | |

CONFIDENTIAL

| | | |
|---|---|---|
| JH | **Jamey Heath** ██████████ | 8/10/2024, 3:20 PM |
| | I'm available then  thanks all | |

| | | |
|---|---|---|
| MN | **Melissa Nathan** ██████████ | 8/10/2024, 3:37 PM |
| | Sorry, I was in an appointment. <br> 3pm PT is good! | |

| | | |
|---|---|---|
| KC | **Katie Case** ██████████ | 8/10/2024, 3:44 PM |
| | We'll circulate a zoom shortly | |

| | | |
|---|---|---|
| JH | **Jamey Heath** ██████████ | 8/10/2024, 3:44 PM |
| | Thank you | |

| | | |
|---|---|---|
| JA | **Jen Abel** ██████████ | 8/10/2024, 4:01 PM |
| | Would be great for the digital team to boost this in any way possible… | |

| | | |
|---|---|---|
| JA | **Jen Abel** ██████████ | 8/10/2024, 4:01 PM |
| | https://www.tiktok.com/t/ZTNsQDYjj/ | |

*Attachment: __Libr_1(88) (86 KB)*

*Attachment: __Libr_1(89) (19 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** ██████████ | 8/10/2024, 4:01 PM |
| | We'll flag to them! | |

| | | |
|---|---|---|
| JA | **Jen Abel** ██████████ | 8/10/2024, 4:02 PM |
| | And I like that this is now getting some viral attention 👀 | |

| | | |
|---|---|---|
| JA | **Jen Abel** ██████████ | 8/10/2024, 4:03 PM |
| | https://www.tiktok.com/t/ZTNsQuMq8/ | |

*Attachment: __Libr_1(90) (97 KB)*

*Attachment: __Libr_1(91) (19 KB)*

| | | |
|---|---|---|
| JA | **Jen Abel** ██████████ | 8/10/2024, 4:26 PM |
| | https://www.dailymail.co.uk/tvshowbiz/article-13731049/amp/Blake-Lively-producing-decision-begged-feud-Justin-Baldoni.html | |

*Attachment: __Libr_1(92) (3 KB)*

*Attachment: __Libr_1(93) (87 KB)*

| | | |
|---|---|---|
| JA | **Jen Abel** (██████████) | 8/10/2024, 4:26 PM |
| | The headline is clixkbate but it just recirculates their previous article | |

| | | |
|---|---|---|
| JA | **Jen Abel** ██████████ | 8/10/2024, 4:36 PM |
| | Sharing this here too in case digital has an idea of how to amplify: | |

| | | |
|---|---|---|
| JA | **Jen Abel** ██████████ | 8/10/2024, 4:36 PM |
| | https://www.hollywoodreporter.com/movies/movie-features/justin-baldoni-it-ends-with-us-interview-ryle-pressure-1235970799/amp/ | |

*Attachment: __Libr_1(94) (110 KB)*

*Attachment: __Library_SMS_Attach_1_44_04_17115E_1_677C18_1 (198 bytes)*

| KC | **Katie Case** ▮▮▮▮▮ | 8/10/2024, 4:37 PM |
|----|----|----|
| | Thank you! We'll share this as well — at the very least ask for engagement in the comments | |

| KC | **Katie Case** ▮▮▮▮ | 8/10/2024, 4:37 PM |
|----|----|----|
| | Emphasized "The headline is clixkbate but it just recirculates…" | |

| JA | **Jen Abel** ▮▮▮▮ | 8/10/2024, 4:37 PM |
|----|----|----|
| | Loved "Thank you! We'll share this as well — at the very …" | |

| SM | **System Message (System Message)** | 8/10/2024, 5:09 PM |
|----|----|----|
| | +▮▮▮▮ named the conversation "JB PR (W/O JB)". | |

| MM | **Matthew Mitchell** ▮▮▮▮ | 8/10/2024, 5:17 PM |
|----|----|----|
| | https://www.instagram.com/reel/C-gEF6qSpm0/?igsh=MzRIODBiNWFIZA== | |

*Attachment: __Libr_1(95) (36 KB)*

*Attachment: __Libr_1(96) (30 KB)*

*Attachment: __Libr_1(97) (31 KB)*

| MM | **Matthew Mitchell** ▮▮▮▮ | 8/10/2024, 5:17 PM |
|----|----|----|
| | We love a nice shady moment! | |

| MN | **Melissa Nathan** ▮▮▮▮ | 8/10/2024, 5:18 PM |
|----|----|----|
| | You had my attention straight away when I saw the word shady | |

| MM | **Matthew Mitchell** ▮▮▮▮ | 8/10/2024, 5:19 PM |
|----|----|----|
| | No comments allowed. | |
| | "updated version…I like it way better" | |
| | Honestly it's gold. | |

| KC | **Katie Case** ▮▮▮▮ | 8/10/2024, 5:25 PM |
|----|----|----|
| | Laughed at "We love a nice shady moment! " | |

| KC | **Katie Case** ▮▮▮▮ | 8/10/2024, 5:25 PM |
|----|----|----|
| | Emphasized "You had my attention straight away when I saw the …" | |

| KC | **Katie Case** ▮▮▮▮ | 8/10/2024, 5:25 PM |
|----|----|----|
| | Loved "No comments allowed. | |
| | "updated version…I like it …" | |

| KC | **Katie Case** ▮▮▮▮ | 8/10/2024, 5:52 PM |
|----|----|----|
| | Zoom for our use here: | |

| KC | **Katie Case** ▮▮▮▮ ) | 8/10/2024, 5:52 PM |
|----|----|----|
| | https://us06web.zoom.us/j/81637481985 | |

CONFIDENTIAL

*Attachment: __Libr_1(98) (5 KB)*

JH    **Jamey Heath** ████████████                                    8/10/2024, 5:57 PM

See you shortly

KC    **Katie Case** ███████                                          8/10/2024, 6:55 PM

https://nypost.com/2024/08/10/entertainment/it-ends-with-us-blooms-in-no-1-box-office-spot/?utm_campaign=iphone_nyp&utm_source=pasteboard_app

*Attachment: __Libr_1(99) (2 KB)*

MN    **Melissa Nathan** ████████                                     8/10/2024, 7:04 PM

https://www.google.com/search?q=jailbirds+netflix&ie=UTF-8&oe=UTF-8&hl=en-gb&client=safari&ebo=0#fpstate=vclbx

*Attachment: __Libr_1(100) (5 KB)*

*Attachment: __Libr_1(101) (4 KB)*

MN    **Melissa Nathan** ████████                                     8/10/2024, 7:04 PM

Ok leaving it here thanks

KC    **Katie Case** ███████                                          8/10/2024, 7:04 PM

Emphasized "https://www.google.com/search?q=jailbirds+netflix&…"

KC    **Katie Case** ███████                                          8/10/2024, 7:04 PM

It's spectacular

CONFIDENTIAL                                                     KCASE-000001544