# EXHIBIT 9

| | |
|---|---|
| **From:** | Nathan, Aaron E. |
| **To:** | Glover, Joel; Bender, Kristin; Babcock, Chip |
| **Cc:** | Gottlieb, Michael; Meryl Governski; Connolly, Michaela; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Taustine, Melissa |
| **Subject:** | RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL) |
| **Date:** | Monday, July 28, 2025 9:52:47 AM |
| **Attachments:** | image001.png |

Joel, thanks again for the quick call just now – just confirming our agreement that once your clients are re-added to the case in the second amended complaint we'll return to the pre-dismissal status quo as to the discovery requests that had been served on them prior to dismissal (i.e., as though the period between dismissal and amendment was just a pause, and avoiding the need to re-serve the requests). Thanks,

Aaron

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Monday, July 28, 2025 10:30 AM
**To:** Nathan, Aaron E. <ANathan@willkie.com>; Bender, Kristin <KBender@willkie.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL)

**\*\*\* EXTERNAL EMAIL \*\*\***

What about now? I'm at ███████████ .

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com



**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Monday, July 28, 2025 9:23 AM
**To:** Glover, Joel <jglover@jw.com>; Bender, Kristin <KBender@willkie.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>;

Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL)

> **Caution: **External Email.**

Hi Joel, could you let me know your availability for a call today? Thank you.

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Nathan, Aaron E. <ANathan@willkie.com>
**Sent:** Wednesday, July 23, 2025 6:28 PM
**To:** Glover, Joel <jglover@jw.com>; Bender, Kristin <KBender@willkie.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL)

Hi Joel – just tried you by phone. Can you let me know if you have a minute to connect later this evening or tomorrow? Thanks,
Aaron

**Aaron E. Nathan**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8904 | Fax: +1 212 728 8111
anathan@willkie.com | vCard | www.willkie.com bio

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Wednesday, July 16, 2025 7:49 PM
**To:** Bender, Kristin <KBender@willkie.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** Re: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL)

**\*\*\* EXTERNAL EMAIL \*\*\***

Kristin,

Given this morning's order confirming that the Court lacks jurisdiction over Street or Mr. Wallace, we will not be responding to this letter at this time.

Best,
Joel

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com



---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Monday, July 14, 2025 9:40:12 PM
**To:** Glover, Joel <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com <laura.prather@haynesboone.com>; michael.lambert@haynesboone.com <michael.lambert@haynesboone.com>; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL)

> **Caution:** **External Email.

Counsel,

Please see attached regarding Street Relations' and Mr. Wallace's interrogatory responses.

Best,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.