# EXHIBIT 14

Message

| | |
|---|---|
| **From:** | Melissa N |
| **on behalf of** | Melissa N |
| **Sent:** | 10/1/2024 1:25:23 PM |
| **To:** | Laura Voglesong |
| **Subject:** | Jed Invoice |
| **Attachments:** | Tag.WS.JB_Digital_Consulting_Project_3of.3.pdf |

Good morning Laura,

I hope all is so well with you.

Sharing the last invoice from Jed + team.

Thanks so much
Melissa

Sent from my iPhone

Confidential