# EXHIBIT 15

| | |
|---|---|
| **Message** | |
| **From:** | Katie Case [▮▮▮▮▮] |
| **on behalf of** | Katie Case |
| **Sent:** | 8/7/2024 8:18:37 PM |
| **To:** | Jed Wallace ▮▮▮▮▮ ; Jennifer Abel ▮▮▮▮▮ |
| **CC:** | Melissa Nathan ▮▮▮▮▮ |
| **Subject:** | Social / Digital — Wayfarer Studios |

Hi all,

Jen — Jed and his team are absolute magicians.

Jed — Wayfarer would like to move forward ASAP with social / digital mitigation and remediation.

Can we set a call for tomorrow morning to discuss? Let me know some times that work and we can send an invite.

Thank you,
Katie

Confidential

STREET 1.000003
STREET 1.000003