# EXHIBIT 17

**Street Relations**

Date: October 1, 2024
Invoice ▮

**INVOICE**

▮

**INVOICE**    **TO**    Wayfarer Studios
Customer ID ▮

**SHIP TO**    Street Relations, Inc.
Dripping Springs, TX 78620

| JOB | PAYMENT TERMS |
|---|---|
| Digital Consulting Strategy and Services for TAG.Wayfarer.JB | Due On Receipt |

| DESCRIPTION | TOTAL |
|---|---|
| Communication and Consulting Services – TAG.Wayfarer.JB 3 of 3 (10.5 -11.5) | $30,000 U.S. |
| | **TOTAL DUE** $30,000 U.S. |

Account Name: ▮  Account Number: ▮  Bank ▮  Routing Number: ▮
Bank Address: ▮



**Street Relations**

# INVOICE

Date: August 8, 2024
Invoice

| INVOICE | TO | SHIP TO |
|---|---|---|
| Street Relations, Inc. | Wayfarer Studios<br>Customer ID | Street Relations, Inc.<br>Dripping Springs, TX 78620 |

| JOB | PAYMENT TERMS |
|---|---|
| Digital Consulting Strategy and Services for TAG.Wayfarer.JB | Due On Receipt |

| DESCRIPTION | TOTAL |
|---|---|
| Communication and Consulting Services – TAG.Wayfarer.JB | $30,000 U.S. |
| | **TOTAL DUE** $30,000 U.S. |

Account Name:         Account Number:         Bank Name:         Routing Number
Bank Address:

Confidential

STREET 1.000008

**Message**

| | |
|---|---|
| From: | Bill Pay ▮ |
| on behalf of | Bill Pay |
| Sent: | 9/16/2024 9:37:51 PM |
| To: | ▮ |
| Subject: | Your payment from Wayfarer Studios, LLC is on its way! |

# Wayfarer Studios, LLC

Hi Street Relations, Inc.,

The check will arrive around 09/23/24. This date is an estimate based on USPS delivery speed. The payment is for these invoices:

| Invoice # | Due Date | Amount | Payment Amount |
|---|---|---|---|
| ▮S | 09/01/24 | $30,000.00 | $30,000.00 |
| Total: | | | $30,000.00 |

In the future, to receive this payment directly into your bank account, create your free account with our service provider:

**Sign Up Now**

If the button above doesn't work, copy and paste the following link into your web browser:

▮

Have questions about the payment? Contact Wayfarer Studios, LLC at +▮

Thank you,
Wayfarer Studios, LLC

For your security, double check all email links before clicking them to make sure they're safe. Our links always start with ▮

Be cautious when sharing your information by email or phone.
Please don't reply to this automated email.

Bill Pay is a service provided by BILL Operations, LLC
To learn more about BILL Operations's privacy policy, read **Privacy Statement.**
© 2024 BILL Operations, LLC
ip-10-118-158-59.101.37 76c25c25 OTID0068-15 P01

Confidential

STREET 1.000085