# EXHIBIT 19

# Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 43 | Date Range: 8/16/2024 - 8/17/2024 |

## Outline of Conversations



System Message chatroom • 43 messages between 8/16/2024 - 8/17/2024 • ▮▮▮ • Jen Abel ▮▮▮ ) • Jen Abel New Number ▮▮▮ • Katie Case ▮▮▮ • Matthew Mitchell ▮▮▮ • Nathan Melissa ▮▮▮ • System Message (System Message)

CONFIDENTIAL

BBKOSLOW-000006239
BBKOSLOW-000006239

**Messages in chronological order** (times are shown in GMT -04:00)

---

**System Message chatroom**

\# — 8/16/2024, 9:52 PM
https://www.instagram.com/reel/C-LqOufSGjh/?igsh=MW96aG5mZHAydmV4aQ==

*Attachment: __Libr_1(49) (31 KB)*

*Attachment: __Libr_1(50) (30 KB)*

*Attachment: __Libr_1(51) (91 KB)*

**JA** — Jen Abel — 8/17/2024, 1:16 AM
Not to be shared on socials but this is a nice video justin.

**JA** — Jen Abel — 8/17/2024, 1:16 AM
https://www.tiktok.com/t/ZTNWmgRnE/

*Attachment: __Libr_1(52) (79 KB)*

*Attachment: __Libr_1(53) (19 KB)*

\# — 8/17/2024, 1:21 AM
Play that twice and then once more

**JA** — Jen Abel — 8/17/2024, 1:21 AM
Loved "Play that twice and then once more"

\# — 8/17/2024, 1:57 PM
Anything new today ?

**JA** — Jen Abel — 8/17/2024, 2:01 PM
Not on my end.

**NM** — Nathan Melissa — 8/17/2024, 2:01 PM
Absolutely nothing that would affect you story wise.

Nothing from any reporters reaching out behind the scenes that know that we are working with you.

Quiet

**JA** — Jen Abel — 8/17/2024, 2:03 PM
Paparazzi caught you and Emily out getting coffee yesterday and now you are being labeled as the "unbothered king" 😏. People are desperate for a new narrative. That's why I think we should start peppering in normal life stuff with your socials to start to shift the narrative.

\# — 8/17/2024, 2:03 PM
What?!

\# — 8/17/2024, 2:03 PM
Send me pics - how's that possible?

\# — 8/17/2024, 2:04 PM

CONFIDENTIAL

BBKOSLOW-000006240
BBKOSLOW-000006239

That's why I wanted to post the Zach and Claire post

**JA** — Jen Abel — 8/17/2024, 2:04 PM
Here's a post with them

**JA** — Jen Abel — 8/17/2024, 2:04 PM
https://www.instagram.com/p/C-wL1gqpyrD/?igsh=MzRIODBiNWFIZA==

Attachment: __Libr_1(54) (70 KB)

Attachment: __Libr_1(55) (31 KB)

**JA** — Jen Abel — 8/17/2024, 2:04 PM
Backgrid photog

**#** — 8/17/2024, 2:06 PM
Wow. We had no idea

**#** — 8/17/2024, 2:06 PM
Jesus

**#** — 8/17/2024, 2:06 PM
And people think I staged it

**JA** — Jen Abel — 8/17/2024, 2:07 PM
There are only a few comments that say that out of the hundreds

**JA** — Jen Abel — 8/17/2024, 2:07 PM
And deux moi actually responded and shut that down

**#** — 8/17/2024, 2:08 PM
I had no idea that could happen in ojai, it's a tiny town - should we start to be prepared for that stuff?

**JA** — Jen Abel — 8/17/2024, 2:12 PM
I mean… yes… but nothing to necessarily prepare for. Paps are absolutely being more mindful of capturing children because they've been sued so many darn times and the nicer you are and more willing to say hi the easier they will be on you. Just keep being you and doing your thing. You're not someone we worry about 😊

**#** — 8/17/2024, 2:13 PM
We didn't even see them

**JA** — Jen Abel — 8/17/2024, 2:16 PM
Also for the theater visits, I'll be able to swing by the grove visit but not able to go to the other ones 🙈 I have to be home around 4pm for our contractor who needs to be let in to do some work on our house and then have to come back before they leave. Just so you're aware!! Sorry I wasn't able to shift the appointment

**#** — 8/17/2024, 2:18 PM
Liked "Also for the theater visits, I'll be able to swing…"

**#** — 8/17/2024, 2:18 PM
No worries.
Also I really appreciate they didn't say ojai and said Santa Barbara

**#** — 8/17/2024, 2:38 PM
https://www.instagram.com/reel/C-v4CxXSWa3/?igsh=bjJqMzNkMDFpYzB5

*Attachment: __Libr_1(56) (69 KB)*

*Attachment: __Libr_1(57) (31 KB)*

*Attachment: __Libr_1(58) (30 KB)*

---

**#** ▮▮▮▮▮ — 8/17/2024, 2:39 PM

This is an incredible post from someone we have worked with on man enough- he nailed it as it was my exact intention.

Something I could post and then this message isn't coming from me… and honoring victims

---

**JA** **Jen Abel** ▮▮▮▮▮ — 8/17/2024, 2:52 PM

Let's boost this instead of you posting it. Some of the comments reference Colleen romanticizing dv and we don't want it to be interpreted as a dig at anyone. I know the video has nothing to do with it but let's instead have third parties amplify instead of you right now

---

**#** ▮▮▮▮▮ — 8/17/2024, 2:52 PM

Understood

---

**#** ▮▮▮▮▮ — 8/17/2024, 5:24 PM

Hey team, I'm torn on how I wanna do this, I have this outfit. Savannah had left me, but I'm also thinking about just going super casual like jeans and a white T-shirt.

---

**#** ▮▮▮▮▮ — 8/17/2024, 5:24 PM

How I would normally do it just not trying hard

---

**#** ▮▮▮▮▮0 — 8/17/2024, 5:25 PM

[url:'https://p61-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']

---

**#** ▮▮▮▮▮ — 8/17/2024, 5:25 PM

Or jeans , t shirt , hat.

---

**MM** **Matthew Mitchell** ▮▮▮▮▮ — 8/17/2024, 5:25 PM

Casual and comfortable like you did in Sweden!

---

**JA** **Jen Abel** ▮▮▮▮▮ — 8/17/2024, 5:25 PM

Loved "Casual and comfortable like you did in Sweden!"

---

**JA** **Jen Abel** ▮▮▮▮▮ — 8/17/2024, 5:25 PM

I like that outfit too but this can be super casual

---

**MM** **Matthew Mitchell** ▮▮▮▮▮ — 8/17/2024, 5:26 PM

Whatever you're most relaxed with will be a+

---

**#** ▮▮▮▮▮ — 8/17/2024, 5:28 PM

[url:'https://p41-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']

---

*Attachment: __Libr_1(2).HEIC (2 MB)*

**JA** **Jen Abel** ▮▮▮▮▮ — 8/17/2024, 5:29 PM

CONFIDENTIAL

BBKOSLOW-000006242
BBKOSLOW-000006239

| | | | |
|---|---|---|---|
| | Loved an image | | |
| # | [redacted] | | 8/17/2024, 5:29 PM |
| | Maybe white Converse instead of the blue | | |
| JA | Jen Abel [redacted] | | 8/17/2024, 5:32 PM |
| | Your car is there whenever you're ready but no rush | | |
| # | [redacted] | | 8/17/2024, 6:47 PM |
| | Loved an image | | |

CONFIDENTIAL

BBKOSLOW-000006243
BBKOSLOW-000006239