# EXHIBIT 21

Message

| | |
|---|---|
| **From:** | Melissa N ███████████ |
| on behalf of | Melissa N |
| **Sent:** | 8/14/2024 11:20:58 AM |
| **To:** | Jed Wallace ████████████ |
| **Subject:** | Fwd: Mel / JB - Roundup & Social Sentiment Report |
| **Attachments:** | Overview of Melissa NathanTAG Convo.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** Rylie L ███████████
> **Date:** 14 August 2024 at 12:17:16 GMT-4
> **To:** Melissa N ███████████
> **Cc:** Alyx S ███████
> **Subject: Mel / JB - Roundup & Social Sentiment Report**

?
The Hollywood Reporter: Justin Baldoni Hires Crisis PR Veteran Amid Alleged 'It Ends
With Us' Rift
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-
manager-melissa-nathan-it-ends-with-us-1235973715/amp/
Deadline: 'It Ends With Us' Justin Baldoni Hires Crisis PR Vet Melissa Nathan As
Rumor Mill Swirls About Filmmaker/Star's Rift With Blake Lively
https://deadline.com/2024/08/it-ends-with-us-justin-baldoni-melissa-nathan-blake-lively-
1236039853/
Forbes: Why Fans Think 'It Ends With Us' Stars Blake Lively, Justin Baldoni Are
Feuding—As Baldoni Reportedly Hires Crisis PR
https://www.forbes.com/sites/conormurray/2024/08/14/why-fans-think-it-ends-with-us-
stars-blake-lively-justin-baldoni-are-feuding-as-baldoni-reportedly-hires-crisis-pr/
Page Six: Justin Baldoni hires PR crisis manager amid rumors of feud with Blake Lively
on 'It Ends With Us' set: report
https://pagesix.com/2024/08/13/entertainment/justin-baldoni-hires-pr-crisis-manager-
amid-it-ends-with-us-feud-rumors/
Daily Mail: It Ends With Us star Justin Baldoni hires crisis manager amid major drama
with Blake Lively
https://www.dailymail.co.uk/tvshowbiz/article-13741387/amp/It-Ends-star-Justin-
Baldoni-hires-crisis-manager-amid-major-drama-Blake-Lively.htm
E! News: It Ends With Us' Justin Baldoni Hires Crisis PR Manager Amid Feud Rumors
https://www.eonline.com/ca/news/1406111/it-ends-with-us-justin-baldoni-hires-crisis-pr-
manager-amid-feud-rumors
Cosmopolitan: Justin Baldoni Hires Crisis PR Manager Amid 'It Ends With Us' Drama
https://www.cosmopolitan.com/entertainment/celebs/a61870841/why-justin-baldoni-
hired-crisis-pr-manager/
People: Justin Baldoni Hires Crisis PR Manager amid It Ends With Us Cast Drama
https://people.com/justin-baldoni-hires-crisis-pr-manager-amid-it-ends-with-us-cast-
drama-source-8693577
Us Weekly: Justin Baldoni Hires Crisis PR Manager Melissa Nathan Amid 'It Ends With
Us' Drama

Confidential

https://www.usmagazine.com/entertainment/news/justin-baldoni-hires-crisis-pr-veteran-amid-it-ends-with-us-drama/

Vulture: It Ends With Us Drama Starts With Blake Lively and Justin Baldoni (MENTIONED IN BODY)

https://www.vulture.com/article/it-ends-with-us-cast-drama-tiktok.html

The Independent: Blake Lively appears to respond to backlash to 'tone deaf' publicity for It Ends With Us (MENTIONED IN BODY)

https://www.independent.co.uk/arts-entertainment/films/news/blake-lively-it-ends-with-us-justin-baldoni-b2596165.html

Just Jared: 'It Ends With Us' Director Justin Baldoni Reportedly Hires Crisis Publicist Amid Feud Rumors

https://www.justjared.com/2024/08/13/it-ends-with-us-director-justin-baldoni-reportedly-hires-crisis-publicist-amid-feud-rumors/

Distractify: Justin Baldoni Hires Famed Crisis PR Manager Amid Alleged 'It Ends With Us' Clash

https://www.distractify.com/p/justin-baldoni-hires-pr-manager

Head Topics: It Ends With Us star Justin Baldoni hires crisis manager amid major drama with Blake Lively

https://headtopics.com/uk/it-ends-with-us-star-justin-baldoni-hires-crisis-manager-57376274

AceShowbiz: Justin Baldoni Hires PR Crisis Manager Amid Alleged Rift With 'It Ends With Us' Cast

https://www.aceshowbiz.com/news/view/00230912.html

The Express Tribune: Justin Baldoni hires PR crisis manager amid rumored tension with Blake Lively on It Ends With Us set

https://tribune.com.pk/story/2487966/justin-baldoni-hires-pr-crisis-manager-amid-rumored-tension-with-blake-lively-on-it-ends-with-us-set?amp=1

Pinkvilla: It Ends With Us Director Justin Baldoni Recruits Crisis PR Manager Following Cast Conflicts

https://www.pinkvilla.com/entertainment/hollywood/it-ends-with-us-director-justin-baldoni-recruits-crisis-pr-manager-following-cast-conflicts-1338882?amp

The Tab: Justin Baldoni hires Johnny Depp's crisis PR after It Ends With Us feud with co-stars

https://thetab.com/uk/2024/08/14/justin-baldoni-hires-johnny-depp-crisis-pr-it-ends-with-us-drama-380546?callback=in&code=ZDC0NMIWZJMTY2FKOC0ZZJLMLTG3YJYTZTEXNJA1O DRJYTLM&state=c8f2f2d4e9564aca81f4e8b4ec01b4f3

Celebs Net: Justin Baldoni Addresses Feud Rumors with Blake: PR Crisis Manager Hired

https://celebsnet.com/entertainment/justin-baldoni-addresses-feud-rumors-with-blake-pr-crisis-manager-hired.html

++

## Overview of Melissa Nathan/TAG Conversation ▮▮▮▮▮▮▮▮▮▮

- From ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Melissa/TAG/Justin Crisis has been mentioned **4,004** times across traditional and social media, with the majority of mentions coming from X.
- Conversation has **increased by 198900%** since the previous period of 2 mentions

STREET 1.000078

- Overall, sentiment is mostly neutral toward us, with **69.4% mentions being neutral, 27.9% being neutral (associated with 'crisis' or Amber Heard),** and **2.6% positive**
- The top 3 keywords for conversation are: **Amber Heard Trial, release,** and **drama.** The top three names mentioned were **Melissa Nathan, Justin Baldoni** and **Johnny Depp**

## The Top Three Tweets With Most Reach Are:

1.  @TheHollywoodReporter: Justin Baldoni has hired veteran PR crisis manager Melissa Nathan amid the release of It Ends With Us, the adaptation of Colleen Hoover's 2016 hit book, The Hollywood Reporter has learned.
    · Reach: 3,453,325
2.  @DiscussingFilm: Justin Baldoni has hired PR crisis manager Melissa Nathan amid the speculation of 'IT ENDS WITH US' drama. Nathan previously worked as crisis manager for Johnny Depp during the Heard/Depp trial. (Source: https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/)
    · Total Engagements: 1,739,651
3.  @PopBase: Justin Baldoni has hired PR crisis manager Melissa Nathan, who represented Johnny Depp during the Amber Heard trial, amid alleged 'It Ends With Us' rift.
    · Total Engagements: 1,558,346

## The Top Three Stories With The Most Reach Are:

1.  **MSN.Com** It Ends With Us cast drama shows no sign of stopping as Justin Baldoni hires crisis manager
    https://www.msn.com/en-us/movies/news/it-ends-with-us-cast-drama-shows-no-sign-of-stopping-as-justin-baldoni-hires-crisis-manager/ar-AA1oMbvw
2.  **Daily Mail:** It Ends With Us star Justin Baldoni hires crisis manager amid major drama with Blake Lively
    https://www.dailymail.co.uk/tvshowbiz/article-13741387/It-Ends-star-Justin-Baldoni-hires-crisis-manager-amid-major-drama-Blake-Lively.html
3.  **People:** Justin Baldoni Hires Crisis PR Manager amid It Ends With Us Cast Drama
    https://people.com/justin-baldoni-hires-crisis-pr-manager-amid-it-ends-with-us-cast-drama-source-8693577

--

Confidential



RYLIE L.
*Account Executive*

Los Angeles, CA
www.tagpr.com

STREET 1.000080