### EXHIBITS: BRIEF IN SUPPORT OF PLAINTIFF BLAKE LIVELY'S MOTION TO COMPEL MR. WALLACE AND STREET RELATIONS

| Exhibit Number | Document Description | BATES STAMP |
|---|---|---|
| 1 | 2024.08.08 Email chain between K. Case (TAG), M. Nathan (TAG), J. Heath (Wayfarer), and J. Wallace (Street Relations) | SR. 1.00000007 |
| 2 | 2024.08.07 Email between K. Case (TAG), J. Heath (Wayfarer), J. Abel (RWA), B. Butler Koslow (TAG) and M. Nathan (TAG) | HEATH_000028186 |
| 3 | [redacted] | KCASE-000001540 |
| 4 | Compilation of Lively's First Sets of Requests for Production to Jed Wallace and Street Relations, dated June 4, 2025 | -- |
| 5 | Compilation of Lively's Second Set of Interrogatories to Jed Wallace and Street Relations, dated June 4, 2025 | -- |
| 6 | Compilation of Jed Wallace and Street Relations' Responses and Objections to Lively's First Set of Requests for Production, dated July 3, 2025 | -- |
| 7 | Compilation of Jed Wallace and Street Relations' Responses and Objections to Lively's Second Set of Interrogatories, dated July 3, 2025 | -- |
| 8 | Deficiency Letter regarding Jed Wallace and Street Relations' Responses to Lively's Second Set of Interrogatories, dated July 14, 2025 | -- |
| 9 | 2025.07.28 Email Chain between Lively's Counsel and the Wallace Parties' Counsel | -- |
| 10 | Deficiency Letter regarding Jed Wallace and Street Relation's Responses and Objections to Lively's First Set of Requests for Production | -- |
| 11 | 2024.08.08 Email chain between J. Wallace (Street Relations), K. Case (TAG), M. Nathan (TAG), and J. Heath (Wayfarer) | STREET 1.000009 |
| 12 | [redacted] | STREET 1.000023 |
| 13 | 2024.08.08 Email between M. Nathan (TAG), J. Heath (Wayfarer), and J. Wallace (Street Relations) | STREET 1.000006 |
| 14 | [redacted] | STREET 1.000086 |

| | | |
|---|---|---|
| 15 | ███████████████████████████████████ | STREET 1.000003 |
| 16 | 2025.02.23 Signal Message chain between A. Musiol (Wayfarer), B. Butler Koslow (TAG), B. Freedman (Liner Freedman), E. Garofalo (Liner Freedman), J. Heath (Wayfarer), J. Freedman (Liner Freedman), J. Sunshine (Liner Freedman), J. Wallace (Street Relations), J. Abel (RWA), J. Baldoni (Wayfarer), K. Fritz (Meister Seelig), M. Ahouraian (Ahouraian Law), M. Toskovic (Wayfarer), M. Nathan (TAG), S. Freedman (Liner Freedman), S. Sarowitz (Wayfarer), S. Benson (Liner Freedman), T. Yeghiayan (Liner Freedman), T. McMaster (Wayfarer), and T. Troupson (Liner Freedman) | BBKOSLOW-000001684 |
| 17 | Compilation of invoices from Street Relations to Wayfarer Studios, LLC | STREET 1.00000087<br>STREET 1.00000008<br>STREET 1.00000084 |
| 18 | ███████████████████████████████████ | BBKOSLOW-000004606 |
| 19 | ███████████████████████████████████ | BBKOSLOW-000006239 |
| 20 | ███████████████████████████████████ | STREET 1.000054 |
| 21 | ███████████████████████████████████ | STREET 1.000077 |