# EXHIBIT 11

| | |
|---|---|
| **Message** | |
| **From:** | Jed Wallace |
| **on behalf of** | Jed Wallace |
| **Sent:** | 8/8/2024 1:11:31 PM |
| **To:** | Katie Case |
| **CC:** | Melissa N, Jamey Heath |
| **BCC:** | Jed Wallace |
| **Subject:** | Re: Jamey/ Jed |

Thank you for the connecting point, Katie!

Jamey, an absolute pleasure. While the circumstances are the circumstances, this is our wheelhouse and have it prioritized across all platform-specific specialists working for me.

Jed Wallace
Founder
**Street Relations, Inc.**

> On Aug 8, 2024, at 1:08?PM, Katie Case wrote:
>
> ?
> To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.
>
> And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.
>
>> On Thu, Aug 8, 2024 at 11:01?AM Melissa N wrote:
>>
>> Hi Jamey,
>>
>> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>>
>> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>>
>> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>>
>> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>>
>> Thanks so much
>> Melissa

Sent from my iPhone

<Tag.WS.JB_Digital_Consulting_Project (1).pdf>

Confidential
STREET 1.000010