# EXHIBIT 13

| | |
|---|---|
| **Message** | |
| **From:** | Melissa N |
| **on behalf of** | Melissa N |
| **Sent:** | 8/8/2024 10:01:38 AM |
| **To:** | Jamey Heath |
| **CC:** | Jed Wallace |
| **Subject:** | Jamey/ Jed |

Hi Jamey,Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of. He is aware we are going for their Quote two option for $30,000 PM for 3 months Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both. Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment. Thanks so muchMelissaSent from my iPhone