UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Lively v. Wayfarer Studios LLC (1:24-cv-10049)**

**More New Evidence For Consideration**

August 21, 2025

Esteemed Judge Liman,

I - Mario Armando Lavandeira, Jr., known professionally as Perez Hilton - write as a nonparty in Lively v. Wayfarer Studios LLC (1:24-cv-10049).

New information has just *today* come to light that I believe is critical to highlight to this Court with regards to me and your Honor's pending rulings concerning jurisdiction with regards to the subpoena Ms. Livey served me with.

In the public docket for this litigation: Docket #682, Exhibit H directly discusses me. I have attached that here for easy reference.

That piece of evidence is a text exchange between defendant Melissa Nathan and employees of her communications company, TAG.

This exchange happened on January 21, 2025.

In this communication, the employees share the following:





The above clearly undercuts at Ms. Lively's false narrative that there was some grand smear campaign against her that I was involved with.

My dislike of her actually has everything to do with things she *has actually done.*

Ms. Livey got married at a plantation. See Exhibit 1.

Ms. Lively admitted to doing blackface. See Exhibit 2.

Ms. Lively mocked and belittled a journalist for congratulating her on being pregnant. See Exhibit 3.

The list is long and could go on, but the point is I did not need anyone giving me reason to dislike Ms. Lively. I had plenty of reason on my own, especially after reading Mr. Baldoni's complaint - which showed unedited texts and countless emails that helped inform my opinion about what *really* happened leading up to this litigation.

The referenced exchange between the TAG employees happened towards the end of January of this year.

I began reporting on the *It Ends With Us* saga in August of 2024, the same month Ms. Lively said the *alleged* retaliatory smear campaign began.

In December of 2024, after reading Ms. Lively's CRD complaint, the related *New York Times* article and her subsequent lawsuit against the Wayfarer defendants - filed in December of 2024 in this Court, I believed her.

I believed her initially and I publicly supported Ms. Lively - until I changed my opinion. Not because anyone paid me - no one did. Not because anyone told me to write negative things about Ms. Lively - no one did. But I changed my opinion because I determined Ms. Lively was outright lying or exaggerating or misrepresenting the facts.

As your Honor is aware, a hearing is scheduled on my Motion To Quash for next week in Nevada, the correct and only venue to litigate issues with regards to this subpoena.

I am just sharing this information with the Court as a courtesy, because your Honor threatened me that the Southern District Of New York *could* have jurisdiction over me to compel this subpoena and warned me that if I did not respond to Ms. Lively's Motion To Compel in this court, a ruling would happen without opposition. So, even though I felt it was wrong, unnecessary and like my hand was being forced, I submitted a response in this Court last week.

Many believe that this move by the Court was retaliatory - payback for the pointed letters I filed and the language I previously used with your Honor. I can definitely understand why observers believe your Honor wanted to punish me for perceived hurt feelings. While I am not making an accusation of bias, many are. I respectfully share that with the Court.

I stand behind the belief and understanding that Nevada is the only correct venue to litigate matters regarding this subpoena - unless a transfer is granted from there to SDNY. Ms. Lively has requested one and that is a very real possibility. One I am prepared for.

It is also my opinion that this Court *knows* Nevada is the correct venue now. So I definitely think there is weight to the chatter on social media saying that your Honor just wanted to make me spend time and energy - causing great stress and anxiety - responding to Ms. Lively's claim that I subjected myself to the jurisdiction of the Southern District Of New York by filing a defensive Motion For A Protective Order here to hopefully end the perceived abusive discovery practices of Ms. Lively and her counsel.

Your Honor definitely should grant that request for a protective order - *after* the court in Nevada rules on my Motion To Quash. Ms. Lively's lawyers have indicated that they still plan to keep issuing even more subpoenas and all I am asking is for your most esteemed self to keep her lawyers in check - something you have failed to do consistently, many people believe.

Finally, this is yet another request for sanctions against Ms. Lively's entire legal team. It is more than warranted and your Honor has the ability to do that with your inherent powers in this Court.

Respectfully submitted,

/s/ Mario Armando Lavandeira, Jr.

Mario Armando Lavandeira, Jr.

aka Perez Hilton

Las Vegas, Nevada