AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| BLAKE LIVELY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cv-10049-LJL |
| WAYFARER STUDIOS LLC, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BLAKE LIVELY.

Date:  08/25/2025

/s/ Michaela A. Connolly
*Attorney's signature*

Michaela A. Connolly #5681846
*Printed name and bar number*

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
*Address*

mconnolly@willkie.com
*E-mail address*

(212) 728-8808
*Telephone number*

(212) 728-8111
*FAX number*