# EXHIBIT A

| Statement No. | Date | Statement | Attorney Statement? | Rule 3.6 Order Entered? | Reasons Statement Is Within Bounds of Rule 3.6 |
|---|---|---|---|---|---|
|  | | **PRE-FEBRUARY 3 STATEMENTS** | | | |
| 1 | January 7, 2025 | Lively's legal team released a statement to E! News that: "This is not a 'feud' arising from 'creative differences' or a 'he said/she said' situation." "Sexual harassment and retaliation are illegal in every workplace and in every industry. A classic tactic to distract from allegations of this type of misconduct is to 'blame the victim' by suggesting that they invited the conduct, brought it on themselves, misunderstood the intentions, or even lied." "Another classic tactic is to reverse the victim and offender and suggest that the offender is actually the victim. These concepts normalize and trivialize allegations of serious misconduct." "Media statements are not a defense to Ms. Lively's legal claims. We will continue to prosecute her claims in federal court, where the rule of law determines who prevails, not hyperbole and threats." | Yes | No | No mention of Mr. Baldoni, or any Wayfarer Defendant<br><br>Only discusses claims/offenses/defenses<br><br>No attack on credibility/character/reputation |
| 2 | January 16, 2025 | Deadline quoted Lively's counsel as saying: "This latest lawsuit from Justin Baldoni, Wayfarer Studios, and its associates is another chapter in the abuser playbook. This is an age-old story: A woman speaks up with concrete evidence of sexual harassment and retaliation and the abuser attempts to turn the tables on the victim. This is what experts call DARVO. Deny. Attack. Reverse Victim Offender." Further, "Wayfarer has opted to use the resources of its billionaire co-founder [Defendant Steve Sarowitz] to issue media statements, launch meritless lawsuits, and threaten litigation to overwhelm the public's ability to understand that what they are doing is retaliation against sexual harassment allegations. They are trying to shift the narrative to Ms. Lively by falsely claiming that she seized creative control and alienated the cast from Mr. Baldoni. The evidence will show that the cast and others had their own negative experiences with Mr. Baldoni and Wayfarer. The evidence will also show that Sony asked Ms. Lively to oversee Sony's cut of the film, which they then selected for distribution and was a resounding success. Their response to sexual harassment allegations: she wanted it, it's her fault. Their justification for why this happened to her: look what she was wearing. In short, while the victim focuses on the abuse, the abuser focuses on the victim. The strategy of attacking the woman is desperate, it does not refute the evidence in Ms. Lively's complaint, and it will fail." | Yes | No | Only discusses claims/offenses/defenses<br><br>No attack on credibility/character/reputation |

| Statement No. | Date | Statement | Attorney Statement? | Rule 3.6 Order Entered? | Reasons Statement Is Within Bounds of Rule 3.6 |
|---|---|---|---|---|---|
| 3 | January 21, 2025 | Statement released to Deadline, Ms. Lively's counsel stated: "Any woman who has been inappropriately touched in the workplace will recognize Ms. Lively's discomfort. They will recognize her attempts at levity to try to deflect the unwanted touching. No woman should have to take defensive measures to avoid being touched by their employer without their consent. While they are focused on misleading media narratives, we are focused on the legal process. We are continuing our efforts to require Mr. Baldoni and his associates to answer in court, under oath, rather than through manufactured media stunts." | Yes | No | Only discusses claims/offenses/defenses<br><br>No attack on credibility/character/reputation<br><br>In response to releasing video footage into public domain |
| **NON-LAWYER STATEMENTS** | | | | | |
| 4 | February 28, 2025 | Lively's "spokesperson" as saying: "What is Bryan Freedman hiding? After promising to release all the receipts, Freedman ran into court to keep secret the phone records of who Baldoni, Heath, Sarowitz, Nathan, Wallace and Abel were calling during their retaliatory campaign." | No | Yes | No mention of Mr. Baldoni, or any Wayfarer Defendant<br><br>Information is in public record |
| 5 | February 28, 2025 | Lively "spokesperson" stated: "In its motion to dismiss, the New York Times correctly calls out Justin Baldoni's lawsuit for what it is: a shameless PR document that has no business in a court of law," "For years, Baldoni urged men to listen to and believe women. But when a woman spoke out about his behavior, he and his billionaire backer Steve Sorowitz [sic] used a social media combat plan' to scorch earth and try to 'bury' and 'destroy' her, along with the media who reports on it. These bullying tactics will not survive in court, and everyone should see their meritless claims for what they are." | No | Yes | Only discusses claims/offenses/defenses |
| 6 | March 13, 2025 | "Today, the Court rejected the Wayfarer Parties' objections and entered the protections needed to ensure the free flow of discovery material without any risk of witness intimidation or harm to any individual's security," a spokesperson for Lively told Deadline after Judge Liman's order hit the federal docket. "With this order in place, Ms. Lively will move forward in the discovery process to obtain even more of the evidence that will prove her claims in Court." | No | Yes | No attack on credibility/character/reputation |

| Statement No. | Date | Statement | Attorney Statement? | Rule 3.6 Order Entered? | Reasons Statement Is Within Bounds of Rule 3.6 |
|---|---|---|---|---|---|
| | | | | | Result of any step in the litigation |
| 7 | May 9, 2025 | Ms. Lively's agents stated that "Mr. Baldoni, Mr. Sarowitz, and team continue to turn a case of sexual harassment and retaliation into entertainment for the tabloids, going as far as suggesting that they sell tickets to a concert venue – Madison Square Garden – to witness Ms. Lively's deposition, to subpoenaing Taylor Swift, a woman who has given a voice to millions the world over. This is a very serious legal matter, not Barnum & Bailey's Circus. The defendants continue to publicly intimidate, bully, shame and attack women's rights and reputations. Including in the past month seeking to strike down for all, a powerful California victims' rights law, calling it 'unconstitutional.' The disturbing actions by a billionaire, men who made their careers as 'female allies' and their team continue to show their true colors" | No | Yes | Only discusses claims/offenses/defenses

Response to Statement by Mr. Freedman regarding holding Ms. Lively's deposition at Madison Square Garden |
| 8 | May 19, 2025 | Deadline reported a statement from a Lively representative: "Does anyone believe that Wayfarer is genuinely investigating a film set workplace that no longer exists? | No | Yes | Only discusses claims/offenses/defenses |
| 9 | May 22, 2025 | a Lively "spokesperson" told Deadline: "We are pleased that Justin Baldoni and the Wayfarer Parties have withdrawn their harassing subpoenas to Taylor Swift and her law firm"; "We supported the efforts of Taylor's team to quash these inappropriate subpoenas directed to her counsel and we will continue to stand up for any third party who is unjustly harassed or threatened in the process"; "The Baldoni and Wayfarer team have tried to put Taylor Swift, a woman who has been an inspiration for tens of millions across the globe, at the center of this case since day one." Deadline reported that the Lively spokesperson said of their client's close pal who has popped up in more than one filing or two since this all started with the Another Simple Favor actress' CRD complaint in late 2024. "Exploiting Taylor Swift's celebrity was the original plan in Melissa Nathan's scenario planning document, and it continues to this day," the statement adds, with a swipe at Baldoni's crisis management PR chief. "Faced with having to justify themselves in federal court, they folded. At some point they will run out of distractions from the actual claims of sexual harassment and retaliation they are facing." | No | Yes | Only discusses claims/offenses/defenses

Result of any step of the litigation

In response to publicity surrounding Taylor Swift subpoena and allegations of extortion |
| 10 | June 13, 2025 | a Lively "spokesperson" told Deadline that "Justin Baldoni and the Wayfarer parties are still demanding access to Taylor Swift's private communications—despite having already subpoenaed and then withdrawn that subpoena after they 'got all they needed,'" "As reflected in today's filing, their intent to drag Taylor Swift into this was evident as far back | No | Yes | Only discusses claims/offenses/defenses |

| Statement No. | Date | Statement | Attorney Statement? | Rule 3.6 Order Entered? | Reasons Statement Is Within Bounds of Rule 3.6 |
|---|---|---|---|---|---|
| | | as August 2024, when the crisis PR firm led by Melissa Nathan included her in their 'Scenario Planning' document (Lively Amended Complaint, Exhibit D) and flagged the "Taylor Swift fanbase" as something to take "extremely seriously" (Lively Amended Complaint, ¶ 214(b)). The ongoing attempts to once again try and use the world's biggest star as a PR tactic in this matter reflects a public unraveling of epic proportions—and serves only to distract from the fact that Justin Baldoni's lawsuits against Ms. Lively, Ryan Reynolds, their publicist, and the New York Times have been entirely dismissed." | | | No attack on credibility/character/ reputation<br><br>Result of any step in the litigation<br><br>Information contained in public record |
| **REMAINING STATEMENTS** | | | | | |
| 11 | February 5, 2025 | Ms. Lively's counsel stated: "Another day, another state, another nine-figure lawsuit seeking to sue Ms. Lively 'into oblivion' for speaking out against sexual harassment and retaliation. This is not just a publicity stunt — it is transparent retaliation in response to allegations contained within a sexual harassment and retaliation complaint that Ms. Lively filed with the California Civil Rights Department." | Yes | Yes | Only discusses claims/offenses/defenses<br><br>No attack on credibility/character/ reputation<br><br>No mention of Mr. Baldoni, or any Wayfarer Defendant |
| 12 | February 18, 2025 | Over the next several weeks, we will move to dismiss the utterly meritless lawsuits brought against Ms. Lively and Mr. Reynolds, and we will move full speed ahead with discovery that we expect will reveal shocking details about the depth to which the Defendants have sunk in their unending efforts to 'bury,' 'ruin,' and 'destroy' Ms. Lively and her family." | Yes | Yes | Only discusses claims/offenses/defenses<br><br>No attack on credibility/character/ reputation<br><br>No mention of Mr. Baldoni, or any Wayfarer Defendant |

| Statement No. | Date | Statement | Attorney Statement? | Rule 3.6 Order Entered? | Reasons Statement Is Within Bounds of Rule 3.6 |
|---|---|---|---|---|---|
| 13 | March 20, 2025 | This meritless and retaliatory lawsuit runs head first into three legal obstacles, including the litigation, fair report, and sexual harassment privileges, the latter of which contains a mandatory fee shifting provision that will require the likes of billionaire Steve Sarowitz, Wayfarer Studios, and others that brought frivolous defamation claims against Ms. Lively to pay damages. In other words, in an epic self-own, the Wayfarer Parties' attempt to sue Ms. Lively "into oblivion" has only created more liability for them, and deservedly so, given what they have done." | Yes | Yes | Only discusses claims/offenses/defenses |
| 14 | May 15, 2025 | Michael Gottlieb told Deadline: "Another day, another bogus filing designed for click bait." "We reiterate our unequivocal denial, which Mr. Freedman has now admitted rely completely upon a source, no matter who it is, that doesn't even claim to have witnessed the conversations that Freedman describes, making this triple-hearsay statement as unreliable as information reported from children in a game of telephone," According to Deadline, Mr. Gottlieb added "These claims remain completely untethered from reality—to be clear: the conversations as described did not happen, and we will hold Mr. Freedman accountable for his misconduct." | Yes | Yes | Only discusses claims/offenses/defenses

No attack on credibility/character/ reputation

No mention of Mr. Baldoni, or any Wayfarer Defendant

Response to accusation that Mr. Gottlieb extorted Taylor Swift |
| 15 | June 9, 2025 | Michael Gottlieb told CNN's Jake Tapper that "these lawsuits that are designed to punish people that speak up won't work. This is a message for others who may want to do the same." | Yes | Yes | No attack on credibility/character/ reputation

No mention of Mr. Baldoni, or any Wayfarer Defendant

Result of any step in litigation |

| Statement No. | Date | Statement | Attorney Statement? | Rule 3.6 Order Entered? | Reasons Statement Is Within Bounds of Rule 3.6 |
|---|---|---|---|---|---|
| 16 | June 11, 2025[1] | Michael Gottlieb stated in a TMZ interview that Baldoni's "meritless sham claims designed to distract from Ms. Lively's claims," "designed to distract from retaliation claim that they launched" "they haven't just attacked Blake Lively and Ryan Reynolds, they have attacked the laws that are designed to protect victims of sexual harassment and sexual abuse. Victims of sexual abuse. They have attacked the laws that are designed to protect sexual abuse victims. It ends in trial . . . in open court on the record, under oath. And we are confident we will prevail." | Yes | Yes | Only discusses claims/offenses/defenses

No attack on credibility/character/ reputation

Result of any step in the litigation

Response to Mr. Freedman's TMZ Interview |

---

[1] Mr. Freedman's Opposition incorrectly dates this statement as June 9, 2025, when, in reality, Mr. Gottlieb appeared on TMZ on June 11, 2025—the day after Mr. Freedman.  *See Blake Lively's Lawyer Michael Gottlieb Says Client Plans to Take the Case To Trial*, TMZ (June 11, 2025) ("Your response to Brian Freedman saying this battle isn't over. It certainly to some felt like Blake had won, at least as far as Justin's claims against her, but Brian Freedman's saying that's not the case.").