# EXHIBIT A

EVIDENCE OF ASSOCIATION

## Part 1. YouTube Collaborations














Special guest - Citizen Journalist and Anita Does Sleuthing
1.4K views • Streamed 2 months ago
Leanne Newton
CJournalist24 @anita.thinksoutloud.



I got subpoenaed by Blake Lively! Talking with CJ
5.6K views • Streamed 1 month ago
Leanne Newton
Intro ...
18 chapters  Intro | How I found out | My username | Tik Tok | Scary | Be...



Special guest - Kassidy O'Connell
1.5K views • Streamed 2 months ago
Leanne Newton
KassidyOC.





## Part II: Twitter/X Interactions:





## Part III: Reddit Discussions:

**WildestSea** • 6h ago

That was a great video. At first when I heard Lively's argument that her haircare line failed because of her reputational damage it sounded vaguely understandable, I didn't agree but I thought I understood the argument, but the more I hear and the more I think about it, the stranger it appears on so many levels.

⬆ 10 ⬇    ◯ Reply    🏆 Award    ↗ Share    ⋯

**CSho8** • 4h ago
😌 Immune to Media Manipulation 😌    🌐 Top 1% Commenter

Yea I understand what NAG is saying and would like to know the answer too... it does seem that the damages that Blake is alleging she suffered, which is reputational damages to her haircare line, has nothing to do with WP. Also reputational damages in defamation occurs because of something false that you said about someone.

I'm curious to see what happens here because I think this will be challenged in the courts- how can you blame an employer for something that the employee suffered in a business unrelated to what the employee was hired for?

⬆ 10 ⬇    ◯ Reply    🏆 Award    ↗ Share    ⋯

**mechantechatonne** • 3h ago

I doubt she even got permission to promote her haircare alongside the film. Doing something with the film promotion that wasn't authorized with another company that goes badly seems not like something she could be sued for than something she could sue someone else for.

Wayfarer can certainly argue it hurt the film's promotion to launch the haircare. Directly shouting it out while they were locked in the basement at the premiere was a crazy thing to do. It was one they can argue caused a lot of negative press and 100% forced on them. If I were them I would argue she created the rift during promotion in order to freely promote her products using the film's events and imagery without permission and if that went poorly, that is her fault.

⬆ 5 ⬇    ◯ Reply    🏆 Award    ↗ Share    ⋯

