# EXHIBIT B

CALCULATED LIES AND MANIPULATIONS

1. Blake Lively Told Justin Baldoni That He Was Safe To Talk To Her. That He Could Let His Guard Down And Proceed Unfiltered.

2. Blake Lively Told Justin Baldoni That She Would Rewrite The Rooftop Scene Herself To Keep Within The Woman's Perspective Principle He Was Aiming For.

3. Blake Lively Told Justin Baldoni That She Would Forgo Employment Action If He Signed Her Protections.

4. Blake Lively Told The Movie Company She Would Sign Her Contract.

5. Blake Lively Told Sony She Would Concede To Justin's Edit If It Scored Higher Than Hers In Test Screening.

6. Blake Lively Told Her Lawyers Justin Said SHE Smelled So Good.

7. Blake Lively Told Her Lawyers That She Never Invited Anyone To Her Trailer While She Was Pumping Breastmilk.

8. Blake Lively Told The Movie Company She Would Sign Her Contract.

9. Esra Hudson Told Blake Lively She Had A Valid Claim For Retaliation.

10. Esra Hudson Told Blake Lively She Was Allowed To File The CRD Complaint In Her Behalf.

11. Esra Hudson Told Blake Lively She Would Competently File The CRD Complaint So All Defendants Could Legally Be Pursued In Court.

12. Esra Hudson Told Blake Lively She Had A Title VII Claim.

13. Blake Lively Told The Movie Company She Would Sign Her Contract.

14. Hudson And Gottlieb Told Non-Parties They Were Named By TAG In Their R&Os.

15. Hudson And Gottlieb Told The Court Communications Always Mean Agency.

16. Hudson And Gottlieb Told The World The Vanzan Scandal Was Totally Normal Behavior For Attorneys.

17. Hudson And Gottlieb Told Blake The World Was Being Manipulated Against Her, Because She's That Important.

18. Hudson And Gottlieb Told The Court That Bryan Freedman Spoke To The Media More Than They Did.

19. Hudson And Gottlieb Told Blake Lively They Were Right To Keep Compelling Despite Blake's Deposition Admissions.

20. Blake Lively Told The Movie Company She Would Sign Her Contract.