# EXHIBIT C

## EVIDENCE OF IMPUGNING THE COURT

## Your Honor Made The Following Ruling On June 9th, 2025:

### X. Motions for Fees

Reynolds, Sloane, and Vision PR have moved for an award of attorney's fees and costs pursuant to New York's anti-SLAPP law, New York Civil Rights Law § 70-a. Dkt. Nos. 86, 132. Lively has moved for an award of attorney's fees, treble damages, and punitive damages pursuant to California Civil Code § 47.1. Dkt. No. 144.

The Court denies the motions without prejudice to renewal in accordance with the ruling here. The Court has ruled that the law applicable to the claims against Reynolds and Sloane cannot be determined absent further factual development. The Court has not ruled on whether Lively's statements were privileged under California Civil Code § 47.1. If Defendants choose to renew their motions, they shall fully brief the impact of this opinion, if any, as well as the issues raised in prior briefing.[67]

## For Good Measure, The Court Explicitly Reiterated These Facts:

strike are DENIED. The motions for fees and damages pursuant to New York Civil Rights Law § 70-a and California Civil Code § 47.1 are DENIED without prejudice to renewal by formal motion.

The Clerk of Court is respectfully directed to close Dkt. Nos. 86, 105, 132, 144.

SO ORDERED.

Dated: June 9, 2025
New York, New York

LEWIS J. LIMAN
United States District Judge

## Your Honor Then Clarified That Amicus Briefs, That Were Never Admitted To The Docket, Had NO Bearing On This Decision:



[67] The Court has received several motions for leave to file amicus briefs. Dkt. Nos. 241–242, 275, 283. These briefs largely concern the application of California and New York's anti-SLAPP laws. <u>The Court has not considered any of the briefs in resolving the motions to dismiss.</u>

131

Again, It Could Not Have Been More Obvious. However, Hours Later These Statements Were Released:









Blake Lively's Lawyers Backed Her Up In This Falsity:



Two Days Later The Speculation Had Begun:






And Of Course We All Know How That Influenced Perez Hilton's Recent Hot Takes On The Subject.

And Blake's Lawyers Never Walked Back Their Statements Or Corrected The Record In Any Way. (Big Surprise).