# Exhibit F

# PR Thread w/TAG

**Thread Participants:** [redacted] Jamey Heath; [redacted] 3 Jen Abel New number ; [redacted] Justin Baldoni ; [redacted] Katie Case; Breanna Butler; Melissa Nathan (Owner); [redacted] Matthew Mitchell [redacted] Jen Abel DO NOT USE; [redacted] (Owner)

**Active Participants:** [redacted] Justin Baldoni ; [redacted] Jen Abel DO NOT USE; System Message System Message

**First Message:** 8/14/2024 6:01:14 AM
**Last Message:** 8/14/2024 10:27:28 PM

---

**Justin Baldoni**
https://www.tiktok.com/t/ZP81jdLGP/
<__Library_SMS_Attach_1_01_01_B305E8_1_AA8220_1>
<__Library_SMS_Attach_1_53_03_8162AF_1_3B9969_1>
*8/14/2024 6:01:14 AM*

**Justin Baldoni**
Thanks for the help with this one ♥
*8/14/2024 6:01:14 AM*

**Justin Baldoni**
Hi melissa and team.
Just woke up my flight and tons more texts coming through.
Just wanted to check in
*8/14/2024 12:33:20 PM*

**System Message System Message**
System
[redacted] named the conversation "PR Thread w/TAG".
*8/14/2024 1:14:54 PM*

**Jen Abel DO NOT USE**
https://www.instagram.com/reel/C-n_syASW4b/?igsh=MzRIODBiNWFIZA==
<__Library_SMS_Attach_1_55_05_19F222_1_C3EA28_1>
<__Library_SMS_Attach_1_61_01_0B33DE_1_77044D_1>
<__Library_SMS_Attach_1_99_09_E13FD3_1_D9BEC5_1>
*8/14/2024 10:00:48 PM*

**Jen Abel DO NOT USE**
Just fyi— dropping tomorrow. Here's one of the teases. We all listened to the rough cut as you know and it's a great interview showcasing your character
8/14/2024 10:00:48 PM

**Justin Baldoni**
https://www.tiktok.com/t/ZP81MUVh5/
📎
<__Library_SMS_Attach_1_d8_08_4EFD05_1_405DD7_1>
📎
<__Library_SMS_Attach_1_a7_07_9F9AB4_1_605EB3_1>
8/14/2024 10:27:28 PM

CONFIDENTIAL

NATHAN_000000877
NATHAN_000000876