# EXHIBIT 1

```
 1    UNITED STATES DISTRICT COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    - - - - - - - - - - - - - x

 4    BLAKE LIVELY,

 5                Plaintiff,
         v.
 6

 7    WAYFARER STUDIOS LLC, a       Civ. Action No.
      Delaware Limited
 8    Liability Company,            1:24-cv-10049-LJL
      JUSTIN BALDONI, an
 9    individual, JAMEY HEATH,      (Consolidated for
      an individual, STEVE
10    SAROWITZ, an individual,      pretrial purposes with
      IT ENDS WITH US MOVIE
11    LLC, a California             1:25-cv-00449-LJL)
      Limited Liability
12    Company, MELISSA NATHAN,      Rel. 1:25-cv-00779-LJL
      an individual, THE
13    AGENCY GROUP PR LLC, a
      Delaware Limited
14    Liability Company,
      JENNIFER ABEL, an
15    individual, JED WALLACE,
      an individual, and
16    STREET RELATIONS INC., a
      California Corporation
17
                Defendants.
18    - - - - - - - - - - - - - x
            Videotaped Deposition of BLAKE LIVELY
19
                     New York, New York
20
                  Wednesday, July 30, 2025
21
                         10:15 A.M.
22
         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
23
      Pages: 1 - 294
24    Reported By: Anita M. Trombetta, RMR, CRR,
      California CSR No. 14647
25
```

Videotaped deposition of BLAKE LIVELY, held at the offices of:

 Willkie Farr & Gallagher LLP
 787 Seventh Avenue
 New York, NY 10019-6099
 212.728.8000

Pursuant to notice, before Anita M. Trombetta, a Certified Shorthand Reporter in the State of California, RMR, CRR, and Notary Public in and for the State of New York.

```
1    A P P E A R A N C E S
2      ON BEHALF OF THE PLAINTIFF:
3         ESRA A. HUDSON, ESQUIRE
4         STEPHANIE ROESER, ESQUIRE
5         MANATT, PHELPS & PHILLIPS, LLP
6         2049 Century Park East
7         Century City, CA 90067
8         310.312.4381
9          -and-
10         MICHAEL J. GOTTLIEB, ESQUIRE
11         KRISTIN BENDER, ESQUIRE (Washington, D.C.)
12         AARON E. NATHAN, ESQUIRE (New York)
13         MICHAELA CONNOLLY, ESQUIRE (New York)
14         WILLKIE FARR & GALLAGHER LLP
15         2029 Century Park East
16         Los Angeles, CA 90067
17         202.303.1442
18         -and-
19         LINDSEY STRASBERG, ESQUIRE
20         SLOANE OFFER WEBER & DERN
21         10100 Santa Monica Boulevard, Suite 750
22         Los Angeles, CA 90067
23         310.248.5100
24      (Appearances continued on next page.)
25
```

```
 1   A P P E A R A N C E S   C O N T I N U E D
 2
 3      ON BEHALF OF WAYFARER STUDIOS LLC, JUSTIN
 4      BALDONI, JAMEY HEATH, STEVE SAROWITZ,
 5      IT ENDS WITH US MOVIE LLC, MELISSA
 6      NATHAN, THE AGENCY GROUP PR LLC, and
 7      JENNIFER ABEL:
 8           BRYAN J. FREEDMAN, ESQUIRE
 9           ELLYN GAROFALO, ESQUIRE
10           LINER FREEDMAN TAITELMAN COOLEY LLP
11           1801 Century Park West, 5th Floor
12           Los Angeles, CA 90067-6408
13           310.201.0005
14            -and-
15            SUMMER BENSON, ESQUIRE
16            MITCHELL SCHUSTER, ESQUIRE
17            KEVIN A. FRITZ, ESQUIRE
18            MEISTER SEELIG & FEIN PLLC
19            125 Park Avenue, 7th Floor
20            New York, NY 10017
21            310.201.0005
22
23            (Appearances continued on next page.)
24
25
```

A P P E A R A N C E S   C O N T I N U E D

ON BEHALF OF WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL:

    MITRA AHOURAIAN, ESQUIRE
    AHOURAIAN LAW
    2029 Century Park E #14
    Los Angeles, CA 90067
    310.376.7878

ATTORNEYS FOR STEPHANIE JONES AND JONESWORKS LLC:

    MAAREN A. SHAH, ESQUIRE
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    295 5th Avenue
    New York, NY 10016
    212.849.7452

(Appearances continued on next page.)

```
 1   A P P E A R A N C E S   C O N T I N U E D
 2
 3      ATTORNEYS FOR DEFENDANTS STREET RELATIONS,
 4      INC. and JED WALLACE:
 5           CHARLES L. BABCOCK, ESQUIRE
 6           JOEL GLOVER, ESQUIRE
 7           JACKSON WALKER LLP
 8           1401 McKinney St # 1900
 9           Houston, TX 77010
10           713.752.4210
11
12   ALSO PRESENT:
13   JUSTIN BALDONI
14   STEVE SAROWITZ
15   MELISSA NATHAN
16   JENNIFER ABEL
17   JAMEY HEATH
18   ENRIQUE CASAS, Videographer
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | And going backward in time, can you | 18:49:02 |
| 2 | identify any written thing that you believe | 18:49:06 |
| 3 | Mr. Wallace published about you that is | 18:49:09 |
| 4 | defamatory, disparaging, in any way offending to | 18:49:14 |
| 5 | you? | 18:49:18 |
| 6 | ATTORNEY HUDSON: Objection. | 18:49:18 |
| 7 | A  A specific article or -- no, I don't know | 18:49:19 |
| 8 | a specific -- I don't know a specific article. | 18:49:29 |
| 9 | Q  Okay.  And it could be a post, anything in | 18:49:32 |
| 10 | writing that you can look at it like I'm looking | 18:49:34 |
| 11 | at this screen and reading. | 18:49:37 |
| 12 | And you're not aware of anything that he's | 18:49:39 |
| 13 | authored that you can actually see whether it's a | 18:49:41 |
| 14 | post, an article, or a video or something like | 18:49:45 |
| 15 | that, correct? | 18:49:48 |
| 16 | ATTORNEY HUDSON: Objection. | 18:49:48 |
| 17 | A  I can't cite a specific article.  I -- my | 18:49:49 |
| 18 | understanding from the documents I received is | 18:49:59 |
| 19 | that he was a part of this campaign which | 18:50:03 |
| 20 | contained a lot of content.  But to be able to | 18:50:13 |
| 21 | name one specific article, if that's what you're | 18:50:18 |
| 22 | asking, no. | 18:50:21 |
| 23 | Q  Yeah.  Okay. | 18:50:22 |
| 24 | And you were right to focus on one | 18:50:23 |
| 25 | specific article, and I also wanted to focus on | 18:50:27 |

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2       I, ANITA M. TROMBETTA, RMR, CRR, and Certified
3    California Shorthand Reporter, the officer before
4    whom the foregoing deposition was taken, do hereby
5    certify that the foregoing transcript is a true
6    and correct record of the testimony given; that
7    said testimony was taken by me stenographically
8    and thereafter reduced to typewriting under my
9    direction; that reading and signing was requested
10   [or not requested, as appropriate]; and that I am
11   neither counsel for, related to, nor employed by
12   any of the parties to this case and have no
13   interest, financial or otherwise, in its outcome.
14          IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 31st day of
16   July, 2025.
17   My commission expires: 10.07.2025
18
19
20    [signature]
21   _____
22   Anita M. Trombetta, RMR, CRR
23
24
25
```