# EXHIBIT 2

| | |
|---|---|
| **From:** | Bender, Kristin |
| **To:** | Glover, Joel; Babcock, Chip |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Connolly, Michaela; laura.prather@haynesboone.com; michael.lambert@haynesboone.com |
| **Subject:** | RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL) - Discovery |
| **Date:** | Thursday, July 3, 2025 2:04:24 PM |
| **Attachments:** | image001.png |

**Caution:** **External Email.

Thank you, Joel.

Please note that we were just informed of this development with Ms. Case and Ms. Koslow yesterday and have moved quickly to advise you of it. We were also just informed of Street's position on the 30(b)(6) representative yesterday, and as we also discussed, the party productions of Mr. Wallace and Street remain outstanding as of now. Plus, we understand from you that the proposed corporate representative is not yet prepped on the client base issue, pending the Court's order on that issue.

Thanks as well for your response on the sealing issue.

Best,
KB


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Thursday, July 3, 2025 1:33 PM
**To:** Bender, Kristin <KBender@willkie.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** Re: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL) - Discovery

**\*\*\* EXTERNAL EMAIL \*\*\***

Kristin,

We are disappointed to hear that the deposition of Street's corporate representative is being pulled down within a week of its noticed and agreed date. He is already fully prepared at great time and expense to our client. We reserve all rights in that regard.

We are not opposed to you indicating that Mr. Wallace is Street's sole officer/director. And I may be wrong about this, but my understanding is that we only intended to seal the information related to his health.

Happy to discuss.

Best,
Joel

Joel Glover | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com



**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, July 3, 2025 12:17:02 PM
**To:** Glover, Joel <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com <laura.prather@haynesboone.com>; michael.lambert@haynesboone.com <michael.lambert@haynesboone.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL) - Discovery

**Caution:** **External Email.

Joel,

Thanks again for the call yesterday.

We unfortunately need to push the July 9 Street Relations 30(b)(6) deposition to a later date, and will inform all of the parties as to the same. We learned yesterday afternoon that Ms. Case and Ms. Koslow (who are former/current TAG employees) are unable to complete their third party productions by the court-ordered deadline of July 7 and will need until at least the week after next to do so. As we indicated to the Court last week, we need these documents to proceed with the Street deposition on July 9. Given that we will not have those documents (and do not yet have the Street/Wallace party productions), we need to postpone the deposition until that can take place. We will circle back with new proposed dates and an operative notice. Thank you for your understanding.

Additionally, thank you for sharing that you intend for Street's consultant Mr. Brewster to sit as the corporate representative. At this point, we do not agree that Street may use a paid consultant as a corporate representative when Street has a capable officer and director with firsthand personal knowledge of the designated topics (i.e., Mr. Wallace). Given this, we reserve our rights on this topic

pending an opportunity to further meet and confer (and welcome any case authority you have on the subject).

Further, as you know, we are filing our opposition to Street's motion for a protective order today. We would like to assert that Mr. Wallace is the sole officer/director of Street, which is information pulled from Mr. Wallace's declaration FUS. Please let us know if we may indicate this information without redacting it. If we do not hear, we will proceed with keeping it under seal accordingly.

Best,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Glover, Joel <jglover@jw.com>
**Sent:** Thursday, June 19, 2025 3:28 PM
**To:** Bender, Kristin <KBender@willkie.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL) - Discovery

**\*\*\* EXTERNAL EMAIL \*\*\***

Thanks Kristin. Responses below in green. Let's discuss if you like.

Best,
Joel

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com



**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Wednesday, June 18, 2025 5:57 PM
**To:** Glover, Joel <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com

**Subject:** Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL) - Discovery

**Caution:** **External Email.

Joel,

We are circling back on the topics raised on our meet and confer on Monday. Our responses are below:

- Topic 2: You indicated that the inclusion of "client base" for Street Relations may be problematic due to the confidentiality of those relationships, and you further indicated that designating the transcript as confidential or AEO would not resolve those concerns. The customer base of Street Relations is highly relevant to Ms. Lively's allegations of conspiracy and the ongoing campaign against her, as it is likely to demonstrate *inter alia* the existence of any pattern in the profile of customers, services, and online discourse surrounding such customers, that can be directly connected to Street Relations. This information is particularly probative in light of Street Relations/Jed Wallace disclaiming virtually all involvement in the "digital campaign" allegations by Ms. Lively. Our review of applicable authority demonstrates that disclosure of customer information is generally permissible, even where otherwise confidential, especially with the confidentiality designations that we have suggested. Given that the questioning will focus on customers over a limited time period, and given that we are able to identify no discernible potential harm from the disclosure of this highly relevant information, we do not see a basis for limiting disclosure of the specific identifies of Street Relations' customer base. Please advise whether you agree, or whether you intend to seek a protective order on this issue to limit the scope of questioning as to the identities of Street Relations' customer base from January 1, 2023 to the present. If the latter, we would appreciate an opportunity to review the authority on which you are relying for your position.

I first said that our view was that the names of other Street clients were irrelevant to Lively's claims against Street in this case. I asked why Lively needed specific names instead of descriptions of the types of clients by category (as examples here, filmmakers, actors, private citizens, dog catchers, etc.), and I pointed out that Street would testify about the services it provides. It seems from this explanation that Lively wants to conduct discovery into Street's clients—none of which are named, mentioned, or otherwise called into question in this lawsuit—because she would like to piece together something that (she thinks) looks like what (she alleges) happened here. We do not agree to open Street or its clients up to this type of fishing expedition. Customer lists may be discoverable in other contexts and with other aims (not to mention for claims other than the 2 against Street), but we do not see how they are discoverable in this case. And given this explanation, it appears to us that no level of confidentiality designation would protect Street's business from the harassing and burdensome nature of Lively's plan. To answer your question about confidentiality, yes, Street has confidentiality agreements with its clients.

But I'm happy to be educated about this. Please send me the applicable authority that your team reviewed allowing for discovery into this type of speculative search for patterns. Depending on what that case law says, we may need to move for protection on this issue.

- Topic 3: You sought confirmation that we are not seeking information regarding Jackson Walker LLP as an "agent" for Street Relations through its role as litigation counsel in this litigation. Confirmed.

Great.

- Topics 10, 13: You asked for an explanation as to the relevance of Street Relations' relationships with other clients. Please see the response to Topic 2.

Same.

Additionally, please advise who is/are the designated 30(b)(6) representative(s) for Street Relations.

We will get you the name(s) after we resolve this last issue on topics 2, 10, and 13.

Last, we have yet to receive the initial disclosures by Street Relations and Mr. Wallace that are required under Federal Rule of Procedure 26(a). These mandatory disclosures are long overdue and the failure to timely provide them is substantially prejudicial to Ms. Lively. Please provide Mr. Wallace's and Street Relation's Rule 26(a) initial disclosures by the end of the day on Friday, June 20.

We will work to get these out in less than 48 hours and over the Juneteenth holiday as requested, but no later than Monday, June 23.

Regards,

Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the

United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.