# EXHIBIT 3

| | |
|---|---|
| **From:** | Glover, Joel |
| **To:** | Bender, Kristin; Babcock, Chip |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; Nathan, Aaron E.; Connolly, Michaela; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Taustine, Melissa |
| **Subject:** | Re: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL) |
| **Date:** | Wednesday, July 16, 2025 6:48:43 PM |

Kristin,

Given this morning's order confirming that the Court lacks jurisdiction over Street or Mr. Wallace, we will not be responding to this letter at this time.

Best,
Joel

**Joel Glover** | Partner
1401 McKinney, Suite 1900
Houston, TX 77010
V: (713) 752-4226 | F: (713) 308-4114 | jglover@jw.com



---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Monday, July 14, 2025 9:40:12 PM
**To:** Glover, Joel <jglover@jw.com>; Babcock, Chip <cbabcock@jw.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; laura.prather@haynesboone.com <laura.prather@haynesboone.com>; michael.lambert@haynesboone.com <michael.lambert@haynesboone.com>; Taustine, Melissa <MTaustine@willkie.com>
**Subject:** Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-CV-10049 (LJL)

> **Caution:** **External Email.

Counsel,

Please see attached regarding Street Relations' and Mr. Wallace's interrogatory responses.

Best,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.