```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :      24-cv-10049 (LJL)
              -v-                                                  :
                                                                   :      ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS INC.,                                             :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has before it a motion by Plaintiff Blake Lively ("Lively") to compel the production of documents from non-parties Katherine Case ("Case") and Breanna Butler Koslow ("Koslow") allegedly improperly withheld on privilege grounds. Dkt. Nos. 585–86. Case and Koslow have submitted an expanded and revised privilege log. Dkt. No. 644. Given the nature of the alleged communications and the participants in them, Lively has met the threshold necessary to permit *in camera* review of the relevant documents. Accordingly, Case and Koslow are directed to submit to the Court for its *in camera* review the documents listed on the privilege log at Dkt. No. 644-1. Such documents shall be filed on the docket by August 29, 2025, with access limited to the Court. Counsel for Case and Koslow is also respectfully requested to email

a set of the documents to Judge Liman's chambers.

SO ORDERED.

Dated: August 27, 2025
      New York, New York

                                              LEWIS J. LIMAN
                                     United States District Judge