# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 27, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

      On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to the Court's Individual Rules to respectfully request that the Court preliminarily seal certain portions of Ms. Lively's Memorandum of Law in Opposition to Jed Wallace and Street Relations Inc.'s Motion to Dismiss the Second Amended Complaint (the "Opposition"), filed contemporaneously herewith. Ms. Lively also respectfully requests that the Court preliminarily seal certain portions of the Declaration of Michaela A. Connolly in support of the Motion (the "Declaration") along with the following exhibits accompanying the Declaration: Exhibits A, B (with PII redacted in compliance with this Court's prior orders, *see, e.g.*, ECF Nos. 485, 619). All of these materials are documents, communications, or other discovery materials that have been designated as Confidential or Attorney's Eyes Only by the parties or certain third parties.

      In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the parties may file a motion for continued sealing if they so choose.

Respectfully submitted,

/s/ *Michael J. Gottlieb*
Michael J. Gottlieb
Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*