UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>　　　　　Defendants. | No. 24-cv-10049-LJL (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>JONESWORKS LLC,<br><br>　　　　　Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　Consolidated Plaintiffs,<br><br>　v.<br><br>BLAKE LIVELY, et al.<br><br>　　　　　Consolidated Defendants. | |

**DECLARATION OF MICHAELA A. CONNOLLY IN SUPPORT OF BLAKE LIVELY'S MEMORANDUM OF LAW IN OPPOSITION TO JED WALLACE AND STREET RELATIONS INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

I, Michaela A. Connolly, pursuant to 28 U.S.C. § 1746, declare as follows:

　　　1.　　I am an attorney admitted before this Court, an associate at the law firm of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, and counsel of record for Ms. Lively in the above-captioned action.

- 2 -

2. I respectfully submit this declaration in support of Ms. Lively's Memorandum of Law in Opposition to Jed Wallace and Street Relations, Inc.'s Motion to Dismiss the Second Amended Complaint.

3. On August 22, 2025, Melissa Nathan produced ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Lively has not received any corresponding phone records from Mr. Wallace.

4. Attached as Exhibit A is a true and correct copy of an excerpted portion of a text chain, dated August 4, 2024 through August 21, 2024, bearing the Bates stamp JONESWORKS_00036615.

5. Attached as Exhibit B is a true and correct copy of a text chain, dated September 18, 2024, bearing the Bates stamp NATHAN_000003915.

Dated: August 27, 2025                                    /s/ Michaela A. Connolly
                                                          Michaela A. Connolly