# EXHIBIT A




**Extraction Report** - Apple iPhone

## Chats (1)

### Native Messages

Native (1)



| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 04/08/2024 20:56:57(UTC+0)<br>**Last Activity:** 21/08/2024 15:21:50(UTC+0)<br>**Number of attachments:** 9<br>**Source:** Native Messages<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x38DDC2C<br>**Service Identifier:** com.apple.MobileSMS<br>**Body file:** chat-0.txt<br><br>**Participants:**<br>Melissa Nathan<br>Matthew Mitchell<br>Katie Case<br>Bre Tag PR<br>Jennifer Abel* (owner)<br><br>**Identifier:** chat492111424812145238 | | |



From: Jennifer Abel (owner)
To: Matthew Mitchell
To: Melissa Nathan
To: Katie Case

Hey guys we just got off the plane and are still at airport waiting for luggage so we might not be to the hotel in time for the meeting. Katie his room is under Henny Grace so when you get there they can ring him to give you access to go up. don't wait up for us, totally fine for you guys to start the meeting and then we will join when we can.

**Priority:** Normal

04/08/2024 20:56:57(UTC+0)

**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x38DDC2C

**From:** [redacted] **Katie Case**
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Jennifer Abel (owner)

Oh bummer! The weather here is pretty bad. We'll record it and send to you so if we have to start early you won't have missed anything.

Priority: Normal

04/08/2024 20:59:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x36E0C0C

---

**From:** [redacted] **Jennifer Abel (owner)**
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Katie Case

Ok instead of you coming in person since the weather is horrible let's keep to everyone by zoom

Priority: Normal

04/08/2024 21:22:57(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x406AC2C

---

**From:** [redacted] **Jennifer Abel (owner)**
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Katie Case

And can you guys do any later?

Priority: Normal

04/08/2024 21:23:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x409CC2C

---

**From:** [redacted] **Jennifer Abel (owner)**
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Katie Case

Justin wants us to be part of it

Priority: Normal

04/08/2024 21:23:14(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x40B6C2C

---

**From:** [redacted] **Katie Case**
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Jennifer Abel (owner)

That's totally fine!! I'm happy to do later — I'll start a fresh thread with Bre too to confirm.

Priority: Normal

04/08/2024 21:24:34(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x40DFC0C

CONFIDENTIAL

JW0002101

2

Confidential

JONESWORKS_00036616

From: Jennifer Abel (owner)
To: Matthew Mitchell
To: Melissa Nathan
To: Katie Case

Ok thanks

Priority: Normal

04/08/2024 21:24:43(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db :
0x4149C2C

From: Jennifer Abel (owner)
To: Matthew Mitchell
To: Melissa Nathan
To: Katie Case

What time? 730 et?

Priority: Normal

04/08/2024 21:24:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db :
0x414CC2C

From: Jennifer Abel (owner)
To: Matthew Mitchell
To: Melissa Nathan
To: Katie Case

Or 7?

Priority: Normal

04/08/2024 21:25:01(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db :
0x42CBC2C

From: Matthew Mitchell
To: Melissa Nathan
To: Katie Case
To: Jennifer Abel (owner)

7:30 would be safer with rain and traffic.

Priority: Normal

04/08/2024 21:25:42(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db :
0x435CC0C

CONFIDENTIAL

JW0002102

3

Confidential

JONESWORKS_00036617

**From:** [redacted] Katie Case
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Jennifer Abel (owner)

I'm happy with 7:30 PM! JFK to Manhattan is no joke traffic wise. I'm sending thoughts and prayers! Lol
**Priority:** Normal

04/08/2024 21:31:51(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4511C0C

---

**From:** [redacted] Jennifer Abel (owner)
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Katie Case

Thanks! We will update Justin that we are locking in 730
**Priority:** Normal

04/08/2024 21:32:17(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4517C2C

---

**From:** [redacted] Melissa Nathan
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Katie Case
**To:** [redacted] Jennifer Abel (owner)

So awful, my flights all got cancelled. I've only just got back to LA.
**Priority:** Normal

04/08/2024 21:32:23(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x451DC0C

---

**From:** [redacted] Jennifer Abel (owner)
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Melissa Nathan
**To:** [redacted] Katie Case

We aren't getting to the hotel till 7
**Priority:** Normal

04/08/2024 21:32:27(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4558C2C

---

**From:** [redacted] Melissa Nathan
**To:** [redacted] Matthew Mitchell
**To:** [redacted] Katie Case
**To:** [redacted] Jennifer Abel (owner)

So 430 our time?
**Priority:** Normal

04/08/2024 21:32:36(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x456DC0C

CONFIDENTIAL    JW0002103

4

Confidential    JONESWORKS_00036618















