**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>          Plaintiff,<br><br>    -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>          Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

# DECLARATION OF J. ALEXANDER TOWNSEND

I, J. Alexander Townsend, respectfully declare as follows:

1. I am over 18 years of age, and I have personal knowledge of all facts stated in this declaration. If called to testify, I could and would testify competently thereto.

2. On or about the date of August 12th, 2025, I received word that a subpoena had been issued against my information for an account I use on a popular social media site.

3. My true identity is not indicated publicly on this particular account, which bears a pseudonym in place of my real name.

4. The subpoena was not issued against me personally, but I was advised to challenge it, as it pertained to my account information as well as to public, or rather publicly accessible, communications I had with certain individuals.

5. I do not possess a copy of the subpoena itself, but I have the means to ask for it.

6. My anonymous speech pertained to this legal case, namely "Lively v. Wayfarer Studios LLC (1:24-cv-10049)" in The Southern District Of New York.

7. Through my interactions using the above account, I believe that I have passively provided source information apropos of this case, to journalists. I have received messages to that effect. Though none of the information had been private, and was at all times garnered from publicly available sources.

8. I have reason to believe that 3 additional subpoenas, pertaining to the same cause of action, if carried out fully, would produce information related to my anonymous account(s), though I am only noticed for one, and I can confirm that one is still active and has not been quashed yet.

9. I have not been paid any moneys, nor anything of monetary value by any defendant, nor anyone related to them.

10. My only reason for providing minimal information is that I desire to remain anonymous, and not have my online speech in this regard be linked to by offline identity, which I believe is my right.

11. I affirm that to the best of my knowledge I do have standing in this matter, as a non-party, and can legally challenge the subpoena's validity.

12. Under penalty of perjury, under the laws of the United States of America, as enshrined in 28 U.S.C. Section 1746, I declare the foregoing is true and correct, to the fullest extent of my knowledge.

Dated July 27th, 2025

J Alexander Townsend, Pro Se

720-200 Sherbourne Street
Toronto, Ontario M5A 3Z5
jalexgtownsend@gmail.com
1-647-768-0364