# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 28, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

      On behalf of Plaintiff Blake Lively, we write pursuant to Rules 1.C and 3.A of Your Honor's Individual Practices to respectfully request leave of this Court to file a reply of no more than five pages in reply to Defendants Jed Wallace and Street Relations, Inc.'s (together, the "Wallace Defendants") opposition (the "Opposition"), ECF No. 707, to Ms. Lively's motion to compel discovery from the Wallace Defendants (the "Motion"), ECF No. 695. While Ms. Lively asks that the Court consider the arguments raised in connection with her Motion, Ms. Lively also seeks leave to file a reply to directly address two issues newly raised in the Wallace Defendants' Opposition.

      Accordingly, Ms. Lively respectfully requests the Court grant leave for her to file a brief in reply to the Wallace Defendants' Opposition, which is filed contemporaneously herewith.

                                  Respectfully submitted,

                                  /s/ *Michael J. Gottlieb*
                                  Michael J. Gottlieb
                                  Kristin E. Bender
                                  Willkie Farr & Gallagher LLP
                                  1875 K Street NW
                                  Washington, DC 20006
                                  (202) 303-1000
                                  mgottlieb@willkie.com
                                  kbender@willkie.com

                                  Aaron E. Nathan
                                  Michaela A. Connolly
                                  Willkie Farr & Gallagher LLP

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*