**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>　　　　　Defendants. | No. 24-cv-10049-LJL (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>JONESWORKS LLC,<br><br>　　　　　Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　Consolidated Plaintiffs,<br><br>　　v.<br><br>BLAKE LIVELY, et al.<br><br>　　　　　Consolidated Defendants. | |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF REPLY IN FURTHER SUPPORT OF BLAKE LIVELY'S MOTION TO COMPEL DISCOVERY FROM JED WALLACE AND STREET RELATIONS, INC.**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted before this Court, a partner at the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

2.      I respectfully submit this declaration in support of the Reply in Further Support of Ms. Lively's Motion to Compel Discovery from Jed Wallace and Street Relations, Inc. ("Street") (together, the "Wallace Defendants").

3.      On August 22, 2025, during a telephonic conferral, I previewed to counsel for the Wallace Defendants that Ms. Lively intended to file a motion to compel later that day, given that the parties were unable to reach agreement on certain outstanding issues. Counsel for the Wallace Defendants did not raise any objection or different understanding of the timeline for motions to compel at that time.

4.      On July 3, 2025, I sent an email to the Wallace Defendants' counsel informing them that we would need to postpone the 30(b)(6) deposition of Street due to delays of the third-party productions of Ms. Case and Ms. Koslow. Additionally, given that I had just been informed that Street intended to have a paid outside consultant sit as Street's corporate representative, I expressed our objection to Street using a paid consultant as a corporate representative when Street has a capable officer and director with firsthand personal knowledge of the designated topics.

5.      During conferrals with the Wallace Defendants throughout this litigation, counsel for the Wallace Defendants has maintained that Mr. Wallace's health issues left him too unwell to sit for a deposition, which has necessarily delayed it.

Dated: August 28, 2025                          /s/ *Kristin E. Bender*_____
                                                                Kristin E. Bender