# Jackson Walker LLP

Joel R. Glover
(713) 752-4226 (Direct Dial)
(713) 308-4114 (Direct Fax)
jglover@jw.com

August 29, 2025

**<u>VIA ECF</u>**

The Honorable Lewis J. Liman
Danial Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: *Lively v. Wayfarer Studios LLC*, *et al.*, Case No. 1:24-cv-10049-LJL; Letter Motion
> for Continued Sealing and Redaction of Exhibit 20 to Lively's Motion to Compel the
> Wallace Defendants (Dkt. 696-21)

Dear Judge Liman,

We write pursuant to Rule 4.b. of Attachment A to the Court's Individual Rules to request that the Court maintain under seal part of Exhibit 20 to Lively's Motion to Compel the Wallace Defendants (*see* Dkt. 696-21). Exhibit 20 is a text chain that Street Relations, Inc. ("Street") designated Confidential under the Protective Order entered in this case (Dkt. 125). Relevant to this letter motion, Exhibit 20 includes a message containing sensitive and confidential information relating to unrelated work for unrelated clients of Street.

Courts in this Circuit and beyond routinely seal documents to protect both the privacy interests of third parties, as well as sensitive and non-public business information. *See U.S. v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995) (In balancing the considerations against the presumption of public access, "'the privacy interests of innocent third parties . . . should weigh heavily in a court's balancing equation.' . . . Such interests, while not always fitting comfortably under the rubric 'privacy,' are a venerable common law exception to the presumption of access.") (quoting *Application of Newsday, Inc.*, 895 F.2d 74, 79–80 (2d Cir. 1990)); *In re B & C KB Holding GmbH*, No. 22-MC-180 (LAK) (VF), 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) ("[C]ourts in this District routinely permit parties to seal or redact commercially sensitive information in order to protection confidential business and financial information."). Disclosure of Street's confidential and sensitive work—wholly unrelated to this litigation—poses privacy risks for both the highly sensitive and non-public business of Street and the clients it serves.

Because of the significant weight afforded the privacy interests of third parties and the commensurate interest in protecting confidential business information, the Wallace Defendants respectfully request that Exhibit 20 to Lively's Motion to Compel the Wallace Defendants—Dkt. 696-21—remain redacted.

Respectfully submitted,

*/s/ Joel R. Glover*
Charles L. Babcock
SDNY #5451117
Joel R. Glover
SDNY #5697487
Tori C. Emery (admitted *pro hac vice*)
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com
temery@jw.com

cc: all counsel of record (via ECF)