# EXHIBIT 20

# Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 13 | Date Range: 8/10/2024 - 1/10/2025 |

## Outline of Conversations



**Conversation 002036** • 13 messages between 8/10/2024 - 1/10/2025 • Jamey Heath ▮▮▮▮▮ • Self ▮▮▮▮▮

Confidential

**Messages in chronological order** (times are shown in GMT +00:00)

### Conversation 002036

**JH — Jamey Heath** — 8/10/2024, 7:23 PM
Hi there.
This is Jamey from Wayfarer. Can you give me a call?

**JH — Jamey Heath** — 8/10/2024, 11:56 PM

**JH — Jamey Heath** — 8/11/2024, 12:02 AM
Hey man, I appreciate this message. I could tell after speaking to you what you are about. I appreciate your approach and your spirit.
Thank you. Truly.

As for Signal, I'm not on it but will set that up this week for sure. I'll let you know once I've done that.

Again, thank you and I look forward to never having to work with you again after this, and yet I know where to turn should I ever need to. (You get the point) 😊

**J — Self** — 8/11/2024, 12:06 AM
Loved "Hey man, I appreciate this message. I could tell …"

**J — Self** — 8/11/2024, 12:06 AM
Perfectly put, my man!

**J — Self** — 8/12/2024, 5:10 PM
My man - congrats on the big weekend! You are a good man - that's how we know the universe is aligned!

**JH — Jamey Heath** — 8/12/2024, 5:28 PM
My dude. I appreciate you. Looking forward to meeting in person one day. In the meantime, thank you so much.

**J — Self** — 8/12/2024, 5:29 PM
Loved "My dude. I appreciate you. Looking forward to mee…"

**JH — Jamey Heath** — 10/10/2024, 2:25 AM
>

**J — Self** — 10/31/2024, 2:30 PM

**JH — Jamey Heath** — 10/31/2024, 2:31 PM
😊. All good. Just checking in. Talk later

**J — Self** — 10/31/2024, 2:34 PM
Loved "😊. All good. Just checking in. Talk later"