**WILLKIE FARR & GALLAGHER** LLP

1875 K Street,
N.W. Washington,
DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

August 29, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules regarding our letter motion to seal certain portions of Ms. Lively's Motion to Compel Jed Wallace and Street Relations, Inc. ("Motion to Compel") and various exhibits to that motion (ECF No. 693).

Ms. Lively has conferred with counsel for the Wayfarer Defendants and the Wallace Defendants, as well as counsel for third-party witnesses who produced documents cited and sealed in Ms. Lively's Motion to Compel. With the exception of Exhibit 20, the various parties and non-parties have informed Ms. Lively that they do not seek to continue sealing the exhibits to her Motion to Compel. Accordingly, Ms. Lively respectfully requests that the Court unseal Exhibits 3, 12, 14-15, 18-19, and 21 of her Motion to Compel. *See* ECF No. 696-4, 696-13, 696-15, 696-16, 696-19, 696-20, 696-22.

In addition, in accordance with the Court's August 25, 2025 order (ECF No. 699), and upon conference with counsel, Ms. Lively respectfully requests that the Court seal Exhibit 16 to Ms. Lively's Motion to Compel. ECF No. 696-17. The redacted version of Exhibit 16 is attached hereto.

Respectfully submitted,

/s/ *Michael J. Gottlieb*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac* vice)<br>Stephanie A. Roeser (admitted *pro hac vice*) 2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno 7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (*pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br>mgovernski@willkie.com<br><br>Aaron E. Nathan<br>Michaela A. Connolly<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com<br><br>*Attorneys for Blake Lively* |