

Kevin A. Fritz
*Partner*
Direct (212) 655-3570
Fax (212) 655-3535
kaf@msf-law.com

September 3, 2025

**Via ECF**
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman,

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move for permanent sealing of Exhibit A (Dkt. 716-1 and 714-1) to the Declaration of Michaela A. Connolly in Support of Blake Lively's Memorandum of Law in Opposition to Jed Wallace and Street Relations Inc.'s Motion to Dismiss the Second Amended Complaint.

Exhibit A ███████████████████████████████████████████████████████████████. This is non-public information of a sensitive nature that if revealed could put his safety and security at risk. He and his representatives have gone to great lengths to protect this information, and it should remain Confidential pursuant to the Protective Order (Dkt. 125). This exchange, though previously designated "Confidential," should be designated "Attorneys Eyes Only" pursuant to the Paragraph 1.b. of the Protective Order, as it includes "security measures taken by parties." We ask that the Court permanently seal Exhibit A (Dkt. 716-1 and 714-1) in both the public and non-public filed versions and further order the entirety of this text exchange be designated "Attorneys Eyes Only." Given that Ms. Lively publicly filed these documents and only later requested that the Court temporarily seal them based upon her representation that her public filing was inadvertent, this relief is particularly appropriate.

Respectfully submitted,

/s/ Kevin Fritz
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7 Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
       kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Miles M. Cooley (*pro hac vice*)
Theresa M. Troupson (*pro hac vice*)
Summer Benson (*pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email:  bfreedman@lftcllp.com
        egarofalo@lftcllp.com
        mcooley@lftcllp.com
        ttroupson@lftcllp.com
        sbenson@lftcllp.com
        jsunshine@lftcllp.com


cc: all counsel of record (via ECF)