**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

September 3, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules regarding our letter motion to seal certain portions of Ms. Lively's Memorandum of Law in Opposition to Jed Wallace and Street Relations Inc's Motion to Dismiss the Second Amended Complaint and exhibits thereto (ECF No. 716; "MTD Opposition").

Ms. Lively has conferred with counsel for Jonesworks LLC, which produced Exhibit B to Ms. Lively's MTD Opposition. Counsel for Jonesworks LLC have informed Ms. Lively that they do not seek to continue sealing Exhibit B to her MTD Opposition. Accordingly, Ms. Lively respectfully requests that the Court unseal the same. *See* ECF No. 716-2.

September 3, 2025
Page 2

                         Respectfully submitted,

                         /s/ *Michael J. Gottlieb*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac* vice)<br>Stephanie A. Roeser (admitted *pro hac* vice)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com sroeser@manatt.com<br><br>Matthew F. Bruno 7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (*pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br><br>Aaron E. Nathan<br>Michaela A. Connolly<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com<br><br>*Attorneys for Blake Lively* |