UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                Defendants.<br><br>JENNIFER ABEL,<br><br>                Third-Party Plaintiff,<br><br>-v-<br><br>JONESWORKS LLC,<br><br>                Third-Party Defendant.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>                Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>                Consolidated Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Upon the motion by Amit Shertzer for an order pursuant to Local Civil Rule 1.4 for leave to withdraw as attorney of record for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), effective immediately; whereas, Mitchell Schuster, Kevin Fritz, and Stacey Ashby, all with Meister Seelig & Fein PLLC, as well as Bryan Freedman, Ellyn Garofalo, Miles Cooley, Theresa Troupson, Summer Benson, and Jason Sunshine, all with Liner Freedman Taitelman + Cooley, LLP, shall remain counsel of record for the Wayfarer Parties; and for good cause shown,

**IT IS HEREBY SO ORDERED THAT,** the motion is hereby **GRANTED** and attorney Amit Shertzer is hereby granted leave to withdraw as counsel of record for the Wayfarer Parties; and

**IT IS HEREBY FURTHER SO ORDERED THAT**, the Clerk of the Court is hereby respectfully requested to terminate attorney Amit Shertzer and cease to send him notices in this matter.

The Clerk of Court is respectfully directed to close Dkt. No. 664.

Dated: September 4, 2025, 2025

LEWIS J. LIMAN
United States District Judge

2