# WILLKIE FARR & GALLAGHER LLP

1875 K Street,
N.W. Washington,
DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

September 4, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

Exhibit G to Ms. Lively's reply brief in support of her Omnibus Motion to Compel (ECF No. 646-6), which was unsealed per this Court's August 22, 2025 Order (ECF 688 at 3), contains a single telephone number that was inadvertently not redacted. Accordingly, Ms. Lively respectfully requests that the Court replace ECF No. 646-6, which has been temporarily sealed, with the attached redacted version.

Respectfully submitted,

/s/ *Michael J. Gottlieb*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac vice*) 2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

*Attorneys for Blake Lively*