# EXHIBIT A




**Extraction Report** - Apple iPhone

## Chats (1)

### Native Messages

Native (1)



| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 04/08/2024 20:56:57(UTC+0)<br>**Last Activity:** 21/08/2024 15:21:50(UTC+0)<br>**Number of attachments:** 9<br>**Source:** Native Messages<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x38DDC2C<br>**Service Identifier:** com.apple.MobileSMS<br>**Body file:** chat-0.txt<br><br>**Participants:**<br><br>Melissa Nathan<br>Matthew Mitchell<br>Katie Case<br>Bre Tag PR<br>Jennifer Abel* (owner)<br><br>**Identifier:** chat492111424812145238 | | |



From: ▇▇▇▇ Jennifer Abel (owner)
To: ▇▇▇▇ Matthew Mitchell
To: ▇▇▇▇ Melissa Nathan
To: +▇▇▇▇ Katie Case

Hey guys we just got off the plane and are still at airport waiting for luggage so we might not be to the hotel in time for the meeting. Katie ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ when you get there they can ring him to give you access to go up. don't wait up for us, totally fine for you guys to start the meeting and then we will join when we can.

**Priority:** Normal

04/08/2024 20:56:57(UTC+0)

**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x38DDC2C



**From:** [redacted] **To:** Katie Case, Matthew Mitchell, Melissa Nathan, Jennifer Abel (owner)

Oh bummer! The weather here is pretty bad. We'll record it and send to you so if we have to start early you won't have missed anything.
Priority: Normal
04/08/2024 20:59:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x38E0C0C

**From:** Jennifer Abel (owner) **To:** [redacted], Matthew Mitchell, Melissa Nathan, Katie Case

Ok instead of you coming in person since the weather is horrible let's keep to everyone by zoom
Priority: Normal
04/08/2024 21:22:57(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x406AC2C

**From:** Jennifer Abel (owner) **To:** [redacted], Matthew Mitchell, Melissa Nathan, Katie Case

And can you guys do any later?
Priority: Normal
04/08/2024 21:23:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x409CC2C

**From:** Jennifer Abel (owner) **To:** [redacted], Matthew Mitchell, Melissa Nathan, Katie Case

Justin wants us to be part of it
Priority: Normal
04/08/2024 21:23:14(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x40B6C2C

**From:** Katie Case **To:** [redacted], Matthew Mitchell, Melissa Nathan, Jennifer Abel (owner)

That's totally fine!! I'm happy to do later — I'll start a fresh thread with Bre too to confirm.
Priority: Normal
04/08/2024 21:24:34(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x40DFC0C

CONFIDENTIAL    JW0002101

2

Confidential    JONESWORKS_00036616







From: Katie Case
To: Matthew Mitchell
To: Melissa Nathan
To: Jennifer Abel (owner)

I'm happy with 7:30 PM! JFK to Manhattan is no joke traffic wise. I'm sending thoughts and prayers! Lol
Priority: Normal

04/08/2024 21:31:51(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4511C0C

From: Jennifer Abel (owner)
To: Matthew Mitchell
To: Melissa Nathan
To: Katie Case

Thanks! We will update Justin that we are locking in 730
Priority: Normal

04/08/2024 21:32:17(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4517C2C

From: Melissa Nathan
To: Matthew Mitchell
To: Katie Case
To: Jennifer Abel (owner)

So awful, my flights all got cancelled. I've only just got back to LA.
Priority: Normal

04/08/2024 21:32:23(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x451DC0C

From: Jennifer Abel (owner)
To: Matthew Mitchell
To: Melissa Nathan
To: Katie Case

We aren't getting to the hotel till 7
Priority: Normal

04/08/2024 21:32:27(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x4558C2C

From: Melissa Nathan
To: Matthew Mitchell
To: Katie Case
To: Jennifer Abel (owner)

So 430 our time?
Priority: Normal

04/08/2024 21:32:36(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x456DC0C

CONFIDENTIAL

JW0002103

4

Confidential

JONESWORKS_00036618











CONFIDENTIAL

JW0002104

5

Confidential

JONESWORKS_00036619



From: Melissa Nathan
To: Matthew Mitchell
To: Katie Case
To: Jennifer Abel (owner)

What's for dinner

Priority: Normal

05/08/2024 01:48:51(UTC+0)



From: Jennifer Abel (owner)
To: Matthew Mitchell
To: Melissa Nathan
To: Katie Case

lol

Priority: Normal

05/08/2024 01:49:20(UTC+0)



From: Melissa Nathan
To: Matthew Mitchell
To: Katie Case
To: Jennifer Abel (owner)

https://www.instagram.com/reel/Cv8OvzRpITX/?igsh=MTc4MmM1Yml2Ng==

Priority: Normal

12/08/2024 22:44:05(UTC+0)



From: Melissa Nathan
To: Matthew Mitchell
To: Katie Case
To: Jennifer Abel (owner)

I just sent jen a message telling her that the hotel that I'm travelling to Puerto Rico for a client just sent me an email saying that there's going to be a hurricane so they might have to put us in bunkers .

This came to mind because this is literally me daily

And katie can attest

Priority: Normal

12/08/2024 22:44:06(UTC+0)

CONFIDENTIAL

JW0002105

6

Confidential

JONESWORKS_00036620