# JACKSON WALKER LLP

Joel Glover<br>
(713) 752-4226 (Direct Dial)<br>
(713) 308-4114 (Direct Fax)<br>
jglover@jw.com

September 5, 2025

**VIA ECF**
The Honorable Lewis J. Liman
Danial Patrick Moyniham
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

      Re:    *Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL; Letter Addressing Discovery Dispute Raised in Lively's Motion to Compel (Dkt. 696)

Dear Judge Liman:

      Counsel for Defendants Jed Wallace and Street Relations Inc. (collectively, the "Wallace Defendants") write regarding Plaintiff Blake Lively's August 22, 2025 motion to compel the Wallace Defendants to respond to Requests for Production 10 and 11. (*See* Dkt. 696). The Court's August 29, 2025 Order required the Wallace Defendants to provide their position regarding these requests by September 5, 2025. (Dkt. 727).

      The Wallace Defendants agree to produce non-privileged, responsive documents to Requests for Production 10 and 11, as modified by Lively in her motion to compel, as part of the Wallace Defendants' supplemental document production it is making today—September 5, 2025. Should Your Honor have any questions, the Wallace Defendants are happy to address them.

      Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          /s/ *Joel R. Glover*
                                          Charles L. Babcock
                                          SDNY #5451117
                                          Joel R. Glover
                                          SDNY #5697487
                                          Tori C. Emery (admitted *pro hac vice*)
                                          JACKSON WALKER LLP
                                          1401 McKinney, Suite 1900
                                          Houston, TX 77010
                                          (713) 752-4200
                                          cbabcock@jw.com
                                          jgover@jw.com
                                          temery@jw.com

The Honorable Lewis J. Liman
September 5, 2025
Page 2

_____

cc: all counsel of record (via ECF)