manatt

Esra A. Hudson
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

September 8, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

In accordance with Sections 1.C, 1.D, and 3.A of Your Honor's Individual Practices in Civil Cases, Plaintiff Blake Lively and Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, Jed Wallace and Street Relations, and Third Party Defendant Jonesworks LLC (collectively, the "Parties")[1] respectfully stipulate and move the Court for an order modifying the Court's Case Management Plan and Scheduling Orders (Dkt. Nos. 58, 425 (collectively, the "Case Plan")) to extend the deadline for the completion of expert discovery by 30 days from October 15, 2025 to November 14, 2025, as provided further below:

- **October 10, 2025**: Deadline to exchange opening expert reports;

- **October 24, 2025**: Deadline to exchange expert rebuttal reports;

- **November 14, 2025**: Deadline to complete depositions of experts.

The proposed extension will not affect any other existing dates or deadlines, including for trial or the filing of the joint pretrial order.

In accordance with Section 1.D of Your Honor's Individual Practices in Civil Cases, the Parties state the following:

1. Under the current Case Plan (Dkt. No. 58), the current deadline for completion of expert discovery is October 15, 2025. (*Id.* at ¶ 8.)

2. Ms. Lively and the Jones Parties (Stephanie Jones and Jonesworks LLC) previously moved to amend the Case Plan to extend the close of fact discovery by six weeks to run concurrently with expert discovery, which was partially opposed by the Wayfarer Defendants. (Dkt. Nos. 386, 394.)

3. The Court partially granted the Parties' prior request. (*See* Dkt. No. 425.)

4. All Parties consent to the relief requested herein.

---

[1] The Wallace Parties so stipulate without waiving arguments asserted in their pending Motion to Dismiss.

Hon. Lewis J. Liman
Page 2

5. The Parties' next scheduled appearance before the Court is a post-discovery status conference, scheduled for October 21, 2025 at 10:00 am. (*See* Dkt. No. 58 at ¶ 11.)

The Parties have met and conferred and agree that such extension is appropriate and good cause exists for the extension requested herein. *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (Liman, J.) ("Good cause is likely to be found when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party." (cleaned up)). Among other things, it is respectfully submitted that good cause exists here given (1) the Court's August 27, 2025 Order granting, in part, Ms. Lively's Omnibus Motion to Compel and requiring the Wayfarer Parties to produce additional documents by September 8 (*see* Dkt. No. 711), and (2) that approximately 30 depositions are currently scheduled to be completed by September 30, with the majority of such depositions scheduled in the final two weeks of September. The Parties agree that such extension will allow all parties the opportunity to incorporate additional and essential document discovery and testimony into any expert analysis and that no party will be prejudiced by such extension. The Parties have not previously requested an extension of this deadline, and extending this deadline will not affect the trial date set by this Court.

Respectfully submitted,

| /s/ *Ellyn S. Garofalo* | /s/ *Esra A. Hudson* |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Bryan J. Freedman (admitted *pro hac vice*) | Esra A. Hudson (admitted *pro hac* vice) |
| Ellyn S. Garofalo (admitted *pro hac vice*) | Stephanie A. Roeser (admitted *pro hac v*ice) |
| 1801 Century Park West, 5th Floor | 2049 Century Park East, Suite 1700 |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| (310) 201-0005 | (310) 312-4000 |
| bfreedman@lftcllp.com | ehudson@manatt.com |
| egarofalo@lftcllp.com | sroeser@manatt.com |
| | |
| MEISTER SEELIG & FEIN PLLC | Matthew F. Bruno |
| Mitchell Schuster | 7 Times Sq. |
| Kevin Fritz | New York, NY 10036 |
| 125 Park Avenue, 7th Floor | (212) 790-4500 |
| New York, NY 10017 | mbruno@manatt.com |
| (202) 655-3500 | |
| ms@msf-law.com | WILLKIE FARR & GALLAGHER LLP |
| kaf@msf-law.com | Michael J. Gottlieb |
| | Kristin E. Bender |
| AHOURAIAN LAW | 1875 K Street NW |
| Mitra Ahouraian (admitted *pro hac vice*) | Washington, DC 20006 |
| 2029 Century Park East, 4th Floor | (202) 303-1000 |
| Los Angeles, CA 90076 | mgottlieb@willkie.com kbender@willkie.com |
| (310) 376-7878 | |
| mitra@ahouraianlaw.com | Aaron E. Nathan |
| | 787 7th Avenue |

*Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

/s/ *Kristin Tahler*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213)443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Danielle Lazarus
295 5th Avenue
New York, NY 10016
(212)849-7000
maarenshah@quinnemanuel.com
daniellelazarus@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third Party Defendant Jonesworks, LLC*

New York, NY 10019
(212) 728-8000
anathan@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

/s/ *Charles L. Babcock*

JACKSON WALKER LLP
Charles L. Babcock
Joel R. Glover
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com

*Attorneys for Defendants Jed Wallace and Street Relations, Inc.*