UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>　　　　　Defendants. | No. 24-cv-10049-LJL (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>JONESWORKS LLC,<br><br>　　　　　Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　Consolidated Plaintiffs,<br><br>　　v.<br><br>BLAKE LIVELY, et al.<br><br>　　　　　Consolidated Defendants. | |

**NOTICE OF BLAKE LIVELY'S MOTION FOR ATTORNEYS' FEES, TREBLE DAMAGES, AND PUNITIVE DAMAGES UNDER CALIFORNIA CIVIL CODE SECTION 47.1**

　　PLEASE TAKE NOTICE that, for the reasons stated in the accompanying Memorandum of Law in Support of Blake Lively's Motion for Attorneys' Fees, Treble Damages, and Punitive Damages under California Civil Code Section 47.1, and the accompanying Declarations of Esra Hudson and ███████ with the exhibits attached thereto, the undersigned will move this Court,

before Judge Lewis J. Liman, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, NY 10007, on a date and time to be set by the Court, for an order, pursuant to California Civil Code Section 47.1, ruling that she is a "prevailing defendant" under Section 47.1 and, as such, that she is entitled to (i) attorneys' fees and costs for successfully defending herself in the litigation; (ii) treble damages for the harm caused by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") in bringing their retaliatory "defamatory action" against her; and (iii) punitive damages sufficient to deter the Wayfarer Parties from engaging in such conduct in the future. For these reasons, and those set forth in more detail in the accompanying memorandum of law, the Court should grant Ms. Lively's motion in its entirety.

Dated: September 8, 2025                    /s/ *Esra A. Hudson*

WILLKIE FARR & GALLAGHER LLP              MANATT, PHELPS & PHILLIPS, LLP
Michael J. Gottlieb                        Esra A. Hudson (admitted *pro hac vice*)
Kristin E. Bender                          Stephanie A. Roeser (admitted *pro hac vice*)
1875 K Street NW                           Sarah E. Moses (admitted *pro hac vice*)
Washington, DC 20006                       2049 Century Park East, Suite 1700
(202) 303-1000                             Los Angeles, California 90067
mgottlieb@willkie.com                      (310) 312-4000
kbender@willkie.com                        ehudson@manatt.com
                                           sroeser@manatt.com
Aaron Nathan                               smoses@manatt.com
Willkie Farr & Gallagher LLP
787 7th Avenue                             Matthew F. Bruno
New York, NY 10019                         Manatt, Phelps & Phillips, LLP
(212) 728-8000                             7 Times Sq
anathan@willkie.com                        New York, NY 10036
                                           (212) 790-4500
DUNN ISAACSON RHEE LLP                     mbruno@manatt.com
Meryl C. Governski (admitted *pro hac vice*)
401 9th Street NW
Washington, DC 20004                       *Attorneys for Plaintiff Blake Lively*
(202) 240-2927
mgovernski@dirllp.com