UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>Defendants. | Case No. 1:25-cv-00449 (LJL) |

**DECLARATION OF** ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮ pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in the foregoing declaration is based on my personal knowledge.

2. ▮▮▮▮▮▮▮▮ Wayfarer Studios LLC. Justin Baldoni, a founder of Wayfarer, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ I had repeated, negative interactions with Mr. Baldoni and his associates, including verbal abuse by Mr. Baldoni. ▮▮▮▮▮▮▮▮ Mr. Baldoni not be permitted on set during the majority of production as a result of those experiences.

3. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ I requested that he not be involved in ▮▮▮▮▮▮▮▮ marketing or public relations efforts. ▮▮▮▮▮▮▮▮

4. █████████████████████████████ I was contacted by the assistant to Steve Sarowitz (the co-founder and co-chairman of Wayfarer) to schedule a time for me and Mr. Sarowitz to speak.

5. Mr. Sarowitz's assistant did not identify a topic for the meeting. ███████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████

6. A true and correct copy of ████████ produced in discovery as BL-000033428, is being submitted with this declaration as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ███████████████
September 4, 2025