## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>        v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>                    Defendants. | No. 24-cv-10049-LJL (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>                    Third-Party Plaintiff,<br><br>        v.<br><br>JONESWORKS LLC,<br><br>                    Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>                    Consolidated Plaintiffs,<br><br>        v.<br><br>BLAKE LIVELY, et al.<br><br>                    Consolidated Defendants. | |

**DECLARATION OF ESRA A. HUDSON IN SUPPORT OF BLAKE LIVELY'S MOTION FOR ATTORNEYS' FEES, TREBLE DAMAGES, AND PUNITIVE DAMAGES UNDER CALIFORNIA CIVIL CODE SECTION 47.1**

I, Esra A. Hudson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Manatt, Phelps & Phillips LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067, and counsel of record for Blake Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's Motion for Attorneys' Fees, Treble Damages, and Punitive Damages against Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (the "Wayfarer Parties").

3. I also submit this declaration to place before the Court true and correct copies of the following documents.

4. A true and correct copy of Signal chat messages, dated February 1, 2025, produced by non-party The Skyline Agency LLC bearing the Bates stamp SKYLINE_000000235, is attached hereto as Exhibit A.

Dated: September 8, 2025                     /s/ *Esra A. Hudson*
                                             Esra A. Hudson