# LINER FREEDMAN TAITELMAN + COOLEY, LLP
## ATTORNEYS AT LAW

1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA  90067-6007
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 8, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**    ***Blake Lively v. Wayfarer Studios LLC, et al.,* Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On August 27, 2025 the Court entered an Order granting in part and denying in part Blake Lively's Omnibus Motion (Dkt. 711) directing Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Steve Sarowitz, Jamey Heath, The Agency Group LLC, Melissa Nathan and Jennifer Abel (the "Wayfarer Parties") to produce additional documents by September 8, 2025. The Wayfarer Parties are working diligently to meet the September 8 deadline and anticipate that the production will be completed by the September 8 deadline set by the Order[1] with two exceptions.

First, the Signal communications for four custodians, Melissa Nathan, Steven Sarowitz, Bryan Freedman, and Summer Benson have not yet been fully collected and reviewed for responsiveness and privilege or processed for production.  Unfortunately, the process of collecting and processing Signal data has presented logistical and technical issues delaying the production of these custodians.  A brief explanation of the process may assist the Court.  To obtain Signal data, the Wayfarer Parties third-party vendor's forensic team must obtain the custodian's telephone and use a software tool to perform a full file system collection.  This requires that the custodian surrender his or her telephone to the vendor for approximately 12-24 hours.  Due to travel and business schedules as well as unanticipated technological difficulties encountered by the third-party vendor in collection and processing, it appears that the Wayfarer Parties will be unable to timely complete the process for these custodians.  In addition, the Wayfarer Parties have not completed the review and processing of Mr. Freedman Ms. Benson.  The process of isolating messages relating to this matter, from wholly unrelated material, as well as the exhaustive privilege review required to insure that protected material – including for privileged communications with unrelated clients – is proving extremely unexpectedly complex and time consuming.

---

[1] The documents required to be produced by September 2, 2025 have been produced.

Hon. Lewis J. Liman
September 8, 2025
Page 2

Based on the foregoing, the Wayfarer Parties therefore respectfully request a one-week extension of time to September 15, 2025, to produce any non-privileged responsive Signal communications from Ms. Nathan, Mr. Sarowitz, Mr. Freedman and Ms. Benson as well as any text messages from Mr. Freedman and Ms. Benson's phones.

                    Respectfully submitted,

                    _/s/_    _Ellyn S. Garofalo_
                    LINER FREEDMAN TAITELMAN + COOLEY, LLP
                    Bryan J. Freedman*
                    Ellyn S. Garofalo*
                    1801 Century Park West, 5th Floor

                    Tel: (310) 201-0005
                    Email: bfreedman@lftcllp.com
                            egarofalo@lftcllp.com
                            *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)

448947.1