```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BLAKE LIVELY,                                                    :
                                                                 :
                              Plaintiff,                         :
                                                                 :         24-cv-10049 (LJL)
                -v-                                              :
                                                                 :              ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                        :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                         :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                        :
STREET RELATIONS, INC.,                                          :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Wayfarer Parties[1] move for a one-week extension of the deadline to produce Signal communications for four custodians: Melissa Nathan, Steve Sarowitz, Bryan Freedman, and Summer Benson. Dkt. No. 746. By order of August 27, 2025, the Court directed that the Signal communications be produced by September 8, 2025. Dkt. No. 711 at 13, 16. The Wayfarer Parties seek an extension until September 15, 2025, to produce the Signal communications. Dkt. No. 746. The motion is denied.

"[A] scheduling order is an order just like any other order of the Court." *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020). A party must show good cause for its modification. *Id.*; *see also* Fed. R. Civ. P. 16(b)(4). In addition, Rule 1.D of the Court's Individual Practices in Civil Cases requires a motion seeking an extension of

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Steve Sarowitz, Jamey Heath, The Agency Group LLC, Melissa Nathan and Jennifer Abel.

time to be made "at least *two business days* prior to the deadline." *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 1.D (emphasis in original).

The Wayfarer Parties' motion was made on the evening of the day that compliance was required, with no representation that they had attempted to meet and confer with opposing counsel and no explanation why, if the Court entered its order on August 27, 2025, they could not have moved at an earlier time for an extension. Moreover, the Wayfarer Parties have offered no good cause for their delay. The Signal communications were first sought in requests for production served on February 20, 2025. *See generally* Dkt. No. 554-1 (defining "Social Media" as including Signal messages in requests for production propounded in February 2025). Plaintiff reiterated that request on July 16, 2025, demanding production within thirty days. *See* Dkt. No. 608 ¶ 6; Dkt. No. 608-2 at 14.[2] Moreover, in a submission on August 11, 2025, the Wayfarer Parties affirmed that they intended to produce the Signal communications. Dkt. No. 608 ¶ 6. The Wayfarer Parties assert that to collect Signal data, the custodian must "surrender his or her telephone to the vendor for approximately 12-24 hours," and that "travel and business schedules as well as unanticipated technological difficulties encountered by the third-party vendor in collection and processing" have prevented them from timely completing the processing for the four custodians. Dkt. No. 746 at 1. But this does not amount to a valid excuse for failing to have collected the relevant data given that the Wayfarer Parties were on notice of the requests for Signal communications in February 2025—and by July 16, 2025, at the very latest—and given that they agreed to produce the communications approximately one month ago.

---

[2] Citations to this document use ECF pagination.

2

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 746.

SO ORDERED.

Dated: September 10, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge