**manatt**

Esra A. Hudson
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

September 11, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

  In accordance with Sections 1.C, 1.D, and 3A of Your Honor's Individual Practices in Civil Cases, and following meet and confer with counsel for all parties in this action, Plaintiff Blake Lively respectfully moves to modify the Court's Case Management Plan and Scheduling Orders (Dkt. Nos. 58, 425, 750 (the "Case Plan")) to extend the current deposition deadline from September 30, 2025 to October 10, 2025, to afford Ms. Lively sufficient time to prepare for and take the depositions of Defendants Steven Sarowitz, Jamey Heath, and Justin Baldoni in light of recent voluminous and delayed productions of the Wayfarer Defendants[1] of which Ms. Lively previously apprised the Court. (Dkt. No. 751). As detailed further below, the proposed extension will not affect any other existing dates or deadlines, including for trial or the filing of the joint pretrial order.

  In accordance with Section 1.D of Your Honor's Individual Practices in Civil Cases, Ms. Lively states the following:

1. Under the current Case Plan, as modified on July 15, 2025 (Dkt. No. 425), the deadline for the completion of depositions is September 30, 2025.

2. On July 3, 2025, Ms. Lively and the Jones Parties (Stephanie Jones and Jonesworks LLC) previously moved to amend the Case Plan to extend the close of fact discovery by six weeks to run concurrently with expert discovery, which was partially opposed by the Wayfarer Defendants. (Dkt. Nos. 386, 394.)  The Court partially granted this request in an Order dated July 15, 2025. (Dkt. No. 425.)  On September 8, 2025, the Parties jointly moved to amend the Case Plan to extend the deadline for the completion of expert discovery by thirty days, which this Court so-ordered.  (*See* Dkt. Nos. 741, 750.)

3. On September 10, 2025, counsel for the parties met and conferred regarding Ms. Lively's requested extension and have reached an impasse. Counsel for Plaintiff and the Jones Parties consented to this request. Counsel for the Wayfarer Defendants refused to consent to this modest extension, instead insisting that they will only agree to an extension of the current deposition deadline if it is granted for thirty days for *all* discovery, including both party and third-party depositions. Counsel for Jed Wallace and Street Relations, Inc. have not stated a position.

---

[1] The "Wayfarer Defendants" refers to Justin Baldoni, Jamey Heath, Steve Sarowitz, Wayfarer Studios LLC, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

Hon. Lewis J. Liman
Page 2

4. The parties' next scheduled appearance before the Court is a post-discovery status conference, scheduled for October 21, 2025 at 10:00 am.  (*See* Dkt. No. 58 at ¶ 11.)

Good cause exists for Mr. Lively's request for a modest extension of the current deposition deadline. *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (Liman, J.) ("Good cause is likely to be found when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party." (cleaned up)). Under this Court's prior orders, the parties' deadline to substantially complete document productions was July 1, 2025. (Dkt. No. 58). Following repeated efforts to cure deficiencies in the Wayfarer Defendants' productions, Ms. Lively filed an omnibus motion to compel on August 4, 2025. (Dkt. No. 552). On August 27, 2025, this Court granted, in part, Ms. Lively's omnibus motion. (Dkt. No. 711) (the "Discovery Order").  As part of the Discovery Order, the Wayfarer Defendants were ordered to produce by September 2, 2025, documents identified as categories (1) through (9) in the order, and all other discovery (including Signal communications) by September 8, 2025. (*Id.*)  On September 8, the Wayfarer Defendants produced more than 6,700 documents (or 80,000 pages), which required more than a day for Ms. Lively to process for review that has only begun in earnest today. Based on our initial review, this production only includes 62 Signal communications—which are duplicate copies of the same communications from the TAG, Nathan, and Abel productions, and thus appear to represent only a handful of likely Signal communications.[2] Also on September 8, and without first conferring with undersigned counsel, the Wayfarer Defendants moved for a one-week extension to produce what would appear to be a substantial collection of Signal communications from Melissa Nathan, Steven Sarowitz, Bryan Freedman, and Summer Benson, which this Court denied for failure to demonstrate good cause.  (Dkt. Nos. 746, 752.)

As of this letter, the Wayfarer Defendants have *still* not produced the Signal communications ordered by the Court.  Instead, the Wayfarer Defendants are openly defying this Court's prior order and have brazenly insisted that they will not produce further Signal communications until at least September 15—the same day that Defendant Sarowitz was scheduled to be deposed. It remains unclear whether even that belated production will be complete. Accordingly, Ms. Lively informed the Wayfarer Defendants on September 10, 2025 that the depositions of Mr. Sarowitz, Mr. Heath, and Mr. Baldoni, which had been scheduled after painstaking scheduling negotiations for September 15 (Sarowitz), September 18-19 (Heath), and September 21-22 (Baldoni), would need to be rescheduled to permit sufficient time to review the Wayfarer Defendants' unauthorized and belated productions. In light of the above, Ms. Lively respectfully submits that good cause exists for the deposition deadline to be extended briefly by ten days to afford Ms. Lively sufficient time to prepare for and take the depositions of Defendants Sarowitz, Baldoni, and Heath. Ms. Lively also requests that this Court instruct the Wayfarer Defendants to make Defendants Sarowitz, Baldoni, and Heath available for depositions during this modest extension. Unlike the thirty-day delay sought by the Wayfarer Defendants, Ms. Lively's proposed extension will not otherwise impact any other deadline, including the expert schedule just ordered by this Court, or the trial date previously set by this Court.

To the extent the Wayfarer Defendants pursue, as is anticipated, their baseless demand to extend the entire discovery schedule by thirty days, Ms. Lively respectfully requests that it should be denied.  A thirty-day extension would necessarily impact the current deadlines under the Case Plan, including (i) the expert discovery schedule (which was just amended (*see* Dkt. No. 750); (ii) motions for summary judgment; and (iii) the current trial date. Put simply, the Wayfarer Defendants are entirely responsible for

---

[2] Of the Signal communications, seven are from Defendant Heath, sixteen are from Defendant Wayfarer, eleven are from Defendant Abel, and Defendants Nathan and TAG produced fourteen each.

Hon. Lewis J. Liman
Page 3

the scheduling conflicts that the parties now face and should not be permitted to leverage these issues as a means to extend discovery for their benefit.

    Respectfully submitted,

    /s/ *Esra A. Hudson*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac* vice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com kbender@willkie.com

Aaron E. Nathan
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*