**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 11, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:    *Blake Lively v. Wayfarer Studios LLC, et al.,* Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

On behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") and Jed Wallace and Street Relations, Inc. (the "Wallace Parties"), we write pursuant to Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit A to the Wayfarer Parties' Motion for Protective Order, filed contemporaneously herewith.

Exhibit A is an Engagement Agreement between Liner Freedman Taitelman + Cooley LLP and the Wayfarer Parties and the Wallace Parties which includes confidential information and was designated as confidential by Jennifer Abel.

Respectfully submitted,

                                Respectfully submitted,
                                */s/    Ellyn S. Garofalo*
                                LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                Bryan J. Freedman*
                                Ellyn S. Garofalo*
                                1801 Century Park West, 5th Floor
                                Los Angeles, CA  90067
                                Tel: (310) 201-0005
                                Email: bfreedman@lftcllp.com
                                            egarofalo@lftcllp.com
                                  *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)

449796.1