# LINER FREEDMAN TAITELMAN + COOLEY, LLP
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 11, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:    *Blake Lively v. Wayfarer Studios LLC, et al.,* Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Steve Sarowitz, Jamey Heath, The Agency Group LLC, Melissa Nathan and Jennifer Abel (the "Wayfarer Parties") and Jed Wallace and Street Relations, Inc. (the "Wallace Parties") respectfully move the Court to enter a protective order directing non-parties Breanna Butler Koslow and Katherine Case not to produce certain documents the Court previously ordered them to produce in its September 9, 2025 order (Dkt. No. 749) on the grounds that those documents are protected from disclosure by the attorney-client privilege.  When it issued its order, the Court may not have been aware that the Wallace Parties have been represented by counsel for the Wayfarer Parties in this matter since December 2024.  Defendants now request the Court modify its prior order or enter a protective order as described below.

On September 9, 2025 the Court entered an Order granting in part and denying in part Blake Lively's Motion (Dkt. No. 586) to Compel Koslow and Case to produce documents withheld on privilege grounds.  The Order holds, in part, that Ms. Case and Ms. Koslow, agents for Defendants The Agency Group LLC, waived the attorney-client privilege by including Mr. Wallace on certain communication with counsel for the Wayfarer Parties.  (Dkt. No. 749 at 10-12).  However, Mr. Wallace was jointly represented by Liner Freedman Taitelman + Cooley, LLP ("LFTC"), counsel for the Wayfarer Parties and thus disclosure of privileged communications to Wallace did not, and could not have, waived the attorney-client privilege.  *Bass Pub. Co. v. Promus Companies Inc.*, 868 F. Supp. 615, 620 (S.D.N.Y. 1994) (jointly represented clients maintain a joint attorney-client privilege.)  A December 24, 2024 engagement letter between LFTC and Mr. Wallace and Street Relations, Inc., bates stamped ABEL_000021588, was produced to Ms. Lively on September 8, 2025.  The letter which is being concurrently filed as Exhibit A, clearly identifies Mr. Wallace and his company, Street Relations, Inc. as clients of the firm "in connection with their dispute with Blake Lively and related parties…".  Although Wallace is jointly represented by separate counsel, he remains an LFTC client.

449611.1

Hon. Lewis J. Liman
September 11, 2025
Page 2

The privileged communications that include Mr. Wallace (but do not include Roza Kalantari) are identified as:

- CASE-KOSLOW-PRIV-004
- CASE-KOSLOW-PRIV-007
- CASE-KOSLOW-PRIV-012
- CASE-KOSLOW-PRIV-014
- CASE-KOSLOW-PRIV-017
- CASE-KOSLOW-PRIV-019
- CASE-KOSLOW-PRIV-030
- CASE-KOSLOW-PRIV-032
- CASE-KOSLOW-PRIV-033
- CASE-KOSLOW-PRIV-034
- CASE-KOSLOW-PRIV-035
- CASE-KOSLOW-PRIV-037
- CASE-KOSLOW-PRIV-038
- CASE-KOSLOW-PRIV-039
- CASE-KOSLOW-PRIV-041
- CASE-KOSLOW-PRIV-044
- CASE-KOSLOW-PRIV-045
- CASE-KOSLOW-PRIV-046
- CASE-KOSLOW-PRIV-047
- CASE-KOSLOW-PRIV-048
- CASE-KOSLOW-PRIV-049
- CASE-KOSLOW-PRIV-055

"Where a party seeks a protective order on the grounds that the information sought is protected by the attorney-client privilege, that party has the burden of establishing the essential elements of the privilege." *G-I Holdings, Inc. v. Baron & Budd*, 199 F.R.D. 529, 533 (S.D.N.Y. 2001). The engagement letter establishes that Mr. Wallace has been represented by LFTC since December 2024. Therefore, Mr. Wallace's inclusion in attorney-client communications does not, as the Order indicates, destroy the attorney-client privilege. Based on the foregoing, the Wayfarer Parties and the Wallace Parties therefore respectfully request the Court enter a protective order and/or reconsider and modify its prior Order to deny disclosure of the above listed documents. Defendants attempted to meet and confer with Plaintiff, who indicated she opposes this motion.

Respectfully submitted,
/s/     Ellyn S. Garofalo
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman*
Ellyn S. Garofalo*
1801 Century Park West, 5th Floor
Los Angeles, CA  90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
         egarofalo@lftcllp.com
*Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)

449611.1