**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 11, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write in opposition to Blake Lively's ("Ms. Lively") motion to modify the Court's Case Management Plan and Scheduling Orders. (Dkt. No. 753).  Ms. Lively has not shown good cause for her proposed modification.

First, Ms. Lively has known about the recently produced and forthcoming documents for a month, long before she agreed to take Defendants' depositions beginning on September 15th.  On August 4, 2025, Ms. Lively moved to compel a further document production from the Wayfarer Parties and sought several months' worth of additional communications. (Dkt. No. 552).  On August 11, 2025 the Wayfarer Parties opposed Lively's motion to compel but indicated they would produce numerous additional documents.  (Dkt. No. 610.).  Following the briefing, the parties agreed to September 15, 2025 for Steve Saraowitz's deposition, September 18 and 19 for Jamey Heath's deposition, and September 21 and 22 for Justin Baldoni's deposition.  In other words, at the time the parties agreed on deposition dates, Ms. Lively knew that additional documents would be forthcoming prior to the depositions.

Second, Ms. Lively will have Mr. Sarowitz's responsive, non-privileged Signal messages by September 12, 2025.  Ms. Lively incorrectly claims the Wayfarer Parties insisted they would not produce Signal communication prior to the date of Mr. Sarowitz's deposition, on September 15th.  The Wayfarer Parties specifically told Ms. Lively that Mr. Sarowitz's and Melissa Nathan's responsive, non-privileged Signal messages would be produced by September 12, 2025.

Finally, Ms. Lively misleadingly implies the Wayfarer Parties seek a blanket thirty-day extension of the discovery cut-off date.  In fact, the Wayfarer Parties requested an agreement solely to take the deposition of Taylor Swift during the week of October 20-25 due to Ms. Swift's preexisting professional obligations.  Whether the Court agrees to the broader modification sought by Plaintiff, the Wayfarer Parties respectfully request that the Court modify the Scheduling Order for the sole

449823.1

Hon. Lewis J. Liman
September 11, 2025
Page 2

purpose of accommodating third-party witness Taylor Swift who has agreed to appear for deposition but is unable to do so before October 20, 2025.

                Respectfully submitted,

                */s/*     *Ellyn S. Garofalo*
                LINER FREEDMAN TAITELMAN + COOLEY, LLP
                Bryan J. Freedman*
                Ellyn S. Garofalo*
                1801 Century Park West, 5th Floor
                Los Angeles, CA  90067
                Tel: (310) 201-0005
                Email: bfreedman@lftcllp.com
                       egarofalo@lftcllp.com
                 *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)

449823.1