**WILLKIE FARR & GALLAGHER** LLP

<div style="text-align: right;">
1875 K Street, N.W.<br>
Washington, DC 20006-1238<br><br>
Tel: 202 303 1000<br>
Fax: 202 303 2000
</div>

September 12, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

      On behalf of Plaintiff Blake Lively, we write pursuant to Rules 1.C and 3.A of Your Honor's Individual Practices to respectfully request leave of this Court to file a reply of no more than two pages in response to Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel's (collectively, the "Wayfarer Defendants") opposition (the "Opposition"), ECF No. 757, to Ms. Lively's letter-motion to modify the discovery schedule (the "Motion), ECF No. 753. While Ms. Lively asks that the Court consider the arguments raised in connection with her Motion, Ms. Lively also seeks leave to file a reply to provide the Court with the correspondence underlying the Wayfarer Defendants' request in their Opposition.

      Accordingly, Ms. Lively respectfully requests the Court grant leave for her to file a letter brief in reply to the Wayfarer Defendants' Opposition, which is filed contemporaneously herewith.

<div style="margin-left: 3em;">
Respectfully submitted,

/s/ Michael J. Gottlieb
Michael J. Gottlieb
Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com
</div>

- 2 -

Aaron E. Nathan
Michaela A. Connolly
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*