

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

September 12, 2025

J. Douglas Baldridge
T 202.344.4703
F 202.344.8300
JBaldridge@Venable.com

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re: *Blake Lively v. Wayfarer Studios LLC, et al., Case No. 1:24-cv-10049-LJL*

Dear Judge Liman,

    Venable LLP represents non-party Taylor Swift. I am writing in response to the letter from counsel for Wayfarer[1] delivered to the court yesterday (Dkt. 757). As counsel for the parties know, since the inception of this matter we have consistently maintained that my client has no material role in this action. Further, my client did not agree to a deposition, but if she is forced into a deposition, we advised (after first hearing about the deposition just three days ago) that her schedule would accommodate the time required during the week of October 20 if the parties were able to work out their disputes. We take no role in those disputes.

    Respectfully submitted,

    /s/*J. Douglas Baldridge*
    J. Douglas Baldridge
    Katherine Wright Morrone
    Venable LLP
    600 Massachusetts Ave. NW
    Washington, DC 20001
    (202) 344-4000
    jbaldridge@venable.com

cc: All Counsel of Record (via ECF)

---

[1] Wayfarer refers to Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.