**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 4433000 FAX (213) 4433100

WRITER'S DIRECT DIAL NO.
**(213) 443-3615**

WRITER'S EMAIL ADDRESS
**kristintahler@quinnemanuel.com**

September 12, 2025

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:    ***Jones et al. v. Abel et. al.*, No. 1:25-cv-00779-LJL;  *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL;**

Dear Judge Liman:

Pursuant to Sections 1.C, 1.D, and 3A of Your Honor's Individual Practices in Civil Cases, the Jones Parties join Ms. Lively's request for a limited extension of the discovery schedule for the depositions of Mr. Sarowitz, Mr. Heath, and Mr. Baldoni, *Lively*, 24-cv-10049, ECF No. 753, and additionally request that any extension similarly apply in the *Jones* action.[1]

The Wayfarer Parties have not yet completed their productions in the *Jones* action in response to the Jones Parties' requests for production issued beginning March 6, 2025, despite multiple conferrals and repeated assurances by the Wayfarer Parties to produce. Indeed, before each motion to compel deadline, the Wayfarer Parties agreed to run specific search terms for specified custodians, including agreeing to search Signal messages. As of the submission of this letter, however, no such messages have been produced.[2]

---

[1]    As noted in the Ms. Lively's motion, counsel for the parties met and conferred regarding Ms. Lively's requested extension on September 10 and reached an impasse, with the Wayfarer Parties refusing to agree to the limited extension unless the date for the completion of depositions was extended for 30 days.

[2]    The Wayfarer Parties agreed to provide these documents by August 27. Their August 27 production, however, lacked any Signal messages. In a conferral, counsel for the Wayfarer Parties stated that they had not searched Signal messages because they could not apply the parties' agreed terms to that platform, but refused to answer when they became aware they could not abide by the parties' agreement or whether they entered into it knowing they could not do so.

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY/LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

In addition, as with Ms. Lively, the Jones Parties are still digesting the Wayfarer Parties' severely belated production of *over 80,000 pages* and are still awaiting the Wayfarer Parties' production of Signal messages in *Lively*. A limited extension is therefore necessary for the Jones Parties to meaningfully review and utilize the belatedly produced and forthcoming productions in the Wayfarer Parties' upcoming depositions.

In addition, the current schedule provides for depositions in the *Lively* and *Jones* matters to occurs on the same or adjacent dates for efficiency and the convenience of the parties and witnesses. The Jones Parties thus further request the limited extension set forth herein to maintain the presently concurrent deposition schedule and avoid the hassle, inconvenience, and inefficiency that would inevitably be created by non-adjacent deposition dates for these witnesses.

Respectfully submitted,

*/s/ Kristin Tahler*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000 kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Plaintiffs Stephanie Jones*
*and Jonesworks LLC*