**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 12, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Blake Lively v. Wayfarer Studios LLC, et al.,* **Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rules 1.C and 3.A of Your Honor's Individual Practices to respectfully request leave of this Court to file a surreply of no more than two pages in response to Plaintiff Blake Lively's ("Lively") reply (Dkt. 762) in support of her motion to modify the Court's Case Management Plan and Scheduling Orders. Dkt. No. 753. While the Wayfarer Parties ask that the Court consider the arguments raised in connection with their opposition to the Motion, they also seek leave to file a surreply to provide the Court with documents demonstrating the relevance of Taylor Swift's anticipated deposition testimony and responding to arguments newly raised in Lively's reply.

Accordingly, the Wayfarer Parties respectfully request that the Court grant leave for them to file a letter brief in reply to Lively's reply, which is filed contemporaneously herewith.

Respectfully submitted,

<u>/s/     Ellyn S. Garofalo            </u>
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman*
Ellyn S. Garofalo*
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
          egarofalo@lftcllp.com
     *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)