

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**Maxwell Breed**

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

September 12, 2025

> Case and Koslow are relieved of the obligation to produce the documents listed below pending further order of the Court, which the parties can expect by Monday, September 15, 2025, at the latest.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> September 12, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL—Request to Stay Production Deadline in Part Pending Resolution of Dkts. 755 and 758

Dear Judge Liman:

We represent non-parties Katherine Case and Breanna Butler Koslow, and write regarding the pending motions (Dkts. 755 & 758) seeking reconsideration of the Court's recent ruling on Ms. Lively's motion to compel (Dkt. 749).

Ms. Case and Ms. Butler Koslow do not take a position on the motions. However, mindful of both today's compliance deadline and the pending motions, which continue to assert privilege over the same communications, we respectfully request guidance.

For the avoidance of doubt, we are ready and able to produce the documents as directed. But to the extent the Court is considering the motions, we respectfully ask whether we should hold the challenged communications back, pending the Court's resolution of the motions, or whether we should produce the records notwithstanding the motions. The documents covered by the pending motions include 22 documents, identified by the following Privilege IDs:

- CASE-KOSLOW-PRIV-004
- CASE-KOSLOW-PRIV-007
- CASE-KOSLOW-PRIV-012
- CASE-KOSLOW-PRIV-014

PRYOR CASHMAN LLP

Hon. Lewis J. Liman
September 12, 2025
Page 2

- CASE-KOSLOW-PRIV-017
- CASE-KOSLOW-PRIV-019
- CASE-KOSLOW-PRIV-030
- CASE-KOSLOW-PRIV-032
- CASE-KOSLOW-PRIV-033
- CASE-KOSLOW-PRIV-034
- CASE-KOSLOW-PRIV-035
- CASE-KOSLOW-PRIV-037
- CASE-KOSLOW-PRIV-038
- CASE-KOSLOW-PRIV-039
- CASE-KOSLOW-PRIV-041
- CASE-KOSLOW-PRIV-044
- CASE-KOSLOW-PRIV-045
- CASE-KOSLOW-PRIV-046
- CASE-KOSLOW-PRIV-047
- CASE-KOSLOW-PRIV-048
- CASE-KOSLOW-PRIV-049
- CASE-KOSLOW-PRIV-055

We appreciate the Court's attention to this request and are available at the Court's convenience should further clarification be helpful. We thank the Court for its time and consideration.

Respectfully,

Maxwell Breed