**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 12, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:  *Blake Lively v. Wayfarer Studios LLC, et al.,* **Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal certain portions of their proposed surreply to Plaintiff Blake Lively's ("Lively") letter motion seeking an extension of the time to complete discovery.  The Wayfarer Parties also respectfully request that the Court preliminarily seal Exhibits A-K to the Declaration of Theresa M Troupson, which have been designated as Confidential by Lively.

In accordance with Rule 4.b of Attachment A, the Wayfarer Parties respectfully request that the Court not rule on this letter motion to seal for one week, so that the parties have the opportunity to meet and confer, and Lively may file a motion for continued sealing if she chooses to do so.

                                            Respectfully submitted,

                                            <u>/s/    Ellyn S. Garofalo          </u>
                                            LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                            Bryan J. Freedman*
                                            Ellyn S. Garofalo*
                                            1801 Century Park West, 5th Floor
                                            Los Angeles, CA  90067
                                            Tel: (310) 201-0005
                                            Email: bfreedman@lftcllp.com
                                                         egarofalo@lftcllp.com
                                              *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)