**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 15, 2025

The request is granted. The Clerk of Court is respectfully directed to seal Dkt. No. 748-5 and close Dkt. No. 779.

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

September 16, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Blake Lively v. Wayfarer Studios LLC, et al.,* **Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") and non-parties the Skyline Agency, LLC and Roza Kalantari (the "Skyline Parties") and pursuant to Your Honor's Individual Rules, we move for continued sealing of Exhibit A (Dkt. 748-5) to the Declaration of Esra Hudson filed in support of Blake Lively's Motion for Attorneys' Fees, Treble Damages, and Punitive Damages under California Civil Code Section 47.1 (Dkt. 748).

Exhibit A contains telephone numbers and/or email addresses of certain Wayfarer Parties and nonparties. *See In re Keurig Green Mt. Single-Serve Coffee Antitrust Litig.*, No. 14-MC-2542 (VSB), 2023 WL 196134, at *12 (S.D.N.Y. Jan. 17, 2023) (redaction of names, emails, and phone numbers of non-party individual employees of Keurig was warranted); *In re Zyprexa Products Liab. Litig.*, No. MDL1596JBWASC, 2005 WL 2237789, at *2 (E.D.N.Y. Mar. 2, 2005) (redaction of "confidential personal contact information such as home telephone numbers and addresses, pager and personal cell phone numbers, Social Security numbers" of Lilly's non-party employees was warranted).

In addition, Exhibit A reveals Ms. Kalantari's private Signal username, which she uses for privacy and safety. Ms. Kalantari's username allows her to remain anonymous for certain sensitive projects which is important for her business and security interests. This is non-public information of a sensitive nature that if revealed could put her business interests and security at risk. She has gone to great lengths to protect this information, and it should remain Confidential pursuant to the Protective Order (Dkt. 125).

Accordingly, the Wayfarer Parties and the Skyline Parties respectfully request that Exhibit A (Dkt. 748-5) be permanently sealed. Submitted herewith is a redacted version of Exhibit A, with the telephone numbers and/or email addresses redacted.

450198.1

Hon. Lewis J. Liman
September 15, 2025
Page 2

                                              Respectfully submitted,
                                              */s/     Ellyn S. Garofalo*
                                              LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                              Bryan J. Freedman*
                                              Ellyn S. Garofalo*
                                              1801 Century Park West, 5th Floor
                                              Los Angeles, CA  90067
                                              Tel: (310) 201-0005
                                              Email: bfreedman@lftcllp.com
                                                          egarofalo@lftcllp.com
                                                *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)

450198.1