UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, <br><br> *Plaintiff,* <br><br> v. <br><br> WAYFARER STUDIOS LLC, et al., <br><br> *Defendants.* | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> BLAKE LIVELY, <br><br> *Defendants.* | No. 25-cv-449 (LJL) (member case) |

**WALLACE DEFENDANTS' PRIVILEGE LOG PURSUANT TO
THE COURT'S SEPTEMBER 14, 2025 ORDER (DKT. 776)**

1

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| CASE-KOSLOW-PRIV-004 | 12/26/2024-12/27/2024 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy, including supplying counsel information to facilitate legal advice | All |
| CASE-KOSLOW-PRIV-007 | 12/29/2024 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy, including supplying counsel information to facilitate legal advice | All (excluding the non-substantive, activity-related notifications) |
| CASE-KOSLOW-PRIV-012 | 12/31/2024 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel for purpose of soliciting and obtaining legal | All, except for:<br>• Non-substantive, activity-related notifications<br>• Last message on CK-In-Camera00000369 (12/31/2024 |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | | | advice on public communication regarding litigation | 7:23 PM) that carries over to the top of CK-In-Camera00000370 and first full message on CK-In-Camera00000370 (12/31/2024 7:23 PM)<br>• Ninth and tenth messages on CK-In-Camera00000371 (12/31/2024 7:23 PM)<br>• Fourth and fifth messages from the bottom of CK-In-Camera00000372 (12/31/2024, 7:23 PM) |
| CASE-KOSLOW-PRIV-014 | 1/1/2025-1/2/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy, including supplying counsel information to facilitate legal advice | • Last message on CK-In-Camera00000499 through last message on CK-In-Camera00000508 (excluding the non-substantive, activity-related notifications)<br>• The eighth and ninth messages on CK-In-Camera00000512 (1/2/2025 1:35 PM) |
| CASE-KOSLOW-PRIV-017 | 1/7/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy, including supplying counsel information | • Last message on CK-In-Camera00001075 through first message on CK-In-Camera00001078 |

3

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | | | to facilitate legal advice | |
| CASE-KOSLOW-PRIV-019 | 1/7/2025-1/8/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | • Fifth and sixth messages on CK-In-Camera00001093 (1/7/2025 9:16 PM)<br>• Fourth and fifth messages from the bottom of CK-In-Camera00001094 (1/8/2025 10:54 AM) |
| CASE-KOSLOW-PRIV-030 | 2/4/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| CASE-KOSLOW-PRIV-032 | 2/12/2025-2/13/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All |
| CASE-KOSLOW-PRIV-033 | 2/13/2025-2/14/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-034 | 2/14/2025-2/15/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All, except for:<br>• Thirteenth message on CK-In-Camera00001621 (2/14/2025 10:43 PM) through eleventh message on CK-In-Camera00001622 (2/14/2025 11:14 PM) |
| CASE-KOSLOW-PRIV-035 | 2/15/2025-2/16/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All, except for:<br>• First three messages on CK-In-Camera00001629 |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-037 | 2/16/2025-2/17/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All, except for:<br>• Fourth message on CK-In-Camera00001662 (2/17/2025 1:20 PM) through last message on CK-In-Camera00001663 |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-038 | 2/17/2025-2/28/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | • Third message from the bottom of CK-In-Camera00001744 (2/17/2025 11:35 PM)<br>• Fifth message on CK-In-Camera00001745 (2/18/2025 3:01 PM)<br>• Last message on CK-In-Camera00001746 |
| CASE-KOSLOW-PRIV-039 | 2/18/2025-2/19/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All, except for:<br>• Last message on CK-In-Camera00001761 through fourth message from the bottom of CK-In-Camera00001763 (2/19/2025 2:18 AM) |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-041 | 2/19/2025-2/20/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All, except for:<br>• First message on CK-In-Camera00001827 through fourth full message on CK-In-Camera00001828 (2/20/2025 10:47 AM)<br>• First full message on CK-In-Camera00001829 (2/20/2025 11:45 AM) through ninth message on CK-In-Camera00001829 (2/20/2025 11:50 AM)<br>• Third message from the bottom of CK-In-Camera00001829 (2/20/2025 12:00 PM) to third full message on CK-In-Camera00001830 (2/20/2025 12:02 PM)<br>• Second to last message on CK-In-Camera00001832 (2/20/2025 1:11 PM) through second to last message on CK-In- |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | | | | | Camera00001833 (2/20/2025 1:24 PM)<br>• Third message on CK-In-Camera00001834 (2/20/2025 1:28 PM) through second to last message on CK-In-Camera00001834 (2/20/2025 1:42 PM)<br>• First full message on CK-In-Camera00001836 (2/20/2025 1:56 PM) through seventh message on CK-In-Camera00001836 (2/20/2025 2:10 PM)<br>• Eighth message on CK-In-Camera00001845 (2/20/2025 3:26 PM) through last message on CK-In-Camera00001847 |
| CASE-KOSLOW-PRIV-044 | 2/20/2025-2/21/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All, except for:<br>• First message on CK-In-Camera00001912 through sixth message on CK-In-Camera00001912 (2/20/2025, 7:24 PM)<br>• Last message on CK-In-Camera00001912 through third message on CK-In-Camera00001913 (2/20/2025, 7:39 PM) |

10

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | | | • Fourth message on CK-In-Camera00001929 (2/21/2025, 1:44 PM) through last message on CK-In-Camera00001932 |
| CASE-KOSLOW-PRIV-045 | 2/21/2025-2/22/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All |
| CASE-KOSLOW-PRIV-046 | 2/23/2025-2/24/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-047 | 2/24/2025-2/25/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | • First message on CK-In-Camera00002074<br>• Second message from the bottom of CK-In-Camera00002076 (2/25/2025 11:47 AM)<br>• Fifth message on CK-In-Camera00002079 (2/25/2025 12:23 PM) through sixth to last message on CK-In-Camera00002081 (2/25/2025 12:42 PM) |

12

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-048 | 2/25/2025-2/26/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | Fourth message on CK-In-Camera00002095 (2/25/2025 9:17 PM) through last message on CK-In-Camera00002101 |
| CASE-KOSLOW-PRIV-049 | 2/26/2025-2/27/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | • First full message on CK-In-Camera00002175 (2/27/2025 11:59 AM) through third message on CK-In-Camera00002175 (2/27/2025 12:09 PM)<br>• First message on CK-In-Camera00002176 through last message on CK-In-Camera00002177 |

| Privilege ID | Date | Participants | Document Type | Privilege Description | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
|  |  | Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. |  |  |  |  |
| CASE-KOSLOW-PRIV-055 | 3/3/2025-3/4/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Attorney-Client (Co-Client); Work Product; Common Interest | Communication with counsel regarding litigation and legal strategy | All, except for:<br>• First message on CK-In-Camera00002457 through last full message on CK-In-Camera00002457 (3/4/2025 12:51 AM) |

14

|  |  |
|---|---|
| Dated: September 16, 2025 | Respectfully submitted,<br><br>JACKSON WALKER LLP<br><br>S/ *Charles L. Babcock*<br>Charles L. Babcock<br>SDNY #5451117<br>Joel R. Glover<br>SDNY #5697487<br>Tori C. Emery (admitted *Pro Hac Vice*)<br>1401 McKinney, Suite 1900<br>Houston, TX 77010<br>(713) 752-4200<br>cbabcock@jw.com<br>jglover@jw.com<br>temery@jw.com<br><br>**ATTORNEYS FOR DEFENDANTS JED WALLACE, AN INDIVIDUAL AND STREET RELATIONS, INC.** |