UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
BLAKE LIVELY,

                Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,

                Defendants.

------------------------------------------------------------------ x
JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.

------------------------------------------------------------------ x

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

## WAYFARER PARTIES SUBMISSION PURSUANT TO SEPTEMBER 14, 2025 ORDER

       Pursuant to the Court's September 14, 2025 order, Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC and Jennifer Abel hereby submit the attached privilege log regarding documents withheld as privileged by Katherine Case and Breanna Butler Koslow.

1

451436.1

|  |  |
|---|---|
|  | **Respectfully submitted,** |
| Dated: September 16, 2025<br>Los Angeles, CA | **LINER FREEDMAN TAITELMAN<br>+ COOLEY** |
|  | By:  */s/ Ellyn S. Garofalo*<br>Bryan J. Freedman\*<br>Ellyn S. Garofalo\*<br>1801 Century Park West, 5th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 201-0005<br>Email: bfreedman@lftcllp.com<br>           egarofalo@lftcllp.com |

\* Admitted *Pro Hac Vice*

**MEISTER SEELIG & FEIN PLLC**

Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017

451436.1