# WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| CASE-KOSLOW-PRIV-004 | 12/26/2024-12/27/2024 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy, including supplying counsel information to facilitate legal advice | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All |
| CASE-KOSLOW-PRIV-007 | 12/29/2024 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy, including supplying counsel information to facilitate legal advice | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All (excluding the non-substantive, activity-related notifications) |
| CASE-KOSLOW-PRIV-012 | 12/31/2024 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed | Text Message Communication via Signal Application | Communication with counsel for purpose of soliciting and obtaining legal | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All except for:<br>• Non-substantive, activity-related notifications<br>• Last message on CK-In-Camera00000369 through first full |

451445.1

# WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | | advice on public communication regarding litigation | | message on CK-In-Camera00000370<br>• Ninth and tenth messages on CK-In-Camera00000371<br>• Fourth and fifth messages from the bottom on CK-In-Camera00000372 |
| CASE-KOSLOW-PRIV-014 | 1/1/2025-1/2/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy, including supplying counsel information to facilitate legal advice | Attorney-Client Privilege; Work Product; Common Interest Doctrine | • Last message on CK-In-Camera00000499 through last message on CK-In-Camera00000508 (excluding the non-substantive, activity-related notifications)<br>• The eighth and ninth messages on CK-In-Camera00000512 |
| CASE-KOSLOW-PRIV-017 | 1/7/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy, including supplying counsel information to facilitate legal advice | Attorney-Client Privilege; Work Product; Common Interest Doctrine | Last message of CK-In-Camera00001075 through first message of CK-In-Camera00001078 |

**WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS**

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Freedman; Summer Benson, Esq. | | | | |
| CASE-KOSLOW-PRIV-019 | 1/7/2025-1/8/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy | Attorney-Client Privilege; Work Product; Common Interest Doctrine | • Fifth and sixth message of CK-In-Camera00001093<br>• Fifth to last and fourth to last message on CK-In-Camera00001094 |
| CASE-KOSLOW-PRIV-030 | 2/4/2025 | Breana Butler Koslow; Bryan Freedman, Esq.; Carolina Hurley; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Katie Case; Melissa Nathan; Miles Cooley, Esq.; Mitra Ahouraian, Esq.; Spencer Freedman; Summer Benson, Esq. | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All |
| CASE-KOSLOW-PRIV-032 | 2/12/2025-2/13/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn | Text Message Communication via Signal Application | Communication with counsel regarding | Attorney-Client Privilege; Work Product; | All |

# WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | litigation and legal strategy | Common Interest Doctrine | |
| CASE-KOSLOW-PRIV-033 | 2/13/2025-2/14/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All |

451445.1

WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-034 | 2/14/2025-2/15/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All, except for:<br>• Thirteenth message on CK-In-Camera00001621 (2/14/2025, 10:43 PM) through eleventh message on CK-In-Camera00001622 (2/14/2025, 11:14 PM) |
| CASE-KOSLOW-PRIV-035 | 2/15/2025-2/16/2025 | Ahmed Musiol Kolacek; Breanna Butler Koslow; Bryan Freedman, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Jared Freedman; Jason Sunshine, Esq.; | Text Message Communication via Signal Application | Communication with counsel regarding litigation and legal strategy | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All, except for:<br>• First three messages on CK-In-Camera00001629 |

451445.1

# WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Jed Wallace; Jen Abel; Justin Baldoni; Kevin Fritz, Esq.; Mitra Ahouraian, Esq.; Mitz Toskovic; Melissa Nathan; Spencer Freedman; Steve Sarowitz; Summer Benson, Esq.; Tamar Yeghiayan, Esq.; Tera McMaster; Theresa Troupson, Esq. | | | | |
| CASE-KOSLOW-PRIV-037 | 2/16/25-2/17/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All except the fourth message on CK-In-Camera00001662 through the last message on CK-In-Camera00001663 |

451445.1

WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | | | | |
| CASE-KOSLOW-PRIV-038 | 2/17/25-2/18/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | • Third to last message on CK-In-Camera00001744;<br>• Fifth message on CK-In-Camera00001745;<br>• Last message on CK-In-Camera00001746 |
| CASE-KOSLOW-PRIV-039 | 2/18/25-2/19/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; | All except last message on CK-In-Camera00001761 through fourth to last message on CK-In-Camera00001763 |

451445.1

# WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | | | Common Interest Doctrine | |
| CASE-KOSLOW-PRIV-041 | 2/19/25-2/20/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All except:<br>• First message on CK-In-Camera00001827 through fourth full message on CK-In-Camera00001828;<br>• First full message on CK-In-Camera00001829 through ninth message on CK-In-Camera00001829<br>• Third to last message on CK-In-Camera00001829 to third full |

451445.1

**WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS**

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | | | | message on CK-In-Camera00001830<br>• Second to last message on CK-In-Camera00001832 through second to last message on CK-In-Camera00001833<br>• Third message on CK-In-Camera00001834 though second to last message on CK-In-Camera00001834<br>• First full message on CK-In-Camera00001836 through seventh message on CK-In-Camera00001836<br>• Eighth message on CK-In-Camera00001845 through last message on CK-In-Camera00001847 |
| CASE-KOSLOW-PRIV-044 | 2/20/25-2/21/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All except:<br>• First message on CK-In-Camera00001912 through sixth message on CK-In-Camera00001912<br>• Last message on CK-In-Camera00001912 through third message on CK-In-Camera00001913 |

451445.1

**WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS**

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | | | | - Fourth message on CK-In-Camera00001929 through last message on CK-In-Camera00001932 |
| CASE-KOSLOW-PRIV-045 | 2/21/25-2/22/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All |

451445.1

**WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS**

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | | | | |
| CASE-KOSLOW-PRIV-046 | 2/23/25-2/24/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All |
| CASE-KOSLOW-PRIV-047 | 2/24/25-2/25/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; | • First message on CK-In-Camera00002074<br>• Second message from the bottom of CK-In-Camera00002076 |

**WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS**

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | | | Common Interest Doctrine | • Fifth message on CK-In-Camera00002079 through sixth to last message on CK-In-Camera00002081 |
| CASE-KOSLOW-PRIV-048 | 2/25/25-2/26/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | Fourth message on CK-In-Camera00002095 through last message on CK-In-Camera00002101 |

451445.1

**WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS**

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | | | | |
| CASE-KOSLOW-PRIV-049 | 2/26/25-2/27/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | - First full message on CK-In-Camera00002175 through third message on CK-In-Camera00002175<br>- First message on CK-In-Camera00002176 through last message on CK-In-Camera00002177 |

451445.1

**WAYFARER PARTIES' PRIVILEGE LOG PURSUANT TO COURT'S SEPTEMBER 14, 2025 ORDER RE: CASE AND KOSLOW DOCUMENTS**

| Bates No. | Date | Participants | Type of Document | Privilege Description: | Privilege Basis | Privileged Portion |
|---|---|---|---|---|---|---|
| | | Jed Wallace; Tamar Yeghiayan, Esq. | | | | |
| CASE-KOSLOW-PRIV-055 | 3/3/25-3/4/25 | Jen Abel; Mitra Ahouraian, Esq.; Justin Baldoni; Summer Benson, Esq.; Bryan Freedman, Esq.; Jared Freedman; Spencer Freedman; Kevin Fritz, Esq.; Ellyn Garofalo, Esq.; Jamey Heath; Ahmed Musiol Kolacek; Breanna Koslow; Tera McMaster; Melissa Nathan; Steve Sarowitz; Jason Sunshine, Esq.; Mitz Toskovic; Theresa Troupson, Esq.; Jed Wallace; Tamar Yeghiayan, Esq. | Text Message Communication via Signal Application | Communications with attorneys re: litigation | Attorney-Client Privilege; Work Product; Common Interest Doctrine | All except first message on CK-In-Camera00002457 through last full message on CK-In-Camera00002457 |

451445.1