# LINER FREEDMAN TAITELMAN + COOLEY, LLP
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: ttroupson@lftcllp.com

THERESA M TROUPSON

September 19, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
    rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move to seal Exhibit A (Dkt. 756-1) to the Wayfarer Parties' Motion for Protective Order (the "Motion").  The Wayfarer Parties previously moved for preliminary sealing of Exhibit A. (Dkt No. 754).

This Exhibit is relevant to the Motion solely to establish its existence (i.e., that Jed Wallace and Street Relations Inc. entered into an engagement agreement with Liner Freedman Taitelman + Cooley, LLP ("Liner")). Its substantive contents are not relevant to the Motion or to the underlying dispute in this action. The substance of Exhibit A (Dkt. 756-1) contains confidential and sensitive information relating to the attorney-client relationships between Liner and its clients, including attorney rates and other terms of the Wayfarer Parties' engagement, and therefore is Confidential pursuant to the Protective Order. (Dkt. 125).

We ask that the Court permanently seal Exhibit A (Dkt. 756-1).

 Respectfully submitted,

 */s/ Theresa M Troupson*
 LINER FREEDMAN TAITELMAN + COOLEY, LLP
 Bryan J. Freedman (*pro hac vice*)
 Ellyn S. Garofalo (*pro hac vice*)
 Theresa M Troupson (*pro hac vice*)


Hon. Lewis J. Liman
September 19, 2025
Page 2

        1801 Century Park West, 5th Floor
        Los Angeles, CA 90067
        Tel: (310) 201-0005
        Email: bfreedman@lftcllp.com
                egarofalo@lftcllp.com
                ttroupson@lftcllp.com

        MEISTER SEELIG & FEIN PLLC
        Mitchell Schuster
        Kevin Fritz
        125 Park Avenue, 7th Floor
        New York, NY 10017
        Tel: (212) 655-3500
        Email: ms@msf-law.com
                kaf@msf-law.com

cc: all counsel of record (via ECF)