**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

September 20, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

  Plaintiff Blake Lively respectfully submits the forthcoming Joint Stipulation reflecting her agreement with Defendant Jed Wallace on a mutually agreeable date for his deposition in the above-captioned matter, and a Proposed Order extending the Case Management and Scheduling Order to facilitate that deposition occurring after the existing cut-off date. Counsel for Ms. Lively and Mr. Wallace have conferred for several months in an effort to identify a mutually agreeable date for Mr. Wallace's deposition in light of his temporary unavailability for the reasons set forth in the Joint Stipulation and Proposed Order. Good cause exists to enter the Proposed Order for the reasons stated therein, and because Ms. Lively has been "generally diligent" with respect to the scheduling of Mr. Wallace's deposition, and the need for more time was not only not foreseeable nor her fault, but the result of an effort to accommodate Mr. Wallace's need to sit later in the schedule than Ms. Lively would otherwise have preferred. *See generally* Dkt. No. 770, at 2 (citing *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080 (S.D.N.Y. Feb. 24, 2020)).

  Counsel for Ms. Lively have also conferred with counsel for the remaining Defendants, who do not oppose entry of the Proposed Order.

            Respectfully submitted,

            /s/ Michael J. Gottlieb
            Michael J. Gottlieb
            Kristin E. Bender
            Willkie Farr & Gallagher LLP
            1875 K Street NW
            Washington, DC 20006
            (202) 303-1000

mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Manatt, Phelps & Phillips LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*