UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

## JOINT STIPULATION AND ORDER REGARDING THE DEPOSITION OF JED WALLACE

WHEREAS, on July 15, 2025, the Court amended the Case Management Plan and Scheduling Order (ECF No. 58) to extend the deadline for the completion of depositions to September 30, 2025 (ECF 425).

WHEREAS, on September 12, 2025, the Court granted Ms. Lively a ten-day extension of the deadline to complete the depositions of Defendants Steve Sarowitz, Jamey Heath, and Justin Baldoni from September 30, 2025 to October 10, 2025 (ECF 770, the "Extension Order").

WHEREAS, Ms. Lively and Defendants Jed Wallace and Street Relations, Inc. (the "Wallace Defendants") have engaged in extensive conferrals to identify a mutually agreeable date for Ms. Lively's deposition of Mr. Wallace, seeking to accommodate both the crowded deposition schedule in late September and early October, and also to accommodate Mr. Wallace's temporary unavailability through mid-September due to ███████ Dkt. No. 649-2, at ¶ 34;

WHEREAS, Ms. Lively and the Wallace Defendants have identified October 9, 2025 as the most convenient date that accommodates the competing considerations set forth above;

- 2 -

WHEREAS, good cause exists to modify the existing Case Management Plan and Scheduling Order to permit this deposition to proceed on October 9, in light of Mr. Wallace's unavailability through mid-September, and the numerous other depositions in this case that have been scheduled for late September and early October while Ms. Lively and the Wallace Defendants sought to identify a mutually agreeable date that could accommodate that unavailability;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Blake Lively, Jed Wallace, and Street Relations Inc., through their undersigned counsel, that Ms. Lively may take the deposition of Jed Wallace on October 9, 2025, at the offices of counsel for the Wallace Defendants, Jackson Walker LLP, 100 Congress Ave, Suite 1100, Austin, Texas 78701.

Dated: September 19, 2025

/s/ Joel R. Glover*
JACKSON WALKER, LLP
Charles L. Babcock
Joel R. Glover
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4210
cbabcock@jw.com
jglover@jw.com

*Counsel for Jed Wallace and Street Relations Inc.*

*e-signature affixed with consent pursuant to Section 8.5(b) of the SDNY Electronic Case Filing Rules & Instructions*

/s/ Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com

sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

HAYNES AND BOONE, LLP
Laura Lee Prather (admitted *pro hac vice*)
Michael Lambert
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Counsel for Blake Lively*

SO ORDERED.

Date: September 22, 2025

_____
HON. LEWIS J. LIMAN
United States District Judge