<div align="center">

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: ttroupson@lftcllp.com

</div>

THERESA M TROUPSON

September 19, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

> The motion is granted.  The Clerk of Court is respectfully directed to seal Dkt. No. 756-1 and close Dkt. Nos. 754 and 787.
>
> SO ORDERED.
>
> /s/ LEWIS J. LIMAN
> United States District Judge
>
> September 22, 2025

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move to seal Exhibit A (Dkt. 756-1) to the Wayfarer Parties' Motion for Protective Order (the "Motion").  The Wayfarer Parties previously moved for preliminary sealing of Exhibit A. (Dkt No. 754).

This Exhibit is relevant to the Motion solely to establish its existence (i.e., that Jed Wallace and Street Relations Inc. entered into an engagement agreement with Liner Freedman Taitelman + Cooley, LLP ("Liner")). Its substantive contents are not relevant to the Motion or to the underlying dispute in this action. The substance of Exhibit A (Dkt. 756-1) contains confidential and sensitive information relating to the attorney-client relationships between Liner and its clients, including attorney rates and other terms of the Wayfarer Parties' engagement, and therefore is Confidential pursuant to the Protective Order. (Dkt. 125).

We ask that the Court permanently seal Exhibit A (Dkt. 756-1).

<div style="margin-left: 40%;">

Respectfully submitted,

*/s/ Theresa M Troupson*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
Theresa M Troupson (*pro hac vice*)

</div>

Hon. Lewis J. Liman
September 19, 2025
Page 2

                        1801 Century Park West, 5th Floor
                        Los Angeles, CA 90067
                        Tel: (310) 201-0005
                        Email: bfreedman@lftcllp.com
                                  egarofalo@lftcllp.com
                                  ttroupson@lftcllp.com

                        MEISTER SEELIG & FEIN PLLC
                        Mitchell Schuster
                        Kevin Fritz
                        125 Park Avenue, 7th Floor
                        New York, NY 10017
                        Tel: (212) 655-3500
                        Email: ms@msf-law.com
                                  kaf@msf-law.com

cc: all counsel of record (via ECF)