**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

                    Plaintiff,

          -v-

WAYFARER STUDIOS LLC, et al.,

                    Defendants.

Case No. 1:24-cv-10049-LJL
(consolidated with 1:25-cv-00449-LJL)

<u>**JOINT STIPULATION AND PROPOSED ORDER REGARDING THE DEPOSITION**</u>
<u>**OF JUSTIN GREY STONE**</u>

WHEREAS, on July 15, 2025, the Court amended the Case Management Plan and Scheduling Order (ECF No. 58) to extend the deadline for the completion of depositions to September 30, 2025 (ECF 425).

WHEREAS, on September 12, 2025, the Court granted Ms. Lively a ten-day extension of the deadline to complete the depositions of Defendants Steve Sarowitz, Jamey Heath, and Justin Baldoni from September 30, 2025 to October 10, 2025 (ECF 770, the "Extension Order");

WHEREAS, on August 25, 2025, Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Jennifer Abel, Melissa Nathan, The Agency Group PR LLC, and Steve Sarowitz (the "Wayfarer Parties") served non-party Justin Grey Stone with a subpoena to command his testimony at a deposition;

WHEREAS, the Wayfarer Parties and Mr. Grey Stone have engaged in extensive conferrals to identify a mutually agreeable date for the Wayfarer Parties' deposition of Mr. Grey Stone, seeking to accommodate the crowded deposition schedule in late September and early

October, religious holidays occurring in the same time period, and Mr. Grey Stone's personal and professional obligations;

WHEREAS, the Wayfarer Parties and Mr. Grey Stone have identified October 6, 2025 as the most convenient date that accommodates the competing considerations set forth above;

WHEREAS, counsel for Plaintiff Blake Lively, for Defendants Jed Wallace and Street Relations Inc., and for third-party defendant Jonesworks LLC stipulate to the deposition taking place on October 6, 2025; and

WHEREAS, good cause exists to modify the existing Case Management Plan and Scheduling Order to permit this deposition to proceed on October 6, in light of Mr. Grey Stone's schedule, religious holidays, and the numerous other depositions in this case that have been scheduled for late September and early October while the Wayfarer Parties and Mr. Grey Stone sought to identify a mutually agreeable date that could accommodate scheduling needs;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Blake Lively, the Wayfarer Parties, Jonesworks LLC, Jed Wallace, Street Relations Inc., and non-party Justin Grey Stone, through their undersigned counsel, that the Wayfarer Parties may take the deposition of Justin Grey Stone on October 6, 2025, beginning at 10:00 a.m., at the offices of counsel for the Wayfarer Parties, Liner Freedman Taitelman + Cooley, LLP, 1801 Century Park West, 5th Floor, Los Angeles, CA 90067.

Dated: September 22, 2025                    Dated: September 22, 2025


*/s/ Kristin E. Bender*\*                        */s/ Ellyn S. Garofalo*\*
WILLKIE FARR & GALLAGHER LLP        LINER FREEDMAN TAITELMAN +
Michael J. Gottlieb                         COOLEY, LLP
Kristin E. Bender                           Bryan J. Freedman (admitted *pro hac vice*)
1875 K Street NW                            Ellyn S. Garofalo (admitted *pro hac vice*)
Washington, DC 20006                        1801 Century Park West, 5th Floor
(202) 303-1000                              Los Angeles, CA 90067

- 2 -

mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

HAYNES AND BOONE, LLP
Laura Lee Prather (admitted *pro hac vice*)
Michael Lambert
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Counsel for Blake Lively*

310-201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin A. Fritz
ms@msf-law.com
kaf@msf-law.com
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Telephone: (310) 867-2777
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH
Alexandra A.E. Shapiro, Esq.
Jonathan P. Bach, Esq.
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: (212) 257-4880
Email: ashapiro@shapiroarato.com
         jbach@shapiroarato.com

*Counsel for Wayfarer Studios, LLC, Justin
Baldoni, Jamey Heath, It Ends With Us Movie
LLC, Jennifer Abel, Melissa Nathan, The Agency
Group PR LLC, and Steve Sarowitz*

Dated: September 22, 2025

/s/ Julie Fink*
HECKER FINK LLP
Julie Fink
350 Fifth Avenue, 63rd Floor
New York, NY 10118
202-763-0885
jfink@heckerfink.com

Counsel for Non-Party Justin Grey Stone

Dated: September 22, 2025

/s/ Joel Glover*
JACKSON WALKER, LLP
Charles L. Babcock
Joel R. Glover
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4210
cbabcock@jw.com
jglover@jw.com

Counsel for Jed Wallace and Street Relations Inc.

Dated: September 22, 2025

/s/ Kristin Tahler*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3615
Email: kristintahler@quinnemanuel.com

Maaren Alia Shah
Morgan L. Anastasio
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7452
Email: maarenchoksi@quinnemanuel.com
Email: morgananastasio@quinnemanuel.com

Nicholas Inns
1300 I St NW, Suite 900
Washington, DC 20005
Telephone: (202) 774-6147
Email: nicholasinns@quinnemanuel.com

Counsel for Third-Party Defendant
Jonesworks LLC

*e-signature affixed with consent pursuant to Section 8.5(b) of the SDNY Electronic Case Filing Rules & Instructions

- 4 -

SO ORDERED.

Date:

_____
HON. LEWIS J. LIMAN
United States District Judge