**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

Ellyn S. Garofalo

September 22, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
        rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

On behalf of Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal sections of the Opposition to Lively's Motion for Attorneys' Fees, Treble Damages and Punitive Damages Under California Civil Code Section 47.1 and Exhibits A through C to the Wayfarer Parties' Opposition, filed contemporaneously herewith.  Exhibits A through C are portions of the deposition transcripts of Vivian Baker, Warren Zavala, and Danny Greenberg, which Ms. Lively designated as "Confidential." The redacted portions of the Opposition memorandum similarly refer to the testimony contained in the transcripts that Lively designated as "Confidential."  In accordance with Rule 4.b of Attachment A, the Wayfarer Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties can meet and confer, and so that Ms. Lively may file a motion for continued sealing if she so chooses.

                                          Respectfully submitted,

                                          <u>/s/ Ellyn S. Garofalo</u>
                                          LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                          Bryan J. Freedman (*pro hac vice*)
                                          Ellyn S. Garofalo (*pro hac vice*)
                                          1801 Century Park West, 5th Floor
                                          Los Angeles, CA 90067
                                          Tel: (310) 201-0005

455522.1

Hon. Lewis J. Liman
September 22, 2025
Page 2

                      Email: bfreedman@lftcllp.com
                                egarofalo@lftcllp.com
                                ttroupson@lftcllp.com

                      MEISTER SEELIG & FEIN PLLC
                      Mitchell Schuster
                      Kevin Fritz
                      125 Park Avenue, 7th Floor
                      New York, NY 10017
                      Tel: (212) 655-3500
                      Email: ms@msf-law.com
                                kaf@msf-law.com

cc: all counsel of record (via ECF)

455522.1