# EXHIBIT "B"

1                    UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF NEW YORK

3


4      BLAKE LIVELY,                      )
                            Plaintiff,    )
5                                         )
          v.                              )
6                                         ) CASE NO.
       WAYFARER STUDIOS LLC, a            ) 1:24-CV-10049-LJL
7      Delaware Limited Liability         )
       Company, JUSTIN BALDONI, an        )
8      individual, JAMEY HEATH, an        )
       individual, STEVE SAROWITZ, an     )
9      individual, IT ENDS WITH US        )
       MOVIE LLC, a California            )
10     Limited Liability Company,         )
       MELISSA NATHAN, an individual,     )
11     THE AGENCY GROUP PR LLC, a         )
       Delaware Limited Liability         )
12     Company, JENNIFER ABEL, an         )
       individual, JED WALLACE, an        )
13     individual, and STREET             )
       RELATIONS INC., a California       )
14     Corporation,                       )
                                          )
15                          Defendants.   )
       _____   )
16

17                         CONFIDENTIAL

18                     ATTORNEY'S EYES ONLY

19                  VIDEOTAPED DEPOSITION OF

20                       WARREN ZAVALA

21                THURSDAY, SEPTEMBER 18, 2025

22                  LOS ANGELES, CALIFORNIA

23     PAGES 1 - 303

24     REPORTED BY MARK SCHWEITZER

25     CSR #10514, RPR, CRR

| | | |
|---|---|---|
| 1 | MS. LEADER:  Just gonna object to the | 10:39:50 |
| 2 | extent it calls for speculation. | 10:39:52 |
| 3 | MS. GAROFALO:  Okay.  We don't do speaking | 10:39:57 |
| 4 | objections.  But just "objection" is sufficient. | 10:39:58 |
| 5 | MS. GAROFALO:  Can you please read back the | 10:39:58 |
| 6 | question for Mr. Zavala. | 10:39:58 |
| 7 | (Record read.) | 10:40:20 |
| 8 | THE WITNESS:  I don't know. | 10:40:20 |
| 9 | Q.   BY MS. GAROFALO:  Do you know if that | 10:40:37 |
| 10 | December -- strike that. | 10:40:37 |
| 11 | Do you know whether Ms. Lively's written | 10:40:38 |
| 12 | agreement provides for her to have a role in the | 10:40:40 |
| 13 | editing of the movie? | 10:40:42 |
| 14 | A.   I do not. | 10:40:49 |
| 15 | Q.   I'm gonna jump ahead just a little bit. | 10:40:58 |
| 16 | Do you know where the movie was filmed? | 10:41:00 |
| 17 | A.   Yes. | 10:41:02 |
| 18 | Q.   Where? | 10:41:02 |
| 19 | A.   New Jersey. | 10:41:03 |
| 20 | Q.   Were you ever on the set during filming? | 10:41:07 |
| 21 | A.   I was. | 10:41:09 |
| 22 | Q.   How frequently? | 10:41:10 |
| 23 | A.   I went twice.  Which is one more time than | 10:41:11 |
| 24 | I've ever gone to any set in 24 years. | 10:41:16 |
| 25 | Q.   Is there a reason? | 10:41:19 |

| | | |
|---|---|---|
| 1 | correct statement? | 02:00:21 |
| 2 | A.   Correct. | 02:00:22 |
| 3 | Q.   Okay.  Are you aware of any incidents that | 02:00:22 |
| 4 | made Ms. Lively uncomfortable during the second phase | 02:00:27 |
| 5 | of filming? | 02:00:30 |
| 6 | A.   No. | 02:00:31 |
| 7 | Q.   Your second visit to the set occurred | 02:00:32 |
| 8 | during the second phase of filming, correct? | 02:00:38 |
| 9 | A.   Correct. | 02:00:39 |
| 10 | Q.   And everything seemed to be going well, to | 02:00:40 |
| 11 | your observation, during that second visit, correct? | 02:00:46 |
| 12 | A.   Yeah.  Yes, correct. | 02:00:49 |
| 13 | Q.   Did you personally hear any complaints from | 02:00:50 |
| 14 | Ms. Lively during the second phase of filming? | 02:00:56 |
| 15 | A.   Yes, in the post-process around this | 02:01:03 |
| 16 | testing of the cut of the film. | 02:01:05 |
| 17 | Q.   Okay.  Other than an issue relating to a | 02:01:06 |
| 18 | testing of a cut of the film that Ms. Lively didn't | 02:01:12 |
| 19 | know about, any other complaints you heard from | 02:01:15 |
| 20 | Ms. Lively during the second phase of filming? | 02:01:18 |
| 21 | A.   From that point forward, yes, there was | 02:01:22 |
| 22 | definitely issues in terms of her -- her interaction, | 02:01:25 |
| 23 | I think, with Justin and their collaboration in the | 02:01:30 |
| 24 | final stages of post. | 02:01:40 |
| 25 | Q.   Okay.  Tell me what you know specifically. | 02:01:36 |

1   STATE OF CALIFORNIA.      )
                             )
2   COUNTY OF LOS ANGELES    )

3

4        I, Mark Schweitzer, Certified

5   Shorthand Reporter No. 10514, do hereby

6   Certify:

7        That prior to being examined, the witness

8   named in the foregoing deposition was by me duly

9   sworn to testify the truth, the whole truth, and

10  nothing but the truth;

11       That said deposition was taken down by me

12  in shorthand and thereafter reduced to print by

13  means of computer-aided transcription; and the same

14  is a true, correct, and complete transcript of said

15  proceedings.

16       I further certify that I am not interested in

17  the outcome of the action.

18       Witness my hand this 19th day of September,

19  2025.

20

21

22

    MARK SCHWEITZER, CSR #10514, RPR, CRR
23  Certified Shorthand Reporter
    In and for the State of California

24

25