UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

BLAKE LIVELY,

                Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,

                Defendants.

------------------------------------------------------------------ x

JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

## DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, TREBLE DAMAGES AND PUNITIVE DAMAGES

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni ("Baldoni") Jamey Heath ("Heath"), Steve Sarowitz ("Sarowitz"), It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan ("Nathan"), The Agency Group PR LLC ("TAG"), and Jennifer Abel ("Abel") (collectively, the "Wayfarer Parties").

1

2. On September 12, 2025, I deposed third party Vivian Baker, Blake Lively's makeup artist. True and correct copies of excerpts from the transcript of Ms. Baker's deposition are attached and incorporated as Exhibit A hereto.

3. On September 18, 2025, I deposed third party Warren Zavala, Ms. Lively's talent agent and William Morris Endeavor. True and correct copies of excerpts from Mr. Zavala's deposition transcript are attached and incorporated as Exhibit B hereto.

4. On September 19, 2025, I deposed third party Danny Greenberg, Justin Baldoni's former talent agent at William Morris Endeavor. True and correct copies of excerpts from the rough draft of Mr. Greenberg's deposition transcript are attached and incorporated as Exhibit C hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 22, 2025
Los Angeles, CA

By: /s/ Ellyn S. Garofalo
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: egarofalo@lftcllp.com

454160.1