```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BLAKE LIVELY,

                Plaintiff,

                      24-cv-10049 (LJL)

    -v-

                      ORDER

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, THE AGENCY
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
STREET RELATIONS, INC.,

                Defendants.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The parties are advised that on September 23, 2025, the United States District Court for the Southern District of New York adopted a Standing Order implementing new procedures for the storage and service of electronically filed sealed documents. The Standing Order can be found on the Court's website or at this link: https://www.nysd.uscourts.gov/sites/default/files/2025-09/Notice%20to%20Bar%20with%20Standing%20Order%20-%20Sealed%20Document%20Access.pdf.

       Given that parties will no longer be able to access materials filed electronically under seal on the Electronic Case Filing system, they are directed to serve copies of the materials on opposing counsel by alternative means as provided in the Standing Order.

       SO ORDERED.

Dated: September 24, 2025
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge