# EXHIBIT A

Wayfarer Defendants' Categorical Privilege Log, dated September 8, 2025

Filed Under Seal