# EXHIBIT B

Wayfarer Defendants' Amended Categorical Privilege Log, dated September 15, 2025

Filed Under Seal