# EXHIBIT C

Party Conferral Email Communications,
dated September 16, 2025

| | |
|---|---|
| **From:** | Theresa Troupson |
| **To:** | Bruno, Matthew |
| **Cc:** | Meryl Governski; Hudson, Esra; Roeser, Stephanie; anathan@willkie.com; Michael Gottlieb; Kristin Bender; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; smccawley@bsfllp.com; avillacastin@bsfllp.com; cbabcock@jw.com; jglover@jw.com; katebolger@dwt.com; amandalevine@dwt.com; samcategumpert@dwt.com; kristintahler@quinnemanuel.com; maarenchoksi@quinnemanuel.com; nicholasinns@quinnemanuel.com; anthony@umklaw.com; Bryan Freedman; Ellyn Garofalo; Kim Zeldin; Amir Kaltgrad; Jason Sunshine; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Rose Khatchikian; Christina Puello; Summer Benson; Cortni Davis; Vaneta Birtha; Jose Perez |
| **Subject:** | Re: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449 [IMAN-MATTERS.FID37300] |
| **Date:** | Tuesday, September 16, 2025 9:36:16 AM |
| **Attachments:** | image001.png |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Counsel:

You have not made any attempt to meet and confer on the issues raised below, which were not discussed in our last call. We are available to meet and confer within 48 hours of your email.

Regards,
Theresa Troupson

On Sep 16, 2025, at 6:11 AM, Bruno, Matthew <MBruno@manatt.com> wrote:

Theresa:

We spent the first part of Wednesday's conferral explaining how the descriptions provided in the categorical log fail provide sufficient detail for us to evaluate the ground(s) for withholding any such communications. We specifically discussed how Jared and Spencer Freedman's presence on a communication does not establish a basis for asserting any form of privilege, without additional information being provided. Your email below raises more questions than answers—it is unclear how communications with non-lawyers are privileged, the generic description you offer below does not cure this.  It is also far from clear how many of the 7,529 communications that have been withheld lack attorney presence.

In any event, as you well know, the mere presence of an attorney (or employees of an attorney) does not, alone, cloak the communication with privilege.  Indeed, as demonstrated by the documents recently produced by The Skyline Agency, LLC, members of your law firm were active participants in the Wayfarer Defendants' media campaign, which this Court has expressly held does not constitute the provision of legal advice.  (*See* Dkt. No. 749, at 11.)  The generic descriptions provided in the categorical log fail to confirm whether similar communications remain improperly withheld and, therefore, require greater detail regarding the subject matter of these communications.

Given the many improper privilege assertions that have been made on behalf of your clients and third parties that you represent, we have serious concerns regarding the propriety of the Wayfarer Defendants' categorical privilege log, which provides absolutely no information for us to adequately evaluate whether any of the communications have been properly withheld.

Given that the parties are at an impasse, we will move to compel.

All rights reserved.

Matt

**Matthew F. Bruno**
Partner
<image001.png>

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Monday, September 15, 2025 11:38 PM
**To:** Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@willkie.com; Michael Gottlieb <MGottlieb@willkie.com>; Kristin Bender <KBender@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; smccawley@bsfllp.com; avillacastin@bsfllp.com; cbabcock@jw.com; jglover@jw.com; katebolger@dwt.com; amandalevine@dwt.com; samcategumpert@dwt.com; kristintahler@quinnemanuel.com; maarenchoksi@quinnemanuel.com; nicholasinns@quinnemanuel.com; anthony@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449 [IMAN-MATTERS.FID37300]

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

---

Counsel:

Attached please find the Wayfarer Parties' amended categorical privilege log, which reflects productions through Friday, September 12. Per my last email, this amended log reflects the number of documents withheld for privilege within each of the categories. Please note that the number of documents in each category counts each attachment to a communication as a unique document and furthermore reflects multiple copies of each document or communication when collected from multiple participants of the same communication.

In my last email, I explained that you had not articulated what additional information you required in order to evaluate claims of privilege over documents and communications involving Jared Freedman or Spencer Freedman. You have provided no clarification as to what additional information you seek. As I explained both on the phone and in my previous email, both performed work on behalf of our firm in connection with the litigation and in furtherance of the Wayfarer Parties' aims in the litigation. With respect to communications involving Jared Freedman or Spencer Freedman and one or more clients on which no lawyer was a participant, all such communications were made in confidence for the purpose of obtaining legal advice from the attorneys. We believe this provides you with adequate information to evaluate the claim of privilege.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to*

*LFTCLLP.com. Emails sent from this domain are not spam.*

---

**From:** Theresa Troupson
**Sent:** Monday, September 8, 2025 8:56 PM
**To:** Meryl Governski <mgovernski@dirllp.com>; ehudson@manatt.com; sroeser@manatt.com; mbruno@manatt.com; anathan@willkie.com; Michael Gottlieb <MGottlieb@willkie.com>; Kristin Bender <KBender@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; smccawley@bsfllp.com; avillacastin@bsfllp.com; cbabcock@jw.com; jglover@jw.com; katebolger@dwt.com; amandalevine@dwt.com; samcategumpert@dwt.com; kristintahler@quinnemanuel.com; maarenchoksi@quinnemanuel.com; nicholasinns@quinnemanuel.com; anthony@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449 [IMAN-MATTERS.FID37300]

Counsel:

Please see the attached correspondence. Access credentials will follow separately.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*