# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

September 25, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal certain portions of Ms. Lively's Motion for Compel Defendants Wayfarer Studios, LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (the "Wayfarer Defendants") and Exhibits A and B to Ms. Lively's Motion, filed contemporaneously herewith. Exhibits A and B are the Wayfarer Defendants' categorical and amended categorical privilege logs, which the Wayfarer Defendants designated "Confidential." The redacted portion of Ms. Livley's Motion to Compel similarly refers to the Wayfarer Defendants' categorical privilege log that was designated confidential.

In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the Wayfarer Defendants may file a motion for continued sealing if they so choose.

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

Respectfully submitted,

/s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac vice*) |
| 1875 K Street NW | Sarah E. Moses (admitted *pro hac vice*) |
| Washington, DC 20006 | 2049 Century Park East, Suite 1700 |
| (202) 303-1000 | Los Angeles, CA 90067 |
| E-mail: mgottlieb@willkie.com | (310) 312-4000 |
| kbender@willkie.com | ehudson@manatt.com |
| | sroeser@manatt.com |
| Aaron Nathan | smoses@manatt.com |
| Willkie Farr & Gallagher LLP | |
| 787 7th Avenue New York, NY 10019 | Matthew F. Bruno |
| (212) 728-8000 | 7 Times Sq. |
| E-mail: anathan@willkie.com | New York, NY 10036 |
| | (212) 790-4500 |
| | mbruno@manatt.com |
| DUNN ISAACSON RHEE LLP | |
| Meryl C. Governski (admitted *pro hac vice*) | |
| 401 Ninth Street, NW | *Attorneys for Blake Lively* |
| Washington, DC 20004 | |
| (202) 240-2900 | |
| E-mail: mgovernski@dirllp.com | |