UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BLAKE LIVELY,

              Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,

              Defendants.
---------------------------------------------------------------- x
JENNIFER ABEL,

              Third-Party Plaintiff,

v.

JONESWORKS LLC,

              Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

### DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF THE WAYFARER PARTIES' MOTION FOR JUDGMENT ON THE PLEADINGS

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni ("Baldoni") Jamey Heath ("Heath"), Steve Sarowitz ("Sarowitz"), It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan ("Nathan"), The Agency Group PR LLC ("TAG"), and Jennifer Abel ("Abel") (collectively, the "Wayfarer Parties").

1

2.      Attached as Exhibit 1 is a true and correct copy of the unsigned May 5, 2023 Actor Loanout Agreement between It Ends With Us Movie, LLC and Blakel, Inc. for the services of Blake Lively.  Neither party has produced a signed copy of Exhibit 1.

3.      Attached as Exhibit 2 is a true and correct copy of the California Civil Rights Department's December 20, 2024 Notice of Filing of Discrimination Complaint and Right to Sue letter directed to Blake Lively and attaching her Complaint of Employment Discrimination filed with the Civil Rights Department.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 26, 2025
      Los Angeles, CA

By: /s/ Ellyn S. Garofalo
LINER FREEDMAN TAITELMAN + COOLEY, LLP
    Ellyn S. Garofalo
    1801 Century Park West, 5th Floor
    Los Angeles, CA 90067
    Tel: (310) 201-0005
    Email: egarofalo@lftcllp.com