

**Kathleen M. Hallinan**
Vice President
Litigation

10202 West Washington Boulevard
Culver City, California 90232-3119

Tel: +1 310 244 6948  Fax: +1 310 244 1557
kathleen_hallinan@spe.sony.com

September 27, 2025

**Via Email**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

**Re: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL**

Dear Judge Liman:

      We write on behalf of non-party, Josh Greenstein. Mr. Greenstein is the former Co-President of the Sony Pictures Entertainment Motion Picture Group. He was recently appointed the Co-Chairman, Paramount Pictures & Vice Chair, Platforms. Mr. Greenstein has been subpoenaed to testify as a third party in the litigation between Blake Lively and the Wayfarer Defendants in connection with his job duties while employed at Sony Pictures. Due to his new job responsibilities at Paramount, Mr. Greenstein's time is extremely limited. He has arranged his schedule to allow him to devote a full business day to a deposition between 8 a.m. and 4:30 pm on September 30th. This schedule will allow for seven hours of testimony and 90 minutes for lunch and other breaks. We do not take a position on which side should ask questions first in the deposition.

                                            Respectfully,

                                            Kathleen M. Hallinan

a Sony Company
www.sonypictures.com