AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Lively | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-10049-LJL |
| Wayfarer Studios LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-parties Sony Pictures Entertainment and Josh Greenstein.

Date:   09/27/2025

*Attorney's signature*

Ilissa Samplin, Bar No. 5019468
*Printed name and bar number*

Ilissa Samplin
Gibson, Dunn & Crutcher LLP
333 S Grand Avenue
Los Angeles, CA 90071
*Address*

isamplin@gibsondunn.com
*E-mail address*

(213) 229-7354
*Telephone number*

(213) 229-6354
*FAX number*