UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
BLAKE LIVELY,

                Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS
WITH US MOVIE LLC, MELISSA NATHAN, THE
AGENCY GROUP PR LLC, and JENNIFER ABEL,

                Defendants.

------------------------------------------------------------------ x
JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

## DECLARATION OF ELLYN S. GAROFALO IN SUPPORT

I, Ellyn S. Garofalo, declare as follows:

1.     I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, counsel of record for the Defendant Wayfarer Parties in this action. As such, I am competent to testify to the facts set forth below.

2.     The Wayferer Defendants noticed Mr. Greenstein's deposition for 9 a.m. on September 30, 2025.

3.     Relying on the noticed, 9 a.m. start time for Mr. Greenstein's deposition, I committed to a personal matter that cannot be moved. Should the Court require, I will disclose the nature of my personal issue in camera.

1

456641.1

4. At 7:25 p.m. on Thursday, September 25, 2025, I received an email from Stephanie Roeser, counsel for Ms. Lively, confirming that the parties would evenly split the time for Mr. Greenstein's deposition. A true and correct copy of Ms. Roeser's email is attached and incorporated as Exhibit A hereto

5. At 6:17 a.m. on Friday, September 26, 2025, Stephanie Roeser, counsel for Ms. Lively, sent an email demanding that Ms. Lively's questioning of Mr. Greenstein precede Defendants' as her examination "just like she will at trial." A true and correct copy of Ms. Roeser's email is attached and incorporated as Exhibit B hereto.

6. At 12:04 p.m. on Friday, I responded to Ms. Roeser's email agreeing to allow Ms. Lively's examination of Mr. Greenstein to precede mine abased on certain conditions to ensure that Defendants had sufficient time to complete their examination. A true and correct copy of my email is attached and incorporated as Exhibit C hereto.

7. A series of email exchanges between me and Ms. Roeser followed in which Ms. Roeser refused to agree to the conditions I requested and insisted that Mr. Greenstein's deposition start at 8 a.m.

8. A true and correct copy of Ms. Roeser's 1:01 p.m. email is attached and incorporated as Exhibit D hereto.

9. A true and correct copy of my 1:13 p.m. email to Ms. Roeser is attached and incorporated as Exhibit E hereto.

10. A true and correct copy of my Ms. Roeser's 1:31 p.m. email is attached and incorporated as Exhibit F hereto.

11. A true and correct copy of Ms. Roeser's 2:03 email is attached and incorporated as Exhibit G hereto.

456641.1

12. A true and correct copy of my 2.:05 p.m. email to Ms. Roeser is attached and incorporated as Exhibit H hereto.

13. A true and correct copy of Ms. Roeser's 2:09 email is attached and incorporated as Exhibit I hereto.

14. A true and correct copy of Ms. Roeser's 3:01 email informing me that Mr. Greenstein's deposition would begin at 8:00 a.m. "sharp" and attaching a new deposition notice and subpoena is attached and incorporated as Exhibit J hereto.

15. A true and correct copy of my 4:14 email to Ms. Roeser is attached and incorporated as Exhibit K hereto.

16. Ms. Lively's counsel made the same demand for the deposition of Ann Carroll, which was initially noticed by Defendants. In the spirit of cooperation, I agreed, only to be told that Carroll's had an early flight to Vancouver. At the deposition, Ms. Lively's team failed to adhere to the times set for breaks, returning late to frequent periodic breaks and lunch. As a result, and under pressure from Carroll's counsel (apparently being compensated by Ms. Lively) and with the deposition cut of looming, I was forced to rush through and truncate my examination of Ms. Carroll.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 27, 2025
Los Angeles, CA

By: */s/ Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: egarofalo@lftcllp.com

456641.1