# EXHIBIT "A"

| | |
|---|---|
| **From:** | Roeser, Stephanie |
| **To:** | Theresa Troupson; daniellelazarus@quinnemanuel.com; Kristin Tahler; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns; Bryan Freedman; Ellyn Garofalo; Rose Khatchikian; Cortni Davis; Christina Puello; mitra@ahourainlaw.com; Local MS. Counsel; Amit Shertzer; Local KAF. Counsel; Stacey Ashby; Kim Zeldin; Amir Kaltgrad; Summer Benson; Jason Sunshine; Vaneta Birtha |
| **Cc:** | Meryl Governski; Hudson, Esra; Moses, Sarah; Bruno, Matthew; anathan@wilkie.com; mconnolly@wilkie.com; mgottlieb@willkie.com; kbender@willkie.com; laura.prather@haynesboone.com; Michael.lambert@haynesboone.com |
| **Subject:** | Lively v. Wayfarer - Greenstein Deposition |
| **Date:** | Thursday, September 25, 2025 7:24:52 PM |
| **Attachments:** | image001.png |

Counsel,

In advance of Mr. Greenstein's deposition on Tuesday September 30, we write to confirm that Ms. Lively and the Wayfarer Defendants will split the time equally, with Ms. Lively as the Plaintiff commencing the questioning.

Please confirm the Wayfarer Parties' agreement.

Thanks,
Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.