EXHIBIT "B"

| From: | Roeser, Stephanie |
|---|---|
| To: | Ellyn Garofalo |
| Cc: | Theresa Troupson; daniellelazarus@quinnemanuel.com; Kristin Tahler; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns; Bryan Freedman; Rose Khatchikian; Cortni Davis; Christina Puello; mitra@ahouraianlaw.com; Local MS. Counsel; Amit Shertzer; Local KAF. Counsel; Stacey Ashby; Kim Zeldin; Amir Kaltgrad; Summer Benson; Jason Sunshine; Vaneta Birtha; Meryl Governski; Hudson, Esra; Moses, Sarah; Bruno, Matthew; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com |
| Subject: | RE: Lively v. Wayfarer - Greenstein Deposition |
| Date: | Friday, September 26, 2025 6:16:36 AM |
| Attachments: | image001.png |

Ellyn,

Ms. Lively is the Plaintiff and has the right to begin questioning just like she will at trial. This deposition is trial testimony and must proceed as such. It will be confusing to a jury if the questioning differs from in court testimony. We intend to limit or omit all breaks to complete our questioning prior to a lunch break. We intend to seek relief from the court on the ordering issue if you do not confirm by 3:00 pm EST that Ms. Lively will question Mr. Greenstein first.

Regards,
**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
D (310) 312-4207 F (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Thursday, September 25, 2025 8:37 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** Re: Lively v. Wayfarer - Greenstein Deposition

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

As the noticing parties, we have 3.5 hours, after which plaintiff may commence her examination pursuant to the cross notice.

Sent from my iPhone

> On Sep 25, 2025, at 7:24 PM, Roeser, Stephanie <SRoeser@manatt.com> wrote:
>
> Counsel,
>
> In advance of Mr. Greenstein's deposition on Tuesday September 30, we write to confirm that Ms. Lively and the Wayfarer Defendants will split the time equally, with Ms. Lively as the Plaintiff commencing the questioning.
>
> Please confirm the Wayfarer Parties' agreement.
>
> Thanks,
> Stephanie
>
> **Stephanie Roeser**
> Partner
>
> <image001.png>
>
> **Manatt, Phelps & Phillips, LLP**
> 2049 Century Park East
> Suite 1700
> Los Angeles, CA 90067
> D (310) 312-4207 F (310) 914-5744
> SRoeser@manatt.com
>
> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.