# EXHIBIT "C"

| | |
|---|---|
| **From:** | Ellyn Garofalo |
| **To:** | Roeser, Stephanie |
| **Cc:** | Theresa Troupson; daniellelazarus@quinnemanuel.com; Kristin Tahler; maarenchoksi@quinnemanuel.com; morganastasio@quinnemanuel.com; Nicholas Inns; Bryan Freedman; Rose Khatchikian; Cortni Davis; Christina Puello; mitra@ahouraianlaw.com; Local MS. Counsel; Amit Shertzer; Local KAF. Counsel; Stacey Ashby; Kim Zeldin; Amir Kaltgrad; Summer Benson; Jason Sunshine; Vaneta Birtha; Meryl Governski; Hudson, Esra; Moses, Sarah; Bruno, Matthew; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com |
| **Subject:** | RE: Lively v. Wayfarer - Greenstein Deposition [IMAN-MATTERS.FID37300] |
| **Date:** | Friday, September 26, 2025 12:03:54 PM |
| **Attachments:** | image001.png |

    The notice was followed by Plaintiff's cross- notice nearly a month later, on July 17, 2025. It has been the practice, by mutual agreement, that the noticing party's examination precede the examination of the cross-noticing party. Mr. Greenstein's counsel has now advised that Mr. Greenstein is only available until 4:30 p.m. on Tuesday, September 30, the date set for Mr. Greenstein's deposition and the deposition cut-off date set by the Court. Although Mr. Greenstein's counsel has represented that he will produce Mr. Greenstein on a second date to complete the full seven hours, as you know, scheduling Mr. Greenstein's first deposition date was, to say the least, challenging and we cannot assume that we will have the opportunity to have Mr. Greenstein appear a second time, after the deposition cut-off date.

This week, Ms. Lively's counsel requested that Plaintiff be permitted to examine third party witness Ann Carrol first, even though the Wayfarer Parties first noticed her deposition. We graciously agreed only to be pressured by Ms. Carroll's counsel (who is apparently being paid by Ms. Lively) to complete our portion of the examination early in order for Ms. Carroll to catch a flight back to Vancouver. Plaintiff not only used nearly her entire three and half hours of questioning, but delayed the deposition by returning late from breaks, including the lunch break, leaving the Wayfarer Parties to race through their portion of the examination.

    We cannot be in a position where we agree that Plaintiff will take precedence and then run out the clock, leaving us unable to thoroughly examine Mr. Greenstein. It is unclear why Plaintiff is demanding preference other than the claim that as Plaintiff Ms. Lively presents her case first at trial and therefore should be the first to examine witnesses at deposition. The reason for this rule at trial is obvious: the plaintiff bears the burden of proof and if plaintiff fails to meet that burden, a defendant need not present any case at all. If you have any authority for the bizarre notion that this rule or practice applies in depositions, please provide it.

    In the meantime, we will agree to accommodate your request on the following conditions to avoid another situation where our ability to depose a witness we notice first is comprised: (1) Plaintiff's counsel will begin their examination at 9 a.m., the time currently set for Mr. Greenstein's deposition; (2) Plaintiff will have a hard stop at noon regardless of the number or length of breaks or time on the record; (2) there will be a 30 or 45 minute lunch break depending on the preference of the court reporter and Mr. Greenstein; (3) the Wayfarer Parties will have the remainder of the day (until 4:30 p.m.) for their examination of Mr. Greenstein.

Ellyn S. Garofalo
Liner Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Direct: (310) 201-4912
Cell: (310) 487-3737

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s)

named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Friday, September 26, 2025 6:16 AM
**To:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** RE: Lively v. Wayfarer - Greenstein Deposition

Ellyn,

Ms. Lively is the Plaintiff and has the right to begin questioning just like she will at trial. This deposition is trial testimony and must proceed as such. It will be confusing to a jury if the questioning differs from in court testimony. We intend to limit or omit all breaks to complete our questioning prior to a lunch break. We intend to seek relief from the court on the ordering issue if you do not confirm by 3:00 pm EST that Ms. Lively will question Mr. Greenstein first.

Regards,
**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips, LLP**
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Thursday, September 25, 2025 8:37 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com;

MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** Re: Lively v. Wayfarer - Greenstein Deposition

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

As the noticing parties, we have 3.5 hours, after which plaintiff may commence her examination pursuant to the cross notice.

Sent from my iPhone

> On Sep 25, 2025, at 7:24 PM, Roeser, Stephanie <SRoeser@manatt.com> wrote:
>
> Counsel,
>
> In advance of Mr. Greenstein's deposition on Tuesday September 30, we write to confirm that Ms. Lively and the Wayfarer Defendants will split the time equally, with Ms. Lively as the Plaintiff commencing the questioning.
>
> Please confirm the Wayfarer Parties' agreement.
>
> Thanks,
> Stephanie
>
> **Stephanie Roeser**
> Partner
>
> <image001.png>
>
> **Manatt, Phelps & Phillips,** LLP
> 2049 Century Park East
> Suite 1700
> Los Angeles, CA 90067
> D (310) 312-4207 F (310) 914-5744
> SRoeser@manatt.com
>
> manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.