# EXHIBIT "G"

| | |
|---|---|
| **From:** | Roeser, Stephanie |
| **To:** | Ellyn Garofalo |
| **Cc:** | Theresa Troupson; daniellelazarus@quinnemanuel.com; Kristin Tahler; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns; Bryan Freedman; Rose Khatchikian; Cortni Davis; Christina Puello; mitra@ahouraianlaw.com; Local MS. Counsel; Amit Shertzer; Local KAF. Counsel; Stacey Ashby; Kim Zeldin; Amir Kaltgrad; Summer Benson; Jason Sunshine; Vaneta Birtha; Meryl Governski; Hudson, Esra; Moses, Sarah; Bruno, Matthew; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Joel Glover; Chip Babcock; Tori Emery; Hallinan, Kathleen; Floyd, Daniel; Brittany_Fleishman@spe.sony.com |
| **Subject:** | RE: Lively v. Wayfarer - Greenstein Deposition [IMAN-MATTERS.FID37300] |
| **Date:** | Friday, September 26, 2025 2:02:58 PM |
| **Attachments:** | image001.png |

Ellyn – if we do not hear from you by 5:30 EST, we will be seeking an order from the Court that the deposition begin at 8AM on 9/30. We think it is in everyone's best interest to avoid raising to the Court a request for relief that the Wayfarer Defendants should simply agree to.

**Stephanie Roeser**
Partner

Manatt, Phelps & Phillips, LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Roeser, Stephanie
**Sent:** Friday, September 26, 2025 4:31 PM
**To:** 'Ellyn Garofalo' <egarofalo@lftcllp.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Joel Glover <jglover@jw.com>; Chip Babcock <cbabcock@jw.com>; Tori Emery <temery@jw.com>; Hallinan, Kathleen <kathleen_hallinan@spe.sony.com>; Floyd, Daniel <daniel_floyd@spe.sony.com>; Brittany_Fleishman@spe.sony.com
**Subject:** RE: Lively v. Wayfarer - Greenstein Deposition [IMAN-MATTERS.FID37300]

Ellyn,

We will not agree to giving the Wayfarer Parties four hours for their questioning while we receive only three (less than our agreed upon time). You have no legal basis to justify demanding unequal time, and we do not think the Court will find otherwise.

We will begin questioning the witness at 8 a.m. as the witness and Sony's counsel has agreed to appear at that time. Surely someone on Wayfarer's large team of attorneys (multiple of whom attend every deposition) can appear to the deposition at that time. If you do not agree to beginning at 8 a.m., we will be seeking relief from the Court as we agree we are at an impasse given your unilateral demand that negotiations are over and notwithstanding Ms. Lively's repeated good-faith attempts to find an amicable solution to a scheduling change

that we did not cause to accommodate Mr. Greenstein.

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips, LLP**
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
D (310) 312-4207 F (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Friday, September 26, 2025 4:13 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Joel Glover <jglover@jw.com>; Chip Babcock <cbabcock@jw.com>; Tori Emery <temery@jw.com>
**Subject:** RE: Lively v. Wayfarer - Greenstein Deposition [IMAN-MATTERS.FID37300]

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

1. As counsel has been informed, the deposition was noticed for 10 am but we have agreed to start at 9 am. We will be ready to commence the deposition at 9 am.
2. We will not "insist" on breaks during Lively's questioning on the condition that Lively agree not to request breaks during our examination. However, breaks are generally by requests from the deponent and/or court reporter. Your agreement (or ours) not take breaks is meaningless. We will agree to begin our examination at 12:30 regardless of the number or duration of breaks requested by the deponent or court reporter during plaintiff's examination of the witness.
3. We do not object to Plaintiff reserving time for additional questioning after the Wayfarer Parties have completed their 3.5 hours of examination time.

We are again accommodating your highly unusual request that plaintiff's examination precede defendant's as the noticing party on the condition that you agree to the foregoing. Absent your agreement, we will begin our examination of Mr. Greenstein at 9:00 a.m.,, an hour earlier than the noticed time. Please confirm your assent. There will be no further negotiations. This agreement applies to Mr. Greenstein's deposition only and is not to be construed as a general agreement that Ms. Lively has an right to begin every examination, no matter who noticed the deposition. I am still waiting for citation to authority that supports your contention that a plaintiff takes precedence at deposition because Plaintiff's case in chief is presented to the jury first.

Ellyn S. Garofalo
Liner Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Direct: (310) 201-4912
Cell: (310) 487-3737

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Friday, September 26, 2025 12:58 PM
**To:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Joel Glover <jglover@jw.com>; Chip Babcock <cbabcock@jw.com>; Tori Emery <temery@jw.com>
**Subject:** RE: Lively v. Wayfarer - Greenstein Deposition [IMAN-MATTERS.FID37300]

Ellyn,

We disagree with the majority of your characterizations in your email.

Leaving them aside, we will agree to your proposal with a few modifications:

1. The witness has agreed to begin the deposition at 8 a.m. We ask all counsel to arrive, and for the court reporter and videographer to have access to the room, with sufficient time such that the deposition begins exactly at 8 a.m. We reserve the right to go past noon by any amount of time after 8 a.m. when the deposition commences. Can Sony and the Wayfarer Parties please confirm mutual agreement to commence the deposition precisely at 8 a.m.?
2. We do not intend to take any breaks between 8 to noon unless urgent, or if requested by the court reporter/videographer. If the court reporter/videographer requests a break they will be permitted to do so but all other parties to the deposition will remain in the room until we have finished our questioning. Will Sony please confirm that it will not object to the refusal of breaks as unreasonable? Will the Wayfarer Parties agree that they will not insist on any breaks in the midst of Ms. Lively's questioning?
3. The Wayfarer Parties will have 1230 to 430 for their questioning subject to the same conditions as described in (1) and (2). This will result in both sides having four hours (8-12, 1230-430) for their 3.5 hours

of respective questioning.

4. We will reserve the right to reserve time to re-question Mr. Greenstein after the Wayfarer Parties complete their 3.5 hours of questioning, and subject to the conditions in (1) and (2)—i.e that the Wayfarer Parties do not cause any delays in the schedule such that Ms. Lively would be deprived of time if she chooses to reserve time.

Please confirm agreement by 430p est today to all of the above so that Ms. Lively can seek relief from the Court if necessary. If Sony does not agree to the above proposal, please identify the precise reason for Mr. Greenstein's unavailability after 4:30 pt on September 30, as this time change is causing significant disruption.

Ms. Lively continues to reserve the right to keep the deposition open if she is unable to obtain 3.5 hours of deposition timing.

Finally, we do think it's worth pointing out that the Wayfarer Parties' insistence that they are entitled to begin examinations simply because they were first to notice certain depositions is contrary to law. While it "was once well settled that 'priority in depositions went to the party first serving a notice of examination, absent compelling reasons to the contrary," *that rule was "abolished in 1970 with the promulgation of Federal Rule of Civil Procedure 26(d)." Guidehouse LLP v. Shah*, No. 1:19-CV-09470-MKV, 2020 WL 13927593, at *1–2 (S.D.N.Y. Oct. 27, 2020) (citations omitted) (intended to "make clear and explicit the court's power to establish priority by an order issued in a particular case").

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
D (310) 312-4207 F (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Friday, September 26, 2025 3:04 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** RE: Lively v. Wayfarer - Greenstein Deposition [IMAN-MATTERS.FID37300]

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

The notice was followed by Plaintiff's cross- notice nearly a month later, on July 17, 2025. It has been the practice, by mutual agreement, that the noticing party's examination precede the examination of the cross-noticing party. Mr. Greenstein's counsel has now advised that Mr. Greenstein is only available until 4:30 p.m. on Tuesday, September 30, the date set for Mr. Greenstein's deposition and the deposition cut-off date set by the Court. Although Mr. Greenstein's counsel has represented that he will produce Mr. Greenstein on a second date to complete the full seven hours, as you know, scheduling Mr. Greenstein's first deposition date was, to say the least, challenging and we cannot assume that we will have the opportunity to have Mr. Greenstein appear a second time, after the deposition cut-off date.

This week, Ms. Lively's counsel requested that Plaintiff be permitted to examine third party witness Ann Carrol first, even though the Wayfarer Parties first noticed her deposition. We graciously agreed only to be pressured by Ms. Carroll's counsel (who is apparently being paid by Ms. Lively) to complete our portion of the examination early in order for Ms. Carroll to catch a flight back to Vancouver. Plaintiff not only used nearly her entire three and half hours of questioning, but delayed the deposition by returning late from breaks, including the lunch break, leaving the Wayfarer Parties to race through their portion of the examination.

We cannot be in a position where we agree that Plaintiff will take precedence and then run out the clock, leaving us unable to thoroughly examine Mr. Greenstein. It is unclear why Plaintiff is demanding preference other than the claim that as Plaintiff Ms. Lively presents her case first at trial and therefore should be the first to examine witnesses at deposition. The reason for this rule at trial is obvious: the plaintiff bears the burden of proof and if plaintiff fails to meet that burden, a defendant need not present any case at all. If you have any authority for the bizarre notion that this rule or practice applies in depositions, please provide it.

In the meantime, we will agree to accommodate your request on the following conditions to avoid another situation where our ability to depose a witness we notice first is comprised: (1) Plaintiff's counsel will begin their examination at 9 a.m., the time currently set for Mr. Greenstein's deposition; (2) Plaintiff will have a hard stop at noon regardless of the number or length of breaks or time on the record; (2) there will be a 30 or 45 minute lunch break depending on the preference of the court reporter and Mr. Greenstein; (3) the Wayfarer Parties will have the remainder of the day (until 4:30 p.m.) for their examination of Mr. Greenstein.

Ellyn S. Garofalo
Liner Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Direct: (310) 201-4912
Cell: (310) 487-3737

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Friday, September 26, 2025 6:16 AM

**To:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** RE: Lively v. Wayfarer - Greenstein Deposition

Ellyn,

Ms. Lively is the Plaintiff and has the right to begin questioning just like she will at trial. This deposition is trial testimony and must proceed as such. It will be confusing to a jury if the questioning differs from in court testimony. We intend to limit or omit all breaks to complete our questioning prior to a lunch break. We intend to seek relief from the court on the ordering issue if you do not confirm by 3:00 pm EST that Ms. Lively will question Mr. Greenstein first.

Regards,
**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Thursday, September 25, 2025 8:37 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>
**Cc:** Theresa Troupson <ttroupson@lftcllp.com>; daniellelazarus@quinnemanuel.com; Kristin Tahler <kristintahler@quinnemanuel.com>; maarenchoksi@quinnemanuel.com; morgananastasio@quinnemanuel.com; Nicholas Inns <nicholasinns@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; anathan@wilkie.com; mconnolly@wilkie.com; MGottlieb@willkie.com; KBender@willkie.com; laura.prather@haynesboone.com; michael.lambert@haynesboone.com
**Subject:** Re: Lively v. Wayfarer - Greenstein Deposition

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

As the noticing parties, we have 3.5 hours, after which plaintiff may commence her examination pursuant to the cross notice.

Sent from my iPhone

> On Sep 25, 2025, at 7:24 PM, Roeser, Stephanie <SRoeser@manatt.com> wrote:
>
> Counsel,
>
> In advance of Mr. Greenstein's deposition on Tuesday September 30, we write to confirm that Ms. Lively and the Wayfarer Defendants will split the time equally, with Ms. Lively as the Plaintiff commencing the questioning.
>
> Please confirm the Wayfarer Parties' agreement.
>
> Thanks,
> Stephanie
>
> **Stephanie Roeser**
> Partner
>
> <image001.png>
>
> **Manatt, Phelps & Phillips,** LLP
> 2049 Century Park East
> Suite 1700
> Los Angeles, CA 90067
> **D** (310) 312-4207 **F** (310) 914-5744
> SRoeser@manatt.com
>
> manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.