**manatt**

Esra A. Hudson
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

September 27, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     <u>*Lively v. Wayfarer Studios LLC, et al.*</u><u>, No. 1:24-cv-10049-LJL</u>

Dear Judge Liman:

  Pursuant to Rules 1.C and 3.A of Your Honor's Individual Practices, Plaintiff Blake Lively respectfully requests leave of this Court to submit the below response to the submission filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer Abel's (collectively, the "Wayfarer Defendants") earlier today, Dkt. No. 816 ("Opposition Letter"), to Ms. Lively's Letter Motion Seeking Emergency Relief Regarding a Deposition Scheduled for September 30, 2025 (Dkt. No. 807) to correct a material misrepresentation in the Wayfarer Defendant's submission. Specifically, Ms. Lively respectfully seeks leave to inform the Court as follows:

  The Wayfarer Defendants' Opposition Letter contains a number of misrepresentations, but because they are not material to the matter at issue, Ms. Lively will not burden the Court with the full recitation of facts. There is one misrepresentation, however, that is material. For that reason, Ms. Lively is sharing it with the Court. Specifically, Mr. Greenstein's counsel has never represented that Mr. Greenstein would be available for second day of deposition after September 30 and, in fact, has represented the opposite, as reflected in the attached email from counsel for Mr. Greenstein. (**Exhibit 1**.) It is because Mr. Greenstein is only available for one day, on September 30 and only until 4:30 p.m., that Ms. Lively seeks to have the deposition begin at 8:00 a.m. so that all parties may be accommodated.

                  Respectfully submitted,

                  /s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac* vice) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac v*ice) |
| 1875 K Street NW | 2049 Century Park East, Suite 1700 |
| Washington, DC 20006 | Los Angeles, CA 90067 |
| (202) 303-1000 | (310) 312-4000 |
| mgottlieb@willkie.com | ehudson@manatt.com |
| kbender@willkie.com | sroeser@manatt.com |
| | |
| Aaron E. Nathan | Matthew F. Bruno |

Hon. Lewis J. Liman
Page 2

787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Plaintiff Blake Lively*