# EXHIBIT 1

| | |
|---|---|
| **From:** | Hallinan, Kathleen |
| **To:** | Ellyn Garofalo |
| **Cc:** | Hudson, Esra; Roeser, Stephanie; Meryl Governski; Bryan Freedman; Theresa Troupson; Floyd, Daniel; Brittany_Fleishman@spe.sony.com |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL: Josh Greenstein Deposition |
| **Date:** | Saturday, September 27, 2025 3:43:13 PM |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Ms. Garofalo:

Mr. Greenstein never said he is willing to appear for a second day of testimony if his deposition is not completed on 9/30/25. That is a purely fabricated and patently false statement. We demand that you correct your misstatement to the Court. If you do not, we will submit a supplemental letter to correct the record and point out your perfidy. We are really quite shocked by your behavior.

Regards,
Kathleen

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Saturday, September 27, 2025 1:21 PM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Cc:** Hudson, Esra <ehudson@manatt.com>; Hallinan, Kathleen <Kathleen_Hallinan@spe.sony.com>; Roeser, Stephanie <sroeser@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC, et al., No. 1:24-cv-10049-LJL: Josh Greenstein Deposition

Caution: External Email

Will do.

Ellyn S. Garofalo
Liner Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Direct: (310) 201-4912
Cell: (310) 487-3737

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*