**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  egarofalo@lftcllp.com

ELLYN S. GAROFALO

September 27, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Blake Lively v. Wayfarer Studios LLC, et al.,* **Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

Due to the abbreviated briefing schedule, the Wayfarer Defendants' response to Plaintiff Blake Lively's emergency motion (Dkt. 816) inadvertently omitted a word that changed the meaning of the sentence. Counsel for the Wayfarer Defendants regret the error and apologize to the Court. The concurrently filed Declaration of Ellyn S. Garofalo attaches a corrected version of the document.

Respectfully submitted,
*/s/     Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman*
Ellyn S. Garofalo*
1801 Century Park West, 5th Floor
Los Angeles, CA  90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
  egarofalo@lftcllp.com
  *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)