UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
BLAKE LIVELY,

                Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,

                Defendants.

------------------------------------------------------------------
JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

## DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF THE WAYFARER PARTIES' NOTICE OF ERRATA

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni ("Baldoni") Jamey Heath ("Heath"), Steve Sarowitz ("Sarowitz"), It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan ("Nathan"), The Agency Group PR LLC ("TAG"), and Jennifer Abel ("Abel") (collectively, the "Wayfarer Parties").

1

2. Due to the abbreviated briefing schedule for Defendants' response to Plaintiff Blake Lively's emergency motion, the response inadvertently omitted a word that changed the meaning of a sentence. Defendants' counsel regrets the error and apologizes to the Court. A true and correct copy of the corrected response letter, with the omitted word now added and highlighted, is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 27, 2025
      Los Angeles, CA

By: */s/ Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
    Ellyn S. Garofalo
    1801 Century Park West, 5th Floor
    Los Angeles, CA 90067
    Tel: (310) 201-0005
    Email: egarofalo@lftcllp.com