# EXHIBIT A

**NON-PARTY KATHERINE CASE'S PRIVILEGE LOG BY CATEGORY**

*Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049 (lead case)

United States District Court, New York Southern

| No. | Date Range | Doc. Type | No. of Docs. | Description | Participants | Privilege Reason |
|---|---|---|---|---|---|---|
| 1 | 8/23/24-3/3/25 | Text messages and attachments | 71 | Confidential attorney-client communications concerning legal advice sought and received regarding the general management and direction of the litigation | Katherine Case; James Case | Attorney Client Privilege |
| 2 | 12/28/2024 - 1/8/2025 | Text messages and attachments | 138 | Confidential legal strategy discussions and draft materials prepared in anticipation of asserting counterclaims | Jed Wallace; Bryan Freedman; Mitra Ahouraian; Katherine Case; Jared Freedman; Miles Cooley; Jason Sunshine; Summer Benson; Breanna Butler Koslow; Spencer (13102665175); Jen Abel; Bryan Freedman; Carolina (17039753592); Melissa Nathan | Attorney Client Privilege

Work Product Privilege

Common Interest Privilege |

*[Signature Page Follows]*

Dated:    New York, New York
          July 22, 2025

Respectfully submitted,

/s/ *Maxwell Breed*

Maxwell Breed
Daniel J. Pohlman
Parmida Enkeshafi
**PRYOR CASHMAN LLP**
7 Times Square, 40th Floor
New York, NY 10036
Phone: (212) 421-4100
Fax: (212) 326-0806
mbreed@pryorcashman.com
dpohlman@pryorcashman.com
penkeshafi@pryorcashman.com

*Counsel for Nonparties Katherine Case and Breanna Butler Koslow*

2