# EXHIBIT C

CONFIDENTIAL

## Privilege Log of Jonesworks LLC and Stephanie Jones
Documents in the Possession of Edgeworth Security Services LLC

| Category Number | Dates | Participants | Description | Privilege |
|---|---|---|---|---|
| 1 | May 10, 2024 | Stephanie Jones<br>Chad Brockway<br>Michael J. Kump<br>Aaron Liskin | Email correspondence among client, counsel, and Edgeworth regarding requests for and reports of pre-litigation consulting and forensic services relating to defamation against Ms. Jones and Jonesworks LLC in connection with anticipated litigation. | Attorney-Client Privilege<br>Work Product |
| 2 | May 10, 2024 | Stephanie Jones<br>Gordon Duren<br>Jason Hodes<br>Chad Brockway<br>Olivia Chapman<br>Kenneth Young<br>Michael J. Kump<br>Aaron Liskin | Email correspondence among clients, counsel, and Edgeworth regarding requests for and reports of pre-litigation consulting and forensic services relating to defamation against Ms. Jones and Jonesworks LLC in connection with anticipated litigation. | Attorney-Client Privilege<br>Work Product |
| 3 | November 8, 2024 – February 10, 2025 | Stephanie Jones<br>Chad Brockway<br>Alex Taylor<br>Kristin Tahler<br>Nicholas Inns | Email correspondence among clients, counsel, and Edgeworth regarding requests for and reports of pre-litigation consulting and forensic services relating to defamation against Ms. Jones and Jonesworks LLC in connection with anticipated and ongoing litigation. | Attorney-Client Privilege<br>Work Product |
| 4 | May 10, 2024 – November 28, 2024 | Stephanie Jones<br>Chad Brockway<br>Olivia Chapman<br>Kenneth Young | Email correspondence between Stephanie Jones and Edgeworth regarding requests for and reports of pre-litigation consulting and forensic services relating to defamation against Ms. Jones and Jonesworks LLC in connection with anticipated and ongoing litigation. | Work Product |

CONFIDENTIAL

**CONFIDENTIAL**

| 5 | May 8, 2024 – September 17, 2024 | Stephanie Jones Chad Brockway | Text messages between Stephanie Jones and Edgeworth regarding requests for and reports of pre-litigation consulting services relating to defamation against Ms. Jones and Jonesworks LLC in connection with anticipated litigation. | Work Product |

**CONFIDENTIAL**