UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS, INC., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has reviewed the *ex parte* documents produced by non-parties Breanna Butler Koslow and Katherine Case, *see* Dkt. No. 724, and the Wayfarer and Wallace Parties' corresponding privilege logs produced pursuant to the Court's September 14, 2025 Order. Dkt. Nos. 776, 783–84.

By separate order, which is being filed on the docket with court access only and mailed and emailed to counsel for Koslow and Case, the Court is directing those portions of the documents that may be withheld on grounds of attorney-client privilege. All other materials must be produced by October 6, 2025.

SO ORDERED.

Dated: September 30, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge