UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+-------------------------------------------------------------------X
                                                                    :
BLAKE LIVELY,                                                       :
                                                                    :
                                        Plaintiff,                  :
                                                                    :
                -v-                                                 :
                                                                    :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                         :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                          :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                         :
STREET RELATIONS, INC.,                                            :
                                                                    :
                                        Defendants.                 :
                                                                    :
+-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/30/2025__

24-cv-10049 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff Blake Lively ("Lively") has filed a letter motion, Dkt. No. 806, seeking an order directing the Wayfarer Parties[1] to produce a document-by-document privilege log for Signal communications produced pursuant to the Court's August 27, 2025 Order, *see* Dkt. No. 711. The Wayfarer Parties have represented that they are willing to provide a further amended categorical privilege log that subdivides the privileged Signal communications into categories by participants in each chat. *See* Dkt. No. 825. They have further indicated that if additional descriptions of those chats can be provided without waiving the attorney-client privilege, they will do so. *Id.* The Wayfarer Parties should also re-review the documents at issue in light of the Court's recent rulings on privilege to determine whether additional messages can be produced. *See* Dkt. No. 749; *see also Lively v. The Skyline Agency LLC*, No. 25-cv-347, Dkt. No. 31

---

[1] The Wayfarer Parties are Justin Baldoni, Jamey Heath, Steve Sarowitz, Wayfarer Studios LLC, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

(S.D.N.Y. Sept. 3, 2025).

An amended categorical privilege log shall be served by October 6, 2025.  The Court reserves judgment on Lively's motion pending service of an amended categorical privilege log and the production of those messages that after further review can be produced without waiving privilege.

SO ORDERED.

Dated: September 30, 2025
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge