UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>        -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                Defendants.<br><br>JENNIFER ABEL,<br><br>                Third-Party Plaintiff,<br><br>        -v-<br><br>JONESWORKS LLC,<br><br>                Third-Party Defendant. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**DECLARATION OF KEVIN A. FRITZ**

I, Kevin A. Fritz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Meister Seelig and Fein PLLC, 125 Park Avenue, 7th Floor, New York, NY 10017, and counsel of record for defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") in the above-captioned action.

2. I respectfully submit this declaration in support of the Wayfarer Parties' Motion to Amend the Case Management Plan and Scheduling Order.

3. An excerpt from Blake Lively's Second Amended Initial Disclosures, dated July 25, 2025, is attached as **Exhibit A**.

4. An excerpt from Blake Lively's Third Amended Initial Disclosures, dated September 30, 2025, is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   October 2, 2025
         New York, NY

/s/ *Kevin A. Fritz*
MEISTER SEELIG AND FEIN PLLC
Kevin A. Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
kaf@msf-law.com
*Counsel for the Wayfarer Parties*