USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
                     Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS, INC., :
:
                     Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court issued the following orders during a conference today, October 3, 2025. For the reasons provided on the record:

Plaintiff Blake Lively's request that the deadline to serve Requests to Admit be extended to October 10, 2025, is granted, provided that the requests served by all parties are limited solely to the authentication of documents. *See* Dkt. No. 835. The parties may, however, broaden their requests upon mutual agreement. This extension applies also to the related suit, *Jones v. Abel*, No. 25-cv-779 (S.D.N.Y. filed Jan. 27, 2025).

Lively's request for the Court to deny as untimely the Wayfarer Parties' motion for judgment on the pleadings is denied. *See* Dkt. No. 834. The Court will consider the motion for judgment on the pleadings concurrently with motions for summary judgment. Lively's response in opposition to the motion for judgment on the pleadings shall therefore be due on the same day that oppositions to the motion for summary judgment are due, which is currently November 19,

2025.  The Wayfarer Parties' reply shall be due one week thereafter with replies to the motions for summary judgment.

The Wayfarer Parties' request to extend the deadline to file summary judgment motions until December 15, 2025, is denied.  *See* Dkt. No. 840.

The Court takes under advisement the Wallace Parties' request to designate rebuttal experts after the resolution of their pending motion to dismiss.  *See* Dkt. No. 844.

The Clerk of Court is respectfully directed to close Dkt. Nos. 834, 835, 840, and 845.

SO ORDERED.

Dated: October 3, 2025
      New York, New York

                                            LEWIS J. LIMAN
                                    United States District Judge