**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

October 8, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Blake Lively v. Wayfarer Studios LLC, et al.,* **Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

     Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") hereby respond to the Court's October 6, 2025 order regarding their request to seal exhibits 1 and 2 of Dkt. No 814.  (Dkt. No. 848).  The Wayfarer Parties withdraw their request for sealing any portion of Dkt. No. 814.

                                Respectfully submitted,
                                */s/     Ellyn S. Garofalo*
                                LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                Bryan J. Freedman*
                                Ellyn S. Garofalo*
                                1801 Century Park West, 5th Floor
                                Los Angeles, CA  90067
                                Tel: (310) 201-0005
                                Email: bfreedman@lftcllp.com
                                           egarofalo@lftcllp.com
                                  *Admitted *Pro Hac Vice*

cc: all counsel of record (via ECF)

459156.1