**manatt**

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

October 13, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

In accordance with Sections 1.C, 1.D, and 3.A of Your Honor's Individual Practices in Civil Cases, Plaintiff Blake Lively and Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, Jed Wallace and Street Relations, and Third Party Defendant Jonesworks LLC (collectively, the "Parties") respectfully stipulate and move the Court for an order modifying the Court's Case Management Plan and Scheduling Orders (Dkt. Nos. 58, 425, 750 (collectively, the "Case Plan")) to (1) extend the deadlines for the completion of expert discovery as set forth below and (2) to extend the deadline for the Parties to file motions for summary judgment from November 5, 2025 to November 12, 2025, pursuant to the Court's guidance on October 3, 2025.

Specifically, the Parties hereby stipulate and move the Court for an order modifying the Case Plan as follows:

- **October 17, 2025**: Deadline to exchange opening expert reports.

- **November 3, 2025**: Deadline to exchange expert rebuttal reports.

- **November 12, 2025**: Deadline to file motions for summary judgment.

- **December 5, 2025**: Deadline to complete depositions of experts. The Parties agree that any expert upon which a Party intends to rely either in support of, or in opposition to, a motion for summary judgment will be made available for deposition seven (7) days before the applicable briefing deadline.

In light of these proposed modifications to the schedule, the parties further request that the Court adjourn the post-discovery conference, which is currently scheduled for October 21, 2025, to a date following the completion of expert discovery, or another date that is convenient for the Court.

The proposed extension will not affect any other existing dates or deadlines, including for trial or the filing of the joint pretrial order.

404283985.3

Hon. Lewis J. Liman
Page 2

In accordance with Section 1.D of Your Honor's Individual Practices in Civil Cases, the Parties state the following:

1. Under the current Case Plan (Dkt. Nos. 58, 425, 750), the current deadline for completion of expert discovery is November 14, 2025. (*Id.* at ¶ 8.)

2. The Parties previously moved to amend the Case Plan to extend the close of expert discovery (Dkt. No. 741), which the Court granted. (*See* Dkt. No. 750.)

3. Under the current Case Plan (Dkt. Nos. 58, 425, 750), the current deadline to file motions for summary judgment is November 5, 2025. (*Id.* at ¶ 12.) The parties have made no prior joint requests to extend the summary judgment deadline.

4. The Parties' next scheduled appearance before the Court is a post-discovery status conference, scheduled for October 21, 2025 at 10:00 a.m. (*see* Dkt. No. 58 at ¶ 11), which the Parties propose rescheduling to December 16, 2025, subject to the Court's calendar and availability.

5. All Parties consent to the relief requested herein.

The Parties have met and conferred and agree that such extension is appropriate and good cause exists for the extension requested herein. *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (Liman, J.) ("Good cause is likely to be found when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party." (cleaned up)). Among other things, it is respectfully submitted that good cause exists here (1) given that depositions completed as of the afternoon of October 10, with three Wayfarer Defendants sitting for deposition between October 6-10; (2) to allow all parties the opportunity to incorporate document discovery and testimony into any expert analysis, especially given that three Wayfarer Defendants were deposed between October 6-10, 2025; and (3) to enable all Parties to incorporate fact and expert discovery into their motions for summary judgment, if any. The Parties agree that no party will be prejudiced by such extension.

Respectfully submitted,

404283985.3

Hon. Lewis J. Liman
Page 3

/s/ *Bryan Freedman*

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

/s/ *Kristin Tahler*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213)443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan Anastasio

/s/ *Esra A. Hudson*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela Connolly
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
MConnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

/s/ *Joel Glover*

JACKSON WALKER LLP
Charles L. Babcock

404283985.3

Hon. Lewis J. Liman
Page 4

295 5th Avenue
New York, NY 10016
(212)849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third Party Defendant Jonesworks, LLC*

Joel R. Glover
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com

*Attorneys for Defendants Jed Wallace and Street Relations, Inc.*