```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
BLAKE LIVELY, :
:
Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS, INC., :
:
Defendants. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has received inquiries from the public regarding Exhibit 1 to Plaintiff Blake Lively's motion for fees and damages under California Civil Code Section 47.1, *see* Dkt. No. 748-3, which the Court previously ordered unsealed, *see* Dkt. No. 848 at 5. The Court has been informed that the exhibit cannot be filed on the public docket, as the Electronic Case Filing system does not support audio files. The Court therefore requests the parties' assistance in publicly releasing the file. The parties are directed to file a joint letter by October 17, 2025, updating the Court with respect to those efforts.

SO ORDERED.

Dated: October 15, 2025
       New York, New York                   _____
                                            LEWIS J. LIMAN
                                            United States District Judge