# manatt

Copies shall be provided to the Clerk's Office no later than October 20, 2025.

SO ORDERED.

*LEWIS J. LIMAN*
United States District Judge

October 17, 2025

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

October 17, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:    *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

In accordance with Your Honor's October 15, 2025 Order (Dkt. No. 856), Plaintiff Blake Lively and Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Parties") respectfully write to inform the Court of their efforts to publicly release the audio file submitted in support of Ms. Lively's motion for fees and damages under California Civil Code Section 47.1, *see* Dkt. No. 748-3, which the Court previously ordered unsealed.

The Parties have conferred and agreed to provide the Clerk's Office with copies of the physical audio recording in a CD format, which will then be distributed to, or copied for, the public upon the Clerk's Office receiving such request. Counsel for the Parties confirmed that the Clerk's Office is amenable to the foregoing approach, which the Parties agree provides public access to the audio file in lieu of the file being filed on the public docket, which the Court's docket cannot accommodate from a technical standpoint. Counsel has received limited outreach for the audio file to date and intends to provide a sufficient number of copies to accommodate any anticipated requests to the Clerk's Office and will also provide additional copies, as needed.

Respectfully submitted,

Hon. Lewis J. Liman
Page 2

| | |
|---|---|
| /s/ *Bryan Freedman* | /s/ *Esra A. Hudson* |

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela Connolly
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com