**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | Civ. Action No. 1:24-cv-10049-LJL |
| Plaintiff, | (Consolidated for pretrial purposes with 1:25-cv-00779-LJL) |
| v. | |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, | **MOTION FOR ADMISSION** *PRO HAC VICE* |
| Defendants. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Amir Kaltgrad, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC and Jennifer Abel in the above-captioned action.

I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 17, 2025  
Los Angeles, CA

Respectfully submitted,

**MEISTER SEELIG & FEIN PLLC**

By: ___/s/___ *Kevin Fritz*___  
Mitchell Schuster  
Kevin Fritz  
125 Park Avenue, 7th Floor  
New York, NY 10017  
Tel: (212) 655-3500  
Email: ms@msf-law.com  
kaf@msf-law.com

Dated: October 17, 2025  
Los Angeles, CA

**LINER FREEDMAN TAITELMAN + COOLEY**

By: ___/s/ Amir Kaltgrad___  
Amir Kaltgrad, Esq  
LINER FREEDMAN TAITELMAN + COOLEY, LLP  
1801 Century Park West, 5th Floor  
Los Angeles, California 90067  
Tel: (310) 201-0005  
Fax: (310) 201-0045  
Email: akaltgrad@lftcllp.com

449506.1