UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>      Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br><br>(Consolidated for pretrial purposes with 1:25-cv-00779-LJL)<br><br>**AFFIDAVIT OF AMIR KALTGRAD IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Amir Kaltgrad, declare as follows:

1. I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP. As such, I have personal knowledge of the facts stated herein.

2. I submit this affidavit in support of my application for admission to practice *Pro Hac Vice* in the above-captioned matter counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC and Jennifer Abel in the above-captioned action.

3. I am a member in good standing of the bar of the State of California. My Certificate of Good Standing is attached hereto.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

449506.1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and accurate. I understand that the Court retains the right to deny my admission based on the content of this affidavit.

Dated: October 17, 2025
      Los Angeles, California

Respectfully submitted,

*/s/ Amir Kaltgrad*

Amir Kaltgrad, Esq.
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
Email: akaltgrad@lftcllp.com

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___LOS ANGELES___ )

On October 17, 2025 before me, __JOANNA RIVERA, NOTARY PUBLIC,__
                                    (insert name and title of the officer)

personally appeared ___AMIR KALTGRAD___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/ Joanna Rivera_____ (Seal)

JOANNA RIVERA
Notary Public - California
Los Angeles County
Commission # 2450383
My Comm. Expires Jun 17, 2027

449506.1