UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>       Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br><br>(Consolidated for pretrial purposes with 1:25-cv-00779-LJL)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kim S. Zeldin, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC and Jennifer Abel in the above-captioned action.

   I am in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of

a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

Dated: October 17, 2025
        Los Angeles, CA

**MEISTER SEELIG & FEIN PLLC**

By: ___/s/_____Kevin Fritz_____
    Mitchell Schuster
    Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
       kaf@msf-law.com

Dated: October 17, 2025
        Los Angeles, CA

**LINER FREEDMAN TAITELMAN + COOLEY**

By: _____
Kim S. Zeldin, Esq.
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
Email: kzeldin@lftcllp.com

449504.1