

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *KIM STACY ZELDIN*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby KIM STACY ZELDIN, #135780 was on the 7th day of December 1988, duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 10th day of October 2025.

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____
D. Urzua, Deputy Clerk