UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>    Plaintiff,<br><br>  v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>    Defendants. | No. 24-cv-10049-LJL (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>JONESWORKS LLC,<br><br>    Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>    Consolidated Plaintiffs,<br><br>  v.<br><br>BLAKE LIVELY, et al.<br><br>    Consolidated Defendants. | |

**NOTICE OF PLAINTIFF BLAKE LIVELY'S
MOTION FOR SPOLIATION SANCTIONS AGAINST DEFENDANTS**

PLEASE TAKE NOTICE that, for the reasons stated in the accompanying Memorandum of Law in Support of Plaintiff Blake Lively's Motion for Spoliation Sanctions, and the accompanying Declaration of Esra Hudson, dated October 22, 2025, with the exhibits attached thereto, the undersigned will move this Court, before Judge Lewis J. Liman, at the United States

Courthouse for the Southern District of New York, located at 500 Pearl St., New York, NY 10007, on a date and time to be set by the Court, for an order, pursuant to Rule 37(e) of the Federal Rules of Civil Procedure, issuing spoliation sanctions against Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Defendants"), and Defendants Jed Wallace and Street Relations, Inc. (collectively, the "Wallace Defendants") for their failure to preserve electronically stored information. For these reasons, and those set forth in more detail in the accompanying memorandum of law, the Court should grant Ms. Lively's motion in its entirety.

Dated: October 22, 2025                    /s/ *Esra A. Hudson*

WILLKIE FARR & GALLAGHER LLP              MANATT, PHELPS & PHILLIPS, LLP
Michael J. Gottlieb                        Esra A. Hudson (admitted *pro hac vice*)
2049 Century Park East                     Stephanie A. Roeser (admitted *pro hac vice*)
Los Angeles, California 90067              Sarah E. Moses (admitted *pro hac vice*)
(310) 855-3000                             2049 Century Park East, Suite 1700
mgottlieb@willkie.com                      Los Angeles, California 90067
                                           (310) 312-4000
Kristin E. Bender                          ehudson@manatt.com
1875 K Street NW                           sroeser@manatt.com
Washington, DC 20006                       smoses@manatt.com
(202) 303-1000
kbender@willkie.com                        Matthew F. Bruno
                                           7 Times Sq
Aaron Nathan                               New York, NY 10036
Michaela A. Connolly                       (212) 790-4500
787 7th Avenue                             mbruno@manatt.com
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 9th Street NW
Washington, DC 20004
(202) 240-2927
mgovernski@dirllp.com

*Attorneys for Plaintiff Blake Lively*