# EXHIBIT 25

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 2 | Date Range: 8/8/2024 |

### Outline of Conversations



**Justin Baldoni / Wayfarer** · 2 messages on 8/8/2024 · Breanna Butler ▮▮▮▮▮▮▮▮▮ · Jed Wallace ▮▮▮▮▮▮▮▮ · Katie Case (AEAC8486-CB1E-47C0-84A8-92B8CF372587) · Melissa Nathan ▮▮▮▮▮▮▮▮ · System Message (System Message)

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **Justin Baldoni / Wayfarer**

SM  **System Message (System Message)**                                          8/8/2024, 1:19 PM

SM  **System Message (System Message)**                                          8/8/2024, 1:19 PM

BBKOSLOW-000006743