# **EXHIBIT 46**

| | |
|---|---|
| **From:** | Kevin A. Fritz |
| **To:** | Bruno, Matthew |
| **Cc:** | Hudson, Esra; Morgan Anastasio; Kristin Bender; Michaela Connolly; Michael Gottlieb; Meryl Governski; Nathan Aaron E.; Melissa Taustine; Climaco, Katelyn; laura.prather@haynesboone.com; Joel Glover; michael.lambert@haynesboone.com; Kristin Tahler; Moses, Sarah; Maaren Shah; Nicholas Inns; Roeser, Stephanie; Chip Babcock; Kim Zeldin; Bryan Freedman; Stacey Ashby; Ellyn Garofalo; mitra@ahouraianlaw.com; Summer Benson; Birtha Vaneta; Rose Khatchikian; Birtha Vaneta; Amir Kaltgrad; Theresa Troupson |
| **Subject:** | RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449 |
| **Date:** | Monday, September 22, 2025 5:28:22 PM |
| **Attachments:** | image002.png<br>image003.png |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Matt:

Thank you for your email. We are representing that we have produced non-privileged Signal messages within our client's possession, custody, or control. We understand from your email that Ms. Lively lacks any basis to allege that the Wayfarer Parties have failed to produce non-privileged Signal communications that exist.

We have repeatedly asked you to identify the additional information that you are requesting be contained within our privilege log, and you have refused to identify any such information.

Although we understand you are eager to declare an impasse rather than substantively respond to our questions, we remain available to resolve any open dispute.



Text    Description automatically generated

**Kevin A. Fritz**
Partner

125 Park Avenue  |  7th Floor  |  New York, NY  |  10017
Direct (212) 655-3570  |  Firm (212) 655-3500  |  Fax (646) 564-4819  |  kaf@msf-law.com

New York    |    New Jersey    |    Connecticut    |    California    |    Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
**IRS CIRCULAR 230 DISCLOSURE:** As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Monday, September 22, 2025 3:09 PM
**To:** Kevin A. Fritz <kaf@msf-law.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Kristin Bender <KBender@willkie.com>; Michaela Connolly <MConnolly@willkie.com>; Michael Gottlieb <MGottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan Aaron E. <ANathan@willkie.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; Joel Glover <jglover@jw.com>; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Stacey Ashby <sma@msf-law.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>;

Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Kevin:

To be clear, are you representing in your email below that there are no Signal communications prior to December 20, 2024 and no, non-privileged, Signal communications within Mr. Sarowitz's possession, custody, or control? Please confirm immediately.

As for the categorical log, we have explained our position regarding the need for additional information to assess the Wayfarer Defendants' claims of privilege. You have refused to amend the categorical log to address our concerns. As such, we are at an impasse and we will seek appropriate relief. Lastly, when can we expect to receive the Wayfarer Defendants' second amended categorical log? Of course, your explanation below raises additional questions as to whether the Wayfarer Defendants are preparing a proper categorical log, which we reserve the right to raise with the Court.

All rights reserved.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Kevin A. Fritz <kaf@msf-law.com>
**Sent:** Friday, September 19, 2025 8:28 PM
**Cc:** Hudson, Esra <EHudson@manatt.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Kristin Bender <KBender@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Michaela Connolly <MConnolly@willkie.com>; Michael Gottlieb <MGottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan Aaron E. <ANathan@willkie.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; Joel Glover <jglover@jw.com>; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Stacey Ashby <sma@msf-law.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Stephanie:

Your summary and understanding are both incorrect. The Wayfarer Parties have now produced 523 Family-complete, non-privileged Signal messages in their possession, custody, and control. As the Court stated in its Order dated August 29, 2025: "A responding party who denies that documents exist cannot be compelled to produce them unless the discovering party makes an adequate showing to overcome that assertion." (Dkt. 727, p. 5 – 6). If you have any basis to assert that the Wayfarer Parties have failed to produce Signal communications that exist, please set forth the basis thereof in detail.

With respect to the privileged nature of certain Signal communications, we will be serving an updated log of those communications, which is significantly less than 4,600, as alleged in your email, when accounting for duplicate communications. To the extent that you claim that our prior categorial privilege log "lacks sufficient detail" for you to evaluate our privilege assertions, please specify what additional information would assist you in your evaluation.



**Kevin A. Fritz**
Partner

125 Park Avenue | 7th Floor | New York, NY | 10017
Direct (212) 655-3570 | Firm (212) 655-3500 | Fax (646) 564-4819 | kaf@msf-law.com
New York    |    New Jersey    |    Connecticut    |    California    |    Website

**IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT:** Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this facsimile, or any attachments hereto.
**NOTICE OF ATTORNEY'S CONFIDENTIALITY:** The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN PLLC which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission sheet. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this telecopy transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
**IRS CIRCULAR 230 DISCLOSURE:** As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Thursday, September 18, 2025 12:51 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Stacey Ashby <sma@msf-law.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Kevin A. Fritz <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Bender, Kristin <kbender@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; Joel Glover <jglover@jw.com>; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Moses, Sarah <SMoses@manatt.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>
**Subject:** Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449

**CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Counsel,

We note that you did not produce any Signal communications for any of the Wayfarer Defendants on September 15, nor any Signal communications for Steve Sarowitz on September 12, although you had previously promised both. In reviewing the Wayfarer Defendants' recent document productions on September 8 and 12, only a small handful of Signal communications were produced, none of which predate December 20, 2024 for any of the Wayfarer Defendants, nor are there *any* Signal communications *at all* from Mr. Sarowitz's custodial files for *any* time period.

As you know, the Wayfarer Defendants represented to the Court that: (1) "Ms. Lively will have Mr. Sarowitz's responsive, non-privileged Signal messages by September 12, 2025" (Dkt. No. 757) and (2) responsive, non-privileged Signal communications from other Wayfarer Defendants (and their counsel) would be produced by September 15. (Dkt. No. 746.) Given that we understand the Wayfarer Defendants have now completed their production of Signal communications within their possession, custody, or control, we conclude that neither the Wayfarer Defendants nor their counsel preserved any Signal communications prior to December 20, 2024 and, as for Mr. Sarowitz, he did not preserve any "non-privileged" Signal communications at any time. Separately, all of the Wayfarer Defendants and their counsel withheld nearly all of their post-December 20, 2024 Signal communications (totaling over 4,600 messages), on the basis that they are "privileged," as reflected on the Wayfarer Defendants' amended categorical privilege log, which we have advised on several occasions lacks sufficient detail for us to evaluate any claim of privilege, including on September 16.

If any of our summary or understanding is incorrect, please advise by no later than close of business on Friday, September 19.

Thanks,
Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.