# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

October 22, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal certain portions of Ms. Lively's Brief in Support of Spoliation Sanctions Against Defendants Wayfarer Studios, LLC; Justin Baldoni; Jamey Heath; Steve Sarowitz; It Ends With Us Movie LLC; Melissa Nathan; The Agency Group PR LLC; and Jennifer Abel (the "Wayfarer Defendants"); and Defendants Jed Wallace and Street Relations, Inc. (the "Wallace Defendants"), and Exhibits 1-16, 18-23, 26-28, 30-45, and 47-55 to Ms. Lively's Motion, filed contemporaneously herewith.[1] Exhibits 1-16, 18-23, 26-28, 30-45, and 47-55 are excerpts from deposition transcripts and documents that were produced in this litigation, each of which have been designated "Confidential" or "Attorneys' Eyes Only" by parties to this litigation, as well as third parties pursuant to the Protective Order in this case. *See* Dkt. No. 125. The redacted portions of Ms. Lively's Motion similarly refer to documents and deposition testimony that were designated as Confidential or "Attorneys' Eyes Only" pursuant to the Protective Order.

In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the Wayfarer Defendants or Wallace Defendants may file a motion for continued sealing if they so choose.

---

[1] Ms. Lively is not seeking to seal documents that were marked "Confidential" but later unsealed by the Court.

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

                         Respectfully submitted,

                         /s/ Esra A. Hudson

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2049 Century Park East
Los Angeles, California 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*