**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | tel (213) 4433000 fax (213) 4433100

October 22, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:  *Lively v. Wayfarer*, **1:24-cv-10049-LJL**

On behalf of Jonesworks LLC ("Jonesworks"), we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits 2–4, 6–21, and 23–42 to Jonesworks' Motion for Spoliation Sanctions ("Motion"), filed contemporaneously herewith, as well those portions of the Motion that references those exhibits. Exhibits 2–4, 6–21, and 23–42 contain non-public information that has been designated as Confidential or Attorneys Eyes' Only by the parties pursuant to the protective order in this action.

Jonesworks respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer and file any motion for continued sealing if they so choose.

Respectfully submitted,

*/s/ Kristin Tahler*

| | |
|---|---|
| DATED:  October 22, 2025<br>Los Angeles, California | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br><br>Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com<br><br>Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Third-Party Defendant<br>Jonesworks, LLC* |