UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>　　　　Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00449-LJL |
| JENNIFER ABEL,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>　　　　Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>　　　　Defendants. | |

**DECLARATION OF KRISTIN TAHLER IN SUPPORT OF JONESWORKS LLC'S MOTION FOR SPOLIATION SANCTIONS**

I, Kristin Tahler, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　I am an attorney admitted to practice before this Court, a partner in the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 865 South Figueroa Street 10th Floor, Los Angeles, CA 90017, and counsel of record for Jonesworks LLC ("Jonesworks") in the above-captioned action.

2.　I respectfully submit this declaration in support of Jonesworks' Motion for

1

Spoliation Sanctions against Third-Party Plaintiff Jennifer Abel ("Abel").

3. A true and correct copy of correspondence between Lindsey Strasberg, Imene Meziane, Joseph Lanius, and David Weber, dated November 9, 2023, bearing beginning Bates number WAYFARER_000140991, is attached hereto as **Exhibit 1**.

4. A true and correct copy of correspondence between ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ bearing beginning Bates number BALDONI_000020294, is attached hereto as **Exhibit 2**.

5. A true and correct copy of excerpts from the transcript of the deposition of Jennifer Abel, taken on September 26, 2025, is attached hereto as **Exhibit 3**.

6. A true and correct copy of correspondence between ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ bearing beginning Bates number TOSKOVIC_000000677, is attached hereto as **Exhibit 4**.

7. A true and correct copy of correspondence among counsel dated August 18, 2025 through August 26, 2025, is attached hereto as **Exhibit 5**.

8. A true and correct copy of correspondence between ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, bearing beginning Bates number BBKOSLOW-000008776, is attached hereto as **Exhibit 6**.

9. A true and correct copy of correspondence between ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, bearing beginning Bates number BBKOSLOW-000005048, is attached hereto as **Exhibit 7**.

10. A true and correct copy of correspondence among counsel dated August 28, 2025 through September 11, 2025, is attached hereto as **Exhibit 8**.

11. A true and correct copy of excerpts from the transcript of the deposition of Justin Baldoni, taken on October 6, 2025, is attached hereto as **Exhibit 9**.

12. A true and correct copy of correspondence among counsel, dated August 1, 2025 through August 11, 2025, and an attachment of the search terms agreed upon on August 11, 2025, is attached hereto as **Exhibit 10**.

13. A true and correct copy of excerpts from the transcript of the deposition of Jamey Heath taken on October 9, 2025, is attached hereto as **Exhibit 11**.

14. A true and correct copy of correspondence between ▮▮▮▮▮▮▮▮▮▮, bearing beginning Bates number JONESWORKS_JB_000001142, is attached hereto as **Exhibit 12**.

15. A true and correct copy of correspondence between ▮▮▮▮▮▮▮▮▮▮, bearing beginning Bates number HANKS_000000016, is attached hereto as **Exhibit 13**.

16. A true and correct copy of correspondence between counsel, dated August 13, 2025 through August 15, 2025, and an attachment of the search terms agreed upon on August 15, 2024, is attached hereto as **Exhibit 14**.

17. A true and correct copy of correspondence between ▮▮▮▮▮▮▮▮▮▮, bearing beginning Bates WAYFARER_000141577, is attached hereto as **Exhibit 15**.

18. A true and correct copy of The Agency Group's ("TAG") Scope of Work prepared for Wayfarer Studios LLC ("Wayfarer") and Justin Baldoni, dated July 26, 2024, bearing

beginning Bates number WAYFARER_000135368, is attached hereto as **Exhibit 16**.

19. A true and correct copy of TAG's agreement for services with Wayfarer, dated August 2, 2024, bearing beginning Bates number WAYFARER_000133653, is attached hereto as **Exhibit 17**.

20. A true and correct copy of excerpts from the transcript of the deposition of Jennifer Abel, taken on September 25, 2025, is attached hereto as **Exhibit 18**.

21. A true and correct copy of correspondence between ████████████████████ ████████████████ bearing beginning Bates number KCASE-000000585, is attached hereto as **Exhibit 19**.

22. A true and correct copy of correspondence between ████████████████████ ████████████████████, bearing beginning Bates number KCASE-000005118, is attached hereto as **Exhibit 20**.

23. A true and correct copy of correspondence between ████████████████████ ████████████████████, bearing beginning Bates number KCASE-000002654, is attached hereto as **Exhibit 21**.

24. A true and correct copy of correspondence between Katie Case, Jamey Heath, Jennifer Abel, Melissa Nathan, and Breanna Butler Koslow, dated August 7, 2024, bearing beginning Bates number ABEL_000005094, is attached hereto as **Exhibit 22**.

25. A true and correct copy of correspondence between ████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████, bearing beginning Bates number HEATH_000048496, is attached hereto as **Exhibit 23**.

26. A true and correct copy of excerpts from the transcript of the deposition of Jed

4

Wallace, taken on October 10, 2025, is attached hereto as **Exhibit 24**.

27. A true and correct copy of correspondence among Counsel dated September 26, 2025 through September 29, 2025, is attached hereto as **Exhibit 25**.

28. A true and correct copy of correspondence between Jennifer Abel and Melissa Nathan, dated August 9, 2024, bearing beginning Bates number JONESWORKS_00016275, is attached hereto as **Exhibit 26**.

29. A true and correct copy of correspondence between Jennifer Abel and Melissa Nathan, dated July 29, 2024, bearing beginning Bates number JONESWORKS_00037451, is attached hereto as **Exhibit 27**.

30. A true and correct copy of correspondence between ███████████████████████████████████████, bearing beginning Bates number JONESWORKS_WAYFARER_000004205, is attached hereto as **Exhibit 28**.

31. A true and correct copy of correspondence between ███████████████████████████████ bearing beginning Bates number NATHAN_000002151, is attached hereto as **Exhibit 29**.

32. A true and correct copy of correspondence between J████████████████████████████, bearing beginning Bates number NATHAN_000002237, is attached hereto as **Exhibit 30**.

33. A true and correct copy of Defendant/Third-Party Plaintiff Jennifer Abel's Responses and Objections to Plaintiff Blake Lively's Seventh Set of Interrogatories, dated September 29, 2025, is attached hereto as **Exhibit 31**.

34. A true and correct copy of correspondence between ████████████████████████████████, bearing beginning Bates number BBKOSLOW-000004099, is

attached hereto as **Exhibit 32**.

35. A true and correct copy of excerpts from the transcript of the deposition of Jamey Heath taken on October 8, 2025, is attached hereto as **Exhibit 33**.

36. A true and correct copy of excerpts from the transcript of the deposition of Melissa Nathan taken on September 29, 2025, is attached hereto as **Exhibit 34**.

37. A true and correct copy of excerpts from the transcript of the deposition of Jed Wallace, taken on October 9, 2025, is attached hereto as **Exhibit 35**.

38. A true and correct copy of correspondence between ███████, bearing beginning Bates number NATHAN_000018774, is attached hereto as **Exhibit 36**.

39. A true and correct copy of correspondence between ███████, bearing beginning Bates number ABEL_000019523, is attached hereto as **Exhibit 37**.

40. A true and correct copy of correspondence between ███████, bearing beginning Bates number NATHAN_000003332, is attached hereto as **Exhibit 38.**

41. A true and correct copy of correspondence ███████, bearing beginning Bates number STREET 3.000495, is attached hereto as **Exhibit 39**.

42. A true and correct copy of excerpts from the transcript of the deposition of Katie Case, taken on September 5, 2025, is attached hereto as **Exhibit 40**.

43. A true and correct copy of correspondence between ███████, bearing beginning Bates number KCASE-000004949, is attached hereto as **Exhibit 41**.

44.     A true and correct copy of an audio file of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ bearing beginning Bates number KCASE-000004957, is attached hereto as **Exhibit 42**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  October 22, 2025
Los Angeles, California

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By :  */s/ Kristin Tahler*
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant Jonesworks, LLC*