# EXHIBIT 5

| | |
|---|---|
| **From:** | Summer Benson <sbenson@lftcllp.com> |
| **Sent:** | Tuesday, August 26, 2025 3:25 PM |
| **To:** | Morgan Anastasio; Theresa Troupson; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Local MS. Counsel; Local KAF. Counsel; Bryan Freedman; Jason Sunshine; Ellyn Garofalo; Amir Kaltgrad; Kim Zeldin; Christina Puello; Rose Khatchikian; Vaneta Birtha; mitra@ahouraianlaw.com |
| **Cc:** | Nicholas Inns; Maaren Shah; Kristin Tahler |
| **Subject:** | RE: Stephanie Jones, et al. v. Jennifer Abel, et al. |

**[EXTERNAL EMAIL from sbenson@lftcllp.com]**

Thank you for the call earlier, Morgan. Per our discussion, the Wayfarer Parties will produce documents consistent with our August 11 and August 15 agreements by tomorrow, August 27.

Summer E. Benson, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Friday, August 22, 2025 9:55 AM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Subject:** RE: Stephanie Jones, et al. v. Jennifer Abel, et al.

Theresa,

Thank you for confirming the Wayfarer Parties will be searching for and producing documents consistent with our August 11 and August 15 agreements, including producing the specific documents included in those agreements, by August 26.  Given your confirmation and agreement to amend your responses, we do not believe an extension of

1

today's motion to compel deadline is necessary but reserve all rights, including that good cause exists in the event of a deficient production.

As discussed, please also confirm whether the Wayfarer Parties searched the "Jamey Private" email address as part of its initial productions.

Thank you,
Morgan

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Thursday, August 21, 2025 11:17 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Subject:** RE: Stephanie Jones, et al. v. Jennifer Abel, et al. [IMAN-MATTERS.FID37300]

**[EXTERNAL EMAIL from ttroupson@lftcllp.com]**

Counsel,

Thank you for the meet and confer call today. As stated during the call, we are in the process of reviewing the documents identified in searches running both sets of agreed-upon search terms, as agreed on August 11 and 15. We anticipate making the production of the non-privileged, responsive documents identified using those search terms by August 26. Given that this falls after the motion deadline, we are amenable to stipulating to a short extension of the time for the Jonesworks Parties to move to compel with respect to these requests for production.

During our call, I understood you to be representing that the Jonesworks Parties' second sets of requests for production were intended to capture documents identified by the agreed search terms, not to cast a wider net than the agreed search terms. Consistent with that representation, the Wayfarer Parties will serve amended responses confirming that they will produce non-privileged documents responsive to each request in the second sets of requests for production to the extent that such documents are identified using the agreed-upon search terms, subject to their objections. We anticipate serving these amended responses by end of day on August 22, 2025.

In regards to the issue you raised about the error in the Wayfarer RFP responses, it appears an incorrect version of the document was served. For your records, I have attached the corrected document, which will shortly be superseded by the aforementioned amended responses.

We believe this resolves each of the issues raised in our call today. Please let us know if you require any further clarification.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, August 20, 2025 7:33 AM
**To:** matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; mitra@ahouraianlaw.com
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>
**Subject:** RE: Stephanie Jones, et al. v. Jennifer Abel, et al.

Counsel,

Please let us know when you are available, within the next 48 hours, to meet and confer regarding the Wayfarer Parties' responses and objections to the Jones Parties' July 16 requests for production.

Thank you,
Morgan

**From:** Cortni Davis <cdavis@lftcllp.com>
**Sent:** Monday, August 18, 2025 7:14 PM
**To:** Nicholas Inns <nicholasinns@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>
**Subject:** Stephanie Jones, et al. v. Jennifer Abel, et al.

**[EXTERNAL EMAIL from cdavis@lftcllp.com]**

Counsel,

Attached please find the following documents regarding the above-referenced matter.

1. Defendant Melissa Nathan's Responses and Objections to Plaintiffs Stephanie Jones and Jonesworks LLC's Second Set of Interrogatories;

3

2. Defendant Justin Baldoni's Responses and Objections to Plaintiffs/Counterclaim-Defendants Stephanie Jones and Jonesworks LLC's Second Set of Interrogatories;
3. Defendant/Counterclaimant Jennifer Abel's Responses and Objections to Plaintiffs/Counterclaim-Defendants Stephanie Jones and Jonesworks LLC's Second Set of Interrogatories;
4. Defendant/Counterclaimant Wayfarer Studios LLC's Responses and Objections to Plaintiffs/Counterclaim-Defendants Stephanie Jones and Jonesworks LLC's Second Set of Interrogatories;
5. Defendant/Counterclaimant Justin Baldoni's Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents;
6. Defendant/Counterclaimant Jennifer Abel's Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents;
7. Defendant/Counterclaimant Wayfarer Studios LLC's Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents; and
8. Defendant Melissa Nathan's Responses and Objections to Plaintiffs' Second Set of Requests for Production of Documents

If you have any trouble opening or accessing these documents, please do not hesitate to contact me and I will do my best to accommodate you.

Thank you for your attention.

*Cortni' A. Davis-Jackson*
Legal Assistant to:
Miles Cooley, Theresa Troupson and Summer Benson
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.