# EXHIBIT 42

# AUDIO RECORDING FILED UNDER SEAL