**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

               Plaintiff,

     v.

WAYFARER STUDIOS LLC, et al.,

               Defendants.

JENNIFER ABEL,

               Third-Party Plaintiff,

     v.

JONESWORKS LLC,

               Third-Party Defendant.

WAYFARER STUDIOS LLC, et al.,

               Plaintiffs,

     v.

BLAKE LIVELY, et al.,

               Defendants.

Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)

rel. 1:25-cv-00449-LJL

**CERTIFICATE OF SERVICE**

I, Kristin Tahler, do hereby certify that I am not less than 18 years of age and on this 22nd day of October 2025, I caused a copy of the sealed Memorandum of Law in Support of Jonesworks LLC's Motion for Spoliation Sanctions, ECF No. 869, and the accompanying sealed declaration and supporting exhibits, ECF No. 871, to be served upon the following counsel for the parties via email, in accordance with this Court's standing order dated September 24, 2025:

**SEE ATTACHED SERVICE LIST**

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 22, 2025

*/s/ Kristin Tahler*
Kristin Tahler

## SERVICE LIST

**LINER FREEDMAN TAITELMAN + COOLEY**

Bryan J. Freedman
Ellyn S. Garofalo
Theresa M Troupson
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**

Mitchell Schuster
Kevin Fritz
Stacey Michelle Ashby
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**AHOURAIAN LAW**

Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**

Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC*

**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

**MANATT, PHELPS & PHILLIPS, LLP**
Esra A. Hudson
Stephanie A. Roeser
Sarah Moses
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

**HAYNES AND BOONE, LLP**
Laura Lee Prather
Michael Lambert
98 San Jacinto Boulevard, Suite 1500 Austin, TX 78701
(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

**DUNN ISAACSON RHEE LLP**
Meryl C. Governski
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

**JACKSON WALKER LLP**
Charles L. Babcock, IV
Joel Glover
Jackson Walker, LLP, Texas
1401 McKinney St.. Suite 1900
Houston, TX 77010
(713) 752-4210
cbabcock@jw.com
jglover@jw.com

*Attorneys for Jed Wallace and Street Relations*