# EXHIBIT 7

Filed Under Seal

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                    ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                             25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                  **CONFIDENTIAL**
18                     VOLUME II
19      VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI
20               Los Angeles, California
21               Tuesday, October 7, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

1  has invested, to my knowledge, over $100 million and
2  that's nowhere near the amount of profit we made on
3  It Ends with Us.  So I have not taken, nor will I
4  take any share of that.
5        Q    Is there documentation that memorializes
6  what you just said to me?
7        A    I don't believe so.
8        Q    Is there documentation that would show
9  the payments that you have received, if any, derived
10 from the film It Ends with Us?
11       A    Of course.
12       Q    Have you produced those to us?
13       A    My lawyers have everything that would
14 need to be produced, so I would assume that if that
15 was something that would need to be produced, that
16 they would produce it.
17       Q    Do you recall telling us in an
18 interrogatory response that you first anticipated
19 litigation about It Ends with Us in August of 2024?
20       A    I don't remember, but I'm assuming that's
21 correct.
22       Q    Did you understand after that point in
23 time that you were required to preserve all
24 documents concerning the litigation that you
25 anticipated?

Page 349

1     A    No.
2     Q    When did you understand that?
3     A    I believe this last week.
4     Q    This last week is the first time you
5  understood that you were required to preserve
6  documents in this case?
7     A    Yes, but I preserve them anyways.
8     Q    What steps did you take to preserve your
9  documents, if any, in August of 2024?
10    A    By not deleting anything.
11    Q    Okay.  So you didn't delete anything.
12 Did you have any understanding of the retention
13 policies that existed on your email account?
14    A    Can you be more specific?
15    Q    Do you have any knowledge as you sit here
16 today one way or the other, whether the email
17 accounts that you use have retention policies on
18 them?
19         MS. SHAPIRO:  Objection.
20         THE WITNESS:  Retention, meaning like
21 they stay or they don't stay?
22 BY MR. GOTTLIEB:
23    Q    They stay or they get deleted after a
24 period of time.
25    A    I always have on all my e-mails that they