UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>      v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>                Defendants.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>                Plaintiffs,<br><br>      v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>                Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**MOTION FOR ADMISSION OF MITRA AHOURAIAN *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, Mitra Ahouraian, Esq., hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants/Consolidated Plaintiffs MELISSA NATHAN and JENNIFER ABEL in the above-captioned action.

By order dated April 23, 2025 (Dkt. No. 183), I was permitted to appear *pro hac vice* in this matter for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC and Steve Sarowitz.

I remain a member in good standing of the State Bar of California. A copy of my Certificate of Good Standing issued within the last 30 days is attached hereto as **Exhibit 1**.

A form of proposed order is submitted herewith.

Dated: New York, New York
October 22, 2025

**AHOURAIAN LAW**

By: */s/ Mitra Ahouraian*
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel: 310-376-7878
E-mail: mitra@ahouraianlaw.com

*Attorneys for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, and Melissa Nathan and Jennifer Abel*