UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>　　　　　　　　Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**AFFIDAVIT OF MITRA AHOURAIAN IN SUPPORT OF ADMISSION _PRO HAC VICE_** |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>　　　　　　　　Defendants. | |

STATE OF ~~CALIFORNIA~~ Texas )
                                                   ) :SS
COUNTY OF ~~LOS ANGELES~~ Collin )

       Mitra Ahouraian, being duly sworn deposes and states:

       1.       I am an attorney at AHOURAIAN LAW with offices at 2029 Century Park East, 4th Floor, Los Angeles, CA 90067. My phone number and email address are: 310-376-7878; mitra@ahouraianlaw.com.

       2.       I make this affidavit pursuant to Local Civil Rule 1.3(c) in support of defendants/consolidated plaintiffs MELISSA NATHAN and JENNIFER ABEL's, motion to admit me *pro hac vice* to represent them in this action.

       3.       By order dated April 23, 2025 (Dkt. No. 183), I was permitted to appear *pro hac vice* in this matter for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC and Steve Sarowitz.

       4.       I principally practice law in the state of California.

       5.       I am a member in good standing of the California bar. My Certificate of Good Standing is submitted herewith.

       6.       I have never been convicted of a felony.

       7.       I have never been censured, suspended, disbarred or denied admission, or readmission by any court.

       8.       There are no disciplinary proceedings pending against me.

Sworn Before me this
22nd day of October 2025

*[signature]*
Notary Public

Bruce Edward Denny
ID NUMBER
134256534
COMMISSION EXPIRES
March 16, 2027

*Mitra Ahouraian*
Mitra Ahouraian
Electronically signed and notarized online using the Proof platform.

2