UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>     Plaintiff,<br><br>   v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>     Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**[PROPOSED]**<br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**MITRA AHOURAIAN** |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>     Plaintiffs,<br><br>   v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>     Defendants. | |

  The motion of **Mitra Ahouraian, Esq.**, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

  Applicant has declared that she is a member in good standing of the State Bar of

California; and that her contact information is as follows:

>Mitra Ahouraian, Esq.
>AHOURAIAN LAW
>2029 Century Park East, 4th Floor
>Los Angeles, CA 90067
>Tel: 310-376-7878
>E-mail:  mitra@ahouraianlaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendants/consolidated plaintiffs Melissa Nathan and Jennifer Abel in the above entitled action;

**IT IS HEREBY ORDERED** that Mitra Ahouraian is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                         United States District / Magistrate Judge