UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>　　　　　　Defendants. | No. 24-cv-10049-LJL (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>JONESWORKS LLC,<br><br>　　　　　　Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　　Consolidated Plaintiffs,<br><br>　　v.<br><br>BLAKE LIVELY, et al.<br><br>　　　　　　Consolidated Defendants. | |

**CERTIFICATE OF SERVICE**

　　　　I, Esra A. Hudson, do hereby certify that I am not less than 18 years of age and on this 22nd day of October 2025, I caused a copy of the sealed Memorandum of Law in Support of Plaintiff Blake Lively's LLC's Motion for Spoliation Sanctions (Dkt. No. 874) and the accompanying sealed exhibits (Dkt. Nos. 874-1 through -51), to be served upon the following

- 2 -

counsel for the parties via email, in accordance with this Court's standing order dated September 24, 2025, (Dkt. No. 801):

**SEE ATTACHED SERVICE LIST**

Dated: October 22, 2025  /s/ *Esra A. Hudson*
Esra A. Hudson

**SERVICE LIST**

**LINER FREEDMAN TAITELMAN + COOLEY**
Bryan J. Freedman
Ellyn S. Garofalo
Theresa M Troupson
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**
Mitchell Schuster
Kevin Fritz
Stacey Michelle Ashby
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**AHOURAIAN LAW**
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
*Attorneys for Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With*

*Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC*

**JACKSON WALKER LLP**
Charles L. Babcock, IV
Joel Glover
Victoria C. Emery
1401 McKinney St.. Suite 1900
Houston, TX 77010
(713) 752-4210
cbabcock@jw.com
jglover@jw.com
temery@jw.com
*Attorneys for Jed Wallace and Street Relations*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
213-443-3615
kristintahler@quinnemanuel.com

Maaren Alia Shah
Morgan Lindsay Anastasio
295 5th Avenue
New York, NY 10016
212-849-7452
maarenchoksi@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns
1300 I St NW
Suite 900
Washington, DC 20005
202-774-6147
nicholasinns@quinnemanuel.com
*Attorneys for Jonesworks LLC*