

Kevin Fritz<br>
*Partner*<br>
Direct (212) 655-3570<br>
kaf@msf-law.com

<u>Via ECF</u>
Hon. Lewis J. Liman                                October 24, 2025
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Rules 1(D) and 2(K) of Your Honor's Individual Rules and Practices, we write to advise the Court that all parties have agreed to a briefing schedule for plaintiff Blake Lively and third-party defendant Jonesworks LLC's respective motions for spoliation sanctions (collectively, the "Motions"). (Dkt. 862, 867).

Pursuant to Local Civil Rule 6.1(a), the current date for opposition to the Motions is October 29, 2025. Under the parties' agreement, oppositions to the Motions will be filed before November 20, 2025 at 5:00 p.m. EST, and replies thereto will be filed on or before December 5, 2025. The parties' next scheduled appearance before the Court is December 9, 2025.

Respectfully submitted,

   <u>/s/ Kevin Fritz       </u>
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
           kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
   Bryan J. Freedman (*pro hac vice*)
   Ellyn S. Garofalo (*pro hac vice*)
   Theresa M Troupson (*pro hac vice*)
   Summer Benson (*pro hac vice*)
   Jason Sunshine
   1801 Century Park West, 5th Floor
   Los Angeles, CA 90067

Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)