UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, et al.<br><br>　　　　　　Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br><br>rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Kim S. Zeldin of Liner Freedman Taitelman + Cooley LLP, with offices located at 1801 Century Park West, 5th Floor, Los Angeles, California 90067, hereby appears on behalf of defendants **Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC** and **Jennifer Abel** in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice *pro hac vice* in this Court.

                                      Respectfully submitted,

Dated:  October 24, 2025　　　　　　**LINER FREEDMAN TAITELMAN**
        Los Angeles, CA　　　　　　　　**+ COOLEY**

                             By:　　*/s/ Kim S. Zeldin*
                                   Kim S. Zeldin, Esq.
                                   LINER FREEDMAN TAITELMAN +
                                   COOLEY, LLP
                                   1801 Century Park West, 5th Floor
                                   Los Angeles, California 90067
                                   Tel: (310) 201-0005
                                   Fax: (310) 201-0045
                                   Email: kzeldin@lftcllp.com