UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                        Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>                        Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br>rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF APPEARANCE** |
| WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, JENNIFER ABEL, an individual, and STEVE SAROWITZ, an individual,<br><br>                        Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, an individual, RYAN REYNOLDS, an individual, LESLIE SLOANE, an individual, VISION PR, INC., a New York corporation, and THE NEW YORK TIMES COMPANY, a New York corporation,<br><br>                        Defendants. | |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Mitra Ahouraian of AHOURAIAN LAW, with offices located at 2029 Century Park East, 4th Floor, Los Angeles, CA 90067, hereby appears on behalf of Defendants/Consolidated Plaintiffs **MELISSA NATHAN** and **JENNIFER ABEL**. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted *pro hac vice* in this case. See ECF Doc. No. 879.

By order dated April 23, 2025 (Dkt. No. 183), I was permitted to appear *pro hac vice* in this matter for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, and Steve Sarowitz; and therefore, on April 25, 2025, I filed a notice of appearance for those parties. See ECF Doc. No. 185.

Dated: New York, New York
October 27, 2025

                                        **AHOURAIAN LAW**

                                        By: */s/ Mitra Ahouraian*
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel: 310-376-7878
E-mail: mitra@ahouraianlaw.com

*Attorneys for Defendants/Consolidated Plaintiffs Melissa Nathan and Jennifer Abel*

2