**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  egarofalo@lftcllp.com

ELLYN S. GAROFALO

October 29, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**    *Blake Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;

Dear Judge Liman:

On behalf of Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 1.D of Your Honor's Individual Rules to respectfully request that the Court extend the deadline for all parties to move for continued sealing of documents filed under seal pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules.

Specifically, the Wayfarer Parties request that the Court extend by one week, through November 5, 2025, the deadline for all parties to move for continued sealing of documents identified in the motions to seal by Jonesworks LLC and Stephanie Jones (Dkt. No. 865) and Blake Lively (Dkt. No. 866).  The Wayfarer Parties further request that the Court maintain under seal the documents in question until the forthcoming motions to seal are decided.  This request does not affect the Case Management Plan or Scheduling Order.

The original date for filing the letter-motions is October 29, 2025.  No previous requests for adjournment or extensions of time have been made with respect to this deadline.  Counsel for all parties (Jonesworks LLC, Stephanie Jones, Blake Lively, Jed Wallace, and Street Relations Inc.) have consented to this request.  The date of the parties' next scheduled appearance before the Court is December 9, 2025.

Respectfully submitted,

*/s/ Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)

Hon. Lewis J. Liman
October 29, 2025
Page 2

          1801 Century Park West, 5th Floor
          Los Angeles, CA 90067
          Tel: (310) 201-0005
          Email: bfreedman@lftcllp.com
                  egarofalo@lftcllp.com

          MEISTER SEELIG & FEIN PLLC
          Mitchell Schuster
          Kevin Fritz
          125 Park Avenue, 7th Floor
          New York, NY 10017
          Tel: (212) 655-3500
          Email: ms@msf-law.com
                  kaf@msf-law.com

cc: all counsel of record (via ECF)