# EXHIBIT C

| | |
|---|---|
| **From:** | Theresa Troupson <ttroupson@lftcllp.com> |
| **Sent:** | Wednesday, October 29, 2025 6:26 PM |
| **To:** | Roeser, Stephanie; Kim Zeldin; Rose Khatchikian; Christina Puello; Summer Benson; Alexandra Shapiro; Jonathan Bach; Alice Buttrick; Bryan Freedman; Ellyn Garofalo; Amir Kaltgrad; Jason Sunshine; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com |
| **Cc:** | Bruno, Matthew; Meryl Governski; Hudson, Esra; Nathan, Aaron E.; Gottlieb, Michael; Climaco, Katelyn; Connolly, Michaela; Kristin Tahler; Maaren Shah; Nicholas Inns; Babcock, Chip; Emery, Tori; Morgan Anastasio; Glover, Joel; Taustine, Melissa; Bender, Kristin; Moses, Sarah |
| **Subject:** | RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449 [IMAN-MATTERS.FID37300] |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

The Court ordered the Wayfarer Parties to produce "documents identified in the Wayfarer Parties' Amended Complaint, including the birth video." Dkt. No. 711, at 2. The video described in the Wayfarer Parties' Amended Complaint "shows Heath's wife, himself, ***and their baby*** after his wife gave birth at home." Wayfarer Parties' Amended Complaint, ¶ 101. The video that was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ shown to Ms. Lively was produced more than a month and a half ago. The Wayfarer Parties have fully complied with the Court's order with respect to the video. No other footage of Mr. Heath's family is responsive to any request for production Lively has propounded, and accordingly, none will be produced.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
Web: www.lftcllp.com

Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com. Emails sent from this domain are not spam.

---

From: Roeser, Stephanie <SRoeser@manatt.com>
Sent: Wednesday, October 29, 2025 10:45 AM
To: Kim Zeldin <kzeldin@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason

Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Theresa Troupson <ttroupson@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Bruno, Matthew <MBruno@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Babcock, Chip <cbabcock@jw.com>; Emery, Tori <temery@jw.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Glover, Joel <jglover@jw.com>; Taustine, Melissa <MTaustine@willkie.com>; Bender, Kristin <KBender@willkie.com>; Moses, Sarah <SMoses@manatt.com>
**Subject:** RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449

Theresa,

As we discussed last night, please advise by 1:00 p.m. PST today whether Mr. Heath will be producing the complete footage of the birthing video alleged in Ms. Lively's Second Amended Complaint.

Thanks,
Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Roeser, Stephanie
**Sent:** Monday, October 20, 2025 5:51 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com
**Cc:** Bruno, Matthew <MBruno@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Hudson, Esra <EHudson@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Babcock, Chip <cbabcock@jw.com>; Emery, Tori <temery@jw.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Glover, Joel <jglover@jw.com>; Taustine, Melissa <MTaustine@willkie.com>; Bender, Kristin <KBender@willkie.com>; Moses, Sarah <SMoses@manatt.com>
**Subject:** Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449

Counsel,

We write regarding Mr. Heath's failure to produce complete footage of the birthing video alleged in Ms. Lively's Second Amended Complaint, despite the agreement to do so in the Wayfarer Defendants' opposition to Ms. Lively's Omnibus Motion to Compel (Dkt. No. 611) and despite the Court's August 27, 2025 Order requiring the same (Dkt. No. 711).

In his recent deposition, Mr. Heath testified that ███████████████████████████████████████████. To date, however, Mr. Heath has produced only ███████████████████████████████████████████

As we have previously conveyed, Ms. Lively disputes that the video produced at WAYFARER_000141838 captures the footage that she was shown on set, ███████████████████████████████████████████.

We thus request that Mr. Heath produce all footage ███████████████████████████████████████████, in compliance with the Court's order. As we did with the previously produced version, given the sensitivity of the content, we intend to restrict access to such footage to only a select group.

Please confirm by end of day tomorrow your agreement to produce the remaining footage. Ms. Lively reserves all rights.

Thank you,
Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.