# manatt

Esra A. Hudson
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

October 30, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 24-cv-10049 (LJL)

Dear Judge Liman:

    On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of Ms. Lively's Letter for Rule 37 Sanctions (the "Letter"), as well as portions of the Declaration of Stephanie A. Roeser in support of the Letter and Exhibits A-D accompanying the Letter, filed contemporaneously herewith. The declaration as well as Exhibits A-D have been designated as Confidential by the Wayfarer Parties and/or discuss material that has been designated Confidential.

    In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the parties may file a motion for continued sealing if they so choose.

    Respectfully submitted,

/s/ Esra A. Hudson

WILLKIE FARR & GALLAGHER LLP
  Michael J. Gottlieb
  Kristin E. Bender
  1875 K Street NW
  Washington, DC 20006
  (202) 303-1000
  mgottlieb@willkie.com
  kbender@willkie.com

  Aaron E. Nathan
  Michaela A. Connolly
  787 7th Avenue
  New York, NY 10019
  (212) 728-8000
  anathan@willkie.com
  mconnolly@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac* vice)
Sarah E. Moses (admitted *pro hac* vice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (pro hac vice)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

**Error! Unknown document property name.**