```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BLAKE LIVELY,                                                      :
                                                                   :
                            Plaintiff,                             :
                                                                   :         24-cv-10049 (LJL)
            -v-                                                    :
                                                                   :             ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS INC.,                                             :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

This Order resolves the motions to preliminarily seal at Dkt. Nos. 827 and 839.

The motion of the Wayfarer Parties[1] at Dkt. No. 827 seeks preliminary sealing of Exhibits B and C in support of their opposition to the motion to compel filed by Plaintiff Blake Lively ("Lively"), *see* Dkt. Nos. 828-1 and 828-2, on the grounds that these exhibits were produced during discovery with "confidential" designations. A preliminary motion to seal is intended to give the parties who produced the materials one week to move for continued sealing of the documents. No parties have moved for continued sealing of the materials. Exhibit B at Dkt. No. 828-1, however, contains personally identifying information ("PII") in the form of phone numbers that the Court has previously ordered sealed. And the Wayfarer Parties have publicly filed a version of Exhibit B with the PII redacted. *See* Dkt. No. 826-2. The Court

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

therefore maintains Exhibit B at Dkt. No. 828-1 under seal, but it orders Exhibit C at Dkt. No. 828-2 unsealed.

The Wayfarer Parties' motion at Dkt. No. 839 seeks preliminary sealing of Exhibits A and B in support of their motion to amend the Case Management Plan and Scheduling Order, *see* Dkt. Nos. 841-1 and 841-2, on the grounds that the underlying materials—Lively's second and third amended initial disclosures—were produced with confidential designations. No parties have moved for continued sealing of the documents, but both exhibits contain unredacted PII in the form of personal phone numbers, email addresses, and mailing addresses that the Court has previously ordered sealed. The Wayfarer Parties are therefore directed to publicly file a version of the exhibits with the relevant PII redacted by November 4, 2025. The Court further notes that in a prior order, it permitted Lively to move for continued sealing of her first amended initial disclosures given that she had previously moved to seal them. *See* Dkt. No. 570. Lively did not respond to that order by seeking continued sealing (just as she has not now moved for continued sealing of her second and third amended initial disclosures at Dkt. Nos. 841-1 and 841-2). The Court therefore directs that the Wayfarer Parties also publicly file a version of Dkt. No. 406-1, the first amended initial disclosures, with PII redacted by November 4, 2025.

In sum, the Clerk of Court is respectfully directed to seal Dkt. No. 828-1 and to unseal Dkt. No. 828-2. The Wayfarer Parties are directed to publicly file redacted versions of 406-1, 841-1, and 841-2 by November 4, 2025.

The Clerk of Court is respectfully directed to close Dkt. Nos. 827 and 839.

SO ORDERED.

Dated: October 31, 2025
      New York, New York

                                                LEWIS J. LIMAN
                                           United States District Judge