**CONFIDENTIAL**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, | No. 24-cv-10049-LJL |
| Plaintiff, | |
| v. | |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | |
| JENNIFER ABEL, | |
| Third-Party Plaintiff, | |
| v. | |
| JONESWORKS LLC, | |
| Third-Party Defendant. | |

## PLAINTIFF BLAKE LIVELY'S AMENDED FRCP 26(A)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Blake Lively hereby submits the following amended initial disclosures. These initial disclosures are based on the information reasonably available to Ms. Lively at this time, and are made without waiving any objections as to relevance, materiality or admissibility of evidence in the action. Ms. Lively reserves the right to revise, correct, supplement, or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

By providing these disclosures, Ms. Lively does not represent that these disclosures identify every document or witness possibly relevant to this action. Ms. Lively also reserves the right to object to the production of any document or tangible thing identified herein or to the admissibility into evidence of any document or tangible thing identified herein. In making these

CONFIDENTIAL

disclosures, Ms. Lively does not waive and expressly reserves the right to assert claims of attorney-client privilege, attorney work product, or any other privilege or discovery immunity applicable to any information known to any of the persons identified below. Moreover, these disclosures should not be construed by anyone as an admission by Ms. Lively. Each and every disclosure set forth below is subject to the above qualifications and limitations. These disclosures are submitted confidentially subject to the Protective Order (ECF No. 125).

I.      **Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based on the information available to Ms. Lively at this time, and without waiving the foregoing qualifications, Ms. Lively identifies below the individuals who are likely to have discoverable information that they may use to support their claims or defenses in this matter, unless solely for impeachment.

| Name and Title (for Non-Parties) | Contact Information | General Topics of Information |
|---|---|---|
| Blake Lively | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Ryan Reynolds | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or |

CONFIDENTIAL

| | | unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
|---|---|---|
| Leslie Sloane | May be contacted through counsel. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Stephanie Jones – Founder and CEO of Jonesworks | May be contacted through counsel. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Justin Baldoni | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jamey Heath | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, |

CONFIDENTIAL

| | | |
|---|---|---|
| | | editing, cut, and creative process associated with the Film; publicity surrounding the Film; efforts taken to market or promote the Film; the retaliation campaign alleged by Ms. Lively. |
| Steve Sarowitz | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Wayfarer Studios LLC | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| It Ends With Us Movie LLC | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process |

CONFIDENTIAL

| | | associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
|---|---|---|
| The Agency Group PR LLC ("TAG") | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jennifer Abel | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Melissa Nathan | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jed Wallace – Owner of Street Relations, Inc. | c/o Charles Babcock Jackson Walker LLP 1401 McKinney Street Suite 1900 Houston, TX 77010 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Street Relations, Inc. | c/o Charles Babcock Jackson Walker LLP 1401 McKinney Street Suite 1900 Houston, TX 77010 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

CONFIDENTIAL

| | | |
|---|---|---|
| Bryan Freedman – Attorney | Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; statements published about Ms. Lively, including accusing her of fabricating her claims. |
| Person most knowledgeable of Liner Freedman Taitelman + Cooley LLP | Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; statements published about Ms. Lively, including accusing her of fabricating her claims; evasion of service; harassment or intimidation of witnesses. |
| Charles Babcock – Attorney for Jed Wallace | Jackson Walker LLP 1401 McKinney Street Suite 1900 Houston, TX 77010 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; evasion of service; Defendant Wallace's contacts in New York. |
| Tera Hanks – President at Wayfarer Studios LLC | c/o Bryan J. Freedman Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Milica Toskovic – Vice President Operations at Wayfarer Studios LLC | c/o Bryan J. Freedman Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the |

CONFIDENTIAL

| | | |
|---|---|---|
| | | Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jarriesse Blackmon – Executive Assistant at Wayfarer Studios LLC | c/o Bryan J. Freedman Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Matthew Mitchell – Vice President, Talent at Jonesworks LLC | c/o Kristin Tahler, Nicholas Inns, Maaren Alia Shah Quinn Emanuel Urquhart & Sullivan, LLP 295 5th Avenue, 9th Floor New York, NY 10016 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Matthew Gibson – Director of Talent at Jonesworks LLC | c/o Kristin Tahler, Nicholas Inns, Maaren Alia Shah Quinn Emanuel Urquhart & Sullivan, LLP 295 5th Avenue, 9th Floor New York, NY 10016 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Henry Hargitai – Senior Social Media Manager at Jonesworks LLC | c/o Kristin Tahler, Nicholas Inns, Maaren Alia Shah Quinn Emanuel Urquhart & Sullivan, LLP 295 5th Avenue, 9th Floor New York, NY 10016 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Katie Case – former Senior Director, Entertainment and Strategy at TAG | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken |

CONFIDENTIAL

| | | |
|---|---|---|
| | | to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Breanna Butler Koslow – Publicist at TAG | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Colleen Hoover – Author of It Ends with Us | ██████████████; Additional contact information to be determined. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Brandon Feakins (professionally known as Brandon Sklenar) – Cast, It Ends With Us | ███████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jenny Slate – Cast, It Ends With Us | c/o Katherine Porter Akin Gump Straus Hauer & Feld LLP One Bryant Park New York, NY 10036 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, |

CONFIDENTIAL

| | | |
|---|---|---|
| | | editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Isabela Ferrer – Cast, It Ends With Us | c/o Sanford Michelman Michelman & Robinson, LLP 10880 Wilshire Blvd. Los Angeles, CA  90024 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Alex Saks – Film Producer | c/o Andrew Hurwitz Frankfurt Kurnit Klein & Selz 2029 Century Park East Suite 2500N Los Angeles, CA  90067 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film;  the retaliation campaign alleged by Ms. Lively; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Ange Gianetti – Producer at Sony Pictures Motion Picture Group | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the sexually discriminating, harassing, and |

CONFIDENTIAL

| | | |
|---|---|---|
| | | other inappropriate or unwelcome actions, conduct, or comments made during production of the Film. |
| Tahra Grant – Executive Vice President & Chief Communications Officer at Sony Pictures Entertainment | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Josh Greenstein – President of Sony Pictures Motion Picture Group | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Warren Zavala – Agent at WME[1] | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Patrick Whitesell – Executive Chairman of Endeavor Group Holdings | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
| Danny Greenberg – Agent at WME | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |

[1] "WME" refers to William Morris Endeavor Entertainment, LLC.

CONFIDENTIAL

| Don Saladino – Trainer | c/o Sean Hecker Hecker Fink LLP 350 5th Avenue, 63rd Floor New York, NY 10118 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; publicity surrounding the Film. |
|---|---|---|
| Candace Owens – Influencer | ▮▮▮▮▮▮▮; Additional contact information to be determined. | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Mario Lavandeira (a/k/a Perez Hilton) – Influencer | ▮▮▮▮▮▮▮▮▮▮ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Whitney Fransway – Influencer | ▮▮▮▮▮▮▮▮▮▮ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Adam Investigations Counsel – Wayfarer's Investigation Counsel | 21515 Hawthorne Blvd. Suite 200 Torrance, CA 90503 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; harassment or intimidation of witnesses; complaints or discussions about the work environment or conduct on the set of the Film. |
| Andrea Ajemian – Line Producer and Unit Production Manager of It Ends With Us | ▮▮▮▮▮▮▮▮▮▮ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Kevin Alexander – Ms. Lively's Driver | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Claire Ayoub – Filmmaker | c/o Sean Hecker Hecker Fink LLP 350 5th Avenue, 63rd Floor | The parties' conduct in connection with Wayfarer Studios LLC projects other than It Ends With |

CONFIDENTIAL

| | New York, NY 10118 | Us; the retaliation campaign alleged by Ms. Lively. |
|---|---|---|
| Vivian Baker – Ms. Lively's Makeup Artist | ▇▇▇▇▇▇▇▇ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
| Emily Baldoni – Mr. Baldoni's Wife and Actress | c/o Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Russell Barnes – Production Designer of It Ends With Us | ▇▇▇▇▇▇▇▇ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Betty Buzz LLC | c/o Rachel Penski Fissell Katsky Korins LLP 605 Third Avenue New York, NY 10158 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Betty Booze Opco LLC | c/o Rachel Penski Fissell Katsky Korins LLP 605 Third Avenue New York, NY 10158 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

CONFIDENTIAL

| Blakel, Inc. | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film. |
|---|---|---|
| Alexis Bledel – Actress | c/o Abby Bluestone Innovative Artists Talent & Literary Agency, Inc. 1505 10th Street Santa Monica, CA 90401 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Todd Black – Executive Producer of It Ends With Us | ████████████████████ ████████████████████ ████████████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Scooter Braun – CEO at Hybe America and Executive at Scooter Braun Films | ████████████████████ ████████████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Anne Carroll – Ms. Lively's It Ends With Us Hair Stylist | ███████████████; Additional contact information to be determined. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film. |

CONFIDENTIAL

| | | |
|---|---|---|
| Chelsea Cary – It Ends With Us Intimacy Coordinator | ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Barclay Crawford – Executive Editor of Daily Mail | ███████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Andrew Chrisomalis – Co-Founder and Chairman of Betty B Holdings | c/o Jason Berger Cowan, DeBaets, Abrahams & Sheppard LLP 60 Broad Street, 30th Floor New York, NY 10004 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| George Dewey – Co-Founder of Maximum Effort and Film Producer | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Ariel Emanuel – CEO of WME | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; publicity surrounding the Film. |
| Family Hive LLC d/b/a Blake Brown Beauty | c/o Samuel D. Levy Blank Rome LLP 1271 Avenue of the America New York, NY 10020 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| America Ferrera – Actress and Director | c/o Alexandra Trustman Creative Artists Agency, LLC 2000 Avenue of the Stars Los Angeles, CA 90067 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the |

CONFIDENTIAL

| | | |
|---|---|---|
| | | production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Tarryn Fisher – Author and Colleen Hoover's Friend | ██████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered; the production, editing, cut, and creative process associated with the Film. |
| Kjersti Flaa – Youtuber, Reporter, and Journalist | ██████████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Gloria Rico Haan – Executive Vice President of National Publicity at Sony Pictures Entertainment | c/o Jill Ratner<br>Sony Pictures Entertainment<br>10202 West Washington Blvd.<br>Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Gigi Hadid – Fashion Model and TV Personality | c/o Luiz Mattos<br>IMG Models<br>304 Park Avenue South<br>Penthouse North<br>New York, NY 100010 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film. |
| Tina Haveles – Ms. Lively's Assistant | ████████; Additional contact information to be determined. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |

CONFIDENTIAL

| | | |
|---|---|---|
| Natasha Heath – Jamey Heath's wife | ███████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Christy Hall – It Ends With Us Screenwriter | ███████████ | The parties' alleged conduct; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Carolina Hurley – SVP Entertainment Crisis at TAG | ███████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Hugh Jackman – Actor | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Jonesworks LLC | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

CONFIDENTIAL

| | | |
|---|---|---|
| Roza Kalantari – Chief Marketing Officer at The Skyline Agency | ████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Molly Karow – Ms. Lively's assistant | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Melanie Licata – Makeup Artist | ████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Robyn Lively – Ms. Lively's Sister and Cast Member, It Ends With Us | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

CONFIDENTIAL

| | | |
|---|---|---|
| Rylie Long – Account Executive at TAG | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Mike McIntire – Reporter at The New York Times | c/o Diane Brayton The New York Times 620 8th Avenue New York, NY 10018 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |
| Danni Maggin – Employee in Marketing and Public Relations Dept. of Sony Pictures Entertainment | c/o Jill Ratner Sony Pictures Entertainment 10202 West Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| AJ Marbory – Mr. Baldoni's Assistant | ███████████████ ███████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Dervla Mcneice – Director of Entertainment & Crisis at TAG | ███████████████ ███████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Adam Mondschein – Cast, It Ends With Us | ███████████████ ███████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or |

CONFIDENTIAL

| | | |
|---|---|---|
| | | unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Ahmed Musiol – Film Producer | c/o Kaufman Abdel-Aal LLP 26565 Agoura Road, Suite 200 Calabasas, CA 91302 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Sara Nathan – Reporter, New York Post; Contributor at Page Six; Melissa Nathan's Sister | ██████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Alex Neustadter – Cast, It Ends With Us | ██████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the |

CONFIDENTIAL

| | | |
|---|---|---|
| | | retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| NO MORE – Domestic Violence Non-Profit | ███████████ | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Stacey O'Neil – Jenny Slate's Manager | c/o Katherine Porter Akin Gump Straus Hauer & Feld LLP One Bryant Park New York, NY 10036 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Paylocity Holding Corporation – Software Company | (847) 463-3200; 1400 American Lane Schaumburg, IL 60173 | The parties' alleged conduct; Defendant Sarowitz's alleged damages and commitment to pledge funds to harm Ms. Lively, Mr. Reynolds and their families. |
| Jack Pan – Marketing at Sony Pictures Entertainment | c/o Jill Ratner Sony Pictures Entertainment 10202 West Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Liz Plank –Former Co-Host of "Man Enough" Podcast | ███████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered; the parties' conduct in connection with Wayfarer Studios LLC projects other than It Ends With Us; publicity surrounding the Film. |
| Brian Porette – Ms. Lively's Driver | ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work |

CONFIDENTIAL

| | | environment or conduct on the set of the Film. |
|---|---|---|
| Raines Feldman & Littrell LLP – Investigation Counsel | 1900 Avenue of the Stars 19th Floor Los Angeles, CA 90067 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; harassment or intimidation of witnesses; complaints or discussions about the work environment or conduct on the set of the Film. |
| Range Media Partners, LLC– Mr. Baldoni's Talent Agency | ███████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jenna Redfield – Content Producer | █████████████; Additional contact information to be determined. | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Jaimie Reynolds – Mr. Reynolds's Niece | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film. |
| Tamara Reynolds – Mr. Reynolds's Mother | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Lisa Rodgers – It Ends With Us Post-Production Supervisor | ███████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

CONFIDENTIAL

| | | |
|---|---|---|
| Joseph Rosario – Ms. Lively's Teamster Driver | ▮▮▮▮▮▮; Additional contact information to be determined. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
| Tom Rothman – Chairman of Sony Pictures Motion Picture Group | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Alyx Sealy – Senior Director of Entertainment at TAG | ▮▮▮▮▮▮▮▮▮ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Sarah Self – Partner, Co-Head, and Talent Agent at WME; Ms. Lively's Talent Agent | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
| Brian Singer – CFO at Wayfarer Studios | ▮▮▮▮▮▮▮▮▮ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts |

CONFIDENTIAL

| | | |
|---|---|---|
| | | taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Cynthia Barnes Slater – Head of HR at Wayfarer Studios; Board Member and Treasurer of The Wayfarer Foundation | ███████████ ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Sony Pictures Entertainment, Inc. | c/o Jill Ratner Sony Pictures Entertainment 10202 West Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film. |
| Dion Suleman – Mr. Baldoni's Assistant | ███████████ ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the |

CONFIDENTIAL

| | | |
|---|---|---|
| | | Film; the retaliation campaign alleged by Ms. Lively. |
| Taylor Swift – Singer | c/o J. Douglas Baldridge Venable LLP 600 Massachusetts Avenue Northwest Washington, DC 20001 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Justin Grey Stone – Ms. Lively's Manager; Partner at Management 360 | ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Stefan Sonnenfeld – It Ends With Us Colorist | ███████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Amy Tagliamonti – Makeup Artist | ███████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Lizzy Talbot – Intimacy Coordinator on It Ends With Us | ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or |

CONFIDENTIAL

|  |  | comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
|---|---|---|
| Amber Tamblyn – Actress and Writer | c/o Nancy Mendelson Gates United Talent Agency, LLC 888 Seventh Avenue, 7th Floor New York, NY 10106 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Julie Tate – Reporter at The New York Times | c/o Diane Brayton The New York Times 620 8th Avenue New York, NY 10018 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |
| Laura Tedesco – CEO at Family Hive LLC d/b/a Blake Brown Beauty | c/o Samuel D. Levy Blank Rome LLP 1271 Avenue of the America New York, NY 10020 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Sophia Travaglia – Ms. Lively's Assistant | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

CONFIDENTIAL

| | | |
|---|---|---|
| Megan Twohey – Reporter at The New York Times | c/o Diane Brayton The New York Times 620 8th Avenue New York, NY 10018 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |
| Tony Vinciquerra – Chairperson at Sony Pictures Entertainment | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| James Vituscka – Reporter at Daily Mail | ▮▮▮▮▮▮ Additional contact information to be determined. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Jack Whigham – Talent Manager at Range Media Talent Agency | ▮▮▮▮▮▮▮ | The parties' alleged conduct; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively; Defendants' alleged damages. |
| Bridgette Wright – Senior Vice President of Global Creative Advertising at Sony Pictures Entertainment | c/o Jill Ratner Sony Pictures Entertainment 10202 West Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| James Knobloch – Social Media Account Manager at Jonesworks LLC | c/o Kristin Tahler Quinn Emanuel Urquhart & Sullivan, LLP 295 5th Avenue, 9th Floor New York, NY 10016 (212) 849-7000 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Producers Guild of America | ▮▮▮▮▮▮▮ | The production, editing, cut, and creative process associated with the Film. |

CONFIDENTIAL

| Shane Reid – It Ends With Us Editor | ████████; Additional contact information to be determined. | The parties' alleged conduct; the production, editing, cut, and creative process associated with the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
|---|---|---|
| The New York Times | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |
| Vision PR, Inc. | May be contacted through counsel. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| William Morris Endeavor Entertainment, LLC | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and damages suffered. |

In addition, Ms. Lively anticipates that other, unknown individuals may have discoverable information that may be used to support her claims or defenses. Ms. Lively incorporates by reference any other individuals disclosed in any other party's Rule 26(a)(1) disclosures, including those disclosed by the parties on February 18, 2025, and reserves the right to obtain discovery in support of their claims and/or defenses from such individuals, and further reserves the right to supplement pursuant to Rule 26(e).

CONFIDENTIAL

II.    **Rule 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based on the information available to Ms. Lively at this time, and without waiving the foregoing qualifications, Ms. Lively identifies below the categories of documents, electronically stored information, and/or tangible things in her possession, custody, or control that she may use to support her claims or defenses, unless solely for impeachment. To the extent that any documents are produced in this case in response to any party's document request or subpoena, the documents should be considered disclosed for purposes of Ms. Lively's obligations under Federal Rule of Civil Procedure 26(a)(1)(A)(ii).

1.    Documents concerning the allegations underlying Ms. Lively's claims set forth in her Amended Complaint and the allegations underlying the Wayfarer Parties' claims set forth in such Amended Complaint.

2.    Documents concerning Ms. Lively's employment to play the role of Lily Bloom in the Film, including those concerning the "Protections for Return to Production" agreement and contractual rider attached to the Lively Complaint.

3.    Documents concerning sexually discriminating, harassing, or other inappropriate or unwelcome actions, conduct, or comments made during production of the Film.

4.    Documents concerning formal and informal complaints made by Ms. Lively and others during production of the Film relating to the conduct of Mr. Baldoni and/or Mr. Heath or others.

5.    Documents concerning engaging in media, press, marketing activities, and promotional efforts related to the Film.

6.    Documents concerning publicity surrounding the Film.

7.    Documents concerning the production, editing, cut, and creative process associated with the Film.

8.    Documents regarding press/crisis management/strategy and retaliation by the Wayfarer Parties.

9.    Documents regarding financial, reputational, economic, emotional, or other harm or

CONFIDENTIAL

damages.

III.   **Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Ms. Lively is entitled to compensatory, mental anguish, and punitive damages, including treble damages, arising from the injuries identified in her Amended Complaint, as well as attorney's fees and costs. At a later date, Ms. Lively will provide an estimate of damages in an amount to be determined by an expert in accordance with the scheduling order in this case. Ms. Lively also seeks damages in an amount to be determined by the Court under New York's anti-SLAPP law.

IV.   **Rule 26(a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payment made to satisfy the judgment.**

Ms. Lively will produce applicable insurance agreements under which the insurer may be liable to satisfy part or all of a judgment, if entered, pursuant to a stipulated confidentiality order.

Date: June 11, 2025

                                                /s/ Michael J. Gottlieb
                                                WILLKIE FARR & GALLAGHER LLP
                                                Michael J. Gottlieb
                                                Kristin E. Bender
                                                Meryl Governski
                                                1875 K Street NW
                                                Washington, DC 20006
                                                (202) 303-1000
                                                E-mail: mgottlieb@willkie.com
                                                kbender@willkie.com
                                                mgovernski@willkie.com

CONFIDENTIAL

Aaron Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
E-mail: anathan@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson
Stephanie A. Roeser
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
E-mail: ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
E-mail: mbruno@manatt.com

*Attorneys for Blake Lively and Ryan Reynolds*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2025, the foregoing was served on all counsel of record via email.

By: /s/ Michael J. Gottlieb
Michael J. Gottlieb