

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

<u>Via ECF</u>
Hon. Lewis J. Liman                    October 31, 2025
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Lively v. Wayfarer Studios LLC et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Rule 1(D) of Your Honor's Individual Rules and Practices, the Wayfarer Parties respectfully request an extension of time, to and including November 6, 2025, in which to respond to Blake Lively's motion for sanction concerning a video of Jamey Heath's wife shortly after the birth of their child (the "Motion"). (Dkt. 889).

Given that Ms. Lively improperly filed the Motion as a letter-motion, the current date for opposition to the Motion is November 3, 2025, in accordance with Rule 4(C) of Your Honor's Rules. Although we requested that Ms. Lively consent to the extension sought herein, she refused without explanation.

The Motion seeks unwarranted and draconian relief: an order (1) compelling Mr. Heath to "produce all video footage depicting" the birth of his child (which was never previously requested or ordered to be produced); and (2) precluding Mr. Heath from testifying about the nature of the image shown to Ms. Lively and the circumstances relating to showing the image (which is disputed). The "preclusion of evidence for failure to respond to a discovery request is a drastic remedy…." *Steinman v. Spinal Concepts, Inc.*, 2007 WL 4198186, at \*5 (W.D.N.Y. Nov. 7, 2007), report and recommendation adopted, 2008 WL 111180 (W.D.N.Y. Jan. 9, 2008). Indeed, precluding certain evidence, such as Mr. Heath's testimony about the image at issue, can be deemed dispositive of his defense. *Id.* Therefore, the Motion should not have been filed as a letter-motion merely pertaining to discovery, but as a regular motion on notice. Had Ms. Lively followed the proper procedure, then pursuant to Local Civil Rule 6.1(a) the Wayfarer Parties would have had seven days to respond thereto. In all events, the Wayfarer Parties should be accorded more than two business days to address the serious allegations contained in, and the disturbing and drastic relief sought by, the Motion.

The parties' next scheduled appearance before the Court is December 9, 2025.

Respectfully submitted,

*/s/ Kevin Fritz*

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)