UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>   Plaintiff,<br><br> v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>   Defendants. | No. 24-cv-10049-LJL (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>   Third-Party Plaintiff,<br><br> v.<br><br>JONESWORKS LLC,<br><br>   Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>   Consolidated Plaintiffs,<br><br> v.<br><br>BLAKE LIVELY, et al.<br><br>   Consolidated Defendants. | |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S LETTER FOR RULE 37 SANCTIONS**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

  1. I am an attorney admitted before this Court, a partner at the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

2.      I respectfully submit this declaration in support of Ms. Lively's Letter for Rule 37 Sanctions for Melissa Nathan (the "Sanctions Motion").

3.      On August 14, 2025, Ms. Nathan reproduced 59 documents originally bearing black-box redactions from production volumes NATHAN_002 and NATHAN_004 with copies bearing text-box redactions. 39 of the 59 reproduced documents bear overbroad non-responsive ("NR") redactions.

4.      On August 23, 2025, Ms. Nathan produced production volume NATHAN_006. On September 8, 2025, Ms. Nathan produced production volume NATHAN_007. On September 12, 2025, Ms. Nathan produced production volume NATHAN_008. Numerous documents across these productions reflected overbroad NR redactions. My colleagues identified many of the overbroad NR redactions when cross-referencing Ms. Nathan's productions against other party and non-party productions. Cross-referencing Ms. Nathan's productions against various other party and non-party productions demonstrated that Ms. Nathan had redacted as NR relevant and responsive material that others produced.

5.      Production volumes NATHAN_006, NATHAN_007, NATHAN_008 do not contain (i) Ms. Nathan's phone records from May 1, 2024 onward, or (ii) responsive documents post-dating December 20, 2024 through February 18, 2025, including but not limited to communications with media outlets, as required by the Court's August 27, 2025 Order, Dkt. No. 711.

6.      On September 24, 2025, my colleague, Michaela Connolly of Willkie Farr & Gallagher LLP, met and conferred with counsel for Justin Baldoni, Jamey Heath, Steve Sarowitz, Wayfarer Studios LLC, Ms. Nathan, Jennifer Abel, and The Agency Group PR LLC (the "Wayfarer Defendants") regarding several of their production deficiencies. I am informed

and believe that Ms. Connolly conveyed to counsel for the Wayfarer Defendants concerns regarding Ms. Nathan's improper NR redactions.

7. On October 16, 2025, Ms. Connolly followed up with counsel for the Wayfarer Defendants via email to request confirmation that Ms. Nathan would reproduce specifically identified documents without NR redactions. Counsel for the Wayfarer Defendants did not respond.

8. On October 22, 2025, counsel for Ms. Lively attempted to confer once more with the Wayfarer Defendants regarding Ms. Nathan's reproduction. On October 23, 2025, counsel for the Wayfarer Defendants replied, summarily stating that Ms. Lively's contentions were untimely and advising that they would not revise the NR redactions affixed to Ms. Nathan's documents.

9. On October 27, 2025, Ms. Connolly followed up with counsel for the Wayfarer Defendants to confirm that Ms. Nathan would reproduce an additional document bearing overbroad NR redactions, bates stamped NATHAN_000002016, and produced in Ms. Nathan's August 14, 2025 reproduction. Counsel for the Wayfarer Defendants have not responded.

10. A compendium of the documents subject to the Sanctions Motion is attached hereto as Exhibit A.

11. A true and correct copy of an email chain between Ms. Lively's counsel and counsel for the Wayfarer Defendants, dated September 23, 2025, through October 27, 2025, is attached hereto as Exhibit B.

12. A true and correct copy of Ms. Nathan's partially redacted phone records, dated November 22, 2024 through December 21, 2024, bearing the bates number NATHAN_000005580, is attached hereto as Exhibit C.

13. A true and correct copy of a text message chain dated December 31, 2024, together with its attachments, bearing the bates range NATHAN_000027606–NATHAN_000027697, is attached hereto as Exhibit D.

14. A true and correct copy of a partially redacted text message chain dated January 14, 2025, bearing the bates number NATHAN_000027790, is attached hereto as Exhibit E.

15. A true and correct copy of a partially redacted text message chain dated January 15, 2025, bearing the bates number NATHAN_000027796, is attached hereto as Exhibit F.

16. A true and correct copy of a partially redacted text message chain dated January 16, 2025, bearing the bates number NATHAN_000026751, is attached hereto as Exhibit G.

17. A true and correct copy of a partially redacted text message chain dated January 21, 2025, bearing the bates number NATHAN_000027816, is attached hereto as Exhibit H.

18. A true and correct copy of a text message chain, with the end date of August 15, 2024, bearing the bates number BBKOSLOW-000002400, is attached hereto as Exhibit I.

19. A true and correct copy of a partially redacted text message chain dated August 15, 2024, bearing the bates number NATHAN_000000885, is attached hereto as Exhibit J.

20. A true and correct copy of a text message chain dated August 7, 2024, bearing the bates number BBKOSLOW-000001852, is attached hereto as Exhibit K.

21. A true and correct copy of a partially redacted text message chain dated August 7, 2024, bearing the bates number NATHAN_000000426, is attached hereto as Exhibit L.

22. A true and correct copy of a text message chain, with the end date of August 16, 2024, bearing the bates number JONESWORKS_00016364, is attached hereto as Exhibit M.

23. A true and correct copy of a partially redacted text message chain dated August 16, 2025, bearing the bates number NATHAN_000002313, is attached hereto as Exhibit N.

- 5 -

24.     A true and correct copy of an excerpted portion of Ms. Nathan's deposition transcript, dated September 29, 2025, is attached hereto as Exhibit O.

25.     A true and correct copy of an excerpted portion of Ms. Nathan's deposition transcript, dated September 30, 2025, is attached hereto as Exhibit P.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 31, 2025                    /s/ *Kristin E. Bender*
                                            Kristin E. Bender