**CHALLENGED DOCUMENTS**
(Exhibit A)

| Challenged Document | Date of Production |
|---|---|
| NATHAN_000000426 | August 14, 2025 |
| NATHAN_000000515 | August 14, 2025 |
| NATHAN_000000526 | August 14, 2025 |
| NATHAN_000000885 | August 14, 2025 |
| NATHAN_000001158 | August 14, 2025 |
| NATHAN_000001247 | August 14, 2025 |
| NATHAN_000001930 | August 14, 2025 |
| NATHAN_000001942 | August 14, 2025 |
| NATHAN_000002110 | August 14, 2025 |
| NATHAN_000002313 | August 14, 2025 |
| NATHAN_000002493 | August 14, 2025 |
| NATHAN_000002515 | August 14, 2025 |
| NATHAN_000002524 | August 14, 2025 |
| NATHAN_000000509 | August 14, 2025 |
| NATHAN_000001361 | August 14, 2025 |
| NATHAN_000001736 | August 14, 2025 |
| NATHAN_000001772 | August 14, 2025 |
| NATHAN_000001780 | August 14, 2025 |
| NATHAN_000001795 | August 14, 2025 |
| NATHAN_000001936 | August 14, 2025 |
| NATHAN_000002016 | August 14, 2025 |
| NATHAN_000002108 | August 14, 2025 |
| NATHAN_000002356 | August 14, 2025 |
| NATHAN_000002410 | August 14, 2025 |
| NATHAN_000002462 | August 14, 2025 |
| NATHAN_000002575 | August 14, 2025 |
| NATHAN_000002694 | August 14, 2025 |
| NATHAN_000002717 | August 14, 2025 |
| NATHAN_000002926 | August 14, 2025 |
| NATHAN_000002941 | August 14, 2025 |
| NATHAN_000002016 | August 14, 2025 |
| NATHAN_000003535 | August 14, 2025 |
| NATHAN_000003599 | August 14, 2025 |
| NATHAN_000005580 | August 22, 2025 |
| NATHAN_000026751 | September 8, 2025 |
| NATHAN_000027606 | September 12, 2025 |
| NATHAN_000027790 | September 12, 2025 |
| NATHAN_000027796 | September 12, 2025 |
| NATHAN_000027816 | September 12, 2025 |