# EXHIBIT B

| | |
|---|---|
| **From:** | Connolly, Michaela |
| **Sent:** | Monday, October 27, 2025 8:38 PM |
| **To:** | Jason Sunshine; Miles Cooley; Cortni Davis; Jose Perez; mitra@ahouraianlaw.com; Chip Babcock; Kim Zeldin |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Bender, Kristin; Theresa Troupson; Joel Glover; Nicholas Inns; Local KAF. Counsel; Bryan Freedman; Kristin Tahler; Maaren Shah; Morgan Anastasio; Local MS. Counsel; Summer Benson; Vaneta Birtha; Nathan, Aaron E.; Meryl Governski; Roeser, Stephanie; Bruno, Matthew; Taustine, Melissa; Climaco, Katelyn |
| **Subject:** | RE: Lively v. Wayfarer, et al, No. 24-cv-10049 |

Counsel,

Thanks for the below confirmation. We disagree with the assertion of untimeliness and reserve all rights with respect to the same. We would also appreciate if you could confirm by EOD tomorrow whether Ms. Nathan will reproduce NATHAN_000002016, which was inadvertently omitted from Ms. Lively's original list of NR redacted documents, with revised and narrowed redactions.

Best,
Michaela

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Thursday, October 23, 2025 8:12 PM
**To:** Connolly, Michaela <MConnolly@willkie.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; mitra@ahouraianlaw.com; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bender, Kristin <KBender@willkie.com>; Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer, et al, No. 24-cv-10049

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

1

As you are aware, under the operative scheduling order, fact discovery closed on September 30, 2025, with limited inapplicable exceptions. *See* ECF No. 425. In its order, the Court outlined two separate deadlines for motions to compel, both of which have lapsed:  August 1, 2025 (later extended to August 4, 2025) for any motions regarding party document productions in response to requests outstanding as of July 15, 2025, and August 22, 2025 for any motions regarding non-party productions and responses to discovery requests not issued as of July 15, 2025.

The following documents on your list were produced on July 16:
NATHAN_000000426; NATHAN_000000509; NATHAN_000000515; NATHAN_000000526; NATHAN_000000885; NATHAN_000001158; NATHAN_000001247; NATHAN_000001930; NATHAN_000001942; NATHAN_000002110; NATHAN_000002313; NATHAN_000002493; NATHAN_000002515; NATHAN_000002524; NATHAN_000001361; NATHAN_000001736; NATHAN_000001772; NATHAN_000001780; NATHAN_000001795; NATHAN_000001936; NATHAN_000002016; NATHAN_000002108; NATHAN_000002356; NATHAN_000002410; NATHAN_000002462; NATHAN_000002575; NATHAN_000002694; NATHAN_000002717; NATHAN_000002926; NATHAN_000002941

And the following documents on your list were produced on July 25:
NATHAN_000003535; NATHAN_000003599

The deadline to move to compel on such documents has long since elapsed. The only documents left to discuss are the following:

August 22:
NATHAN_000005580

September 8:
NATHAN_000026751

September 12:
NATHAN_000027548; NATHAN_000027606; NATHAN_000027715; NATHAN_000027790; NATHAN_000027796; NATHAN_000027816

We have re-reviewed the redactions in those documents and stand by them. I am happy to discuss further if you would like.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com



## Home

You came here because you have a CRISIS... Relax. We will take care of it. Liner Freedman Taitelman + Cooley LLP " THR the go-to for alpha dogs who see themselves as the underdogs in a crisis. " L.A. Times – L.A. Influential Celebrity legal pit bull. " The Hollywood Reporter an expert in crisis [...]
www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Connolly, Michaela <MConnolly@willkie.com>
**Sent:** Wednesday, October 22, 2025 8:22 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer, et al, No. 24-cv-10049

Counsel,

We write regarding Ms. Nathan's continued failure to produce unredacted copies of the improperly redacted documents enumerated below, all of which violate the parties' Joint Stipulation on the Protocol for Discovery of Electronically-Stored Information and Hard Copy Documents (Dkt. No. 212) and the Court's August 27, 2025 order granting in part and denying in part Ms. Lively's motion to compel (Dkt. No. 711). It has been over three weeks since we previously conferred on these issues, and absent your response by 5:00 p.m. ET tomorrow, either confirming that you will produce these documents with revised and narrowed redactions, or your substantive countervailing position as to why doing so is not required, we will be seeking relief from the Court. To be clear, any form of relief Ms. Lively may seek stems from Ms. Nathan's failure to comply with the Court's August 27, 2025 order, which the Court decided on Ms. Lively's appropriately-timed omnibus motion to compel, dated August 4, 2025 (Dkt. No. 553), and related briefing.

We can be available to discuss tomorrow as needed.

Best,
Michaela

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Connolly, Michaela <MConnolly@willkie.com>
**Sent:** Thursday, October 16, 2025 8:23 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer, et al, No. 24-cv-10049 [IMAN-MATTERS.FID37310]

Counsel,

We write to follow up on the below-referenced conferral and certain outstanding issues stemming from Ms. Lively's omnibus motion to compel or arising thereafter.

As you might recall, in advance of our September 24 conferral, we identified in writing a number of Ms. Nathan's documents that bear impermissibly broad non-responsive redactions. You were not prepared to discuss the redactions when the parties conferred, even though Ms. Lively had raised this issue over a month earlier in her omnibus motion to compel (Dkt. No. 552). Nonetheless, per your request, we clarified that the documents at issue either bear (1) non-responsive redactions on text that we know is responsive and relevant from other party/third-party productions; or (2) non-responsive redactions that are overbroad on their face. We have categorized the documents below. Please promptly confirm that Ms. Nathan will reproduce these documents without non-responsive redactions.

As to Mr. Sarowitz's document deficiencies, we shared an excel tracking 178 documents that bear a SAROWITZ bates prefix but that are not custodial to Mr. Sarowitz and were not produced from Mr. Sarowitz's devices. You indicated that you would confer with your vendor regarding the discrepancy and circle back. It has been over three weeks and you have yet to provide any explanation. Please do so.

We also discussed WAYFARER_000141838, a video that Wayfarer produced only after Ms. Lively successfully moved to compel the same, *see* Dkt. No. 711, and allegedly the birth video identified in the Wayfarer Defendants' Amended Complaint. We conveyed that the video produced at WAYFARER_000141838 is not the video Mr. Heath showed to Ms. Lively on the set of *It Ends With Us*, including because ▮▮▮▮▮▮▮▮▮▮▮▮▮. We requested that you produce all copies and excerpts of the birth video. You indicated that you had "no reason" to believe that the produced video was any different than the one Mr. Heath showed to Ms. Lively and refused to engage further unless we could provide additional information.

All rights reserved.

***

4

**NR Redactions (Category 1)**—NATHAN_000000426; NATHAN_000000515; NATHAN_000000526; NATHAN_000000885; NATHAN_000001158; NATHAN_000001247; NATHAN_000001930; NATHAN_000001942; NATHAN_000002110; NATHAN_000002313; NATHAN_000002493; NATHAN_000002515; NATHAN_000002524

**NR Redactions (Category 2)**—NATHAN_000000509; NATHAN_000001361; NATHAN_000001736; NATHAN_000001772; NATHAN_000001780; NATHAN_000001795; NATHAN_000001936; NATHAN_000002016; NATHAN_000002108; NATHAN_000002356; NATHAN_000002410; NATHAN_000002462; NATHAN_000002575; NATHAN_000002694; NATHAN_000002717; NATHAN_000002926; NATHAN_000002941; NATHAN_000003535; NATHAN_000003599; NATHAN_000005580; NATHAN_000026751; NATHAN_000027548; NATHAN_000027606; NATHAN_000027715; NATHAN_000027790; NATHAN_000027796; NATHAN_000027816

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Wednesday, September 24, 2025 3:45 PM
**To:** Connolly, Michaela <MConnolly@willkie.com>; Joel Glover <jglover@jw.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer, et al, No. 24-cv-10049 [IMAN-MATTERS.FID37310]

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel, we can make ourselves available at 5:00 p.m. Pacific today. Please confirm.

Please also confirm definitively that the ███████ deposition is off calendar for this Friday.

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

**From:** Connolly, Michaela <MConnolly@willkie.com>
**Sent:** Tuesday, September 23, 2025 9:45 PM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer, et al, No. 24-cv-10049

Theresa,

We can be available to discuss further in the following windows tomorrow:  2:00–3:00 p.m. PT or 4:00–5:30 p.m. PT.

As for ███ we are exploring September 29 as an alternative, but ███████████ expressed that later next week would be more workable for them.  We are amenable to proceeding later in the week if the Wayfarer Parties agree to the same.

Best,
Michaela


**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Theresa Troupson <ttroupson@lftcllp.com>
**Sent:** Tuesday, September 23, 2025 8:18 PM
**To:** Connolly, Michaela <MConnolly@willkie.com>; Joel Glover <jglover@jw.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa

<MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** RE: Lively v. Wayfarer, et al, No. 24-cv-10049 [IMAN-MATTERS.FID37300]

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Per my call with Michaela this afternoon, the Wayfarer Parties are available to meet and confer within 48 hours of your email on items 1-2 and 4-5 identified below. Please provide available windows for tomorrow afternoon, Pacific time.

As item 3 involved depositions noticed for Friday, September 26th, it is imperative that we understand what the "scheduling" issues you wish to raise are immediately: ███████████████████████ ██████████████████████████████ So I'm unclear what there is to meet and confer about.  As for ██████████ notice, ████ has informed us that they are not appearing on Friday, September 26th.  As you are the noticing party, please confirm in writing that the Sony deposition is not proceeding on September 26th.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

---

**From:** Connolly, Michaela <MConnolly@willkie.com>
**Sent:** Tuesday, September 23, 2025 11:31 AM
**To:** Theresa Troupson <ttroupson@lftcllp.com>; Joel Glover <jglover@jw.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Local KAF. Counsel <kaf@msf-law.com>; Bryan Freedman <bfreedman@lftcllp.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Local MS. Counsel <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; mitra@ahouraianlaw.com; Chip Babcock <cbabcock@jw.com>; Kim Zeldin <kzeldin@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** Lively v. Wayfarer, et al, No. 24-cv-10049

Counsel,

Please advise when you are available to meet and confer regarding (1) Melissa Nathan's improper non-responsive redactions; (2) WAYFARER_000141838, which appears to be altered and incomplete; (3) ███████████ ████████, which are each noticed for Friday; (4) the attached documents produced by Mr. Sarowitz, despite that it appears he is not the custodian of any of these documents and has not produced them from his own devices; and (5) redactions appearing on Mr. Sarowitz's phone logs.

As for Ms. Nathan's improper application of non-responsive redactions, Ms. Lively challenges Ms. Nathan's redactions on documents bearing following bates:  NATHAN_000000885, NATHAN_000000426, NATHAN_000002313, NATHAN_000002356, NATHAN_000002694, NATHAN_000000426, NATHAN_000000509, NATHAN_000000526, NATHAN_000000885, NATHAN_000001158, NATHAN_000001247, NATHAN_000001361, NATHAN_000001772, NATHAN_000001780, NATHAN_000001795, NATHAN_000001930, NATHAN_000001936, NATHAN_000001942, NATHAN_000002108, NATHAN_000002110, NATHAN_000002462, NATHAN_000002493, NATHAN_000002515, NATHAN_000002524, NATHAN_000002575, NATHAN_000002694, NATHAN_000002717, NATHAN_000002926, NATHAN_000002941, NATHAN_000003535, NATHAN_000003599, NATHAN_000005580, NATHAN_000026751, NATHAN_000027548, NATHAN_000027606, NATHAN_000027715, NATHAN_000027790, NATHAN_000027796, NATHAN_00001736, NATHAN_00002016, NATHAN_00002462, NATHAN_00002410 and NATHAN_000027816.

We reserve all rights, including to supplement the aforementioned.

Best,
Michaela


**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.