UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>    -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Consolidated Plaintiffs,<br><br>    -v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>      Consolidated Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**DECLARATION OF MATTHEW F. BRUNO**
**IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

I, Matthew F. Bruno, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Manatt, Phelps & Phillips, LLP, 7 Times Sq., New York, NY, 10036, and counsel of record for Plaintiff Blake Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's motion to compel Defendants Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Defendants") to (i) produce ███████████████████████ ██████ ; (ii) produce the ████████████████████████████████ ████████████████████ ; (iii) produce ████████████████████████████ not legal, strategy; and (iv) produce certain ████████████████████████ for *in camera* review.

3. On October 6, 2025, the Wayfarer Defendants produced a second amended categorical privilege log. A true and correct copy of the Wayfarer Defendants' second amended categorical privilege log, produced on October 6, 2025, is attached hereto as **Exhibit 1**.

4. On October 8, 2025, I met and conferred with counsel for the Wayfarer Defendants, together with other counsel for Ms. Lively. During the conferral, I explained how the Wayfarer Defendants' categorical privilege log remained deficient, including because they (i) did not provide sufficient information for Ms. Lively to evaluate the Wayfarer Defendants' privilege claims; (ii) were ████████████████████████████████████████ ; and (iii) failed to properly identify and log any attachments that were being withheld based on the underlying Signal communication. With respect to the attachments, counsel for Ms. Lively explained that privilege must be determined on a document-by-document basis and that merely attaching a document to an underlying email does not suffice for establishing a basis for its withholding. Counsel for the Wayfarer Defendants disagreed, but, after our conferral, agreed to produce a document-by-document privilege log by October 14.

5.  On October 14, 2025, the Wayfarer Defendants produced a third amended privilege log.  A true and correct copy of the Wayfarer Defendants' third amended categorical privilege log, produced on October 14, 2025, is attached hereto as **Exhibit 2**.

6.  This third amended privilege log—now prepared in the form of a traditional document-by-document privilege log—fails to identify the sender or recipient for each communication, as required under Section IV(7)(a) of the Parties' ESI Protocol.  (Dkt. No. 208.) In addition, the third amended privilege log, again, confirms the Wayfarer Defendants' withholding of communications with no attorney presence.

7.  On October 15, 2025, counsel for Ms. Lively raised these issues with the Wayfarer Defendants and requested they cure these deficiencies by October 16, which they have failed to do so.

Dated: November 3, 2025                                    /s/ Matthew F. Bruno_____

MANATT, PHELPS & PHILLIPS, LLP
Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Counsel for Blake Lively*