# EXHIBIT 1

Wayfarer Defendants'
Supplemental Categorical Privilege Log,
dated October 6, 2025
Filed Under Seal