# EXHIBIT 2

Wayfarer Defendants' Supplemental Privilege Log, dated October 14, 2025
Filed Under Seal