

Kevin Fritz<br>
*Partner*<br>
Direct (212) 655-3570<br>
kaf@msf-law.com

<u>Via ECF</u>
Hon. Lewis J. Liman                                    November 3, 2025
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Rules 1(D) and 2(K) of Your Honor's Individual Rules and Practices, we write to advise the Court that plaintiff Blake Lively and the Wayfarer Parties have agreed that the Wayfarer Parties' opposition to Ms. Lively's motion for sanctions concerning Melissa Nathan's document production (Dkt. 901) will be filed on or before November 10, 2025. We respectfully request that the Court so-order this letter.

Respectfully submitted,

   */s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
       kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
   Bryan J. Freedman (*pro hac vice*)
   Ellyn S. Garofalo (*pro hac vice*)
   1801 Century Park West, 5th Floor
   Los Angeles, CA 90067
   Tel: (310) 201-0005
   Email: bfreedman@lftcllp.com
       egarofalo@lftcllp.com

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 4, 2025

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
         jbach@shapiroarato.com
         abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)

13133\1\9696996.v2