

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

<u>Via ECF</u>
Hon. Lewis J. Liman                          October 31, 2025
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**    ***Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and as directed by the Order dated October 31, 2025 (Dkt. 894), we are publicly filing a version of Blake Lively's Amended Initial Disclosures (Dkt. 406-1) with personally identifiable information ("PII") redacted. With respect to the Court's directive to publicly file versions of Ms. Lively's Second and Third Amended Initial Disclosures with PII redacted, the sealed excerpts of those documents do not contain PII. (Dkt. 841-1, 841-2). Therefore, we respectfully suggest that the Court direct the Clerk to unseal those documents.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

The Court understands that the Wayfarer Parties might not be able to see the documents at Dkt. Nos. 841-1 and 841-2 given recent sealing procedures in the Southern District of New York, but the documents contain much of the same PII as the document at Dkt. No. 406-1. The Court therefore reiterates its directive for the Wayfarer Parties to publicly file redacted versions of the disclosures. They may do so by November 5, 2025.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 5, 2025

Hon. Lewis J. Liman
Page 2

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
        jbach@shapiroarato.com
        abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)