

Kevin Fritz<br>
*Partner*<br>
Direct (212) 655-3570<br>
kaf@msf-law.com

<u>Via ECF</u>
Hon. Lewis J. Liman                                          November 5, 2025
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and as directed by the Order dated November 5, 2025 (Dkt. 911), we are publicly filing versions of Blake Lively's Second Amended Initial Disclosures (Dkt. 841-1) and her Third Amended Initial Disclosures (Dkt. 841-2), with personally identifiable information ("PII") redacted.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
         kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
    Bryan J. Freedman (*pro hac vice*)
    Ellyn S. Garofalo (*pro hac vice*)
    1801 Century Park West, 5th Floor
    Los Angeles, CA 90067
    Tel: (310) 201-0005
    Email: bfreedman@lftcllp.com
    egarofalo@lftcllp.com

13133\1\9773409.v1

Hon. Lewis J. Liman<br>
Page 2

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
       jbach@shapiroarato.com
       abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)