# EXHIBIT 33

Filed Under Seal

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 20 | Date Range: 10/28/2024 - 11/12/2024 |

### Outline of Conversations

**Conversation 002137** • 20 messages between 10/28/2024 - 11/12/2024 • ▉ **Redacted**
Breanna **Redacted** • Melissa Nathan **Redacted** • Self **Redacted**

**Messages in chronological order** (times are shown in GMT -05:00)



**Conversation 002137**

MN  Melissa Nathan ⟨ Redacted ⟩                                    10/28/2024, 3:49 PM

B   Breanna ⟨ Redacted ⟩                                           10/28/2024, 5:10 PM

B   Breanna ⟨ Redacted ⟩                                           10/28/2024, 5:10 PM

*Attachment: F45E785F-971A-481D-A139-1C95641E985A.pluginPayloadAttachment (9 KB)*

B   Breanna ⟨ Redacted ⟩                                           10/28/2024, 5:10 PM
    Also flagging this that just broke

J   Self ⟨ Redacted ⟩                                              10/28/2024, 5:14 PM
    Thank you B! Handling the digital on this as we speak –
    We will all monitor and manage.

MN  Melissa Nathan ⟨ Redacted ⟩                                    10/29/2024, 10:57 AM
    We have a plan.
    Story won't run without us knowing- I've asked for a request for comment.
    Jumping on the phone for about two hours now, but I'm free after that .

J   Self ⟨ Redacted ⟩                                              10/29/2024, 10:57 AM
    Loved
    We have a plan. …"

MN  Melissa Nathan ⟨ Redacted ⟩                                    10/30/2024, 12:27 PM
    Please do let us know if you'd like us to continue - we have a team on hold but just need feedback either way! Thanks
    so much

    ⟨ Redacted ⟩                                                   10/30/2024, 6:28 PM

J   Self ⟨ Redacted ⟩                                              10/30/2024, 6:32 PM
    Loved

J   Self ⟨ Redacted ⟩                                              10/30/2024, 6:32 PM
    Let's discuss that - I'm most excited about that and what we found.

MN  Melissa Nathan ⟨ Redacted ⟩                                    10/31/2024, 10:57 AM
    Sounds good to us.
    We will cancel the secondary call
    And just work on SEO

J   Self ⟨ Redacted ⟩                                              10/31/2024, 3:54 PM

ATTORNEYS' EYES ONLY

