# EXHIBIT 34

Filed Under Seal

# Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 13 | Date Range: 11/11/2024 - 11/14/2024 |

## Outline of Conversations

**Conversation 002138** • 13 messages between 11/11/2024 - 11/14/2024 • ███ **Redacted** • Breanna **Redacted** • Melissa Nathan **Redacted** • Self **Redacted**

ATTORNEYS' EYES ONLY                                                    STREET 3.000486

**Messages in chronological order** (times are shown in GMT -05:00)

### Conversation 002138

| | | |
|---|---|---|
| J | Self [Redacted] | 11/11/2024, 8:07 PM |
| | [redacted] | |
| J | Self [Redacted] | 11/11/2024, 8:26 PM |
| | [redacted] | |
| | [Redacted] Thanks Jed. Its a pleasure to meet you [redacted] Im excited about the opportunity to collaborate with you guys ! | 11/11/2024, 8:46 PM |
| J | Self [Redacted] Put this response in our thread with [redacted] | 11/11/2024, 8:53 PM |
| J | Self [Redacted] [redacted] | 11/14/2024, 4:10 PM |
| MN | Melissa Nathan [Redacted] Loved [redacted] | 11/14/2024, 4:15 PM |
| J | Self [Redacted] Very critical - thank you for reaching out to [redacted] | 11/14/2024, 5:58 PM |
| MN | Melissa Nathan [Redacted] Loved [redacted] | 11/14/2024, 6:22 PM |
| J | Self [Redacted] [redacted] | 11/14/2024, 7:55 PM |
| J | Self [Redacted] [redacted] | 11/14/2024, 7:56 PM |
| J | Self [Redacted] | 11/14/2024, 7:56 PM |

ATTORNEYS' EYES ONLY

STREET 3.000487

&lt;Attachment - DF50A4B7-4F0A-4EAD-89F9-A542E2D6FF95.pluginPayloadAttachment&gt;

*Attachment: DF50A4B7-4F0A-4EAD-89F9-A542E2D6FF95.pluginPayloadAttachment (16 KB)*

| J | Self | Redacted | 11/14/2024, 7:56 PM |

&lt;Attachment - B0920931-FC44-4079-9A8F-1390E3649D6D.pluginPayloadAttachment&gt;

*Attachment: B0920931-FC44-4079-9A8F-1390E3649D6D.pluginPayloadAttachment (92 KB)*

| J | Self | Redacted | 11/14/2024, 7:56 PM |

&lt;Attachment - 9146B997-AAB6-4D91-891C-B811CDBA58CD.pluginPayloadAttachment&gt;

*Attachment: 9146B997-AAB6-4D91-891C-B811CDBA58CD.pluginPayloadAttachment (20 KB)*

ATTORNEYS' EYES ONLY                                                                                                          STREET 3.000488