# EXHIBIT 35

Filed Under Seal

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 15 | Date Range: 11/19/2024 |

## Outline of Conversations



**Conversation 002174** • 15 messages on 11/19/2024 • ▮▮▮ · [Redacted] · Melissa Nathan · [Redacted] · Self ▮▮▮

**Messages in chronological order** (times are shown in GMT -06:00)

## Conversation 002174

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 11:56 AM
🙂 I hope all is good your end .

[redacted]

Just received this for [redacted] If she wants to have someone handle media requests, we are happy to jump in.

[redacted]

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 11:56 AM
<Attachment - image/heic - Screenshot 2024-11-19 at 12.53.56.heic>

*Attachment: Screenshot 2024-11-19 at 12.53.56.heic (50 KB)*

**J** — Self [redacted] — 11/19/2024, 11:59 AM
[redacted]

We all need a call.

[redacted] [Redacted] — 11/19/2024, 1:30 PM
Please include [redacted] in all communications

**J** — Self [redacted] — 11/19/2024, 1:44 PM
Melissa can you add [redacted] to this thread?

**J** — Self [redacted] — 11/19/2024, 1:45 PM
[redacted]

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 1:46 PM

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 1:46 PM
[redacted] hi!

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 1:46 PM
I know you can't see the above

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 1:47 PM
🙂

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 1:47 PM
<Attachment - image/heic - Screenshot 2024-11-19 at 12.53.56.heic>

*Attachment: Screenshot 2024-11-19 at 12.53.56.heic (50 KB)*

**MN** — Melissa Nathan [Redacted] — 11/19/2024, 1:47 PM

Re upping

MN **Melissa Nathan** Redacted  11/19/2024, 1:47 PM
I hope all is good your end .

▮▮▮▮▮▮▮▮▮▮▮▮

Just received this for ▮▮▮▮▮▮▮. If she wants to have someone handle media requests, we are happy to jump in.

▮▮▮▮▮▮▮▮▮▮▮▮

J **Self** ▮▮▮▮▮▮  11/19/2024, 1:50 PM
Hi ▮▮

▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

J **Self** ▮▮▮▮▮▮  11/19/2024, 1:51 PM
Also ▮▮▮▮▮▮▮ (or share contact info for Melissa to add, please?

ATTORNEYS' EYES ONLY                    STREET 3.000201