# EXHIBIT 36

Filed Under Seal

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 2 | Date Range: 11/19/2024 - 11/22/2024 |

## Outline of Conversations



**Conversation 002176** • 2 messages between 11/19/2024 - 11/22/2024 • Redacted
Melissa Nathan • Redacted • Self Redacted
Redacted

**Messages in chronological order** (times are shown in GMT -06:00)



**Conversation 002176**

J | **Self** ▮▮▮ | 11/19/2024, 7:29 PM
Got that one in the system / on it.

J | **Self** ▮▮▮ | 11/22/2024, 2:33 PM
▮▮▮

the reason I"m just showing those specific links is because they were all created in the last 60 minutes or so. it is CONSTANT and EVERYWHERE. ▮▮▮

ATTORNEYS' EYES ONLY

STREET 3.000205