# EXHIBIT 37

Filed Under Seal

**Message**

**From:** [redacted] on behalf of [redacted]
**Sent:** 11/19/2024 5:41:04 PM
**To:** Melissa N [redacted]
**CC:** Jed Wallace [redacted] Breanna [redacted]

**Subject:** Re: article - [redacted]

Perfect. I'll start firing them off there. We have a few good ones now



On Tue, Nov 19, 2024 at 6:40?PM Melissa N [redacted] wrote:
I just shot you a text with us on

Thank you very much
Sent from my iPhone

> On 19 Nov 2024, at 18:37, [redacted] wrote:
>
> ?
> The piece hasn't been published yet. Best to get you pieces that have been published correct?
>
> Jed, can you and I start a text thread and I will feed you great published pieces?



On Tue, Nov 19, 2024 at 6:35?PM Jed Wallace [redacted] wrote:

ATTORNEYS' EYES ONLY

Jed Wallace
Founder
**Street Relations, Inc.**

On Nov 19, 2024, at 5:29 PM, ██████ wrote:

?

On Nov 19, 2024, at 6:23 PM, ██████ wrote:

?

On Nov 19, 2024, at 1:15 PM, ██████ wrote:

?



ATTORNEYS' EYES ONLY

STREET 3.000367

ATTORNEYS' EYES ONLY

STREET 3.000368