# EXHIBIT 35

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK

2

     BLAKE LIVELY,                )
3         PLAINTIFF,              )   CASE NO.
                                  )   1:24-CV-10049-LJL
4    VS.                          )   (CONSOLIDATED WITH
                                  )   1:25-CV-00449-LJL
5    WAYFARER STUDIOS LLC,        )
     JUSTIN BALDONI, JAMEY        )
6    HEATH, STEVE SAROWITZ,       )
     IT ENDS WITH US MOVIE        )
7    LLC, MELISSA NATHAN,         )
     THE AGENCY GROUP PR          )
8    LLC, JENNIFER ABEL, JED      )
     WALLACE, AND STREET          )
9    RELATIONS INC.,              )
          DEFENDANTS.             )
10   _____
     JENNIFER ABEL,               )
11       THIRD-PARTY              )
         PLAINTIFF,               )
12                                )
     VS.                          )
13                                )
     JONESWORKS LLC,              )
14       THIRD-PARTY              )
         DEFENDANT.               )
15   _____
     WAYFARER STUDIOS LLC,        )
16   JUSTIN BALDONI, JAMEY        )
     HEATH, IT ENDS WITH US       )
17   MOVIE LLC, MELISSA           )
     NATHAN, JENNIFER ABEL,       )
18   AND STEVE SAROWITZ,          )
          CONSOLIDATED            )
19        PLAINTIFFS,             )
                                  )
20   VS.                          )
                                  )
21   BLAKE LIVELY, RYAN           )
     REYNOLDS, LESLIE             )
22   SLOANE, VISION PR,           )
     INC., AND THE NEW YORK       )
23   TIMES COMPANY,               )
          CONSOLIDATED            )
24        DEFENDANTS.             )

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1          ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE

                          OCTOBER 9, 2025

2              CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

4          ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE,

5     produced as a witness at the instance of the Blake

6     Lively and duly sworn, was taken in the above styled and

7     numbered cause on Thursday, October 9, 2025, from 9:14

8     a.m. to 7:36 p.m., before Janalyn Elkins, CSR, in and

9     for the State of Texas, reported by computerized

10    stenotype machine, at the offices of Jackson Walker, 100

11    Congress Avenue, Suite 1100, Austin, Texas, pursuant to

12    the Federal Rules of Civil Procedure and any provisions

13    stated on the record herein.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 197**



CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 198

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 352

1    interested in the outcome of the action.

2              Certified to by me this 10th day of October

3       2025.

4

5                        *[signature]*

                         JANALYN ELKINS

6                        Texas CSR 3631

                         Expiration Date 1/31/2027

7                        Veritext Legal Solutions

                         300 Throckmorton Street, Suite 1600

8                        Fort Worth, Texas  76102

                         Firm Registration No. 571

9                        PH:  (817) 336-3042

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.