# EXHIBIT 39

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 31 | Date Range: 6/4/2024 - 6/20/2024 |

## Outline of Conversations

 **Conversation 001675** · 31 messages between 6/4/2024 - 6/20/2024 · Redacted
Redacted · Melissa Nathan   Redacted   · Self   Redacted

ATTORNEYS' EYES ONLY

**Messages in chronological order** (times are shown in GMT -06:00)

### Conversation 001675

**[Redacted]** — 6/4/2024, 6:52 AM
Good morning favorite team

Let's pls talk asap when u are up

**Melissa Nathan [Redacted]** — 6/4/2024, 6:58 AM
Good morning !
Missed your call last night as I was asleep …
I can chat in 30 mins ?

**[Redacted]** — 6/4/2024, 6:58 AM
No worries let's do it

**[Redacted]** — 6/4/2024, 7:04 AM
Jed u free

**[Redacted]** — 6/4/2024, 7:35 AM
Jed with the kids this morning

Melissa call when free pls

**Self [Redacted]** — 6/4/2024, 7:39 AM
My favorite family - I've got the plan for infrastructure. Talk first / I'll make sure the rest works.

It's on but will need the most absolute secure process and upfront infrastructure. I've got it - family!!

**[Redacted]** — 6/4/2024, 7:39 AM
Loved "My favorite family - I've got the plan for infrast…"

**[Redacted]** — 6/4/2024, 8:26 AM
Melissa may I have a quick SOW to share with him

Going to him with an all in rate for u Jed and Freedman

The dream team

**Melissa Nathan [Redacted]** — 6/4/2024, 8:27 AM
Sure !
Let me get something quickly together

**[Redacted]** — 6/4/2024, 8:27 AM
Loved "Sure !
Let me get something quickly together "

**Melissa Nathan [Redacted]** — 6/4/2024, 8:57 AM
SOW:

[Redacted content]

███████████████████
████████████████
██████████████████████
████████████████████████
████████████████████████
██████████████████████
██████████████████████

| | | | |
|---|---|---|---|
| ■ | ████ Redacted<br>Loved "SOW:<br>████████████ | | 6/4/2024, 8:57 AM |
| ■ | ████ Redacted<br>? | | 6/4/2024, 8:57 AM |
| MN | Melissa Nathan Redacted<br>Laughed at "? " | | 6/4/2024, 8:57 AM |
| ■ | ████ Redacted<br>The band is band together | | 6/20/2024, 9:40 AM |
| MN | Melissa Nathan Redacted<br>We never disbanded | | 6/20/2024, 9:41 AM |
| ■ | ████ Redacted<br>██████████████<br>████████ | | 6/20/2024, 9:41 AM |
| ■ | ████ Redacted<br>Emphasized "We never disbanded" | | 6/20/2024, 9:41 AM |
| MN | Melissa Nathan Redacted<br>████████████████████ | | 6/20/2024, 9:46 AM |
| ■ | ████ Redacted<br>No for sure don't want to make it worse! | | 6/20/2024, 9:46 AM |
| MN | Melissa Nathan Redacted<br>██████████████ | | 6/20/2024, 9:48 AM |
| ■ | ████ Redacted<br>Loved ████████████ | | 6/20/2024, 9:48 AM |
| J | Self Redacted<br>Loved ████████████ | | 6/20/2024, 9:49 AM |

| | | | |
|---|---|---|---|
| ■ | ███ **Redacted** <br> Emphasized an audio message | | 6/20/2024, 9:49 AM |
| ■ | ███ **Redacted** <br> <Attachment - image/tiff - IMG_4757.tiff> | | 6/20/2024, 9:52 AM |

*Attachment: IMC_4757.tiff (2 MB)*

| | | | |
|---|---|---|---|
| ■ | ███ **Redacted** <br> [OBJ] | | 6/20/2024, 9:52 AM |
| MN | Melissa Nathan **Redacted** <br> Loved an image | | 6/20/2024, 9:52 AM |
| J | Self **Redacted** <br> ███ | | 6/20/2024, 9:53 AM |
| ■ | ███ **Redacted** <br> Loved ███ | | 6/20/2024, 9:53 AM |
| MN | Melissa Nathan **Redacted** <br> I have a bunch of reporters good to go on the drop | | 6/20/2024, 10:12 AM |
| J | Self **Redacted** <br> Signal please | | 6/20/2024, 10:30 AM |