

PRYOR CASHMAN LLP

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**Maxwell Breed**

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

November 5, 2025

<u>VIA ECF</u>

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:      **Letter-Motion to Seal—*Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL**

Dear Judge Liman:

      On behalf of non-parties Ms. Case and Ms. Butler Koslow, we respectfully request that this Court order the sealing and redaction of certain confidential, personal, and nonpublic information contained in certain exhibits attached to Jonesworks LLC's motion for sanctions (Dkt. 870) and Ms. Lively's motion for sanctions (Dkt. 863), both filed on October 22, 2025. Both motions attach as exhibits materials that were produced or provided by Ms. Case and Ms. Butler Koslow in discovery and that they designated as confidential or as "Attorneys Eyes Only." Specifically, Jonesworks LLC's motion includes the following exhibits containing materials requiring redactions: Exhibit 6 (Dkt. 871-4), Exhibit 7 (Dkt. 871-5), Exhibit 20 (Dkt. 871-18), Exhibit 21 (Dkt. 871-19), Exhibit 32 (Dkt. 871-29), Exhibit 40 (Dkt. 871-37), Exhibit 41 (Dkt. 871-38), and Exhibit 42 (Dkt. 871-39). Ms. Lively's motion includes the following exhibits containing materials requiring redactions: Exhibit 1 (Dkt. 874-1), Exhibit 23 (Dkt. 874-23), Exhibit 26 (Dkt. 874-24), Exhibit 31 (Dkt. 874-28), Exhibit 38 (Dkt. 874-35), Exhibit 39 (Dkt. 874-36), and Exhibit 47 (Dkt. 874-43). This Court has previously granted a similar request to seal such materials in this case (Dkt. 699), and consistent with that prior ruling, Ms. Case and Ms. Butler Koslow request the same treatment here.

      In assessing whether to seal documents, courts weigh the presumption of public access against competing considerations that favor nondisclosure. *Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006)*. Such "competing considerations" encompass "the privacy interests of those resisting disclosure, such as trade secrets and sources of business information that might harm a litigant's competitive standing." *Dodona I, LLC v. Goldman, Sachs & Co.*, 119



Hon. Lewis J. Liman
November 5, 2025
Page 2

F. Supp. 3d 152, 154–55 (S.D.N.Y. 2015). "If such factors outweigh the value to the public of accessing the document at issue, then that document should be sealed." *Matter of Upper Brook Cos.*, No. 22-MC-97 (PKC), 2023 WL 172003, at *1 (S.D.N.Y. Jan. 12, 2023). Courts regularly grant sealing requests for materials designated as confidential during discovery. *See In re Keurig Green Mt. Single-Serve Coffee Antitrust Litig.*, No. 14-mc-2542, 2023 WL 196134, at *12 (S.D.N.Y. Jan. 17, 2023).

   The proposed redactions involve communications concerning Ms. Case's and Ms. Butler Koslow's private crisis management work for nonparty clients of The Agency Group PR LLC. The redacted content does not relate to the substantive issues in the pending motions or to any party's claims. These materials are not relevant to the Court's adjudicative process, and the privacy and confidentiality interests of the nonparty clients substantially outweigh any minimal public access considerations.

   We thus respectfully request that the Court seal the specified portions of Exhibit 6 (Dkt. 871-4), Exhibit 7 (Dkt. 871-5), Exhibit 20 (Dkt. 871-18), Exhibit 21 (Dkt. 871-19), Exhibit 32 (Dkt. 871-29), Exhibit 40 (Dkt. 871-37), and Exhibit 41 (Dkt. 871-38) to the Jonesworks LLC's motion for sanctions and Exhibit 1 (Dkt. 874-1), Exhibit 23 (Dkt. 874-23), Exhibit 26 (Dkt. 874-24), Exhibit 31 (Dkt. 874-28), Exhibit 38 (Dkt. 874-35), and Exhibit 39 (Dkt. 874-36) to Ms. Lively's motion for sanctions. Additionally, both Jonesworks LLC's motion and Ms. Lively's motion attach the same audio file as exhibits (Exhibit 42 (Dkt. 871-39) to the Jonesworks LLC motion and Exhibit 47 (Dkt. 874-43) to Ms. Lively's motion). Ms. Case and Ms. Butler Koslow seek to redact and withhold from public disclosure the entirety of this audio file for the same reasons set forth above.

              Respectfully submitted,

               Maxwell Breed