# EXHIBIT 6

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 22 | Date Range: 7/26/2024 |

## Outline of Conversations



███████████████ System Message chatroom • 22 messages on 7/26/2024 • ███████████
Katie Case ███████████ • System Message (System Message)

CONFIDENTIAL BBKOSLOW-000008776

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ System Message chatroom

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 7:44 AM
So last night wasn't 2 hours it was 2 lol

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 7:44 AM
So last night wasn't 3 hours it was 2 lol

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 7:46 AM
When you're online give me a call and we can run through it

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 8:11 AM
[url:'https://p72-content.icloud.com/M3DF4DCC7931064B786AAF856E86BB42335D09792892AED00887EF9E19AB23ECF.C01USN00']

*Attachment: __Library_SMS_Attachments_9c_12_032E622C-1D25-4653-ADB5-908EBA272681_Screenshot 2024-07-25 at 8.44.24_PM.heic (52 KB)*

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 11:29 AM
I do think we need to bother Melissa with the wayfarer studios scope because it was brought to her specifically by Jen Abel…

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 11:30 AM
What do you think

**#** ▇▇▇▇▇▇▇▇ — 7/26/2024, 11:30 AM
Yes she needs to take a look at it

**#** ▇▇▇▇▇▇▇▇ — 7/26/2024, 12:06 PM
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 12:07 PM
I think we go today

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 12:07 PM
Wrap out the week

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 12:16 PM
Sorry also can you chat with Jen Abel at 12:30

**#** ▇▇▇▇▇▇▇▇ — 7/26/2024, 12:26 PM
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ then have to call Daily Mail

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 12:26 PM
Totally fine I'll call her and let you know how it goes

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 1:53 PM
I'm so sorry

**KC** — **Katie Case** ▇▇▇▇▇▇▇▇ — 7/26/2024, 1:54 PM
What do you think about this as a response ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ well keep you posted on any questions that come back. Thanks!

Because I feel like she's trying to catch us in a lie. Because she's that kind of person. So this doesn't say yes or no but just reiterated what I said yesterday.

\#     [redacted]     7/26/2024, 1:54 PM
Yes good point - wouldn't straight up lie. I think that's perfect

KC     **Katie Case** [redacted]     7/26/2024, 1:54 PM
Ok amazing thank you

KC     **Katie Case** [redacted]     7/26/2024, 1:55 PM
[redacted]

KC     **Katie Case** [redacted]     7/26/2024, 1:55 PM
But like

KC     **Katie Case** [redacted]     7/26/2024, 1:55 PM
[redacted]

Attachment: __Libr_1(5) (115 KB)

Attachment: __Libr_1(6) (11 KB)

\#     [redacted]     7/26/2024, 1:56 PM
Exactly - absolutely no way to put our name on the line for this

KC     **Katie Case** [redacted]     7/26/2024, 1:56 PM
Absolutely not



CONFIDENTIAL

BBKOSLOW-000008779



CONFIDENTIAL

BBKOSLOW-000008780



CONFIDENTIAL

BBKOSLOW-000008781