# EXHIBIT 7

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 22 | Date Range: 7/25/2024 |

**Outline of Conversations**



chatroom • 22 messages on 7/25/2024 •
• Breanna Butler • Nathan Melissa

**Messages in chronological order** (times are shown in GMT -04:00)

---

🍎  ██████████████████████████████████████ **chatroom**

NM  **Nathan Melissa** ████████████                                    7/25/2024, 8:25 PM

████████████████████████████████████████████████████████████
]

*Attachment: ___Library_SMS_Attachments_8a_10_445A9218-4494-48A5-B5C3-A8C559701BAB_IMG_9290.heic (69 KB)*

#  ████████████                                                         7/25/2024, 8:47 PM

I'm so mad we missed ████████

NM  **Nathan Melissa** ████████                                        7/25/2024, 9:00 PM

same

#  ████████                                                             7/25/2024, 9:00 PM
   ████████

NM  **Nathan Melissa** ██████                                          7/25/2024, 9:00 PM
   ██████████

NM  **Nathan Melissa** ████████                                        7/25/2024, 9:00 PM

Aka bane of my life

NM  **Nathan Melissa** ████████                                        7/25/2024, 9:01 PM

And aim doing this ██████ ive done 4 ██████ today

NM  **Nathan Melissa** ████████                                        7/25/2024, 9:01 PM

2 kids 3 dogs period pains and vomiting

#  ████████                                                             7/25/2024, 9:01 PM

Omg lol all of us are like wait who?

#  ████████                                                             7/25/2024, 9:01 PM

Let me know what you want to toss to me

NM  **Nathan Melissa** ████████                                        7/25/2024, 9:02 PM

Ha It's legal name on docs

#  ████████                                                             7/25/2024, 9:02 PM

Was anyone else on ██████ to help with notes so we can jump in quick?

NM  **Nathan Melissa** ████████                                        7/25/2024, 9:02 PM

I'll do it on a call tomorrow because I can't explain right now, but it's really good and so happy about all this

#  ████████                                                             7/25/2024, 9:02 PM

lol I feel dumb now but everyone texted on side like who? 🫠

#  ████████                                                             7/25/2024, 9:03 PM

Ok great!

NM  **Nathan Melissa** ████████                                        7/25/2024, 9:03 PM

---

Wayfarer studios
Justin baldoni
███████████████

\# ███████████████                                    7/25/2024, 9:04 PM

Amazing

\# ███████████████                                    7/25/2024, 9:04 PM

Is Bryan happy with variety piece?

NM  **Nathan Melissa** ███████████        7/25/2024, 9:04 PM

Oh, he's so happy

NM  **Nathan Melissa** ███████████        7/25/2024, 9:04 PM

Sorry, I've been so busy. I forgot to.
How's your car accident?

\# ███████████████                                    7/25/2024, 9:05 PM

It was fine but this kid gave me his number for insurance and then blocked us. I want to put his number out on Facebook or something like "text if you need a good nanny!" To fuck with him so he gets inundated with a bunch of crazy Long Island moms

\# ███████████████                                    7/25/2024, 9:06 PM

And police say nothing we can do

CONFIDENTIAL