# EXHIBIT 20

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 39 | Date Range: 7/26/2024 - 7/27/2024 |

## Outline of Conversations



▢ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ System Message chatroom • 39 messages between 7/26/2024 - 7/27/2024 • Breanna Butler ▮▮▮▮▮▮ • Katherine Case ▮▮▮▮▮▮▮▮▮▮ • Katie Case ▮▮▮▮▮▮▮ • System Message (System Message)

ATTORNEYS' EYES ONLY                                                                                           KCASE-000005118

**Messages in chronological order** (times are shown in GMT -04:00)

| | | |
|---|---|---|
| | System Message chatroom | |
| BB | **Breanna Butler** ▉▉▉▉▉▉▉▉▉▉<br>Don't write back - I'll join that stupid call tomorrow | 7/26/2024, 9:17 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>Well fuck lol | 7/26/2024, 9:17 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>I literally sent that moments before you texted me lol | 7/26/2024, 9:18 PM |
| BB | **Breanna Butler** ▉▉▉▉▉▉▉▉▉▉<br>Hahah of course - I just wrote back | 7/26/2024, 9:18 PM |
| BB | **Breanna Butler** ▉▉▉▉▉▉▉▉▉▉<br>Why is ▉ recommending us fintech | 7/26/2024, 9:19 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>I have absolutely no idea and isn't that like… HIS supposed thing | 7/26/2024, 9:19 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>I'm also so wary of him like is this a trick 😀 | 7/26/2024, 9:19 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>But also | 7/26/2024, 9:20 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>I really don't mind joining at all you have a house full of sick children and husbands | 7/26/2024, 9:20 PM |
| BB | **Breanna Butler** ▉▉▉▉▉▉▉▉▉▉<br>I know it's so strange! | 7/26/2024, 9:22 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>Also more importantly | 7/26/2024, 9:24 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 7/26/2024, 9:24 PM |
| BB | **Breanna Butler** ▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 7/26/2024, 9:40 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉ | 7/26/2024, 9:40 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 7/26/2024, 9:41 PM |
| KC | **Katie Case** ▉▉▉▉▉▉▉▉▉▉<br>Is this literally Jonesworks bullshit | 7/26/2024, 10:15 PM |
| BB | **Breanna Butler** ▉▉▉▉▉▉▉▉▉▉<br>I'm so confused | 7/26/2024, 10:16 PM |

KC **Katie Case** 7/26/2024, 10:19 PM
This is literally why we don't engage with Jonesworks people

KC **Katie Case** 7/26/2024, 10:19 PM
How many times do I have to say that lol

BB **Breanna Butler** 7/26/2024, 10:22 PM
I thought Jen was already out

KC **Katie Case** 7/26/2024, 10:22 PM
We shouldn't have gone anywhere near the shit from Jen I'm sorry but I don't know why there wasn't a "thanks so much but we can't do this"

BB **Breanna Butler** 7/26/2024, 10:23 PM
I agree - I thought this was Jen on her own already coming to us for help

KC **Katie Case** 7/26/2024, 10:25 PM
I thought so too but Jen also specifically told me she would handle this and make it all above board

KC **Katie Case** 7/26/2024, 10:25 PM
Also I think Melissa is high as fuck lol

BB **Breanna Butler** 7/26/2024, 10:29 PM
I do too 🙊

KC **Katie Case** 7/26/2024, 10:30 PM
Which like…

KC **Katie Case** 7/26/2024, 10:30 PM
Ok 😂😂

KC **Katie Case** 7/26/2024, 10:30 PM
Should we be worried lol

BB **Breanna Butler** 7/26/2024, 10:31 PM
Idk man honestly - or if she should take serious break as she also said she was vomiting non stop Monday

KC **Katie Case** 7/26/2024, 10:32 PM
That's true… but I also never know and I'm so sorry to say that Lolol

BB **Breanna Butler** 7/26/2024, 10:46 PM
No me either

BB **Breanna Butler** 7/27/2024, 10:02 AM
You didn't join with her did you

KC **Katie Case** 7/27/2024, 10:02 AM
No I didn't lol

BB **Breanna Butler** 7/27/2024, 10:02 AM
I missed her call by 5 mins and called back at exactly 10 and she didn't patch me in

KC **Katie Case** 7/27/2024, 10:05 AM
There's nothing you can do 🙈

KC **Katie Case** 7/27/2024, 10:06 AM
We should also maybe have a chat (not today) about boundaries lol

ATTORNEYS' EYES ONLY                                         KCASE-000005120

| | | |
|---|---|---|
| KC | **Katie Case** | 7/27/2024, 10:08 AM |
| | He also knows she's on the west coast and called early so clearly he's a dick | |
| BB | **Breanna Butler** | 7/27/2024, 10:11 AM |
| | Yes that's really annoying and it's fintech shit right | |
| KC | **Katie Case** | 7/27/2024, 10:15 AM |
| | According to his bio that's pretty much what he does… did she call you back? | |

ATTORNEYS' EYES ONLY                                                                                       KCASE-000005121