# EXHIBIT 23

Filed Under Seal

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 141 | Date Range: 8/6/2024 - 8/7/2024 |

# Outline of Conversations



■■■■■■■■■■■■■■ System Message chatroom • 141 messages between 8/6/2024 - 8/7/2024 • ■■■■■■■ • Katie Case ■■■■■■■■ • System Message (System Message)

CONFIDENTIAL                                                                                                       BBKOSLOW-000004099

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 ▮▮▮▮▮▮▮▮▮▮ System Message chatroom

| | | |
|---|---|---|
| # ▮▮▮▮▮ | | 8/6/2024, 8:27 PM |

No I think that weird goddess embodiment was a typo lol

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/6/2024, 8:27 PM |

Hahahahahahah I mean

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/6/2024, 8:28 PM |

I've gone full tinfoil hat on this havent I

| | | |
|---|---|---|
| # ▮▮▮▮▮ | | 8/6/2024, 8:31 PM |

Hahaha no not at all

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/6/2024, 8:34 PM |

Last thing then I'll leave you alone lol where is all of Justin's press?? It's literally just about Blake lively other than the people piece.

| | | |
|---|---|---|
| # ▮▮▮▮▮ | | 8/6/2024, 8:38 PM |

Oh ya you're right! Like following the junket

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/6/2024, 8:38 PM |

Other than people… where is all this press he's been doing???

| | | |
|---|---|---|
| # ▮▮▮▮▮ | | 8/6/2024, 8:43 PM |

I don't know unless it's timed to come out after premiere

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/6/2024, 8:44 PM |

So weird anyways sorry I'll leave you alone now

| | | |
|---|---|---|
| # ▮▮▮▮▮ | | 8/7/2024, 7:49 AM |

▮▮▮▮▮ is all over the Justin no press saga

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 7:50 AM |

God dammit

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 7:50 AM |

Can I say something quickly

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 7:50 AM |

It's because NO press ran with him

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 7:50 AM |

Where is his press

| | | |
|---|---|---|
| KC  **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 7:50 AM |

Allllll day we saw Blake and Jenny and Brandon where is Justin's press why hasn't it run

| | | |
|---|---|---|
| # ▮▮▮▮▮ | | 8/7/2024, 7:51 AM |

Idk what is your conspiracy behind in

| | | |
|---|---|---|
| # ▮▮▮▮▮ | | 8/7/2024, 7:51 AM |

It

| | | | |
|---|---|---|---|
| KC | **Katie Case** [redacted] | | 8/7/2024, 7:51 AM |
| | Lol | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 7:51 AM |
| | I went a little crazy yesterday didn't I | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 7:51 AM |
| | 😂😂 | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 7:51 AM |
| | I'm sorry | | |
| # | [redacted] | | 8/7/2024, 7:51 AM |
| | No! I didn't mean it like that hahah | | |
| # | [redacted] | | 8/7/2024, 7:52 AM |
| | Because there might be a conspiracy! | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 8:01 AM |
| | I just don't think they're good at their jobs hahahaha | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 8:01 AM |
| | I really went a little batshit yesterday I apologize I'm better today lol | | |
| # | [redacted] | | 8/7/2024, 8:14 AM |
| | No you didn't at all you were traumatized by these people | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 8:15 AM |
| | I did a little bit Hahhahahaa I'll admit that 😂😂 | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 8:15 AM |
| | How are you doing today? [redacted] | | |
| # | [redacted] | | 8/7/2024, 8:32 AM |
| | We're OK lol we've been up since 5am | | |
| # | [redacted] | | 8/7/2024, 8:33 AM |
| | The whole thing is weird with the Jen stuff though | | |
| # | [redacted] | | 8/7/2024, 8:33 AM |
| | Should we ask if there's an embargoed date for any of the press he did we should keep watch for? | | |
| # | [redacted] | | 8/7/2024, 8:34 AM |
| | Also - they can look up the fucking instagram account - im waiting for them to say "can you send screenshots?" | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 8:34 AM |
| | Oh no Bre I'm so sorry what's happening? | | |
| KC | **Katie Case** [redacted] | | 8/7/2024, 8:34 AM |
| | Emphasized "The whole thing is weird with the Jen stuff though…" | | |
| # | [redacted] | | 8/7/2024, 8:34 AM |
| | Nothing! Just being a child haha | | |

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 8:34 AM |
| | They'll say that Lolol it's also you know… not our job to monitor social media 😂 | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 8:34 AM |
| | I would! | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 8:35 AM |
| | Not in a rude way | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 8:35 AM |
| | Like guys where's his press lol | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 8:40 AM |
| | ▮▮▮▮▮ I'll tap back into Justin a bit later! | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 8:40 AM |
| | Ok no worries! | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 11:22 AM |
| | I'm having this weird anxiety / asthm fit where I can't catch my breath is it obvious im gasping? Lol | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 11:22 AM |
| | *asthma | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 11:23 AM |
| | No not at all also are you ok also I'm sorry I had to jump I just needed this time back I'm so sorry | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 11:23 AM |
| | Don't apologize! I'm fine lol it happens if I have coffee but spastically plus this weather | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 11:24 AM |
| | Urg Bre I'm so sorry but no you sounded totally normal | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 11:41 AM |
| | I feel like we're just waiting to be sitting ducks | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 11:44 AM |
| | I mean like fine then…we gave our advice. It's up to Jen | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 11:44 AM |
| | But I don think it's dumb if we dont do anything | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 11:44 AM |
| | You're correct on both accounts lol | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 12:33 PM |
| | I'm on with Rylie now. I feel like just you and me need to have a chat with MN. What do you think? Rylie saying things out of control | | |
| KC | **Katie Case** ▮▮▮▮▮ | | 8/7/2024, 12:33 PM |
| | What is she saying | | |
| # | ▮▮▮▮▮ | | 8/7/2024, 12:33 PM |
| | I have points together. ▮▮▮▮▮ | | |

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▮ | | 8/7/2024, 12:33 PM |
| | Can I say something shitty | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 12:34 PM |
| | Actually no | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 12:34 PM |
| | I hope she's ok | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 12:34 PM |
| | But yes I think we need to chat with Melissa | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 12:34 PM |
| | But I also deeply believe Rylie needs to be better at time management | | |
| # | ▮ | | 8/7/2024, 12:36 PM |
| | Oh I know | | |
| # | ▮ | | 8/7/2024, 12:36 PM |
| | But mostly about MN being chaotic and getting mad at her over something she shouldn't have | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 12:37 PM |
| | …..I'm sorry but she does this shit every single time she knows she dropping the ball | | |
| # | ▮ | | 8/7/2024, 2:15 PM |
| | My notes for MN call below. I may just say "let's have an originals chat just the 3 of us. Things are crazy which is good but to avoid anything blowing up, we have a few points/solutions that may help us better organize and obviously want to run by you:" | | |
| | •New business cap<br>•Roza(what is the deal here and what is messaging for current clients who ask for digital help?)<br>•Rylie being on computer<br>•Prioritizing clients<br>•Needs assistant (not happening but including)<br>•▮ | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 2:17 PM |
| | Perfect!!! | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 2:34 PM |
| | Was my text ok | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 2:34 PM |
| | We have to do something if media is picking it up | | |
| # | ▮ | | 8/7/2024, 2:34 PM |
| | Yes! We can't just sit here | | |
| # | ▮ | | 8/7/2024, 2:36 PM |
| | The thing is, I don't think we should be pushing out this messaging of him traveling and being with his family and then this piece comes out, saying that he was toxic on set | | |
| KC | **Katie Case** ▮ | | 8/7/2024, 2:37 PM |
| | I know 🪦 but I do want to be prepped just in case we need to | | |

| | | | |
|---|---|---|---|
| # | ▮▮▮ | | 8/7/2024, 2:37 PM |
| | No I know it's | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 2:37 PM |
| | Isn't the piece more about his religion? | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 2:37 PM |
| | The NYP one? | | |
| # | ▮▮▮ | | 8/7/2024, 2:37 PM |
| | I feel that was a throw away probably one small part | | |
| # | ▮▮▮ | | 8/7/2024, 2:38 PM |
| | Idk how Goldberg also knew about this hit piece. And do you know if MN really chatted social strategy with Jen / what that was about? | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 2:38 PM |
| | Yep I'm sending an email now | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 2:39 PM |
| | Lol | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 2:51 PM |
| | I'm a bit embarrassed now I sent what I did lol | | |
| # | ▮▮▮ | | 8/7/2024, 2:52 PM |
| | How come | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 2:59 PM |
| | This is the shit we're talking about Melissa is no longer on the | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 3:00 PM |
| | Dial-In: 605.313.5590<br>Access Code: 5807109# | | |
| # | ▮▮▮ | | 8/7/2024, 3:20 PM |
| | Honestly it's likely too late for the social plan to be really effective | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 3:21 PM |
| | I agree | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 3:21 PM |
| | All they can do now is suppress | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 3:24 PM |
| | If this bitch disagrees with me one more time 😂 | | |
| # | ▮▮▮ | | 8/7/2024, 3:24 PM |
| | I know I'm sorry | | |
| # | ▮▮▮ | | 8/7/2024, 3:25 PM |
| | I'm just in a cold sweat lol | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 3:25 PM |
| | Was it weird or did I come back from it | | |
| KC | **Katie Case** ▮▮▮ | | 8/7/2024, 3:25 PM |

Lol god I'm so sorry

\# ▮▮▮▮▮ 8/7/2024, 3:26 PM

No not at all!

But I don't understand why he's asking us if we really think she won't come forward when we know there's a hit piece

KC **Katie Case** ▮▮▮▮▮ 8/7/2024, 3:27 PM

Exactly

KC **Katie Case** ▮▮▮▮▮ 8/7/2024, 3:27 PM

"At the guidance of tag"

KC **Katie Case** ▮▮▮▮▮ 8/7/2024, 3:29 PM

What do you think?

KC **Katie Case** ▮▮▮▮▮ 8/7/2024, 3:29 PM

I don't know about that

\# ▮▮▮▮▮ 8/7/2024, 3:29 PM

What is she saying?

\# ▮▮▮▮▮ 8/7/2024, 3:29 PM

I wasn't listening because I was trying to get MN off

\# ▮▮▮▮▮ 8/7/2024, 4:10 PM

MN asked if you can screenshot what we sent for 30k and share with Jed on signal? "This is what we sent, it needs to be kickstarted how do we kickstart" do you mind looping me in as well?

She called me about Jen freaking out. We all agree that there are only 3-4 steps here:

1. Social kill
2. Feed line for today show
3. Either go out heavy before her or wait and see

This was inevitable, no specifics of what happened have leaked, we can't stir shit up more

KC **Katie Case** ▮▮▮▮▮ 8/7/2024, 4:14 PM

[url:'https://p43-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']
[url:'https://p41-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



Image: ___Library_SMS_Attachments_76_06_E448E762-3D1F-47E8-8F56-349935B1EB6E_IMG_2715.PNG (213 KB)

Image: ___Library_SMS_Attachments_86_06_B8434EDD-8EAB-48DF-B0A0-256E38F60604_IMG_2714.PNG (200 KB)



| # | | 8/7/2024, 4:18 PM |

Sorry if you can share them with Jed on Signal - I don't have his number

| KC | **Katie Case** | 8/7/2024, 4:21 PM |

You have to accept the invite to be part of the group!

| KC | **Katie Case** | 8/7/2024, 4:21 PM |

On signal lol

| # | | 8/7/2024, 4:40 PM |

Was that ok?

| KC | **Katie Case** | 8/7/2024, 4:40 PM |

Yes!!!

| KC | **Katie Case** | 8/7/2024, 5:09 PM |

I asked Rylie what she was working on about 30 mins ago and she said she'd gone out for a coffee — she should NOT be pawning off shit ok Dervla

| # | [redacted] | 8/7/2024, 5:18 PM |

It's just like this piled onto the broader internal issues, piled onto client work, piled onto Jen fucking Abel

| # | [redacted] | 8/7/2024, 5:18 PM |

So was I baited in that call this morning?

| KC | **Katie Case** [redacted] | 8/7/2024, 5:19 PM |

I think you might have been but it's not your fault you did the right thing!!!

| # | [redacted] | 8/7/2024, 5:21 PM |

A. The only other thing I'm aware of ESPECIALLY because we know MN was by herself today when we were on the phone and not dragging Rylie along, were the clips and Logan roundup B. Alyx told her the other stuff comes first. That doesn't mean that the scope can't happen. We didn't need it noon pt

| KC | **Katie Case** [redacted] | 8/7/2024, 5:22 PM |

Well but… do we know she was by herself? That's the problem we have no idea… I asked her for Justin press but dervla sent that too lol

| KC | **Katie Case** [redacted] | 8/7/2024, 6:42 PM |

Sorry I'm dying

| KC | **Katie Case** [redacted] | 8/7/2024, 6:42 PM |

The carpet on the wall

| KC | **Katie Case** [redacted] | 8/7/2024, 6:42 PM |

Matthew Mitchell in the background

| KC | **Katie Case** [redacted] | 8/7/2024, 6:42 PM |

His wife I assume??

| KC | **Katie Case** [redacted] | 8/7/2024, 6:42 PM |

The white tank top

| KC | **Katie Case** [redacted] | 8/7/2024, 6:42 PM |

Jens Nike top

| # | [redacted] | 8/7/2024, 6:43 PM |

I mean this whole thing

| # | [redacted] | 8/7/2024, 6:43 PM |

And the headband on MN

| KC | **Katie Case** [redacted] | 8/7/2024, 6:43 PM |

I do love those glasses on you

| KC | **Katie Case** [redacted] | 8/7/2024, 6:43 PM |

God I hate this stupid haircut

| # | [redacted] | 8/7/2024, 6:49 PM |

Im going to start laughing

| KC | **Katie Case** [redacted] | 8/7/2024, 6:49 PM |

I did

| KC | **Katie Case** [redacted] | 8/7/2024, 6:49 PM |

Sorry

KC | **Katie Case** | 8/7/2024, 6:49 PM
I broke

\# | | 8/7/2024, 6:50 PM
Now my whole Belloni thing sounds so dumb

KC | **Katie Case** | 8/7/2024, 6:51 PM
Welcome to working with Jen Abel 😂😂

\# | | 8/7/2024, 7:17 PM
Fuck

KC | **Katie Case** | 8/7/2024, 7:17 PM
Whoops

KC | **Katie Case** | 8/7/2024, 7:17 PM
He was going to find out sometime

KC | **Katie Case** | 8/7/2024, 7:17 PM
He's a big boy

\# | | 8/7/2024, 7:17 PM
I know but MN said "we said this a few days ago"

KC | **Katie Case** | 8/7/2024, 7:17 PM
I made the most delicious chicken Caesar salad tonight and I just really want to eat it lol

KC | **Katie Case** | 8/7/2024, 7:18 PM
Oh I know lol

KC | **Katie Case** | 8/7/2024, 7:18 PM
I think she did that on purpose 😂

\# | | 8/7/2024, 7:19 PM
Oh god im sorry

KC | **Katie Case** | 8/7/2024, 7:22 PM
Hahahahahahah actually the Ken's creamy Caesar dressing makes such a difference

KC | **Katie Case** | 8/7/2024, 7:22 PM
We're trying to have more salads for dinner

\# | | 8/7/2024, 7:22 PM
god I need to eat healthier

KC | **Katie Case** | 8/7/2024, 7:22 PM
Now that I have this dumb haircut I need to lose weight in my face 😂😂

KC | **Katie Case** | 8/7/2024, 7:27 PM
I need to crack my neck but I don't want to look like the exorcist lol

\# | | 8/7/2024, 7:27 PM
No I was going to say I love the hair!!!

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▇▇▇▇▇▇ | | 8/7/2024, 7:28 PM |
| | Urg thank you | | |
| # | ▇▇▇▇▇▇ | | 8/7/2024, 7:29 PM |
| | You look amazing | | |
| KC | **Katie Case** ▇▇▇▇▇▇ | | 8/7/2024, 7:29 PM |
| | Gosh thank you so much | | |