# EXHIBIT 26

Filed Under Seal

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 59 | Date Range: 8/9/2024 |

## Outline of Conversations



 ystem Message chatroom • 59 messages on 8/9/2024 •
Katie Case       • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬   **System Message chatroom**

\#     8/9/2024, 10:04 AM
We need to speak with their PR team on this asap - I thought they were going to be on as well

\#     8/9/2024, 10:05 AM
Longer lead stories need to be pitched soon I would think

KC   **Katie Case**   8/9/2024, 10:05 AM
I think so too!

KC   **Katie Case**   8/9/2024, 10:06 AM
And it's ok this will be helpful

\#     8/9/2024, 12:02 PM
Idk if she was just saying this but MN told CH Justin is really blowing up -
 Have you heard anything more?

\#     8/9/2024, 12:02 PM
[url:'https://p33-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00']

*(screenshot of iMessage conversation, 12:02, 2 People "CH" and "N":)*

> back on digital costs can't happen. if she wants the results, 12k for brand PR / 15K a month for digital
>
> MN, you ok with this?
>
> **Nathan Melissa**
> Good for me
>
> **Carolina Hiltzik**
> Does 4p et work for call with Robert
>
> 1p pt
>
> **Nathan Melissa**
> Justin blowing up badly
>
> **Carolina Hiltzik**
> Oh no what happened
>
> Yes, 4pm works

*Image: __Library_SMS_Attachments_ce_14_75781EA3-1314-49C6-8C84-F27C6CF1A143_Screenshot 2024-08-09 at 12.02.10_PM.jpeg (321 KB)*

KC   **Katie Case**   8/9/2024, 12:09 PM
Wait why etf

KC   **Katie Case**   8/9/2024, 12:09 PM
Wait why wtf

KC   **Katie Case**   8/9/2024, 12:09 PM
I'd actually say the tide is shifting sentiment wise

KC **Katie Case** ▮  8/9/2024, 12:09 PM
Plus the movie is out today people will see it and move on it's what's happening with don't worry darling

\# ▮  8/9/2024, 12:10 PM
Exactly

KC **Katie Case** ▮  8/9/2024, 12:13 PM
Another great example to use for SWOT

KC **Katie Case** ▮  8/9/2024, 12:13 PM
12 PM on Friday and we have no insight about a potential crisis on Sunday morning

\# ▮  8/9/2024, 12:15 PM
I know, also to Jedd's voice note was he given the direction to backend this online as all part of marketing? I don't know if that's super strong. At this point, I am done caring about the 17 different spins we could do but he seems to be moving forward on positioning this as a brilliant marketing scheme, which I don't really know if, that would be so brilliant

\# ▮  8/9/2024, 12:15 PM
I mean whatever

KC **Katie Case** ▮  8/9/2024, 12:15 PM
I disagree that's the best move tbh

KC **Katie Case** ▮  8/9/2024, 12:17 PM
Because I almost want to play into the Blake and ryan over extended themselves narrative

KC **Katie Case** ▮  8/9/2024, 12:17 PM
But I'm also at the point where I don't care lol sorry but this story is going to run out of steam at 5 PM today

\# ▮  8/9/2024, 12:25 PM
Me too and same

KC **Katie Case** ▮  8/9/2024, 12:28 PM
Which is why we need to know about Sunday lol

KC **Katie Case** ▮  8/9/2024, 1:18 PM
Fuck 🪦

KC **Katie Case** ▮  8/9/2024, 1:19 PM
Finishing up a call will call you right back

\# ▮  8/9/2024, 1:23 PM
And what our plan of attack is now

KC **Katie Case** ▮  8/9/2024, 1:24 PM
Just tried you back!

\# ▮  8/9/2024, 1:49 PM
We didn't miss anything from daily mail that had this shit in it right

KC **Katie Case** ▮  8/9/2024, 1:49 PM
No we didn't

KC **Katie Case** ▮  8/9/2024, 1:52 PM
Is there a chance…. Knock on wood here — is there a change that story gets buried in the deluge

\# ▮  8/9/2024, 1:54 PM

What do you mean

**KC** **Katie Case**     8/9/2024, 1:57 PM
There's so many dumb articles about this is there a chance no one pays attention to the daily mail one

**#**     8/9/2024, 2:03 PM
True ugh can we just know what the plan is?!!!

**#**     8/9/2024, 2:03 PM
And he clearly has no idea

**KC** **Katie Case**     8/9/2024, 2:03 PM
Again… this is the problem

**KC** **Katie Case**     8/9/2024, 2:03 PM
I would actually like to enjoy one weekend 😂😂😂

**#**     8/9/2024, 2:04 PM
Me too! Lol

**KC** **Katie Case**     8/9/2024, 2:05 PM
Again looking at this optimistically a Friday afternoon amongst all these other articles isn't the worst thing in the world

**#**     8/9/2024, 2:06 PM
As we go see this film tonight too lol

**KC** **Katie Case**     8/9/2024, 2:06 PM
HAHAHAHAHA I know

**KC** **Katie Case**     8/9/2024, 2:06 PM
While we have time (lol) I might start putting together the swot xhart

**KC** **Katie Case**     8/9/2024, 2:06 PM
While we have time (lol) I might start putting together the swot chart

**#**     8/9/2024, 2:30 PM
I mean an hour plus later still no info

**KC** **Katie Case**     8/9/2024, 2:30 PM
I know

**KC** **Katie Case**     8/9/2024, 2:30 PM
I wonder if they had Jed suppress the link because I can't even find that story

**#**     8/9/2024, 2:38 PM
That could be true but at this point there has to be counter strategy to enact

**KC** **Katie Case**     8/9/2024, 2:38 PM
You're absolutely correct

**KC** **Katie Case**     8/9/2024, 2:38 PM
No need to play whack a mole if we don't need to

**#**     8/9/2024, 3:09 PM
Like this is crazy! Lol

| | | | |
|---|---|---|---|
| # | ▇ | | 8/9/2024, 3:09 PM |
| | But also whatever I guess | | |
| KC | **Katie Case** ▇ | | 8/9/2024, 3:44 PM |
| | 🪦 | | |
| # | ▇ | | 8/9/2024, 3:44 PM |
| | She just called me am on with her | | |
| KC | **Katie Case** ▇ | | 8/9/2024, 3:44 PM |
| | Do you want to patch me in? | | |
| KC | **Katie Case** ▇ | | 8/9/2024, 4:08 PM |
| | You and I have to promise each other to enjoy our evenings | | |
| KC | **Katie Case** ▇ | | 8/9/2024, 5:17 PM |
| | I'm sorry I'm the third girly pop interrupting your pee 😂 | | |
| # | ▇ | | 8/9/2024, 5:36 PM |
| | ▇ So there's no rush or priority on this tonight and we should not do anything this evening if asked last minute | | |
| KC | **Katie Case** ▇ | | 8/9/2024, 5:36 PM |
| | ▇." | | |
| KC | **Katie Case** ▇ | | 8/9/2024, 5:36 PM |
| | You're correct !!! | | |
| # | ▇ | | 8/9/2024, 5:38 PM |
| | Do you think there was a fuckup somewhere that she's not telling us? | | |
| # | ▇ | | 8/9/2024, 5:38 PM |
| | I'm dead at blading and texting | | |
| # | ▇ | | 8/9/2024, 5:45 PM |
| | No that she did maybe - I just find the whole thing so odd that we aren't reacting | | |
| KC | **Katie Case** ▇ | | 8/9/2024, 5:51 PM |

Attachment: __Library_SMS_Attachments_0e_14_7A60A334-AB16-46E9-A51F-3E14CE5BFC3F_Audio Message.caf (33 KB)

CONFIDENTIAL

BBKOSLOW-000001992