# EXHIBIT 31

Filed Under Seal

## Short Message Report

| Conversations: 1 | Participants: 12 |
| --- | --- |
| Total Messages: 162 | Date Range: 8/13/2024 - 8/14/2024 |

## Outline of Conversations



System Message chatroom • 162 messages between 8/13/2024 - 8/14/2024 • Alyx Sealy • Breanna Butler • Carolina • Dervla • Katherine Case • Katie Case • Melissa Nathan • Michael Lawrence • Rylie Long • System Message (System Message) •

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | | |
|---|---|---|
| 💬 | **System Message chatroom** | |
| D | **Dervla** | 8/13/2024, 8:28 PM |
| | https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/ | |
| | *Attachment: ___Libr_1(493) (163 KB)* | |
| | *Attachment: ___Libr_1(494) (2 KB)* | |
| D | **Dervla** | 8/13/2024, 8:28 PM |
| | @melissa 🗿 | |
| RL | **Rylie Long** | 8/13/2024, 8:29 PM |
| KC | **Katie Case** | 8/13/2024, 8:30 PM |
| | It's not bad | |
| AS | **Alyx Sealy** | 8/13/2024, 8:30 PM |
| | It's very basic | |
| BB | **Breanna Butler** | 8/13/2024, 8:30 PM |
| | A LOT of regurgitation | |
| KC | **Katie Case** | 8/13/2024, 8:31 PM |
| | It's also like — ok who cares | |
| AS | **Alyx Sealy** | 8/13/2024, 8:31 PM |
| | It's not a story | |
| RL | **Rylie Long** | 8/13/2024, 8:31 PM |
| | And ? Like ofc he hired PR for this | |
| AS | **Alyx Sealy** | 8/13/2024, 8:31 PM |
| | He's being attacked publicly, he brought on an expert to help | |
| D | **Dervla** | 8/13/2024, 8:32 PM |
| | Emphasised "And ? Like ofc he hired PR for this" | |
| KC | **Katie Case** | 8/13/2024, 8:32 PM |
| | Emphasized "And ? Like ofc he hired PR for this" | |
| KC | **Katie Case** | 8/13/2024, 8:32 PM |
| | Emphasized "It's not a story " | |
| M | | 8/13/2024, 10:07 PM |
| | Breaking my nervous breakdown to send you this [url:'https://p54-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | |

*Attachment: ___Library_SMS_Attachments_32_02_0ADCD066-4525-4EF3-9873-*

C6FC2E8B1359_RPReplay_Final1723600643.mov (3 MB)

**RL** **Rylie Long** 8/13/2024, 10:08 PM
Laughed at "Breaking my nervous breakdown to send you this "

**KC** **Katie Case** 8/13/2024, 10:09 PM
This is going to be my standard reply from now on: WEVE LITERALLY SEENIT

**RL** **Rylie Long** 8/13/2024, 10:09 PM
Laughed at "This is going to be my standard reply from now on:…"

**AS** **Alyx Sealy** 8/13/2024, 10:09 PM
Laughed at "This is going to be my standard reply from now on:…"

**M** 8/13/2024, 10:40 PM
Deadline running

**AS** **Alyx Sealy** 8/13/2024, 10:41 PM
Kk Rylie can you keep watch plz

**RL** **Rylie Long** 8/13/2024, 10:41 PM
Yes

**RL** **Rylie Long** 8/13/2024, 10:41 PM
https://www.cosmopolitan.com/entertainment/celebs/a61870841/why-justin-baldoni-hired-crisis-pr-manager/

Attachment: __Libr_1(495) (72 KB)

Attachment: __Libr_1(496) (4 KB)

**M** 8/13/2024, 10:41 PM
Oh fuck off

**AS** **Alyx Sealy** 8/13/2024, 10:42 PM
Rylie let's flag not on this chat lol

**AS** **Alyx Sealy** 8/13/2024, 10:42 PM
Mel if there is anything to worry or flag to you we will

**M** 8/14/2024, 9:27 AM
https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng==

Attachment: __Libr_1(497) (30 KB)

Attachment: __Libr_1(498) (109 KB)

Attachment: __Libr_1(499) (31 KB)

**AS** **Alyx Sealy** 8/14/2024, 9:29 AM
All she talks about is the floral outfits she's wearing! Every post on her IG one after the other

**KC** **Katie Case** 8/14/2024, 9:29 AM
Emphasized "All she talks about is the floral outfits she's we…"

CONFIDENTIAL    KCASE-000003356

| | | |
|---|---|---|
| KC | **Katie Case** <br> https://www.instagram.com/reel/C-n_krDy0T7/?igsh=MWFydHh1YjhoMHR4dg== | 8/14/2024, 9:32 AM |

*Attachment: __Libr_1(500) (31 KB)*

*Attachment: __Libr_1(501) (9 KB)*

*Attachment: __Libr_1(502) (26 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** <br> FLOWERS | 8/14/2024, 9:32 AM |
| AS | **Alyx Sealy** <br> Just got a flash flood warning on my tv lol | 8/14/2024, 9:35 AM |
| AS | **Alyx Sealy** <br> As I look out at the legit ocean next to my door | 8/14/2024, 9:35 AM |
| KC | **Katie Case** <br> ….. | 8/14/2024, 9:35 AM |
| AS | **Alyx Sealy** <br> https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-cast-feud/ | 8/14/2024, 9:41 AM |

*Attachment: __Libr_1(503) (193 KB)*

*Attachment: __Libr_1(504) (3 KB)*

| | | |
|---|---|---|
| C | **Carolina** | 8/14/2024, 10:00 AM |
| BB | **Breanna Butler** | 8/14/2024, 10:01 AM |
| C | **Carolina** | 8/14/2024, 10:01 AM |

*Attachment: __Libr_1(505) (7 KB)*

*Attachment: __Libr_1(506) (295 KB)*

| | | |
|---|---|---|
| C | **Carolina** <br> Omg ? | 8/14/2024, 10:01 AM |
| AS | **Alyx Sealy** | 8/14/2024, 10:01 AM |
| AS | **Alyx Sealy** <br> @melissa perhaps we should do a team call at some point this afternoon…. | 8/14/2024, 10:07 AM |

| | | |
|---|---|---|
| M | ▮ | 8/14/2024, 10:08 AM |
| | Just on with Jamey and jen | |
| M | ▮ | 8/14/2024, 10:08 AM |
| | Yes | |
| AS | **Alyx Sealy** ▮ | 8/14/2024, 10:08 AM |
| | Okay great. Rylie can you find a time that works for everyone? Let's shoot for earlier rather than later | |
| RL | **Rylie Long** ▮ | 8/14/2024, 10:14 AM |
| | Can we do 11:30am PT or 1pm PT? | |
| D | **Dervla** ▮ | 8/14/2024, 10:14 AM |
| | Liked "Can we do 11:30am PT or 1pm PT?" | |
| M | ▮ | 8/14/2024, 10:15 AM |
| | I think 11:30am PT | |
| AS | **Alyx Sealy** ▮ | 8/14/2024, 10:15 AM |
| | 11:30am | |
| RL | **Rylie Long** ▮ | 8/14/2024, 10:16 AM |
| | Great Derv just updated team invite | |
| M | ▮ | 8/14/2024, 10:16 AM |
| | Depends on how this AM goes also | |
| RL | **Rylie Long** ▮ | 8/14/2024, 10:16 AM |
| | Kk we will just hold that time for now | |
| AS | **Alyx Sealy** ▮ | 8/14/2024, 10:17 AM |
| | @melissa just heads up ▮ | |
| M | ▮ | 8/14/2024, 10:17 AM |
| | I know if these people let me get off the phone | |
| M | ▮ | 8/14/2024, 10:17 AM |
| | Ever | |
| M | ▮ | 8/14/2024, 10:17 AM |
| | To do some other work | |
| AS | **Alyx Sealy** ▮ | 8/14/2024, 10:17 AM |
| | Let u know how we can help or if you just want to merge any of us into calls to take notes etc | |
| M | ▮ | 8/14/2024, 10:17 AM |
| | No they only want the chief Katie | |
| AS | **Alyx Sealy** ▮ | 8/14/2024, 10:18 AM |
| | I can also make my way to your room in this storm and take notes while you're on calls if you need 😂 | |
| KC | **Katie Case** ▮ | 8/14/2024, 10:22 AM |
| | Laughed at "I know if these people let me get off the phone " | |

CONFIDENTIAL   KCASE-000003358

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 10:22 AM |
| | Emphasized "No they only want the chief Katie " | | |
| KC | **Katie Case** | | 8/14/2024, 10:22 AM |
| | Melissa "Chief" Nathan | | |
| M | | | 8/14/2024, 10:28 AM |
| | [url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | | |

*Attachment: \_\_Libr\_1(17).heic (72 KB)*

| | | | |
|---|---|---|---|
| M | | | 8/14/2024, 10:28 AM |
| | On with tmz | | |
| M | | | 8/14/2024, 10:28 AM |
| | I do think SJ is placing | | |
| BB | **Breanna Butler** | | 8/14/2024, 10:29 AM |
| | What is TMZ saying? They've done 3 pieces on this in 12 hours | | |
| RL | **Rylie Long** | | 8/14/2024, 10:29 AM |
| | Emphasized "What is TMZ saying? They've done 3 pieces on this …" | | |
| D | **Dervla** | | 8/14/2024, 11:02 AM |
| | https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/ | | |

*Attachment: \_\_Libr\_1(507) (204 KB)*

*Attachment: \_\_Libr\_1(508) (3 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 11:03 AM |
| | Now we go to war. | | |
| | Breanna let's chat about this | | |
| AS | **Alyx Sealy** | | 8/14/2024, 11:03 AM |
| | Oh Jesus Christ lol | | |
| BB | **Breanna Butler** | | 8/14/2024, 11:12 AM |
| | Yes MN please call us. We need Jed too | | |
| M | | | 8/14/2024, 11:12 AM |
| | One second | | |
| BB | **Breanna Butler** | | 8/14/2024, 11:13 AM |
| | The fat shaming part isn't bad as has our explanation | | |
| D | **Dervla** | | 8/14/2024, 11:13 AM |
| | Emphasised "The fat shaming part isn't bad as has our explanat…" | | |
| BB | **Breanna Butler** | | 8/14/2024, 11:24 AM |
| M | | | 8/14/2024, 11:29 AM |

I'm free in 15 minutes?

**BB** — **Breanna Butler** — 8/14/2024, 11:29 AM
Ok

**BB** — **Breanna Butler** — 8/14/2024, 11:29 AM
RL can you join to take notes?

**RL** — **Rylie Long** — 8/14/2024, 11:30 AM
Yes

**RL** — **Rylie Long** — 8/14/2024, 11:31 AM
[redacted]

*Attachment: \_\_Libr\_1(509) (75 KB)*

*Attachment: \_\_Libr\_1(510) (3 KB)*

**RL** — **Rylie Long** — 8/14/2024, 11:31 AM
Here if you want to take a Quick Look beforing hopping on

**BB** — **Breanna Butler** — 8/14/2024, 11:38 AM
Loved "Here if you want to take a Quick Look beforing hop…"

**AS** — **Alyx Sealy** — 8/14/2024, 11:49 AM
https://www.instagram.com/p/C-b7_wKRRKp/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFIZA==

*Attachment: \_\_Libr\_1(511) (128 KB)*

*Attachment: \_\_Libr\_1(512) (31 KB)*

**KC** — **Katie Case** — 8/14/2024, 1:04 PM
This is very cute on a very chaotic day —

My dad is an attorney and forwarded me a legal newsletter he gets. [redacted]

I was like… thanks dad 😂😂

**D** — **Dervla** — 8/14/2024, 1:05 PM
Loved "This is very cute on a very chaotic day —

My dad…"

**RL** — **Rylie Long** — 8/14/2024, 1:06 PM
Loved "This is very cute on a very chaotic day —

My dad…"

**C** — **Carolina** — 8/14/2024, 1:08 PM
Laughed at "This is very cute on a very chaotic day —

My dad…"

**M** — [redacted] — 8/14/2024, 1:12 PM
Loved "This is very cute on a very chaotic day —

My dad…"

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▮ | 8/14/2024, 1:13 PM |

Loved "This is very cute on a very chaotic day —

My dad…"

| | | |
|---|---|---|
| M | ▮ | 8/14/2024, 1:24 PM |

[url:'https://p26-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_a8_08_08D02ED5-EEF6-491C-BA5D-72301701ACCE_IMG_2323.heic (1 MB)*

| | | |
|---|---|---|
| KC | **Katie Case** ▮ | 8/14/2024, 1:24 PM |

YES this was in my IG reels feed this AM

| | | |
|---|---|---|
| D | **Dervla** ▮ | 8/14/2024, 1:25 PM |

Loved an image

| | | |
|---|---|---|
| RL | **Rylie Long** ▮ | 8/14/2024, 1:25 PM |

Loved an image

| | | |
|---|---|---|
| BB | **Breanna Butler** ▮ | 8/14/2024, 1:25 PM |

Omg this is amazing

| | | |
|---|---|---|
| BB | **Breanna Butler** ▮ | 8/14/2024, 1:27 PM |

We should send to Jed, right?

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▮ | 8/14/2024, 1:31 PM |

Was this flagged

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▮ | 8/14/2024, 1:32 PM |

▮

*Attachment: __Libr_1(513) (1 MB)*

*Attachment: __Libr_1(514) (3 KB)*

| | | |
|---|---|---|
| M | ▮ | 8/14/2024, 1:48 PM |

▮

*Attachment: __Library_SMS_Attachments_46_06_05A4FEDD-244A-48AD-8C00-60281008435E_IMG_2325.heic (1 MB)*

*Attachment: __Library_SMS_Attachments_cb_11_F4C30BEA-9F8A-4459-85C2-47FD71928F50_IMG_2326.heic (1 MB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** ▮ | 8/14/2024, 2:06 PM |

▮

| | | | |
|---|---|---|---|
| BB | **Breanna Butler** ▮▮▮ | | 8/14/2024, 2:07 PM |
| | Please please | | |
| BB | **Breanna Butler** ▮▮▮ | | 8/14/2024, 2:08 PM |
| | The whole document I put together | | |
| D | **Dervla** ▮▮▮ | | 8/14/2024, 2:08 PM |
| | Zoe sending now | | |
| AS | **Alyx Sealy** ▮▮▮ | | 8/14/2024, 2:28 PM |
| | The only emails acceptable from here on out ▮▮▮ | | |

*Attachment: ___Library_SMS_Attachments_9a_10_5C98492D-5510-4FA4-A6F7-5C01CF00466F_Screenshot 2024-08-14 at 2.28.36_PM.heic (82 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▮▮▮ | | 8/14/2024, 2:29 PM |
| | Well hot damn | | |
| D | **Dervla** ▮▮▮ | | 8/14/2024, 2:31 PM |
| | Laughed at "The only emails acceptable from here on out " | | |
| D | **Dervla** ▮▮▮ | | 8/14/2024, 2:31 PM |
| RL | **Rylie Long** ▮▮▮ | | 8/14/2024, 2:31 PM |
| | Laughed at "The only emails acceptable from here on out " | | |
| RL | **Rylie Long** ▮▮▮ | | 8/14/2024, 2:32 PM |
| C | **Carolina** ▮▮▮ | | 8/14/2024, 2:32 PM |
| | He actually has a real job ??? | | |
| D | **Dervla** ▮▮▮ | | 8/14/2024, 2:32 PM |
| M | ▮▮▮ | | 8/14/2024, 3:45 PM |
| | [url:'https://p29-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | | |

*Attachment: ___Library_SMS_Attachments_74_04_4962C91E-00A1-47CB-BA68-E238AFDAEB76_Screenshot 2024-08-14 at 15.42.59.heic (72 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▮▮▮ | | 8/14/2024, 3:45 PM |
| | "If you would like Jen Abel and my thoughts on who placed it" killed me | | |
| AS | **Alyx Sealy** ▮▮▮ | | 8/14/2024, 3:48 PM |
| | Emphasized an image | | |
| RL | **Rylie Long** ▮▮▮ | | 8/14/2024, 3:49 PM |
| | Laughed at ""If you would like Jen Abel and my thoughts on who…" | | |
| RL | **Rylie Long** ▮▮▮ | | 8/14/2024, 3:49 PM |

NO THOUGHTS.. it's in WRITING

| | | |
|---|---|---|
| BB | **Breanna Butler** ▮ | 8/14/2024, 3:54 PM |
| | I love how he's 24 hours late to the game | |
| M | ▮ | 8/14/2024, 3:55 PM |
| | He just replied<br>I'll talk to you when I'm In LA ▮ | |
| KC | **Katie Case** ▮ | 8/14/2024, 3:55 PM |
| | Of course 🪦 | |
| RL | **Rylie Long** ▮<br>▮ | 8/14/2024, 3:55 PM |
| BB | **Breanna Butler** ▮ | 8/14/2024, 4:58 PM |
| | https://www.tiktok.com/t/ZTNtEXCgu/ | |

*Attachment: ___Libr_1(515) (6 KB)*

*Attachment: ___Libr_1(516) (19 KB)*

*Attachment: ___Libr_1(517) (152 KB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** ▮ | 8/14/2024, 4:58 PM |
| | We need it | |
| KC | **Katie Case** ▮ | 8/14/2024, 4:58 PM |
| | Emphasized "We need it" | |
| M | ▮ | 8/14/2024, 5:51 PM |

*Attachment: ___Library_SMS_Attachments_a8_08_14CA0AE5-2625-4BC8-87E4-4F9FDE32A4F2_IMG_2346.heic (1 MB)*

*Attachment: ___Library_SMS_Attachments_bd_13_E2A31D5D-2DE3-4908-8052-0C75446B36AA_IMG_2345.heic (2 MB)*

| | | |
|---|---|---|
| C | **Carolina** ▮ | 8/14/2024, 5:52 PM |
| | Emphasized an image | |
| RL | **Rylie Long** ▮ | 8/14/2024, 5:52 PM |
| | Oh this is insane | |
| D | **Dervla** ▮ | 8/14/2024, 5:52 PM |
| | Laughed at an image | |
| M | ▮ | 8/14/2024, 5:53 PM |

*Attachment: __Library_SMS_Attachments_74_04_2EB11DFD-295E-434F-8D1B-9A937B4A20CE_IMG_2347.MOV (5 MB)*

| | | |
|---|---|---|
| KC | **Katie Case** ▮<br>Loved a movie | 8/14/2024, 5:54 PM |
| KC | **Katie Case** ▮<br>Go Alyx! | 8/14/2024, 5:54 PM |
| AS | **Alyx Sealy** ▮<br>It's so hot in here guys | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Loved a movie | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Laughed at "It's so hot in here guys " | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Slaying | 8/14/2024, 5:55 PM |
| M | ▮ ▮ | 8/14/2024, 5:55 PM |

*Attachment: __Libr_1(18).heic (1 MB)*

| | | |
|---|---|---|
| RL | **Rylie Long** ▮<br>SLAYING!! | 8/14/2024, 5:56 PM |
| RL | **Rylie Long** ▮<br>Also if me katie and Bre go missing it's because ▮ | 8/14/2024, 5:56 PM |
| RL | **Rylie Long** ▮<br>Also if me katie and Bre go missing it's because ▮ | 8/14/2024, 5:56 PM |
| KC | **Katie Case** ▮<br>Loved an image | 8/14/2024, 5:57 PM |
| KC | **Katie Case** ▮<br>Don't joke about that 😂😂 | 8/14/2024, 5:57 PM |
| KC | **Katie Case** ▮<br>I'm going for a run guys I'll be back online in about an hour | 8/14/2024, 6:01 PM |
| M | ▮<br>Obsessed with this ▮ | 8/14/2024, 7:02 PM |

*Attachment: __Library_SMS_Attachments_79_09_214A1003-30A4-4F5F-B253-E00876CE9ED8_IMG_8127.HEIC (73 KB)*

| | | |
|---|---|---|
| C | **Carolina** ▮ | 8/14/2024, 7:03 PM |

Oh my GOD HAHAHAHA

**BB** **Breanna Butler** ▇▇▇▇▇▇ — 8/14/2024, 7:06 PM
Matthew is FREAKING out

**C** **Carolina** ▇▇▇▇▇▇ — 8/14/2024, 7:06 PM
I just explained that to dervla and Zoe

**AS** **Alyx Sealy** ▇▇▇▇▇▇ — 8/14/2024, 7:06 PM
1000%

**AS** **Alyx Sealy** ▇▇▇▇▇▇ — 8/14/2024, 7:06 PM
lol

**RL** **Rylie Long** ▇▇▇▇▇▇ — 8/14/2024, 7:18 PM
Laughed at "Matthew is FREAKING out "

**KC** **Katie Case** ▇▇▇▇▇▇ — 8/14/2024, 7:20 PM
Laughed at "Matthew is FREAKING out "

**M** ▇▇▇▇▇▇ — 8/14/2024, 7:20 PM
▇▇▇▇▇▇

*Attachment: ___Libr_1(19).heic (1 MB)*

**M** ▇▇▇▇▇▇ — 8/14/2024, 7:20 PM
▇▇▇▇▇▇

**KC** **Katie Case** ▇▇▇▇▇▇ — 8/14/2024, 7:20 PM
Yes

**C** **Carolina** ▇▇▇▇▇▇ — 8/14/2024, 7:20 PM
Yes lol

**AS** **Alyx Sealy** ▇▇▇▇▇▇ — 8/14/2024, 7:23 PM
Mel and I don't think it does haha

**M** ▇▇▇▇▇▇ — 8/14/2024, 7:23 PM
▇▇▇▇▇▇

**KC** **Katie Case** ▇▇▇▇▇▇ — 8/14/2024, 7:23 PM
Lol

**D** **Dervla** ▇▇▇▇▇▇ — 8/14/2024, 7:24 PM
▇▇▇▇▇▇

**M** ▇▇▇▇▇▇ — 8/14/2024, 7:24 PM
Perfect descriptor

**AS** **Alyx Sealy** ▇▇▇▇▇▇ — 8/14/2024, 7:24 PM
Literally yes

**M** ▇▇▇▇▇▇ — 8/14/2024, 7:44 PM
Princess Alyx ▇▇▇▇▇▇

CONFIDENTIAL

*Attachment: \_\_Library_SMS_Attachments_ef_15_C5B6776B-3849-4037-8EC2-F533D14AFA52_IMG_2357.heic (2 MB)*

| | | |
|---|---|---|
| KC | **Katie Case** 🔥🔥🔥🔥 | 8/14/2024, 7:44 PM |
| AS | **Alyx Sealy** Laughed at an image | 8/14/2024, 7:44 PM |
| AS | **Alyx Sealy** Smells like feet and sweat in here | 8/14/2024, 7:45 PM |
| M | I read fear and sweat | 8/14/2024, 7:45 PM |
| AS | **Alyx Sealy** | 8/14/2024, 7:46 PM |

CONFIDENTIAL
KCASE-000003366