UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
BLAKE LIVELY,

                Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,

                Defendants.
------------------------------------------------------------------ x

JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

**DECLARATION OF THERESA M TROUPSON IN SUPPORT OF THE WAYFARER PARTIES' OPPOSITION TO PLAINTIFF BLAKE LIVELY'S MOTION TO COMPEL PRIVILEGE LOG**

I, Theresa M Troupson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni ("Baldoni") Jamey Heath ("Heath"), Steve Sarowitz ("Sarowitz"), It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan ("Nathan"), The Agency Group PR LLC ("TAG"), and Jennifer Abel ("Abel") (collectively, the "Wayfarer Parties").

1

2.     Attached hereto as Exhibit A is a true and correct copy of an email I sent to counsel for Plaintiff Blake Lively ("Lively") on or about September 11, 2025.

3.     Attached hereto as Exhibit B is a true and correct copy of an email I sent to counsel for Lively on or about September 15, 2025.

4.     At no time prior to filing the instant Motion did counsel for Lively attempt to meet and confer on the disputes raised in the Motion over the privilege log entries identified in Appendices C and D to the Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 5, 2025
       Los Angeles, CA

By: /s/ Theresa M Troupson
LINER FREEDMAN TAITELMAN + COOLEY, LLP
   Bryan J. Freedman*
   Ellyn S. Garofalo*
   Theresa M Troupson*
   1801 Century Park West, 5th Floor
   Los Angeles, CA 90067
   Tel: (310) 201-0005
   Email: bfreedman@lftcllp.com
          egarofalo@lftcllp.com
          ttroupson@lftcllp.com

   *Admitted *Pro Hac Vice*

2