# EXHIBIT A

| | |
|---|---|
| **From:** | Theresa Troupson |
| **Sent:** | Thursday, September 11, 2025 6:10 PM |
| **To:** | Bruno, Matthew; Kim Zeldin; Michaela Connolly |
| **Cc:** | Michael Gottlieb; Hudson, Esra; Meryl Governski; Kristin Bender; Nathan Aaron E.; Roeser, Stephanie; Melissa Taustine; Climaco, Katelyn; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler; Maaren Shah; Nicholas Inns; Chip Babcock; Joel Glover; Bryan Freedman; sma@msf-law.com; Ellyn Garofalo; Amir Kaltgrad; mitra@ahouraianlaw.com; Summer Benson; Vaneta Birtha; Local KAF. Counsel; Rose Khatchikian |
| **Subject:** | RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies [IMAN-MATTERS.FID37310] |

Counsel,

I write to continue the parties' efforts to meet and confer on the Wayfarer Parties' categorical privilege log.

As I stated repeatedly yesterday, the Wayfarer Parties are willing to amend their privilege log. We will provide an amended log that reflects the number of documents withheld in each category. We anticipate being able to provide that information by Monday, though we will provide it sooner if possible.

Given that we pointed you to our clients' already-produced December 2024 engagement agreement reflecting Jed Wallace's retention of Liner Freedman as his counsel in this matter, we trust that resolves any issue as to whether his inclusion in communications destroys attorney-client privilege under the common interest doctrine.

You also raised questions about whether the inclusion of Spencer Freedman and Jared Freedman in certain communications destroyed privilege. As we told you, both were performing work for our firm necessary to achieving the objects of this litigation. When you asked for additional information to evaluate whether the communications were privileged, we repeatedly asked you to state what additional information would satisfy your concerns, and you could not articulate an answer. If you have since determined what additional information would be helpful, please let us know so we can evaluate whether we can provide it.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Tuesday, September 9, 2025 1:48 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Michaela Connolly <MConnolly@willkie.com>

1

**Cc:** Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies [IMAN-MATTERS.FID37310]

Kim:

Your position—that the Wayfarer Defendants will not confer until at least 48 hours have passed from when a written request is made—is squarely at odds with Rule 4.C of Judge Liman's Individual Practices in Civil Cases, which requires parties to confer "***within 48 hours*** of receiving a request from the initiating party."

In any event, we are not asking to re-schedule today's conferral regarding the deficiencies outlined in our September 5 letter and intend to proceed as scheduled today at 4:30 pm. Based on your email below, it appears that the Wayfarer Defendants are not prepared to discuss their privilege log or search terms, and we will schedule a separate conferral on those topics tomorrow at 4:30 pm.

Look forward to speaking with you at 4:30 pm this afternoon.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Tuesday, September 9, 2025 4:11 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Michaela Connolly <MConnolly@willkie.com>
**Cc:** Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>

**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies [IMAN-MATTERS.FID37310]

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Matt,

At your reaquest, we are happy to reschedule the time to discuss the three issues you raise piecemeal by a letter sent on September 5th at 10:26 p.m. ET, an email sent September 9th at 11:47 a.m ET, and another email at 2:31 p.m., i.e., (1) your items listed in your letter sent Friday at 10:26 p.m. PT; (2) the categorical privilege log; and (3) the search terms.

We will meet and confer on issues 48 hours after they are raised by you in writing – we will not agree to meet and confer about your 'add ons' raised after a meet and confer has been scheduled.

Other than the three items listed above, no additional issues will be discussed at the meet and confer set for Wednesday at 4:30 p.m.


Kim



Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Tuesday, September 9, 2025 11:31 AM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Michaela Connolly <MConnolly@willkie.com>
**Cc:** Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian

<rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies [IMAN-MATTERS.FID37310]

Kim:

As you well know, we both have lawyers travelling across the country to attend various depositions. For the sake of both parties' time and convenience, we would prefer to have these two additional items addressed as part of today's conferral. Of course, if you or your colleagues are not prepared to discuss these two discrete topics, please let us know and we will re-schedule for tomorrow at 4:30 PT—at which time we expect that Wayfarer Parties will be fully prepared to discuss the privilege log and search terms, and to address each of our questions.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

**manatt.com**

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Tuesday, September 9, 2025 1:13 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Michaela Connolly <MConnolly@willkie.com>
**Cc:** Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies [IMAN-MATTERS.FID37310]

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Counsel,

The meet and confer today will be limited to the issues raised in your letter sent Friday, September 5th at 10:26 p.m. ET. Any new issues will need to be addressed by separate conference within 48 hours of receipt, pursuant the Judge's Individual Rules, Rule 4(c).

4

We can meet and confer regarding the categorical privilege log tomorrow at 4:30 PT or Thursday at 8 a.m. PT. Please let us know when you are available to do so.


Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone: (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone: (415) 722-2639
Facsimile: (310) 201-0045
Website: www.lftcllp.com

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Tuesday, September 9, 2025 8:47 AM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Michaela Connolly <MConnolly@willkie.com>
**Cc:** Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies

Counsel:

In addition to the topics identified in our letter served on Friday, please be prepared to discuss your categorical privilege log—including, (i) Spencer Freedman, Jared Freedman, and Jed Wallace as participants in various Signal and email communications; (ii) the number of documents that have been withheld; and (iii) the privilege log's failure to provide sufficient information to determine what participants were involved in each withheld communication—and the application of your search terms.

Thank you,

Matt

**Matthew F. Bruno**
Partner

---

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Monday, September 8, 2025 12:47 PM
**To:** Michaela Connolly <MConnolly@willkie.com>
**Cc:** Michael Gottlieb <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Kristin Bender <KBender@willkie.com>; Nathan Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Melissa Taustine <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

4:30 pm

> On Sep 8, 2025, at 7:54 AM, Connolly, Michaela <MConnolly@willkie.com> wrote:
>
> Sorry, we have a conflict at 3:00 p.m. PT.  Please let us know your availability before 10:00 a.m. PT or after 4:00 p.m. PT.
>
> **Michaela Connolly**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8808 | Fax: +1 212 728 9808
> mconnolly@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> **From:** Kim Zeldin <kzeldin@lftcllp.com>
> **Sent:** Monday, September 8, 2025 10:32 AM
> **To:** Connolly, Michaela <MConnolly@willkie.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Esra Hudson <ehudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Stephanie Roeser <sroeser@manatt.com>; Matthew Bruno <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Katelyn Climaco <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover

<jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies

*** EXTERNAL EMAIL ***

Sorry that won't work.  How about 3 pm PT?

On Sep 8, 2025, at 6:02 AM, Connolly, Michaela <MConnolly@willkie.com> wrote:

Thank you, Kim.  We are unavailable at 2:00 p.m. PT tomorrow but are happy to discuss at 12:30 p.m. PT.  Please let us know if that works, in which case we will circulate a dial-in.

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Sunday, September 7, 2025 8:43 PM
**To:** Connolly, Michaela <MConnolly@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>
**Cc:** Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Bender, Kristin <KBender@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Bryan Freedman <bfreedman@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; sma@msf-law.com; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; sma@msf-law.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049 - Production Deficiencies [IMAN-MATTERS.FID37310]

*** EXTERNAL EMAIL ***

Counsel, we received a letter from you at 10:26 p.m. ET, 7:26 p.m. PT on Friday September 5, 2025 purporting to identify "deficiencies" with the Wayfarer Parties' September 2, 2025 production. The Wayfarer Parties are busy preparing the September 8, 2025 production and, as you know, we will be occupied with Tera Hanks' deposition on Monday. We are available for a telephonic meet and confer on Tuesday afternoon at 2 p.m. PT. Please let us know if you are available at that time.

Best regards,

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.