# EXHIBIT B

| | |
|---|---|
| **From:** | Theresa Troupson |
| **Sent:** | Monday, September 15, 2025 8:38 PM |
| **To:** | Meryl Governski; ehudson@manatt.com; sroeser@manatt.com; mbruno@manatt.com; anathan@willkie.com; Michael Gottlieb; Kristin Bender; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; smccawley@bsfllp.com; avillacastin@bsfllp.com; cbabcock@jw.com; jglover@jw.com; katebolger@dwt.com; amandalevine@dwt.com; samcategumpert@dwt.com; kristintahler@quinnemanuel.com; maarenchoksi@quinnemanuel.com; nicholasinns@quinnemanuel.com; anthony@umklaw.com |
| **Cc:** | Bryan Freedman; Ellyn Garofalo; Kim Zeldin; Amir Kaltgrad; Jason Sunshine; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Rose Khatchikian; Christina Puello; Summer Benson; Cortni Davis; Vaneta Birtha; Jose Perez |
| **Subject:** | RE: Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449 [IMAN-MATTERS.FID37300] |
| **Attachments:** | Amended Categorical Privilege Log of the Wayfarer Parties.pdf |

Counsel:

Attached please find the Wayfarer Parties' amended categorical privilege log, which reflects productions through Friday, September 12. Per my last email, this amended log reflects the number of documents withheld for privilege within each of the categories. Please note that the number of documents in each category counts each attachment to a communication as a unique document and furthermore reflects multiple copies of each document or communication when collected from multiple participants of the same communication.

In my last email, I explained that you had not articulated what additional information you required in order to evaluate claims of privilege over documents and communications involving Jared Freedman or Spencer Freedman. You have provided no clarification as to what additional information you seek. As I explained both on the phone and in my previous email, both performed work on behalf of our firm in connection with the litigation and in furtherance of the Wayfarer Parties' aims in the litigation. With respect to communications involving Jared Freedman or Spencer Freedman and one or more clients on which no lawyer was a participant, all such communications were made in confidence for the purpose of obtaining legal advice from the attorneys. We believe this provides you with adequate information to evaluate the claim of privilege.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

---

**From:** Theresa Troupson
**Sent:** Monday, September 8, 2025 8:56 PM
**To:** Meryl Governski <mgovernski@dirllp.com>; ehudson@manatt.com; sroeser@manatt.com; mbruno@manatt.com; anathan@willkie.com; Michael Gottlieb <MGottlieb@willkie.com>; Kristin Bender <KBender@willkie.com>; laura.prather@haynesboone.com; michael.lambert@haynesboone.com; smccawley@bsfllp.com; avillacastin@bsfllp.com; cbabcock@jw.com; jglover@jw.com; katebolger@dwt.com; amandalevine@dwt.com; samcategumpert@dwt.com; kristintahler@quinnemanuel.com; maarenchoksi@quinnemanuel.com; nicholasinns@quinnemanuel.com; anthony@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** Lively et al. v. Wayfarer Studios LLC et al., Civ. No. 24-cv-10049; 25-cv-449 [IMAN-MATTERS.FID37300]

Counsel:

Please see the attached correspondence. Access credentials will follow separately.

Regards,

Theresa M Troupson
Partner
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*