# LINER FREEDMAN TAITELMAN + COOLEY, LLP

ATTORNEYS AT LAW

1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA  90067-6007
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

November 5, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
         rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move to seal Exhibits 1, 2, 4, 10, 13, 23, 33, 35, 36, 37, and 47 (Dkt. 874-2, 874-4, 874-13, 874-23, 874-30, 874-32, 874-33, 874-34, and 874-43) to Plaintiff Blake Lively's Motion for Spoliation Sanctions (the "Motion").  The Wayfarer Parties also move to permanently seal the redactions in Lively's Memorandum of Law in support of the Motion that refer to these exhibits.  The Wayfarer Parties further join the motions to seal of non-parties Jed Wallace and Street Relations Inc. (Dkt. 914) and Katherine Case and Breanna Koslow (Dkt. 918).

Exhibits 1, 2, 4, 10, 23, 33, 35, 36, 37, and 47 and the related redacted sections of Lively's Memorandum of Law[1] each contain confidential and sensitive information relating to the relationships between The Agency Group PR LLC ("TAG") and its clients not involved in this litigation.  Each exhibit and reference thereto includes sensitive and confidential information relating to clients wholly unrelated to the parties or issues in this litigation.

---

[1] Because Exhibits 1, 10, 23, 33, 35, 36, 37, and 47 and Lively's Memorandum of Law include testimony, documents, and discovery responses of other parties and non-parties, the Wayfarer Parties do not submit redacted copies of these documents, so as not to inadvertently disclose information other parties or non-parties may seek to maintain under seal pursuant to the Court's Individual Rules.  To the extent other parties or non-parties do not seek continued sealing of these exhibits or Lively's Memorandum of Law and subject to guidance from the Court, the Wayfarer Parties are prepared to submit a redacted copy of these exhibits and the Memorandum of Law reflecting the portions the Wayfarer Parties seek to maintain under seal.

Hon. Lewis J. Liman
November 5, 2025
Page 2

Exhibit 13 and the related redacted section of Lively's Memorandum of Law contains highly intimate and personal communications with third parties to this litigation, and therefore is highly confidential pursuant to the Protective Order. (Dkt. 125).

Exhibit 48 consists almost entirely of personally identifying information ("PII") in the form of private telephone numbers.  This document should be sealed in its entirety[2] to protect the confidential PII of parties, non-parties, and counsel, pursuant to the Court's prior orders concerning the filing and redaction of PII.  *See, e.g.*, Dkts. 485, 619, 736.

We ask that the Court permanently seal Exhibits 1, 2, 4, 10, 13, 23, 33, 35, 36, 37, 47 and 48 (Dkt. 874-2, 874-4, 874-13, 874-23, 874-30, 874-32, 874-33, 874-34, 874-43, and 874-44) as well as the portions of Lively's Memorandum of Law that refer to these exhibits.

Further, Exhibits 27, 28, 30, 31, 32, 36, 37, 38, 39, 40, 41, 42, 44, and 45 (Dkt. 874-25, 874-26, 874-27, 874-28, 874-29, 874-33, 874-34, 874-35, 874-36, 874-37, 874-38, 874-39, 874-41, 874-42, and 874-44) all contain PII such as private telephone numbers, email addresses, and usernames that should be redacted prior to the exhibits being unsealed.  These documents should be redacted to protect the confidential PII of parties, non-parties, and counsel, pursuant to the Court's prior orders concerning the filing and redaction of PII.  *See, e.g.*, Dkts. 485, 619, 736. The Wayfarer Parties ask that the Court direct Lively to publicly refile these documents with all phone numbers and email addresses redacted from the documents.  *See, e.g.*, Dkt. 619.

The Wayfarer Parties respectfully request the Court grant this Motion and order the continued sealing of Exhibits 1, 2, 4, 10, 13, 23, 33, 35, 36, 37, 47, and 48 (Dkt. 874-2, 874-4, 874-13, 874-23, 874-30, 874-32, 874-33, 874-34, 874-43, and 874-44), as well as the related sections of Lively's Memorandum of Law, and the redaction of Exhibits 27, 28, 30, 31, 32, 36, 37, 38, 39, 40, 41, 42, 44, and 45 (Dkt. 874-25, 874-26, 874-27, 874-28, 874-29, 874-33, 874-34, 874-35, 874-36, 874-37, 874-38, 874-39, 874-41, 874-42, and 874-44).

Respectfully submitted,

*/s/ Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
        egarofalo@lftcllp.com

---

[2] In the alternative, the Wayfarer Parties request that Exhibit 48 be redacted to remove all PII, and will submit a redacted version subject to the Court's guidance.

Hon. Lewis J. Liman
November 5, 2025
Page 3

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
          kaf@msf-law.com

cc: all counsel of record (via ECF)