**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

November 5, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move to seal Exhibits 2, 7, 17, 18, 21, 27, 29, 32, 35, 36, 37, 39, 40, 41, and 47 (Dkt. 871-1, 871-5, 871-15, 871-16, 871-19, 871-24, 871-26, 871-29, 871-32, 871-33, 871-34, 871-36, 871-37, and 871-38) to Third-Party Defendant Jonesworks LLC's ("Jonesworks") Motion for Spoliation Sanctions (Dkt. 869) (the "Motion").  The Wayfarer Parties also move to permanently seal the redactions in the Motion that refer to these exhibits.  The Wayfarer Parties further join the motions to seal of non-parties Jed Wallace and Street Relations Inc. (Dkt. 916) and Katherine Case and Breanna Koslow (Dkt. 918).

Exhibits 7, 18, 21, 27, 29, 32, 35, 40, 41, and 47 and the related redacted sections of Jonesworks Memorandum of Law[1] each contain confidential and sensitive information relating to the relationships between The Agency Group PR LLC ("TAG") and its clients not involved in this litigation.  Each exhibit and reference thereto includes sensitive and confidential information relating to clients wholly unrelated to the parties or issues in this litigation.

---

[1] Because Exhibits 7, 21, 27, 32, 35, 40, 41, and 47 and Jonesworks' Memorandum of Law include testimony, documents, and discovery responses of other parties and non-parties, the Wayfarer Parties do not submit redacted copies of these documents, so as not to inadvertently disclose information other parties or non-parties may seek to maintain under seal pursuant to the Court's Individual Rules.  To the extent other parties or non-parties do not seek continued sealing of these exhibits of Jonesworks' Memorandum of Law and subject to guidance from the Court, the Wayfarer Parties are prepared to submit a redacted copy of these exhibits and the Memorandum of Law reflecting the portions the Wayfarer Parties seek to maintain under seal.

Hon. Lewis J. Liman
November 5, 2025
Page 2

Exhibit 17 consists of the contract between Wayfarer and TAG and contains competitively sensitive information proprietary to TAG. This document is relevant for the fact of its existence, not its substance, and the document's public disclosure poses a risk of competitive harm to TAG.

Exhibit 2 and the related redacted section of Jonesworks' Memorandum of Law contain highly intimate and personal communications with third parties to this litigation, and therefore is highly confidential pursuant to the Protective Order. (Dkt. 125).

We ask that the Court permanently seal Exhibits 2, 7, 17, 18, 21, 27, 29, 32, 35, 36, 37, 39, 40, 41, and 47 (Dkt. 871-1, 871-5, 871-15, 871-16, 871-19, 871-24, 871-26, 871-29, 871-32, 871-33, 871-34, 871-36, 871-37, and 871-38) as well as the portions of Jonesworks' Memorandum of Law that refer to these exhibits.

Further, Exhibits 4, 6, 7, 8, 10, 12, 13, 14, 15, 19, 20, 21, 23, 25, 26, 27, 28, 29, 30, 32, 36, 37, and 38 (Dkt. 871-3, 871-4, 871-5, 871-6, 871-8, 871-9, 871-10, 871-11, 871-12, 871-13, 871-17, 871-18, 871-19, 871-20, 871-22, 871-23, 871-24, 871-25, 871-26, 871-27, 871-29, 871-33, 871-34, and 871-35) all contain personally identifying information ("PII") such as private telephone numbers, email addresses, and usernames that should be redacted prior to the exhibits being unsealed. These documents should be redacted to protect the confidential PII of parties, non-parties, and counsel, pursuant to the Court's prior orders concerning the filing and redaction of PII. *See, e.g.*, Dkts. 485, 619, 736. The Wayfarer Parties ask that the Court direct Jonesworks to publicly refile these documents with all phone numbers and email addresses redacted from the documents. *See, e.g.*, Dkt. 619.

The Wayfarer Parties respectfully request the Court grant this Motion and order the continued sealing of Exhibits 2, 7, 17, 18, 21, 27, 29, 32, 35, 36, 37, 39, 40, 41, and 47 (Dkt. 871-1, 871-5, 871-15, 871-16, 871-19, 871-24, 871-26, 871-29, 871-32, 871-33, 871-34, 871-36, 871-37, and 871-38) as well as the portions of Jonesworks' Memorandum of Law that refer to these exhibits, and the redaction of Exhibits 2, 7, 17, 18, 21, 27, 29, 32, 35, 36, 37, 39, 40, 41, and 47 (Dkt. 871-1, 871-5, 871-15, 871-16, 871-19, 871-24, 871-26, 871-29, 871-32, 871-33, 871-34, 871-36, 871-37, and 871-38).

Respectfully submitted,

*/s/ Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

Hon. Lewis J. Liman
November 5, 2025
Page 3

                                            MEISTER SEELIG & FEIN PLLC
                                            Mitchell Schuster
                                            Kevin Fritz
                                            125 Park Avenue, 7th Floor
                                            New York, NY 10017
                                            Tel: (212) 655-3500
                                            Email: ms@msf-law.com
                                                          kaf@msf-law.com

cc: all counsel of record (via ECF)