sab | Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

November 6, 2025

VIA ECF

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

      Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

The Wayfarer Parties (Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Jennifer Abel, Melissa Nathan, and TAG) have conferred with counsel for Ms. Lively and jointly seek a clarification and a brief extension of the current summary judgment schedule.

Pursuant to the Court's October 14, 2025 order granting the parties' joint motion to extend, opening briefs are now due November 12. Pursuant to Local Rule 6.1(b), oppositions would be due two weeks later, on November 26, and replies due one week thereafter, on December 3. When the Court granted the parties' joint motion, however, it did not set dates for the opposition and replies. The parties respectfully submit that, in light of the upcoming Thanksgiving holiday and the anticipated length and complexity of briefing, a slight extension of the default rules would be appropriate as follows:

- Oppositions due December 3, 2025
- Replies due December 12, 2025

In addition, the parties note for the Court that they have reached agreement on the page limits for summary judgment as follows:

- 60 pages for Lively or the Wayfarer Parties' opening brief or briefs[1]
- 60 pages for any oppositions
- 30 pages for replies

---

[1] To the extent the Wayfarer Parties choose to submit separate briefs for separate defendants, the total number of pages for each round of briefing would not exceed these numbers.

Hon. Lewis J. Liman
November 6, 2025

Finally, the parties note that they have also reached agreement not to rely on expert discovery in their affirmative briefs, and to defer any *Daubert* motions until pre-trial *motions in limine*.

Respectfully submitted,

*/s/ Alexandra A.E. Shapiro*
Alexandra A.E. Shapiro
Jonathan P. Bach
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for the Wayfarer Parties*

cc:    All counsel (by ECF)