UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
WAYFARER STUDIOS LLC ET AL, :
:
Defendants. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Clerk of Court is respectfully directed to restrict access to Exhibit 12 in Dkt. No. 918 to the selected party viewing level.

    Counsel is directed to refile a redacted copy of Exhibit 12.

SO ORDERED.

Dated: November 6, 2025
       New York, New York

LEWIS J. LIMAN
United States District Judge