

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   pryorcashman.com

**Maxwell Breed**

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

November 7, 2025

<u>VIA ECF</u>

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: **Supplement to Letter-Motion to Seal—*Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL**

Dear Judge Liman:

  Pursuant to the Court's order dated November 6, 2025 (Dkt. 930), the publicly redacted version of Exhibit 38 to Ms. Lively's Motion for Sanctions is hereby resubmitted.

          Respectfully submitted,

          Maxwell Breed