**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

November 7, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL;
rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and pursuant to Your Honor's Individual Rules, we move to seal Exhibits K and M (Dkts. 900-11 and 900-13) to Plaintiff Blake Lively's Letter-Motion for Sanctions (Dkt. 900) (the "Motion").  The Wayfarer Parties also move to permanently seal the redactions in Lively's Motion that refer to these exhibits.

Exhibits K and M and the related redacted sections of Lively's Memorandum of Law[1] each contain confidential and sensitive information relating to the relationships between The Agency Group PR LLC ("TAG") and its clients not involved in this litigation.  Each exhibit and reference thereto includes sensitive and confidential information relating to clients wholly unrelated to the parties or issues in this litigation.

Further, Exhibits C, D, E, F, G, H, I, J, L, and O (Dkts. 900-3, 900-4, 900-5, 900-6, 900-7, 900-8, 900-9, 900-10, 900-12, and 900-15) all contain personally identifying information ("PII") such as private telephone numbers, email addresses, and usernames that should be redacted prior to the exhibits being unsealed.  These documents should be redacted to protect the confidential PII of parties, non-parties, and counsel, pursuant to the Court's prior orders concerning the filing and redaction of PII.  *See, e.g.*, Dkts. 485, 619, 736.  The Wayfarer Parties ask that the Court direct Lively to publicly refile these documents with all phone numbers and email addresses redacted from the documents.  *See, e.g.*, Dkt. 619.

---

[1] Because Exhibits K and M and Lively's Motion include testimony and documents of other parties and non-parties, the Wayfarer Parties do not submit redacted copies of these documents, so as not to inadvertently disclose information other parties or non-parties may seek to maintain under seal pursuant to the Court's Individual Rules. To the extent other parties or non-parties do not seek continued sealing of these exhibits or Motion and subject to guidance from the Court, the Wayfarer Parties are prepared to submit a redacted copy of these exhibits and the Motion reflecting the portions the Wayfarer Parties seek to maintain under seal.

Hon. Lewis J. Liman
November 7, 2025
Page 2

The Wayfarer Parties respectfully request the Court grant this Motion and order the continued sealing of Exhibits K and M (Dkt. 900-11 and 900-13), as well as the related sections of Lively's Motion, and the redaction of Exhibits C, D, E, F, G, H, I, J, L, and O (Dkts. 900-3, 900-4, 900-5, 900-6, 900-7, 900-8, 900-9, 900-10, 900-12, and 900-15).

                              Respectfully submitted,

                              */s/ Ellyn S. Garofalo*
                              LINER FREEDMAN TAITELMAN + COOLEY, LLP
                              Bryan J. Freedman (*pro hac vice*)
                              Ellyn S. Garofalo (*pro hac vice*)
                              1801 Century Park West, 5th Floor
                              Los Angeles, CA 90067
                              Tel: (310) 201-0005
                              Email: bfreedman@lftcllp.com
                                            egarofalo@lftcllp.com

                              MEISTER SEELIG & FEIN PLLC
                              Mitchell Schuster
                              Kevin Fritz
                              125 Park Avenue, 7th Floor
                              New York, NY 10017
                              Tel: (212) 655-3500
                              Email: ms@msf-law.com
                                            kaf@msf-law.com

cc: all counsel of record (via ECF)