# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

November 9, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:  *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

In accordance with Sections 1.C, 1.D, and 3.A of Your Honor's Individual Practices in Civil Cases, Plaintiff Blake Lively and Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, , and Third Party Defendant Jonesworks LLC (collectively, the "Parties") respectfully stipulate and move the Court for an order modifying the Court's Case Management Plan and Scheduling Orders (Dkt. Nos. 58, 425, 750, 855 (collectively, the "Case Plan")) to extend the deadline for the completion of expert discovery by one week from December 5, 2025 to December 12, 2025, solely as it relates to depositions of expert witnesses.

Specifically, the Parties hereby stipulate and move the Court for an order modifying the Case Plan as follows:

- **December 12, 2025**: Deadline for completion of expert discovery. The Parties agree that the deadline to complete expert discovery, including all expert depositions, shall be extended by one week, from December 5, 2025 to December 12, 2025. The requested extension is not intended to alter the Court's prior Order (Dkt. No. 855) that any expert upon which a Party intends to rely either in support of, or in opposition to, a motion for summary judgment will be made available for deposition seven (7) days before the applicable briefing deadline.

The proposed extension will not affect any other existing dates or deadlines, including for exchange of opening and rebuttal reports (which has already been completed), trial, or the filing of the joint pretrial order. The Parties are amenable to maintaining the currently-scheduled December 9 Post-Discovery Conference notwithstanding the requested extension, if the Court so agrees.

In accordance with Section 1.D of Your Honor's Individual Practices in Civil Cases, the Parties state the following:

1. Under the current Case Plan (Dkt. Nos. 58, 425, 750, 855), the current deadline for completion of expert discovery is December 5, 2025.

2. The Parties previously stipulated to extend the close of expert discovery (Dkt. Nos. 741, 854), which the Court granted. (*See* Dkt. Nos. 750, 855).

Hon. Lewis J. Liman
Page 2

    3. All Parties consent to the relief requested herein.

The Parties have met and conferred and agree that such extension is appropriate and good cause exists for the extension requested herein. *Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (Liman, J.) ("Good cause is likely to be found when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party." (cleaned up)). Among other things, it is respectfully submitted that good cause exists here because the Parties have already timely exchanged affirmative and rebuttal expert reports, designating a total of 12 experts.[1] The Parties have exchanged availability for all experts, and are now in the process of scheduling depositions, which will occur in parallel with the Parties' deadlines to file summary judgment briefing. Given the number of experts (and each of their respective schedules), in addition to the upcoming holiday, the Parties request an additional week to complete expert depositions. The Parties agree that no party will be prejudiced by such extension.

Respectfully submitted,

/s/ *Ellyn S. Garofalo*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878

/s/ *Esra A. Hudson*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
Sarah E. Moses (admitted pro hac vice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com

---

[1] Defendants Jed Wallace and Street Relations, Inc. (the "Wallace Defendants") designated a rebuttal expert witness prior to the Court's order dismissing the Wallace Defendants. (*See* Dkt. No. 912).

Hon. Lewis J. Liman
Page 3

mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*


/s/ *Kristin Tahler*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213)443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan Anastasio
295 5th Avenue
New York, NY 10016
(212)849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third Party Defendant Jonesworks, LLC*

kbender@willkie.com

Aaron E. Nathan
Michaela Connolly
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
MConnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*