UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BLAKE LIVELY,

               Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS
WITH US MOVIE LLC, MELISSA NATHAN, THE
AGENCY GROUP PR LLC, JENNIFER ABEL, JED
WALLACE, and STREET RELATIONS INC.,

               Defendants.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

---------------------------------------------------------------- x
JENNIFER ABEL,

               Third-Party Plaintiff,

v.

JONESWORKS LLC,

               Third-Party Defendant.

## DECLARATION OF SUMMER E. BENSON IN SUPPORT OF MELISSA NATHAN'S OPPOSITION TO BLAKE LIVELY'S MOTION FOR SANCTIONS

I, Summer E. Benson, pursuant to 28 U.S.C. § 1746, declare as follows:

        1. I am an associate attorney with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer Abel (collectively, the "Wayfarer Parties").

        2. Exhibit A to the Declaration of Kristin Bender in support of Plaintiff Blake Lively's Motion for Sanctions against Melissa Nathan (Dkt. 901, 902) purports to list the documents Lively

contends were improperly redacted, referred to as the "Challenged Documents." While there are 39 documents on the list, two of the documents are identical (NATHAN_000002016).

3. On August 13, 2025, the Wayfarer Parties, including Nathan, reproduced all previously redacted documents in the format required by the Joint Stipulation on the Protocol for Discovery of Electronically Stored Information and Hard Copy Documents (Dkt. 212), with text box redactions identifying the basis for each redaction. Attached hereto as Exhibit 1 is a true and correct copy of the cover letter Bryan Freedman sent to Lively's counsel on August 13, 2025, providing a link to those documents.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email dated October 22, 2025, from Michaela Connolly of Willkie Farr & Gallagher LLP, counsel for Lively, to Kim Zeldin of my office.

5. On or about September 24, 2025, my colleague, Theresa Troupson, and I met and conferred with Ms. Connolly regarding, among other things, Lively's claim that some of the Nathan redactions were overbroad. Ms. Connolly agreed to provide a document-by-document list indicating whether each document had been produced by another party without redactions or identifying another basis for the challenge. However, Ms. Connolly did not even attempt to do so until October 16, 2025.

6. In Lively's Motion, she complains about the redactions on a document bates-label NATHAN_00000885-920, which was produced on July 16, 2025. This identical text message was later reproduced by Nathan without redactions on August 22, 2025, bearing bates numbers NATHAN_000004055-4088, a true and correct copy of which is attached hereto as Exhibit 3. A true and correct copy of the cover letter from Mr. Freedman to Lively's counsel showing that NATHAN_000004055-4088 was produced on August 22, 2025 is attached hereto as Exhibit 4.

7. The text message bates-labeled NATHAN_00000885-920 was produced without redactions on July 16, 2025 by Justin Baldoni and was bates-labeled BALDONI_000015483-15516. Attached hereto as Exhibit 5 is a true and correct copy of the text message bearing the bates numbers BALDONI_000015483-15516. A true and correct copy of the cover letter to Lively's counsel showing the document was produced on July 16, 2025 is attached hereto as Exhibit 6.

8. The text message bates-labeled NATHAN_00000885-920 was produced by Jamey Heath without redactions as HEATH_000052401-52436 on August 22, 2025. Attached hereto as Exhibit 7 is a true and correct copy of the text message chain dated August 15, 2024, bearing bates numbers HEATH_000052401-52436.

9. The text message bates-labeled NATHAN_00000885-920 was produced by Jennifer Abel without redactions as ABEL_000005805-5740 on August 22, 2025. Attached hereto as Exhibit 8 is a true and correct copy of the text message chain dated August 15, 2024, bearing bates numbers ABEL_000005805-5740.

10. The text message bates-labeled NATHAN_00000885-920 was produced by Lively as BL-00000247-291 on May 16, 2025, without redactions. Attached hereto as Exhibit 9 is a true and correct copy of the text message chain dated August 15, 2024, bearing the bates number BL-000000247-291. Exhibit 9 was produced by Lively as part of a larger message chain bearing bates numbers BL-000000216–BL-000000336 and has been excerpted.

11. On August 22, 2025, Nathan produced phone records covering the period from May 1, 2024 through December 20, 2024.

12. Following the Court's August 27, 2025 order directing her to produce additional responsive documents through February 18, 2025, Nathan made two subsequent productions. On September 8, 2025, she produced phone records covering December 20, 2024 through February

3

18, 2025, in compliance with the Court's order. On September 11, 2025, Nathan reproduced the earlier set of records, from May 1, 2024 through December 20, 2024, with the previously contested redactions removed.

13.     In compliance with the Court's August 27, 2025 order, Nathan produced communications with the media from December 20, 2024, to February 18, 2025, with nonresponsive information concerning other TAG clients and/or personal information redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2025
Los Angeles, CA

By: /s/ Summer E. Benson
LINER FREEDMAN TAITELMAN + COOLEY, LLP
Summer E. Benson
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: sbenson@lftcllp.com