# EXHIBIT 1

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6007
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

August 13, 2025

*Via Email*
Esra A. Hudson
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
ehudson@manatt.com

Michael J. Gottlieb
Willkie Farr & Gallagher, LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com

**Re:** *Blake Lively v. Wayfarer Studios LLC, et al., Case No. 1:24-cv-10049-LJL*

Counsel:

We write on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz, and The Agency Group PR LLC (the "Wayfarer Parties") in connection with the above-referenced action.

Please find at the link below the document productions on behalf of the Wayfarer Parties. These productions include documents bearing the following Bates numbers:

- BALDONI_000026190 – BALDONI_000026192
- ABEL_000002188 – ABEL_000002190
- NATHAN_000003641 – NATHAN_000003643
- TAG_000000776 – TAG_000000778
- WAYFARER_000140494

Please note that this production includes a placeholder document to accompany a physical hard drive that will shortly be delivered to your office. The physical hard drive contains footage pertaining to the film "It Ends With Us." As you know, Wayfarer has already produced all responsive footage in response to Blake Lively's requests for production. That footage was

August 13, 2025
Page 2

produced in the same manner in which it was kept in the ordinary course of business in fulfillment of Wayfarer's discovery obligations. However, we understand that you objected to the manner of production in that the footage as kept in the ordinary course of business does not ordinarily contain accompanying sound data. Accordingly, our clients have endeavored to generate new files containing footage with paired audio to facilitate Lively's review.

Please note that Wayfarer was under no obligation to make this further production of documents. By making this additional production, Wayfarer in no way concedes that any such obligation to create new documents for the purposes of this litigation exists.

In addition to the above productions, at the link below you will find a re-production of documents with corrected redactions pursuant to the ESI Stipulation and Order.

Link: https://sftp-na3.transperfect.com/

Please be advised that the documents included in these productions are designated "Confidential" and "Attorneys' Eyes Only" pursuant to the Protective Order entered at ECF No. 30. These productions are made subject to, and without waiver of, all previously stated objections.

Should you require additional information to access the data stored on the drives, please contact my office and we will endeavor to assist you. All rights, remedies, and objections are expressly reserved, with waiver as to none.

Very truly yours,

*/s/ Bryan J. Freedman*

Bryan J. Freedman