# EXHIBIT 3

## PR Thread w/TAG



**Thread Participants:** ████████ Jamey Heath; ████████ Jen Able; ████████ Henny Grace (Owner); ████████ Katie TAG; ████████ Brianna TAG; ████████ Melissa TAG; ████████ Matthew Mitchell; ████████ Jennifer Able; ████████ (Owner)

**Active Participants:** ████████ Jamey Heath; ████████ Henny Grace (Owner); ████████ Katie TAG; ████████ Brianna TAG; ████████ Melissa TAG; ████████ Matthew Mitchell; ████████ Jennifer Able; System Message System Message

**First Message:** 8/15/2024 12:48:29 AM
**Last Message:** 8/15/2024 11:58:34 PM



> ████ **Henny Grace (Owner)**
> What the hell is this? Really? Sony?
> 8/15/2024 12:48:29 AM

> ████ **Henny Grace (Owner)**
> https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-sony-blake-lively-1235974889/
> 📎
> <__Library_SMS_Attach_1_54_04_493FEE_1_D9205B_1>
> 📎
> <__Library_SMS_Attach_1_50_00_D1FF52_1_430983_1>
> 8/15/2024 12:48:30 AM

> ████ **Henny Grace (Owner)**
> This is all wrong.
> And they didn't buy the rights to produce the film-
> 8/15/2024 12:49:08 AM

> ████ **Henny Grace (Owner)**
> They didn't produce the film
> This is a blatant lie- about her advancing domestic violence convos!?
> 8/15/2024 12:50:07 AM



**Henny Grace (Owner)**

8/15/2024 12:50:40 AM

**Jennifer Able**

It's complete BS. We were alerted by thr approx 5 min before going live. There are many things here that need adjusting. But taking a Step back, the fan uprising against this piece is starting to swell. This will backfire.

8/15/2024 12:55:08 AM

**Jennifer Able**

https://x.com/thr/status/1823903545105768759?s=46&t=l Call20h75OB3Ad6Pnd3Sw

📎

<__Library_SMS_Attach_1_fd_13_7E9F85_1_48E036_1 >

8/15/2024 12:55:35 AM

**Henny Grace (Owner)**

Hi I'm Sony and I'm going to cozy up to ryan and erase justin

8/15/2024 12:55:52 AM

**Henny Grace (Owner)**

Let the fans handle I guess- it's just crazy
Sony has no spine. And yet as jamey says they are doing their job.

8/15/2024 1:04:07 AM

CONFIDENTIAL

**Jennifer Able**

I think we should collectively discuss our options here. Let's chat tomorrow— personally I have a late breakfast meeting at 10, and then a call at 1130 that I can't move but we should block out a time we can connect and regroup about this and everything now that you're back

8/15/2024 1:06:04 AM

**Henny Grace (Owner)**

Morning is good before that -

8/15/2024 1:07:29 AM

**Henny Grace (Owner)**

I have nothing - just kids here
I'm sure Il be up early with jet lag

8/15/2024 1:07:43 AM

**Jennifer Able**

While this caught everyone off guard, and feels horrible to have them take such a stance like this, I do feel this will backfire and not change the position we are in at all. If anything, it has turned the internet even more against Blake and Ryan because they have seen the press first hand.

8/15/2024 1:07:48 AM

**Henny Grace (Owner)**

I'd like to have a team call anyways

8/15/2024 1:07:52 AM

**Jennifer Able**

Ok yes we can chat in the am and can regroup later in afternoon as well. Let's touch base early am and set a call since some are on et.

8/15/2024 1:08:15 AM

**Henny Grace (Owner)**



8/15/2024 1:08:31 AM

**Henny Grace (Owner)**

Thanks and night all - appreciate you

8/15/2024 1:08:40 AM

**Jennifer Able**

Loved "Thanks and night all - appreciate you "

8/15/2024 1:08:55 AM

**Jamey Heath**

I spoke with justin.
Here's my honest thoughts.
No it's not perfect. There is some misinformation here for
sure. And yet... I see this as a win. Let her be praised by
Sony. Who cares. It's not a bullet at us. Finally, there is
an article that is not directed at Justin.
And who knows maybe Blake and Ryan forced Sony to
put something out on their behalf. Even if they did it on
their own volition, who cares, the industry knows the truth
we know the truth. Whether or not 12 or 100 fans read
that and believe it, it does not matter. As I've said many
times, Sony's job is to promote the movie and to make as
much money as they can. That's the only reason why we
partnered with them. And they are doing just that. I don't
expect them to be any different than who they have
always been and who they are. And the fact they are
cozying up to Blake, also makes sense. if they are even
doing that. They are a business that is protecting their
own bottom line. What Wayfarer stands for is what
Wayfarer stands for and I don't expect anyone else to. If
we can get some things corrected great, if not, who cares.
And honestly, I don't care who Sony nestles up to. As long
as they can put out a movie of ours and make money so
that we can be Wayfarer and do what we do then I am
good. Let's not lose sight of the big picture. Right now
that's keeping bullets away from you Justin away from me
and away from Wayfarer. And if that comes at the
expense of her being praised, then so be it. And that is the
win.

And yet I get it's frustrating.
                                          8/15/2024 1:14:23 AM

**Jennifer Able**

Loved "I spoke with justin.
Here's my honest thoughts.
..."
                    8/15/2024 1:16:17 AM

**Jennifer Able**

Well said
        8/15/2024 1:16:20 AM

**Henny Grace (Owner)**

https://www.tiktok.com/t/ZP81r87kx/
📎
<__Library_SMS_Attach_1_ee_14_AC8720_1_F7E825_1
>
📎
<__Library_SMS_Attach_1_fd_13_B2BF29_1_C463DB_1
>
                              8/15/2024 1:17:50 AM

**Henny Grace (Owner)**
Are we doing anything to influence this stuff? Or is this real people helping and coming to my defense …
8/15/2024 1:17:50 AM

**Jennifer Able**
No no no. No bots, no fake accounts, none of that.
8/15/2024 1:19:16 AM

**Jennifer Able**
Real people coming to your defense. Trust, it's astounding to see the enormous outpouring of support but it's 💯 real
8/15/2024 1:19:49 AM

**Henny Grace (Owner)**
People are thinking it's us and -
Watch that video
8/15/2024 1:20:27 AM

**Henny Grace (Owner)**
Just want to be mindful of a swell turning - but you guys know this game I've never been in evolved in anything before
8/15/2024 1:21:13 AM

**Jennifer Able**
Yeah we saw and flagged that earlier. And of course there are people who speculate and discuss and poke holes, that's how they make a living on the internet.  The minority may feel loud as we have discussed, but it's still the minority.
8/15/2024 1:21:49 AM

**Jamey Heath**
Yes we are keeping eyes on it all. And yet… let's not be dissuaded by the 10 percent.  We know there will be people who fan the fire from the east, but if the majority are speaking from the west, then damnit let's live in the west and simply keep an eye on the east.  Yes I'm now a poet.
Also… it's late on the east coast and we are probably keeping people up.  Let's go dark.
8/15/2024 1:26:16 AM

**Henny Grace (Owner)**
 ♥ 🅰
8/15/2024 1:26:36 AM

**Jamey Heath**
https://www.tiktok.com/t/ZTNnrUUQs/
📎
<__Library_SMS_Attach_1_30_00_D6AFF1_1_8F9602_1
>
📎
<__Library_SMS_Attach_1_a8_08_0BD572_1_5E8100_1
>
8/15/2024 2:59:15 AM



**System Message System Message**
*System*
████████ added ████████ to the conversation
8/15/2024 10:16:46 AM

**System Message System Message**
*System*
████████ added ████████ to the conversation
8/15/2024 10:16:46 AM

**Jennifer Able**
Morning team— sorry for the early text for the west coast folks. Adding Matthew here as well as he has also been integral to monitoring everything.
8/15/2024 10:17:28 AM

**Jennifer Able**
Just touching base about getting on a quick zoom this morning to realign on everything and discuss next steps— would 830am PT work for everyone?
8/15/2024 10:18:17 AM

**Melissa TAG**
It doesn't work for me I'm afraid because I'm already on site for this project I'm doing
But please go ahead without me and when I'm finished probably around 2 pm my time I will chat but I'm on text !

https://www.cosmopolitan.com/entertainment/celebs/a618 85812/ryan-reynolds-justin-baldoni-it-ends-with-us-drama/

These stories are making her look even more unhinged
8/15/2024 10:19:15 AM

**Melissa TAG**
Have you received any overnight request for comments?
8/15/2024 10:20:10 AM

**Jennifer Able**
None
8/15/2024 10:20:20 AM

**Jennifer Able**
You?
8/15/2024 10:20:26 AM

**Melissa TAG**
None
8/15/2024 10:20:31 AM

**Henny Grace (Owner)**
I'm a little more concerned about these TikTok's claiming they know information and there are some dark disturbing stories about me that are going to break as they're getting DM's. And the only way that would be happening if there are lies.
8/15/2024 10:24:57 AM



**Henny Grace (Owner)**
What time works -
8/15/2024 10:27:56 AM

**Henny Grace (Owner)**
I'd like us all on if possible
8/15/2024 10:28:23 AM

**Henny Grace (Owner)**
We haven't had a regroup
8/15/2024 10:28:28 AM

**Melissa TAG**
I personally am not concerned about this.

Because we all know there are no dark and disturbing stories .

It's just socials acting exactly how they always act in any situation

They want more clicks they want more views and let the end of the day they will all be regurgitating complete rubbish.

And referencing the Australian podcast you saw - that's complete garbage. I can tell you hand on my heart there was four human women working on that trial and I was one of them. Not one Russian bot in site- it's actually very similar to what you're having right now the outpouring of love and support being weaponised against you by her side because "it can't be true"
8/15/2024 10:29:27 AM



**Henny Grace (Owner)**
Loved "I personally am not concerned about this.

Becaus…"
8/15/2024 10:33:12 AM

**Henny Grace (Owner)**
I appreciate you walking me through this and holding my questions - it's all a first for me
8/15/2024 10:33:53 AM

**Melissa TAG**
Which is even more reason we are on your side because you have have  never had one issue before.
8/15/2024 10:36:55 AM

**Jennifer Able**
Loved "Which is even more reason we are on your side beca…"
8/15/2024 10:37:07 AM

**Jennifer Able**

And why the internet is too. It's not bots. If I see that narrative one more time I'm unleashing the Harvey article :)

8/15/2024 10:37:31 AM

**Katie TAG**

Laughed at "And why the internet is too. It's not bots. If I …"

8/15/2024 10:37:41 AM

**Henny Grace (Owner)**

Is there anyway that we could do earlier Jen? We are all up here with jet lag and Emily wanted to go have a tea and a croissant at The Dutchess at around 8:30.

8/15/2024 10:38:52 AM

**Jennifer Able**

Aw love that. I can do 8am but I know the whole tag team isn't avail so we can do us and katie and bre and then reconnect later in the afternoon when Melissa is available does that work?

8/15/2024 10:40:01 AM

**Jennifer Able**

Jamey does that work?

8/15/2024 10:40:09 AM

**Jamey Heath**

Sure

8/15/2024 10:41:13 AM

**Henny Grace (Owner)**

Good

8/15/2024 10:41:51 AM

**Jennifer Able**

Katie are you able to send a zoom? Sorry I'm picking on you bc you're et

8/15/2024 10:42:06 AM

**Katie TAG**

Of course! And no problem :) sending an invite and zoom now for 8 AM PT / 11 AM ET

8/15/2024 10:43:52 AM

**Jennifer Able**

Loved "Of course! And no problem :) sending an invite and…"

8/15/2024 10:44:13 AM

**Katie TAG**
Including the zoom here as well for quick access:
https://us06web.zoom.us/j/82403495011?pwd=AboGEKJ
YFNmMFMTGI3fCqHxLPgFoNQ.1
(https://us06web.zoom.us/j/82403495011?pwd=AboGEKJ
YFNmMFMTGI3fCqHxLPgFoNQ.1)
8/15/2024 10:45:46 AM

**Jennifer Able**
A peace offering from people magazine :)
8/15/2024 10:56:28 AM

**Jennifer Able**
https://www.instagram.com/reel/C-
sZGONumYD/?igsh=MzRlODBiNWFIZA==

📎
<__Library_SMS_Attach_1_24_04_817401_1_772CE5_1
>
📎
<__Library_SMS_Attach_1_fc_12_90E779_1_CF40D8_1
>
📎
<__Library_SMS_Attach_1_ed_13_05AEB6_1_C507B9_
1>
8/15/2024 10:56:32 AM

**Katie TAG**
Loved "https://www.instagram.com/reel/C-
sZGONumYD/?igsh=M…"
8/15/2024 10:58:15 AM

**Katie TAG**
This is huge!!
8/15/2024 10:58:20 AM

**Henny Grace (Owner)**
People has been pretty terrible - nice to see them post it
My dad posted it a few days ago -
But of course it was much more about Blake -
8/15/2024 10:59:43 AM

**Brianna TAG**
Yes for sure!
8/15/2024 11:00:38 AM

**Brianna TAG**
I flagged this to Elizabeth yesterday
8/15/2024 11:00:46 AM

**Jennifer Able**
HA yeah I think she felt the pressure after our call last
night 😉
8/15/2024 11:01:06 AM



**Jennifer Able**
Can we have digital team boost this interview
8/15/2024 11:01:32 AM

**Brianna TAG**
Yes for sure
8/15/2024 11:01:56 AM

**Melissa TAG**
*Reply*
It was a very strong teamwork call at 11pm.
8/15/2024 11:05:43 AM

**Jennifer Able**
Laughed at "It was a very strong teamwork call at 11pm."
8/15/2024 11:06:37 AM

**Henny Grace (Owner)**
From Claire Wineland mom. "Hi there…is there anything we can do at Claire's Place to help? "
8/15/2024 12:52:12 PM

**Henny Grace (Owner)**
From a friend / my trainer -
< __Library_SMS_Attach_1_fb_11_420FDC_1_Screen_1. heic>
8/15/2024 1:38:14 PM

**Henny Grace (Owner)**
This to me feels like a post or something to amplify
8/15/2024 2:18:17 PM

**Henny Grace (Owner)**
https://www.instagram.com/reel/C-qTAgcK3MV/?igsh=ODAwMXBwbXZpOTg=
< __Library_SMS_Attach_1_9a_10_A83D38_1_F2DF23_1 >
< __Library_SMS_Attach_1_a6_06_34A5C8_1_0A3405_1 >
< __Library_SMS_Attach_1_8c_12_632810_1_6A3AA2_1 >
8/15/2024 2:18:20 PM

**Henny Grace (Owner)**
I even talk about the new cycle and click bait
8/15/2024 2:18:28 PM

**Jennifer Able**
Definitely let's boost this AP piece
8/15/2024 2:33:08 PM

NATHAN_000004064

**Henny Grace (Owner)**
Should I reshare on my stories ?

8/15/2024 2:33:32 PM

**Henny Grace (Owner)**
And TikTok as a feed post
8/15/2024 2:33:40 PM

**Brianna TAG**
This video is great and we have pushed it out digitally. In terms of you posting it yourself, I would avoid re-sharing anything that's essentially a response to negative feedback - as caption here is "...responds to critics who say film glorifies DV.." I think these next few days, regarding what you post on your personal channels, we should focus more on the positive feedback, responses, continuing to highlight the themes of the film, etc.
8/15/2024 2:46:40 PM

**Brianna TAG**
Also, the Brandon / People piece is blowing up online. Getting great traction and reception!
8/15/2024 2:46:59 PM

**Henny Grace (Owner)**
Great, thanks!
8/15/2024 2:47:04 PM

**Henny Grace (Owner)**
Amplify -

https://www.tiktok.com/t/ZP81hSmcS/

All these fan videos I make for people are starting to come back to help me. 😩
8/15/2024 3:45:19 PM

**Henny Grace (Owner)**
https://www.tiktok.com/t/ZP81rN8R7/
(https://www.tiktok.com/t/ZP81rN8R7/)
8/15/2024 3:45:34 PM

**Henny Grace (Owner)**
https://www.tiktok.com/t/ZP81hx3c3/
📎
<__Library_SMS_Attach_1_23_03_DA0C2A_1_52E3B6_
1>
📎
<__Library_SMS_Attach_1_cb_11_A9D40B_1_F0E2F3_1
>
8/15/2024 3:48:42 PM

**Henny Grace (Owner)**
Melissa here is your friend 🫶 🫢 yuck
8/15/2024 3:48:42 PM

NATHAN_000004065

**Melissa TAG**

Yes, but she's also giving you some good shout outs as well.
She's doing both, she said she had no choice because she's inundated .

8/15/2024 3:51:34 PM

**Henny Grace (Owner)**

Yeah seems a bit biased to me but I'm also sensitive
8/15/2024 3:51:54 PM

**Henny Grace (Owner)**

Colleen just texted this to us- first time we've heard from her

Can someone please Send jamey the actual context of what I said so he can respond to Colleen. This should be on video recorded from the wrap.
I never said I changed his fate - I said I didn't want to see him at the end of the movie as it was too complicated to explain how he was co parenting and would draw too many people in and SHE agreed. This has nothing to do with the book and we don't control the wrap and their headlines just as we don't control all the negative and untrue things she and Blake have been saying about me and the controversy they created. We haven't leaked anything and we've taken the high road the whole time even after she betrayed me and ghosted me.



8/15/2024 5:25:23 PM

CONFIDENTIAL

NATHAN_000004066

**Jennifer Able**

Jamey and I spoke. They are deleting the post. Take this opportunity open up the dialogue with her. Apologize, communicate that if you read the interview it doesn't mean he's cut out of the sequel but it was the decision of how to end the film. You explain it all in quotes within. Use this opportunity to connect with her and commiserate with what she's going through and how much you care about her and how that hasn't changed even when she TURNED HER BACK ON YOU AND LEFT YOU TO FEND FOR YOURSELF. She is getting a ton of hate and backlash from the DV community.

8/15/2024 5:33:50 PM

**Jennifer Able**

The post has been deleted
8/15/2024 5:34:23 PM

**Jennifer Able**

You can say that you have done nothing but honor her and her book and you want to have a conversation and you miss the relationship you had blah blah
8/15/2024 5:34:52 PM

**Henny Grace (Owner)**

Can we please have our regroup with everybody, including Melissa?
8/15/2024 5:34:55 PM

**Henny Grace (Owner)**

I'm sorry I don't have the capacity just right now in this moment to be the bigger person and to do that. You have to remember that it was her betrayal that landed me in the hospital. It's been devastating to me.
8/15/2024 5:39:18 PM

**Henny Grace (Owner)**

This message makes my blood boil
8/15/2024 5:39:29 PM

**Jennifer Able**

Fully understand and respect that. Jamey is working through a response. Instead of thinking of this as an olive branch, this is a tactical art of war approach. If Colleen can come around and is willing to open up lines of communication, that would be a massive message to the world that this issue solely relates to BLAKE and not to "all of the women".
8/15/2024 5:44:47 PM

**Henny Grace (Owner)**

Can we all talk ? I believe this was when melissa was avail
8/15/2024 5:46:13 PM

**Jennifer Able**
I'm avail I'll let the team chime in
8/15/2024 5:46:27 PM

**Matthew Mitchell**
Available as well. Whenever we can get on.
8/15/2024 5:46:49 PM

**Katie TAG**
Happy to connect — will see if Breanna and Melissa are available as well.
8/15/2024 5:48:50 PM

**Henny Grace (Owner)**
I'm going to dictate something, Jamie add this to your text message back to her in any part that you want but this is just what I need to say

Justin is not out to hurt anybody and there hasn't been one lie that has come out of his mouth, all he's been doing is singing the praises of you and everybody else and sticking to the message of the movie which you knew he cared about from the beginning. He asked you about the second book to understand the trajectory of Ryles character as he was developing the script, which you also understood as he included you on that decision. The above headline is taken completely out of context, but that is not our doing, as there is a PR war going on and we are the ones that are not leaking anything or trying to destroy anybody. This entire situation was set up to be a smear campaign against Justin and it clearly backfired. Justin didn't want any of this as he's loved and adored you for five years. if you actually read the interview you'll see he says exactly as it happened, which was a decision that you also supported. It had nothing to do with the second book or not wanting to be a part of it as an actor or changing Ryles fate. It had everything to do with after seeing an edit of the movie, realizing that we did not need to open up a can of worms and show an abuser coparenting without showing all of the necessary work that had to happen to make that possible. You also know this as he involved you every step of the way. Wayfarer is also not talking and are not firing back, we are continually speaking highly of everyone. We did not ask to be in the situation. This was all created and easily could've been avoided.
8/15/2024 5:53:41 PM

**Henny Grace (Owner)**
I'm here and ready
8/15/2024 5:53:50 PM

**Katie TAG**
Melissa will be available at 7 PM ET — does that work for the team? She's traveling at the moment and won't have good service until then.
8/15/2024 5:57:39 PM

NATHAN_000004068

**Jamey Heath**

I didn't see this justin.
I replied already
8/15/2024 6:00:22 PM

**Henny Grace (Owner)**

I think your response was way too nice dude and I'm a bit frustrated, but I understand the game you're playing
8/15/2024 6:00:42 PM

**Jennifer Able**

Justin— please know that I'm not saying this to dismiss your completely warranted feelings about this but I would be remiss if I didn't advise that I feel strongly about you also responding from the heart since you are also on this text.  It may be a futile attempt, but think of it as part of the larger strategy.  I drafted something in case you might consider.
8/15/2024 6:00:52 PM

**Jennifer Able**

I'm going to dictate something, Jamie add this to your text message back to her in any part that you want but this is just what I need to say

 Justin is not out to hurt anybody and there hasn't been one lie that has come out of his mouth,  all he's been doing is singing the praises of you and everybody else and sticking to the message of the movie which you knew he cared about from the beginning. He asked you about the second book to understand the trajectory of Ryles character as he was developing the script, which you also understood as he included you on that decision. The above headline is taken completely out of context, but that is not our doing, as there is a PR war going on and we are the ones that are not leaking anything or trying to destroy anybody. This entire situation was set up to be a smear campaign against Justin and it clearly backfired. Justin didn't want any of this as he's loved and adored you for five years. if you actually read the interview you'll see he says exactly as it happened, which was a decision that you also supported. It had nothing to do with the second book or not wanting to be a part of it as an actor or changing Ryles fate. It had everything to do with after seeing an edit of the movie, realizing that we did not need to open up a can of worms and show an abuser coparenting without showing all of the necessary work that had to happen to make that possible. You also know this as he involved you every step of the way.  Wayfarer is also not talking and  are not firing back, we are continually speaking highly of everyone. We did not ask to be in the situation. This was all created  and easily could've been avoided.
8/15/2024 6:00:58 PM

NATHAN_000004069

**Jennifer Able**
Whoops that's your message one sec—
8/15/2024 6:01:09 PM

**Jamey Heath**
Justin should not respond right now except for anything other than to validate what I said. You are full of emotion and you were react and it could add to the fire instead of us trying to put it out. The last thing we need is Colleen speaking publicly about you in a negative way. That's all that matters right now is to put out that fire.
8/15/2024 6:02:23 PM

**Henny Grace (Owner)**
I understand
8/15/2024 6:03:53 PM

**Jennifer Able**
OK I will stand down. But leaving this here. Colleen, from my heart, there has not been one lie that has come out of my mouth. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I have loved and adored you for the past five years and that hasn't changed even
8/15/2024 6:04:25 PM

**Jennifer Able**
**remove the "even". Sorry Im having issues with my text via my computer
8/15/2024 6:04:53 PM

**Jamey Heath**
I agree follow up with that. Assume, that Blake will see it. Assume that she could leak it... It should only be loving remarks. But I do think you should follow up to my message.
8/15/2024 6:05:30 PM

**Henny Grace (Owner)**
Colleen, I'm sorry that you are hurting. I want you to know that there has not been one lie that has come out of my mouth or one bad word spoken about any of you. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have cared you for the past five years and that hasn't changed.
8/15/2024 6:17:17 PM

NATHAN_000004070

**Jennifer Able**
Loved "Colleen, I'm sorry that you are hurting. I want yo…"
8/15/2024 6:19:29 PM

**Henny Grace (Owner)**
So when are speaking ?
8/15/2024 6:22:25 PM

**Katie TAG**
Link for our 7 PM ET call:
https://us06web.zoom.us/j/84208560789?pwd=I05av7eSs
aYzdDUoXwA3qHCoutmZhE.1
(https://us06web.zoom.us/j/84208560789?pwd=I05av7eS
saYzdDUoXwA3qHCoutmZhE.1)
8/15/2024 6:22:29 PM

**Henny Grace (Owner)**
Colleen, I'm sorry that you are hurting. I want you to know
that I have no told any lies about you or any others. I am
also not talking about my experience. I have been sticking
to the same message of the movie which you know I
cared deeply about from the beginning. The headline is
taken out of context which you will see from the interview.
I spoke about this multiple times and they also don't
include everything I say. None of which has anything to do
with changing his trajectory in the second book which I of
course asked you about multiple times to understand
where the story goes. You supported my decision to
remove him from the end. We do not control the
headlines. Since this is the first time I've heard from you, I
just want you to know that I have deeply cared about you
for the past five years and that hasn't changed.
8/15/2024 6:25:38 PM

**Jennifer Able**
I like this
8/15/2024 6:29:58 PM

**Jennifer Able**
Did you send?
8/15/2024 6:39:06 PM

**Henny Grace (Owner)**
Yes.
8/15/2024 6:39:22 PM

**Jennifer Able**
I know how much this absolutely sucks but that was a
smart, strategic move.  If that helps at all ☺
8/15/2024 6:39:50 PM

**Melissa TAG**
Loved "I know how much this absolutely sucks but that
was…"
8/15/2024 6:40:02 PM

NATHAN_000004071

**Melissa TAG**
And if this was ever shared- it still looks great and honest
8/15/2024 6:40:16 PM

**Jennifer Able**
Speak in 15 min
8/15/2024 6:43:44 PM

**Henny Grace (Owner)**
"It just feels like I'm on an island, here. When the hate is being directed at me, you guys posting that article and allowing it to fuel the comments is hurtful. And the timing of it just feels like you're worried about your image but not the women who are behind this story. I know things took an awful turn, and I felt forced to choose when I did not want to, but the back and forth articles from both camps are just so upsetting and ridiculous. It's making everyone working on this movie look immature. Everyone is out there trying to save themselves and now this has turned into a huge mess. And I know you guys think I've made decisions for certain reasons but I have felt the rift from long before I ever was in contact with Blake. It started with me not being allowed to read the script until I was sat with readers, but then all the interviews made it seem like you included me in the script from the beginning. Then the whole documentary thing where I said no so very many times. And the book, when I asked you guys to at least donate a portion of the proceeds to DV and then I was told the only way a donation would be made is if I took 1% and donated that myself. Then the whole tattoo thing, all the texts of you blaming Blake for that and reiterating that she didn't read the book every time I'd just try to ask you what to say to readers. I have been disappointed personally by your actions many times. I appreciate that you haven't directly said anything negative, that's how it should be. But you are grown men with a platform. You know how to use it to protect your image. Please don't continue to use it to harm me or mine. That's all I'm asking. "
8/15/2024 6:45:43 PM

NATHAN_000004072





NATHAN_000004074





NATHAN_000004076







NATHAN_000004079



**Henny Grace (Owner)**
Jen- let's figure out these theatre visits for tmrw or Saturday - or both -
8/15/2024 9:42:41 PM

**Henny Grace (Owner)**
Maybe we do a bunch
8/15/2024 9:42:51 PM

**Jennifer Able**
Liked "Jen- let's figure out these theatre visits for tmr…"
8/15/2024 9:43:26 PM

**Jennifer Able**
On it
8/15/2024 9:43:30 PM

**Henny Grace (Owner)**
Let's do it without Sony - just on our own
8/15/2024 9:43:41 PM

**Jennifer Able**
Yep that's my thinking too
8/15/2024 9:43:52 PM

**Henny Grace (Owner)**
Just wanted to share this with you all from July - this was how Isabella Ferrer thanked me. Now she won't say my name



8/15/2024 10:25:32 PM

CONFIDENTIAL



**Henny Grace (Owner)**
"Such a comfortable safe space "
8/15/2024 10:26:00 PM

**Henny Grace (Owner)**
And have a ton of fun Bro friend texts with me and Brandon having a bromance for a year and then nothing
8/15/2024 10:28:46 PM

**Henny Grace (Owner)**
TAG - this one is for you. lol
8/15/2024 10:35:15 PM

**Henny Grace (Owner)**
https://www.tiktok.com/t/ZP81k9Cja/
<__Library_SMS_Attach_1_cc_12_BEAA59_1_4FAB9C_1>
<__Library_SMS_Attach_1_fc_12_4A5EF6_1_ADE1F4_1>
8/15/2024 10:35:17 PM

**Jennifer Able**
My god this is incredible
8/15/2024 10:37:20 PM

**Jennifer Able**
Emphasized an image
8/15/2024 10:37:36 PM

**Matthew Mitchell**
Genius!  OMG!  Melissa, Breanna and Katie- you did a great job with this creator. 🚲🚲
8/15/2024 10:38:31 PM

**Jennifer Able**
*Reply*
Wow
8/15/2024 10:39:05 PM

**Melissa TAG**
CHECKING MY ROOM FOR CAMERAS
8/15/2024 10:40:27 PM

**Henny Grace (Owner)**
In other news, Ryan unblocked me and Emily, so he could spy on us. She had a feeling and checked and she could see his name and then I checked, and I could search him as well. I couldn't search him a week ago.
8/15/2024 10:57:39 PM

**Jennifer Able**
Interesting
8/15/2024 10:58:30 PM

NATHAN_000004082

**Henny Grace (Owner)**
Jamey please put the text here and not email -
8/15/2024 10:59:35 PM

CONFIDENTIAL

**▇▇▇▇▇▇ Jamey Heath**

I am deeply sorry to hear about the pain you're experiencing. Feeling alone on an island is just terrible. I want you to know, with all sincerity, that my team hasn't engaged in anything that would harm you and they have not contributed to any negative articles. My heart breaks when I think about the distance that has grown between us, especially when I've always valued our collaboration and friendship so deeply.

  (I don't think we need the following paragraph at all as there no need to make this about you right now. We shouldn't ask for her sympathy at this moment)
I want to share how difficult it has been for me too, especially when the film, which I poured so much of my heart into, was taken out of my hands. I've remained silent as fans began to wonder why I wasn't part of the press or even the photos at the premiere. Being uninvited from Book Bonanza without any explanation left me feeling lost and hurt. Not being allowed to share the premiere with you and instead waiting in a basement until I was escorted to a separate theatre with my friends and family, who had come to celebrate, was incredibly painful. Still, I did so out of respect for the movie and not wanting to derail the celebration of it.

I know a lot has happened since we first worked on the script together and you feel as though you weren't included before the "fan reading". As an effort to remind you, we sent you the script beforehand in July of 2022 where you responded with such positivity, noting how pleased you were that it stayed true to the book and you even shared your notes with me. I'm happy to share those screenshots if you'd like.

Regarding the documentary, I want you to know that while we may have tried to ease some of your concerns regarding being on camera, we always intended to respect your wishes, which is why we never moved forward. It was only an idea, meant to bring fans closer to a story that means so much to so many,

Regarding the Coffee Book donation. Legally, Wayfarer couldn't donate the 1% on your behalf as you graciously requested. It wasn't a demand from us, but a legal requirement we were asked to relay,

As for the tattoo, I'm so glad you pointed out the importance of it to the fans and the DV community while we were early in the edit. We were more than happy to change it in post and the film is better for it. I'm grateful for your insight.

I completely own that I vented about many things regarding production and the post process and I can fully understand how that could have been a load too heavy to carry..
Please know that my door is always open to you. I truly

NATHAN_000004084

hope we can talk and rebuild our friendship. This isn't about any "image" for me; it's about reconnecting with someone I care about deeply. I hope this might be a step towards healing and celebrating this film together.
8/15/2024 11:00:47 PM

**Henny Grace (Owner)**
Can I say yes? Maybe Jen can reach out
<__Library_SMS_Attach_1_bb_11_81CE11_1_Screen_1.heic>
8/15/2024 11:01:05 PM

**Jennifer Able**
I can reach out
8/15/2024 11:02:12 PM

**Jennifer Able**
Do you want to respond and say your team will be reaching out?
8/15/2024 11:02:25 PM

**Jennifer Able**
Or give my email?
8/15/2024 11:02:32 PM

**Jennifer Able**
Flagging that Alex reposted your post JB



8/15/2024 11:44:34 PM

**Henny Grace (Owner)**
Good for her
8/15/2024 11:45:03 PM

NATHAN_000004085



**Jennifer Able**

lol

8/15/2024 11:45:16 PM

**Jennifer Able**

I like this era of Justin 🚀

8/15/2024 11:45:43 PM

**Henny Grace (Owner)**

What are thoughts on james text

8/15/2024 11:50:39 PM

CONFIDENTIAL

NATHAN_000004086

**Henny Grace (Owner)**

Updated

you're experiencing. Feeling alone on an island is just terrible. I want you to know, with all sincerity, that my team hasn't engaged in anything that would harm you and they have not contributed to any negative articles. My heart breaks when I think about the distance that has grown between us, especially when I've always valued our collaboration and friendship so deeply.

I know a lot has happened since we first worked on the script together and you feel as though you weren't included before the "fan reading". As an effort to remind you, we sent you the script beforehand in July of 2022 where you responded with such positivity, noting how pleased you were that it stayed true to the book and you even shared your notes with me. You even got to read it before I did. I'm happy to share those screenshots if you'd like.

Regarding the documentary, I want you to know that while Jamey may have tried to ease some of your concerns regarding being on camera, he and Wayfarer always intended to respect your wishes, which is why we never moved forward. It was only an idea, meant to bring fans closer to a story that means so much to so many. Once you shared your feelings and anxiety about being on camera, he completely understood and we immediately killed the idea.

Regarding the Coffee Book donation. Legally, Wayfarer couldn't donate the 1% on your behalf as you graciously requested. It wasn't a demand from us, but a legal requirement we were asked to relay.

As for the tattoo, I'm so glad you pointed out the importance of it to the fans and the DV community while we were in the edit. We were more than happy to change it in post and the film is better for it. I'm grateful for your insight.

I completely own that I vented about many things regarding production and the post process and I can fully understand how that could have been a load too heavy to carry..
Please know that my door is always open to you. I truly hope we can talk and rebuild our friendship. This isn't about any "image" for me; it's about reconnecting with someone I care about deeply. I hope this might be a step towards healing and celebrating this film together.

8/15/2024 11:57:14 PM

**Jennifer Able**

I have a couple of revisions if that's ok…
8/15/2024 11:58:22 PM



Henny Grace (Owner)

Yes

8/15/2024 11:58:28 PM

Jennifer Able

I think we can tone it down just a bit

8/15/2024 11:58:31 PM

Jennifer Able

Give me a sec

8/15/2024 11:58:34 PM

CONFIDENTIAL