# EXHIBIT 4

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA  90067-6007
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL:  bfreedman@lftcllp.com

BRYAN J. FREEDMAN

August 22, 2025

*Via Email*
Esra A. Hudson
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
ehudson@manatt.com

Michael J. Gottlieb
Willkie Farr & Gallagher, LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com

**Re:    *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL**

Counsel:

      We write on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz, and The Agency Group PR LLC (collectively, the "Wayfarer Parties") in connection with the above-referenced action.

      Please find at the link below the document productions on behalf of the Wayfarer Parties. These productions include documents bearing the following Bates numbers:

- BALDONI_000026193 – BALDONI_000034612
- HEATH_000046785 – HEATH_000052749
- SAROWITZ_000000069 – SAROWITZ_000000887
- WAYFARER_000140495 – WAYFARER_000142876
- NATHAN_000003644 – NATHAN_000005584
- TAG_000000779 – TAG_000002719
- ABEL_000002191 – ABEL_000006566

Link: https://sftp-na3.transperfect.com/

August 22, 2025
Page 2

Please be advised that the documents included in these productions are designated "Confidential" pursuant to the Protective Order entered at ECF No. 125. These productions are made subject to, and without waiver of, all previously stated objections.

Should you experience any difficulty accessing the documents, please do not hesitate to contact me.

Very truly yours,

*/s/ Bryan J. Freedman*

Bryan J. Freedman