# EXHIBIT 6

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

1801 CENTURY PARK WEST, 5TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6007
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

July 16, 2025

*Via Email*
Esra A. Hudson
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
ehudson@manatt.com

Michael J. Gottlieb
Willkie Farr & Gallagher, LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com

**Re:** *Blake Lively v. Wayfarer Studios LLC, et al., Case No. 1:24-cv-10049-LJL*

Counsel:

Please find at the link below the document productions of Defendants Justin Baldoni and Melissa Nathan. These productions include documents bearing the following Bates numbers:

- BALDONI_000014134 - BALDONI_000021505
- NATHAN_000000152 - NATHAN_000002963

Link: https://sftp-na3.transperfect.com/

Please be advised that the documents included in these productions are designated "Confidential" and "Attorneys' Eyes Only" pursuant to the Protective Order entered at ECF No. 30. These productions are made subject to, and without waiver of, all previously stated objections.

Should you experience any difficulty accessing the documents, please do not hesitate to contact me.

Very truly yours,

*/s/ Bryan J. Freedman*

Bryan J. Freedman

437159.1