# EXHIBIT 9



From: [REDACTED] Justin Baldoni
To: [REDACTED] Jennifer Abel (owner)

https://www.tiktok.com/t/ZP81MUVh5/

Attachments:

Tile: F98ED231-10F1-44BD-BC92-2ECF83A0FEC7.pluginPayloadAttachment
Size: 19944
File name: ~/Library/SMS/Attachments/67/07/AA397709-B09B-4B99-A07C-018B05528C5C/F98ED231-10F1-44BD-BC92-2ECF83A0FEC7.pluginPayloadAttachment:
~/Library/SMS/Attachments/67/07/AA397709-B09B-4B99-A07C-018B05528C5C/F98ED231-10F1-44BD-BC92-2ECF83A0FEC7.pluginPayloadAttachment

Tile: E4E357FF-0826-4EBA-8647-F53085F3454C.pluginPayloadAttachment
Size: 73034
File name: ~/Library/SMS/Attachments/9d/13/419271D2-3884-45D9-9A3F-8464BA070300/E4E357FF-0826-4EBA-8647-F53085F3454C.pluginPayloadAttachment:
~/Library/SMS/Attachments/9d/13/419271D2-3884-45D9-9A3F-8464BA070300/E4E357FF-0826-4EBA-8647-F53085F3454C.pluginPayloadAttachment

Priority: Normal

15/08/2024 02:27:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA702FB (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/67/07/AA397709-B09B-4B99-A07C-018B05528C5C/F98ED231-10F1-44BD-BC92-2ECF83A0FEC7.pluginPayloadAttachment :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/9d/13/419271D2-3884-45D9-9A3F-8464BA070300/E4E357FF-0826-4EBA-8647-F53085F3454C.pluginPayloadAttachment :



From: [REDACTED] Justin Baldoni
To: [REDACTED] Jennifer Abel (owner)

What the hell is this? Really? Sony?

Priority: Normal

15/08/2024 04:48:29(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA84683 (Table: message, handle, Size: 316985344 bytes)



From:        Justin Baldoni
To:          Jennifer Abel (owner)

https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-sony-blake-lively-1235974889/

Attachments:

Title: 229B4969-6677-49B7-89E9-8C55B23F15C9.pluginPayloadAttachment
Size: 2061
File name: ~/Library/SMS/Attachments/45/05/0029822E-7DC1-4FAD-9D90-8103F19F703A/229B4969-6677-49B7-89E9-8C55B23F15C9.pluginPayloadAttachment
~/Library/SMS/Attachments/45/05/0029822E-7DC1-4FAD-9D90-8103F19F703A/229B4969-6677-49B7-89E9-8C55B23F15C9.pluginPayloadAttachment

Title: B58DC896-7540-43E2-804B-66EA363EBD52.pluginPayloadAttachment
Size: 235639
File name: ~/Library/SMS/Attachments/84/04/81FA40E5-6BF8-4D59-B3CF-86CBFE39C340/B58DC896-7540-43E2-804B-66EA363EBD52.pluginPayloadAttachment
~/Library/SMS/Attachments/84/04/81FA40E5-6BF8-4D59-B3CF-86CBFE39C340/B58DC896-7540-43E2-804B-66EA363EBD52.pluginPayloadAttachment

Priority: Normal

15/08/2024 04:48:30(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA853F4 (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/45/05/0029822E-7DC1-4FAD-9D90-8103F19F703A/229B4969-6677-49B7-89E9-8C55B23F15C9.pluginPayloadAttachment :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/84/04/81FA40E5-6BF8-4D59-B3CF-86CBFE39C340/B58DC896-7540-43E2-804B-66EA363EBD52.pluginPayloadAttachment :



From:        Justin Baldoni
To:          Jennifer Abel (owner)

This is all wrong.
And they didn't buy the rights to produce the film-
Priority: Normal

15/08/2024 04:49:08(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA84227 (Table: message, handle, Size: 316985344 bytes)



From:        Justin Baldoni
To:          Jennifer Abel (owner)

They didn't produce the film

This is a blatant lie- about her advancing domestic violence convos!?
Priority: Normal

15/08/2024 04:50:07(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA86F6D (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

BL-000000248



From: ▓▓▓▓▓ Justin Baldoni
To: ▓▓▓▓▓ Jennifer Abel (owner)
Attachments:

File: IMG_4784.PNG
Size: 346439
File name: ~/Library/SMS/Attachments/86/06/01AEBAE9-F294-4EF4-8345-47B54787AEF2/IMG_4784.PNG
Path: Mbps.ip49
content:icloud.com444-1FC82D0C7D8332D65EDAFA3353C3FFAD4E74D191608FAC 6B85F233143E3E9C.C01USN00
~/Library/SMS/Attachments/86/06/01AEBAE9-F294-4EF4-8345-47B54787AEF2/IMG_4784.PNG

Priority: Normal

15/08/2024 04:50:40(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA86C9E (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/86/06/01AEBAE9-F294-4EF4-8345-47B54787AEF2/IMG_4784.PNG :



From: ▓▓▓▓▓ Jennifer Abel (owner)

It's complete BS. We were alerted by thr approx 5 min before going live. There are many things here that need adjusting. But taking a Step back, the fan uprising against this piece is starting to swell. This will backfire.
Priority: Normal

15/08/2024 04:55:08(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA86A20 (Table: message, Size: 316985344 bytes)



From: ▓▓▓▓▓ Jennifer Abel (owner)

https://x.com/thr/status/1823903545105768759?s=46&t=ICall20h75OB3Ad6Pnd3Sw

Attachments:

THR

File: B0AC571A-9A0C-4B47-857D-5420159DA0F9.pluginPayloadAttachment
Size: 6265
File name: ~/Library/SMS/Attachments/20/00/3AEDB658-9727-4A36-9EF5-15A5B893A0AB/B0AC571A-9A0C-4B47-857D-5420159DA0F9.pluginPayloadAttachment
~/Library/SMS/Attachments/20/00/3AEDB658-9727-4A36-9EF5-15A5B893A0AB/B0AC571A-9A0C-4B47-857D-5420159DA0F9.pluginPayloadAttachment

Priority: Normal

15/08/2024 04:55:35(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8791C (Table: message, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/20/00/3AEDB658-9727-4A36-9EF5-15A5B893A0AB/B0AC571A-9A0C-4B47-857D-5420159DA0F9.pluginPayloadAttachment :

CONFIDENTIAL

Confidential

BL-000000249



From: Justin Baldoni
To: Jennifer Abel (owner)
Hi I'm Sony and I'm going to cozy up to ryan and erase justin
Priority: Normal

15/08/2024 04:55:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8739C (Table: message, handle, Size: 316985344 bytes)



From: Justin Baldoni
To: Jennifer Abel (owner)
Let the fans handle I guess- it's just crazy
Sony has no spine. And yet as jamey says they are doing their job.
Priority: Normal

15/08/2024 05:04:07(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA88F6D (Table: message, handle, Size: 316985344 bytes)



From: Jennifer Abel (owner)
I think we should collectively discuss our options here. Let's chat tomorrow— personally I have a late breakfast meeting at 10, and then a call at 1130 that I can't move but we should block out a time we can connect and regroup about this and everything now that you're back
Priority: Normal

15/08/2024 05:06:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA88C94 (Table: message, Size: 316985344 bytes)



From: Justin Baldoni
To: Jennifer Abel (owner)
Morning is good before that  -
Priority: Normal

15/08/2024 05:07:29(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8862C (Table: message, handle, Size: 316985344 bytes)



From: Justin Baldoni
To: Jennifer Abel (owner)
I have nothing - just kids here
I'm sure II be up early with jet lag
Priority: Normal

15/08/2024 05:07:43(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA883EC (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: [redacted] Jennifer Abel (owner)

While this caught everyone off guard, and feels horrible to have them take such a stance like this, I do feel this will backfire and not change the position we are in at all. If anything, it has turned the internet even more against Blake and Ryan because they have seen the press first hand.

Priority: Normal

15/08/2024 05:07:48(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA89F7F (Table: message, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

I'd like to have a team call anyways

Priority: Normal

15/08/2024 05:07:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA89AF1 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

Ok yes we can chat in the am and can regroup later in afternoon as well. Let's touch base early am and set a call since some are on et.

Priority: Normal

15/08/2024 05:08:15(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA898B3 (Table: message, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Priority: Normal

15/08/2024 05:08:31(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8955D (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Thanks and night all - appreciate you

Priority: Normal

15/08/2024 05:08:40(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8933F (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000160

BL-000000251



From: [redacted] Jennifer Abel (owner)
Loved "Thanks and night all - appreciate you "
Priority: Normal

15/08/2024 05:08:55(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8AF19 (Table: message,
Size: 316985344 bytes)



From: [redacted] Jamey Heath
To: [redacted] Jennifer Abel (owner)

I spoke with justin.
Here's my honest thoughts.
No it's not perfect. There is some misinformation here for sure. And yet... I see this as a win. Let her be praised by Sony. Who cares. It's not a bullet at us. Finally, there is an article that is not directed at Justin.
And who knows maybe Blake and Ryan forced Sony to put something out on their behalf. Even if they did it on their own volition, who cares, the industry knows the truth we know the truth. Whether or not 12 or 100 fans read that and believe it, it does not matter. As I've said many times. Sony's job is to promote the movie and to make as much money as they can. That's the only reason why we partnered with them. And they are doing just that. I don't expect them to be any different than who they have always been and who they are. And the fact they are cozying up to Blake, also makes sense, if they are even doing that. They are a business that is protecting their own bottom line. What Wayfarer stands for is what Wayfarer stands for and I don't expect anyone else to. If we can get some things corrected great, if not, who cares. And honestly, I don't care who Sony nestles up to. As long as they can put out a movie of ours and make money so that we can be Wayfarer and do what we do then I am good. Let's not lose sight of the big picture. Right now that's keeping bullets away from you Justin away from me and away from Wayfarer. And if that comes at the expense of her being praised, then so be it. And that is the win.

And yet I get it's frustrating.
Priority: Normal

15/08/2024 05:14:23(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8BF6D (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)
Loved "I spoke with justin.
Here's my honest thoughts.
..."
Priority: Normal

15/08/2024 05:16:17(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8CED8 (Table: message, Size:
316985344 bytes)



From: [redacted] Jennifer Abel (owner)
Well said
Priority: Normal

15/08/2024 05:16:20(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8CC25 (Table:
message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)

https://www.tiktok.com/t/ZP81r87kx/

Attachments:

Title: 012BC6FE-506E-40BE-A9E5-2098B04EB63A.pluginPayloadAttachment
Size: 19944
File name: ~/Library/SMS/Attachments/1e/14/9EF84EE5-CA52-4B56-A4CC-
15D3F8CD6710/012BC6FE-506E-40BE-A9E5-
2098B04EB63A.pluginPayloadAttachment2
~/Library/SMS/Attachments/1e/14/9EF84EE5-CA52-4B56-A4CC-
15D3F8CD6710/012BC6FE-506E-40BE-A9E5-
2098B04EB63A.pluginPayloadAttachment

Title: 82F69464-186D-48A1-BBA1-09ECB655E0EC.pluginPayloadAttachment
Size: 89751
File name: ~/Library/SMS/Attachments/8a/10/8FE55756-6930-4521-B66C-
5D8288A50AC7/82F69464-186D-48A1-BBA1-
09ECB655E0EC.pluginPayloadAttachment
~/Library/SMS/Attachments/8a/10/8FE55756-6930-4521-B66C-
5D8288A50AC7/82F69464-186D-48A1-BBA1-
09ECB655E0EC.pluginPayloadAttachment

Priority: Normal

15/08/2024 05:17:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8D2FB (Table:
message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/1e/14/9EF84EE5-
CA52-4B56-A4CC-15D3F8CD6710/012BC6FE-506E-40BE-A9E5-
2098B04EB63A.pluginPayloadAttachment :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/8a/10/8FE55756-
6930-4521-B66C-5D8288A50AC7/82F69464-186D-48A1-BBA1-
09ECB655E0EC.pluginPayloadAttachment :



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)

Are we doing anything to influence this stuff? Or is this real people helping and coming to
my defense …

Priority: Normal

15/08/2024 05:17:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8C7E2 (Table: message, handle, Size: 316985344 bytes)

From: ▮▮▮▮▮ Jennifer Abel (owner)

No no no. No bots, no fake accounts, none of that.

Priority: Normal

15/08/2024 05:19:16(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8C51D (Table: message, Size:
316985344 bytes)

CONFIDENTIAL

Confidential



From: [redacted] Jennifer Abel (owner)

Real people coming to your defense. Trust, it's astounding to see the enormous outpouring of support but it's real

Priority: Normal

15/08/2024 05:19:49(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8EF7F (Table: message, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

People are thinking it's us and - Watch that video

Priority: Normal

15/08/2024 05:20:27(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8EC49 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Just want to be mindful of a swell turning - but you guys know this game I've never been in evolved in anything before

Priority: Normal

15/08/2024 05:21:13(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8E9DD (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

Yeah we saw and flagged that earlier. And of course there are people who speculate and discuss and poke holes, that's how they make a living on the internet. The minority may feel loud as we have discussed, but it's still the minority.

Priority: Normal

15/08/2024 05:21:49(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8E6FA (Table: message, Size: 316985344 bytes)

From: [redacted] Jamey Heath
To: [redacted] Jennifer Abel (owner)

Yes we are keeping eyes on it all. And yet... let's not be dissuaded by the 10 percent. We know there will be people who fan the fire from the east, but if the majority are speaking from the west, then damnit let's live in the west and simply keep an eye on the east. Yes I'm now a poet.
Also... it's late on the east coast and we are probably keeping people up. Let's go dark.

Priority: Normal

15/08/2024 05:26:16(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8FF6D (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000163

BL-000000254



From: Justin Baldoni
To: Jennifer Abel (owner)

Priority: Normal

15/08/2024 05:26:36(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/var/mobile/Library/SMS/sms.db : 0xEA8FA55 (Table: message, handle, Size: 316985344 bytes)



From: Jamey Heath
To: Jennifer Abel (owner)

https://www.tiktok.com/t/ZTNnrUUQs/

Attachments:

Title: 3F2198A5-A1E2-4319-88DB-8679CBF36C64.pluginPayloadAttachment
Size: 19944
File name: ~/Library/SMS/Attachments/ce/14/24951134-2FF0-4BED-85B2-AA16655402A27/3F2198A5-A1E2-4319-88DB-8679CBF36C64.pluginPayloadAttachment
~/Library/SMS/Attachments/ce/14/24951134-2FF0-4BED-85B2-AA16655402A27/3F2198A5-A1E2-4319-88DB-8679CBF36C64.pluginPayloadAttachment

Title: EDCCA4D4-6630-49E5-9113-21DAC231C8D3.pluginPayloadAttachment
Size: 91430
File name: ~/Library/SMS/Attachments/b8/08/79011F27-D2E2-4B0F-A3E8-F4C8DCEE126F/EDCCA4D4-6630-49E5-9113-21DAC231C8D3.pluginPayloadAttachment
~/Library/SMS/Attachments/b8/08/79011F27-D2E2-4B0F-A3E8-F4C8DCEE126F/EDCCA4D4-6630-49E5-9113-21DAC231C8D3.pluginPayloadAttachment

Priority: Normal

15/08/2024 06:59:15(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA962FC (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/ce/14/24951134-2FF0-4BED-85B2-AA16655402A27/3F2198A5-A1E2-4319-88DB-8679CBF36C64.pluginPayloadAttachment
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/b8/08/79011F27-D2E2-4B0F-A3E8-F4C8DCEE126F/EDCCA4D4-6630-49E5-9113-21DAC231C8D3.pluginPayloadAttachment



From: System Message
You added [redacted] to the conversation
Priority: Normal

15/08/2024 14:18:44(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA98945 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)
Morning team— sorry for the early text for the west coast folks. Adding Matthew here as well as he has also been integral to monitoring everything.
Priority: Normal

15/08/2024 14:17:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA987FA (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000164

BL-000000255



From: [redacted] Jennifer Abel (owner)

Just touching base about getting on a quick zoom this morning to realign on everything and discuss next steps— would 830am PT work for everyone?

Priority: Normal

15/08/2024 14:18:17(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA99F7F (Table: message, Size: 316985344 bytes)



From: [redacted] Melissa Nathan
To: [redacted] Jennifer Abel (owner)

It doesn't work for me I'm afraid because I'm already on site for this project I'm doing
But please go ahead without me and when I'm finished probably around 2 pm my time I will chat but I'm on text !

https://www.cosmopolitan.com/entertainment/celebs/a61885812/ryan-reynolds-justin-baldoni-it-ends-with-us-drama/

These stories are making her look even more unhinged

Priority: Normal

15/08/2024 14:19:15(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9AF6D (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Melissa Nathan
To: [redacted] Jennifer Abel (owner)

Have you received any overnight request for comments?

Priority: Normal

15/08/2024 14:20:10(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9A362 (Table: message, handle,
Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

None

Priority: Normal

15/08/2024 14:20:20(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9BF7F (Table:
message, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

You?

Priority: Normal

15/08/2024 14:20:26(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9BD4A (Table:
message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: [redacted] Melissa Nathan
To: [redacted] Jennifer Abel (owner)
None
Priority: Normal
15/08/2024 14:20:31(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9B803 (Table: message, handle, Size: 316985344 bytes)

From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
I'm a little more concerned about these TikTok's claiming they know information and there are some dark disturbing stories about me that are going to break as they're getting DM's. And the only way that would be happening if there are lies.
Priority: Normal
15/08/2024 14:24:57(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9B8F8 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
What time works -
Priority: Normal
15/08/2024 14:27:56(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9B4FF (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
I'd like us all on if possible
Priority: Normal
15/08/2024 14:28:23(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9B2D9 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
We haven't had a regroup
Priority: Normal
15/08/2024 14:28:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA8CF6D (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ███ Melissa Nathan
To: ███ Jennifer Abel (owner)

I personally am not concerned about this.

Because we all know there are no dark and disturbing stories .

It's just socials acting exactly how they always act in any situation

They want more clicks they want more views and let the end of the day they will all be regurgitating complete rubbish.

And referencing the Australian podcast you saw - that's complete garbage. I can tell you hand on my heart there was four human women working on that trial and I was one of them. Not one Russian bot in site- it's actually very similar to what you're having right now the outpouring of love and support being weaponised against you by her side because "it can't be true"

Priority: Normal

15/08/2024 14:29:27(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9CD35 (Table: message, handle, Size: 316985344 bytes)

From: ███ Justin Baldoni
To: ███ Jennifer Abel (owner)

Loved "I personally am not concerned about this.

Becaus…"

Priority: Normal

15/08/2024 14:33:12(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9F905 (Table: message, handle, Size: 316985344 bytes)

From: ███ Justin Baldoni
To: ███ Jennifer Abel (owner)

I appreciate you walking me through this and holding my questions - it's all a first for me

Priority: Normal

15/08/2024 14:33:53(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEA9F650 (Table: message, handle, Size: 316985344 bytes)

From: ███ Melissa Nathan
To: ███ Jennifer Abel (owner)

Which is even more reason we are on your side because you have have  never had one issue before.

Priority: Normal

15/08/2024 14:36:55(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA233C (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000167

BL-000000258



From: [redacted] Jennifer Abel (owner)
Loved "Which is even more reason we are on your side beca…"
Priority: Normal

15/08/2024 14:37:07(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA3ED9 (Table: message, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)
And why the internet is too. It's not bots. If I see that narrative one more time I'm unleashing the Harvey article :)
Priority: Normal

15/08/2024 14:37:31(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA3723 (Table: message, Size: 316985344 bytes)



From: [redacted] Katie Case
To: [redacted] Jennifer Abel (owner)
Laughed at "And why the internet is too. It's not bots. If I …"
Priority: Normal

15/08/2024 14:37:41(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA3351 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
Is there anyway that we could do earlier Jen? We are all up here with jet lag and Emily wanted to go have a tea and a croissant at The Dutchess at around 8:30.
Priority: Normal

15/08/2024 14:38:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA486C (Table: message, handle, Size: 316985344 bytes)

From: [redacted] Jennifer Abel (owner)
Aw love that. I can do 8am but I know the whole tag team isn't avail so we can do us and katie and bre and then reconnect later in the afternoon when Melissa is available does that work?
Priority: Normal

15/08/2024 14:40:01(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA5D10 (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▇▇▇▇ Jennifer Abel (owner)
Jamey does that work?
Priority: Normal

15/08/2024 14:40:09(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA56C8 (Table: message, Size: 316985344 bytes)



From: ▇▇▇▇ Jamey Heath
To: ▇▇▇▇ Jennifer Abel (owner)
Sure
Priority: Normal

15/08/2024 14:41:13(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA545F (Table: message, handle, Size: 316985344 bytes)



From: ▇▇▇▇ Justin Baldoni
To: ▇▇▇▇ Jennifer Abel (owner)
Good
Priority: Normal

15/08/2024 14:41:51(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA5252 (Table: message, handle, Size: 316985344 bytes)



From: ▇▇▇▇ Jennifer Abel (owner)
Katie are you able to send a zoom? Sorry I'm picking on you bc you're et
Priority: Normal

15/08/2024 14:42:08(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA6F7F (Table: message, Size: 316985344 bytes)



From: ▇▇▇▇ Katie Case
To: ▇▇▇▇ Jennifer Abel (owner)
Of course! And no problem :) sending an invite and zoom now for 8 AM PT / 11 AM ET
Priority: Normal

15/08/2024 14:43:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA6CA7 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

BL-000000260



From: ▐▐▐▐ Jennifer Abel (owner)

Loved "Of course! And no problem :) sending an invite and…"

Priority: Normal

15/08/2024 14:44:13(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA7ED9 (Table: message, Size: 316985344 bytes)



From: ▐▐▐▐ Katie  Case
To: ▐▐▐▐ Jennifer Abel (owner)

Including the zoom here as well for quick access:
https://us06web.zoom.us/j/82403495011?pwd=AboGEKJYFNmMFMTGI3fCqHxLPgFoNQ.1
(https://us06web.zoom.us/j/82403495011?pwd=AboGEKJYFNmMFMTGI3fCqHxLPgFoNQ.
1)

Priority: Normal

15/08/2024 14:45:46(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA7C18 (Table: message, handle, Size: 316985344 bytes)



From: ▐▐▐▐ Jennifer Abel (owner)

A peace offering from people magazine :)

Priority: Normal

15/08/2024 14:56:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAA826B (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential







CONFIDENTIAL

Confidential



From: Justin Baldoni
To: Jennifer Abel (owner)

People has been pretty terrible - nice to see them post it
My dad posted it a few days ago -
But of course it was much more about Blake -

Priority: Normal

15/08/2024 14:59:43(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAABAFD (Table: message, handle, Size: 316985344 bytes)



From: Bre Tag PR
To: Jennifer Abel (owner)

Yes for sure!

Priority: Normal

15/08/2024 15:00:38(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAAB7DC (Table: message, handle, Size: 316985344 bytes)



From: Bre Tag PR
To: Jennifer Abel (owner)

I flagged this to Elizabeth yesterday

Priority: Normal

15/08/2024 15:00:46(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAAB5BF (Table: message, handle, Size: 316985344 bytes)



From: Jennifer Abel (owner)

HA yeah I think she felt the pressure after our call last night

Priority: Normal

15/08/2024 15:01:06(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAACF99 (Table: message, Size: 316985344 bytes)



From: Jennifer Abel (owner)

Can we have digital team boost this interview

Priority: Normal

15/08/2024 15:01:32(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAACD3B (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000172

BL-000000263



From: ▓▓▓▓ Brie Tag PR
To: ▓▓▓▓ Jennifer Abel (owner)
Yes for sure
Priority: Normal

15/08/2024 15:01:56(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAAC80E (Table:
message, handle, Size: 316985344 bytes)



↩ **Reply**
From: ▓▓▓▓ Melissa Nathan
To: ▓▓▓▓ Jennifer Abel (owner)

From: ▓▓▓▓ Jennifer Abel (owner)
HA yeah I think she felt the pressure after our call last night
Priority: Normal

15/08/2024 15:01:06(UTC+0)

It was a very strong teamwork call at 11pm.
Priority: Normal

15/08/2024 15:05:43(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAADD37 (Table
message, handle, Size: 316985344 bytes)



↩ **Reply**
From: ▓▓▓▓ Jennifer Abel (owner)

From: ▓▓▓▓ Jennifer Abel (owner)
HA yeah I think she felt the pressure after our call last night
Priority: Normal

15/08/2024 15:01:06(UTC+0)

Laughed at "It was a very strong teamwork call at 11pm."
Priority: Normal

15/08/2024 15:08:37(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAAEF0E (Table: message, Size:
316985344 bytes)



From: ▓▓▓▓ Justin Baldoni
To: ▓▓▓▓ Jennifer Abel (owner)
From Claire Wineland mom. "Hi there...is there anything we can do at Claire's Place to help?
Priority: Normal

15/08/2024 16:52:12(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAD1D2E (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▇▇▇▇▇ Justin Baldoni
To: ▇▇▇▇▇ Jennifer Abel (owner)

From a friend / my trainer -

Attachments:

Title: Screenshot 2024-08-15 at 10.37.56 AM.heic
Size: 18333
File name: ~/Library/SMS/Attachments/61/01/79BCEC8F-64E4-43D8-89DF-
FF1E5B42800F/Screenshot 2024-08-15 at 10.37.56 AM.heic
Path: https://p48-
content.icloud.com/A4-1FCB2D0C7B8332D46EDAFA3351C3FFAD4E74D191808FAC
6B85F2321414BE3E8C.C01US/KKG
~/Library/SMS/Attachments/61/01/79BCEC8F-64E4-43D8-89DF-
FF1E5B42800F/Screenshot 2024-08-15 at 10.37.56 AM.heic

Priority: Normal

15/08/2024 17:38:14 (UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAD6C1F (Table:
message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/61/01/79BCEC8F-
64E4-43D8-89DF-FF1E5B42800F/Screenshot 2024-08-15 at 10.37.56 AM.heic :



From: ▇▇▇▇▇ Justin Baldoni
To: ▇▇▇▇▇ Jennifer Abel (owner)

This to me feels like a post or something to amplify

Priority: Normal

15/08/2024 18:18:17 (UTC-0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE126D (Table: message, handle,
Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000174

BL-000000265



From: Justin Baldoni
To: Jennifer Abel (owner)

https://www.instagram.com/reel/C-qTAgcK3MV/?igsh=ODAwMXBwbXZpOTg=

Attachments:

Title: AFC8B713-3FAE-4175-804F-3AEDDC696FB4.pluginPayloadAttachment
Size: 31777
File name: ~/Library/SMS/Attachments/76/06/2FCD7A9F-75B6-4164-A174-A00470F3EBBE/AFC8B713-3FAE-4175-804F-3AEDDC696FB4.pluginPayloadAttachment
~/Library/SMS/Attachments/76/06/2FCD7A9F-75B6-4164-A174-A00470F3EBBE/AFC8B713-3FAE-4175-804F-3AEDDC696FB4.pluginPayloadAttachment

Title: 4D16112F-D65F-46E0-9BA3-CD5854BCD090.pluginPayloadAttachment
Size: 55216
File name: ~/Library/SMS/Attachments/ee/14/9516071C-663C-4B88-B648-2F3BBEF0E2D5/4D16112F-D65F-46E0-9BA3-CD5854BCD090.pluginPayloadAttachment
~/Library/SMS/Attachments/ee/14/9516071C-663C-4B88-B648-2F3BBEF0E2D5/4D16112F-D65F-46E0-9BA3-CD5854BCD090.pluginPayloadAttachment

Title: 732F3735-7EDB-4077-B35F-6ABBED0E0616.pluginPayloadAttachment
Size: 31481
File name: ~/Library/SMS/Attachments/a9/09/C32A3CE3-14D3-4EB3-8678-6BDA45F2D971/732F3735-7EDB-4077-B35F-6ABBED0E0616.pluginPayloadAttachment
~/Library/SMS/Attachments/a9/09/C32A3CE3-14D3-4EB3-8678-6BDA45F2D971/732F3735-7EDB-4077-B35F-6ABBED0E0616.pluginPayloadAttachment

Priority: Normal

15/08/2024 18:18:20(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/var/mobile/Library/SMS/sms.db : 0xEAE20DA (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/76/06/2FCD7A9F-75B6-4164-A174-A00470F3EBBE/AFC8B713-3FAE-4175-804F-3AEDDC696FB4.pluginPayloadAttachment :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/ee/14/9516071C-663C-4B88-B648-2F3BBEF0E2D5/4D16112F-D65F-46E0-9BA3-CD5854BCD090.pluginPayloadAttachment
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/a9/09/C32A3CE3-14D3-4EB3-8678-6BDA45F2D971/732F3735-7EDB-4077-B35F-6ABBED0E0616.pluginPayloadAttachment :



From: Justin Baldoni
To: Jennifer Abel (owner)

I even talk about the new cycle and click bait

Priority: Normal

15/08/2024 18:18:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE3AE1 (Table: message, handle, Size: 316985344 bytes)



From: Jennifer Abel (owner)

Definitely let's boost this AP piece

Priority: Normal

15/08/2024 18:33:08(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE62B3 (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000175

BL-000000266



From: Justin Baldoni
To: Jennifer Abel (owner)

Should I reshare on my stories ?

Priority: Normal

15/08/2024 18:33:32(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE7F6D (Table: message, handle, Size: 316985344 bytes)

From: Justin Baldoni
To: Jennifer Abel (owner)

And TikTok as a feed post

Priority: Normal

15/08/2024 18:33:40(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE7D27 (Table: message, handle, Size: 316985344 bytes)



From: Bre Tag PR
To: Jennifer Abel (owner)

This video is great and we have pushed it out digitally. In terms of you posting it yourself. I would avoid re-sharing anything that's essentially a response to negative feedback - as caption here is "...responds to critics who say film glorifies DV.." I think these next few days, regarding what you post on your personal channels, we should focus more on the positive feedback, responses, continuing to highlight the themes of the film, etc.

Priority: Normal

15/08/2024 18:46:40(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE7623 (Table: message, handle, Size: 316985344 bytes)



From: Bre Tag PR
To: Jennifer Abel (owner)

Also, the Brandon / People piece is blowing up online. Getting great traction and reception!

Priority: Normal

15/08/2024 18:46:59(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE8F6D (Table: message, handle, Size: 316985344 bytes)



From: Justin Baldoni
To: Jennifer Abel (owner)

Great, thanks!

Priority: Normal

15/08/2024 18:47:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAE8CB1 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000176

BL-000000267



From: ▓▓▓▓▓ Justin Baldoni
To: ▓▓▓▓▓ Jennifer Abel (owner)
Amplify -

https://www.tiktok.com/t/ZP81hSmcS/

All these fan videos I make for people are starting to come back to help me.
Priority: Normal

15/08/2024 19:45:19(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAF5F6D (Table: message, handle, Size: 316985344 bytes)



From: ▓▓▓▓▓ Justin Baldoni
To: ▓▓▓▓▓ Jennifer Abel (owner)

https://www.tiktok.com/t/ZP81rN8R7/ (https://www.tiktok.com/t/ZP81rN8R7/)
Priority: Normal

15/08/2024 19:45:34(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAF5921 (Table: message, handle, Size: 316985344 bytes)



From: ▓▓▓▓▓ Justin Baldoni
To: ▓▓▓▓▓ Jennifer Abel (owner)

https://www.tiktok.com/t/ZP81hx3c3/
Attachments:

Title: 9EAC74F8-91D2-41B1-9306-8F8E29A2A82F.pluginPayloadAttachment
Size: 19944
File name: ~/Library/SMS/Attachments/72/02/50FA5B3C-7EDA-4F7F-AAD1-
0F4F99601D4A/9EAC74F8-91D2-41B1-9306-
8F8E29A2A82F.pluginPayloadAttachment :
~/Library/SMS/Attachments/72/02/50FA5B3C-7EDA-4F7F-AAD1-
0F4F99601D4A/9EAC74F8-91D2-41B1-9306-
8F8E29A2A82F.pluginPayloadAttachment

Title: 69DD25F4-F1C1-49B6-BABE-F3E9C93C5072.pluginPayloadAttachment
Size: 119649
File name: ~/Library/SMS/Attachments/41/01/7D6AE5BE-1B35-4DDC-BD26-
C1725A62B872/69DD25F4-F1C1-49B6-BABE-
F3E9C93C5072.pluginPayloadAttachment :
~/Library/SMS/Attachments/41/01/7D6AE5BE-1B35-4DDC-BD26-
C1725A62B872/69DD25F4-F1C1-49B6-BABE-
F3E9C93C5072.pluginPayloadAttachment

Priority: Normal

15/08/2024 19:48:42(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAF62F8 (Table:
message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/72/02/50FA5B3C-
7EDA-4F7F-AAD1-0F4F99601D4A/9EAC74F8-91D2-41B1-9306-
8F8E29A2A82F.pluginPayloadAttachment :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/41/01/7D6AE5BE-
1B35-4DDC-BD26-C1725A62B872/69DD25F4-F1C1-49B6-BABE-
F3E9C93C5072.pluginPayloadAttachment :



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)

Melissa here is your friend   yuck

Priority: Normal

15/08/2024 19:48:42(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAF7D7B (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮▮ Melissa Nathan
To: ▮▮▮▮▮ Jennifer Abel (owner)

Yes, but she's also giving you some good shout outs as well.
She's doing both. she said she had no choice because she's inundated .

Priority: Normal

15/08/2024 19:51:34(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAF788C (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)

Yeah seems a bit biased to me but I'm also sensitive

Priority: Normal

15/08/2024 19:51:54(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAF7570 (Table: message, handle,
Size: 316985344 bytes)



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)

Colleen just texted this to us- first time we've heard from her

Can someone please Send jamey the actual context of what I said so he can respond to
Colleen. This should be on video recorded from the wrap.
I never said I changed his fate - I said I didn't want to see him at the end of the movie as it
was too complicated to explain how he was co parenting and would draw too many people
in and SHE agreed. This has nothing to do with the book and we don't control the wrap and
their headlines just as we don't control all the negative and untrue things she and Blake
have been saying about me and the controversy they created. We haven't leaked anything
and we've taken the high road the whole time even after she betrayed me and ghosted me.

Attachments:



File: IMG_4792.jpeg
Size: 416003
File name: ~/Library/SMS/Attachments/cb/11/524D4EC7-BCB6-4DF5-9701-3EACA4C02271/IMG_4792.jpeg
Path: https://p35-
content.icloud.com/M41FCB2D0C78B332D55EDAFA3353C3FFAD4E74D19160BFAC6B85F332143BE3E9C.C01US/l00
~/Library/SMS/Attachments/cb/11/524D4EC7-BCB6-4DF5-9701-3EACA4C02271/IMG_4792.jpeg

Priority: Normal

15/08/2024 21:25:23(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB03B6A (Table: message, handle, attachment, Size: 316985344
bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/cb/11/524D4EC7-BCB6-4DF5-9701-3EACA4C02271/IMG_4792.jpeg :

CONFIDENTIAL

Confidential



From: [redacted] Jennifer Abel (owner)

Jamey and I spoke. They are deleting the post. Take this opportunity open up the dialogue with her. Apologize. communicate that if you read the interview it doesn't mean he's cut out of the sequel but it was the decision of how to end the film. You explain it all in quotes within. Use this opportunity to connect with her and commiserate with what she's going through and how much you care about her and how that hasn't changed even when she TURNED HER BACK ON YOU AND LEFT YOU TO FEND FOR YOURSELF. She is getting a ton of hate and backlash from the DV community.

Priority: Normal

15/08/2024 21:33:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB067E6 (Table: message, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

The post has been deleted

Priority: Normal

15/08/2024 21:34:23(UTC+0)

Source Info:
EXTRACTION_FFS.z:p/root/private/var/mobile/Library/SMS/sms.db : 0xEB07A11 (Table: message. Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

You can say that you have done nothing but honor her and her book and you want to have a conversation and you miss the relationship you had blah blah

Priority: Normal

15/08/2024 21:34:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB077B2 (Table: message, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Can we please have our regroup with everybody, including Melissa?

Priority: Normal

15/08/2024 21:34:55(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB07444 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

I'm sorry I don't have the capacity just right now in this moment to be the bigger person and to do that. You have to remember that it was her betrayal that landed me in the hospital. It's been devastating to me.

Priority: Normal

15/08/2024 21:39:18(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB08F8D (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000179

BL-000000270



From: ▮▮▮▮ Justin Baldoni
To: ▮▮▮▮ Jennifer Abel (owner)

This message makes my blood boil

Priority: Normal

15/08/2024 21:39:29(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB08BB0 (Table:
message, handle, Size: 316985344 bytes)

From: ▮▮▮▮ Jennifer Abel (owner)

Fully understand and respect that. Jamey is working through a response. Instead of thinking
of this as an olive branch, this is a tactical art of war approach. If Colleen can come around
and is willing to open up lines of communication, that would be a massive message to the
world that this issue solely relates to BLAKE and not to "all of the women".

Priority: Normal

15/08/2024 21:44:47(UTC+0)

Source Info:
EXTRACTION_FFS.zip/private/var/mobile/Library/SMS/sms.db : 0xEB09F7F (Table: message, Size: 316985344 bytes)

From: ▮▮▮▮ Justin Baldoni
To: ▮▮▮▮ Jennifer Abel (owner)

Can we all talk ? I believe this was when melissa was avail

Priority: Normal

15/08/2024 21:46:13(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB09A73 (Table: message, handle, Size:
316985344 bytes)

From: ▮▮▮▮ Jennifer Abel (owner)

I'm avail I'll let the team chime in

Priority: Normal

15/08/2024 21:46:27(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB0980A (Table:
message, Size: 316985344 bytes)

From: ▮▮▮▮ Matthew Mitchell
To: ▮▮▮▮ Jennifer Abel (owner)

Available as well. Whenever we can get on.

Priority: Normal

15/08/2024 21:46:49(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB0957B (Table:
message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▮▮▮▮▮ Katie Case
To: ▮▮▮▮▮ Jennifer Abel (owner)
Happy to connect — will see if Breanna and Melissa are available as well.
Priority: Normal

15/08/2024 21:48:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB09323 (Table: message, handle, Size: 316985344 bytes)

From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)
I'm going to dictate something. Jamie add this to your text message back to her in any part that you want but this is just what I need to say

Justin is not out to hurt anybody and there hasn't been one lie that has come out of his mouth. all he's been doing is singing the praises of you and everybody else and sticking to the message of the movie which you knew he cared about from the beginning. He asked you about the second book to understand the trajectory of Ryles character as he was developing the script, which you also understood as he included you on that decision. The above headline is taken completely out of context, but that is not our doing, as there is a PR war going on and we are the ones that are not leaking anything or trying to destroy anybody. This entire situation was set up to be a smear campaign against Justin and it clearly backfired. Justin didn't want any of this as he's loved and adored you for five years. if you actually read the interview you'll see he says exactly as it happened, which was a decision that you also supported. It had nothing to do with the second book or not wanting to be a part of it as an actor or changing Ryles fate. It had everything to do with after seeing an edit of the movie. realizing that we did not need to open up a can of worms and show an abuser coparenting without showing all of the necessary work that had to happen to make that possible. You also know this as he involved you every step of the way. Wayfarer is also not talking and are not firing back. we are continually speaking highly of everyone. We did not ask to be in the situation. This was all created and easily could've been avoided.
Priority: Normal

15/08/2024 21:53:41(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB0DF6D (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)
I'm here and ready
Priority: Normal

15/08/2024 21:53:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB0EF6D (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮▮ Katie Case
To: ▮▮▮▮▮ Jennifer Abel (owner)
Melissa will be available at 7 PM ET — does that work for the team? She's traveling at the moment and won't have good service until then.
Priority: Normal

15/08/2024 21:57:39(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB10D1A (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000181

BL-000000272



From: ▮▮▮▮ Jamey Heath
To: ▮▮▮▮ Jennifer Abel (owner)

I didn't see this justin.
I replied already

Priority: Normal

15/08/2024 22:00:22(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB105AD (Table: message,
handle, Size: 316985344 bytes)



From: ▮▮▮▮ Justin Baldoni
To: ▮▮▮▮ Jennifer Abel (owner)

I think your response was way too nice dude and I'm a bit frustrated, but I understand the
game you're playing

Priority: Normal

15/08/2024 22:00:42(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB1034C (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮ Jennifer Abel (owner)

Justin — please know that I'm not saying this to dismiss your completely warranted feelings
about this but I would be remiss if I didn't advise that I feel strongly about you also
responding from the heart since you are also on this text. It may be a futile attempt, but
think of it as part of the larger strategy.  I drafted something in case you might consider.

Priority: Normal

15/08/2024 22:00:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB11F99 (Table: message, Size: 316985344 bytes)

From: ▮▮▮▮ Jennifer Abel (owner)

I'm going to dictate something, Jamie add this to your text message back to her in any part
that you want but this is just what I need to say

 Justin is not out to hurt anybody and there hasn't been one lie that has come out of his
mouth.  all he's been doing is singing the praises of you and everybody else and sticking to
the message of the movie which you knew he cared about from the beginning. He asked
you about the second book to understand the trajectory of Ryles character as he was
developing the script, which you also understood as he included you on that decision. The
above headline is taken completely out of context, but that is not our doing. as there is a PR
war going on and we are the ones that are not leaking anything or trying to destroy anybody.
This entire situation was set up to be a smear campaign against Justin and it clearly
backfired. Justin didn't want any of this as he's loved and adored you for five years. if you
actually read the interview you'll see he says exactly as it happened, which was a decision
that you also supported. It had nothing to do with the second book or not wanting to be a
part of it as an actor or changing Ryles fate. It had everything to do with after seeing an edit
of the movie, realizing that we did not need to open up a can of worms and show an abuser
coparenting without showing all of the necessary work that had to happen to make that
possible. You also know this as he involved you every step of the way.  Wayfarer is also not
talking and  are not firing back. we are continually speaking highly of everyone. We did not
ask to be in the situation. This was all created  and easily could've been avoided.

Priority: Normal

15/08/2024 22:00:58(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB12F99 (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▮▮▮▮ Jennifer Abel (owner)

Whoops that's your message one sec---

Priority: Normal

15/08/2024 22:01:09(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB13F99 (Table: message, Size: 316985344 bytes)



From: ▮▮▮▮ Jamey Heath
To: ▮▮▮▮ Jennifer Abel (owner)

Justin should not respond right now except for anything other than to validate what I said. You are full of emotion and you were react and it could add to the fire instead of us trying to put it out. The last thing we need is Colleen speaking publicly about you in a negative way. That's all that matters right now is to put out that fire.

Priority: Normal

15/08/2024 22:02:23(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB13D4A (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮ Justin Baldoni
To: ▮▮▮▮ Jennifer Abel (owner)

I understand

Priority: Normal

15/08/2024 22:03:53(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB13894 (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮ Jennifer Abel (owner)

OK I will stand down. But leaving this here. Colleen, from my heart, there has not been one lie that has come out of my mouth. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I have loved and adored you for the past five years and that hasn't changed even

Priority: Normal

15/08/2024 22:04:25(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB136A4 (Table: message, Size: 316985344 bytes)



From: ▮▮▮▮ Jennifer Abel (owner)

**remove the "even". Sorry Im having issues with my text via my computer

Priority: Normal

15/08/2024 22:04:53(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB14F99 (Table: message, Size: 316985344 bytes)



From:    Jamey Heath
To:      Jennifer Abel (owner)

I agree follow up with that. Assume, that Blake will see it. Assume that she could leak it... It should only be loving remarks. But I do think you should follow up to my message.

Priority: Normal

15/08/2024 22:05:30(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB14CFD (Table: message, handle, Size: 316985344 bytes)



From:    Justin Baldoni
To:      Jennifer Abel (owner)

Colleen. I'm sorry that you are hurting. I want you to know that there has not been one lie that has come out of my mouth or one bad word spoken about any of you. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have cared you for the past five years and that hasn't changed.

Priority: Normal

15/08/2024 22:17:17(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB16665 (Table: handle, message, Size: 316985344 bytes)



From:    Justin Baldoni
To:      Jennifer Abel (owner)

Colleen. I'm sorry that you are hurting. I want you to know that there has not been one lie that has come out of my mouth or one bad word spoken about any of you. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have cared about you for the past five years and that hasn't changed.

Priority: Normal

15/08/2024 22:18:29(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB16AD9 (Table: handle, message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Colleen, I'm sorry that you are hurting. I want you to know that there has not been one lie that has come out of my mouth or one bad word spoken about any of you. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

Priority: Normal

15/08/2024 22:18:40(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB16FF8 (Table: message, handle, Size: 316985344 bytes)

From: [redacted] Jennifer Abel (owner)

Loved "Colleen, I'm sorry that you are hurting. I want yo..."

Priority: Normal

15/08/2024 22:19:29(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB1532A (Table: message, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

So when are speaking ?

Priority: Normal

15/08/2024 22:22:25(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB17D6C (Table: message, handle, Size: 316985344 bytes)

From: [redacted] Katie Case
To: [redacted] Jennifer Abel (owner)

Link for our 7 PM ET call:
https://us06web.zoom.us/j/84208560789?pwd=I05av7eSsaYzdDUoXwA3qHCoutmZhE.1
(https://us06web.zoom.us/j/84208560789?pwd=I05av7eSsaYzdDUoXwA3qHCoutmZhE.1)

Priority: Normal

15/08/2024 22:22:29(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB18F6D (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▮▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮▮ Jennifer Abel (owner)

Colleen, I'm sorry that you are hurting. I want you to know that I have no told any lies about you or any others. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked you about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

Priority: Normal

15/08/2024 22:25:38(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB19689 (Table: handle, message, Size: 316985344 bytes)



From: ▮▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮▮ Jennifer Abel (owner)

Colleen, I'm sorry that you are hurting. I want you to know that I have not told any lies about you or any others. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked you about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

Priority: Normal

15/08/2024 22:25:49(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB19AD5 (Table: handle, message, Size: 316985344 bytes)

From: ▮▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮▮ Jennifer Abel (owner)

Colleen, I'm sorry that you are hurting. I want you to know that have not lied or spoken ill of you. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked you about multiple times to understand where the story goes. You supported my decision to remove him from the end of the movie and there has been no talk about him in a sequel. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

Priority: Normal

15/08/2024 22:27:22(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB19FF8 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▇▇▇ Jennifer Abel (owner)
I like this
Priority: Normal
15/08/2024 22:39:58(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB1A6B2 (Table: message, Size: 316985344 bytes)

From: ▇▇▇ Jennifer Abel (owner)
Did you send?
Priority: Normal
15/08/2024 22:39:06(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB216D7 (Table: message, Size: 316985344 bytes)



From: ▇▇▇ Justin Baldoni
To: ▇▇▇ Jennifer Abel (owner)
Yes.
Priority: Normal
15/08/2024 22:39:22(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB22F6D (Table: message, handle, Size: 316985344 bytes)



From: ▇▇▇ Jennifer Abel (owner)
I know how much this absolutely sucks but that was a smart, strategic move.  If that helps at all
Priority: Normal
15/08/2024 22:39:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB22D8D (Table: message, Size: 316985344 bytes)



From: ▇▇▇ Melissa Nathan
To: ▇▇▇ Jennifer Abel (owner)
Loved "I know how much this absolutely sucks but that was…"
Priority: Normal
15/08/2024 22:40:02(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB22A23 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▓▓▓▓▓ Melissa Nathan
To: ▓▓▓▓▓ Jennifer Abel (owner)

And if this was ever shared- it still looks great and honest

Priority: Normal

15/08/2024 22:40:16(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB22775 (Table: message, handle, Size: 316985344 bytes)



From: ▓▓▓▓▓ Jennifer Abel (owner)

Speak in 15 min

Priority: Normal

15/08/2024 22:43:44(UTC+0)

Source Info
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB22525 (Table: message, Size: 316985344 bytes)



From: ▓▓▓▓▓ Justin Baldoni
To: ▓▓▓▓▓ Jennifer Abel (owner)

"It just feels like I'm on an island, here. When the hate is being directed at me, you guys posting that article and allowing it to fuel the comments is hurtful. And the timing of it just feels like you're worried about your image but not the women who are behind this story. I know things took an awful turn, and I felt forced to choose when I did not want to, but the back and forth articles from both camps are just so upsetting and ridiculous. It's making everyone working on this movie look immature. Everyone is out there trying to save themselves and now this has turned into a huge mess. And I know you guys think I've made decisions for certain reasons but I have felt the rift from long before I ever was in contact with Blake. It started with me not being allowed to read the script until I was sat with readers. but then all the interviews made it seem like you included me in the script from the beginning. Then the whole documentary thing where I said no so very many times. And the book, when I asked you guys to at least donate a portion of the proceeds to DV and then I was told the only way a donation would be made is if I took 1% and donated that myself. Then the whole tattoo thing. all the texts of you blaming Blake for that and reiterating that she didn't read the book every time I'd just try to ask you what to say to readers. I have been disappointed personally by your actions many times. I appreciate that you haven't directly said anything negative. that's how it should be. But you are grown men with a platform. You know how to use it to protect your image. Please don't continue to use it to harm me or mine. That's all I'm asking. "

Priority: Normal

15/08/2024 22:45:43(UTC+0)

Source Info
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB23F6D (Table: message, handle, Size: 316985344 bytes)



From: ▓▓▓▓▓ Justin Baldoni
To: ▓▓▓▓▓ Jennifer Abel (owner)

Attachments:

File name: IMG_4793.jpeg
Size: 154837
File name: ~/Library/SMS/Attachments/ed/13/23B9A6AC-F8C4-42AF-AA65-834A52D0B770/IMG_4793.jpeg
Path: https:p29
content:icloud.com.M41FCD2D0C78a32D9SEDAFA3353C3FFAD4E74D191908FAC
6B85F23243BE3E9CC01USN00
~/Library/SMS/Attachments/ed/13/23B9A6AC-F8C4-42AF-AA65-834A52D0B770/IMG_4793.jpeg

CONFIDENTIAL

Confidential

Title: IMG_4794.jpeg
Size: 138475
File name: ~/Library/SMS/Attachments/3e/14/C357BA4E-2F3F-42CF-A6B6-
DAD92E5E844F/IMG_4794.jpeg
Path: https://p39
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00
~/Library/SMS/Attachments/3e/14/C357BA4E-2F3F-42CF-A6B6-
DAD92E5E844F/IMG_4794.jpeg

Title: IMG_4795.jpeg
Size: 491812
File name: ~/Library/SMS/Attachments/aa/10/BF37A812-86C2-4E4F-99F2-
3AD609693085/IMG_4795.jpeg
Path: https://p39
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00
~/Library/SMS/Attachments/aa/10/BF37A812-86C2-4E4F-99F2-
3AD609693085/IMG_4795.jpeg

Title: IMG_4796.jpeg
Size: 210868
File name: ~/Library/SMS/Attachments/83/03/C4362393-BAFD-4D2F-A6E8-
04DBFAD5B17E/IMG_4796.jpeg
Path: https://p43
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00
~/Library/SMS/Attachments/83/03/C4362393-BAFD-4D2F-A6E8-
04DBFAD5B17E/IMG_4796.jpeg

Title: IMG_4797.jpeg
Size: 172993
File name: ~/Library/SMS/Attachments/c1/01/0004A995-91A7-451F-8383-
4B8433A89164/IMG_4797.jpeg
Path: https://p51
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00
~/Library/SMS/Attachments/c1/01/0004A995-91A7-451F-8383-
4B8433A89164/IMG_4797.jpeg

Title: IMG_4798.jpeg
Size: 460126
File name: ~/Library/SMS/Attachments/53/03/B406EE12-43A0-4D1F-B713-
A6E7E4F99BA7/IMG_4798.jpeg
Path: https://p41
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00
~/Library/SMS/Attachments/53/03/B406EE12-43A0-4D1F-B713-
A6E7E4F99BA7/IMG_4798.jpeg

Title: IMG_4799.jpeg
Size: 187277
File name: ~/Library/SMS/Attachments/54/04/917D07E5-E3B4-4D63-A75C-
A60A37A0ABA0/IMG_4799.jpeg
Path: https://p49
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00
~/Library/SMS/Attachments/54/04/917D07E5-E3B4-4D63-A75C-
A60A37A0ABA0/IMG_4799.jpeg

Title: IMG_4800.jpeg
Size: 168017
File name: ~/Library/SMS/Attachments/43/03/70F1E727-4278-4E83-97D6-
C65C2D7A59DD/IMG_4800.jpeg
Path: https://p33
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00
~/Library/SMS/Attachments/43/03/70F1E727-4278-4E83-97D6-
C65C2D7A59DD/IMG_4800.jpeg

Title: IMG_4801.jpeg
Size: 169939
File name: ~/Library/SMS/Attachments/55/05/073ERE09-60AE-4C6D-A8F1-
221E74BB26B2/IMG_4801.jpeg
Path: https://p39
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC
6B85F232143BE3E9C.C01US/X00

CONFIDENTIAL

Confidential

~/Library/SMS/Attachments/55/05/073E8E09-60AE-4C6D-A8F1-22TE746B28B2/IMG_4801.jpeg

Priority: Normal

15/09/2024 23:16:13(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB28D64 (Table: message, handle, attachment, Size: 316685344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/ed/13/23B9A6AC-F8C4-42AF-AAB5-834A52D0B770/IMG_4793.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/3a/14/C357BA4E-2F3F-42CF-A6B6-0AD92E5E844F/IMG_4794.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/aa/10/BF37A812-86C2-4E4F-99F2-3AD60969368B/IMG_4795.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/83/03/C4362393-BAFD-4D2F-ABE8-04DBFAD5B17E/IMG_4796.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/c1/01/0004A995-91A7-451F-83B3-488433A89164/IMG_4797.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/53/03/B406EE12-43A0-4D1F-B713-A6E7E4F99BA7/IMG_4798.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/54/04/917D07E5-E3B4-4D63-A75C-A60A37A0ABA0/IMG_4799.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/43/03/70F1E727-4278-4E83-9706-C65C2D7A59DD/IMG_4800.jpeg :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/55/05/073E8E09-60AE-4C6D-A8F1-221E746B28B2/IMG_4801.jpeg :



From: ▮▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮▮ Jennifer Abel (owner)

Attachments:

Title: IMG_4802.jpeg
Size: 147307
File name: ~/Library/SMS/Attachments/f0/00/53E573CB-5402-493C-A4D7-CB2046DD6262/IMG_4802.jpeg
Path: https://p41-
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F2321438E3E9C.C01USX00/
~/Library/SMS/Attachments/f0/00/53E573CB-5402-493C-A4D7-CB2046DD6262/IMG_4802.jpeg

Title: IMG_4803.jpeg
Size: 136383
File name: ~/Library/SMS/Attachments/42/02/8562F3D2-9A42-4BC2-A06F-A6C667B5F2AA/IMG_4803.jpeg
Path: https://p41-
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F2321438E3E9C.C01USX00/
~/Library/SMS/Attachments/42/02/8562F3D2-9A42-4BC2-A06F-A6C667B5F2AA/IMG_4803.jpeg

Title: IMG_4804.jpeg
Size: 405788
File name: ~/Library/SMS/Attachments/33/03/566E8730-1EC3-4A83-9271-EC4B47D39DF1/IMG_4804.jpeg
Path: https://p41-
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F2321438E3E9C.C01USX00/
~/Library/SMS/Attachments/33/03/566E8730-1EC3-4A83-9271-EC4B47D39DF1/IMG_4804.jpeg

Title: IMG_4805.jpeg
Size: 161293
File name: ~/Library/SMS/Attachments/8a/10/B28B2554-4945-460A-8704-2640B8EAC8DE/IMG_4805.jpeg
Path: https://p55-
content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F2321438E3E9C.C01USX00/
~/Library/SMS/Attachments/8a/10/B28B2554-4945-460A-8704-2640B8EAC8DE/IMG_4805.jpeg

Title: IMG_4806.jpeg
Size: 135327
File name: ~/Library/SMS/Attachments/84/04/78A735E0-FAA6-47CF-DC4B-6CAD7E7709B2/IMG_4808.jpeg
Path: https://p67-

CONFIDENTIAL

Confidential





CONFIDENTIAL

Confidential



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
Jen- let's figure out these theatre visits for tmrw or Saturday - or both -
Priority: Normal

16/08/2024 01:42:41(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB3AF6D (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
Maybe we do a bunch
Priority: Normal

16/08/2024 01:42:51(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB3A6BA (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)
Liked "Jen- let's figure out these theatre visits for tmr…"
Priority: Normal

16/08/2024 01:43:26(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB3A3FC (Table: message, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)
On it
Priority: Normal

16/08/2024 01:43:30(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB3BF7F (Table: message, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)
Let's do it without Sony - just on our own
Priority: Normal

16/08/2024 01:43:41(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB3BD36 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000192

BL-000000283



From [redacted] Jennifer Abel (owner)

Yep that's my thinking too

Priority: Normal

16/08/2024 01:43:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB3BAEC (Table: message, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Just wanted to share this with you all from July - this was how Isabella Ferrer thanked me. Now she won't say my name

Attachments:

Title: IMG_4808.jpeg
Size: 561211
File name: ~/Library/SMS/Attachments/63/03/5FD2D116-F845-407B-B727-1EFA3DEACD61/IMG_4808.jpeg
Path: https://p41-
content.icloud.com-M-1FCB2D0C7B8333D6FEDAF43353C3FFAD1874D161908FAC6085F232143DE3E9C.C01USM00
~/Library/SMS/Attachments/63/03/5FD2D116-F845-407B-B727-1EFA3DEACD61/IMG_4808.jpeg

Priority: Normal

16/08/2024 02:25:32(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB43F6C (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/63/03/5FD2D116-F845-407B-B727-1EFA3DEACD61/IMG_4808.jpeg :



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

"Such a comfortable safe space"

Priority: Normal

16/08/2024 02:26:00(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB43BD0 (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

And have a ton of fun Bro friend texts with me and Brandon having a bromance for a year and then nothing

Priority: Normal

16/08/2024 02:28:46(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB43986 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000193

BL-000000284



From: ▮▮▮▮ Justin Baldoni
To: ▮▮▮▮ Jennifer Abel (owner)

TAG - this one is for you. lol

Priority: Normal

16/08/2024 02:35:15(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB436B1 (Table:
message, handle, Size: 316985344 bytes)



From: ▮▮▮▮ Justin Baldoni
To: ▮▮▮▮ Jennifer Abel (owner)

https://www.tiktok.com/t/ZP81k9Cja/

Attachments:

Title: FF1912B9-3253-42C1-92FE-E40E64B3DD58.pluginPayloadAttachment
Size: 19944
File name: ~/Library/SMS/Attachments/01/01/46624483-559F-4B8D-A205-
D6E7548E86F1/FF1912B9-3253-42C1-92FE-
E40E64B3DD58.pluginPayloadAttachment
~/Library/SMS/Attachments/01/01/46624483-559F-4B8D-A205-
D6E7548E86F1/FF1912B9-3253-42C1-92FE-
E40E64B3DD58.pluginPayloadAttachment

Title: 15F8DA2E-8449-43DD-B07D-A6C9B4D68050.pluginPayloadAttachment
Size: 8378
File name: ~/Library/SMS/Attachments/41/01/A422FF64-530E-478A-A609-
8FD66C9DBC2D/15F8DA2E-8449-43DD-B07D-
A6C9B4D68050.pluginPayloadAttachment
~/Library/SMS/Attachments/41/01/A422FF64-530E-478A-A609-
8FD66C9DBC2D/15F8DA2E-8449-43DD-B07D-
A6C9B4D68050.pluginPayloadAttachment

Priority: Normal

16/08/2024 02:35:17(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB442FB (Table:
message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/01/01/46624483-
559F-4B8D-A205-D6E7548E86F1/FF1912B9-3253-42C1-92FE-
E40E64B3DD58.pluginPayloadAttachment
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/41/01/A422FF64-
530E-478A-A609-8FD66C9DBC2D/15F8DA2E-8449-43DD-B07D-
A6C9B4D68050.pluginPayloadAttachment



From: ▮▮▮▮ Jennifer Abel (owner)

My god this is incredible

Priority: Normal

16/08/2024 02:37:20(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB43293 (Table:
message, Size: 316985344 bytes)



From: ▮▮▮▮ Jennifer Abel (owner)

Emphasized an image

Priority: Normal

16/08/2024 02:37:36(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB45F4B (Table:
message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000194

BL-000000285



From: ███████ Matthew Mitchell
To: ███████ Jennifer Abel (owner)
Genius!  OMG!  Melissa, Breanna and Katie- you did a great job with this creator.
Priority: Normal
16/08/2024 02:38:31(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB45CE7 (Table: message, handle, Size: 316985344 bytes)



↰ Reply
From: ███████ Jennifer Abel (owner)
Wow
Priority: Normal
16/08/2024 02:39:05(UTC+0)

Source Info:
EXTRACTION_FFS.zip/private/var/mobile/Library/SMS/sms.db : 0xEB45A18 (Table: message, Size: 316985344 bytes)

From: ███████ Melissa Nathan
To: ███████ Jennifer Abel (owner)
CHECKING MY ROOM FOR CAMERAS
Priority: Normal
16/08/2024 02:40:27(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB457D5 (Table: message, handle, Size: 316985344 bytes)

From: ███████ Justin Baldoni
To: ███████ Jennifer Abel (owner)
In other news, Ryan unblocked me and Emily, so he could spy on us. She had a feeling and checked and she could see his name and then I checked, and I could search him as well. I couldn't search him a week ago.

Priority: Normal
16/08/2024 02:57:39(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB49508 (Table: message, handle, Size: 316985344 bytes)



From: ███████ Jennifer Abel (owner)
Interesting
Priority: Normal
16/08/2024 02:58:30(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4AF7F (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ████████ Justin Baldoni
To: ████████ Jennifer Abel (owner)

Jamey please put the text here and not email -

Priority: Normal

16/08/2024 02:59:35(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4AD2A (Table: message, handle, Size: 316985344 bytes)

From: ████████ Jamey Heath
To: ████████ Jennifer Abel (owner)

I am deeply sorry to hear about the pain you're experiencing.  Feeling alone on an island is just terrible.  I want you to know, with all sincerity, that my team hasn't engaged in anything that would harm you and they have not contributed to any negative articles. My heart breaks when I think about the distance that has grown between us: especially when I've always valued our collaboration and friendship so deeply.

 (I don't think we need the following paragraph at all as there no need to make this about you right now.  We shouldn't ask for her sympathy at this moment)
I want to share how difficult it has been for me too, especially when the film, which I poured so much of my heart into, was taken out of my hands. I've remained silent as fans began to wonder why I wasn't part of the press or even the photos at the premiere. Being uninvited from Book Bonanza without any explanation left me feeling lost and hurt. Not being allowed to share the premiere with you and instead waiting in a basement until I was escorted to a separate theatre with my friends and family, who had come to celebrate, was incredibly painful. Still, I did so out of respect for the movie and not wanting to derail the celebration of it.

I know a lot has happened since we first worked on the script together and you feel as though you weren't included before the "fan reading". As an effort to remind you, we sent you the script beforehand in July of 2022 where you responded with such positivity, noting how pleased you were that it stayed true to the book and you even shared your notes with me. I'm happy to share those screenshots if you'd like.

Regarding the documentary, I want you to know that while we may have tried to ease some of your concerns regarding being on camera, we always intended to respect your wishes, which is why we never moved forward.  It was only an idea, meant to bring fans closer to a story that means so much to so many.

Regarding the Coffee Book donation.  Legally, Wayfarer couldn't donate the 1% on your behalf as you graciously requested. It wasn't a demand from us, but a legal requirement we were asked to relay.

As for the tattoo. I'm so glad you pointed out the importance of it to the fans and the DV community while we were early in the edit. We were more than happy to change it in post and the film is better for it. I'm grateful for your insight.

I completely own that  I vented about many things regarding production and the post process and I can fully understand how that could have been a load too heavy to carry.. Please know that my door is always open to you. I truly hope we can talk and rebuild our friendship. This isn't about any "image" for me: it's about reconnecting with someone I care about deeply. I hope this might be a step towards healing and celebrating this film together.

Priority: Normal

16/08/2024 03:00:47(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4BF6D (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

BL-000000287



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮▮ Jennifer Abel (owner)

Can I say yes? Maybe Jen can reach out

Attachments:

Title: Screenshot 2024-08-15 at 8.00.38 PM.heic
Size: 56229
File name: ~/Library/SMS/Attachments/ee/14/FBD95928-1478-42B1-A7A4-759E25EA84C9/Screenshot 2024-08-15 at 8.00.38 PM.heic
Path: https://p59
content.icloud.com/M41FCB2D6C7B8312D65EDAFA3353C3FFAD4E74D191608FAC6B65F22214J8E3E9C.C01USN00
~/Library/SMS/Attachments/ee/14/FBD95928-1478-42B1-A7A4-759E25EA84C9/Screenshot 2024-08-15 at 8.00.38 PM.heic

Priority: Normal

16/08/2024 03:01:05(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4CF6C (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/ee/14/FBD95928-1478-42B1-A7A4-759E25EA84C9/Screenshot 2024-08-15 at 8.00.38 PM.heic :



From: ▮▮▮▮▮ Jennifer Abel (owner)

I can reach out

Priority: Normal

16/08/2024 03:02:12(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4CC89 (Table: message, Size: 316985344 bytes)



From: ▮▮▮▮▮ Jennifer Abel (owner)

Do you want to respond and say your team will be reaching out?

Priority: Normal

16/08/2024 03:02:25(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4CA3E (Table: message, Size: 316985344 bytes)



From: ▮▮▮▮▮ Jennifer Abel (owner)

Or give my email?

Priority: Normal

16/08/2024 03:02:32(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4C794 (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: [redacted] Jennifer Abel (owner)

Flagging that Alex reposted your post JB

Attachments:

Title: IMG_2750.PNG
Size: 132630it
File name: ~/Library/SMS/Attachments/9a/10/43A332C2-7C2B-4E0D-90E5-E6C74408AA71/IMG_2750.PNG
Path: https://p6.5-
content.icloud.com/td64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C98
45DA-A2EES722D6B.C01USN00
~/Library/SMS/Attachments/9a/10/43A332C2-7C2B-4E0D-90E5-E6C74408AA71/IMG_2750.PNG

Priority: Normal

16/08/2024 03:44:34(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4EF7E (Table:
message, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/9a/10/43A332C2-
7C2B-4E0D-90E5-E6C74408AA71/IMG_2750.PNG :



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Good for her

Priority: Normal

16/08/2024 03:45:03(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4EC8E (Table:
message, handle, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

lol

Priority: Normal

16/08/2024 03:45:16(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4EA84 (Table:
message, Size: 316985344 bytes)

From: [redacted] Jennifer Abel (owner)

I like this era of Justin

Priority: Normal

16/08/2024 03:45:43(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4E619 (Table:
message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000198

BL-000000289



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

What are thoughts on james text

Priority: Normal

16/08/2024 03:50:39(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4FF6D (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Justin Baldoni
To: [redacted] Jennifer Abel (owner)

Updated

you're experiencing. Feeling alone on an island is just terrible. I want you to know, with all sincerity, that my team hasn't engaged in anything that would harm you and they have not contributed to any negative articles. My heart breaks when I think about the distance that has grown between us, especially when I've always valued our collaboration and friendship so deeply.

I know a lot has happened since we first worked on the script together and you feel as though you weren't included before the "fan reading". As an effort to remind you, we sent you the script beforehand in July of 2022 where you responded with such positivity, noting how pleased you were that it stayed true to the book and you even shared your notes with me. You even got to read it before I did. I'm happy to share those screenshots if you'd like.

Regarding the documentary, I want you to know that while Jamey may have tried to ease some of your concerns regarding being on camera, he and Wayfarer always intended to respect your wishes, which is why we never moved forward. It was only an idea, meant to bring fans closer to a story that means so much to so many. Once you shared your feelings and anxiety about being on camera, he completely understood and we immediately killed the idea.

Regarding the Coffee Book donation. Legally, Wayfarer couldn't donate the 1% on your behalf as you graciously requested. It wasn't a demand from us, but a legal requirement we were asked to relay.

As for the tattoo, I'm so glad you pointed out the importance of it to the fans and the DV community while we were in the edit. We were more than happy to change it in post and the film is better for it. I'm grateful for your insight.

I completely own that. I vented about many things regarding production and the post process and I can fully understand how that could have been a load too heavy to carry.. Please know that my door is always open to you. I truly hope we can talk and rebuild our friendship. This isn't about any "image" for me: it's about reconnecting with someone I care about deeply. I hope this might be a step towards healing and celebrating this film together.

Priority: Normal

16/08/2024 03:57:14(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB50F6D (Table: message, handle, Size: 316985344 bytes)



From: [redacted] Jennifer Abel (owner)

I have a couple of revisions if that's ok...

Priority: Normal

16/08/2024 03:58:22(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4FA12 (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential



From: ▮▮▮▮▮ Justin Baldoni
To: ▮▮▮▮▮ Jennifer Abel (owner)

Yes

Priority: Normal

16/08/2024 03:58:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4F7B5 (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮▮ Jennifer Abel (owner)

I think we can tone it down just a bit

Priority: Normal

16/08/2024 03:58:31(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4F5D9 (Table: message, Size: 316985344 bytes)

From: ▮▮▮▮▮ Jennifer Abel (owner)

Give me a sec

Priority: Normal

16/08/2024 03:58:34(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEB4F3B8 (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

Confidential

JW0000200

BL-000000291