

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

November 11, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

On behalf of third-party defendant Jennifer Abel, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal portions of her motion for conditional summary judgment against third-party defendant Jonesworks LLC, filed contemporaneously herewith. Specifically, we request that the Court preliminarily seal Exhibits 1, 3, 5 – 8, 12, 14, 17, 19, 21 – 25, 27, and 29 to the Declaration of Jennifer Abel, Exhibit C to the Declaration of Kevin Fritz, and the portions of the other motion papers referencing the content of those exhibits.

All of these materials are documents, communications, or other discovery materials that have been designated as Confidential by parties or certain non-parties in the above-captioned matter.

In accordance with Rule 4.b of Attachment A, we respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties can meet and confer, and the parties may file a motion for continued sealing if they so choose.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
          kaf@msf-law.com

*Hon. Lewis J. Liman*
*Page 2*

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
       egarofalo@lftcllp.com

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
       jbach@shapiroarato.com
       abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)

Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | msf-law.com