UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>               Plaintiff,<br><br>      -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>               Defendants.<br><br>JENNIFER ABEL,<br><br>               Third-Party Plaintiff,<br><br>      -v-<br><br>JONESWORKS LLC,<br><br>               Third-Party Defendant. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

## NOTICE OF THIRD-PARTY PLAINTIFF JENNIFER ABEL'S MOTION FOR CONDITIONAL SUMMARY JUDGMENT AGAINST THIRD-PARTY DEFENDANT JONESWORKS LLC

PLEASE TAKE NOTICE that, for the reasons stated in the accompanying Memorandum of Law, the accompanying Declaration of Jennifer Abel, with the exhibits attached thereto, and the accompanying Declaration of Kevin Fritz, with the exhibits attached thereto, the undersigned will move this Court, before Judge Lewis J. Liman, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting third-party plaintiff Jennifer Abel conditional summary judgment on her Second Cause of Action in the Amended Third-Party Complaint against third-party defendant Jonesworks LLC.

Dated: November 11, 2025                    */s/ Kevin Fritz*

| | |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP | MEISTER SEELIG & FEIN PLLC |
|     Bryan J. Freedman (*pro hac vice*) | Mitchell Schuster |
|     Ellyn S. Garofalo (*pro hac vice*) | Kevin Fritz |
|     Theresa M Troupson (*pro hac vice*) | 125 Park Avenue, 7th Floor |
|     Summer Benson (*pro hac vice*) | New York, NY 10017 |
|     Jason Sunshine | Tel: (212) 655-3500 |
| 1801 Century Park West, 5th Floor | Email: ms@msf-law.com |
| Los Angeles, CA 90067 |        kaf@msf-law.com |
| Tel: (310) 201-0005 | |
| Email: bfreedman@lftcllp.com | |
| egarofalo@lftcllp.com | |
| ttroupson@lftcllp.com | |
| sbenson@lftcllp.com | |
| jsunshine@lftcllp.com | |

| | |
|---|---|
| AHOURAIAN LAW<br>Mitra Ahouraian (*pro hac vice*)<br>2029 Century Park East, 4th Floor<br>Los Angeles, CA 90067<br>Tel. (310) 376-7878<br>Email: mitra@ahouraianlaw.com | SHAPIRO ARATO BACH LLP<br>Alexandra A. E. Shapiro<br>Jonathan Bach<br>Alice Buttrick<br>1140 Avenue of the Americas, 17th Floor<br>New York, NY 10036<br>Tel: 212-257-4881<br>Email: ashapiro@shapiroarato.com<br>           jbach@shapiroarato.com<br>           abuttrick@shapiroarato.com |