# Exhibit 9

# chat126773495392790158

**Thread Participants:** Jamey Heath; Mitz Toskovic (Owner); ; Mitz Toskovic (Owner)

**Active Participants:** Jamey Heath; Mitz Toskovic (Owner);

**First Message:** 7/31/2024 10:46:35 PM
**Last Message:** 7/31/2024 11:06:54 PM

---

**Jamey Heath**
Ummmm.. Jen… It's growing
7/31/2024 10:46:35 PM

Thanks for the call. Confidentially I'm out to dinner with a friend of 12+ years who writes for people magazine, Fox News, in touch, us weekly, and she is fully briefed of the situation and is armed and ready to take this story of Blake weaponizing feminism to any of her outlets the minute we give her the green light. She hates Blake, has heard this story before, and will do anything for us. Just fyi :)
7/31/2024 11:03:58 PM

**Mitz Toskovic (Owner)**

Apartments.com
7/31/2024 11:05:25 PM

So your call jamey was perfectly timed. She is armed and ready. I'm going to connect her to Melissa tomorrow just to have in our pocket.
7/31/2024 11:06:33 PM

CONFIDENTIAL
TOSKOVIC_000000620



CONFIDENTIAL

TOSKOVIC_000000621