# Exhibit 11

**Thread Participants:** Henny Grace (Owner); Justin Baldoni (Owner); Jennifer Able; J B (Owner)
**Active Participants:** Henny Grace (Owner); Jennifer Able
**First Message:** 8/5/2024 10:42:14 AM
**Last Message:** 8/5/2024 4:24:29 PM

**Jennifer Able**
Sony is having a hard time with the word "friction". They think it will be taken out as clickbait. They obviously don't know about our strategy but let's stick to the words of "challenge" and the role you had as director to get everyone to come together and be on the same page to create something beautiful. LOVE what you're saying about the intimacy coordinators and stunt coordinators and how involved Blake was in the scenes to ensure everyone felt safe. That you took a step back. That's EXCELLENT.
8/5/2024 10:42:14 AM

**Henny Grace (Owner)**
This is what we would need



8/5/2024 12:06:57 PM

**Jennifer Able**
Yes I literally just spoke to Melissa about this on the break about what we discussed last night for social and digital
8/5/2024 12:08:10 PM

**Jennifer Able**
Focus on reddit, TikTok, IG
8/5/2024 12:08:16 PM

CONFIDENTIAL                                                                                          BALDONI_000018710

**Henny Grace (Owner):** https://www.celebritykind.com/link-in-bio/
<__Library_SMS_Attach_1_ac_12_A03417_1_714009_1>
<__Library_SMS_Attach_1_4e_14_B0590C_1_E75C6F_1>
<__Library_SMS_Attach_1_98_08_F9CF27_1_5BA6FA_1>
8/5/2024 2:44:25 PM

**Henny Grace (Owner):** She wants to interview me
8/5/2024 2:44:25 PM

**Jennifer Able:** Want to have her email me?
8/5/2024 2:44:57 PM

**Henny Grace (Owner):** She is emailing - I said I would make it happen
8/5/2024 3:57:06 PM

**Jennifer Able:** Loved "She is emailing - I said I would make it happen"
8/5/2024 3:58:46 PM

**Henny Grace (Owner):** <__Library_SMS_Attach_1_46_06_2AA131_1_Justin_1.heic>
8/5/2024 4:24:29 PM



 
@selovelenaa

hailey bieber's history of bullying many women (not just selena gomez) throughout the years: thread ~

 

10:07 AM · 8/4/24 From Earth · **19M** Views

**6.9K** Reposts   **2.3K** Quotes

**105K** Likes   **33K** Bookmarks


@selovelenaa · 1d
shading halsey by saying "can you change the station" while her song is playing and posting it

Post your reply

CONFIDENTIAL                                                                                                BALDONI_000018712