# Exhibit 18

# PR Thread w/TAG

**Thread Participants:** [redacted] Jamey Heath; [redacted] Jen Able; [redacted] Henny Grace (Owner); [redacted] Katie TAG; [redacted] Brianna TAG; [redacted] Melissa TAG; [redacted] Matthew Mitchell; [redacted] Jennifer Able; [redacted] J B (Owner)

**Active Participants:** [redacted] Henny Grace (Owner) [redacted] Katie TAG; [redacted] Brianna TAG; [redacted] Jennifer Able; System Message System Message

**First Message:** 8/13/2024 5:40:41 AM
**Last Message:** 8/13/2024 7:21:03 PM

---

**Henny Grace (Owner)**
https://www.tiktok.com/t/ZP81FY9v7/
<__Library_SMS_Attach_1_a4_04_at_0_8_1_FA3C9E_1>
<__Library_SMS_Attach_1_a6_06_at_2_8_1_7D74AA_1>
<__Library_SMS_Attach_1_a5_05_at_1_8_1_71B04E_1>
8/13/2024 5:40:41 AM

**Henny Grace (Owner)**
Please watch this entire video.
8/13/2024 5:40:41 AM

**Brianna TAG**
Yes, a lot of this sentiment has been shared and expressed across social media. People are reading through her self-centered promo
8/13/2024 10:23:45 AM

**Katie TAG**
Emphasized "Yes, a lot of this sentiment has been shared and e…"
8/13/2024 10:24:23 AM

**Henny Grace (Owner)**
https://www.tiktok.com/t/ZP81Fc7Sp/
<__Library_SMS_Attach_1_e9_09_14DCC2_1_A88D26_1>
<__Library_SMS_Attach_1_64_04_D2C008_1_FD1A69_1>
8/13/2024 2:21:00 PM

**Jennifer Able**
Yes we have this and this is what the digital team is amplifying
8/13/2024 2:23:14 PM

**Jennifer Able**
There is also an entire Reddit thread dedicated to this video
8/13/2024 2:23:25 PM

**Henny Grace (Owner)**
Oh wow- it's hit Reddit ?
8/13/2024 2:26:42 PM

**Henny Grace (Owner)**
This is the celebrity kind interview I did - I think me saying I wanted a trigger warning is a good thing -
📎
<__Library_SMS_Attach_1_43_03_4E0C9A_1_Justin_1.heic>
8/13/2024 4:18:09 PM

**Jennifer Able**
Yes that's what we are pushing out
8/13/2024 4:18:28 PM

**Henny Grace (Owner)**
And that in my cut there was a big call to action BEFORE my name -
8/13/2024 4:18:49 PM

**Henny Grace (Owner)**
But no one can know that
8/13/2024 4:18:53 PM

**Henny Grace (Owner)**
Hey guys, just a heads up. I'm getting friends reaching out, saying they're having a lot of PR articles slandering me coming up on their feed. So obviously they are pushing these things out…
8/13/2024 4:45:49 PM

**System Message System Message**
*System*
You named the conversation "TAG".
8/13/2024 6:38:54 PM

**System Message System Message**
*System*
You named the conversation "TAG".
8/13/2024 6:38:54 PM

**Jennifer Able**
Just sharing this because it's getting a ton of pickup. In a good way. Proud to work with you JB!
8/13/2024 7:21:01 PM



CONFIDENTIAL

BALDONI_000015465