

Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

November 12, 2025

VIA ECF

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

      Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

On behalf of the Wayfarer Parties, we write pursuant to the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of the Wayfarer Parties' motion for summary judgment and associated exhibits. The papers refer to discovery material designated "Confidential." To be clear, the Wayfarer Parties do not believe that much of this material should be sealed, especially to the extent it includes Blake Lively's contemporaneous communications with others about her work on the film, which are central to the dispute at hand.

Nevertheless, in accordance with Rule 4.b of Attachment A, the Wayfarer Parties request that the Court not rule on this letter motion to seal for one week, so that the parties can meet and confer and so that any party may file motions for continued sealing if they so choose.

The Wayfarer Parties have also redacted personal identifying information, including phone numbers, email addresses, and certain financial information from these materials, and ask that any such PII be permanently sealed.

                        Respectfully submitted,

                        /s/ *Alexandra A.E. Shapiro*
                        Alexandra A.E. Shapiro
                        Jonathan P. Bach
                        Alice Buttrick
                        Jason A. Driscoll
                        SHAPIRO ARATO BACH LLP
                        1140 Avenue of the Americas, 17th Floor
                        New York, New York 10036
                        (212) 257-4880
                        ashapiro@shapiroarato.com
                        jbach@shapiroarato.com

Hon. Lewis J. Liman
November 12, 2025

abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

*Attorneys for the Wayfarer Parties*

cc:     All counsel (by ECF)