UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BLAKE LIVELY                                                       :
                                                                   :
                               Plaintiff,                          :
                                                                   :
            -v-                                                    :    No. 24-cv-10049-LJL
                                                                   :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                               :
WITH US MOVIE LLC, MELISSA NATHAN,                                 :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,                            :
JED WALLACE, STREET RELATIONS, INC.                                :
                                                                   :
                               Defendants.                         :
-------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and all declarations and exhibits attached thereto, and upon all papers and proceedings herein, Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel, by and through their undersigned counsel, hereby move this Court, before the Honorable Lewis J. Liman, at the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, New York 10007, as soon as counsel may be heard, for an order: (i) granting summary judgment in Defendants' favor and (ii) granting such other and further relief as the Court may deem just and proper.

Dated:  November 12, 2025

                                                    */s/ Alexandra A.E. Shapiro*
                                                    Alexandra A.E. Shapiro
                                                    Jonathan P. Bach
                                                    Alice Buttrick
                                                    Jason A. Driscoll
                                                    Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (pro hac vice)
Ellyn S. Garofalo (pro hac vice)
Theresa M Troupson (pro hac vice)
Summer Benson (pro hac vice)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (pro hac vice)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel. (310) 376-7878
mitra@ahouraianlaw.com

*Counsel for the Wayfarer Parties*