UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 1:24-cv-10049-LJL |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC., | |
| Defendants. | |

## THE WAYFARER PARTIES' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS

## **TABLE OF CONTENTS**

A.    Baldoni Conceived And Originated A Project To Develop "It Ends With Us" Into A Film To Broaden Awareness Of Domestic Violence ........................................ 1

B.    Lively Committed To A Role With Adult And Sexual Themes................................. 4

C.    Lively Exercised Substantial Control From The Outset ................................ 7

D.    Lively Raised Concerns About Her Physical Appearance To Baldoni And Others Before Filming Begins ....................................... 8

E.    Before Filming Began, Lively Used Famous Friends To Press Baldoni To Accept Her Revisions To The Script ...................................... 9

F.    Defendants Took Steps To Create A Safe Set Prior To Filming ............................... 10

G.    No Intimate Scenes Involving Lively Were Shot In The First Phase Of Filming......................................................................... 13

H.    All Of The Incidents Lively Raises Occurred During Or Before The First Phase Of Filming ......................................... 15

    1. Baldoni's Comments At Initial Meeting............................................ 16

    2. Baldoni's Private Inquiry About Lively's Weight For A Scene..................... 16

    3. The Addition of Sex Scenes to the script........................................ 18

    4. Heath Briefly Enters Lively's Makeup Trailer ................................. 19

    5. Filming of the Birthing Scene........................................... 20

    6. Comments that Lively And Another Actor Looked "Sexy"........................... 22

    7. Heath Shows Lively An Image Of His Wife's Home Birth .......................... 23

    8. Other Comments ............................................................. 24

    9. Lively Gets COVID........................................................... 25

I.    Lively's And Another Actor's Concerns Are Promptly Addressed Before The First Phase Of Filming Concludes........................................ 25

J.    During the Filming Hiatus, Lively Announced A List Of "Protections" .................. 30

    1. Several of the requested "Protections" Were Already Substantially In Place........................................................ 31

    2. Other Requested "Protections" Implicated Lively's Own Conduct. .............. 32

    3. Defendants Are Pressured To Accept Lively's Demands.............................. 35

    4. Lively And Her Husband Make Additional Demands During A Meeting At Her Home ..................................................... 37

K.  After Making Her "Protections" Demands, Lively Revised Several
    Scenes To Be More Sexually Charged ........................................................ 39

L.  The Second Phase Of Filming, Including All Of Lively's Intimate
    Scenes, Proceeded Without Incident.......................................................... 40

M.  Lively Exercised Near Total Control Over The Second Half Of Production............. 41

N.  Lively Used The Influence Of Her Famous Friends To Take Over
    The Film Entirely................................................................................... 41

O.  Lively And Her Husband Took Steps To Harm Baldoni's Reputation ...................... 44

P.  Lively Took Steps To Exclude Baldoni From The Premiere Of His
    Own Film ............................................................................................. 46

Q.  Baldoni, Heath, and Wayfarer Retained A Crisis PR Firm To Assist
    And Advise Them In The Face Of Growing Adverse Media Attention..................... 47

R.  In The Days After The Premiere, Negative Press Against Baldoni
    Intensified ............................................................................................ 48

S.  Wayfarer Hired Street Relations To Monitor Social Media ....................................... 50

T.  Lively Suffered Backlash............................................................................. 51

U.  Lively and Her Husband Spread Negative Information About Baldoni
    And Work To Kill Negative Stories About Lively............................................... 55

V.  Lively Failed To Uncover Proof That Defendants Spread False
    Information About Her ............................................................................... 58

W.  Sarowitz Played No Role In Marketing The Film Or Wayfarer's
    Publicity Strategy.................................................................................... 60

X.  Lively Obtained Documents Through A Sham Subpoena, Abusing
    Judicial Process To Serve Her Own Ends...................................................... 66

Y.  Lively Negotiated Every Aspect Of Her Work, But Never Reached
    Agreement ............................................................................................ 69

    1.  The Offer Letter ............................................................................... 69

    2.  The ALA Was Never Executed ........................................................... 73

Z.  Lively Sued Without Providing Notice And An Opportunity To Cure ...................... 77

AA.  Lively's Damages Are Barred ...................................................................... 77

Pursuant to Local Rule 56.1, Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, IEWUM, Jennifer Abel, Melissa Nathan, and TAG submit this Statement of Undisputed Material Facts in support of their Motion for Summary Judgment.

**A.    Baldoni Conceived And Originated A Project To Develop "It Ends With Us" Into A Film To Broaden Awareness Of Domestic Violence**

1.    Wayfarer Studios is a production studio.  It aspires to create purpose-driven films intended to inspire connection and promote social change through authentic, impactful storytelling and fresh creative voices. Ex. 1, WAYFARER_00013949 at-052; Ex. 2, Heath Dep. (Oct. 9, 2025) at 38:16-23.

2.    Justin Baldoni and Steve Sarowitz co-founded Wayfarer Studios in or about 2019 or 2020 and serve as its co-chairs. Ex. 3, SAC ¶ 58, 60; Ex. 4, Heath Dep. (Oct. 8, 2025) at 32:1-5; Ex. 5, Baldoni Dep. (Oct. 6, 2025) at 42:21-43:5; Ex. 3, Dkt. 520 ¶¶ 58 ("SAC"), 60; Ex. 5, Baldoni Dep. (Oct. 6, 2025) at 46:22-24.

3.    Sarowitz is the majority investor in Wayfarer Studios.  Ex. 3 SAC ¶¶57, 60, 75; Dkt. 151, Sarowitz Answer ¶¶57, 60, 75; Ex. 6, Sarowitz Dep. Tr. 98:4-7, 103:17-21, 177:18-19, 231:3-5.  He resides in Illinois.  Ex. 3, SAC ¶60; Sarowitz Anwer ¶ 60.

4.    Jamey Heath is the CEO of Wayfarer.  Ex. 3, SAC ¶ 59; Ex. 4, Heath Dep. (Oct. 8, 2025) at 34:1-9; Ex. 2, Heath Dep. (Oct. 9, 2025) at 38:1-14.

5.    Baldoni is an acclaimed actor, director, and author.  Before the events giving rise to this dispute, he was the one of the stars of the acclaimed Golden-Globe nominated television show *Jane the Virgin*. He also produced and directed two prior feature films, *Five Feet Apart* and *Clouds*, together with CBS Films and Warner Brothers, respectively.  Ex. 7, WAYFARER_000041408-409.

6.      Baldoni has written two books on gender-related topics, focusing on the question of masculinity and addressing, among other issues, the importance of mutual consent, one of which was a *New York Times* bestseller.  Ex. 7, WAYFARER_000041408-409; Ex. 5, Baldoni Dep. (Oct. 6, 2025) at 302:09 – 307:9; Ex. 8, Baldoni Dep. (Oct. 7, 2025) at 77:2 – 77:9, 79:18-25.  Baldoni has also hosted a podcast, called "Man Enough," concerning the same and similar topics.  Ex. 7, WAYFARER_000041408-409.

7.      In February 2019, Baldoni met Colleen Hoover, author of the smash success *It Ends With Us,* a novel that addresses issues of domestic violence.  Ex. 9, WAYFARER_000141660; Ex. 10, Hoover Dep. at 21:22-22:13; Ex. 11, Saks Dep. at 231:5-18; Ex. 12, Giannetti Dep. at 188:13-189:2; Ex. 13, Slate Dep. at 122:2-6.

8.      Baldoni and Hoover discussed how the book could be adapted into a film, and, on May 8, 2019, Hoover agreed to sell Baldoni the rights for a film, in part due to Baldoni's ability and experience approaching sensitive topics in his prior films.  Ex. 14, WAYFARER_000141663 (Hoover, writing: "[Y]ou "get" the book…" and "based on the magnificent adaptation you did of Five Feet Apart, I'm confident you could do this book justice and that our visions will align").  Hoover also suggested that Baldoni play the lead role of Ryle.  Ex. 9, WAYFARER_000141660; Ex. 14, WAYFARER_000141663; Ex. 15, WAYFARER_000141666; Ex. 16, WAYFARER_000141667; Ex. 17, WAYFARER_000141669; Ex. 18, WAYFARER_000141671.

9.      In September 2022, Baldoni and Wayfarer sought to, and eventually did, partner with NO MORE, an organization dedicated to ending domestic and sexual violence, in connection with the film.  Ex. 19, WAYFARER_000141658.  Together, Wayfarer and NO

MORE planned to use the film as an opportunity to raise awareness about domestic violence, and to provide education, resources, and support for survivors. *Id.*

10. 

. Ex. 20, SPE_BL0000343. Wayfarer's proposal included a requirement that ▮ of the film's proceeds be donated to support survivors of domestic abuse. *Id.* at -345. To date, NO MORE has received nearly $600,000 in connection with the film. Declaration of Jamey Heath ("Heath Decl.") ¶22.

11.    In early publicity planning for the film, Sony emphasized the need to center the



" Exs. 21-22, SPE_BL0005500-5503. Sony cautioned: ▮▮▮▮▮▮

*Id.* at -5501.

12.    Wayfarer Studios typically depends on separate LLCs for separate films or projects. Heath Decl. ¶6. In 2022, It Ends With Us Movie LLC ("IEWUM") was incorporated to develop and produce the film. Heath Decl. ¶¶6, 9.

13.    Establishing a separate entity for each individual film production is common in the film industry to separate each production's liabilities, investment and ownership structure, rights assignments for distribution, and accounting. The SPE is often necessary for the purpose of obtaining production (or post-production) tax credits (which are often based on the specific jurisdiction in which individual films are shot, or edited, as well as the residency of members the crew), and for residual reporting with unions such as SAG-AFTRA, DGA, and WGA, which determine participation on a project-by-project basis). Heath Decl. ¶7.

14.    Utilizing a separate, project-specific entity is also necessary in order to, for example, calculate net proceeds and back-end profit participation for each film, for the purpose of calculating profit participation.  Heath Decl. ¶8.

15.    IEWUM maintained its own bank accounts and funds, separate from Wayfarer, and independently engaged the cast and crew of the film, only a handful of whom were also Wayfarer employees.  Heath Decl. ¶10.

16.    Although Wayfarer and its employees provided some administrative, legal, and operational support to IEWUM on the film, that is common in the film industry, and IEWUM paid Wayfarer ▮▮▮▮▮▮▮ for those services pursuant to the terms of the Wayfarer's co-financing agreement with Sony Pictures' subsidiary, Columbia.  Heath Decl. ¶11; Ex. 23, SPE_BL0000001 at -02.

17.    Beyond providing some financing, Sarowitz was not involved in the production of the film.  Ex. 6, Sarowitz Dep. Tr. 230:13-15, 120:21-24.  And he did not supervise or manage anyone at Wayfarer Studios during the filming of *It Ends With Us*.  Ex. 6, Sarowitz Dep. Tr. 204:20-23.

18.    Before Blake Lively joined the production, filming was set to begin in 2023, under Baldoni's direction. Ex. 24, Lively Dep. at 21:18-25; 261:3-12.

**B.    Lively Committed To A Role With Adult And Sexual Themes**

19.    The book *It Ends With Us* was well known for sexual content.  Ex. 12, Giannetti Dep. at 188:13-189:2

20.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Ex. 24, Lively Dep. at 60:22-23.

4

21.    In or about December 2022, after having met with Baldoni, Lively accepted an offer to play the film's female lead, Lily Bloom. Ex. 24, Lively Dep. at 12:17-20; *see also* Ex. 25, HEATH-000028774 at -75 (email from Warren Zavala to Jamey Heath expressing that "We're good on the financial terms for Blake. She's excited to do the film.").

22.    In mid-December 2022, Imene Meziane, Wayfarer's VP of Business and Legal Affairs, sent Lively's representatives a draft offer letter ("Offer Letter") setting out the basic parameters under which Lively would agree to perform in the role of Lily Bloom in the film. Exs. 26-27, HEATH_000046097-99.

23.    As is standard in the film industry, the proposed agreement for Lively's services was not between Lively herself, or Wayfarer.  The agreement's intended parties were IEWUM and Blakel, Inc., Lively's "loanout" entity.  Ex. 28, HEATH_000045678.  A loanout entity is a corporation formed around one individual, typically for tax purposes, which then "loans" the services of the individual for a fee.  Heath Decl. ¶13.

24.    On or about April 27, 2023, Lively signed an escrow agreement to facilitate payments from IEWUM to her loanout entity in connection with the film. Ex. 29, HEATH_000045645.

25.    Shortly before the Offer Letter was finalized, pursuant to the escrow agreement, IEWUM wired Lively's up-front fee of $1.75 million, less a 6.37% New Jersey withholding tax, to Lively's client trust account at WME.  IEWUM was not asked to and did not withhold federal income, Social Security, or Medicare taxes, or any other state or local taxes.  Exs. 30-31, WAYFARER_000030416-17; Ex. 29, HEATH_000045645.

26.    The Offer Letter was finalized in early May 2023.  As discussed below, the Offer Letter expressly provided that full execution of a long form agreement regarding the terms of

Lively's engagement was a condition precedent to IEWUM's obligations to Lively thereunder. Ex. 32; HEATH_000045662; Ex. 28, HEATH_000045678 at 80.

27.     No long form agreement, as described in the Offer Letter, was ever executed by the parties.  Heath Decl. ¶¶14-18.

28.     Before accepting the role, ███████████████████████████████████████

█████████████████████████████████████████████████████████████. Ex. 33, Zavala

Dep. at 43:4-44:5, 47:18-23; Ex. 34, Stone Dep. at 65:3-66:13; Ex. 24, Lively Dep. at 60:8-21.

The script Lively reviewed included scenes of sexual intimacy, intimate partner violence, and

attempted sexual assault. *See, e.g.*, Ex. 35, WAYFARER_000129261, at -129275-77, -129308-

311, -129328-331, -129338-340, -129347, -129348-351, -129354-359.

29.     Lively worked to revise the script before filming began.  Her written work product included frank sexual language and overtly sexual themes.  For instance, in April 2023, Lively sent Baldoni a revised draft for the scene in which Lively's character (Lily Bloom) and Baldoni's character (Ryle Kincaid) first meet—on the rooftop of a building (the "rooftop scene").  Lively explained she revised the scene to include ████████████████████████

████████████████████████████████████████████████████████████████████

█████████████ Her draft called for █████████████████████████████████████

████████████████████████████████████████████████████████████████████

█████████ Ex. 36, BL-0000092 at -48; Ex. 37 , BL-000009253 at BL-000009262.

30.     On May 5, 2023, Baldoni sent Lively some notes on the script from Sony Executive Ange Giannetti, who wanted the scenes to involve more than just verbal interplay. Giannetti wrote: ███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

6

███████████████████████████████████████████████████████ ."

Ex. 38, BL-000013115.

**C.    Lively Exercised Substantial Control From The Outset**

     31.    Lively immediately exercised substantial influence over the development and shooting of the film.  At Lively's request, Wayfarer agreed to abandon its intended filming location—Boston, where Hoover's novel was set—and to accept Lively's choice of New Jersey "to accommodate Blake."  Ex. 26, HEATH_000046097; *see also* Ex. 39, BL-000018396 ███

███████████████████████████████████████████████ ).  Wayfarer also agreed to adjust the filming schedule to accommodate Lively's other obligations.  Ex. 26, HEATH_000046097.

     32. ████████████████████████████████

██████████████████████████████

███████████████████████████

█████████████████████████████████

████████████████████████████

███████████████████████████████████

███████████████████████████

██████████████████████████████

███████████████████████

████████████████████████████████



Ex. 39, BL-000018396.

**D.    Lively Raised Concerns About Her Physical Appearance To Baldoni And Others Before Filming Begins**

33.    In a February 8, 2023 voice memo, Lively asked if the start of shooting could be pushed back because she                              ." Ex. 40, BL-000008806.

34.    On February 9, 2023, in response to Baldoni's comment that Lively must feel                    " after resolving a personal dilemma, Lively responded "                    ."

Baldoni disliked Lively's self-deprecating joke. Ex. 41, BL-000008801 at -04.

35.    On February 17, 2023, Lively asked Baldoni "                              " Baldoni responded:

" Ex. 42, BL-0000008819 at -20.

36.    The same day, February 17, Lively told Warren Zavala, her agent at WME:

Ex. 43, BL-000021371.

37.    In a February 18, 2023 message to Baldoni, Lively wrote:

███████████████████████████████████████████

████████" Ex. 44, BL-000008821 at -22.

**E.    Before Filming Began, Lively Used Famous Friends To Press Baldoni To Accept Her Revisions To The Script**

38.    On April 8, 2023, Lively sent Baldoni her proposed revisions to the "rooftop scene" in which the two main characters first meet.  Ex. 36, BL-000009247 at -48.

39.    █████████████████████████████████

█████████████████████████████████████

██████████████████████████████████

█████████████████████████████████. Ex. 45, BL-000018765 ███

█████████████████████).

40.    ████████████████████████████████

Ex. 45, BL-000018765.███████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████ Ex. 46, BL-000018767.

41.    On April 14, 2023, Baldoni told Lively he liked the revised scene.  He added that he "███████████████████████████████ Ex. 47, BL-000009345 at -48.  Lively explained that,████████████████████████████████████

████████" Ex. 48, BL-000009349 at -50.

42.    Lively has since disclosed that her husband, Ryan Reynolds, actually wrote the revisions to the "rooftop scene" that she proposed.  Ex. 49, WAYFARER_000142463 at -64; Ex. 50, BL-000011703.

**F.    Defendants Took Steps To Create A Safe Set Prior To Filming**

43.    Wayfarer has a set of industry-standard policies and procedures in place to prevent harassment, discrimination, and retaliation. Ex. 51, HEATH_000034943; Ex. 1, WAYFARER_000139049 (Wayfarer employee handbook). "All Wayfarer Studios employees, officers, principals, agents, workers, and representatives are prohibited from engaging in unlawful discrimination, harassment, and/or retaliation." *Id.* at -53. "The Anti-Harassment Policy also applies to vendors, customers, independent contractors, unpaid interns, volunteers, persons providing services pursuant to a contract, and any other person's employees [sic] may come into contact with through the course of their work." *Id.*

44.    Wayfarer has a complaint process to address alleged instances of harassment, discrimination, and/or retaliation. "Individuals who believe they have been the victims of [prohibited conduct] should discuss their concerns with their immediate supervisor, any member of management, or Human Resources." Ex. 1, WAYFARER_000139049 (Wayfarer employee handbook) at -54. Wayfarer "encourages reporting of all perceived incidents of discrimination or harassment." *Id.* "Any reported allegations of harassment, discrimination, or retaliation will be promptly and thoroughly reported in an impartial manner." *Id.* at -55.

45.    Wayfarer has a human resources department headed by Cynthia Barnes-Slater. Ex. 4, Heath Dep. 10/8 Tr. 38:7-9. Mitz Toskovic assists Slater. *Id.* at 39:11-14.

46.    Wayfarer employees are required to participate in workplace harassment training. Ex. 4, Heath Dep. 10/8 Tr. 54:2-10. Baldoni participated in training approximately every two years. Ex. 8 Baldoni 10/7 Dep. Tr. 52:3-53:5.

47.    Sarowitz is not involved in the day-to-day operations of Wayfarer Studios. Ex. 6, Sarowitz Dep. Tr. at 126:8-9, 260:23-261:2, 266:22-267:7, 311:24-25. And he is not responsible

for administering Wayfarer Studios' harassment policies. Ex. 6, Sarowitz Dep. Tr. at 183:6-12, 184:5-19, 195:17-196:13, 203:9-16.

48.    Lively was under no obligation to engage in any nude or simulated sex scenes without her consent. The Offer Letter provided that Lively would not perform any nudity/stimulated sex without her prior written consent and negotiation/execution of a formal nudity rider. Ex. 28, HEATH_000045678 at 80.

49.    In April 2023, before filming began, IEWUM hired Elizabeth Talbot to serve as the intimacy coordinator for the film. Ex. 52, 24-CV-10049_0002891 ███████████████████ ██████████████████████.

50.    On April 5, 2023, Baldoni wrote to Lively: ████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████.″ Ex. 53, BL-000009220 at -22.

51.    Baldoni reported to the production team: "Seems [Lively] doesn't want to meet with intimacy coordinator until we start which may mess up the workflow but I can still meet with her of course." Alex Saks, one of the film's producers, responded: "That's fine if [Lively] doesn't want to meet [the intimacy coordinator] now. You'll just have to walk her through what you and [the intimacy coordinator] are thinking." Ex. 54, BALDONI_000018766.

52.    On May 4, 2023, before any filming had begun and months before any shooting of the film's intimate scenes would take place, the intimacy coordinator considered the content of anticipated intimate scenes and suggested details and clarifications to both Baldoni and Heath. Ex. 55, BALDONI_00010363. While expressing concern that the scenes were becoming "too PG-13" as compared to the more explicit scenes in the book, Baldoni suggested that the intimacy

coordinator discuss with Lively whether there were other ways of implying nudity that she would

consider so as not to "disappoint readers," while also expressing sensitivity for Lively's

boundaries.  He wrote: ███████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████ Ex. 56, BL-000013564 at -65.  The intimacy

coordinator agreed to have any necessary conversations to get clarity for the scenes "so both

[Baldoni and Lively] are confident about level of contact during the scenes."  Ex. 57,

BALDONI_000010377.

53.    ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████. Ex. 58, Talbot Dep. Tr. at 57:14-58:17.

54.    That same day, ████████████████████████████████████

████████████████████████████████████████ !" Ex. 59, 24-CV-10049_0001869.

████████████████████████████████████████████████████████.

Ex. 60, 24-CV-10049_0001816.

55.    On or about May 8, 2023, Lively and Baldoni were provided with nudity riders

detailing their consent and boundaries concerning intimate scenes.  Ex. 61, WAYFARER-

000122708 (Lively Nudity Rider); Ex. 62, 24-cv-10049_0001822 (Baldoni Nudity Rider).

12

56.     On May 5, 2023, IEWUM held a "Respect in the Workplace: Preventing Discriminatory Harassment & Retaliation" meeting. Ex. 63, WAYFARER_000140131 (production schedule as of 5/4/2023); Ex. 64 BALDONI_000003760, attaching Ex. 65, BALDONI_000003760; Ex. 66, WAYFARER_000142434. The training was administered by the law firm Mitchell Silberberg & Knupp LLP. Ex. 67, WAYFARER_000142796. Heath and Baldoni both attended and completed that training in advance of filming. Ex. 5, Baldoni 10/6 Dep. Tr. at 51:22 – 52:1-10. Ex. 4, Heath 10/8 Dep. Tr. at 399:25 – 400:12.

57.     During the first phase of filming, Wayfarer distributed a Preliminary Crew List to the crew that listed Wayfarer's Human Resources contact, Cynthia Barnes Slater. Ex. 68, 24-CV-10049_0002324.

58.     All cast and crew were provided daily call sheets on the evening before each day of filming, which included a hotline number for workplace complaints, including sexual harassment, that directed them to a third-party organization to assist with any complaints. Ex. 69, 24-CV-10049_0001427. Ex. 70, Carroll Dep. Tr. at 191:1-3. Ex. 4, Heath 10/8 Dep. Tr. at 138:22 – 139:2; Ex. 150, BL-000021729; *see also* Ex. 151, BL-000021725 (███████████████████████).

## G.    No Intimate Scenes Involving Lively Were Shot In The First Phase Of Filming

59.     Filming began on May 15, 2023, and then stopped of June 14, 2023, in deference to labor strikes by the Writers Guild of America and SAG-AFTRA. Ex. 3, SAC ¶ 15; Ex. 24, Lively Dep. at 261:15-18; Ex. 71, WAYFARER_000141293.

60.     All filming during the first phase of filming took place on a set in New Jersey. Ex. 12, Giannetti Dep. at 236:17-19; Ex. 24, Lively Dep. at 261:11-12.

61.    None of Lively's sexually explicit scenes or scenes involving simulated nudity

were rehearsed or filmed during this initial period. Ex. 58, Talbot Dep. at 73:18-24; Ex. 72,

SPE_WF0000312 (███████████████████████████████████████████████████████

█████████████████████████"); Ex. 11, Saks Dep. at 203:18-204:14. Those scenes were

rehearsed and filmed during a later phase of filming, without issue or incident. *See* Section L,

*infra.*

62.    A scene in which Lively's character gives birth was filmed on May 22, 2023. Ex.

73, 24-CV-10049_0003314 – 3321.

63.    Lively claims the birthing scene constituted an "intimate" scene because there

was implied nudity. Ex. 3, SAC ¶¶ 87-89.

64.    Footage of the birthing scene shows Lively covered with a hospital gown and a

prosthetic pregnancy belly. Ex. 74, WAYFARER_000140494.

65.    ███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████ *Id.* at 100:10-101:18.

66.    ████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████. Ex. 58, Talbot Dep. Tr. at 69:18-23.

67.    ███████████████████████████████████████████████████████

███████████████████████████████████████████████



Ex. 58, Talbot Dep. Tr. at 73:18-24; Ex. 75, Ferrer Dep. Tr. at 67:13-15.

68. . Ex. 58, Talbot Dep. at 78:14-20; Ex. 75, Ferrer Dep. Tr. at 39:5-10.

69.    On June 11, 2023, before the Young Lily and Young Atlas intimate scene was filmed, Baldoni flagged to the production team that they would need to coordinate and work with the intimacy coordinator.  Ex. 76, BALDONI_000016437.

70. . Ex. 75, Ferrer Dep. Tr. at 32:9-33:5.

71. Ex. 75, Ferrer Dep. Tr. at 109:7-13.

72.    Ferrer also wrote to Baldoni to thank him for an "incredible" experience on the set.  She continued: "you are such a wonderful smart sincere director and you created such a comfortable safe space for me to feel like I could fully step into this role I couldn't have asked for a more welcoming environment. It will stay with me for the rest of my life!!"  Ex. 78, BALDONI_000031938.

## H.    All Of The Incidents Lively Raises Occurred During Or Before The First Phase Of Filming

73.    In her Second Amended Complaint and deposition testimony, Lively points to various alleged incidents prior to or during this first phase of filming, which she alleges

15

amounted to sexual harassment and contributed to a hostile work environment. *See generally*,

Ex. 3, SAC; Ex. 24, Lively Dep. Tr.

### 1. Baldoni's Comments At Initial Meeting



74.

Ex. 24, Lively Dep. Tr. at 28:15-21, 29:15-21.

75.

Ex. 24, Lively Dep. Tr. at 51:21-52:05.

*Id.* at 52:07-09.

76.

. Ex. 24, Lively Dep. Tr. at 54:22-55:14.

*Id.* at 55:15-17.

77.    On February 28, 2023, after that initial meeting, Lively's husband, Ryan

Reynolds, wrote to Baldoni: "

." Ex. 79,

RR-SUBPOENA-000000049 at -50.

### 2. Baldoni's Private Inquiry About Lively's Weight For A Scene

78.     On or around April 23, 2023, outside the workplace, and outside the presence of any Wayfarer Studios or IEWUM employee, Baldoni privately asked a personal trainer he had consulted with (who was working separately with Lively) what Lively would weigh when filming began. Ex. 3, SAC ¶ 106; Ex. 5, Baldoni 10/6 Dep. Tr. at 73:7-15.

79.     Baldoni, who suffers from chronic back issues, asked in anticipation of a scene in which he was expected to lift her. Ex. 5, Baldoni 10/6 Dep. Tr. at 296:23-297:10; *see also* Ex. 80, BL-000018761 at -62 ▮

80.     Documentary evidence shows that Baldoni contemplated including such a scene in the film as late as December 28, 2023. Ex. 81, BALDONI_000031127 at -28.

81.     Baldoni never made the same comment in Lively's presence or in the presence of any cast or crew member. Ex. 5, Baldoni 10/6 Dep. Tr. at 296:23-297:10.

82.     The trainer, acting on his own, decided to share the comment with Lively. Ex. 82, BALDONI_000015397.

83.     On or about April 25, 2023, Baldoni met with Lively at her apartment. Ex. 83, BL-000021593. Lively's husband, Ryan Reynolds, and two other famous friends were there. Reynolds chastised Baldoni for commenting on a woman's weight. Ex. 5, Baldoni 10/6 Dep. Tr. at 297:4-7.

84.     Lively subsequently described the meeting to a friend as follows: ▮

▮ Ex. 84, BL-000021593.

17

85.     Lively also alleged that Baldoni "sham[ed Lively] for her body and weight" by offering to connect her with a specialist in probiotics after Lively caught strep throat, because, Lively alleges, the expert "was instead a weight-loss specialist." Ex. 3, SAC ¶ 108.  Lively has not offered any admissible evidence supporting that claim.  She did not discuss it during her deposition, and she has not produced any documentary evidence indicating that the expert was a "weight-loss specialist."  Documentary evidence shows that Baldoni discussed Lively's illness with the specialist, and not her weight.  *See* Ex. 257, BALDONI_000026173.

### 3.  The Addition of Sex Scenes to the script

86.     In late April 2023, before filming began, Sony executive Ange Giannetti encouraged Baldoni to shoot an R-rated film to reflect the content of the book.  In April 28, 2023, she wrote: "I will [update] sony you are going to try and get as much tasteful hot sex as you can … You find out if we are pg-13 will colleen be ok and does she think her readers will be ok?" Ex. 84, BALDONI_000018544.

87.     Baldoni discussed Giannetti and Sony's suggestion about additional and more explicit sex scenes with Lively and Colleen Hoover.  Ex. 85, BALDONI_00018780.

88.     On or about May 4, 2023, Baldoni worked with Elizabeth Talbot, the film's intimacy coordinator, to add specifics to the intimate scenes.  Ex. 55, BALDONI_00010363.  He suggested Talbot discuss the scenes with Lively to determine how to portray more sexual intimacy in a manner consistent with Lively's personal boundaries and preferences.  Ex. 57, BALDONI_000010377.

89.     ███████████████████████████████████████████████

███████████████████████████████████████.  Ex. 56, BL-000013564.

90.  Ex. 24, Lively Dep. Tr. at 132:16-133:4, 137:6-10.

91. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Ex. 24, Lively Dep. Tr. at 137:11-24.

92. Such discussion took place in the context of planning and choreographing a sex scene. Lively first volunteered her own personal experience before Baldoni shared his. Ex. 8, Baldoni 10/7 Dep. Tr. at 174:25-177:20.

93. Baldoni has publicly discussed his prior addiction to pornography on his podcast, which is aimed at male audiences, and in his published books. Ex. 8, Baldoni 10/7 Dep. Tr. at 76:7 – 77:9.

94. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Ex. 24, Lively Dep. Tr. at 139:2-140:9.

4. Heath Briefly Enters Lively's Makeup Trailer

95. On one occasion, on or about May 16, 2023, Heath entered Lively's make-up trailer while she was having her make-up removed. They had a brief conversation concerning a work-related issue. Ex. 24, Lively Dep. Tr. at 126:12-129:16 ▮▮▮▮▮▮▮; Ex. 4, Heath 10/8 Dep. Tr. at 212:06-07 (indicating that the conversation was between two and three minutes).

96.    Heath had been seeking to schedule a meeting with Lively, Baldoni, and Giannetti after several failed attempts.  At the end of the shooting for the day, Heath suggested that they meet the following day.  Lively said they could meet her at her makeup trailer to discuss the timing for the meeting.  Ex. 4, Heath 10/8 Dep. Tr. at 209:09-210:16.

97.    Heath knocked on Lively's trailer door and Lively permitted him to come in.  Ex. 4, Heath 10/8 Dep. Tr. at 210:19-23; *see also* Ex. 24, Lively Dep. Tr.at 127:17-21 ███████

████████████████████████████████████████████████████ .

98.    Lively asked Heath to turn around while he was speaking to her and he did.  Ex. 24, Lively Dep. Tr.at 127:22-25 █████████████████████████████████████████

████████████████████████████████████████████ .");  *see also*

Ex. 4, Heath 10/8 Dep. Tr. at 211:21-212:1 ("As I took a step up, I saw that she was leaned back. She looked what I though was either maybe breastfeeding or nursing.  I said to her, oh, it looks like you're busy, I can come back. As I turned around she says, no, that's okay. You can come in, just look away. And I said sure.").

99.    Lively has testified ████████████████████████████████████████

████████████████████████████    Ex. 24, Lively Dep. Tr. at 129:1-8.

100.    Two weeks after the incident occurred and months before this litigation arose, Lively raised the incident with Heath for the first time.  She told Heath: "I asked you to look away and at some point you made eye contact with me….I'm not saying you were trying to cop a look. I'm just saying that I had asked you to turn away and you made eye contact with me." After expressing her displeasure, Lively moved on to other topics. Ex. 4, Heath 10/8 Dep. Tr. at 223:12-25.

### 5.  Filming of the Birthing Scene

101.    A scene in which Lively's character gives birth was filmed on or around May 22, 2023. Ex. 73, 24-CV-10049_0003314 – 3321.

102.    While shooting the scene, Lively was wearing a hospital gown, a prosthetic belly, and fabric over her genitals. Ex. 74, video clip excerpt of WAYFARER_000140494; Ex. 91, Lively's Second Amended Responses to Wayfarer Studios LLC's Second Set Of Interrogatories, No. 23 (Oct. 9. 2025).

103.    Lively alleged that an actor Baldoni knew was cast as the doctor performing the delivery. SAC ¶ 89.

104.    The actor playing the doctor was a local union actor. Heath Decl. ¶23.

105.    Lively has subsequently alleged that Steve Sarowitz was present on set during the birthing scene. Ex. 3, SAC ¶ 89; Ex. 24, Lively Dep. Tr. at 50:2-8.

106.    Sarowitz testified that he was not on set during the filming of the birthing scene. Ex. 6, Sarowitz Dep. Tr. at 169:24-25, 172:20-173:3, 211:16-18, 255:13-17; *see also* Ex. 86, SAROWITZ_000000 at -899-900. He arrived later, after the scene was filmed. Ex. 6, Sarowitz Dep. Tr. at 173:10-12.; Ex. 11, Saks Dep. Tr.at 46:4-47:17; Ex. 4, Heath 10/8 Dep. Tr. at 197:4-16. In fact, he only visited the set twice. Ex. 6, Sarowitz Dep. Tr. at 120:25-121:2, 230:16-21. He visited briefly for part of one day and just a few minutes on another day, which happened to be the day the birthing scene was shot. Ex. 6, Sarowitz Dep. Tr. 319:25-320:3, Tr.at 173:4-12.

████████████████████████████████████████████████████████

████████████████████████████████████████████ Ex. 87, Baker Dep. Tr. at 149:21-150:2.

107.    Sarowitz later spoke to Adam Mondschein—who appeared in the birthing scene—regarding events on set. Mondschein did not raise anything negative about his

experience on set and shared a positive experience.  Ex. 6, Sarowitz Dep. Tr.at 235:9-236:25.  He confirmed that Sarowitz was not on set during the filming of the scene.  Ex. 6, Sarowitz Dep. Tr.at 236:6-238:7.

108.    Sarowitz did not know what scenes were being filmed at any given time.  Ex. 6, Sarowitz Dep. Tr.at 172:21-22.  And he made no conscious decision to see Lively in any particular scene while shooting.  Ex. 6, Sarowitz Dep. Tr.at 172:22-173:3.  Sarowitz did not know the birthing scene was being shot on the day it was shot.  Ex. 6, Sarowitz Dep. Trat. 173:7-12.

109.    During his first visit on set, Sarowitz spoke to Brandon Sklenar.  Skelnar was effusive in his praise for Baldoni, his directing, Wayfarer, and how he had been treated in general.  Ex. 6, Sarowitz Dep. Tr.at 232:16-24, 233:6-9.

110.    During that first visit, Sarowitz also spoke to Lively for a minute or two.  It was a very friendly meeting, and she did not voice any complaints.  Ex. 6, Sarowitz Dep. Tr.at 234:10-235:7.

111.    ████████████████████████████████████████████████████████████

████████████████  Ex. 24, Lively Dep. Tr.at 49:23-50:1.

112.    ██████████████████████████████████████████████████████.  Ex. 24, Lively Dep. Tr.at 49:20-22.

6.  Comments that Lively And Another Actor Looked "Sexy"

113.    On or about May 18, 2023, Baldoni commented that actor Jenny Slate looked "sexy" in her character's wardrobe, which included black leather pants.  Ex. 13, Slate Dep. Tr. at 51:14-18; Ex. 11, Saks. Dep. Tr. at 104:6-15; Ex. 8, Baldoni 10/7 Dep. Tr. at 203:12-23.  He made this comment in the presence of others, during the course of their work on the film.  *Id.*



114.    On or about May 23, 2023, Lively testified that ████████████

████████████████████████████████████████████

█████████████████████. Ex. 24, Lively Dep. Tr.at 83:16-85:09, 191:13-192:4.

115.    ████████████████████████████████████████████

████    Ex. 24, Lively Dep. Tr. at 100:18-102:25.

116.    Video footage of the incident shows Lively was fully dressed in an oversized fleece "onesie" at the time, that numerous actors and crew were also present and engaged in ongoing work at time, that Baldoni's facial expression was neutral and not ogling or suggestive, and that, after Baldoni apologized if his remark was inappropriate, Lively responded by saying "All good." Ex. 281, video clip excerpt of WAYFARER_000140494.

### 7.  Heath Shows Lively An Image Of His Wife's Home Birth

117.    Lively has testified that, sometime in late May 2023, Heath ███████" showed Lively an image of his wife giving birth. Ex. 24, Lively Dep.at 188:17-190:21.  Lively said she stopped watching the video because there was ███████████" in it.  *Id.*

118.    Heath and his wife had a home birth for their younger daughter, using a birthing tub. Ex. 4, Heath 10/8 Dep. Tr. at 179:23-180:7.

119.    Baldoni had asked Heath to show Lively a video of the experience—which Baldoni had previously seen—showing Heath and his wife in a birthing tub, surrounded by their family.  Ex. 8, Baldoni 10/7 Dep. Tr. at 300:15-301:18; Ex. 12, Giannetti Dep. Tr. at 120:19-23.

████████████████████████████████████████████

████████████████. Ex. 12, Giannetti Dep. Tr. at 123:9-12; Ex. 70, Carroll Dep. Tr.at 109:1-2.

120.    Heath testified that he showed Lively a video depicting: "our midwife, my sister, my kids, my wife, myself, our newborn baby. I believe we were singing or praying." Heath and his wife were in a birthing tub with the baby, who was covered in a towel. Ex. 4, Heath 10/8 Dep. Tr. at 179:23-180:25.



121.

122.                                                         . Ex. 12, Giannetti Dep. Tr. at 122:03-04.

123.                                                    . Ex. 12, Giannetti Dep. Tr. at 122:06-07.

124.                                                    . Ex. 12, Giannetti Dep. Tr. at 122:7-22.

125.                                                    Ex. 12, Giannetti Dep. Tr. at 124:21-125:02.

### 8. Other Comments

126.    Lively also alleges that, during the first phase of filming, while riding in a car with Lively, her assistant, and her driver, Baldoni stated that he had not always obtained consent before sex. Ex. 3, SAC ¶ 93.

127.    Baldoni was not questioned about this incident during two days of depositions.

128.    He recalls a conversation with Lively in which he told her about his own experience of having a romantic partner go beyond his personal boundaries of consent.  Decl. of Justin Baldoni ("Baldoni Decl.) at ¶3.

129.    Baldoni has written about this experience in his published books and discussed in in public talks. Ex. 8, Baldoni 10/7 Dep. Tr. at 20:2-18, 22:22-23:11, 27:16-22; Baldoni Decl. ¶4.

130.    Lively's subsequent conduct confirms Baldoni's account. In her "protections" demands, she objected to Baldoni referring to ███████████████████████████████ ███████████████████████████████." Ex. 88, BL-000026031 (emphasis added).  In a subsequent text exchange ██████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████ Ex. 89, BL-000021208.

### 9.  Lively Gets COVID

131.    On or about May 26, 2023, Lively and her baby contracted COVID on set.  Ex. 90, BL-000011538.

132.    Other cast and crew members also got COVID.  Ex. 24, Lively Dep. Tr. at 184:1-8.

133.    Lively included her COVID exposure in her list of incidents that required "protections," as discussed below, and also alleges it as part of her harassment claims.  Ex. 88, BL-000026031; Ex. 3, SAC ¶109.

## I.    Lively's And Another Actor's Concerns Are Promptly Addressed Before The First Phase Of Filming Concludes

134.    ████████████████████████████████████████████████████ ████████████████████████████████████████████ Ex. 3 SAC ¶¶ 8, 120,

132; Ex. 12, Giannetti Dep. Tr. at 109:4-112:16. These included ██████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████ Ex.92, BL000033431.

135.   In an email on the same date, Lively asked ████████████████████

████████████████████████████████████████████. Ex. 93, BL-

000007955 at -56. Lively's email did not mention "sexual harassment" or "discrimination" or

make any accusation that any conduct rising to that level had occurred.

136.   ████████████████████████████████████████

████████████████████████████████████████. Ex. 12, Giannetti Dep.

Tr. at 138:2-7, 143:1-6; *see also* Ex. 39, BL-000018396 at -97 (████████████████████

████████████████████████████████ Ex. 94, BL-000011615 at -16.

137.   On May 28, 2023, Lively discussed the production with fellow cast member

████████. Ex. 95, BL-000020770 at -1-4. In this communication, ████████████████

████████████████████████████████████████. She also indicated that

██████████████████████████████████████████████████████

████ *Id.* at -1.

138.   Lively did not contact Wayfarer's HR department during the production, nor did

she file a formal sexual harassment complaint with Sony or Wayfarer's HR departments at any

time. Ex. 12, Giannetti Dep. Tr. at 299:22-300:15; Ex. 96, WAYFARER_000149780 (email

from Cynthia Barnes Slater confirming that Blake Lively did not make a complaint to

Wayfarer's HR department).

139.    On June 1, 2023, Lively asked Baldoni, Heath, and producer Alex Saks into her trailer. Ex. 24, Lively Dep. Tr. at 188:7-16; Ex. 4, Heath 10/8 Dep. Tr. at 213:13-25.   Lively discussed various topics, including: Baldoni's comment that the wardrobe for Lively's character looked "sexy" or "hot"; Heath showing Lively an image of his wife at around the time she gave birth; an instance in which Heath entered her makeup trailer while Lively was in a state of undress; an instance in which Baldoni had cried in her trailer over the negative public reaction to Lively's casting; and Heath and Baldoni's practice of hugging other cast and crew members. Ex. 97, NATHAN_00003767 attaching Ex. 219, NATHAN_00003768; *see also* Ex. 24, Lively Dep. Tr. at 191:13-192:4.

140.    Baldoni and Heath attempted to explain the innocent context and apologized for any discomfort Lively may have experienced. *See, e.g.*, Ex. 4, Heath 10/8 Dep. Tr. at 219:6-25, 284:6-12, 290:11-24.



141.

." *Id.* at 130:12-131:11.

142.

. Ex. 12, Giannetti Dep. Tr. at 147:15-148:10; Ex. 11, Saks Dep. Tr. at 100:20-108:18; Ex. 95, BL-000020771; Ex. 98, SPE_BL00020 at -24.

Ex. 12, Giannetti Dep. Tr. at 149:1-4.

████████████████████████████████████████████████████████. Ex.

11, Saks Dep. Tr. at 104:6-10.

143.    On May 30, 2023, Baldoni wrote messages to Lively and Slate separately,

thanking them for their work and stating: "I was made fully aware of your concerns.  I wanted

you to know that they are fully received, I hear you, and adjustments will be made accordingly. I

appreciate your feedback and really looking forward to working with you at the end of the

week." Ex. 99, WAYFARER_000141469 at -71; *see also id.* (message to Lively, using similar

language).

144.    Giannetti testified that ████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████    Ex. 12, Giannetti Dep. Tr. at

150:7-151:5.

145.    Neither Lively nor anyone else have identified any other incidents that they

believe may have constituted sexual harassment or discrimination after June 1, 2023. *See, e.g.*,

Ex. 11, Saks Dep. Tr. at 198:22-199:2; *see generally* Ex. 3, SAC.

146.    █████████████████████████████████████████████

████████████████████████████████████████████████    Ex. 13,

Slate Dep. Tr. at 296:3-8.

147.    Sarowitz has no firsthand knowledge of anyone on the set of *It Ends With Us*

advising Baldoni that any behavior was unwelcome.  Ex. 6, Sarowitz Dep. Tr. at 198:2-16,

199:2-5.

148.    Prior to this litigation, Sarowitz was not aware of any formal HR complaints that were filed in connection with the film.  Ex. 6, Sarowitz Dep. Tr..at 202:3-9, 275:11-12.

149.    Sarowitz was not aware of any SAG complaints that were raised concerning Baldoni's behavior on the set of the film.  Ex. 6, Sarowitz Dep. Tr. at 202:3-9.

150.    Nor was he aware of any reported allegations of misconduct prompting an HR investigation at Wayfarer Studios.  Ex. 6, Sarowitz Dep. Tr. at 213:15-19, 221:19-24, 224:4-11, 256:17-20.

151.    Nor does Sarowitz have any knowledge of any actual behavior on set that could be described as sexual advances or requests for sexual favors, verbal abuse of a sexual nature, commentary about an individual's body, sexual prowess, or sexual deficiencies, sexual jokes and innuendo, leering, whistling, or touching, insulting or obscene comments or gestures, display in the workplace of sexually suggestive objects or pictures, or other physical, verbal, or visual conduct of a sexual nature, outside of the subject matter of the film itself.  Ex. 6, Sarowitz Dep. Tr. at 217:19-218:4.

152.    Sarowitz is not aware of any complaints raised on set that were not resolved.  Ex. 6, Sarowitz Dep. Tr. at 221:4-18.

153.    Sarowitz was aware that Jenny Slate had a concern on set at one point, but he was not aware of the specifics of the issue and believed it was resolved.  To his knowledge, there were no additional issues or concerns raised by Slate.  Ex. 6, Sarowitz Dep. Tr. at 266:5-14, 267:14-16, 268:24-25.

154.    Sarowitz has never talked to Slate or met her.  Ex. 6, Sarowitz Dep. Tr. at 267:17-24.

155.    Sarowitz is unaware of any alleged complaint by Lively that Baldoni referred to her as sexy.  Ex. 6, Sarowitz Dep. Tr. at 265:16-19.

156.    On June 1, 2023, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉  Ex. 100, BL-000020779 at -80.

157.    Filming halted on June 14, 2023 due to the Writers Guild of America and SAG-AFTRA strikes.  Ex. 3, SAC ¶ 15; Ex. 24, Lively Dep.at 261:15-18; Ex. 71, WAYFARER_000141293.

**J.    During the Filming Hiatus, Lively Announced A List Of "Protections"**

158.    On July 19, 2023, approximately one month after filming had been interrupted due to the writers' strikes, Lively wrote to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  She told ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.  She continued: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉  Ex. 101, BL-000011555 at -56.

159.    On August 29, 2023, Lively wrote to her agent, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  Ex. 102, BL-000021967 at -71.

160.    During the next two months, Lively did not file any HR complaint.

161.    On November 9, 2023, Lively's attorney sent Imene Meziane, Vice President of Business and Legal Affairs at Wayfarer, and Joseph Lanius, outside counsel to IEWUM, a list of "Protections for Return to Production."  Ex. 103, WAYFARER_000140991.

162.     In an email accompanying the list, Lively's attorney stated that the list was being provided "to remedy the misconduct that Ms. Lively and others had allegedly reported."  Lively's attorney further stated that items on the list would need to be "observed by the Film's

producers" "in order for [Lively] to feel safe returning to the production." The email also stated "While we reserve all legal rights, at this stage our client is willing to forego a more formal HR process in favor of everyone returning to work and finishing the Film as long as the set is safe moving forward." It continued: "This letter is not intended to be, nor should it be construed as, a waiver, release or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved." Ex. 103, WAYFARER_000140991.

### 1. Several of the Requested "Protections" Were Already Substantially in Place.

163.    Lively requested that an intimacy coordinator must be present at all times when she was on set. SAC Ex. A, ¶ 1.

164.    IEWUM had already retained an intimacy coordinator ███████████████████████████. *See* Ex. 53, BL-000009220.

165.    Lively requested a closed set for any scene involving simulated sex or nudity, subject to a nudity rider and demanded that there be no rehearsal or filming of intimate scenes without such a rider in place. Ex. 3, SAC; SAC Ex. A, ¶¶ 2, 7, 15. Lively also sought an exception to the closed set requirement for an unspecified "representative of her choosing." *Id.* ¶ 8.

166.    The film's intimacy coordinator had already sought Lively's input on all intimate scenes in advance, and the parties had negotiated a nudity rider that Lively had already been provided. Ex. 60, 24-CV-10049_0001816.

167.    Lively requested pre-approval of any scenes involving physical touching, simulated sex, or nudity. Ex. 3, SAC; SAC Ex. A, ¶ 3.

168.    The Offer Letter setting out the basic terms of Lively's participation already provided that there would be "no nudity / simulated sex without Artist's prior written consent and negotiation/execution of a nudity rider."  Ex. 28, HEATH_000045678 at 80.

169.    Lively requested that any footage involving "any nudity and/or simulated sex…previously shot without the Nudity Rider" in place could not be used.  Ex. 3, SAC; SAC Ex. A, ¶ 7.

170.    There were no such scenes.  ███████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

171.    Lively requested that no one enter her trailer while she was in a state of undress. SAC Ex. A, ¶ 6.

172.    ████████████████████████████████████

████.  Ex. 87, Baker Dep., at 82:5-21.

173.    ████████████████████████      Ex. 24, Lively Dep. Tr. at 125:10-24.

174.    Lively requested an "A-list stunt double, approved by [herself], to rehearse and perform any scenes" depicting rape or sexual violence.  SAC Ex. A, ¶ 14.

175.    The Offer Letter setting out the basic terms of Lively's participation already provided that Lively had approval rights over any double.  Ex. 28, HEATH_000045678 at 80.

2.  Other requested "Protections" implicated Lively's Own Conduct.

176.    Lively requested that there was "to be no spontaneous improvising of any scenes involving physical touching, simulated sex or nudity."  SAC Ex. A, ¶ 4.

177.    On May 19, 2023, Lively oversaw a scene she herself added to the script, in which her character kissed Baldoni's character in every take, although there was no kiss in the script.  Ex. 104, video clip excerpt from WAYFARER_000140494.

178.    Lively requested that no comments be made concerning her personal, physical appearance.  SAC Ex. A, ¶ 4.

179.    ███████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████.  Ex. 41, BL-000008801; Ex. 42, BL-000008819-20; Ex. 44, BL-000008821-22; Ex. 43, BL-000021371.

180.    On one occasion, Lively advocated ███████████████████████████ ████████████████████████████████."  Ex. 105, BL-000011518 at -19; *see also* Ex. 106, BL-000007943 at -44 (Lively, writing: ████████████████████████████████████

██████████████

181.    Video footage also shows Lively explaining to a group of male crew members why her boots are "so sexy" because they are just "bone hitting wood."  Ex. 107, video clip excerpt from WAYFARER_000140494.

182.    Lively also commented on the physical appearance of other actors in connection with the project, both before and after issuing these demands.

   a.  When discussing one potential actor in the film with Baldoni on March 29, 2023, Lively said she was meeting ████████████████████████ Ex. 108, BL-000009166 at -67.

   b.  When discussing the marketing of the film in May 2024, Lively wrote to a younger male cast member: ████████████████████████████████████

   ████████████████."  Ex. 109, BL-000020058 at -59.

183.  ███████████████████████████████████████████████████████████

████████████████████████████████████████.  Ex. 95, BL-000020770 at -71.

184.  Lively requested there be "no physical touching (including hugging) of [herself],

her on-set personnel and/or her employees.  SAC Ex. A, ¶ 4.

185.  Lively herself had initiated hugs with Baldoni (Ex. 8, Baldoni 10/7 Dep. Tr. at

116:17-117:15) as had several members of her staff (*id.* at 117:20-118:14).

186.  More broadly, all staff members had engaged in large ███████████  Ex. 34,

Justin Grey Stone Dep. at 177:16-178:6.  A producer on the film observed that ███████████

██████████████████████████████████████████████████████████████████

██████████████████  Ex. 11, Saks Dep. Tr. at 139:6-9.

187.  Video footage shows Baldoni hugging male members of the cast and crew as

well. Ex. 110, video clip excerpt from WAYFARER_000140494; Ex. 280, video clip excerpt

from WAYFARER_000140494.

188.  Lively requested there were to be "no discussions of personal experiences with

sex or nudity."  SAC Ex. A, ¶ 5.

189.  Lively had previously volunteered to Baldoni details of her personal sex life.  Ex.

8, Baldoni 10/7 Dep. Tr. at 176:8-178: 21.

190.  ███████████████████████████████████████████████████████████

███████████████████  Ex. 95, BL-000020770 at -71.

191.  Lively's list also included several items that were wholly unrelated to her sex,

gender or physical appearance, including demands that Baldoni not "speak" to her dead father,

mention his own religious beliefs or ask for hers, or have "private, multi-hours meetings in

Lively's trailer with Mr. Baldoni crying," as well as a demand that Lively receive notice of COVID exposures on set.  Exs. 111-112, BL-000038461-62.

### 3.  Defendants Are Pressured To Accept Lively's Demands

192.    On November 11, Meziane explained to Lively's representatives that certain of the seventeen "Protections" were not viable.  Ex. 113, HEATH_000046158.

193.    

Ex. 33, Zavala Dep. Tr. at 117:8-118:19; Ex. 114, Zavala Dep. Ex. 5; Ex. 12, Giannetti Dep. at 296:10-12.

194.

" Ex. 12_, Giannetti Dep. Tr. at 295:18-296:8, 300:25-303; Ex. 115, Giannetti Dep. Ex. 19.

Ex. 12, Giannetti Dep. Tr. at 296:21-297:5.

### 4.  The Contract Rider "Agreement"

195.    On December 15, 2023, Lively's counsel sent Meziane a "draft side letter"—*i.e.*, a draft of what Lively's First Amended Complaint refers to as the "Contract Rider Agreement" ("CRA").  Ex. 116, BL-000038466-75; Ex. 3, SAC ¶426.

196.    In an accompanying email, Lively's counsel stated that the draft side letter

."  Ex. 116, BL-000038466.

197.    Following further negotiations, ████████████████████████████ (Ex. 12, Giannetti Dep. Tr. at 295:18-296:8), on or about January 19, 2024, Heath, acting on behalf of IEWUM, signed the CRA as a rider to the long-form agreement that was contemplated in the Offer Letter.  A true and correct copy of the executed CRA is at Ex. 117, HEATH_000045307.

198.    The parties to the draft CRA were IEWUM and Blakel, Inc.  Ex. 117, HEATH_000045307.

199.    The CRA contained a provision stating:

> There shall be no retaliation of any kind against Artist for raising concerns about the conduct described in this letter or for these requirements. Any changes in attitude, sarcasm, marginalization or other negative behavior, either on set or otherwise, including during publicity and promotional work, as a result of these requests is retaliatory and unacceptable, and will be met with immediate action.

Ex. 117, HEATH_000045307.

200.    The CRA expressly stated that it reflected "*additional* terms and conditions … which shall be deemed *incorporated into*" the ALA.  Ex. 117, HEATH_000045307 (emphasis added).

201.    The first "Whereas" clause of the CRA states that "the parties wish to confirm the conditions under which Lender has agreed to cause Artist to render acting services on the Picture following the break in production of the Picture related to the 2023 WGA and SAG-AFTRA labor strikes."  Ex. 117, HEATH_000045307.

202.    The CRA did not contain any provision embodying a promise that Lively would forego or delay any claim against any party.  Ex. 117, HEATH_000045307.

203.    At the time the CRA was executed, no long-form agreement had been signed, nor had the terms of any long-form agreement been finalized.  Heath Decl. ¶¶17-18.

204.    The CRA did not include any admission or acknowledgement of improper conduct or that any of the conduct prohibited by the rider had ever occurred. Ex. 3, SAC ¶ 149; SAC Ex. B.

205.    Wayfarer Studios was not a party to the CRA. *See* Ex. 117, HEATH_000045307.

206.    Lively has not provided any evidence that the compensation she received for her work was reduced following her demand for "Protections."

207.    Following Lively's insistence on a list of "Protections," and the execution of the CRA, her role in the production and involvement in the film was not constrained or diminished in any way. Instead, Lively's control over the film continued to expand. On December 28, 2023, Baldoni wrote that although he was angry and upset about "letting Blake take over a film and re-write a movie we spent years developing, writing and funding … I am waving the white flag and submitting. I am going to give her 98% of what she wants." Ex. 118, BALDONI_000018926.

### 4. Lively And Her Husband Make Additional Demands During A Meeting At Her Home

208.    On January 4, 2024, Lively, Baldoni, Heath, and others met at Lively's apartment, at Lively's request. Ex. 12, Giannetti Dep. at 304:21-307:4; Ex. 119, AS000101.

Ex. 12, Giannetti Dep. at 305:11-22.

. Ex. 120, SPE_BL0004526 at -27.

Ex. 12, Giannetti Dep. at 304:21-307:4; Ex. 3, SAC ¶ 20.

209.    During the meeting, Lively read a longer list of demands off her phone. *See* Exs. 111-112, BL-000038461-62; *see also* Ex. 3, SAC ¶20. In addition to the "Protections" discussed

37

above, these demands appeared to refer to several incidents Lively had raised previously, including Baldoni's reference to circumcision in their first meeting; his discreet inquiry about her weight in April 2023; and the events she had discussed in June 2023, such as the birth video she was shown by Heath and Baldoni's references to his prior pornography addiction; as well as insinuations that Defendants needed to be told not to discuss "personal experiences with sex" or make "sexual comments" to female cast or crew.  Lively also demanded that Baldoni not "speak" to her dead father, mention his own religious beliefs, or have "private, multi-hours meetings in Lively's trailer with Mr. Baldoni crying." Lively also demanded notice of COVID exposures on set.

210.     Although the attendees were stunned by the nature of the meeting, they made efforts to assuage Lively's anger though neither Heath nor Baldoni admitted any wrongdoing. Ex. 12, Giannetti Dep. at 304:21-307:4; Ex. 4, Heath 10/8 Dep. Tr. at 290:11-24; Ex. 121, BALDONI_000026204.

211.     Sarowitz was not present at the meeting that took place in New York on January 4, 2024.  Ex. 6, Sarowitz Dep. Tr. at 273:6-10.  He does not recall exactly when he learned about the meeting.  Ex. 6, Sarowitz Dep. Tr. at 304:21-25.  Sarowitz recalls speaking to Baldoni about the meeting at some point in time but does not know the exact date they spoke.  Ex. 6, , Sarowitz Dep. Tr. at 303:19-304:7.

212.     Sarowitz was never aware that anyone ever referred to the meeting as an "HR complaints meeting."  Ex. 6, Sarowitz Dep. Tr. at 274:25-275:5.

213.     Sarowitz is aware that Lively sent a list of demands for her return to work, which were honored.  Ex. 6, Sarowitz Dep. Tr. at 210:11-211:3.

214.    Sarowitz has no knowledge that anyone at Wayfarer Studios committed any of the acts implied in the list of demands. Ex. 6, Sarowitz Dep. Tr. at 227:2-13, 291:7-14.

215.    Sarowitz understood that Wayfarer Studios acceded to Lively's list of demands under duress and with a caveat saying that the studio did not necessarily agree with the demands. Ex. 6, Sarowitz Dep. Tr. at 291:7-14.

216.    Around the time Lively provided her list of demands, representatives from Wayfarer Studios spoke to counsel, who advised there were no events that they felt would require an investigation. Ex. 6, Sarowitz Dep. Tr. at 224:12-15.

**K.    After Making Her "Protections" Demands, Lively Revised Several Scenes To Be More Sexually Charged**

217.



. Ex. 122, SPE_WF0000021; Ex. 123, SPE_WF0000022; Ex. 124, SPE_WF0000024; Ex. 125, SPE_WF0000025; Ex. 127, SPE_WF0000026; Ex. 127, SPE_WF0000027.

218.    In a revision of ⬛⬛⬛ Lively explained that she was trying to ⬛⬛⬛



Ex. 125, SPE_WF0000025. In her revised scene, ⬛⬛⬛

. Sex." Ex. 128, 24-CV-10049_0000319, at -355. Later the characters are described as ⬛⬛⬛

*Id.* at -356. ⬛⬛⬛

⬛" *Id.* at -358.

39

219.    In another December 2023 revision, Lively directed Baldoni's character to say:

[REDACTED]

[REDACTED]  Ex. 126, SPE_WF0000026.

## L.    The Second Phase Of Filming, Including All Of Lively's Intimate Scenes, Proceeded Without Incident

220.    Production resumed on January 5, 2024. Ex. 12, Giannetti Dep. at 173:7-8.

221.    The second phase of filming took place primarily on a New Jersey set and with a few additional days in California. Ex. 24, Lively Dep. at 261:24-25.

222.    That day, Lively told Slate: [REDACTED]

[REDACTED]  Ex. 129, BL-000020898.

223.    One week into filming, on January 14, 2024, Lively told Slate [REDACTED]

[REDACTED]"  Ex. 130, BL-000020899 at -900.

224.    [REDACTED]

[REDACTED]  Ex. 33, Zavala Dep. Tr.at 124:3-15; 236:19-237:22.

225.    Lively [REDACTED]

[REDACTED]  Ex. 39, BL-000018396 at -97. Lively also

[REDACTED]

[REDACTED]  *Id.*

226.    Filming concluded on February 9, 2024. Ex. 3, SAC ¶ 21.

**M.    Lively Exercised Near Total Control Over The Second Half Of Production**

227. ███████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████

███████████████████████████████████

████████████████████████████████████████████

**N.    Lively Used The Influence Of Her Famous Friends To Take Over The Film Entirely**

228.    On or about February 22, 2024, Lively told Sony that she would not agree to promote the film unless she was permitted to participate in the edit. Ex. 131, BALDONI_000018831.

229.    During the ensuing weeks, Lively ████████████████████████ ████ *See* Ex. 132, BL-000019015 at -16; Ex. 133, BL-0000188 at -09.

230.    Lively told famous friends, ████████████████████████████ ███████████████████████████████████████." Ex. 134, BL-000027070. She also did not hesitate to disparage Baldoni among her Hollywood crowd, describing him ████ ████ for example, as ████████████ *See* Ex. 135, BL-000027069 ██████████ ██████████████████████████████████████████████ ███████████████████████████████████). 

231.    Lively urged ████ as well as her famous friends, █████████████ ███████████████████████████████ ████ Ex. 134, BL-000027070; Ex. 135, BL-000027069; Ex. 136, BL-000018825. For

instance, in April 26, 2024 messages, █████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████." Lively

responded: "████████████████████████████████████████████████

█████████████████████████████." Ex. 137, BL-000018810.

    232.   █████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████

█████████████████████████ Ex. 138, BL-000019326.

    233.   Lively also demanded changes to the film's credits, including █████████████

███████████████████████████████████████████████████

████████████████, and removing a credit stating that *It Ends With Us* was a "film by" Baldoni

altogether. Ex. 139, BL-000019455; Ex. 140, SPE_WF0000641; Ex. 141, SPE_BL0022958; Ex.

8, Baldoni 10/7 Dep. Tr. at 328:9-17 ("Ms. Lively had requested that my name be removed. So I

had my "a film by" credit removed."); Ex. 142, Greenberg Dep. Tr. at 138:2-19.

    234.   ██████████████████████████████████████████

█████████████████████. Ex. 142 at, Greenstein Dep. Tr. 325:6-327:14

██████████████████████████████████████████████████

████████

    235.   Lively also insisted that Baldoni's image be removed from marketing materials

and the film's poster, which ultimately just featured Lively herself. Ex. 8, Baldoni Dep. (Oct. 7,

2025) at 328:9-17; Ex. 143, BALDONI_000024619.

236. █████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

███████

█████████████████████████████████

███████

237.    The film's post-production supervisor wrote: ██████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

██████████████████████." Ex. 144, BL-000018409.

238.    Lively asserted ████████████████████████████████

████████████    Ex. 39, BL-000018396 at -98-99.

239.    Josh Greenstein, the President of Sony's Motion Picture Group, wrote ████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████    Ex. 145, BL-000018415.

240.    On July 7, 2024, Lively told ████████████████████████████████

████████████████████████████████████████████████████████████████ ." Ex.

146, BL-000028962.

241.    The film premiered in New York City on August 6, 2024 and it was released to

the public on August 9, 2024.  Ex. 24, Lively Dep. at 274:13-17, 275:1-18.

## O.    Lively And Her Husband Took Steps To Harm Baldoni's Reputation

242.    On or about July 17, 2023, during the filming hiatus and before presenting her

"protections" demands, Lively and her husband Ryan Reynolds "unfollowed" Baldoni on

Instagram.  *See* Ex. 3, SAC at 186 n.26.

243.    After the conclusion of filming and leading up to the premiere, Lively and her

husband Ryan Reynolds openly attacked and disparaged Baldoni, seeking to tarnish his

reputation in Hollywood, including among their famous and powerful friends, as well as with

fellow cast members, and in the media.  For instance:

a.    ████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

d. 

244.    During the relevant period,

Ex. 142, Greenberg Dep. at 12:16-18, 17:7-18:14,

35:25-36:2.

245.    On July 13, 2024,

Ex.

149, RR-SUBPOENA-000000082.

246.    On or about June 20, 2024, a promotional event for the film was held at Book

Bonanza, Hoover's annual romance-book convention. Baldoni was not permitted to attend. Ex.

11, Saks Dep. Tr. at 150:7-152:22. Ex. 75, Ferrer Dep. Tr. at 272:16-276:3.

Ex. 11, Saks. Dep. Tr.

at 151:24-153:17.

247.    In July, Lively excluded Baldoni from a marketing shoot for the film conducted

by her husband's marketing company, Maximum Effort. Ex. 152, ABEL_000018946; Ex. 142,

Greenberg Dep. Tr. at 227:3-14.

248.    Lively and others at Sony were aware that the media, including social media, was picking up on Lively's efforts to alienate Baldoni from the cast and film, while generating adverse publicity about Baldoni.  For instance:



a. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 153, BL-000021232.

b. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮ Ex. 154, SPE_BL0008472.

**P.    Lively Took Steps To Exclude Baldoni From The Premiere Of His Own Film**

249.    On or about July 22, 2024, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  *See* Ex. 155, WME_00001254 (Danny Greenberg, writing: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 156, WME_00001266.

250.    Ultimately, Baldoni and the Wayfarer team were not allowed to be on the red carpet during the premiere, except during specified times when Lively was not present.  Baldoni and his team were also required to wait in a basement while Lively conducted her red carpet pictures, and then view the film on a separate screen.  Ex. 2, Heath 10/9 Dep. Tr. at 96:18-21; Ex. 6, Sarowitz Dep. Tr. at 140:11-13; Ex. 157, WAYFARER_000141754; Ex. 158, WAYFARER_000141765.

251.    █████████████████████████████████████

███████████████. Ex. 159, SPE_BL0023136.

**Q.    Baldoni, Heath, and Wayfarer Retained A Crisis PR Firm To Assist And Advise Them In The Face Of Growing Adverse Media Attention**

252.    For years prior to the events at issue here, Jennifer Abel, a public relations professional, had worked with Wayfarer and Baldoni on PR matters. Ex. 160, Abel Dep. Tr. at 38:15-40:17.

253.    Wayfarer and Baldoni were concerned that any adverse media would harm the reception and success of the film. Ex. 161, Hanks Dep. Tr. at 275:8-15; Ex. 162, HEATH_000019467.

254.    Even as the negative press intensified, Wayfarer gave Abel and her colleagues "explicit instructions…to not place any story that was negative about Blake [Lively] or otherwise. Our main focus was to mitigate the negative press that was breaking, organically, from the press tour." Ex. 160, Abel Dep. Tr. at 340:15-22.

255.    On July 24, 2024, Heath and Jen Abel agreed that "██████████████████

██████████" in response to the swirling press rumors. Ex. 163, BL-000006379 at -6410.

256.    On or about July 25, 2024, Baldoni and Heath first met with TAG, Melissa Nathan's PR firm, to discuss the possibility of retaining the firm for crisis PR. Ex. 164, KCASE-000005773. A TAG employee's notes from that meeting state that Wayfarer was "Not going to fire offensive bullets but [wanted] to have a strategy." *Id.*

257.    On July 26, 2024, TAG circulated a proposed "Scope of Work.". Ex. 165, NATHAN_000003795. It included providing "support" for Baldoni and others with "independent strategic counsel," "curat[ing] statements, background information, and talking points for the press reflecting [Wayfarer's] core values, key messaging, and the integral role they

47

played to bring this film to life," developing a "scenario planning document," identifying "third party validators," working to "mitigate negative stories / correct inaccuracies," and monitoring coverage, as well as providing input on press strategies and media training.

258.    On July 30, 2024, Wayfarer President Tera Hanks wrote to Stephanie Jones:

██████████████████████████████████████████████████████████

█████████████████████████████████." Ex. 166,

JONESWORKS_00030156.

259.    Wayfarer hired TAG and Nathan on August 2, 2024.  Ex. 167, JONESWORKS_WAYFARER_000003009.

260.    On August 2, 2024, TAG circulated a "Scenario Planning" document listing a series of possible options for responding to the public relations crisis facing Baldoni and Wayfarer.  Ex. 168, NATHAN_000005497.   Nathan has testified that document was not an approved action plan, but only a preliminary document for the purposes of "scenario planning," with each suggestion being only "a possibility.  This is not definitive."  Ex. 169, Nathan 9/29 Dep. Tr. at 111:18-112:4 ("[T]his is scenario planning. So this is a possibility. This is not definitive.").

261.    On August 4, 2024, TAG employees exchanged messages discussing the ██████

████████████████████████████████████████████ because they ██████

██████████████████████" Ex. 170, KCASE-000002654.

**R.    In The Days After The Premiere, Negative Press Against Baldoni Intensified**

262.    On or about August 7, 2024, additional cast members unfollowed Baldoni on social media, at Lively' prompting.  *See* Ex. 171, SPE_WF0000719 at -721 ███████████

263.    On August 8, 2024, *The Hollywood Reporter* published an article entitled: "Did Blake Lively, Justin Baldoni Have A Rift Over It Ends With Us? Sleuthing TikTokers Think So." Ex. 3, SAC ¶ 237 n.36. The article discussed Baldoni being excluded from press for the film and unfollowed by Lively and other cast members.

264.    On or about August 8, 2024, Lively's PR representative, Leslie Sloane, ███ ████████████████████████████████████ Ex. 172, LS-0000223 at -224.  Sloane testified ████████████████████████████████

████████████ Ex. 173, Sloane Dep. Tr. at 100:15-104:7.

265.    Sloane also ████████████████████████████████ ████████████████████████████████ Ex. 172, LS-0000223 at -224.  Sloane testified █████████████████████████ ████████████ " Ex. 173, Sloane Dep. Tr. at 103:8-18.

266.    On August 8, 2024, ████████████████████████████ ████████████████████████████ ████████████████████████ ████████████████████████████ ████████████████████████████ ████ Ex. 173, Sloane Dep. Tr. at 148:4-152:12.

267.    The same day, ████████████████████████ ████████████████████████████

49



Ex. 175, LS0000314 at -315.

268.    Heath, Abel, and Nathan did not want to add fuel to the fire by prompting additional adverse media.  In particular, they told Jones not to contact the press about Lively.  Upon learning that Jones had done so, on August 9, 2024, Heath wrote to Jones: ██████████ ██████████████████████████████████ Ex. 176, JONESWORKS_00030241.

269.    On August 9, 2024, *The Daily Mail* published an article entitled: "Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni."  Ex 177, James Vituscka & Lillian Gissen, "Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni" (Aug. 15, 2024), https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html.  That article quoted sources asserting Baldoni was 'chauvinistic' and 'borderline abusive' on set.  It also noted that "rumors of a vicious feud" between Lively and Baldoni had "been swirling for weeks, with online sleuths highlighting how the on-screen love interests were not pictured together at the US premiere – while some cast members have blatantly swerved questions about the director."

270.    That day, Lively's agent wrote to Lively: ████████████████████████ ████████████████ Ex. 178, BL-000020323 at -324.

271.    ████████████████████████████████████ ████████████. Ex. 179, SPE_WF0000740179.

**S.    Wayfarer Hired Street Relations To Monitor Social Media**

272.    On August 7, 2024, Abel wrote to Nathan: "I think we really need to put the social combat plan…into motion."  Ex. 180, NATHAN_000003599 at -602.  She noted that she was waiting on a greenlight from Heath to do so.  *Id.* at -603.

273.    On August 8, 2024, Nathan proposed a quote for a new scope of work that included additional social media engagement.  Ex. 181, JONESWORKS_00006978; Exs. 182-183, SR 1.00000007-08.

274.    On or about August 9, 2024, Wayfarer engaged Jed Wallace's firm, Street Relations, to monitor the social media discussion concerning Lively, Baldoni, and the film.  Ex. 184, SR 1.00000011.

275.    Jed Wallace has testified that his firm did not surreptitiously spread negative information about Lively and has no ability to do so.  Ex. 185, Wallace 10/9 Dep. Tr. at 23:19-24:1 ███████████████████████████████████████████████████████

███████████████

**T.    Lively Suffered Backlash**

276.    In August 2024, Baldoni himself repeatedly made positive comments about Lively in the press. ███████████████████████████████████████████

███████████████ " Ex. 186, BL-000003219.

277.    Melissa Nathan confirmed to Sloane that she was not ███████████████

███████████████████████████████ " Ex. 173, Sloane Dep. Tr. at 205:15-19.

278.    On August 8, 2024, Nathan also told her own sister, gossip reporter Sara Nathan, that she had not contacted reporters on Baldoni's behalf and did not intend to do so.  Ex. 187, NATHAN_000002493.

279. 

Ex. 173, Sloane Dep. Tr. at 287:21-288:3.

280.   As of August 11, 2024,

. Ex. 188, JONESWORKS00015018 at -18.

281.   On August 11, 2024, the *New York Times* published an article entitled "What 'It Ends With Us' Says About the Blake Lively Brand."  Ex 189, Esther Zuckerman "What 'It Ends With Us' Says About the Blake Lively Brand" (Aug. 11, 2024), https://www.nytimes.com/2024/08/11/movies/it-ends-with-us-blake-lively-brand.html.  The article discussed Lively's efforts to cross-promote the film and her personal haircare and alcohol brands as well as her husband's brand of gin.  For instance, it stated: "A promotional email explained how to make 'It Ends With Us'-inspired cocktails using Betty Buzz. One recipe called for Reynolds's gin. It's a cheery gimmick that seems awkwardly out of step with the context of the film itself, which tells the story of a woman dealing with domestic violence. … [Lively's] performance is almost beside the point. Lively has transformed the project into film-as-commerce." *Id.* There is no evidence that Defendants played any role in this article.

282.   On August 13, 2024,



Ex. 190, SPE_BL0003328.

283.   Also on August 13, Nathan privately observed to Abel that there was a "completely unsolicited story from tmz – Blake has a huge ego [Justin Baldoni] was liked by

many cast and crew And this is her ego being bruised." Abel responded: "Not from any of us obv." Nathan agreed: "Totally not from us." Abel concluded: "These are clearly people on set coming out to defend [Baldoni] which is good and we just let them do their thing." Ex. 191, NATHAN_000000547.

284.    The same day, Lively wrote to another male cast member: ███████████

███████████████████████████████

████████    The cast member responded: ████████████████████." Ex. 192, BL-000020228 at -229.

285.    On or about August 19, 2024. ███████████████████

███████████████████████████████████

███████████████████████████████████

█████████████    Ex. 193, WME_00001051.

286.    Prior to these events, Lively had been criticized for ████████████

████████████████████████. Ex. 24, Lively Dep. Tr. at 208:11-25. ████████████████. Id. at 209:6-14; see also Ex. 194, ████████ (Oct. 17, 2025) at 47-49.

287.    Prior to these events, Lively had also been criticized for "problematic on-set behavior" while working on the TV show *Gossip Girl*. Ex. 195, Lively's Third Amended Responses To Wayfarer Studios LLC's Second Set Of Interrogatories No. 21 (Oct. 17, 2025) at 15 (referring to January 7, 2024 video). These criticisms resurfaced in August 2024. *Id.*

288.    ████████████████████████████████

████████████. For instance:

53

a. 

Ex. 196, SPE_BL0023201 at -202.

b.

Ex. 197,

SPE_WF0000762.

c.

Ex. 198,

SPE_WF0000793 at -794.

289.    As negative sentiment toward Lively accelerated, Baldoni asked his PR team to confirm that it was not using "bots" or fake accounts to generate positive sentiment for him online.  Abel and Nathan both confirmed that they were not using bots or fake accounts.  Ex. 199, BL-00000216 at -253; Ex. 190, BL-00000328; Ex. 200, JONESWORKS_0000001; Ex. 201, NATHAN_000000290.

290.    On August 19, 2024, Baldoni asked Nathan about the negative sentiment toward Lively online.  He wrote:  "This is not us, correct?"  Nathan responded: "None of us would ever do this….there is this struggle where it's kind of maybe even unbelievable the way that people

are turning against her … But they are. Organically. It's organic she's blown herself up by her own actions [Cites article describing Lively's past use of a transgender slur]…This just ran – obviously none of us knew about this either. But once media goes in, they go in … You did not do any of these[,] we did not do any of these. This is all organic." Ex. 202,

NATHAN_000000278-279.

291.    On August 27, 2024, Baldoni privately discussed with Nathan that he had "no intention…to make [Lively] or anyone an outcast" and told Nathan he was "Praying for [Lively and Reynolds]." Ex. 203, NATHAN_000000292.

292.    On August 27, 2024, Baldoni wrote to Heath, Nathan and Abel: "Definitely don't want to place stories – and yet just want to change the narrative." Heath subsequently responded: "Let's stay the course and not react." Abel agreed: "we want to keep our participation with press to a min and keep steering the narrative into other things where we can." Ex. 204,

NATHAN_000001030 at -32.

**U.    Lively and Her Husband Spread Negative Information About Baldoni And Work To Kill Negative Stories About Lively**

293.

294.

295.

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

Ex. 207, RR-SUBPOENA-000000113-115.

296. ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████  Ex. 173, Sloane Dep.

Tr. at 192:07-21.

297.    On August 15, 2024, Sloane wrote to another gossip reporter, asking him to change the wording of a headline about the "feud" between Lively and Baldoni. ████████

████████████████████████████████  After reviewing the article, ████████

██████████████████████████████████████████████████

███████████████████

298.    ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

56



299.

300.

301.    During this period, Defendants believed that Lively's press team was spreading negative information about Baldoni and using bots.



a.

b.

c. 

## V.    Lively Failed To Uncover Proof That Defendants Spread False Information About Her

302.    During this litigation, Lively responded to interrogatories seeking identification of the ways in which Defendants supposedly "seeded social media content" to increase the "negative sentiment" toward Lively.   Ex. 195, Lively's Third Amended Responses To Wayfarer Studios LLC's Second Set Of Interrogatories No. 21 (Oct. 17, 2025).[1]

303.    Nearly half the incidents Lively identifies are devoid of any negative content about Lively and merely claim that Defendants either "suppress[ed] content about Mr. Baldoni or enhanc[ed] positive content regarding Mr. Baldoni."   Ex. 195, Lively's Third Amended Responses To Wayfarer Studios LLC's Second Set Of Interrogatories No. 21 (Oct. 17, 2025). These include:

a.  Baldoni's effort to focus his press and promotion for the film on the issue of domestic violence and to "boost" videos by others showing him promoting his film. Ex. 220, BALDONI_000015675220; Ex. 221, JONESWORKS_00013830; Ex. 222, BALDONI_000019422.

b.  

---

[1] Wayfarer, Abel, Nathan, and TAG propounded substantially similar interrogatories to Lively on this topic, and Lively provided substantially similar responses. *See* Ex. 215, Lively's Third Amended R&Os to Abel's Second Set of ROGs; Ex. 216, Lively's Third Amended R&Os to Nathan's Second Set of ROGs; Ex.-217, Lively's Third Amended R&Os to TAG's Second Set of ROGs.



304.    Lively also points to incidents in which certain Defendants spoke to the press about Lively herself.  None of these incidents involved sharing any factual falsehoods about

Lively; instead, they involved pointing out true facts about Lively or her husband's conduct or sharing negative opinions of that conduct. Ex. 195, Lively's Third Amended Responses To Wayfarer Studios LLC's Second Set Of Interrogatories No. 21 (Oct. 17, 2025).

305.



Ex. 194,       (Oct. 17, 2025) at 52-57.

306.    Lively has not put forward any evidence to suggest the "little bump" video is not genuine, or that Defendants had any contact with the reporter in the video.

**W.    Sarowitz Played No Role In Marketing The Film Or Wayfarer's Publicity Strategy**

307.    Sarowitz was not involved in the marketing of the film, and did not review any of the marketing materials for the film created by Wayfarer Studios or Sony.  Ex. 6, Sarowitz Dep. Tr. 146:8-18, 121:3-5.

308.    Sarowitz did not participate in any respect in any of the preparation in advance of Baldoni's interviews regarding the release of *It Ends With Us*.  Ex. 6, Sarowitz Dep. Tr. 137:19-22.

309.    Sarowitz himself participated in certain interviews in August 2024, but did not do any media interviews in conjunction with the release of *It Ends with Us* in the first couple of weeks of August 2024.  Ex. 6, Sarowitz Dep. Tr. 138:3-10.

310.    Sarowitz was not involved in hiring any PR team for Wayfarer.  Ex. 6, Sarowitz Dep. Tr. 152:4-9.

311.    Sarowitz was not asked his opinion on hiring The Agency Group before they were retained.  Nor did he vet The Agency Group before they were retained.  Ex. 6, Sarowitz Dep. Tr. 152:16-153:2.

312.    Sarowitz also did not approve the hiring of Street Relations.  He was not consulted before they were hired and was not involved in that decision.  Ex. 6, Sarowitz Dep. Tr. 153:3-154:7.

313.    There is no evidence that Sarowitz received or reviewed the "Scenario Planning" document circulated by TAG prior to this litigation.

314.    There is no evidence that Sarowitz ever spoke with Jed Wallace or any employee of Street Relations prior to this litigation.  Ex. 4, Heath 10/8 Dep. Tr. 338:5-10.

315.    In her interrogatory response, Lively has identified each instance in which the Defendants purportedly spread "negative" information about her.  Ex. 195, Lively's Third Amended Responses To Wayfarer Studios LLC's Second Set Of Interrogatories No. 21 (Oct. 17, 2025).  The interrogatory response does not identify any specific instance in which Sarowitz himself was involved in circulating any information about Lively whatsoever prior to this litigation, and only one instance in which he weighed in on press strategy concerning Lively.

316.    ███████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████
███████████████████████████████████
████████████████████████████
████████████████████████





326.    Sarowitz had a call with Claire Ayoub on August 29, 2024, which Ayoub
recorded. Ex. 245, BL-000033428; Ex. 246, Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.);
Ex. 6, Sarowitz Depo. Tr. 312:3-313:24.

327.    During the conversation, Sarowitz stated the following: "The *It Ends With Us*
drama is simply that it is a drama, I'm done with it….It's going to happen when it's going to
happen.  You know, whatever is going to happen, whatever people want to think they are going

to think.  I was worried about it at one point and now I just -- now I'm just going to let the chips

fall where they may.… If they like us, great, if they don't, they don't.  We are who we are."  Ex.

246, Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) 5:1-16.

      328.    He further stated: "They went after everything we had.  Luckily I was out of it so

like – [n]obody mentioned me.…That's because I'm a nobody.  I'm like I'm nobody, you

know."  Ex. 246, Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) 19:24-20:8.

      329.    He further stated: "Justin never has a bad set.  Yet, it was the worst set he has ever

been on, but no, it wasn't bad.  I was there on set.  It was, you know, Justin is really kind and

loving and he is like Rainn, actually Rainn is running a set…It is a Bahá'í set.  It is never going

to be like that, no.  Everything was made up, it was manufactured, and it was – it was

manufactured on purpose in order to take Justin down."  Ex. 246,  Oct. 3, 2025 transcript (Ex. 15

to Sarowitz Dep.) 31:7-13.

      330.    He also stated: "I just know that for right now it seems like détente and then if

they persist and they push to the limits then we will go to court and then it's all on me."  Ex. 246,

Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) 36:16-20.

      331.    In response to a question by Ayoub as to whether he meant "protecting the

studio," Sarowitz replied "I will protect the studio like Israel protected itself from Hamas.  There

were 39,000 dead bodies.  There will be two dead bodies when I'm done.  You know, and so not

dead, but, you know…But you're dead to me…So that kind of -- that kind of dead, but dead to a

lot of people.  If they ever get me to that point then I will make it worth their while because I'm

going to spend a lot of money to make sure the studio is protected.  But I don't think we will go

there."  Ex. 246,  Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) 36:23-37:18.  Ayoub replied

"Yeah, I hope not." And Sarowitz stated "That's not the world I want to live in." Ex. 246, Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) 37:19-22.

332.    Sarowitz further stated "this is not going to go away, I don't think it is going to go away anytime soon….We will have to be defensive for years because there will be stuff coming at us. I will be defensive for years." Ex. 246, Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) 38:6-13. When Sarowitz said this, he meant that he would defend Wayfarer Studios. Ex. 6, Sarowitz Dep. Tr. 334:2-10.

333.    Sarowitz further stated: "If they ever cross the line, ever, then I will go after them. Jamey at one point called me up and said I think we're going to need you. And we have lawyers ready to go, we have our press people, our PR people working." Ex. 246, Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) 38:15-24.

334.    Sarowitz further commented: "you work with so many people and almost everybody is nice, and then there is Blake who she is totally different than everyone….Not to say anything bad about her, but … [s]he is different. She is different." Ex. 246, Oct. 3, 2025 transcript (Ex. 15 to Sarowitz Dep.) . 55:9-14.



335.

336.

## X.  Lively Obtained Documents Through A Sham Subpoena, Abusing Judicial Process To Serve Her Own Ends



337. ▮

338. ▮

339. ▮

340. ▮

. Ex. 248, Harris Dep. Tr. at 224:15-225:15.

341.  On or about October 1, 2024, taking advantage of New York rules that permit discovery even before issue has been joined, and of the fact that no defendants had been named who could thereby invoke the Court's process on their behalf, ▮

▮

[REDACTED]

[REDACTED]

342.    Such requests were made even though the complaint did not refer to the film or Jonesworks at all, *see* Ex. 249, VANZAN_00001, nor [REDACTED]

[REDACTED]    *see* Ex. 248, Harris Dep. Tr. 38:18-39:1

[REDACTED]

343.    The filing of the lawsuit and the issuance of the subpoena created a legal mechanism by which Lively, through Vanzan, could ostensibly claim to legitimately obtain the documents Jones had found on Abel's phone.  Absent a court's compulsory process, Jones could not simply turn over records she found on one of her employee's phones.  Ex. 251, JONESWORKS_00030306.

344.    [REDACTED]    Vanzan voluntarily dismissed the case on December 19, 2024, without any defendant ever appearing in the action.  *See Vanzan Inc. v. Does 1-10*, No. 655130/2024 (N.Y. Sup. Ct.), NYSCEF No. 2; *see also* Ex. 248, Harris Dep. Tr. 63:24-64:2.

345.    On December 21, 2024, *The New York Times* published a 4,000 word article entitled "We Can Bury Anyone: Inside a Hollywood Smear Machine."  Ex. 242, WAYFARER_000142613.  The article cited documents from Abel's phone that Vanzan had obtained by invoking the Court's process in a case against 10 anonymous Doe defendants.  It appears that Jones agreed to turn over the documents without any protective order or measure to prevent their disclosure.

346.    *The New York Times* article asserted that Baldoni and Heath had violated physical boundaries and made sexual and other inappropriate comments to and then instituted a retaliatory

"smear campaign" against Lively.  *Id.*  *The New York Times* article included a link to Lively's
California state administrative complaint, which had been filed the previous day.  *Id.*

347. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████

348.    Through the administrative complaint she provided, Lively and/or her agents told
*The New York Times* and other media that Baldoni had "abruptly pivoted away" from the agreed-
on marketing for the film to emphasize his support for survivors of domestic violence.  Ex. 252,
CRD ¶ 7.  That statement is false.  *See* Ex. 253, BALDONI_000030667 (cover email to Sony);
Ex. 254, BALDONI_000030668 (IEWU initial campaign concepts).

349.    Through the administrative complaint she provided, Lively and/or her agents told
*The New York Times* and other media Baldoni and Wayfarer had not used nudity riders or
intimacy coordinators on set until her intervention.  Ex. 252, CRD ¶ 30.  That statement is false.
*See* Ex. 255, HEATH_000045527; Ex. 256, 24-CV-10049_0001819; Ex. 60, 24-CV-
10049_0001816.

350.    Through the administrative complaint she provided, Lively and/or her agents told
*The New York Times* and other media Baldoni had suggestively told Lively her neck "smells so
good" during a shot.  Ex. 252, CRD ¶ 32.  Video captured of the scene demonstrates that
statement was false. Ex. 74, WAYFARER_000140494.

351.    Through the administrative complaint she provided, Lively and/or her agents told
*The New York Times* and other media Baldoni had "routinely degraded Ms. Lively by finding
back channel ways of criticizing her body and weight," including by pretending a scene in the
script required him to lift Lively so he could ask her trainer about her weight and by referring

Lively to a weight loss specialist.  Ex. 252, CRD ¶¶ 51-52.  Those statements were false. *See* Ex. 257, BALDONI_000026173; Ex. 258, BL-000011258 at -11329.

352. ███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

## Y.    Lively Negotiated Every Aspect Of Her Work, But Never Reached Agreement

### 1.  The Offer Letter

353.    As discussed above, formal negotiations regarding the terms governing Lively's potential performance in *It Ends With Us* commenced in mid-December 2022, when Meziane sent Lively's representatives a draft Offer Letter under which Lively would agree to perform in the role of Lily Bloom in the film.  Ex. 26, HEATH_000046097.

354.    The first draft of the Offer Letter defined "Producer" as "Wayfarer Studios (or their designated production service entity)."  Ex. 27, HEATH_000046098.

355.    On April 25, 2023, Lively's lawyer revised the Offer Letter to define "Producer" as IEWUM, an entity that Lively's representatives understood was Wayfarer's "designated production service entity" for the film.  Ex. 260, HEATH_000045731; Ex. 261, HEATH_000045741.

356.    The Offer Letter set forth basic parameters of the anticipated agreement, which endured throughout the drafting process:  Lively's loanout company Blakel, Inc. (defined as "Lender") would agree to furnish Lively (defined as "Artist") to perform in the role of Lily on specified dates.  Ex. 28, HEATH_000045678.

357.    Lively would also receive top billing and an "Executive Producer" credit.  Ex. 28, HEATH_000045678.

358.     In exchange for this and other consideration to Lively, IEWUM (ultimately defined as "Producer") would pay Lively a substantial up-front fee, to be placed in an escrow account held by Lively's agent, WME, before filming would commence, plus compensation based on the performance of the film and other contingencies. Ex. 28, HEATH_000045678.

359.     Following several months of negotiations and exchanges of drafts, the Offer Letter was finalized in early May 2023, and dated March 17, 2023.  Ex. 32, HEATH_000045662.  Ex. 28, HEATH_000045678.

360.     The Offer Letter did not contain any terms regarding sexual harassment. Ex. 28, HEATH_000045678.

361.     Wayfarer itself, as opposed to IEWUM, undertook no obligations under the Offer Letter.  Ex. 28, HEATH_000045678.

362.     The Offer Letter expressly and unambiguously provided that full execution of a long form agreement, to be subsequently negotiated, was a condition precedent to IEWUM's obligations thereunder, stating:

> 13. **Conditions Precedent**. Producer's obligations to Artist hereunder shall be subject to the satisfaction of the following: (a) Artist qualifying for cast and other insurance (which may include essential element insurance) and (b) full execution by Artist, Lender and Producer, of an Agreement in a form reasonably acceptable to all parties. Unless and until Lender/Artist are unconditionally pay or play and 100% of the fee is in escrow, Lender and Artist are not obligated hereunder, and Artist is free to take conflicting engagements.
> …
>
> Once we reach an agreement on the above terms, we will be happy to distribute a long form agreement, incorporating the terms herein and other standard terms and conditions to be negotiated in good faith.

Ex. 28, HEATH_000045678 at 80-81.

1.   The Unexecuted Actor Loanout "Agreement"

363.    On May 8, 2023, outside counsel for IEWUM, Joseph Lanius, sent Lively's attorney a draft "Actor Loanout Agreement," ("ALA")—*i.e.*, the "long form agreement" referred to in the Offer Letter.  Ex. 262, WAYFARER_000140956; Ex. 263, WAYFARER_000140957.

364.    The parties to the draft ALA were IEWUM (defined as "Company") and Blakel, Inc. ("Lender"), with an inducement to be signed by Lively ("Artist").  Ex. 263, WAYFARER_000140957.

365.    The first section of the draft ALA referred expressly to "Conditions Precedent," stating that conditions precedent to "Company's obligations under this Agreement" included "Company's receipt of executed copies of this Agreement signed by Lender and Artist," (§1.3)[2] as well as receipt of "the inducement attached hereto and incorporated herein by this reference, fully executed by Lender and Artist" (§1.5). Ex. 263, WAYFARER_000140957 at 57-58.

366.    An inducement provision included at the end of the draft provided that Blake Lively would be personally bound by the terms of the ALA.  It further provided that "for the purposes of any and all Worker's Compensation statutes, laws, or regulations…an employment relationship exists between [IEWUM] and myself, [IEWUM] being my special employer under the agreement." Ex. 263, WAYFARER_000140957 at 90.

367.    The draft ALA contained an "Entire Agreement" provision (§18) which provided that a document setting forth "Standard Terms" would be included as part of the ALA and stated *inter alia*:

> This Agreement (including the Standard Terms) constitutes the entire understanding of the parties hereto and replaces any and all former agreements, understandings and representations relating in any way to the subject matter hereof.  No modification, alteration or amendment of this Agreement shall be valid or binding unless it is in writing and signed by both parties.

---

[2] The section numbers did not remain consistent across drafts of the ALA.

Ex. 263, WAYFARER_000140957 at 71.

368.    The "Standard Terms" attached as Exhibit A contained numerous provisions

designed to protect IEWUM, including a notice and cure provision titled "Company's Breach,"

which ruled out any breach in the event of cure, as well as an express damages limitation, which

ruled out any consequential damages:

§4.3, titled "Company's Breach," stated, *inter alia*:

No act or omission of Company hereunder shall constitute an event of Default or breach of
this Agreement unless Artist shall first notify Company in writing setting forth such
alleged breach or Default and Company shall not cure the same within thirty (30) days
after receipt of such notice…. Ex. 263, WAYFARER_000140957 at 77.

§15.7, titled "Limitations on Damages" stated:

In no event will any party hereto (Company and/or Artist) be liable for or have any
obligation to pay to the other consequential and/or incidental and/or special and/or
punitive damages, all of which are expressly excluded, and Company and Lender and
Artist each hereby waive any right to recover any such damages from the other. Ex. 263,
WAYFARER_000140957 at 83.

369.    The Standard Terms contained an additional merger provision (§15.3) which also

included "non-waiver" language. Ex. 263, WAYFARER_000140957 at 82.

370.    The Standard Terms also contained a "Lender's and Artist's Remedies" Provision

(§15.6) stating, *inter alia*, that "The rights and remedies of Lender and Artist in the event of any

breach by Company of this Agreement or any of Company's obligations hereunder shall be

limited to Lender's and/or Artist's right to recover damages (subject to Paragraph 15.7 below), if

any, in one or more arbitration proceedings." Ex. 263, WAYFARER_000140957 at 83.

371.    The Standard Terms required that any notices to IEWUM be "in writing" and

addressed to IEWUM Attn: Jamey Heath. Ex. 263, WAYFARER_000140957 at 77-78.

372. ███████████████████████████████████████████████

███████████████████████████.

373. █████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████

374.    The first phase of filming *It Ends With Us* began on May 15, 2023, with the ALA still unsigned and no agreement reached on its final terms.  Heath Decl. ¶¶17-18.

375.    IEWUM was not asked to and did not pay for any medical insurance for Lively. Heath Decl. ¶21.

### 2. The ALA Was Never Executed

376.    Lively and her team negotiated every aspect of her work, dictating numerous terms and conditions, including minute details, such as the right to exercise pre-approval over the days when shoots would take place in locations other than New Jersey as well as her travel and accommodations in those locations; the financial bonuses she would receive if the film hit certain benchmarks; the credits she would receive for her work, including an executive producer credit; the identity of her make-up artist, wig maker, and body double; the ability to offer a "Meaningful consultation over the 'look' of the Role, ad campaign and release pattern; and the time she would spend on set and travelling to and from her home in New York each day; and even approval over the screenplay, the director, and her co-lead actor.  *E.g.*, Ex. 28, HEATH_000045678; Ex. 32, HEATH_000045662 at -663-75; Ex. 265, HEATH_000046122.

377.    Nonetheless, although the parties negotiated for more than a year, Lively never signed any long-form agreement setting out the complete terms of her engagement with the film. Ex. 264, BL-000038599; Heath Decl. ¶¶14-19.

73



378.

379.

380.

. Ex. 267, BL-000038477 at -482; Ex. 218, BL-000038554 at -565; Ex. 268, HEATH_000041864 at -866.

381.    At no point during the negotiations did either side suggest changes to the "Entire Agreement" provision, the "Company's Breach" provision, the "Non-Waiver" provision, or the "Limitation on Damages" provision. Nor did Lively ever seek to add Wayfarer as a party to the draft agreement. Nor was Wayfarer ever made a party or signatory to the draft agreement. Heath Decl. ¶¶19-20.



382.

383.



388.

389.

390.    Lively never signed the ALA or the inducement.  Heath Decl. ¶¶17-18.

**Z.    Lively Sued Without Providing Notice And An Opportunity To Cure**

391.    Lively's representatives sent a cease and desist letter addressed to certain

Defendants and others, on December 20, 2024.  The Letter was not addressed to IEWUM.  Ex.

271, HEATH_000041140 at -142.

392.    The cease and desist letter alleged, *inter alia*, that the addressees had breached the

"Protections For Return to Production" and/or "Lively's contract rider."  Ex. 271,

HEATH_000041140 at 42.  The cease and desist letter did not allege any independent breach of

the ALA.

393.    Lively filed her initial Complaint in this Action on December 31, 2024.  (Dkt. 1).

**AA.    Lively's Damages Are Barred**



394.





402. ███████████████████████

████████████████████████████

████████████████████████ Ex. 276, BL-

000022233.

403. ████████████████████████

███████████████████████████

███████████████

404. ████████████████████████

██████████████████████████████

████████████████████████████

███████████████████████.

Dated:  November 12, 2025
New York, New York

/s/ *Alexandra A.E. Shapiro*
SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP

79

Bryan J. Freedman (pro hac vice)
Ellyn S. Garofalo (pro hac vice)
Theresa M Troupson (pro hac vice)
Summer Benson (pro hac vice)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com


MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
ms@msf-law.com
kaf@msf-law.com


AHOURAIAN LAW
Mitra Ahouraian (pro hac vice)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel. (310) 376-7878
mitra@ahouraianlaw.com

*Counsel for the Wayfarer Parties*