UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BLAKE LIVELY                                                     :
                                                                 :
                    Plaintiff,                                   :
                                                                 :
          -v-                                                    :    No. 24-cv-10049-LJL
                                                                 :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :    **DECLARATION OF**
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                             :    **JUSTIN BALDONI**
WITH US MOVIE LLC, MELISSA NATHAN,                               :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,                          :
JED WALLACE, STREET RELATIONS, INC.                              :
                                                                 :
                    Defendants.                                  :
-----------------------------------------------------------------x

I, Justin Baldoni, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a founder and Co-Chair of Wayfarer Studios LLC ("Wayfarer"), and a Defendant in this Action. I respectfully submit this Declaration in support of the Wayfarer Parties' Motion for Summary Judgment.

2. This Declaration is based on my personal knowledge.

3. I recall that, at some point during the first phase of filming, I was in a car with Ms. Lively discussing the themes of the book and the film, *It Ends With Us*. During that conversation, I shared with Ms. Lively my own experience of having a romantic partner go beyond my personal boundaries of consent.

4. I have written about that experience in my books *Boys Will Be Human* (2022) at pp. 234-36, and *Man Enough: Undefining My Masculinity* (2021) at pp. 213-14, and discussed it in public talks. The relevant excerpts of my books are attached hereto as Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  Waco, Texas
       November 12, 2025

*Justin Baldoni*