# Exhibit A



Anyway, back to my first time. I was dating a girl who really wanted to have sex before I felt comfortable. It wasn't a healthy relationship, and she pressured and eventually forced me to have sex with her before I felt ready. It's important to know that there is more than one way to make someone do what they want you to do. They can pressure you emotionally or physically (sometimes both), play mind games with you, and even be verbally abusive so that you bend to their will.

In my case, we'd had conversations about how I wanted to wait to have intercourse, and yet one time when we were consensually kissing and touching each other while naked, she made a move that transformed what we were doing into sexual intercourse even though she knew I wanted to wait—even though I hadn't given consent and said yes.

I was in shock and hurt and confused. I stopped what we were doing and asked her why she would do that. She told me that we had already been "so close" to having sex, and now that we had done it, what was the big deal? So, not only did she violate my trust, she then insinuated that my feelings and boundaries weren't important or valid.

When I tried to explain that (to me) what we had been doing wasn't sex, she told me I was wrong. She claimed it was all the same and that we had basically been having sex this whole time. She then said things like "If you really loved me, this wouldn't be a big deal," which made me feel like I was being unreasonable and mean. This is an example of gaslighting, the manipulation tactic we talked about earlier.

Somehow, after my boundaries and trust had been betrayed I was left feeling bad for feeling upset about it in the first place. Unfortunately, like many people who have experienced similar things, I cared more about keeping her happy than being true to myself and later ended up going along with her desires while abandoning myself and my own sense of boundaries.

To cope with the regret and harm that the first time caused, I started questioning my manhood. I was a healthy, fit twenty-year-old guy. *What's wrong with me? Am I not a man?* Now, looking back, what I've realized is that if there was anyone or anything to blame, it wasn't me. She crossed a big line that day, and what she did and said wasn't okay. Yet it felt like she, along with all the members of the boys' club, were in the background, telling me I needed to have sex even if I wasn't ready.

At the time, I wanted to stay true to my spiritual beliefs and wait to have intercourse with the one person I wanted to spend my life with. I had told her this, but it didn't matter to her, which felt awful because I wasn't being heard or honored. Then the fear, shame, and self-doubt poured in. Things

were no longer black-and-white but shades of gray. I didn't know what to believe or even what I wanted anymore, and my memories of what happened morphed and changed to accommodate my reasons for staying in the relationship. I mean, we were already doing other sexual things. Maybe it was my fault because there was a part of me that was curious what intercourse would feel like and deep down I wanted it to happen? Every thought and feeling I had about it seemed to contradict the other.

What I am describing to you right now is just part of the confusion and emotional pain that can come with sexual assault. You might think just because you want to have sex that it means you are ready, but sex requires two people deciding that they are ready together and then checking in with each other throughout the experience in a process called "consent."

Consent is really simple:

**IF IT'S NOT AN ENTHUSIASTIC YES, IT'S A NO.**

And if you ignore the desires of the person you're being sexually intimate with, then that's sexual assault—even if they don't say the word no; and especially if they are drinking alcohol or using drugs. An enthusiastic yes must be given (and not just one time, but every time) for you to be sexually intimate with someone.

236

## LET'S TALK ABOUT

### FRENCH FRIES AND CONSENT

Imagine having lunch with someone you really like. You both agreed to go somewhere you can get french fries to share, and you get some super expensive rare flavor of fries (have you had truffle oil on your fries?!). You are so excited for them to try your favorite fries, but then as you hand them some, they decide they don't want them anymore. Man, that's a bummer. But does that mean you should talk them into eating them even after they changed their mind? If you really like this person, you wouldn't want to make them feel bad for it, right? They might have a bunch of reasons why they don't want the fries anymore. Maybe their stomach is upset, maybe the fries just don't sound as good as they did ten minutes ago. Maybe they aren't eating carbs today. Whatever the reason, you don't make them feel bad or guilty, you just say, "Okay, I get it. Want to get something else instead?"

Now what if they start eating the fries but after one or two decide they don't want any more? They feel bad saying it, but they changed their minds and are no longer in the mood for fries. Even though it might hurt your

237