# Exhibit B



doing, or let's be honest, what they *claimed* they were doing, as we all know that most of the guy talk at that age was a combination of lying and exaggerating. I remember feeling scared and nervous that I was going to be judged by her, that I was going to finish way too soon, that I wasn't going to be enough. We were riding in the back seat of a car her friends were driving, and she was two years older than I was. I didn't even know why she liked me, but she was hot and older, and I wasn't about to mess that up. We were on our way back from some party, and I remember her asking me if I wanted her to go down on me, to which I whispered back to her, "Umm . . . now!? Our friends are like two feet away!" Combine all of that with the reality that while I had seen a lot of sexual images and videos of what that meant, the only physical relationship I had until then was with my own hand. So yeah, I was awkward and terrified and yet strangely also feeling like a badass because I knew if I let her do it, I would have a real story to be able to tell the other guys that could make me look like a legend.

So I did what I had learned to do when I felt insecure and nervous: I overcompensated. I played it cool and began playing a role, acting out what I had seen on TV and in porn, projecting confidence when really I felt wildly insecure. I said okay, she threw a sweatshirt over me, and started. Thirty seconds later, it was over. I was feeling like a king, and also like a little boy who was totally out of his comfort zone. I was ashamed at how quickly I had come and worried that she would think I was a loser because I was a younger guy who couldn't control himself. Yet when telling the story to my guy friends, you better believe that I absolutely left out the latter.

I continued playing that role for the rest of high school and into my first relationship in college, while simultaneously pushing down any confusion, anxiety, and insecurity that I had around sex. Now, while I could fill this book with stories about my confusing

relationship with sex and my oftentimes embarrassing and painful experiences in high school, what I've learned unpacking this chapter is that I actually have a fair amount of undealt with trauma around sex that I honestly didn't even realize I had. As a man, I have been socialized to not give myself permission to feel any feelings or have emotions around sex. All I was allowed to feel around it was that I wanted it and that my social status and worth as a man depended in some part on whether I was having it.

Flash forward to freshman year of college. I was nineteen years old, and my girlfriend—let's call her Sofia—and I were in a committed, albeit dysfunctional, relationship. She knew what I believed in terms of not wanting to have intercourse, but during one instance when we were doing what is colloquially called "everything but," she put her hand around my penis and inserted it into her. I immediately pushed her aside and asked her what the hell she was doing. I hadn't said it was okay, we hadn't talked about being ready for it, and in fact we had previously talked about how I wasn't ready for it. There was a brief moment of pause before she brushed it aside while climbing back on top of me, saying, "Come on, we were basically doing it already. It's not a big deal."

To that extent she had a point. In the eyes of God, in my faith . . . it was sex, but that didn't necessarily make going further okay. Despite feeling an instant emotional reaction inside, the voice in my head quickly dismissed those emotions with the message and expectation that real men always want sex, and I should feel grateful that I'm even getting to finally have it. So I pushed that shit down too because who was I ever going to be able to talk to about it? I mean, what was I going to tell my college **roommate**, who was a typical bro? "Hey man, so my girlfriend put **me inside** of her and I wasn't ready to have sex and I'm feeling really weird about it." He, along with all the other guys on the track team and in the dorm, would

have made fun of me for months! I couldn't talk to Sofia about it, as despite being someone I thought I was in love with, somehow she actually found a way to make me feel guilty and even more less than in that moment. She reminded me how patient she had been in waiting (six months), and again hit home the point that we had been so close anyway that it really wasn't a big deal. She essentially told me what other guys had been telling me my whole life, to "man up" and quit being a pussy. I'm also fairly certain she used those exact words to me at various points in the relationship. What I later learned was that she would use this moment and tactic to manipulate me in similar ways that men manipulate women into staying with them in abusive relationships. Once I gave her my virginity—willingly or unwillingly—Sofia knew I would do anything she wanted, that I was a sensitive guy, a pushover, and I'd stay with her even after I found out she had been cheating on me. Which I did. Twice.

This is an uncomfortable story for me to share, but I know I'm not alone, and that gives me some strength to share it. In 2017, NYU sociologist Jessie Ford published a study in which she interviewed college men on their experiences of unwanted sex. She saw that scholars were giving greater attention to sexual assault against women, while not taking into account that men were reporting unwanted sex as well, so she set out to research their experiences. During interviews men revealed that the gender expectations of how men were expected to act, what men were expected to want, and what actions might make them lose face with their partner or others were the reasons they had unwanted sex. One student said, "I think it's an undercurrent to my thought-making that guys are supposed to enjoy sexual intercourse under any circumstance." Another student echoed that there "is a social pressure that men like sex a lot and women can choose yes or no . . . so it makes you unmanly if you don't want to have sex."

In her book *Boys and Sex*, Peggy Orenstein details an interview with Dylan, a college sophomore, where he reveals that when he was fourteen years old, he attended his first high school party and a seventeen-year-old girl led him into a bedroom and performed oral sex on him when he didn't want her to. Another interviewee, Leo, a high school senior, shared that in one encounter a girl was performing oral sex on him when suddenly she straddled him and "put my dick inside her." Both Dylan and Leo experienced depression and aggression as a result of these encounters. Leo said, "I knew it was linked to what had happened, but I didn't want to admit it to myself."

Like these young men, as well as the ones in Ford's study, I wanted to fulfill gender expectations of manliness. I wanted to prove myself to be man enough, even when the cost was incredibly high—that cost being a connection to myself and my feelings. It was so profound that it shook my emerging sexuality, my faith, and whatever sense of self I had developed and left a scar, similar to the one I had after tearing my hamstring that would follow me through the remainder of my twenties and even into my thirties. The strangest part about it is that it wasn't until I wrote this book that I even realized I had an injury in the first place. I never told anyone that story until now. I think I had buried it so deep that I actually forgot it happened. I guess you can't heal something if you don't even know it's broken.

### The Anxiety of Inadequacy

Over the remainder of my relationship with Sofia I became more insecure, and playing the role I had been playing in an attempt to prove my manhood was becoming more and more difficult as my insecurity seemed to get closer and closer to the surface, despite