UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BLAKE LIVELY                                                       :
                                                                   :
                               Plaintiff,                        :
                                                                   :
                        -v-                               :    No. 24-cv-10049-LJL
                                                                   :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :    **DECLARATION OF**
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                               :    **JAMEY HEATH**
WITH US MOVIE LLC, MELISSA NATHAN,                                 :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,                            :
JED WALLACE, STREET RELATIONS, INC.                                :
                                                                   :
                        Defendants.                      :
-------------------------------------------------------------------x

       I, Jamey Heath, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

       1.       My full legal name is James Heath. I am the CEO of Wayfarer Studios LLC ("Wayfarer"), and a Defendant in this Action. I respectfully submit this Declaration in support of the Wayfarer Parties' Motion for Summary Judgment.

       2.       This Declaration is based on my personal knowledge, including knowledge obtained in my role as CEO of Wayfarer and as a producer of the film *It Ends With Us*.

       3.       I joined Wayfarer in December 2020. I became Interim COO in or about March 2021 and then Wayfarer's President approximately three months later. I have been Wayfarer's CEO since March 2024.

       4.       I was a producer of the film *It Ends With Us*. Prior to working as a producer on *It Ends With Us*, I worked as an executive producer on other films, including *Ezra* and *Will and Harper*.

       5.       In addition to acting as CEO of Wayfarer, I am also President of Defendant It Ends With Us Movie LLC ("IEWUM").

6.	IEWUM is a California LLC established by Wayfarer in 2022 in connection with the development and production of *It Ends With Us*. Wayfarer, like most other film production companies, typically depends on separate single (or "special") purpose entities ("SPEs") that are established in connection with the development and production of each individual film produced by Wayfarer.

7.	Establishing a production-specific SPE is common in the film industry to separate each production's liabilities, investment and ownership structure, rights assignments for distribution, and accounting. The SPE is often necessary for the purpose of obtaining production (or post-production) tax credits (which are often based on the specific jurisdiction in which individual films are shot, or edited, as well as the residency of members the crew), and for residual reporting with unions such as SAG-AFTRA, DGA, and WGA, which determine participation on a project-by-project basis).

8.	Using a separate, project-specific entity is also necessary to, for example, calculate net proceeds and back-end profits from each film for the purpose of calculating profit participation that may be due to cast and crew members entitled to such contingent compensation.

9.	IEWUM was the SPE created to produce *It Ends With Us*.

10.	IEWUM maintained its own bank accounts and funds, separate from Wayfarer, and independently engaged the vast majority of the cast and crew of *It Ends With Us*. Only a few members of the cast and crew were also Wayfarer employees.

11.	Although Wayfarer and its employees provided some administrative, legal, and operational support to IEWUM in connection with the film, that is common in the film industry. IEWUM paid Wayfarer for those services pursuant to the terms of the Wayfarer's co-financing

agreement with Sony Pictures' subsidiary, Columbia Pictures Industries, Inc.  A true and correct copy of that co-financing agreement is attached as Exhibit A [SPE_BL0000001].

12.   In my capacity as President of IEWUM, I was the authorized signatory of many written agreements IEWUM executed in connection with the development and production of the film, including agreements under which actors were engaged to perform in the film.

13.   Many of the actors who were engaged to perform in *It Ends With Us* contracted with IEWUM via a "loanout agreement" entered into by IEWUM and the actor's respective "loanout company."  This is very common in the film industry.  A loanout company is a separate legal entity created by an individual (an actor or musician, for example) to contract with other entities.  Instead of being paid directly for their services, the individual is paid through the loanout company, which then "loans" the individual's services to the counterparty.  My understanding is that this arrangement provides potential tax and other advantages to the individual using the loanout company.

14.   I was personally involved in the negotiations with Blake Lively's representatives with respect to her engagement to perform in *It Ends With Us*.  I was involved in negotiations relating to a short-form, written "Offer Letter" that set forth the basic terms for Ms. Lively's anticipated performance in the film, as well as a long-form "Actor Loanout Agreement" ("ALA") intended to set forth the complete terms of Ms. Lively's engagement.  Attached as Exhibit B [HEATH_000045678] is a true and correct copy of the final draft of the Offer Letter, dated March 17, 2023.  (Although this document contains "redlined" revisions, my understanding is that this is the version that was accepted by the parties.)  Attached as Exhibit C [BL-000038599] is a true and correct copy of what I understand was the last draft ALA that was

exchanged by the parties, as well as the cover letter sending the draft to Ms. Lively's attorney and other representatives on July 2, 2024.

15. At the time principal photography for *It Ends With Us* began, on or around May 15, 2023, Ms. Lively had not executed the ALA, the terms of which remained subject to negotiations between IEWUM and Ms. Lively's representatives.

16. Ms. Lively also had not executed the ALA as of January 19, 2024. That was the date on which I, on behalf of IEWUM, executed a document, dated November 15, 2023, that Ms. Lively's attorney referred to as a "side letter" to the ALA. Ms. Lively refers to that "side letter" as the Contract Rider Agreement ("CRA") in her Second Amended Complaint. A true and correct copy of the CRA is attached as Exhibit D [HEATH_000045307].

17. Following the execution of the CRA in January 2024, IEWUM and Ms. Lively's representatives continued to negotiate the terms of the draft ALA for months, but no agreement was ever reached, and Ms. Lively never executed the ALA.

18. No one ever executed and delivered to IEWUM any version of the ALA on behalf of Lively's loanout company, Blakel, Inc. Nor did Ms. Lively ever execute and deliver to IEWUM the "Inducement" attached to the draft ALA.

19. To the best of my knowledge, throughout the period during which IEWUM and Ms. Lively's representatives negotiated the terms of the draft ALA, neither side ever suggested changes to the "Entire Agreement" provision, the "Company's Breach" provision, the "Non-Waiver" provision, or the "Limitation on Damages" provision contained within the Standard Terms attached as Exhibit A to the draft ALA. Nor did Ms. Lively's representatives ever seek to add Wayfarer as a party to the draft ALA.

20. Wayfarer was never added as a party or signatory to the draft ALA or the CRA.

21. IEWUM was not asked to, and did not, provide health insurance benefits to Lively.

22. To date, NO MORE has received nearly $600,000 for the film.

23. Adam Mondschein, the actor playing the doctor in the film's birthing scene, was a local union actor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  Los Angeles, California
       November 11, 2025

_____
Jamey Heath