# Exhibit 1

**So glad you've joined us!**

Welcome! You have just joined a dedicated team of employees. We hope that your employment with Wayfarer Studios LLC ("Wayfarer Studios" or "Company") will be rewarding and challenging. We take pride in our employees as well as the work we do. And, most of all, we are proud of our mission of creating content that "brings people together."

As a Bahá'í-inspired organization, we believe in the value of justice and service to others. Through acknowledging each other's nobility and capacities, we strengthen our individual and collective work to drive our business mission forward.

We look forward to providing our staff with a dynamic and rewarding place to work, and to experience a productive and successful collective association. We consider the employees of Wayfarer Studios to be one of our most valuable resources.

This handbook has been written to serve as the guide for our relationship and the various work rules.

There are several things to keep in mind about this handbook. First, it only contains general information and guidelines. It is not intended to be comprehensive or to address all the possible applications of, or exceptions to, the general policies and procedures described. For that reason, if you have any questions concerning eligibility for a particular benefit or the applicability of a policy or practice to you, you should address your specific questions to your manager or the operations team.

Neither this handbook nor any other Company document confers any contractual right, either express or implied, to remain employed by the Company. Nor does it guarantee any fixed terms and conditions of your employment. Your employment is not for any specific time and may either be terminated at will, with or without cause and without prior notice by the Company, you may also resign for any reason at any time. No supervisor or other representative of the Company (except the Co-Chairs) has the authority to enter into any agreement for employment for any specified period of time or to make any agreement contrary to the above.

The procedures, practices, policies and benefits described herein may be modified or discontinued from time to time as consistent with applicable law. We will try to inform you of any such changes as they occur.  It is also your responsibility to stay abreast of changes as we introduce them into the organization.

Some subjects described in this handbook are covered in detail in official plan documents. Refer to these documents for specific information because the handbook only briefly summarizes those guidelines and benefits. Please note that the terms of the written insurance policies are controlling and override any statements made in this or other documents.

Sincerely,

Steve Sarowitz and Justin Baldoni

Co-Chairmen

***This handbook replaces and supersedes all other employee handbooks, policies and notices that may have been distributed prior to this date.  This is not to be construed as a contract, and at all times your status as an at-will employee will be maintained.***

WAYFARER_000139049

## TABLE OF CONTENTS

Our Mission .................................................................................................................... 4

VALUES ......................................................................................................................... 4

    Open Door Policy ....................................................................................................... 4

    Equal Employment Opportunities, Anti-Discrimination, Anti-Harassment, and Anti-
    Retaliation Policy ...................................................................................................... 5

    Reasonable Accommodations for Disabilities .......................................................... 7

    Accommodation for Religious Practices ................................................................... 8

EMPLOYMENT .............................................................................................................. 9

    At Will Employment ................................................................................................... 9

    Employee Classifications .......................................................................................... 9

    Payment of Wages ................................................................................................... 9

    Safe Harbor ............................................................................................................ 10

    Time Reporting ....................................................................................................... 10

    Meal & Rest Periods .............................................................................................. 11

    Overtime Pay .......................................................................................................... 12

    Lactation Breaks .................................................................................................... 12

BUSINESS EXPENSE REIMBURSEMENT ................................................................ 13

TIME AWAY FROM WORK ........................................................................................... 15

    Unlimited Paid Time Off .......................................................................................... 15

    Days The Business Will Close ................................................................................ 16

    California Family Care and Medical Leave and Pregnancy Disability Leave .......... 16

BENEFITS .................................................................................................................... 20

    Benefit Continuation ............................................................................................... 20

WORKPLACE EXPECTATIONS ................................................................................... 21

    Non-Disclosuure Agreement Confidential and Propriertary Information ................. 21

    Electronic Systems Policy ...................................................................................... 21

CONFIDENTIAL                                                     WAYFARER_000139050

Social Media ................................................................................................................. 23

Return of Company Property ........................................................................................ 24

WORKPLACE SAFETY ..................................................................................................... 26

Accident Reporting ....................................................................................................... 26

Alcohol and Drug-Free Workplace .............................................................................. 26

Violence in the Workplace ........................................................................................... 27

Employee Handbook Acknowledgment and Receipt ................................................... 28

CONFIDENTIAL                                                                                    WAYFARER_000139051

## Our Mission

At Wayfarer Studios, we create purpose driven, multi-platform film and television productions that elevate and speak to the human spirit.

We are a home for creators and fresh voices, debunking the typical studio model by producing stories that serve as true agents for social change.

We embrace and champion social impact storytelling rooted in authenticity, sincerity, and passion. Our work highlights inspiration, unity and the power of human connection.

## Values

While we are a Bahá'í-inspired organization, we respect and celebrate all religious devotions and differences, and provide equal employment opportunities for all.  We have established a set of values that apply to all of our work and interactions with each other.

- We tell stories that spark the human heart to transform the world

- We seek to inspire people to feel deeply and to appreciate our oneness

- We make art that provides light in darkness and helps our spirit soar

- We believe in something greater than ourselves and strive to be of service

- We aspire to approach leadership and learning with sincere humility, an inquisitive mind, a listening ear, and a deep desire for understanding.

- We advance the unity of our one human family by celebrating and honoring its diverse beliefs and identities

- We strive for excellence with kindness and compassion

- We believe that inclusive decision-making benefits from collective wisdom and consultation

- We seek to be trustworthy, transparent, and accountable to ourselves and to one another for our actions

## Open Door Policy

Wayfarer Studios desires to have open and honest communications in the workplace.  Your questions, suggestions, and concerns are important to us. As such, we encourage all employees to use our open-door policy.   When lines of communication are open and honest, misunderstandings and problems are greatly reduced.  An employee may begin with his or her immediate supervisor, as most questions and issues can be resolved at this level.  If the immediate supervisor is part of the issue, the employee should speak with another manager or Human Resources.

CONFIDENTIAL

WAYFARER_000139052

**Equal Employment Opportunities, Anti-Discrimination, Anti-Harassment, and Anti-Retaliation Policy**

Equal Employment Opportunities for All

Wayfarer Studios provides equal employment opportunities (EEO) to all employees, applicants for employment, or other covered persons. Wayfarer Studios complies with applicable state and local laws governing nondiscrimination in employment. This policy applies to all terms and conditions of employment, including hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, compensation and training.

Wayfarer Studios is committed to providing a workplace that is free from discrimination, harassment and retaliation. Wayfarer Studios strictly prohibits discrimination, harassment, or retaliation against employees, applicants, or any other covered person, including interns, co-workers, supervisors, managers, or third parties because of a person's race; color; age; religious creed, which includes religious belief, observance and practice, and dress or grooming practices; national origin; ancestry; physical disability; mental disability; medical condition, including: any cancer-related physical or mental health impairment from a diagnosis, record or history of cancer; or a genetic characteristic; genetic information, including information about: an individual's genetic tests, family members' genetic tests, family members' diseases or disorders, an individual's or family member's receipt of, or request for, genetic services, and participation by an individual or their family member in clinical research that includes genetic services; marital status; sex, including: pregnancy, childbirth, breastfeeding or medical conditions related to breast-feeding, and medical conditions related to pregnancy or childbirth; gender; gender expression, meaning a person's gender-related appearance or behavior, whether or not stereotypically associated with the person's sex at birth; gender identity, meaning a person's identification as male, female, a gender different from the person's sex at birth, or transgender; sexual orientation, including heterosexuality, homosexuality, and bisexuality; military or veteran status, including past, current or prospective service in the uniformed services; AIDS or HIV status, height, weight, and any other protected characteristic protected by local, state, or federal law (collectively referred to as "protected characteristics"). Wayfarer Studios also prohibits and does not tolerate unlawful discrimination, harassment, or retaliation against employees and covered persons who are perceived to have any of these protected characteristics or who associate with a person who has, or is perceived to have, any of these protected characteristics.

All Wayfarer Studios employees, officers, principals, agents, workers and representatives are prohibited from engaging in unlawful discrimination, harassment, and/or retaliation.

Wayfarer Studios also provides reasonable accommodations for qualified individuals with known disabilities unless doing so would result in an undue hardship to our organization. Please see Wayfarer Studios' Reasonable Accommodations for Disabilities Policy for additional information.

Anti-Harassment

Prohibited harassment is not just sexual harassment, but harassment based on any protected characteristic. Wayfarer Studios' Policy prohibiting harassment applies to all individuals involved in the operation of the Company. Wayfarer Studios prohibits harassment, disrespectful or unprofessional conduct by any employee of the Company, including supervisors, managers, and co-workers. The Anti-Harassment Policy also applies to vendors, customers, independent contractors, unpaid interns, volunteers, persons providing services pursuant to a contract, and any other person's employees may come into contact with through the course of their work. Harassment may be verbal, written or physical conduct that denigrates or shows hostility or aversion toward an individual based on any protected characteristic (including being perceived to

5

WAYFARER_000139053

have any of these protected characteristics or anyone who associates with a person who has, or is perceived to have, any of these protected characteristics) and that a) has the purpose or effect of creating an intimidating, hostile or offensive work environment; b) has the purpose or effect of unreasonably interfering with an individual's work performance; or c) otherwise adversely affects an individual's employment opportunities.

Like other forms of harassment, sexual harassment is strictly prohibited.  Sexual harassment includes harassment that is not necessarily sexual in nature (e.g. offensive remarks about one's sex or gender), as well as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature when, for example a) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; b) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or c) such conduct has the purpose or effect of substantially or unreasonably interfering with an individual's work performance by creating an intimidating, hostile or offensive working environment.

Sexual harassment may include a range of subtle and not-so-subtle behaviors and may involve individuals of the same or different gender. Depending on the circumstances, these behaviors may include unwanted sexual advances or requests for sexual favors; sexual jokes and innuendo; verbal abuse of a sexual nature; commentary about an individual's body, sexual prowess or sexual deficiencies; leering, whistling or touching; insulting or obscene comments or gestures; display in the workplace of sexually suggestive objects or pictures; and other physical, verbal or visual conduct of a sexual nature.

<u>Individuals and Conduct Covered</u>
These policies apply to all persons who interact with our Wayfarer Studios team, whether related to conduct engaged in by fellow employees or someone not directly connected to Wayfarer Studios (e.g., an outside vendor, consultant or production teams).   Conduct prohibited by these policies is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and business-related social events.

When possible, Wayfarer Studios encourages individuals who believe they are being subjected to such conduct to promptly advise the offender that his or her behavior is unwelcome and request that it be discontinued. Often this action alone will resolve the problem. Wayfarer Studios recognizes, however, that an individual may prefer to pursue the matter through complaint procedures.

<u>Supervisor and Manager Responsibilities</u>
If any supervisor or manager becomes aware of a violation of this policy, they are obligated to report the violation to Human Resources/management so Wayfarer Studios can investigate and, if appropriate, take corrective action.

<u>Complaint Process</u>
Individuals who believe they have been the victims of conduct prohibited by this policy or who believe they have witnessed such conduct should discuss their concerns with their immediate supervisor, any member of management, or Human Resources.  Wayfarer Studios encourages the prompt reporting of complaints or concerns so that rapid and constructive action can be taken before relationships become irreparably strained. Wayfarer Studios encourages reporting of all perceived incidents of discrimination or harassment. If employees do not report discriminatory conduct, Wayfarer Studios may not become aware of a possible violation of this policy and may not be able to take appropriate corrective action.

6

Employees should provide as much detail as possible in their complaint so Wayfarer Studios may conduct a thorough investigation.

Investigation

Any reported allegations of harassment, discrimination or retaliation will be promptly and thoroughly investigated by qualified personnel in an impartial manner. Wayfarer Studios will ensure that these personnel will use the evidence to reach reasonable conclusions. The investigation may include individual interviews with the parties involved and, where necessary, with individuals who may have observed the alleged conduct or may have other relevant knowledge. Wayfarer Studios will maintain appropriate documentation and tracking to ensure reasonable progress is made. To the extent possible, confidentiality will be maintained throughout the investigatory process to the extent consistent with adequate investigation and appropriate corrective action. At the close of the investigation, Wayfarer Studios will consider appropriate options for remedial actions and resolutions. If misconduct is found, Wayfarer Studios shall take prompt, corrective action, as appropriate. Corrective action might include termination from employment.

Anti-Retaliation

Retaliation against an individual for reporting harassment or discrimination in good faith or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will be subject to disciplinary action, which might include termination of employment. Acts of retaliation should be reported immediately and will be promptly investigated and addressed.

Violations of this Policy

Misconduct constituting harassment, discrimination or retaliation will be dealt with appropriately.

False and malicious complaints of harassment, discrimination or retaliation may be the subject of appropriate disciplinary action.

If you have questions regarding this policy, please contact Human Resources.

If employees believe their complaint is not resolved, they should be aware that the Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment, discrimination, and retaliation in employment. If an employee believes they have been subject to misconduct under this policy, they may file a complaint with the appropriate agency.

- The California Department of Fair Employment and Housing, which can be contacted toll free at (800) 884-1684 or by visiting http://www.dfeh.ca.gov/.
- The federal Equal Employment Opportunity Commission, which can be contacted toll free at (800) 669-4000 or by visiting http://www.eeoc.gov/.

## Reasonable Accommodations for Disabilities

Wayfarer Studios is committed to providing equal employment opportunities to qualified individuals with disabilities. Consistent with this commitment and to comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, the Company provides reasonable accommodations to qualified persons with a disability unless doing so would result in an undue hardship.

7

WAYFARER_000139055

Any employee who believes they need accommodation based on disability is responsible for bringing the matter to the attention of Human Resources. You may make the request orally or in writing. Wayfarer Studios encourages employees to make their requests in writing and to provide relevant information, such as:

- A description of the accommodation you are requesting.
- The reason you need an accommodation.
- How the accommodation will help you perform the essential functions of your job
- How long you estimate you will need the accommodation.

Employees may be required to provide medical documentation establishing the existence of a disability, that your disability necessitates an accommodation, any job-related restrictions, and the estimated length of time for which accommodation is needed.  Please note that failure to provide the requested information may result in an accommodation being denied. Wayfarer Studios will keep all medical information confidential to the extent practical.

Upon receipt of an accommodation request, the Company will engage in the interactive process with the employee to view possible reasonable accommodation options.  Wayfarer Studios encourages you to suggest specific reasonable accommodations that you and your healthcare provider believe would allow you to perform your job. However, please note that Wayfarer Studios may instead provide another, effective accommodation instead of the specific accommodation(s) you may request, to the extent any reasonable accommodation can be made without imposing an undue hardship on Wayfarer Studios.

Wayfarer Studios makes determinations about reasonable accommodations on a case-by-case basis considering various factors and based on an individualized assessment in each situation.

Wayfarer Studios will not retaliate against you for requesting a reasonable accommodation in good faith and will not knowingly tolerate or permit retaliation by management, employees or co-workers.  If employees or applicants feel that they or someone else may have been subjected to conduct that violates this policy, including denied a reasonable accommodation, they should report it immediately to Human Resources.

If you have questions about this policy, please ask Human Resources.

**Accommodation for Religious Practices**

An applicant, employee or unpaid intern who requires an accommodation of a religious belief or practice (including religious dress and grooming practices, such as religious clothing or hairstyles) should contact Human Resources and discuss the need for an accommodation. If the accommodation is reasonable and will not impose an undue hardship, Wayfarer Studios will make the accommodation.  If you have questions about this policy, please ask Human Resources.

CONFIDENTIAL

WAYFARER_000139056

## EMPLOYMENT

### At Will Employment

Unless you have a separate, written employment contract executed by a Wayfarer Studios executive or senior leader, that provides otherwise, your employment with Wayfarer Studios is at-will and is not for a definite term. This means that the employment relationship is for no definite or determinable period and regardless of salary or rate of pay, may be terminated at any time by either you or Wayfarer Studios for any lawful reason, with or without cause and with or without advance notice. None of the information in this Handbook guarantees employment or modifies the prevailing at-will relationship.

### Employee Classifications

Exempt and Non-exempt Employees

Exempt employees. Federal and state laws govern whether minimum wage and overtime requirements apply to a particular employee or whether the employee is exempt from those requirements. Exempt employees generally hold executive, managerial, high-level administrative and professional (including creative professional) jobs, are paid a fixed salary, and perform certain duties.

Non-exempt employees. Non-exempt employees are entitled to be paid at least the minimum wage per hour and are eligible for pay for overtime hours worked, including when working over eight per workday and over 40 per workweek.

Additional Classifications

The following employment classifications are used throughout this Handbook and are relevant to determining benefit eligibility and related matters.

Full-time. Employees regularly scheduled to work 40 hours per week. Full-time employees are generally eligible for Company benefits.

Part-time. Employees regularly scheduled to work fewer than 38 hours per week. Part-time employees are generally not eligible for Company benefits, except as expressly described herein.

Temporary. Employees who are hired for a limited period of time and/or for a specific project. These employees may be scheduled to work full or part-time, and are generally not eligible for any benefits, except those required by law.

### Payment of Wages

All employees are paid semi-monthly, on the 15th and on the last day of each month for a total of 24 pay periods annually. The work week begins on Sunday at 12:00 a.m. and will end on Saturday at 11:59 p.m. Each paycheck will include earnings for all work performed through the current pay date.

In the event that a regularly scheduled payday falls on a day off, such as a holiday or on a sunday, employees will typically receive pay on the last day of work before the regularly scheduled payday.

The law requires that Wayfarer Studios make certain deductions from every employee's compensation. Among these are applicable federal, state, and local income taxes. Wayfarer

9

WAYFARER_000139057

Studios also deducts Social Security taxes up to a specified limit that is called the Social Security "wage base". Wayfarer Studios matches the amount of Social Security taxes paid by each employee.

Wayfarer Studios offers programs and benefits beyond those required by law. Eligible employees may voluntarily authorize deductions from their paychecks to cover the costs of participation in these benefit programs.

Wayfarer Studios complies with applicable wage/hour laws and regulations and prohibits improper deductions made from any employee's paycheck. Wayfarer Studios takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday.

Employees should refer questions regarding pay deductions or pay calculations to our accounting and finance team so that Wayfarer Studios can investigate and resolve and correct any discrepancy as quickly as possible.

**Safe Harbor**

The Company will pay exempt employees their full salary for any week in which they perform any work, except for the following circumstances:

- Absences for personal reasons other than sickness or disability of a day or more
- Absences of a day or more due to sickness or disability, if the deduction is made in accordance with a bona fide policy, plan, or program of providing compensation for salary lost to sickness or disability
- Offsets for any amounts received as jury fees, witness fees, or military pay
- Penalties imposed for infractions of safety rules of major significance
- Disciplinary suspensions for infractions of workplace conduct rules
- First or last week of employment
- Absences for leave under the Family and Medical Leave Act

Any exempt employee who believes that the Company has made an improper deduction should inform Human Resources. The Company will investigate the employee's complaint. The Company will reimburse the employee's salary, if the employee's complaint is valid. The Company will not retaliate against any employee for making a complaint concerning salary deductions or for cooperating in the Company's investigation of such complaints.

**Time Reporting**

Federal and state laws require the Company to keep an accurate record of time worked for non-exempt employees in order to calculate employee pay and benefits. Accurately recording time worked is the responsibility of every employee and all work performed on behalf of the Company must be properly recorded. Even if work is not authorized before or after regularly scheduled hours, employees still must report all such time worked on their timesheets.

Wayfarer Studios strictly prohibits all non-exempt employees from performing any work without recording their time for payroll purposes (i.e., "working off the clock"). No one at the Company is authorized to work off the clock, and no one at the Company has the authority to require any employee to perform off-the-clock work.

CONFIDENTIAL                                                          WAYFARER_000139058

Employees who engage in fraudulent timekeeping, recording time for others, falsifications of time records, or any other violation of this policy will be subject to discipline, up to and including termination of employment.

If you have any questions or concerns regarding your hours or if you have worked off the clock or are aware of any violations of the Company's timekeeping policies (including, but not limited to, those on recording all hours worked, rest and meal periods, and overtime), you should contact your manager or Human Resources. Wayfarer Studios will not retaliate against you for such reports or complaints.

## Meal & Rest Periods

### Meal Periods

Employee meal periods are important to Company productivity and employee health. Non-exempt employees who work at least five consecutive hours will be provided an unpaid uninterrupted meal break not to exceed 60 minutes during which the employee is relieved of all duties, unless the employee works no more than six hours on the workday, in which case the employee and supervisor may mutually agree to waive the meal period. Employee must take this meal period no later than the employee's fifth hours of work and as scheduled by management.

Nonexempt employees who work more than ten hours in a workday are entitled to a second unpaid 30 minute uninterrupted meal period during which they are relieved of all duties, unless the total hours worked are no more than 12 hours and the employee has taken the first meal period, in which case the employee and supervisor may mutually agree to waive the second meal period. Employees must take this second meal period as scheduled by the employee's supervisor and/or no later than the end of the employee's tenth hour of work.

The meal period will not be included in the total hours of work per day and is not compensable. Nonexempt employees are to be completely relieved of all job duties while on meal breaks and must clock out for meal periods.

### Rest Breaks

Nonexempt employees are entitled to paid rest periods based on an employee's total hours worked. Nonexempt employees working:

- Fewer than 3.5 hours are not entitled to a rest period.
- 3.5 hours up to six hours are entitled to a ten-minute rest period.
- More than six hours up to ten hours are entitled to 20 minutes of rest time.
- More than ten hours up to 14 hours are entitled to 30 minutes of rest time.

These paid rest periods:

- Must be at least ten consecutive minutes for each four hours worked or a major fraction thereof.
- Are to be taken in the middle of the employee's work period to the extent that is possible.

Nonexempt employees on rest breaks are not required to clock in and clock out because this time is considered "time worked" and is compensable.

11

WAYFARER_000139059

Impermissible Use of Meal Period and/or Rest Breaks

Neither the lunch period nor the rest break(s) may be used to account for an employee's late arrival or early departure or to cover time off for other purposes—for example, rest breaks may not be accumulated to extend a meal period, and rest breaks may not be combined to allow one half-hour long break.

## Overtime Pay

Nonexempt employees will be paid overtime pay at a rate of 1.5 times the employee's regular rate of pay for any work in excess of 8 hours in any workday, any work in excess of 40 hours in any workweek, or the first 8 hours worked on the seventh consecutive day of work in any one workweek.  In addition, non-exempt employees will receive overtime pay in the amount of twice the employee's regular rate of pay for any work in excess of 12 hours in any workday, and any work in excess of 8 hours on the seventh consecutive day of work in any workweek.  Paid leave, such as holiday, sick or vacation pay, does not apply toward work time.

Employees who anticipate the need for overtime to complete the day's work must notify their supervisor in advance and obtain approval before working hours that extend beyond their normal schedule. Employees who do not receive advance approval for overtime will be subject to performance discussion and to discipline, up to and including termination of employment.

## Lactation Breaks

All nursing mothers may take reasonable breaks to express breast milk for the employee's child. If possible, this break time will run concurrently with any other break time available to the employee. Subject to permissible defenses, Wayfarer Studios has an obligation to reasonably accommodate an employee's request regarding lactation accommodation and to provide the requisite facilities.

Eligible employees who intend to take breaks under this policy should notify their supervisor and/or Human Resources and provide the expected frequency, timing and duration of leave, as necessary.

Wayfarer Studios provides nursing mothers with a private space, in close proximity to an employee's workspace, to express milk.  This private space will be a safe and clean space, including a surface to place personal items, contain a place to sit, and have access to electricity or alternative devices needed to operate a breast pump.  Employees will also have access to running water and a refrigerator or other appropriate cooling space.  Please contact Human Resources for information about the designated location(s) for lactation breaks.

If Wayfarer Studios is unable to provide break time or a lactation location that complies with this policy, Wayfarer Studios will provide a written response to the employee. Employees have a right to file a complaint with the Labor Commissioner for any violation of their rights under Cal. Labor Code § 1034.

## BUSINESS EXPENSE REIMBURSEMENT

CONFIDENTIAL                                                                                   WAYFARER_000139060

Wayfarer Studios reimburses all employees for all necessary work-related expenses incurred in the course of performing their job duties. Wayfarer Studios is not responsible for losses due to an employee's own negligence, losses due to normal wear, or losses due to theft (unless the theft was the result of the Company's negligence). This reimbursement policy does not identify each and every type of expenditure eligible for reimbursement, but instead identifies broad categories of expenses and procedures for claiming reimbursement.

Any expenses must be authorized by the employee's supervisor in writing prior to incurring the expense.

Cellphone Reimbursement:

If Wayfarer Studios requires an employee to utilize their personal cell phone as part of their job responsibilities, they will receive a $50 per month ($25 per pay period) cellphone reimbursement. Contact your supervisor for the federally approved per diem rate per day for employee meals during out-of-town business trips (defined as business trips involving an over-night stay).  At no time, will we reimburse for any alcohol consumption for employees dining alone.

The Company will also reimburse employees for business meals and entertainment expenses when dining with and/or entertaining current or potential customers or business affiliates. Business meals are those meals taken with customers, prospects, or other business affiliates during which a business discussion takes place. Prudent judgment should be exercised when determining the appropriateness of these meal and entertainment expenses. The Company will not reimburse business meals or entertainment expenses that the Company, in its sole discretion, determines are lavish or extravagant.

Process for Submitting Reimbursement

1.  Contact your manager to request approval for any business expense. If you are unsure whether an expense is reimbursable, ask.

2.  Once approved, submit a completed reimbursement form to Wayfarer Accounting within 30 days of the purchase. Provide itemized receipts or other appropriate supporting documentation evidencing such expenses.

Failure to comply with these expense reimbursement requirements may lead to discipline, up to and including termination of employment.

Home Office Stipend

Wayfarer Studios will provide all full-time employees with a one-time $300.00 stipend to use towards updating their home. Employees can spend this stipend however they see fit, but keep in mind that once the stipend is exhausted, there is no additional stipend to follow.

Specialty Items-Laptop Repairs

If your personal or Company-issued laptop is slow or no longer working properly and you are unable to perform your job duties because of it, Wayfarer Studios will cover the cost of getting your computer repaired. We will choose the vendor for the repair. You will receive a loaner device in the meantime if needed. If for some reason repair is not an option and you are using a

13

WAYFARER_000139061

personal device, Wayfarer Studios will loan you a laptop to use for the duration of your employment.

Please reach out to your manager if you are having any laptop, desktop, or other computer peripheral issues and are in need of a repair for your device.

Please contact Operations if you need a Company laptop, keyboard, mouse, monitor or other computer peripheral devices on loan from the Company.

14

CONFIDENTIAL

WAYFARER_000139062

## TIME AWAY FROM WORK

We value the need to have time away to be with family, engage in personal areas of interest and celebrate holidays. We respect our team's ability to know when and how often is appropriate to be away from work.

### Unlimited Paid Time Off

Our Unlimited Paid Time Off (PTO) is an all-purpose time-off policy for employees to use for holidays, vacation, illness or injury, relaxation and personal business. It combines traditional vacation and sick leave plans into one flexible, paid time-off policy. It is important that employees have time to recharge so that they are able to deliver their best work. Employees are expected to meet established work goals and perform all duties despite the absences, absent extenuating circumstances.

When employees are covered by the California Healthy Workplaces, Healthy Families Act, Los Angeles Paid Sick Leave, or any other local/state paid sick leave law, this policy shall be interpreted and implemented in compliance with those laws with respect to those employees.

Eligible employees' ability to take paid time off is not a form of additional wages for services performed. Employees do not accrue or earn PTO. Because PTO is not accrued or earned, there is no payout of PTO upon termination of employment.

Employees may use PTO for personal reasons, vacation, sickness (as consistent with applicable law), to care for family members, or any other reason the employee chooses, including but not limited to:

- The employee's care, preventive care, diagnosis, or treatment.
- The care, preventive care, diagnosis, or treatment of the employee's qualified family member, as defined below.
- An employee who is a victim of domestic violence, sexual assault, or stalking to take time off to: (1) obtain or attempt to obtain any relief to help ensure the health, safety, or welfare of the employee or the employee's child, such as a temporary restraining order, restraining order, or other injunctive relief; (2) seek medical attention; (3) obtain services from a shelter, program, rape crisis center, or victim services organization or agency; (4) obtain psychological counseling or mental health services; or (5) participate in safety planning or take other actions to increase safety from future incidents.
- The employee to attend judicial proceedings related to a crime that is a serious or violent felony or a felony involving theft or embezzlement, when the employee is a victim of that crime or an immediate family member, registered domestic partner, or child of a registered domestic partner is a victim of that crime.
- Any other permitted uses for paid sick and/or safe time leave as required by local or state law, if applicable.

For purposes of this policy, "qualified family member" means a child, spouse, registered domestic partner, parent, grandparent, grandchild, and sibling. A "child" includes a biological, adopted, or foster child, stepchild, legal ward, or a child to whom the employee stands in place of a parent (*in loco parentis*). A "parent" includes a biological, adoptive, or foster parent, stepparent, or legal guardian of an employee or the employee's spouse or registered domestic partner, or a person who stood in place of a parent (*in loco parentis*) when the employee was a minor child, plus those related to the employee by blood or affinity equivalent to a family relationship.

15

WAYFARER_000139063

The Company does not discriminate or retaliate against employees who use or request paid sick and safe days consistent with applicable local or state law. If you have questions regarding paid sick and safe leave law, please contact Human Resources.

Employees must provide reasonable notice to use PTO to their immediate supervisor if the need to use PTO is foreseeable. If the need for leave is not foreseeable, employees must provide notice as soon as practicable.

Please contact Human Resources if you have any questions regarding this policy.

### Days the Business will Close and employees are encouraged use PTO

Wayfarer Studios recognizes that certain times of the year most organizations will close, and we encourage employees to take the following days off as PTO. Note that we also celebrate certain Bahá'í holidays as well. Those will be announced annually as the dates fluctuate.

- New Year's Day
- Martin Luther King, Jr. Day
- President's Day
- Naw-Ruz
- Memorial Day
- Juneteenth
- Independence Day
- Labor Day
- Indigenous People's Day
- Veterans Day
- Thanksgiving Day
- Day after Thanksgiving
- Christmas Eve Day
- Christmas Day

Should a holiday fall on a weekend, the holiday will be observed on the workday closest to the holiday.

Team members who desire to observe a cultural or religious holiday that is not recognized by the Company may use their unlimited paid time off for observance with notification to their supervisor.

### California Family Care and Medical Leave and Pregnancy Disability Leave

Wayfarer Studios provides leave under the California Family Rights Act (CFRA), which provides unpaid, job-protected leave to covered employees in certain circumstances. CFRA applies to private employers of five or more employees.

Eligibility
To qualify for CFRA leave, employees must have worked for Wayfarer Studios for at least 12 months and have worked at least 1,250 hours in the 12-month period before the date leave begins. If you have any questions about your eligibility for CFRA leave, please contact the Human Resources (HR███████████

Leave Entitlement

This leave may be up to 12 work weeks in a 12-month period, which is measured forward from the date an employee's first CFRA leave begins for any of the following reasons:

- The birth, adoption, or foster care placement of your child.
- To care for your own serious health condition.
- To care for the serious health condition of your child (which includes a child of any age and the child of a domestic partner), spouse, domestic partner, parent, grandparent, grandchild, or sibling.
- For a qualifying exigency related to the covered active duty or call to covered active duty of an employee's spouse, domestic partner, child, or parent in the U.S. Armed Forces, as specified in Section 3302.2 of the California Unemployment Insurance Code.

If both parents are employed by the same employer and are eligible for CFRA leave due to the birth, adoption or foster care placement of their child, each parent is entitled to take up to 12 workweeks in the one-year period after the child's birth, adoption, or foster care placement.

Substitution of Paid Leave

While the law provides only unpaid leave, employees may take PTO while taking CFRA leave. Employees may also be eligible for short-term disability insurance and/or California Paid Family Leave Law, and through the California Employment Development Department (EDD) during leave under this policy. (See Paid Family Leave section below for further information). Employees will not receive combined short-term disability/Paid Family Leave benefits and PTO benefits in excess of their regular wages.

Pregnancy Disability Leave

Even if you are not eligible for CFRA leave, if you are disabled by pregnancy, childbirth, or a related medical condition, you are entitled to take pregnancy disability leave (PDL) of up to four months (the working days you normally would work in one-third of a year or 17-1/3 weeks) depending on your period(s) of actual disability. PDL may include, but is not limited to, additional or more frequent breaks, time for prenatal or postnatal medical appointments, doctor-ordered bed rest, "severe morning sickness," gestational diabetes, pregnancy-induced hypertension, preeclampsia, recovery from childbirth or loss or end of pregnancy, and/or postpartum depression.

Subject to any permissible defenses, Wayfarer Studios will reasonably accommodate your medical needs related to pregnancy, childbirth, or a related condition and transfer you to a less strenuous or hazardous position if it is medically advisable because of your pregnancy. You may request such reasonable accommodation, transfer, or PDL as necessary.

Right to Reinstatement

If you are CFRA-eligible, you have certain rights to take both PDL and CFRA leave for reason of the birth of your child. Both leaves contain a guarantee of reinstatement – for pregnancy disability it is to the same position, and for CFRA it is to the same or a comparable position – at the end of the leave, subject to any defense allowed under the law.

Notice of Leave

You must provide at least 30 days' advance notice for foreseeable events (such as the expected birth of a child or a planned medical treatment for yourself or of a family member). For events that are unforeseeable, you must notify your employer, at least verbally, as soon as you learn of the

CONFIDENTIAL

WAYFARER_000139065

need for the leave. When possible, your notice must include the estimated time and duration of the reasonable accommodation, transfer, or leave required.

Failure to comply with these notice requirements is grounds for, and may result in, deferral of the requested leave until you comply with this notice policy.

<u>Certification of Need for Leave</u>
Medical certification from your health care provider is required if you are requesting leave for either:

- Your serious health condition; or
- Reasonable accommodation, transfer, or leave for your pregnancy disability.

If you are requesting leave to care for the serious health condition of your covered family member, medical certification from their health care provider is required.

You may obtain a medical certification form to give to the appropriate health care provider from Human Resources (HR@Wayfarer Studiosstudios.com) to complete. Wayfarer Studios reserves the right to require certification in connection with military exigency leave.

Taking CFRA or PDL may impact certain of your benefits and your seniority date. Contact Human Resources for more information regarding your eligibility for a leave and/or the impact of the leave on your seniority and benefits.

<u>Intermittent Leave and Reduced Work Schedule</u>
When medically necessary, leave may be taken intermittently or on a reduced work schedule. If you are taking a leave for the birth, adoption, or foster care placement of a child, the basic minimum duration of the leave is two weeks, and you must conclude the leave within one year of the birth or placement for adoption or foster care.

<u>Medical and Other Benefits</u>
During approved CFRA or PDL leave, your health insurance benefits are maintained as if you continued to be actively employed. Employees approved for CFRA or PDL leave will be informed in writing of the terms and conditions under which health insurance and other benefits will be continued during their leave.

<u>Contact Information</u>
For more information and any questions regarding this policy, including your eligibility for a leave and/or the impact of leave on your benefits and seniority, please contact Human Resources (HR@Wayfarerstudios.com). You may also contact the Department of Fair Employment and Housing (DFEH) through its Communication Center. If you have a disability that requires a reasonable accommodation, the DFEH can assist you by scribing your intake by phone or, for individuals who are Deaf or Hard of Hearing or have speech disabilities, through the California Relay Service (711). Information is available from the DFEH at www.dfeh.ca.gov, toll-free at (800) 884-1684 (voice or via relay operator 711), TTY (800) 700-2320, or contact.center@dfeh.ca.gov.

<u>Return-to-Work Release</u>
Employees on leave for their own serious health condition or returning from PDL will be required to obtain a release to return to work from their healthcare provider that the employee is able to

CONFIDENTIAL

resume work. This also is a requirement of all employees returning from other types of medical leave. Otherwise, the employee will not be permitted to resume work until it is provided.

<u>Paid Family Leave</u>

Employees may also be eligible for Paid Family Leave benefits pursuant to the California Paid Family Leave Law, and through the California Employment Development Department (EDD). The EDD determines eligibility and administers employee claims for such Paid Family Leave. This paid family leave is not a leave of absence or a benefit of Wayfarer Studios.

Employees may receive paid family leave benefits when they stop working or reduce work hours to care for a child, spouse, parent, grandparent, grandchild, sibling, parent-in-law, or state-registered domestic partner with a serious health condition.  Employees may also receive paid family leave benefits to bond with a new child (newborn, adopted, or foster care child) under the age of 18. Employees may also be eligible to receive paid family leave benefits to participate in a qualifying exigency related to the covered active duty, or call to covered active duty, of the individual's spouse, domestic partner, child, or parent in the Armed Forces of the United States.

This state program is funded 100% by employee contributions. Wayfarer Studios automatically deducts your contribution for this benefit from your pay as required by law.

Please note that paid family leave refers to the benefits available to eligible employees through EDD. Please contact the EDD for information regarding eligibility or to obtain a claim form.

CONFIDENTIAL

WAYFARER_000139067

## BENEFITS

Wayfarer Studios offers benefits that provide a well-rounded level of protection for eligible employees and their qualified dependents. A number of the programs (such as Social Security, workers' compensation, state disability, and unemployment insurance) cover all employees in the manner prescribed by law.

The terms and conditions of the employee benefit programs are governed by their respective plan documents. For more information regarding employee benefits, employees should contact Human Resources.

For more information regarding benefits programs, please refer to the Summary Plan Descriptions, which are typically provided to employees upon eligibility, or contact the Human Resource department.

Employees have up to 15 days from their date of hire to make benefit plan elections where appropriate. Once made, elections are fixed for the remainder of the plan year. Changes in family status or other special circumstance, as defined in the Plan document, allow employees to make midyear changes in coverage consistent with the family status change. Please contact the Human Resource to determine if a family status change qualifies under the Plan document and IRS regulations.

At the end of each calendar year during open enrollment, employees may change medical and dental elections for the following calendar year. Once made, elections are fixed for the remainder of the plan year. Please contact Human Resource to determine if a family status change qualifies under the Plan document and IRS regulations.

### Benefit Continuation

The Federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under the Company's health plan when a "qualifying event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, death of an employee, a reduction in an employee's hours or a leave of absence, an employee's divorce or legal separation, and a dependent child no longer meeting eligibility requirements.

When an employee leaves the organization, a COBRA notification will be mailed to the terminating employee's address on file. Each employee should also inquire with Human Resources about COBRA documentation and participation when leaving the organization. If COBRA documents are not received within a few weeks, please inquire with Human Resources.

Employees are required to provide Wayfarer Studios with the most recent home address so that the COBRA notification may be mailed to the appropriate address.

20

WAYFARER_000139068

**WORKPLACE EXPECTATIONS**

**Non-Disclosure Agreement Confidential and Proprietary Information**

Our clients and other parties with whom we do business entrust the Company with important information relating to their businesses. You have signed a separate Non-Disclosure agreement that is critical to the operating of Wayfarer Studios. Please refer to the Agreement regarding your confidentiality obligations. Please contact Human Resources or your supervisor if you have any questions regarding your Non-disclosure Agreement or what constitutes "confidential" and/or "proprietary" information.

**Electronic Systems Policy**

Wayfarer Studios provides a wide variety of communication tools and resources to employees for use in running day-to-day business activities, including but not limited to, computers, telephones, voice mail, fax, scanner, Internet, intranet, e-mail, text messaging, electronic bulletin boards, wire services, online services, or any other company-provided technology ("Electronic Systems"). Use of Electronic Systems should be reserved for business-related matters during working hours. All Messages, Email or other data or information generated, sent, stored, received or managed by any Electronic Systems are referred to in this policy as "Electronic Communications." All Electronic Systems should be handled in a professional and respectful manner.

All Electronic Communications and Systems provided by Wayfarer Studios are Company property. Employees should not have any expectation of privacy in their use of Company Electronic Systems. All communications made using Company-provided equipment or services, including email and internet activity, are subject to inspection by the Company. Personal devices that are used in the course of Company business are also subject to review and must be provided if requested.

Employees should keep in mind that even if they delete an email, voicemail or other communication, a copy may be archived on the Company's systems. Electronic Communications are formal business communications, and employees are expected to exercise the same care and professionalism in creating those communications as they would when speaking on the phone or writing a letter or memo on behalf of the Company.

Employee use of Electronic Systems, that are not job-related have the potential to drain, rather than enhance, productivity and system performance. You may make limited use of our email system for matters involving your own personal business, so long as such use is kept to a minimum and does not interfere with your work.

When using Company Electronic Systems, employees must: not access websites or objects with inappropriate or illegal content; be aware of their responsibilities for the appropriate use of the Internet and only use the Internet for business purposes; be aware that their Internet use is subject to logging and may be monitored by Wayfarer Studios consistent with requirements of applicable laws and regulations. Company email shall not be automatically forwarded to a destination outside of the Company Electronic Systems. Wayfarer Studios prohibits the use any non-Wayfarer Studios email address (for example, Gmail, Hotmail, Yahoo! or similar external/third-party email service) for Company business purposes. Absent a business need, employees should not forward Wayfarer Studios email dealing with Company Confidential Information or proprietary information to external/third-party personal email systems. You should also be aware that information transmitted through Electronic Systems may not be completely secure or may contain

21

WAYFARER_000139069

viruses or malware, and information you transmit and receive could damage the Company's systems as well as the reputation and/or competitiveness of the Company.  To protect against possible problems, delete any e-mail messages prior to opening that are received from suspicious senders and advertisers.  It also is against Company policy to turn off antivirus protection software or make unauthorized changes to system configurations installed on Company computers.

Electronic Communications are like any other form of Company communication. You must comply with all other policies and cannot use Electronic Communications for unlawful purposes. Employees should not engage in harassing or discriminatory behavior that targets other employees or individuals or make defamatory comments. Similarly, employees should not divulge Confidential Information such as trade secrets, client lists, or information restricted from disclosure by law.  Your email account is a Company-provided privilege and is Company property. Remember that when you send email from the Company domain, you represent the Company whether your message is business-related or personal.

Nothing in this policy is designed to interfere with, restrain, or prevent employee communications regarding wages, hours, or other terms and conditions of employment as protected under the National Labor Relations Act or other legally protected activity.

In addition to the foregoing, the following guidelines have been established for using Company Electronic Systems in an appropriate, ethical and professional manner:

- Internet, company-provided equipment (e.g., cell phone, laptops, computers) and services may not be used for transmitting, retrieving or storing any communications of a defamatory, discriminatory, harassing or pornographic nature.

- The following actions are forbidden: using disparaging, abusive, profane or offensive language; creating, viewing or displaying materials that might adversely or negatively reflect upon Wayfarer Studios or be contrary to Company's best interests; and engaging in any illegal activities, including piracy, cracking, extortion, blackmail, copyright infringement, and unauthorized access of any computers and Company-provided equipment such as cell phones and laptops.

- Employees may not copy, retrieve, modify or forward copyrighted materials, except with permission or as a single copy to reference only.

- Employees must not use the Electronic Systems in a way that disrupts their use by others. Employees must not send or receive large files that could be saved/transferred via thumb drives. Employees are prohibited from sending or receiving files that are not related to work.

- Employees should not open suspicious e-mails, pop-ups or downloads. Contact IT with any questions or concerns to reduce the release of viruses or to contain viruses immediately.

- Internal and external e-mails are considered business records and may be subject to discovery in the event of litigation. Be aware of this possibility when sending e-mail within and outside the Company.

Violations of this policy may lead to discipline, up to and including termination of employment.

CONFIDENTIAL                                                    WAYFARER_000139070

## Social Media

To assist you in making responsible decisions about your use of social media, we have established these guidelines for employee use of social media. For the purposes of this policy, we are referring to systems such as Facebook, Instagram, Twitter and LinkedIn, and will expect the same usage for other new technology sites that emerge in the future as "social media."

Guidelines

Be thoughtful in all your communications and dealings with others, including email and social media. Never harass (as defined by our Anti-Harassment Policy), threaten, libel or defame fellow professionals, employees, clients, competitors or anyone else. Ultimately, you are solely responsible for what you post online. Before creating online content, consider some of the risks involved. The Internet archives almost everything; therefore, even deleted postings can be saved and "anonymous postings" can be tracked back to you. Remember that what you say in social media can often be seen by anyone. Please also keep in mind that you are more likely to resolve work-related complaints by speaking directly with your co-workers or Human Resources than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video or audio that reasonably could be viewed as malicious, obscene, and threatening or intimidating, that disparage customers, co-workers, or suppliers, or that might constitute harassment or bullying.

Accordingly, harassing comments, obscenities or similar conduct that would violate the Company's policies are discouraged in general and are never allowed while using the Company's equipment or during working time.

The guidelines below are specific examples but are not intended to be exhaustive. Overall, we ask you to use common sense on all platforms.

- Do not comment on Confidential Information without the advance approval of management.

- Use of social media on Company equipment during working time is permitted, if your use is for legitimate, preapproved Company business. Please discuss the nature of your anticipated business use and the content of your message with management. Obtain the advance approval of management prior to such use.

- Respect copyright, trademark and similar laws and use such protected information in compliance with applicable legal standards.

- Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly.

- When using personal social media, express only your personal views. Never represent yourself as a spokesperson for the Company (unless so authorized by a Company Executive. If Wayfarer Studios is a subject matter of the content you are creating, be clear and open about the fact that you are an employee and always include a disclaimer prominently stating that the views expressed are not the views of the Company, but rather your personal views. An example of this is: "The views I am sharing here are personal views and do not necessarily reflect the views of Wayfarer Studios, its employees,

23

WAYFARER_000139071

independent contractors, vendors, clients, and any other Wayfarer Studios-affiliated party or competition."

- Do not use the Company's logos, marks or other protected information or property for any business/ commercial management.

- Do not make knowingly false representations about your credentials or your work.

- Do not make disparaging or maliciously false statements regarding Wayfarer Studios, its owners and/or executives on social media.

- Do not create a blog or online group related to the Company, its owners  or Executives (not including blogs or discussions involving wages, benefits, or other terms and conditions of employment or protected concerted activity) without the advance approval of management.  If a blog or online group is approved, it must contain a disclaimer approved by management.

All employees are expected to know and follow this policy.  Nothing in this policy is, however, intended to prevent employees from engaging in concerted activity protected by law, or by other laws that may impact social media conduct.  If you have any questions regarding this policy, please ask the Human Resources before acting.  Any violations of this policy are grounds for disciplinary action, up to and including immediate termination of employment.

### Return of Company Property including Computers

1. The separating employee must return all Company property at the time of separation.

2. Company may provide temporary replacement laptop or desktop computers to its eligible staff for use in the course and within the scope of their employment. The employee agrees to take reasonable measures to protect the property and agrees by affirmation to the following conditions:

    - I accept personal liability for the computer and its repair or replacement should the computer be lost, stolen or severely damaged. I agree to repay the full amount required to replace such lost, stolen, or damaged computer, or to pay for its repair if it is severely damaged but repairable. In the event of loss, theft or severe damage, the computer will be replaced or repaired at the sole discretion of Company.

    - If the computer needs to be left unattended, I agree to take appropriate precautions against theft, loss, or damage, which may include locking it in a secure area.

    - I agree to exercise care and caution when downloading files from the Internet or external media. Certain files may carry computer viruses that may damage the computer's software and operating system. Other files may contain content which may be illegal or inappropriate for retention on Company's owned equipment. Should such material be discovered on this Company-owned computer at any time, the user may be subjected to disciplinary action.

    - I understand that computers are provided for work related purposes. Incidental personal use of the computer must not interfere with the intended use.

24

WAYFARER_000139072

-   I understand that I will be personally liable for any of my own actions that violate copyright laws, illegal use of the computer or of copyrighted material or other illegal use, such as harassment, "hacking" into unauthorized sites, and installation of non-licensed software.

-   The laptop or desktop, and its replacement, if applicable, remains the property of Company. I agree to surrender the computer within 3 business days after the expiration of the specified loan time period or in the event of retirement, resignation, termination or change of assignment (whichever occurs first). I also agree to return the laptop or desktop computer immediately upon demand by Company for maintenance, repair, upgrading, evaluation, inspection, or for other reasons as may be required.

-   Failure to comply with Company's request for the return of the computer will be considered an unlawful taking of company property and will result in disciplinary action.

-   I agree to immediately notify Company in the event the computer is lost or damaged.

-   I understand that service and repair of the computer is provided through Company and agree to surrender the computer to Company as needed for that purpose.

-   I understand it is my responsibility to back up my work outside of the computer.

CONFIDENTIAL

WAYFARER_000139073

## WORKPLACE SAFETY

### Accident Reporting

It is the responsibility of each employee to conduct all tasks in a safe and efficient manner complying with all local, state and federal safety and health regulations and program standards, and with any special safety concerns for use in a particular area or with a client. This includes time working from home as well as off-site while working for Wayfarer Studios.

To protect you in such cases, the Company carries Workers' Compensation insurance. If you are injured on the job, you are required to contact the Human Resources or in their absence, a manager promptly no matter how minor your injury may be. Absent extenuating circumstances, failure to report such an issue within 72 hours may result in employee disciplinary action, including termination of employment.

### Alcohol & Drug-Free Workplace

The policy of the Company is to maintain a drug and alcohol-free workplace environment.  In light of this policy, the unlawful manufacture, distribution, dispensing, possession or use of a non-medically prescribed controlled substance is prohibited in the workplace.  Also, the Company requires that Employees not be under the influence of alcohol or drugs at the workplace or at any Wayfarer Studios event.  Provided employees acted professionally and reasonably, alcohol consumption is permitted when entertaining a client or networking on behalf of Wayfarer Studios, in such cases a reasonable amount of alcohol may be expensed in the course of doing business. Any Employee who engages in the illegal use of drugs or alcohol during work hours is subject to disciplinary action, up to and including immediate termination of employment.

During working time, while on Wayfarer Studios'' premises, and while conducting business-related activities off Wayfarer Studios' premises, the manufacture, use, possession, distribution, transfer, dispensation, purchase, sale, or being under the influence of alcohol or illegal drugs, or the misuse of legal drugs, are strictly prohibited and are grounds for termination.  The term "illegal drug" means any drug which is not legally obtainable for use or possession (such as cocaine), or a legal drug which has been illegally obtained.  Employees are also prohibited from using, possessing, or being under the influence of marijuana during working time, on Wayfarer Studios' premises, when conducting business-related activities off Wayfarer Studios' premises, and at any Company-sponsored event. Possession, use, distribution, or sale of alcoholic beverages on the organization's premises are not allowed without prior approval of appropriate management.  Being unfit for work due to drug or alcohol use is strictly prohibited and is grounds for termination of employment.

The legal use of prescribed drugs and over-the-counter medications is permitted on the job only if it does not impair an employee's ability to perform the essential functions of their job effectively and in a safe manner.  Employees have an obligation to inform their supervisor when taking medication that could impact their ability to effectively or safely perform the essential functions of their job.  While on the organization's property or conducting organization business, employees must maintain any prescription drugs or over-the-counter medications in their appropriate containers and take any prescription or over-the-counter medication in accordance with prescribed instructions.

Violations of this policy may lead to disciplinary action, up to and including immediate termination of employment, and/or required participation in and completion of a substance abuse

26

WAYFARER_000139074

rehabilitation or treatment program.  Such violations may also have legal consequences. Employees with questions on this policy or issues related to drug or alcohol use in the workplace should raise their concerns with Human Resources without fear of reprisal.

### Violence in the Workplace

The safety of our employees is of the utmost importance.  Wayfarer Studios prohibits and will not tolerate any form of workplace violence by an employee, supervisor, or third party, including vendors, customers, clients, independent contractors and visitors at the workplace, during working time, and at employer-sponsored events.

Guns and any other weapons are strictly prohibited on Company property (including properly owned, leased, or controlled by the Company), and while on working time.

Employees are expected to refrain from conduct that may be dangerous to others. Conduct that threatens, intimidates or coerces another employee, customer, client, contractor, vendor or business associate will not be tolerated. Wayfarer Studios' resources may not be used to threaten, stalk or harass anyone at the workplace or outside the workplace. Wayfarer Studios treats threats coming from an abusive personal relationship as it does other forms of violence.

Indirect or direct threats of violence, incidents of actual violence and suspicious individuals or activities should be reported as soon as possible to a supervisor, or any member of senior management. When reporting a threat or incident of violence, the employee should be as specific and detailed as possible. Employees should not place themselves in peril, nor should they attempt to intercede during an incident.

 Wayfarer Studios will promptly and thoroughly investigate all reports of threats of violence or incidents of actual violence and of suspicious individuals or activities. The identity of the individual making a report will be protected as much as possible. Wayfarer Studios will not retaliate against employees making good-faith reports of violence, threats or suspicious individuals or activities. In order to maintain workplace safety and the integrity of its investigation, Wayfarer Studios may suspend employees suspected of workplace violence or threats of violence, either with or without pay, pending investigation.

Anyone found to be responsible for threats of or actual violence or other conduct that is in violation of these guidelines will be subject to prompt disciplinary action up to and including termination of employment.

CONFIDENTIAL                                                                 WAYFARER_000139075

**Employee Handbook Acknowledgment and Receipt**

**I have received my copy of the Employee Handbook.**

The Employee Handbook describes important information about Wayfarer Studios, and I understand that I should consult my manager or Human Resources regarding any questions not answered in the handbook. I have entered into my employment relationship with Wayfarer Studios voluntarily and acknowledge that there is no specified length of employment. **Accordingly, either I or Wayfarer Studios can terminate the relationship at will, with or without cause or reason, at any time, so long as there is not a violation of applicable federal or state law.**

I understand and agree that, other than a Company Executive or Senior Leader, no manager, supervisor or representative of Wayfarer Studios has any authority to enter into any agreement for employment other than at will; only a Company Executive or Senior Leader has the authority to make any such agreement and then only in writing signed by the Company Executive or Senior Leader.

This handbook and the policies and procedures contained herein supersede any and all prior practices, oral or written representations, or statements regarding the terms and conditions of my employment with the Company. By distributing this handbook, the Company expressly revokes any and all previous policies and procedures that are inconsistent with those contained herein.

I understand that, except for employment-at-will status, any and all policies and practices may be changed at any time by Wayfarer Studios, and the Company reserves the right to change my hours, wages and working conditions at any time. I understand that revised information may supersede, modify or eliminate existing policies.

I have received the handbook, and I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

_____
Employee's Signature

_____          _____
Employee's Name (Print)                                                         Date

28