# Exhibit 2

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5   BLAKE LIVELY,
 6                Plaintiff,
 7      vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.,
 9
                  Defendants.
10   _____
     JENNIFER ABEL,
11             Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
               Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.,
14             Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.,
               Consolidated Defendants.
16   _____
17                   **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20                Los Angeles, California
21              Thursday, October 9, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
24   CALIFORNIA CSR No. 12019
25
```

CONFIDENTIAL

Page 38

1  Q    Okay.  Thank you.
2       Can you describe for me what are your
3  responsibilities as CEO of Wayfarer?
4  A    I can.  Quickly, the financial strategy
5  of Wayfarer, what we're investing in.  Everything
6  that has to do with that, investments, the way that
7  we do our deals, where we are holding our money,
8  anything of that nature.  Creatively, projects that
9  we do, are they in line with who we are, are they
10 good, the quality of it.  There is more to it than
11 that, but that's the basic.
12      Also, our leadership and culture.  How we
13 walk, our purpose as a company, what our goals are,
14 and to build relationships with others.
15 Q    What is Wayfarer's purpose as a company?
16 A    We want to make art that lifts the human
17 spirit, that speaks to things that oftentimes don't
18 have an opportunity to be commercial.  They don't
19 have to be commercial, but oftentimes they're --
20 they don't have a path.  To give filmmakers,
21 sometimes new filmmakers, opportunities to make
22 movies.  To tell stories that a lot of people may
23 not see are worth telling.
24      And, as I say -- and my CFO gets mad at
25 me all the time -- is we want to make things that