# Exhibit 5

CONFIDENTIAL

Page 1

1  UNITED STATES DISTRICT COURT
2  FOR THE SOUTHERN DISTRICT OF NEW YORK
3  ---oOo---
4
5  BLAKE LIVELY,
6          Plaintiff,
7    vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                          25-CV-449 (LJL) (MEMBER CASE)
8
   WAYFARER STUDIOS LLC, ET AL.
9
           Defendants.
10 _____
   JENNIFER ABEL,
11         Third-party Plaintiff,
      vs.
12 JONESWORKS, LLC,
           Third-party Defendant.
13 _____
   WAYFARER STUDIOS LLC, et al.
14         Consolidated Plaintiffs,
      vs.
15 BLAKE LIVELY, et al.
           Consolidated Defendants.
16 _____
17
18              **CONFIDENTIAL**
19
20    VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI
21            Los Angeles, California
22            Monday, October 6, 2025
23 Stenographically Reported by:  Ashley Soevyn,
   CALIFORNIA CSR No. 12019
24
25

Page 42

1  an understanding of why they've been promised ghost
2  equity or some sort of promise of equity in
3  Wayfarer?
4       A    I believe so.
5       Q    Can you tell me?
6       A    I will start with Ahmed.  Ahmed was my
7  former partner at Wayfarer Entertainment, which was
8  a small production company that I had started years
9  ago, and he's an independent producer now.  But I
10 didn't feel like I could have started Wayfarer
11 without his help with Wayfarer Entertainment so I
12 gave him a small piece of my own equity.
13           Jamey Heath took a low salary compared,
14 probably, to a lot of other folks and has lived and
15 breathed the company.  And Steve and I felt he
16 deserved a small piece of equity.
17           And I'm still unsure if Tera Hanks
18 officially has any or that any was promised.  But
19 when she joined, I think it was discussed.  But I
20 don't have a full memory of it.
21      Q    Would you say it's accurate that you and
22 Steve Sarowitz co-founded Wayfarer Studios?
23      A    Yeah, I think so.
24      Q    When did that happen?
25      A    I believe officially, it was around the

Page 43

| | |
|---|---|
| 1 | time of the pandemic, so early 2020.  But I know it |
| 2 | was starting to happen, like there were |
| 3 | conversations in 2019.  I just don't know the exact, |
| 4 | like, date the papers were signed or things like |
| 5 | that. |
| 6 | Q    And how did that come about? |
| 7 | A    The starting of Wayfarer Studios? |
| 8 | Q    Uh-huh. |
| 9 | A    I had always wanted to have the means to |
| 10 | create movies that I thought could make a difference |
| 11 | and help people.  And Steve had a very similar world |
| 12 | view, and he wanted to make movies that could help |
| 13 | people too.  So we started Wayfarer. |
| 14 | Q    How did you come to know Steve Sarowitz? |
| 15 | A    I first met Steve when he was making a |
| 16 | film called The Gate.  It was a story of the Bab, |
| 17 | who was a central figure in the Baha'i faith.  And |
| 18 | we were introduced because he said he didn't know |
| 19 | what he was doing and he needed some guidance.  And |
| 20 | so I helped him out and we became friends.  And we |
| 21 | have a shared faith. |
| 22 | Q    Do you know approximately when this was |
| 23 | that you were introduced to him? |
| 24 | A    I don't.  I feel like maybe 2016 or 2017. |
| 25 | Q    Would you say there's a common thesis or |

CONFIDENTIAL

Page 46

1  A   I don't know.  And I don't know how I --
2  we would quantify that.  I don't believe so.
3  Q   Are you the co-chairman of Wayfarer
4  Studios?
5  A   I am.
6  Q   Do you hold any other titles with respect
7  to Wayfarer Studios?
8  A   I do not.
9  Q   And what are your responsibilities as
10 co-chairman of Wayfarer Studios?
11 A   Mostly thinking of the future direction
12 of where I would like to see the company going.  I
13 assist with creative.  That's -- that's pretty much
14 it.
15 Q   Do you have any responsibilities with
16 respect to the financials of Wayfarer Studios?
17 A   No.
18 Q   Do you have any responsibilities with
19 respect to the day-to-day operation of Wayfarer
20 Studios?
21 A   No.
22 Q   Would you say that Sarowitz is the money
23 guy and you're the creative force behind Wayfarer
24 Studios?
25 A   Sarowitz is quite creative, but I think

```
 1        A    I can't think of any right now.
 2        Q    In any other role than an attendee?
 3        A    I started speaking in my 30s, and I don't
 4   know if I ever spoke at one or not.
 5        Q    Do you know a gentleman by the name of
 6   Labid Aziz?
 7        A    Yes.
 8        Q    Who is he?
 9        A    Labid?
10        Q    Yes.
11        A     was the original COO of Wayfarer
12   Studios.
13        Q    And when did he cease operating in that
14   role?
15        A    I think about a year into his role.
16        Q    Was he a good COO?
17        A    I'm not sure I'm qualified to judge what
18   a good COO is.
19        Q    Did you ever have any concerns personally
20   with him in his role as COO?
21        A    I did.
22        Q    What were those concerns?
23        A    I felt he would often promise things in
24   dealmaking that weren't possible.  He was a bit of a
25   wheeler and a dealer, and there were certain
```

1    instances where I did not feel he was telling the
2    truth.
3         Q    Can you identify any of those incidents
4    for me?
5         A    I just remember getting phone calls
6    saying, like, Labid said this or Labid promised this
7    and being very confused because that wasn't
8    something that he could be promising.  It was
9    important to me that we were always honest and that
10   we didn't enter into deals with people and make
11   promises that we couldn't keep.  And I didn't always
12   feel that that integrity was -- was -- didn't always
13   feel he operated with that -- that integrity.
14        Q    Can you give me any specific examples?
15        A    The one I can think of right now is my
16   dad is also in the entertainment business.  He was
17   one of the founding fathers of what is called
18   product placement.  And I always wanted to work with
19   my dad, and it's a sweet relationship.  But I
20   remember my dad told me that he had promised Labid
21   -- or Labid had promised him that he could build out
22   an entire product placement division of Wayfarer
23   Studios and that he would put him on a salary.
24   And -- and I think he got my dad's hopes up, which
25   my dad, you know, was 70, and that wasn't ever part

CONFIDENTIAL

Page 73

1  you explain the truth of what happened?
2       A    If my memory is correct, I was being
3  accused of many things.  But one of them was, like,
4  putting Ms. Lively on a phone call with a dietitian,
5  which was a lie and an extreme distortion of the
6  truth.
7       Q    Who is Dan [sic] Saladino?
8       A    He's a personal trainer.
9       Q    Is he Ms. Lively's personal trainer?
10      A    I would assume so.
11      Q    And what about your text messages with
12 him did you believe at the time would help you
13 demonstrate the truth of what had happened?
14      A    The communication between him and myself
15 that showed that he was also working with me.
16      Q    How many screenshots do you recall
17 sending to Mitz?
18      A    I wish I could tell you.  I don't know.
19      Q    More than two?
20      A    Yeah.
21      Q    More than five?
22      A    Probably.
23      Q    More than ten?
24      A    That was a very hard time.  I will say
25 yes.

CONFIDENTIAL

Page 278

1        (Exhibit 18 marked for identification.)
2   BY MS. SHAH:
3        Q    Is this the idea from your partner,
4   Steve Sarowitz, about flipping the narrative that
5   you were just testifying discussing flipping the
6   narrative about?
7        A    Can I have a second to read it, please.
8        Q    Of course.
9        A    Okay.
10       Q    So is this the substance of the idea that
11  you were just talking about that came from your
12  partner, Steve Sarowitz, about flipping the script?
13       A    Yes.
14       Q    And that included flipping the script
15  from Ryan saying:
16            (As read):
17                "Script was a disaster and he saved the
18                movie, to something about Ryan claiming
19                the female hired was a feminist writer,
20                didn't know how to tackle a female film
21                etc."
22            Do you see that?
23       A    Yes.
24       Q    This idea that this was a female writer
25  and a female film and that what Ryan Reynolds was

Page 279

1  saying was essentially misogynistic, did that come
2  from Steve Sarowitz?
3           MS. SHAPIRO:  Objection.
4           THE WITNESS:  I think I said here that my
5  partner, Steve, has asked about this.  So I was
6  passing that along.
7  BY MS. SHAH:
8       Q    So this idea, something about Ryan
9  claiming the female hired was a feminist writer,
10 didn't know how to tackle a female film, etc., came
11 from Steve?
12      A    That was what was passed on to me.
13      Q    Did you use any judgment about whether or
14 not that was a good idea before you passed it along?
15          MS. SHAPIRO:  Objection.
16          THE WITNESS:  I think it's implied in him
17 saying the script was a disaster, so I just pass it
18 along.  I didn't disagree with him.
19 BY MS. SHAH:
20      Q    You didn't disagree with Mr. Sarowitz's
21 idea?  Is that what you mean?
22      A    I didn't disagree with what Mr. Sarowitz
23 was -- was saying in terms of what Ryan was
24 inferring when he called the script a disaster.
25      Q    Meaning, that Ryan was essentially acting

Page 296

1  think she represented The Rock.  And she had said on
2  that call that Mr. Reynolds had, like, terrorized
3  The Rock or something to that extent.  Something
4  about a -- something about a letter.  I don't
5  remember the details but something about, like, he
6  had written a letter and it was, like, they wouldn't
7  do press together.  I don't know.  She was -- it was
8  a lot of gossip.  But that's why I remember laughing
9  because I was just like, oh.
10       Q    Did you feel supported by her on that
11  call?
12       A    Yeah, as I said earlier, it kind of felt
13  like, oh, don't worry.  She's this and that.  It
14  will be fine.  The movie's going to come out, and it
15  will be awesome.  And everybody's had a bad
16  experience with her.  It was like that kind of call.
17       Q    And did you feel like she believed what
18  you were relaying to her about your experiences on
19  set?
20       A    Yes.  I don't remember sharing much, but
21  what I did share, I just shared the truth.  And
22  she -- yeah.  Yeah.
23       Q    What do you remember sharing with her
24  about your experiences on set?
25       A    I specifically remember sharing the

1   situation with our trainer and -- and asking him
2   about what he thought Ms. Lively might weigh when we
3   shot the scene where I had to pick her up, because
4   of my back.  And how then they confronted me the
5   next day and how this trainer evidently then went
6   and told her that I was asking about her weight or
7   something.  And then how that became this big thing.
8    And they sat me down, and I just remember her kind
9   of not being able to believe that that was even a
10  thing.
11              I -- I believe I shared with her that
12  I -- I had made a comment about the way Jenny Slate
13  looked in her wardrobe.  And then I used the word
14  "sexy," and I think she started responding by joking
15  about how -- again, I'm not going to -- I don't want
16  to, if it's okay, repeat the words that she said --
17  but describing, generalizing the women and their
18  fragility.  And then I shared -- I think I talked
19  about the wardrobe, how hard it was with the
20  wardrobe.  And just that it felt like it was just a
21  very hard experience.  Like, that's kind of what I
22  remember.
23       Q    Do you remember sharing with her any --
24  anything else regarding your experiences on set in
25  that call?

Page 302

1    myself.
2         Q    And can you describe that journey for me
3    briefly here?
4         A    Do you want me to describe my whole book
5    journey briefly?
6         Q    Is it possible?
7         A    I'm happy to try.  I just don't know what
8    "briefly" is.
9         Q    I'm just trying to understand, what was
10   the idea behind that book and the podcast?
11        A    Well, the book was really a
12   self-exploration of looking at all the unconscious
13   messages that I've taken on as a man but, more
14   importantly, as human in my life -- all the mistakes
15   I've made, the social constructs and kind of
16   invisible scripts that I maybe have been living by
17   that I wasn't even aware of -- and putting them in a
18   form that I was hopeful could help other men.
19             And the podcast, I think was -- to answer
20   your question -- was a way to have a conversation
21   around those same topics that, oftentimes, were
22   uncomfortable so that we could have something for
23   men outside of -- outside of the book.
24        Q    Did the book or the podcast deal with
25   notions of toxic masculinity?  Was that part of it?

1      A    I actually say in the book that I don't
2    like to use that phrase "toxic masculinity," so I
3    will answer your question "no."  But I think that
4    would be more of a perception based on who was
5    listening.
6      Q    What phrase do you prefer than "toxic
7    masculinity," or why do you not like using that
8    phrase?
9      A    As I wrote about, I think that the phrase
10   "toxic masculinity" was inherently divisive.  I
11   believed it became political, and a lot of men felt
12   attacked by the use of the word.  And I didn't feel
13   that it made any sense to use a term that would
14   immediately make men defensive, especially because
15   those were the very men that I wanted to reach.  And
16   I also don't believe that masculinity is inherently
17   toxic.  I never have.  I was very proud to be a man.
18   I never felt like I needed to apologize for being a
19   man, and I know that was -- that was something that
20   was going around a lot with the phrase "toxic
21   masculinity."
22           And that said, there were a lot of people
23   that maybe kind of lumped in this idea that because
24   I was doing a podcast and writing a book about
25   masculinity, that I was saying that masculinity was

```
1    toxic.  But generally, those were people that didn't
2    read my book or listen to the podcast.  I just
3    wanted to help men and help men embrace all the
4    parts of them that made them human.  And that also
5    means the stuff that sucks and that you never want
6    to look at and that maybe you've been hiding or you
7    don't even realize you're hiding.  And it was just
8    about confronting those parts of ourselves and just
9    holding ourselves accountable to try to be better
10   men.
11        Q    What are some --
12        A    I'm sorry.  That wasn't very brief.
13        Q    It's all right.  And you'll forgive me if
14   I'm using the wrong terminology around this stuff,
15   but feel free to use whatever you think are the
16   appropriate words.  But you said --
17        A    A lot.
18        Q    Yeah.  When you said "the stuff that
19   sucks that you never want to look at or maybe you've
20   been hiding or you don't even realize you've been
21   hiding," can you give me some examples of what kind
22   of "stuff" you're talking about?
23        A    Sure.  I mean, a lot of men deal with
24   shame.  A lot of men -- I mean, suicide among men is
25   increasing yearly, and many more men take their own
```

1   lives than women.  And there is a belief in -- and I
2   don't say this as an expert, this is just from my
3   own research and experience.  There's a belief in
4   this specific world that this happens because men
5   don't have a support system, because men have been
6   taught to not share their pain and their trauma
7   because it's oftentimes used against them and
8   weaponized against them by both men and women.  So
9   an example could be a man that was abused as a child
10  who never spoke to anybody about it.
11              In this case, I will give you an example
12  of a man that was maybe abused by an older man, but
13  this man identifies as being heterosexual.  But
14  because he was abused by an older man, struggles
15  with the abuse itself and being taken advantage of.
16  But also the fact that he was abused by a man, he's
17  also questioning his sexuality or his gender.  And
18  also, there is a preconceived notion that as a man,
19  you don't want to go to therapy because it makes you
20  less of a man.
21              So perhaps this man didn't get the help
22  that he needed, and he was, as we say, suffering in
23  silence.  And he didn't know who to reach out to.
24  And instead, that man took out all of these feelings
25  of shame and unworthiness and confusion about what

1  happened to him and blamed himself and would take
2  that out on other people -- maybe other men, maybe
3  other women, maybe this man himself became an
4  abuser.  And the whole idea is that this is
5  something that as a man, you would find embarrassing
6  and shameful because it's not something that is
7  socially accepted or acceptable to talk about.
8           So the hope was to normalize getting the
9  help you need to normalize vulnerability.  Let men
10 know that they're not alone.  And that there is all
11 kinds of examples of these types of things.  I'm
12 happy to name another one if you want me to.  And
13 again, this is just a hypothetical man.  And many of
14 these men end up eventually taking their own lives,
15 and that breaks my heart, and hurting women in the
16 process, which also breaks my heart.
17      Q    Did any of your work on the podcast or in
18 this book around this idea of "Man Enough" have to
19 do with gender norms or gender relations as between
20 men and women?
21      A    I mean, I think the entire book was
22 inherently about gender and masculinity
23 specifically.  But as I said in the book, I'm not an
24 expert and the book was much more my personal
25 journey in trying to use as many anecdotes and

1  stories that I could find in my life to point men to
2  a -- to a direction of maybe them being able to look
3  at themselves.  I'm sure some of that was -- it was
4  discussed either on the podcast or in the book as
5  just it's a -- like, this is a large, large
6  conversation.  And my book was meant to be just a
7  tiny little piece of a personal journey meant for --
8  mostly meant for men.  But as we know, many women
9  read it and then gave it to their men.
10       Q    Have you seen reporting around you that
11  identifies you as an ally of women or a feminist
12  ally?
13       A    I would say so, yeah.
14       Q    Do you believe yourself to be an ally of
15  women or a feminist ally?
16       A    I certainly have attempted to be.
17       Q    You're aware of the Me-Too movement, I'm
18  assuming?
19       A    I am.
20       Q    Are you aware of an idea that came out of
21  the Me-Too movement that one should believe women,
22  both believe women when they speak out about
23  misconduct against them?
24       A    Yes, I'm aware.
25       Q    Do you agree with that idea?