# Exhibit 7



**JUSTIN BALDONI**
**2024 Biography**

Justin Baldoni is an actor, director, producer, New York Times bestselling author, and entrepreneur whose efforts are focused on creating impactful media and entertainment. Baldoni is the co-founder of Wayfarer Studios, an independent production studio actively developing, producing, and fully financing a slate of highly original, genre-defining, and globally impactful feature films, episodic television, documentaries, unscripted series, and podcasts. He is also the co-founder of BeLove, the non-profit arm of Wayfarer Studios, which seeks to transform the way communities see and respond to the needs of unhoused populations. In 2019, Baldoni co-founded Wayfarer Studios with business leader, humanitarian and film producer Steve Sarowitz, disrupting the typical studio model by producing stories that serve as true agents for social change.  Baldoni made his feature film directorial debut that same year with FIVE FEET APART for CBS Films and Lionsgate, starring Cole Sprouse and Haley Lu Richardson. The film went on to gross $91 million worldwide, making it CBS Films' third-highest grossing film of all time, and was nominated for several awards including a People's Choice Award nomination for "Drama Movie of 2019" and a Teen Choice Award nomination for "Choice Drama Movie."

In 2020, Baldoni directed and produced Wayfarer Studios' first feature film project CLOUDS, based on the book Fly a Little Higher by Laura Sobiech. The film was acquired by Disney+, becoming Disney's first-ever narrative acquisition on its global platform.

Most recently, Baldoni directed, executive produced, and starred opposite Blake Lively, in the record-breaking, global bow office hit film adaptation of Colleen Hoover's #1 bestselling novel IT ENDS WITH US. Wayfarer Studios also co-produced and co-financed the film, alongside Sony Pictures and Saks Picture Company.  The film grossed over $300M theatrically worldwide and will release later this year on Netflix.

Baldoni is also producing, and financing through Wayfarer Studios, such films as EZRA (starring Robert DeNiro, Bobby Cannavale, out now), THE GARFIELD MOVIE, A NICE INDIAN BOY (which premiered at SXSW and stars Jonathan Groff and Karan Soni), Eleanor the Great (Scarlett Johansson's directorial debut), CODE 3 (starring Rainn Wilson and Lil Rel Howery), and is in development on the live-action film for PAC-MAN. On the documentary side, projects include features such as WILL & HARPER, starring Will Ferrell, which is one of the biggest documentary sales out of Sundance which will premiere on Netflix in September 2024, BLACK IS BEAUTIFUL, THE HERRICANES, and RACIST TREES.

Baldoni is the founder of MAN ENOUGH, a movement and content studio founded on the belief that by undefining traditional roles and traits of masculinity, men will be able to realize their potential as

humans and their capacity for connection. MAN ENOUGH is a community for thought leaders, change-makers, men, and people of all identities to co-create, discuss, and embark on a journey of growth together. In 2017, Baldoni spoke about his own journey with masculinity in a viral TED Talk, which has since been viewed over 8 million times, and he continues to speak on this topic at college campuses across America.  In 2021, as a follow up to his wildly popular TED Talk, Baldoni released his first book Man Enough: Undefining My Masculinity with Harper Collins as part of a three-book deal. With insight and honesty, Baldoni explores a range of difficult, sometimes uncomfortable, topics including strength and vulnerability, relationships and marriage, body image, sex and sexuality, racial justice, gender equality, and fatherhood.

As a complement to Man Enough, Baldoni along with his longtime collaborator Jamey Heath and prominent masculinity expert Liz Plank, launched the popular, Webby-nominated podcast, The Man Enough Podcast, where they engage in intimate, open conversations with high-profile guests to investigate how traditional structures and attitudes toward success and failure, fatherhood, body image, privilege, relationships, intimacy and other issues hold back and often oppress and negatively affect men, women, and humanity as a whole. Guests have included Shawn Mendes, Alok Vaid-Menon, Jay Shetty, Glennon Doyle, Matthew McConaughey, Emmanuel Acho and more.

In 2022, Baldoni released his second book on masculinity, Boys Will Be Human: A Get-Real Gut-Check Guide to Becoming the Strongest, Kindest, Bravest Person You Can Be, catered to middle grade and high school boys, which went on to become a New York Times bestseller.

Baldoni first rose to worldwide fame through his role as "Rafael" on The CW's award-winning phenomenon "Jane the Virgin" opposite Gina Rodriguez, which spanned five seasons.

Baldoni currently lives in Ojai, CA with his wife and two children.

CONFIDENTIAL
WAYFARER_000041409