# Exhibit 8

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                    ---oOo---
 4
 5   BLAKE LIVELY,
 6                  Plaintiff,
 7      vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)
                                25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                    Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                  **CONFIDENTIAL**
18                     VOLUME II
19      VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI
20              Los Angeles, California
21              Tuesday, October 7, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 20

```
1    interview with Glamour magazine; is that right?
2         A    I don't know which magazine it was.  I
3    remember talking about it only once, and it was
4    right after a speech that I gave.
5         Q    Okay.  After that TED talk that you gave?
6         A    Yes, at TEDWomen.
7         Q    Do you recall being asked the question
8    prompting that answer:  Did you ever feel like you
9    were harassed or victimized on set?
10        A    I don't remember that.
11        Q    Okay.  But as you sit here today, this is
12   the first example that you have brought up in
13   response to my question of whether you've ever been
14   sexually harassed?
15        A    That's the first response that -- I think
16   you asked me if I've talked about it publicly.
17        Q    Okay.
18        A    Yeah.
19        Q    Why did you feel harassed by what this
20   producer did?
21        A    Well, he was asking me to get naked in
22   the hot tub with him and standing very close to me
23   with his naked genitals, like intentionally walking
24   close to my face.  It was just him and I in there.
25   And he was using -- like, he was using the idea that
```

CONFIDENTIAL

Page 22

```
 1        A    No.
 2        Q    So he didn't assault you?
 3        A    I wouldn't call it assault.  I don't
 4   believe I characterized it as assault.
 5        Q    I didn't say you did, sir.
 6        A    Yeah.
 7        Q    You were bigger and stronger than this
 8   guy, right?
 9        A    I would imagine I was.
10        Q    This wasn't someone the size of Dwayne
11   Johnson or The Rock or something like that?
12        A    It was not.
13        Q    So if it had come to it, you probably
14   could have knocked the guy out?
15             MS. SHAPIRO:  Objection.
16             THE WITNESS:  I'm not much of a fighter.
17   I would have left.
18   BY MR. GOTTLIEB:
19        Q    You didn't work for the guy, right?
20        A    No.
21        Q    So you had no employment relationship
22   with him?
23        A    No, I didn't.
24        Q    Okay.  Did you -- do you know who he was?
25        A    I think he told me his name.  But...
```

CONFIDENTIAL

```
                                          Page 23
 1          Q    Did you try and find him after the
 2    incident and talk to him about it?
 3          A    No.
 4          Q    Did you find him before you talked about
 5    this event in Glamour magazine?
 6               MS. SHAPIRO:  Objection.
 7               THE WITNESS:  No.
 8    BY MR. GOTTLIEB:
 9          Q    You didn't want to give him an
10    opportunity to take accountability for his actions
11    and make it right?
12          A    I didn't name him.
13          Q    But you described him and described who
14    he was friends with and the spa you were in?
15               MS. SHAPIRO:  Objection.
16               THE WITNESS:  I don't know if I described
17    who his friends were.
18    BY MR. GOTTLIEB:
19          Q    Do you know his name as you sit here
20    today?
21          A    No.
22          Q    I think you've already talked about your
23    experience with your college girlfriend; is that
24    right?
25          A    Yes.
```

CONFIDENTIAL

Page 27

1              THE WITNESS:  No.

2    BY MR. GOTTLIEB:

3         Q    Did you ever go back to talk to any of

4    your college friends or people that you might have

5    hung out with mutually to tell them what you were

6    going to do?

7         A    I don't know anybody from back then.

8         Q    Do you have any idea whether or not your

9    college girlfriend would agree with the way you have

10   remembered the events relating to the losing of your

11   virginity?

12             MS. SHAPIRO:  Objection.

13             THE WITNESS:  I don't know what she would

14   think.  I don't know who she is anymore.

15   BY MR. GOTTLIEB:

16        Q    But you thought it was okay to go on TV

17   and tell the world that your college girlfriend had

18   sexually abused you without ever talking to her

19   about it?

20             MS. SHAPIRO:  Objection.

21             THE WITNESS:  I wasn't aware I needed to

22   ask her permission to share my story.

23   BY MR. GOTTLIEB:

24        Q    Am I right that one of the things that

25   was most traumatic about this to you is that you

CONFIDENTIAL

Page 34

1        A    A set with all Baha'i's?  I don't know.

2        Q    Well, so you're the director, and you're

3   the co-founder of the studio.  And I'm here and I'm

4   asking you, okay?

5        A    Yeah.  Yeah.

6        Q    Okay.  Someone has told me that your set

7   is a Baha'i set.  Okay?

8        A    Are you -- sorry.  Are you giving me a --

9             MS. SHAPIRO:  Objection.

10  BY MR. GOTTLIEB:

11       Q    Just let me finish my question.

12       A    Okay.

13       Q    So let's establish some principles.

14  You're the cofounder of Wayfarer Studios, correct?

15       A    Correct.

16       Q    You were the director of It Ends with Us,

17  correct?

18       A    Correct.

19       Q    Producer?

20       A    No.

21       Q    Lead actor?

22       A    Second lead actor.

23       Q    Second lead actor.  And I come to you now

24  and I say, Mr. Baldoni, you're the director of this

25  film, you're the cofounder of this studio.  Someone

CONFIDENTIAL

Page 52

```
 1        A    The policy that is directly in front of
 2   me, I don't know if I have read this policy.
 3        Q    Okay.  So do you know if you've ever had
 4   any kind of training on this policy, this
 5   anti-discrimination, anti-harassment, and
 6   anti-retaliation policy?
 7        A    Yes, I believe I have.
 8        Q    When was that?
 9        A    I think every couple years.
10        Q    When was the last time you attended one?
11        A    In person?
12        Q    At all.  Virtually or in person?
13        A    Virtually -- virtually, I completed mine
14   last week --
15        Q    Okay.
16        A    -- for this year.
17        Q    For the year 2025?
18        A    Yes.
19        Q    Prior to that, do you recall the last
20   time you had training on this policy?
21        A    I imagine it was two years before that.
22        Q    Do you recall there ever being a training
23   on anti-discrimination, anti-harassment and
24   anti-retaliation during the production of
25   It Ends with Us?
```

CONFIDENTIAL

Page 53

1          A     Yes.

2          Q     Did you attend that training?

3          A     I did.

4          Q     Did you attend that training in person?

5          A     Yes.

6          Q     Where was it?

7          A     In our production offices.

8          Q     On the set in New Jersey?

9          A     Not a set, but the production offices in

10    New Jersey.

11          Q     Okay.  The production offices in New

12    Jersey near where the -- strike that.

13          A     Yeah --

14          Q     Strike that.

15          A     All right.

16          Q     It's a bad question.

17                Okay.  We'll come back to that.

18                During that training, do you remember

19    going through examples or scenarios of types of

20    conduct that would be a violation or a potential

21    violation of this anti-discrimination,

22    anti-harassment, and anti-retaliation policy?

23          A     I can't remember specifics, but I do --

24    that was the -- the bulk of the harassment training.

25          Q     Was there a presentation?

CONFIDENTIAL

Page 77

1    BY MR. GOTTLIEB:

2         Q    Okay.  I'm most interested in what you

3    said publicly about how in your view being exposed

4    to pornography repetitively affects one's view of

5    consent.  Do you recall giving a talk called "Boys

6    Will Be Human: A Talk on Healthy Masculinity with

7    Justin Baldoni"?

8         A    I wrote a book called Boys Will Be Human,

9    and I imagine I've done a talk or two, yeah.

10        Q    Some interviews about the subject of the

11   book?

12        A    Is this a speech that I gave or is this

13   an interview that I gave?

14        Q    This is during an interview, and I want

15   to read you what you said.  You said:

16              (As read):

17                   "When you hit 11 or 12-years-old and

18                   your friends have a phone and maybe you

19                   don't and you're being shown things for

20                   the first time and then you start to

21                   think, that is what women want, and in

22                   porn, as we know, no means yes or try

23                   harder.  It starts to become very

24                   confusing, which is definitely

25                   something that happened to me."

CONFIDENTIAL

Page 79

1    consent.  But what I'm essentially saying is,

2    there's even a possibility that in my teens and 20s,

3    I wasn't aware.

4         Q    Well, literally what you said is:

5              (As read):

6                   "I'm sure I have crossed boundaries and

7                   lines in my teens and 20s not even

8                   thinking about it simply because of the

9                   porn I was consuming."

10             So that's what you said.  And my question

11   to you is:  Do I understand your testimony to be

12   that you were essentially making that up in order to

13   make other men feel that you were relatable to them?

14             MS. SHAPIRO:  Objection.

15             THE WITNESS:  No.  I'm sure I had crossed

16   boundaries in my teens and 20s.  I'm sure I have.

17   BY MR. GOTTLIEB:

18        Q    And do you think that was because of the

19   exposure that you had to this kind of toxic

20   pornography?

21        A    I'm sure that that was a part of it.  It

22   was also a different time and part of why I wrote

23   the book, was that consent wasn't taught to boys.

24   And I wanted to make sure that we taught consent to

25   boys and men.

CONFIDENTIAL

Page 116

1        Q    Okay.  You hugged Ms. Lively on multiple
2    occasions on the set, right?
3        A    Yes.
4        Q    Every day?
5             MS. SHAPIRO:  Objection.
6             THE WITNESS:  No.
7    BY MR. GOTTLIEB:
8        Q    How many times would you estimate?
9        A    That I hugged Ms. Lively?
10       Q    On the set.  So not outside of the set
11   environment, but at work on the set?
12            MS. SHAPIRO:  Objection.
13            THE WITNESS:  Are these hugs -- I'm so
14   sorry --
15   BY MR. GOTTLIEB:
16       Q    Sorry.  This is --
17       A    Are these hugs that I initiated, or are
18   these hugs that I was a recipient of?
19       Q    You can characterize it however you'd
20   like.
21       A    I just want to be as accurate in my
22   testimony as possible --
23       Q    Okay.
24       A    -- as it relates to the hugging.  That
25   was my question -- that was the question.  Which

CONFIDENTIAL

Page 117

1    one?

2        Q    You can include hugs that you believe you

3    initiated and hugs you believe Ms. Lively initiated.

4            MS. SHAPIRO:  Objection.

5            THE WITNESS:  Like lump them all

6    together?

7    BY MR. GOTTLIEB:

8        Q    Sure.  Your best estimate.

9        A    Okay.

10       Q    Number of times.

11           MS. SHAPIRO:  Objection.

12           THE WITNESS:  Maybe a greeting and an

13   exit.  So at the most maybe -- again, I don't know.

14   I don't know.  I don't know.  That's my answer to

15   you, Mr. Gottlieb.  I don't know.

16   BY MR. GOTTLIEB:

17       Q    Fair enough.  And when you don't know,

18   that's what I always want your answer to be.

19       A    I don't know.

20       Q    Do you know who Vivian Baker is?

21       A    Vivian Baker is Ms. Lively's makeup

22   artist, I believe.

23       Q    Do you know that she testified under oath

24   in this case?

25       A    I assume her testimony would be under

CONFIDENTIAL

Page 118

1   oath.

2          Q    Do you know that she testified under oath

3   in this case?

4          A    Yes.

5          Q    Are you aware that she testified that

6   there was a culture of hugging on the set of

7   It Ends with Us?

8          A    I am now.

9          Q    Are you aware that she said that that

10  made a number of people uncomfortable?

11         A    I find that odd.

12         Q    You find that odd, why?

13         A    Because Mrs. Baker was often the one that

14  would run up and give me a hug.

15         Q    And because of that, you find it odd that

16  she testified that a number of people felt

17  uncomfortable with the culture of hugging on the set

18  of It Ends with Us?

19         A    Correct.

20         Q    Do you remember earlier when you

21  testified about the hot tub?

22         A    You're referring to what?  Sexually

23  harassed?

24         Q    When you were sexually harassed in the

25  hot tub?

CONFIDENTIAL

Page 174

1    written:

2              (As read):

3                   "As the two climax at the same time,

4                   they lock eyes and cannot help but

5                   smile, baffled that they found each

6                   other"?

7         A    Yes.

8         Q    Whose idea was it to add "the two climax

9    at the same time"?

10        A    Christy Hall.

11        Q    When did she communicate that to you?

12        A    We did it -- we were writing together.

13   We were in a room in my office.  We were

14   specifically working on a lot of the sex scenes and

15   --

16        Q    What did -- sorry.  Go ahead.

17        A    And we -- yeah.  This was -- we were

18   writing a movie that was filled with romance and

19   lust and intimacy and sex.  And, again, these are

20   all outlines, right, so a script has far less

21   description than a book.  So you have

22   It Ends with Us, which has a ton of pages and very

23   detailed descriptions of various scenes so that you

24   can paint the picture in your mind.  And all writers

25   do.  Which I learned a lot on this process, is you

CONFIDENTIAL

                                              Page 176

1    conversation with Ms. Lively about the scene in

2    which you discussed you and your wife?

3              MS. SHAPIRO:  Objection.

4              THE WITNESS:  I remember a conversation,

5    not discussing a scene, where I brought up my wife,

6    yes.

7    BY MR. GOTTLIEB:

8         Q    And what do you recall bringing up?

9         A    The day before I had a meeting with the

10   intimacy coordinator, to go over ideas for all of

11   these scenes, I wrote down a bunch of notes from

12   that meeting.  The following day, I had a meeting

13   set with Ms. Lively to specifically talk about the

14   sex scenes.  That was the actual point of the

15   meeting.  In that meeting, I read through and walked

16   through the notes that I had discussed with the

17   intimacy coordinator.

18              One of them was an idea that had come up

19   where Ryle and Lily were making love.  Lily had

20   climaxed or had an orgasm, to speak frankly here,

21   and Ryle did not.  And the idea, as the intimacy

22   coordinator and I were talking about things that

23   women have not seen on camera yet, things that would

24   be unique, that would be attractive to the female

25   gaze, which was the purpose of that meeting, the

CONFIDENTIAL

Page 177

1    idea was that Ryle would then stop and say "just
2    watching you was enough" or "I'm good" or something
3    like that.
4               When I shared that with Ms. Lively, she
5    then made it personal and said ,"Oh, God, that would
6    mortify me if that happened to me."  To which I then
7    responded, as one does because when you're two grown
8    adults with children who are married in the context
9    of talking about sex scenes, with a movie that
10   you're making with a person who is understanding
11   that there are going to be sex scenes in a book
12   based with a lot of sex in it, the only thing you
13   really have to share are personal experiences.  So I
14   said, "Oh, well, some of the most beautiful moments
15   have been when that's happened with me and my wife."
16    And that was it.
17        Q    So you were interested in shooting the
18   scene from the female gaze?
19        A    I was interested in shooting all the sex
20   scenes from the female gaze.
21        Q    Did Ms. Lively have a female gaze?
22        A    I would imagine so if she's a female.
23        Q    Did you believe she had one?
24        A    Of course.
25        Q    Did you believe that that gaze was

CONFIDENTIAL

Page 178

1    important in incorporating ideas about how these

2    various scenes should be shot?

3              MS. SHAPIRO:  Objection.

4              THE WITNESS:  Absolutely.  That's why I

5    incorporated all of Ms. Lively's ideas without

6    hesitation.

7    BY MR. GOTTLIEB:

8         Q    And it's your testimony that when you say

9    Ms. Lively said she would be mortified, that you

10   believe she was referring to?

11        A    If that happened to her, were her words.

12        Q    If that happened to her in her personal

13   life?

14        A    Yes.  It was a personal comment.  Like it

15   was inferring that if -- she was inferring that if

16   her husband didn't finish, if she didn't finish her

17   husband or climax her husband, that she would be

18   mortified.

19        Q    That's what --

20        A    That's what she said.  So she said, "Oh,

21   that would mortify me if it happened to me."

22        Q    Your recollection as you sit here today

23   about a meeting that occurred in April of 2023?

24              MS. SHAPIRO:  Objection.

25              THE WITNESS:  I would imagine that's the

CONFIDENTIAL

Page 203

1   to Brandon Sklenar like that.

2        Q    So if somebody said they heard you say

3   that, your under-oath testimony would be they are

4   mistaken?

5        A    My under-oath testimony is that I don't

6   believe I ever said anything to that -- to that

7   effect to Brandon Sklenar.

8        Q    Did you say to Ms. Slate when you made

9   the "sexy" comment, that you could say that because

10  your wife was there?

11            MS. SHAPIRO:  Objection.

12            THE WITNESS:  My recollection of the

13  "sexy" comment was that it was all kind of said in

14  one sentence.

15  BY MR. GOTTLIEB:

16       Q    And what was the one sentence?

17       A    Ms. Slate walked in.  As a director, I

18  was doing whatever I was doing, getting the set

19  ready.  I looked over to her.  She was wearing a --

20  I believe black leather pants, which were designed

21  to, I'm sure, look sexy.  And without thinking, I

22  said something to the effect of, oh, wow, those

23  pants look sexy on you.  And my memory, if it serves

24  me correctly, I then -- my wife was in the room

25  nearby.  And I think in my head I was like, oh,

CONFIDENTIAL

Page 300

1          A     No.

2          Q     Did Mr. Heath?

3          A     No.

4          Q     Did anyone else?

5          A     I don't know.

6          Q     Did you want Ms. Lively to perform the

7     birth scene without most of her clothes on?

8          A     No.

9          Q     Did you ever tell Ms. Lively that your

10    wife had ripped her clothes off during childbirth?

11              MS. SHAPIRO:   Objection.

12              THE WITNESS:   I do not recall a

13    conversation where I said she ripped her clothes off

14    during childbirth.

15    BY MR. GOTTLIEB:

16         Q     Do you recall ever sharing any

17    information with Ms. Lively in speaking about the

18    birth scene in the movie, where you recounted

19    information about your wife giving birth, to

20    Ms. Lively?

21              MS. SHAPIRO:   Objection.

22              THE WITNESS:   I remember numerous

23    conversations where Ms. Lively and I were talking

24    about our -- and I don't mean my birth, but our,

25    like, collective births, where she shared personal

CONFIDENTIAL

Page 301

1    information and then I shared personal information

2    about my wife.

3    BY MR. GOTTLIEB:

4         Q    And as you sit here today, you can't

5    recall any conversation in which the topic included

6    the amount of clothing or the type of clothing that

7    Ms. Lively's character ought to wear during the

8    birthing scene?

9              MS. SHAPIRO:  Objection.

10              THE WITNESS:  I don't remember anything

11   specific about clothing.  That was definitely not

12   the -- what we were talking about in terms of all

13   the conversation around the -- our births.

14   BY MR. GOTTLIEB:

15        Q    Did you ever ask Mr. Heath to share any

16   portion of a video of his wife giving birth with

17   Ms. Lively?

18        A    I did.

19        Q    Did you specify when you asked Mr. Heath

20   to share that video with Ms. Lively what he should

21   share from it or how much he should share from it?

22              MS. SHAPIRO:  Objection.

23              THE WITNESS:  The only video I'm aware of

24   is after his -- after the birth of his child.  So I

25   believe there's only one that I asked him to share.

CONFIDENTIAL

                                      Page 328

1    in their circle, Hugh Jackman, Shawn Levy,

2    Taylor Swift.

3              By that point, as I testified earlier, I

4    was essentially forced, or threatened, to step down

5    off my film.  I wasn't able to finish my own film

6    even considering it tested higher.  Somehow the

7    actress of my movie who was not a producer was able

8    to take complete control of the film.

9              By this point, Ms. Lively had requested

10   that my name be removed.  So I had my "a film by

11   credit" removed.  I was removed from the majority of

12   marketing materials, from the poster.  I was being

13   removed, for the most, from the trailer.  I know

14   that she had been working with Taylor Swift to make

15   sure that she got the song that she wanted in the

16   film.  And I had assumed that that was not a battle

17   or a fight that I could ever win.

18             All of the cast had unfollowed me.  Which

19   is a very public thing to do right before a movie

20   comes out, all in unison.  And at that time, I was

21   being threatened via my agency that if I didn't

22   release a statement, then -- then the gloves would

23   come off.

24             Now, I don't know the exact sequence of

25   the time in which I sent that text.  But I will tell