# Exhibit 9

# Redacted - NR

**From:** Justin Baldoni <​█████████████████​>
**Subject: Re: Introduction**
**Date:** February 1, 2019 at 10:43:45 PM PST
**To:** Colleen Hoover <​███████████​>
**Cc:** Johanna Castill <​███████████████​>, Will Youngblood <​███████████████​>

Hello Colleen! (Thank you for the intro Johanna)

Wow, it's such a pleasure to e meet you and thank you for being open to having me potentially option your book.

Some quick backstory- my purpose and intention in this insane business are simple - create impact by making content that helps us remember our shared humanity. Content that asks us to be better, to make the hard choice in the moment that one day on our death beds we will be grateful for. It's been a tough road but an incredible one as our industry doesn't often reward those of us trying to change culture. Luckily it's the messages of those that watch the content that are the reward and the lives we have effected. I've always believed the financial reward will come but it's not the primary motivation.

As Johanna may have told you, I am building (and got funding) for a company whose mission is to tell high end meaningful stories and I just finished my first film with my 2nd set up at WB going this fall (based on THIS short doc I directed 7 years ago)

Also, If you'd like to see an early screening of Five Feet Apart -I'm sure I could make that happen as well. Where are you based?

Just wanted to say of the reviews I read for this book, this one stood out to me, and makes me so excited to potentially work with you. Your fans love you- what a gift you have.

"Of all the heroines I've ever read, Lily was most certainly one of the ones I admired the most. I knew loved her from the first few pages, but having finished the book, I truly couldn't be prouder of her. Her strength and conviction over the course of this story made her into a heroine I'd want every girl and woman to read about and look up to. She was so real and vulnerable as we all are, but the strength with which she took control of her life was admirable on such a deep level. I just wanted to hug her and cheer. I don't think I've been this proud of a fictional character before.

There's an incredibly *powerful message* in this book that is very subtly woven in from the start. It begins in the first chapter, but you don't yet realize how*significant* each of these moments truly are... and as you read more, these pieces of the story come together forming a scenario that gives such a raw, honest portrayal of an incredibly relevant issue. I'm not mentioning it on purpose because I don't want you to expect it. *The fact that it's unexpected for you as the reader is very important because it's also unexpected for the heroine*. As she begins to realize what kind of situation she's in, so do you. And this realization very much allows you to experience her journey *with* her."

Yes, please send over a e-book but I also just purchased it on paperback as I like supporting authors.

Looking forward!
Justin

Justin Baldoni

████████████████████

We Are Wayfarer

# WAYFARER

"Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá

On Feb 1, 2019, at 6:33 PM, Colleen Hoover <████████████████████> wrote:

Thanks, Johanna!

Hi, Justin! The rights for It Ends With Us are available. I've been picky with who I sell them to and don't feel I've found the right fit yet. This novel means the most to me out of all that have been written, and the most to the readers, so I want someone who can do it justice. If you're interested in a pdf file of the book, or even a paperback, let me know and I'll get it to you. Good to meet you and looking forward to your new film!

Colleen

On Fri, Feb 1, 2019 at 6:03 PM Johanna Castillo <████████████████████> wrote:
Hi Justin, I am so happy to introduce you to my dear friend and author for life, Colleen Hoover. I think you too could work wonderfully together. Justin, Colleen also runs an amazing charity The Bookworm Box.

One of Colleen's novel " It Ends with Us "was named yesterday one of the ten best romance ever written. It came in at #2, right after Gone with the Wind! All of her books have become bestsellers and she has a dedicated following. The book hasn't been optioned.

I highly recommend you take a look at this book first and her other novels:  Maybe Someday, Slammed and November 9.

https://www.oprahmag.com/entertainment/books/g26090153/best-romance-novels-of-all-time/

https://www.goodreads.com/book/show/27362503-it-ends-with-us

https://www.google.com/search?q=colleen+hoover&client=safari&hl=en-us&tbm=nws&prmd=bniv&ei=8NpUXMa4AoPy5gLhh4yACQ&start=10&sa=N&biw=414&bih=832&dpr=3

Colleen Hoover is the #1 New York Times bestselling author of seventeen novels and novellas. Hoover's novels fall into the New Adult and Young Adult contemporary romance categories, as well as psychological thriller.

Colleen Hoover is published by Atria Books, a division of Simon & Schuster. Colleen also has several indie titles, including her most recent novel, **Verity**.

In 2015, Colleen's novel CONFESS won the Goodreads Choice Award for Best Romance. That was followed up in 2016 with her latest title, It Ends With Us, also winning the Choice Award for Best Romance. In 2017, her title WITHOUT MERIT won best romance.

Her novel CONFESS has been filmed as a series by Awestruck and is available on Go90.com. Katie Leclerc and Ryan Cooper star in the series.

CONFIDENTIAL

WAYFARER_000141661

Colleen founded The Bookworm Box, a charity subscription service and bookstore, with her family in 2015. The Bookworm Box is a subscription service that provides readers with an exciting opportunity to receive signed novels in the mail each month from authors all over the world. All profits from the subscription service are donated to various charities each month. To date, The Bookworm Box has donated over $1,000,000 to help those in need.

Johanna V. Castillo
Literary Agent
Writers House LLC