# Exhibit 14

# Redacted - NR

**From:** Colleen Hoover <​███████████████​>
**Subject: Re: It Ends With Us.**
**Date:** April 11, 2019 at 6:43:27 PM PDT
**To:** Justin Baldoni <​███████████████​>

Thank you so much for the email! I wasn't expecting you to read it so quickly. I would love to talk with you more about the project. You "get" the book, and that's the most important thing to me. My big fear is that I'll option it to someone who thinks it's a hot romance and they'll take it in the absolute wrong direction.

I'm going to be upfront with you about a couple of things so you can decide if you want to move forward.

I've sold several film options, and I realize not all of them get made and I'm okay with that.
One of the film options was not a great experience. The producers started a fundraising campaign for the film (without my knowledge or permission beforehand) and ended up taking over $100,000 from my readers. The film was never made, my option was never paid and I ended up pulling the plug on the project and the producers never refunded readers their money. I felt terrible that my readers were the ones punished, so I mailed out $15,000 worth of free products to those who donated to their campaign. I want to be positive that crowdsourcing is not something that will be done when it comes to this film. It's important to me that a funding plan is in place that won't affect the supporters of this book.

While that experience wasn't a positive one, I had a wonderful experience working with a producer on Confess. It was a seven episode series that was picked up by Awestruck and Go90, but unfortunately, right before it released, go90 declared they were shutting down. Because of that, Confess released on an already defunct platform, just a week before they were scheduled to shut down. Luckily, my readers got to watch it, so not all was lost. And the overall experience was so much fun and very surreal. I didn't really have a lot of involvement beyond reading the script and getting the dailies. I just handed it over and let them do their thing because I was immersed in other projects at the time.

It Ends With Us is important to me, though. I would love more involvement on this film. I've actually been working on a script for it already, along with a producer friend of mine who lives in L.A. Her name is Lauren Levine and she is a very dear friend of mine, and is a huge fan and supporter of this book. We sat down for a week and outlined it last month, but I had to put a pause on it because I'm on deadline for this book I'm writing. We planned on picking it back up in two weeks and diving into it. Even though I'm the author, I believe I've been able to separate myself enough from the format of the book to know what would make the best set-up for the film. While I do want to please the readers who have read the book, I understand the need to make a film that will equally touch those who *haven't* read the book.

Are you based out of Los Angeles? Maybe we can meet and have a chat about our vision for the film to make sure we're on the same page. I'm based out of Texas, but am in L.A. a lot.

Other than ensuring my readers won't be asked to donate to the fundraising for a film, and hoping to have more involvement in the process when it comes to the script and production, I don't really have any other requests. I realize your experience with film far outweighs mine, and based on the magnificent adaptation you did of Five Feet Apart, I'm confident you could do this book justice and that our visions will align.

I watched the film two nights ago and immediately started the book yesterday. Sometimes I like to do it backwards. ;) I think you did a wonderful job, and even though I'm not finished with the book yet, I feel like the essence of it was captured beautifully through film. I wrote a book where one of the characters suffers

CONFIDENTIAL                                                                    WAYFARER_000141663

from CF, so I've done a lot of research on the subject and thought Rachel (and you) did such an amazing portrayal of what carriers of CF go through.

In fact, our very first donation through The Bookworm Box was to The Cystic Fibrosis Foundation. We donated in honor of the child of one of my readers. His name is Joey Benton and he's just an incredibly inspiring kid. Check out his video: https://www.facebook.com/TheBookwormBox/videos/1565173860399495/

It's actually funny you emailed me when you did. When the email came through on my phone, I was on your website, browsing wayfarer. (Loved the #metoo chat!)

Okay, that's enough rambling. I really do appreciate the email and appreciate you taking a chance on reading the book. My readers are so ready to support this book, and it has meant so much to so many of them, so naturally, I want them to be happy. I want to bring them an adaptation they'll be proud of.

Did you happen to read the author's note at the end of the novel? It's a quick read if you didn't get the chance to read it. My mother inspired this book, so maybe that's why I've been so hesitant to sell the rights to it in the past.

I feel good about this, though. I feel good about you. I've seen your past work, your passion and your love for humanity and I honestly feel there's no one better for the project.

Before I direct you to my agent, I just want to get your thoughts on the above! Thanks so much, Justin. I hope you and the family were able to get some vacation time in!


-Colleen

However this works out, I would LOVE books for the bookstore! In fact, we just started a YA box and would love to feature Five Feet Apart in the subscription box if there's a way we can buy a few hundred copies at cost. Everyone needs this book in their possession.


On Thu, Apr 11, 2019 at 5:00 PM Justin Baldoni <​████████████████████████> wrote:
Colleen!!

I'm finally coming up for air from the release of the film but still shooting Jane for another two weeks. (by the way were you able to see it? Would love to know your thoughts) We actually started filming the final episode today...crazy! So grateful.

So, I haven't been able to get IT ENDS WITH US off my mind. Such an important story! So damn romantic and beautiful and tragic and hopeful. I always say that both in art and life all the best stories are always two things at once and this is so much what your book is. Joy and pain. Love and sorrow. You did such a beautiful job of covering incredibly difficult subject matter and playing it out in a realistic and unforgettable way. But what I love the most is the opportunity to let so many women feel seen on the screen via this particular story. I can't even imagine how many women there are who are stuck in a relationship like this and via this story could find the strength to create a better life for themselves and for their children. There are so many opportunities to partner with organizations and create impact with a story like this.

I love that you held nothing back from the pain of Lily and Ryle's past. I love that they really are no "bad guys" and that we are the suns of our experiences and our trauma. I love the opportunity for narration and the stunning and gorgeous impact of the title payoff at the end. These are the kind of stories that change (and save) lives and I believe this story in particular can continue to have a huge impact on the world SO. If you will have me ...I would love to option it from you!

On a separate note, the screenplay for *Five Feet Apart* was adapted into a novel and has been on the *New York Times* bestseller list since before the release of the movie last month. I I know you have your charity and I would be happy to donate some signed copies for The Bookworm Box.

Let know what you think!
Much love,
Justin

CONFIDENTIAL                                                                                                  WAYFARER_000141664

Justin Baldoni
We Are Wayfarer

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá

CONFIDENTIAL
WAYFARER_000141665