# Exhibit 16

# Redacted - NR

**From:** Colleen Hoover < ██████████████ >
**Subject: Re: It Ends With Us.**
**Date:** April 12, 2019 at 9:52:25 AM PDT
**To:** Justin Baldoni < ██████████████ >

Have you given any thought to whether you would want an acting role in this? Say, maybe, Ryle?
I could see it.

On Thu, Apr 11, 2019 at 5:00 PM Justin Baldoni < ███████████████ > wrote:
Colleen!!

I'm finally coming up for air from the release of the film but still shooting Jane for another two weeks. (by the way were you able to see it? Would love to know your thoughts) We actually started filming the final episode today...crazy! So grateful.

So, I haven't been able to get IT ENDS WITH US off my mind. Such an important story! So damn romantic and beautiful and tragic and hopeful. I always say that both in art and life all the best stories are always two things at once and this is so much what your book is. Joy and pain. Love and sorrow. You did such a beautiful job of covering incredibly difficult subject matter and playing it out in a realistic and unforgettable way. But what I love the most is the opportunity to let so many women feel seen on the screen via this particular story. I can't even imagine how many women there are who are stuck in a relationship like this and via this story could find the strength to create a better life for themselves and for their children. There are so many opportunities to partner with organizations and create impact with a story like this.

I love that you held nothing back from the pain of Lily and Ryle's past. I love that they really are no "bad guys" and that we are the suns of our experiences and our trauma. I love the opportunity for narration and the stunning and gorgeous impact of the title payoff at the end. These are the kind of stories that change (and save) lives and I believe this story in particular can continue to have a huge impact on the world SO. If you will have me ...I would love to option it from you!

On a separate note, the screenplay for *Five Feet Apart* was adapted into a novel and has been on the *New York Times* bestseller list since before the release of the movie last month. I I know you have your charity and I would be happy to donate some signed copies for The Bookworm Box.

Let know what you think!
Much love,
Justin


Justin Baldoni
We Are Wayfarer

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá

CONFIDENTIAL

WAYFARER_000141667

CONFIDENTIAL

WAYFARER_000141668