# Exhibit 17

# Redacted - NR

**From:** Colleen Hoover <​█████████████​>
**Subject: Re: It Ends With Us PDF file**
**Date:** April 2, 2019 at 7:01:18 AM PDT
**To:** Justin Baldoni <​█████████████​>

Not a problem at all! Congrats on the success you've had with the film. I'm actually going to see it tomorrow night with a friend and can't wait!

All best,

Colleen

On Sun, Mar 31, 2019 at 11:47 PM Justin Baldoni <​█████████████​> wrote:
> Hi!!
> Just want you to know i'm in process! I've had a wild last few weeks with the film out now and wrapping up the final season on Jane (and trying to write my own book which luckily I have a ghost writer working on)
> LOOOOVE the opening chapter. It's making me want to read and option everything you have done !
> Give me a beat to finish - I'm taking my family on a 5 week vacation end of April and a thank you for holding me up for these five years of building.  I may have to finish then but please dont take my silence for a lack of interest!
> I've also added in my assistant Will who can get me instantly if you ever need anything
> I hope you are wonderful.
> Justin
>
>
> Justin Baldoni
> █████████████
> We Are Wayfarer
>
> **WAYFARER**
>
> "Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá
>
>> On Feb 7, 2019, at 1:59 PM, Colleen Hoover <​█████████████​> wrote:
>>
>> Awesome!
>> Just this week it was listed by popsugar and Good Housekeeping that this book is the #1 rated romance novel of all time on Goodreads. And it hit Oprah Magazine as #2 behind Gone with the wind! 😱 Crazy.
>> Hope u enjoy it!
>>
>> On Thu, Feb 7, 2019 at 1:42 PM Justin Baldoni <​█████████████​> wrote:
>>> I love love love hearing your story! Can't wait to talk more ...look what just came

Justin Baldoni
We Are Wayfarer

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá

On Feb 2, 2019, at 7:03 AM, Colleen Hoover <​███​> wrote:

I absolutely love your vision. And I love that your digital documentary has raised so much for charities.

My own story is a little crazy. Seven years ago I was living with my husband and our three boys in a singlewide trailer, working as a social worker making $13 an hour with my degree. We were broke, to put it mildly. My husband took a job to help make ends meet that put him home only two weekends a month, so after the kids went to bed, I started writing a story to keep myself busy. When I finished it, I wanted my grandmother to read it because she had received a kindle for her birthday, so I uploaded the word document to Amazon, slapped a cover on it and sent it to her and a few other people in my family. I'm not sure how people found it, but based on word of mouth, the book ended up hitting the New York Times five months later.
Since then, I've written about twelve (I can't remember exactly) full-length novels and they've all hit the New York Times and things have just been looking up since. As a way to give back for all the support I've received, I started a charity called The Bookworm Box three years ago and we've been able to donate over $1,000,000 to various charities. Last year I started a charity book signing under my 501c3 called Book Bonanza. We had over 150 authors in attendance and sold out of 2,000 tickets within the first hour of putting them on sale. All the profit went to SafeHouse Denver, a domestic violence shelter. We're doing our second event this August in Texas.
I didn't have a degree in writing, and since my first novel, I've learned a lot. I feel It Ends With Us is the novel I was born to write and it just took a few practice runs to get there. I fashioned it loosely on my parents lives. My mother is an incredible, independent woman and I never understood how she could get herself in the position she was in with my biological father. I wanted to put myself and the readers in her shoes through Lily's story. The response was phenomenal. It won best romance of the year and I still receive emails daily from women who have made a change in their lives after reading the book. I always say I don't write to educate or inform. I only write to entertain. But this book was different. I've received a few offers on it in the past, but like you, I'm not in this for the money first. I do fine from my book sales. I'm not even looking for a movie, as I feel the book was my goal and I accomplished that.
However, if the right team comes along with the right vision for the book, I'd be elated if we could get this story out in another form. Not everyone has a passion for reading and that's okay.
I've attached the pdf file. Let me know if it doesn't work for any reason. And if you feel it will be a good fit, I'll be happy to forward you on to my literary agent. She works closely with my CAA agent.
If it's not something that will fit your brand, I do appreciate your vision and wish you the best of luck in all your future projects!

Colleen Hoover
<It Ends With Us (Justin).pdf>

CONFIDENTIAL
WAYFARER_000141670