# Exhibit 18

# Redacted - NR

**From:** Colleen Hoover <​███████████████​>
**Subject: Re: Today**
**Date:** July 11, 2019 at 7:22:56 AM PDT
**To:** Justin Baldoni <​███████████████​>
**Cc:** Sarah Politis <​███████████████​>, Will Youngblood <​███████████████​>

Thank you!
I can't stop thinking about the screenplay. I plan to start it as soon as I get back to Texas and settled. Feel free to give Kara both my cell and my email. I fly out today and host a family reunion all weekend but maybe I can give her a call next week before I get started.
I'm obviously not against you posting a link to the book but only if you're comfortable with that. A good way to know what kind of impact it has on ranking is to post a link to the biggest market (Amazon) and the sales numbers usually updates about 12 hours later for books. Will be interesting to see! It's overall sales rank for Amazon right now is 3,754.
Here's a link If you want to try that. No worries if not.
https://amzn.to/32fYe3f
I'll also just keep it in my bio all week.

Lin had a great time. You all were so welcoming and we loved Sarah-with-an-h and Will!

Let me know if/when you post so I can prepare a proper freakout. ;)

Thanks again!

Colleen

On Wed, Jul 10, 2019 at 10:53 PM Justin Baldoni <​███████████████​> wrote:
LOVED finally meeting you in person!! You do not have what you think you have- you were so engaged and lovely and I felt only love!
Adding Sarah here as well.
Looking forward to digging in! Going to try to post tmrw or the next day if I can remember!
Maybe I should put the link to order the book ion my bio as a test...
Anyways, I also spoke to Kara and she is so down to mentor you! https://www.imdb.com/name/nm1289517/
Let me know the best way to connect you- either via text or email?
Lets go
Love
J
P.s tell your sister she is amazing.

Justin Baldoni
We Are Wayfarer

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá

On Jul 9, 2019, at 5:04 PM, Colleen Hoover <​███████████████​> wrote:

First, thank you SO much for today. I have an epic case of Resting bitch face, so I hope I didn't seem unenthused because I absolutely am. If you don't believe me about my face, just search the hashtag #CoHoDeathStare on Instagram. ;)

Anyway, here's a few I summed up. I have a fan who always makes book trailers for fun so I included a link to those as well. They're a lot cheesy, but I'm impressed with how she takes scenes from other movies and captures the feel of the books through them.

Below is a list and a description of the ones I think would work. They're all standalones, although some have sequels. But the sequels are more just something I gave the readers for fun, as the first novel in the series is a complete story in itself.

The thing I'm most grateful for about my career is that there isn't one book that stands out among the rest. No one-hit-wonder. I've been very lucky in that all my books have been supported by readers fairly equally, so I think making any of them into some sort of production would excite them. Like I mentioned in the meeting, there are a few I'm not sure would translate well to film, but here are some that are most popular with the readers and might fit what you're looking for.

Please keep in mind, describing or summarizing my books is not at all a strength of mine. lol.

**Slammed**
This was my first attempt at writing a book. I released it right at the start of the indie craze, so it was great timing and ended up hitting #5 on the NYT bestsellers list within three months of release, without a publisher or an agent or a single penny spent on marketing. I was still living in a single-wide trailer when it became a New York Times bestseller. Good times.
It's about an 18-year-old girl named Layken who moves from Texas to Michigan with her mother and little brother. She meets a neighbor who she goes out with named Will. He's into slam poetry, so the book revolves around Slam Poetry. Layken and Will form a connection on their date, but when she shows up to her first day of school, it turns out he's her English teacher. Kind of taboo, but Will is one of the good guys, so he refuses to date her even though their lives are kind of entwined after this point. Will can't risk his job because he's raising his little brother. The slam poetry aspect of it might be really great for TV. It's part of the drama and plays a huge part in the story and the characters ending up together in the end. This one is really a look at family and the roles siblings are sometimes forced to play.

**Hopeless**
This book is my bestseller. It hit #1 on the New York Times and has sold several million copies. It's about a girl named Sky who meets a guy named Holder who has the word "Hopeless" tattoo on him. She is drawn to him, but he's the resident "bad boy" at school, although his reputation is misunderstood. Holder is hot and cold for a while, but they eventually begin dating until he sees her wearing a bracelet she's had

since childhood. She doesn't remember where she got the bracelet, but he gets angry and walks away and doesn't speak to her for a month. Sky thinks it's because Holder is insanely jealous and thinks she got the bracelet from another guy, but she later finds out his deceased twin sister is the one who gave her the bracelet when they were 5 years old, right before she was abducted. They used to live next door to each other, but she has little memory of it. She finds out the truth one night when she's at his house and she sees a picture of Lesslie when she was younger wearing the same bracelet and then it brings back memories. Holder finally explains to her that she used to be their next door neighbor and she was kidnapped. He says her name isn't Sky… it's Hope. Holder's twin sister's name is Lesslie, and he used to tease them when they were younger and called them Hope and Less or "Hopeless." Which explains his tattoo. It's the nickname he gave Sky and his sister when they were younger, and when his sister passed, he got the tattoo to remind him of both girls. So the title ties in with the book. Kind of a more mature YA. They call it "NA" or New Adult, which means it's a little bit edgier than YA.

**Ugly Love**
This is one of my more popular books as well.
Miles is a pilot. Tate is a nurse who moves in with her brother, across the hall from Miles. Miles  is very hard to read, very quiet and kind of an asshole. But there's obvious chemistry between the two of them. The more she gets to know him, she finds out he hasn't had sex in six years and hasn't dated at all. He's mysterious and kind of a walking contradiction. The book switches between past and present, so we see a different version of Miles from when he was in high school compared to the quiet version he is now.
Long story short, they agree on a friends with benefits thing. He has two rules. Don't ask about his past and don't expect a future.
And of course Tate falls in love with Miles anyway, no matter how much he tries to push her away. The back and forth tell a story that explains why he is the way he is. He dated a girl in high school and she got pregnant. The baby died three days after it was born, in a crash on their way home from the hospital. His girlfriend left him and he was devastated and chose to focus on his career and never wanted to be in a relationship again.
The book is really kind of a sad look at the devastating effects of losing a child, and how that bleeds over into every aspect of your life.

**Maybe Someday**
This one might be tricky to portray on film. It's about a girl named Sydney who listens to a guy (Ridge) play his guitar on his balcony every night. He lives across the courtyard and contacts her one day to see if she'll help him write lyrics to his music, because she's a music major. They communicate via text for a few chapters and then when she finally meets him, she realizes he's deaf. And he has a girlfriend who is really awesome. I wrote this book because I was tired of all the love triangles where one of the three people is an asshole. Sometimes that's not the case, so I took a devil's advocate approach where you're rooting for the two to be with each other who aren't together, while also feeling like you want him to stay with his girlfriend. Another angsty one, but the cool part is that the music they write together in the book is an actual soundtrack readers can download for free and listen to. I wrote the lyrics with a friend of mine, Griffin Peterson. This book is also probably one of my top four best sellers. Here's a link to the title song. A fan has made some trailers from movie clips to my books just for the fun of it, so she used this song in the fan-made trailer:
https://www.youtube.com/watch?v=dSKvTlks148

WAYFARER_000141673

**All Your Perfects**

This is about a couple named Graham and Quinn. The first chapter opens with how they meet, which is kind of tragic and adorable. The second chapter is several years later, after they're married. We see an entirely different couple in this chapter because the effects of infertility have weighed on them. The book alternates between the past and present with each chapter, so for every chapter you see them happy and moving forward in their relationship, you get a chapter that shows the absolute hardest and saddest time of their marriage.

A theme in this book is a wooden box the couple keeps on a shelf. The reader knows there's something important about this box and that if they open it, it means the downfall of their marriage. Toward the last chapters, they decide they want a divorce, which means they open the box. Inside are letters and they both have to read the letters.

The book then switches to the night before their wedding, years earlier, when they wrote the love letters to each other. They wrote them and sealed them in the box and made a pact that they could only open the letters under two circumstances. Their 25th wedding anniversary to celebrate, or in the event they want a divorce.

The letters then remind them of all the reasons they're together, and how a child was never even one of those reasons to begin with. So the story sort of comes full circle, with all the reasons they fell in love being all the things they forgot about once the infertility started to infiltrate their marriage. It's a tough story, but I think it's inspiring for marriage in general. Not just for couples suffering infertility.

**November 9**

This is the one that surprises me at how much readers want to see it on film. It's about a girl named Fallon who used to be on a TV show at the age of 16, but was injured in a house fire and the left side of her face got scarred. She loses her job and decides at 18 that she wants to move to New York and try to find a theater job since no one in Los Angeles will hire her. She's having lunch with her father in a café the day before she moves to New York. Her father is a douche and he's trying to tell her that her acting dream is over and she needs to go to college. He insults her and it bothers the guy in the booth behind him (Benton Kessler) so Ben walks over and sits next to Fallon and pretends he's her boyfriend, just to kind of stick it to her asshole father. Fallon goes along with it, her father leaves and then Ben and Fallon spend the rest of the day together and really hit it off. He's a writer who feels like Fallon is his new muse, so they decide to meet one year later on the same date. He wants to do this for five years and write about the girl he spends one day a year with. That date is November 9th (hence the book title). Each chapter of the book is about the one day a year they spend together. They eventually fall in love and agree to be together. That night, Fallon finds Ben's manuscript in his closet and she reads some of it while he's asleep. Through his manuscript, she discovers that he's the one who started the fire at her house when she was a teenager. He's known her all along and she had no idea the fire was intentional. The last part of the book is him trying to explain to her the unfortunate circumstances around it. She wants nothing to do with him. The next year, she finds the completed manuscript on her doorstep on November 9th. She reads it and realizes the truth behind why the fire started and it ends with her meeting him at the diner to forgive him right before midnight of November 9th.


Fan-made trailers.

WAYFARER_000141674

Slammed: https://www.youtube.com/watch?v=VLHwPX-p5cU
November 9: https://www.youtube.com/watch?v=iYqQO6gh9Rg
Ugly Love: https://www.youtube.com/watch?v=0YxstsVdtn0
Hopeless: https://www.youtube.com/watch?v=UsmHUt2Qq-w
Maybe Someday https://www.youtube.com/watch?v=dSKvTlks148

WAYFARER_000141675