# Exhibit 19



Jamey Heath <​███████████████████>

## Fwd: Great to see you today
2 messages

---

**Justin Baldoni** <​███████████████​>  Fri, Sep 16, 2022 at 5:18 PM
To: Steve Sarowitz <​████████████​>, ████████████████

Justin Baldoni

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá

Begin forwarded message:

**From:** Jane Randel <​████████████████​>
**Date:** September 16, 2022 at 7:51:05 PM EDT
**To:** Justin Baldoni <​████████████████​>
**Subject: Great to see you today**

Justin

So happy we got a chance to connect today, albeit briefly. I am really excited that NO MORE is partnering with Wayfarer in any way, and beyond grateful as it relates to Microsoft and the movie.

Your comment about not wanting to make DV porn is well taken. Appropriately acknowledging the balance between how childhood trauma impacts us as adults — and not wanting to excuse Ryle's behavior is really hard. Simultaneously, you want the audience to understand Lily's response to Ryle after the violence she experienced as a child without people getting frustrated and wanting to scream "why don't you just leave?" Not easy stuff, but I am confident you of anyone will get it right — in a way that makes a good movie with a strong message.

I love that you want to help victims with the proceeds from the film. For sure direct service is one route, but you may even have heard it today — prevention — which is what ACTM really does — is where the field often prefers huge awareness opportunities like this one focus. In this case, the title of the book/film says it all — It (the intergenerational nature of DV) ends with us, and a great place to start that work is with adult survivors of childhood DV — like Lily. There is so little out there just for that population.

Personally, I love the idea of doing some research about this element of DV and a) using it to inform resources and other tools we might develop for adult survivors and b) using it as part of a potential education campaign accompanying or in the run up to the movie's release. There are so many ways to go — and so many people I can think of right now who could have been Ryle — who have Ryle's in their families which then leads to more Lily's.

Mull it over — happy to talk through/brainstorm.

Be well and have a great weekend!

PS — and I am sure you hear this a lot, but your wife is just lovely. Beautiful inside and out — I can just tell from like 3 minutes of conversation.

Jane Randel / ██████████

CONFIDENTIAL                                                                                            WAYFARER_000141658

**Jamey Heath** 
To: Justin Baldoni <
Cc: Steve Sarowitz <

Fri, Sep 16, 2022 at 7:00 PM

Wonderful

 Jamey Heath
President
Wayfarer Studios

One planet, One people, Please…

> On Sep 16, 2022, at 5:18 PM, Justin Baldoni < > wrote:
>
> [Quoted text hidden]

CONFIDENTIAL                                        WAYFARER_000141659