# Exhibit 25

**From:** Jamey Heath <​>
**Sent:** Sat, 31 Dec 2022 19:08:04 -0500 (EST)
**To:** Justin Baldoni <​>
**Cc:** "Giannetti, Andrea" <​>; Alex Saks <​>; Andrew Calof <​>
**Subject:** Re: Jamey,
**Attachments:** Wayfarer_Studios_EmailSignature_Logo_1wkMvs7GhzQkX-4mSNETIMMc6N01yipWT.png

This has been a collective effort.
Alex, Ange, Andrew, Justin and myself are all passing the ball.
Well done team.

And …More to do, as always.

Happy new year.

Jamey Heath
President
Wayfarer Studios

One planet, One people, Please…

> On Dec 31, 2022, at 3:12 PM, Justin Baldoni <​> wrote:
>
> Jamey you have done a phenomenal job.
> This feels right. Let's go make a fucking movie!
>
> 
> **Justin Baldoni**
> Wayfarer Studios
> Man Enough
>
> "Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá
>
>> On Dec 31, 2022, at 1:45 PM, Giannetti, Andrea <​> wrote:
>>
>> Fantastic job everyone. Happy New Year.
>>
>> **From:** Alex Saks <​>
>> **Sent:** Saturday, December 31, 2022 1:22:19 PM
>> **To:** Jamey Heath <​>
>> **Cc:** Giannetti, Andrea <​>; Justin <​>; Andrew Calof <​>
>> **Subject:** Re: Jamey,
>>
>> Off we go!!!!
>>
>>> On Dec 31, 2022, at 1:20 PM, Jamey Heath <​> wrote:
>>>
>>> In writing.
>>>
>>>
>>> Jamey Heath
>>> President
>>> Wayfarer Studios

One planet, One people, Please...

Begin forwarded message:

> **From:** Warren Zavala <██████████>
> **Date:** December 31, 2022 at 1:15:14 PM PST
> **To:** ██████████
> **Subject: Jamey,**
>
> We're good on the financial terms for Blake. She's excited to do the film. No earlier than May 18th and in New York. We can sort through a straight to streaming premium and the other particular when the attorneys get back on Tuesday. She'll accept the no less than EP credit in terms of producing. But let's continue the convo next week.
> Thanks.
> W
> Warren Zavala | WME
> ██████████

CONFIDENTIAL
HEATH_000028775