# Exhibit 26

| | |
|---|---|
| From: | Imene Meziane < ▮ > |
| Sent: | Fri, 16 Dec 2022 21:53:06 -0500 (EST) |
| To: | wzavala ▮ jstone ▮ ; "lindsey ▮ |
| Cc: | Jamey Heath ▮ ; asaks ▮ Sky Moore ▮ ; Mitz Toskovic ▮ |
| Subject: | Blake Lively/ It Ends With Us/ Role of Lily |
| Attachments: | 1. BLAKE LIVELY - IT ENDS WITH US Offer--Wayfarer Studios .docx |

Dear Warren, Justin and Lindsey,

I hope you're all well and about to have a wonderful holiday break. As the VP of Business and Legal Affairs at Wayfarer Studios and on behalf of Wayfarer, I am pleased to make the attached offer to your client Blake Lively, to play the role of Lily in the feature motion picture entitled "It Ends With Us" based on Colleen Hoover's NY Times best seller book of the same name.

Wayfarer is very excited to see Blake's strong interest in doing our movie. We are beyond thrilled. I know that my team has had many conversations trying to pave a way for us to land on a deal. The main thing that we've tried to work through is the scheduling. We've been fast moving with many different parts and scenarios to try and accommodate everyone. As you know, this is not always easy but here is where we are:

We are willing to move the shoot from Boston to New Jersey to accommodate Blake. We understand how important that is for her. Although the film itself is set in Boston and we were planning to shoot there, we will make the adjustment. In an effort to help leave room for the other movie, we can adjust our start date to go as early as 3/13/23 and as late as 4/3/23. There's not a version of us starting later than that for us to meet our mark.

We love Blake and are willing to do many things to make this work, but our timeline doesn't have much wiggle room.

I look forward to working with you.

Best regards,

Imene Meziane
VP of Business & Legal Affairs
Wayfarer Studios

CONFIDENTIAL
HEATH_000046097