# Exhibit 27

WAYFARER STUDIOS

Effective Date: December 16, 2022

Warren Zavala

Justin Grey-Stone

Lindsey Strasberg

Re: **"IT ENDS WITH US"** Lily Bloom

Dear Warren, Justin and Lindsey,

   Wayfarer Studios (or their designated production service entity) ("**Producer**") has set forth below the agreement that Producer is prepared to offer for the services of Blake Lively ("**Artist**") regarding Artist's possible engagement for the role of "Lily" ("**Role**") in the proposed motion picture tentatively entitled "IT ENDS WITH US" written by Christy Hall and to be directed by Justin Baldoni ("**Picture**").

**1. Fee**. Lender shall receive the sum of One Million and Seven Hundred Fifty Thousand Dollars (USD $1,750,000) on a pay or play basis (the "**Fee**"), subject to normal contingencies such as force majeure and Artist's disability, or material breach. Escrow to be wired to representative escrow account, five (5) business days prior to Artist rendering services for the Picture.

2. **Contingent Compensation**. Provided that Lender and Artist are not in material uncured (if curable) breach or default of any agreement for the Picture and Artist appears in the Role as released, then in addition to the Fee, Lender shall be entitled to receive a contingent participation from the exploitation of the Picture of an amount equal to 4% of 100% of the net proceeds (with definition to be discussed).

3. **Schedule and Location**. Artist's exclusive principal photography services for up to six (6) consecutive weeks during the run of production, plus 1 free week rehearsal, fittings and the like, and up to 5 free post days. The start date to be discussed in good faith between the parties with principal photography currently anticipated to begin between March 13th of 2023 and April 3rd of 2023. All services to be primarily rendered in and around New Jersey, NJ.

4. **Credit**.

  a. **On Screen Credit**: Single Card, First Position, Main titles (if there are main titles; otherwise in the end titles), separate card, in no event in a size of type smaller than the average size of letters of any other cast member credit on screen.

  b. **Paid Ads**: First position in all paid ads (including billing block) and excluded ads (subject to customary exclusions) and in no event in a size of type smaller than the average size of letters of any other cast member in such paid ads/excluded ads.

CONFIDENTIAL    HEATH_000046098

      c. **Customary ties** with all cast members (e.g., above and before title, name and likeness, paid ads, excluded ads, audio)

5. **Travel**. Travel/accommodations and expenses to be negotiated in good faith.

6. **Approvals**. Artist will have mutual approval rights over the following: a) hair and make-up personnel b) any material changes over the Role in the screenplay c) director (with Justin Baldoni pre-approved) and d) the co-lead for the Picture and within 3 weeks prior to start of principal photography, Producer shall have tie-break rights over all mutual approvals.

7. **Dressing**. An exclusive single star trailer. Exclusive dressing room if at studio. Customary first-class amenities. MFN with all cast.

8. **Conditions Precedent**. Producer's obligations to Artist hereunder shall be subject to the satisfaction of the following: (a) Artist qualifying for cast and other insurance (which may include essential element insurance) and (b) full execution by Artist, Artist's designated services corporation ("**Lender**") and Producer, of an Agreement in a form reasonably acceptable to all parties.

Once we reach an agreement on the above terms, we will be happy to distribute a long form agreement, incorporating the terms herein and other standard terms and conditions to be negotiated in good faith.

Best regards,


Imene Meziane, Esq,

Wayfarer Studios

CONFIDENTIAL

HEATH_000046099