# Exhibit 29

April 13, 2023

William Morris Endeavor Entertainment LLC

Attention: Mr. Spencer Klocki

Re:    **"It Ends With Us"/ Blake Lively /Escrow**

Ladies and Gentlemen:

This agreement constitutes irrevocable escrow instructions (the "Escrow Instructions") to William Morris Endeavor Entertainment LLC ("Escrow Agent") and constitutes the escrow agreement (the "Escrow Agreement") between It Ends With Us Movie LLC ("Producer"), Blakel, Inc. ("Lender") and Blake Lively ("Artist") with respect to the following matters:

1.    This escrow shall facilitate the payment of certain monies to Lender by Producer in connection with the acting services of Artist in the role of "Lily" in the feature-length motion picture produced by Producer entitled "It Ends With Us" (the "Picture") as set forth in that certain Acting Agreement between Producer and Lender for the services of Artist (the "Acting Agreement"). Escrow Agent is not (except as expressly provided herein) to be concerned with the terms, conditions or contents of the Acting Agreement or with the accuracy of any information contained in any notice from Producer to Lender or Artist under Paragraph 12 below. Escrow Agent's only duties are those set forth in these Escrow Instructions.

2.    Producer will deposit, via wire transfer, into Escrow Agent's non-interest bearing client trust account identified below (the "Escrow Account"), the sum of $1,641,621.53 (i.e. $1,750,000 less the applicable legally required 6.37% New Jersey withholding tax) as compensation for Artist's services (the "Escrow Amount"). All bank charges, transmission, conversion and other costs of any transfer of funds from Producer to the Escrow Account (other than charges by Escrow Agent's bank) shall be borne and paid solely by Producer in addition to the Escrow Amount. It will be Producer's obligation to confirm the amount of any bank charges, transmission, conversion and other costs. The Escrow Amount shall be deposited into the Escrow Account prior to the close of business on April 21, 2023. Escrow Agent is to hold the Escrow Amount in the Escrow Account for the benefit of Lender and disburse the Escrow Amount as set forth herein.

3.    Subject to the provisions of Paragraph 4 below, Escrow Agent is authorized and directed to disburse the Escrow Amount to Lender in as follows: five (5) equal consecutive weekly disbursement of $273,603.58 each and one (1) final disbursement of $273,603.63 on each of the following dates respectively: May 17, 2023; May 24, 2023; May 31, 2023; June 7, 2023; June 14, 2023; June 21, 2023.

4.    If Producer gives Escrow Agent written notice at any time (due to a breach or default, force majeure event or any other cause as a result of which Producer would have the right to suspend or terminate payment to Lender pursuant to the Performer Agreement) instructing Escrow Agent not to disburse any or all of the Escrow Amount, Escrow Agent will: (i) promptly notify Lender and Artist

of such instruction from Producer; (ii) cease making further payments to Lender; and (iii) retain any remaining portion of the Escrow Amount. Escrow Agent will take the following actions upon the occurrence of the first of the following events:

    (a)    Escrow Agent receives instructions from Producer to resume payment of the balance of the Escrow Amount, in which case Escrow Agent will resume such payments effective upon, from and after Escrow Agent's receipt of such instructions;

    (b)    Escrow Agent receives mutual and consistent written instructions from Producer, Lender and Artist (or their respective counsel) to make payment to a particular party or parties, in which event Escrow Agent shall make such payment; or

    (c)    Escrow Agent receives a final written award issued by the Judicial Arbitration Mediation Services ("JAMS"); (or other mutually approved arbitrator) or by any court of competent jurisdiction (in connection with which Escrow Agent shall have the right to interplead Lender, Artist and/or Producer), instructing Escrow Agent as to the manner in which to make payment, in which event Escrow Agent will comply with such final award or order.

    5.    Producer, Lender and Artist each agree to furnish the other with a copy of each and every notice sent by them concurrently with their transmittal of such notice to Escrow Agent; provided that this shall not affect the instructions to Escrow Agent to provide notices to Producer, Lender or Artist hereunder.

    6.    Escrow Agent will be entitled to treat as genuine and as the document it purports to be any letter, paper, PDF format document, email or other document furnished or caused to be furnished to Escrow Agent by Producer, Lender or Artist, or any of their respective counsel, and believed by Escrow Agent to be genuine and to have been transmitted by the proper party or parties. For the purposes of this Escrow Agreement, Escrow Agent shall not accept any oral communication from any party to this Escrow Agreement.

    7.    Producer, Lender and Artist shall indemnify and hold Escrow Agent harmless from and against any loss, claim, charge or expense including, without limitation, reasonable outside attorneys' fees, arising out of any dispute arising out of this Escrow Agreement, provided that Escrow Agent has acted in good faith and without gross negligence.

    8.    Any dispute or controversy between the parties hereto arising under, out of, or in connection with this Escrow Agreement or the making or validity thereof, its interpretation or any breach thereof, shall be determined and settled by binding arbitration by one (1) neutral arbitrator (which arbitrator shall have substantial experience in the entertainment industry) in Los Angeles, California, in accordance with the rules of JAMS. Any award granted as a result of any such arbitration may be confirmed in any court of competent jurisdiction. All arbitration proceedings shall be closed to the public and confidential and all records relating thereto shall be permanently sealed, except as necessary to obtain court confirmation of the arbitration award. In connection with any such dispute or controversy, the prevailing party is entitled to recover all of his or its costs, including reasonable outside attorneys' fees actually incurred in connection therewith.

    9.    All of the terms and conditions of this Escrow Agreement and Escrow Instructions shall be binding upon and inure to the benefit of and be enforceable by Producer, Lender and Artist and their respective successors and assigns.

Doc ID: f611e2f5652020800e4628cdc6d3d754b6e636ca

CONFIDENTIAL    HEATH_000045646

10. This Escrow Agreement may be amended, modified, superseded or canceled and any of the terms and conditions hereof may be waived only by a written instrument executed by Producer, Lender and Artist or, in the case of a waiver, by the party waiving compliance. The failure of any party at any time or times to require performance of any provision hereof shall in no manner affect such party's right at a later time to enforce the same. No waiver by any party of any condition or of the breach of any terms of this Escrow Agreement, whether by conduct or otherwise, in any one or more instances shall be deemed to be or construed as a further or continuing waiver of any such condition or breach or a waiver of any other condition or of the breach of any other term of this Escrow Agreement.

11. Producer, Lender and Artist acknowledge that Escrow Agent has previously and concurrently with this Escrow Agreement acted, and hereafter may continue to act, as talent agent to Artist in connection with the agreement for Artist's acting services in the Picture and that Producer, Lender and Artist have requested that as an accommodation Escrow Agent act as Escrow Agent hereunder. Producer acknowledges and agrees that Escrow Agent's acting as talent agent for Artist, previously, concurrently and/or hereafter, shall not derogate from this Escrow Agreement and shall not disqualify Escrow Agent from acting as Escrow Agent hereunder. Lender acknowledges and agrees that such Escrow Agent's actions taken in good faith with respect to its performance of these Escrow Instructions shall not constitute a violation by it of any of its obligations to Artist.

12. Escrow Agent shall give notices and make payments as follows:

(a) All notices hereunder shall be made in writing. Any such notices shall be given by mailing with postage paid and certified or registered or by personal delivery or by emailing (with confirmation of, or reasonable evidence of, receipt) the same (transmission costs prepaid) to the respective party at the address listed below, and three (3) days following the date of such mailing or the date of such personal delivery or email shall be the date of the giving of such notice.

To Escrow Agent:  William Morris Endeavor Entertainment LLC

Attention: Spencer Klocki
Email:

To Lender and Artist: Blakel, Inc. and Blake Lively
c/o William Morris Endeavor Entertainment LLC

Attention: Warren Zavala; Michael DeVeau; Elyse Scherz
Email:

With a copy to: Sloane, Offer, Weber, & Dern

Attention: Lindsey Strasberg; David Weber
Email:

3

Doc ID: f611e2f5652020800e4628cdc6d3d754b6e636ca

CONFIDENTIAL                                                     HEATH_000045647

To Producer:    It Ends With Us Movie LLC

Attn: Jamey Heath; Imene Meziane
Email:

(b)    There shall be no escrow fees, charges, or interest charged by Escrow Agent in connection with this escrow.

13.    This Escrow Agreement may be executed in counterparts, each of which shall constitute an original but when taken together shall constitute one and the same agreement.

14.    The wire transfer information for Escrow Agent is as follows:



(signature page to follow)

4

Doc ID: f611e2f5652020800e4628cdc6d3d754b6e636ca

CONFIDENTIAL    HEATH_000045648

Very truly yours,

**IT ENDS WITH US MOVIE LLC**

By: _____
Its: President

**WILLIAM MORRIS ENDEAVOR ENTERTAINMENT LLC**

By: _Jun Horton (Apr 28, 2023 07:37 PDT)_
Its: Authorized representative

**BLAKEL, INC.**

By: _____
Its: Authorized Signatory

_____
**BLAKE LIVELY**

Doc ID: f611e2f5652020800e4628cdc6d3d754b6e636ca

CONFIDENTIAL                                    HEATH_000045649

 **Dropbox** Sign                                                                 Audit trail

| | |
|---|---|
| Title | Escrow Agreement / Blake Lively |
| File name | Blake Lively - IT... Agreement v4.pdf |
| Document ID | f611e2f5652020800e4628cdc6d3d754b6e636ca |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — 04 / 25 / 2023  18:00:48 UTC
Sent for signature to Jamey Heath
IP: 172.251.165.158

**VIEWED** — 04 / 25 / 2023  18:07:38 UTC
Viewed by Jamey Heath
IP: 100.8.28.84

**SIGNED** — 04 / 25 / 2023  18:07:47 UTC
Signed by Jamey Heath
IP: 100.8.28.84

**COMPLETED** — 04 / 25 / 2023  18:07:47 UTC
The document has been completed.

Powered by **Dropbox** Sign

**DocuSign**

## Certificate Of Completion

Envelope Id: AA28D2320E2941D793AA94C4B583E447  
Subject: Sign ASAP with DocuSign: "It Ends With Us" - Escrow Agreement  
Source Envelope:  
Document Pages: 6  Signatures: 2  Envelope Originator:  
Certificate Pages: 1  Initials: 0  Jaime Marchello  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-08:00) Pacific Time (US & Canada)  

Status: Completed

## Record Tracking

Status: Original  
    4/18/2023 1:29:40 PM

Holder: Jaime Marchello

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Blake Lively<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Drawn on Device<br>Using IP Address:<br>Signed using mobile | Sent: 4/27/2023 4:29:25 PM<br>Viewed: 4/27/2023 8:58:48 PM<br>Signed: 4/27/2023 8:58:59 PM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Lindsey Strasberg, Esq.<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 4/27/2023 4:29:26 PM<br>Viewed: 4/28/2023 6:42:58 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/27/2023 4:29:26 PM |
| Certified Delivered | Security Checked | 4/27/2023 8:58:48 PM |
| Signing Complete | Security Checked | 4/27/2023 8:58:59 PM |
| Completed | Security Checked | 4/27/2023 8:58:59 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

CONFIDENTIAL

HEATH_000045651

# Blake Lively - IT ENDS WITH US - Escrow Agreement (PE)

Final Audit Report　　　　　　　　　　　　　　　　　　　2023-04-28

| | |
|---|---|
| Created: | 2023-04-28 |
| By: | Tommy Humphreys |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAa8eVBoZ2fKZBfuX1nQ1IsYjVmwOLU9ca |

## "Blake Lively - IT ENDS WITH US - Escrow Agreement (PE)" History

- Document digitally presigned by DocuSign\, Inc.
  2023-04-28 - 13:44:15 GMT

- Document created by Tommy Humphreys
  2023-04-28 - 14:25:14 GMT

- Document emailed to June Horton for signature
  2023-04-28 - 14:25:47 GMT

- Email viewed by June Horton
  2023-04-28 - 14:36:38 GMT

- Document e-signed by June Horton
  Signature Date: 2023-04-28 - 14:37:20 GMT - Time Source: server

- Agreement completed.
  2023-04-28 - 14:37:20 GMT



IMG — Powered by Adobe Acrobat Sign

CONFIDENTIAL                                                                                                HEATH_000045652