# Exhibit 30

| | |
|---|---|
| From: | Amanda Humphreys < █████ > |
| Sent: | Fri, 21 Apr 2023 15:33:14 -0400 (EDT) |
| To: | Jamey Heath █████ ; John Logan Pierson < █████ > |
| Cc: | Andrea Ajemian < █████ >; Brian Singer < █████ >; M Fox < █████ >; Arjun Yadav < █████ > |
| Subject: | WME Escrow Payment - Blake Lively |
| Attachments: | 2023-04-21 WME Escrow - Blake Lively .pdf |

Payment has been processed, please see attached confirmation

Mandy

--



Amanda Humphreys
Wayfarer Studios

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.