# Exhibit 31

# Payment Details



**CITY NATIONAL BANK**
AN RBC COMPANY

IT ENDS WITH US MOVIE LLC - IEWUMLLC

### PAYMENT ID: 49

| | |
|---|---|
| Payment Type | Wire - Domestic |
| Status | Bank Confirmed |
| Entry Method | Freeform |
| Value Date | 04/21/2023 |
| Tran Date | 04/21/2023 |
| Credit Amount | 1,641,621.53 USD |
| Debit Amount | 1,641,621.53 USD |
| Exchange Rate | 1 |
| Customer Ref | Blake Lively |
| Tnum | |
| Charges | |
| 1st Confirmation | |
| 2nd Confirmation | |

### DEBIT ACCOUNT



### ORIGINATOR INFORMATION

### BENEFICIARY

Name    WME Entertainment



### BENEFICIARY BANK

### PAYMENT DETAILS

It Ends With Us - Blake Lively

### SETTLEMENT INFORMATION

| | Timestamp |
|---|---|
| Extracted | 04/21/2023 12:06:21 PM |
| Bank Confirmed | 04/21/2023 12:06:25 PM |

### AUDIT INFORMATION

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 04/21/2023 12:06:20 PM | HUMPHREYSAM | IEWUMLLC |
| ENTERED | 04/21/2023 12:05:56 PM | HUMPHREYSAM | IEWUMLLC |

Continued

IT ENDS WITH US MOVIE LLC            Report Generated: 04/21/2023 12:29:52 PM            Page 1 of 2

ATTORNEYS' EYES ONLY            WAYFARER_000030417

# Payment Details

**CITY NATIONAL BANK**
AN RBC COMPANY

IT ENDS WITH US MOVIE LLC - IEWUMLLC

## REPORT TOTALS

| Wires | | Total Debit Amount | Payments | Total Credit Amount | Payments |
|---|---|---|---|---|---|
| Wires | (USD to USD) | 1,641,621.53 USD | 1 | | |

ATTORNEYS' EYES ONLY            WAYFARER_000030418