# Exhibit 32

**From:** Imene Meziane ◼◼◼◼◼◼◼◼◼◼◼
**Sent:** Thu, 4 May 2023 16:38:20 -0400 (EDT)
**To:** Lindsey Strasberg ◼◼◼◼◼◼◼
**Cc:** Jamey Heath ◼◼◼◼◼◼◼◼◼◼◼; Schuyler Moore ◼◼◼◼◼◼◼◼◼◼◼; "asaks◼◼◼◼◼◼◼◼◼◼
◼◼◼◼◼◼◼; Mitz Toskovic ◼◼◼◼◼◼◼◼◼◼; "wzavala◼◼◼◼◼◼◼◼◼◼◼◼◼
"jstone◼◼◼◼◼◼; David Weber ◼◼◼◼◼◼◼◼◼; Jaime Marchello
◼◼◼◼◼◼◼◼◼; "Mark E. Landesman" ◼◼◼◼◼◼◼◼◼◼; "Allen Chanzis (◼◼◼◼◼◼◼◼◼◼◼"
◼◼◼◼◼◼ Joseph Lanius ◼◼◼◼◼◼◼; Elyse Scherz ◼◼◼◼◼◼◼
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily
**Attachments:** Lively - IT ENDS WITH US - IMedits 5.4.23 .docx

Hi Lindsey,

Attached below is the revised deal terms for Blake.

Thank you,

Imene

On Mon, May 1, 2023 at 4:22 PM Imene Meziane ◼◼◼◼◼◼◼◼◼◼◼ wrote:
Hi Lindsey,

Fresh off the oven - we have received clearance. Thank you kindly for your patience.
Please see below.
Thanks,
Imene

## Benjamin Andrews

4:1

Hi Arjun, Imene and Joseph,

We are pleased to announce that "It Ends with Us" has been granted conditional clearance.

On Mon, May 1, 2023 at 3:12 PM Lindsey Strasberg ◼◼◼◼◼◼◼◼◼ : wrote:

Hi Jamey and Imene,

Please let us know what's happening with SAG. As of today, we were not able to confirm signatory status for the production company.

Thank you.

Lindsey

---

**From:** Lindsey Strasberg
**Sent:** Tuesday, April 25, 2023 10:28 AM
**To:** Jamey Heath ◼◼◼◼◼◼◼◼◼◼◼; imene meziane ◼◼◼◼◼◼◼◼
**Cc:** Schuyler Moore ◼◼◼◼◼◼◼◼◼ asaks◼◼◼◼◼◼◼ Mitz Toskovic ◼◼◼◼◼◼◼◼◼ wzavala◼◼◼
jstone◼◼◼◼◼◼ David Weber ◼◼◼◼◼◼◼◼◼; Jaime Marchello ◼◼◼◼◼◼◼◼◼; Mark E. Landesman
◼◼◼◼◼ Allen Chanzis ◼◼◼◼◼◼◼◼◼ ◼◼◼◼◼◼◼◼; Joseph Lanius ◼◼◼◼◼◼◼; Elyse
Scherz ◼◼◼◼◼◼◼◼◼
**Subject:** RE: Blake Lively/ It Ends With Us/ Role of Lily

Jamey and Imene,

Attached please find the revised deal memo reflecting the updated terms, as well as a couple of minor, clarifying comments.

Reserving customary rights.

CONFIDENTIAL

Best,

Lindsey

---

**From:** Jamey Heath █████████████████████████
**Sent:** Friday, April 21, 2023 11:56 AM
**To:** Lindsey Strasberg ████████████████████
**Cc:** imene meziane ████████████████; Schuyler Moore ██████████████████ asaks██████████ Mitz Toskovic ███████ wzavala████████ jstone██████████ David Weber ███████ Jaime Marchello ███████████████████; Mark E. Landesman ██████████████; Allen Chanzis ████████████████████ █ Joseph Lanius ████████████
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily

Hi Lindsey,

We will Accept the 56 hour turn around with 52 x 2 good Fatih consideration.

I believe this is the only outstanding issue.

Let me know we are aligned so we can close and focus on long form.

Thank you!

**Jamey Heath**

President

Wayfarer Studios

██████████████

On Apr 19, 2023, at 4:16 PM, Lindsey Strasberg ████████████████████ wrote:

Jamey,

Thank you for your email.

As with most actors of Blake's stature, we are negotiating work condition provisions that go beyond SAG minimum protections, so that is not the relevant measure at this point.

We appreciate that scheduling the production of a film is challenging. At the same time, our job is to protect what our client needs in order to successfully fulfill her responsibilities to you as a performer.

We are not able to agree to 4 X 54 and good faith consideration to reduce up to 2 X to 52. As I said previously, the cumulative effect of that schedule is to reduce Blake's downtime to an extent that isn't sustainable.

Please let us know if you would like us to go to her to confirm that she is still ok with 54 hour portal to portal for the entire schedule. Or if you would like to go with the 56 hours portal to portal that was originally in the deal with the good faith consideration to reduce up to 2 X to 52 that we offered yesterday.

Reserving rights.

Lindsey

---

**From:** Jamey Heath ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, April 19, 2023 2:10 PM
**To:** Lindsey Strasberg ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** imene meziane ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Schuyler Moore ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; asaks▮▮▮▮▮▮▮▮▮ Mitz Toskovic ▮▮▮▮▮▮▮▮▮▮; wzavala▮▮▮▮▮▮▮; jstone▮▮▮▮▮▮▮▮▮ David Weber ▮▮▮▮▮▮▮; Jaime Marchello ▮▮▮▮▮▮▮; Mark E. Landesman ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Allen Chanzis ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Joseph Lanius ▮▮▮▮▮▮▮▮
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily

Hi Lindsey,

We are working through it now. As you know Sag rules are 54 turnaround. (56, only if the next call time is before 6am).

On one hand, Blake is so wonderfully telling Justin that she's here to make the project and work through all that it takes to get it done, and on the other, as we try to work the very things that are challenging, we seem to not get much movement.

Most everything has been a concession for her. Starting with moving our movie start date, moving our location from Boston to Jersey and trying to accommodate her wrapping earlier. Asking for some shortened turn around times and portal to portal scenarios seems completely reasonable so that we can in fact reach our goal.

With this said, our AD is working to see how to make our days given the limited time we have her and your recent suggestion is proving incredibly difficult.

CONFIDENTIAL

Please consider going to your client with 54h weekend turn around with 2x 52h turn around options.

You already offered 54 overall (which is sag standard anyway). So to wrap this up, We can accept the 54hr turn around but with 2x 52h hour options. Thats 6 weekends. 4 at 54h and 2 at 52h.

That is truly a fair compromise for all of us.


Jamey


On Apr 19, 2023, at 11:52 AM, Lindsey Strasberg █████████████ wrote:

54 hour t/a might still be on the table, but we would need to confirm with her. Which do you want? We can't keep going back and forth on this issue.

---

**From:** Jamey Heath █████████████
**Sent:** Tuesday, April 18, 2023 9:26 PM
**To:** Lindsey Strasberg █████
**Cc:** imene meziane █████████████; Schuyler Moore ████████████; asaks ████████ Mitz Toskovic █████████; wzavala█████████; jstone@████████ David Weber ████████; Jaime Marchello █████████; Mark E. Landesman ████████; Allen Chanzis █████████; Joseph Lanius █████████
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily


Hi Lindsey,


Thanks for your response. I will say, to state that I didn't accept the 54 seems a bit puzzling for me. I asked if you'd agree to 52 for the reasons stated after you offered 54. Thank you by the way. If your answer is either that you are holding at 54 or can offer a 56 with a 52 x2 best efforts that would make sense to me, but to take the 54 off the table is what I'm a bit baffled by.

With this said, Can you confirm that either are on the table?


Jamey


On Apr 18, 2023, at 11:53 PM, Lindsey Strasberg ████████████ wrote:

Hi Jamey,

You didn't accept our counter of 54-hour weekend turnarounds, you came back asking for 52. Our client is very concerned about the cumulative impact of shortening her weekends given that her non-working hours will involve a significant amount of training on top of her family obligations. We can't give the consideration to reduce down to 52 if every other weekend is only 54. Our client's ability recover on the weekend is essential to maintaining her health and energy for the duration of the shoot, which is in the best interests of the film.

---

**From:** Jamey Heath █████████████
**Sent:** Tuesday, April 18, 2023 8:02 PM

HEATH_000045665

**To:** Lindsey Strasberg <████████████████████>
**Cc:** imene meziane ████████████████████; Schuyler Moore
████████████████████; asaks ████████ Mitz Toskovic
████████████; wzavala████████████; jstone████████████ David Weber
████████ Jaime Marchello ████████████ Mark E. Landesman
████████ Allen Chanzis ████████████████████; Joseph Lanius

**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily



Hi Lindsey,

Thanks for getting back.

So weekday 12 hour turnaround portal to portal for Manhattan and 10.5 when upstate. That works. Thank you for the adjustment on the 10.5.

As for weekend turnaround, your last counter was 54 hours, down from the 56. You're now saying back to 56 with 2 good faith 52h efforts? I appreciate the 2 good faith 52 hour offer but I'm confused on the change of the overall 54. Is that an accidental over-site on your part? I don't imagine you're rescinding that.

Please advise.

Thanks Lindsey.

Jamey.

**Jamey Heath**

President

Wayfarer Studios

████████████

One planet, One people, Please...

On Apr 18, 2023, at 10:26 PM, Lindsey Strasberg <████████████> wrote:

Hi Jamey,

CONFIDENTIAL

We can agree to the following on turnaround:

- Daily Turnaround

- If BL stays in Manhattan: 12 hours portal-to-portal (i.e., drop off at home until pick-up at home the following day).

- If BL stays upstate: 10.5 hours portal-to-portal (i.e., drop off at home until pick-up at home the following day).

- Weekend Turnaround: 56 hours portal to portal (i.e., drop off at home at the end of the week until pick-up at home the following work day); provided, however that BL will give good faith consideration to reducing the weekend turnaround to 52 hours portal to portal up to two (2) times during photography.

Reserving rights.

Best.

Lindsey

**From:** Jamey Heath █████████████████████
**Sent:** Tuesday, April 18, 2023 3:17 PM
**To:** Lindsey Strasberg █
**Cc:** imene meziane █████████████████████; Schuyler Moore ████████████ asaks █████████████ Mitz Toskovic ████████████████ wzavala(█████████████; jstone█████████████████; David Weber ████████████████ Jaime Marchello ████████████████████████ Mark E. Landesman ████████████████; Allen Chanzis ██████████████████████████
Joseph Lanius ██
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily

Hi lindsey,

Hope you're well.

Circling back regarding our turn around discussions. Very much need to get this all confirmed.

You got anything for me?

Thank you!

Jamey

On Apr 12, 2023, at 2:20 PM, Lindsey Strasberg █████████████████ wrote:

Thanks, Jamey. NJ registration is in process.

What is Blake's intended start date for principal photography?

HEATH_000045667



**From:** Jamey Heath
**Sent:** Tuesday, April 11, 2023 6:55 PM
**To:** Lindsey Strasberg <
**Cc:** imene meziane <                                    Schuyler Moore
<                              ; asaks                        Mitz Toskovic
                              ; wzavala                 jstone             David Weber
                              ; Jaime Marchello                         ; Mark E. Landesman
                              Allen Chanzis (
Joseph Lanius
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily


So sorry.. Blake's "Loan Out"



Jamey
Heath

President

Wayfarer
Studios


On Apr 11, 2023, at 6:48 PM, Jamey Heath                          wrote:


Sorry, Also, We need to get into the Nudity Rider. The film does indeed have scenes that will require it. Justin is having a Convo with Blake tomorrow so they can understand each other in terms of how it would all be shot and what it would entail. Once that happens we should break it down and get that knocked out.


And Lastly, as I'm sure you know, Blake's loan needs to be registered to do business in New Jersey, if it's not already, so that it hits the tax Credit.

Talk soon,

Jamey

**Jamey
Heath**

 President

Wayfarer
Studios

On Apr 11, 2023, at 6:24 PM, Lindsey Strasberg ▮▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Jamey,

Thank you for these responses.

Before we go back to our client, please confirm that the following correctly reflects your turnaround proposals:

- Daily Turnaround

o If BL stays in Manhattan: 12 hours portal to portal (i.e., drop off at home until pick-up at home the following day)

o If BL stays upstate: 10.5 hours portal to portal (i.e., drop off at home until pick-up at home the following day)

HEATH_000045669

- Weekend Turnaround: 52 hours portal to portal (i.e., drop off at home at the end of the week until pick-up at home the following work day)

In addition, I have a couple of housekeeping issues:

- Please advise as to the contracting entity Wayfarer will use for the production so we can complete our customary due diligence with respect to SAG signatory status.

- I have asked WME business affairs to prepare a draft escrow agreement for all of us to review as I believe we are at or near the 30 day window by which her fee needs to be deposited into escrow.

Customary reservation of rights.

Thank you.

Lindsey



**From:** Jamey Heath
**Sent:** Tuesday, April 11, 2023 8:13 AM
**To:** Lindsey Strasberg
**Cc:** Imene Meziane <          >; Moore, Schuyler
<          ; asaks          >; Mitz Taskovic
<          ; wzavala          ; jstone          >; David Weber
<          >; Jaime Marchello <          >; Mark E. Landesman
<          >; Allen Chanzis
Joseph Lanius
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily

Hi Lindsey.

Thank you for getting back. Sorry for the delay. Deep in the thick of it.

Confirming box office is fine.

12 hour work days are confirmed.

As for turn around time, here's where we are.

As mentioned we are up against a serious time battle. I've done my best to express how this is going to affect us making days and wrapping her out. Thank you for the conversations and being willing to recognize it all.

I'm going to request that we have turn around time if she goes upstate to be 10.5 hours. This gives us a bit of wiggle room should there be traffic. We originally asked for 10 hours. Your AJ are stating 11. Let's meet in the middle to protect us all please. I don't mean to sound trivial, but believe me this will matter.

As for weekend turnaround. Please agree to 52 hour turnaround. This still puts us in a funky position but

at least then we can manage.

Thanks Lindsey. Let's do this and go have a caramel apple.

Jamey.

**Jamey Heath**

 President

Wayfarer Studios

One planet, One people, Please…

On Apr 5, 2023, at 11:06 AM, Lindsey Strasberg <████████████> wrote:

Hi all,

Following up on our most recent comments (below).

Thank you.

Lindsey Strasberg



**From**: Lindsey Strasberg
**Sent**: Thursday, March 30, 2023 10:00 AM
**To**: 'Imene Meziane' ███████████
**Cc**: 'Moore, Schuyler' ████████████████ 'Jamey Heath'
██████████████ 'asaks███████████████████████ ;'Mitz
Toskovic' ██████████████ 'wzavala███████████
'jstone█████████ ██████████ David Weber
████████ Jaime Marchello ████████████████ 'Mark E. Landesman'
████████████████ ; 'Allen Chanzis████
████████████████████████████████ 'Joseph Lanius'
'Joseph Lanius' ██████████
**Subject**: RE: Blake Lively/ It Ends With Us/ Role of Lily

Jamey and Imene,

Following up on my conversation with Jamey yesterday, we need to hold on contractual 12 hour portal

to portal turnaround as this has been relied upon for quite some time. We are willing to allow the accommodations I set forth below.

Thank you.

Lindsey



**From:** Lindsey Strasberg
**Sent:** Wednesday, March 29, 2023 11:19 AM
**To:** Imene Meziane <
**Cc:** Moore, Schuyler                          ; Jamey Heath
                      >; asaks            ; Mitz Toskovic
                ; wzavala            ; jstone            David Weber
          Jaime Marchello                          ; Mark E. Landesman
            ; Allen Chanzis
Joseph Lanius
**Subject:** RE: Blake Lively/ It Ends With Us/ Role of Lily

Imene and Jamey,

The following are our responses on the few open deal point issues:

1. BOB's: We are willing to compromise as follows: WBOB: starting at 250K @ 3X Negative cost and an additional $250K at each 0.50X NC thereafter (int & OH charged only 1 time), uncapped.

2. DAILY TURNAROUND: If Blake elects to be driven upstate (instead of Manhattan) at the end of a given day, you can reduce the 12-hour portal-to-portal daily turnaround to 11 hours portal-to-portal to account for the additional drive time.

3. WEEKEND TURNAROUND: We cannot agree to a 48-hour minimum weekend turnaround (which is effectively agreeing in advance to force her call), but we can reduce it from 56 to 54 hours portal-to-portal.

4. 12 HR CAP ON DAYS: Confirming we are in agreement that the 12 hour cap on her work day is calculated when the car drops her off at base camp at the beginning of the day until she gets back in the car at base camp at the end of the day.

Please call if there is anything you would like to discuss. Customary reservation of rights.

Thank you.

Lindsey



**From:** Imene Meziane
**Sent:** Wednesday, March 22, 2023 2:16 PM
**To:** Lindsey Strasberg <
**Cc:** Moore, Schuyler                    Jamey Heath
              ; asaks            Mitz Toskovic
              wzavala            ; jstone            David Weber
        ; Jaime Marchello                    ; Mark E. Landesman
              ; Allen Chanzis
Joseph Lanius <
**Subject:** Re: Blake Lively/ It Ends With Us/ Role of Lily

Lindsey,

It was a pleasure speaking with you today. Attached below is our counter.

Thank you,


Imene Meziane

████████████


On Tue, Mar 21, 2023 at 3:11 PM Imene Meziane ███████████████ wrote:

Hi Lindsey,


Thank you kindly. Can we please hop on a call with Jamey Heath and myself either today or tomorrow?


Best,


Imene Meziane


On Fri, Mar 17, 2023 at 2:42 PM Lindsey Strasberg ██████████ wrote:

Hi Imene,

Attached please find our latest counter. Please let me know if there is anything we need to discuss.

Customary reservation of rights.

Best.

Lindsey


**From**: Imene Meziane [mailto ████████████████
**Sent**: Wednesday, March 8, 2023 9:44 PM
**To**: Lindsey Strasberg < ██████████
**Cc**: Moore, Schuyler ██████████████     Jamey Heath
██████ asaksc ██████████ ; Mitz Toskovic
██████████ wzavala ██████ jstone ██████████ ; David Weber
██████████ Jaime Marchello ██████████ ; Mark E. Landesman
██████████ Allen Chanzis ████████████████████
Joseph Lanius ██████████
**Subject**: Re: Blake Lively/ It Ends With Us/ Role of Lily


Hi Lindsey,


Thank you kindly for your patience here.

    HEATH_000045673

Attached below is our redline to your counter. I've approved almost all of your comments/redlines in this new version.

I've also included a BOB proposal on this version,  it matches Justin's, so Blake would be MFN with Justin's BOB.

I hope this gets us to close and move to the longform.

Thank you,

Imene Meziane

On Tue, Feb 21, 2023 at 9:51 AM Lindsey Strasberg ██████████████ wrote:

Hi Imene,

I am following up on our comments. When do you expect to send us a revised draft?

Thank you.

Lindsey

**From**: Lindsey Strasberg
**Sent**: Sunday, January 22, 2023 10:32 AM
**To**: Imene Meziane ██████████████
**Cc**: Moore, Schuyler ████████████████; Jamey Heath
██████████; asaks██████████ Mitz Toskovic
██████████; wzavala█████████jstone████████████; David Weber
██████████████ Jaime Marchello ████████████████ Mark E. Landesman
██████████████████ Allen Chanzis (████████████████
**Subject**: RE: Blake Lively/ It Ends With Us/ Role of Lily

Hi Imene.

Thank you for the counter. Attached please find our revisions thereto.

Let us know if there is anything you'd like to discuss.

Customary reservation of rights.

Best,

Lindsey Strasberg

**From**: Imene Meziane ████████████
**Sent**: Saturday, January 14, 2023 1:26 PM
**To**: Lindsey Strasberg █████████
**Cc**: Moore, Schuyler ██████████; Jamey Heath
██████████; asaks██████████ Mitz Toskovic
██████████ wzavala█████████ jstone████████████; David Weber
██████████████ Jaime Marchello <████@CSWEILP.COM> Mark E. Landesman
██████████████; Allen Chanzis ████████████████
**Subject**: Re: Blake Lively/ It Ends With Us/ Role of Lily

CONFIDENTIAL
HEATH_000045674

Thank you Lindsey,

Attached below is Wayfarer's counter.

Regarding the shoot days in Boston and Vegas, we do not anticipate more than 1 day in each location but we would need them pre-approved now.

Reserving rights,

Imene Meziane

On Thu, Jan 5, 2023 at 5:45 PM Lindsey Strasberg █████████ wrote:

Hi, Schuyler.
Attached please find a copy of your latest proposal with our counter interlineated thereon.
We look forward to discussing once you have had a chance to review.
Customary reservation of rights.
Best,
Lindsey Strasberg

-----Original Message-----
From: Moore, Schuyler [mailto █████████
Sent: Wednesday, January 4, 2023 7:40 PM
To: Lindsey Strasberg <
Cc: Jamey Heath ███████████ asaks█████████ Mitz Toskovic
███████ wzavala█████ jstone█████████ David Weber
███████████ Jaime Marchello ████████████████ Imene Meziane
Subject: Blake Lively/ It Ends With Us/ Role of Lily

Just following up on this.

[Prior email]
Lindsey,
On behalf of Wayfarer, attached please find a clean and redlined proposal for Blake Lively. Wayfarer is enthusiastic to have Blake join the film, so they have gone as far as they can to make this best and final offer, including matching Justin's 10% of net profits for his directing and acting services. Please confirm that we can proceed on this basis.
Thank you.
Sky

Schuyler M. Moore
Partner
███████████

Greenberg Glusker

███████████

GreenbergGlusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please

immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.



**Jamey Heath**

President

Wayfarer Studios

One planet, One people, Please…



**Jamey Heath**

President

Wayfarer Studios

One planet, One people, Please…

CONFIDENTIAL



**Jamey Heath**

President

Wayfarer Studios

One planet, One people, Please…