# Exhibit 35

**IT ENDS WITH US**

Screenplay

by

Christy Hall

Based on the book
"*It Ends With Us*"
by Colleen Hoover

**DRAFT 8.22.22**

Wayfarer Studios

CONFIDENTIAL

*"For my father, who tried his very best not to be his worst.*

*And for my mother, who made sure we never saw him at his worst."*

Colleen Hoover

WAYFARER_000129262

**FROM THE DARKNESS...** MUSIC RISES... **"REVERIE"** by Isaac Gracie, instrumental only. Beckoning us to-

**EXT. MAINE TWO-LANE HIGHWAY - MORNING**

-Swoop along a two-lane highway, TRACKING a SMALL VEHICLE weaving through dense forest on all sides - the foliage set ablaze by the spellbinding glory of early fall. The **MUSIC** continuing, as we steal into the car-

**INT/EXT. LILY'S CAR (MOVING) - MORNING**

-Face-to-face with **LILY BLOOM,** early 30s, as she pensively drives through this romantically pale morning- The colors outside her windows, looking like flames engulfing the horizon. As if the entire world has been set on fire. And maybe. By the look on her face. *It has.*

Her tousled hair, minimal makeup, blue jeans and white v-neck t-shirt, all frame Lily with an effortless sort of natural beauty. But something in her eyes gifts us a glimpse of where her true allure hails from, deep inside.

Her gaze straight ahead, her mind elsewhere- Lily's stare suddenly sharpens upon- A **LARGE BLUE SIGN.** A PASSING GREETING AT THE STATE LINE, READING:

**WELCOME TO MAINE**
*The Way Life Should Be*

Her bottom lip betraying her with a quiver.

**EXT. LILY'S MAINE HOME, DRIVEWAY - DAY**

Pulling into the driveway, Lily stares upon her childhood home with great trepidation. The engine still running. She grips the wheel, looking as if she might just throw this thing in reverse and get the hell out of there. When-

**PRE-LAP:** *DING-DONG!*

**EXT. LILY'S MAINE HOME, FRONT DOOR - DAY**

Lily stands at the door as it swings open REVEALING- **JENNY BLOOM,** 50s, looking quite respectable in a fitted, expensive day dress - her face tear-stained.

JENNY

Oh, honey.

2.

Grief overtaking her, Jenny pulls Lily in for a very
overwhelming embrace- Barely able to speak through tears-

>                    JENNY (CONT'D)
>           I'm so sorry- You didn't get to- Say
>           goodbye. He held on as long as he could.

With conflicted compassion, Lily soothes Jenny like a
parent to a child. *Classic role reversal.*

>                    LILY
>           Shhhh... it's okay...

>                    JENNY
>           At least you know how much he loved you.
>           *That's* what counts.

Then- Jenny pulls away, wiping her nose with a tissue-

>                    JENNY (CONT'D)
>           Ugh- We should pull ourselves together
>           here- The funeral director's coming by-
>           He's gonna help us with the planning- We
>           need to pick the flowers and all that.

CLOCKING Lily's blue jeans and t-shirt-

>                    JENNY (CONT'D)
>           Maybe you could throw on something a
>           little more... *thoughtful?*

>                    LILY
>           Oh, uh. Sure. Whatever you want.

>                    JENNY
>           I've got an idea.

Jenny ushers Lily into the-


**INT. LILY'S MAINE HOME (VARIOUS) - DAY**

-FOYER of a lavishly appointed home and up the GRAND
STAIRCASE- Chatting away, all the while-

>                    JENNY
>           You could also use a touch of makeup- You
>           look exhausted, honey- You *really*
>           should've flown- I know the drive doesn't
>           seem *that* long- But it *really is* if you
>           do it yourself.

Jenny is far more "put together" than her daughter. Her
hair, makeup and nails perfectly fresh and manicured.

WAYFARER_000129264

But no matter how shiny the surface, Jenny's energy
demands the emotional taxation of an obsessive
woodpecker.

At the top of the stairs, Jenny nudges Lily down the LONG
HALL *one way*, while she heads in the other-

> JENNY (CONT'D)
> See what shoes you can find in *your* room-
> Mine are gonna be way too small- Do you
> still have those little kitten heels you
> wore to graduation, those would be nice.

Jenny slips behind the DOOR TO THE MASTER BEDROOM at the
far end of the hall- Leaving Lily alone. And-

## INT/EXT. LILY'S CHILDHOOD BEDROOM - DAY

CREEEAK, the door swings open- REVEALING Lily's childhood
bedroom- A time capsule reflective of her entire life
until only about two years ago.

Entering, Lily takes a look around. Her soft gaze landing
on... a **MUSIC BOX** resting on the BEDSIDE TABLE, when-

> JENNY
> Here we go, it might be a little-

Suddenly- Her mother enters the room, holding up a smart
DAY DRESS WITH POCKETS against Lily's small frame.

> JENNY (CONT'D)
> -Loose around the waist, but- Maybe we
> can put a belt around it.

Whipping off her t-shirt, Lily proceeds to change right
in front of her mother - *as women tend to do* - Jenny
helping her step into the dress and get zipped up.

And- We clock a **HOLLOW HEART TATTOO** on Lily's collar bone-
Just as- She turns, facing a LONG MIRROR- Jenny reaching
for the fabric at the back of her neck, struggling
against two small buttons- Smiling back tears-

> JENNY (CONT'D)
> ... How's the eulogy coming along?

SILENCE. An **UNSPOKEN TRUTH** dangling between them.

> LILY
> I'm... having a hard time, knowing what
> to say.

4.

After a beat- Smiling wider- Clinging to her delusions-

                    JENNY
          Honestly, honey, we put too much pressure
          on these things. Just. Share *five things*
          you loved about your father. Nice and
          simple and from the heart. It's gonna be
          great.

Leaning in, Jenny kisses Lily on the neck and- Retreats-

                    JENNY (CONT'D)
          All of it, it's gonna be... perfect.

With one last little woodpecker nod and grin, Jenny
disappears down the hall. IN THE QUIET THAT FOLLOWS- In
desperate need of a familiar comfort- Lily turns again to
that **MUSIC BOX.**

As if in a trance, Lily crosses the room, and lifts the
lid, prompting a **SWEET MELODY** to rise. Reaching inside,
she unearths- A **WOODEN HOLLOW HEART** carved from oak.

Caresses it, Lily looks out the WINDOW, toward a
**CONDEMNED HOUSE** next door- A MEMORY washing over her.

                                        MATCH CUT TO:


**INT/EXT. LILY'S ROOM / ABANDONED HOUSE (MEMORY) - DAY**

**LILY'S EXACT SAME POV:** Peering out that SAME WINDOW, down
on the ABANDONED HOUSE next door, as she catches sight of
a **BOY WITH A BACKPACK** - African American, 18 - sneaking
out of one of the broken windows, unaware of Lily's gaze.

                    JENNY (O.S.)
          *Lily?*


**INT. LILY'S CHILDHOOD BEDROOM (BACK TO SCENE) - DAY**

Pulled from the MEMORY, Lily stifles a muted gasp.

                    JENNY (O.S.)
          *He's here!*

CLOSE ON LILY. Dread washing over her again. And. She
drops the **HOLLOW HEART IN HER FRONT DRESS POCKET.**

**INT. CITY HALL, GRAND LOBBY - DAY**

**DAYS LATER.** We find an ornate greeting room filled with
flowers welcoming DIGNIFIED MOURNERS as they adamantly
hug Jenny, now wearing a perfectly appropriate little-
black-dress. *This is a funeral of utmost importance.*

Near the COFFEE AND COOKIE STATION, we find Lily tucked
in the corner - clearly wearing another one of Jenny's
dresses - with a PEN and **NAPKIN.** But all she has written
is... the numbers ONE THROUGH FIVE in a vertical line. **An
empty list.** Meant to be the things she loved about her
father. *But she continues to draw a blank.*

Just then- Two busybodies in their 60s - **MRS. BYLAND** and
**MRS. SMITH** - can be overheard gossiping near the coffee-
Unaware of Lily's presence- Hushed- Just barely audible-

>                    MRS. BYLAND
>          Such a shame, the way he went.

>                    MRS. SMITH
>          Oh, but- I heard he *wanted* to die at home
>          the way he did.

WE STAY CLOSE ON LILY. Absorbing every quiet word.

>                    MRS. BYLAND (O.S.)
>          No, I mean- Such a shame his *own* daughter
>          wasn't there to say goodbye.

>                    MRS. SMITH (O.S.)
>          I haven't even seen her since, what- I
>          guess it was about two years ago?

>                    MRS. BYLAND (O.S.)
>          Apparently, she's been getting her
>          Master's in business- Jenny just loves to
>          brag about it- But it's still no excuse.

>                    MRS. SMITH
>          I suppose we can't really blame her- I
>          wouldn't want to show my face all that
>          much around here either- Not after what
>          happened with that *homeless boy.*

The two women CHUCKLE crudely together.

>                    MRS. SMITH (O.S.) (CONT'D)
>          That's right, I almost forgot about that-
>          What on earth possessed her do you think?

6.

**INT. CITY HALL, AUDITORIUM - DAY**

The local **SHERIFF**, 50s, bellies up to a podium before the REVERENT CROWD. A PHOTO of **ANDREW BLOOM,** 60, resting on an easel next to a CLOSED CASKET adorned with flowers.

>                    SHERIFF
>          We are here to honor the prestigious,
>          generous and kind... *Andrew Bloom.*

CLOSE ON LILY. Sitting in the front row next to Jenny.

>                    SHERIFF (CONT'D)
>          Beloved mayor of this fair town. Husband
>          of the highly adored Jenny Bloom-

With that, Jenny burst into tears, wiping her nose.

>                    SHERIFF (CONT'D)
>          And father... of Lily Bloom. *Lily?*

On cue, Lily stands, making her way to the PODIUM, clutching her **NAPKIN**- The Sheriff repositioning the mic for her height and stepping to the side. Nervously-

>                    LILY
>          Thank you... for joining us today.

She turns, locking "eyes" with her **FATHER'S PORTRAIT** only a few feet away. *It's as if he's staring right at her.*

>                    LILY (CONT'D)
>          In honor of my father's life, I'd like to
>          share with you... *five things* that I
>          always loved most about him.

Opening her **NAPKIN,** Lily stares upon the NUMBERS listed vertically, yet, nothing more is written. Lifting her gaze, she takes in the SEA OF HER FATHER'S ADMIRERS – clocking Mrs. Byland whispering something to Mrs. Smith.

Lily's gaze then falls upon Jenny. That **UNSPOKEN TRUTH** still dangling between them- And yet, her mother stiffens- Prompting Lily to take her NAPKIN and... *walk offstage.*

WE TRACK BACKWARD- CLOSE ON LILY AS SHE KEEPS WALKING- DOWN THE AISLE- AND THROUGH THE DOUBLE DOORS- The CROWD seen standing and stirring just over her shoulder as-

**INT. CITY HALL, GRAND LOBBY - DAY**

-She marches through the lobby and-

WAYFARER_000129268

**EXT. CITY HALL, PARKING LOT – DAY**

-Out into the parking lot- Still walking- Not stopping-
The emotional damn bursting wide open- As Lily finally-

**EXT. BOSTON LUXURY BUILDING, ROOFTOP – NIGHT**

-Allows herself to *weep*, tears streaming down her face
like rain as she sits on the LEDGE of a rooftop.

Wiping her face with the sleeve of her FAVORITE HOODIE
now draped over the FUNERAL DRESS, Lily looks down from
twelve stories- Calmed by the galaxy of urban stars, when-

BAM! The ROOFTOP DOOR about five feet to Lily's right
suddenly bursts open- A **SHADOWED FIGURE** emerging from the
stairwell and SLAMMING the door shut again - WHAM!

ON LILY- Trying to get a glimpse of this **PERSON** moving
swiftly across the deck- The **SILHOUETTE** finally stopping
near the edge about twenty feet in front of her- REVEALED
to be a **MAN**, late 30s, *on the verge of a breakdow**n**.*

Contemplating her safety, Lily glances at the door, when-
The Man kicks one of the PATIO CHAIRS behind him - WHAM!

Unaware he has an audience, the Man begins to kick the
chair repeatedly - BAM, BAM, BAM! - until, he picks it up
and brings it down with all his might - SMASH!

PANTING heavily, the Man stands over the mangled chair,
his hands clenched in fists at his sides. Until- He
fishes a JOINT from his pocket- And- LIGHTS UP-

Taking a pull, the Man turns, his face now fully visible
to Lily... causing her jaw to drop. This Man is utterly
striking in his chiseled physique, expensive button-up
and gold watch. *Something straight out of a magazine.*

With a calming EXHALE, he finally notices Lily sitting on
the ledge near the door. **THEIR EYES MEET.** Softly-

                    MAN
          Will you please get down from there?

Lily glances at her legs straddling the ledge. Then-

                    LILY
          *No thanks.*
                (OFF THE MAN'S SURPRISE)
          This ledge is at least a foot wide. Not
          to mention I've got the *wind* in my favor.

8.

A beat. Then. A small grin embeds in the corner of the
Man's mouth – a warm welcome to this surprising banter.

> MAN
> Clearly no one ever tells *you* what to do.

> LILY
> Oh, people tell me "what to do" all the
> time – doesn't mean I have to listen.

> MAN
> All I'm saying is– There are seven chairs
> over here for a *reason*.

> LILY
> Almost six.

The Man's little half-grin suddenly disappears, his eyes
falling upon the MANGLED CHAIR he destroyed. Remorsefully–

> MAN
> Sorry about that, I... didn't know I had
> an audience.

Lily studies this mysterious man – the definition of
tall, dark and handsome. And yet, underneath, there's a
hint of a lonely soul, deeply hurting. *Just like Lily.*

Compassionately **creating an excuse**, without realizing it–

> LILY
> Hey... You've obviously had a shitty day.
> At least you have an outlet.

CLOSE ON THE MAN. His little half grin appearing again.

> LILY (CONT'D)
> So...? What happened?

Lily hops onto the deck– And passes the Man as she heads
for the side with a BETTER VIEW. Not so mildly flirting–

> LILY (CONT'D)
> Was it a woman? Did she break your heart?

> MAN
> (with a chuckle)
> If only it were *that* trivial.

The Man approaches– Offering his joint– Lily shaking her
head. With a shrug, he licks his fingers and pinches the
end of the spliff – returning it to his pocket. Intrigued–

CONFIDENTIAL                                      WAYFARER_000129270

                        MAN (CONT'D)
            ... What floor do you live on?

                        LILY
            *... You go first.*

                        MAN
            Okay. Uh. My sister and her husband...
            they kinda bought the entire top floor.
            Right beneath us, actually.

                        LILY
            Wow. The whole top floor, huh?

                        MAN
            Well- They split it into two units and
            decided to live in one and sell the
            other.

                        LILY
            Who bought the other?

                        MAN
            *I did.*

                        LILY
            Holy shit- What the hell do you do for a
            living- You a doctor?

                        MAN
            Neurosurgeon. Good guess. What about you?

                        LILY
            Well. The big dream has always been to...
            sorta... open my own flower shop one day,
            but... ya know, that might take awhile,
            so- For now, I- I just got a job as a
            brewista. Which is an excellent skill to
            have, if I do say so myself.

The Man chuckles under his breath, very much charmed by
her. A sexual tension rising. Then- Playfully-

                        MAN
            ... Why haven't I ever seen you before?

                        LILY
            ... Because I don't actually live here.

                        MAN
            ... Do you have a boyfriend - or
            something - who does?

                        LILY
          Oof, that's a really tragic pick-up line.

                        MAN
          Hey- You started it.

                        LILY
          What are you talking about?

                        MAN
               (imitating her)
          *"Did a woman break your heart?"*

Lily cannot help but LAUGH. *Guilty as charged.*

                        LILY
          If you *must* know, I was looking for
          somewhere I could think, so... I pulled
          up Google Earth and found the closest
          building with a decent rooftop.
               (OFF THE MAN, simply)
          You're not the only one who's had a
          shitty day.

                        MAN
          ... What happened?

                        LILY
          ... I'll answer if you will.

                        MAN
          ... You go first this time.

CLOSE ON LILY. Searching this man's eyes. And finding a
deep longing in them. For real human connection.
Something she very much understands all too well. Finally-

                        LILY
          ... I just came from a funeral.

                        MAN
          ... Who died? Were you close?

                        LILY
          ... I don't know how to answer that, it
          might sound too screwed up.

                        MAN
          ... I feel like, deep down, we're all a
          little screwed up. Some of us are just
          better at hiding it than others.

                                      WAYFARER_000129272

11.

                         LILY
               Yeah-well. Naked truths aren't always
               pretty.

Absorbing her words, the Man pensively turns. Adjusts the
back of one of the LOUNGERS and lowers himself onto it.
Feeling extremely comfortable, Lily claims the lounger
next to him. And this is when... the two gaze upward in
SILENCE, basking in the endless stars above. After a beat-

                         MAN
               Tell me a naked truth. Something you're
               not proud of, something that'll... make
               me feel *a little less* screwed up.

CLOSE ON LILY. Surprised she actually wants to keep
telling this stranger the truth. Because. **For the first
time in a long while, he's made her not feel so alone.**

                         LILY
               My dad died. On Monday. Of cancer. That's
               whose funeral it was.
                    (a beat)
               And... I really *could* have made it back,
               to see him one last time, to say goodbye,
               but... I pretended there was this crazy
               work thing I couldn't get out of and... I
               missed it. *On purpose.*

CLOSE ON THE MAN. So struck by what she has just said, he
is holding his breath. A beat- Gingerly-

                         MAN
               *Why?*

                         LILY
               Because... everyone thought my dad was a
               really good person. But. He wasn't.
               And... *I hated him for it.*
                    (a baffled beat)
               I hated him, but... I also never really
               told anyone what he was really like,
               so... maybe I'm just as guilty as he is.
               Maybe we're both bad people.

                         MAN
               ... I don't know if there are "bad
               people." I wonder if we're all just
               *people* who sometimes do bad things.

These words linger in the air. Lily and the man locking
eyes. Both a little surprised the other even exists.

SILENCE. Then- Softly-

                              LILY
                    What about you? What happened to you
                    today?

A long beat. The Man gathering his Naked Truth. Then-

                              MAN
                    ... I watched a little boy die. He was
                    only six years old. His little brother
                    found a gun in their parents' bedroom
                    and... it went off by accident.

                              LILY
                    ... I can't imagine what that's going to
                    do to the brother that lived.

                              MAN
                    ... It'll destroy him for life. That's
                    what it'll do.

Finally, he turns to her. She does the same. The two
curled on their sides, staring at each other in the dark.

                              LILY
                    ... What's your name?

                              MAN
                    ... Ryle. Ryle Kincaid.

**RYLE KINCAID.** *The grand mystery man has a name.*

                              RYLE
                    ... And yours?

                              LILY
                    ... Lily.

                              RYLE
                    You say that like you're sad about it.

                              LILY
                    It's because... my last name is... *Bloom.*

                              RYLE
                         (with a sexy smirk)
                    Lily Bloom. The girl who wants to own a
                    flower shop.

                              LILY
                    Cringeworthy, right?

                              RYLE
                    Nah. I think it's perfect.

13.

His eyes drift to her lips. *It's intoxicating.*

>                    RYLE (CONT'D)
>          You grow up around here?

>                    LILY
>          No, I... just moved here actually.

>                    RYLE
>          *When?* When did you get here?

>                    LILY
>          'Bout a month ago.

>                    RYLE
>          Shit. You really are a newbie, aren't ya?
>          Have you seen much of the city yet?

>                    LILY
>          I've spent most my time finding an
>          apartment and getting a job. Still
>          haven't even unpacked.

CLOSE ON RYLE. Wanting badly to kiss her. CLOSE ON LILY.
Wanting him to kiss her, badly. Then- In a sexy whisper-

>                    RYLE
>          And... that boyfriend question I had
>          earlier?

>                    LILY
>               (a soft chuckle)
>          I'm not seeing anyone at the moment, if
>          that's what you're asking.

SILENCE. The sexual tension between them undeniable.

>                    LILY (CONT'D)
>          *Why?*

>                    RYLE
>          ... Naked truth?
>               (OFF LILY)
>          *I want to fuck you.*

Lily's mouth falls open a touch. Shocked- Barely audible-

>                    LILY
>          *What?*

>                    RYLE
>          I want to take you downstairs to my
>          bedroom. And I want to fuck you.

CONFIDENTIAL
WAYFARER_000129275

They share the sexiest SILENCE you've ever seen onscreen
as Lily ponders this request with a racing heart. Simply-

                    LILY
          How many women *have* been in your bed,
          that you barely knew, that you never
          talked to after it was over?
                    (no reply)
          Hey, no judgement from me- The first guy
          I had sex with was homeless.

                    RYLE
                    (perking up)
          Oh, I'm gonna need way more of *that*
          story.

                    LILY
          Basically, in high school, I made friends
          with a boy named Atlas who was... having
          a hard time, that's all. Okay, your turn.

                    RYLE
          What was the question again?

                    LILY
          How many strangers have you had sex with?

                    RYLE
          ... I'm not good at relationships. I
          never have been. So. I just avoid them
          altogether. What about you?

                    LILY
          ... Sadly, I *have* had this idea that
          there's a perfect man out there for me,
          but. I think it's some weird holdover
          from all the stories we're told as kids.

                    RYLE
          Prince Charming and all that.

                    LILY
          I really gotta lower my standards.

                    RYLE
          You should try my method.

                    LILY
          Which is?

                    RYLE
          One night stands.

                    LILY
          ... I could never sleep with a stranger.

SILENCE. *A very sexy silence.* Ryle looking down at her
lips again.

                    RYLE
          Okay. But. Exactly how far *would* you go?

Silence. *Another very sexy silence.* Then- In a whisper-

                    LILY
          I don't know.

He reaches out and grabs the edge of her lounge chair and-
Drags it closer, there mouths only inches apart, their
warm breath brushing softly against each other's lips.

Gently, he unzips the front of her hoodie, revealing her
cleavage perfectly displayed by the v-neck of her dress.

A very sexy silence. Ryle taking in every detail, his
eyes landing on Lily's **HEART TATTOO** on her collar bone.

                    RYLE
          Too far?

Heart thrashing around in her chest- In a whisper-

                    LILY
          Not even close.

His hand slides one of her dress straps to the side, now
hanging loosely on her shoulder.

                    RYLE
          What about this?

CLOSE ON LILY. Gripping at the edges of the lounger,
hungry for his touch, when- A **PIERCING RING** rips through
the air- Ryle's hand stiffening as they both realize it's
a phone. *His phone.* Dropping his forehead to her shoulder-

                    RYLE (CONT'D)
          *Dammit.*

Lily frowns as he fumbles in his pocket for his phone,
standing up and walking several feet away from her to
take the call.

                    RYLE (CONT'D)
                (into the phone)
          Dr. Kincaid. What about Roberts?
                    (MORE)

16.

>                    RYLE (CONT'D)
>          I'm not even supposed to be on call right
>          now. Yeah. Give me ten minutes. On my
>          way.

He ENDS THE CALL and turns to Lily, looking sad.

>                    RYLE (CONT'D)
>          I have to go.

She nods. *Looking equally sad.*

>                    LILY
>          It's fine.

>                    RYLE
>               (after a beat)
>          It was nice to meet you, Lily Bloom. I
>          really do hope you defy the odds of *most*
>          dreams... and get to accomplish yours.

He stands a beat more, suspended between the desire to
stay and the pressing need to leave. And. With that, he
walks to the DOOR and disappears down the stairwell.

His FOOTSTEPS fading into SILENCE- Lily left shaken to
her core, forever changed and confused. *By the pure
honesty of one mysterious stranger... named Ryle Kincaid.*

**INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**

CLICK. Dazed from the day, Lily enters her little studio
filled with MOVING BOXES still yet to be fully unpacked.
There's a small bed. But no dresser. Nothing on the
walls. *A fragile young life in the midst of transition.*

Then. Remembering something, she reaches in her hoodie
pocket, unveiling the **WOODEN HEART.** CLOSE ON LILY as we-

>                                        MATCH CUT TO:

**INT/EXT. LILY'S CHILDHOOD ROOM (MEMORY) - DAY**

**YOUNG LILY,** 17. Getting ready for school - donning a
flowing dress with high-top lace-up Doc Martins and an
oversized jean jacket. Moving to her BEDSIDE, she opens
her **MUSIC BOX** to grab a necklace- Prompting that **SWEET
MELODY** to rise- When- She spots MOVEMENT in her window.

Peering out, she just barely catches sight of a **BOY WITH
A BACKPACK** - African American, 18 - sneaking out of one
of the broken windows from the CONDEMNED HOUSE next door.

Suddenly- She is startled by **YELLING** from downstairs- The
**VOICE OF HER FATHER**-

>                   ANDREW (O.S.)
>         Goddamnit, Jenny, you're making me late!

The FRONT DOOR downstairs SLAMS! Young Lily shaken as-

**EXT. THE BUS STOP (MEMORY) - DAY**

-She approaches her bus stop, curious to see that same
Boy standing with his backpack slung on one shoulder,
shyly waiting. Suddenly- The BUS PULLS UP-

**INT/EXT. THE BUS (MEMORY) - DAY**

-Young Lily and the Boy climbing aboard- The Boy bee-
lining to the back- Young Lily sitting in the middle-

The bus pulling away and down the street, Young Lily
"nonchalantly" allows herself to sneak a glance behind
her... finding the Boy somberly staring out the window.

He's long and lean, in need of a shave and a shower. But
under that thin layer of grime... hides a gorgeously
handsome young man underneath. *Interesting.*

**INT. HIGH SCHOOL CAFETERIA (MEMORY) - DAY**

Later- Amidst a LONG LUNCH LINE, Young Lily eyes the Boy
a few STUDENTS ahead of her- Hungrily overloading his
tray and taking a seat alone at the furthest table.

Unable to help herself, Young Lily bellies up next to
some popular looking girl, KATIE, 17, smacking on pizza
and listening to MUSIC on her HEADPHONES. Hushed-

>                   YOUNG LILY
>         *Hey, Katie.*

Annoyed, Katie rests her headphones on her shoulders.

>                   YOUNG LILY (CONT'D)
>         Do you know who the new kid is?

Young Lily nudges her head toward the Boy at the back of
the room. Katie leaning in, whispering a bit of hot-goss-

>                   KATIE
>         Oh-my-god, so- His name is *Atlas Corrigan*
>         and he's a Senior. But that's all I know.

Young Lily turns her head again- Staring just long enough
for the boy - **YOUNG ATLAS CORRIGAN** - to catch her in the
act.

**THE TWO LOCK EYES.** And for whatever cosmic, unexplainable
reason... their connection feels warm. *And safe.*

### INT/EXT. THE BUS (MEMORY) - DAY

After school, Young Lily gets on the bus, finding Young
Atlas already at the back. The bus taking off- Young Lily
grabs a seat- Trying not to look back, oh-so-curious the
whole ride to know if he will exit when she does.

### EXT. THE BUS STOP (MEMORY) - DAY

The bus pulls up. Young Lily exiting, pretending not to
notices when- Young Atlas hops off the bus as well- The
two walking in SILENCE- Young Atlas only about ten feet
behind her- Both maintaining a quiet sort of dignity when-

### EXT. LILY'S MAINE HOME, DRIVEWAY (MEMORY) - DAY

-Young Lily turns left, heading up to her house, as-
Young Atlas walks on by, as if he's going somewhere else.

### INT/EXT. LILY'S ROOM / ABANDONED HOUSE (MEMORY) - DAY

Rushing into her bedroom, Young Lily hurries to her
window- Crouching out of sight behind the curtains-

When- Sure enough- Young Atlas can be seen sneaking back
inside that CONDEMNED HOUSE. Suffering a wave of empathy-

### INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY

-Young Lily hastily makes THREE SANDWICHES, grabs TWO
SODAS and a BAG OF CHIPS- Tossing it all in an OLD
BACKPACK- Adding a FLASHLIGHT- A SWISS ARMY KNIFE- A WOOL
BLANKET- And some CANNED GOODS. Then- She-

### EXT. ABANDONED HOUSE, BACK PORCH (MEMORY) - DAY

-Places the PACK on the back porch of the CONDEMNED HOUSE
right by the door. Nervous- She reaches out and- KNOCKS-
And- Runs away, quickly tucking behind a **GIANT OAK TREE.**

Her heart pounding, Young Lily peeks out from behind the old trunk, watching as the door slowly opens, Young Atlas surprised to see the BACKPACK. He picks it up, opens it and... issues a soft grin.

**EXT. THE BUS STOP (MEMORY) - DAY**

The next morning, Young Lily arrives at the bus stop again, finding Young Atlas already there. It's just the two of them. And it should feel awkward. *But it doesn't.*

The bus finally rounds the corner, heading their way- And just as it pulls up, Young Atlas quietly mutters-

> YOUNG ATLAS
> *Thank you.*

The doors open on the bus- Young Lily walking on first-

**INT. THE BUS (MEMORY) - DAY**

-And taking a seat- Young Atlas shyly sitting next to her, dropping his BACKPACK between his legs. Both feeling a little adolescently awkward being this close.

> YOUNG ATLAS
> ... Did you tell anyone?

He looks at her, his eyes such a **DEEP DARK BROWN**, full of heart and wisdom, Young Lily gets lost in them. Finally, Young Lily shakes her head. Relieved, Young Atlas nods.

> YOUNG LILY
> ... Why don't you live at home? Did you run away or something?

He stares at her for a few seconds, as if trying to decide if he can trust her or not. Then- Plainly-

> YOUNG ATLAS
> My mom kicked me out.

> YOUNG LILY
> Why?

> YOUNG ATLAS
> Because... she likes dating guys that beat the shit out of her. And I kept getting in the way.

These words punch Young Lily in the guts. Not only is she
struck by his pure transparency, but... she knows this
same stark reality all too well.

The two lock eyes. And then- From this precious moment of
pure connection- Lily clocks Katie giggling with her
FRIEND- Whispering about Atlas, but all we hear is-

>                    KATIE
>           ... it's like, hello, take a shower
>           already.

Young Lily sits beyond offended, Young Atlas utterly
mortified as he sinks lower into the seat. Neither of
them know what to say, it's very uncomfortable.

After a beat- Sheepishly- Trying to lighten the mood-

>                    YOUNG ATLAS
>           ... Kinda hard to take a shower without
>           running water.

>                    YOUNG LILY
>           ... My parents don't normally get back
>           from work until about five, so. If you
>           wanna come over, I really don't mind.

Surprised, Young Atlas looks at her. Baffled by her
kindness. **A natural feeling of intimacy swirling.** As if
they've known each other always. Finally- Softly-

>                    YOUNG ATLAS
>           If it seriously *really* wouldn't bother
>           you. I'll take you up on it.

### INT. LILY'S MAINE HOME, BATHROOM (MEMORY) - DAY

CLICK. Young Lily turns on a light, illuminating a huge,
beautiful bathroom- Young Atlas peering inside, a little
timidly, as if it's far more than he deserves.

>                    YOUNG LILY
>           Sometimes the water gets a little cold
>           after about fifteen minutes-

>                    YOUNG ATLAS
>           I won't take that long, promise.

Young Lily holds a pair of jeans and a t-shirt close to
her chest- Spinning a little- Unsure if it's appropriate-

>                    YOUNG LILY
>           And-uh. I hope you don't mind, but.

WAYFARER_000129282

Handing over the clothes- Unable to look him in the eye-

>                    YOUNG LILY (CONT'D)
>          I sorta grabbed these from my dad's
>          closet. He won't know they're gone, he
>          doesn't wear jeans and t-shirts much.

Taking the items with grace, Young Atlas looks nothing
but grateful. Masking her budding crush- "Casually"-

>                    YOUNG LILY (CONT'D)
>          I'm gonna be downstairs watching TV if-
>          If you wanna join me after. But- Uh- If
>          my parents come home early, I might need
>          you to run out the back so they don't see
>          you. Not that I care, it's just... my dad
>          would seriously kill me if he found out.

>                    YOUNG ATLAS
>          Don't worry. *I got you.*

With a smile, Young Lily nods and awkwardly-

**INT. LILY'S MAINE HOME, HALLWAY (MEMORY) - DAY**

-Entering the HALLWAY- Closing the door softly- The SOUND
OF A SHOWER rising from the bathroom- Young Lily stifling
a little grin. **The seriousness of her crush unveiled**.

**INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**

IN A SERIES OF QUICK CUTS- Lily nervously looks out the
window and- Checks the CLOCK- As she POPS some POPCORN,
throwing it in a bowl, and-

**INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) - DAY**

-Plops down on the couch, turning on the television to
**"The Ellen DeGeneres Show"**- Trying to look "super chill"
as she waits for a beautiful teenage boy to join her.

With Ellen yucking it up on the television, Young Lily's
entire body stiffens when **Young Atlas finally emerges
from the hallway and joins her on the couch.**

Playing it "cool," Young Lily offers him some popcorn and
he takes a handful- The two MUNCHING as they watch.

>                    YOUNG ATLAS
>          What's this?

                    YOUNG LILY
          Oh. Ya know. Just. My very favorite show.
          *Of all time.*

He smirks at her. His face freshly shaven. His eyes
looking **DEEPER AND DARKER** than ever before. *Gorgeous.*

They share a beat. Both pretending to be watching Ellen,
but both wanting nothing more than to be getting to know
each other better. Finally–

                    YOUNG LILY (CONT'D)
          So... How did you end up here?

Chewing thoughtfully, Young Atlas thinks on his answer.

                    YOUNG ATLAS
          Wandered around for a few days. And then.
          I saw that house... I've tried getting a
          job at a few places, but I don't have a
          phone number or address to put on the
          application, so– I figured– I may as well
          just finish up school. At least it's one
          free meal a day 'til I graduate.

                    YOUNG LILY
          Can't you just tell the school counselor
          what your mom did?

Young Atlas looks at her, a bit charmed by her highly
innocent level of naiveté.

                    YOUNG ATLAS
          How old are you?

                    YOUNG LILY
          Seventeen.

                    YOUNG ATLAS
          Yeah–well, I just turned eighteen. I'm
          too old for foster care and– My mom
          really can't get in trouble for kicking
          me out– I'm technically an adult.

                    YOUNG LILY
          Is there no one else you can reach out
          to?

                    YOUNG ATLAS
          I have an uncle. In Boston. My mom and I
          used to live with him when I was a kid,
          until they had some falling-out, I don't
          even know what happened.
                         (MORE)

                                    WAYFARER_000129284

                    YOUNG ATLAS (CONT'D)
          I remember him being really cool though,
          I just- I can't seem to get a hold of
          him, I think I have the wrong number.
              (OFF LILY)
          All else fails, I'm signed up to go to
          the Marines in May. Just need to hang on
          'til then.

The two lock eyes. Young Lily once again struck by the
**DEEP BROWN** of his beautiful stare. **PRE-LAP:** RING, RING-

**INT. LILY'S BOSTON STUDIO APARTMENT (PRESENT) - MORNING**

-RING! Rudely shaken awake by the SCREAM OF HER CELL
PHONE- Lily lifts up in bed- Receiving a call from a
contact saved as **"MOM."** Gathering her nerve, she answers-

                    LILY
          ... Hello?

There's THREE SECONDS OF SILENCE, and then-

                    JENNY (V.O.)
          Hey, honey.

**INT. LILY'S MAINE HOME, KITCHEN - MORNING**

REVEAL JENNY. Forcing that classic grin of hers-

                    JENNY
          How are you?

**INTERCUT-**

                    LILY
          Uh. A little surprised.

                    JENNY
          How so?

                    LILY
          It's. Only been five days since the
          funeral.

                    JENNY
          And?

                    LILY
          *And.* That's. Basically. Three hundred and
          sixty days sooner than I expected to hear
          from you... *after what happened.*

SILENCE. That **UNSPOKEN TRUTH** dangling again. In denial-

>                     JENNY
>           Oh- You really shouldn't be embarrassed
>           about that, honey- Everyone freezes up
>           every once in a while- I shouldn't have
>           put that kind of pressure on you, knowing
>           how hard the day was already.

Lily closes her eyes for a beat- Lying through her teeth-

>                     LILY
>           Thanks, Mom. *Sorry I choked.*

>                     JENNY
>           It's fine, honey, really. But. That's not
>           the reason I'm calling.

>                     LILY
>           ... Okay.

>                     JENNY
>           ... I've been looking over your father's
>           affairs and. It seems that there were
>           some... *debts* I wasn't aware of.

>                     LILY
>           *... What does that mean?*

>                     JENNY
>           ... It means I might need to put the
>           house up for sale, do some downsizing,
>           that kind of thing... *I'm so sorry.*

>                     LILY
>           Why are *you* apologizing?

>                     JENNY
>           Because I... I thought your father left
>           you something, but... that doesn't seem
>           to be the case.

Jenny fights tears, her voice quivering. Hearing this-

>                     LILY
>           Don't you worry about me. You just do
>           whatever you need to do for you - deal?

Suddenly, Jenny bursts into tears. Lily once again forced
to be the strong one.

>                     LILY (CONT'D)
>           It's okay, Mom. *I'm gonna be okay.*

                                      WAYFARER_000129286

**OFF LILY- MUSIC RISES**- **"MORE I SEE"** by S. Carey-
UNDERSCORING- **LILY'S NEXT FOUR MONTHS IN BOSTON:**

**INT. LILY'S BOSTON STUDIO APARTMENT (FALL) - DAY**

Putting together a cheap IKEA-style dresser, Lily finally
gets unpacked- Adorning the place with HOUSE PLANTS and
sweet little touches- Trying to create a feeling of *home*.

Among her things, she unearths that damn **NAPKIN**. *Her
blank list.* But instead of throwing it away, she
thoughtfully chooses to magnetize it to her refrigerator.
*A purposeful reminder.*

**EXT. BOSTON HARBOR WALK, STOREFRONT (LATE FALL) - DAY**

Next, we find Lily walking along the harbor on her way to
work, passing an old **STOREFRONT** with a **"FOR SALE"** sign.

Curiously, she slows to a stop, taking in the details of
the place, a spark in her eyes. The fall leaves shivering
to the ground around her. *Winter on its way.*

**INT. LILY'S BOSTON STUDIO APARTMENT (LATE FALL) - NIGHT**

That night, Lily flips through a **SKETCHBOOK**, a vision
board of sorts, something she's clearly been working on
for a long time. Glued within the pages are CUT-OUT-
IMAGES FROM MAGAZINES - inspiration for her flower shop.
Cool. Edgy. *Different.*

Finding a blank sheet, Lily cobbles together more
MAGAZINE CUT-OUTS, recreating the resemblance of that
same Boston storefront for sale, with a sign outside
reading, ***"LILY BLOOMS."***

**INT. COFFEE SHOP (LATE FALL TO WINTER) - DAY AND NIGHT**

Fashioning brew after brew, Lily works extremely hard at
the coffee shop for ten long hours, each day.

As she works, she clocks the PATRONS here. Sweet COUPLES
on first dates, a GROUP OF GAL PALS sharing a croissant
and laughing. Lily watching them, feeling utterly alone
in this big, brand new city.

After a grueling shift, she and her COWORKERS split a
modest tip jar, but it's only a few bucks. *Frustrating.*

Emotion welling- Needing a familiar comfort- She reaches into her COFFEE SHOP APRON and- Unveils the **HOLLOW HEART** from within- Her special trinket, always with her. And- Once again, we clock that same **HEART TATTOO** on her collar bone- Just barely peeking out from her uniform.

                                        SMASH TO BLACK.

**INT/ EXT. BOSTON HARBOR WALK, STOREFRONT (SPRING) - DAY**

On her way home from work, Lily passes that old **STOREFRONT** again, but this time it boasts a "**SOLD**" sign.

Attention piqued, Lily draws nearer- Finding that the door has been left open. She reaches out and KNOCKS.

                    LILY
          Hello?

But no one answers. Stepping inside, Lily finds the place in dust-covered shambles. Suddenly-

                    ALLYSA (O.S.)
          *Hi.*

Lily turns to find **ALLYSA**, early 30s, entering from the back. She's super cute. *Dressed in designer everything.*

                    LILY
          Sorry, I- I've just been eying this place
          for a while now and was curious to know
          what it looked like on the inside.

                    ALLYSA
             (a sigh, worried)
          It needs a ton of work, I know.

                    LILY
          ... What are you gonna do with it?

                    ALLYSA
          I honest-to-God have no idea- I just got
          the keys an hour ago- And I've been
          freaking out ever since- Major *buyer's
          remorse* over here, like, catastrophic.

It's clear on Lily's face that she likes Allysa immediately. Her vibrant energy is very contagious.

> ALLYSA (CONT'D)
> I mean- It's got potential- And I do like
> having projects, but- Maybe I should have
> just taken up a hobby instead- *I think
> I'm just bored*- I'm Allysa, by the way.

CLOSE ON LILY. Absorbing this little firecracker.

> LILY
> *Lily.*

They both look out over the place again. Allysa noticing
something in Lily's stare. A vision. A dream. A longing.

> ALLYSA
> Why? What would *you* do with it?

> LILY
> Oh. I don't know.

Lily shrugs. Reading her- With a playful grin-

> ALLYSA
> You said you've had your eye on this
> place for a long time now, so... What
> would you do with it, if you could?

> LILY
> (with a sheepish chuckle)
> Honestly, I... I thought it could make...
> a really cute... flower shop.

Suddenly, Allysa spins around in a circle and exclaims-

> ALLYSA
> Oh-my-god-this-would-be-the-cutest-little-
> flower-shop-it's-monumentally-disgusting!

> LILY
> I don't know if "cute" is the right word.
> I kinda. Wanna do something different.

> ALLYSA
> Like...?

> LILY
> Like. I kinda wanna. Take everything
> everyone loves about flowers, and... do
> the complete opposite.

> ALLYSA
> ... Sounds kinda creepy.

> LILY
> No, it's more like-

Lily peels off her backpack and pulls something from within. **Her "vision board" sketchbook.**

> LILY (CONT'D)
> Instead of painting the walls pink, I'd paint them black or purple.

Flipping through the pages, Lily reveals her bold design ideas - unlike any flower shop anyone has ever seen.

> LILY (CONT'D)
> I'd sell dark flowers wrapped in things like leather and silver chains and stick them in black onyx, lined with silver studs- The ideas are endless.

> ALLYSA
> But... what if someone walked into your shop and they just wanted a pink flower?

> LILY
> I'd still give them what they want, of course. But I'd also offer them what they don't *know* they want.

Allysa scrunches her forehead, Lily turning the page-

> LILY (CONT'D)
> There are shops on every corner for people who *love* flowers. But what flower shop can possibly cater to all the people who *hate* flowers?

> ALLYSA
> Uh... none of them?

> LILY
> Exactly. I'd be the only one.

> ALLYSA
> Huh. It's so twisted... it's brilliant.

Taking the notebook, Allysa flips to the last page, finding Lily's magazine cut-outs, recreated to resemble that same storefront, with a sign reading, *"LILY BLOOMS."*

> ALLYSA (CONT'D)
> I mean... is there any chance that...

> LILY
> What?

                           ALLYSA
                 Would you... be interested at all in...
                 like... renting the place from me?

                           LILY
                      (flabbergasted)
                 Oh... I don't have nearly enough money
                 for that.

                           ALLYSA
                 I could work with you. Have you pay less
                 at first until you get it up on its feet
                 and then- We can renegotiate.

Stunned, Lily has no words. Reeling-

                           LILY
                 Are you serious? You don't even know me.

                           ALLYSA
                 But I *do know* when I've come across a
                 really good idea- And this is one of
                 those magical moments.

Silence. Lily unable to believe what she is hearing.

                           LILY
                 Sorry this is just... a lot to take in.

                           ALLYSA
                 Totally, let's both give it some thought-
                 And then- I can have my lawyer draw
                 something up that makes sense to both of
                 us- This isn't rocket science here, it's
                 flowers.

With that, Lily chuckles, baffled by Allysa. These two
women locking eyes.

                           ALLYSA (CONT'D)
                 Oh-my-god, did we just become insta best
                 friends? *We kinda did, didn't we?*

Suddenly, Allysa's PHONE begins RINGING from her purse.
Digging it out, she answers- A **TIPSY VOICE** heard yelling
out over the BOISTEROUS SOUNDS OF A LOUD BAR-

                           MARSHALL (V.O.)
                 Hey, Issa! The game's over. Where you at?

Allysa gives Lily a grin and puts her phone on SPEAKER-

                           ALLYSA
                 Just talking to my new tenant.

                    MARSHALL (V.O.)
          *What?*

                    ALLYSA
          That little place we bought is gonna be a
          flower shop. Come meet my partner in
          crime.

                    MARSHALL (V.O.)
          I thought I was your partner in crime.

                    ALLYSA
          Don't get all jelly, honey, and get your
          ass over here- And drag my brother with
          you.

                    MARSHALL (V.O.)
          On it.

**THE CALL ENDS.** Allysa shaking her head with a LAUGH.

                    ALLYSA
          Oh-boy- You're about to meet my husband
          *and* my brother, fair warning.

Turning again to the room-

                    ALLYSA (CONT'D)
          Anyway- I'm thinking that you bring the
          vision and I can help with the design!
          It's my absolute favorite thing- I'm a
          Pinterest whore! Like- I can take *that*
          broken door and make it magnificent. All
          this stuff, really- There's a use for
          almost everything, you know. Ooo! And!
          Maybe I can help out sometimes, just for
          fun- I mean- I don't know shit about
          flowers, but I'm really good at customer
          service, if it helps.
                    (OFF LILY)
          *Did I mention that I'm really bored?*

                    MARSHALL (O.S.)
          Yo, Issa.

The two women turn to find **MARSHALL**, 30s, drunkenly
leaned against the door, hilariously *wearing a onesie.*

                    MARSHALL (CONT'D)
          A flower shop, huh?

                    ALLYSA
          Marshall, come meet Lily-
                    (softly to Lily)
                    (MORE)

>                    ALLYSA (CONT'D)
>          The bar around the corner gives out free
>          beer to anyone who shows up in a onesie
>          during a Bruins game.

Marshall swaggers toward the ladies revealing that he's
boyishly handsome with big honest eyes.

>                    MARSHALL
>          Hey, Lily.

He tries to offer a little fist bump, Allysa voiding it-

>                    ALLYSA
>          *No fist-bumps, honey, remember?* Oh, and
>          Lily, this-

She turns toward another **MAN** entering the shop right
behind Marshall, **also wearing a onesie**-

>                    ALLYSA (CONT'D)
>          -Is my brother-

The Man steps around Marshall to shake Lily's hand- And-
For the first time in months- **Lily and Ryle lock eyes.**

>                    ALLYSA (CONT'D)
>          -Ryle.

A beat. Lily a "deer caught in headlights." With a smirk-

>                    RYLE
>          Nice to see you again.

>                    ALLYSA
>          Wait. You guys know each other? *How?*

Lily and Ryle CHUCKLE a bit together, at a loss.

>                    LILY
>          Uh. It's a little hard to explain.

>                    RYLE
>          Wait, I can try- Though- I *am* a little
>          inebriated.
>                    (after a beat)
>          Lily and I met... a few months ago...
>          both looking for... an outlet.

>                    ALLYSA
>          Ew- That sounds not-so-mildly-sexual- Did
>          you guys hook up or something?

Flustered, Lily squirms with laughter.

CONFIDENTIAL                                          WAYFARER_000129293

                              LILY
                    No, we just- Talked.

Suddenly, Marshall starts to dry heave-

                            MARSHALL
                    Oop- I need to step outside for a minute-
                    Too much free beer.

Marshall steps toward the front door and almost falls-

                            ALLYSA
                    Oh-my-god, Marshall- Let me help you.

Allysa helps her husband to the curb outside- Where he
takes a heavy seat- Allysa rubbing his back. Left alone-

                              RYLE
                    I look ridiculous, huh?

                              LILY
                    Not as bad as you think.

                              RYLE
                    So...? Did I hear correctly that... this
                    is going to be a flower shop?

                              LILY
                    ... I think so.

Surprised, Ryle tilts his head.

                              RYLE
                    You convinced my sister... to help make
                    your dream come true?

                              LILY
                    No. She convinced me.

                              RYLE
                          (chuckling)
                    Of course she did.

With admiration, Ryle continues to stare. Then-

                            RYLE (CONT'D)
                    Well. I guess. We'll be seeing a lot more
                    of each other then.

                              LILY
                          (a little defensive)
                    Hey, I'm just as shocked as you are.

CONFIDENTIAL                                          WAYFARER_000129294

> RYLE
> I didn't say it was a *bad thing.*

SILENCE. Ryle's gaze falling to Lily's **HEART TATTOO.**

Pensively, he reaches out and grabs her hand – his touch sending chills up her spine. Observing the inked **HEART**-

> RYLE (CONT'D)
> That's cute. Is it new?

> LILY
> A lot's happened since we met.

> RYLE
> Yeah? You see much of the city yet?

> LILY
> Okay, maybe not that much has happened,
> but-

> ALLYSA (O.S.)
> Hey, Ryle?

The two turn to see Allysa lingering at the door-

> ALLYSA (CONT'D)
> Marshall has a highly ridiculous request,
> but I say we go for it- Lily, you in?

OFF LILY, we-

> SMASH TO:

**INT. BOSTON DIVE KARAOKE BAR - NIGHT**

Allysa and Marshall onstage singing the karaoke duet **"Don't Go Breaking My Heart"** by Elton John and Kiki Dee. The lyrics ironically washing over Ryle and Lily who sit quietly at a table together, sipping on cocktails.

> RYLE
> ... Naked truth?

> LILY
> ... No time like the present.

> RYLE
> ... I've gone up to the roof a few times.
> Wondering if you might be up there. And
> then. I'm a bit relieved when you're not.

                  LILY
Ouch.

                  RYLE
It's not personal, it's just. I've never
talked to anyone like we did that night.
It's made me want to do weird things
like... ask you out on a date.

                  LILY
Then. Why don't you?

                  RYLE
Because. I'm not good at that stuff,
remember?
            (OFF LILY)
So. I don't know. Maybe. We can be
friends?

But something in his eyes screams that he wants to be far
more than just friends- The duet coming to a close- The
ROOM clapping for Allysa and Marshall- And-

Suddenly, another SONG begins to sound- **"Livin' on a
Prayer"** by Bon Jovi- Ryle hopping up and grabbing the mic-
And- Singing his goddamn little heart out.

*It's terrible.* But in the most hilariously endearing way
possible. Meanwhile, Allysa plops down beside Lily.

                  ALLYSA
So weird you know my brother.

                  LILY
Just barely- We met one time.

The two watch as Ryle makes an adorable fool of himself,
dancing around, singing until he is hoarse. It's so fun.

                  RYLE
*"... we've got to hold on to what we've
got / It doesn't make a difference if we
make it or not / We've got each other and
that's a lot for love / We'll give it a
shot"*

Sensing Lily's attraction- Allysa offers some advice-

                  ALLYSA
He's pretty brilliant, I have to say.
But. He's also a complete disaster.
            (OFF LILY, kindly)
If you don't want your heart broken into
a million pieces... *don't go there.*

CONFIDENTIAL

Lily and Ryle LOCK eyes again. As if he's singing directly to her, without even knowing it.

                    RYLE
          *"Woah, we're half way there / Woah,*
          *livin' on a prayer / Take my hand, we'll*
          *make it I swear / Woah, livin' on a*
          *prayer"*


**INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**

Late that night, Lily crawls into bed, staring up at the ceiling. Feeling dizzied by all that happened that day. Rolling over, she attempts to relax and close her eyes...

                                        MATCH CUT TO:


**INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - NIGHT**

YOUNG LILY. Fast asleep in her bed, as an **INDISCERNIBLE ARGUMENT** RISES from downstairs between a MAN and her mother, Jenny. The YELLING growing increasingly intense- Young Lily pulls back her blanket and-


**INT. LILY'S MAINE HOME, VARIOUS (MEMORY) - NIGHT**

-Tip-toes down a HALLWAY toward the LIVING ROOM-

                    MAN (O.S.)
               (heated, barely audible)
          You want attention? I'll give you some
          fucking attention.

                    JENNY (O.S.)
          Please be quiet- You'll wake up Lily.

CLOSE ON YOUNG LILY- Holding her breath- As she peeks around the corner- To find her father, **ANDREW BLOOM**, on the couch with Jenny- One hand around her throat- The other pulling up her dress- Jenny crying, trying to fight him off. Horrified, Young Lily wants to retreat, to hide, but she must save her mother, the only way she knows how.

                    YOUNG LILY
          ... *Dad?*

Immediately, Andrew releases Jenny- And plops back on the couch- Unable to look at his own daughter.

                    YOUNG LILY (CONT'D)
          ... What's going on?

His chest still heaving up and down- Through his teeth-

>                    ANDREW
>          Nothing, Lily. Go back to bed.

Smoothing her dress back down- A smile through tears-

>                    JENNY
>          I'm fine, Lily- Just-

Young Lily clocks the fresh redness on her mother's cheek
from where Andrew clearly just hit her.

>                    JENNY (CONT'D)
>          Go to sleep. You have school tomorrow.

**EXT. LILY'S MAINE HOME, BACKYARD (MEMORY) - DAY**

CLOSE ON- Young Lily, angrily pulling weeds (her
"outlet") around a large flowerbed.

>                    YOUNG ATLAS (O.S.)
>          Guess what?

Looking up, she finds Young Atlas gingerly approaching
with his backpack.

>                    YOUNG LILY
>          *What?*

Sitting beside her, he unzips his backpack and pulls out
an OLD CANVAS BAG.

>                    YOUNG ATLAS
>          I found these in that old garage. Thought
>          you might like 'em.

Surprised by the gift, she opens the bag and looks
inside, finding a bunch of old **GARDENING TOOLS.**

>                    YOUNG ATLAS (CONT'D)
>          I see you out here digging a lot, and. No
>          one was using these, so.

Touched, Young Lily just stares at him. Then-

>                    YOUNG ATLAS (CONT'D)
>          I know it's not a *real* gift, I didn't buy
>          them or anything, but... I wanted to give
>          you something. Ya know, for...

He trails off and they share a SWEET SILENCE. Young Lily
feeling a little less alone. When-

CONFIDENTIAL

37.

                    YOUNG LILY
          You wanna help me do some gardening?

                    YOUNG ATLAS

          Sure.

                    YOUNG LILY
          Just, pull anything that looks like a
          weed.

                    YOUNG ATLAS
               (joking)
          So. Not these pretty purple things.

                    YOUNG LILY
               (a light chuckle)
          Yeah, no- Those are called flowers- We
          wanna keep those.

                    YOUNG ATLAS

          Got it.

The two pull weeds together for a quiet beat. Until-

                    YOUNG ATLAS (CONT'D)
          ... What made you want to grow things?

                    YOUNG LILY
          ... I don't know. I guess, it sorta.
          Feels like a reward.

                    YOUNG ATLAS
          A reward for what?

                    YOUNG LILY
          When I take really good care of my
          plants, they reward me with flowers and
          fruits and vegetables and stuff. But when
          I don't... they shrivel up.

Nodding, Young Atlas' attention falls on that CONDEMNED
HOUSE. The place he is forced to call "home." And he
looks deeply saddened by it. Under his breath-

                    YOUNG ATLAS
          I guess. We're kinda like that. Humans I
          mean. When we're not taken care of we...
          sorta... shrivel up inside.

Seeing his pain, Young Lily searches her soul for the
right words to offer him comfort. And- Then-

                    YOUNG LILY
          But. What about that tree over there?

                                              WAYFARER_000129299

She points to the **MIGHTY OAK TREE** at the end of the yard.

>                    YOUNG LILY (CONT'D)
>          That must've been here before we were
>          born. And, most likely, it'll still be
>          there long after we're gone.

Emotion in his throat, Young Atlas gazes on the tree- As-

>                    YOUNG LILY (CONT'D)
>          Sure. Most plants *do* need a lot of help
>          to survive. But, some things, like trees,
>          are strong enough to take care of
>          themselves. No matter if it's raining or
>          snowing. They keep standing. *Strong and
>          sturdy.*

The two lock eyes. Young Atlas looking at her with
immense gratitude for these beautiful words. Prompting
him to finally offer a quiet confession.

>                    YOUNG ATLAS
>          ... I heard what happened last night.

Stiffening, Young Lily holds her breath, not blinking.

>                    YOUNG ATLAS (CONT'D)
>          ... Does that happen a lot?

**After a long, painful, complicated, terrifying beat-**

>                    YOUNG LILY
>          ... He never hurts me.

>                    YOUNG ATLAS
>          ... That's not what I asked.

**Another complicated beat-**

>                    YOUNG LILY
>          ... Why do you think your mom chooses the
>          boyfriends she does?

**And yet another-**

>                    YOUNG ATLAS
>          ... I really wish I knew.

>                    YOUNG LILY
>          ... And I have no idea why my mom stays.
>          All I know is that... *I'm never gonna be
>          that way.*

Unable to say more, not even knowing how... Young Lily finally looks away, wiping tears from her face. And in this moment of pure vulnerability, Young Atlas reaches out and pulls her in close - Young Lily resting her weary head on his shoulder.

WE HOLD HERE. In this powerful embrace between two survivors. And. For both of them. Somehow. *It still feels warm and safe. A home they've never known.*

Then. Without really thinking, Young Atlas kisses her gently on the crown of her head. Giving Young Lily such a glorious comfort, she closes her tired eyes. And-

>                    ALLYSA (O.S.)
>          *Hey, Lily-*

**INT/EXT. LILY BLOOMS (PRESENT) - DAY**

-Pulled from her daydream, Lily stifles a MUTED GASP.

>                    ALLYSA
>          *-You wanna do the honors?*

Allysa sweeps her hand toward a LIGHT SWITCH. Taking in a deep breath, Lily reaches out and- FLIPS IT ON- Illuminating a **FUCHSIA NEON SIGN** outside reading *"LILY BLOOMS"* in cursive.

Squealing like little kids, Lily and Allysa hug each other dearly and- Turn to face their cool, edgy, dark purple and black accented shop, ready for business.

>                    ALLYSA (CONT'D)
>          Pretty friggin' badass.

>                    LILY
>          All thanks to my Pinterest whore.

>                    ALLYSA
>          Happy opening.

>                    LILY
>          Couldn't have done it without you.

Her smile suddenly dropping- In panic-

>                    LILY (CONT'D)
>          Oh, god- What if we don't get any
>          customers?

                    ALLYSA
          Your Mom'll be here, she's flying in
          right?

                    LILY
          Yeah, but- Wouldn't it be tragic if the
          one customer we got today was my mom who
          flew all the way from Maine?

                    ALLYSA
          Marshall's stopping by this afternoon, so
          that's two customers at least- We're
          gonna be fine.

Allysa squeezes her arm just as- The front door opens,
REVEALING their first customer is none other than **Ryle.**

                    RYLE
          Whoah. I can barely believe how good it
          looks in here, you ladies have been busy.

                    ALLYSA
          Damn right we have.

                    RYLE
          How's the morning gone?

                    ALLYSA
          We quite literally just opened.

                    RYLE
               (to Lily, with a smirk)
          Am I your first official customer?

                    LILY
               (smirking back)
          Well- You have to actually *buy* something
          to be considered a customer.

Pensively, he walks to one of the displays and... grabs a
vase full of PURPLE LILIES.

                    RYLE
          I want these. You deliver?

He sets them on the counter- Allysa circling around to
the register-

                    ALLYSA
          We have a driver on standby- We weren't
          sure if we actually needed him today.

                    RYLE
          Can I get these delivered, as a gift?

CONFIDENTIAL                                    WAYFARER_000129302

41.

Scrunching up her nose-

                    ALLYSA
          Ew, are you buying these for a girl?

                    RYLE
          Yeah, but... she'll probably send 'em
          back. She doesn't do casual.

                    ALLYSA
          Good for her, you're such a dick.

Allysa grabs a CARD and slides it toward him.

                    ALLYSA (CONT'D)
          Here. Write a message on the front and
          the address you want it delivered to on
          the back.

Looking a little jealous, Lily "nonchalantly" watches as
he bends over the card and writes on both sides.

                    ALLYSA (CONT'D)
          Are you bringing this "mystery girl" to
          my birthday on Friday, because- If so- It
          would be reeeally nice to know.

CLOSE ON RYLE. Not looking up-

                    RYLE
          Are you going, Lily?

                    ALLYSA
          Of course she'll be there- She's my best
          friend- She can't miss it- She's not
          allowed.

With a chuckle, Ryle tucks the card into the envelope
provided. Punching the sale into the register-

                    ALLYSA (CONT'D)
          That'll be thirty-two-ninety-five.

                    RYLE
          Here's a fifty. Keep the rest.

He slaps down a FIFTY DOLLAR BILL- Allysa handing over
his receipt- Ryle dipping his head at Lily as he passes
her with a genuine smile.

                    RYLE (CONT'D)
          Congratulations.

                                    WAYFARER_000129303

With that, he walks out of the store. As soon as the door
closes behind him, Allysa grabs the envelope.

                    ALLYSA
          Who the hell is he sending these to- Ryle
          doesn't buy girls flowers.

She pulls the card, reading it out loud-

                    ALLYSA (CONT'D)
          *"Naked Truth. I can't stop thinking about
          you."*

CLOSE ON LILY. Holy shit. Ryle bought that lily for her.

                    ALLYSA (CONT'D)
          Oh-my-god- Look- He wrote *this* address on
          the back, the one to the shop.

Allysa picks up her phone- TEXTING-

                    ALLYSA (CONT'D)
          I'm gonna text him and tell him he
          screwed up. How a neurosurgeon can be
          such an idiot is well beyond me.

CLOSE ON LILY. Looking nervous with excitement as-


**INT. BOSTON LUXURY BUILDING, ELEVATOR (FRIDAY) - NIGHT**

-She steps onto an elevator- Clutching a BIRTHDAY PRESENT-
Hitting the button for the TOP FLOOR. As the elevator
ascends- She checks herself in the reflection of the
shiny gold metal walls. She looks hot. In a SHORT DRESS,
her lips painted bright red, her hair teased and sprayed.


**INT. BOSTON LUXURY BUILDING, TOP FLOOR HALLWAY - NIGHT**

DING! The elevator opens. REVEALING- TWO DOORS. One has
PARTY MUSIC thumping right behind it. Clearly Allysa and
Marshall's place. The other... Ryle's. Steadying herself,
Lily walks to Allysa's door and-


**INT. ALLYSA'S LOFT, GRAND LIVING AREA - NIGHT**

-Opens it to find a killer party with a LIVE DJ,
BARTENDER, PASSED HORS D'OEUVRES and CHAMPAGNE- WELL TO
DO GUESTS, 20s to 40s, all dressed to the nines, LAUGHING
and CHATTING across the vast expanse of this loft that
takes up the entire half of the top floor.

                    ALLYSA (O.S.)
              Lily! You made it!

Lily turns to find Allysa, wearing a SPARKLE DRESS, four-
inch heels and a BIRTHDAY TIARA- Champagne in one hand
and a RIDING CROP in the other. Regarding the crop-

                    LILY
              What'd I miss?

                    ALLYSA
              It's a long story.

Allysa laughs, throwing the crop over her shoulder-
Grabbing Lily by the hand.

                    ALLYSA (CONT'D)
              Come in, come in!

She pulls Lily through a CROWD OF PEOPLE- An ATTENDANT
grabbing the BIRTHDAY PRESENT from Lily as-

                    ALLYSA (CONT'D)
              Hey, Babe! Look who's here!

Turning, Marshall grabs a glass of champagne from a
PASSING TRAY and hands it to Lily- Yelling over the **MUSIC**-

                    MARSHALL
              *Lily!* Welcome to our home!

Marshall CLINKS his glass with Lily's- Lily taking a sip-

                    LILY
              Holy shit. I can't believe you live here.

                    ALLYSA
              I know. And to think, I didn't even have
              to marry him for money.

                    MARSHALL
              I had seven bucks and drove a Ford Pinto
              when she fell in love with me.

                    LILY
              Don't you still drive a Ford Pinto?

                    MARSHALL
              Best car in the world.

                    ALLYSA
              That is so not true, honey, but I do love
              that you still believe it.

                LILY
How long have you been this rich?

              ALLYSA
About five years now.

             MARSHALL
I sold a few apps I developed to Apple.

And this is when, the CROWD parts just enough for Lily to
spot Ryle across the room, in a BLACK SUIT, sipping red
wine and... talking to an extremely STUNNING WOMAN, 20s.

            ALLYSA (O.S.)
And every six months, he creates updates
and sells those, too.

Jealousy clawing at her insides, Lily turns to Allysa-

                LILY
Excuse me- I'll be right back.

CLOSE ON LILY- Walking through the room, back the way she
came- Ryle noticing her exit through the FRONT DOOR and-

**EXT. BOSTON LUXURY BUILDING, ROOFTOP - NIGHT**

-Out on the same rooftop- To find THREE STRAGGLERS from
the party seated on the patio furniture. Ignoring them,
Lily walks to the ledge with the BEST VIEW- When-

             RYLE (O.S.)
Can we have a few minutes?

Lily turns to find Ryle standing near the other guests.
Immediately, all three of them retreat. Once alone-

            RYLE (CONT'D)
You're upset.

Feeling silly, Lily turns again to the view, hating how
much her emotions have gotten the better of her.

            RYLE (CONT'D)
You didn't like the lilies I gave you?
              (no reply)
Or. It is that. You didn't like the card.

Her back to him- Simply-

                LILY
It's fine, you're just... really
confusing, that's all.

CONFIDENTIAL

Sighing, Ryle joins her at the ledge, the two looking out
as they once did months ago.

                        LILY (CONT'D)
          I thought... we were friends.

                        RYLE
          We are friends.

She turns to him. Ryle matching her stare.

                        LILY
          Then stop flirting with me, stop buying
          me flowers, stop staring at me the way
          you do, it isn't fair.

Not blinking, Ryle continues to stare. Lily giving him
time to make his rebuttal. But he doesn't.

                        LILY (CONT'D)
          What are you thinking right now?

Ryle opens his mouth to speak, but in fear, falls silent.

                        LILY (CONT'D)
          Naked truth. *Tell me.*

Emotion in his throat, Ryle takes a moment to finally
confess- His voice shaking a bit- As he whispers-

                        RYLE
          I can't get you out of my head... it's
          like... there's a piece of me missing or
          something...

Reaching out, **Ryle's thumb thoughtfully caresses the
HOLLOW HEART TATTOO on her collar bone.** And-

                        RYLE (CONT'D)
          I want you. But I don't *want* to want you.

Deeply hurt- Shaking her head, Lily turns and- Marches
across the roof and opens the door- Ryle letting her go.

**INT. ALLYSA'S LOFT, GRAND LIVING AREA - NIGHT**

CLOSE ON LILY, grabbing Allysa's hand-

                        LILY
          Hey, I'm sorry I've gotta go- I'm pretty
          exhausted- I need to get some rest before
          tomorrow.

WAYFARER_000129307

                             ALLYSA
                  Oh-my-god, of course, I totally get it.

Giving her a warm hug-

                             LILY
                  Happy birthday.

Lily turns to take her leave, when-

                             RYLE (O.S.)
                  Lily, wait!

From the other side of the room, Ryle can be seen pushing
through the crowd- Not slowing down- Allysa stepping to
the side as he plants himself right in front of Lily-

                             RYLE (CONT'D)
                  I didn't mean that the way that it... Can
                  we chat at my place? Is that okay?

CLOSE ON LILY. As she consents with a wide-eyed nod. The
whole room watching as- Ryle grabs Lily by the hand and-

**INT. BOSTON LUXURY BUILDING, TOP FLOOR HALLWAY - NIGHT**

-Guides her through the hallway, into the other door-

**INT. RYLE'S LOFT, GRAND LIVING AREA - NIGHT**

-REVEALING the second half of the top floor - the unit
Ryle bought from his brother in law - straight into-

**INT. RYLE'S LOFT, MASTER BEDROOM - NIGHT**

-His BEDROOM and- Against the wall, where, he presses his
body against hers and- Stares into her eyes- Explaining-

                             RYLE
                  I'm sorry, I've just- I've never been
                  here before, I don't know what to do.

We hold here. These two souls staring into the depths of
one another. And. Finally-

                             RYLE (CONT'D)
                  I want to want you, Lily... I've just
                  never been here before. I don't know what
                  to do.

CONFIDENTIAL                                                      WAYFARER_000129308

Breathing heavily, swallowing down his fears, Ryle
finally leans in and summons the courage to...

KISS HER. **Mind, *body and soul*.**

It's very gentle. And soft. And sweet.

And. It builds. Within moments, with unbridled passion,
the two become a medley of MOANS and GASPS, their bodies
aching for each other as- Ryle lifts Lily up- Hooking her
legs around his waist- Laying her on the bed and-
Climbing on top of her- When-

               LILY
     Wait- Wait, hold up.

Stunned, Ryle stops. The two of them PANTING, hard.

               RYLE
     You want me to... stop?

               LILY
     Yes... Please... I need to... think.

Looking a touch disappointed, Ryle rolls over on his
back, the two staring at the ceiling for a SILENCE. Then-

               LILY (CONT'D)
     ... Naked truth? I don't want to be just
     another number.

               RYLE
     ... You're different. How can I prove to
     you that you're different?

Lily turns to him. He matches her stare.

               LILY
     ... Don't have sex with me.

He stares for a moment, completely unreadable. But then,
he starts to nod his head, finally getting it.

               RYLE
     Okay. Alright. I will not have sex with
     you, Lily Bloom.

Lifting off the bed, he oddly starts to take off his
BLACK SUIT. Laying the pieces on a nearby chair-

               LILY
     What are you doing?

    WAYFARER_000129309

                    RYLE
          Getting ready for bed. We're going to
          sleep.

                    LILY
          Oh-are-we-now?

                    RYLE
          Unless you'd rather go home? That's fine
          too, I won't keep you.

He unbuttons his shirt, revealing a washboard torso- And
exchanges his slacks for a pair of gray jogging pants.

                    LILY
          You want me to sleep with you, in this
          bed, tonight, right now.

                    RYLE
          And I promise I won't touch you. At
          least. Not in *that* way.

Lily stares upon this gorgeous, shirtless man who is
offering her the most genuine stare. And-

                    LILY
          You have something I can wear?

                    RYLE
          I do. Here-

He reaches out his hand- Lifting Lily to her feet.

                    RYLE (CONT'D)
          Lift your arms up.

Lily lifts her arms, Ryle unzipping her dress and pulling
it up and off in one swift movement- Replacing it with
one of his large t-shirts- Pulling the garment back down
over her body, covering her bra and panties once more.

Next, he lifts the covers and the two crawl into bed-
Ryle CLICKING off the lamp- Lily cuddling against the
side of his chest, like an old married couple. Teasing-

                    LILY
          Your heart is pounding.

                    RYLE
          That's because I've got a beautiful woman
          in my bed- What do you expect?

CONFIDENTIAL                                          WAYFARER_000129310

49.

Lily GIGGLES- **Ryle kissing the HOLLOW HEART TATTOO and closing his eyes-** Looking more at peace than we've ever seen him.

                         RYLE (CONT'D)
              Goodnight.

                         LILY
              *Goodnight.*

                                             BLACKOUT.


**INT. RYLE'S LOFT, KITCHEN - MORNING**

Groggy from sleep, Lily tip-toes into the gorgeous kitchen still wearing Ryle's large t-shirt. Upon the counter, she finds a fancy ESPRESSO MACHINE. And grins.

IN A SERIES OF QUICK CUTS- This brewista whips up a couple of CAPPUCCINOS like a goddamn pro- But just as she attempts to exit the kitchen with them- The door swings open to REVEAL- **Allysa**, with a cheeky grin on her face.

                         ALLYSA
              You guys have been *banging* this entire
              time, haven't you?

Eyes wide, Allysa grabs one of the cappuccinos and takes a sip, waiting for an explanation.

                         LILY
              We never even kissed until last night.
              We've just had this sort of flirtation
              thing going on, I don't know how to
              explain it...

Falling SILENT, Allysa suddenly looks a little sad.

                         LILY (CONT'D)
              You're not mad at me, are you?

                         ALLYSA
              No. I just know my brother. And, I love
              him, I really do, but...

                         RYLE (O.S.)
              But *what?*

Allysa and Lily both turn- Finding Ryle standing in the doorway, still wearing his gray jogging pants, no shirt.

                    RYLE (CONT'D)
          It sounded to me like you were about to
          give Lily a warning.

                    ALLYSA
          Yeah, well- Forgive me for having very
          little "faith" in your ability to do
          something that you've never done before.

                    RYLE
          Why are you inserting yourself in this
          conversation- This has nothing to do with
          you- It's none of your business-

                    ALLYSA
          Lily and I are literally *in business*
          together, Ryle! You can't just burst in
          like a bull in a China shop and break all
          our shit- We're building something here!
          You know how many girlfriends I've lost
          because of your endless bullshit?! Well,
          I'm not gonna lose Lily, not without a
          goddamn fight, so you better check your
          honest-to-god level of sincerity here or
          you can fuck right off!

SILENCE. Our siblings too upset to say much more. Then-

                    LILY
          Anyone care to hear what I have to say?
          Or should I just keep standing here...
          pretending to be invisible?

The siblings' shoulders drop, a bit ashamed. Softly-

                    ALLYSA
          Of course we care.

                    LILY
               (a beat, to Allysa)
          I don't want things to get weird. That
          shop means everything to me.

                    RYLE
          And I want to do everything in my power
          for this to work. No games. No bullshit.

                    ALLYSA
          ... You better treat her right, or I'm
          gonna seriously go ballistic on your ass.

Taking the coffee mug with her, Allysa stands and
shuffles out of the kitchen. Leaving Lily and Ryle in
SILENCE. After a beat, a little embarrassed-

> RYLE
> I can't say I blame her, I've been a
> perfect asshole up to this point.

> LILY
> What's changed?

> RYLE
> Everything. You changed everything.

Approaching her carefully, Ryle wraps his arms around her
waist. Helplessly in love.

> RYLE (CONT'D)
> Let me be good to you. At least let me
> try.

> LILY
> ... You're not afraid?

> RYLE
> I'm terrified. But. I have this feeling
> that. If I can't do this with you, then.
> I can't do it with anyone. Or. Is that
> too screwed up to say?

> LILY
> We're all screwed up – we've been over
> this.

> RYLE
> (relieved to hear it)
> Tell me what you want. And I'll do it.

A beat. Then. With a smirk, Lily turns and walks toward
the door, lifting his t-shirt from her body, and dropping
it on the floor as she moves, exposing her sexy naked
torso. With a chuckle, Ryle follows her into the-

**LIVING ROOM-** Where- Lily turns and grabs Ryle and... the
two begin to kiss, passionately... in a heart racing
interlude of hands and moans and tongues and sweat...
these two newly formed lovers... *become one.*

**INTERCUT WITH-**

**EXT. BOSTON (VARIOUS) – DAY AND NIGHT**

-RYLE SHOWING LILY AROUND THE CITY. LOBSTER ROLLS; A
TROLLY RIDE; WHALE WATCHING FROM A BOAT; DRINKS IN
HISTORIC DOWNTOWN, ALL THE ICONIC LANDMARKS. LILY LOOKING
THE HAPPIEST WE'VE EVER SEEN HER. SHE AND RYLE FALLING
MADLY AND DEEPLY IN LOVE.

                         ALLYSA (V.O.)
                          **(PRE-LAP)**
                    *Oh. My. God.*


**INT. LILY BLOOMS (SPRING) - DAY**

Landing a huge bouquet of a DOZEN RED ROSES on the
counter top right in front of Lily-

                         ALLYSA
                    My brother is obsessed with you-

Rolling her eyes playfully, Allysa hands Lily a CARD.

                         ALLYSA (CONT'D)
                    -it's kinda pathetic really.

Opening the CARD, Lily finds two words: *"**Dinner tonight?"***

                         ALLYSA (CONT'D)
                    Marshall's gonna have to seriously step
                    up his shit.

Laughing, Lily grabs her phone and dials Ryle. RING, RING-


**INT. MASSACHUSETTS GENERAL, HALLWAY - DAY**

-Receiving the CALL, we find Ryle in the middle of his
workday, wearing scrubs - walking a long hallway.

                         RYLE
                    Hey-you.

**INTERCUT-**

                         LILY
                    Thanks for the flowers.

                         RYLE
                    Blooms for Miss Bloom.

Hearing how cute they are being, Allysa pretends to gag
herself- Causing Lily to stick her tongue out at Allysa.

                         RYLE (CONT'D)
                    How about dinner?

                         LILY
                    Sadly, my mom's gonna be in town- She
                    wants to treat me to some new restaurant-
                    Apparently, it's getting great reviews.

53.

                              RYLE
                    That sounds nice. Where are you going?

                              LILY
                    Some place called *"Root"* on Marketson?

CLOSE ON RYLE. As he slows to a stop. Something in his
eyes hinting at insecurity. *As if Lily might be lying.*

                              RYLE
                    ... Is there room for one more?

                              LILY
                    ... You want. To meet. My mother?

Clocking the trepidation in her voice- More paranoid-

                              RYLE
                    *Is that a problem?*

She almost says that it **"feels a little fast,"** but-
Ignoring her sixth sense- Thinking she's the one "off"-

                              LILY
                    You know what? Of course you can meet my
                    mother, she's gonna love the shit out of
                    you. Meet us there around eight?

                              RYLE
                    See ya then.

**THE CALL ENDS.** Leaving Lily feeling... strange. But she
can't put her finger on exactly why. Her gaze falling
to... the **HOLLOW HEART TATTOO.** Just as-


**INT. THE BUS (MEMORY) - DAY**

-Young Atlas, sits next to Young Lily, placing the **WOODEN
HOLLOW HEART CARVED IN OAK** in her palm. *A gift.*

                              YOUNG LILY
                    What's this?

                              YOUNG ATLAS
                    A *real gift* this time.

                              YOUNG LILY
                    You... made this? For me?

                              YOUNG ATLAS
                    I carved it out of a branch, from that
                    oak in your backyard.

Amazed, Young Lily stares at him. Those **DARK BROWN** eyes.

> YOUNG ATLAS (CONT'D)
> (in a whisper)
> *Strong and sturdy. Don't forget.*

Without thinking, he reaches over and GRABS HER HAND, squeezing it. Young Lily basking in the warmth of his touch. A sexual tension between them steadily rising.

This is far more than mere friendship. So cosmic in nature, so mysterious and unexplainable... it isn't a stretch to wonder if these two might be *soul mates.*

Diagonal from them, Katie pulls down her headphones and leans toward the GIRL beside her-

> KATIE
> Gross.

CLOSE ON YOUNG LILY AND YOUNG ATLAS AS-

> KATIE (O.S.) (CONT'D)
> I can't believe she lets him touch her.
> He wears the same clothes every day.

Furious, Young Lily inhales, preparing to yell at Katie, but- Young Atlas shakes his head-

> YOUNG ATLAS
> *Don't.*

The BUS COMES TO A STOP on Lily's street- Young Lily standing up defiantly- Grabbing Young Atlas and pulling him in for a **KISS**- The whole BUS gasping and laughing and clapping, when- She pulls back, shoots **Katie the middle finger**, and proudly guides Young Atlas from the bus.

Outside- Chuckling under his breath- As the two march away, down the street-

> YOUNG ATLAS (CONT'D)
> I can't believe you just did that!

**INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**

CLOSE ON YOUNG LILY- As she glances at the clock, nearing three thirty- Young Atlas whipping up some batter.

> YOUNG LILY
> You're not even looking at a recipe.

55.

                         YOUNG ATLAS
                    Don't need one.

                         YOUNG LILY
                    ... You like to cook?

                         YOUNG ATLAS
                    ... I probably love to cook as much as
                    you love to grow things.

                         YOUNG LILY
                    What are you making?

                         YOUNG ATLAS
                    Cookies.

He offers her a spoonful of dough. Taking a taste-

                         YOUNG LILY
                    Oh, wow.

Licking her lips- With Young Atlas so close- It's
impossible not to feel that rise of sexual tension again.

                         YOUNG ATLAS
                    *Just wait.*

He starts spooning dough onto two sheets-

                         YOUNG ATLAS (CONT'D)
                    Question. Did you kiss me just now
                    because you really wanted to, or- Was it
                    mostly to get back at Katie?

Feeling a little embarrassed, Young Lily chuckles
nervously under her breath.

                         YOUNG LILY
                    Oh... Uh...

He opens the oven door and puts the cookie sheets inside.
Closes the door and- Pulls the oven mitt off his hand.

                         YOUNG ATLAS
                    I'm fine with it either way, I just...

Throwing the mitt on the counter, Young Atlas walks over
to Young Lily and places his hands on either side of her.

                         YOUNG ATLAS (CONT'D)
                    ...Need a little clarity here.

CONFIDENTIAL                                        WAYFARER_000129317

56.

Young Lily is suddenly holding her breath. Having him this close. But Young Atlas doesn't seem to be as nervous as she is. Instead, he stares at her. With a sweet grin.

                    YOUNG ATLAS (CONT'D)
          Well?

Swallowing hard, Young Lily finds the bravery to match his stare. Her heart fluttering. In a hushed whisper that could make the hair on your arms stand up straight-

                    YOUNG LILY
          *I wanted to.*

Young Atlas' eyes sparkle. Grateful to hear this answer. And. He leans in. His lips inches from hers. And. The two begin to kiss. With such unadulterated passion, it's clear these two have been fantasizing about this moment.

Suddenly- We hear a **CAR PULL INTO THE DRIVEWAY** and- The **GARAGE DOOR** starts to open-

                    YOUNG LILY (CONT'D)
          Shit! That's my dad, you have to go!

She jumps off the island, looking around the kitchen frantically- Young Atlas' hands going up to her cheeks, beckoning her to look at him. Calm and assured-

                    YOUNG ATLAS
          Keep an eye on the cookies- They'll be
          finished in about twenty minutes.

He presses his lips to hers again and then- Grabs his backpack and- Sneaks out a KITCHEN WINDOW, out of sight- The **ENGINE TO THE CAR** in the garage shutting off.

Making herself look busy, Young Lily starts gathering all the ingredients together- As her father, Andrew Bloom, enters the kitchen from the garage door. Surprised-

                    ANDREW
          Are you... cooking?

                    YOUNG LILY
          Cookies. I'm baking cookies.

He sets his briefcase down on the kitchen table and then walks to the refrigerator, pulling out a beer.

                    ANDREW
          Can't say I've ever seen you bake before.

57.

                    YOUNG LILY
          They're for school.

                    ANDREW
        *Ah.*

It's strange. Compared to the last time we saw Andrew, he
seems like a "normal" dad. Tired from work, yet kind.

                ANDREW (CONT'D)
          Well. They smell delicious, kiddo.

Leaning against the counter, Andrew takes a swig of his
beer- Young Lily covering with a grin, as we-

                          SMASH TO:


**INT. ROOT RESTAURANT - NIGHT (PRESENT)**

-Lily guiding Ryle through a LIVELY restaurant toward
Jenny's table. This place has been fully designed around
a **GIANT TREE IN THE CENTER** - *it's beautiful.*

                    LILY
          Hey, Mom.

Glancing up from her menu- Excited-

                    JENNY
          Lily, this place is incredible, I'm
          already in love with it.

Her eyes drift to Ryle standing right behind Lily-

                JENNY (CONT'D)
          Oh, hi- Can you talk to me about your
          cocktails?

                    LILY
          He's not a waiter- He's with me.

Ryle smiles and reaches out his hand-

                    RYLE
          Honest mistake, Ma'am. I'm Ryle Kincaid.

Jenny returns the handshake- Confused and flustered-

                    JENNY
          Jenny Bloom. Nice to meet you.

Lily and Ryle sit at the table- Jenny raising an eyebrow
at Lily- Trying to ease the awkwardness-

WAYFARER_000129319

58.

                    RYLE
          My sister and Lily are really good
          friends. Have you met Allysa?

                    JENNY
          Oh, yes, of course. Oh. You two look so
          much alike now that you mention it.

                    RYLE
          We both favor our mother.

                    JENNY
          People always say that about me and Lily.

                    RYLE
          I can definitely see it in the eyes.

Ryle smiles brightly at Jenny, causing her to soften.

                    RYLE (CONT'D)
          Ladies, if you'll excuse me, I need to
          find the restroom. Be right back.

The moment he's out of earshot-

                    JENNY
          How come I've never heard about this guy?

                    LILY
          We only recently decided to start dating.
          Before that, we were just... friends.

                    JENNY
          I see. And. Where does he work?

                    LILY
          Don't do that.

                    JENNY
          What am I doing- I simply want to know
          more about this exciting little prospect
          of yours- *I am your mother.*

                    LILY
               (a beat and a sigh)
          Massachusetts General Hospital.

                    JENNY
               (eyes bulging)
          Is he a doctor?

                    LILY
          *Mom?* Don't.

                                      WAYFARER_000129320

59.

                    WAITER (O.S.)
          Can I get you ladies something to drink?

                    LILY
          Yes, thank you, I'll take--

Lifting her chin, Lily locks eyes with... the WAITER-
**EVERYTHING FALLING INTO SLOW MOTION... LILY GAZING INTO
HIS DEEP BROWN EYES. AND IT FEELS... LIKE HOME.**

This waiter is **ATLAS CORRIGAN,** now in his 30s. Lily's
heart in her throat. Unable to speak. And somewhere in
the background, we can hear the faint **SOUND OF THE MUSIC
BOX** from Lily's bedroom – *"Lily and Atlas' theme."*

**EXPLODING INTO REAL TIME**- Having no idea who this is-

                    JENNY
          Let's start with three waters and go from
          there.

Atlas snaps out of his own trance and- Covers with a nod-
Retreating through the SWINGING DOORS TO THE KITCHEN.

                    JENNY (CONT'D)
          What in the world is wrong with you?

But before Lily can answer- Ryle rejoins the table-

                    RYLE
          What'd I miss?

                    JENNY
              (with a sparkle)
          Mr. Kincaid. Are you, by chance, a
          doctor?

                    RYLE
          I am. A neurosurgeon.

                    JENNY
          And what does a day-in-the-life of a
          neurosurgeon look like?

                    RYLE
          Well- Next month, I get to perform a once-
          in-a-lifetime craniopagus separation.

Lily glances back toward the KITCHEN DOORS-

                    JENNY
          A cranio-what?

                              RYLE
                Craniopagus separation. Conjoined twins.

He points to a spot on the top of his head and taps it-

                              RYLE (CONT'D)
                Attached right here. We've been studying
                them since they were born.

                              JENNY
                     (beyond impressed)
                Is it a rare surgery?

                              RYLE
                Very rare. It's an honor to even be a
                part of it - it'll end up in medical
                journals, things like that.

THREE WATERS arrive, but they are being delivered by a
DIFFERENT WAITER - female, 20s.

                              FEMALE WAITER
                Here we go, three waters to start- What
                else can I put in for you?

In love with Ryle- Wanting to celebrate-

                              JENNY
                I think we should share a bottle of wine -
                it feels like that kind of occasion.

                              LILY
                Great- I'll be right back- I *also* need
                use the restroom.

WE TRACK WITH LILY- As she makes her way across the room-
Scanning the face of every WAITER she passes- Until-

**INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT**

-She lands in the darkened, quiet hallway near the
bathrooms. As soon as she's alone, Lily presses her back
against the wall, trying to collect herself, when-

                              ATLAS (O.S.)
                     *... Lily?*

Lily glances up- Finding Atlas standing at the end of the
hallway like a ghost straight out of the past. Bewildered-

                              LILY
                     *... Atlas?*

61.

As if in a trance, they walk toward each other, meeting
in the middle of the hall and... hug one another dearly.

                    ATLAS
          Holy shit. You haven't changed at all.

He puts his hands on her shoulders and takes a step back.

                    LILY
          I can't say the same about you- My mom
          didn't recognize you at all.

                    ATLAS
              (good humored)
          *Thank-God.*

                    LILY
          So- Did you end up going into the
          military or-?

                    ATLAS
          Eight years. Soon as I got out, I got
          myself to Boston.

                    LILY
              (an inside joke)
          *Where everything's better.*

                    ATLAS
          You know it. What brings you here?

                    LILY
          I live here. Own a flower shop over on
          Park Plaza. It's called *"Lily Blooms."*

                    ATLAS
          Doesn't surprise me at all... Who's the
          lucky guy?

                    LILY
          His name is Ryle... What about you?
          Married? Have a girlfriend?

                    ATLAS
          Uh. Girlfriend. Her name is Cassie.

Lily doesn't love hearing this. But covers with a smile.
SILENCE. Neither of them moving. *Or else break the spell.*

                    ATLAS (CONT'D)
          ... You should probably get back to your
          company. I'll look you up sometime. You
          said Park Plaza, right?

She nods. He nods. And-

                    LILY
          It was really good to see you.

                    ATLAS
          *You too.*

He opens his mouth to say more, but... thinks better of
it. CLOSE ON LILY. Watching as Atlas turns and walks
away. A very precious memory surfacing. The night when-

**INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - NIGHT**

-Young Lily and Young Atlas quietly and very secretly ate
cookies sitting on her bed- Young Lily demonstrating how
to properly SHUFFLE CARDS.

                    YOUNG LILY
          You want to have two fingers on the
          bottom like this, two on the sides and
          your thumb on top. Split the cards and-

She does just this. And-

                    YOUNG LILY (CONT'D)
          Wah-lah!

Young Lily masterfully shuffles the deck like a pro.

                    YOUNG LILY (CONT'D)
          Here, you try.

She hands over the deck, Young Atlas giving it a whirl
and the CARDS GO EVERYWHERE, making them both chuckle
quietly, trying not to wake her parents. After a beat-

                    YOUNG LILY (CONT'D)
          You get a hold of your uncle yet?
               (OFF ATLAS, shaking his head)
          What was it like living in Boston when
          you were a kid?

                    YOUNG ATLAS
          Best years of my life. My uncle lived in
          an apartment building with the coolest
          rooftop deck.

                    YOUNG LILY
          Cool. You ever go up there?

                          YOUNG ATLAS
              All the time. Would just sit and think
              and look at the city for hours. The food
              is really great too. And the harbor. My
              uncle would take me fishing there
              sometimes.

                          YOUNG LILY
              ... Sounds like you miss it.

                          YOUNG ATLAS
              Oh- Everything's better in Boston. Except
              the girls. Boston doesn't have *you*.

                          YOUNG LILY
              *Not yet.* The more you talk about it, I'm
              wondering if I should move there someday.

                          YOUNG ATLAS
              ... I'm actually thinking of going back
              after I get out of the military. Whether
              I find my uncle or not.

                          YOUNG LILY
              ... Maybe I'll meet you there.

        For some reason, this makes Young Atlas' smile fade a
        touch. Then- With great wisdom- And a kind shrug-

                          YOUNG ATLAS
              Life is a funny thing... We only get so
              many years to live it, so... we have to
              do everything we can to make sure those
              years are as full as they can be.
                    (OFF YOUNG LILY)
              I guess I'm saying that... as much as I
              do care about you... I don't want either
              of us wasting time on things that "might"
              happen someday. We're too young for that.

        Though it hits like a ton of bricks, knocking the wind
        right out of her, Young Lily is smart enough to
        understand and agree. Emotion caught in her throat-

                          YOUNG LILY
              I'm gonna miss you when you're gone.

                          YOUNG ATLAS
              Same. I don't know how you did it, but...
              somehow... you became my favorite person.

                          YOUNG LILY
                    (with a smirk, tears welling)
              Out of how many people?

                          YOUNG ATLAS
                        (smirking back)
               All of 'em.

                          YOUNG LILY
               ... You're my favorite person, too,
               Atlas. By a long shot.

A beat. Then. Leaning in, the two begin to kiss again.
Quickly tangled and twisted on the bed, eager to smell
and touch and feel. The two lifting off each other's
shirts- Young Lily climbing on top of him- When-

                          RYLE (V.O.)
                        **(PRE-LAP)**
               Hey, Lily! You want a drink?


**INT. BOSTON BAR (SUMMER) - DAY**

CLOSE ON LILY. Shaking from her thoughts of Atlas-

                          LILY
               Uh, yeah- I'll take a wine.

PULL BACK TO REVEAL- A PACKED BAR during a Bruins game.
Most everyone here in a ONESIE, including- Lily, Ryle,
Allysa and Marshall. To Lily- Objecting-

                          MARSHALL
               You're in a onesie, Lily, you don't get
               *free wine* with a onesie!

                          LILY
               Okay, fine, let's do this.

To the BARTENDER-

                          MARSHALL
               Three *beers*, please, and a water for my
               lady-love.

He kisses Allysa - Lily and Ryle looking suspicious.

                          LILY
               Why aren't you making *Allysa* have a beer?
               She's wearing a onesie, too.

Outed, Allysa and Marshall glance at each other.

                          ALLYSA
               We didn't plan on telling you here, but-

Suddenly, Marshall lifts his beer and yells out-

65.

                    MARSHALL
          I'm gonna be a dad!

A few DRUNK PATRONS clap their hands- Raising their beers-

                    PATRONS
          Woooo! / Right on, man! / Hell yeah!

Ryle looks stunned. Lily grabbing him by the hand.

                    LILY
          Congratulations, Uncle Ryle.

The bartender slides over three beers and one water for
Allysa- Ryle holding up his beer to cheers-

                    RYLE
          To Allysa. You're eleven months younger
          than I am, but- You still teach me, every
          day, what adulting looks like.

The four CLINK their glasses together and drink.

                    LILY
          I didn't realize you two were so close in
          age.

                    ALLYSA
          Oh, yeah- Three kids in three years- I
          feel so sorry for our mom.

The mood shifts. Allysa giving Ryle an apologetic look.

                    LILY
          *Three?* You have another sibling?

Ryle straightens up, looking a little triggered. Gingerly-

                    ALLYSA
          Uh... yeah... we had an older brother.
          *Emerson.* But...

She looks to Ryle, as if to sheepishly ask permission to
speak on the matter. And. He simply shakes his head.

                    ALLYSA (CONT'D)
               (simply)
          He passed away when we were kids.

                    LILY
               (a beat, struck)
          I'm so sorry to hear that...

CLOSE ON LILY. Wanting to ask more. But the look on Ryle's face makes her dare not.

Suddenly- The Bruins score and- THE BAR EXPLODES WITH CHEERS. Ryle finally relaxing again. Lily leaving it be.

**IN A SERIES OF QUICK CUTS- WE WATCH THESE FOUR LIVE IT UP AT THE BAR IN THEIR ONESIES, LAUGHING AND DRINKING- RYLE GRABBING LILY AROUND THE WAIST AND KISSING HER AS-**


**INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**

-The two tumble into Lily's apartment, ripping at one another's onesies- Until they are both down to their underwear- Ryle kissing his way down Lily's torso. CLOSE ON LILY- As she arches her back in pure ecstasy and-


**INT. LILY'S BOSTON STUDIO APARTMENT - MORNING**

-Awakens from her bed, entangled in the sheets.

> RYLE
> Good morning. You like frittata?

Lifting up, she finds Ryle in his boxers- In the open KITCHEN- Pouring an egg mixture into a **CASSEROLE DISH**- And tossing it into the hot oven-

> LILY
> Oooo, that sounds amazing.

POP! He opens a nice bottle of Champagne and pours two glasses, adding a little orange juice-

> RYLE
> And a little "hair of the dog"? I'm still pretty buzzed from last night.

Giggling, Lily remains in bed-

> LILY
> Oh-my-god, I thought you'd never ask.

Joining her in bed with the mimosas-

> RYLE
> Cheers.

They both take big gulps of the champagne- Then- **He stares at Lily's HEART TATTOO, caressing it-**

                              RYLE (CONT'D)
                    This might possibly be my favorite part
                    of you. What does it mean?

                              LILY
                         (lying)
                    Nothing really. Just. One of those random
                    things you do in high school.

Loving this- Nodding- Ryle leans in and gently kisses the
**HEART TATTOO.**

                              RYLE
                    I told my mom about you. She wants to
                    meet you at some point.

                              LILY
                    Oh, yeah?

                              RYLE
                    I mean- It's a monumental thing, you know-
                    Me having a girlfriend.

Eyes twinkling- Jaw agape- Lightly teasing him-

                              LILY
                    So I'm your girlfriend now, am I? I don't
                    remember having a conversation about
                    that.

                              RYLE
                    You want to be asked?

                              LILY
                    It certainly shouldn't be automatic,
                    that's for sure.

                              RYLE
                    Will you be my girlfriend, Lily Bloom?

                              LILY
                    Yes, please.

Elated, Ryle leans in and- The two begin to kiss
passionately- Ryle climbing on top of her- Lily's eyes
rolling back, when- **BEEP-BEEP-BEEP-BEEP!**

The **FIRE ALARM** screams out- SMOKE billowing from the oven-
The two scrambling to get out of bed- Ryle rushing into
the SMALL KITCHEN- Lily right behind him, quickly draping
a ROBE over her naked body- Laughing as-

                              LILY (CONT'D)
                    Oh shit!

Ryle pulls open the OVEN DOOR, the egg from the casserole bubbling over, burning black tar at the bottom of the oven- Blinded by the SMOKE- Not thinking- Still a little drunk from the night before- Ryle reaches in and-

                    LILY (CONT'D)
          Wait, Ryle! You need a-

                    RYLE
          Fuck!

                    LILY
          -Pot holder.

The CASSEROLE falls from Ryle's hands and lands on the floor with a SMASH! Shattering broken glass everywhere.

Without thinking, Lily continues to laugh at the ridiculousness of the last few seconds- Ryle SLAMMING the oven shut and moving to the faucet- Shoving his hand under the cold water- Trying to suppress her laughter-

                    LILY (CONT'D)
          Are you okay? I hope it didn't-

Lily leans over to get a look at Ryle's hand, and- We hear a loud SMACK! **Lily getting KNOCKED back, hitting hard against the wall- The wind knocked out of her- Her hand now pressed against the left corner of her eye.**

EXTREME CLOSE UP ON LILY. Dazed and confused. SMOKE CLOUDED all around her. Pain shooting through the corner of her left eye – a SEISMIC SWELLING taking hold- Ryle voice sounding far off, as if underwater.

                    RYLE (O.S.)
          *Goddammit, Lily. It's not funny, this*
          *hand is my fucking career.*

WE STAY ON LILY- Wrapping her arms over her head, trying to make sense of the last ten seconds.

                    LILY
          Did you... push me?

We hear RYLE'S VOICE as he draws nearer- Coming into focus- Gently, pulling her close- Kissing her head-

                    RYLE
          I... burned my hand and I...

The room spinning- Unable to process- Tears welling- Lily is trembling- As Ryle assesses the cut on her face.

CONFIDENTIAL

WAYFARER_000129330

> RYLE (CONT'D)
> What a stupid thing to happen.

Lily remains so confused. The room still lingering with SMOKE. Broken glass and eggs everywhere.

> RYLE (CONT'D)
> I'm sorry. *I'm so sorry.*

As if in a dream, Lily reaches out and turns Ryle's right hand to find a huge BUBBLING BURN on his palm.

> LILY
> ... Is your hand okay?

> RYLE
> Forget about my hand- *Are you okay?*

He presses his mouth to Lily's and breathes her in. Lily so upset, she starts to kiss him back, in need of comfort. Until- Ryle scoops her up- Gently laying her down in bed- Kissing her again and again-

> RYLE (CONT'D)
> ... Please forgive me.

CLOSE ON LILY. Closing her eyes, accepting his apologies so viscerally, by the time she opens them again... it's clear she's convinced herself of one thing.

> LILY
> ... *It was an accident.*

> SMASH TO:

**INT/EXT. LILY'S CAR / BOSTON PARK - DAY**

Parking her car, Lily pulls down the visor, checking her bruise in the mirror. From her makeup bag, she reapplies some foundation, trying to mask the purple of her skin.

It still doesn't look great.

Grabbing a pair of sunglasses, Lily perches them on her nose- Hops out of the car- And grabs a white box in the backseat- Cradling a super edgy wedding bouquet with dark purple roses and black ribbon.

**EXT. BOSTON PARK - DAY**

Walking through the park, Lily meets an eccentric BRIDE and GROOM, 40s, gathered near a small pond with THREE OF THEIR FRIENDS. A very simple wedding. No frills.

>                    LILY
>          I'm so sorry I'm running behind, I was on
>          my own at the shop this morning.

The bride approaches Lily, dressed in a dark red corseted wedding dress, her lips painted black. Taking the bouquet-

>                    BRIDE
>          Shit. These roses look dead. *Cool.*
>                (OFF LILY)
>          Wanna stay for the wedding?

**MINUTES LATER-** We find Lily standing among strangers, her sunglasses still covering her bruise, as she watches the BRIDE and GROOM exchange their own handwritten vows.

>                    BRIDE (CONT'D)
>          ...because loving you is believing in the
>          very best version of you. And helping you
>          become that person, day by day.

These words wash over Lily. Striking a chord deep within her. And before she can help it, we see a tear trickle from behind her sunglasses and down her cheek.

**INT. ROOT RESTAURANT - NIGHT**

Entering *"Root"* on a lively evening, Lily's eyes scan the room. No sign of Atlas. Just Ryle waving at her from a far table with Allysa and Marshall.

>                    LILY
>          Sorry I'm late- I thought we decided to
>          go somewhere else.

>                    ALLYSA
>          Oh, no- I've been dying to eat here after
>          Ryle told me how damn good it was.

Sliding into the booth, Lily sits next to Ryle-

>                    RYLE
>          Hey, girlfriend.

>                    LILY
>          Hey, boyfriend.

Sweetly, he kisses her near her left eye where that
SEISMIC BRUISE still lingers. Clocking it-

                    ALLYSA
          Ryle told me what happened, but... I
          didn't think it was *that* bad.

Lily glances at Ryle, wondering what he told her.

                    RYLE
          It-was-such-a-mess- Eggs and glass
          everywhere. And yet, when she *slipped*,
          she was still very graceful. Like a
          ballerina.

                    LILY
          ... It was pretty pathetic.

Allysa clocks Ryle's hand wrapped in a bandage. Something
in her wants to draw the connection. But the truth would
be to horrific to stomach. Not paying any attention-

                    MARSHALL
          How did that surgery go? The one with the
          twins? Your hand hold up alright?

                    RYLE
          Steadiest hand in all of Boston.

                    MARSHALL
          Hell-yeah.

A WAITER arrives, dropping off their entrees-

                    ALLYSA
          Oop- Sorry, Lily, we went ahead and
          ordered-

                    LILY
          No, it's fine, I was late.

                    RYLE
          I got you the steak.

Feeling her life being taken from her, it's clear Lily
didn't want steak, but smiles anyway. Digging in-

                    LILY
          Any ideas on baby names yet?

                    MARSHALL
          I love Nebraska, but-

CONFIDENTIAL

WAYFARER_000129333

                        ALLYSA
            -I'm not naming this baby after a state.

                        MARSHALL
            Idaho?

Locking eyes with Lily-

                        ALLYSA
            This is going to be the demise of our
            marriage.

                        ATLAS (O.S.)
            How's the meal tasting so far?

The four turn their heads to find **Atlas**-

                        ALLYSA
            Honestly? I've only had two bites and
            this is already, literally, said and
            done, my new favorite restaurant.

                        ATLAS
            Thank you. I'm the head chef so- That's
            really nice to hear.

Atlas locks eyes with Lily, and without thinking-

                        LILY
            You're the chef?

                        ATLAS
            Sometimes waiter, sometimes dishwasher.
            Gotta be hands-on when you own the place.

**AND THEN, IN SLOW MOTION, AS ALLYSA KEEPS TALKING- HER
VOICE FADING IN THE BACKGROUND- ATLAS' GAZE FALLS TO THE
BRUISE ON LILY'S LEFT EYE... THEN TO THE BANDAGE WRAPPED
AROUND RYLE'S RIGHT HAND... THEN BACK TO LILY'S EYE.**

**EXPLODING BACK INTO REAL TIME-** Atlas' jaw hardens and
then... he walks away, Allysa mid-sentence.

                        MARSHALL
            Bummer. We find a new favorite restaurant
            and the chef's an asshole.

                        RYLE
            Yeah, but, sadly- The assholes tend to be
            the best ones.

Putting her hand on Ryle's arm- Quietly-

                         LILY
              Bathroom.

He nods as Lily scoots out of the booth- And walks across
the restaurant, head down, fast paced. As soon as-

**INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT**

-She gets into the familiar hallway, she steals into the-

**INT. ROOT RESTAURANT, WOMEN'S RESTROOM - NIGHT**

-Women's single restroom, locking the door. Quietly-

                         LILY
              Shit. Shit, shit, shit.

Her hands on the sink, Lily steadies herself. Then. Looks
at her eye. Still not knowing what to make of it. She
wants to cry, but cannot let herself.

Instead, she takes in a deep breath and- Unlocks the door-
REVEALING- **ATLAS**. Stepping inside and closing the door-

                         ATLAS
              ... What happened?

                         LILY
              ... Nothing.

His DEEP BROWN EYES narrow. *Knowing she's lying.*

                         LILY (CONT'D)
              It was an accident.

                         ATLAS
              I've heard that one before. Many times.

                         LILY
                   (a beat, simply)
              ... I'm not your mother.

                         ATLAS
                   (simply back)
              ... No. But are you turning into yours?

His words sting. Sting so hard, tears kiss Lily's eyes.

                         ATLAS (CONT'D)
              Leave him.

                              LILY
                    Leave him, what are you talking about?
                    He's not like that- Ryle's a good person.

She reaches for the door, but- Atlas grabs her wrist.
Angry, she yanks her hand away.

                              LILY (CONT'D)
                    I'm more scared of you right now than I
                    have ever been of him.

ON ATLAS. Pausing a moment. Then. He steps to the side,
giving her safe passage to the door.

                              ATLAS
                    I'm sorry, I'm just... trying to repay
                    the concern you once gave me.

Reaching for the door, Lily pulls it open- And steps-

**INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT**

-Into the hallway, running right into... **RYLE.** His eyes
ablaze as Atlas exits the women's bathroom behind her.

                              RYLE
                    ... What the fuck?

Turning, Atlas walks toward the kitchen- Ryle's eyes
glued on his back- But right when Atlas reaches the
doors, he pauses, and- Spins around, striding toward
Ryle, grabbing him- And SLAMMING him against the wall.

                              ATLAS
                    You touch her again and I'll cut your
                    fucking hand off and shove it down your
                    throat - you worthless piece of shit.

                              LILY
                    Atlas, stop!

Atlas releases Ryle forcefully, taking a huge step back-
Ryle breathing heavily, staring at Atlas long and hard.

                              RYLE
                    *... Atlas?*

Ryle lets out a disbelieving laugh- To Lily-

                              RYLE (CONT'D)
                    This is Atlas? The homeless boy you pity-
                    fucked?

75.

LILY CLOSES HER EYES- AND- IN AN INSTANT- Atlas lunges at Ryle and the two men start beating the shit out of each other- TWO WAITERS shoving past the SCREAMING Lily- Pinning the men against opposite walls- Atlas and Ryle left glaring at each other, breathing heavily. To Ryle-

                    ATLAS
          Out! Get the hell out of my restaurant!

Turning, Ryle walks right by Lily as he marches down the hall- Locking eyes with her for a brief second. But there isn't anger there. Only hurt. Lots of hurt.

Left in the hall, Lily gives one last glance to Atlas. Seeing the disappointment written all across his face.

BACKING AWAY- WE TRACK WITH LILY AS SHE MARCHES-


**INT. ROOT RESTAURANT - NIGHT**

-Into the main dining room, where she spots Ryle, grabbing his jacket from the booth and walking toward the exit without even looking at Allysa and Marshall.

Hurrying to the table, Lily grabs her purse- To Allysa-

                    LILY
          It's a long story- We'll talk tomorrow.

WE TRACK WITH LILY- As she rushes to catch up with Ryle-


**EXT. ROOT RESTAURANT, PARKING LOT - NIGHT**

-Pushing through the exit and out into the parking lot, Ryle bee-lining toward his car-

                    LILY
          Ryle, stop! Wait!

Suddenly, Ryle turns and punches at the air in rage-

                    RYLE
          What the hell did you tell him, Lily?!
          Did you tell him I hurt you?!

                    LILY
          No- He- He saw my eye and your hand- And-
          He just- *Assumed!*

Panting, Ryle shakes his head, fighting back tears.

                          RYLE
              ... What was he doing in the bathroom?

                          LILY
              ... He's just an old friend that was
              worried about me, that's all.

Ryle forces the saddest smile we've ever seen on a human.

                          RYLE
              ... You have my heart, Lily, you have all
              of me. So if you don't want to be with
              me, please tell me right now.

Feeling guilty- And baffled by feeling guilty, Lily
shakes her head- Confused- Feeling horrible- And wanting
that awful feeling to just disappear, quickly-

                          LILY
              ... I don't want anyone else.

Hearing this, Ryle lets out a sigh, pulling Lily in,
holding her so close - as if she's his only lifeline.

                          RYLE
              I love you, Lily. *God, I love you.*

Squeezing her tight, Ryle presses a kiss to her forehead,
Lily feeling trapped... and eerily reminded of another
"scuffle" that Atlas got into, long ago.

                                          SMASH TO:


**INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - NIGHT**

Tangled in the sheets, held in a lover's embrace, we find
Young Lily and Young Atlas staring in each other's eyes.
Caressing her face, so taken by her spirit, Young Altas
finally unveils he truth he's known for some time now.

                          YOUNG ATLAS
              I love you, Lily. Everything about you. I
              love you.

Absorbing these words, Young Lily's eyes sparkle. And-

                          YOUNG LILY
              I love you, too.

The two begin to kiss- Giggling a bit as they gear up to
have sex again, when- Suddenly- Out of fucking nowhere-
Someone POUNDS on the door- KNOCK! KNOCK!

CONFIDENTIAL                                          WAYFARER_000129338

                    ANDREW (O.S.)
            Lily?! Who are you talking to?!

The door bursts open, Lily's father exploding inside with
a BASEBALL BAT- Finding Young Atlas in bed with his one
and only daughter.

**CLOSE ON YOUNG LILY- AS SHE WATCHES IN SLOW MOTION- AS
HER FATHER COMES DOWN ON YOUNG ATLAS WITH THE BASEBALL
BAT- THE SOUND OF BONES SNAPPING THE ONLY THING WE HEAR,
MIXED WITH YOUNG LILY'S PIERCING SCREAM.**

                                        BLACKOUT.


**EXT. LILY'S MAINE HOME, DRIVEWAY (MEMORY) - NIGHT**

EXTREME CLOSE UP ON YOUNG LILY. Her tearstained face
looking almost cationic. As she watches LOCAL PARAMEDICS
loading Young Atlas' into an ambulance, **HIS BODY SO
BLOODY IT'S ALMOST UNRECOGNIZABLE.** Alive. Just barely.

A short distance away, we see Andrew and Jenny Bloom in
their house robes, talking to the local **SHERIFF**- The same
man that led Andrew's funeral in our opening- Only about
fifteen years younger. Quietly to Andrew-

                    SHERIFF
            ... can't imagine what you've been
            through having found your little girl in
            such a compromising situation.

Jenny bursts into tears, pressing a tissue to her mouth-

                    JENNY
            He forced her into it- I know it.

                    SHERIFF
                (at a loss)
            What do you want me to do, Andrew? I can
            file a report, but- If you'd rather not
            have this incident follow Lily around...
            we can keep it quiet.

Reeling, Andrew somberly looks over his shoulder and
LOCKS EYES WITH YOUNG LILY. Her stares pleads with him,
but he bristles- Turning back toward the Sheriff-

                    ANDREW
            Get that little shit as far away from
            this fucking town as you possibly can.
            And if he ever dares show his face again-

78.

EXTREME CLOSE UP OF YOUNG LILY- Tears streaming down her face as her father's words wash over her- Low and enraged-

                    ANDREW (O.S.) (CONT'D)
          I want you to *take care of it.*

The ambulance door's close, Young Lily watching it as it drives down the street and disappears out of sight.

OFF YOUNG LILY- Spiraling with the understanding that she will most likely never see Atlas ever again.

                                        MATCH CUT TO:


**INT/EXT. LILY BLOOMS STORE - DAY**

Lily, "awakening" from her daydream, finding herself watering her plants- Just when- Allysa enters from the bathroom, **now sporting quite the BABY BUMP.**

                    ALLYSA
          Uh- That's like- The billionth time I've
          peed today- This little peanut's really
          starting to press on the ol' bladder.

Taking a heavy seat- Massaging her boobs- Whining-

                    ALLYSA (CONT'D)
          And my boobs... *my boobs*, Lily... every
          time my shirt moves, my nibs feel like
          they're on friggin' fire... make it stop.

                    LILY
          You wanna take the day off? You don't
          have to be here today, it's super slow.

                    ALLYSA
          But. Who will I complain to? Marshall
          doesn't let me whine as much as you do.

                    LILY
          Whine away, my love. I am so here for it.

Lily continues watering her plants- Allysa's gaze tilting toward the front door-

                    ALLYSA
          Hey. Remember a few months ago when you
          told me I could never go back to my new
          favorite restaurant, because the boy you
          loved as a teenager is the owner and it
          would be unfair to Ryle?

                         LILY
              Uh... *yeah.*

                         ALLYSA
              If we can't go back there because of the
              owner - how is it fair that the owner
              gets to come here?

Turning, Lily spots what Allysa sees- **Atlas** paying a
parking meter across the street and- Heading their way.

                         ALLYSA (CONT'D)
              Okay. I know that you're with my brother
              and that I am with child, but- Can we
              please just take a moment to silently
              admire the perfection that is that man?

The door opens, Atlas entering- Lily stealing a shallow
breath as the two lock eyes. After an awkward beat-

                         ALLYSA (CONT'D)
              It's funny, 'cause- This is gonna sound
              like some lame excuse to give you guys a
              little privacy, but- I'm not that
              thoughtful- And I seriously, actually do,
              very much... need to pee. *Again.*

Lifting up and waddling to the bathroom, Allysa closes
the door- Lily and Atlas left alone.

                         ATLAS
              ... So. I'm sorry. For what happened. I
              wish I had handled it very differently.

                         LILY
              ... It was a misunderstanding.

Atlas still doesn't buy it. But he says nothing. His eyes
drifting to the register counter. Approaching it- He
grabs two things- A pen and a sticky note. **Writing
something down on the sticky note-** Casually-

                         ATLAS
              Let me see your phone.

                         LILY
              Uh... okay...

Lily hands over her phone, watching as Atlas slips the
OUTER CASE off and puts the **STICKY NOTE** between the case
and the phone - then hands it back to her.

                         ATLAS
              It's my number. In case you ever need it.

                              LILY
                    ... I won't.

                              ATLAS
                    ... I hope not.

A beat. Then. Not knowing what more to say, Atlas turns
and takes his leave, but just as he reaches the door-

                              LILY
                    *Wait.*

His hand on the doorknob, he pauses. Turning-

                              LILY (CONT'D)
                    What Ryle said to you that night, about
                    us. He was just really upset, I... I
                    promise I never said that.

The corner of Atlas' mouth curls with a smirk-

                              ATLAS
                    Believe me, Lily. I know it wasn't a pity-
                    fuck. *I was there.*

The door opens and closes, Lily watching as Atlas walks
across the street- Back toward his car- And we-

                                        EXPLODE TO:


**EXT. MASSACHUSETTS GENERAL, PARKING LOT - DAY**

Marshall's FORD PINTO, whipping into the parking lot-
Lily and Ryle hopping out from the back- Ryle running off
to grab a WHEELCHAIR- While- Marshall and Lily help
Allysa out of the front passenger seat- REVEALED to be
now NINE MONTHS PREGNANT and very much in LABOR.

                              ALLYSA
                    Oh-god, I really don't wanna do this!

                              MARSHALL
                    You're okay, honey, just breathe, in and
                    out- Like we practiced- In and out-

Ryle returns with the WHEELCHAIR- And!


**INT. MASSACHUSETTS GENERAL, HALLWAY - NIGHT**

CLOSE ON ALLYSA- Panting and whining as- Ryle wheels her
through DOUBLE DOORS- Marshall and Lily beside them.

                         MARSHALL
                    Almost there, honey!

                         ALLYSA
                    Easy for you to say, sweetie, you don't
                    have ten pounds of baby trying to burst
                    out of your hoo-ha!

CLOSE ON ALLYSA- As she starts to SCREAM and-

                                        MATCH CUT TO:


**INT. MASSACHUSETTS GENERAL, ALLYSA'S ROOM - MORNING**

-The **PIERCING CRY** of a LITTLE BABY GIRL, swaddled sweetly
in Allysa's arms. Lily, Ryle and Marshall by her side.

                         MARSHALL
                    Look at her. She's like a little alien.

                         ALLYSA
                    Don't say that, she's perfect.

                         MARSHALL
                    *A perfect little alien.*

Quietly to Ryle-

                         LILY
                    You're an uncle.

Squeezing Lily's hand, Ryle says nothing- Just stands in
awe, watching Allysa hold her new baby.

                         ALLYSA
                    You want to hold her?

Ryle kind of stiffens up like he's nervous, but then he
nods. Allysa leans over and puts the baby in his arms.
Cradling the newborn gently, as if it was made of glass-

                         RYLE
                    You guys decide on a name yet?

Allysa and Marshall locks eyes. Then- With a grin-

                         ALLYSA
                    We wanted to name him after someone
                    Marshall and I both think the world of,
                    so... we added an E to your name.
                         (OFF RYLE)
                    We're calling her Rylee.

82.

Ryle blows out a quick breath in shock. In a whisper-

                    RYLE
          Wow.. I don't know what to say.

A beat. Ryle staring at this child. Everyone staring at
it. Basking in that innocent reminder of how precious
life is... how fragile... how quickly it goes.

                    ALLYSA
          You guys want kids?

Ryle and Lily lock eyes.

                    RYLE
          Uh... I mean. I didn't even want a
          relationship before Lily, so...
                    (realizing it in the moment)
          I can't believe I'm even saying this,
          but... *yeah,* I totally want kids. *Weird.*
                    (to Lily)
          What about you?

                    LILY
          ... I've always thought it would be
          really fun to be a mom. But. I guess. I
          sorta saw myself getting married first.

                    RYLE
          ... For what it's worth, I'd marry the
          hell out of you.

                    ALLYSA
          Awww. That's really sweet. My brother is
          actually sweet.

                    MARSHALL
          And. *What say Lily?*

Lily looks at Baby Rylee cradled in her uncle's arms-
Feeling so much love in her heart-

                    LILY
          Are you kidding? I'd marry Ryle tonight.

A beat. Ryle suddenly struck with an idea.

                    RYLE
          Then. Let's go. Right now.

                    LILY
          ... You're joking.

>                    RYLE
>           I've never been more serious about
>           anything in my entire life. Let's pack a
>           bag and fly to Vegas and get married
>           right now, *tonight.*

>                    ALLYSA
>           She can't do that- She's a girl- She
>           wants a real wedding- With flowers and
>           bridesmaids and shit.

To Lily-

>                    RYLE
>           Do you want a real wedding? With flowers
>           and bridesmaids and shit?

A strong beat. Then- Lily turns to Allysa with a smirk-

>                    LILY
>           Next time I see you... we'll be *sisters.*

Bursting into laughter, tears kissing her eyes-

>                    ALLYSA
>           Get the hell out of here and get your
>           ridiculously cute asses married already!

Passing little Rylee to her daddy- Grabbing each other by
the hand, we TRACK WITH LILY AND RYLE as they-

**INT. FIRST CLASS, COMMERCIAL AIRLINE - DAY**

-Snuggle in first class- Lifting cups of champagne-

>                    LILY
>           Okay, but- If we're gonna do this- It has
>           to be the most hilarious version of a
>           Vegas wedding you can possibly imagine.

>                    RYLE
>                ("yes and-ing")
>           All you can eat buffets-

>                    LILY
>           White stretch limos that sorta smell like
>           vomit-

>                    RYLE
>           Yardstick slushies and fifty-cent slots-

CONFIDENTIAL                                    WAYFARER_000129345

                             LILY
           And if you're not wearing a crushed
           velvet suit when we exchange vows- I'm
           gonna really have to question the
           stability of our future.

CLOSE ON RYLE. The cutest little grin spreading wide as-

**INT. VEGAS COSTUME SHOP - NIGHT**

-He does a little turn in a changing area, dressed as
Elvis- Doing a full-out impression-

                             RYLE
           *Hey, baby. You wanna get married?*

REVERSE TO REVEAL- Lily, dressed as a VEGAS SHOWGIRL
covered in feathers and sparkles-

                             LILY
           *Why, I never thought you'd ask.*

Looping their arms together- The two-

**INT. SEEDY VEGAS "ONE HOUR CHAPEL" - NIGHT**

-Exchange vows at a "ONE HOUR CHAPEL"- A DRAG QUEEN
dressed as DOLLY PARTON leading the ceremony- Ryle
surprising Lily with a GIGANTIC ROCK. Eyes widening-

                            DOLLY
         Ooo, daddy- You may now kiss the bride!

Leaning in, Ryle and Lily kiss one another passionately-

**INT. WHITE STRETCH LIMO - NIGHT**

-Leading to a full make-out session in the back of a
WHITE STRETCH LIMO with pulsing disco lights, until they-

**EXT. THE VEGAS STRIP - NIGHT**

-Run along the strip, laughing wildly, YARDSTICK SLUSHIES
in hand as they-

**INT. VARIOUS CASINOS - NIGHT**

-Play some slots and-

**INT/EXT. THE HIGH ROLLER VEGAS FERRIS WHEEL - NIGHT**

-Look out over the twinkling city from the 550 foot tall
Ferris Wheel as the Bellagio Fountains go off and-

**INT. VEGAS PENTHOUSE SUITE - NIGHT**

-They make love against the floor to ceiling windows of
their PENTHOUSE SUITE- The galaxy of urban lights
sprawled out before them, as if their love is the very
center... of the entire universe

**INT. VEGAS PENTHOUSE SUITE - MORNING**

Eyes fluttering open, Lily finds herself in this gorgeous
suite, lying next to her sleeping *husband.* Tenderly, she
places her left hand on his cheek. Her WEDDING RING
gleaming in the morning sunlight. Ryle opening his eyes.

**His thumb caresses the HOLLOW HEART TATTOO-** These two
souls stare at one another. *Having found peace.*

                                    BLACKOUT.


                         LILY (V.O.)
                It's been two weeks, Mom-


**INT. RYLE'S LOFT, KITCHEN - DAY**

We find Lily in the kitchen, chatting with Jenny on
FACETIME from her iPad- While unloading a box of personal
kitchen items- Having moved in with Ryle-

                         LILY
                -You really gotta get over it.

                         JENNY **(ON SCREEN)**
                You're my only daughter, honey- I've been
                dreaming about your wedding day your
                whole life- I can't help it if I feel a
                little cheated- *I am your mother.*

                         LILY
                What needs to happen for you to consider
                ever forgiving me? Because we really
                can't keep having this conversation.

From the box, Lily finds that **NAPKIN.** *Her empty list.*
And. After a beat. She pensively pins it to the fridge.

> JENNY **(ON SCREEN)**
> You wanna know how to make it up to me?

> LILY
> Yes, please.

> JENNY **(ON SCREEN)**
> Whenever you decide to have a baby- Just
> promise not to buy one in Vegas?

> LILY
> (with a laugh)
> You gotta deal.

> JENNY **(ON SCREEN)**
> How do you like your new place?

Lifing the iPad, Lily REVERSES JENNY'S VIEW to the floor
to ceiling windows looking out over Boston.

> LILY
> I think I can get used to it.

Suddenly - CRASH! - a loud noise sounds, startling Lily-
Causing her to yell out-

> LILY (CONT'D)
> *Ryle?! You okay?*
> (no reply)
> Sorry, Mom- I'll call you right back.

**ENDING THE FACETIME CALL-** WE TRACK WITH LILY AS- She
pushes through the kitchen doors and-

**INT. RYLE'S LOFT, LIVING ROOM - DAY**

-Hastily marches through the living room and-

**INT. RYLE'S LOFT, MASTER BEDROOM - DAY**

-Into the master bedroom, where Ryle is found sitting on
the bed looking down at something in his hand. He looks
like a wild man. *On the verge of another breakdown.*

> LILY
> What happened?

Ryle looks up at her with a very grave expression.

> LILY (CONT'D)
> You're scaring me - what's wrong?

    WAYFARER_000129348

He holds up Lily's phone and just looks at her like she *should* know what's happening. But she has no idea.

>                    RYLE
>          Funny thing... I dropped your phone by
>          accident and- The cover popped off and-

He holds up his hand, REVEALING the **STICKY NOTE**.

>                    RYLE (CONT'D)
>          -I find this number hidden on the back.

CLOSE ON LILY. Her face screaming - ***"Oh-god, no-no-no."***

>                    RYLE (CONT'D)
>          I thought. *"Huh. That's weird. Lily
>          doesn't hide things from me."*

He angrily crumbles the number in his fist and looks at Lily. Who's heart drops into her stomach.

>                    RYLE (CONT'D)
>          So... I called it.

Eerily, he stands and-

>                    RYLE (CONT'D)
>          He's lucky I got his fucking voicemail!

-Chucks Lily's phone clear across the room- Where it CRASHES against the wall, SHATTERING to the floor-

>                    LILY
>          *Stop-it-I-can-explain!*

But Ryle is already gone- Lily running after him- As he-

**INT. RYLE'S BUILDING, TOP FLOOR HALLWAY - DAY**

-Bursts from his loft and hits the elevator button- Lily seconds behind him- Now entering the hallway- Turning on his heels, Ryle takes the-

**INT. RYLE'S BUILDING, STAIRWELL - DAY**

-Stairwell, Lily not far behind. Round and round they go-

>                    LILY
>          It's not what you think!

Round and round- Until- Lily reaches out and- Grabs at
the back of his shirt- Ryle turning and-

                                        BLACKOUT.

**FROM THE DARKNESS...** INHALE, EXHALE, INHALE...

                    RYLE (V.O.)
                (sweetly)
          *Shhh... be still.*


**INT. RYLE'S LOFT, MASTER BEDROOM - DAY**

Eyes fluttering open, the world looking like a dizzied
dream... Lily finds herself back in the bedroom, lying on
the bed... Ryle's gentle and steady hands soothing her.

                    RYLE
          I'm right here, you're okay.

Barely able to move. The lights so bright. Lily reaches
up with a shaking hand... to find a GASH on the top of
her head, matted in her hair. With a bloody rag, Ryle
presses the fabric to the wound.

                    RYLE (CONT'D)
          Try to be still... I need to stop the
          bleeding.
                (OFF LILY'S confusion)
          You have a little cut on your head. I
          don't think it needs stitches.

                    LILY
          ... What happened?

Checking the wound again, Ryle calmly pulls supplies from
an open FIRST AIDE KIT and bandages the cut. Plainly-

                    RYLE
          You fell down the stairs. About five
          minutes ago. Right after I found *this*.

Ryle places something on the pillow next to Lily. The
crumpled up piece of paper that holds **Atlas' number.**

                    RYLE (CONT'D)
          How did you get it? And why are you
          hiding it?

Shaking her head, Lily tries to explain.

                    LILY
He... he came to the store... he was only
there for five minutes, you can ask
Allysa... and he gave that to me...

Ryle breathes out a shaky breath, nodding with relief.

                  LILY (CONT'D)
... I've never used it, I forgot it was
even there.

Deeply afraid to lose the one thing he loves most, Ryle
looks at Lily in a way that actually makes us pity him.

                    RYLE
... Tell me it's nothing. Swear on our
marriage.

                    LILY
... It's nothing. *I swear.*

CLOSE ON LILY AS... **MUSIC RISES... "HORIZON"** by Aldous
Harding. UNDERSCORING AS... Lily allows Ryle to comfort
her... kissing him back... as she weeps...

                ALDOUS HARDING (V.O.)
LET ME PUT THE WATER IN THE BOWL FOR YOUR
WOUNDS, BABE / LET ME FILL YOU UP WITH
THE FINGERS OF LOVE, YOU CAN'T LOSE BABE
/ WHEN YOU WATCH ME PLAY, DOES IT FEEL
BAD, DARLIN', WHEN THEY CHOOSE ME? / SAY
AGAIN, THIS PLACE / SAY AGAIN, THIS PLACE


**INT. RYLE'S LOFT, MASTER BATHROOM - MORNING**

Lily stands alone in the bathroom, dabbing ointment on
the gash matted in her hair.

                ALDOUS HARDING (V.O.)
I BROKE MY NECK DANCING TO THE EDGE OF
THE WORLD, BABE

She parts her hair, sweeping a handful of strands over
the wound, covering it completely - masking the truth.

                ALDOUS HARDING (V.O.)
MY MOUTH IS WET, DON'T YOU FORGET IT,
DON'T YOU LOSE ME

She stares at her reflection. Exhausted and gaunt.

CONFIDENTIAL
WAYFARER_000129351

                    ALDOUS HARDING (V.O.)
          HERE IS YOUR PRINCESS AND HERE IS THE
          HORIZON / HERE IS YOUR PRINCESS AND HERE
          IS THE HORIZON

**INT. CELL PHONE STORE - DAY**

The **MUSIC CONTINUES** as- Lily stands in a phone store. Her
thoughts miles away, while a TECHIE transfers all her
data from her SMASHED PHONE to a BRAND NEW DEVICE.

                    TECHIE
          Never seen a screen smash like that.

With a shrug- Forcing a smile- As her mother always does-

                    LILY
          I'm pretty clumsy that way.

That lie didn't taste good. But she swallows it anyway.

**EXT. PIERS PARK, BOSTON - DUSK**

Walking along the waterfront, Lily wrestles with herself.
Fighting back tears.

                    ALDOUS HARDING (V.O.)
          I'VE GOTTA SCRATCH IT DOWN, I NEVER COULD
          AMOUNT, THAT'S IT, BABE / AND NOW THE
          SUGAR'S RUN OUT AND I DON'T KNOW WHAT TO
          SAY

Finally, she stops and stares out over the water, as the
sun sets on the horizon.

                    ALDOUS HARDING (V.O.)
          SAY AGAIN, THIS PLACE / SAY AGAIN, THIS
          PLACE

Still wrestling with the real truth verses the truth she
is willing to accept...

                    ALDOUS HARDING (V.O.)
          HERE IS YOUR PRINCESS AND HERE IS THE
          HORIZON / HERE IS YOUR PRINCESS AND HERE
          IS THE HORIZON

Lily decides to choose to cling to delusion. And-

WAYFARER_000129352

**INT. RYLE'S LOFT, MASTER BEDROOM - NIGHT**

-She crawls into bed, curling against the sleeping Ryle.

> ALDOUS HARDING (V.O.)
> EVERY NOW AND THEN, I THINK ABOUT WHEN
> YOU'LL DIE, BABE / THERE'S A FALL IN MY
> HEAD, IT FLOODS WHAT YOU SAID INTO THE
> ROOM, BABE

Rolling over, Ryle wraps his arms around her, nuzzling
into her neck. Lily left wide awake, staring at the
ceiling. Convincing herself this is where she belongs.

> ALDOUS HARDING (V.O.)
> I DON'T BELONG IN THE DESERT / YES, I CAN
> SEE IT, TAKE ME HOME, BABE / SAY AGAIN,
> THIS PLACE / SAY AGAIN, THIS PLACE

**INT. LILY BLOOMS STORE, BATHROOM - MORNING**

Weeks later, we find Lily in the bathroom at work,
dabbing more ointment on the SCAB matted in her hair.

> ALDOUS HARDING (V.O.)
> HERE IS YOUR PRINCESS AND HERE IS THE
> HORIZON / HERE IS YOUR PRINCESS AND HERE
> IS THE HORIZON

She covers the healing wound with a little beanie and-

**INT/EXT. LILY BLOOMS STORE - MORNING**

-Reenters her store, turning on the NEON SIGN - **"LILY
BLOOMS"** - and flipping over the **"OPEN"** sign. And. The
**MUSIC FADES.** To **SILENCE.**

After a quiet beat, Allysa comes barreling inside holding
two coffees and a newspaper tucked under her arm - a
sleeping **BABY RYLEE** strapped to her torso. Gushing-

> ALLYSA
> *Lily!*

Allysa walks toward Lily, shoves one of the coffees in
her hand, then pulls the newspaper from under her arm.

> ALLYSA (CONT'D)
> Did you see the paper?! We're in the top
> ten, can you believe it- You freakin' did
> it, you twisted-genius!

                                                    WAYFARER_000129353

Clocking the headline- **"BEST NEW BUSINESSES IN BOSTON"**-

>                    LILY
>          Oh, wow...

Allysa grabs her phone-

>                    ALLYSA
>          I'm texting Ryle- He needs to grab at
>          least ten copies on his way home- This is
>          so damn exciting- I'm so proud of us!

Proudly, Lily glances through the article, spotting the restaurant **"ROOT"** listed as well. Her heart in her throat, she cannot bring herself to keep reading. Instead-

**INT. RYLE'S LOFT, KITCHEN - NIGHT**

-She takes to making a very special celebratory dinner-
As she bobs around the kitchen- Swaying her hips to some **MUSIC**- An apron draped over a LITTLE BLACK TEDDY.

Hearing the front door unlock- Lily excitedly throws off her apron- Pours two glasses of wine and- Meets Ryle as he enters from the swinging doors- Home from work-
Holding a few copies of the same NEWSPAPER. Excited-

>                    LILY
>          Welcome home.

Ryle sets the stack of newspapers on the counter. Lily handing him a glass of wine. Thinking he's just tired-

>                    LILY (CONT'D)
>          You see the article? Pretty cool, huh.

Ryle nods. Taking a sip of wine.

>                    LILY (CONT'D)
>          Anyway. I thought we could celebrate.

Pulling the wine from his lips, Ryle's gaze falls to the **TATTOO** on Lily's collar bone. The **HOLLOW HEART**. Plainly-

>                    RYLE
>          Remind me what that means again?

She too glances at the HOLLOW HEART. Then-

>                    LILY
>          Uh. I told you.

Locking eyes with her, Ryle takes another sip.

93.

                              RYLE
                  It really doesn't mean anything?

Ryle is acting weird. Lily hesitating to answer. Finally,
she simply shakes her head.

Ryle takes two steps toward her, backing Lily into the
counter. His hands grabbing her waist, he kisses her,
hard- Lifting her up and setting her down on the
countertop, standing between her knees.

Breathing heavily, Ryle's warm lips slides across hers as
he takes a FISTFUL OF HER HAIR... and tugs gently so that
she's looking at him. In a haunting whisper-

                         RYLE (CONT'D)
                  You read it yet?

Looking disturbed, Lily doesn't answer- Ryle tugging
harder at her hair- Then- He oddly releases his grip-
Backing away. The two stare at each other. Until. He
grabs one of the NEWSPAPERS- Handing it to her-

                         RYLE (CONT'D)
                  *Read it out loud.*

Afraid, Lily takes the PAPER and...

                              LILY
                  What's this about?

Lily feels greatly exposed, vulnerable, sitting on the
counter in a little teddy- Ryle repeating himself-

                              RYLE
                  *Read it.*

Lily stares at him. And then. Does as she is told.

                              LILY
                  "The votes are in-"

                              RYLE
                  Not the whole thing.

He flips the paper over where it starts in the middle of
the article, and he points to a sentence-

                         RYLE (CONT'D)
                  The last paragraph.

Lily pauses. Not trusting where this is going. But afraid
to make any sudden movements. Voice shaking-

94.

                    LILY
        "The business with the highest number of
        votes should come as no surprise. The
        iconic *'Root'* on Marketson..."

Locking eyes with Ryle, Lily is growing increasingly
nervous. But Ryle only nods at her to continue.

                LILY (CONT'D)
        "When interviewed, the owner... Atlas
        Corrigan... finally revealed the true
        history of the meaning behind the name of
        his business. 'When I was a kid,' Chef
        Corrigan stated. 'I carved a small hollow
        heart from an oak tree... for a girl.'"

Lily locks eyes with Ryle again, pleading-

                LILY (CONT'D)
        I don't want to read anymore.

                    RYLE
        Keep. Reading.

                    LILY
        "'It was meant to represent something she
        said to me once... about how strong trees
        are, how deep their roots can go. So,
        when it came time to come up with a name
        for my restaurant, this one just made
        sense, because this girl made such a huge
        impact on my life'... he said."

Her voice cracking, Lily falls SILENT- Ryle taking the
paper and picking up where she left off- Growing angry-

                    RYLE
        "When asked if the girl was aware he
        named a restaurant after her, Corrigan
        smiled knowingly and said, 'Next
        question.'"

The two lock eyes. When. Suddenly. Ryle violently starts
hitting the NEWSPAPER against the counter – WHACK! WHACK!
- Lily quickly landing on her feet and hurrying into the-

**INT. RYLE'S LOFT, LIVING ROOM – NIGHT**

-Living room, Ryle chasing after her- Grabbing her and
spinning her around- And- Throwing her on the couch.

                    LILY
        Stop! You don't understand!

                                              WAYFARER_000129356

But Ryle is no longer Ryle- Lily pushing away from him as-

                      RYLE
          He's everywhere- That fucking tattoo used
          to be my favorite goddamn part of you!

-His hands grip her ankles and he yanks her down until
she's beneath him- His hands pinning her wrists-

                      LILY
          Please- Let me go.

Suddenly- The voice of her mother is in her head-
Mirroring the inflection of what she just said.

                  JENNY (V.O.)
          Please be quiet- You'll wake up Lily.

**EXTREME CLOSE UP ON LILY AS SHE SUFFERS A FLASH OF MEMORY-
A SHOCKINGLY PARALLEL-**

**INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) - NIGHT**

CLOSE ON YOUNG LILY- As she peeks around the corner- To
find her father, **ANDREW BLOOM**, on the couch with Jenny-

One hand around her throat- The other pulling up her
dress- Jenny crying, trying to fight him off.

**INT. RYLE'S LOFT, LIVING ROOM (BACK TO SCENE) - NIGHT**

Startled by the memory, Lily starts to grow more and more
desperate to get Ryle off of her- But it's no use-

LILY'S LIFE FLASHING BEFORE HER EYES. ENDLESS MEMORIES OF
HER FATHER HITTING HER MOTHER. INTERCUT WITH THE UNSPOKEN
TRUTH OF WHAT REALLY HAPPENED WHEN RYLE BURNED HIS HAND-
THE THING LILY COULDN'T BRING HERSELF TO BELIEVE, AND IT
INVITES US TO UNDERSTAND **THAT SHE'S KNOWN ALL ALONG:**

**FLASH OF MEMORY:** IN SLOW MOTION- RYLE REACHES FOR THE
CASSEROLE DISH- LILY TRYING TO WARN HIM, WHEN- RYLE BURNS
HIS HAND AND- IN HIS ANGER- TURNS AND- BACKHANDS LILY
AGAINST HER LEFT TEMPLE-

**FLASH OF MEMORY:** IN SLOW MOTION- RYLE CIRCLES THE
STAIRWELL- LILY GRABBING FOR HIS SHIRT, WHEN- RYLE PUSHES
HER- AND- SHE FALLS.

FLASH, FLASH, FLASH- The truth of her mother- Mixed with
her own stark reality- Everything- All the shit- Building
up inside Lily- Until it boils over and-

**BACK TO SCENE-** Just as Ryle sinks his teeth into Lily's skin, right where the **HEART TATTOO** is placed- And- She lurches at him, SCREAMING with all her might as pure adrenaline and pain forces Ryle off of her and-

WE TRACK WITH LILY AS SHE RUNS TOWARD THE FRONT DOOR- RYLE FADING OVER HER SHOULDER- COMING TO HIS SENSES-

                    RYLE
          Oh-god! *Lily?!*

Grabbing her purse and a jacket hanging by the door- Lily-

**EXT. RYLE'S BUILDING, ENTRANCE - NIGHT**

-Explodes from the building barefoot, jacket draped over her teddy- Searching her purse as she runs- Lifting her CAR KEYS- Ryle exiting the building- Running after her-

                    RYLE
          Lily?!

But Lily doesn't stop- She doesn't slow down- As she UNLOCKS her car- Hops inside and- SLAMS the door- Starts the engine and- Just as Ryle presses himself against the glass of the window- Lily peels away- Ryle looking utterly distraught as his image fades from the REARVIEW.

**EXT. BOSTON GAS STATION - NIGHT**

CLOSE ON LILY. Parked at a gas station. Searching through her "RECENTS" on her new phone- Scrolling passed "MOM"- Then passed "ALLYSA." OFF LILY- **PRE-LAP:** *RING, RING, RING*- AS WE JUMP CUT TO- LILY WITH HER PHONE TO HER EAR-

                    FEMALE WAITER (V.O.)
          *Root restaurant- How can I help you?*

                    LILY
          Yeah, hi- I was... wondering if I could
          talk to your boss for a moment? Mr.
          Corrigan, if he's around.

**INT. BOSTON HOSPITAL - NIGHT**

We find Lily sitting on a examining table, wearing a hospital gown. REVERSE TO REVEAL- **Atlas**, standing on the other side of the room as a DOCTOR BROWN - female, 50s - cleans up the blood from the BITE MARK left on her collar bone.

97.

And. For the first time, Atlas finally sees the **HOLLOW HEART TATTOO.** And it sends chills up his spine. Seeing their emblem of strength punctured and bleeding.

> DOCTOR BROWN
> We have a certain examination for these situations. It's called a SANE exam. It's optional, of course, but–

> LILY
> Oh, I, I wasn't... He didn't...

Lily almost says the word **"rape,"** but can't get it out. Searching her eyes– Dr. Brown asks–

> DOCTOR BROWN
> Did he try?

Lily's eyes drift to Atlas. Seeing the pain in his expression. And. She shakes her head. Softly–

> LILY
> I don't want the exam, thank you.

Nodding grimly, Dr. Brown flashes a light into both of her eyes– Glancing at Lily's paperwork–

> DOCTOR BROWN
> I'd like to rule out a concussion, but given your situation, I don't want to administer a CT. I'd like to keep you for observation instead.

> LILY
> Why don't you want to administer a CT?

> DOCTOR BROWN
> We don't like to perform X-rays on pregnant women unless it's vital. We'll monitor you for complications and if there are no further concerns, you'll be free to go.

CLOSE ON LILY. The wind knocked out of her. CLOSE ON ATLAS. Also rendered speechless. Clocking this–

> DOCTOR BROWN (CONT'D)
> I apologize, did you not know?

Silent, Lily sits stunned. With impeccable bedside manner–

> DOCTOR BROWN (CONT'D)
> I'll give you a moment to process. The nurse will be in to check on you shortly.

WAYFARER_000129359

98.

Doctor Brown takes her leave- Lily barely able to catch
her breath- Atlas stepping forward, grabbing her hand-

> LILY
> I want to leave- Please- I need to get
> the hell out of here.

Nodding, Atlas pulls off his jacket and wraps it around
Lily- Lily grabbing her clothes in her arms and- The two-

**EXT. BOSTON HOSPITAL - NIGHT**

-Walk out of the hospital without anyone noticing.

**INT/EXT. ATLAS' TRUCK (MOVING) - NIGHT**

Atlas drives through the night, Lily curled up in the
passenger seat - staring out the window, too exhausted to
cry. Too in shock to speak. *Feeling submerged.*

**EXT. ATLAS' HOUSE, WELLESLEY SUBURB - NIGHT**

Just outside Boston, in a small suburb called Wellesley,
Atlas pulls into the driveway of his modest house.

**INT. ATLAS' HOUSE (VARIOUS) - NIGHT**

Entering first, Atlas flips on a few lights- Lily
sheepishly taking a look around-

> ATLAS
> You hungry?

Lily shakes her head. Afraid to speak. Or else weep.

> ATLAS (CONT'D)
> The guest room's back here.

**INT. ATLAS' HOUSE, GUEST ROOM - NIGHT**

Opening the door to the guest room, Atlas lingers in the
doorway as Lily enters. Pointed to the private bathroom-

> ATLAS
> There's a shower in there if you need it.
> And-uh... here...

He hands her a pair of old sweats and a t-shirt. **The
irony is not lost on either of them. The cosmic *role
reversal* they never saw coming.** Finally- Tears welling-

> LILY
> ... Thank you.

Nodding, Atlas simply nods and closes the door.

**INT. ATLAS' HOUSE, GUEST ROOM BATHROOM – NIGHT**

Weeping inside the shower, Lily sits with her legs curled
into her chest- As the water falls down like rain. Crying
so hard, she barely makes a sound.

**INT. ATLAS' HOUSE, GUEST ROOM – MORNING**

The sunlight gently kissing Lily awake, she lifts up in
bed, hearing a WARM BUSTLING from across the house.

**INT. ATLAS' HOUSE, KITCHEN – MORNING**

Timidly peering into the kitchen, Lily finds **Atlas...**
moving about and making an impressive breakfast.

> ATLAS
> Hope you're hungry. I've created quite a
> feast over here.

Sliding on a bar stool, Lily watches as Atlas makes her a
huge plate of pancakes, eggs and sausages-

> ATLAS (CONT'D)
> Coffee?

> LILY
> Yes, please, thank you.

Charmed by his efforts, Lily watches as the sweet and
endearing Atlas lays a perfect breakfast before her,
complete with coffee, joining her on a stool at the bar.

> LILY (CONT'D)
> ... I'm sorry I got so mad at you that
> night at the restaurant. You were right.
> I always knew you were right, deep down,
> I just... didn't want to admit it.
> (a beat)
> You can say, "I told you so" now.

His eyebrows draw together, like her words hurt him.

100.

                         ATLAS
             This isn't something I wanted to be right
             about...

SILENCE. Then- With a sigh- Gently-

                         ATLAS (CONT'D)
             I-uh... I have to go in to work today.

ON LILY. Dreading going home. Seeing this-

                         ATLAS (CONT'D)
             If you're not ready to leave yet, you
             really don't have to- I want you to stay
             as long as you need.

Relieved to hear it, Lily nods gratefully.

                         ATLAS (CONT'D)
             Can I do anything else for you before I
             go?

Forcing a smile through tears, the way her mother does-

                         LILY
             I'm fine.

Standing, Atlas grabs his jacket.

                         ATLAS
             I'll be back before nine- And I'll bring
             you something really good to eat, okay?
             Until then, raid the fridge, take
             whatever you need- Make yourself at home.

He opens a drawer and pulls out a pen and paper and
writes something on it before he leaves.

                         ATLAS (CONT'D)
             See you soon.

The door shuts quietly. The SOUND OF HIS TRUCK driving
away in the distance as Lily stands up and walks to the
counter to read what he wrote. Three simple words that
have so long bound them together: *Strong and sturdy.*

**INT. ATLAS' HOUSE, LIVING ROOM - DAY TO NIGHT**

As the day passes, the hours long and emotional, we find
Lily on the couch, binging Ellen re-runs, her face stoic,
her thoughts drifting.

101.

DAY GIVING WAY TO NIGHT- Lily finally glances at her
phone, skipping through all the MISSED TEXTS and CALLS
from Ryle- Landing on a text from Allysa.

>                    ALLYSA (**TEXT**)
>          *Came by the shop with Rylee, but it's*
>          *closed. You okay? Can't get a hold of you*
>          *guys!*

Fighting back tears, Lily LOCKS her phone and tosses it
at the far end of the couch- Doing everything in her
power not to just lose it again.

>                    ATLAS (O.S.)
>          Hey.

Lifting up, Lily mutes the television, finding Atlas with
TAKEOUT BAGS from his own restaurant.

>                    LILY
>          Oh, hey- Didn't hear you come in.

Setting the food on the coffee table, Atlas sits beside
her.

>                    ATLAS
>          I wasn't sure what to make you, so... I
>          just went with a few fan favorites.

Opening container after container, Atlas chuckles to
himself- The feast growing so big, it's a little absurd-

>                    ATLAS (CONT'D)
>          We honestly don't have to eat all of
>          this, I just- Got excited, I- Haven't had
>          anyone over for dinner in a long time.

These words linger in the air, Atlas realizes he's said
too much. Seeing him avoiding her stare, Lily grabs a
truffle fry and chews it thoughtfully. Then-

>                    LILY
>          So... are you... not dating Cassie
>          anymore, or...?

Atlas sighs, staring at her... gauging what to say. *It's*
*strange.* Mostly because it isn't strange at all. Being on
a couch with Atlas again. *Ellen in the background.*
Finally-

>                    ATLAS
>          There is no Cassie, there never was.

Shocked, Lily's jaw drops. After a very stunned SILENCE-

                                    WAYFARER_000129363

102.

                         LILY
              You... lied to me? Why did you lie to me?

                         ATLAS
              You were with someone.

                         LILY
              Barely. Ryle and I weren't- We didn't...

She falls SILENT, fighting back tears. With grace and
calm-

                         ATLAS
              I said what I needed to say. Because I
              didn't know how serious you were, and you
              looked really happy that night. And that
              is all I've ever wanted for you.

With a sigh, Atlas stares at the **HEART** on her collar
bone, ***the bite mark there*** - deeply regretting his lie.

                         ATLAS (CONT'D)
              So... what happens next?

Wiping the tears from her face, Lily takes a moment to
really check in with her own inner wisdom.

                         LILY
              ... I have a lot to work through. And. It
              wouldn't be fair to you, to us, to drag
              you through all my shit, I care about you
              too much.

Nodding, knowing she's right, it's Atlas now who is
fighting back tears.

                         LILY (CONT'D)
              I just... wish our paths had crossed a
              little sooner.

Hearing this, Atlas looks at Lily with so much love and
emotion, he offers a quiet confession-

                         ATLAS
              I never told you, but... the night I
              first broke into that old house... I
              didn't go in there because I needed a
              place to stay.

                         LILY
              ... Why did you?

                         ATLAS
              ... I went in there to kill myself.

CONFIDENTIAL                                          WAYFARER_000129364

103.

Having never heard this before, Lily sucks in a breath.

>                    ATLAS (CONT'D)
>           I remember I was sitting on the living
>           room floor... with a razor blade to my
>           wrist. And right when I was about to use
>           it, your bedroom light went on.

CLOSE ON ATLAS. Remembering it like it was yesterday.

>                    ATLAS (CONT'D)
>           I could see you, just barely through the
>           curtains of your window... They sorta
>           filtered you in a way that made you look
>           like an angel somehow. And. I decided not
>           to do it. The very next day, you knocked
>           on the door. And left me some food.
>                      (pointedly)
>           You saved my life, Lily... And I would do
>           anything to return the favor.

The two stare at one another, wanting to reach out, to
hold each other... to feel that familiar warmth again.
But they know they cannot. Should not. Must not.

>                    ATLAS (CONT'D)
>           I love you, Lily. *I never stopped.*

The **MUSIC BOX** *("Lily and Atlas' Theme)* playing faintly in
the background, one last time. The MUSIC UNDERSCORING as-


**INT/EXT. ATLAS' TRUCK / BOSTON GAS STATION – MORNING**

-The next morning, Atlas pulls up next to Lily's car,
left at the gas station- The two lingering inside his
truck- Neither of them wanting to say goodbye.

>                    ATLAS
>           If you ever need me, I want you to call
>           me. But only if it's an emergency. I'm
>           not capable of being casual with you.

Atlas reaches out and takes Lily's hand...

>                    ATLAS (CONT'D)
>           In the future... if by some miracle you
>           ever find yourself in the position to
>           fall in love again. Fall in love with me.

Tears free falling now, Lily simply nods...

CONFIDENTIAL                                                    WAYFARER_000129365

                          ATLAS (CONT'D)
                You're still my favorite person. Always
                will be.

With one last look goodbye, Lily climbs out of his truck
and watching as Atlas drives away and out of sight. The
**MUSIC BOX** playing... all the way to the final note.

                                        SMASH TO:


**INT. LILY BLOOMS STORE - DAY**

The shop closed, we find Lily and Allysa sitting at the
back of the store- Lily having just told her everything-

                          ALLYSA
                Oh, Lily.

Allysa falls quiet for a moment. Shaken to her core. Then-

                          ALLYSA (CONT'D)
                I know Ryle's been through a lot, but...
                I didn't know he was capable of this.

Her mind spinning, trying to make sense of it- Tears
welling in her eyes-

                          ALLYSA (CONT'D)
                Has he... ever told you about Emerson?

Surprised, Lily shakes her head. Allysa's voice quaking
with grief as she continues-

                          ALLYSA (CONT'D)
                I'm not trying to make any excuses...
                what he's done is inexcusable, I just...
                I think you deserve to know that...
                     (OFF LILY)
                I've watched him, my entire life, I've
                seen how afraid he's been to open his
                heart to anyone, ever since we were kids.
                He's been dying inside, Lily. Little by
                little. Until he met you.

                          LILY
                     (softly)
                ... What happened? What happened to
                Emerson?

A beat- Tears running down her face-

                        ALLYSA
              Our dad... he used to have a gun. And.
              One day. Ryle and Emerson were... they
              playing in the house... pretending to be
              cowboys. And. They found it.

CLOSE ON LILY. Struck with horror. When-

                        ALLYSA (CONT'D)
              Ryle was only six years old and... he
              didn't even know he was holding a real
              gun... it thought it was just pretend...
              until it was too late.

Allysa breaks down. Haunted by what she is about to utter-

                        ALLYSA (CONT'D)
              Ryle shot him. Emerson. His best friend.
              His big brother. And... he's never been
              the same since.

With great compassion, Lily grabs Allysa's hands as she
continues to weep- Barely able to speak-

                        ALLYSA (CONT'D)
              My brother loves you... he loves you so
              much, Lily... You have changed his entire
              life, you've made him someone that I
              never thought he could be.
                   (OFF LILY)
              As his sister, I wish more than anything
              that you could find a way to forgive him.
              But as your best friend... I have to tell
              you that if you take him back... I will
              never speak to you again.

It takes a moment for her words to register, but when
they do, Lily starts sobbing- These two women wrapping
their arms around each other and weeping
uncontrollably... over the mutual unending love and
unspeakable anger they both have for Ryle in this moment.

**INT. RYLE'S BUILDING, TOP FLOOR HALLWAY - DUSK**

DING! The elevator door opens- Revealing Lily and Allysa.
They both step out into the hallway. Lily staring at
Ryle's front door.

                        ALLYSA
              Want me to come with you?

                        LILY
              No, thank you, it's okay.

                    ALLYSA
          I'm right next door if you need me.

With one last hug-

                    LILY
          You're the best friend I've ever had.

                    ALLYSA
          I'll be an even better auntie.

Grabbing her hands.

                    ALLYSA (CONT'D)
          You got this.

Gathering her courage, Lily opens Ryle's front door and-


**INT. RYLE'S LOFT, LIVING ROOM - DUSK**

-Steps inside, alone. Finding the place to be a complete
wreck. *Ryle clearly tore the place apart after she left.*

                    LILY
          Ryle? You home?

SILENCE. Lily's thoughtful gaze lifting upward... having
an idea where he might be.


**EXT. BOSTON LUXURY BUILDING, ROOFTOP - DUSK**

Escaping onto the rooftop, Lily finds Ryle, across the
way, his back to her, staring out at the sunset.

                    LILY
          ... I told your sister what happened.

Ryle seems surprised to hear Lily's voice. But he doesn't
turn around. Approaching him carefully, Lily stands
beside him, watching the sky turn to pink, purple, gold.

                    LILY (CONT'D)
          And then... she told me about Emerson.

SILENCE. Ryle letting out a soft exhale. Exposed.
Vulnerable. Nowhere to hide. Finally, he turns to Lily-
Tears running down his face- Softly- Simply-

                    RYLE
          Most days I'm fine. But... every now and
          again... I just... get triggered. And
          when *that* happens...
                    (MORE)

107.

                    RYLE (CONT'D)
          I get so angry that I... black out.
                    (voice quivering)
          I don't remember hitting you after I
          burned my hand. I don't remember pushing
          you down the stairs. But... I know that I
          did. I know it was me.

SILENCE. Lily gathering her strength. Readying to distill
her own Naked Truth. Finally- With grace and dignity-

                    LILY
          ... I'm sorry your childhood has affected
          you the way it has... and I'm sorry you
          can't handle that I had a childhood
          boyfriend who still exists... but nothing
          you've gone through and nothing I do
          gives you the right to lay one fucking
          finger on me...

Accepting every word, Ryle takes a heavy seat on one of
the loungers, still looking out at the horizon. Finally-

                    RYLE
          You're right.
                    (a heavy beat)
          I'm sorry... I'm so sorry.

SILENCE. A complicated silence. Then. Lily takes a heavy
seat next to him. After a beat- Quietly-

                    LILY
          I'm pregnant.

Bewildered by this news, Ryle lifts up to sitting. Then-

                    RYLE
          Lily...

Reaching out, he gently pulls Lily close. The pain of his
touch rippling through her. But she doesn't push him
away. She still loves him, after all, despite everything.

                    RYLE (CONT'D)
          Please...

He presses his lips desperately to hers. When she doesn't
push him away, his mouth comes back a second time. When
their lips meet a third time, they don't leave.

                    RYLE (CONT'D)
          One more try, that's all I'm asking.

Looking tired, and in need of his touch, Lily gives in.
Knowing it's so wrong and so good and so painful.

                                    WAYFARER_000129369

                                       RYLE (CONT'D)
           I love you.

Passionately, his hand gently wraps in her hair and in an instant, she's transferred back to that night.

**FLASH OF MEMORY:** Lily in the kitchen, his hand tugging at her hair.

BACK TO SCENE- ON THE ROOF- Ryle sweetly grabs her hand-

**FLASH OF MEMORY:** Ryle pins Lily's wrists against the couch.

BACK TO SCENE- ON THE ROOF- Ryle presses his lips against hers.

**FLASH OF MEMORY:** Ryle bites her HEART TATTOO...

BACK TO SCENE- ON THE ROOF- Lily becomes unresponsive. Ryle feeling her freeze, he pulls back. And she doesn't even have to say anything. Her eyes tell him that she can no longer stand being touched by him. His eyes tell her... *that he knows.*

WE HOLD HERE IN THIS MOMENT. As the sun sets in the sky. The light fading on their love. In the very place it first began. Right there. On a roof in Boston...

MUSIC RISES. **"REVERIE"** by Isaac Gracie. The song from our opening. And for the first time. We finally hear the beautiful lyrics wash over us as- **LILY'S NINE MONTHS OF PREGNANCY PROGRESSES:**

**INT. RYLE'S LOFT (VARIOUS) - DAY**

Somberly, Ryle watches as Lily packs her things. Allysa and Marshall helping her move out.

                          ISAAC GRACIE (V.O.)
           HEY BABE / WHAT DO YOU EXPECT ME TO SAY?
           / I COULD TELL YOU THAT I'M DOING GREAT /
           BUT DARLING, I'M JUST NOT OKAY

Alone in the KITCHEN, we catch Lily clipping that **NAPKIN** from the fridge - and she places it in her pocket.

**INT. LILY'S BOSTON TWO BEDROOM (VARIOUS) - DAY**

Unloading her boxes, Lily gets settled in her new place. Putting all her HOUSE PLANTS where they have access to the sunlight. A metaphor. *For her deep need to heal.*

>                    ISAAC GRACIE (V.O.)
>          HEY BABE / WHY DID WE THROW IT AWAY?

**INT. RYLE'S LOFT (VARIOUS) - DAY AND NIGHT**

Meanwhile, Ryle suffers the emptiness of his loft.
Missing Lily with his whole heart. Filled with deep
regret. He tries to call her, again and again, but she
doesn't answer.

>                    ISAAC GRACIE (V.O.)
>          WITHOUT YOU I JUST AIN'T THE SAME / AND
>          DARLING, I'M JUST NOT OKAY

**INT. LILY'S BOSTON TWO BEDROOM, NURSERY - DAY**

Little by little, Lily transforms the second bedroom into
a nursery- **Her BABY BUMP growing as time passes-** She
paints a GARDEN MURAL on the wall with the help of Allysa-

>                    ISAAC GRACIE (V.O.)
>          HEY BABE / I'VE BEEN PUTTING ON MY
>          BRAVEST FACE

**INT. BOSTON HOSPITAL, ULTRASOUND ROOM - DAY**

Getting an ultrasound, Lily can see on the screen that
her BABY is going to be a GIRL.

>                    ISAAC GRACIE (V.O.)
>          JUST LOOKING FOR WAYS TO REPLACE YOU /
>          AND DARLING, I'M JUST NOT OKAY

**EXT. BOSTON PARK - DAY**

As the **MUSIC FADES...** We find Lily and Jenny taking a
little walk together. Lily NINE MONTHS PREGNANT.

>                    JENNY
>          The house finally sold.

>                    LILY
>          Good-god, that took long enough. Where
>          are you moving?

>                    JENNY
>          Well...

Jenny takes a seat on a bench near a duck pond, Lily
joining her.

                    JENNY (CONT'D)
          No one wants their mom living around the
          corner, but... if you need the help, I'm
          gonna wanna get my hands on that baby as
          much as possible.

                    LILY
               (deeply touched)
          I'd really love that.

                    JENNY

          Me too.

Jenny swallows back tears, squeezing Lily's hand. Then-

                    JENNY (CONT'D)
          How's Ryle?

                    LILY
          ... I don't know, I don't see him that
          much. I mean. He's offered to help with
          everything, but... I'm afraid if I spend
          too much time with him... I might change
          my mind. I guess... I understand you more
          now than I ever have.

Hearing this, Jenny locks eyes with her daughter. That
**UNSPOKEN TRUTH** dangling between them again. Typically,
Jenny would seize up and change the subject. But... with
a granddaughter on the way, something in her has shifted.
And. She finally embraces the TRUTH.

                    JENNY
          ... The first time your father hit me, he
          was so sorry, right away, he swore it
          would never happen again. The second
          time, he was even more sorry. The third
          time... I was already losing sight of
          what was "normal."

Shaking her head, at a loss-

                    JENNY (CONT'D)
          And I... actually convinced myself that
          it was better for you if I stayed. But
          all I was teaching you was the wrong
          definition of what love is... And I'm
          sorry for that.

ON LILY. So struck by this conversation, she softly
confesses-

                               LILY
I used to pity you. Wondering why the
hell you stayed. Why you made excuses.
How you even got to that point... It
never made any sense to me. But now I
understand that... you were fighting for
the version of him that you fell in love
with. The one that was good.

So touched Lily understands, Jenny begins to cry, Lily
holding her tightly. Barely audible-

                             JENNY
He was so gentle when we met... he was
kind. I'm so sorry...

OFF LILY. Finally fully forgiving her mother. *For good.*

**INT. LILY'S BOSTON TWO BEDROOM, KITCHEN - NIGHT**

That night, we find Lily in the kitchen alone, drinking
tea, her eyes on that damn NAPKIN. Pinned to her fridge.
Then. With a sigh, she grabs her phone and... stares at
all the MISSED CALLS from Ryle over the last few months.

**INT. MASSACHUSETTS GENERAL, RYLE'S OFFICE - NIGHT**

Working late in his office, Ryle grabs his RINGING phone,
surprised to see "LILY" on the caller ID. Answering-

                             LILY (V.O.)
I hope I didn't wake you up, I know it's
late.

**INTERCUT RYLE'S OFFICE AND LILY'S KITCHEN-**

                             RYLE
No, it's fine- I'm still at the office.

SILENCE. Neither knowing what to say.

                             RYLE (CONT'D)
Everything alright?

                             LILY
We might having the laziest baby in all
of history.

                             RYLE
Yeah?

WAYFARER_000129373

                         LILY
              Yeah- She only kicks, like, once a day,
              but it's only like- *Meh.*

Chuckling, Ryle leans back in his office chair, so
grateful to be talking with Lily.

                         RYLE
              I'm sure she's just fine. What about you?
              You okay, you need anything?

Lily wants to say, ***"I need you."*** But- Instead-

                         LILY
              I had a crib delivered today, but- It's
              one of those assembly jobs that might
              require someone who can- Ya know- Bend at
              the knees without toppling over.

Hope flashing in his eyes, Ryle leans forward-

                         RYLE
              You want my help? I can drop by first
              thing in the morning before work.

OFF LILY. Suffering a wave of complicated emotion, when-
**PRE-LAP:** DING-DONG!


**INT. LILY'S BOSTON ONE BEDROOM, FOYER - MORNING**

Approaching the door, Lily takes in a deep breath and-
Opens it- REVEALING Ryle holding flowers. *And dammit.*
He's wearing scrubs. He looks absolutely perfect.

                         RYLE
              Sorry, I... didn't want to show up empty
              handed.

He offers the flowers, Lily accepting them.

                         LILY
              The nursery's right back there.

Entering, Ryle looks nervous. They both do. Like
teenagers on their very first date. Stomachs in knots.

                         LILY (CONT'D)
              Something to drink?

                         RYLE
              Water, thank you.

**INT. LILY'S BOSTON TWO BEDROOM, KITCHEN - MORNING**

Escaping into the kitchen, pressing her back against the wall, panting against every imaginable emotion. Wanting to run to him, to feel his embrace. *It would be so easy.*

Pressing a fist against her mouth, she swallows back a silent scream, keeping the full weight of her confusing grief bottled. Then- From the other side of the apartment-

> RYLE (O.S.)
> You still have that toolbox of yours?

Forcing a "cherry" voice- As if all is well-

> LILY
> Yeah- Be right there.

**INT. LILY'S BOSTON TWO BEDROOM, NURSERY - MORNING**

The crib nearly assembled, we find Ryle on the ground, tightening the screws with care. Lily watching him from a rocking chair. Searching for "chit-chat"-

> RYLE
> Allysa told me about the mural.

Lily looks to the GARDEN MURAL that she and Allysa painted on the wall- Complete with almost every single fruit and vegetable that can grow in a home garden.

> RYLE (CONT'D)
> I didn't know you could paint like that.

> LILY
> I can't. But it is amazing what you can
> do with a projector and some--

Suddenly, Lily's GASPS. Her hands moving to her stomach.

> LILY (CONT'D)
> Oh my God! There she goes!

> RYLE
> Really? Right now?

Crawling on all fours, Ryle plants himself at Lily's feet- Lily immediately grabbing his hands and placing them on her stomach without even thinking. They're both quiet for a moment, both waiting for it to happen again.

> RYLE (CONT'D)
> I don't feel anything.

WAYFARER_000129375

114.

                    LILY
          She's lazy, I told you, give it a minute.

They wait, a couple beats more- When- Both of their eyes
alight with another kick- Causing them both to chuckle-

                    LILY (CONT'D)
          You see- You see how she's all like- *Meh.*

                    RYLE
          Might not have a soccer player on our
          hands, but- We'll still keep her.

As their smiles fade a bit, both suddenly feeling the
familiar comfort and complication of this moment.
Respectfully, Ryle pulls back his hand. Yet. He remains
at her feet. As if dutifully surrendering to his Queen.

                    RYLE (CONT'D)
          Naked truth?

CLOSE ON LILY. Nervous by this conversation.

                    LILY
          You go first.

                    RYLE
          ... I don't know what you want from me.
          What role you want me to have. I'm trying
          to give you all the space you need, but
          at the same time I want to help more than
          you possibly know. I want to be in our
          baby's life. I want to be your husband
          and I want to be good at it. But I have
          no idea what's going through your head.
          Okay. Now you go.

                    LILY
          ... I don't want to keep you from your
          child. But. What kind of mother would I
          be if I didn't have concern for the way
          you lose control? How do I know something
          won't set you off while you're alone with
          this baby?

Agony flooding his eyes- Adamantly-

                    RYLE
          I would never.

                    LILY
          Just like you *never intentionally* meant
          to hurt me?

CONFIDENTIAL                                          WAYFARER_000129376

With a sigh- Filled with shame- Shaking his head-

                    RYLE
          You are my wife... I'm supposed to be the
          one who protects you from the monsters,
          I'm not supposed to be one...

Ryle falls SILENT. Like a little boy reduced to a shell
of shame. Seeing this... Lily's shoulders soften.

                    LILY
          Remember what you said to me on the roof
          that first night? You said, "There is no
          such thing as bad people. We're all just
          people... who sometimes do bad things."
                    (OFF RYLE, extremely simply)
          I don't believe you're a monster. But I
          do think you could become one, if the
          people around you, the ones who love you
          the most, keep looking the other way...
          pretending like you don't need help.

With a sigh, Ryle flops on his back, staring at the
ceiling. Then- Simply- Almost afraid to ask-

                    RYLE
          ... What about us?
                    (no reply)
          If I do everything you ask... is there
          still a chance that... you'd take me
          back?

                    LILY
          ... Right now my only priority is having
          this baby. I don't want to add any more
          stress or confusion on top of everything
          that's already happening.

                    RYLE
          One monumental, life-changing thing at a
          time. Got it.

Ryle makes his way to his feet. Pushing the crib against
the wall and placing the mattress on top. It's finished.

                    RYLE (CONT'D)
          I should get to work.

Lily tries to push herself out of the rocking chair, but
struggles- Ryle reaching for her hand to help her up.

Once she's standing, Ryle doesn't immediately release her
hand. The two only a few inches apart.

CONFIDENTIAL

116.

With a sigh, Lily presses her forehead against his chest and closes her eyes. His cheek meets the top of her head and they stand completely still, neither wanting to move. Then-

> LILY
> Can you promise me something? Until this baby comes, and I make my final decision... please don't try to talk me into forgiving you. And please don't try to kiss me. It's... very confusing.

She pulls from his chest and looks at him. Softly-

> RYLE
> Promise.

Lily smiles, relieved. Ryle releasing her hands.

> RYLE (CONT'D)
> Check on you later?

> LILY
> 'Kay.

And with that, Ryle takes his leave, Lily remaining in the nursery. Her gaze falling on the GARDEN MURAL. A metaphoric reflection of all the life can spring from one small seed. And it gives her a sense of hope.


**INT. LILY BLOOMS STORE - DAY**

Entering her beloved store, Lily is immediately greeted by LUCY, 20s, a plucky little florist that's been watching the shop in her stead.

> LUCY
> Lily! I'm so glad you popped in today- Quick question- Our order of red roses was damaged in shipment, but we've got the Levenberg funeral today and they specifically wanted red roses for the casket spray- Do we have a backup plan?

Heading toward the office-

> LILY
> Call the florist on Broadway, they owe me a favor.

> LUCY
> Okay, thanks!

-But before Lily enters her office- WATER trickles down
her legs. Confused, she stares down at the PUDDLE on the
floor- Lucy still cluelessly firing off another question.

>                    LUCY (O.S.) (CONT'D)
>           And- About these invoices. Did you want
>           me to pay them today or wait?

OFF LILY- Staring at the **WATER PUDDLE**, finally
registering what it is, right as we-

### INT. MASSACHUSETTS GENERAL, LILY'S ROOM - NIGHT

-Find Lily in the middle of intense labor- Ryle entering,
wearing his scrubs, having just run from another side of
the hospital, leaving his workday early- Bursting with
nerves and excitement- Taking his place at Lily's side.

IN A SERIES OF QUICK CUTS- In a blur of pain and HEAVY
BREATHING- Lily squeezing Ryle's hand with every push-

>                    DOCTOR
>           The head is almost out- Just a few more
>           pushes!

PUSH and SQUEEZE and SWEAT and SCREAM-

>                    RYLE
>           There she is... she's here...

Lily opens her eyes, the doctor holding her up.

**FROM LILY'S POV-** We can only make out the outline of her,
because Lily's eyes are full of too many tears.

**BACK TO SCENE-** Just as- The BABY GIRL is placed on Lily's
chest, the absolute greatest moment of her life- As Ryle
cuts the umbilical cord...

**LATER-** We find the INFANT CHILD on Lily's chest again,
but now she's been cleaned and swaddled in a blanket.
Lily and Ryle can do nothing but stare at her.

>                    LILY
>           Look. She's trying to open her eyes.

>                    RYLE
>           Hi, Baby. It's us. It's Mommy and Daddy.

The BABY yawns and Lily and Ryle both smile at each
other, having just fallen even more in love with her. In
the QUIET that follows, the last NURSE leaves the room
and they're finally alone.

CONFIDENTIAL                                          WAYFARER_000129379

118.

                              LILY
                    Here.

Lily hands the little bundle over, Lily laying her head
on Ryle's shoulder. The two still staring at their child.
Then- In a whisper-

                              RYLE
                    Naked truth? She's so much prettier than
                    Allysa and Marshall's baby.

The two laugh- Lily elbowing him.

                              RYLE (CONT'D)
                    Kidding, kidding.
                         (a beat)
                    What do you want to call her?

                              LILY
                    I was thinking we could... name her after
                    your brother.

In shock, Ryle tilts his head toward Lily. Barely audible-

                              RYLE
                    *Emerson?*

Nodding- Softly-

                              LILY
                    We could call her Emma. Or Emmy.
                         (OFF RYLE)
                    What do you think?

                              RYLE
                    ... It's perfect.

Touched, he leans down and kisses EMMY on her forehead.
After a beat, Lily pulls away from his shoulder so she
can watch him hold her. It's a beautiful thing. Seeing
Ryle's face. As if he would do anything to protect her.

**Seeing this- Lily finally forms her decision.**

                              LILY
                    Ryle?
                         (plainly, kindly)
                    I want a divorce.

Her words hitting him like voltage, he winces and looks
back down at the baby, his shoulders hunched forward.

                              RYLE
                    ... Please don't do this.

                                          WAYFARER_000129380

> LILY
> ... I'm not making this decision for you
> or for me. *I'm doing it for her.*
>> (a beat, simply)
> What would you do? If one of these days,
> this little girl looks up at you and
> says, "My boyfriend hit me." What would
> you say to her?

He pulls Emmy to his chest and buries his face against
the top of her blanket, unable to speak. Gently-

> LILY (CONT'D)
> What if she came to you and said, "Daddy?
> My husband pushed me down the stairs. But
> he said it was an accident.

Ryle's shoulders begin to shake, and for the first time
since the day they met, he has TEARS. Real tears that
rush down his cheeks as he holds his daughter tightly.

Lily is now crying, too, but she keeps going.

> LILY (CONT'D)
> What if... she came to you and said, "My
> husband held me down while I begged him
> to stop. But he swears he'll never do it
> again. What should I do?"

Kissing the baby's forehead, Ryle weeps.

> LILY (CONT'D)
> Tell me. I need to know what you would
> say to our daughter if the person she
> loves, ever hurts her.

A sob breaks from his chest. As he offers the most Naked
Truth he could ever possibly muster...

> RYLE
> I would beg her... to leave him.

He leans toward Lily and wraps an arm around her. His
mouth moving to Lily's ear as he cradles his wife and
daughter close to his chest.

> RYLE (CONT'D)
> And I would beg her never to go back.
> *She's worth so much more.*

With that, they both become a sobbing mess of tears and
broken hearts and shattered dreams. Holding each other.
Holding their daughter.

CONFIDENTIAL

120.

Then. Ryle hands the baby back to Lily and wipes his eyes. He stands up, still crying. Still trying to catch his breath.

He points toward the hallway, letting Lily know he needs to go gather himself. He's sadder than we've ever seen him as he walks toward the door and opens it, pausing, turning to LOCK EYES WITH LILY... as if to thank her for doing what he could never do. And then. He's gone.

Left alone in SILENCE, Lily stares upon the bundle in her arms, her flesh and blood, her baby girl.

                            LILY
             It stops here. With you and me.

Leaning in, she kisses Emmy and offers her a very quiet promise... a secret whisper only the walls can hear...

                         LILY (CONT'D)
             *It ends with us...*

**EXT. MAINE TWO-LANE HIGHWAY - EARLY MORNING**

Swooping along a two-lane highway, we find Lily's car-

**INT/EXT. LILY'S CAR (MOVING) - EARLY MORNING**

-As she makes another pilgrimage back to her hometown. BABY EMMY in the back. Sucking on her pacifier.

**EXT. LILY'S MAINE HOME, DRIVEWAY - DAY**

With Baby Emmy strapped to her torso, Lily surveys her childhood home. Preparing to say goodbye forever. Then-

**EXT. LILY'S MAINE HOME, BACKYARD - DAY**

-She circles to the backyard. Her eyes gazing upon the OLD CONDEMNED HOUSE next door. Reminded of Atlas, she smiles lightly to herself. And then... her eyes fall to... the **MIGHTY OAK TREE** across the lawn. Standing tall, sturdy and strong. And. It gifts Lily the courage to-

**EXT. CEMETERY, ANDREW BLOOMS RESTING PLACE - DAY**

-Visit her father's grave for the very first time. Baby
Emmy still strapped to her torso, she pulls the **NAPKIN**
from her HOODIE JACKET... and we get the slightest
glimpse that... ***she's finally finished the list.***

Her voice shaking. Her lip quivering. Lily begins to
speak to her father.

>                    LILY
>          In a perfect world... it really shouldn't
>          take long for anyone to come up with five
>          nice things to say about their dad...
>          but... that's not the world we live in.
>                 (a painful beat)
>          There was a version of you that Mom was
>          always fighting for... Whatever was going
>          on inside you, whatever *help* you needed
>          to become that person all the time... I
>          do wish you'd known how to ask for it.

With that, Lily bends over and places the **NAPKIN** near the
headstone. And. Then. Summoning the kind of strength and
surrender that is so rare, so powerful, it's cosmic-

She straightens up. And. Walks away. Head held high.
Shoulders squared. Not looking back-

**MUSIC RISING**- UNDERSCORING AS WE-

>                                        FADE TO:

**EXT. BOYLSTON STREET (VARIOUS) - DAY**

Lily. Five years older. Five years wiser. Pushing a
stroller through the crowds of Boylston Street on a
bright, sunny day. Inside, we find little **EMMY**, now 5,
looking happy and healthy.

Rounding the corner, Lily spots Ryle near his car- His
face lighting up when he sees them approaching.

>                    EMMY
>          Daddy, guess what?

>                    RYLE
>          Oh-my-goodness- *What?*

He kneels down and begins to unstrap Emmy.

WAYFARER_000129383

       EMMY
    I grew six whole inches- Mommy marked it
    on her wall!

Ryle glances up at Lily who whispers-

       LILY
    *Centimeters.*

       RYLE
    Wow! What a big girl you are!

Lifting Emmy from her stroller into his arms- To Lily-

       RYLE (CONT'D)
    Did you get my email?

       LILY
    Yeah, about the playpen recall?

Lily collapses the stroller and- Ryle pops open his trunk-
Loading it into his car with one hand, still cradling
Emmy with the other- Lily and Ryle working as a team in a
way you wouldn't think possible. But here they are.

       RYLE
    Didn't we buy one of those for her?

       LILY
    Yeah, but it broke like a month ago. I
    threw it in the dumpster.

Touching Emmy's chin with his fingers-

       RYLE
    Did you hear that, Emmy? Your mommy saved
    your life.

Emmy just laughs. Ryle kisses her forehead sweetly. Lily
watching them fondly. Assured that, despite it all...
***Ryle is a really good dad.***

       LILY
    Okay, honey- Give me one last kiss.

Lily leans over, Emmy kisses her on the mouth. To Ryle-

       LILY (CONT'D)
    Have a good weekend.

       RYLE
    See ya Monday.

CONFIDENTIAL

123.

Rounding his car, Ryle takes to buckling Emmy in the backseat- Lily turning and heading back the way she came...

Finding herself pensively strolling through Boylston Street with a grin on her face. Taking in all the beauty.

The sunlight through the trees.

A STREET PERFORMER creating GIANT BUBBLES with two sticks and a rope.

The bustling flower market.

A BUSKER playing his guitar and singing passionately.

And from all this glorious poetry in motion... Lily spots someone in the crowd.

A familiar face.

**Atlas.**

He hasn't seen her yet. But he can *feel* her stare. His gaze finding hers within the sea of people.

The two LOCKS EYES. As they did for the first time many years ago. All too naturally enjoying an unexplainable feeling of *home.* No matter the short distance between them.

ON ATLAS. As a remarkable grin spreads wide on his lips.

ON LILY. Smiling back. Looking more free and assured than we have ever seen her. Eyes void of all fear.

Strong...

And sturdy...

*A mighty oak tree...*

Ready to dare to love again.

                                        **BLACKOUT.**

                                        **CREDITS.**