# Exhibit 49

SUBSCRIBE 

**This week's Puzzler crossword is here! Can you solve it? Play now!**

# Blake Lively Says 'Nobody Knows' Ryan Reynolds Wrote a Scene in *It Ends With Us* as Screenwriter Weighs In (Exclusive)

The film's writer Christy Hall tells PEOPLE of the changes she spotted: "If those flourishes came from Ryan, I think that's wonderful"

By **Benjamin VanHoose** and **Julia Moore**   Published on August 8, 2024 05:49PM EDT

💬 LEAVE A COMMENT



The Rewind: 'Sex and the City' Post-It Breakup     CLOSE

SKIP TO CONTENT

CONFIDENTIAL                                                                                              WAYFARER_000142463

SUBSCRIBE

**This week's Puzzler crossword is here! Can you solve it? Play now!**



**Blake Lively in "It Ends With Us".**
Credit : Nicole Rivelli/SONY PICTURES

[Blake Lively](#) says husband [Ryan Reynolds](#) had a hand in some of the dialogue in *It Ends With Us* —something even the movie's screenwriter wasn't aware of!

Lively, the star and producer of the film, told [E! News](#) at the New York City premiere on Aug. 6, "The iconic rooftop scene, my husband actually wrote it. Nobody knows that but you n…

The actress, who also made a c… *Wolverine*, which he co-wrote, a… everything I do; I work on everyt… are mine and mine are his." Ind… Marvel blockbuster as [Ladypool.](#)

*It Ends With Us* is based on Coll… top scene is early… ustin Baldoni, also the director), and features flirty banter.

SKIP TO CONTENT

The Rewind: 'Sex and the City' Post-It Breakup

Loading ad

CONFIDENTIAL                                                    WAYFARER_000142464

SUBSCRIBE

**This week's Puzzler crossword is here! Can you solve it? Play now!**

"My first attempt at that scene, I really tried to just honor what Colleen wrote, almost word for word," says Hall. "I really, really tried because I just think that she did it best. What's tricky about that scene is it's long."

**RELATED:** Blake Lively Explains Why Bringing Ryan Reynolds as Her Red Carpet Date Is 'Like Homecoming Sophomore Year'



**Blake Lively and Ryan Reynolds on Aug. 6,**
Credit: Cindy Ord/Getty

"I am very proud of my work, an
honored in that scene are prese
Colleen did it best. She did it firs
scene is a really beautiful reflect

SKIP TO CONTENT

The Rewind: 'Sex and the City' Post-It Breakup

CONFIDENTIAL                                                                                                                     WAYFARER_000142465

SUBSCRIBE

**This week's Puzzler crossword is here! Can you solve it? Play now!**

the maraschino cherries. When I saw a cut I was like, 'Oh, that's cute. That must have been a cute improvised thing.' So if I'm being told that Ryan wrote that, then great, how wonderful."

"There were a few little flourishes that I did not write, but I assumed that they had been improvised on set. But, again, like I said, the moments that I felt like needed to be honored are there. So I recognize the scene and I'm proud of the scene. And if those flourishes came from Ryan, I think that's wonderful."



Blake Lively and Justin Baldoni in 'It Ends w...
Credit: Nicole Rivelli/Sony Pictures Entertainme...

The Rewind: 'Sex and the City' Post-It Breakup

Never miss a story — sign up f...
...the best of wha...

SKIP TO CONTENT    ...elling human inte... ...

CONFIDENTIAL                                                                                         WAYFARER_000142466

SUBSCRIBE

**This week's Puzzler crossword is here! Can you solve it? Play now!**

"When Atlas is like, 'What song do you want played at your funeral?' [and it's Creed's 'With Arms Wide Open']. I laughed my ass off when I first saw that, because I assumed that was improvised — maybe Ryan Reynolds wrote those lines!"

"I'd be curious to know where that line came from because I loved that moment. We needed some levity, we needed a laugh, and we got it in that moment," Hall says. "That's probably one of the biggest ones that really sticks out to me that I absolutely love."

*It Ends With Us* is in theaters Aug. 9.

LEAVE A COMMENT ↓

Read more:  ENTERTAINMENT    MOVIES    ROMANTIC MOVIES

## You Might Like



The Rewind: 'Sex and the City' Post-It Breakup

SKIP TO CONTENT

CONFIDENTIAL                                          WAYFARER_000142467

SUBSCRIBE

**This week's Puzzler crossword is here! Can you solve it? Play now!**

***Materialists* Director Celine Song Responds to Those Calling the Romance 'Broke Man Propaganda'**

Entertainment • August 12, 2025

**Anne Hathaway Spotted for the First Time with New *Devil Wears Prada* Love Interest Patrick Brammall**

Entertainment • August 06, 2025

The Rewind: 'Sex and the City' Post-It Breakup

SKIP TO CONTENT

subject to our Community [Guidelines]... by readers in our comment sections.

CONFIDENTIAL                                                                                                           WAYFARER_000142468

SUBSCRIBE

This week's Puzzler crossword is here! Can you solve it? Play now!

# Related Articles

**ROMANTIC MOVIES**

*Materialists* Director Celine Song Responds to Those Calling the Romance 'Broke Man Propaganda'

By Tommy McArdle

**ROMANTIC MOVIES**

Anne Hathaway Spotted for the First Time with New *Devil Wears Prada 2* Love Interest Patrick Brammall

By Gabrielle

**ROMANTIC**

The Next for *Regret* Franco

By Sharareh

The Rewind: 'Sex and the City' Post-It Breakup

SKIP TO CONTENT

CONFIDENTIAL                                                                                                   WAYFARER_000142469

SUBSCRIBE

This week's Puzzler crossword is here! Can you solve it? Play now!

Wedding 1997 Dermot Mulroney and Julia Roberts

*My Best Friend's Wedding* Sequel in the Works Nearly 30 Years After Original Julia Roberts Comedy

By Sharareh Drury    10

ROMANTIC MOVIES

Kate Hudson Recreates Iconic *How to Lose a Guy in 10 Days* Moment with Role Model After He Brought Her Onstage for 'Sally'

By Virginia Chamlee

ROMANTIC MOVIES

Dermot Mulroney Says 'There Is Talk' of Making a *My Best Friend's Wedding* Sequel

By Tommy McArdle

ROMANTIC MOVIES

Where Was *My Oxford Year* Filmed? All About the Film's Idyllic English Locations

By Caroline Blair

ROMANTIC MOVIES

*My Oxford* [obscured]
Anna Go [obscured]

By Caroline B[obscured]

The Rewind: 'Sex and the City' Post-It Breakup

SKIP TO CONTENT

CONFIDENTIAL                                                                                                    WAYFARER_000142470

SUBSCRIBE

This week's Puzzler crossword is here! Can you solve it? Play now!

Cary Elwes Celebrates Late Norman Lear's 103rd Birthday, Says He 'Helped Change My Life Forever' on *The Princess Bride*

By Victoria Edel

ROMANTIC MOVIES

Ansel Elgort Reunites with John Green in Indiana to Visit a Special Location from *The Fault in Our Stars*

By Angela Andaloro

ROMANTIC MOVIES

What Is the Movie *Regretting You* About? All About the Next Colleen Hoover Book Being Turned Into a Film

By Emily Blackwood and Nicole Pomarico

CELEBRITY FRIENDSHIPS

Taylor Swift and Blake Lively 'Aren't Speaking' as Fans Speculate About Singer's Song 'Ruin the Friendship' (Source)

By Tommy McArdle            62

ROMANTIC

The Great
Don't Say

By Tom Gliatt

ROMANTIC

Miranda
Contestan

By Jen Junea    The Rewind: 'Sex and the City' Post-It Breakup

SKIP TO CONTENT

CONFIDENTIAL                                                                                    WAYFARER_000142471

SUBSCRIBE

**This week's Puzzler crossword is here! Can you solve it? Play now!**

Cline, The Map ihe Leads to You

Madelyn Cline and KJ Apa Spark a Vacation Romance in *The Map That Leads to You* Trailer

By Jack Smart

CHILDREN & FAMILY MOVIES

*Freakier Friday* Reviews Are In: Lindsay Lohan Is 'Back in Full Force' and Jamie Lee Curtis 'Gets the Laughs'

By Benjamin VanHoose



NEWSLETTERS

Follow Us

NEWS

ROYALS

STYLEWATCH

ut Us

SKIP TO CONTENT



The Rewind: 'Sex and the City' Post-It Breakup

CONFIDENTIAL                                                                WAYFARER_000142472

People SUBSCRIBE 

**This week's Puzzler crossword is here! Can you solve it? Play now!**

### People Inc.

PEOPLE is part of the People Inc. publishing family.



The Rewind: 'Sex and the City' Post-It Breakup

CONFIDENTIAL                                                                                                         WAYFARER_000142473