# Exhibit 54

**Thread Participants:** Henny Grace (Owner); Alex Saks Old #; Justin Baldoni (Owner); J B (Owner)
**Active Participants:** Henny Grace (Owner); Alex Saks Old #
**First Message:** 4/5/2023 5:51:26 PM
**Last Message:** 4/5/2023 6:45:45 PM

---

**Alex Saks Old #**
Tried you back!
4/5/2023 5:51:26 PM

**Henny Grace (Owner)**
Just fyi



[Screenshot of text thread with "Blake":
Henny: "Just hired intimacy coordinator who I LOVE. Will set you up to meet/ FT with her next week for intro"
Blake: "I feel good. I can meet her when we start :) thank you though!"
Today 6:31 PM]

4/5/2023 6:44:38 PM

**Henny Grace (Owner)**
Just wanted to tell you about this- seems she doesn't want to meet intimacy coordinator until we start which may mess up the workflow, but I can still meet with her of course
4/5/2023 6:45:04 PM

**Alex Saks Old #**
That's fine if she doesn't want to meet her now. You'll just have to walk her through what you and Lizzy are thinking
4/5/2023 6:45:35 PM

**Henny Grace (Owner)**
👍
4/5/2023 6:45:45 PM

CONFIDENTIAL                                                                 BALDONI_000018766