# Exhibit 55

| | |
|---|---|
| **From:** | Lizzy Talbot <██████████> |
| **Sent:** | Thu, 4 May 2023 21:16:50 -0400 (EDT) |
| **To:** | Justin Baldoni <██████████> |
| **Cc:** | Jamey Heath <██████████> |
| **Subject:** | Re: Sex scenes |

I want Blake to have Justin's words directly - I've just added some clarification of what the ask is below.
*Taken out grope and put in caress.

If this is ok I'll do it for the rest of the scenes below too!
Thanks,
Lizzy
**Elizabeth Talbot**

**Intimacy Coordinator** | 
██████████

Pronouns: she/they

Elizabeth Talbot
INTIMACY FOR STAGE AND SCREEN

In the Press

On Thu, 4 May 2023 at 20:37, Justin Baldoni <██████████> wrote:

# Please note,

The way these are shot and what is shown will be a collaboration between me and Blake.

First love scene.

**The vision:**
Should be passionate , sexy. Should be choreographed in a way that shows a glimpse into their power dynamic. She's in charge and then he takes over. Two strong personalities coming together as one. In terms of sex and what is shown, we should see two naked bodies in various position but only flattering ones Blake is comfortable with. Her choice. Her on top. Him seated and holding her. Him on top. All sensual and beautiful. No nipple. We should be able to go wide for orientation but the majority of the work should be in close ups and 50/50's. I imagine side boob, and outline of butt in close ups (if she is comfortable ). I am fine showing my butt (female gaze). There will be pelvis movement but no orgasm. No oral sex. Hands should be able to caress various body parts. If Blake is comfortable showing Ryle kissing her belly and then leaving frame for a moment and then staying on her face I think thats something women would like to see but also fine not doing it as I know oral sex was something off limits but wasn't sure about implied oral sex.

**The ask:**
**Action:**
Simulated vaginal sex in variety of positions (missionary, reverse missionary, seated)
Inferred oral sex (off camera) - kissing down body, leaving frame and staying on Blake's face - no orgasm
Hands caressing body (no contact with breasts or groin).
**Nudity:**
Side breast - no nipple
Naked back.
Outline of buttocks.

Vegas

This scene is about friendship. It's a consumption of their marriage and their relationship. Fun, silly, playful. The goal is to choreograph in a way that keeps Blakes clothes on as much as possible. Sex with pelvis movement in positions that work with keeping her dress on. Maybe top of dress slides down and we see some bare back. Dress would be hiked up so may see outline of butt (hard for me to imagine without seeing frame or how dress moves) Hands groping, and I'm okay showing rear as I don't know any other way to make love in an Elvis costume. No nipple. No orgasm. Fun, intimate, innocent.

Fritata -

Morning sex that doesnt happen.
No nudity, tops would be off, kissing around body. They are about to have sex when frittata happens. More about sensuality than sex.

Onsies make out
They come in drunk, making out in onsies. Less about seeing bodies and sex , more about onsies coming off, I'm fine if Blake wants to just take mine off and

we make it playful

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá

Bahá

CONFIDENTIAL

BALDONI_000010364