# Exhibit 57

| | |
|---|---|
| **From:** | Lizzy Talbot < ███ > |
| **Sent:** | Thu, 4 May 2023 23:27:21 -0400 (EDT) |
| **To:** | Justin Baldoni ███ |
| **Cc:** | Jamey Heath < ███ > |
| **Subject:** | Re: Sex scenes |

Hey,

Yep - completely understand. Happy to have whatever conversations required to get clarity so both of you are confident about level of contact during the scenes. It's so hard to do this work tentatively.

We can leave it at "body caressing" and I'll get more details if she and I chat?

Thanks,
Lizzy

> On Thu, May 4, 2023 at 11:23 PM Justin Baldoni ███ wrote:
> Hey one random thought is most sex scenes have some sort of breast touching and they can be used as a way to cover the breast as well , I just worry about this becoming too PG-13 and disappointing the readers. I feel super awkward, even writing that but the book is so much sexier than what we are doing. It may be just worth that conversation of what she's comfortable with versus it actually coming from me ...so I wonder if that should be something that you discussed versus put in writing
>
> "Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá
> Bahá
>
>> On May 4, 2023, at 10:39 PM, Jamey Heath < ███ > wrote:
>>
>> Wonderful!
>>
>> Thank you Lizzy, I appreciate all that you're doing to help us get through all of this!
>> And yes, Creative!!! Can't wait!
>>
>> Jamey.
>> Hope you get some rest!
>>
>>> On May 4, 2023, at 10:25 PM, Lizzy Talbot ███ wrote:
>>>
>>> Great!
>>>
>>> Once we're done with all the legal stuff we can get to the creative part! The choreography for all this will be much more interesting!
>>> Rest well!
>>> Lizzy
>>>
>>>> On Thu, May 4, 2023 at 10:16 PM Jamey Heath < ███ > wrote:
>>>> Lizzy, this looks perfect. Justin, please take a look.
>>>> This is exactly what we need. It serves two purposes. First: Justin, your vision and words are great for Blake to read. And 2nd, Lizzy's clarity is super helpful because they are listed more as a legal doc will include and it's easy to digest.
>>>>
>>>> I'll send in the am!
>>>> Jamey
>>>>
>>>>> On May 4, 2023, at 10:10 PM, Lizzy Talbot ███ wrote:
>>>>>
>>>>> Hey Justin and Jamey
>>>>>
>>>>> Let me know if this works for you - Justin please just check the highlighted sections to see if you agree.
>>>>> Thanks!
>>>>> Lizzy
>>>>>
>>>>> **B42 - First Love Scene**
>>>>> **The Vision:**
>>>>> Should be passionate , sexy. Should be choreographed in a way that shows a glimpse into their power dynamic. She's in charge and then he takes over. Two strong personalities coming together as one. In terms of sex and what is shown, we should see two naked bodies in various position but only flattering ones Blake is comfortable with. Her choice. Her on top. Him seated and holding her. Him on top. All sensual and beautiful. No nipple. We should be able to go wide for orientation but the majority of the work should be in close ups and 50/50's. I imagine side

CONFIDENTIAL
BALDONI_000010377

boob, and outline of butt in close ups (if she is comfortable ). I am fine showing my butt (female gaze). There will be pelvis movement but no orgasm. No oral sex. Hands should be ale to grope various body parts. If Blake is comfortable showing Ryle kissing her belly and then leaving frame for a moment and then staying on her face I think thats something women would like to see but also fine not doing it as I know oral sex was something off limits but wasn't sure about implied oral sex.

**The ask:** (for clarity as per Lizzy)
**Action:**
Simulated vaginal sex in variety of positions (missionary, reverse missionary, seated)
Inferred oral sex (off camera) - kissing down body, leaving frame and staying on Blake's face - no orgasm
Hands caressing body (no contact with breasts or groin).
**Nudity:**
Side breast - no nipple
Naked back.
Outline of buttocks.

--------------------------------

**Sc 50 Onesies make out**
**The Vision:**
They come in drunk, making out in onesies. Less about seeing bodies and sex , more about onesies coming off, I'm fine if Blake wants to just take mine off and we make it playful

**The Ask:**
**Action:**
Inferred oral sex - (off camera) - kissing down body, leaving frame and staying on Blake's face - no orgasm
**Nudity**
Onesie removed to underwear?

--------------------------------

**Sc.51 Morning After - Casserole debacle**
**The Vision:**
Morning sex that doesnt happen.
No nudity, tops would be off, kissing around body. They are about to have sex when frittata happens. More about sensuality than sex.

**The Ask:**
**Action:**
Hands caressing body (no contact with breasts or groin).
**Nudity:**
PJs removed down to underwear?

--------------------------------

**Sc 69 - Vegas:**
**The Vision:**
This scene is about friendship. It's a consumption of their marriage and their relationship. Fun, silly, playful. The goal is to choreograph in a way that keeps Blakes clothes on as much as possible. Sex with pelvis movement in positions that work with keeping her dress on. Maybe top of dress slides down and we see some bare back. Dress would be hiked up so may see outline of butt (hard for me to imagine without seeing frame or how dress moves) Hands caressing, and I'm okay showing rear as I don't know any other way to make love in an Elvis costume. No nipple. No orgasm. Fun, intimate, innocent.

**The Ask:** (for clarity as per Lizzy)
**Action:**
Simulated vaginal sex in variety of positions (missionary, reverse missionary, seated)
Hands caressing body (no contact with breasts or groin).
**Nudity:**
Side breast - no nipple
Naked back.
Outline of buttocks.

Thanks!
Lizzy

**Elizabeth Talbot**
Intimacy Coordinator |
Pronouns: she/they


Elizabeth Talbot
INTIMACY FOR STAGE AND SCREEN

In the Press

On Thu, 4 May 2023 at 20:37, Justin Baldoni < ​ > wrote:

## Please note,

The way these are shot and what is shown will be a collaboration between me and Blake.

First love scene.
Should be passionate , sexy. Should be choreographed in a way that shows a glimpse into their power dynamic. She's in charge and then he takes over. Two strong personalities coming together as one. In terms of sex and what is shown, we should see two naked bodies in various position but only flattering ones Blake is comfortable with. Her choice. Her on top. Him seated and holding her. Him on top. All sensual and beautiful. No nipple. We should be able to go wide for orientation but the majority of the work should be in close ups and 50/50's. I imagine side

boob, and outline of butt in close ups (if she is comfortable ). I am fine showing my butt (female gaze). There will be pelvis movement but no orgasm. No oral sex. Hands should be ale to grope various body parts. If Blake is comfortable showing Ryle kissing her belly and then leaving frame for a moment and then staying on her face I think thats something women would like to see but also fine not doing it as I know oral sex was something off limits but wasn't sure about implied oral sex.

**The ask:**
**Action:**
Simulated vaginal sex in variety of positions (missionary, reverse missionary, seated)
Inferred oral sex (off camera) - kissing down body, leaving frame and staying on Blake's face - no orgasm
Hands caressing body (no contact with breasts or groin).
**Nudity:**
Side breast - no nipple
Naked back.
Outline of buttocks.

Vegas

This scene is about friendship. It's a consumption of their marriage and their relationship. Fun, silly, playful. The goal is to choreograph in a way that keeps Blakes clothes on as much as possible. Sex with pelvis movement in positions that work with keeping her dress on. Maybe top of dress slides down and we see some bare back. Dress would be hiked up so may see outline of butt (hard for me to imagine without seeing frame or how dress moves) Hands groping, and I'm okay showing rear as I don't know any other way to make love in an Elvis costume. No nipple. No orgasm. Fun, intimate, innocent.

Fritata -

Morning sex that doesnt happen.
No nudity, tops would be off, kissing around body. They are about to have sex when frittata happens. More about sensuality than sex.

Onsies make out
They come in drunk, making out in onesies. Less about seeing bodies and sex , more about onesies coming off, I'm fine if Blake wants to just take mine off and we make it playful

"Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá

Bahá



Jamey Heath
President
Wayfarer Studios

One planet, One people, Please…

--
**Elizabeth Talbot**
**Intimacy Coordinator** 

CONFIDENTIAL
BALDONI_000010379



CONFIDENTIAL

BALDONI_000010380