# Exhibit 61

## NUDITY RIDER

TO:        ACTOR AGREEMENT

DATED:     May 8, 2023

PARTIES:    Blakel, Inc. ("Lender") f/s/o Blake Lively ("Artist") and It Ends With Us Movie LLC ("Company")

PICTURE:   "It Ends With Us" ("Picture")


1.  The following, which shall constitute a Nudity Rider to that certain actor agreement dated as of May 5, 2023 between Lender and Company ("Agreement"), contains provisions which shall be deemed incorporated into the Agreement as if set forth therein in full.  In the event of any conflict between the provisions of this Rider and the Agreement, the provisions of this Rider shall prevail.

2.  Artist acknowledges that Artist's role in the Picture might require (i) scenes involving nudity or partial nudity (any such nudity or partial nudity being hereinafter collectively referred to as "nude scenes"); (ii) intimacy scenes; and (iii) simulated sex scenes (such scenes being hereinafter referred to as "simulated sex scenes").  Lender and Artist acknowledge and agree that Artist has accepted such engagement in the Picture with full knowledge of Artist's required participation in the nude scenes (if any), intimacy scenes and/or simulated sex scenes as set forth in Exhibit "A" (collectively, the "Scenes"), which is attached hereto and incorporated herein by this reference; provided, however, that Artist, the director of the Picture, producer Todd Black ("Black"), producer Alex Saks and the intimacy coordinator shall discuss in advance and in detail the manner in which the Scenes shall be filmed, including, without limitation, specific choreography.  Lender's and Artist's execution of this Nudity Rider constitutes approval to shoot the Scenes and written consent by Artist to appear in the Scenes and to perform therein solely as mutually-determined in accordance with the preceding sentence, subject to all terms and conditions below, including without limitation Lender's and Artist's approval rights of the Approval Footage as further set forth in Section 9 below.

3.  In the event the Scenes in the Screenplay are re-written prior to shooting the Scenes, and without limiting Artist's general approval rights under the Agreement, Artist shall have the right to approve in advance and in writing all such changes relating to the Scenes and Artist shall have the right to refuse to perform the Scenes including such changes, if Artist disapproves such changes, provided that Artist will provide the director with specific details (in writing if requested by Company) and feedback about the reasons for Artist's disapproval within two (2) business days (reducible to one (1) business day in the event of exigencies and if Artist is notified at the time of submission) from Artist's receipt of the submission of any proposed changes to the Scenes.

4.  For clarity, neither Artist nor any Artist-approved body double (as further described below) shall be required to perform or display any frontal nudity, below-the-waist nudity, side nudity, breast, nipples, buttocks, genital areas, pubic hair or genitalia. As indicated in Exhibit A, no part of Artist's nude body will be visible that would not otherwise customarily be visible in a reasonably modest two-piece bikini.

1

CONFIDENTIAL                                        WAYFARER_000122708

5.    During all preparation, rehearsal and filming of the Scenes, Company agrees to ensure the following:

      a.    Artist will be permitted to wear undergarments;

      b.    The intimacy coordinator will be present and involved to ensure that all pre-approved choreography is strictly followed;

      c.    An Artist-approved crew member will be on set and immediately off-camera to provide Artist with a robe or other appropriate cover-up to wear in between takes;

      d.    The set will be closed to all persons other than personnel with essential business reasons for being present on set as approved by Artist and Black ("Essential Personnel");

      e.    No outside monitors will be used;

      f.    No "making of", behind-the-scenes or EPK production personnel, journalists or audio-visual equipment will be permitted on, or have access to, the closed set;

      g.    Video playback may be accessed only by Essential Personnel and must be deleted upon completion of filming the Scenes;

      h.    No still photographer will be permitted on set and no still photography will be taken;

      i.    Only the primary cameras, audio and video equipment used by Company's authorized and Essential Personnel to film and record footage of the Scenes for the Picture will be permitted on the closed set. Company agrees that there will be no so-called "remote"/secondary audio and video-assist equipment which would be considered duplicative to the audio and video-assist equipment used by Company's authorized, Essential Personnel to record footage of the scenes for the Picture. Furthermore, no person present on the set will be authorized or permitted to possess personal audio, video or audio-visual recording devices (including, for the avoidance of doubt, still photography cameras, personal video cameras, digital cameras, camera phones, tablet cameras, etc.) and such devices will be collected by Company prior to any preparation, rehearsal and or filming of the Scenes.

6.    The dailies of the Scenes may be only be screened by Essential Personnel.  Company shall ensure that the original film negative or DV Masters containing the Scenes will be stored in a secure location (i.e., a secure laboratory or storage facility) not accessible to unauthorized personnel. Dailies containing the Scenes shall not be transferred to videotape, except as is necessary for the production of the Picture.

7.    There shall be no screen grabs, still photographs or likenesses of Artist in the Scenes taken or reproduced in any manner from any frame, footage or outtake of the Scenes.  There will be no drawn likenesses made of any part of the Scenes.

8.    No nude body double for Artist or body double for Artist in intimacy scenes and/or simulating sex shall be used in connection with the Scenes without Artist's prior written consent. If Artist consents to the use of a body double in one or more of the Scenes, Artist will have prior, written approval over the selection of such body double and such footage containing such body double shall be (a) bound by the same restrictions applicable to footage of Artist as set forth in this Rider and (b) deemed "Approval Footage" (as defined below) and must be submitted to Artist for approval in accordance with Section 9 below provided that Artist's approval right shall be subject to the "Approval Period" (as defined below). A "body double" shall be deemed to include, without limitation, a digital nude double or digital double for Artist simulating sex, whether created via CGI or other visual effect.

9.    Subject to the Approval Period, Company acknowledges and agrees that Artist shall have a right of prior, written approval over what footage of Artist's nudity, partial nudity, intimacy scenes or

CONFIDENTIAL                                                                                       WAYFARER_000122709

simulated sex in the Scenes (including without limitation any such footage involving a body double) will appear in the Picture ("Approval Footage"). Artist shall have five (5) business days (reducible to three (3) business days in the event of exigencies and if Artist is notified at the time of submission) from receipt of any of the Approval Footage ("**Approval Period**") in which to approve or disapprove of same. If Artist shall fail to respond within said Approval Period, the Approval Footage submitted shall be deemed approved for use within the Picture only. Company shall submit all Approval Footage digitally to the email address designated by Artist. In the event Artist disapproves the Approval Footage, Artist shall, within the Approval Period, provide Company with specific notes and comments for Company to update the Approval Footage.

10. Once the Approval Footage is approved (or deemed approved), it shall be deemed approved for use in the Picture only as set forth herein (the "Approved Footage"). Artist shall exercise the foregoing approval rights in a manner not intended to frustrate Company's ability to timely and fully exploit the Picture. The parties acknowledge and agree that Company shall destroy any nude, partially nude, intimacy scenes or simulated sex footage of Artist (or any body double) in the Scenes that is not approved by Artist hereunder no later than upon completion, delivery and acceptance of the answer print/DCP of the Picture by the U.S. domestic distributor. For the avoidance of doubt, Artist shall only have the right to mutually approve the Approval Footage as it relates to Artist's nudity, partial nudity, intimacy or simulated sex in the Scenes (including without limitation any such footage involving a body double) and not with respect to the other editorial and/or artistic and creative aspects of such Scenes or any other aspects relating to the cut of the Picture.

11.    Producer may only use the Approved Footage of the Scenes as part of the final edited version of the Picture as initially released in its entirety and shall have the right to do so in perpetuity, throughout the universe in all media now known or hereafter devised. Without limiting the terms of Paragraph 9 above, all footage of the Scenes not used in the final edited version of the Picture shall be destroyed promptly after the completion, delivery and acceptance of the Picture to the U.S. domestic distributor and Company will provide a certificate to Lender and Artist confirming such destruction. For the avoidance of doubt, and without prejudice to any restrictions contained in the Agreement, Company will not license or authorize the use of any Scene footage in any other production. Company agrees that no footage from the Picture, and no screen grab, photograph or likeness of Artist (or any body double), that is drawn from or otherwise depicts the Scenes shall be used in any advertising, marketing, publicity, promotion, one-sheets, "making-of" and/or "behind-the-scenes" featurettes, merchandising, commercial tie-ins or home entertainment added-value material in connection with the Picture without Artist's separate prior, written consent.

12.    In the event of any uncured, material breach of this Rider by Company, Lender and Artist acknowledge and agree Lender's and Artist's sole remedy shall be an action at law for money damages and Lender and Artist shall not be entitled to seek any provisional or equitable remedy, including terminating this Rider or the Agreement and/or an injunction, or interfere with the development, production, distribution, exploitation or marketing of the Picture.

[SIGNATURE PAGE FOLLOWS]

3

WAYFARER_000122710

ACCEPTED AND AGREED BY:

BLAKEL, INC.
("Lender")

By: _____

Its: __Authorized Signatory_____

_____

BLAKE LIVELY ("Artist")

4

                                                    WAYFARER_000122711

## **EXHIBIT "A"**

### **Approved Intimacy Scenes and Simulated Sex Scenes**

CONFIDENTIAL                                                        WAYFARER_000122712

11    **EXT. BOSTON LUXURY BUILDING, ROOFTOP – NIGHT**

We find Lily on the LEDGE of the rooftop, fiddling with
the empty napkin, still branded with five lonely
numbers. She looks ou over the city. In despair, or at
peace, we can't tell. She peers over the ledge and feels
the primal jolt of fight or flight. Just then –

BAM! The ROOFTOP DOOR about twenty-five feet to Lily's
right suddenly bursts open. A **SHADOWED FIGURE** emerging
from the stairwell and SLAMMING the door shut again –
WHAM!

ON LILY– Trying to get a glimpse of this **PERSON** moving
swiftly across the deck. The **SILHOUETTE** finally stopping
near the edge about twenty feet in front of her– REVEALED
to be a **MAN**, mid 30s, appears to be on the verge of a
breakdown–

Lily watches as the Man kicks one of the PATIO CHAIRS –
WHAM!

Unaware he has an audience, he kicks the chair
repeatedly. It doesn't break, it just slides away from
him. He kicks it again. It just slides further.
Frustrated he stands over it, his hands clenched by his
sides.

Back to Lily, watching him in an almost voyeuristic way.

He fishes a JOINT from his pocket. And LIGHTS UP. He
takes a long drag. His face now, thanks to the moon,
fully visible to her... wow.

He finally notices Lily sitting on the ledge near the
door. **THEIR EYES MEET. He covers his embarrassment.**

DocuSign Envelope ID: 6539DC18-33E6-4808-8788-A040AC923718

Buff Draft (01/07/24)                              8.

                          MAN
          ... Hi.

                          LILY
          ... *Hi.*

He takes another drag. Dryly- An attempt at a joke-

                          MAN
          Strong chair.

Dryly back-

                          LILY
          *...Is it?*

                          MAN
          I'm sorry about that, it's... been a day.

                          LILY
          Tell that to the chair.

She turns back to the view, the Man taking a drag as he
watches her in the dark. After an awkward beat-

                          MAN
          Could you... Uh, could you please get
          down from there? You're making me nervous
          sitting so close to the edge.

Lily glances at her legs straddling the ledge. Then-
Holding her own-

                          LILY
          I'm quite comfortable.

                          MAN
          Look - the last thing I need tonight is
          to see a beautiful woman fall to her
          death.
               (OFF LILY)
          *Pretty please?* With a cherry on top?

Lily doesn't move.

                          LILY
          I once read Maraschino cherries stay in
          your stomach for like, seven years. Or
          cause cancer. I forget which.

She steps down from the ledge.

                          LILY (CONT'D)
          Happy?

DocuSign Envelope ID: 6539DC18-23E6-4809-8788-A040AC923718

Buff Draft (01/07/24)                                    9.

                              MAN
                    Very. Thank you. I didn't know that about
                    Maraschino cherries.

          LILY                              MAN (CONT'D)
I may have made that up--        They definitely are ---
but they're pretty gross.        sorry, sorry, go ahead.
So, what happ-

A charge between them. After a beat, she nods to the
chair which is laying resigned on its side.

                              LILY (CONT'D)
                    What happened? Was it a woman? Was it a
                    man?
                              (then)
                    It was a chair, wasn't it?

                              MAN
                              (with a chuckle)
                    If only it were *that* trivial.

Silence. The Man taking one last drag-

                              MAN (CONT'D)
                    ... What floor do you live on?

                              LILY
                    ... *You first.*


.

Approaching her-

                              MAN
                    'kay. Well... My sister and her husband,
                    they bought the entire top floor - right
                    beneath us actually.

                              LILY
                    Hot damn, sis. The whole top floor, huh?

He joins her near the edge, the two looking out over the
city.

                              MAN
                    Yep. They split it into two units and I
                    bought the other.

                              LILY
                    Of course you did.
                              (OFF the Man's smile)
                    What do you do for a living?

DocuSign Envelope ID: 6539DC18-33E6-4808-8788-A940AC923718

                              MAN
                    Neurosurgeon.

Lily stares at the Man. Hard to read what she's thinking.
Suddenly, the hardness etched into her features cracks as
laughter flies from her mouth like a jack in the box.

                         MAN (CONT'D)
                    How is that funny?

                              LILY
                    Jesus H... I'm sorry. I'm so sorry.
                    You're serious.

                              MAN
                    Yes.

                              LILY
                    Please, I'm so sorry. You've spent way
                    too much time in school to have me laugh
                    like that. I'm terrible. I thought you
                    were a crypto-bro. Or a REALLY expensive
                    prostitute.

                              MAN
                    Well, I AM very expensive. And no kissing
                    on the mouth. So why haven't I seen you
                    before?

                              LILY
                    Two reasons. I've never required brain
                    surgery. And I don't live here.

                              MAN
                    Do you have a boyfriend who does?

                              LILY
                    WOOF. That's a tragic pick-up line.
                         (She gives herself a whole-
                          body shake.)
                    Okay, okay, apologies. Try again. I won't
                    laugh. Promise.

                              MAN
                    I'm not sure I trust that. So, what
                    inspired you to embrace a life of crime
                    and break into my building?

                              LILY
                    I like living on the edge.

                              MAN
                    I can tell.

Buff Draft (01/07/24)                                    11.

                          LILY
            I wanted some fresh air. Somewhere to
            think. So I googled the closest building
            with a nice view.
                    (flirty)
            You have a really nice view.

    Staring directly at her-

                          MAN
            *I do.* What's your name?

                          LILY

    Lily.

                          MAN
    Where you from, Lily?

                          LILY
    Originally Maine, but I just recently
    quit my uh, successful enough job to move
    here start my own small shop. Yeah... I
    realized my parents were getting older
    and there was still time to disappoint
    them.

                          MAN
    Yeah. Well, I'm a doctor and my mother is
    still disappointed in me. So...

                          LILY
    What's *your* name?

                          MAN

    Ryle.

                          LILY
    Ryle what?

                          RYLE
    Why do you want to know my last name?

                          LILY
    I need to know what to tell the cops when
    you turn out to be a serial killer. Or a
    prostitute.

                          RYLE
    Fair. It's Kincaid. Ryle Kincaid.

                          LILY
    That's a serious name.

CONFIDENTIAL                                    WAYFARER_000122717

Buff Draft (01/07/24)                                    12.

                         RYLE
              What's *your* last name?

Lily is quietly mortified.

                         LILY
                    (mortified)
              ... It's Bloom.

                         RYLE
              Ooof. C'mon, that's not your real—

She holds up her finger — an effort to silence him.

                         LILY
              Wait. A ta-ta. Just wait... It gets
              better.

                         RYLE
              That's simply not possible.

                         LILY
              Oh, it does. I'm obsessed with flowers
              and I'm gonna, kinda... Open a...

Lily wincing.

          RYLE                              LILY (CONT'D)
Open a flower shop?            A flower shop, yes.

There is a long beat. It hangs in the air with playful,
extraordinary tension. NOW IT'S HIS TURN:

He belts out an absolutely WONDERFUL, full bodied laugh.
It's, in a word, adorable. He eventually pulls it
together. Wiping tears of laughter away, over the
following:

                         RYLE (CONT'D)
              I'm sorry. Oh god, that's wonderful. I
              think Lily Bloom is a great name for a
              florist. Or a woodland sprite.
                    (Good natured sarcasm)
              It doesn't sound made up at all.

                         LILY
              Oh... That's kind of you to say, <u>DOCTOR
              RYLE KINCAID.</u>

                         RYLE
              What's your middle name?

She groans.

Buff Draft (01/07/24)                                    13.

                          LILY
               Don't do it.

                          RYLE
               It gets worse?

                          LILY
               Don't do it.

                          RYLE
               Rose?

                          LILY
               Worse, I'm afraid.

                          RYLE
               Violet? Petunia? Toadflax?

                          LILY
               Blossom.

A beat:

                          RYLE
               Goddamn. Your parents hate you.

They laugh. Eyes locked. Charmed by each other. Verbal
sparring cools and gives way to sexual tension.

                          LILY
               Well, we'll never know for sure. My dad,
               he uh, he died on Monday. So... That's
               actually why I came up here. To have a
               good cry and hopefully meet a wealthy
               neurosurgeon.

                          RYLE
               Oh my God. I'm... Shit. Were you close?

                          LILY
               No. And I got the sense looking at his
               coffin that we're probably not gonna get
               much closer.

                          RYLE
               Damn.

                          LILY
               Well, ya know, naked truths aren't always
               pretty...

Ryle lowers himself onto a lounger. Lily claims the
lounger next to him.They gaze upward in SILENCE.

CONFIDENTIAL                                    WAYFARER_000122719

Buff Draft (01/07/24)                                    14.

                         RYLE
          Hmm. Tell me another naked truth.
          Something you're not proud of, something
          that'll...

                         LILY
          Make you feel a little less screwed up?

                         RYLE
          Sure.

                         LILY
          Honestly? Okay. I... could have made it
          back. To see my dad one last time, but I
          missed it. I missed it on purpose.

She feels weird confessing that to a stranger. Her words
linger in the air.

                         LILY (CONT'D)
          Your turn.

Not wanting to play his own game. Then:

                         RYLE
          I... watched a little boy die tonight. He
          was only six years old. His little
          brother found a gun in their parents'
          bedroom and... it went off by accident. I
          spent two hours trying to put him back
          together, but... there was nothing I
          could do.

Lily reacts. Heartbroken. The evening going from sadness,
to a curious encounter, to silly and now to heartbreak.

                         LILY
          ... I can't imagine what that's going to
          do to the brother that lived.

                         RYLE
          It'll destroy him for life. That's what
          it'l do.

He's silent. It's almost too much for him. Finally, he
turns to her. She does the same. The two curled on their
sides, staring at each other in the dark.

                         RYLE (CONT'D)
          'Kay. Alright. Gimme me another one. Mine
          was WAY darker than yours.

CONFIDENTIAL                                          WAYFARER_000122720

DocuSign Envelope ID: 6539DC18-33E6-4808-8788-A940AC923718

Buff Draft (01/07/24)                              15.

                         LILY
                    (a beat, thinking)
               Hmm. Welll... um... The first guy I had
               sex with... was... homeless.

                         RYLE
               Stop.

                         LILY
               No, really. Yeah. In high school.

                         RYLE
               Wait. Wait. What? That's it??

                         LILY
               Yeah.

                         RYLE
               Come on...

Lily shrugs. What's there to say?

                         LILY
               There's nothing really to tell. I was
               friends with this boy, Atlas. He was kind
               and super talented and capable, he was my
               best buddy, but he just got a shit hand.

                         RYLE
               You're making me jealous of a homeless
               man.

                         LILY
               Ok. That's enough. Your turn.

                         RYLE
               I don't know if I can top that. It was
               both sexy and disturbing.

                         LILY
               That's my brand. Go on. Try. Shock me.

He looks at her. Like REALLY looks at her.

                         RYLE
                    (plainly)
               I want to take you.

                         LILY
               To Disneyland?

                         RYLE
               No, I want to *take* you.

Buff Draft (01/07/24)                                    16.


          Lily's stares. Unreadable.

                         LILY
                    Excuse me?

                         RYLE
                         (speaking simply in facts)
                    You asked me for the most recent thought
                    and I gave it to you. If you were into
                    it, I would take you downstairs to my
                    bedroom and I do things for you that no
                    one has ever done before.

          They share the sexiest SILENCE you've ever seen.

                         LILY
                    How many women has this worked on?

                         RYLE
                    Would you believe me if I said you're the
                    first?

                         LILY
                    No.

                         RYLE
                    I'm not good at relationships because I'm
                    an emotionally selfish workaholic. So I
                    just avoid them altogether.

                         LILY
                    How do you know? If you've never tried
                    having a relationship or carbs, how do
                    you know it doesn't work for you?

                         RYLE
                    I never said I don't eat carbs.

                         LILY
                    Well c'mon. You don't look like a
                    reckless snacker.

                         RYLE
                    Love isn't really for me. Lust seems nice
                    though.

                         LILY
                    You still haven't answered my question.

                         RYLE
                    I'm just trying to keep up with you here.

                         LILY
                    How many women has this worked on?


CONFIDENTIAL                                    WAYFARER_000122722

                              RYLE
                    All of them.

                              LILY
                    Well I'm not one to sleep with someone I
                    just met.


SILENCE. Ryle looking down at her lips again.

                              RYLE
                    Okay. Then. Well then exactly how far
                    *would* you go?

*Silence. This could go either way.* Then. In a whisper-

                              LILY
                    I'm not sure. I'm an unreliable narrator.

He reaches out and grabs the edge of her lounge chair and
drags it closer, their mouths only inches apart, their
warm breath brushing softly against each other's lips.

Gently, he tucks a piece of hair behind her ear, then
slowly grazes his fingers against her neck and finds the
zipper of her jumpsuit. Taking in every detail, his eyes
landing on Lily's **HEART TATTOO now revealed** on her collar
bone. Gently touching it. He toys with her surrounding
collar.

                              RYLE
                    Too far?

Heart thrashing around in her chest.

                              LILY
                    No.

His hand slides her jumpsuit to the side, now hanging
loosely off her shoulder.

                              RYLE
                    This?

CLOSE ON LILY. Gripping at the edges of the lounger,
arching her back, daring him to go further. He does.

                              LILY
                         (she exhales)
                    *Fffuuuuuuc---*

She turns to stare at him - their faces inches apart when-
A **PIERCING PHONE RING** rips through the air. Dropping his
forehead to her shoulder-

DocuSign Envelope ID: 6539DC18-33E6-4808-8788-A940AC923718

Buff Draft (01/07/24)                                    18.

                              RYLE
                    *Dammit.*

He fumbles in his pocket for his phone, walking several
feet away from her to take the call.

                              RYLE (CONT'D)
                         (Into the phone)
                    Dr. Kincaid. What about Roberts? I
                    can't...Okay. Yeah. Prep the OR. Tom can
                    cut, I'll supervise. Gimme ten minutes.

He ENDS THE CALL and turns to Lily, sad.

                              LILY
                    Holy shit.

                              RYLE
                    I know, I'm sorry.

                              LILY
                    No. I mean, *holy shit*, I JUST NOW
                    realized you're ACTUALLY a goddamn
                    neurosurgeon.

                              RYLE
                    I tried to warn you. I have to..

                              LILY
                    It's fine.

She nods. Equally disappointed. And surprised by it.

                              RYLE
                    It was nice meeting you, Lily Blossom
                    Bloom.

He stands. Suspended between the desire to stay and the
pressing need to leave. Then he opens the DOOR and
disappears down the stairwell.

Lily is left shaken to her core, confused. By the
unexpectedly electric moment they shared.

                                                        12

**INT. RYLE'S LOFT, MASTER BEDROOM - CONT'D**

They tumble in. She's up against the wall, going for his belt. He tugs at her straps, lowering them.

                    LILY

Wait-

Stunned, Ryle stops. The two of them PANTING, hard.

                    RYLE

You want me to... stop?

                    LILY

No.

He continues to physically drink her in.

                    LILY (CONT'D)
               (relenting to him)
Not at all.
               (ugh)
But. Yes.

Still breathing heavily, Ryle covers his disappointment.

Respectfully, but still in her space. He stares into her. She matches his stare. Wanting him. Badly.

                    LILY (CONT'D)
... I don't want to have sex. Not yet. Not tonight.

                    RYLE

Excuse me?

                    LILY
... I can't do casual. I know you can't hang with that. Which is fine. But I just... Whatever... I have my own intimacy issues.

He stares for a moment, completely unreadable. Then in one swift motion he walks away. Pissed?

He then oddly starts to take off the rest his BLACK SUIT. Laying the pieces on a nearby chair.

Off Lily, confused.

                    LILY (CONT'D)
What are you doing?

                    RYLE
Getting ready for bed. We're going to sleep.

                    LILY
We're what?

He unbuttons his shirt.

                    RYLE
We're going to sleep.

Lily can't help but stare. Shirt comes off.

                                LILY
                      (seeing the sculpture that is
                       his body)
        My god.

                                  RYLE
        Do you mind?

He motions for her to turn around. He throws on a tank
and pair of pajama bottoms as Lily stands.

                                LILY
        Well, do you have something I can wear?

                                  RYLE
        I do.

They lock eyes. You could cut the tension with a spork.
Without breaking eye contact with her he he hands her the
pajama top that matches his pants. Holding his gaze like
her life depends on it, she pulls down her straps
exposing herself. Unzips her dress. Drops it, daring him
to look. He doesn't move. Holds her stare.

Lily lifts her arms. Ryle takes the cue replacing it with
his pajama shirt. Pulling the garment back down over her
body.

                             LILY
          Pants.

She gestures to *his* pants. Cheeky.

He drops his pants. She takes off her crystal fish net
boots as he lowers himself to the ground and she steps
into the pajama bottoms he places on her, fishnet leg by
fishnet leg. This is torture.

He stands. Gives her one last look. Ooof. And crawls into
bed. She joins him and lays her head onto his chest. Ryle
clicks off the lamp-

                         LILY (CONT'D)
        Your heart sure is beating fast.

                              RYLE
        ... I have a beautiful woman in my bed,
        what do you expect?
             (a deep breath)
        Goodnight, Lily Bloom.

                              LILY
        Goodnight, Ryle Kincaid.

                                      BLACKOUT.

WAYFARER_000122726

MATCH CUT TO:

B42    **INT. RYLE'S LOFT - BEDROOM - NIGHT**                       B42

Lily throws him on the bed as she crawls on top of him.
Her hands lacing behind his neck as she pulls him up in a
seated position- The two now tangled. He goes to kiss
her. She teases him.

LILY (CONT'D)
(playfully)
No kissing on the mouth.

RYLE

I make exceptions.

Charged with hunger and passion. The devour each other
without kissing. Then they slow down. They drink each
other in. Appreciating every part. The sexy ones and the
boring ones. He works his way down her neck to the HOLLOW
HEART TATTOO on her collar bone. They go back and forth.

Then with strong arms, in one swoop, Ryle plants Lily on
her back. Lily still in her sparkly gown, she's all tan
legs and stilettos. His dress shirt unbuttoned all the
way. They're too pent up to bother with ripping more
clothes off. Plus it's kink hot. Mr & Mrs Smith.

They hold each other's gaze. Then kiss like a great dam
releasing. They consume each other as they begin to make
love.

TIMELAPSE: Camera drifts off to settle on the Boston
skyline - night turns to day and we boom down to find:

50     **INT. RYLE'S LOFT - NIGHT**                                50

-The two tumble into Ryle's apartment, ripping at one
another's onesies- Until they are both down to their
underwear- Ryle kissing his way down Lily's torso.

CUT TO BLACK:

51

Buff Draft (01/07/24)                                         56.

                              LILY
                    Tough crowd.

          She turns to crawl on top of him as –

                                            MATCH CUT TO:

B42       INT. RYLE'S LOFT – BEDROOM – NIGHT                    B42

          Lily throws him on the bed as she crawls on top of him.
          Her hands lacing behind his neck as she pulls him up in a
          seated position– The two now tangled. He goes to kiss
          her. She teases him.

                              LILY (CONT'D)
                          (playfully)
                    No kissing on the mouth.

                              RYLE
                    I make exceptions.

          Charged with hunger and passion. The devour each other
          without kissing. Then they slow down. They drink each
          other in. Appreciating every part. The sexy ones and the
          boring ones. He works his way down her neck to the HOLLOW
          HEART TATTOO on her collar bone. They go back and forth.

          Then with strong arms, in one swoop, Ryle plants Lily on
          her back, Lily still in her sparkly gown, she's all tan
          legs and stilettos. His dress shirt unbuttoned all the
          way. They're too pent up to bother with ripping more
          clothes off. Plus it's kink hot. Mr & Mrs Smith.

          They hold each other's gaze. Then kiss like a great dam
          releasing. They consume each other as they begin to make
          love.

          TIMELAPSE: Camera drifts off to settle on the Boston
          skyline – night turns to day and we boom down to find:

C42       INT. RYLE'S LOFT BEDROOM – MORNING                    C42

          Morning light shines through Ryle's floor to ceiling
          windows gently kissing Lily's eyes. She's cuddled under
          his sheets. He enters fully dressed for work and grabbing
          last minute things on his way out. Trying, fruitlessly
          not to wake her. When he does–

                              RYLE
                    Mornin'.

                              LILY
                    Mornin'.

                         RYLE
            I gotta head in early, I'm so sorry.

                         LILY
            In fairness, it's noon.

                         RYLE
            We had a lot of catching up to do. Am I
            gonna see you tonight?

He kisses her face then her **hollow heart tattoo.** She
giggles as he joins her seated on the bed

                         LILY
            I can't, my mom's coming to town today
            and it's her dying wish to take me to
            this new restaurant.

His energy shifts. A side of Ryle we haven't seen.

                         RYLE
            You're mom's in town... tonight?
            You never mentioned that.

Ryle covers as he wrestles with this information. Suspicious.
Jealous.

                         LILY
            Oh. Yeah. I didn't think about it.

Shifting the slight tension back into a romantic one.

                         RYLE
            ... There room for one more?

                         LILY
            You want to meet my mother?

Clocking the trepidation in her voice—

                         RYLE
            *Is that a problem?*

Covering the weight of the moment.

                         Lily
            Umm I don't think it's a *good* idea. Yet.

                         RYLE
            Ouch.

Though he's being playful, we see the flash of threat is
real.

DocuSign Envelope ID: 6539DC18-33E6-4808-8788-A940AC923718

                 LILY
       Not because of you. God no. Because of
       her. She is a one woman circ-

She's clearly just ball busting her mom. He cuts her off
with a zinger that covers his slight pain and rejection-

                 RYLE
       I just want to meet the mother of the
       woman I love.

Agh! Sweet nerves and mischief pop him off the bed before
he can catch her reaction. They both can't believe what
he just said. He walks out, without turning around. Both
in ECSTATIC disbelief.

And they're fully *back*. In love. No doubts or fears.

Before she can respond, he's gone. She gets an idea and
hops off the bed....

D42    **INT. RYLE'S LOFT - FOYER - DAY**        D42

Lily bursts into the living room with an old notebook in
hand.

                 LILY
          (buzzing)
       You forgot this.

She hands it to him.

                 RYLE
       That's not mine.

                 LILY
       I know.

She's already started backing away.

              LILY (CONT'D)
       I happen to love you too.

A couple of giddy school kids with shit eating grins. She
turns away leaving him behind as his elevator dings. Both
euphoric. She glides back into the bedroom, floating one
foot off the ground.

                 MUSIC CONTINUES TO
                 SWELL OVER: