# Exhibit 63



# DAILY PREP SCHEDULE
### a.o. 5/4/2023 @ 7:00 PM
*ALL MEETINGS ARE EASTERN STANDARD TIME UNLESS OTHERWISE NOTED*
Changes/additions marked in BLUE

## Friday, May 5, 2023                                                                                   0.6 WEEK OUT
**OOO:** A. Saks

| | |
|---|---|
| 8:00 AM | ART DEPT MEETING (IN PERSON) |
| 9:00 AM | ATLAS TRUCK / LILY CAR SHOW & TELL (IN PERSON) |
| | J. Baldoni, J. Heath, M. Villa, M. Pitts, J. Alcantara, M. Yurich |
| 9:30 AM LV | SCOUT OF HOSPITAL |
| | J. Baldoni, M. Baker, R. Barnes, L. Rizer, B. Peterson |
| 10:00 AM | CALL w/ NEUROSURGEONS |
| | J. Baldoni |
| 12:00 PM | RESPECT IN THE WORKPLACE MEETING (HYBRID) |
| 1:00 PM | VEGAS ART MEETING (VIA ZOOM) |
| | B. Peterson, R. Barnes, C. Stewart, C. Moncayo, M. Pitts, A. Lombardo, N. Foster |
| 2:00 PM | PRODUCTION MEETING (HYBRID) |
| TO FOLLOW | LOGISTICS MEETING PART 1 (HYBRID) |

## Monday, May 8, 2023                                                                                 0.4 WEEK OUT
**START:** S. Brzycki (Truck Costumer), TBD Asst. Props
**TRAVEL:** Reduced Crew NJ and LA to LV

| | |
|---|---|
| ALL DAY | CAMERA CHECKOUT (PANAVISION) |
| | E. Walsh, A. Uribe |
| 11:00 AM (TBC) | MEETING w/ CITY OF NEWARK (OFF SITE) |
| | M. Baker, M. Fleischman, J. Hoffman |
| 1:00 PM | MEETING w/ TOWNSHIP OF WEEHAWKEN (OFF SITE) |
| | M. Baker, M. Fleischman, J. Hoffman |
| 1:00 PM | DAILIES/POST WORKFLOW CALL |
| | L. Rodgers, C. Thornton, M. Perzely, D. Fishman, O. Girard, A. Kaufman, M. Ross, A. Ross, H. Bettes, J. Sacco, N. Pizzino, Z. Sainz, M. Infante, J.L. Pierson, A. Yadav, L. Adams |

## Tuesday, May 9, 2023                                                                                0.2 WEEK OUT
**TRAVEL:** Lily NJ to LV

| | |
|---|---|
| ALL DAY | CAMERA CHECKOUT (PANAVISION) |
| | E. Walsh, A. Uribe, S. Malkovich, L. Skutch, Z. Sainz |
| TBD | VEGAS LOCATION WALKTHROUGH |

| TBD | VEGAS B-ROLL SHOOT |
|---|---|

| **Wednesday, May 10, 2023** | **FIRST DAY PRINC. PHOTO. LAS VEGAS / 0.6 WEEK OUT FROM PRINC. START NJ** |
|---|---|

DAY 1 of 35 - VEGAS SHOOT

| ALL DAY | CAMERA CHECKOUT (PANAVISION) |
|---|---|
| | B. Green, E. Walsh, A. Uribe, S. Malkovich, L. Skutch, Z. Sainz, E. O'Leary |

| ALL DAY | G&E CHECKOUT (OFF SITE) |
|---|---|
| | Grip Core, Electric Core |

| TBC | WALKIE PACKAGE PICK UP (OFF SITE) |
|---|---|

| **Thursday, May 11, 2023** | **0.4 WEEK OUT FROM PRINC. START NJ** |
|---|---|

*TRAVEL:* Reduced Crew LV to NJ and LA

| ALL DAY | CAMERA CHECKOUT (PANAVISION) |
|---|---|
| | S. Slayter, E. Walsh, A. Uribe, S. Malkovich, L. Skutch, Z. Sainz, E. O'Leary |

| ALL DAY | G&E CHECKOUT (OFF SITE) |
|---|---|
| | Grip Core, Electric Core |

| ALL DAY | DOLLY CHECK OUT (THAT CAT) |
|---|---|
| | T. Jirgal, N. Moers |

| 2:00 PM | IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM) |
|---|---|
| | Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa |

| **Friday, May 12, 2023** | **0.2 WEEK OUT FROM PRINC. START NJ** |
|---|---|

| TBD AM | LOGISTICS MEETING  PART 2 (HYBRID) |
|---|---|

| ALL DAY | G&E CHECKOUT (OFF SITE) |
|---|---|
| | Grip Core, Electric Core |

| ALL DAY | SOUND LOAD OUT (OFF SITE) |
|---|---|
| | M. Infante, J. Ramirez |

| ALL DAY | VTR EQUIPMENT LOAD OUT (OFF SITE) |
|---|---|
| | S. Fitzgerald, TBD Utility |

| 12:00 PM | **RABS TUTORIAL** |
|---|---|
| | L. Rizer, I. Martinez |

| 2:00 PM | IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM) |
|---|---|
| | Sony Execs, Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa |

| **UPCOMING MEETINGS / TO BE SCHEDULED** |
|---|

| May 15 | FIRST DAY OF NJ PRINCIPAL PHOTOGRAPHY |
|---|---|
| TBD | SUPPORTING CAST HMU LOOKS |
| TBD | GRAPHICS MEETING |
| TBD | LOCATIONS REVIEW MEETING |