# Exhibit 64

| | |
|---|---|
| From: | It Ends With Us <██████████> |
| Sent: | Wed, 26 Apr 2023 20:54:33 -0400 (EDT) |
| To: | Justin Baldoni <██████████> |
| Subject: | IEWU | Daily Prep Schedule a/o 04/26/23 |
| Attachments: | IEWU_Daily Schedule_042623.pdf |

Hello,

Please find attached the Daily Prep Schedule for *It Ends With Us* as of Wednesday, April 26th, 2023.

Thank you,

---
**It Ends With Us**
Production Office
██████████

Sent from Scenechronize

CONFIDENTIAL                                                BALDONI_000003760