# Exhibit 65



# DAILY PREP SCHEDULE
### a.o. 4/26/2023 @ 7:00 PM
*ALL MEETINGS ARE EASTERN STANDARD TIME UNLESS OTHERWISE NOTED*
Changes/additions marked in BLUE

| Thursday, April 27, 2023 | | 1.8 WEEKS OUT |
|---|---|---|

***OOO:*** *A. Saks, R. Barnes (Prod. Designer)*

| | | |
|---|---|---|
| 11:00 AM to 2:30 PM | **"LILY" & "RYLE" REHEARSAL (IN PERSON)**<br>Address: ▮▮▮▮▮▮ | |
| 2:00 PM | **WAYFARER WEEKLY PRODUCTION MEETING (VIA ZOOM)**<br>Wayfarer Execs, J. Heath, M Villa, A. Ajemian, J. Sacco, N. Pizzino | |
| 3:15 PM | **INTIMACy MEETING (IN PERSON)**<br>J. Baldoni, "Lily" | |
| 3:30 PM | **COLLEEN HOOVER VISIT** | |
| 4:00 PM | **"YOUNG LILY" COSTUME FITTING**<br>E. Daman, J. O'Brienn | |
| 5:00 PM to 6:00 PM | **STUNT/ABUSE CHOREOGRAPHY MEETING (VIA ZOOM)**<br>J. Baldoni, J. Bloom, R. Farfel | |

| Friday, April 28, 2023 | | 1.6 WEEKS OUT |
|---|---|---|

***START:*** *J. Alcantara (Gaffer), M. Yurich (Key Grip)*
***OOO:*** *A. Saks, R. Barnes (Prod. Designer)*

| | | |
|---|---|---|
| TBD AM | **"RYLE" FITTING**<br>E. Daman, J. O'Brien | |
| 9:00 AM | **G&E MEETING (IN PERSON)**<br>B. Peterson, J. Alcantara, M. Yurich | |
| 9:30 AM | **WALKTHRU OF PARLAY STUDIOS, STAGE A**<br>A. Ajemian, J. Sacco, J. Bloom, F. Zotter | |
| 10:30 AM to 1:30 PM | **SCHEDULING MEETING (IN PERSON)**<br>J. Baldoni, J. Bloom, B. Peterson | |
| 11:00 AM to 1:00 PM | **"LILY" BELLY FITTING (OFF SITE)**<br>G. Pikulski, B. Schmidt | |
| 12:30 PM | **CALL w/ "LILY'S" SECURITY (VIA ZOOM)**<br>A. Ajemian | |
| 12:30 PM to 2:30 PM | **MEETING w/ WEEHAWKEN (OFF SITE)**<br>M. Baker, M. Fleischman | |

| | | |
|---|---|---|
| 2:00 PM | **IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM)** | |
| | Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa, Sony Execs | |

**Sunday, April 30, 2023**

*TRAVEL:* Payroll Accountant OH to NJ, B. Lively HMU Team to NJ

| | | |
|---|---|---|
| 10:00 AM | **"ALLYSA" FITTING** | |
| | A. Saks, E. Daman, J. O'Brien | |

**Monday, May 1, 2023** — **1.4 WEEKS OUT**

*START:* B. Jiao (BG Casting), J. Oates (Best Grip), J. Wellberry (Best Elec.), D. E. Griffin (Key Rig Grip), D. Woods (Best Rig Grip), R. Rodriguez (Rig Gaffer), P. Russell (Best Rig Elec.), S. Reeves (Transpo Co-Capt), L. Rizer (2nd 2nd AD), D. Andazola (Charge Scenic), T. Janicki (Scenic Foreperson), M. Janicki (Scenic Industrial), N. Ambro (Loc. Asst)

| | | |
|---|---|---|
| TBC 8 AM LV | **TECH SCOUT DAY 1** | |

**Tuesday, May 2, 2023** — **1.2 WEEKS OUT**

*START:* Z. Kim (Set Costumer)

| | | |
|---|---|---|
| TBC 8 AM LV | **TECH SCOUT DAY 2** | |
| TBD | **CAMERA TEST PACKAGE PREP (PANAVISION)** | |
| | E. Walsh, A. Uribe, Z. Sainz | |

**Wednesday, May 3, 2023** — **1.0 WEEK OUT**

*START:* D. Mura (Set Costumer), R. Lugo (Hair Dept Head), S. Graalman (MU Dept Head)

| | | |
|---|---|---|
| TBD | **CAMERA TEST (PARLAY STUDIOS)** | |

**Thursday, May 4, 2023** — **0.8 WEEK OUT**

| | | |
|---|---|---|
| 11:00 AM | **"JULIE (FKA GOTH BRIDE)" FITTING** | |
| | E. Daman, J. O'Brien | |
| 1:00 PM | **ATLAS TRUCK SHOW & TELL (IN PERSON)** | |
| | J. Baldoni, J. Heath, A. Saks, M. Pitts | |
| 2:00 PM | **IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM)** | |
| | Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa, Sony Execs | |

**Friday, May 5, 2023** — **0.6 WEEK OUT**

| | | |
|---|---|---|
| 2:00 PM (TBC) | **IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM)** | |
| | Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa, Sony Execs | |
| TBD | **RESPECT IN THE WORKPLACE MEETING (HYBRID)** | |
| TBD PM | **PRODUCTION MEETING (HYBRID)** | |
| TBD | **LOGISTICS MEETING (HYBRID)** | |

**Monday, May 8, 2023** — **0.4 WEEK OUT**

*START:* S. Brzycki (Truck Costumer), TBD Asst. Props
*TRAVEL:* TBD Crew NJ to LV

| | | |
|---|---|---|
| ALL DAY | **CAMERA CHECKOUT (PANAVISION)** | |
| | E. Walsh, A. Uribe, S. Malkovich, L. Skutch | |

| Tuesday, May 9, 2023 | | 0.2 WEEK OUT |
|---|---|---|

**TRAVEL:** TBD Crew NJ to LV

| ALL DAY | CAMERA CHECKOUT (PANAVISION) |
|---|---|
| | E. Walsh, A. Uribe, S. Malkovich, L. Skutch |

| Wednesday, May 10, 2023 | | FIRST DAY OF PRINCIPAL PHOTOGRAPHY |
|---|---|---|

DAY 1 of 35 - VEGAS SHOOT

| ALL DAY | CAMERA CHECKOUT (PANAVISION) |
|---|---|
| | B. Green, E. Walsh, A. Uribe, S. Malkovich, L. Skutch, Z. Sainz, E. O'Leary |
| ALL DAY | G&E CHECKOUT (OFF SITE) |
| | Grip Core, Electric Core |

### UPCOMING MEETINGS / TO BE SCHEDULED

| May 11-12 | CAMERA CHECKOUT (PANAVISION) |
|---|---|
| May 11-12 | G&E CHECKOUT |
| May 15 | FIRST DAY OF NJ PRINCIPAL PHOTOGRAPHY |
| TBD | SUPPORTING CAST HMU LOOKS |
| TBD | BG HMU/COSTUMES MEETING |
| TBD | GRAPHICS MEETING |
| TBD | PRINCIPAL CAST COSTUME BOARD REVIEW |
| TBD | LOCATIONS REVIEW MEETING |
| TBD | DAILIES/POST WORKFLOW CALL |
| TBD | MEETING w/ EDITOR |