# Exhibit 66

| | |
|---|---|
| From: | "Lisa, Will" <IMCEAEX-_O=MSK_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=5F4C98FE2CELISA+2C+20WILLIAM@local> on behalf of "Lisa, Will"<IMCEAEX-_O=MSK_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=5F4C98FE2CELISA+2C+20WILLIAM@local> |
| Sent: | Thu, 4 May 2023 16:21:44 -0400 (EDT) |
| To: | Lia Duran <            >; Nicholas Pizzino<            > |
| Subject: | Sexual Harassment Seminar |
| Location: | https://msk-llp.zoom.us/j/3353343288 |
| Start Time: | Fri, 5 May 2023 12:00:00 -0400 (EDT) |
| End Time: | Fri, 5 May 2023 13:00:00 -0400 (EDT) |
| Attendees: | Lia Duran; Nicholas Pizzino |
| Location: | https://msk-llp.zoom.us/j/3353343288 |
| Response Requested: | True |
| Show Time As: | Tentative |
| Recurrence Range Start: | Fri, 05 May 2023 16:00:00 |
| Recurrence Range End: | Fri, 05 May 2023 17:00:00 |
| Reminder Set: | True |
| Reminder Signal Time: | Fri, 05 May 2023 15:45:00 |
| Organizer: | "Lisa, Will" <IMCEAEX-_O=MSK_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=5F4C98FE2CELISA+2C+20WILLIAM@local> |
| Required Attendees: | "Nicholas Pizzino"            >, "Lia Duran" <            > |
| Subject: | Sexual Harassment Seminar |

---

### msk

Will Lisa is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

Phone one-tap:   US: +16694449171,,3353343288# or +16699009128,,3353343288#
Meeting URL:   https://msk-llp.zoom.us/j/3353343288
Meeting ID:   335 334 3288

### Join by Telephone

For higher quality, dial a number based on your current location.

Dial:
US: +1 669 444 9171 or +1 669 900 9128 or +1 253 205 0468 or +1 253 215 8782 or +1 346 248 7799 or +1 719 359 4580 or +1 309 205 3325 or +1 312 626 6799 or +1 360 209 5623 or +1 386 347 5053 or +1 507 473 4847 or +1 564 217 2000 or +1 646 558 8656 or +1 646 931 3860 or +1 689 278 1000 or +1 301 715 8592 or +1 305 224 1968

Meeting ID:   335 334 3288

International numbers

### Join from an H.323/SIP room system

H.323:   162.255.37.11 (US West)

CONFIDENTIAL                                                                                                                                             WAYFARER_000142434

162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
149.137.68.253 (Mexico)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)

Meeting ID: 335 334 3288
SIP: 3353343288@zoomcrc.com

**Skype for Business (Lync)**

https://msk-llp.zoom.us/skype/3353343288

CONFIDENTIAL
WAYFARER_000142435