# Exhibit 67



# Respect in the Workplace:
# Preventing Discriminatory Harassment & Retaliation

CONFIDENTIAL

WAYFARER_000142796

# WHY HAVE TRAINING?

- to help maintain a respectful work environment for everyone

- to educate you on "risky behaviors" that can lead to problems

- to educate you on what to do if you feel you are the victim of harassment, discrimination or retaliation



7363336.pptx

2

WAYFARER_000142797

# FEDERAL AND/OR STATE LAW PROHIBITS DISCRIMINATION ON THE BASIS OF:

- Age 40 and over
- Ancestry
- Color
- Disability
- Gender Identity/Expression
- Genetic Information
- Marital status
- Hairstyle

- Medical Condition
- National Origin
- Pregnancy
- Race
- Religion/Creed
- Sex
- Sexual Orientation
- Veteran/Military Status



7363336.pptx

3

CONFIDENTIAL

# DISCRIMINATION PROHIBITION
# APPLIES TO ***ALL*** TERMS AND CONDITIONS
# OF EMPLOYMENT, SUCH AS:

- Hiring
- Assignments
- Promotions
- Discipline
- Terminations



7363336.pptx

CONFIDENTIAL

WAYFARER_000142799

# DISCRIMINATION

Is it ever permissible to consider a protected characteristic (e.g., sex) when making an employment decision?



# HARASSMENT

Why is "harassment" considered to be a form of discrimination?



CONFIDENTIAL                                                                WAYFARER_000142801

# TYPES OF HARASSMENT

- Quid Pro Quo

- Hostile Work Environment



CONFIDENTIAL                                                                                          WAYFARER_000142802

# WHAT DOES THIS PHRASE MEAN?

- Quid Pro Quo

- This is a Latin Phrase

- It means "this for that"





# "QUID PRO QUO"
# SEXUAL HARASSMENT

Expressly or implicitly conditioning employment benefits on sexual favors or denying employment benefits because someone refuses to submit to advances.



7363336.pptx

CONFIDENTIAL

WAYFARER_000142804

# "QUID PRO QUO"

- Generally engaged in by someone in a position of authority or power

- Abuse of the authority granted to management



7363336.pptx

CONFIDENTIAL

WAYFARER_000142805

# WHAT DOES THIS PHRASE MEAN?

- Hostile Work Environment



CONFIDENTIAL                                    WAYFARER_000142806

# "HOSTILE ENVIRONMENT" HARASSMENT

- **Conduct** because of sex that is **unwelcome** and becomes so **severe or pervasive** that it unreasonably interferes with work performance or creates an intimidating, hostile or offensive working environment.

- **THE SAME PRINCIPLES APPLY TO HARASSMENT BECAUSE OF ANY PROTECTED CHARACTERISTIC (e.g., race, religion, age etc.)**



7363336.pptx

12

WAYFARER_000142807

# HOSTILE WORK ENVIRONMENT

<u>Three key elements:</u>

— Conduct because of …

— "Severe or pervasive"

— "Unwelcome"



13

CONFIDENTIAL

WAYFARER_000142808

# <u>ELEMENT 1</u>: CONDUCT

- Verbal
- Visual
- Physical



14

CONFIDENTIAL

WAYFARER_000142809

# VERBAL

What are examples of <u>verbal</u> conduct that could contribute to a hostile work environment?



CONFIDENTIAL

WAYFARER_000142810

# EXAMPLES: VERBAL

- Pet names ("baby doll," "honey," "stud muffin")
- Slurs or derogatory names
- Unwanted nicknames
- Sexual comments, stories or innuendos
- "Jokes" about sex, race, religion, ethnicity etc.
- Asking about sexual fantasies/activities
- Making sexual comments about someone's clothing, anatomy or appearance
- Repeated requests for social contact/dates
- "Cat calling"



WAYFARER_000142811

# VISUAL

What are examples of <u>visual</u> conduct that could contribute to a hostile work environment?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142812

# EXAMPLES: VISUAL

- Staring, leering, "elevator eyes"
- Sexual objects or gifts
- Pin-ups
- Sexual, racial or religious cartoons
- Facial expressions, winking, licking lips
- Obscene or sexual gestures
- Sexual or romantic notes
- Touching oneself in a sexual manner



CONFIDENTIAL                                                    WAYFARER_000142813

# PHYSICAL

What are examples of <u>physical</u> conduct that could contribute to a hostile work environment?



# EXAMPLES: PHYSICAL

- Touching
- Hugging
- Kissing
- Patting
- Pinching

- Poking
- Stroking
- Blocking
- Brushing
- Massaging



7363336.pptx

20

CONFIDENTIAL

WAYFARER_000142815

# ELEMENT 2: "SEVERE OR PERVASIVE"

- Conduct must cross this legal "line" *in order to be considered unlawful harassment*

- Our goal is to prohibit conduct that **could** contribute to a harassing workplace and stop such behavior before the "line" is ever crossed.

- Management's goal should be to steer clear of this line!



WAYFARER_000142816

# <u>ELEMENT 3</u>: UNWELCOME

## What is "unwelcome" conduct?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142817

# HOW DO YOU KNOW IF YOUR CONDUCT IS UNWELCOME?

- You often don't!

- Is the person just "going along to get along?"



7363336.pptx

23

CONFIDENTIAL

WAYFARER_000142818

# THINGS TO CONSIDER

A person who is offended by your conduct is <u>NOT</u> obligated to tell you, before raising a concern.



WAYFARER_000142819

# THINGS TO CONSIDER

Conduct can be between people of any gender identity.



7363336.pptx

CONFIDENTIAL

WAYFARER_000142820

# THINGS TO CONSIDER

A person does not need to be the subject of the harassing conduct in order to have a legitimate concern.



WAYFARER_000142821

# THINGS TO CONSIDER

Harassment by or towards third parties (such as vendors and contractors) also is prohibited.



7363336.pptx

CONFIDENTIAL

WAYFARER_000142822

# THINGS TO CONSIDER

Harassment can occur off-site or outside work hours (including during "breaks").



CONFIDENTIAL

WAYFARER_000142823

# THINGS TO CONSIDER

It is the impact that matters, not the intent.

*Be aware of implicit bias.*

*(a form of bias that occurs automatically and unintentionally, that nevertheless affects judgments, decisions, and behaviors.)*



# THINGS TO CONSIDER

What if mature content is part of the job?

— Is it <u>necessary</u> to the performance of the job?

— Was employee made aware that it is part of the job?



7363336.pptx

30

WAYFARER_000142825

# RETALIATION

It is unlawful to take adverse action against an employee because she or he has engaged in legally protected conduct…..



7363336.pptx

CONFIDENTIAL

WAYFARER_000142826

# RETALIATION

- Made a <u>good faith</u> complaint about possible harassment or discrimination

- Participated in an investigation or proceeding

- Protested or opposed conduct believed to be unlawful

- Exercised any right under any anti-discrimination law



# COMPANY POLICY

- Prohibits Harassment, Discrimination and Retaliation

- Urges Employees Report Concerns

- Obligates Management to Report Concerns to HR

- Provides for Investigation and Corrective Action



WAYFARER_000142828

# COMPANY POLICY

- Your Reporting Contacts:



7363336.pptx

CONFIDENTIAL

WAYFARER_000142829

# REVIEW QUESTIONS



7363336.pptx

CONFIDENTIAL

WAYFARER_000142830

# True or False?

1.  Only sexual advances and requests for sexual favors violate the Company's policy prohibiting harassment?



# FALSE



7363336.pptx

CONFIDENTIAL

WAYFARER_000142832

# True or False?

2.   Unless the misconduct rises to the level of unlawful harassment, the Company may not discipline an employee for violating its policy prohibiting harassment?



7363336.pptx

38

WAYFARER_000142833

# FALSE



CONFIDENTIAL                                                                WAYFARER_000142834

# True or False?

3.  Company policy prohibits discrimination, harassment <u>and</u> retaliation?



WAYFARER_000142835

# TRUE



7363336.pptx

CONFIDENTIAL

WAYFARER_000142836

# True or False?

4.  In order to create an <u>unlawful</u> hostile work environment, prohibited conduct must be "because of …" a protected characteristic, "unwelcome" and "severe or pervasive"?



7363336.pptx

42

# TRUE



CONFIDENTIAL                    WAYFARER_000142838

# True or False?

5.  Private e-mails sent on the Company's e-mail system are not subject to its policy prohibiting harassment?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142839

# FALSE



7363336.pptx

CONFIDENTIAL                    WAYFARER_000142840

# True or False?

6.  Only racial and ethnic minorities are protected from discrimination in the workplace?



# FALSE



47

7363336.pptx

WAYFARER_000142842

# True or False?

7.  It is okay to tease a co-worker about his religion, as long as I make a joke about my own religion at the same time?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142843

# FALSE



7363336.pptx

49

CONFIDENTIAL

# True or False?

8.  Before going to HR, a person who is offended by my conduct has a legal duty to confront me and to ask me to stop?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142845

# FALSE



7363336.pptx

CONFIDENTIAL

WAYFARER_000142846

# True or False?

9.  Sexual harassment may only occur between members of the opposite sex?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142847

# FALSE



7363336.pptx

53

WAYFARER_000142848

# True or False?

10.  An employee has a right to post whatever she pleases in her work area or office?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142849

# FALSE



7363336.pptx

55

WAYFARER_000142850

# True or False?

11.  Because I oppose illegal immigration, it is okay to make derogatory comments about immigrants in the workplace.



# FALSE



7363336.pptx

CONFIDENTIAL

WAYFARER_000142852

# True or False?

## 12.  Co-workers may contribute to a hostile work environment?



7363336.pptx

CONFIDENTIAL                                                                    WAYFARER_000142853

# TRUE



7363336.pptx

CONFIDENTIAL

WAYFARER_000142854

# True or False?

13.  Sexual harassment of an employee by a vendor is prohibited by our policy?



# TRUE



CONFIDENTIAL

WAYFARER_000142856

# True or False?

14.  If an employee allows one
co-worker to hug her, she must
allow everyone in the office
to hug her?



7363336.pptx

CONFIDENTIAL

WAYFARER_000142857

# FALSE



7363336.pptx

63

WAYFARER_000142858

# True or False?

15.  Only high profile people, like producers and actors, are likely to be accused of sexual harassment?



# FALSE



7363336.pptx

CONFIDENTIAL

WAYFARER_000142860

# Hypothetical

Sherry transfers to a new location with her employer. Her new supervisor, James, is friendly and helps her get familiar with her new job duties. After a few days, when no one else is around, James comes over to Sherry's work area to chat. James talks about what he did last night, which was to go to a strip club. Sherry is shocked that James would bring up such a topic in the workplace and says nothing in response. James continues talking and says that all the women in the office are so unattractive that he needs to get out and "see some hot chicks" once in a while. He tells Sherry he is glad she joined the staff because, unlike the others, she is "easy on the eyes." Sherry feels very offended and demeaned that she and the other women in her workplace are being evaluated on their looks by their supervisor.



# Hypothetical - Questions

Question 1. Because James did not tell Sherry that she is unattractive, he has not harassed her. True or False?

- FALSE

Question 2. By bringing up his visit to the strip club, James is engaging in inappropriate workplace behavior. True or False?

- TRUE

Question 3. James should be instructed to stop making these types of comments, but this is not a serious matter. True or False?

- FALSE



7363336.pptx

CONFIDENTIAL

WAYFARER_000142862

# ANY QUESTIONS







7363336.pptx

68

WAYFARER_000142863