# Exhibit 76

**Thread Participants:** Jamey Heath; Henny Grace (Owner); Alex Finch 1st AD; Alex Saks Old #; J B (Owner)

**Active Participants:** Henny Grace (Owner)

**First Message:** 6/11/2023 12:12:20 PM

**Last Message:** 6/11/2023 12:12:20 PM

---

**Henny Grace (Owner)**

Happy weekend all.
Just want to flag we should connect with infancy coardinator and make sure we have a good plan as I believe this week is the start of that work

6/11/2023 12:12:20 PM

CONFIDENTIAL

BALDONI_000016437