# Exhibit 78

███████████

**Thread Participants:** ███████████ Justin B (Owner); ███████████ Isabela Ferrer
**Active Participants:** ███████████ Isabela Ferrer
**First Message:** 7/11/2023 4:01:20 PM
**Last Message:** 7/11/2023 4:01:20 PM

---

███████████ sabela Ferrer

Hey!! Just got my film developed from when we were shooting so here's this sweet pic!
I also have to say thank you SO so much for an incredible experience on my first film.
I still cant shake the feeling of it all because it truly was life changing for me,
you are such a wonderful, smart and sincere director and you created such a comfortable, safe space for me to feel like I could fully step into this role. I couldn't have asked for a more welcoming environment.
It will stay with me for the rest of my life!!
See you soon, whether in the fall or later, & Hope you're doing well :) x
📎
<__Library_SMS_Attach_1_ea_10_at_0_7_1_IMG_8995.heic>

7/11/2023 4:01:20 PM

CONFIDENTIAL