# Exhibit 81

**From:** Alex Saks <█████████████████>
**Sent:** Thu, 28 Dec 2023 12:40:09 -0500 (EST)
**To:** Todd Black <█████████████>
**Cc:** Justin Baldoni <█████████████████>; Andrea Giannetti <█████████████████>; Jamey Heath <█████████████████> Christopher Surgent AD <█████████████>
**Subject:** Re: Notes on script- action plan

---

Same

> On Dec 28, 2023, at 9:37 AM, Todd Black <█████████████> wrote:
>
> Yes. I can
> Sent from my iPhone
>
>> On Dec 28, 2023, at 9:36 AM, Justin Baldoni <█████████████████> wrote:
>>
>> Hi all, can we hop on at 10am? I'm free until 11 and then with my kids all day
>>
>> "Where there is love, nothing is too much trouble and there is always time."— Abdu'l- Bahá
>> Bahá
>>
>>> On Dec 28, 2023, at 9:26 AM, Todd Black <█████████████> wrote:
>>>
>>> Same. Thank U very much indeed. Free before 12 today.
>>> Sent from my iPhone
>>>
>>>> On Dec 28, 2023, at 9:25 AM, Alex Saks <█████████████████> wrote:
>>>>
>>>> Thank you for this thoughtful breakdown, JB, especially this week and especially considering the circumstances. I'm free after 2 PT today or before 12 PT
>>>>
>>>>> On Dec 27, 2023, at 10:20 PM, Justin Baldoni <█████████████████> wrote:
>>>>>
>>>>> Hey team.
>>>>>
>>>>> Attached is a revised script with the below notes/ caveats in **bold**. This is not final as there are things we need to discuss and then implement.
>>>>>
>>>>> Also, I have added in Chris Surgent our AD here to have eyes on this so he can digest at the same time as all of you. I've spent the better part of the last few days trying to figure this out. Everyone knows how I feel about all this and how angry I am that Blake has taken over our film and somehow re-wrote a movie we spent years developing, writing and funding. So yes... I am furious. And sad. But I will continue to get back up with a goal of getting us to the finish line.
>>>>>
>>>>> I have come to terms with the fact that the only way out is through. I am waiving the white flag and submitting. I am going to give her 98% of what she wants. I'm sure none of us have the energy to fight anymore. The the team who has been working their ass off needs a shooting script on Jan 2nd.
>>>>>
>>>>> So, here's where we are.
>>>>>
>>>>> There are minor things I did to each scene, some I made notes on and tiny ones I didnt. Most of what I touched is below. The big issues are going to be intimacy, how and what we are shooting for those scenes - and how this script is going to be presented to her and with what notes. To that end, we all need to get on the phone and talk through it as the risk of something innocuous or not meeting her standards could and would very likely be used against me (as it already has) and creativity is impossible in an environment shrouded in fear. By now we all know what she is capable of.
>>>>>
>>>>> The rest of the notes below we need to walk through together.
>>>>>
>>>>> Let me know when we can all hop on a zoom tomorrow. I am hopeful we can find a path forward together but we must now act as one.
>>>>>
>>>>> Justin

Removed rewrites on Funeral scene which was already shot.

Scene 11-
Adjusted lines. Removed Ryle saying pretty please. Not in character and removed subsequent maraschino cherry line.

Removed No kissing on the mouth line per sony. Consider another alt for prostitute (fitness influencer, personal trainer etc)

Gave lily - naked truths arent always pretty - need line from book.

Removed "I want to take you" -  put back in I want tohave sex with you - kept the rest. We can do an Alt and try on the day.

Adjusted line after how many women has this worked on-

Added DR line in response to carbs.

F27 - omit high tracking shots. Arial work already done

27 -  Changed karaoke to Lucky Strike (our location)  -  Lily and Ryle play pool in scene. Can also take place at booth while Marshall and Alyssa bowl.  If she wants to rewrite all of this for Lucky strike needs to happen THIS week.

28-
Leaving Alyssa and Marshal in scene but will be completely schedule dependent. Very high probability this will not work and scene will be Just Lily and Ryle walking up to her apartment. We havent been able to make schedule work for both actors and no time. Be prepared for the two of them to not be in scene but leaving in unit we know more.

- Removed clucking line.  Ive never heard someone say that.

31- removed added establishing shot, no money for a "digi build".  We dont have a plate of Lily Blooms.

38 -  Need to discuss storyboards and intimcy here. Also need to discuss shirtless VS Tank as she took out him shirtless.

39- dont think the "no sex " line works as it was removed before per sony note. Will be first to go in edit but I guess will keep in for unity.  Took one line out after to shorten. Need to know what Ange wants to do here.

F41- Halloween moment will be dependent on Chris AD and if he thinks we can do it with hair and makeup. Leaving it in for discussion.

B42- Need to discuss. Ange-  Removed the No Kissing on the mouth line-   dont think we need dialogue here.  She will fight back.

C42-  added line back in about surgery and conjoined twins, this is an editorial note we need.

A44-  Removed hospital scene. AGAIN. . Added *I love you too* back into the Loft morning scene.  (I am happy to go back in edit and take a look at hospital scene per her request,  but I need to  shoot I love you in this scene. )

B44- New mirror moment- will be time permitting with H/MU at Lilys apartment.

50 - Need to discuss intimacy here.  My boards had a fun moment between the two of them. Coming in drunk and being playful.  I imagine this is what made her say the boards were "Cheap" -

51 - INTIMACY- - NOT SURE WHAT TO DO HERE. - see note. She's moved this scene from the bedroom into the kitchen now, which takes away from the intimacy and how I was planning on shooting it. I wanted her  to run into the kitchen from another area to sell the misdirect that it was an accident.  She has removed kissing- which is fine in the end, the last thing I want to do is kiss this woman. But the point is they need to get distracted enough to forget about the oven and now with dialogue here it changes it from a timeless moment of two people about to make love to dialogue that brings us into the realm of time. Not sure what to do on this scene.

Another thing to note here is the final shot of this scene is not scripted but is supposed to by Ryle carrying her away. Which is symbolic for her losing control in the relationship at this moment. I foresee her not wanting to do this which puts us at an impasse with how I want to shoot the scene. Not sure how to proceed.

59- Left as is with her new dialogue

A62- remove line "he wouldn't have" in the book dad did hurt her  -  id rather make it less definitive.
-Removed the whole comedy bit at the end / ripped neurosurgeon thing. I understand she is trying to lean into this which she has been doing since we started, but this will be the first to go in the edit and we have a light moment coming with the proposal. Not needed -  cuts 3/4 of a page.

CONFIDENTIAL
BALDONI_000031128

69- Removed stage direction. This isn't a oner. Left her dialogue. Added Marshall saying "with the power vested in me by the state of MASS" - added Alyssa wiping a tear. She loves her brother - it cant just be all jokes.

70- Removed Lily and Ryle placing the photo on wall. Cheesy. Also removed an entire wall of photos of their life and travels. Some photos okay and will pass on to prod designer. Left her dialogue intact.

76- removed change of seasons time lapse per budget.

80-84  NEED TO DISCUSS. - ADDED IN all of the abuse moments and how they will be shot per our production and pre viz plan. The oner that takes us through her memories.  This will be a hill I die on. No time for a new idea and we've spent days and days planning this, workshopping it, and pre viz with stunts.

A86 - No longer driving through red light.  Made this a short scene in the car where she enters and has a moment alone. She can make the action whatever she wants.

104 - Ryle builds crib - NEED TO DISCUSS. Left as is but that means losing the moment of Ryle touching her belly and them having a moment.

114- Final scene - adjusted the beginning. Too much dialogue with Emmy.  This whole thing in my mind is MOS. But will shoot it for peace.

removed "The man bringing such joy to all ages as he makes giant bubbles (bubblemannyc.com or Edmond Leary,aka "Uncle Bubbles"). We can look for him in extras casting.

Hate the couldn't miss you if I tried line-  but again- leaving it in for peace.


<It Ends With Us - GoldenrodFINAL1.pdf>

CONFIDENTIAL

BALDONI_000031129