# Exhibit 82

**Thread Participants:** Henny Grace (Owner); Melissa TAG; Jennifer Able; Justin Baldoni (Owner); J B (Owner)

**Active Participants:** Henny Grace (Owner); Melissa TAG; Jennifer Able

**First Message:** 8/14/2024 12:52:08 PM
**Last Message:** 8/14/2024 3:05:03 PM

---

**Henny Grace (Owner)**
Just woke up, texting jennifer
With all the texts I'm getting worried about me I imagine this truce didn't last?
*8/14/2024 12:52:08 PM*

**Jennifer Able**
The truce is still on, but this is what we knew would start to happen. More and more people from production, from the crew, "people with knowledge", are speaking to media in your defense. And while their intentions are good, and they want to support you and defend you, it's adding more narrative and giving this life. There was someone who called tmz to support you and say how much you are liked and how ridiculous Blake's claims are, but in turn shared that you had asked the trainer how much she weighed because you wanted to train to lift her and also that she was making a big deal about an on set kiss that "lingered". We balanced it and provided context that you were worried about your back, etc. and the article, minus the click bait headline, is very much in your favor. So that's the new news cycle today. It's not Leslie, it's not Blake's team because it actually makes her out to be worse.
*8/14/2024 12:56:10 PM*

**Henny Grace (Owner)**
Who could have known that ?
*8/14/2024 12:58:54 PM*

**Henny Grace (Owner)**
Please make sure they know at tmz it was my trainer too!
*8/14/2024 12:59:07 PM*

**Henny Grace (Owner)**
We shared a trainer - per HER suggestion
*8/14/2024 12:59:18 PM*

**Jennifer Able**
A lot of people. This has been over a year. And yes it was "your onset trainer"
*8/14/2024 12:59:21 PM*

**Jennifer Able**
Not her trainer
*8/14/2024 12:59:25 PM*

**Henny Grace (Owner):** But he was a damn spy
*8/14/2024 12:59:30 PM*

**Henny Grace (Owner):** If it becomes a thing we can say my hospital infection was due to me getting stem cells in my herniated disc in my back because I was in so much discomfort -
*8/14/2024 1:00:29 PM*

**Henny Grace (Owner):** And you can point to my IG post from stem cell results that I'm going back to get it done for my herniated discs in my back
*8/14/2024 1:01:11 PM*

**Jennifer Able:** 💯. But tmz already included your history of back issues and the concern of training so you wouldn't hurt your back. The positioning is all there and good. The texts you are getting are likely because friends are wanting to come to your defense and support which is good. You have a really wonderful support group around you
*8/14/2024 1:30:33 PM*

**Henny Grace (Owner):** 🙏🙏🙏
*8/14/2024 1:32:45 PM*

**Melissa TAG:** Loved "💯. But tmz already included your history of back …"
*8/14/2024 1:33:10 PM*

**Henny Grace (Owner):** Old assistant sent me this
📎
<__Library_SMS_Attach_1_11_01_9A3E26_1_Screen_1.heic>
*8/14/2024 1:39:44 PM*

**Jennifer Able:** Adore ▇ and know he's coming from a good place and sharing his opinion
*8/14/2024 1:40:21 PM*

**Jennifer Able**
But ultimately, and respectfully, disagree. It is not an unusual thing for a celeb who is in the midst of a crisis to hire a crisis firm to help handle. This was announced when you were already being clearly attacked in the media. We are just as surprised that it became news, but in closely monitoring the comments from fans, it is not swaying their support or encouraging any kind of speculation of guilt. This is not my opinion, but fact. It's something we both are closely monitoring and can easily counter should there be any shift in that narrative
8/14/2024 1:42:56 PM

**Henny Grace (Owner)**
Thanks.
you guys doing okay?
8/14/2024 1:43:47 PM

**Jennifer Able**
We both can't wait to come up to Ojai and have a spa day 😄☺️
8/14/2024 1:44:36 PM

**Henny Grace (Owner)**
So they broke the tmz kiss lingered too long thing? 🤦
wow.
8/14/2024 1:46:41 PM

**Melissa TAG**
Just chiming in- of course I would say this but Jen is correct.

This is entirely normal to hire extra help on your team especially as it's now one of the biggest Box Office successes and news stories of the moment.

It IS a crisis. That is true.

When you have a leak you hire a plumber. That's what you've done.

Every single celeb has a crisis PR even if you don't know it.
8/14/2024 1:46:47 PM

**Henny Grace (Owner)**
I agree. It's just their spin to get me to look bad because there isn't anything substantial to look bad
8/14/2024 1:47:24 PM

**Jennifer Able**
MELISSA IS A DARN GOOD PLUMBER
8/14/2024 1:47:41 PM

**Jennifer Able**
😂 love that analogy
8/14/2024 1:47:49 PM

**Jennifer Able**
Loved "I agree. It's just their spin to get me to look ba…"
8/14/2024 1:47:53 PM

**Henny Grace (Owner)**
Where the Blake lively ryan Reynolds hire Harvey Weinstein backed crisis pr form headline
8/14/2024 1:48:13 PM

**Jennifer Able**
HAHAHAHA OMG
8/14/2024 1:48:25 PM

**Jennifer Able**
We don't need it because the internet is doing its thing…
📎
<__Library_SMS_Attach_1_04_04_100516_1_IMG_2323.heic>
8/14/2024 1:49:10 PM

**Jennifer Able**
Not sure if you can see that since you're on your phone. But daily mail headline branding Blake a mean girl and Hollywood villain from an old interview she did where she treated the journalist horribly
8/14/2024 1:50:37 PM

**Jennifer Able**
*on the plane
8/14/2024 1:50:46 PM

**Henny Grace (Owner)**
Wow. She really must not be liked. You can only treat people badly for so long.
8/14/2024 1:51:34 PM

**Jennifer Able**
Yep exactly
8/14/2024 1:51:52 PM

**Henny Grace (Owner)**
Is Leslie freaking out Melissa ?
8/14/2024 1:52:01 PM

**Melissa TAG**
100%
8/14/2024 1:52:16 PM

**Melissa TAG**
She's really freaking out
8/14/2024 1:52:26 PM

**Henny Grace (Owner)**
More blaming us?
8/14/2024 1:52:37 PM

**Melissa TAG**
No. She knows we are not creating content
8/14/2024 1:52:59 PM

**Melissa TAG**
Reporters are dredging up all stories
8/14/2024 1:53:13 PM

**Jennifer Able**
She's freaking out about the situation because honestly it has all spiraled outside of her control
8/14/2024 1:53:20 PM

**Melissa TAG**
It really did and she thought she had all the cards
Anything else she does now or they do looks false and backtracking
8/14/2024 1:53:49 PM

**Jennifer Able**
At this point she needs Kanye or one of the Kardashians to do something scandalous
8/14/2024 1:54:08 PM

**Henny Grace (Owner)**
I've never seen karma happen like this so fast.
The amount of prayers we are getting is so beautiful.
8/14/2024 1:54:15 PM

**Jennifer Able**
So people get bored and forget
8/14/2024 1:54:16 PM

**Jennifer Able**
Loved "I've never seen karma happen like this so fast. T…"
8/14/2024 1:54:20 PM

**Melissa TAG**
Loved "I've never seen karma happen like this so fast. T…"
8/14/2024 1:54:24 PM

**Melissa TAG**
I will definitely do a prayer call with you both
8/14/2024 1:54:41 PM

**Melissa TAG**
Thank you 🙏🏽●
8/14/2024 1:54:45 PM

**Henny Grace (Owner)**
https://x.com/robyndee32/status/1823672773983470037?s=46
8/14/2024 1:58:22 PM

**Henny Grace (Owner)**
Someone should respond to this 😊🙇‍♀️⚪
8/14/2024 1:58:27 PM

**Henny Grace (Owner)**
I think we can pray for them and be ready to fight at the same time.
Very grateful for all this love.
8/14/2024 1:59:43 PM

**Melissa TAG**
Loved "I think we can pray for them and be ready to fight…"
8/14/2024 2:29:13 PM

**Henny Grace (Owner)**
Wanted to share this From my friend

Long text incoming . I think you know do voice over work for access Hollywood /e! News—

I came in to work this am after being out for 2.5 weeks and Kit Hoover and the EP of access were talking about all of this (it was the lead story ) and Kit was saying she's just shocked and she thought you were so wonderful from all the times you've met, how could all this be true , and was it all fake ?

I stopped her and told her you are a brother to me , and I've known you for a long time . I told her that the good person they see publicly is not only authentic , the person behind the scenes is even better. No details about the situation - even though they tried to ask. just a true testament to your character, which I've had the fortune of experiencing up close for so long .

She said : oh - I'm SO glad you told me that . So I can defend him now to people ? And I said absolutely. She thanked me and said she would make sure to do so.

All that to say - I know this is the hub of celeb gossip stuff , so if you need me to do anything other than that at any point , let me know and I won't hesitate
8/14/2024 2:48:40 PM

**Henny Grace (Owner):** That was yesterday. This is today.

So .. the EP of Access came to me today and said they changed their tone and wrote a 'love story ' to support you , tracked by Kit. Kit said she's been going around to everyone sharing her different perspective .

Today's piece is a stark contrast to yesterday's- it's called 'who is justin baldoni ? ' and it's highlighting all the positive things, including you and Em 🖤
*8/14/2024 2:50:24 PM*

**Jennifer Able:** So good to hear. Yes your access interview that you did in the coffee shop aired last night. Really really nice.
*8/14/2024 2:58:09 PM*

**Henny Grace (Owner):** "Hate to do this text but feel I need to…I am sure you are aware but want to make sure you know TMZ is calling people (me today and I think Shauna) to try and talk about the behind the movie experience and gossip…
And on a brighter note…watched movie and you did such an amazing job!!!…cried twice because of you!!!…well three times…twice during your performance watching the movie and 3rd if you count you not firing me on the first night of filming…☺ ☺ ☺
Block-Buster!!! Concentrate on the win!!!"
*8/14/2024 3:04:00 PM*

**Henny Grace (Owner):** This is ▇ who did my hair on the rooftop portion
*8/14/2024 3:04:15 PM*

**Jennifer Able:** :)
*8/14/2024 3:04:21 PM*

**Jennifer Able:** They are calling everybody huh
*8/14/2024 3:04:29 PM*

**Henny Grace (Owner):** What do I say
*8/14/2024 3:04:32 PM*

**Jennifer Able:** Well they won't get much!
*8/14/2024 3:04:39 PM*

**Jennifer Able:** Just say thank you so much and his support is so appreciated!
*8/14/2024 3:04:49 PM*

K  Henny Grace (Owner)
8/14/2024 3:05:03 PM

CONFIDENTIAL

BALDONI_000015404