# Exhibit 84

**Thread Participants:** Ange Giannetti; Justin Baldoni (Owner); Henny Grace (Owner); J B (Owner)
**Active Participants:** Ange Giannetti; Henny Grace (Owner)
**First Message:** 4/28/2023 7:37:10 PM
**Last Message:** 4/28/2023 9:12:34 PM

---

**Ange Giannetti**
Ring me when you can love.
4/28/2023 7:37:10 PM

**Henny Grace (Owner)**
<__Library_SMS_Attach_1_43_03_BBA52F_1_IMG_683 2.HEIC>
4/28/2023 8:31:55 PM

**Henny Grace (Owner)**
Losing service
4/28/2023 8:43:23 PM

**Henny Grace (Owner)**
Il do everything I can to shoot an R film
4/28/2023 8:44:48 PM

**Ange Giannetti**
Gotcha. Ok i will uodste sony you are going to try and get as much tasteful hot sex as you can and we decide in post if pg-13 or R

I am going to set mtg with our ratings board head. Mon or tues?

You find out if we are pg-13 will colleen be ok and does she think her readers will be ok?
Xx
4/28/2023 8:45:23 PM

**Henny Grace (Owner)**
And look for alts for fucks etc - but I need to know if I can say "I want to fuck you" it's so important - not having that in there would kill it
4/28/2023 8:45:34 PM

**Ange Giannetti**
Loved "And look for alts for fucks etc - but I need to kn…"
4/28/2023 8:45:45 PM

**Ange Giannetti**
Also can you guys fit in keep swimming ir no room with strong oak thing? Those fans quite keep swimming on everything.
4/28/2023 8:46:24 PM

**Henny Grace (Owner)**
Wed for meeting
Tech scout Monday and tuesday
4/28/2023 8:49:32 PM

**Henny Grace (Owner)**
Ugh i know - I don't know how
4/28/2023 8:50:18 PM

**Ange Giannetti**
Well your day ends much later than us. I will ask jamey to set. We will figure it out.
4/28/2023 8:55:07 PM

**Henny Grace (Owner)**
Liked "Well your day ends much later than us. I will ask ..."
4/28/2023 9:12:34 PM

CONFIDENTIAL                                                        BALDONI_000018545