# Exhibit 85

**Thread Participants:** [REDACTED] Henny Grace (Owner); [REDACTED] Colleen Hoover; Justin Baldoni (Owner); [REDACTED] J B (Owner)
**Active Participants:** [REDACTED] Henny Grace (Owner); [REDACTED] Colleen Hoover
**First Message:** 4/30/2023 1:16:20 AM
**Last Message:** 4/30/2023 10:04:15 PM

---

**Henny Grace (Owner)**
hi!! Oh man sounds terrible. Time for you to fly private 😉 which pic ? Here is us together
4/30/2023 1:16:20 AM

**Henny Grace (Owner)**

4/30/2023 1:17:04 AM

**Henny Grace (Owner)**
Blake has most recent draft with her - seeing her tmrw - can send them if that works. We are basically going through and adjusting each scene- will need your feedback on all of jt
4/30/2023 1:17:54 AM

**Colleen Hoover**
Haha my sons flight was just cancelled 😂
4/30/2023 10:49:39 AM

**Colleen Hoover**
I don't know how to fly private, like where are the secret networks i can find out about this stuff
4/30/2023 10:50:01 AM

**Colleen Hoover**
I've literally been trying to get home since Friday
4/30/2023 10:50:25 AM

**Colleen Hoover**
This one Jamey sent j
<__Library_SMS_Attach_1_cd_13_DAEF75_1_IMG_1200.heic>
4/30/2023 10:51:17 AM

**Henny Grace (Owner)**
Let me ask Blake if she okay with it when I see her today
4/30/2023 11:11:20 AM

**Henny Grace (Owner)**
https://www.jsx.com/home/search
<__Library_SMS_Attach_1_63_03_CBFB8F_1_53A271_1>
4/30/2023 11:11:46 AM

**Henny Grace (Owner)**
This is semi private and super easy
4/30/2023 11:11:46 AM

**Colleen Hoover**
Thanks for this! And if you want to get me something updated I'll commit my whole day to it today and/or tomorrow
4/30/2023 11:30:37 AM

**Henny Grace (Owner)**
That would be amazing
4/30/2023 12:38:38 PM

CONFIDENTIAL
BALDONI_000018781

**Colleen Hoover**

I don't have script notes yet but I wanted to give my thoughts as a viewer of movies rather than a writer of books real quick.

THE FIRST KISS IS THE MOST IMPORTANT PART. Some movies put so little emphasis on it, but it's the thing we wait for, the build-up, the "What made them kiss at this point" moment. So the convo that leads up to that first kiss needs to be something emotionally impactful, even if it's just one sentence. Something that makes each of them give up fighting against this moment.

I think where everyone gets it wrong is they think it's the sexual attraction that we want to see, but it isn't. We know there's sexual attraction, we see it, but we want that first kiss to be powerful in so much more than a sexual way. As far as sex scenes you asked me about, there are readers who love to read those which is why I put them in the books, but as an author and a reader, I much prefer the stolen glances, hand grazes, things like that in a movie.

It's fun sitting alone and reading detailed sex scenes to some people, but not many want to be in a theater watching them. In movies, it's way more important we see those angsty looks and forbidden small touches/flirtation than any extended sex scene. Fade to black is always nice In movies. Some of these movies that focus on romance think women want to watch sex, but they couldn't be more wrong. We want to watch love and emotions and angst and buildup and then using our imagination from there is fine.

Anyway, not saying this as a reader of the script because I have no idea what you guys have done with these parts of it but I wanted to give my thoughts on the overall idea I would love to see as a viewer. I have no doubt you and Blake will be convincing and can't wait to see the script updates!

4/30/2023 1:00:13 PM

**Henny Grace (Owner)**

Emphasized "

I don't have script notes yet but I wanted to gi…"

4/30/2023 1:01:15 PM

**Henny Grace (Owner)**

That's actually what Blake wants too… she never read the book and doesn't want to make a raunchy movie which I agree with.

the question is will people be upset if we go to PG13 instead of R because the book is so filled with sex?

Like if he doesn't say.. I want to fuck you. What's he say? Etc

4/30/2023 1:02:56 PM

CONFIDENTIAL                                                                                                BALDONI_000018782



**Henny Grace (Owner)** — Young Lilly
4/30/2023 1:25:11 PM

**Colleen Hoover**
Omg it's Blake 😄 HOW
4/30/2023 1:31:33 PM

**Colleen Hoover**
Okay let me simmer on this question
4/30/2023 1:32:42 PM

**Colleen Hoover**
I actually like that she hasn't read the book, I think it's important to have both sides of input
4/30/2023 1:33:22 PM

**Henny Grace (Owner)**
Crazy right
4/30/2023 1:45:16 PM

**Henny Grace (Owner)**
Loved "I actually like that she hasn't read the book, I t…"
4/30/2023 1:45:21 PM

**Colleen Hoover**
Reply
I don't think the book is filled with sex. Two scenes or three? I don't think it's the sex readers are hoping translates into the movie. Now as far as the rating, how many fucks can you say? Any at all? Because I think if we need to cut down, the most important one is when ryle says "atlas? The homeless guy you pity-fucked?"
I think theres a way to make the rooftop scene where he says "I want to fuck you" so good without that awkward line and without readers even noticing it isn't there.
4/30/2023 8:25:31 PM

CONFIDENTIAL

BALDONI_000018783

**Colleen Hoover**
*Reply*
Things like that don't translate well to film. That's where I felt fifty shades got it wrong sometimes
4/30/2023 8:26:02 PM

**Henny Grace (Owner)**
♥ ♥ ♥ ♥ ♥
4/30/2023 8:26:31 PM

**Colleen Hoover**
*Reply*
Honestly, this book did not resonate at all for the sex. It was the emotion. Johanna made me add an extra one because she knows that's what readers want in their books. But don't be worried about this movie not being sexy enough. I think it's important and it needs to be seen by teenagers too
4/30/2023 8:27:23 PM

**Colleen Hoover**
*Reply*
And teenagers love angst and sexiness and emotion and anger and a few bad words lol
4/30/2023 8:27:47 PM

**Henny Grace (Owner)**
Loved "Honestly, this book did not resonate at all for th…"
4/30/2023 8:38:36 PM

**Henny Grace (Owner)**
Ok!
4/30/2023 8:38:42 PM

**Henny Grace (Owner)**
U are awesome
4/30/2023 9:09:19 PM

**Henny Grace (Owner)**
I think ive been afraid to take the readers in a different direction but it feels like thats what the movie wants
4/30/2023 9:10:00 PM

**Henny Grace (Owner)**
More about the love story with ryle and lily
4/30/2023 9:10:10 PM

**Henny Grace (Owner)**
We have to believe they love each other for us to not judge her for staying. Its different in the book when you have hundreds of pages but we only have 45 minutes
4/30/2023 9:10:46 PM

**Colleen Hoover**
So true
4/30/2023 9:58:12 PM

**Colleen Hoover**
I know we're both swamped but If you want to zoom at some point and go through this script let me know. No one knows my readers better than me and no one will eventually know the viewers better than you
4/30/2023 9:59:36 PM

**Henny Grace (Owner)**
I do I do i do
Blake and I are on flight writing now- I think it's getting really good and interesting
4/30/2023 10:00:46 PM

**Henny Grace (Owner)**
There's a big writers strike midnight tomorrow so we need to finish script and then any changes we make have to be not official
4/30/2023 10:01:16 PM

**Colleen Hoover**
Oh dang I didn't realize that was tomorrow night! Okay I just landed but I did read the whole old draft I had on the plane and made notes. Let me know tomorrow at any point you're free and I'm yours
4/30/2023 10:03:46 PM

**Henny Grace (Owner)**
Send me those notes and I will apply what I can
4/30/2023 10:04:15 PM