# Exhibit 86

**From:** "Hunter-Hart, Monica" ▮
**Sent:** Thu, 9 Jan 2025 11:42:24 -0500 (EST)
**To:** "Jennifer Abel" ▮ ; "Kroll, Luisa" ▮
**Cc:** "Melissa N" ▮ "Steve Sarowitz" ▮ "Admin" ▮
**Subject:** Re: Introductions to Forbes

Hi Jennifer and Melissa,

Writing to check back in. How's the website coming along/any sense of when it will be going up?

Thanks so much,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Hunter-Hart, Monica ▮
**Sent:** Tuesday, January 7, 2025 8:57 AM
**To:** Jennifer Abel ▮ ; Kroll, Luisa ▮
**Cc:** Melissa N ▮ ; Steve Sarowitz ▮ Admin ▮
**Subject:** Re: Introductions to Forbes

Hi all,

Here's the piece:

https://www.forbes.com/sites/monicahunter-hart/2025/01/07/meet-the-little-known-blake-lively-steve-sarowitz-billionaire-caught-up-in-the-baldoni-lively-scandal/

Thanks so much.

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Hunter-Hart, Monica ▮
**Sent:** Tuesday, January 7, 2025 12:33 AM
**To:** Jennifer Abel ▮ ; Kroll, Luisa ▮
**Cc:** Melissa N ▮ ; Steve Sarowitz ▮ Admin ▮
**Subject:** Re: Introductions to Forbes

I'm guessing I got to you too late for an answer to that last question. No problem — we're keeping the language as is and just scheduled the piece to go up at 6:30am ET.

FYI, this piece will be behind a paywall, but the website exclusive can be "metered" (i.e. no hard paywall) if you prefer that.

Thanks for your help. Will write again in the AM.

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Hunter-Hart, Monica ▮
**Sent:** Monday, January 6, 2025 9:26 PM
**To:** Jennifer Abel ▮ ; Kroll, Luisa ▮
**Cc:** Melissa N ▮ ; Steve Sarowitz ▮ Admin ▮

Hi all,

CONFIDENTIAL                                                                 SAROWITZ_000000898

Thanks for your patience with yet another email. We're just about wrapped up, but any chance we can change one thing about Bryan's response to the birthing scene claim? As follows:

"his lawyer tells Forbes that he wasn't on set then" --> "his lawyer tells Forbes that he wasn't on set **for the scene because he arrived later in the day**"?

I'm realizing that's an important detail. This is what Steve had told me off the record.

Thanks,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Hunter-Hart, Monica
**Sent:** Monday, January 6, 2025 7:32 PM
**To:** Jennifer Abel                                  Kroll, Luisa
**Cc:** Melissa N                       ; Steve Sarowitz                                         Admin
**Subject:** Re: Introductions to Forbes

Excellent. Thanks so much to you all.

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Jennifer Abel
**Sent:** Monday, January 6, 2025 7:27 PM
**To:** Hunter-Hart, Monica                   ; Kroll, Luisa
**Cc:** Melissa N              >; Steve Sarowitz                                    ; Admin
**Subject:** Re: Introductions to Forbes

Yes that's fine, thank you.

Jennifer Abel | RWA Communications
www.rwacommunications.com

---

**From:** Hunter-Hart, Monica
**Date:** Monday, January 6, 2025 at 4:24 PM
**To:** Jennifer Abel                                 , Kroll, Luisa
**Cc:** Melissa N                  Steve Sarowitz                                                   Admin
**Subject:** Re: Introductions to Forbes

Thanks so much for these.

Quick clarification on distinguishing Justin's vs. Steve's roles/responsibilities at Wayfarer Studios: would it be accurate to say that Justin "does more of the creative work, and has directed several of its films"? I know that both he and Steve produce — but maybe Justin is a more hands-on producer?

Much appreciated.

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Jennifer Abel
**Sent:** Monday, January 6, 2025 7:15 PM
**To:** Hunter-Hart, Monica                          ; Kroll, Luisa                   >; Admin
**Cc:** Melissa N                >; Steve Sarowitz                         >;
**Subject:** Re: Introductions to Forbes

Hi Monica, please see responses below in red—please let us know if there is anything else, Thanks again.

- We've taken out all mentions of the Wayfarer Foundation and are saving that for a future piece (the originally-intended story on Steve's philanthropy). We've also taken out the section on his background and time at Paylocity and are saving that for later. Instead, the piece is focused on Wayfarer Studios, *It Ends with Us*, and the allegations against Steve in Blake's complaint. (We do briefly discuss Paylocity and Steve's Bahá'í faith to provide context.) Got it—thank you for confirming.
- The first allegation mentioned is this from Blake's complaint: that Steve "divulged at the Film's New York premiere on August 6, 2024 that he was prepared to spend $100 million to ruin the lives of Ms. Lively and her family." Steve told me off the record that he doesn't remember what he said but that he very well might have used that language. Melissa discussed with Luisa yesterday that although your team doesn't want Steve to directly comment on the allegations against him, we could get responses through Bryan. We toyed with phrasing it two ways in the piece:
    - Through his lawyer, Sarowitz confirms that he is prepared to spend $100 million to defend Baldoni and himself.

Comment on record: "Through his lawyer Bryan Freedman, Sarowitz confirms that he is prepared to spend whatever necessary to defend Baldoni, Wayfarer Studios and himself."

    - Through his lawyer, Sarowitz said that he doesn't remember exactly what he said that night but that he intends to use his money to promote the truth about Baldoni and Wayfarer, which would inherently make Lively look bad.
    - Let us know if either of those work, or if Bryan has a different way he'd like to frame the response.
- We mention the first lawsuit you filed against the New York Times and then add: "Wayfare's attorney says it has a second lawsuit forthcoming, this time against Lively and her team, which it could file as soon as Tuesday." Ok
- Then we mention Steve's comments via email on 12-30 and 12-31. We say: "In his first public statement about the legal battle, Sarowitz emailed Forbes that 'the actual harassment and smear campaign both occurred and continues to occur against us,' calling Lively's accusations 'vicious lies about my business partners.'" Ok
- Then we go through some background on Wayfarer: We note that Steve supplies all of the studio's funding, while Baldoni provides a well-known face for the company (we note a comment Steve made during a 2021 interview with Inspired Insider that "I'm the money and he's the fame."). Let me know if you don't think this is the right framing, though — I don't want to unintentionally minimize Justin's role. I could add that he "provides a well-known face for the company *and directs some of its films*" or something. Justin is definitely more than the 'face'- it would be more accurately to report that Baldoni is actively involved in the projects in Wayfarer's slate, whether it's producing or directing.
- We note that *It Ends with Us* had a budget of over $25 million, grossed $351 million at the box office, and that Wayfarer split its costs with distributor Sony. ok
- We go into some specific details of the two lawsuits that have so far been filed, which are self-explanatory. But I'd like to run this summary language by you: "Wayfarer's lawsuit against the *New York Times* claims that Nathan and Jennifer Abel, another PR specialist, helped Baldoni defensively manage the public narrative around him and the film using standard industry methods." (Then we note that Blake's lawsuit argues the methods were not standard.) Ok. The key word here is 'defensively'.
- We bring up the second allegation in Blake's complaint: that Steve saw Blake film the birthing scene while she was mostly nude. We included as a potential Bryan response:
    - His lawyer tells Forbes that he wasn't on set then.
    - Let us know if that works, or whether Bryan has a different statement.
- We bring up the third allegation: that Steve "provide[d] input and ideas on ways to negatively influence the narrative against Ms. Lively and her family." We've written in response:
    - Through his lawyer, Sarowitz confirmed his intention to use his money to promote the truth about Baldoni and Wayfarer. His lawyer says he was barely involved with the film besides providing its funding, he only visited the set twice, and he was not involved in the PR for the film.

[redacted]

Jennifer Abel | RWA Communications
www.rwacommunications.com
[redacted]

---

**From:** Hunter-Hart, Monica [redacted]
**Date:** Monday, January 6, 2025 at 3:04 PM
**To:** Jennifer Abel [redacted], Kroll, Luisa [redacted]
**Cc:** Melissa N [redacted], Steve Sarowitz [redacted] Admin
**Subject:** Re: Introductions to Forbes

Perfect. Thanks so much, Jennifer.

**Monica Hunter-Hart**
Forbes reporter
[redacted]

**From:** Jennifer Abel
**Sent:** Monday, January 6, 2025 6:00 PM
**To:** Hunter-Hart, Monica                    ; Kroll, Luisa
**Cc:** Melissa N                 ; Steve Sarowitz                              >; Admin
**Subject:** Re: Introductions to Forbes

Hi Monica, we have responses for you- just pls give me a moment to get back to a computer and I'll send over. Thanks so much.

Get Outlook for iOS

---

**From:** Hunter-Hart, Monica
**Sent:** Monday, January 6, 2025 1:33:28 PM
**To:** Jennifer Abel                    >; Kroll, Luisa                              ; Admin
**Cc:** Melissa N                 ; Steve Sarowitz
**Subject:** Re: Introductions to Forbes

Hi again Jennifer,

Just heard back from Luisa — we really need everything by 7pm our time, so 4pm PT. Obviously sooner is better, though!

Thanks so much.

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Hunter-Hart, Monica
**Sent:** Monday, January 6, 2025 3:57 PM
**To:** Jennifer Abel                    >; Kroll, Luisa                              ; Admin
**Cc:** Melissa N                 Steve Sarowitz
**Subject:** Re: Introductions to Forbes

Waiting to hear back from Luisa on a deadline — she's in an appointment. As you can imagine, though, we'd love responses ASAP so we can also give Lively's team time to respond.

More soon. Thanks so much.

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Jennifer Abel
**Sent:** Monday, January 6, 2025 3:08 PM
**To:** Hunter-Hart, Monica                    Kroll, Luisa                    ; Admin
**Cc:** Melissa N                 >; Steve Sarowitz <
**Subject:** Re: Introductions to Forbes

Thanks Monica. We are all in meetings currently until this afternoon. What is our deadline to come back to you so we are aware?

Get Outlook for iOS

---

**From:** Hunter-Hart, Monica
**Sent:** Monday, January 6, 2025 12:03:46 PM
**To:** Jennifer Abel                    ; Kroll, Luisa                              ; Admin
**Cc:** Melissa N                 >; Steve Sarowitz
**Subject:** Re: Introductions to Forbes

Hi all,

Thanks for speaking with me and Luisa on the phone earlier, Jennifer. **Here are the points to note after walking through the story with you:**

- We've taken out all mentions of the Wayfarer Foundation and are saving that for a future piece (the originally-intended story on Steve's philanthropy). We've also taken out the section on his background and time at Paylocity and are saving that for later. Instead, the piece is focused on Wayfarer Studios, *It Ends with Us*, and the allegations against Steve in Blake's complaint. (We do briefly discuss Paylocity and Steve's Bahá'í faith to provide context.) Got

it—thank you for confirming.

- The first allegation mentioned is this from Blake's complaint: that Steve "divulged at the Film's New York premiere on August 6, 2024 that he was prepared to spend $100 million to ruin the lives of Ms. Lively and her family." Steve told me off the record that he doesn't remember what he said but that he very well might have used that language. Melissa discussed with Luisa yesterday that although your team doesn't want Steve to directly comment on the allegations against him, we could get responses through Bryan. We toyed with phrasing it two ways in the piece:
    - Through his lawyer, Sarowitz confirms that he is prepared to spend $100 million to defend Baldoni and himself.

Comment on record: "Through his lawyer Bryan Freedman, Sarowitz confirms that he is prepared to spend whatever necessary to defend Baldoni, Wayfarer Studios and himself."
    - Through his lawyer, Sarowitz said that he doesn't remember exactly what he said that night but that he intends to use his money to promote the truth about Baldoni and Wayfarer, which would inherently make Lively look bad.
    - Let us know if either of those work, or if Bryan has a different way he'd like to frame the response.
- We mention the first lawsuit you filed against the New York Times and then add: "Wayfarer's attorney says it has a second lawsuit forthcoming, this time against Lively and her team, which it could file as soon as Tuesday." Ok
- Then we mention Steve's comments via email on 12-30 and 12-31. We say: "In his first public statement about the legal battle, Sarowitz emailed Forbes that 'the actual harassment and smear campaign both occurred and continues to occur against us,' calling Lively's accusations 'vicious lies about my business partners.'" Ok
- Then we go through some background on Wayfarer: We note that Steve supplies all of the studio's funding, while Baldoni provides a well-known face for the company (we note a comment Steve made during a 2021 interview with Inspired Insider that "I'm the money and he's the fame."). Let me know if you don't think this is the right framing, though — I don't want to unintentionally minimize Justin's role. I could add that he "provides a well-known face for the company *and directs some of its films*" or something. Justin is definitely more than the 'face'- it would be more accurately to report that Baldoni is actively involved in the projects in Wayfarer's slate, whether it's producing or directing.
- We note that *It Ends with Us* had a budget of over $25 million, grossed $351 million at the box office, and that Wayfarer split its costs with distributor Sony. ok
- We go into some specific details of the two lawsuits that have so far been filed, which are self-explanatory. But I'd like to run this summary language by you: "Wayfarer's lawsuit against the *New York Times* claims that Nathan and Jennifer Abel, another PR specialist, helped Baldoni defensively manage the public narrative around him and the film using standard industry methods." (Then we note that Blake's lawsuit argues the methods were not standard.) Ok. The key word here is 'defensively'.
- We bring up the second allegation in Blake's complaint: that Steve saw Blake film the birthing scene while she was mostly nude. We included as a potential Bryan response:
    - His lawyer tells Forbes that he wasn't on set then.
    - Let us know if that works, or whether Bryan has a different statement.
- We bring up the third allegation: that Steve "provide[d] input and ideas on ways to negatively influence the narrative against Ms. Lively and her family." We've written in response:
    - Through his lawyer, Sarowitz confirmed his intention to use his money to promote the truth about Baldoni and Wayfarer. His lawyer says he was barely involved with the film besides providing its funding, he only visited the set twice, and he was not involved in the PR for the film.

Thanks so much to all of you for your time and effort.

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Jennifer Abel
**Sent:** Monday, January 6, 2025 1:27 PM
**To:** Kroll, Luisa
**Cc:** Hunter-Hart, Monica                       ; Melissa N                       ; Steve Sarowitz                        ; Admin
**Subject:** Re: Introductions to Forbes

That was offered in case there was interest in walking through the next filing on background. Should we cross that bridge then? It's our understanding you are currently covering the current lawsuit with the NYT, which is what we are discussing now.

Jennifer Abel | RWA Communications
www.rwacommunications.com

**From:** Kroll, Luisa
**Date:** Monday, January 6, 2025 at 10:26 AM
**To:** Jennifer Abel
**Cc:** Hunter-Hart, Monica                    , Melissa N           , Steve Sarowitz            , Admin
**Subject:** Re: Introductions to Forbes

Also there was discussion of having Bryan on the call. Understand this is short notice but will he be available later?

> On Jan 6, 2025, at 1:22 PM, Jennifer Abel <                        > wrote:
>
> Ok. Do you want to call my cell?
>
> Jennifer Abel | RWA Communications
> www.rwacommunications.com

---

**From:** Kroll, Luisa
**Date:** Monday, January 6, 2025 at 10:21 AM
**To:** Jennifer Abel
**Cc:** Hunter-Hart, Monica <          >, Melissa N <          >, Steve Sarowitz          , Admin <
**Subject:** Re: Introductions to Forbes

Any chance we can do 10:30? In 10 minutes? So we can get started and then we can set up another one for later in the day?

> On Jan 6, 2025, at 1:18 PM, Jennifer Abel <                        > wrote:
>
> Hi, 1030 works for me but I'd like Melissa to also join—I'll let her chime in. We both have meetings at 11 today, so if now doesn't work then we will both be more available later this afternoon.
>
> Jennifer Abel | RWA Communications
> www.rwacommunications.com

---

**From:** Hunter-Hart, Monica
**Date:** Monday, January 6, 2025 at 10:14 AM
**To:** Kroll, Luisa <          , Melissa N <          >
**Cc:** Jennifer Abel          >, Steve Sarowitz          >, Admin <
**Subject:** Re: Introductions to Forbes

Hi Melissa and Jennifer,

We'd like to walk through the story with you. Any chance you could jump on a call ASAP? Luisa has to head to an appointment soon so it would be great to connect as early as possible — say, 10:30am PT?

Thanks,
Monica

**Monica Hunter-Hart**
Forbes reporter

**From:** Hunter-Hart, Monica
**Sent:** Sunday, January 5, 2025 11:41 PM
**To:** Kroll, Luisa          ; Melissa N
**Cc:** Jennifer Abel                    >; Steve Sarowitz            >; Admin
**Subject:** Re: Introductions to Forbes

Hi Melissa and Jennifer,

We're hard at work on the story and will be back in touch ASAP tomorrow morning.

We're opening by describing the scene at the premiere, as described in Wayfarer's lawsuit and seen in videos of the event. I think it's an effective way to illustrate how Blake was sidelining Justin at that time. One quick question on a detail to help me paint the picture: did Justin and Steve take the same car to the event, or did they arrive separately?

Thanks for your help today. More soon.

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter

---

**From:** Kroll, Luisa <
**Sent:** Sunday, January 5, 2025 12:55 PM
**To:** Melissa N
**Cc:** Hunter-Hart, Monica                    >; Jennifer Abel                    >; Steve Sarowitz
                                                                                    Admin
**Subject:** Re: Introductions to Forbes

Melissa, can you give me a quick call at

> On Jan 5, 2025, at 12:53 PM, Melissa N <                    > wrote:
>
> Thank you so much for the conversation and appreciate the confirmation that you will not be using those statements from Steve.
>
> We won't be able to offer up any statements from anyone apart from Bryan freedman at this time.
>
> But, an exclusive statement to Forbes from Bryan should be something that I hope that would make the situation a little bit better!
>
> And we will keep you updated on the website
>
> Let us know when you want to have another conversation, thank you so much
> Melissa
> Sent from my iPhone
>
>> On 5 Jan 2025, at 09:47, Hunter-Hart, Monica                    > wrote:
>>
>> Thanks for chatting a few minutes ago. I've noted that you haven't approved the two statements Steve gave me verbally — but **Bryan**, Jennifer/Melissa/I also discussed that we could probably get a different statement from Steve that goes through you, instead. When do you think we could obtain something like that?
>>
>> I'm starting to draft the story now to see how it looks with the info we have approved. **Jennifer** and **Melissa**, is there a time later today that would work to jump back on a call, this time that includes Luisa, once she's looked at my draft? I'll need a couple of hours, so sometime after 12pm PT would be best.
>>
>> Thanks,
>> Monica
>>
>> **Monica Hunter-Hart**
>> Forbes reporter
>>
>> ---
>>
>> **From:** Jennifer Abel
>> **Sent:** Saturday, January 4, 2025 5:49 PM
>> **To:** Hunter-Hart, Monica                    >; Melissa N                    >; Kroll, Luisa
>> **Cc:** Steve Sarowitz                                                                         Admin
>> **Subject:** Re: Introductions to Forbes
>>
>> We can use this link tomorrow at 9am PT— appreciate your time and working with us over the weekend!
>>
>> Join Zoom Meeting
>> https://us05web.zoom.us/j/4218993624?pwd=eGfWiVVMX1fG7j5vLUd9QSI9Wocv61.1
>>
>> Meeting ID: 421 899 3624
>> Passcode: X0RYM6

Get Outlook for iOS

**From:** Jennifer Abel <[redacted]>
**Sent:** Saturday, January 4, 2025 2:44:41 PM
**To:** Hunter-Hart, Monica [redacted]; Melissa N [redacted]; Kroll, Luisa [redacted]
**Cc:** Steve Sarowitz [redacted] Admin [redacted]
**Subject:** Re: Introductions to Forbes

I'll be joining as well so if possible for us to do a link we can all join that would be great. I'll send one shortly.

Get Outlook for iOS

**From:** Hunter-Hart, Monica [redacted]
**Sent:** Saturday, January 4, 2025 2:43:47 PM
**To:** Melissa N [redacted]; Kroll, Luisa [redacted]
**Cc:** Steve Sarowitz [redacted]; Jennifer Abel [redacted] Admin [redacted]
**Subject:** Re: Introductions to Forbes

Let's do 9am PT tomorrow — thanks so much. Luisa, feel free to join if you wish, but it's not necessary.

Melissa: Will you be calling me, or vice versa? And what's your number?

Best,
Monica

**Monica Hunter-Hart**
Forbes reporter
[redacted]

**From:** Melissa N [redacted]
**Sent:** Saturday, January 4, 2025 5:37 PM
**To:** Kroll, Luisa [redacted]
**Cc:** Hunter-Hart, Monica [redacted]; Steve Sarowitz [redacted]; Jennifer Abel [redacted] Admin [redacted]; Hunter-Hart, Monica [redacted]
**Subject:** Re: Introductions to Forbes

Happy to do 9-12 tomorrow PT if easier?

Thank you so much

Sent from my iPhone

> On 4 Jan 2025, at 14:37, Kroll, Luisa [redacted] wrote:
>
> And do you need me on the call or want to do with you and Monica and then she and I can regroup? Also sounds to me that 4 p.m. PT might be late if Monica said she could speak in next half hour?
>
>> On Jan 4, 2025, at 5:35 PM, Melissa N <[redacted]> wrote:
>>
>> Thank you - can we please lock in 4pm PT?
>>
>> Sent from my iPhone
>>
>>> On 4 Jan 2025, at 14:34, Hunter-Hart, Monica [redacted]> wrote:
>>>
>>> (Alternatively, sometime in the next half hour or so would also work well. My number is [redacted]
>>>
>>> **Monica Hunter-Hart**
>>> Forbes reporter

**From:** Hunter-Hart, Monica 
**Sent:** Saturday, January 4, 2025 5:32 PM
**To:** Melissa N <​​​​​​​​​​​​>; Kroll, Luisa
**Cc:** Steve Sarowitz <​​​​​​​​​​​​>; Jennifer Abel <​​​​​​​​​​​​>; Admin <​​​​​​​​​​​​>
**Subject:** Re: Introductions to Forbes

Hi Melissa,

Looks like our emails crossed! Would you be free for a call at 10:30am ET tomorrow?

Thanks,
Monica

**Monica Hunter-Hart**
Forbes reporter

**From:** Melissa N
**Sent:** Saturday, January 4, 2025 5:30 PM
**To:** Kroll, Luisa
**Cc:** Steve Sarowitz <​​​​​​​​​​​​>; Jennifer Abel <​​​​​​​​​​​​>; Hunter-Hart, Monica <​​​​​​​​​​​​>; Admin <​​​​​​​​​​​​>; Hunter-Hart, Monica <​​​​​​​​​​​​>
**Subject:** Re: Introductions to Forbes

Thanks Luisa.

Good to meet you.

Are you available for a call either later today or tomorrow morning?

Thank you so much.
Melissa

Sent from my iPhone

> On 4 Jan 2025, at 14:19, Kroll, Luisa <​​​​​​​​​​​​> wrote:
>
> Hi Steve,
>
> Love getting the exclusive and chance to share it all. Our plan is still to get comments and information from you all by 9 a.m. Monday and to finish up the initial piece. This is a fast moving story, of course, and I don't want Monica to get scooped in any way given how much time she has spent with you. We're both around this weekend and waiting for any information from you all.
>
> Thanks so much again for working with us.
>
> Warm regards,
>
> Luisa
>
> Luisa Kroll
> Executive Editor, Forbes
>
>> On Jan 4, 2025, at 4:49 PM, Steve Sarowitz <​​​​​​​​​​​​> wrote:

CONFIDENTIAL    SAROWITZ_000000906

Monica, per our conversation, meet Jen and Melissa. Please let us know if the potential new idea we discussed is OK with Luisa. We appreciate you working with us as always,

Warm Regards,

<image001.png>

Steve Sarowitz
Co-Chairman
Wayfarer Studios

One planet, One people, Please...

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CONFIDENTIAL

SAROWITZ_000000907