# Exhibit 97

| | |
|---|---|
| **From:** | Jennifer Abel |
| **Sent:** | Wed, 31 Jul 2024 00:17:49 -0400 (EDT) |
| **To:** | Mitz Toskovic  "melissa  |
| **Cc:** | Jamey Heath   Tera Hanks |
| **Subject:** | Re: TIMELINE |
| **Attachments:** | TIMELINE _1dsT6bbbEgacFSjd6a5pqeUaZU1q82goAbXLh-a6NF5w.xlsx |

It opens for me! Thanks for sending mitz. Will review with fresh eyes tomorrow.

**From:** Mitz Toskovic
**Sent:** Tuesday, July 30, 2024 9:11:26 PM
**To:** melissa
**Cc:** Jennifer Abel   Jamey Heath   Tera Hanks
**Subject:** TIMELINE

Hi Melissa,

My name is Mitz, I work closely with jamey at Wayfarer Studios. I'm sure we will chat more later this week. Looking forward to meeting you.

We've started putting a timeline of events over the last 2 years.

This is a WIP and needs some cleaning up but sharing with you so you can start to get up to speed.

Please let me know if you have any questions!

@Jennifer Abel let me know best way to share this with you. For some reason google sheets doesnt like your email.

Talk soon,



Mitz Tošković

CONFIDENTIAL                                                                                                                                            NATHAN_000003767