# Exhibit 118

**Thread Participants:** Jamey Heath; Henny Grace (Owner); Henny Grace (Owner); Justin Baldoni (Owner); Justin Baldoni (Owner); J B (Owner)
**Active Participants:** Jamey Heath; Henny Grace (Owner)
**First Message:** 12/28/2023 1:06:38 AM
**Last Message:** 12/28/2023 12:46:53 PM

---

**Henny Grace (Owner)**

This is what im sending. Hey team.

I have added in Chris Surgent our AD here to have eyes on this so he can digest at the same time as all of you. I've spent the better part of the last few days trying to figure this out. Everyone knows how I feel about all this and how angry I am that the system is so broken it's letting Blake take over a film and re-write a movie we spent years developing, writing and funding. So yes... I am furious. And sad. But I will continue to get back up with a goal of getting us to the finish line.

I have come to terms with the fact that the only way out is through. I am waiving the white flag and submitting. I am going to give her 98% of what she wants. I'm sure none of us have the energy to fight anymore. The the team who has been working their ass off needs a shooting script on Jan 2nd.

So, here's where we are.

There are minor things I did to each scene, some I made notes on and tiny ones I didnt. Most of what I touched is below. The big issues are going to be intimacy, how and what we are shooting for those scenes - and how this script is going to be presented to her and with what notes. To that end, we all need to get on the phone and talk through it as the risk of something innocuous or not meeting her standards could and would very likely be used against me (as it already has) and creativity is impossible in an environment shrouded in fear. By now we all know what she is capable of.

The rest of the notes below we need to walk through together.

Let me know when we can all hop on a zoom tomorrow. I am hopeful we can find a path forward together but we must now act as one.

Justin

12/28/2023 1:06:38 AM

CONFIDENTIAL BALDONI_000018926

**Jamey Heath:** Much better. I would change one other thing…
First paragraph you say
" everyone knows how I feel
About this and how angry I am that the system…"

Just say "everyone knows how I feel about this, and how angry I am that(cut to) Blake has taken over the film…"
*12/28/2023 1:09:45 AM*

**Henny Grace (Owner):** all this and how angry I am that Blake has taken over our film and somehow re-wrote a movie we spent years developing, writing and funding. So yes… I am furious. And sad. But I will continue to get back up with a goal of getting us to the finish line.
*12/28/2023 1:11:18 AM*

**Jamey Heath:** Better. Thank you!
*12/28/2023 1:15:00 AM*

**Jamey Heath:** You have all the right to feel it all. Everyone doesn't need to know it all of what we feel in the moment. Thanks for taking my thoughts and implementing them.
*12/28/2023 1:16:20 AM*

**Henny Grace (Owner):** Im Bccing, John Logan.
*12/28/2023 1:18:18 AM*

**Henny Grace (Owner):** So he can have eyes from our side.
*12/28/2023 1:18:28 AM*

**Jamey Heath:** Ok
*12/28/2023 1:18:52 AM*

**Henny Grace (Owner):** Let him know please
*12/28/2023 1:19:05 AM*

**Henny Grace (Owner):** Hope youre feeling better
*12/28/2023 1:19:09 AM*

**Jamey Heath:** Thank you. I will. You too. I love you.
*12/28/2023 1:20:39 AM*

> **Henny Grace (Owner)**
> Check email -
> 12/28/2023 12:45:27 PM

> **Jamey Heath**
> At urgent care. For the next bit. Don't think I'll make it. Everything is fine.
> 12/28/2023 12:46:29 PM

> **Henny Grace (Owner)**
> Urgent care for who?
> 12/28/2023 12:46:53 PM

CONFIDENTIAL
BALDONI_000018928