# Exhibit 119

---------- Forwarded message ---------
From: **Alex Saks** <as@sakspicturecompany.com>
Date: Fri, Dec 29, 2023 at 11:37 AM
Subject: Re: Meeting
To: Giannetti, Andrea <Andrea_Giannetti@spe.sony.com>

great

On Fri, Dec 29, 2023 at 11:33 AM Giannetti, Andrea <Andrea_Giannetti@spe.sony.com> wrote:

> I will be in NY and can attend mtg. if you all think helpful. Happy to be there.
>
> **From:** Alex Saks <as@sakspicturecompany.com>
> **Date:** Thursday, December 28, 2023 at 4:01 PM
> **To:** Jamey Heath <jamey@wayfarerstudios.com>, Giannetti, Andrea <Andrea_Giannetti@spe.sony.com>, Chris Surgent <ck1029@mac.com>
> **Subject:** Fwd: Meeting
>
> Fyi
>
> Begin forwarded message:
>
> **From:** Justin Baldoni <justin@wayfarerstudios.com>
> **Date:** December 28, 2023 at 3:53:56 PM PST
> **To:** "B ." <b.deadly@mac.com>, Todd Black <todd@escapeartists.com>, Alex Saks <as@sakspicturecompany.com>
> **Subject: Re: Meeting**
>
> Hey Blake
>
> Adding in Todd and Alex
>
> Jan 4th at 3pm should work. Todd, Alex, Chris Surgent (our AD) and I will attend
>
> See you then
>
> J

AS000101

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá
Bahá

On Dec 27, 2023, at 5:56 PM, B . <b.deadly@mac.com> wrote:

Hey,

I hope you and your family had a nice holiday.

Would love to set the time for our meeting before we start production. We'll be back in town Jan 4. Does 3pm work? Will host in Tribeca. Happy to have just you, not sure if Jamey will be on set, but he's welcome. We can also have the whole team Todd, Ange and Alex if you prefer.
Please let me know on all.

-B