# Exhibit 131

**Thread Participants:** ▆▆▆▆ Julie Walker; ▆▆▆▆ Henny Grace (Owner); ▆▆▆▆ Henny Grace (Owner); ▆▆▆▆ Justin Baldoni (Owner); ▆▆▆▆ Justin Baldoni (Owner); ▆▆▆▆ J B (Owner)
**Active Participants:** ▆▆▆▆ Henny Grace (Owner)
**First Message:** 2/22/2024 11:40:56 PM
**Last Message:** 2/22/2024 11:40:56 PM

> **Henny Grace (Owner)**
> If you have five minutes to meditate on another predicament - we got the call today that Blake won't promote the movie unless I let her into the edit with me.
> 2/22/2024 11:40:56 PM