# Exhibit 143



CONFIDENTIAL

BALDONI_000024619