# Exhibit 152

# Redacted - Privileged

**From:** Jennifer Abel
**Date:** Friday, July 5, 2024 at 12:17 PM
**To:** Misher, Danielle, Matthew Mitchell
**Cc:** Maggin, Danni, Hann, Gloria
**Subject:** Re: Maximum Effort/IEWU content capture

Wonderful thank you!

---

**From:** Misher, Danielle
**Sent:** Friday, July 5, 2024 12:16:13 PM
**To:** Jennifer Abel; Matthew Mitchell
**Cc:** Maggin, Danni; Hann, Gloria
**Subject:** Re: Maximum Effort/IEWU content capture

Hi Jennifer,

Our content team is putting together a few pieces for Justin - they should be sending to you guys for approval on Monday

The digital team is also going to send you a calendar so you can see how our rollout of content and social pieces is planned?.

I?ll let publicity answer the other stuff.

Thanks!
Danielle

Get Outlook for iOS

---

**From:** Jennifer Abel
**Sent:** Friday, July 5, 2024 10:55:55 AM
**To:** Matthew Mitchell; Misher, Danielle
**Cc:** Maggin, Danni; Hann, Gloria
**Subject:** Re: Maximum Effort/IEWU content capture

Hi there?hope everyone had a lovely 4th.

Understand you?re likely not back to work today yet (our offices are closed as well), but wanted to touch base quickly so we can pick this back up again on Monday. We heard the content shoot went well last week so as soon as you?re able to share any insight on next steps per our call that would be great so we can start planning on our end. Just as a FYI?Justin leaves for Sweden on the 18th, so anything we can/should be planning on our end we would likely need to capture next week/top of the following week.

Also, Danni & Gloria, we received a note about a potential London premiere on 8/5? Sorry if I missed that somewhere within our correspondence. But curious how that affects the junket plans, and travel for JB back to NY. Want to make sure that the Chicago screening on 8/8 is on your radar as well as it?s our understanding Jamey has been leading those comms. Justin would love to start ironing out travel if we can for him & Emily from Sweden, press commitments week of release, so if we could connect on the publicity side to walk through where everything stands at this time that would be great (next week of course!).

Thanks again,

-Jennifer

---

**From:** Jennifer Abel

CONFIDENTIAL                                          ABEL_000018946

**Date:** Monday, June 24, 2024 at 6:44 PM
**To:** Matthew Mitchell <​███████████​>, danielle_misher ███████████
**Cc:** Maggin, Danni ███████████ Gloria_Hann ███████████
**Subject:** Re: Maximum Effort/IEWU content capture

I also just want to clarify as it got back to us that there might be some confusion-- we are not asking AT ALL for Justin to be flown to NY and in the room with Blake et al... we are just asking for him to be able to be incorporated into whatever content is produced so optically it isn't evident that he's not included. Fans are smart, and will start to catch on we fear. If we need to shoot our own content to be incorporated into the final, have Justin do something similar on his own platforms so it's part of the larger concept, etc... we are open to ideating with you guys ways we can be creative here. Please know we are realistic in light of the situation, but need to look out for our clients as well.

Discuss more tomorrow but wanted to clear the air there so it doesn't get relayed back to our client anything other than what is intended-- Thank you!

Jennifer

---

**From:** Matthew Mitchell ███████████
**Sent:** Monday, June 24, 2024 4:38 PM
**To:** danielle_misher ███████████
**Cc:** Jennifer Abel ███████████ Maggin, Danni ███████████
**Subject:** Maximum Effort/IEWU content capture

Hi Danielle,

Danni Maggin recommended we reach out to you about the Maximum Effort content capture that?s being set up for later this week (see below). We wanted to ask if you have any insight on the creative and what?s happening and being filmed. We want to ensure that Justin is able to participate and that he?s included in marketing efforts where the other cast are being utilized. Is Sony supporting the Maximum Effort creative and will it be used in marketing from Sony? We want to make sure this is an inclusive project with all the talent from the film and not select folks being left out.

If you?d like we?re happy to find time to discuss this further on a call. We appreciate your help and Sony?s support in keeping this an inclusive effort from all sides.

Thanks in advance!
Matthew

Matthew Mitchell | JONESWORKS
www.jonesworks.com

JONESWORKS observes ?Summer Fridays? from Memorial Day to Labor Day. While our offices will be closing at 1pm PT/ET, we will still be checking email periodically and are reachable via phone for any timely matters.

CONFIDENTIAL                                                                                                          ABEL_000018947