# Exhibit 157



CONFIDENTIAL
WAYFARER_000141754