# Exhibit 158



CONFIDENTIAL

WAYFARER_000141755