# Exhibit 160

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5  BLAKE LIVELY,
 6              Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
    WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10  _____
    JENNIFER ABEL,
11              Third-party Plaintiff,
       vs.
12  JONESWORKS, LLC,
                Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
       vs.
15  BLAKE LIVELY, et al.
                Consolidated Defendants.
16  _____
17
18                   **CONFIDENTIAL**
19
20      VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
21              Los Angeles, California
22             Friday, September 26, 2025
23  Stenographically Reported by:  Ashley Soevyn,
    CALIFORNIA CSR No. 12019
24
25
```

1  like the -- you know, you don't like the person's
2  past or their history or their reputation?
3             MR. FREEDMAN:  Objection.
4             THE WITNESS:  I think to better answer
5  your question, as a personal publicist, I'm able to
6  make decisions based on who I think I'm able to
7  represent based on my aligning values.
8  BY MR. GOTTLIEB:
9       Q    Okay.  Do you typically do like a
10 background investigation or look into your clients
11 when you have new opportunities presented to you?
12      A    I think the extent of my ability to do a
13 background investigation is to Google.  I'm sure
14 I've done that in the past.
15      Q    Okay.  When did you first meet
16 Justin Baldoni?
17      A    In 2020.
18      Q    What were the circumstances in which you
19 met him?
20      A    I became his publicist and started
21 running his account.
22      Q    How did that come about?
23      A    When I was employed at Jonesworks, I was
24 hired to oversee the entire talent and entertainment
25 department, and he was a talent client at that time.

CONFIDENTIAL

Page 39

1     Q    Okay.  Do you remember when in 2020 this
2 was?
3     A    I believe I was hired at the end of
4 July 2020.  So it would have been sometime around
5 that time period.
6     Q    And were -- were you introduced to
7 Mr. Baldoni through someone at Jonesworks or how --
8 how did that come about?
9     A    I'm trying to remember -- I apologize --
10 the first time that I met him.  I believe there was
11 a photo shoot and I came to set, and that was the
12 first time that we met.  But again, I'm -- it's a
13 long time ago so I'd have to think more about that,
14 and I can correct that later.
15     Q    Do you remember where that was?
16     A    I do not.  Sorry.
17     Q    Did you meet anybody else at Wayfarer
18 Studios when you were brought in, in 2020 to work
19 with Mr. Baldoni?
20         MR. FREEDMAN:  Objection.
21         THE WITNESS:  So I don't recall the exact
22 date of when I was introduced to the Wayfarer team.
23 Yeah, I apologize.  I don't recall the exact date.
24 BY MR. GOTTLIEB:
25     Q    At that time in 2020, were you

Page 40

1  representing Mr. Baldoni personally or Wayfarer
2  Studios or some combination of both?
3       A    At Jonesworks, they were the same.  They
4  were kind of the same contract, the same agreement.
5  So I oversaw them as one client.
6       Q    Okay.  When did you first meet
7  Jamey Heath?
8       A    Again, I'd have to refresh my memory when
9  he joined Jonesworks.  I apologize, I don't have
10 that date readily available.
11      Q    Do you know what year it might have been
12 in?
13      A    Yeah, I would say -- oh, gosh, time
14 flies.  I would say probably around, to the best of
15 my recollection -- again, I -- sitting here today, I
16 may have to come back and correct this.  I would say
17 2022.
18      Q    Okay.  How about Steve Sarowitz?
19      A    Steve, I met much later.  Actually, I
20 don't recall when I first met Steve.  Yeah, I
21 apologize.  I don't recall when I met Steve for the
22 first time.
23      Q    Do you have any recollection of when you
24 first learned of Steve Sarowitz, of his existence?
25      A    Of -- of course.  When I was brought on

CONFIDENTIAL

Page 340

1             "Wasn't his story."
2        Meaning James.
3         (As read):
4             "No it's not his name.  Fuck ours is
5             way better."
6        Do you see that?
7   A    Yes.
8   Q    Meaning, our story that Ms. Nathan is
9   communicating?
10  A    Again, it could be one that she
11  contributed to, meaning, we were getting incoming
12  commentary, asking for commentary.  We were
13  balancing stories left and right.
14  Q    You really were not told that TAG was
15  placing a story with The Daily Mail?
16  A    No, I was not.  And, actually, I would
17  like to add to that, that not only were we not told,
18  we were given explicit instructions from our client
19  to not place any story that was negative about Blake
20  or otherwise.  Our main focus was to mitigate the
21  negative press that was breaking, organically, from
22  the press tour.
23  Q    Ms. Abel, on the next page with 5:20, at
24  the top, do you see a text message between
25  Ms. Nathan and James Vituscka?