# Exhibit 161

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4
 5   STEPHANIE JONES, JONESWORKS
     LLC,
 6
                  Plaintiffs,
 7
        vs.                  CASE NO. 1:25-CV-00779-LJL
 8
     JENNIFER ABEL, MELISSA NATHAN,
 9   JUSTIN BALDONI, WAYFARER
     STUDIOS LLC,
10
                  Defendants.
11   _____
12
13
14       VIDEO-RECORDED DEPOSITION OF TERA HANKS
15              Los Angeles, California
16            Monday, September 8, 2025
17
18
19
20
21
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

```
                                              Page 275
 1              THE WITNESS:  In my experience, talent
 2     hires crisis when they feel they need that support.
 3     BY MS. ROESER:
 4         Q    Did you have an understanding as to
 5     whether Mr. Baldoni felt in July of 2024 that he
 6     needed crisis support?
 7         A    Yes.
 8         Q    And what is your understanding of why
 9     Mr. Baldoni felt that he needed crisis support in
10     July of 2024?
11         A    We were concerned -- he was concerned
12     about the cast unfollowing him and not doing press
13     and promo in support of the film and that there
14     could be negative press about the film that could
15     take away from the success of the film.
16         Q    Was he also concerned, to your knowledge,
17     that there would be negative press about him
18     individually?
19         A    He was concerned about press -- negative
20     press for the film.
21         Q    I don't think you answered my question.
22              Was Mr. Baldoni also concerned, to your
23     knowledge, that there might be negative press about
24     him individually, apart from the film?
25         A    He was concerned when the cast unfollowed
```

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400