# Exhibit 165

| | |
|---|---|
| **From:** | Katie Case |
| **Sent:** | Fri, 26 Jul 2024 14:02:48 -0400 (EDT) |
| **To:** | Melissa N |
| **Cc:** | Tera Hanks <​>; Jamey Heath <​>; breanna |
| **Subject:** | Re: Wayfarer Studios |
| **Attachments:** | Wayfarer Studios - TAG PR Scope of Work 7.26.24.pdf |

Hi all,

Thank you so much again for the time last evening and for the incredible context provided to us.

As promised, please find our attached scope of work, which details our overall approach, opportunities to prevent and mitigate crisis, aid the larger team in branding and messaging, and finally, our cost of services.

We look forward to your thoughts and feedback on this -- and of course, please do let us know of any questions you might have.

Thank you,
Katie

> On Fri, Jul 26, 2024 at 12:42 AM Melissa N <​> wrote:
> Thank you so much for taking the time to speak with us.
>
> Jen and our team will connect tomorrow and go through everything.
>
> I know time is definitely of the essence here - we will aim to have a plan to you by the end of tomorrow.
>
> Have a lovely evening
> Melissa
>
> Sent from my iPhone
>
>> On 25 Jul 2024, at 18:30, Tera Hanks <​> wrote:
>>
>> We would love to jump on a zoom now if possible.
>>
>> If that works for you, can you please provide a zoom link?
>>
>> 
>> **Tera Hanks**
>> President
>> WAYFARER
>>
>>> On Jul 25, 2024, at 6:27 PM, Katie Case <​> wrote:
>>>
>>> Wonderful — thanks so much.
>>>
>>> Do let us know when works to jump on a call. Happy to speak this evening, as well as tomorrow.
>>>
>>> Once scheduled, we can provide a dial in for use.
>>>
>>>> From: Jamey Heath <​>
>>>> Sent: Thursday, July 25, 2024 9:25:45 PM
>>>> To: Katie Case
>>>> Cc: Tera Hanks <​ melissa​ ; breanna​>
>>>> Subject: Re: Wayfarer Studios
>>>>
>>>> Thank you Katie

CONFIDENTIAL

NATHAN_000003796



To: Jamey Heath, Tera Hanks
From: The Agency Group (TAG) PR
Subject: Scope of Work
Date: 7/26/24

**OVERVIEW**

TAG PR will work closely with Jonesworks, Justin Baldoni, Wayfarer Studios, and its applicable executives to design and implement a crisis communications strategy to protect and enhance the reputations of Justin Baldoni, Wayfarer Studios, and their executives while navigating through anticipated and unforeseen challenges leading up to the "It Ends With Us" premiere and its aftermath.

As part of our efforts to protect the company's position, TAG PR will provide ongoing strategic counsel and rapid interference to mitigate references of controversy, correct inaccurate narratives, and push out factual, positive messaging to create a level of control and balance in coverage surrounding the premiere and, in the months afterwards.

Our plan will be tailored to reach key audiences including selected media, industry decision makers, partners, investors, and other creatives to ensure the longevity and prosperity of Justin Baldoni, Wayfarer Studios, its applicable executives, and future projects.

Our approach will include the following elements:

**CRISIS PREVENTION & MITIGATION**

- Support Justin Baldoni, Wayfarer Studios and its applicable executives with independent strategic counsel and perspective.
- Curate statements, background information, and talking points for press reflecting the company's core values, key messaging and the integral role they played to bring this film to life.
- Develop a comprehensive scenario planning document outlining a series of potential outcomes with a suggested course of action for each variable.
- Catalog third party validators from the crew, previous projects, and other industry peers to establish credibility around the narrative and help shape perception in the press.
- Provide input on specific inquiries and liaise with reporters to mitigate negative stories/correct inaccuracies.
- Monitor coverage and social conversations, correcting and updating stories & headlines in real time.

THE AGENCY GROUP PR

**BRANDING & MESSAGING**

As needed, our team can be helpful in identifying and supporting future proactive opportunities to further assuage any potential negativity. These efforts will include:

- Align with Jonesworks and team on the timeline for the coming months to establish key moments and determine accessible opportunities.
- Support Jonesworks in media management as appropriate, to ensure Justin, the company, and its team are positioned in a positive light.
- Define target audiences and identify areas of focus and sensitivity.
- Review, refine, and help to create all existing communications materials and incorporate consistent, unified messaging, including but not limited to, boilerplates, talking points, press releases, statements, event and appearance materials, promotional language, and more.
- Curate statements, background information, and responses for press.
- Provide input on press inquiries as appropriate and liaise with reporters through this time of crisis to filter through opportunities and determine which are valuable to Justin, Wayfarer Studios, and executives' overall profiles and reputations.
- Manage and oversee any potentially negative stories and correct inaccuracies, as necessary.
- Work with Jonesworks and team to monitor relevant coverage and social conversations while flagging, correcting, and updating as needed, adding statements, and background items, and more in real time.
- Perform media training and prep sessions by drafting and reviewing talking points and facilitating a mock interview experience, as necessary.

**FEES & EXPENSES**

Term: 3 months | Agency Fee: $15,000/month | Expenses: As Incurred