# Exhibit 169

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
2       FOR THE SOUTHERN DISTRICT OF NEW YORK
3                    ---oOo---
4
5  BLAKE LIVELY,
6              Plaintiff,
7    vs.       CASE NO. 24-CV-10049-LJL (LEAD CASE)
                         25-CV-449 (LJL) (MEMBER CASE)
8
   WAYFARER STUDIOS LLC, ET AL.
9
              Defendants.
10 _____
   JENNIFER ABEL,
11           Third-party Plaintiff,
     vs.
12 JONESWORKS, LLC,
             Third-party Defendant.
13 _____
   WAYFARER STUDIOS LLC, et al.
14           Consolidated Plaintiffs,
     vs.
15 BLAKE LIVELY, et al.
             Consolidated Defendants.
16 _____
17                **CONFIDENTIAL**
18
19    VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN
20              Los Angeles, California
21            Monday, September 29, 2025
22
23 Stenographically Reported by:  Ashley Soevyn,
   CALIFORNIA CSR No. 12019
24
25

CONFIDENTIAL

Page 111

```
 1        Q    Okay.  Do you see in the overview, how
 2   the document says:
 3             (As read):
 4                  "There are several potential scenarios
 5                  at play here, which we should be
 6                  prepared for should BL and her team
 7                  make her grievances public"?
 8        A    Yes.
 9        Q    "BL and her team" refers to Blake Lively
10   and her team?
11        A    Yes.
12        Q    Who did you understand Ms. Lively's team
13   to be at this time?
14        A    Leslie Sloane and her publicists.
15        Q    Okay.  Who else besides Leslie Sloane did
16   you understand to be part of Ms. Lively's team?
17        A    I didn't know anyone else.
18        Q    Okay.  Do you see the next sentence says:
19             (As read):
20                  "Given she was made to compromise with
21                  the premiere, we feel she will move
22                  forward with doing so."
23             Do you see that?
24        A    Yes.
25        Q    It was the -- it was TAG's view that you
```

Page 112

1  all believed that Ms. Lively and her team would make
2  her grievances public?
3      A    Again, this is scenario planning.  So
4  this is a possibility.  This is not definitive.
5      Q    Right.  I mean, the scenarios -- I'm
6  not -- I didn't really ask you if you thought it was
7  definitive that she would do so.  I'm just saying
8  what you're describing here in this first paragraph
9  is, there are scenarios that we need to be prepared
10 for should she make her grievances public --
11     A    Absolutely.
12     Q    -- and then we believe, given that she
13 was made to compromise with the premiere, that she
14 will move forward with doing so.
15          Do you see that?
16     A    Yes.
17     Q    So all I'm asking you is, it was your
18 view, or TAG's view at least at the time, that
19 Ms. Lively was going to make her grievances public;
20 is that right?
21     A    No, she could.  You keep on saying that
22 it's my view.  This is like she could have made.
23 Yes.
24     Q    (As read):
25              "We feel she will move forward with