# Exhibit 177

Native article
Available at the link below:

https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html