# Exhibit 180

**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Jen Abel DO NOT USE
**First Message:** 8/7/2024 10:31:29 AM
**Last Message:** 8/7/2024 9:36:23 PM

**Melissa Nathan (Owner)**
I'm just going to say one thing.
This is the time to make decision on social planning.

Would rather be in the front in the back- and it cost way more in the back.

That's all I will say, and I hope that I am 100% wrong. But just have to flag you know that's my job.

8/7/2024 10:31:29 AM

**Jen Abel DO NOT USE**
Do you think we need it ?
8/7/2024 10:31:52 AM

**Jen Abel DO NOT USE**
From what you're seeing
8/7/2024 10:31:57 AM

**Jen Abel DO NOT USE**
Because we have also a planned response if needed
8/7/2024 10:32:06 AM

**Jen Abel DO NOT USE**
Considering all of the interviews he is doing between now and Friday
8/7/2024 10:32:20 AM

**Melissa Nathan (Owner)**
Not this second. But it's one of those better safe than sorry.
But from what I'm saying, I don't think you need it this second.
But just want to be really, really aware .
8/7/2024 10:33:11 AM

**Melissa Nathan (Owner)**
I am an over planner. Because you know socials..
8/7/2024 10:33:25 AM

**Jen Abel DO NOT USE**
Understand. We should get on a call with Jamey today
8/7/2024 10:33:38 AM

**Jen Abel DO NOT USE**
We will likely have a break around 1130
8/7/2024 10:33:47 AM



**Jen Abel DO NOT USE**
Et
8/7/2024 10:33:49 AM

**Melissa Nathan (Owner)**
From my friend at TMZ

" Justin Baldoni tips hitting our email about his beef with Blake and Colleen Hoover"
8/7/2024 10:52:23 AM

**Jen Abel DO NOT USE**
What are the tips
8/7/2024 10:53:22 AM

**Melissa Nathan (Owner)**
I asked that was my follow-up question
8/7/2024 10:53:51 AM

**Jen Abel DO NOT USE**
If we can kill before we do the today show
8/7/2024 10:54:05 AM

**Jen Abel DO NOT USE**
😩😵
8/7/2024 10:54:09 AM

**Melissa Nathan (Owner)**
Nothing to kill right now, don't worry
8/7/2024 10:54:24 AM

**Jen Abel DO NOT USE**
Phew
8/7/2024 10:54:33 AM

**Jen Abel DO NOT USE**
Thank god for you
8/7/2024 10:54:40 AM

**Melissa Nathan (Owner)**
Just to be aware.

Oh God, Famous Last Words Jen .

This might be a fight, but we will come through it well.

That's all that matters .
8/7/2024 10:55:17 AM

NATHAN_000003600



**Jen Abel DO NOT USE**
It's all fan speculation because he was in Sweden and then as a director did press separately
8/7/2024 10:59:05 AM

**Jen Abel DO NOT USE**
And then just say they never fucking followed
8/7/2024 10:59:12 AM

**Jen Abel DO NOT USE**
lol
8/7/2024 10:59:14 AM

**Jen Abel DO NOT USE**
I hate everyone
8/7/2024 10:59:17 AM



**Melissa Nathan (Owner)**
Loved "I hate everyone "
8/7/2024 11:00:04 AM

**Melissa Nathan (Owner)**
Same
8/7/2024 11:00:08 AM

**Melissa Nathan (Owner)**
BL vogue cover just dropped
Reading
8/7/2024 11:17:13 AM

**Jen Abel DO NOT USE**
I read it
8/7/2024 11:17:39 AM

**Jen Abel DO NOT USE**
It's fine
8/7/2024 11:17:41 AM

**Jen Abel DO NOT USE**
Barely anything about the movie. The entire thing is meaningless fluff
8/7/2024 11:17:54 AM

# Redacted - NR

**Melissa Nathan (Owner)**
She finishes the cookie and brushes off the crumbs. Her ear jewelry sparkles in the light.
8/7/2024 11:21:53 AM

**Jen Abel DO NOT USE**
8/7/2024 11:22:12 AM

**Melissa Nathan (Owner)**
We can't change that headline - it's not a place that would it's click bait and it's reporting on what happened ( which did happen)

We need to concentrate on the big media and socials
8/7/2024 2:52:17 PM

**Melissa Nathan (Owner)**
But monitor that article heavily
8/7/2024 2:52:29 PM

**Jen Abel DO NOT USE**
Ok copy
8/7/2024 2:53:08 PM

**Jen Abel DO NOT USE**
I think we really need to put the social combat plan then into motion
8/7/2024 2:53:31 PM

**Melissa Nathan (Owner)**
So do I
8/7/2024 2:54:20 PM

NATHAN_000003602



**Melissa Nathan (Owner)**
We are heavily monitoring trust me
And have our friendlies updating us as well
8/7/2024 2:55:08 PM

**Jen Abel DO NOT USE**
Can you call Jamey and get the free light?
8/7/2024 2:55:23 PM

**Jen Abel DO NOT USE**
Green light
8/7/2024 2:55:27 PM

**Melissa Nathan (Owner)**
Yes
8/7/2024 2:55:28 PM

**Jen Abel DO NOT USE**
Sorry we are back in press
8/7/2024 2:55:34 PM

**Melissa Nathan (Owner)**
Loved "Sorry we are back in press "
8/7/2024 2:55:39 PM

CONFIDENTIAL

**Melissa Nathan (Owner)**

Variety: 'It Ends with Us' Review: Blake Lively Stars in a Romantic Soap Opera That Turns Dark and Stays Convincing
https://variety.com/2024/film/reviews/it-ends-with-us-review-blake-lively-1236097332/
(https://variety.com/2024/film/reviews/it-ends-with-us-review-blake-lively-1236097332/)

The Hollywood Reporter: Justin Baldoni on Filming Ryle's Darker 'It Ends With Us' Scenes With Help From Blake Lively, Female Coordinators
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-ryle-it-ends-with-us-darker-scenes-blake-lively-1235967871/
(https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-ryle-it-ends-with-us-darker-scenes-blake-lively-1235967871/)

The Hollywood Reporter: 'It Ends With Us' Review: Blake Lively Stars in Serviceable Adaptation of Colleen Hoover Novel
https://www.hollywoodreporter.com/movies/movie-reviews/it-ends-with-us-review-blake-lively-colleen-hoover-1235967117/
(https://www.hollywoodreporter.com/movies/movie-reviews/it-ends-with-us-review-blake-lively-colleen-hoover-1235967117/)

Deadline: 'It Ends With Us' Review: Blake Lively & Justin Baldoni Deliver In Nuanced Feature Take Of Colleen Hoover Bestseller
https://deadline.com/2024/08/it-ends-with-us-review-blake-lively-justin-baldoni-1236033267/
(https://deadline.com/2024/08/it-ends-with-us-review-blake-lively-justin-baldoni-1236033267/)

The Wrap: 'It Ends With Us' Review: Blake Lively Shines in a Glossy Herstory of Passion and Violence
https://www.thewrap.com/it-ends-with-us-movie-review-blake-lively/ (https://www.thewrap.com/it-ends-with-us-movie-review-blake-lively/)

CBS News: Justin Baldoni talks "It Ends with Us" movie adaptation
https://www.cbsnews.com/video/justin-baldoni-talks-it-ends-with-us-movie-adaptation/
(https://www.cbsnews.com/video/justin-baldoni-talks-it-ends-with-us-movie-adaptation/)

USA Today: Blake Lively, Justin Baldoni lead book-to-movie adaptation 'It Ends with Us'
https://www.usatoday.com/videos/entertainment/books/2024/08/07/it-ends-with-us-trailer/74701620007/
(https://www.usatoday.com/videos/entertainment/books/2024/08/07/it-ends-with-us-trailer/74701620007/)

New York Post: Ryan Reynolds wrote an 'iconic' scene in Blake Lively's new movie 'It Ends With Us'
https://nypost.com/2024/08/07/entertainment/blake-lively-sayryan-reynolds-wrote-rooftop-scene-in-blake-lively/
(https://nypost.com/2024/08/07/entertainment/blake-lively-sayryan-reynolds-wrote-rooftop-scene-in-blake-lively/)

The Washington Post: 'It Ends With Us' is glittery and traumatic. And, oh, those abs.

NATHAN_000003604

(https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/)
https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/
(https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/)
Today: Justin Baldoni's kids: Meet the family he shares with wife Emily
https://www.today.com/popculture/movies/justin-baldoni-kids-rcna164885
(https://www.today.com/popculture/movies/justin-baldoni-kids-rcna164885)
Today: Justin Baldoni's wife: All about Emily Baldoni
https://www.today.com/popculture/movies/justin-baldonis-wife-rcna164886
(https://www.today.com/popculture/movies/justin-baldonis-wife-rcna164886)
Rolling Stone: 'It Ends With Us': Blake Lively's Tearjerker Is the Starbucks Latte of Movies
https://www.rollingstone.com/tv-movies/tv-movie-reviews/it-ends-with-us-review-blake-lively-1235070617/
(https://www.rollingstone.com/tv-movies/tv-movie-reviews/it-ends-with-us-review-blake-lively-1235070617/)
People: See Blake Lively, Ryan Reynolds, Justin Baldoni and More Stars Arrive at the It Ends with Us Premiere in N.Y.C.
https://people.com/it-ends-with-us-premiere-red-carpet-arrivals-photos-8691217 (https://people.com/it-ends-with-us-premiere-red-carpet-arrivals-photos-8691217)
The Guardian: It Ends with Us review – Blake Lively anchors glossy romance adaptation
https://www.theguardian.com/film/article/2024/aug/07/it-ends-with-us-review-blake-lively-colleen-hover
(https://www.theguardian.com/film/article/2024/aug/07/it-ends-with-us-review-blake-lively-colleen-hover)
The Telegraph: It Ends with Us: Blake Lively's queasy drama repackages domestic violence as slick romance
https://www.telegraph.co.uk/films/0/it-ends-with-us-review-coleen-hoover-blake-lively/
(https://www.telegraph.co.uk/films/0/it-ends-with-us-review-coleen-hoover-blake-lively/)
Time Magazine: It Ends With Us Can't Quite Turn Trauma into Drama
https://time.com/7008496/it-ends-with-us-review/
(https://time.com/7008496/it-ends-with-us-review/)
Observer: 'It Ends With Us' Review: Blake Lively Saves This Romantic Drama From a Soapy Fate
https://observer.com/2024/08/it-ends-with-us-review-blake-lively-saves-this-romantic-drama-from-a-soapy-fate/
(https://observer.com/2024/08/it-ends-with-us-review-blake-lively-saves-this-romantic-drama-from-a-soapy-fate/)
We Got This Covered: 'Avoiding each other like the plague': The 'It Ends With Us' press tour saw one major player missing, and fans have questions
https://wegotthiscovered.com/celebrities/the-it-ends-with-us-press-tour-saw-one-major-player-missing-and-fans-have-questions/

(https://wegotthiscovered.com/celebrities/the-it-ends-with-us-press-tour-saw-one-major-player-missing-and-fans-have-questions/)

Harper's Bazaar India: Justin Baldoni talks collaborating with Blake Lively and the challenges and triumphs of adapting 'It Ends With Us'

https://www.harpersbazaar.in/culture/story/from-page-to-screen-justin-baldoni-on-collaborating-with-blake-lively-for-it-ends-with-us-1065686-2024-08-07 (https://www.harpersbazaar.in/culture/story/from-page-to-screen-justin-baldoni-on-collaborating-with-blake-lively-for-it-ends-with-us-1065686-2024-08-07)

Indie Wire: 'It Ends with Us' Review: Blake Lively and Justin Baldoni's Solid Colleen Hoover Drama Tackles Tricky Subject Matter

https://www.indiewire.com/criticism/movies/it-ends-with-us-movie-review-blake-lively-colleen-hoover-justin-baldoni-1235033131/ (https://www.indiewire.com/criticism/movies/it-ends-with-us-movie-review-blake-lively-colleen-hoover-justin-baldoni-1235033131/)

Footwear News: 'It Ends With Us' Premiere: See the Shoe Looks From Blake Lively, Justin Baldoni, Ryan Reynolds and More

https://footwearnews.com/fashion/celebrity-style/it-ends-with-us-premiere-fashion-shoes-blake-lively-1203673755/ (https://footwearnews.com/fashion/celebrity-style/it-ends-with-us-premiere-fashion-shoes-blake-lively-1203673755/)

Country & Townhouse: It Ends With Us: Blake Lively's New Film Is Out This Week

https://www.countryandtownhouse.com/culture/it-ends-with-us/ (https://www.countryandtownhouse.com/culture/it-ends-with-us/)

Holr Magazine:
JUSTIN BALDONI DRAMA IT ENDS WITH US CAST EXPLAINED

https://holrmagazine.com/justin-baldoni-drama-it-ends-with-us-cast-explained/ (https://holrmagazine.com/justin-baldoni-drama-it-ends-with-us-cast-explained/)

Newsday:
'It Ends with Us' review: Colleen Hoover's bestselling novel becomes middling Hollywood romance (https://www.newsday.com/entertainment/movies/it-ends-with-us-review-mws98bpg)

https://www.newsday.com/entertainment/movies/it-ends-with-us-review-mws98bpg (https://www.newsday.com/entertainment/movies/it-ends-with-us-review-mws98bpg)

Radio Times: It Ends with Us cast: All the stars in Blake Lively book adaptation

NATHAN_000003606

https://www.radiotimes.com/movies/it-ends-with-us-cast/ (https://www.radiotimes.com/movies/it-ends-with-us-cast/)

Collider: Is 'It Ends Wth Us' Streaming? Where To Watch the Blake Lively Movie

https://collider.com/it-ends-with-us-movie-streaming/ (https://collider.com/it-ends-with-us-movie-streaming/)

Slash Film: It Ends With Us Review: Good Intentions And Committed Performances Can't Escape The Curse Of Colleen Hoover's Book

https://www.slashfilm.com/1637745/it-ends-with-us-movie-review-colleen-hoover-blake-lively/ (https://www.slashfilm.com/1637745/it-ends-with-us-movie-review-colleen-hoover-blake-lively/)

Screen Rant:
Blake Lively's Controversial Movie Adaptation Debuts With Mixed Reviews On Rotten Tomatoes

https://screenrant.com/it-ends-with-us-movie-rotten-tomatoes-score-debut/ (https://screenrant.com/it-ends-with-us-movie-rotten-tomatoes-score-debut/)

Culturess: It Ends with Us is a frustratingly inert take on abusive relationships

https://culturess.com/posts/it-ends-with-us-is-a-frustratingly-inert-take-on-abusive-relationships-01j4pk6ygrmh (https://culturess.com/posts/it-ends-with-us-is-a-frustratingly-inert-take-on-abusive-relationships-01j4pk6ygrmh)

Little White Lies: It Ends With Us review – struggles to grapple with its heavy themes

https://lwlies.com/reviews/it-ends-with-us/ (https://lwlies.com/reviews/it-ends-with-us/)

Comic Book Resources: It Ends With Us Review: A Fine & Nuanced Depiction of Abuse

https://www.cbr.com/it-ends-with-us-review/ (https://www.cbr.com/it-ends-with-us-review/)

The Cinemaholic: It Ends with Us: Is the Movie Based on a True Story?

https://thecinemaholic.com/it-ends-with-us-true-story/ (https://thecinemaholic.com/it-ends-with-us-true-story/)

Spoiler: Justin Baldoni's love life: Is the 'It Ends with Us' actor single? What is known

https://spoiler.bolavip.com/en/celebrities/justin-baldoni-love-life (https://spoiler.bolavip.com/en/celebrities/justin-

NATHAN_000003607

baldoni-love-life)

Go Fug Yourself: Justin Baldoni Finally Arrived to Promote "It Ends With Us"

https://www.gofugyourself.com/justin-baldoni-finally-arrived-to-promote-it-ends-with-us-08-2024 (https://www.gofugyourself.com/justin-baldoni-finally-arrived-to-promote-it-ends-with-us-08-2024)

But Why Tho: REVIEW: 'It Ends With Us' Is Not For All Of Us

https://butwhytho.net/2024/08/it-ends-with-us-blake-lively-review/ (https://butwhytho.net/2024/08/it-ends-with-us-blake-lively-review/)

8/7/2024 3:11:58 PM

**Jen Abel DO NOT USE**

Your sister is calling me

8/7/2024 5:31:43 PM

**Melissa Nathan (Owner)**

I'm like ?

8/7/2024 5:32:07 PM

**Jen Abel DO NOT USE**



8/7/2024 5:33:19 PM

**Melissa Nathan (Owner)**

I just told her to stop

8/7/2024 5:33:32 PM

CONFIDENTIAL

**Jen Abel DO NOT USE**
lol
8/7/2024 5:33:42 PM

**Jen Abel DO NOT USE**
Can we chat as a group at 630
8/7/2024 5:35:33 PM

**Jen Abel DO NOT USE**
Et
8/7/2024 5:35:37 PM

**Melissa Nathan (Owner)**
Yes 330 PT works
8/7/2024 5:35:51 PM

**Jen Abel DO NOT USE**
Loved "Yes 330 PT works "
8/7/2024 5:35:56 PM

**Jen Abel DO NOT USE**
What does Sara have lol
8/7/2024 5:39:44 PM

**Melissa Nathan (Owner)**
On with DM
8/7/2024 5:40:59 PM

**Melissa Nathan (Owner)**
Deux Moi
8/7/2024 5:41:06 PM

**Melissa Nathan (Owner)**
Great chat with Deux
8/7/2024 5:54:20 PM

**Melissa Nathan (Owner)**
Feel really good about it
8/7/2024 5:54:23 PM

**Melissa Nathan (Owner)**
Now onto my sister
8/7/2024 5:54:30 PM

**Melissa Nathan (Owner)**
Call me later if you want to vent.
You are doing a really fucking hard job right now in person
8/7/2024 7:31:07 PM

**Jen Abel DO NOT USE**
You guys are so good
8/7/2024 7:31:24 PM

**Jen Abel DO NOT USE**
Please put all of that in writing for me that would be so helpful

8/7/2024 7:31:36 PM

**Melissa Nathan (Owner)**
I honestly think you are so good you are way more eloquent than I am. It's harder for me to describe crisis to people. I just do it.

8/7/2024 7:32:27 PM

**Melissa Nathan (Owner)**
Loved "Please put all of that in writing for me that woul…"

8/7/2024 7:32:35 PM

**Jen Abel DO NOT USE**
No way. You guys are great. And it's so helpful that you're drafting it and doing the work for me and for us. He feels good about this and loves that you are killing things and have the inside scoop

8/7/2024 7:34:44 PM

**Melissa Nathan (Owner)**
Ok good. I want to be a really good partner to you especially

8/7/2024 7:35:13 PM

**Jen Abel DO NOT USE**
Only because Justin is asking… did you connect with Sara?

8/7/2024 9:23:42 PM

**Melissa Nathan (Owner)**
I did.
I'd rather have the conversation with you on your own though
There isn't a huge amount
But there's a couple of little things
But not from that list

8/7/2024 9:27:23 PM

**Jen Abel DO NOT USE**
Ok. I'm at dinner so I can either try you tonight or call when I have a moment at a decent time tomorrow

8/7/2024 9:35:13 PM

**Melissa Nathan (Owner)**
Perfect, don't worry it's not an ASAP for the second thing

8/7/2024 9:35:35 PM

**Jen Abel DO NOT USE**
Ok great. So I can breathe a little

8/7/2024 9:35:47 PM

CONFIDENTIAL

Melissa Nathan (Owner)
Yes.  Breathe. Plz
8/7/2024 9:36:23 PM

CONFIDENTIAL