# Exhibit 185

# Filed Under Seal

# Exhibit 185

# Filed Under Seal