# Exhibit 187

**Thread Participants:** ███ Melissa Nathan (Owner); ███ Sara Nathan; ███ Melissa Nathan (Owner); ███ Melissa Nathan (Owner)
**Active Participants:** ███ Melissa Nathan (Owner); ███ Sara Nathan
**First Message:** 8/8/2024 11:28:25 AM
**Last Message:** 8/8/2024 7:53:24 PM

---

**Melissa Nathan (Owner)**
On zoom
8/8/2024 11:28:25 AM

**Sara Nathan**
Why has Justin's camp ie, you, called Daily Mail
8/8/2024 11:28:36 AM

**Sara Nathan**
Wtf are you dong
8/8/2024 11:28:39 AM

**Melissa Nathan (Owner)**
Excuse me
8/8/2024 11:28:50 AM

**Melissa Nathan (Owner)**
No I have not
8/8/2024 11:28:53 AM

**Melissa Nathan (Owner)**
The only request for comment



8/8/2024 11:29:19 AM

**Sara Nathan:** Literally just heard from Lesley to say we need to put our story and she said put your story up DM has heard back from Justin's camp blaming Blake
*8/8/2024 11:29:43 AM*

**Sara Nathan:** So pass on whatever you need me to put in and I'll put in
*8/8/2024 11:29:54 AM*

**Melissa Nathan (Owner):** What ???
*8/8/2024 11:30:03 AM*

**Sara Nathan:** Yes
*8/8/2024 11:30:06 AM*

**Melissa Nathan (Owner):** Nope this is it above
*8/8/2024 11:30:09 AM*

**Sara Nathan:** V weird
*8/8/2024 11:30:13 AM*

**Melissa Nathan (Owner):** Not even a reporter I have spoke to
*8/8/2024 11:30:15 AM*

**Redacted - NR**

**Sara Nathan:** Ok - send on what you need me to put in the copy
*8/8/2024 11:30:21 AM*

**Melissa Nathan (Owner):** Well she needs to be fucking careful
*8/8/2024 11:30:40 AM*

**Melissa Nathan (Owner):** As tell her you are hearing there are text messages from Blake praising him after it wraps
*8/8/2024 11:30:54 AM*

**Melissa Nathan (Owner):** To him
*8/8/2024 11:30:56 AM*

**Melissa Nathan (Owner):** And a whole bunch of other stuff
*8/8/2024 11:31:04 AM*



**Melissa Nathan (Owner):** No one Is using anything — 8/8/2024 11:31:09 AM

**Melissa Nathan (Owner):** We have no plans to do one thing — 8/8/2024 11:31:20 AM

**Melissa Nathan (Owner):** There is no point so the dm thing is false — 8/8/2024 11:31:28 AM

**Sara Nathan:** Ok — 8/8/2024 11:31:54 AM

**Sara Nathan:** She's on a plane so I can't even speak to her — 8/8/2024 11:31:59 AM

**Melissa Nathan (Owner):** There is no point for us to do ANY story what is the strategy of that — 8/8/2024 11:32:09 AM

**Sara Nathan:** How do. I know - I'm saying if you want to give me something - otherwise shelly wants to expand on it for Sunday — 8/8/2024 11:32:42 AM

**Sara Nathan:** Also not sure when we are putting this up — 8/8/2024 11:32:52 AM

**Melissa Nathan (Owner):** There is no way we will do a big story with DM No one even knows we have him — 8/8/2024 11:37:29 AM

**Sara Nathan:** She said Stephanie, so maybe Stephanie is involved?? — 8/8/2024 11:37:49 AM

**Melissa Nathan (Owner):** She's not — 8/8/2024 11:38:05 AM

**Sara Nathan:** V weird — 8/8/2024 11:38:09 AM

**Sara Nathan:** She said 'Stephanie is a c**t' — 8/8/2024 11:38:17 AM



**Melissa Nathan (Owner):** It's just jen who is way too scared
*8/8/2024 11:38:21 AM*

**Sara Nathan:** Am trying to hold this back anyway as I need something for sat
*8/8/2024 11:38:30 AM*

**Melissa Nathan (Owner):** I mean she is right
SJ is a cunt
*8/8/2024 11:39:46 AM*

**Sara Nathan:** She actually said lying cunt
*8/8/2024 11:39:54 AM*

**Melissa Nathan (Owner):** Not wrong
*8/8/2024 11:40:07 AM*

# Redacted - NR

**Redacted - NR**

**Melissa Nathan (Owner):** Now I'm going to have to answer the fucking daily Mail
*8/8/2024 11:43:13 AM*

**Sara Nathan:** What would you even say
*8/8/2024 11:43:27 AM*

**Melissa Nathan (Owner):** I don't know
But I wasn't even answering
*8/8/2024 11:43:39 AM*

**Melissa Nathan (Owner):** But now j need to know what the fuck
*8/8/2024 11:43:44 AM*

**Melissa Nathan (Owner):** I'm being paid for this I can't let it all lay
I was ignoring that as it's just speculation
*8/8/2024 11:44:16 AM*

**Sara Nathan:** This is what she sent - He is not. I think you should put up story. Justin camp called daily mail blaming Blake
*8/8/2024 11:44:35 AM*

**Sara Nathan:** So she may just be lying?
*8/8/2024 11:44:43 AM*

**Sara Nathan:** And maybe was just being mad?
*8/8/2024 11:45:17 AM*

**Melissa Nathan (Owner):** No I don't think she would lie that's what I'm concerned about
*8/8/2024 11:45:55 AM*

**Sara Nathan:** Me neither - v weird - I am wondering if they called Stephanie
*8/8/2024 11:46:15 AM*

**Sara Nathan:** As she is still on the system when I checked
*8/8/2024 11:46:26 AM*





CONFIDENTIAL

NATHAN_000002498



**Melissa Nathan (Owner):** Yep
She's just ruined our whole strategy
8/8/2024 11:51:32 AM

*(Forwarded email screenshot — Subject: Call for comment. From Stephanie Jones to Tera Hanks, Jamey Heath, +2, 11:50 AM: "Left word for Lillian. She's been very nice in past so will get this fixed. Stephanie Jones www.jonesworks.com Begin forwarded message: From: Lillian Gissen Date: August 8, 2024 at 4:16:37 PM GMT+1 To: Jennifer Abel, Stephanie Jones WayfarerStudios Subject: Call for comment")*

**Sara Nathan:** Yup
8/8/2024 11:51:51 AM

**Melissa Nathan (Owner):** As if I would fuck you
8/8/2024 11:51:59 AM

**Sara Nathan:** I know that - I knew it was Stephanie.
8/8/2024 11:52:11 AM

**Sara Nathan:** But this now means I have to run my story I was trying to hold for sat
8/8/2024 11:52:19 AM

**Sara Nathan:** This from Lesley
8/8/2024 11:52:39 AM

**Sara Nathan:** Daily mail holding I scared them
Stephanie's getting a calm from studio
Call
Blake worked so hard I want this work
8/8/2024 11:52:41 AM

CONFIDENTIAL                                                                                                                                       NATHAN_000002499

**Sara Nathan:** So apparently we are holding - but let me know what you hear and what I need to add in
*8/8/2024 11:53:31 AM*

**Sara Nathan:** She added - sStephanie is really bad
*8/8/2024 11:54:08 AM*

**Melissa Nathan (Owner):** Reply
No. U thought it as u said what the fuck are you doing
*8/8/2024 11:54:11 AM*

**Sara Nathan:** I thought the camp and was like WTF
*8/8/2024 11:54:23 AM*

**Sara Nathan:** And then realized that Stephanie is still down as his rep and worked out what happened
*8/8/2024 11:54:34 AM*

**Sara Nathan:** Lesley is furious at Stephanie
*8/8/2024 11:56:11 AM*

**Melissa Nathan (Owner):** She's ruined the whole strategy
*8/8/2024 11:56:54 AM*

**Sara Nathan:** But of course
*8/8/2024 11:57:03 AM*

**Sara Nathan:** So typical
*8/8/2024 11:57:07 AM*

**Sara Nathan:** Blunders in
*8/8/2024 11:57:11 AM*

**Sara Nathan:** Call when free
*8/8/2024 12:04:49 PM*

**Melissa Nathan (Owner):** Still on
*8/8/2024 12:05:55 PM*

**Melissa Nathan (Owner):** Can I have Leslie's number, please?
*8/8/2024 1:06:56 PM*

**Sara Nathan**
<M6676B6253B8A4618117266B3C1189E1AC56E6A3E02C87189A8DB609031198DD3.C01USN00>
8/8/2024 1:07:35 PM

**Melissa Nathan (Owner)**
Can you tell her I was brought in by somebody else not stephanie and I hate stephanie and she hates me



8/8/2024 1:11:36 PM

**Sara Nathan**
Liked "Can you tell her I was brought in by somebody else…"
8/8/2024 1:11:47 PM

**Melissa Nathan (Owner)**
I can't believe stephanie did this
8/8/2024 1:13:13 PM

**Sara Nathan**
I can
8/8/2024 1:13:19 PM

**Sara Nathan**
I messaged her
8/8/2024 1:13:25 PM

**Melissa Nathan (Owner)**
Thank you
8/8/2024 1:13:32 PM



**Redacted - NR**

CONFIDENTIAL
NATHAN_000002502

# Redacted - NR

**Sara Nathan:** Did Leslie reply
*8/8/2024 2:48:56 PM*

**Sara Nathan:** https://mol.im/a/13723621
*8/8/2024 2:58:52 PM*

**Sara Nathan:** Fans have 'proof' of huge feud between Blake Lively and Justin Baldoni
*8/8/2024 2:58:52 PM*

**Melissa Nathan (Owner):** On phone to Leslie .
*8/8/2024 5:30:46 PM*

**Sara Nathan:** Liked "On phone to Leslie . "
*8/8/2024 5:35:21 PM*

**Sara Nathan:** I'm not deleting everything until told her
*8/8/2024 5:39:25 PM*

**Melissa Nathan (Owner):** I just don't understand where you got most of this from because I think some of the shit that you said stuff that I told you in confidence
*8/8/2024 5:39:46 PM*

**Melissa Nathan (Owner):** That's not fair
*8/8/2024 5:39:51 PM*

**Sara Nathan:** What - no she told me some weeks ago when I went to her and she was the one who said Blake felt uncomfortable
*8/8/2024 5:40:20 PM*

**Sara Nathan:** I haven't written any of that - I'm just not killing the story though to make it seem like all is ok
*8/8/2024 5:41:08 PM*



**Sara Nathan:** !
8/8/2024 5:41:10 PM

**Sara Nathan:** I literally held it for her for a month
8/8/2024 5:41:17 PM

**Sara Nathan:** She called him a sexual predator FYI!
8/8/2024 5:51:10 PM

**Melissa Nathan (Owner):** Calling you on 10 just need to eat badly
8/8/2024 6:07:48 PM

**Sara Nathan:** Don't rush - just got home!! Relaxing
8/8/2024 6:08:05 PM

**Melissa Nathan (Owner):** Was that you
8/8/2024 7:50:35 PM

**Melissa Nathan (Owner):** Charging my phone I cant be arsed to get it
8/8/2024 7:50:43 PM

**Melissa Nathan (Owner):** Am over it all
8/8/2024 7:50:45 PM

**Sara Nathan:** Yes! Jumping in shower- I don't need to sort anything out now.
8/8/2024 7:53:19 PM

**Sara Nathan:** I'm over everything
8/8/2024 7:53:24 PM