# Exhibit 189

Native article
Available at the link below:

https://www.nytimes.com/2024/08/11/movies/it-ends-with-us-blake-lively-brand.html