# Exhibit 191

**Thread Participants:** Jamey Heath; Melissa Nathan (Owner); Jen Abel DO NOT USE; (Owner)

**Active Participants:** Melissa Nathan (Owner); Jen Abel DO NOT USE
**First Message:** 8/13/2024 3:53:33 PM
**Last Message:** 8/13/2024 3:57:49 PM

---

**Melissa Nathan (Owner)**
Completely unsolicited story from tmz -
Blake has a huge ego
JB was liked by many cast and crew
And this is her ego being bruised etc
8/13/2024 3:53:33 PM

**Jen Abel DO NOT USE**
Liked "Completely unsolicited story from tmz - Blake has…"
8/13/2024 3:54:14 PM

**Jen Abel DO NOT USE**
The post has a similar tip
8/13/2024 3:54:19 PM

**Jen Abel DO NOT USE**
Not from any of us obv
8/13/2024 3:54:32 PM

**Melissa Nathan (Owner)**
Totally not from us.
8/13/2024 3:56:28 PM

**Jen Abel DO NOT USE**
These are clearly people on set coming out to defend JB which is good and we just let them do their thing
8/13/2024 3:57:15 PM

**Melissa Nathan (Owner)**
The reporter told me her rep is working overtime
8/13/2024 3:57:49 PM