# Exhibit 203

**Thread Participants:** ▬▬▬ Justin Baldoni ; ▬▬▬ Melissa Nathan (Owner); ▬▬▬ (Owner)
**Active Participants:** ▬▬▬ Justin Baldoni ; ▬▬▬ Melissa Nathan (Owner)
**First Message:** 8/27/2024 1:03:48 PM
**Last Message:** 8/27/2024 1:23:40 PM

---

**Melissa Nathan (Owner)**
In my humble opinion- you have a lot of trauma too from the pressure of the months of holding onto what could be to what actually ending up happening and now the aftermath which honestly you've come off really well and everyone I speak to is on your side.
8/27/2024 1:03:48 PM

**Justin Baldoni**
I do
8/27/2024 1:05:41 PM

**Melissa Nathan (Owner)**
But I promise promise you everyone I speak to - and so many just chat that don't even know I'm on this all are pro you

I know that's not your intention either to make her or anyone an outcast but the sentiment is pro you.
8/27/2024 1:07:00 PM

**Justin Baldoni**
Thank you for sharing that - I really appreciate it.
8/27/2024 1:19:32 PM

**Melissa Nathan (Owner)**
Loved "Thank you for sharing that - I really appreciate i…"
8/27/2024 1:22:02 PM

**Justin Baldoni**
Praying for them has been helpful
8/27/2024 1:23:04 PM

**Melissa Nathan (Owner)**
It's all you can do. Truly.
8/27/2024 1:23:40 PM