# Exhibit 204

**Thread Participants:** ▮▮▮▮ Jamey Heath; ▮▮▮▮ Jen Abel New number ;
▮▮▮▮ Justin Baldoni ; ▮▮▮▮ Katie Case; ▮▮▮▮
Breanna Butler; ▮▮▮▮ Melissa Nathan (Owner); ▮▮▮▮
Matthew Mitchell; ▮▮▮▮ Jen Abel DO NOT USE;
▮▮▮▮ (Owner)

**Active Participants:** ▮▮▮▮ Jamey Heath; ▮▮▮▮ Jen Abel New number ;
▮▮▮▮ Justin Baldoni ; ▮▮▮▮ Breanna Butler; ▮▮▮▮
Melissa Nathan (Owner)

**First Message:**    8/27/2024 12:16:35 PM
**Last Message:**    8/27/2024 1:05:54 PM

---

**Justin Baldoni**
Was this the article you guys were saying variety was working on?
8/27/2024 12:16:35 PM

**Justin Baldoni**
https://x.com/filmupdates/status/1828447062628729235?s=46
📎
<__Library_SMS_Attach_1_0c_12_E44DFC_1_FFE268_1>
📎
<__Library_SMS_Attach_1_96_06_4E5C2F_1_A4D482_1>
8/27/2024 12:16:37 PM

**Justin Baldoni**
BTW- Can we stop this feud language? It's one sided - I don't want to be a part of the feud
8/27/2024 12:17:04 PM

**Justin Baldoni**
I really wish this kind of stuff would read more favorable to the way that I've spoken about her and handle the situation versus me being a part of a tabloid feud
8/27/2024 12:18:07 PM

**Breanna Butler**
They mentioned it to us a few weeks ago and wanted to do a harsher angle against RR. Then they left it until yesterday but ended up softening it a lot, which is good.

We can work on feud language - agree
8/27/2024 12:18:43 PM

**Melissa Nathan (Owner)**
Where this story is now compared to where it was before is way different.

We also do not want to continue the negative messaging, but as we all know it's Clickbait .
8/27/2024 12:19:47 PM

**Melissa Nathan (Owner)**

*Edited*
How this story is now compared to where it was before is way different.

We also do not want to continue the negative messaging, but as we all know it's Clickbait .

8/27/2024 12:20:02 PM

**Justin Baldoni**
Yes but I don't like that they are lumping me in with it - it is clearly one sided as the internet can tell but this doesn't paint it that way.

8/27/2024 12:23:18 PM

**Justin Baldoni**
Feels very much in their favor
No mention of her promotion and backlash- but does mention me being unfollowed

8/27/2024 12:24:11 PM

**Justin Baldoni**
I guess what I'm saying is that if by us being silent means variety is changing their tone from being more harsh to Ryan to clearly being more harsh to me than I would rather us not be silent

8/27/2024 12:25:38 PM

**Justin Baldoni**
So I guess all I'm saying is that it's hard to have everything that has happened to me happen to me and to be dragged into this mess and then have it written about as if I'm an equal part of it

8/27/2024 12:26:49 PM

**Breanna Butler**
For us and an outsider viewpoint, it does not read that way and specifically calls into question a potential violation on his end. Variety is on our side however, we want to be mindful of the onslaught against them as we're turning a corner, people are starting to move on, and didn't want anything seemingly coming from our side for this

8/27/2024 12:27:31 PM

**Justin Baldoni**
Understood
8/27/2024 12:28:06 PM

**Breanna Butler**
If there is ever a chance or time when we decide to address this or add anything to the narrative, Variety is very much on our side. They've been appalled by all of this, in your favor

8/27/2024 12:28:58 PM

NATHAN_000001031

**Justin Baldoni**

Ok thank you, yeah just didn't feel that way. Would very much love you guys to help this feud language to change

8/27/2024 12:29:34 PM

**Melissa Nathan (Owner)**

Let's discuss this at some point
We need to be careful not to put out any stories that look so placed

8/27/2024 12:34:28 PM

**Melissa Nathan (Owner)**

Definitely open to discussion as a group on different ideas especially as it links into new projects to clear it all up

8/27/2024 12:35:13 PM

**Justin Baldoni**

Definitely don't want to place stories - and yet just want to change the narrative
I wish they would write that. I only said nice things about her and never spoke disparagingly of the cast and so it's apparent the feud only works one way.

8/27/2024 12:55:46 PM

**Justin Baldoni**

And would love to start to move towards the future of what's next, not sure when the time would be right, but announcing that I'm directing (pacman), I think would be a good move sometime soon

8/27/2024 12:56:25 PM

**Melissa Nathan (Owner)**

We totally agree and as I think you can see the majority of the Press and social wise agrees with you as well.

8/27/2024 12:57:06 PM

**Melissa Nathan (Owner)**

The next announcement should be planned perfectly so let's discuss that, timing and background because whatever you do next - obviously the first story will be linked to this so it should be placed with someone extremely friendly so we can control it as much as possible in the right way

8/27/2024 12:57:57 PM

**Jamey Heath**

I think the article is actually quite good. The narrative is less about the "feud" than previous stories. The truth is there is in fact bad blood, and there's no way around people writing about it to some degree. It's dying, let's not get too caught up in a story here and there. I think what we've been doing has been working. Let's stay the course and not react.

8/27/2024 12:58:31 PM

CONFIDENTIAL

**Jen Abel New number**

Just chiming in here— JB, they HAVE written that story. Almost every outlet has covered the difference in how you have spoken about her vs her and the entire cast not even mentioning your name. They have covered extensively how you have approached the film, and did side by side comparisons to your interviews about DV and how you have spoken so extensively about giving the cast credit… vs how she and the rest of the cast. Since that story is now so played out, this is the next wave of media coverage that are exhausting all angles to have a story about this film since it has generated so much interest. We can't always guarantee that they aren't going to include the "feud" language, because that's clickbait. Where we can finesse, we will. But we want to keep our participation with press to a min and keep steering the narrative into other things where we can. I actually think this variety piece is quite good, as it highlights the actual problems with what Blake has said publicly. Less about the "feud".

8/27/2024 12:59:18 PM

**Justin Baldoni**

Totally understand and agree
Not meaning to come off upset or complaining - I'm very grateful.

8/27/2024 12:59:21 PM

**Justin Baldoni**

Ok - thanks all.
Still having nightmares every night and processing all this so that may have simply colored my read.
I appreciate you all.

8/27/2024 1:00:16 PM

**Jen Abel New number**

No no, no one thinks that at all. We definitely want to always arm you with as much info as possible!

8/27/2024 1:00:28 PM

**Jamey Heath**

Let's let another couple weeks go by.

8/27/2024 1:00:41 PM

**Justin Baldoni**

That works for me

8/27/2024 1:05:54 PM

NATHAN_000001033