# Exhibit 219

**Produced in Native Format**

CONFIDENTIAL

NATHAN_00003768