# Exhibit 220

# Team JB Social Media

**Thread Participants:** Jamey Heath; [redacted] Mitz; [redacted] Jen Able; Henny Grace (Owner); [redacted] Melissa TAG; Jarriesse Blackmon; [redacted] Matthew Mitchell; Jennifer Able; [redacted] Henry JW Social Team; James Social Media; [redacted] J B (Owner)

**Active Participants:** Jamey Heath; [redacted] Henny Grace (Owner); Jennifer Able; [redacted] Henry JW Social Team; [redacted] James Social Media; System Message System Message

**First Message:** 8/8/2024 10:37:05 AM
**Last Message:** 8/8/2024 8:59:07 PM

---

**Henny Grace (Owner)**
<__Library_SMS_Attach_1_f8_08_F4FF3B_1_IMG_4607.mov>
8/8/2024 10:37:05 AM

**Henny Grace (Owner)**
<__Library_SMS_Attach_1_74_04_B59140_1_IMG_4610.mov>
8/8/2024 10:37:47 AM

**Henny Grace (Owner)**
<__Library_SMS_Attach_1_ec_12_988D9C_1_IMG_4621.mov>
8/8/2024 10:38:35 AM

**Henny Grace (Owner)**
Edit this
<__Library_SMS_Attach_1_0f_15_97E657_1_IMG_4622.mov>
8/8/2024 10:39:07 AM

**Henny Grace (Owner)**
<__Library_SMS_Attach_1_61_01_E7CDDA_1_IMG_4627.mov>
8/8/2024 10:39:22 AM

CONFIDENTIAL                                        BALDONI_000015675





**James Social Media**
Ok our team is working on this
8/8/2024 10:54:40 AM

**James Social Media**
Here's the first round of content for you to approve JB — this would all be for IG stories:
8/8/2024 11:36:34 AM

**James Social Media**
<__Library_SMS_Attach_1_2e_14_4CE1CC_1_c56f12_1.mov>
8/8/2024 11:36:43 AM



8/8/2024 11:36:44 AM

James Social Media
<__Library_SMS_Attach_1_13_03_C75F88_1_ace7cd_1.mov>
8/8/2024 11:37:00 AM



8/8/2024 11:37:01 AM

CONFIDENTIAL
BALDONI_000015677

**Henny Grace (Owner)**
Cut off some of the top of the Marielle post
8/8/2024 2:14:07 PM

**Henny Grace (Owner)**
Not loving the matcha one- maybe set it to music - "Macho man" and instead we say I'm a matcha man- make it funny
It's too serious right now
8/8/2024 2:14:37 PM

**Henny Grace (Owner)**
Lovely meeting the women of X coffee shop - thanks for letting me make a matcha
8/8/2024 2:15:19 PM

**James Social Media**
Thanks JB, we'll get these updates to you shortly
8/8/2024 2:16:16 PM

**Henny Grace (Owner)**
Sorry to ask- Where are we at with premier after party stuff? Shouldn't we have posted that already
8/8/2024 2:16:44 PM

**James Social Media**
We have the carpet asset above for your review (will reshare) and the after party ready for your review.
8/8/2024 2:17:47 PM

**James Social Media**
📎
<__Library_SMS_Attach_1_cc_12_BC3E65_1_copy_7_1.mov>
8/8/2024 2:18:20 PM

**James Social Media**
📎
<__Library_SMS_Attach_1_bc_12_90F87C_1_copy_9_1.mov>
8/8/2024 2:18:36 PM

**James Social Media**
Updated Access Stories:
8/8/2024 2:37:18 PM

**Henny Grace (Owner)**
Sorry WiFi slow and can't download
8/8/2024 2:38:47 PM

**James Social Media**



📎 <__Library_SMS_Attach_1_1c_12_17DCCE_1_ace7cd_1.mov>



📎 <__Library_SMS_Attach_1_88_08_B125D6_1_257d2f_1.mov>

8/8/2024 2:40:13 PM

**James Social Media**
For the matcha making, we replaced the video audio with the song, and updated the caption to:
Just call me a "Matcha" Man 😄

8/8/2024 2:40:13 PM

**Henny Grace (Owner)**
Also are you guys going through and approving tagged photos and posts of me that are supportive ? I'm Not seeing that
8/8/2024 2:40:28 PM

**James Social Media**
For the photo with you and all the ladies, updated caption to:
Lovely meeting the women of Ground Central coffee shop — thanks for letting me practice my matcha making skills! ☕
8/8/2024 2:40:41 PM

**Henny Grace (Owner)**
But could be WiFi
8/8/2024 2:40:45 PM

**Jennifer Able**
We land in less than an hour and we can look then
8/8/2024 2:40:59 PM

**Jennifer Able**
They aren't downloading for me either
8/8/2024 2:41:07 PM

**James Social Media**
And for the "put her on camera" one, it's trimmed to start at "to anyone from access watching this…"
8/8/2024 2:41:21 PM

**James Social Media**
Liked "We land in less than an hour and we can look then"
8/8/2024 2:41:23 PM

**Jennifer Able**
Unwatermarked premiere photos! Wayfarer and family :)
8/8/2024 3:29:32 PM

**Jennifer Able**
https://app.cimediacloud.com/mediaboxes/ad648c4d78d7403b9ccad6cae0a5b0e5
📎
<__Library_SMS_Attach_1_02_02_8842F6_1_C5812A_1>
📎
<__Library_SMS_Attach_1_c0_00_087A28_1_8838F6_1>
8/8/2024 3:29:35 PM

**Henny Grace (Owner)**
Hey just landed
What is the Tik Tok strategy.
I'd like you guys to start posting me ONLY talking about domestic violence and clips and why this movie is so important
8/8/2024 3:30:16 PM

**James Social Media**
We can definitely focus on just those topics for TikTok — the next pieces we wanted to post on there (and also on IG Reels) are the carpet/screening video, the afterparty video, and this IEWU asset/caption:
8/8/2024 3:44:00 PM

**James Social Media**
<__Library_SMS_Attach_1_cd_13_730EBF_1_Video-_1.mov>
8/8/2024 3:44:07 PM

**James Social Media**
Copy: ' .

#ItEndsWithUsMovie hits the big screen tonight. get tickets now.
8/8/2024 3:44:13 PM

**Jennifer Able**
Let's post something about DV first
8/8/2024 3:44:43 PM

**James Social Media**
Would love to post this interview clip along with this drafted caption:
8/8/2024 3:58:46 PM

**James Social Media**
<__Library_SMS_Attach_1_9a_10_8CD01E_1_JBANS_1.mov>
8/8/2024 3:59:01 PM

**James Social Media**
It's easy to ask, especially as men, "Why do women stay?", but the real question we need to ask is, "Why do men harm?" This journey has taught me so much, but the most profound lessons have come from the brave stories of survival and strength that have been shared with me.
8/8/2024 3:59:01 PM

**James Social Media**
We'd tag CBSmornings, the anchors, and no more
8/8/2024 4:00:31 PM

**Henny Grace (Owner)**
Let's change my bio and link to a resource for survivors please -
8/8/2024 4:11:09 PM

CONFIDENTIAL                                                                                       BALDONI_000015681



**Henny Grace (Owner)**
On TikTok and Aug
8/8/2024 4:11:12 PM

**Henny Grace (Owner)**
IG
8/8/2024 4:11:14 PM

**Henny Grace (Owner)**
Nomore.org
<__Library_SMS_Attach_1_fd_13_7D4F89_1_75E571_1>
<__Library_SMS_Attach_1_54_04_46CB5E_1_E612BC_1>
8/8/2024 4:11:24 PM

**Henny Grace (Owner)**
If you or someone you know is experiencing domestic violence. Help is available. Visit @nomore for more info 🫶
8/8/2024 4:12:07 PM

**James Social Media**
We can definitely do that — your link goes to a link tree so we can make no more the top link there. I'll just make sure that works for the character count and can make those changes right now.
8/8/2024 4:14:48 PM

**Henny Grace (Owner)**
Can we lose the link tree and just make it no more
8/8/2024 4:16:12 PM

**Jennifer Able**
I wouldn't do that JB
8/8/2024 4:16:24 PM

**Jennifer Able**
Too drastic too soon
8/8/2024 4:16:29 PM

**Jennifer Able**
Make it top link within linktree the first thing you see
8/8/2024 4:16:56 PM

**Henny Grace (Owner)**
Ok.
Jen what about adding it to the top of link tree.
Also how's this for caption

"It's easy to ask, especially as men, 'Why do women stay?' But the real question we need to ask is, 'Why do men harm?' This was not an easy story to tell, and yet it was profoundly important. I've learned so much. I'm so grateful for all the support and the partnership with my friends and the charitable partner to this film, nomore.org."
8/8/2024 4:17:04 PM

**Jennifer Able**
Then let's start rolling out the content to support
8/8/2024 4:17:05 PM

**Jennifer Able**
"We are so grateful"
8/8/2024 4:17:28 PM

**Jennifer Able**
Rest is good
8/8/2024 4:17:31 PM

**James Social Media**
Reply
I would just suggest changing it from the website to their account since we can't post URLs in captions.
8/8/2024 4:17:47 PM

**System Message System Message**
System
You added ▮▮▮▮ to the conversation
8/8/2024 4:17:49 PM

**Henny Grace (Owner)**
Adding jamey for his thoughts
8/8/2024 4:18:01 PM

**Henny Grace (Owner)**
I would add Melissa to this thread
8/8/2024 4:18:16 PM

**Jennifer Able**
Yes just tag  no more not the link in caption
8/8/2024 4:18:17 PM

**James Social Media**
Linktree is updated, as is the bio for instagram.
8/8/2024 4:25:47 PM

**James Social Media**
For TikTok, we have a much shorter character limit.
8/8/2024 4:25:59 PM

**James Social Media:** This is at the exact limit if this works for you JB:
8/8/2024 4:26:36 PM

**James Social Media:** If you/someone you know is experiencing domestic violence, help is available. 👇
8/8/2024 4:26:41 PM

**Henny Grace (Owner):** No, I thought Jen said to not put the caption in my bio?
8/8/2024 4:45:40 PM

**Jennifer Able:** Keep linktree and just make it the top link
8/8/2024 4:46:04 PM

**Henny Grace (Owner):** But caption in IG bio should stay what it used to be yes? Was a spiritual quote.

Or should caption in bio just say NoMore.org
8/8/2024 4:46:46 PM

**Jennifer Able:** I actually like how it looks now that I've seen it.



8/8/2024 4:47:16 PM

**Henny Grace (Owner):** Ok
8/8/2024 4:47:28 PM

**Jennifer Able**
It doesn't feel performative now that you've done major substantial press on the topic
8/8/2024 4:47:38 PM

**Henny Grace (Owner)**
Liked "It doesn't feel performative now that you've done ..."
8/8/2024 4:47:47 PM

**James Social Media**
I agree. And are you ok with the shortened version of the bio for TikTok?
8/8/2024 4:54:54 PM

**James Social Media**
If you/someone you know is experiencing domestic violence, help is available. 👇
8/8/2024 4:55:01 PM

**Henny Grace (Owner)**
Yes
8/8/2024 4:55:07 PM

**James Social Media**
Liked "Yes "
8/8/2024 4:55:21 PM

**James Social Media**
And we'll do the interview clip with your updated caption now
8/8/2024 4:59:42 PM

**James Social Media**
With Jen's suggested edit
8/8/2024 4:59:52 PM

**Henny Grace (Owner)**
There's also this
8/8/2024 5:00:10 PM

**Henny Grace (Owner)**
https://www.instagram.com/reel/C-aSaodR41w/?igsh=NmNkOXZweHd3emRi
📎
<__Library_SMS_Attach_1_42_02_E18790_1_8049E5_1>
📎
<__Library_SMS_Attach_1_cc_12_561C11_1_09C188_1>
📎
<__Library_SMS_Attach_1_9b_11_FA94A7_1_A0D31A_1>
8/8/2024 5:00:13 PM

**Jennifer Able**
That would be good to reshare
8/8/2024 5:01:30 PM

**James Social Media**
And yes had that one earmarked for our next round of story shares
8/8/2024 5:01:34 PM

**James Social Media**
Loved "That would be good to reshare"
8/8/2024 5:01:45 PM

**Henny Grace (Owner)**
Stories yes
8/8/2024 5:04:17 PM

**James Social Media**
The DV clip from CBS mornings has been up for about an hour, and if you're aligned, we'd like to post this "tonight" asset next:
8/8/2024 6:29:16 PM

**System Message System Message**
*System*
added                to the conversation
8/8/2024 6:29:16 PM

**James Social Media**
📎 <__Library_SMS_Attach_1_bd_13_7595AA_1_Video-_1.mov>
8/8/2024 6:29:24 PM

**James Social Media**
Copy: ' .

#ItEndsWithUsMovie hits the big screen tonight. get tickets now.
8/8/2024 6:29:29 PM

**Henny Grace (Owner)**
Up to Jen
8/8/2024 6:36:16 PM

**Jamey Heath**
That's good for me
8/8/2024 6:36:33 PM

**Jennifer Able**
Yes
8/8/2024 6:45:57 PM

**James Social Media**
Thanks all!
8/8/2024 6:49:34 PM

**Henny Grace (Owner)**
Did we share the Forbes story as well?
8/8/2024 7:02:44 PM

**James Social Media**
This one?
8/8/2024 7:03:44 PM

**James Social Media**



8/8/2024 7:03:52 PM

**James Social Media**
Yes! Shared to your stories from Wayfarer and included the link earlier today.
8/8/2024 7:04:08 PM

**James Social Media**
Coordinated with their team
8/8/2024 7:04:13 PM



**Henny Grace (Owner)**
8/8/2024 7:04:26 PM

**Henry JW Social Team**
Loved an image
8/8/2024 7:04:36 PM

**Henry JW Social Team**
Love that!!! So cute guys :)
8/8/2024 7:04:45 PM

**James Social Media**
Yall are such goals
8/8/2024 7:04:49 PM

**Henny Grace (Owner)**
She's off to Sweden
8/8/2024 7:08:41 PM

**Henny Grace (Owner)**
Great on Forbes and we tagged him?
8/8/2024 7:16:29 PM

**James Social Media**
Jeff Conway? Yes he's tagged
8/8/2024 7:19:09 PM

**Henny Grace (Owner)**
Loved "Jeff Conway? Yes he's tagged "
8/8/2024 7:19:25 PM

**Jennifer Able**
Justin do you want to shoot a quick video that you're almost to Wayfarer theaters and how excited you are to see everyone and celebrate this beautiful film?!
8/8/2024 7:25:28 PM

**Henny Grace (Owner)**
<__Library_SMS_Attach_1_15_05_6F5B74_1_IMG_4648.mov>
8/8/2024 7:29:28 PM

**Jennifer Able**
Great guys please post asap
8/8/2024 7:30:52 PM

**Henry JW Social Team**
Loved "Great guys please post asap "
8/8/2024 7:31:13 PM

**James Social Media**
Haha love it. How about a simple, "can't wait to see you all!" And we'll tag everyone.
8/8/2024 7:31:23 PM

**Jennifer Able**
Tag who
8/8/2024 7:31:38 PM

**Jennifer Able**
Everyone for the screening event
8/8/2024 7:31:45 PM

**James Social Media**
Wayfarer, jamey, iweu, Travis
8/8/2024 7:31:57 PM

**James Social Media**
Anyone else?
8/8/2024 7:32:17 PM

**Henny Grace (Owner)**
Verve romance
8/8/2024 7:34:00 PM

**Jennifer Able**
Verve and also tag the moderator
8/8/2024 7:34:21 PM

**Jennifer Able**
Please post now because we are 10 min away
8/8/2024 7:34:35 PM

**Jennifer Able**
Amazing comments on the cbs post guys.
8/8/2024 7:40:15 PM

**Henry JW Social Team**
Loved "Amazing comments on the cbs post guys. "
8/8/2024 7:40:28 PM

**James Social Media**
Loved "Amazing comments on the cbs post guys. "
8/8/2024 7:42:55 PM

**James Social Media**
Wanted to make sure you saw this one, JB ❤
8/8/2024 8:59:02 PM

**James Social Media**
https://www.instagram.com/p/C-bgwKFRaRO/?igsh=MWhrcGY0czg2ODFoag==
📎
<__Library_SMS_Attach_1_0f_15_8A8A56_1_F9AEA2_1>
📎
<__Library_SMS_Attach_1_31_01_BE8503_1_B5C8F0_1>
8/8/2024 8:59:07 PM

CONFIDENTIAL
BALDONI_000015690