# Exhibit 228



**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Melissa Deux Deux Moi
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Melissa Deux Deux Moi
**First Message:** 8/7/2024 10:13:51 AM
**Last Message:** 8/7/2024 5:36:15 PM

**Melissa Nathan (Owner):** Morning! Let me know when you have a second about a situation I want to make you, but I think you might already be aware of that. I would like to make you more aware of.
*8/7/2024 10:13:51 AM*

**Melissa Deux Deux Moi:** Hi!!
*8/7/2024 4:26:23 PM*

**Melissa Deux Deux Moi:** Omg I totally forgot to tell you I've been in LA
*8/7/2024 4:26:32 PM*

**Melissa Nathan (Owner):** How was it? Did you hate it?
*8/7/2024 5:15:14 PM*

**Melissa Nathan (Owner):** lol
*8/7/2024 5:15:15 PM*

**Melissa Deux Deux Moi:** Hahaha I stayed at the bel air so loved it but I barely leave 😂😂😂
*8/7/2024 5:27:03 PM*

**Melissa Nathan (Owner):** Loved "Hahaha I stayed at the bel air so loved it but I b…"
*8/7/2024 5:33:50 PM*

**Melissa Nathan (Owner):** Next time let me know and I'll come to you and have a iced coffee
*8/7/2024 5:33:58 PM*

**Melissa Nathan (Owner):** Can we talk about Justin and Blake when you have a sec?
*8/7/2024 5:34:08 PM*

**Melissa Deux Deux Moi:** 100p
*8/7/2024 5:34:11 PM*

CONFIDENTIAL
NATHAN_000001924



CONFIDENTIAL

NATHAN_000001925