# Exhibit 241

**Thread Participants:** Justin B (Owner); Melissa TAG; Jennifer Able
**Active Participants:** Justin B (Owner); Melissa TAG; Jennifer Able
**First Message:** 8/15/2024 1:57:51 PM
**Last Message:** 8/15/2024 2:32:00 PM

---

**Melissa TAG**
So sorry JB- I'm on a closed set
8/15/2024 1:57:51 PM

**Melissa TAG**
I'm free later when we finish though !
8/15/2024 1:58:03 PM

**Justin B (Owner)**
No worries -
Quickly
My partner Steve asked about flipping the narrative from this leak this am about ryan saying script was a disaster and he saved the movie -
8/15/2024 1:58:26 PM

**Melissa TAG**
So , actually it's working on our favour . RR looks the worst and continues to play into that narrative of them being awful

It's playing good for us
Bad for them
8/15/2024 1:59:12 PM

**Justin B (Owner)**
To- something about ryan claiming the female hired was feminist writer didn't know how to tackle a female film etc
Using their own words against them -
8/15/2024 1:59:16 PM

**Justin B (Owner)**
This is an easy flip
8/15/2024 1:59:27 PM

**Melissa TAG**
but - tatiana siegal from variety wants to do a follow up call with us for a story similar
We've a call in to her later
8/15/2024 1:59:50 PM

**Justin B (Owner)**
And the fact that they saved the script from what they think is a disaster after we had a green lit script and a was strike basically implies they were scabs
8/15/2024 2:00:37 PM

**Justin B (Owner):** Which we should 100% lead them to
*8/15/2024 2:00:46 PM*

**Melissa TAG:** Oh that bit - I'm all over
*8/15/2024 2:01:03 PM*

**Justin B (Owner):** It's a man coming in to say this female writer sucks and I need to save it -
Let him drown in his own pool
*8/15/2024 2:01:16 PM*

**Justin B (Owner):** AND doing it while there was a strike
*8/15/2024 2:01:28 PM*

**Melissa TAG:** In all over this strike
*8/15/2024 2:02:12 PM*

**Justin B (Owner):** There is no "truce" here.
Someone should tell his team that we are ready to fight if they keep leaking this shit.
*8/15/2024 2:02:22 PM*

**Justin B (Owner):** I mean Danny G-
It's gonna be bad for them. Legal shit. I'm ready.
*8/15/2024 2:02:40 PM*

**Melissa TAG:** Our lawyer is prepped and ready
*8/15/2024 2:04:17 PM*

**Jennifer Able:** Hi sorry just out of my meeting. Justin— the RR story came out yesterday I believe and incurred further backlash. Media is already calling us about the scab issue, that's what melissa is talking about for Tatiana Siegel who is a big film writer. That's the story she's interested in. We need to be smart about how we hit back. Danny G has already communicated this and his and her teams have been notified. I don't want to lose sight of what the actual issues are. I know with everyone texting you justin and sending you negative press it feels like it's building but it's actually not. The overall narrative is still very pro justin. I like Tatiana doing a larger piece on how problematic Blake and Ryan's comments are to the unions.
*8/15/2024 2:31:34 PM*

**Justin B (Owner):** Ok
*8/15/2024 2:32:00 PM*

CONFIDENTIAL                                                                                           BALDONI_000019235