# Exhibit 246

Exhibit 15 to Sarowitz Deposition
File too large to upload to docket. Provided to court by FTP