# Exhibit 252

California Administrative Complaint
File too large to upload to docket. Provided to court by FTP