# Exhibit 253

| | |
|---|---|
| From: | Ashmi Elizabeth Dang <​> |
| Sent: | Fri, 13 Jan 2023 21:14:04 -0500 (EST) |
| To: | Danielle_Misher<​>; Gloria_Hanna<​>; Joe_Whitmore<​>; Rose_Phillips<​>; Andrea_Giannetti<​> |
| Cc: | Justin Baldoni <​>; Jamey Heath <​>; Andrew Calof <​>; Tracy Ryerson <​> |
| Bcc: | Kai Sampadian <​>; Mitz Toskovic <​>; Jennifer Abel <​>; Claudia Chakmati <​> |
| Subject: | IEWU Campaign Concepts |
| Attachments: | It Ends With Us_Marcom.docx |

Hi,

It was great meeting with everyone to discuss the vision for the three pre-production social videos and initial content and campaign concepts. I've attached an overview of the topics covered during our call.

We're excited to partner and bring IEWU to current and new fans in creative ways!

Thanks and have a lovely weekend.

Best,
Ashmi

--

**Ashmi Elizabeth Dang**
**VP of Marketing & Communications**

Pronouns: she | her (what's this?)

WAYFARER

CONFIDENTIAL
BALDONI_000030667