# Exhibit 254

# WAYFARER

**It Ends With Us Initial Campaign Concepts**
01.13.23

**BACKGROUND**
- The passionate fandom was the driving force behind this adaptation.
- The fans have been highly engaged in seeing this film come to life from [ HYPERLINK "https://www.tiktok.com/@justinbaldoni/video/7014334978003668229?is_copy_url=1&is_from_webapp=v1&lang=en" \h ] to an [ HYPERLINK "https://www.tiktok.com/@justinbaldoni/video/7077649462717467946?is_copy_url=1&is_from_webapp=v1&lang=en" \h ], and an [ HYPERLINK "https://www.tiktok.com/@colleenhoover/video/7118959253116767534?is_copy_url=1&is_from_webapp=v1&lang=en" \h ].
- Justin and Colleen, known as the reigning Queen of #BookTok, have amassed 14 million plays on five related videos, with coverage from BookTokers, bloggers, and the press following each post.
- By involving fans and continuously generating buzz through grassroots, social-first campaigns during the production process, this presents an opportunity to approach things differently.

**CAST ANNOUNCEMENT AND SOCIAL CASTING**
- **Video 1** from Colleen to note that the characters in the adaptation may be depicted as older and may not match the reader's mental image from the book and her involvement with the film.
  - We have some exciting news for fans of It Ends With Us. We will be revealing the cast soon! Please keep in mind that some aspects of the movie may differ from the book. Some of the characters have been aged up, including Lily, as we feel it is important for the sake of her storylines.

- **Video 2:** Fans first cast reveal
  - Introduction of Lily/Blake and Ryle/Justin in a fun, social-first way

- **Video 3**: The search for Young Lily and Young Atlas (if already cast)
  - Justin or Justin and Colleen
  - Give an opportunity to someone without a background in drama, an agent or experience as an actor to audition for these roles.

- **Next Steps**
  - Justin to brief Colleen on strategy.
  - Obtain a schedule from Christie outlining the timeframe for reviewing submissions, to develop a campaign timeline and finalize casting by April 24th (at

- the latest), three weeks prior to the commencement of principal photography on May 15th.
  - Identify side — one scene from Five Feet Apart that will be used for a self-tape.
  - Determine how much character description to provide in the social casting video.
  - Set up, and script instructions for submitting a self-tape.
    - Incorporate an explanation of terms (side and self-tape) if planning to use industry terminology to cast a wider net
  - Adjust strategy if Atlas has been cast

- **Watch Outs**
  - Don't over-promise that casting will come from the social media campaign.
  - Anticipate a range of fan reactions to the casting announcement, and don't give fans too much power over production.

PRODUCTION CAMPAIGNS
- **Donate to Win**
  - Partner with fundraising platform Omaze to raise money for a domestic abuse organization and a chance to win the experience of a lifetime, an all-expense paid trip to set to be an extra in IEWU.
- **Lily Bloom Floral Designer**
  - Social search for a floral design consultant fan of IEWU
- **BTS/Social From Set**
  - Connect with Sony Marketing to review and pitch BTS content
  - Companion Making of book
  - 1-hour Netflix BTS special

PRE-PREMIERE CAMPAIGN
- **Nationwide Lily Bloom Pop-Up Shops**
  - Fun and sexy floral shop
  - Partner with a domestic abuse organization (No More) and local shelters to facilitate access to resources and safe houses