# Exhibit 257

[redacted]

**Thread Participants:** [redacted] Justin B (Owner); [redacted] Jennifer Benson; [redacted] Justin B (Owner); [redacted] Justin Baldoni (Owner)
**Active Participants:** [redacted] Justin B (Owner); [redacted] Jennifer Benson
**First Message:** 3/29/2023 11:15:03 AM
**Last Message:** 3/29/2023 7:33:01 PM

---

[redacted] **Justin B (Owner)**
Blake (co star )is breastfeeding and had to take antibiotics for strep. Her 2nd round. Could you reccomend a probiotic gut re builder I can send her (establishing some goodwill) I'm telling her about you
3/29/2023 11:15:03 AM

[redacted] **Jennifer Benson**
Of course... oh no poor thing. She will want to take the trifecta of the three I recommend for 3 times as long as she was on the antibiotic. Do you want me to send them to you there?
3/29/2023 11:19:48 AM

[redacted] **Jennifer Benson**
this is super important as it will mess with the baby's microbiome too... we used to use a baby probiotic that was powder form that you would mix with a tiny bit of expressed breast milk, make a "paste" with it and put it directly on the breast so that when the baby would breastfeed, they would take in that probiotic too. And I can send instructions for that also.
3/29/2023 11:21:36 AM

[redacted] **Justin B (Owner)**
If she's open would you be willing to do a call with her today? Il pay for it - I'm building my repoir with her so I want to be as helpful as possible
3/29/2023 11:22:34 AM

[redacted] **Jennifer Benson**
of course. I am back to back until 2pm (pst) but after that I can make it happen if needed.
3/29/2023 11:23:27 AM

[redacted] **Justin B (Owner)**
You rock -
Can you send me a text with what you wrote above the above and the links -
3/29/2023 11:24:20 AM

[redacted] Jennifer Benson
they are practitioner only - but you can get them on my Fullscript: Microbiome Labs Megaspore, Microbiome Labs HU58 and Microbiome Labs RestorFlora. If you get them there you get 15% off and they have pretty decent shipping options. If you get them via direct on the Microbiome Site you can do overnight shipping but I would either have to order them for you OR you can order them on your own here:
https://microbiomelabs.com/register/?ref=IWIL (and if it doesn't auto-populate, the Patient Direct Code is IWIL).
3/29/2023 11:27:13 AM

[redacted] Jennifer Benson
She will want to take the trifecta of the three I recommend for 3 times as long as she was on the antibiotic. this is super important as it will mess with the baby's microbiome too... we used to use a baby probiotic that was powder form that you would mix with a tiny bit of expressed breast milk, make a "paste" with it and put it directly on the breast so that when the baby would breastfeed, they would take in that probiotic too. And I can send instructions for that also.
3/29/2023 11:27:52 AM

[redacted] Jennifer Benson
jumping on my 8:30 in a few, but let me know if you need me to help with ordering or anything.
3/29/2023 11:28:23 AM

[redacted] Justin B (Owner)
Ok yes let's order those for her ! I'm seeing her Friday so we can ship to me
3/29/2023 11:28:53 AM

[redacted] Jennifer Benson
ok I'll get that done now - overnight them?
3/29/2023 11:29:18 AM

[redacted] Jennifer Benson
new address?
3/29/2023 11:29:43 AM

[redacted] Justin B (Owner)
Justin baldoni
[redacted]
3/29/2023 11:31:29 AM

[redacted] Jennifer Benson
kk
3/29/2023 11:32:11 AM

[redacted] Jennifer Benson
done - it should be there tomorrow
3/29/2023 11:33:59 AM

Justin B (Owner)
Can you do 4 or 5 your time
3/29/2023 12:13:45 PM

Jennifer Benson
⊠ 👍 to "Can you do 4 or 5 your time "
3/29/2023 12:14:16 PM

Jennifer Benson
https://calendly.com/iwill-llc
📎
<__Library_SMS_Attach_1_cd_13_at_1_0_1_EF512D_1
>
📎
<__Library_SMS_Attach_1_cc_12_at_0_0_1_576DC2_1>
3/29/2023 12:18:04 PM

Justin B (Owner)
It says 6pm
3/29/2023 12:19:00 PM

Jennifer Benson
Refresh it
3/29/2023 12:21:09 PM

Justin B (Owner)

12:23
◂ Messages
5G
Wednesday
March 29, 2023
Time zone
Eastern Time - US & Canada (12:23pm)
Select a Time
Duration: 30 min
6:00pm
6:30pm
7:00pm
7:30pm
8:00pm
8:30pm
AA
calendly.com

3/29/2023 12:23:13 PM

Jennifer Benson
Yes that would be 7pm or 8pm EST which is what that shows available
3/29/2023 12:24:50 PM



Justin B (Owner)
Oh I thought this was your time zone
3/29/2023 12:25:05 PM
Justin B (Owner)
Missed that!
3/29/2023 12:25:16 PM
Jennifer Benson
Lol
3/29/2023 12:25:18 PM
Jennifer Benson
to "Missed that!"
3/29/2023 12:26:22 PM
Justin B (Owner)
3/29/2023 2:08:27 PM
Justin B (Owner)
That's her number for the call.
Thank you!
I have a feeling she will become a client down the line. So it's a win win.
I'm working on building significant trust with her and helping her here is going to be really helpful. I want her to be healthy and happy for the film! You rock
3/29/2023 2:09:50 PM
Jennifer Benson
went to voicemail - just left her a brief message
3/29/2023 7:33:01 PM

CONFIDENTIAL BALDONI_000026176