# Exhibit 258

## Filed Under Seal