# Exhibit 262

| | |
|---|---|
| From: | Joseph Lanius |
| Sent: | Mon, 8 May 2023 14:30:47 -0400 (EDT) |
| To: | Lindsey Strasberg |
| Cc: | Imene Meziane |
| Subject: | IEWU - Blake Lively Nudity Rider |
| Attachments: | IEWU - Blake Lively Actor Agreement 5.7.23.docx |

Hello Lindsey,

I hope you had a good weekend.
Attaching here Blake's Nudity Rider for your review that has been approved by SAG intimacy coordinator.
Apologies for the rush job but, please note we need this signed by tomorrow.
Reserving customary rights.
I look forward to hearing from you shortly.
Kind regards,
Joseph

**Joseph Lanius**
Partner





www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

CONFIDENTIAL
WAYFARER_000140956