# Exhibit 265

| From: | Lindsey Strasberg | ▮ |
|---|---|---|
| Sent: | Thu, 5 Jan 2023 20:45:09 -0500 (EST) | |
| To: | "Moore, Schuyler" | |
| Cc: | Jamey Heath ▮ | Mitz Toskovic |

&gt;; David Weber ▮ ; Jaime
Marchello ▮ Imene Meziane ▮ ; "Mark E. Landesman"
"Allen Chanzis ▮

**Subject:** RE: Blake Lively/ It Ends With Us/ Role of Lily
**Attachments:** Lively - IEWS - SOWD edits 1.5.23.DOCX

Hi, Schuyler.
Attached please find a copy of your latest proposal with our counter interlineated thereon.
We look forward to discussing once you have had a chance to review.
Customary reservation of rights.
Best,
Lindsey Strasberg

-----Original Message-----
From: Moore, Schuyler
Sent: Wednesday, January 4, 2023 7:40 PM
To: Lindsey Strasberg
Cc: Jamey Heath ▮                                        ; Mitz Toskovic
                              ; David Weber ▮              ; Jaime Marchello ▮              &gt;; Imene Meziane

Subject: Blake Lively/ It Ends With Us/ Role of Lily

Just following up on this.

[Prior email]
Lindsey,
On behalf of Wayfarer, attached please find a clean and redlined proposal for Blake Lively. Wayfarer is enthusiastic to have Blake join the film, so they have gone as far as they can to make this best and final offer, including matching Justin's 10% of net profits for his directing and acting services. Please confirm that we can proceed on this basis.
Thank you.
Sky

Schuyler M. Moore
Partner

Greenberg Glusker

GreenbergGlusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments.
Thank you.

WAYFARER STUDIOS

~~December 27, 2022~~January 5, 2023

Warren Zavala
Justin Grey-Stone
Lindsey Strasberg

Re: "**IT ENDS WITH US**" Lily Bloom

Dear Warren, Justin and Lindsey,

Wayfarer Studios or its designated production service entity that is a SAG signatory in good standing ("**Producer**") has set forth below the proposed agreement between Producer and Blakel, Inc. ("**Lender**") for the services of Blake Lively ("**Artist**") regarding Artist's engagement for the role of "Lily" ("**Role**") in the proposed motion picture tentatively entitled "IT ENDS WITH US" written by Christy Hall and to be directed by Justin Baldoni ("**Picture**").

1. **Fee**. Lender shall receive the sum of US$1,750,000 on a guaranteed, pay or play basis (the "**Fee**"), subject to normal contingencies such as force majeure and Artist's disability (the specifics to which will be negotiated in good faith), or Artist's material uncured breach. Escrow to be wired to William Morris Entertainment escrow account no later than thirty (30) business days prior to Artist rendering services for the Picture. Sony guaranty of all obligations.

2. **Contingent Compensation**. Provided that Lender and Artist are not in material uncured (if curable) breach or default of the acting agreement for the Picture and Artist appears in the Role as released, then in addition to the Fee, Lender shall be entitled to receive a contingent participation from the exploitation of the Picture of an amount equal to 10% of 100% of Sony's A+ pool definition, with direct accounting, payment and audit rights from the studio. No one to get a greater percentage, a more favorable definition or cut in earlier. Box Office advances to be negotiated in good faith. Guaranteed wide theatrical release. No crediting of overscale or contingent compensation against residuals or vice-versa.

3. **Award Bonuses**: $200k/$100k for AA; $100k/$75k for GG. $75K/$50K for SAG.

4. **Schedule and Location**. Artist's exclusive principal photography services for up to six (6) consecutive weeks during the run of production, plus standard prep services subject to Artist's approval and availability and up to 3 free post days. Start date of May 19, 2023. All services to be rendered in and around [_____] ~~New Jersey~~, NJ. , ~~except for~~ Any limited days shoot day~~ing~~ in Boston and/or Las Vegas are subject to Artist's prior approval, including approval of applicable transportation, accommodation and perq requirements in connection therewith ~~as required by the screenplay~~.

5. **Credit**.

-1-

      a.  **On Screen Credit**: Single Card, Above title, First Position, Main titles (if there are main titles; otherwise in the end titles), separate card, 100% of regular title, 30% of artwork title, in no event in a size of type smaller than the average size of letters of any other cast member credit on screen.

      b.  **Paid Ads**: First position, above/before title in all paid ads (including billing block) and excluded ads (subject to customary exclusions), 100% of regular title, and in no event in a size of type smaller than the average size of letters of any other cast member in such paid ads/excluded ads.

      c.  **Customary ties** with all cast members (e.g., artwork title, likeness (use and size), ancillary items, audio)

      ~~c.~~d. **Executive Producer** credit on screen and in paid/excluded ads. 1st position among EP's.

6. **Travel**.  Travel/accommodations and expenses to be negotiated in good faith consistent with Artist's stature, including without limitation, Artist's exclusive, designated car and driver and exclusive, ~~mutually approved~~ designated security personnel.

Commented [LS1]: We will get you contact information ASAP

7. **Approvals**.  Artist will have mutual approval rights over the following: a) hair (Anne Carroll pre-approved ~~subject to fee approval by Producer~~), make-up (Vivienne Baker pre-approved ~~subject to fee approval by Producer~~) and wardrobe personnel; stand-in, stunt double (if any) b) the screenplay c) director (with Justin Baldoni pre-approved) and any replacement, and d) the co-lead for the Picture (with Justin Baldoni pre-approved) and any replacement thereof. Meaningful consultation over the "look" of the Role, ad campaign and release pattern.

8. **Dressing**.  An exclusive single, pop-out, star trailer subject to Artist's prior approval with customary first-class amenities. Trailer and amenities MFN with all cast and above-the-line personnel.

9. **Assistant**. Production to reimburse Lender at the rate of $2250/week for Artist's exclusive, designated assistant ~~subject to fee approval by Producer~~ throughout any in person pre-production services, principal photography and in connection with Artist's services post-production.

10. **Training/Meals**: Training and meal allowance during principal photography and post-production services to be negotiated in good faith.

11. **Work Conditions**. 12-hour portal to portal turnaround (56 hour portal to portal weekend turnaround). ~~13~~12-hour cap on days (inclusive of getting in and out of h, m, w and all breaks). 5 day weeks, Monday – Friday.  No ~~more than one~~ forced call~~s~~ without Artist's prior consent.

12. **Conditions Precedent**.  Producer's obligations to Artist hereunder shall be subject to the satisfaction of the following: (a) Artist qualifying for cast and other insurance (which may include essential element insurance) and (b) full execution by Artist, Lender and Producer, of an

-2-

HEATH_000046124

Agreement in a form reasonably acceptable to all parties. Unless and until Lender/Artist are unconditionally pay or play and 100% of the fee is in escrow the parties enter into a binding agreement, Lender and Artist are not obligated hereunder, and Artist is free to take conflicting engagements.

13. **Miscellaneous**:

     a.    No use of Artist's name, voice or likeness in merchandise (including CD Rom, video games or other interactive use), commercial tie-ins, co-promotions, soundtrack, novelizations, publications, and/or in connection with advertising or promotion of a theme park or a theme park attraction without Artist's prior, written consent. Approval of product placements/integrations to the extent Artist is required to reference, handle or otherwise interact with the product.

     b.    Approval of behind-the-scenes shooting and any use of footage. Approval of outtakes. Approval of press and EPK crew on set. Approval of any interviews.

     c.    50% stills approval. 3 passes on non-photo likeness. Resubmission for key art, magazine covers. Bio approval. No syndication of photos or submission to tabloids.

     d.    Approval of the first press release in which Artist is mentioned as an actor in the Picture and any additional press releases/statements that discuss Artist beyond being mentioned as an actor in the Picture.

     e.    No nudity/simulated sex without Artist's prior written consent and negotiation/execution of a nudity rider.

     f.    No doubling without Artist's prior written consent and approval of double. Dubbing per Article 33. Sch C & first opp to dub in English.

     g.    One picture license (no use of results and proceeds in anything other than the Picture and direct marketing and promotion thereof). No use of clips without prior, written consent.

     h.    Artist will assist in promoting the Picture on social media in a way to appeal to the fan base of the book.

Once we reach an agreement on the above terms, we will be happy to distribute a long form agreement, incorporating the terms herein and other standard terms (including without limitation premieres, publicity travel/expenses, indemnity, insurance, etc.) and conditions to be negotiated in good faith.

Best regards,


Imene Meziane, Esq,

Wayfarer Studios

CONFIDENTIAL                                                                                          HEATH_000046125