# Exhibit 268

HEATH_000041864
File too large to upload to docket. Provided to court by FTP