# Exhibit 270

**Thread Participants:** ▓▓▓ Henny Grace (Owner); ▓▓▓ Jennifer Able; ▓▓▓ Stephanie Jones; ▓▓▓ J B (Owner)

**Active Participants:** ▓▓▓ Henny Grace (Owner); ▓▓▓ Jennifer Able; ▓▓▓ Stephanie Jones

**First Message:** 5/1/2024 12:21:52 PM
**Last Message:** 5/1/2024 12:37:14 PM

---

**Stephanie Jones**
Jen did they get back to you? justin said he could ask them if we want him to.
*5/1/2024 12:21:52 PM*

**Jennifer Able**
Hi! I can bring it back up to them, steph I know you were thinking about going back to NY a couple days this week before coming back to La this weekend so we were going to look at other times you could see it in NY when you're home
*5/1/2024 12:30:04 PM*

**Stephanie Jones**
I'm in LA until next Monday
*5/1/2024 12:31:42 PM*

**Stephanie Jones**
If you can add me to email I can handle it. Thanks
*5/1/2024 12:32:06 PM*

**Jennifer Able**
If you have time this week I'll nudge Danni and see if you can come to the lot!
*5/1/2024 12:33:26 PM*

**Henny Grace (Owner)**
I want my agents to see as well so maybe the three of them can see together. Just say I would like the three of them to see it
*5/1/2024 12:34:03 PM*

**Jennifer Able**
*Reply*
Great! Walking into the office I'll send a note shortly
*5/1/2024 12:34:12 PM*

**Jennifer Able**
Loved "I want my agents to see as well so maybe the three…"
*5/1/2024 12:34:23 PM*

**Jennifer Able**
Do you have the edit from Blake yet?
*5/1/2024 12:35:33 PM*

**Henny Grace (Owner):** She won't sign her contract. Or approve trailer. She's done dark until she gets another 8 days with her own editor.
*5/1/2024 12:36:08 PM*

**Henny Grace (Owner):** So we are in a stand off.
*5/1/2024 12:36:18 PM*

**Stephanie Jones:** stop it right now.
*5/1/2024 12:36:21 PM*

**Henny Grace (Owner):** I've already given her ten days with my editor
*5/1/2024 12:36:32 PM*

**Henny Grace (Owner):** Steph you have no idea
*5/1/2024 12:36:42 PM*

**Stephanie Jones:** It's such unacceptable but not suprising behavior.
*5/1/2024 12:36:51 PM*

**Henny Grace (Owner):** So Jamey has gone back and said she can have the extra 8 days to get her ideas out but she has to sign her contract
*5/1/2024 12:37:14 PM*

CONFIDENTIAL                                                                                                          BALDONI_000018703