

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

November 13, 2025

VIA ECF

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

  Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:25-cv-10049-LJL

Dear Judge Liman:

  On behalf of the Wayfarer Parties, and in accordance with Section 21.7 of the Electronic Case Filing Rules and Instructions, we respectfully request that the Court permanently seal Dkt. 936-115, which was mistakenly filed on the docket and which has now provisionally been sealed. The entire document should be filed under seal, pending a determination from the designating party regarding its confidentiality.

  Separately, we respectfully seek direction on how the Court would like to receive the summary judgment materials that, due to their size or format, could not be filed on the docket directly. We have requested access to the Court's large file transfer protocol or, if the Court prefers, we can deliver a thumbdrive to the Court with all relevant materials. We have separately provided access to Ms. Lively's counsel.

    Respectfully submitted,

    */s/ Alexandra A.E. Shapiro*
    Alexandra A.E. Shapiro
    Jonathan P. Bach
    Alice Buttrick
    Jason A. Driscoll
    SHAPIRO ARATO BACH LLP
    1140 Avenue of the Americas, 17th Floor
    New York, New York 10036
    (212) 257-4880
    ashapiro@shapiroarato.com
    jbach@shapiroarato.com
    abuttrick@shapiroarato.com
    jdriscoll@shapiroarato.com

Hon. Lewis J. Liman
November 13, 2025

*Attorneys for the Wayfarer Parties*

cc:    All counsel (by ECF)