## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | |
| WAYFARER STUDIOS LLC, et al., | |
| Plaintiffs, | |
| v. | No. 25-cv-449 (LJL) (member case) |
| BLAKE LIVELY, et al., | |
| Defendants. | |

**DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF LETTER TO
SUPPLEMENT BLAKE LIVELY AND RYAN REYNOLDS'S MOTIONS FOR RULE 11
SANCTIONS AGAINST STEVE SAROWITZ, JAMEY HEATH, MELISSA NATHAN,
JENNIFER ABEL, IT ENDS WITH US MOVIE LLC, AND THEIR COUNSEL**

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice before this Court, a partner in the law firm of

Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record

for Plaintiff Blake Lively and former Defendant Ryan Reynolds (the "Lively Parties") in the

above-captioned action.

2.      I respectfully submit this declaration in support of Ms. Lively's Letter Supplement

to Lively Parties' Motions for Rule 11 Sanctions against Steve Sarowitz, Jamey Heath, Melissa

Nathan, Jennifer Abel, It Ends With Us Movie LLC, and their Counsel.  I also submit the declaration to place before the Court a true and correct copy of the following document.

3.      Attached as Exhibit A is a true and correct copy of an excerpt of the transcript of the deposition of Steve Sarowitz dated October 3, 2025.

4.      Attached as Exhibit B is a true and correct copy of an excerpt of the transcript of the deposition of Jennifer Abel dated September 26, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2025             _/s/ Michael J. Gottlieb_____
                                     WILLKIE FARR & GALLAGHER LLP
                                     Michael J. Gottlieb
                                     1875 K Street NW
                                     Washington, DC 20006
                                     (202) 303-1000
                                     mgottlieb@willkie.com

131105442.v1