**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

November 18, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et. al.*, No. 1:24-cv-10049-LJL;
        rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

      On behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write pursuant to Rule 4.b of Attachment A to the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of the Wayfarer Parties' opposition to Blake Lively's letter motion to supplement the Lively and Reynolds Rule 11 motions and Exhibits A-I thereto, filed contemporaneously herewith, which contain or consist of discovery material designated "Confidential." The public version has been redacted accordingly, with an unredacted version filed under seal. In accordance with Rule 4.b of Attachment A, the Wayfarer Parties respectfully request that the Court not rule on this letter motion to seal for one week, so that the parties can meet and confer and so that Blake Lively and any interested third parties may file motions for continued sealing if they so choose.

                                                      Respectfully submitted,

Dated:  November 18, 2025        LINER FREEDMAN TAITELMAN +
       Los Angeles, CA                  COOLEY, LLP

                                               <u>/s/ Bryan Freedman</u>
                                              Bryan J. Freedman (admitted *pro hac vice*)
                                              Ellyn S. Garofalo (admitted *pro hac vice*)
                                              Kim S. Zeldin (admitted *pro hac vice*)
                                              Amir Kaltgrad (admitted *pro hac vice*)
                                              Theresa M. Troupson (admitted *pro hac vice*)
                                              Summer Benson (admitted *pro hac vice*)
                                              Jason Sunshine
                                              1801 Century Park West, 5th Floor
                                              Los Angeles, CA 90067

Hon. Lewis J. Liman
November 18, 2025
Page 2

                    Tel: (310) 201-0005
                    Email: bfreedman@lftcllp.com
                            egarofalo@lftcllp.com
                            kzeldin@lftcllp.com
                            akaltgrad@lftcllp.com
                            ttroupson@lftcllp.com
                            sbenson@lftcllp.com
                            jsunshine@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
            kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
            jbach@shapiroarato.com
            abuttrick@shapiroarato.com
            jdriscroll@shapiroarato.com

cc: all counsel of record (via ECF)