UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

BLAKE LIVELY,                                               :
                                                           :    Civ. Action No. 1:24-cv-10049-LJL
                          Plaintiff,                       :
                                                           :    Related to:
v.                                                         :    Civ. Action No. 1:25-cv-00779-LJL
                                                           :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                      :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                       :
WITH US MOVIE LLC, MELISSA NATHAN, THE                     :
AGENCY GROUP PR LLC, JENNIFER ABEL, JED                    :
WALLACE, and STREET RELATIONS INC.,                        :
                                                           :
                          Defendants.                      :
                                                           x
----------------------------------------------------------------- :
JENNIFER ABEL,                                             :
                                                           :
                          Third-Party Plaintiff,           :
                                                           :
v.                                                         :
                                                           :
JONESWORKS LLC,                                            :
                                                           :
                          Third-Party Defendant.           :
                                                           :

**DECLARATION OF BRYAN J. FREEDMAN IN SUPPORT OF THE WAYFARER
PARTIES' OPPOSITION TO BLAKE LIVELY AND RYAN REYNOLDS' MOTION
FOR LEAVE TO SUPPLEMENT MOTION FOR SANCTIONS**

I, Bryan J. Freedman, pursuant to 28 U.S.C. § 1746, declare as follows:

        1.      I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP,

attorneys of record for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It

Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer

Abel (collectively, the "Wayfarer Parties").

        2.      Attached hereto as Exhibit A is a true and correct copy of a document produced by

Plaintiff Blake Lively in this action bearing the Bates numbers BL-000027070-BL-000027073.

3.      Attached hereto as Exhibit B is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000082- RR-SUBPOENA-000000084.

4.      Attached hereto as Exhibit C is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000113- RR-SUBPOENA-000000115.

5.      Attached hereto as Exhibit D is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000128- RR-SUBPOENA-000000129.

6.      Attached hereto as Exhibit E is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000030- RR-SUBPOENA-000000031.

7.      Attached hereto as Exhibit F is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000116- RR-SUBPOENA-00000119.

8.      Attached hereto as Exhibit G is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000085- RR-SUBPOENA-000000086.

9.      Attached hereto as Exhibit H is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000102- RR-SUBPOENA-000000105.

10.    Attached hereto as Exhibit I is a true and correct copy of a document produced by former Defendant Ryan Reynolds in this action bearing the Bates numbers RR-SUBPOENA-000000120- RR-SUBPOENA-000000124.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 18, 2025
     Los Angeles, CA

By: */s/ Bryan J. Freedman*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
     Bryan J. Freedman
     1801 Century Park West, 5th Floor
     Los Angeles, CA 90067
     Tel: (310) 201-0005
     Email: bfreedman@lftcllp.com