# EXHIBIT A

| | |
|---|---|
| **From:** | Kim Zeldin |
| **To:** | Bruno, Matthew; Alice Buttrick; Morgan Anastasio; Bender, Kristin; Amir Kaltgrad; Jason Sunshine; Chip Babcock; Joel Glover; Kristin Tahler; Maaren Shah; Nicholas Inns; temery@jw.com; Roeser, Stephanie; Ellyn Garofalo; Bryan Freedman; mitra@ahouralanlaw.com; Local KAF. Counsel; Local MS. Counsel; Summer Benson; Theresa Troupson; Vaneta Birtha; Alexandra Shapiro; Jonathan Bach; Rose Khatchikian; Gottlieb, Michael; Hudson, Esra; Moses, Sarah; Nathan, Aaron E.; Meryl Governski; Connolly, Michaela; Taustine, Melissa; Climaco, Katelyn |
| **Subject:** | RE: Blake Lively v. the Wayfarer Parties |
| **Date:** | Tuesday, November 18, 2025 6:32:22 PM |
| **Attachments:** | image001.png |

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Matt – this was my error to the third parties and I will be correcting it. Please do not speak for the third parties as you do not represent them.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone: (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone: (415) 722-2639
Facsimile: (310) 201-0045
Website: www.lftcllp.com

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Tuesday, November 18, 2025 3:31 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bender, Kristin <KBender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; temery@jw.com; Roeser, Stephanie <SRoeser@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela

&lt;MConnolly@willkie.com&gt;; Taustine, Melissa &lt;MTaustine@willkie.com&gt;; Climaco, Katelyn &lt;KClimaco@manatt.com&gt;
**Subject:** RE: Blake Lively v. the Wayfarer Parties

Alice:

This is a time-sensitive issue that will require the Court's immediate attention if the Wayfarer Defendants do not agree to our request for a two-week extension. As such, we need the Wayfarer Defendants' position today. It has also been brought to our attention that members of your team are representing to third parties that we have reached an agreement to extend the sealing deadline to November 26. It is our understanding that the extension you offered below was to November 24, not November 26, but either way it is obviously not accurate to characterize this as an "agreement" when the parties are still discussing the deadline. It puts undue pressure on third parties, particularly when we are seeking more time to consider these issues, which would benefit third parties also, and the Wayfarer Defendants failed to give third parties notice until now, apparently.

All rights reserved.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Alice Buttrick &lt;abuttrick@shapiroarato.com&gt;
**Sent:** Tuesday, November 18, 2025 5:45 PM
**To:** Bruno, Matthew &lt;MBruno@manatt.com&gt;; Morgan Anastasio &lt;morgananastasio@quinnemanuel.com&gt;; Kim Zeldin &lt;kzeldin@lftcllp.com&gt;; Bender, Kristin &lt;KBender@willkie.com&gt;; Amir Kaltgrad &lt;akaltgrad@lftcllp.com&gt;; Jason Sunshine &lt;jsunshine@lftcllp.com&gt;; Chip Babcock &lt;cbabcock@jw.com&gt;; Joel Glover &lt;jglover@jw.com&gt;; Kristin Tahler &lt;kristintahler@quinnemanuel.com&gt;; Maaren Shah &lt;maarenshah@quinnemanuel.com&gt;; Nicholas Inns &lt;nicholasinns@quinnemanuel.com&gt;; temery@jw.com; Roeser, Stephanie &lt;SRoeser@manatt.com&gt;; Ellyn Garofalo &lt;egarofalo@lftcllp.com&gt;; Bryan Freedman &lt;bfreedman@lftcllp.com&gt;; mitra@ahouraianlaw.com; Local KAF. Counsel &lt;kaf@msf-law.com&gt;; Local MS. Counsel &lt;ms@msf-law.com&gt;; Summer Benson &lt;sbenson@lftcllp.com&gt;; Theresa Troupson &lt;ttroupson@lftcllp.com&gt;; Vaneta Birtha &lt;vbirtha@lftcllp.com&gt;; Alexandra Shapiro &lt;ashapiro@shapiroarato.com&gt;; Jonathan Bach &lt;jbach@shapiroarato.com&gt;; Rose Khatchikian

<rkhatchikian@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** Re: Blake Lively v. the Wayfarer Parties

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

---

Thanks, Matt. Our team is dispersed at the moment. We will consider and get back to you as early as practicable tomorrow morning.

Best,
Alice

---

**From:** Bruno, Matthew <MBruno@manatt.com>
**Date:** Tuesday, November 18, 2025 at 5:03 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>, Morgan Anastasio <morgananastasio@quinnemanuel.com>, Kim Zeldin <kzeldin@lftcllp.com>, Bender, Kristin <KBender@willkie.com>, Amir Kaltgrad <akaltgrad@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, Chip Babcock <cbabcock@jw.com>, Joel Glover <jglover@jw.com>, Kristin Tahler <kristintahler@quinnemanuel.com>, Maaren Shah <maarenshah@quinnemanuel.com>, Nicholas Inns <nicholasinns@quinnemanuel.com>, temery@jw.com <temery@jw.com>, Roeser, Stephanie <SRoeser@manatt.com>, Ellyn Garofalo <egarofalo@lftcllp.com>, Bryan Freedman <bfreedman@lftcllp.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>, Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Summer Benson <sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Vaneta Birtha <vbirtha@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, Rose Khatchikian <rkhatchikian@lftcllp.com>, Gottlieb, Michael <MGottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Moses, Sarah <SMoses@manatt.com>, Nathan, Aaron E. <ANathan@willkie.com>, Meryl Governski <mgovernski@dirllp.com>, Connolly, Michaela <MConnolly@willkie.com>, Taustine, Melissa <MTaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** RE: Blake Lively v. the Wayfarer Parties

Alice:

The Wayfarer Defendants' refusal to extend the professional courtesy of a modest extension, to afford Ms. Lively, the Jones Parties, and the other third parties sufficient time to review and evaluate the more than 180 exhibits filed under seal, is disappointing - especially when similar courtesies have been extended by Ms. Lively numerous times at the Wayfarer Defendants' request.

That said, in an effort to find compromise, please advise whether the Wayfarer Defendants will agree to a two-week extension, which will push the deadline out from the Thanksgiving holiday. Please confirm by COB today (PT) whether the Wayfarer Defendants agree to our requested extension. If not, we will move for such relief and inform the Court of your refusal to provide this basic courtesy. I am hopeful this will not be necessary.

All rights reserved.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips, LLP**
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

---

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Tuesday, November 18, 2025 12:48 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bender, Kristin <KBender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; temery@jw.com; Roeser, Stephanie <SRoeser@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra

<EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>
**Subject:** Re: Blake Lively v. the Wayfarer Parties

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Counsel,

We understand the importance of courtesy extensions and remain hopeful that the parties will continue to cooperate with respect to adjusting deadlines to the extent possible and as appropriate. At the same time, we are mindful of both the Second Circuit's and Judge Liman's admonitions that sealing issues be dealt with promptly, given the public's right of access. Accordingly, we are amenable to a three-day extension of the deadline so that third-parties can be contacted and any necessary meet and confers can proceed. We will contact the third-parties separately, given that Ms. Lively does not have standing to speak for their concerns. We also note that the agreed-upon schedule for summary judgment and *Daubert* briefing was made based on our understanding, following discussions with you, that Ms. Lively would be filing a summary judgment motion of her own; in multiple discussions you never advised us that she would not be doing so. Thus, when we agreed to the schedule, we did so with the understanding that the sealing deadlines under Judge Liman's rules would apply to both sides and that we too would face the time constraints of those rules in working out any sealing issues. Moreover, in discussing that schedule you proposed extending the sealing schedule by a similar extended period of time, and we did not agree because of the public interest in disclosure, so we don't see any reason to renegotiate that issue now.

Separately, we note that we do not object to redacting PII on any document that is unsealed, and we are happy to advise the Court that we will refile any such document with appropriate redactions after the appropriate scope of sealing is determined.

Best,
Alice

**From:** Bruno, Matthew <MBruno@manatt.com>
**Date:** Tuesday, November 18, 2025 at 10:34 AM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>, Kim Zeldin

<kzeldin@lftcllp.com>, Bender, Kristin <KBender@willkie.com>, Amir Kaltgrad <akaltgrad@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, Chip Babcock <cbabcock@jw.com>, Joel Glover <jglover@jw.com>, Kristin Tahler <kristintahler@quinnemanuel.com>, Maaren Shah <maarenshah@quinnemanuel.com>, Nicholas Inns <nicholasinns@quinnemanuel.com>, temery@jw.com <temery@jw.com>, Roeser, Stephanie <SRoeser@manatt.com>, Ellyn Garofalo <egarofalo@lftcllp.com>, Bryan Freedman <bfreedman@lftcllp.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>, Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Summer Benson <sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Vaneta Birtha <vbirtha@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, Alice Buttrick <abuttrick@shapiroarato.com>, Rose Khatchikian <rkhatchikian@lftcllp.com>, Gottlieb, Michael <MGottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Moses, Sarah <SMoses@manatt.com>, Nathan, Aaron E. <ANathan@willkie.com>, Meryl Governski <mgovernski@dirllp.com>, Connolly, Michaela <MConnolly@willkie.com>, Taustine, Melissa <MTaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>
**Subject:** RE: Blake Lively v. the Wayfarer Parties

Thank you, Morgan:

This is fine from our perspective. Could the Wayfarer Defendants please advise? We would like to get a stipulation on the docket today.

Thanks,

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Monday, November 17, 2025 5:09 PM

**To:** Bruno, Matthew <MBruno@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bender, Kristin <KBender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; temery@jw.com; Roeser, Stephanie <SRoeser@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; mitra@ahouraianlaw.com
**Subject:** RE: Blake Lively v. the Wayfarer Parties

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

All,

We are amenable to the requested extension and would suggest a parallel extension in connection with Ms. Abel's motion for conditional summary judgment against Jonesworks to keep the issues on the same track. Please let us know if you agree.

Thanks,
Morgan

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Monday, November 17, 2025 4:46 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Bender, Kristin <KBender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; temery@jw.com; Roeser, Stephanie <SRoeser@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Rose Khatchikian

<rkhatchikian@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; mitra@ahouraianlaw.com
**Subject:** RE: Blake Lively v. the Wayfarer Parties [IMAN-MATTERS.FID37300]

[EXTERNAL EMAIL from mbruno@manatt.com]

Kim:

The Wayfarer Defendants filed more than 180 exhibits under seal, and it is our understanding that third-parties who designated information confidential have not been given notice of the sealed filings. We also note that we did not receive the sealed exhibits until well past the deadline, into the early morning hours of November 13. Given the volume and logistical issues, we need additional time for all parties to review the documents before we can take a position on moving for continued sealing—especially in light of the Thanksgiving holiday coming up, and our pressing focus on the summary judgment, motion for judgment on the pleadings and expert depositions.

As you know, we have been generous with extensions, including granting a substantial extension on the Wayfarer Defendants' opposition to the motion for spoliation sanctions. Accordingly, we request a three-week extension of time for all parties to move for the continued sealing of documents filed in relation to the Wayfarer Defendants' motion for summary judgment. We would appreciate the professional courtesy given the circumstances, the Thanksgiving holiday, as well as the fact that Ms. Lively previously agreed to several extensions for the Wayfarer Defendants. Please let us know today.

Thanks.

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com

manatt.com

**From:** Kim Zeldin <kzeldin@lftcllp.com>

**Sent:** Friday, November 14, 2025 6:46 PM
**To:** Bender, Kristin <KBender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; temery@jw.com; Roeser, Stephanie <SRoeser@manatt.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; mitra@ahouraianlaw.com
**Subject:** Blake Lively v. the Wayfarer Parties [IMAN-MATTERS.FID37300]

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Please let me know if you would like to meet and confer next week regarding the exhibits filed under seal in connection with the motion for summary judgment that were marked as confidential by Plaintiff or third parties.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067 E: Blake Lively v. Wayfarer Studios, LLC, et al., 24-cv-10049
Office Telephone: (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone: (415) 722-2639
Facsimile: (310) 201-0045
Website: www.lftcllp.com