UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>                Defendants. | No. 25-cv-449 (LJL) (member case) |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF LETTER MOTION TO DEEM AS ADMITTED PLAINTIFF'S REQUESTS FOR ADMISSION TO WAYFARER DEFENDANTS**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Plaintiff Blake Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's Letter Motion to Deem as Admitted Ms. Lively's Requests for Admission to the Wayfarer Defendants Pursuant to Rule 36(a)(3). I also submit the declaration to place before the Court a true and correct copy of the following documents.

3. On October 10, 2025, counsel for Ms. Lively served a combined set of 557 Requests for Admission ("RFAs") seeking authentication to the Wayfarer Defendants, with a separate set to the Wallace Defendants. On October 31, 2025, counsel for Ms. Lively provided certain corrections regarding a set of typographical corrections as to 10 of the RFAs.

4. On November 7, 2025, counsel for Ms. Lively and counsel for the Wayfarer Defendants met and conferred telephonically regarding the possibility of reaching a stipulation regarding authenticity. During the conferral, counsel for the Wayfarer Defendants indicated that the Wayfarer Defendants would not enter into a stipulation encompassing all documents in Ms. Lively's RFAs, including newspaper articles or other public documents Defendants did not create. Wayfarer Defendants' counsel additionally requested an extension for responses to the RFAs and specifically stated that the extension could avoid the service of the Wayfarer Defendants' objections to the RFAs.

5. Shortly after the conferral, on November 7, 2025, counsel for Ms. Lively granted the requested extension via email, conditioned on obtaining a substantive response on documents that the Wayfarer Defendants would agree to stipulate as authentic by the extended deadline on November 13, 2025.

6. On November 13, 2025, counsel for the Wayfarer Defendants served Responses and Objections to Ms. Lively's First Set of Requests for Admission.

7. Additionally on November 13, 2025, in violation of the parties' agreement providing the conditions for the extension, counsel for the Wayfarer Defendants failed to indicate the documents that would be subject to stipulation, and stated that they instead would do so the following week. At this time of this filing, the Wayfarer Defendants still have not provided the information.

8. On November 17, 2025, counsel for Ms. Lively proposed a stipulation that, if agreed to, would have obviated the need for the filing of the present Motion. The Wayfarer Defendants have not responded. Counsel for Ms. Lively plans to continue to engage in good-faith negotiations on the subject.

9. Attached as Exhibit A is a true and correct copy of Ms. Lively's First Set of Requests for Admission to Defendants Wayfarer Studios, LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel dated October 10, 2025.

10. Attached as Exhibit B is a true and correct copy of an email chain between counsel for Ms. Lively and counsel for the Wayfarer Defendants dated October 10, 2025 through October 31, 2025.

11. Attached as Exhibit C is a true and correct copy of an email chain between counsel for Ms. Lively and counsel for the Wayfarer Defendants dated November 4, 2025 through November 7, 2025.

12. Attached as Exhibit D is a true and correct copy of Wayfarer Defendants' Responses and Objections to Plaintiff Blake Lively's First Set of Requests for Admission, dated November 13, 2025.

13. Attached as Exhibit E is a true and correct copy of an email chain between counsel for Ms. Lively and counsel for the Wayfarer Defendants dated November 4, 2025 through November 13, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2025         */s/ Kristin E. Bender*
                                 WILLKIE FARR & GALLAGHER LLP
                                 1875 K Street NW

Washington, DC 20006
(202) 303-1000
kbender@willkie.com