Exhibit A

CONFIDENTIAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL)<br><br><br>**PLAINTIFF BLAKE LIVELY'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANTS WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL** |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. | |

CONFIDENTIAL

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Blake Lively ("Ms. Lively" or "Plaintiff"), through its undersigned counsel, hereby serves Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Defendants"), individually and on behalf of all others purportedly similarly situated, with the following First Set of Requests for Admission, who are required to admit or deny the matters set forth below in writing to Willkie Farr & Gallagher LLP, 1875 K Street NW Washington, DC 20006, within thirty (30) days from the date of service hereof.

In responding to these Requests for Admission, the following definitions and instructions shall apply.

## DEFINITIONS

1.    The Uniform Definitions in Discovery Requests that are set forth in Local Civil Rule 26.3 are hereby incorporated by reference.

2.    "Agreement" means any contract, arrangement, or understanding, formal or informal, oral or written.

3.    "Affiliate" means any and all entities that are wholly owned and/or controlled (directly or indirectly) by, or under common control by an identified individual or entity, including any corporate parent, subsidiaries, or affiliates, and each of their respective officers, directors, employees, or partners.

4.    The terms "all," "any," and "each" shall each be construed as encompassing any and all. *See* Local Civil Rule 26.3.

5.    The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope. *See* Local Civil Rule 26.3.

CONFIDENTIAL

6.      "Abel" refers to Jennifer Abel, who is a party to the Consolidated Action.

7.      "Baldoni" refers to Justin Baldoni, who currently serves as the co-founder and co-chairman of Wayfarer Studios LLC and is a party to the Consolidated Action.

8.      "Bryan Freedman" refers to counsel for the Wayfarer Defendants in the Consolidated Action, as well as his past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates.

9.      "Communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise). *See* Local Civil Rule 26.3. Communications shall include without limitation Social Media Communications.

10.     The term "concerning" means relating to, referring to, describing, evidencing, or constituting. *See* Local Civil Rule 26.3.

11.     "Consolidated Action" means and collectively refers to the following cases entitled (a) Lively v. Wayfarer Studios LLC et al., U.S. District Court for the Southern District of New York (No. 1:24-cv-10049-LJL); and (b) Wayfarer Studios LLC et al. v. Lively et al., U.S. District Court for the Southern District of New York (No. 1:25-cv-00449-LJL).

12.     "Content Creator" shall refer to any individual or entity who seeds, generates, creates, or influences Social Media content or provides related digital services.

13.     The "CRD Complaint" means the operative administrative complaint filed by Blake Lively with the California Civil Rights Department on December 20, 2024.

14.     "Digital Campaign" refers to efforts of the Wayfarer Defendants and/or any Affiliates, employees, associates, or subcontractors to communicate information regarding Blake Lively, Ryan Reynolds, the Lively/Reynolds Companies, Ms. Lively's and Mr. Reynolds's families, the Wayfarer Defendants, the Film, or the Consolidated Action on any Social Media, news outlet, or other internet platform and/or to seed, influence, manipulate, boost, amplify, or

CONFIDENTIAL

engage with social media algorithms, narrative or virality, as well as the use of bots or inauthentic accounts, as described in the Lively Complaint.

15.    "Document" or "Documents" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term. *See* Local Civil Rule 26.3.

16.    The "Film" means the movie "It Ends with Us," co-starring Blake Lively and Justin Baldoni, as described in the Lively Complaint.

17.    "Heath" refers to Jamey Heath who currently serves as the CEO of Wayfarer Studios LLC and is a party to the Consolidated Action.

18.    "IEWU LLC" shall refer to Defendant It Ends With Us Movie LLC, which is a party to the Consolidated Action, as well as its past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates.

19.    The term "including" means "including, but not limited to," or "including, without limitation," and should not be construed as limiting any request.

20.    "Jonesworks" shall refer to the entity Jonesworks LLC, as well as its past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates, including, without limitation, Stephanie Jones.

21.    "Jonesworks Complaint" means the operative complaint filed by Stephanie Jones and Jonesworks LLC in Jones v. Jennifer Abel et al. and removed to the United States District Court for the Southern District of New York (NYS Case No. 659849/2024; SDNY Case No. 1:25-cv-00779), Dkt. No. 1, and any amended complaints filed by Stephanie Jones and/or Jonesworks LLC in the proceeding.

22.    "Liner Freedman Taitelman + Cooley LLP" refers to the law firm serving as

CONFIDENTIAL

counsel for the Wayfarer Defendants in the Consolidated Action as well as its past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates.

23.    "Lively Complaint" means the operative second amended complaint filed by Ms. Lively in Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, Dkt. No. 520, and any amended complaints filed by Ms. Lively in the proceeding.

24.    "Lively/Reynolds Companies" shall refer to Ms. Lively's and Mr. Reynolds's affiliated entities, including but not limited to Betty Buzz LLC, Blake Brown, Aviation Gin, Mint Mobile, and Maximum Effort Productions, individually and collectively, and their past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates.

25.    "Lively/Reynolds Family" means any family member of Ms. Lively or Mr. Reynolds, living or deceased, including but not limited to their children, parents, siblings, or any other known relative.

26.    "Local Civil Rule" shall refer to the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, effective January 2, 2025.

27.    "Marketing Plan" shall refer to any efforts to market or promote the Film, including, but not limited to, any advertising, promotional, publicity or marketing materials (such as, without limitation, themes, market testing, research, summaries, talking points, trailers or teasers, posters, social media posts, and screen, radio, digital or television advertising), as described in the Lively Complaint.

28.    "Ms. Lively" shall refer to Blake Lively, who is a party to the Consolidated Action.

29.    "Mr. Reynolds" shall refer to Ryan Reynolds, who is a party to the Consolidated Action.

30.    "Nathan" shall refer to Melissa Nathan, who is a party to the Consolidated Action.

31.    "Payment" is defined as any transfer or commitment for future transfer of anything

CONFIDENTIAL

of value, including the exchange of funds (whether in dollars, foreign currency, or any form of electronic or cryptocurrency), cash, securities, loans, reimbursements, refunds, accounting corrections, retainers, goods, services, or otherwise.

32.     The terms "plaintiff" and "defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or Affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation. *See* Local Civil Rule 26.3.

33.     "Person" is defined as any natural person or any legal entity, including, without limitation, any business or governmental entity or associate. *See* Local Civil Rule 26.3.

34.     "Protections for Return to Production Agreement" means the contract executed in November 2023 concerning appropriate behavior during filming and production of the Film, as described in the Lively Complaint.

35.     The terms "relating to" or "relate to" mean, without limitation, assessing, comprising, constituting, concerning, referring to, containing, describing, discussing, embodying, evidencing, identifying, pertaining to, reflecting, stating, supporting, or tending to support or refute, or referring in any other way, directly or indirectly, in whole or in part, to the subject matter specified.

36.     "Sarowitz" shall refer to Steve Sarowitz, who is a party to the Consolidated Action.

37.     "Social Media" means any digital platform, forum, website, application, online service, or other platform on which persons can create, transmit, share, communicate, exchange content, or comment upon any information, ideas, or opinions, or otherwise engage in social networking, including but not limited to:

(a)     Social Networking Platforms – Facebook, Instagram, Twitter (X),

CONFIDENTIAL

LinkedIn, TikTok, Snapchat, Reddit, WhatsApp, Signal, and similar platforms.

(b)     Content Sharing & Video Platforms – YouTube, Vimeo, Twitch, Rumble, or similar services where videos, reels, or live content can be uploaded or streamed.

(c)     Email, Messaging Applications & Direct Communication Platforms – Including, but not limited to, Gmail, Outlook, WhatsApp, Telegram, Signal, Discord, Slack, Facebook Messenger, Instagram DMs, Twitter DMs, or any private messaging feature within a social media platform.

(d)     Blogging & Forum Sites – Medium, Substack, WordPress, 4chan, 8kun, or any other user-generated content site where written materials are published.

(e)     Influencer & Review-Based Platforms – Yelp, Glassdoor, Trustpilot, Google Reviews, Patreon, or any website where reputational impact can be influenced.

(f)     Advertising & Promotional Services – Paid sponsorships, influencer partnerships, promoted posts, advertisements, bots, or algorithm-driven visibility campaigns.

(g)     Automated or Third-Party Content Management Tools – Hootsuite, Buffer, Sprout Social, or any platform used to schedule, automate, or track social media activity.

(h)     Any Other Online Presence – Any additional websites, forums, private groups, or digital spaces where content related to Plaintiff was discussed, posted, or promoted.

(i)     Without limiting the foregoing in any manner, and by way of example only, this definition includes: all original posts, reposts, shares, likes, comments, hashtags, memes, images, videos, stories, threads, and reactions; all drafts, deleted posts, or unpublished content related to Plaintiff; all engagement metrics, analytics, reports, or logs reflecting interactions with content; and all metadata, timestamps, IP addresses, geolocation data, or user activity logs related to content.

38.     "Sony" shall refer to Sony Pictures Entertainment, and its past or present officers,

CONFIDENTIAL

directors, employees, partners, corporate parent, subsidiaries, or Affiliates.

39.    "Street Relations" shall refer to the entity Street Relations, Inc., as well as its past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates, including, without limitation, Jed Wallace.

40.    "TAG" shall refer to The Agency Group PR LLC, which is a party to the Consolidated Action, and its past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates.

41.    "Vision PR Parties" refers to Defendants Leslie Sloane and Vision PR, Inc., in Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL.

42.    "Wallace" shall refer to Jed Wallace, as described in the Lively Complaint.

43.    "Wayfarer" shall refer to Defendant Wayfarer Studios LLC, and its past or present members, officers, employees, partners, corporate parent, subsidiaries, or Affiliates.

44.    "Wayfarer SDNY Complaint" shall refer to the Complaint, Dkt. No. 1, the First Amended Complaint, Dkt. No. 50, and any other amended complaints filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends with Us Movie LLC, Melissa Nathan, and Jennifer Abel in Wayfarer Studios LLC et al. v. Lively et al., No. 1:25-cv-00449-LJL, as consolidated.

45.    "Wayfarer New York Times Action" shall refer to the lawsuit entitled Wayfarer Studios LLC et al. v. The New York Times Company, No. 24STCV34662, filed in the Superior Court of California, County of Los Angeles.

46.    "Wayfarer Defendants" shall refer, individually and collectively, to Wayfarer, IEWU LLC, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, and Street Relations.

47.    "WME" shall refer to William Morris Endeavor Entertainment Agency, its officers, directors, employees, partners, corporate parent, subsidiaries, or Affiliates.

48.    "You," "Your," or "Yours" refers to Defendants and anyone else acting or

CONFIDENTIAL

purporting to act on its behalf and anyone on whose behalf it is acting.

## INSTRUCTIONS

1.     If Defendants fail to respond or object to any of these requests within thirty (30) days from the date of service hereof, the requests shall be deemed admitted by Plaintiff under Rule 36(a)(3) of the Federal Rules of Civil Procedure.

2.     Defendants are referred to Rule 36(a)(4)-(5) of the Federal Rules of Civil Procedure for the requirements and instructions on how to properly and sufficiently respond to these requests.

3.     Notwithstanding anything else to the contrary herein, each word, term, or phrase is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure and the Local Civil Rules of the Southern District of New York.

4.     These Requests For Admission are continuing. If, at any time after service of the initial answers hereto and prior to the trial of this action, You obtain additional information responsive to these Requests for Admission or learn of any omission or inaccuracy in any answer, You are required promptly to supplement, amend, or correct Your answers hereto in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

CONFIDENTIAL

## REQUESTS TO ADMIT

1.     Admit that 24-CV-10049_0001862 is a true and accurate copy of the email correspondence dated May 6, 2023, from Heath to Elizabeth Talbot, Imene Meziane, Andrea Ajemian, Jill Sacco, Julie Bloom, Findlay Zotter, AJ Marbory, and Joseph Lanius.

2.     Admit that 24-CV-10049_0002187 is a true and accurate copy of the email correspondence dated May 2, 2023, from Alex Saks to Jamey Heath, Elizabeth Talbot, Imene Meziane, Andrea Ajemian, Jill Sacco, Julie Bloom, Findlay Zotter, AJ Marbory, and Mariela Villa.

3.     Admit that ABEL_000000464 is a true and accurate copy of a text exchange between Abel, Stephanie Jones, and Matthew Mitchell on August 27, 2024.

4.     Admit that ABEL_000000539 is a true and accurate copy of a text exchange between Nathan, Abel, and Matthew Mitchell on August 28, 2024.

5.     Admit that ABEL_000000792 is a true and accurate copy of the July 26, 2024 email correspondence from Abel to Stephanie Jones.

6.     Admit that ABEL_000002723 is a true and accurate copy of the email correspondence dated May 1, 2023, between Abel, Baldoni, Sarowitz, Heath, Ashmi Elizabeth Dang, Mitz Toskovic, Camila Senna, and AJ Marbory and attachment thereto marked as ABEL_000002724.

7.     Admit that ABEL_000005051 is a true and accurate copy of the August 9, 2024 email correspondence from Abel to Stephanie Jones, Tera Hanks, Heath, WayfarerStudios, and TeamBaldoni.

8.     Admit that ABEL_000005055 is a true and accurate copy of an email correspondence dated August 15, 2024 between Baldoni, Heath, Abel, Nathan, Breanna Butler Koslow, Katie Case, and Matthew Mitchell.

CONFIDENTIAL

9.      Admit that ABEL_000005656 is a true and accurate copy of the email correspondence from Abel to Nathan, Breanna Butler Koslow, Katherine Case, and Matthew Mitchell on August 14, 2024.

10.      Admit that ABEL_000005710 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

11.      Admit that ABEL_000005753 is a true and accurate copy a text exchange between Heath, Baldoni, Matthew Mitchell, Abel, Katherine Case, Breanna Butler Koslow, and Nathan on August 27, 2024.

12.      Admit that ABEL_000005771 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 9, 2024.

13.      Admit that ABEL_000005785 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 13, 2024.

14.      Admit that ABEL_000005911 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 18, 2024.

15.      Admit that ABEL_000006227 is a true and accurate copy of a text exchange between Baldoni, Henry Hargitai, Heath, Mitz Toskovic, Abel, Nathan, Jarriesse Blackmon, and Matthew Mitchell on August 13, 2024.

16.      Admit that ABEL_000019493 is a true and accurate copy of the Signal messages dated January 5, 2025 between Abel, Sarowitz, Heath, Mitra Ahouraian, Sage Steele, Jason Sunshine, Bryan Freedman, Baldoni, Summer Benson, and Nathan and attachments thereto marked as ABEL_000019498, ABEL_000019502, and ABEL_000019506.

17.      Admit that ABEL_000019581 is a true and accurate copy of a text exchange between Abel, Nathan, Carolyn Greenspan, and Steve Wilks on February 5, 2025.

CONFIDENTIAL

18.     Admit that AS000701 is a true and accurate copy of an email correspondence dated November 22, 2023 between Heath, Baldoni, Alex Saks, and others, and attachment thereto marked AS000702.

19.     Admit that AS000003 is a true and accurate copy of the email correspondence dated April 24, 2023, from Alex Saks to Baldoni.

20.     Admit that AS000012 is a true and accurate copy of the email correspondence dated December 21, 2023, from Baldoni to Alex Saks and Todd Black and attachments thereto marked as AS000014, AS000019, AS000023, AS000030, AS000031, AS000032, AS000033, AS000034, AS000035, AS000036, AS000037, AS000042, AS000043.

21.     Admit that AS000062 is a true and accurate copy of the email correspondence dated March 12, 2023, from Alex Saks to Heath, Imene Meziane, Andrew Lieberman and Andrea Ajemian.

22.     Admit that AS000101 is a true and accurate copy of the email correspondence dated December 27, 2023, to December 29, 2023, between Alex Saks, Andrea Giannetti,  Baldoni, Heath, Chris Surgent, Todd Black, and Lively.

23.     Admit that AS000499 is a true and accurate copy of the email correspondence dated July 25, 2024, from  Danni Maggin to Heath, Alex Saks, Gloria Hann, Kimberly Wire, Emily VanDerwerken, Annalee Paulo, Scott Feinstein, Daniella Misher, "WayfarerStudios", Nesma Youssef, Arianna Garcia, and Joe Whitmore.

24.     Admit that AS000765 is a true and accurate copy of the email correspondence dated November 25, 2023, from Baldoni to Todd Black, Alex Saks and Heath.

25.     Admit that AS000838 is a true and accurate copy of the call sheet dated May 22, 2023.

CONFIDENTIAL

26.    Admit that AS000917 is a true and accurate copy of the email correspondence dated December 27, 2023, from Baldoni to Todd Black, Andrea Gianetti, Alex Saks, Christopher Surgent, and Heath and attachment thereto marked as AS000921.

27.    Admit that AS001316 is a true and accurate copy of the email correspondence dated May 2, 2023, to May 4, 2023, between Alex Saks, Maria Villa, Andrea Ajemian, Heath, and Elizabeth Talbot.

28.    Admit that AS001792 is a true and accurate copy of the email correspondence dated June 16, 2023, between Alex Saks, Elizabeth Talbot, Heath, and George Lambert.

29.    Admit that AS003581 is a true and accurate copy of the email correspondence dated April 3, 2023, from Baldoni to Alex Saks, Heath, Andrea Giannetti, and Mariela Villa.

30.    Admit that AS003594 is a true and accurate copy of the email correspondence dated June 23, 2023, from Andrea Ajemian to Andrew Lieberman, Andy Davis, Sanford Panitch, Micheal Morgenthal, Alex Saks, Heath, Andrea Giannetti and Heath.

31.    Admit that AS004588 is a true and accurate copy of the email correspondence dated February 19, 2023, from Baldoni to Alex Saks, Heath, Andrea Giannetti, Andrew Calof, AJ Marbory, and Heath.

32.    Admit that BALDONI_000009152 is a true and correct copy of an email dated March 30, 2023 from Heath to Calof.

33.    Admit that BALDONI_000018879 is a true and accurate copy of the text exchange between Baldoni and Heath dated December 19, 2022.

34.    Admit that BALDONI_000018984 is a true and accurate copy of the text exchange between Baldoni and Heath dated April 27, 2023.

35.    Admit that BALDONI_000020640 is a true and accurate copy of the text exchange between Baldoni, Heath, Ange Giannetti, and Alex Saks dated December 18, 2022.

**CONFIDENTIAL**

36.    Admit that BALDONI_000020800 is a true and accurate copy of the text exchange between Baldoni, Heath, and Alex Saks dated December 29, 2022.

37.    Admit that BALDONI_000033491 is a true and accurate copy of the text exchange between Baldoni and Heath dated December 24, 2022.

38.    Admit that BALDONI_000033513 is a true and accurate copy of the text exchange between Baldoni and Heath dated May 16, 2023.

39.    Admit that BALDONI_000000573 is a true and accurate copy of the email correspondence between Bridgette Write, Baldoni, and Heath on June 5, 2024.

40.    Admit that BALDONI_000000618 is a true and accurate copy of the email correspondence dated April 15, 2024 from Matthew Mitchell to Baldoni on April 15, 2024 and attachment thereto marked as BALDONI_000000619.

41.    Admit that BALDONI_000033502 is a true and accurate copy of a text exchange dated April 20, 2023 between Baldoni and Heath.

42.    Admit that BALDONI_000003641 is a true and accurate copy of the email correspondence from the It Ends With Us distribution list to Baldoni on April 10, 2023.

43.    Admit that BALDONI_000003642 is a true and accurate copy of the draft script of It Ends With Us dated April 5, 2023.

44.    Admit that BALDONI_000010394 is a true and accurate copy of the call sheet dated May 22, 2023.

45.    Admit that BALDONI_000010404 is a true and accurate copy of the call sheet dated May 23, 2023.

46.    Admit that BALDONI_000014391 is a true and accurate copy of the text exchange dated May 5, 2023 between Baldoni and Lively.

CONFIDENTIAL

47.     Admit that BALDONI_000015324 is a true and accurate copy of the text exchange dated September 6, 2024 between Baldoni, Abel, and Nathan.

48.     Admit that BALDONI_000015368 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni and Nathan.

49.     Admit that BALDONI_000015397 is a true and accurate copy of a text exchange dated August 14, 2024 between Baldoni, Nathan and Abel.

50.     Admit that BALDONI_000015463 is a true and accurate copy of the text exchange dated August 13, 2024 between Baldoni, Nathan, Abel, Heath, Matthew Mitchell, Brianna Koslow, and Katie Case.

51.     Admit that BALDONI_000015474 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell.

52.     Admit that BALDONI_000015449 is a true and accurate copy of the text exchange between Baldoni, Abel, Katherine Case, Breanna Koslow, Nathan, and Matthew Mitchell on August 9, 2024.

53.     Admit that BALDONI_000015557 is a true and accurate copy of the text exchange dated August 16, 2024 between Baldoni, Nathan, Abel, Heath, Matthew Mitchell, Katie Case, and Brianna Koslow.

54.     Admit that BALDONI_000015593 is a true and accurate copy of the text exchange dated August 27, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," and Matthew Mitchell.

55.     Admit that BALDONI_000015606 is a true and accurate copy of the August 9, 2024 text between Stephanie Jones, Heath, and Tera Hanks.

CONFIDENTIAL

56.    Admit that BALDONI_000015766 is a true and accurate copy of the text exchange dated August 11, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

57.    Admit that BALDONI_000015766 is a true and accurate copy of the text exchange dated August 11, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

58.    Admit that BALDONI_000015838 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

59.    Admit that BALDONI_000015859 is a true and accurate copy of the text exchange dated August 15, 2024 between Baldoni, Nathan, Abel, Heath, Matthew Mitchell, "James Social Media," and "Henry JW Social Team."

60.    Admit that BALDONI_000015868 is a true and accurate copy of the text exchange dated August 13, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

61.    Admit that BALDONI_000016171 is a true and accurate copy of a text exchange between Christopher Surgent, Heath, Alex Saks, Ange Giannetti, Todd Black, and Justin Baldoni on January 2, 2024.

62.    Admit that BALDONI_000016288 is a true and accurate copy of a text exchange between Heath, Alex Saks, Ange Gianetti, and Baldoni on April 18, 2024.

63.    Admit that BALDONI_000016442 is a true and accurate copy of the text exchange dated August 2, 2024 between Baldoni and Abel.

64.    Admit that BALDONI_000016476 is a true and accurate copy of a text exchange dated April 16, 2023 between Baldoni and Saks.

CONFIDENTIAL

65.    Admit that BALDONI_000017003 is a true and accurate copy of a text exchange dated May 14, 2023 between Baldoni and Lively.

66.    Admit that BALDONI_000017016 is a true and correct copy of the text exchange dated December 15, 2022 between Baldoni and Travis Van Winkle.

67.    Admit that BALDONI_000017205 is a true and accurate copy of a text exchange dated January 12, 2023 between Baldoni, Heath, Andrew Calof, AJ Marbory, Kristy Carlson and Alex Saks.

68.    Admit that BALDONI_000017278 is a true and accurate copy of a text exchange dated April 24, 2023 between Baldoni, Saks, and Heath.

69.    Admit that BALDONI_000018698 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni and Sarowitz.

70.    Admit that BALDONI_000018710 is a true and accurate copy of the text exchange dated August 5, 2024 between Baldoni, Nathan, and Abel.

71.    Admit that BALDONI_000018848 is a true and accurate copy of the audio recording from Baldoni.

72.    Admit that BALDONI_000018902 is a true and accurate copy of the text exchange dated May 6, 2023 between Baldoni and Heath.

73.    Admit that BALDONI_000019234 is a true and accurate copy of the text exchange between Baldoni, Abel, and Nathan on August 15, 2024.

74.    Admit that BALDONI_000019282 is a true and accurate copy of the text exchange dated August 9, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell.

75.    Admit that BALDONI_000018802 is a true and accurate copy of a text exchange dated December 7, 2022 between Baldoni and Sarowitz.

CONFIDENTIAL

76.    Admit that BALDONI_000018832 is a true and accurate copy of a text exchange dated December 14, 2022 between Baldoni and Marbory.

77.    Admit that BALDONI_000018717 is a true and accurate copy of the text exchange dated August 9, 2024 between Baldoni and Abel.

78.    Admit that BALDONI_000018877 is a true and accurate copy of a text exchange dated December 9, 2022 between Baldoni and Heath .

79.    Admit that BALDONI_000019422 is a true and accurate copy of the text exchange dated August 18, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell.

80.    Admit that BALDONI_000019460 is a true and accurate copy of the July 26, 2024 a text exchange between Heath, Baldoni, Tera Hanks, and Stephanie Jones.

81.    Admit that BALDONI_000019487 is a true and accurate copy of the text exchange between Baldoni, Heath, Mitz Toskovic, James Knobloch, Abel, Nathan, Jarriesse Blackmon, Matthew Mitchell, and Henry Hargitai on August 8, 2024.

82.    Admit that BALDONI_000019535 is a true and accurate copy of the text exchange dated August 27, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," and Matthew Mitchell.

83.    Admit that BALDONI_000020409 is a true and accurate copy of the text exchange dated August 8, 2024 between Baldoni and Abel.

84.    Admit that BALDONI_000020412 is a true and accurate copy of the November 10, 2023 text exchange between Stephanie Jones, Heath, Baldoni, and Abel.

85.    Admit that BALDONI_000020803 is a true and accurate copy of a text exchange dated January 10, 2023 between Baldoni, Heath, and Saks.

CONFIDENTIAL

86.    Admit that BALDONI_000020956 is a true and accurate copy of the It Ends With Us script dated April 6, 2023.

87.    Admit that BALDONI_000021007 is a true and accurate copy of the text exchange between Ange Gianetti and Baldoni on April 28, 2023.

88.    Admit that BALDONI_000021208 is a true and accurate copy of a text exchange dated December 13, 2022 between Baldoni and Andrew Calof.

89.    Admit that BALDONI_000021300 is a true and accurate copy of the July 25, 2024 text exchange between Stephanie Jones and Baldoni.

90.    Admit that BALDONI_000021302 is a true and accurate copy of the July 26, 2024 text exchange between Stephanie Jones and Baldoni.

91.    Admit that BALDONI_000021809 is a true and accurate copy of email correspondence dated April 20, 2024 between Baldoni and Abel, and attachments thereto marked BALDONI_000021810 and BALDONI_000021814.

92.    Admit that BALDONI_000021824 is a true and accurate copy of email correspondence dated April 20, 2024 between Baldoni, Danni Maggin, Heath, Wayfarer Studios, and Team Baldoni, and attachments thereto marked BALDONI_000021825.

93.    Admit that BALDONI_000023175 is a true and accurate copy of the email correspondence from Baldoni to Lively on May 11, 2023.

94.    Admit that BALDONI_000023934 is a true and accurate copy of the email correspondence from the It Ends With Us distribution list to Baldoni on May 15, 2023.

95.    Admit that BALDONI_000025593 is a true and correct copy of email correspondence dated December 20, 2024 between Michael Gottlieb, Baldoni, Heath, Abel, Nathan, Jed Wallace, Sarowitz, and Imene Meziane, and attachments thereto marked as BALDONI_000025594 and BALDONI_000025679.

CONFIDENTIAL

96.    Admit that BALDONI_000026099 is a true and accurate copy of the text exchange between Baldoni, Oona Flaherty, and Robb Sullivan on April 21, 2024.

97.    Admit that BALDONI_000026329 is a true and accurate copy of the August 14, 2024 email correspondence correspondence from Stephanie Jones to Heath.

98.    Admit that BALDONI_000030667 is a true and accurate copy of email correspondence dated January 13, 2023 between Ashmi Dang, Danielle Misher, Gloria Hann, Joe Whitmore, Rose Philips, and Andrea Giannetti, and attachments thereto marked BALDONI_000030668.

99.    Admit that BALDONI_000031553 is a true and accurate copy of the email correspondence between Abel and Baldoni on December 4, 2024.

100.    Admit that BALDONI_000031932 is a true and accurate copy of a text exchange between Baldoni, Heath, and Abel on July 26, 2024.

101.    Admit that BALDONI_000032905 is a true and accurate copy of the text exchange dated May 25, 2024 between Baldoni, Heath, Ahmed Musiol, Cyrus Sigari, Sam Baldoni, Travis Van Winkle, Andy Grammar, Rainn Wilson, and Adam Mondschein.

102.    Admit that BALDONI_000033691 is a true and accurate copy of a text exchange between Heath, Abel, Baldoni, Nathan, and Matthew Mitchell on August 17, 2024.

103.    Admit that BALDONI_000033825 is a true and accurate copy of a text exchange dated August 2, 2024 between Baldoni, Heath, Katherine Case, Breanna Butler Koslow, and Nathan and attachments thereto marked as BALDONI_000033827 and BALDONI_000033831.

104.    Admit that BALDONI_000033875 is a true and accurate copy of the text exchange dated August 15, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell. Admit that BALDONI_000000700 is a true and accurate copy of the email

CONFIDENTIAL

correspondence dated December 6, 2023, between Baldoni, Lively, Todd Black, Alex Saks and Andrea Giannetti.

105.    Admit that BALDONI_000003376 is a true and accurate copy of the email correspondence dated April 26, 2023, to April 28, 2023, between Abel, Baldoni, Heath, Alex Saks, Ashmi Elizabeth Dang, Mitz Toskovic, and AJ Marbory.

106.    Admit that BALDONI_000018544 is a true and accurate copy of the text exchange between Baldoni and Ange Giannetti dated April 28, 2023.

107.    Admit that BALDONI_000005573 is a true and accurate copy of the email correspondence dated February 27, 2023, from Baldoni to Jenny Slate and attachments thereto marked as BALDONI_000005574.

108.    Admit that BALDONI_000015483 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 15, 2024 and attachments thereto marked as BALDONI_000015517,        BALDONI_000015518,        BALDONI_000015519,
BALDONI_000015520,        BALDONI_000015521,        BALDONI_000015522,
BALDONI_000015523,        BALDONI_000015524,        BALDONI_000015525,
BALDONI_000015526,        BALDONI_000015527,        BALDONI_000015528,
BALDONI_000015529,        BALDONI_000015530,        BALDONI_000015531,
BALDONI_000015532,        BALDONI_000015533,        BALDONI_000015534,
BALDONI_000015535,        BALDONI_000015536,        BALDONI_000015537,
BALDONI_000015538, BALDONI_000015539, and BALDONI_000015540.

109.    Admit that BALDONI_000017026 is a true and accurate copy of a text exchange between Baldoni, Andrea Gianetti, Heath, and Alex Saks on December 18, 2022 and attachments thereto marked as BALDONI_000017037 and BALDONI_000017051.

CONFIDENTIAL

110.    Admit that BALDONI_000017299 is a true and accurate copy of a text exchange between Baldoni, Heath, and Alex Saks on June 23, 2023 and attachments thereto marked as BALDONI_000017302.

111.    Admit that BALDONI_000018690 is a true and accurate copy of a text exchange between Baldoni, Andrea Gianetti, Heath, and Alex Saks on March 18, 2024, and attachments thereto marked as BALDONI_000018695 and BALDONI_000018697.

112.    Admit that BALDONI_000020436 is a true and accurate copy of a text exchange between Baldoni, Heath, and Alex Saks on April 14, 2023, and attachments thereto marked as BALDONI_000020441,            BALDONI_000020443,            BALDONI_000020443, BALDONI_000020444 and BALDONI_000020445.

113.    Admit that BALDONI_000020572 is a true and accurate copy of a text exchange between Baldoni, Heath, and Alex Saks on April 24, 2023.

114.    Admit that BALDONI_000020616 is a true and accurate copy of a text exchange between Baldoni, Heath,  Mitz Toskovic, Abel, AJ Marbory, Ashmi Elizabeth Dang, and Alex Saks on January 26, 2023, and attachments thereto marked as BALDONI_000020622, BALDONI_000020623,            BALDONI_000020624,            BALDONI_000020625, BALDONI_000020626,            BALDONI_000020627,            BALDONI_000020628, BALDONI_000020629, BALDONI_000020630, and BALDONI_000020631.

115.    Admit that BALDONI_000020785 is a true and accurate copy of a text exchange between Baldoni, Andrea Gianetti, Heath, and Alex Saks on April 30, 2023.

116.    Admit that BALDONI_000021775 is a true and accurate copy of the email correspondence dated May 17, 2024, from David Smalle to Baldoni, Heath, Alex Saks, and others, and attachments thereto marked as BALDONI_0000021776.

CONFIDENTIAL

117.    Admit that BALDONI_000022934 is a true and accurate copy of the email correspondence dated April 5, 2023, from Baldoni to Baldoni, Heath, Andrea Giannetti, Alex, Saks, Julie Bloom, Andrea Ajemian, Andrew Calof, AJ Marbory and attachments thereto marked as BALDONI_000022935, BALDONI_000022936.

118.    Admit that BALDONI_000032863 is a true and accurate copy of a text exchange between Baldoni, Ashmi Elizabeth Dang, Matthew Mithcell, Colleen Hoover, Stephanie Jones, and Heath on July 7, 2023.

119.    Admit that BALDONI_000033113 is a true and accurate copy of a text exchange between Baldoni, Ashmi Elizabeth Dang, AJ Marbory and Heath on January 24, 2023.

120.    Admit that BALDONI_000033116 is a true and accurate copy of a text exchange between Baldoni, Ashmi Elizabeth Dang, AJ Marbory and Heath on January 25, 2023, and attachments thereto marked as BALDONI_000033121 and BALDONI_000033122.

121.    Admit that BALDONI_000033442 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on May 17, 2023.

122.    Admit that BALDONI_000033445 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on June 8, 2023.

123.    Admit that BALDONI_000033446 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on June 26, 2023.

124.    Admit that BALDONI_000033449 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on May 6, 2023, and attachment thereto marked as BALDONI_000033450 and BALDONI_000033451.

125.    Admit that BALDONI_000033497 is a true and accurate copy of a text exchange between Baldoni and Heath on January 26, 2023, and attachments thereto marked as BALDONI_000033500 and BALDONI_000033501.

CONFIDENTIAL

126.    Admit that BALDONI_000033560 is a true and accurate copy of a text exchange between Baldoni and Heath on April 27, 2023, and attachments thereto marked as BALDONI_000033500 and BALDONI_000033567.

127.    Admit that BALDONI_000034741 is a true and accurate copy of a text exchange between Sarowitz, Heath, Bryan Freedman, Mitra Ahouraian, Baldoni, Summer Benson, Nathan and Sage Steel on January 3, 2025, and attachment thereto marked as BALDONI_000034747.

128.    Admit that BALDONI_0000171941 is a true and accurate copy of a text exchange between Heath, Andrea Giannetti and Alex Saks on May 7, 2023.

129.    Admit that BBKOSLOW-000000891 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Alyx Sealy, Carolina Hurley, Dervla McNeice, Katherine Case, Nathan, Michael Lawrence, and Rylie Long on August 27, 2024 to August 28, 2024.

130.    Admit that BBKOSLOW-000001684 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Ahmed Musiol, Bryan Freedman, Ellyn Garofalo, Heath, Jared Freedman, Jason Sunshine, Wallace, Abel, Baldoni, Kevin Fritz, Mitra Ahouraian, Mitz Toskovic, Nathan, Spencer Freedman, Sarowitz, Summer Benson, "Tamar," Tera Hanks, Theresa Troupson, and Nathan on February 22, 2025 to February 23, 2025

131.    Admit that BBKOSLOW-000002564  is a true and accurate copy of a text exchange between Breanna Butler Koslow, Ahmed Musiol, Bryan Freedman, Ellyn Garofalo, Heath, Jared Freedman, Jason Sunshine, Wallace, Abel, Baldoni, Kevin Fritz, Mitra Ahouraian, Mitz Toskovic, Nathan, Spencer Freedman, Sarowitz, Summer Benson, "Tamar," Tera Hanks, Theresa Troupson, and Nathan on March 3, 2025.

132.    Admit that BBKOSLOW-000002571 is a true and accurate copy of a voice note from Wallace to Sarowitz on March 3, 2025.

CONFIDENTIAL

133.    Admit that BBKOSLOW-000002644 is a true and accurate copy of the voice note from Wallace to Sarowitz on March 3, 2025.

134.    Admit that BBKOSLOW-000002763 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Alyx Sealy, Carolina Hurley, Dervla McNeice, Madison Joyce, Michael Lawrence, Rylie Long, and Nathan on January 7, 2025 to January 8, 2025.

135.    Admit that BBKOSLOW-000002816 is a true and accurate copy of a text exchange between Breanna Butler Koslow and Nathan on July 31, 2024 to August 1, 2024.

136.    Admit that BBKOSLOW-000003633 is a true and accurate copy of a text exchange between Nathan, Katherine Case, and Breanna Butler Koslow on August 26, 2024.

137.    Admit that BBKOSLOW-000004082 is a true and accurate copy of a text exchange between Bryan Freedman, Nathan, Sage Steele, Carolina Hurley, and Abel on December 29, 2024.

138.    Admit that BBKOSLOW-000005085 is a true and accurate copy of a text exchange between Abel, Katherine Case, Matthew Mitchell, and Nathan on August 17, 2024 to August 18, 2024.

139.    Admit that BBKOSLOW-000005795  is a true and accurate copy of a text exchange between Breanna Butler Koslow and Nathan on December 20, 2024 to December 21, 2024.

140.    Admit that BBKOSLOW-000006051 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on August 16, 2024.

141.    Admit that BBKOSLOW-000006059 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on August 16, 2024.

142.    Admit that BBKOSLOW-000008437 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on July 28, 2024.

143.    Admit that BL-000011571 is a true and accurate copy of a text exchange between Heath, Baldoni and Lively on May 10, 2023, to May 11, 2023.

CONFIDENTIAL

144. Admit that BL-000009160 is a true and accurate copy of the text exchange between Baldoni and Lively dated March 27, 2023 to March 28, 2023.

145. Admit that BL-000019985 is a true and accurate copy of the text exchange between Heath, Lively, and Todd Black, dated June 26, 2024.

146. Admit that BL-000011580 is a true and accurate copy of the text exchange between Heath, Lively, Baldoni, and Alex Saks, dated June 1, 2023.

147. Admit that BL-000028880 is a true and accurate copy of an email correspondence dated June 27, 2024 between Heath, Lively, and Todd Black, and attachments thereto marked BL-000028881.

148. Admit that BL-000038466 is a true and accurate copy of an email correspondence dated December 15, 2023 between Lindsey Strasberg, Imene Meziane, David Weber, and Jaime Marchello and attachments thereto.

149. Admit that BL-000038477 is a true and accurate copy of an email correspondence dated January 16, 2024 to March 7, 2024 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, David Weber, Jaime Marchello, Warren Zavala, and Justin Grey Stone, and attachment thereto marked as BL-000038481.

150. Admit that BL-000038516 is a true and accurate copy of an email correspondence dated January 16, 2024 to February 5, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, Warren Zavala, and Justin Grey Stone, and attachment thereto marked as BL-000038519.

151. Admit that BL-000038554 is a true and accurate copy of an email correspondence dated January 16, 2024 to April 18, 2024 between Lindsey Strasberg, Joseph Lanius, David Weber, Imene Meziane, Jaime Marchello, Warren Zavala, and Justin Grey stone, and attachment thereto marked as BL-000038564.

CONFIDENTIAL

152.    Admit that BL-000038599 is a true and accurate copy of an email correspondence dated April 23, 2024 to July 2, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Warren Zavala, Justin Grey Stone, Polly Kwok, Michael Marshall, and Heath, and attachment thereto marked as BL-000038602.

153.    Admit that BL-000038637 is a true and accurate copy of an email correspondence dated May 8, 2023 to May 19, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, Warren Zavala, Elyse Scherz, Justin Grey Stone, David Weber, Jaime Marchello, Allen Chanzis, and Mark E. Landesman.

154.    Admit that BL-000038643 is a true and accurate copy of an email correspondence dated May 8, 2023 between Joseph Lanius, Lindsey Strasberg, and Imene Meziane, and attachments thereto.

155.    Admit that BL-000038648 is a true and accurate copy of an email correspondence dated May 8, 2023 to May 19, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, Warren Zavala, Elyse Scherz, Justin Grey Stone, David Weber, and Jaime Marchello, and attachments thereto.

156.    Admit that BL-000038655 is a true and accurate copy of an email correspondence dated May 8, 2023 to June 5, 2023 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, Warren Zavala, Elyse Scherz, Justin Grey Stone, David Weber, and Jaime Marchello, and attachments thereto.

157.    Admit that BL-000038669 is a true and accurate copy of an email correspondence dated May 8, 2023 to June 5, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, Warren Zavala, Elyse Scherz, Justin Grey Stone, David Weber, and Jaime Marchello, and attachments thereto.

158.    Admit that BL-000038677 is a true and accurate copy of an email correspondence

CONFIDENTIAL

dated May 8, 2023 to May 11, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, David Weber, and Jaime Marchello.

159.    Admit that BL-000038681 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 8, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

160.    Admit that BL-000038696 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 13, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

161.    Admit that BL-000038750 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 15, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius,  David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

162.    Admit that BL-000038780 is a true and accurate copy of the email correspondence dated December 19, 2023 to January 2, 2024 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

163.    Admit that BL-000033428 is a true and accurate copy of a recording of a phone conversation between Sarowitz and Claire Ayoub on August 29, 2024.

164.    Admit that BL-000009345 is a true and accurate copy of a text exchange between Baldoni and Lively from April 13, 2023, to April 14, 2023.

165.    Admit that BL-000011088 is a true and accurate copy of a text exchange between Baldoni and Lively on May 5, 2023, and attachments thereto marked as BL-000011092,  BL-000011093,  BL-000011094, BL-000011095, and BL-000011096.

166.    Admit that CHURLEY_00000020 is a true and accurate copy of the TAG engagement letter executed by Wayfarer and Baldoni on August 3, 2024.

CONFIDENTIAL

167.    Admit that HANKS_000000021 is a true and accurate copy of the text exchange dated June 21, 2024 between Baldoni and Tera Hanks.

168.    Admit that HEATH_000025166 is a true and correct copy of a call sheet dated May 15, 2023.

169.    Admit that HEATH_000025170 is a true and correct copy of a call sheet dated June 1, 2023.

170.    Admit that HEATH_000025178 is a true and correct copy of a call sheet dated June 6, 2023.

171.    Admit that HEATH_000025003 is a true and correct copy of a call sheet dated June 6, 2023.

172.    Admit that HEATH_000025180 is a true and correct copy of a call sheet dated June 7, 2023.

173.    Admit that HEATH_000025158 is a true and correct copy of a call sheet dated June 7, 2023.

174.    Admit that HEATH_000025184 is a true and correct copy of a call sheet dated June 8, 2023.

175.    Admit that HEATH_000025182 is a true and correct copy of a call sheet dated June 8, 2023.

176.    Admit that HEATH_000025186 is a true and correct copy of a call sheet dated June 9, 2023.

177.    Admit that HEATH_000025160 is a true and correct copy of a call sheet dated June 9, 2023.

178.    Admit that HEATH_000025188 is a true and correct copy of a call sheet dated June 12, 2023.

CONFIDENTIAL

179.    Admit that HEATH_000024752 is a true and correct copy of a script of the Film.

180.    Admit that HEATH_000004133 is a true and correct copy of a script of the Film.

181.    Admit that HEATH_000025172 is a true and correct copy of a call sheet dated June 2, 2023.

182.    Admit that HEATH_000025162 is a true and correct copy of a call sheet dated May 25, 2023.

183.    Admit that HEATH_000025198 is a true and correct copy of a call sheet dated May 24, 2023.

184.    Admit that HEATH_000025156 is a true and correct copy of a call sheet dated May 15, 2023.

185.    Admit that HEATH_000004343 is a true and accurate copy of the email correspondence between Jane Randel and Ashmi Dang, copying Heath, Abel, and others on August 13, 2024 to August 14, 2024.

186.    Admit that HEATH_000019593 is a true and correct copy of an email dated July 31, 2024 from Ashmi Dang.

187.    Admit that HEATH_000005878 is a true and correct copy of an email dated June 17, 2024 from Abel to Heath, Hanks, Ashmi Dang, and Mitz Toskovic.

188.    Admit that HEATH_000004400 is a true and accurate copy of the July 31, 2024 email correspondence from Abel to Heath and Danny Greenberg.

189.    Admit that HEATH_000004794 is a true and accurate copy of the August 8, 2024 email correspondence from Heath to Stephanie Jones and Abel.

190.    Admit that HEATH_000006929 is a true and accurate copy of the email correspondence dated February 26, 2024, between Mitz Toskovic and Ashmi Dang, copying Heath and others, and attachment thereto marked as HEATH_000006932.

CONFIDENTIAL

191.    Admit that HEATH_000007969 is a true and accurate copy of the November 15, 2023 back to work protections.

192.    Admit that HEATH_000028186 is a true and accurate copy of an email correspondence from Katherine Case to Heath on August 7, 2024.

193.    Admit that HEATH_000029024 is a true and accurate copy of Heath's letter to the Producers Guild of America on June 26, 2024.

194.    Admit that HEATH_000029968 is a true and accurate copy of the August 9, 2024 text exchange between Stephanie Jones, Heath, and Tera Hanks.

195.    Admit that HEATH_000030840 is a true and accurate copy of the July 26, 2024 text exchange between Heath and Stephanie Jones.

196.    Admit that HEATH_000031737 is a true and accurate copy of the email correspondence dated July 26, 2024 from Katherine Case to Heath and attachment thereto marked as HEATH_000031739.

197.    Admit that HEATH_000032564 is a true and accurate copy of the July 26, 2024 text exchange between Heath, Stephanie Jones, and Tera Hanks.

198.    Admit that HEATH_000032564 is a true and accurate copy of a text exchange between Heath, Tera Hanks, and Stephanie Jones on July 26, 2024.

199.    Admit that HEATH_000033660 is a true and accurate copy of a text exchange between Andrea Ajemian, Heath, and Alex Saks on June 8, 2023.

200.    Admit that HEATH_000035537 is a true and accurate copy of a text exchange between Heath and Andy Grammer on August 4, 2024.

201.    Admit that HEATH_000041864 is a true and accurate copy of an email correspondence dated April 23, 2024 from Imene Meziane to Lindsey Strasberg, David Weber, Jaime Marchello, Warren Zavala, Justin Grey Stone, Polly Kwok, Michael Marshall, Heath, and

**CONFIDENTIAL**

Joseph Lanius, and attachment thereto marked as HEATH_000041865.

202.    Admit that HEATH_000045224 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 16, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius,  David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto marked as HEATH_000045235 and HEATH_000045240.

203.    Admit that HEATH_000045244 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 16, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachment thereto marked as HEATH_000045252.

204.    Admit that HEATH_000045312 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 17, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachment thereto marked as HEATH_000045323.

205.    Admit that HEATH_000045341 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 18, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Jessica Rodgers, and Heath, and attachment thereto marked as HEATH_000045350.

206.    Admit that HEATH_000045370 is a true and accurate copy of an email correspondence dated January 13, 2024 to January 18, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Jessica Rodgers, and Heath, and attachments thereto marked as HEATH_000045383 and HEATH_000045406.

207.    Admit that HEATH-000045682 is a true and accurate copy of the email correspondence dated April 12, 2023 between Lindsey Strasberg and Heath.

CONFIDENTIAL

208.    Admit that HEATH_000046126 is a true and accurate copy of the email correspondence between Nicholas Pizzino and Elyse Litwack, copying Heath and others from March 30, 2023 to May 21, 2023.

209.    Admit that HEATH_000046136 is a true and accurate copy of the call sheet when Lily Bloom's birthing scene was filmed on May 22, 2023.

210.    Admit that HEATH_000046138 is a true and accurate copy of an email correspondence dated May 2, 2024 to May 3, 2024 between Heath, Lindsey Strasberg, Imene Meziane, Joseph Lanius, Warren Zavala, Justin Grey Stone, and Todd Black.

211.    Admit that HEATH_000041675 is a true and accurate copy of an email correspondence dated April 23, 2024 to July 16, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Warren Zavala, Justin Grey Stone, Polly Kwok, Michael Marshall, and Heath.

212.    Admit that HEATH_000046697 is a true and accurate copy of the August 8, 2024 text exchange between Stephanie Jones, Tera Hanks, and Heath.

213.    Admit that HEATH_000046747 is a true and accurate copy of the July 23, 2024 text exchange between Heath and Danny Greenberg.

214.    Admit that HEATH_000048470 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

215.    Admit that HEATH_000048502  is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

216.    Admit that HEATH_000050708 is a true and accurate copy of the February 25, 2025 text exchange between Todd Black, Ange Giannetti, Danny Greenberg, Heath, Baldoni, and Tera Hanks.

CONFIDENTIAL

217.    Admit that HEATH_000052062 is a true and accurate copy of a text exchange in the group chat "JB PR (W/O JB)" on August 7, 2024.

218.    Admit that HEATH_000052643 is a true and accurate copy of the July 31, 2024 text exchange between Heath, Abel, and Stephanie Jones.

219.    Admit that HEATH_000006964 is a true and accurate copy of an email correspondence dated February 27, 2024 between Heath, Mitz Toskovic, Evelyn Santana, and others and attachments thereto marked as HEATH_000006966, HEATH_000006980, HEATH_000006984, HEATH_000006989, HEATH_000006999.

220.    Admit that HEATH_000016035 is a true and accurate copy of an email correspondence dated April 14, 2024 between Andrew Calof, Heath, Mitz Toskovic, Ahmed Musiol, and others and attachments thereto marked as HEATH_000016036.

221.    Admit that HEATH_000016384 is a true and accurate copy of an email correspondence dated June 24, 2024 between Ashmi Elizabeth Dang, Andrew Calof, Heath, Mitz Toskovic, Tera Hanks, and others and attachment thereto marked as HEATH_000016385.

222.    Admit that HEATH_000019467 is a true and accurate copy of an email correspondence dated August 11, 2024 between Ashmi Elizabeth Dang, Abel, Heath, and others.

223.    Admit that HEATH_000028187 is a true and accurate copy of an email correspondence dated August 7, 2024 between Abel, Heath, Nathan, Case, and others.

224.    Admit that HEATH_000028190 is a true and accurate copy of an email correspondence dated August 7, 2024 between Abel, Heath, Nathan, Case, and others.

225.    Admit that HEATH_000031887 is a true and accurate copy of the text exchange between Heath, Andrew Calof, and others dated September 27, 2024.

226.    Admit that HEATH_000032566 is a true and accurate copy of the text exchange between Heath, Stephanie Jones, and Tera Hanks dated July 31, 2024.

CONFIDENTIAL

227.    Admit that HEATH_000032637 is a true and accurate copy of the text exchange between Heath and Josh Greenstein dated May 2, 2024.

228.    Admit that HEATH_000033599 is a true and accurate copy of the text exchange between Heath, Alex Saks, and Andrea Ajemian dated May 12, 2023.

229.    Admit that HEATH_000033626 is a true and accurate copy of the text exchange between Heath, Alex Saks, and Andrea Ajemian dated May 24, 2023.

230.    Admit that HEATH_000033692 is a true and accurate copy of the text exchange between Heath and Shekinah Reese dated May 5, 2023.

231.    Admit that HEATH_000034462 is a true and accurate copy of the text exchange between Heath, Alex Saks, and others dated December 22, 2022.

232.    Admit that HEATH_000034502 is a true and accurate copy of the text exchange between Heath and Alex Saks dated March 3, 2023.

233.    Admit that HEATH_000034656 is a true and accurate copy of the text exchange between Heath and Colleen Hoover dated May 6, 2024.

234.    Admit that HEATH_000034661 is a true and accurate copy of the text exchange between Heath and Colleen Hoover dated May 28, 2024.

235.    Admit that HEATH_000034685 is a true and accurate copy of the text exchange involving Heath dated April 24, 2024.

236.    Admit that HEATH_000034943 is a true and accurate copy of Wayfarer Studio's Employee Handbook.

237.    Admit that HEATH_000035022 is a true and accurate copy of the text exchange between Heath and Mitz Toskovic dated July 24, 2024.

238.    Admit that HEATH_000035492 is a true and accurate copy of the text exchange between Heath and Baldoni dated May 28, 2023.

CONFIDENTIAL

239.    Admit that HEATH_000037719 is a true and accurate copy of an email correspondence dated May 13, 2024 between Kimberly Wire, Abel, Heath, Matthew Mitchell, and others, and attachments thereto marked HEATH_000037720 and HEATH_000037724.

240.    Admit that HEATH_000040279 is a true and accurate copy of an email correspondence dated March 22, 2023 between Imene Meziane, Todd Rubenstein, Heath, and others.

241.    Admit that HEATH_000041001 is a true and accurate of a bank statement from US Bank for the statement period November 18, 2022 through December 16, 2022.

242.    Admit that HEATH_000041013 is a true and accurate of a bank statement from US Bank for the statement period November 17, 2023 through December 18, 2023.

243.    Admit that HEATH_000041025 is a true and accurate of a bank statement from US Bank for the statement period November 25, 2023 through December 26, 2023.

244.    Admit that HEATH_000041029 is a true and accurate of a bank statement from US Bank for the statement period November 20, 2024 through December 17, 2024.

245.    Admit that HEATH_000041043 is a true and accurate of a bank statement from US Bank for the statement period November 27, 2024 through December 24, 2024.

246.    Admit that HEATH_000041047 is a true and accurate of Wayfarer's 401(k) Plan account summary from Jocelyn Pension Consulting for the period October 1, 2024 through December 31, 2024.

247.    Admit that HEATH_000045532 is a true and accurate copy of an email correspondence dated May 10, 2023 between Joseph Lanius, DeShawn McQueen, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045535, HEATH_000045569.

CONFIDENTIAL

248.    Admit that HEATH_000045662 is a true and accurate copy of an email correspondence dated May 4, 2023 between Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045678.

249.    Admit that HEATH_000045765 is a true and accurate copy of an email correspondence dated March 21, 2023 between Imene Meziane, Heath, Jaime Marchello and Mitz Toskovic. Admit that HEATH_000045848 is a true and accurate copy of an email correspondence dated March 22, 2023 between Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045851.

250.    Admit that HEATH_000045855 is a true and accurate copy of an email correspondence dated March 17, 2023 between Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045857.

251.    Admit that HEATH_000045969 is a true and accurate copy of an email correspondence dated March 3, 2023 between David Steinberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked as HEATH_000045972 and HEATH_000046023.

252.    Admit that HEATH_000046085 is a true and accurate copy of an email correspondence dated December 17, 2022 between Warren Zavala, Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others.

253.    Admit that HEATH_000046097 is a true and accurate copy of an email correspondence dated December 16, 2022 between Warren Zavala, Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others and attachments thereto marked HEATH_000046098.

254.    Admit that HEATH_000046434 is a true and accurate copy of an email correspondence dated December 23, 2022 between Heath and Baldoni and attachments thereto marked HEATH_000046436 and HEATH_000046439.

CONFIDENTIAL

255.    Admit that HEATH_000046882 is a true and accurate copy of an email correspondence dated July 31, 2024 between Abel, Heath, Nathan, Tera Hanks, and Mitz Toskovic and attachments thereto marked HEATH_000046883.

256.    Admit that HEATH_000048076 is a true and accurate copy of an email correspondence dated August 12, 2024 between Abel and Mitz Toskovic.

257.    Admit that HEATH_000048441 is a true and accurate copy of a Google calendar invite dated August 4, 2024 between Nathan, Baldoni, Heath, Abel, and others, and attachments thereto marked HEATH_000048443.

258.    Admit that HEATH_000048499 is a true and accurate copy of an email correspondence dated April 27, 2023 between Heath, Jill Sacco, Andrea Ajemian, Alex Saks, and others.

259.    Admit that HEATH_000048501 is a true and accurate copy of an email correspondence dated March 12, 2023 between Heath, Andrea Ajemian, Alex Saks, and others.

260.    Admit that HEATH_000049558 is a true and accurate copy of the text exchange between Heath, Abel, Stephanie Jones and Baldoni dated November 10, 2023, and attachments thereto marked HEATH_000049561, HEATH_000049562.

261.    Admit that HEATH_000049933 is a true and accurate copy of the text exchange between Heath and Baldoni dated May 6, 2023.

262.    Admit that HEATH_000049954 is a true and accurate copy of the text exchange between Heath and Baldoni dated December 27, 2023, and attachments thereto marked HEATH_000049956.

263.    Admit that HEATH_000050346 is a true and accurate copy of the text exchange between Heath, Baldoni, Stephanie Jones, and Tera Hanks dated July 26, 2024.

CONFIDENTIAL

264.    Admit that HEATH_000051120 is a true and accurate copy of the text exchange between Baldoni, Heath, and others dated November 12, 2023, and attachments thereto marked HEATH_000051126, HEATH_000051127.

265.    Admit that HEATH_000051141 is a true and accurate copy of the text exchange between Baldoni, Heath, and Alex Saks dated April 1, 2024, and attachments thereto marked HEATH_000051146.

266.    Admit that HEATH_000051557 is a true and accurate copy of the text exchange between Baldoni, Heath, Ange Giannetti and Alex Saks dated April 30, 2023.

267.    Admit that HEATH_000051635 is a true and accurate copy of the text exchange between Baldoni and Heath dated May 11, 2023.

268.    Admit that HEATH_000051731 is a true and accurate copy of the text exchange between Baldoni and Heath dated July 25, 2024, and attachments thereto marked HEATH_000051732.

269.    Admit that HEATH_000052401 is a true and accurate copy of the text exchange between Baldoni, Heath, Nathan, Abel, and others dated August 15, 2024, and attachments thereto.

270.    Admit that HEATH_000053096 is a true and accurate copy of an email correspondence dated February 26, 2024 between Heath, Colleen Hoover, Baldoni, and others.

271.    Admit that Hoover 0211 is a true and accurate copy of the Purchase Agreement between Colleen Hoover and AFG Productions, Inc. dated May 8, 2019.

272.    Admit that Hoover 0237 is a true and accurate copy of the text exchange between Baldoni, Heath, and Colleen Hoover dated June 7, 2023 through August 15, 2024.

273.    Admit that Hoover 0152 is a true and accurate copy of a text exchange between March 26 and August 11 between Collen Hoover and Jamey Heath.

CONFIDENTIAL

274.     Admit that HYBE0000576 is a true and accurate copy of the Amended & Restated LLC Agreement of The Agency Group PR, LLC, effective as of January 1, 2024.

275.     Admit that JONESWORKS_00004655 is a true and accurate copy of a text exchange between Abel, Baldoni, and Matthew Mitchell from December 5, 2022 to August 12, 2022.

276.     Admit that JONESWORKS_00012711 is a true and accurate copy of a text exchange between Katherine Case and Abel on July 26, 2024.

277.     Admit that JONESWORKS_00012744 is a true and accurate copy of a text exchange between Nathan, Abel, and Heath on August 5, 2024.

278.     Admit that JONESWORKS_00012860 is a true and accurate copy of a text exchange between Abel and Matthew Mitchell on June 30, 2024.

279.     Admit that JONESWORKS_00012873 is a true and accurate copy of a text exchange between Abel and Matthew Mitchell on July 15, 2024.

280.     Admit that JONESWORKS_00013413 is a true and accurate copy of the August 12, 2024 text exchange between Abel and Danny Greenberg.

281.     Admit that JONESWORKS_00013415 is a true and accurate copy of the August 13, 2024 text exchange between Abel and Danny Greenberg.

282.     Admit that JONESWORKS_00013418 is a true and accurate copy of the August 15, 2024 text exchange between Abel and Danny Greenberg.

283.     Admit that JONESWORKS_00013485 is a true and accurate copy of the text exchange dated May 17, 2024 between Baldoni, Abel, and Matthew Mitchell.

284.     Admit that JONESWORKS_00013488 is a true and accurate copy of the text exchange dated May 22, 2024 between Baldoni, Abel, and Matthew Mitchell.

CONFIDENTIAL

285.    Admit that JONESWORKS_00013502 is a true and accurate copy of a text exchange between Baldoni, Abel, and Matthew Mitchell on June 22, 2024.

286.    Admit that JONESWORKS_00014003 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Abel, Katherine Case, Matthew Mitchell, and Nathan on August 15, 2024.

287.    Admit that JONESWORKS_00014019 is a true and accurate copy of a text exchange between Nathan, Katherine Case, Breanna Butler Koslow, Matthew Mitchell, and Abel on August 16, 2024 to August 17, 2024.

288.    Admit that JONESWORKS_00014045 is a true and accurate copy of the text exchange between Breanna Koslow, Abel, Katherine Case, Matthew Mitchell, and Nathan on August 18, 2024.

289.    Admit that JONESWORKS_00014814 is a true and accurate copy of a text exchange between Jameela Jamil and Abel on August 13, 2024.

290.    Admit that JONESWORKS_00014889 is a true and accurate copy of a text exchange between Baldoni, Abel, and James Knobloch on August 9, 2024.

291.    Admit that JONESWORKS_00015222 is a true and accurate copy of the audio message from Baldoni to Abel and Danny Greenberg on June 22, 2024.

292.    Admit that JONESWORKS_00015350 is a true and accurate copy of a text exchange between Abel, James Knobloch, and Henry Hargitai on August 9, 2024.

293.    Admit that JONESWORKS_00015550 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Abel, Heath, Katherine Case, Matthew Mitchell, and Nathan on August 8, 2024 to August 9, 2024.

294.    Admit that JONESWORKS_00015656 is a true and accurate copy of a text exchange between Heath, Nathan, Matthew Mitchell, and Katherine Case on August 12, 2024.

CONFIDENTIAL

295.    Admit that JONESWORKS_00015997 is a true and accurate copy of the text exchange between Abel and Kimberly (Sony) from August 2, 2024 to August 5, 2024.

296.    Admit that JONESWORKS_00016240 is a true and accurate copy of a text exchange between Nathan and Abel on August 5, 2024.

297.    Admit that JONESWORKS_00016364 is a true and accurate copy of a text exchange between Nathan and Abel from August 16, 2024 to August 17, 2024.

298.    Admit that JONESWORKS_00016401 is a true and accurate copy of a text exchange between Nathan and Abel on August 20, 2024.

299.    Admit that JONESWORKS_00016433 is a true and accurate copy of the July 25, 2024 text exchange between Baldoni, Heath, Abel, and Danny Greenberg.

300.    Admit that JONESWORKS_00017429 is a true and accurate copy of the email correspondence from Abel to Danny Greenberg on July 25, 2024.

301.    Admit that JONESWORKS_00017439 is a true and accurate copy of the email correspondence from Abel to Stephanie Jones on July 26, 2024.

302.    Admit that JONESWORKS_00018215 is a true and accurate copy of the email correspondence from Danni Maggin to Heath on May 8, 2024.

303.    Admit that JONESWORKS_00019183 is a true and accurate copy of the email correspondence from Ashmi Dang to Richard Stafford, Maria Eduardaorzes, and Lisa Gutberlet, copying Abel and others, on July 24, 2024.

304.    Admit that JONESWORKS_00020577 is a true and accurate copy of the July 3, 2024 email correspondence from Baldoni to Katie Warren.

305.    Admit that JONESWORKS_00021501 is a true and accurate copy of an email correspondence sent from Shekinah Reese to Tera Hanks, Baldoni, Nathan, Abel, and Heath on July 27, 2024, for a meeting on July 28, 2024 at 8:00 AM PST.

CONFIDENTIAL

306.    Admit that JONESWORKS_00028348 is a true and accurate copy of the email correspondence between James Knobloch and TeamJBSocial@jonesworks.com on July 8, 2024.

307.    Admit that JONESWORKS_00030156 is a true and accurate copy of the July 30, 2024 email correspondence from Tera Hanks to Stephanie Jones.

308.    Admit that JONESWORKS_00030166 is a true and accurate copy of the August 14, 2024 email correspondence from Heath to Stephanie Jones.

309.    Admit that JONESWORKS_00037247 is a true and accurate copy of a text exchange dated June 17, 2024 between Abel and Jones.

310.    Admit that JONESWORKS_00038544 is a true and accurate copy of the September 25, 2024 email correspondence from Imene Meziane to Jones.

311.    Admit that JONESWORKS_00039735 is a true and accurate copy of the July 26, 2024 text exchange between Baldoni and Stephanie Jones.

312.    Admit that JONESWORKS_00039953 is a true and accurate copy of the June 20, 2024 text exchange between Abel and Stephanie Jones.

313.    Admit that JONESWORKS_00039963 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

314.    Admit that JONESWORKS_00039964 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

315.    Admit that JONESWORKS_00039971 is a true and accurate copy of the June 26, 2024 text exchange between Abel and Stephanie Jones.

316.    Admit that JONESWORKS_00039983 is a true and accurate copy of the August 7, 2024 text exchange between Abel and Stephanie Jones.

317.    Admit that JONESWORKS_0040068 is a true and accurate copy of the June 2, 2024 text exchange between Abel, Matthew Mitchell, and Stephanie Jones.

CONFIDENTIAL

318.     Admit that JONESWORKS_0040072  is a true and accurate copy of the June 3, 2024 text exchange between Abel, Matthew Mitchell, and Stephanie Jones.

319.     Admit that JONESWORKS_0040093  is a true and accurate copy of the June, 2024 August 14 text exchange between Abel, Matthew Mitchell, and Stephanie Jones.

320.     Admit that JONESWORKS_00041084 is a true and accurate copy of the signed Jonesworks Employment Agreement between Jonesworks and Abel on November 22, 2021.

321.     Admit that JONESWORKS_00041597 is a true and accurate copy of a text exchange between Abel and Matthew Mitchell on January 12, 2024 to January 13, 2024.

322.     Admit that JONESWORKS_00041705 is a true and accurate copy of the Agreement between Wayfarer and Jonesworks dated May 23, 2024.

323.     Admit that JONESWORKS_00041730 is a true and accurate copy of email correspondence dated April 15, 2025 between Baldoni, Kenan Jackson, and Matthew Mitchell, and attachment thereto marked JONESWORKS_00041731.

324.     Admit that JONESWORKS_00041819 is a true and accurate copy of the September 19, 2024 email correspondence from Stephanie Jones to Tera Hanks.

325.     Admit that KCASE-000002011 is a true and accurate copy of a text exchange between James Vituscka, Katherine Case, and Nathan on August 15, 2024.

326.     Admit that KCASE-000003950 is a true and accurate copy of the text exchange between Heath, Abel, Katie Case, Matthew Mitchell, and Breanna Butler Koslow, dated August 14, 2024 through August 15, 2024.

327.     Admit that KCASE-000004201 is a true and accurate copy of the scenario planning document that TAG provided to Wayfarer Studios on August 2, 2024.

CONFIDENTIAL

328.    Admit that KCASE-000004756 is a true and accurate copy of a text exchange between Katherine Case, Breanna Butler Koslow, Alyx Sealy, Carolina Hurley, Dervla McNeice, Michael Lawrence, Rylie Long, and Nathan on August 20, 2024 to August 21, 2024.

329.    Admit that KCASE-000004949 is a true and accurate copy of a text exchange between Nathan and Katherine Case on August 5, 2024 to August 6, 2024.

330.    Admit that KCASE-000004957 is a true and accurate copy of a voice note sent by Jed Wallace and re-sent by Nathan to Katherine Case on August 6, 2024.

331.    Admit that KCASE-000005773 is a true and accurate copy of Katherine Case's notes from her call with Heath and Tera Hanks on July 25, 2024.

332.    Admit that MARBORY_000000427 is a true and accurate copy of the text exchange dated April 2, 2023 between Baldoni and Marbory.

333.    Admit that MARBORY_000001683 is a true and accurate copy of the text exchange dated January 12, 2023 between Baldoni and Marbory.

334.    Admit that NATHAN_000000314 is a true and accurate copy of a text exchange between Baldoni, Nathan, and Abel on August 15, 2024.

335.    Admit that NATHAN_000000546 is a true and accurate copy of a screenshot of an Instagram story posted by Jenna Redfield as sent by Abel to Breanna Butler Koslow, Heath, Katherine Case, and Matthew Mitchell on August 8, 2024.

336.    Admit that NATHAN_000000548 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Abel, Heath, Katherine Case, Matthew Mitchell, and Nathan on August 5, 2024.

337.    Admit that NATHAN_000000605 is a true and accurate copy of a text exchange dated August 8, 2024 in the group chat "JB PR (W/O JB)" and the attachment thereto marked as JONESWORKS_00015588.

CONFIDENTIAL

338.     Admit that NATHAN_000000751 is a true and accurate copy of a text exchange in the group chat "JB PR (W/O JB)" on August 12, 2024.

339.     Admit that NATHAN_000000885 is a true and accurate copy of a text exchange between Nathan, Heath, Abel, Baldoni, Katherine Case, Breanna Butler Koslow, and Matthew Mitchell on August 15, 2024.

340.     Admit that NATHAN_000001030 is a true and accurate copy of a text exchange between Nathan, Abel, Baldoni, Heath, Breanna Butler Koslow, Katherine Case, and Matthew Mitchell on August 27, 2024.

341.     Admit that NATHAN_000001062 is a true and accurate copy of a text exchange between Nathan, Abel, Katherine Case, Breanna Butler Koslow, and Matthew Mitchell on August 15, 2024.

342.     Admit that NATHAN_000001114 is a true and accurate copy of a text exchange in the group chat "Arrive Wet PR" on August 20, 2024.

343.     Admit that NATHAN_000001730 is a true and accurate copy of a text exchange between Katherine Case, Breanna Butler Koslow, Carolina Hurley, and Nathan on August 14, 2024.

344.     Admit that NATHAN_000001795 is a true and accurate copy of a text exchange between Nathan and James Vituscka on August 15, 2024.

345.     Admit that NATHAN_000001906 is a true and accurate copy of a text exchange between James Vituscka and Nathan on August 18, 2024.

346.     Admit that NATHAN_000002151 is a true and accurate copy of the text exchange dated August 12, 2024 between Abel and Nathan.

347.     Admit that NATHAN_000002313 is a true and accurate copy of a text exchange between Nathan and Abel from August 16, 2024 to August 17, 2024.

CONFIDENTIAL

348.    Admit that NATHAN_000002550 is a true and correct copy of the text exchange dated August 14, 2024 between Nathan and Sara Nathan.

349.    Admit that NATHAN_000002717 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on August 13, 2024.

350.    Admit that NATHAN_000002938 is a true and accurate copy of a text exchange between Katherine Case and Nathan on August 4, 2024.

351.    Admit that NATHAN_000003321 is a true and accurate copy of an email correspondence sent by Nathan to Wallace on August 5, 2024.

352.    Admit that NATHAN_000003391 is a true and correct copy of email correspondence dated August 14, 2024 between Nathan and Candace Steinhart.

353.    Admit that NATHAN_000003767 is a true and accurate copy of the email correspondence from Abel to Mitz Toskovic on July 31, 2024.

354.    Admit that NATHAN_000003832 is a true and accurate copy of a text exchange between Nathan, Abel, and Matthew Mitchell on August 27, 2024.

355.    Admit that NATHAN_000005493 is a true and accurate copy of a text exchange between Katherine Case, Breanna Butler Koslow, and Nathan on August 27, 2024.

356.    Admit that NATHAN_000005552 is a true and accurate copy of a text exchange between Nathan and Abel on August 2, 2024.

357.    Admit that NATHAN_000005564 is a true and accurate copy of a text exchange between Nathan and Abel on August 10, 2024.

358.    Admit that NATHAN_000018774 is a true and accurate copy of Signal messages between Nathan, Abel, Sage Steele, Bryan Freedman, and Summer Benson on January 3, 2025.

359.    Admit that NATHAN_000018775 is a true and accurate copy of a document sent to Sage Steele by Abel on January 3, 2025.

CONFIDENTIAL

360.    Admit that NATHAN_000019664 is a true and accurate copy of Signal messages between Nathan, Sarowitz, Heath, Abel, Bryan Freedman, Mitra Ahouraian, Baldoni, Summer Benson, Sage Steele, and Jason Sunshine on January 3, 2025.

361.    Admit that NATHAN_000021834 is a true and accurate copy of a text exchange between Nathan, Abel, and reporter Carolyn Greenspan on February 5, 2025.

362.    Admit that NATHAN_000021931 is a true and accurate copy of Signal messages between Nathan, Bryan Freedman, Abel, and Sage Steele on January 1, 2025.

363.    Admit that NATHAN_000022027 is a true and accurate copy of a text exchange between Nathan and Jason Sunshine on February 6, 2025.

364.    Admit that NATHAN_000024631 is a true and accurate copy of a text exchange between Nathan and Amy Chozick on January 3, 2025.

365.    Admit that NATHAN_000026627 is a true and accurate copy of a text exchange between Nathan and Sara Nathan on January 21, 2025.

366.    Admit that NATHAN_000027242 is a true and accurate copy of the Signal messages between Baldoni, Heath, Bryan Freedman, and Nathan on January 22, 2025.

367.    Admit that NATHAN_000027341 is a true and accurate copy of a text exchange between Heath, Mitz Toskovic, Roza Kalantari, Mitra Ahouraian, Wallace, Jason Sunshine, Spencer Freedman, Abel, Theresa Troupson, Bryan Freedman, Dervla McNeice, Alyx Sealy, Breanna Butler Koslow, Summer Benson, Rylie Long, and two unnamed participants on February 4, 2025.

368.    Admit that NATHAN_000027533 is a true and accurate copy of Signal messages between James Vituscka and Nathan on December 30, 2024.

369.    Admit that NATHAN_000027548 is a true and accurate copy of Signal messages between James Vituscka and Nathan on December 31, 2024.

CONFIDENTIAL

370.    Admit that NATHAN_000027698 is a true and accurate copy of Signal messages between James Vituscka and Nathan on January 1, 2025.

371.    Admit that NATHAN_000027790 is a true and accurate copy of Signal messages between Nathan and James Vituscka on January 14, 2025.

372.    Admit that NATHAN_000027796 is a true and accurate copy of Signal messages between Nathan and James Vituscka on January 15, 2025.

373.    Admit that SAROWITZ_000000036 is a true and accurate copy of an email correspondence between Kenan Jackson, Brian Singer, Ashmi Dang, Baldoni, Heath, Elyse Litwack, and the email "staff@wayfarerstudios.com," on May 16, 2024.

374.    Admit that SAROWITZ_000000077 is a true and accurate copy of a text exchange between the participants of the group chat, "Prayers and support," on January 2, 2024.

375.    Admit that SAROWITZ_000000079 is a true and accurate copy of a text exchange between the participants of the group chat, "Prayers and support," on January 4, 2024.

376.    Admit that SAROWITZ_000000689 is a true and accurate copy of a text exchange between Sarowitz and Baldoni on December 19, 2022.

377.    Admit that SAROWITZ_000000691 is a true and accurate copy of a text exchange between Sarowitz and Baldoni on May 8, 2023.

378.    Admit that SAROWITZ_000000697 is a true and accurate copy of a text exchange between Sarowitz, Heath, Baldoni, and Tera Hanks on March 17, 2024.

379.    Admit that SAROWITZ_000000721 is a true and accurate copy of a text exchange between Sarowitz and Baldoni on May 3, 2024.

380.    Admit that SAROWITZ_000000743 is a true and accurate copy of a text exchange between Sarowitz, Baldoni, and Heath on May 5, 2023.

CONFIDENTIAL

381.    Admit that SAROWITZ_000000824 is a true and accurate copy of Sarowitz's phone records from August 7, 2024 to September 6, 2024.

382.    Admit that SAROWITZ_000000918 is a true and accurate copy of an email correspondence dated January 4, 2025 to January 6, 2025 between Sarowitz; Abel, Nathan, Bryan Freedman, Monica Hunter-Hart, and Luisa Kroll.

383.    Admit that SAROWITZ_000000938 is a true and accurate copy of an email correspondence dated January 1, 2025 between Sarowitz, Baldoni and Heath (through Mr. Sarowitz's email address), Nathan, Abel, Adam Fresco, Bryan Freedman, and Wallace.

384.    Admit that SAROWITZ_000000961 is a true and accurate copy of an email correspondence dated January 4, 2025 to January 6, 2025 between Sarowitz, Abel, Nathan, Bryan Freedman, Monica Hunter-Hart, and Luisa Kroll.

385.    Admit that SAROWITZ_000000968 is a true and accurate copy of an email correspondence dated January 7, 2025 between Sarowitz, Bryan Freedman, Abel, Nathan, and Erica Lieberman.

386.    Admit that SAROWITZ_000001020 is a true and accurate copy of a text exchange between Steve Sarowitz, Heath, Abel, Bryan Freedman, Mitra Ahouraian, Baldoni, Summer Benson, Sage Steele, Jason Sunshine, Spencer Freedman, and Nathan on January 3, 2025.

387.    Admit that SAROWITZ_000001216 is a true and accurate copy of a text exchange between Sarowitz and Rainn Wilson on January 2, 2025.

388.    Admit that SAROWITZ_000001253 is a true and accurate copy of a text exchange between Baldoni, Heath, Jason Sunshine, Bryan Freedman, Abel, Nathan, Sage Steele, Summer Benson, Mitra Ahouraian, and Sarowitz.

389.    Admit that SAROWITZ_000001276 is a true and accurate copy of Sarowitz's phone records from January 2025 to February 2025.

CONFIDENTIAL

390.    Admit that SPE_BL0000379 is a true and accurate copy of an email correspondence dated January 14, 2023 between Heath, Baldoni, Ashmi Elizabeth Dang, Ange Giannetti, and others, and attachments thereto marked SPE_BL0000380.

391.    Admit that SPE_BL0003349 is a true and accurate copy of the text exchange between Heath and Ange Giannetti, dated April 22, 2023. Admit that SPE_BL0000343 is a true and accurate copy of the September 27, 2022, email correspondence from Schuyler Moore to Jamey Heath, Danny Greenberg, Andrea Gianetti, and others.

392.    Admit that SPE_BL0000367 is a true and accurate copy of the September 27, 2022, email correspondence from Schuyler Moore to Jamey Heath, Danny Greenberg, Andrea Gianetti, and others.

393.    Admit that SPE_BL0000413 is a true and accurate copy of the January 1, 2023, email correspondence from Jennifer Abel to Wayfarer Studios, Andrea Gianetti, and others.

394.    Admit that SPE_BL0001905 is a true and accurate copy of the July 12, 2024, email correspondence from Ashmi Elizabeth Dang to Jamey Heath, Jennifer Abel, Wayfarer Studios, and others.

395.    Admit that SPE_BL0001995 is a true and accurate copy of the October 14, 2022, email correspondence from Michael Marshall to Schuyler Moore, Jamey Heath, Andrea Gianetti, and others.

396.    Admit that SPE_BL0003512 is a true and accurate copy of the November 10, 2023, email correspondence from Michael Marshall to Jamey Heath, Andrea Gianetti, and others.

397.    Admit that SPE_BL0005313 is a true and accurate copy of the January 17, 2023, email correspondence from Ashmi Elizabeth Dang to Jamey Heath, Justin Baldoni, Andrea Gianetti, and others and  attachment thereto marked as SPE_BL0005314.

CONFIDENTIAL

398.    Admit that SPE_BL0005364 is a true and accurate copy of the January 25, 2023, email correspondence from Jamey Heath to Jennifer Abel, Andrea Gianetti, Alex Saks, and others.

399.    Admit that SPE_BL0015768 is a true and accurate copy of the April 29, 2023, email correspondence from Andrea Gianetti to Justin Baldoni, Jamey Heath, and Alex Saks.

400.    Admit that SPE_BL0000557 is a true and accurate copy of the January 26, 2023, email correspondence from Jennifer Abel to Jamey Heath, Ashmi Elizabeth Dang, and others.

401.    Admit that SPE_BL0000768 is a true and accurate copy of the January 26, 2023, email correspondence from Ashmi Elizabeth Dang to Jamey Heath and others.

402.    Admit that SR 1.00000007 is a true and accurate copy of an email correspondence dated August 8, 2024 between Heath, Nathan, Wallace, and Katie Case, and attachment thereto marked SR 1.00000008.

403.    Admit that SR 1.00000009 is a true and accurate copy of an email correspondence dated August 8, 2024 between Heath, Nathan, Wallace, and Katie Case.

404.    Admit that SR 1.00000054 is a true and accurate copy of the text exchange between Heath and Wallace, dated August 10, 2024.

405.    Admit that TAG_000002707 is a true and accurate copy of a TAG invoice billed to Wayfarer for "Communications Consulting" for August 2024 with a due date of August 6, 2024.

406.    Admit that TAG_000015909 is a true and accurate copy of the Signal messages between Abel, Sage Steele, Bryan Freedman, Summer Benson, and Nathan on January 3, 2025.

407.    Admit that TOSKOVIC_000000677 is a true and accurate copy of the text exchange between Heath and Toskovic dated June 17, 2024.

408.    Admit that WAYFARER_000008077 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2021 through December 31, 2021.

CONFIDENTIAL

409.    Admit that WAYFARER_000118331 is a true and correct copy of a call sheet dated June 3, 2023.

410.    Admit that WAYFARER_000118333 is a true and correct copy of a call sheet dated June 5, 2023.

411.    Admit that WAYFARER_000118347 is a true and correct copy of a call sheet dated May 16, 2023.

412.    Admit that WAYFARER_000140494 is a true and correct copy of Film footage produced by You on August 13, 2025.

413.    Admit that WAYFARER_000118349 is a true and correct copy of a call sheet dated May 18, 2023.

414.    Admit that WAYFARER_000118351 is a true and correct copy of a call sheet dated May 22, 2023.

415.    Admit that WAYFARER_000118353 is a true and correct copy of a call sheet dated May 23, 2023.

416.    Admit that WAYFARER_000118319 is a true and correct copy of a call sheet dated May 25, 2023.

417.    Admit that WAYFARER_000118325 is a true and correct copy of a call sheet dated May 26, 2023.

418.    Admit that WAYFARER_000008080 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2022 through December 31, 2022.

419.    Admit that WAYFARER_000008084 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2023 through December 31, 2023.

420.    Admit that WAYFARER_000008088 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2024 through December 31, 2024.

CONFIDENTIAL

421.    Admit that WAYFARER_000008092 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period June 1, 2020 through December 31, 2020.

422.    Admit that WAYFARER_000127837 is a true and accurate copy of an email correspondence dated April 26, 2024 between Baldoni, Heath, and Alex Saks.

423.    Admit that WAYFARER_000122731 is a true and accurate copy of the executed Protections for Return to Production dated January 19, 2024.

424.    Admit that WAYFARER_000036457 is a true and accurate copy of the It Ends With Us Topline Thinking Marketing Assessment dated March 15, 2024.

425.    Admit that WAYFARER_000122669  is a true and accurate copy of the Blake Lively Actor Loanout Agreement, dated June 2, 2023.

426.    Admit that WAYFARER_000131431 is a true and accurate copy of an email correspondence dated April 30, 2024 between Heath, Lindsey Strasberg, Warren Zavala, and others.

427.    Admit that WAYFARER_000137714 is a true and accurate copy of the text exchange between Heath, Andrea Ajemian, and Alex Saks dated May 16, 2023.

428.    Admit that WAYFARER_000140503 is a true and accurate copy of the text exchange between Heath, Baldoni, and others dated January 2, 2024.

429.    Admit that WAYFARER_000140956 is a true and accurate copy of an email correspondence dated May 8, 2023 between Joseph Lanius, Lindsey Strasberg, and Imene Meziane, and attachments thereto marked WAYFARER_000140957.

430.    Admit that WAYFARER_000141577 is a true and accurate copy of the text exchange between Baldoni, Abel, Nathan, Heath, and others dated August 2, 2024, and attachments thereto marked WAYFARER_000141579, WAYFARER_000141583.

CONFIDENTIAL

431.    Admit that WAYFARER_000141838 is a true and accurate copy of a video of Heath, Heath's wife, and Heath's newborn child.

432.    Admit that WAYFARER_000142431 is a true and accurate copy of a letter from the New York State Division of Human Rights.

433.    Admit that WAYFARER_000142434 is a true and accurate copy of a calendar invite from Will Lisa dated May 4, 2023.

434.    Admit that WAYFARER_000133598 is a true and accurate copy of the August 21, 2024 text exchange between Stephanie Jones, Heath, and Tera Hanks.

435.    Admit that WAYFARER_000135366 is a true and accurate copy of email correspondence dated July 26, 2024 between Katie Case and Nathan, and attachments thereto marked BALDONI_000030668.

436.    Admit that WAYFARER_000136087 is a true and accurate copy of a text exchange between Heath, Nathan, and Abel on September 27, 2024.

437.    Admit that WAYFARER_000137525 is a true and accurate copy of the June 16, 2023 text exchange between Heath, Dang, Matthew Mitchell, Stephanie Jones, and Baldoni.

438.    Admit that WAYFARER_000138791 is a true and accurate copy of the text exchange between Heath and an individual at Sony on April 24, 2024.

439.    Admit that WAYFARER_000139825 is a true and accurate copy of the July 25, 2024 text exchange between Stephanie Jones, Abel, and Tera Hanks.

440.    Admit that WAYFARER_000140049 is a true and accurate copy of the December 12, 2023 text exchange between Stephanie Jones and Tera Hanks.

441.    Admit that WAYFARER_000140057 is a true and accurate copy of the July 26, 2024 text exchange between Stephanie Jones and Tera Hanks.

CONFIDENTIAL

442.    Admit that WAYFARER_000140062 is a true and accurate copy of the July 31, 2024 text exchange between Stephanie Jones and Tera Hanks.

443.    Admit that WAYFARER_000140067 is a true and accurate copy of the August 13, 2024 text exchange between Tera Hanks and Stephanie Jones.

444.    Admit that WAYFARER_000140111 is a true and accurate copy of an email correspondence dated May 8, 2023 to May 10, 2023 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, David Weber, and Jaime Marchello, and an attachment thereto marked as WAYFARER_000140113.

445.    Admit that WAYFARER_000140115 is a true and accurate copy of an email correspondence dated November 10, 2023 to November 11, 2023 between Imene Meziane, Lindsey Strasberg, David Weber, and Joseph Lanius.

446.    Admit that WAYFARER_000140131 is a true and accurate copy of the Daily Prep Schedule dated May 4, 2023.

447.    Admit that WAYFARER_000140710 is a true and accurate copy of the email correspondence dated July 31, 2024 between Abel, Mitz Toskovic, Nathan, Heath, and Tera Hanks.

448.    Admit that WAYFARER_000140854 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 18, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, Jessica Rodgers, and Heath, and attachments thereto marked as WAYFARER_000140866 and WAYFARER_000140867.

449.    Admit that WAYFARER_000140991 is a true and accurate copy of an email correspondence dated November 9, 2023 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, and David Weber and an attachment thereto marked as WAYFARER_000140992.

CONFIDENTIAL

450.    Admit that WAYFARER_000142796 is a true and accurate copy of the powerpoint presentation entitled, "Respect in the Workplace: Preventing Discriminatory Harassment & Retaliation"

451.    Admit that WAYFARER_000142876 is a true and accurate copy of a text exchange between Tera Hanks and Stephanie Jones on August 14, 2024.

452.    Admit that WAYFARER_000150165 is a true and accurate copy of an email correspondence from Bryan Freedman to Gary Baum, BCC'ing Nathan and Wallace on February 11, 2025.

453.    Admit that WAYFARER_000030379 is a true and accurate copy of an email correspondence dated April 12, 2023 between Heath, Alex Saks, and others, and attachment thereto marked WAYFARER_000030380.

454.    Admit that WAYFARER_000111033 is a true and correct copy of an email dated February 1, 2023 between Baldoni and Ashmi Dang. Admit that WAYFARER_000003090 is a true and accurate copy of the April 5, 2023, email correspondence from Ashmi Elizabeth Dang, Justin Baldoni, to Andrea Gianetti, Alex Saks, Jamey Heath, and others, and attachments thereto marked as WAYFARER_000003091 and WAYFARER_000003434.

455.    Admit that WAYFARER_000141162 is a true and accurate copy of the December 20, 2024, email correspondence from Megan Twohey to Jennifer Abel, Melissa Nathan, and Bryan Freedman.

456.    Admit that WAYFARER_000006823 is a true and accurate copy of the May 14, 2024, email correspondence from Kate Egan to Jamey Heath and others, and attachments thereto marked as WAYFARER_000006825.

CONFIDENTIAL

457.     Admit that WAYFARER_0000 is a true and accurate copy of the May 11, 2023, email containing a Zoom invite from "It Ends With Us" to Justin Baldoni, Jamey Heath, and Alex Saks.

458.     Admit that WAYFARER_000010008 is a true and accurate copy of the January 7. 2024, email correspondence from It Ends With Us to Jamey Heath and attachments thereto marked as WAYFARER_000010009.

459.     Admit that  WAYFARER_000126472 is a true and accurate copy of the May 24, 2024, email correspondence from Justin Baldoni to Andrea Gianetti, Jamey Heath, Colleen Hoover, and others.

460.     Admit that WAYFARER_000138319 is a true and accurate copy of a text exchange dated January 21, 2023, between Jamey Heath, Justin Baldoni, Ashmi Elizabeth Dang, and others.

461.     Admit that WAYFARER_000141469 is a true and accurate copy of a text exchange dated May 30, 2023, between Justin Baldoni and Alex Saks and attachments thereto marked as WAYFARER_000141473 and WAYFARER_000141483.

462.     Admit that WAYFARER_000141660 is a true and accurate copy of the February 1, 2019, email correspondence from Justin Baldoni to Collen Hoover, and others.

463.     Admit that WAYFARER_000141669 is a true and accurate copy of the April 2, 2019, email correspondence from Collen Hoover to Justin Baldoni.

464.     Admit that WAYFARER_000141671 is a true and accurate copy of the July 11, 2019, email correspondence from Collen Hoover to Justin Baldoni and others.

465.     Admit that WAYFARER_000118321 is a true and correct copy of a call sheet dated May 3, 2023.

466.     Admit that WME_00000049 is a true and accurate copy of text exchange between Baldoni and Danny Greenberg on May 15, 2023.

CONFIDENTIAL

467.    Admit that WME_00000053 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on June 27, 2023.

468.    Admit that WME_00000054 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on June 28, 2023.

469.    Admit that WME_00000070 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on August 10, 2024.

470.    Admit that WME_00000447 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on November 22, 2022.

471.    Admit that WME_00000454 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 6, 2022.

472.    Admit that WME_00000456 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 8, 2022.

473.    Admit that WME_00000459 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 15, 2022.

474.    Admit that WME_00000478 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on April 3, 2023.

475.    Admit that WME_00000486  is a true and accurate copy of a text exchange between Heath and Danny Greenberg on June 12, 2023.

476.    Admit that WME_00000491 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on October 5, 2023.

477.    Admit that WME_00000493 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on October 20, 2023.

478.    Admit that WME_00000501 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on November 9, 2023.

CONFIDENTIAL

479.    Admit that WME_00000503 is a true and accurate copy of a text exchange between Heath and Greenberg on November 9, 2023.

480.    Admit that WME_00000505 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on November 14, 2023.

481.    Admit that WME_00000507 is a true and accurate copy of a text exchange between Danny Greenberg and Baldoni on November 14, 2023.

482.    Admit that WME_00000515 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on November 16, 2023.

483.    Admit that WME_00000521 is a true and accurate copy of a text exchange between Danny Greenberg and Baldoni on December 22, 2023.

484.    Admit that WME_00000528 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on January 4, 2024.

485.    Admit that WME_00000541 is a true and accurate copy of a text exchange between Danny Greenberg and Baldoni on February 25, 2024.

486.    Admit that WME_00000550 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on July 3, 2024.

487.    Admit that WME_00000566 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on August 11, 2024.

488.    Admit that WME_00000582 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on August 15, 2024.

489.    Admit that WME_00000584 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on August 16, 2024.

490.    Admit that WME_00000588 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on August 20, 2024.

CONFIDENTIAL

491.    Admit that WME_00000591 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on August 26, 2024.

492.    Admit that WME_00000596 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on August 30, 2024.

493.    Admit that WME_00000620 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 20, 2024.

494.    Admit that WME_00000626 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on December 21, 2024.

495.    Admit that WME_00000630 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on December 21, 2024.

496.    Admit that WME_00000639 is a true and accurate copy of call log between Baldoni and Danny Greenberg on December 31, 2024.

497.    Admit that WME_00000640 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 31, 2024.

498.    Admit that WME_00000649 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on January 6, 2025.

499.    Admit that WME_00000726 is a true and accurate copy of an email correspondence from Danny Greenberg to Abel on August 9, 2024.

500.    Admit that WME_00001183 is a true and accurate copy of a text exchange between Baldoni, Danny Greenberg, and Heath on February 25, 2024.

501.    Admit that WME_00001185 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on March 12, 2024.

502.    Admit that WME_00001193 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on March 25, 2024.

CONFIDENTIAL

503.    Admit that WME_00001272 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on July 29, 2024.

504.    Admit that WME_00001300 is a true and accurate copy of an email correspondence dated July 24, 2024 between Heath, Abel, Danny Greenberg, and Matthew Mitchell.

505.    Admit that WME_00001306 is a true and accurate copy of an email correspondence from Abel to Danny Greenberg on July 25, 2024.

506.    Admit that Exhibit 1 is a true and accurate copy of excerpts of the transcript of the video, "Material Wealth & Spirituality," posted by Baha'i Faith Modern Perspectives on YouTube on November 14, 2020, available at  https://www.youtube.com/watch?v=4c_scJaI0iI.

507.    Admit that Exhibit 2 is a true and accurate copy of the transcribed interview captioned "Combining Religion, Business, and Philanthropy with Steve Sarowitz, Founder of Paylocity and Blue Marble Payroll," published by INspired INsider on March 2, 2021, available at https://www.inspiredinsider.com/steve-sarowitz-interview/2/.

508.    Admit that Exhibit 3 is a true and accurate copy of the transcript of the video, "Steve Sarowitz – Why a Local Jewish Boy Became a Baha'i," posted by Baha'is of Highland Park on YouTube on April 11, 2022, available at https://youtu.be/yEkQsQyiInk?si=CVUJX0XuXdsZOONK.

509.    Admit that Exhibit 4 is a true and accurate copy of the transcript of the video, "Boys Will Be Human | A Talk on Healthy Masculinity with Justin Baldoni," posted by NO MORE on YouTube on March 7, 2023, available at  https://www.youtube.com/watch?v=t48m6Ee9G18.

510.    Admit that Exhibit 5 is a true and accurate copy of the article entitled "Race & Basketball: Former NBA Star Craig Hodges Locked In Fight With Justin Baldoni's Wayfarer Over Documentary Rights," authored by Peter White and published on Deadline on September 27, 2024, available at  https://deadline.com/2024/09/craig-hodges-documentary-rights-battle-1236099439/.

CONFIDENTIAL

511.    Admit that Exhibit 6 is a true and accurate copy of excerpts of the transcript of the video, "Billionaire Steve Sarowitz on Wealth, Philanthropy and Ethical Success," posted by ebbf ethical business building the future on YouTube on October 19, 2024, available at https://www.youtube.com/watch?v=f4r5N_QfNx0.

512.    Admit that Exhibit 7 is a true and accurate copy of the article entitled "Meet the Little Known Billionaire Caught Up in the Baldoni-Lively Scandal," authored by Monica Hunter-Hart and published on Forbes on January 7, 2025, available at https://www.forbes.com/sites/monicahunterhart/2025/01/07/meet-the-little-known-blake-lively-steve-sarowitz-billionaire-caught-up-in-the-baldoni-livelyscandal/.

513.    Admit that Exhibit 8 is a true and accurate copy of the article entitled "Justin Baldoni's Lawyer Once Sued Him for Allegedly Stealing a Script From a Man With Cystic Fibrosis," authored by Gary Baum and published on The Hollywood Reporter on January 22, 2025, available at https://www.hollywoodreporter.com/business/business-news/justin-baldoni-lawyer-bryan-freedman-sued-him-for-stealing-script-from-cystic-fibrosis-sufferer-travis-flores-1236114416/.

514.    Admit that Exhibit 9 is a true and accurate copy of the article entitled "The REAL Reason Ryan Reynolds Jumped In to Save Wife Blake Lively's New film It Ends With Us From 'Disaster' – as Justin Baldoni Drama Reaches Fever Pitch," authored by James Vituscka and published on Daily Mail on August 14, 2024, available at https://www.dailymail.co.uk/tvshowbiz/article-13743577/real-reason-Ryan-Reynolds-save-Blake-Lively-ends-us.html.

515.    Admit that Exhibit 10 is a true and accurate copy of the article entitled "'It Ends With Us' Sequel In Doubt Amid Blake Lively-Justin Baldoni Feud: 'There's Probably No World Where They Work Together Again,'" authored by Tatiana Siegel and published on Variety on

CONFIDENTIAL

August 27, 2024, available at https://variety.com/2024/film/news/it-ends-with-us-sequel-in-doubt-blake-lively-justin-baldoni-feud-1236114099/.

516.    Admit that Exhibit 11 is a true and accurate copy of the article entitled "Wayfarer Theater 'It Ends With Us' Movie Premiere," authored by VH Designs and published on VH Designs, available at https://vhdesigns.net/wayfarer-theater-it-ends-with-us-movie-premiere/.

517.    Admit that Exhibit 12 is a true and accurate copy of the transcript of the video "'It Ends With Us' Pop-Up & Non-Profit Partnership," posted by WGN-TV on August 14, 2024, available at https://wgntv.com/spotlight-chicago/it-ends-with-us-pop-up-non-profit-partnershxip/amp/.

518.    Admit that Exhibit 13 is a true and accurate copy of the article entitled "PM Spokesman David Keyes to Resign After Sexual Misconduct Probe Closed," authored by Raphael Ahren and published on The Times of Israel on November 21, 2018, available at https://www.timesofisrael.com/pm-spokesman-david-keyes-to-resign-as-sexual-misconduct-probe-closed-report/.

519.    Admit that Exhibit 14 is a true and accurate copy of the article entitled "David Keyes Was a 'Disgrace' to Women for Years: Who Let Him Get Away With It," authored by Aiden Pink and published on Forward on September 18, 2018, available at https://forward.com/israel/410395/david-keyess-behavior-was-an-open-secret-howd-he-get-away-with-it-for/.

520.    Admit that Exhibit 15 is a true and accurate copy of the transcript of a voice note from Wallace to Sarowitz on March 3, 2025, marked as BBKOSLOW-000002571.

521.    Admit that Exhibit 16 is a true and accurate copy of the transcript of a voice note from Wallace to Sarowitz on March 3, 2025, marked as BBKOSLOW-000002644.

522.    Admit that Exhibit 17 is a true and accurate copy of the transcript of a recording of

CONFIDENTIAL

a phone conversation between Sarowitz and Claire Ayoub on August 29, 2024, marked as BL-000033428.

523.    Admit that Exhibit 18 is a true and accurate copy of the Complaint filed on July 21, 2025 in *Harco National Insurance Company v. Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, et al.*, No. 1:25-cv-5949 (S.D.N.Y.).

524.    Admit that Exhibit 19 is a true and accurate copy of the social media post captioned "hailey bieber's history of bullying many women (not just selena gomez) throughout the years: thread ~" posted by the username selovelenaa on X on August 4, 2024, available at https://x.com/selovelenaa/status/1820099207996575827.

525.    Admit that Exhibit 20 is a true and accurate copy of the article entitled "It Ends With Us Fans Are Convinced There's a Huge Feud Between Blake Lively and Justin Baldoni - Here's Why," authored by Lillian Gissen and published on Daily Mail on August 8, 2024, available at https://www.dailymail.co.uk/femail/article-13723621/blake-lively-justin-baldoni-feud-drama.html.

526.    Admit that Exhibit 21 is a true and accurate copy of the article entitled "Disturbing TRUTH Behind Why Blake Lively and Her It Ends With Us Stars Are Feuding with Justin Baldoni," authored by James Vituscka and Lillian Gissen and published on Daily Mail on August 9, 2024, available at https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html.

527.    Admit that Exhibit 22 is a true and accurate copy of the article entitled "Justin Baldoni Likens Blake Lively to a 'Ferrari' as He Talks the Magic of Movie-Set Friction," authored by Nicola Fahey and published by Elle on August 9, 2024, available at https://www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/.

528.    Admit that Exhibit 23 is a true and accurate copy of the article entitled "Justin

CONFIDENTIAL

Baldoni Laid His Heart on the Line for 'It Ends With Us,'" authored by Emily Sher and published by Today on August 9, 2024, available at https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792.

529.    Admit that Exhibit 24 is a true and accurate copy of the transcript of the video entitled "The Blake Lively Interview That Made Me Want to Quit My Job," posted by Kjersti Flaa on YouTube on August 10, 2024, available at https://www.youtube.com/watch?v=F2-2RBi1qzY.

530.    Admit that Exhibit 25 is a true and accurate copy of the article entitled "Reporter Calls Out Blake Lively Over 'Uncomfortable' Interview that 'Made Her Want to QUIT Her Job' Amid It Ends With Us Drama," authored by Lillian Gissen and published by Daily Mail on August 14, 2024, made available at https://www.dailymail.co.uk/femail/article-13742877/reporter-blake-lively-interview-quit-ends-feud.html.

531.    Admit that Exhibit 26 is a true and accurate copy of the article entitled "How Blake Lively Copied Best Friend Taylor Swift to Promote It Ends With Us… Before Turning to Singer to Help Crisis Manage Backlash and Justin Baldoni Drama," authored by Lillian Gissen and published by Daily Mail on August 17, 2024, made available at https://www.dailymail.co.uk/tvshowbiz/article-13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html.

532.    Admit that Exhibit 27 is a true and accurate copy of the article entitled "How Blake Lively's Fairytale Turned Into a PR Nightmare: Amid a Growing Backlash, Alison Boshoff Reveals Where It All Went Wrong for Hollywood's Golden Girl," authored by Alison Boshoff and published by Daily Mail on August 20, 2024, made available at https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html.

CONFIDENTIAL

533.    Admit that Exhibit 28 is a true and accurate copy of the transcript of the video entitled "Shame on Blake Lively & The New York Times," posted by The Sage Steele Show on Youtube on January 7, 2025, made available at https://www.youtube.com/watch?v=2gMIYXxsNwg.

534.    Admit that Exhibit 29 is a true and accurate copy of the transcript of the video captioned "Shame on Blake Lively. Shame on The New York Times. Facts matter. Stay strong, Justin Baldoni. #blakelively #justinbaldoni #itendswithus #newyorktimes," posted by the username sagesteele on Instagram on January 7, 2025, made available at https://www.instagram.com/reel/DEiZu-9xGMB/?hl=en.

535.    Admit that Exhibit 30 is a true and accurate copy of the transcript of the video captioned "Blake Lively vs. Justin Baldoni. Justin Baldoni vs The New York Times. Here's why I'm so incredibly disappointed in Blake and so disgusted with The Times. #blakelively #justinbaldoni #itendswithus #newyorktimes," posted by the username officialsagesteele on TikTok on January 7, 2025, made available at www.tiktok.com/@officialsagesteele/video/7457284296856866091.

536.    Admit that Exhibit 31 is a true and accurate copy of the transcript of the video captioned "Blake Lively vs. Justin Baldoni. Justin Baldoni vs The New York Times. Here's why I'm so incredibly disappointed in Blake and so disgusted with The Times. #blakelively #justinbaldoni #itendswithus #newyorktimes," posted by the username sagesteele on Threads on January 7, 2025, made available at https://www.threads.com/@sagesteele/post/DEiaZPeRV7s.

537.    Admit that Exhibit 32 is a true and accurate copy of the transcript of the video entitled "Shame on Blake Lively. Shame on The New York Times. Facts matter. Stay strong, Justin Baldoni. #blakelively #justinbaldoni #itendswithus #newyorktimes," published by the username sagesteele on Facebook on January 7, 2025, made available at

CONFIDENTIAL

https://www.facebook.com/17841401462773682/videos/917775630132577/.

538.     Admit that Exhibit 33 is a true and accurate copy of the transcript of the video captioned "Shame on Blake Lively. Shame on The New York Times. Facts matter. Stay strong, Justin Baldoni." published by Sage Steele on X on January 7, 2025, made available at https://x.com/sagesteele/status/1876752992164044966?lang=en.

539.     Admit that Exhibit 34 is a true and accurate copy of the transcript of the podcast episode entitled "Shame on Blake Lively & The New York Times," published by The Sage Steele Show on Spotify on January 8, 2025, made available at https://open.spotify.com/episode/1HvHMVCkWxm9JIpPHZPfFC.

540.     Admit that Exhibit 35 is a true and accurate copy of the transcript of the podcast episode entitled "Shame on Blake Lively & The New York Times," published by The Sage Steele Show on Apple Podcasts on January 8, 2025, made available at https://podcasts.apple.com/us/podcast/shame-on-blake-lively-the-new-york-times/id1754460914?i=1000683220818.

541.     Admit that Exhibit 36 is a true and accurate copy of the transcript of the video entitled "Shame on Blake Lively & The New York Times," published by The Sage Steele Show on Audible on January 8, 2025, made available at https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP.

542.     Admit that Exhibit 37 is a true and accurate copy of the Second Amended Complaint filed on June 30, 2021 in *Shane Norman v. Wayfarer Entertainment, LLC and Justin Baldoni*, No. 20STCV46882 (Cal. Super. Ct., L.A. County, Dept. 62).

543.     Admit that Exhibit 38 is a true and accurate copy of the article entitled "Married Music Executive, 46, Who Spent Night in $2,600 Hotel Room with 34-Year-Old Singer BEFORE She Died Breaks Cover After DailyMail.com Revealed Scandal," authored by Jennifer Smith and

CONFIDENTIAL

published on Daily Mail on April 13, 2023, available at https://www.dailymail.co.uk/news/article-11969427/Woman-dead-Setai-bathtub-died-overdose-ordering-food.html.

544.    Admit that Exhibit 39 is a true and accurate copy of the article entitled "'It's a Terrible Tragedy': Business Advisor for Drake and Other Top Musicians Who Was in Miami Hotel Room with Woman Found Dead in Bathtub Claims They Were Working on Music Together," authored by Aneeta Bhole and published on Daily Mail on April 13, 2023, available at https://www.dailymail.co.uk/news/article-11967293/Music-rep-reveals-woman-dead-bathtub-Miami-Beach-suite-budding-musician.html.

545.    Admit that Exhibit 40 is a true and accurate copy of the article entitled "Music Exec David Bolno Woman Found Dead in his Miami Hotel Room . . . Cops Investigate, He's Not Person of Interest," authored by TMZ Staff and published on TMZ on April 13, 2023, available at https://www.tmz.com/2023/04/13/david-bolno-laura-lozano-death-miami-music-management-justin-bieber-drake-post-malone/.

546.    Admit that Exhibit 41 is a true and accurate copy of the article entitled "Music rep David Bolno cleared in death of aspiring musician in Miami Beach," authored by Nika Shakhnazarova and Selim Algar and published on the New York Post, available at https://nypost.com/2023/04/13/music-rep-david-bolno-named-person-of-interest-in-connection-with-miami-death/.

547.    Admit that Exhibit 42 is a true and accurate copy of the article entitled "How Singer Camila Sterling Died in Scooter Braun Pal David Bolno's Hotel Room" authored by Jack Newsham and published on Business Insider on November 22, 2023, available at https://www.businessinsider.com/singer-camila-sterling-died-david-bolno-hotel-room-2023-11.

548.    Admit that Exhibit 43 is a true and accurate copy of the article entitled "Truth behind 'It Ends With Us' feud rumors: Justin Baldoni made Blake Lively 'uncomfortable,' sources

CONFIDENTIAL

say," authored by Sara Nathan and published on Page Six on August 9, 2024, available at https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/.

549.    Admit that Exhibit 44 is a true and accurate copy of the article entitled "Justin Baldoni Hires Crisis PR Veteran Amid Alleged 'It Ends With Us' Rift," authored by Carly Thomas and Pamela McClintock and published on The Hollywood Reporter on August 13, 2024, available at https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/.

550.    Admit that Exhibit 45 is a true and accurate copy of the article entitled "'It Ends With Us': Justin Baldoni's Wayfarer Studios Partners With Nonprofit No More to Provide Resources for Survivors of Abuse," authored by Katcy Stephan and published on Variety on August 14, 2024, available at https://variety.com/2024/film/news/it-ends-with-us-justin-baldoni-nonprofit-wayfarer-studios-no-more-1236107116/.

551.    Admit that Exhibit 46 is a true and accurate copy of the article entitled "Every Counterclaim Made in Justin Baldoni's $250 Million Lawsuit Against The New York Times," authored by Russell Steinberg and published on Us Magazine on January 1, 2025, available at https://www.usmagazine.com/entertainment/news/every-counterclaim-about-blake-lively-in-justin-baldonis-lawsuit/.

552.    Admit that Exhibit 47 is a true and accurate copy of the article entitled "Baldoni's Lawyer to Blake Lively Settle My Way, or I Grill Taylor Swift," authored by TMZ Staff and published on TMZ on February 5, 2025, available at https://www.tmz.com/2025/02/05/taylor-swift-deposition-justin-baldoni-blake-lively-case/.

553.    Admit that Exhibit 49 is a true and accurate copy of the article entitled "Justin Baldoni accuses Blake Lively of enlisting Taylor Swift to 'pressure' him in explosive new

CONFIDENTIAL

lawsuit," authored by Lillian Gissen and published on Daily Mail on January 16, 2025, available at https://www.dailymail.co.uk/tvshowbiz/article-14284881/justin-baldoni-blake-lively-celebrity-friend-pressure-lawsuit.html.

554.    Admit that Exhibit 51 is a true and accurate copy of the public statement entitled "Statement to the New York Times from Bryan Freedman, attorney for Justin Baldoni, Wayfarer Studios and all its representatives," published on The New York Times on December 21, 2024, available at https://www.nytimes.com/interactive/2024/12/21/us/statement-to-the-new-york-times.html.

555.    Admit that Exhibit 52 is a true and accurate copy of the article entitled "Justin Baldoni's Lawyer Decries 'Revoltingly False Sexual Allegations' from Blake Lively As Lawsuits Fly; Brands At Business Heart of Dispute," authored by Dominic Patten and published on Deadline on January 18, 2025, available at https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/.

556.    Admit that Exhibit 53 is a true and accurate transcript of the video "Secrets of Disgusting Media, & Explosive Details About Blake Lively, w/ Billy Bush & Bryan Freedman," posted by Megyn Kelly on YouTube on January 7, 2025, available at https://www.youtube.com/watch?v=Q4yniMqrlgI.

557.    Admit that Exhibit 54 is a true and accurate copy of the article entitled "Justin Baldoni's lawyer says he won't be 'bullied' into silence by 'petrified' Blake Lively, Ryan Reynolds after gag order request," authored by BreAnna Bell and published on Page Six on January 25, 2025, available at https://pagesix.com/2025/01/25/celebrity-news/justin-baldonis-lawyer-says-he-wont-be-bullied-into-silence-by-petrified-blake-lively-ryan-reynolds-after-gag-order-request/.

**CONFIDENTIAL**

Dated: October 10, 2025

*/s/ Michael J. Gottlieb*
WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
E-mail: mgottlieb@willkie.com
kbender@willkie.com
Aaron Nathan
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
E-mail: anathan@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson
Stephanie A. Roeser
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
E-mail: ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
E-mail: mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski
401 Ninth Street, NW
Washington, DC 20004

**CONFIDENTIAL**

(202) 240-2900
E-mail: mgovernski@dirllp.com

*Attorneys for Blake Lively*

**CONFIDENTIAL**

## CERTIFICATE OF SERVICE

I certify that on October 10, 2025, the foregoing was served via email on all counsel of record.

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb