# Exhibit B

| | |
|---|---|
| **From:** | Bender, Kristin |
| **Sent:** | Friday, October 31, 2025 10:04 AM |
| **To:** | bfreedman@lftcllp.com; egarofalo@lftcllp.com; ttroupson@lftcllp.com; sbenson@lftcllp.com; jsunshine@lftcllp.com; Mitch Schuster; Stacey Ashby; mitra@ahouraianlaw.com; Alexandra Shapiro; Jonathan Bach; Kevin A. Fritz; Kim Zeldin; Alice Buttrick |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Roeser, Stephanie; Bruno, Matthew; Moses, Sarah; Meryl Governski; Connolly, Michaela; Taustine, Melissa; Climaco, Katelyn |
| **Subject:** | RE: Jones v. Abel, No. 25-00779: Jonesworks LLC's and Jones' Requests for Admission |

All,

Certain of Ms. Lively's First Set of Requests for Admission served on the Wayfarer Defendants on October 10, 2025 contain references to Bates stamps with inadvertent typos identifying the document that is subject to the RFA. Please find below a list of the corrected documents for the corresponding RFAs:

- RFA No. 109: BALDONI_000017051 should be BALDONI_000017151
- RFA No. 116: BALDONI_0000021776 should be BALDONI_000021776
- RFA No. 128: BALDONI_0000171941 should be BALDONI_000017194
- RFA No. 207: HEATH-000045682 should be HEATH_000045682
- RFA No. 317: JONESWORKS_0040068 should be JONESWORKS_00040068
- RFA No. 318: JONESWORKS_0040072 should be JONESWORKS_00040072
- RFA No. 319: JONESWORKS_0040093 should be JONESWORKS_00040093
- RFA No. 346: NATHAN_00002151 should be NATHAN_000002151
- RFA No. 457: WAYFARER_0000 should be WAYFARER_000010713
- RFA No. 448: WAYFARER_000140866 should be WAYFARER_000140863

Furthermore, we wanted to clarify that there are four documents listed in the RFAs as attachments, but these are not separate documents. Rather, the parent and attachment are combined together as one continuous document. Given that the initial Bates stamps are correct but embedded in a document, see below the parent document Bates to facilitate ease of access:

- RFA No. 149: BL-000038481 (Attachment to BL-000038477)
- RFA No. 150: BL-000038519 (Attachment to BL-000038516)
- RFA No. 151: BL-000038564 (Attachment to BL-000038554)
- RFA No. 152: BL-000038602 (Attachment to BL-000038599)

Please let us know if you have any questions.

Thanks,
Kristin


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, October 10, 2025 11:52 PM

**To:** Rhea Christmas <rheachristmas@quinnemanuel.com>; Jason Sunshine <jsunshine@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Matthew Bruno <mbruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <kclimaco@manatt.com>; Sarah Moses <smoses@manatt.com>
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Subject:** RE: Jones v. Abel, No. 25-00779: Jonesworks LLC's and Jones' Requests for Admission

Counsel,

Please see attached for Ms. Lively's Requests for Admission to the Wayfarer and Wallace Defendants. The corresponding FTP will follow momentarily.

Best,
KB

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Rhea Christmas <rheachristmas@quinnemanuel.com>
**Sent:** Friday, October 10, 2025 11:45 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Bender, Kristin <KBender@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Stacey Ashby <sma@msf-law.com>; Mitch Schuster <ms@msf-law.com>; Amit Shertzer <as@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Birtha Vaneta <vbirtha@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Jose Perez <jperez@lftcllp.com>; mitra@ahouraianlaw.com; Theresa Troupson <ttroupson@lftcllp.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Esra Hudson <ehudson@manatt.com>; Stephanie Roeser <sroeser@manatt.com>; Matthew Bruno <mbruno@manatt.com>; Nathan, Aaron E. <ANathan@willkie.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Katelyn Climaco <kclimaco@manatt.com>; Sarah Moses <smoses@manatt.com>
**Cc:** Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Subject:** Jones v. Abel, No. 25-00779: Jonesworks LLC's and Jones' Requests for Admission

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Jonesworks LLC's and Stephanie Jones' Requests for Admission to Defendants are attached.

Best,

Rhea

**Rhea Christmas**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue
New York, NY 10016
212-849-7047 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
rheachristmas@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.