# Exhibit C

| | |
|---|---|
| **From:** | Bender, Kristin |
| **Sent:** | Friday, November 7, 2025 5:44 PM |
| **To:** | Jason Sunshine; Morgan Anastasio; Chip Babcock; Joel Glover; Hudson, Esra; Bruno, Matthew; Gottlieb, Michael; Nathan, Aaron E.; Meryl Governski; Connolly, Michaela; Taustine, Melissa; Kristin Tahler; Maaren Shah; Nicholas Inns; Babcock, Chip; Glover, Joel; temery@jw.com; Stephanie Roeser; Kristin Tahler; Maaren Shah; egarofalo@lftcllp.com |
| **Cc:** | Bryan Freedman; mitra@ahouraianlaw.com; Local KAF. Counsel; Local MS. Counsel; Summer Benson; Theresa Troupson; Vaneta Birtha; Alexandra Shapiro; Jonathan Bach; Alice Buttrick; Rose Khatchikian |
| **Subject:** | RE: Requests for Admission [Lively v. Wayfarer et al., No. 24-cv-10049] |

Ellyn, Amir, Jason,

Following up on our conferral, Ms. Lively is amenable to extending the deadline for responding to the RFAs from 11/10 to 11/13, as requested. This extension is premised on the understanding that by November 13 the Wayfarer Parties will identify with specificity (i.e., by Bates, RFA number, or similar) which documents they will and will not stipulate to the authenticity of, and that such response accounts for the clerical corrections conveyed by email on October 31, 2025. We can make ourselves available thereafter to continue discussions regarding the scope of stipulation discussed on our call.

Thanks,
KB


**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Thursday, November 6, 2025 5:26 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Bender, Kristin <KBender@willkie.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Hudson, Esra <EHudson@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Babcock, Chip <cbabcock@jw.com>; Glover, Joel <jglover@jw.com>; temery@jw.com; Stephanie Roeser <SRoeser@manatt.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Requests for Admission [Lively v. Wayfarer et al., No. 24-cv-10049]

**\*\*\* EXTERNAL EMAIL \*\*\***

1

Can we confirm 3 p.m. EST tomorrow?

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com



### Home
You came here because you have a CRISIS... Relax. We will take care of it. Liner Freedman Taitelman + Cooley LLP " THR the go-to for alpha dogs who see themselves as the underdogs in a crisis. " L.A. Times – L.A. Influential Celebrity legal pit bull. " The Hollywood Reporter an expert in crisis [...]
www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Thursday, November 6, 2025 11:12 AM
**To:** Bender, Kristin <KBender@willkie.com>; Jason Sunshine <jsunshine@lftcllp.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Hudson, Esra <EHudson@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Babcock, Chip <cbabcock@jw.com>; Glover, Joel <jglover@jw.com>; temery@jw.com; Stephanie Roeser <SRoeser@manatt.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Requests for Admission [Lively v. Wayfarer et al., No. 24-cv-10049]

Thanks, Kristin. We are available tomorrow 1:30-3 est.

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, November 6, 2025 9:54 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Morgan Anastasio <morgananastasio@quinnemanuel.com>; Chip Babcock

&lt;cbabcock@jw.com&gt;; Joel Glover &lt;jglover@jw.com&gt;; Hudson, Esra &lt;EHudson@manatt.com&gt;; Bruno, Matthew &lt;MBruno@manatt.com&gt;; Gottlieb, Michael &lt;MGottlieb@willkie.com&gt;; Nathan, Aaron E. &lt;ANathan@willkie.com&gt;; Meryl Governski &lt;mgovernski@dirllp.com&gt;; Connolly, Michaela &lt;MConnolly@willkie.com&gt;; Taustine, Melissa &lt;MTaustine@willkie.com&gt;; Kristin Tahler &lt;kristintahler@quinnemanuel.com&gt;; Maaren Shah &lt;maarenshah@quinnemanuel.com&gt;; Nicholas Inns &lt;nicholasinns@quinnemanuel.com&gt;; Babcock, Chip &lt;cbabcock@jw.com&gt;; Glover, Joel &lt;jglover@jw.com&gt;; temery@jw.com; Stephanie Roeser &lt;SRoeser@manatt.com&gt;; Kristin Tahler &lt;kristintahler@quinnemanuel.com&gt;; Maaren Shah &lt;maarenshah@quinnemanuel.com&gt;; Morgan Anastasio &lt;morgananastasio@quinnemanuel.com&gt;
**Cc:** Bryan Freedman &lt;bfreedman@lftcllp.com&gt;; mitra@ahouraianlaw.com; Local KAF. Counsel &lt;kaf@msf-law.com&gt;; Local MS. Counsel &lt;ms@msf-law.com&gt;; Summer Benson &lt;sbenson@lftcllp.com&gt;; Theresa Troupson &lt;ttroupson@lftcllp.com&gt;; Vaneta Birtha &lt;vbirtha@lftcllp.com&gt;; Alexandra Shapiro &lt;ashapiro@shapiroarato.com&gt;; Jonathan Bach &lt;jbach@shapiroarato.com&gt;; Alice Buttrick &lt;abuttrick@shapiroarato.com&gt;; Rose Khatchikian &lt;rkhatchikian@lftcllp.com&gt;
**Subject:** RE: Requests for Admission [Lively v. Wayfarer et al., No. 24-cv-10049]

**[EXTERNAL EMAIL from kbender@willkie.com]**

Hi Jason,

Adding in Steph, as well as the team from Quinn who I understand are engaging on a similar issue. We are available to connect during windows today, or tomorrow from 11:30-12 or 1:30-3 est.

Thanks,
Kristin

**Kristin Bender**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1245 | Mobile: +1 703 732 4995
kbender@willkie.com | vCard | www.willkie.com bio

**From:** Jason Sunshine &lt;jsunshine@lftcllp.com&gt;
**Sent:** Wednesday, November 5, 2025 6:49 PM
**To:** Morgan Anastasio &lt;morgananastasio@quinnemanuel.com&gt;; Chip Babcock &lt;cbabcock@jw.com&gt;; Joel Glover &lt;jglover@jw.com&gt;; Hudson, Esra &lt;EHudson@manatt.com&gt;; Bruno, Matthew &lt;MBruno@manatt.com&gt;; Gottlieb, Michael &lt;MGottlieb@willkie.com&gt;; Bender, Kristin &lt;KBender@willkie.com&gt;; Nathan, Aaron E. &lt;ANathan@willkie.com&gt;; Meryl Governski &lt;mgovernski@dirllp.com&gt;; Connolly, Michaela &lt;MConnolly@willkie.com&gt;; Taustine, Melissa &lt;MTaustine@willkie.com&gt;; Kristin Tahler &lt;kristintahler@quinnemanuel.com&gt;; Maaren Shah &lt;maarenshah@quinnemanuel.com&gt;; Nicholas Inns &lt;nicholasinns@quinnemanuel.com&gt;; Babcock, Chip &lt;cbabcock@jw.com&gt;; Glover, Joel &lt;jglover@jw.com&gt;; temery@jw.com
**Cc:** Bryan Freedman &lt;bfreedman@lftcllp.com&gt;; mitra@ahouraianlaw.com; Local KAF. Counsel &lt;kaf@msf-law.com&gt;; Local MS. Counsel &lt;ms@msf-law.com&gt;; Summer Benson &lt;sbenson@lftcllp.com&gt;; Theresa Troupson &lt;ttroupson@lftcllp.com&gt;; Vaneta Birtha &lt;vbirtha@lftcllp.com&gt;; Alexandra Shapiro &lt;ashapiro@shapiroarato.com&gt;; Jonathan Bach &lt;jbach@shapiroarato.com&gt;; Alice Buttrick &lt;abuttrick@shapiroarato.com&gt;; Rose Khatchikian &lt;rkhatchikian@lftcllp.com&gt;
**Subject:** RE: Requests for Admission [Lively v. Wayfarer et al., No. 24-cv-10049]

**\*\*\* EXTERNAL EMAIL \*\*\***

Stephanie,

3

Thank you for the call just now. We are pleased that Ms. Lively is generally amenable to our proposal that the parties authenticate documents and communications through stipulation rather than by way of requests for admission.

Please let me know when you are available on Friday to continue the discussion and whether Ms. Lively is prepared to withdraw her requests for admission in the meantime.

Regards,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com



## Home

You came here because you have a CRISIS… Relax. We will take care of it. Liner Freedman Taitelman + Cooley LLP " THR the go-to for alpha dogs who see themselves as the underdogs in a crisis. " L.A. Times – L.A. Influential Celebrity legal pit bull. " The Hollywood Reporter an expert in crisis […]

www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Jason Sunshine
**Sent:** Tuesday, November 4, 2025 5:22 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>; Chip Babcock <cbabcock@jw.com>; Joel Glover <jglover@jw.com>; Hudson, Esra <EHudson@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Gottlieb, Michael <mgottlieb@willkie.com>; Bender, Kristin <kbender@willkie.com>; Nathan, Aaron E. <anathan@willkie.com>; Meryl Governski <mgovernski@dirllp.com>; Connolly, Michaela <mconnolly@willkie.com>; Taustine, Melissa <mtaustine@willkie.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Nicholas Inns <nicholasinns@quinnemanuel.com>; Babcock, Chip <cbabcock@jw.com>; Glover, Joel <jglover@jw.com>; temery@jw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; mitra@ahouraianlaw.com; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Rose Khatchikian

<rkhatchikian@lftcllp.com>
**Subject:** Requests for Admission [Lively v. Wayfarer et al., No. 24-cv-10049]

Counsel:

Ms. Lively has propounded nearly 600 RFAs to the Wayfarer Parties, collectively, rather than to the individual parties. Responses to RFAs are made based on the personal knowledge of an individual party, not the knowledge of one or more parties in a group. Although the RFAs are objectionable and, indeed, cannot be responded to in their present form, we agree that the parties should stipulate to the authenticity of as many potential exhibits as possible to streamline trial testimony. Please let me know if you agree in principle to the concept of a stipulation on the authenticity/genuineness of particular documents. If not, please provide authority for the proposition that RFAs can be propounded to a group rather than to individual parties. Given the time sensitivity, I would appreciate your position no later than the close of business tomorrow (EST).

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com



### Home
You came here because you have a CRISIS… Relax. We will take care of it. Liner Freedman Taitelman + Cooley LLP " THR the go-to for alpha dogs who see themselves as the underdogs in a crisis. " L.A. Times – L.A. Influential Celebrity legal pit bull. " The Hollywood Reporter an expert in crisis […]
www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.