# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

BLAKE LIVELY,                                                        :     Civ. Action No. 1:24-cv-10049-LJL
                                                                    :     rel. 1:25-cv-00449-LJL
                                    Plaintiff,                      :
                                                                    :
V.                                                                  :
                                                                    :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                               :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                                :
WITH US MOVIE LLC, MELISSA NATHAN, THE                              :
AGENCY GROUP PR LLC, JENNIFER ABEL, JED                             :
WALLACE, and STREET RELATIONS INC.,                                 :
                                                                    :
                                    Defendants.                     x
                                                                    :
                                                                    :
-------------------------------------------------------------------- :

JENNIFER ABEL,                                                      :
                                                                    :
                                    Third-Party Plaintiff,          :
                                                                    :
v.                                                                  :
                                                                    :
JONESWORKS LLC,                                                     :
                                                                    :
                                    Third-Party Defendant.          :
-------------------------------------------------------------------- x

1

**DEFENDANTS WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, AND JENNIFER ABEL'S RESPONSES AND OBJECTIONS TO PLAINTIFF BLAKE LIVELY'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and the Local Civil Rules of the Court, Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel ("Responding Parties"), by and through their attorneys, hereby object and respond to Plaintiff Blake Lively's ("Lively" or "Propounding Party") First Set of Requests for Admission ( "Requests").

## <u>GENERAL OBJECTIONS</u>

The Responding Parties assert the following General Objections. Each such General Objection shall be deemed incorporated into each response.

1.      Responding Parties object that these Requests are "so defective in form that an answer to [them] cannot be required" in that they are directed to eight individual parties collectively and often refer to multiple documents concurrently and, therefore, cannot be answered "with a simple admit or deny without an explanation[.]" 8B Fed. Prac. & Proc. Civ. § 2262 (3d ed.); *Henry v. Champlain Enters., Inc.*, 212 F.R.D. 73, 77 (N.D.N.Y. 2003).

2.      Nothing contained in these responses is intended as, or shall in any way be deemed, a waiver of the attorney-client privilege, common interest privilege, or the work product doctrine.

3.      Responding Parties object to the Requests to the extent they are overbroad, unduly burdensome, oppressive, and impose an undue burden and expense on the Responding Parties.

4.      Responding Parties object to the Requests to the extent they purport to impose

obligations greater than those authorized by the Federal Rules of Civil Procedure, the Local

Rules of the Southern District of New York, or other applicable law.

5.      Responding Parties object to the Requests to the extent they seek information that

is neither relevant to the parties' claims or defenses, nor proportional to the needs of this action,

nor reasonably calculated to lead to the discovery of admissible evidence.

6.      Responding Parties object to the Requests to the extent they are vague,

ambiguous, unreasonably insufficiently particularized, capable of multiple interpretations, and/or

would require Responding Parties to speculate as to the nature and scope of the information

sought. Responding Parties' responses reflect their best understanding of the Requests as written;

they have not attempted to speculate as to their intended meaning.

7.      Responding Parties' responses are not, and are not intended to be, and shall not be

deemed to be, a waiver of Responding Parties' objections as to competency, relevance,

materiality, and/or admissibility as evidence of the subject matter of the Requests.

8.      These General Objections are hereby incorporated into each specific response.

## RESPONSES AND OBJECTIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that 24-CV-10049_0001862 is a true and accurate copy of the email

correspondence dated May 6, 2023, from Heath to Elizabeth Talbot, Imene Meziane, Andrea

Ajemian, Jill Sacco, Julie Bloom, Findlay Zotter, AJ Marbory, and Joseph Lanius.

**RESPONSE TO ADMISSION NO. 1:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 2:**

Admit that 24-CV-10049_0002187 is a true and accurate copy of the email correspondence dated May 2, 2023, from Alex Saks to Jamey Heath, Elizabeth Talbot, Imene Meziane, Andrea Ajemian, Jill Sacco, Julie Bloom, Findlay Zotter, AJ Marbory, and Mariela Villa.

**RESPONSE TO ADMISSION NO. 2:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 3:**

Admit that ABEL_000000464 is a true and accurate copy of a text exchange between Abel, Stephanie Jones, and Matthew Mitchell on August 27, 2024.

**RESPONSE TO ADMISSION NO. 3:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 4:**

Admit that ABEL_000000539 is a true and accurate copy of a text exchange between Nathan, Abel, and Matthew Mitchell on August 28, 2024.

**RESPONSE TO ADMISSION NO. 4:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 5:**

Admit that ABEL_000000792 is a true and accurate copy of the July 26, 2024 email correspondence from Abel to Stephanie Jones.

**RESPONSE TO ADMISSION NO. 5:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 6:**

Admit that ABEL_000002723 is a true and accurate copy of the email correspondence dated May 1, 2023, between Abel, Baldoni, Sarowitz, Heath, Ashmi Elizabeth Dang, Mitz Toskovic, Camila Senna, and AJ Marbory and attachment thereto marked as ABEL_000002724.

**RESPONSE TO ADMISSION NO. 6:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 7:**

Admit that ABEL_000005051 is a true and accurate copy of the August 9, 2024 email correspondence from Abel to Stephanie Jones, Tera Hanks, Heath, Wayfarer Studios, and TeamBaldoni.

**RESPONSE TO ADMISSION NO. 7:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 8:**

Admit that ABEL_000005055 is a true and accurate copy of an email correspondence dated August 15, 2024 between Baldoni, Heath, Abel, Nathan, Breanna Butler Koslow, Katie Case, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 8:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 9:**

Admit that ABEL_000005656 is a true and accurate copy of the email correspondence from Abel to Nathan, Breanna Butler Koslow, Katherine Case, and Matthew Mitchell on August 14, 2024.

**RESPONSE TO ADMISSION NO. 9:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 10:**

Admit that ABEL_000005710 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 10:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 11:**

Admit that ABEL_000005753 is a true and accurate copy a text exchange between Heath, Baldoni, Matthew Mitchell, Abel, Katherine Case, Breanna Butler Koslow, and Nathan on August 27, 2024.

**RESPONSE TO ADMISSION NO. 11:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 12:**

Admit that ABEL_000005771 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 9, 2024.

**RESPONSE TO ADMISSION NO. 12:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 13:**

Admit that ABEL_000005785 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 13, 2024.

**RESPONSE TO ADMISSION NO. 13:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 14:**

Admit that ABEL_000005911 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 18, 2024.

**RESPONSE TO ADMISSION NO. 14:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 15:**

Admit that ABEL_000006227 is a true and accurate copy of a text exchange between Baldoni, Henry Hargitai, Heath, Mitz Toskovic, Abel, Nathan, Jarriesse Blackmon, and Matthew Mitchell on August 13, 2024.

**RESPONSE TO ADMISSION NO. 15:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 16:**

Admit that ABEL_000019493 is a true and accurate copy of the Signal messages dated January 5, 2025 between Abel, Sarowitz, Heath, Mitra Ahouraian, Sage Steele, Jason Sunshine, Bryan Freedman, Baldoni, Summer Benson, and Nathan and attachments thereto marked as ABEL_000019498, ABEL_000019502, and ABEL_000019506.

**RESPONSE TO ADMISSION NO. 16:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 17:**

Admit that ABEL_000019581 is a true and accurate copy of a text exchange between Abel, Nathan, Carolyn Greenspan, and Steve Wilks on February 5, 2025.

**RESPONSE TO ADMISSION NO. 17:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 18:**

Admit that AS000701 is a true and accurate copy of an email correspondence dated November 22, 2023 between Heath, Baldoni, Alex Saks, and others, and attachment thereto marked AS000702.

**RESPONSE TO ADMISSION NO. 18:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 19:**

Admit that AS000003 is a true and accurate copy of the email correspondence dated April 24, 2023, from Alex Saks to Baldoni.

**RESPONSE TO ADMISSION NO. 19:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 20:**

Admit that AS000012 is a true and accurate copy of the email correspondence dated December 21, 2023, from Baldoni to Alex Saks and Todd Black and attachments thereto marked as AS000014, AS000019, AS000023, AS000030, AS000031, AS000032, AS000033,

AS000034,AS000035, AS000036, AS000037, AS000042, AS000043.

**RESPONSE TO ADMISSION NO. 20:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 21:**

Admit that AS000062 is a true and accurate copy of the email correspondence dated March 12, 2023, from Alex Saks to Heath, Imene Meziane, Andrew Lieberman and Andrea Ajemian.

**RESPONSE TO ADMISSION NO. 21:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 22:**

Admit that AS000101 is a true and accurate copy of the email correspondence dated December 27, 2023, to December 29, 2023, between Alex Saks, Andrea Giannetti, Baldoni, Heath, Chris Surgent, Todd Black, and Lively.

**RESPONSE TO ADMISSION NO. 22:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 23:**

Admit that AS000499 is a true and accurate copy of the email correspondence dated July

25, 2024, from Danni Maggin to Heath, Alex Saks, Gloria Hann, Kimberly Wire, Emily

VanDerwerken, Annalee Paulo, Scott Feinstein, Daniella Misher, "Wayfarer Studios", Nesma

Youssef, Arianna Garcia, and Joe Whitmore.

**RESPONSE TO ADMISSION NO. 23:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 24:**

Admit that AS000765 is a true and accurate copy of the email correspondence dated

November 25, 2023, from Baldoni to Todd Black, Alex Saksand Heath.

**RESPONSE TO ADMISSION NO. 24:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 25:**

Admit that AS000838 is a true and accurate copy of the call sheet dated May 22, 2023.

**RESPONSE TO ADMISSION NO. 25:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 26:**

Admit that AS000917 is a true and accurate copy of the email correspondence dated December 27, 2023, from Baldoni to Todd Black, Andrea Gianetti, Alex Saks, Christopher Surgent, and Heath and attachment thereto marked as AS000921.

**RESPONSE TO ADMISSION NO. 26:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 27:**

Admit that AS001316 is a true and accurate copy of the email correspondence dated May 2, 2023, to May 4, 2023, between Alex Saks, Maria Villa, Andrea Ajemian, Heath, and Elizabeth Talbot.

**RESPONSE TO ADMISSION NO. 27:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 28:**

Admit that AS001792 is a true and accurate copy of the email correspondence dated June 16, 2023, between Alex Saks, Elizabeth Talbot, Heath, and George Lambert.

**RESPONSE TO ADMISSION NO. 28:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 29:**

Admit that AS003581 is a true and accurate copy of the email correspondence dated April 3, 2023, from Baldoni to Alex Saks, Heath, Andrea Giannetti, and Mariela Villa.

**RESPONSE TO ADMISSION NO. 29:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 30:**

Admit that AS003594 is a true and accurate copy of the email correspondence dated June 23, 2023, from Andrea Ajemian to Andrew Lieberman, Andy Davis, Sanford Panitch, Micheal Morgenthal, Alex Saks, Heath, Andrea Giannetti and Heath.

**RESPONSE TO ADMISSION NO. 30:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 31:**

Admit that AS004588 is a true and accurate copy of the email correspondence dated February 19, 2023, from Baldoni to Alex Saks, Heath, Andrea Giannetti, Andrew Calof, AJ Marbory, and Heath.

**RESPONSE TO ADMISSION NO. 31:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

16

**REQUEST FOR ADMISSION NO. 32:**

Admit that BALDONI_000009152 is a true and correct copy of an email dated March 30, 2023 from Heath to Calof.

**RESPONSE TO ADMISSION NO. 32:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 33:**

Admit that BALDONI_000018879 is a true and accurate copy of the text exchange between Baldoni and Heath dated December 19, 2022.

**RESPONSE TO ADMISSION NO. 33:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 34:**

Admit that BALDONI_000018984 is a true and accurate copy of the text exchange between Baldoni and Heath dated April 27, 2023.

**RESPONSE TO ADMISSION NO. 34:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 35:**

Admit that BALDONI_000020640 is a true and accurate copy of the text exchange between Baldoni, Heath, Ange Giannetti, and Alex Saks dated December 18, 2022.

**RESPONSE TO ADMISSION NO. 35:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 36:**

Admit that BALDONI_000020800 is a true and accurate copy of the text exchange between Baldoni, Heath, and Alex Saks dated December 29, 2022.

**RESPONSE TO ADMISSION NO. 36:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 37:**

Admit that BALDONI_000033491 is a true and accurate copy of the text exchange between Baldoni and Heath dated December 24, 2022.

**RESPONSE TO ADMISSION NO. 37:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 38:**

Admit that BALDONI_000033513 is a true and accurate copy of the text exchange between Baldoni and Heath dated May 16, 2023.

**RESPONSE TO ADMISSION NO. 38:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 39:**

Admit that BALDONI_000000573 is a true and accurate copy of the email correspondence between Bridgette Write, Baldoni, and Heath on June 5, 2024.

**RESPONSE TO ADMISSION NO. 39:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 40:**

Admit that BALDONI_000000618 is a true and accurate copy of the email correspondence dated April 15, 2024 from Matthew Mitchell to Baldoni on April 15, 2024 and attachment thereto marked as BALDONI_000000619.

**RESPONSE TO ADMISSION NO. 40:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 41:**

Admit that BALDONI_000033502 is a true and accurate copy of a text exchange dated April 20, 2023 between Baldoni and Heath.

**RESPONSE TO ADMISSION NO. 41:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 42:**

Admit that BALDONI_000003641 is a true and accurate copy of the email

correspondence from the It Ends With Us distribution list to Baldoni on April 10, 2023.

**RESPONSE TO ADMISSION NO. 42:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 43:**

Admit that BALDONI_000003642 is a true and accurate copy of the draft script of It Ends With

Us dated April 5, 2023.

**RESPONSE TO ADMISSION NO. 43:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 44:**

Admit that BALDONI_000010394 is a true and accurate copy of the call sheet dated May

22, 2023.

**RESPONSE TO ADMISSION NO. 44:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 45:**

Admit that BALDONI_000010404 is a true and accurate copy of the call sheet dated May 23, 2023.

**RESPONSE TO ADMISSION NO. 45:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 46:**

Admit that BALDONI_000014391 is a true and accurate copy of the text exchange dated May 5, 2023 between Baldoni and Lively.

**RESPONSE TO ADMISSION NO. 46:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 47:**

Admit that BALDONI_000015324 is a true and accurate copy of the text exchange dated September 6, 2024 between Baldoni, Abel, and Nathan.

**RESPONSE TO ADMISSION NO. 47:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 48:**

Admit that BALDONI_000015368 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni and Nathan.

**RESPONSE TO ADMISSION NO. 48:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 49:**

Admit that BALDONI_000015397 is a true and accurate copy of a text exchange dated August 14, 2024 between Baldoni, Nathan and Abel.

**RESPONSE TO ADMISSION NO. 49:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 50:**

Admit that BALDONI_000015463 is a true and accurate copy of the text exchange dated August 13, 2024 between Baldoni, Nathan, Abel, Heath, Matthew Mitchell, Brianna Koslow, and Katie Case.

**RESPONSE TO ADMISSION NO. 50:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 51:**

Admit that BALDONI_000015474 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 51:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 52:**

Admit that BALDONI_000015449 is a true and accurate copy of the text exchange between Baldoni, Abel, Katherine Case, Breanna Koslow, Nathan, and Matthew Mitchell on August 9, 2024.

**RESPONSE TO ADMISSION NO. 52:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 53:**

Admit that BALDONI_000015557 is a true and accurate copy of the text exchange dated August 16, 2024 between Baldoni, Nathan, Abel, Heath, Matthew Mitchell, Katie Case, and Brianna Koslow.

**RESPONSE TO ADMISSION NO. 53:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 54:**

Admit that BALDONI_000015593 is a true and accurate copy of the text exchange dated

August 27, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 54:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 55:**

Admit that BALDONI_000015606 is a true and accurate copy of the August 9, 2024 text between Stephanie Jones, Heath, and Tera Hanks.

**RESPONSE TO ADMISSION NO. 55:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 56:**

Admit that BALDONI_000015766 is a true and accurate copy of the text exchange dated August 11, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 56:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 57:**

Admit that BALDONI_000015766 is a true and accurate copy of the text exchange dated August 11, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 57:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 58:**

Admit that BALDONI_000015838 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 58:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 59:**

Admit that BALDONI_000015859 is a true and accurate copy of the text exchange dated August 15, 2024 between Baldoni, Nathan, Abel, Heath, Matthew Mitchell, "James Social Media," and "Henry JW Social Team."

**RESPONSE TO ADMISSION NO. 59:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 60:**

Admit that BALDONI_000015868 is a true and accurate copy of the text exchange dated August 13, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," Jarriesse Blackmon, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 60:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 61:**

Admit that BALDONI_000016171 is a true and accurate copy of a text exchange

between Christopher Surgent, Heath, Alex Saks, Ange Giannetti, Todd Black, and Justin Baldoni on January 2, 2024.

**RESPONSE TO ADMISSION NO. 61:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 62:**

Admit that BALDONI_000016288 is a true and accurate copy of a text exchange between Heath, Alex Saks, Ange Gianetti, and Baldoni on April 18, 2024.

**RESPONSE TO ADMISSION NO. 62:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 63:**

Admit that BALDONI_000016442 is a true and accurate copy of the text exchange dated August 2, 2024 between Baldoni and Abel.

**RESPONSE TO ADMISSION NO. 63:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 64:**

Admit that BALDONI_000016476 is a true and accurate copy of a text exchange dated April 16, 2023 between Baldoni and Saks.

**RESPONSE TO ADMISSION NO. 64:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 65:**

Admit that BALDONI_000017003 is a true and accurate copy of a text exchange dated May 14, 2023 between Baldoni and Lively.

**RESPONSE TO ADMISSION NO. 65:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 66:**

Admit that BALDONI_000017016 is a true and correct copy of the text exchange dated

December 15, 2022 between Baldoni and Travis Van Winkle.

**RESPONSE TO ADMISSION NO. 66:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 67:**

Admit that BALDONI_000017205 is a true and accurate copy of a text exchange dated January 12,2023 between Baldoni, Heath, Andrew Calof, AJ Marbory, Kristy Carlson and Alex Saks.

**RESPONSE TO ADMISSION NO. 67:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 68:**

Admit that BALDONI_000017278 is a true and accurate copy of a text exchange dated April 24, 2023 between Baldoni, Saks, and Heath.

**RESPONSE TO ADMISSION NO. 68:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 69:**

Admit that BALDONI_000018698 is a true and accurate copy of the text exchange dated August 14, 2024 between Baldoni and Sarowitz.

**RESPONSE TO ADMISSION NO. 69:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 70:**

Admit that BALDONI_000018710 is a true and accurate copy of the text exchange dated August 5, 2024 between Baldoni, Nathan, and Abel.

**RESPONSE TO ADMISSION NO. 70:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 71:**

Admit that BALDONI_000018848 is a true and accurate copy of the audio recording

from Baldoni.

**RESPONSE TO ADMISSION NO. 71:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 72:**

Admit that BALDONI_000018902 is a true and accurate copy of the text exchange dated May 6, 2023 between Baldoni and Heath.

**RESPONSE TO ADMISSION NO. 72:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 73:**

Admit that BALDONI_000019234 is a true and accurate copy of a text exchange between Baldoni, Abel, and Nathan on August 15, 2024.

**RESPONSE TO ADMISSION NO. 73:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 74:**

Admit that BALDONI_000019282 is a true and accurate copy of the text exchange dated August 9, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 74:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 75:**

Admit that BALDONI_000018802 is a true and accurate copy of a text exchange dated December 7, 2022 between Baldoni and Sarowitz.

**RESPONSE TO ADMISSION NO. 75:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 76:**

Admit that BALDONI_000018832 is a true and accurate copy of a text exchange dated

December 14, 2022 between Baldoni and Marbory.

**RESPONSE TO ADMISSION NO. 76:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 77:**

Admit that BALDONI_000018717 is a true and accurate copy of the text exchange dated August 9, 2024 between Baldoni and Abel.

**RESPONSE TO ADMISSION NO. 77:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 78:**

Admit that BALDONI_000018877 is a true and accurate copy of a text exchange dated December 9, 2022 between Baldoni and Heath.

**RESPONSE TO ADMISSION NO. 78:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 79:**

Admit that BALDONI_000019422 is a true and accurate copy of the text exchange dated August 18, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 79:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 80:**

Admit that BALDONI_000019460 is a true and accurate copy of the July 26, 2024 a text exchange between Heath, Baldoni, Tera Hanks, and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 80:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 81:**

Admit that BALDONI_000019487 is a true and accurate copy of the text exchange

between Baldoni, Heath, Mitz Toskovic, James Knobloch, Abel, Nathan, Jarriesse Blackmon, Matthew Mitchell, and Henry Hargitai on August 8, 2024.

**RESPONSE TO ADMISSION NO. 81:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 82:**

Admit that BALDONI_000019535 is a true and accurate copy of the text exchange dated August 27, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, "James Social Media," "Henry JW Social Team," and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 82:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 83:**

Admit that BALDONI_000020409 is a true and accurate copy of the text exchange dated August 8, 2024 between Baldoni and Abel.

**RESPONSE TO ADMISSION NO. 83:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 84:

Admit that BALDONI_000020412 is a true and accurate copy of the November 10, 2023 text exchange between Stephanie Jones, Heath, Baldoni, and Abel.

## RESPONSE TO ADMISSION NO. 84:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 85:

Admit that BALDONI_000020803 is a true and accurate copy of a text exchange dated January 10, 2023 between Baldoni, Heath, and Saks.

## RESPONSE TO ADMISSION NO. 85:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 86:**

Admit that BALDONI_000020956 is a true and accurate copy of the It Ends With Us script dated April 6, 2023.

**RESPONSE TO ADMISSION NO. 86:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 87:**

Admit that BALDONI_000021007 is a true and accurate copy of the text exchange between Ange Gianetti and Baldoni on April 28, 2023.

**RESPONSE TO ADMISSION NO. 87:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 88:**

Admit that BALDONI_000021208 is a true and accurate copy of a text exchange dated December 13, 2022 between Baldoni and Andrew Calof.

**RESPONSE TO ADMISSION NO. 88:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 89:**

Admit that BALDONI_000021300 is a true and accurate copy of the July 25, 2024 text exchange between Stephanie Jones and Baldoni.

**RESPONSE TO ADMISSION NO. 89:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 90:**

Admit that BALDONI_000021302 is a true and accurate copy of the July 26, 2024 text exchange between Stephanie Jones and Baldoni.

**RESPONSE TO ADMISSION NO. 90:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 91:**

Admit that BALDONI_000021809 is a true and accurate copy of email correspondence dated April 20, 2024 between Baldoni and Abel, and attachments thereto marked BALDONI_000021810 and BALDONI_000021814.

**RESPONSE TO ADMISSION NO. 91:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 92:**

Admit that BALDONI_000021824 is a true and accurate copy of email correspondence dated April 20, 2024 between Baldoni, Danni Maggin, Heath, Wayfarer Studios, and Team Baldoni, and attachments thereto marked BALDONI_000021825.

**RESPONSE TO ADMISSION NO. 92:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 93:**

Admit that BALDONI_000023175 is a true and accurate copy of the email correspondence from Baldoni to Lively on May 11, 2023.

**RESPONSE TO ADMISSION NO. 93:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 94:**

Admit that BALDONI_000023934 is a true and accurate copy of the email correspondence from the It Ends With Us distribution list to Baldoni on May 15, 2023.

**RESPONSE TO ADMISSION NO. 94:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 95:**

Admit that BALDONI_000025593 is a true and correct copy of email correspondence dated December 20, 2024 between Michael Gottlieb, Baldoni, Heath, Abel, Nathan, Jed Wallace, Sarowitz, and Imene Meziane, and attachments thereto marked as BALDONI_000025594 and BALDONI_000025679.

**RESPONSE TO ADMISSION NO. 95:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 96:**

Admit that BALDONI_000026099 is a true and accurate copy of the text exchange between Baldoni, Oona Flaherty, and Robb Sullivan on April 21, 2024.

**RESPONSE TO ADMISSION NO. 96:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 97:**

Admit that BALDONI_000026329 is a true and accurate copy of the August 14, 2024 email correspondence correspondence from Stephanie Jones to Heath.

**RESPONSE TO ADMISSION NO. 97:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 98:**

Admit that BALDONI_000030667 is a true and accurate copy of email correspondence

dated January 13, 2023 between Ashmi Dang, Danielle Misher, Gloria Hann, Joe Whitmore, Rose Philips, and Andrea Giannetti, and attachments thereto marked BALDONI_000030668.

**RESPONSE TO ADMISSION NO. 98:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 99:**

Admit that BALDONI_000031553 is a true and accurate copy of the email correspondence between Abel and Baldoni on December 4, 2024.

**RESPONSE TO ADMISSION NO. 99:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 100:**

Admit that BALDONI_000031932 is a true and accurate copy of a text exchange between Baldoni, Heath, and Abel on July 26, 2024.

**RESPONSE TO ADMISSION NO. 100:**

 Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the

Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 101:**

Admit that BALDONI_000032905 is a true and accurate copy of the text exchange dated May 25, 2024 between Baldoni, Heath, Ahmed Musiol, Cyrus Sigari, Sam Baldoni, Travis Van Winkle, Andy Grammar, Rainn Wilson, and Adam Mondschein.

**RESPONSE TO ADMISSION NO. 101:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 102:**

Admit that BALDONI_000033691 is a true and accurate copy of a text exchange between Heath, Abel, Baldoni, Nathan, and Matthew Mitchell on August 17, 2024.

**RESPONSE TO ADMISSION NO. 102:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 103:**

Admit that BALDONI_000033825 is a true and accurate copy of a text exchange dated August 2, 2024 between Baldoni, Heath, Katherine Case, Breanna Butler Koslow, and Nathan and attachments thereto marked as BALDONI_000033827 and BALDONI_000033831.

**RESPONSE TO ADMISSION NO. 103:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 104:**

Admit that BALDONI_000033875 is a true and accurate copy of the text exchange dated August 15, 2024 between Baldoni, Heath, Abel, Katie Case, Brianna Koslow, Nathan, and Matthew Mitchell. Admit that BALDONI_000000700 is a true and accurate copy of the email correspondence dated December 6, 2023, between Baldoni, Lively, Todd Black, Alex Saks and Andrea Giannetti.

**RESPONSE TO ADMISSION NO. 104:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 105:**

Admit that BALDONI_000003376 is a true and accurate copy of the email correspondence dated April 26, 2023, to April 28, 2023, between Abel, Baldoni, Heath, Alex Saks, Ashmi Elizabeth Dang, Mitz Toskovic, and AJ Marbory.

**RESPONSE TO ADMISSION NO. 105:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 106:**

Admit that BALDONI_000018544 is a true and accurate copy of the text exchange between Baldoni and Ange Giannetti dated April 28, 2023.

**RESPONSE TO ADMISSION NO. 106:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 107:**

Admit that BALDONI_000005573 is a true and accurate copy of the email correspondence dated February 27, 2023, from Baldoni to Jenny Slate and attachments thereto marked as BALDONI_000005574.

**RESPONSE TO ADMISSION NO. 107:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 108:**

Admit that BALDONI_000015483 is a true and accurate copy of a text exchange in the group chat "PR Thread w/TAG" on August 15, 2024 and attachments thereto marked as BALDONI_000015517, BALDONI_000015518, BALDONI_000015519, BALDONI_000015520, BALDONI_000015521, BALDONI_000015522, BALDONI_000015523, BALDONI_000015524, BALDONI_000015525, BALDONI_000015526, BALDONI_000015527, BALDONI_000015528, BALDONI_000015529, BALDONI_000015530, BALDONI_000015531, BALDONI_000015532, BALDONI_000015533, BALDONI_000015534, BALDONI_000015535, BALDONI_000015536, BALDONI_000015537, BALDONI_000015538, BALDONI_000015539, and BALDONI_000015540.

**RESPONSE TO ADMISSION NO. 108:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 109:**

Admit that BALDONI_000017026 is a true and accurate copy of a text exchange between Baldoni, Andrea Gianetti, Heath, and Alex Saks on December 18, 2022 and attachments thereto marked as BALDONI_000017037 and BALDONI_000017151 [corrected].

**RESPONSE TO ADMISSION NO. 109:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 110:**

Admit that BALDONI_000017299 is a true and accurate copy of a text exchange between Baldoni, Heath, and Alex Saks on June 23, 2023 and attachments thereto marked as BALDONI_000017302.

**RESPONSE TO ADMISSION NO. 110:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 111:**

Admit that BALDONI_000018690 is a true and accurate copy of a text exchange between Baldoni, Andrea Gianetti, Heath, and Alex Saks on March 18, 2024, and attachments

thereto marked as BALDONI_000018695 and BALDONI_000018697.

**RESPONSE TO ADMISSION NO. 111:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 112:**

Admit that BALDONI_000020436 is a true and accurate copy of a text exchange between Baldoni, Heath, and Alex Saks on April 14, 2023, and attachments thereto marked as BALDONI_000020441, BALDONI_000020443, BALDONI_000020443, BALDONI_000020444 and BALDONI_000020445.

**RESPONSE TO ADMISSION NO. 112:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 113:**

Admit that BALDONI_000020572 is a true and accurate copy of a text exchange between Baldoni, Heath, and Alex Saks on April 24, 2023.

**RESPONSE TO ADMISSION NO. 113:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 114:

Admit that BALDONI_000020616 is a true and accurate copy of a text exchange

between Baldoni, Heath, Mitz Toskovic, Abel, AJ Marbory, Ashmi Elizabeth Dang, and Alex

Saks on January 26, 2023, and attachments thereto marked as BALDONI_000020622,

BALDONI_000020623, BALDONI_000020624, BALDONI_000020625,

BALDONI_000020626, BALDONI_000020627, BALDONI_000020628,

BALDONI_000020629, BALDONI_000020630, and BALDONI_000020631.

## RESPONSE TO ADMISSION NO. 114:

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 115:

Admit that BALDONI_000020785 is a true and accurate copy of a text exchange

between Baldoni, Andrea Gianetti, Heath, and Alex Saks on April 30, 2023.

## RESPONSE TO ADMISSION NO. 115:

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 116:**

Admit that BALDONI_000021775 is a true and accurate copy of the email correspondence dated May 17, 2024, from David Smalle to Baldoni, Heath, Alex Saks, and others, and attachments thereto marked as BALDONI_000021776 [corrected].

**RESPONSE TO ADMISSION NO. 116:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 117:**

Admit that BALDONI_000022934 is a true and accurate copy of the email correspondence dated April 5, 2023, from Baldoni to Baldoni, Heath, Andrea Giannetti, Alex, Saks, Julie Bloom, Andrea Ajemian, Andrew Calof, AJ Marbory and attachments thereto marked as BALDONI_000022935, BALDONI_000022936.

**RESPONSE TO ADMISSION NO. 117:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in

its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 118:**

Admit that BALDONI_000032863 is a true and accurate copy of a text exchange between Baldoni, Ashmi Elizabeth Dang, Matthew Mithcell, Colleen Hoover, Stephanie Jones, and Heath on July 7, 2023.

**RESPONSE TO ADMISSION NO. 118:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 119:**

Admit that BALDONI_000033113 is a true and accurate copy of a text exchange between Baldoni, Ashmi Elizabeth Dang, AJ Marbory and Heath on January 24, 2023.

**RESPONSE TO ADMISSION NO. 119:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 120:**

Admit that BALDONI_000033116 is a true and accurate copy of a text exchange between Baldoni, Ashmi Elizabeth Dang, AJ Marbory and Heath on January 25, 2023, and

attachments thereto marked as BALDONI_000033121 and BALDONI_000033122.

**RESPONSE TO ADMISSION NO. 120:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 121:**

Admit that BALDONI_000033442 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on May 17, 2023.

**RESPONSE TO ADMISSION NO. 121:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 122:**

Admit that BALDONI_000033445 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on June 8, 2023.

**RESPONSE TO ADMISSION NO. 122:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 123:

Admit that BALDONI_000033446 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on June 26, 2023.

## RESPONSE TO ADMISSION NO. 123:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 124:

Admit that BALDONI_000033449 is a true and accurate copy of a text exchange between Baldoni, Heath and Colleen Hoover on May 6, 2023, and attachment thereto marked as BALDONI_000033450 and BALDONI_000033451.

## RESPONSE TO ADMISSION NO. 124:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 125:

Admit that BALDONI_000033497 is a true and accurate copy of a text exchange

between Baldoni and Heath on January 26, 2023, and attachments thereto marked as

BALDONI_000033500 and BALDONI_000033501.

**RESPONSE TO ADMISSION NO. 125:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 126:**

Admit that BALDONI_000033560 is a true and accurate copy of a text exchange

between Baldoni and Heath on April 27, 2023, and attachments thereto marked as

BALDONI_000033500 and BALDONI_000033567.

**RESPONSE TO ADMISSION NO. 126:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 127:**

Admit that BALDONI_000034741 is a true and accurate copy of a text exchange

between Sarowitz, Heath, Bryan Freedman, Mitra Ahouraian, Baldoni, Summer Benson, Nathan

and Sage Steel on January 3, 2025, and attachment thereto marked as BALDONI_000034747.

**RESPONSE TO ADMISSION NO. 127:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 128:**

Admit that BALDONI_000017194 [corrected] is a true and accurate copy of a text exchange between Heath, Andrea Giannetti and Alex Saks on May 7, 2023.

**RESPONSE TO ADMISSION NO. 128:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 129:**

Admit that BBKOSLOW-000000891 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Alyx Sealy, Carolina Hurley, Dervla McNeice, Katherine Case, Nathan, Michael Lawrence, and Rylie Long on August 27, 2024 to August 28, 2024.

**RESPONSE TO ADMISSION NO. 129:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 130:**

Admit that BBKOSLOW-000001684 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Ahmed Musiol, Bryan Freedman, Ellyn Garofalo, Heath, Jared Freedman, Jason Sunshine, Wallace, Abel, Baldoni, Kevin Fritz, Mitra Ahouraian, Mitz Toskovic, Nathan, Spencer Freedman, Sarowitz, Summer Benson, "Tamar," Tera Hanks, Theresa Troupson, and Nathan on February 22, 2025 to February 23, 2025

**RESPONSE TO ADMISSION NO. 130:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 131:**

Admit that BBKOSLOW-000002564 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Ahmed Musiol, Bryan Freedman, Ellyn Garofalo, Heath, Jared Freedman, Jason Sunshine, Wallace, Abel, Baldoni, Kevin Fritz, Mitra Ahouraian, Mitz Toskovic, Nathan, Spencer Freedman, Sarowitz, Summer Benson, "Tamar," Tera Hanks, Theresa Troupson, and Nathan on March 3, 2025.

**RESPONSE TO ADMISSION NO. 131:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 132:**

Admit that BBKOSLOW-000002571 is a true and accurate copy of a voice note from Wallace to Sarowitz on March 3, 2025.

**RESPONSE TO ADMISSION NO. 132:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 133:**

Admit that BBKOSLOW-000002644 is a true and accurate copy of the voice note from Wallace to Sarowitz on March 3, 2025.

**RESPONSE TO ADMISSION NO. 133:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 134:**

Admit that BBKOSLOW-000002763 is a true and accurate copy of a text exchange

between Breanna Butler Koslow, Alyx Sealy, Carolina Hurley, Dervla McNeice, Madison Joyce,

Michael Lawrence, Rylie Long, and Nathan on January 7, 2025 to January 8, 2025.

**RESPONSE TO ADMISSION NO. 134:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 135:**

Admit that BBKOSLOW-000002816 is a true and accurate copy of a text exchange

between Breanna Butler Koslow and Nathan on July 31, 2024 to August 1, 2024.

**RESPONSE TO ADMISSION NO. 135:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 136:**

Admit that BBKOSLOW-000003633 is a true and accurate copy of a text exchange

between Nathan, Katherine Case, and Breanna Butler Koslow on August 26, 2024.

**RESPONSE TO ADMISSION NO. 136:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 137:**

Admit that BBKOSLOW-000004082 is a true and accurate copy of a text exchange between Bryan Freedman, Nathan, Sage Steele, Carolina Hurley, and Abel on December 29, 2024.

**RESPONSE TO ADMISSION NO. 137:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 138:**

Admit that BBKOSLOW-000005085 is a true and accurate copy of a text exchange between Abel, Katherine Case, Matthew Mitchell, and Nathan on August 17, 2024 to August 18, 2024.

**RESPONSE TO ADMISSION NO. 138:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 139:**

Admit that BBKOSLOW-000005795 is a true and accurate copy of a text exchange between Breanna Butler Koslow and Nathan on December 20, 2024 to December 21, 2024.

**RESPONSE TO ADMISSION NO. 139:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 140:**

Admit that BBKOSLOW-000006051 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on August 16, 2024.

**RESPONSE TO ADMISSION NO. 140:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 141:**

Admit that BBKOSLOW-000006059 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on August 16, 2024.

**RESPONSE TO ADMISSION NO. 141:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 142:**

Admit that BBKOSLOW-000008437 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on July 28, 2024.

**RESPONSE TO ADMISSION NO. 142:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 143:**

Admit that BL-000011571 is a true and accurate copy of a text exchange between Heath, Baldoni and Lively on May 10, 2023, to May 11, 2023.

**RESPONSE TO ADMISSION NO. 143:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 144:**

Admit that BL-000009160 is a true and accurate copy of the text exchange between Baldoni and Lively dated March 27, 2023 to March 28, 2023.

**RESPONSE TO ADMISSION NO. 144:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 145:**

Admit that BL-000019985 is a true and accurate copy of the text exchange between Heath, Lively, and Todd Black, dated June 26, 2024.

**RESPONSE TO ADMISSION NO. 145:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 146:**

Admit that BL-000011580 is a true and accurate copy of the text exchange between Heath, Lively, Baldoni, and Alex Saks, dated June 1, 2023.

**RESPONSE TO ADMISSION NO. 146:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 147:**

Admit that BL-000028880 is a true and accurate copy of an email correspondence dated June 27, 2024 between Heath, Lively, and Todd Black, and attachments thereto marked BL-000028881.

**RESPONSE TO ADMISSION NO. 147:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 148:**

Admit that BL-000038466 is a true and accurate copy of an email correspondence dated December 15, 2023 between Lindsey Strasberg, Imene Meziane, David Weber, and Jaime Marchello and attachments thereto.

**RESPONSE TO ADMISSION NO. 148:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 149:

Admit that BL-000038477 is a true and accurate copy of an email correspondence dated January 16, 2024 to March 7, 2024 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, David Weber, Jaime Marchello, Warren Zavala, and Justin Grey Stone, and attachment thereto marked as BL-000038481.

## RESPONSE TO ADMISSION NO. 149:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 150:

Admit that BL-000038516 is a true and accurate copy of an email correspondence dated January 16, 2024 to February 5, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, Warren Zavala, and Justin Grey Stone, and attachment thereto marked as BL-000038519.

## RESPONSE TO ADMISSION NO. 150:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 151:**

Admit that BL-000038554 is a true and accurate copy of an email correspondence dated January 16, 2024 to April 18, 2024 between Lindsey Strasberg, Joseph Lanius, David Weber, Imene Meziane, Jaime Marchello, Warren Zavala, and Justin Grey stone, and attachment thereto marked as BL-000038564.

**RESPONSE TO ADMISSION NO. 151:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 152:**

Admit that BL-000038599 is a true and accurate copy of an email correspondence dated April 23, 2024 to July 2, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Warren Zavala, Justin Grey Stone, Polly Kwok, Michael Marshall, and Heath, and attachment thereto marked as BL-000038602.

**RESPONSE TO ADMISSION NO. 152:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 153:**

Admit that BL-000038637 is a true and accurate copy of an email correspondence dated May 8, 2023 to May 19, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, Warren Zavala, Elyse Scherz, Justin Grey Stone, David Weber, Jaime Marchello, Allen Chanzis, and Mark E. Landesman.

**RESPONSE TO ADMISSION NO. 153:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 154:**

Admit that BL-000038643 is a true and accurate copy of an email correspondence dated May 8, 2023 between Joseph Lanius, Lindsey Strasberg, and Imene Meziane, and attachments thereto.

**RESPONSE TO ADMISSION NO. 154:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 155:**

Admit that BL-000038648 is a true and accurate copy of an email correspondence dated

May 8, 2023 to May 19, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, Warren Zavala, Elyse Scherz, Justin Grey Stone, David Weber, and Jaime Marchello, and attachments thereto.

**RESPONSE TO ADMISSION NO. 155:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 156:**

Admit that BL-000038655 is a true and accurate copy of an email correspondence dated May 8, 2023 to June 5, 2023 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, Warren Zavala, Elyse Scherz, Justin Grey Stone, David Weber, and Jaime Marchello, and attachments thereto.

**RESPONSE TO ADMISSION NO. 156:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 157:**

Admit that BL-000038669 is a true and accurate copy of an email correspondence dated May 8, 2023 to June 5, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, Warren

Zavala, Elyse Scherz, Justin Grey Stone, David Weber, and Jaime Marchello, and attachments thereto.

**RESPONSE TO ADMISSION NO. 157:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 158:**

Admit that BL-000038677 is a true and accurate copy of an email correspondence dated May 8, 2023 to May 11, 2023 between Lindsey Strasberg, Joseph Lanius, Imene Meziane, David Weber, and Jaime Marchello.

**RESPONSE TO ADMISSION NO. 158:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 159:**

Admit that BL-000038681 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 8, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

**RESPONSE TO ADMISSION NO. 159:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 160:**

Admit that BL-000038696 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 13, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

**RESPONSE TO ADMISSION NO. 160:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 161:**

Admit that BL-000038750 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 15, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

**RESPONSE TO ADMISSION NO. 161:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 162:**

Admit that BL-000038780 is a true and accurate copy of the email correspondence dated December 19, 2023 to January 2, 2024 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto.

**RESPONSE TO ADMISSION NO. 162:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 163:**

Admit that BL-000033428 is a true and accurate copy of a recording of a phone conversation between Sarowitz and Claire Ayoub on August 29, 2024.

**RESPONSE TO ADMISSION NO. 163:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 164:**

Admit that BL-000009345 is a true and accurate copy of a text exchange between Baldoni and Lively from April 13, 2023, to April 14, 2023.

**RESPONSE TO ADMISSION NO. 164:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 165:**

Admit that BL-000011088 is a true and accurate copy of a text exchange between Baldoni and Lively on May 5, 2023, and attachments thereto marked as BL-000011092, BL-000011093, BL-000011094, BL-000011095, and BL-000011096.

**RESPONSE TO ADMISSION NO. 165:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 166:**

Admit that CHURLEY_00000020 is a true and accurate copy of the TAG engagement letter executed by Wayfarer and Baldoni on August 3, 2024.

**RESPONSE TO ADMISSION NO. 166:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 167:**

Admit that HANKS_000000021 is a true and accurate copy of the text exchange dated June 21, 2024 between Baldoni and Tera Hanks.

**RESPONSE TO ADMISSION NO. 167:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 168:**

Admit that HEATH_000025166 is a true and correct copy of a call sheet dated May 15, 2023.

**RESPONSE TO ADMISSION NO. 168:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 169:**

Admit that HEATH_000025170 is a true and correct copy of a call sheet dated June 1, 2023.

**RESPONSE TO ADMISSION NO. 169:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 170:**

Admit that HEATH_000025178 is a true and correct copy of a call sheet dated June 6, 2023.

**RESPONSE TO ADMISSION NO. 170:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 171:**

Admit that HEATH_000025003 is a true and correct copy of a call sheet dated June 6, 2023.

**RESPONSE TO ADMISSION NO. 171:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 172:**

Admit that HEATH_000025180 is a true and correct copy of a call sheet dated June 7, 2023.

**RESPONSE TO ADMISSION NO. 172:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 173:**

Admit that HEATH_000025158 is a true and correct copy of a call sheet dated June 7, 2023.

**RESPONSE TO ADMISSION NO. 173:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 174:**

Admit that HEATH_000025184 is a true and correct copy of a call sheet dated June 8, 2023.

**RESPONSE TO ADMISSION NO. 174:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 175:**

Admit that HEATH_000025182 is a true and correct copy of a call sheet dated June 8, 2023.

**RESPONSE TO ADMISSION NO. 175:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 176:**

Admit that HEATH_000025186 is a true and correct copy of a call sheet dated June 9, 2023.

**RESPONSE TO ADMISSION NO. 176:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 177:**

Admit that HEATH_000025160 is a true and correct copy of a call sheet dated June 9, 2023.

**RESPONSE TO ADMISSION NO. 177:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 178:**

Admit that HEATH_000025188 is a true and correct copy of a call sheet dated June 12, 2023.

**RESPONSE TO ADMISSION NO. 178:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 179:**

Admit that HEATH_000024752 is a true and correct copy of a script of the Film.

**RESPONSE TO ADMISSION NO. 179:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 180:**

Admit that HEATH_000004133 is a true and correct copy of a script of the Film.

**RESPONSE TO ADMISSION NO. 180:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 181:**

Admit that HEATH_000025172 is a true and correct copy of a call sheet dated June 2, 2023.

**RESPONSE TO ADMISSION NO. 181:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 182:**

Admit that HEATH_000025162 is a true and correct copy of a call sheet dated May 25, 2023.

**RESPONSE TO ADMISSION NO. 182:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 183:**

Admit that HEATH_000025198 is a true and correct copy of a call sheet dated May 24, 2023.

**RESPONSE TO ADMISSION NO. 183:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 184:**

Admit that HEATH_000025156 is a true and correct copy of a call sheet dated May 15,

2023.

**RESPONSE TO ADMISSION NO. 184:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 185:**

Admit that HEATH_000004343 is a true and accurate copy of the email correspondence between Jane Randel and Ashmi Dang, copying Heath, Abel, and others on August 13, 2024 to August 14, 2024.

**RESPONSE TO ADMISSION NO. 185:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 186:**

Admit that HEATH_000019593 is a true and correct copy of an email dated July 31, 2024 from Ashmi Dang.

**RESPONSE TO ADMISSION NO. 186:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 187:**

Admit that HEATH_000005878 is a true and correct copy of an email dated June 17, 2024 from Abel to Heath, Hanks, Ashmi Dang, and Mitz Toskovic.

**RESPONSE TO ADMISSION NO. 187:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 188:**

Admit that HEATH_000004400 is a true and accurate copy of the July 31, 2024 email correspondence from Abel to Heath and Danny Greenberg.

**RESPONSE TO ADMISSION NO. 188:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 189:**

Admit that HEATH_000004794 is a true and accurate copy of the August 8, 2024 email

correspondence from Heath to Stephanie Jones and Abel.

**RESPONSE TO ADMISSION NO. 189:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 190:**

Admit that HEATH_000006929 is a true and accurate copy of the email correspondence dated February 26, 2024, between Mitz Toskovic and Ashmi Dang, copying Heath and others, and attachment thereto marked as HEATH_000006932.

**RESPONSE TO ADMISSION NO. 190:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 191:**

Admit that HEATH_000007969 is a true and accurate copy of the November 15, 2023 back to work protections.

**RESPONSE TO ADMISSION NO. 191:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 192:**

Admit that HEATH_000028186 is a true and accurate copy of an email correspondence from Katherine Case to Heath on August 7, 2024.

**RESPONSE TO ADMISSION NO. 192:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 193:**

Admit that HEATH_000029024 is a true and accurate copy of Heath's letter to the Producers Guild of America on June 26, 2024.

**RESPONSE TO ADMISSION NO. 193:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 194:**

Admit that HEATH_000029968 is a true and accurate copy of the August 9, 2024 text

exchange between Stephanie Jones, Heath, and Tera Hanks.

**RESPONSE TO ADMISSION NO. 194:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 195:**

Admit that HEATH_000030840 is a true and accurate copy of the July 26, 2024 text exchange between Heath and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 195:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 196:**

Admit that HEATH_000031737 is a true and accurate copy of the email correspondence dated July 26, 2024 from Katherine Case to Heath and attachment thereto marked as HEATH_000031739.

**RESPONSE TO ADMISSION NO. 196:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 197:**

Admit that HEATH_000032564 is a true and accurate copy of the July 26, 2024 text exchange between Heath, Stephanie Jones, and Tera Hanks.

**RESPONSE TO ADMISSION NO. 197:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 198:**

Admit that HEATH_000032564 is a true and accurate copy of a text exchange between Heath, Tera Hanks, and Stephanie Jones on July 26, 2024.

**RESPONSE TO ADMISSION NO. 198:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 199:**

Admit that HEATH_000033660 is a true and accurate copy of a text exchange between

Andrea Ajemian, Heath, and Alex Saks on June 8, 2023.

**RESPONSE TO ADMISSION NO. 199:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 200:**

Admit that HEATH_000035537 is a true and accurate copy of a text exchange between Heath and Andy Grammer on August 4, 2024.

**RESPONSE TO ADMISSION NO. 200:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 201:**

Admit that HEATH_000041864 is a true and accurate copy of an email correspondence dated April 23, 2024 from Imene Meziane to Lindsey Strasberg, David Weber, Jaime Marchello, Warren Zavala, Justin Grey Stone, Polly Kwok, Michael Marshall, Heath, and Joseph Lanius, and attachment thereto marked as HEATH_000041865.

**RESPONSE TO ADMISSION NO. 201:**

Responding Parties object that this Request is defective in form in that it does not seek an

87

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 202:

Admit that HEATH_000045224 is a true and accurate copy of an email correspondence

dated December 19, 2023 to January 16, 2024 between Imene Meziane, Lindsey Strasberg,

Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachments thereto

marked as HEATH_000045235 and HEATH_000045240.

## RESPONSE TO ADMISSION NO. 202:

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 203:

Admit that HEATH_000045244 is a true and accurate copy of an email correspondence

dated December 19, 2023 to January 16, 2024 between Lindsey Strasberg, Imene Meziane,

Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachment thereto

marked as HEATH_000045252.

## RESPONSE TO ADMISSION NO. 203:

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 204:**

Admit that HEATH_000045312 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 17, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, and Jessica Rodgers, and attachment thereto marked as HEATH_000045323.

**RESPONSE TO ADMISSION NO. 204:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 205:**

Admit that HEATH_000045341 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 18, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Jessica Rodgers, and Heath, and attachment thereto marked as HEATH_000045350.

**RESPONSE TO ADMISSION NO. 205:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 206:**

Admit that HEATH_000045370 is a true and accurate copy of an email correspondence dated January 13, 2024 to January 18, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Jessica Rodgers, and Heath, and attachments thereto marked as HEATH_000045383 and HEATH_000045406.

**RESPONSE TO ADMISSION NO. 206:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 207:**

Admit that HEATH_000045682 [corrected] is a true and accurate copy of the email correspondence dated April 12, 2023 between Lindsey Strasberg and Heath.

**RESPONSE TO ADMISSION NO. 207:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 208:**

Admit that HEATH_000046126 is a true and accurate copy of the email correspondence between Nicholas Pizzino and Elyse Litwack, copying Heath and others from March 30, 2023 to May 21, 2023.

**RESPONSE TO ADMISSION NO. 208:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 209:**

Admit that HEATH_000046136 is a true and accurate copy of the call sheet when Lily Bloom's birthing scene was filmed on May 22, 2023.

**RESPONSE TO ADMISSION NO. 209:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 210:**

Admit that HEATH_000046138 is a true and accurate copy of an email correspondence dated May 2, 2024 to May 3, 2024 between Heath, Lindsey Strasberg, Imene Meziane, Joseph Lanius, Warren Zavala, Justin Grey Stone, and Todd Black.

**RESPONSE TO ADMISSION NO. 210:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 211:**

Admit that HEATH_000041675 is a true and accurate copy of an email correspondence dated April 23, 2024 to July 16, 2024 between Imene Meziane, Lindsey Strasberg, Joseph Lanius, David Weber, Jaime Marchello, Warren Zavala, Justin Grey Stone, Polly Kwok, Michael Marshall, and Heath.

**RESPONSE TO ADMISSION NO. 211:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 212:**

Admit that HEATH_000046697 is a true and accurate copy of the August 8, 2024 text exchange between Stephanie Jones, Tera Hanks, and Heath.

**RESPONSE TO ADMISSION NO. 212:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 213:**

Admit that HEATH_000046747 is a true and accurate copy of the July 23, 2024 text exchange between Heath and Danny Greenberg.

**RESPONSE TO ADMISSION NO. 213:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 214:**

Admit that HEATH_000048470 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 214:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 215:**

Admit that HEATH_000048502 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 215:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 216:**

Admit that HEATH_000050708 is a true and accurate copy of the February 25, 2025 text exchange between Todd Black, Ange Giannetti, Danny Greenberg, Heath, Baldoni, and Tera Hanks.

**RESPONSE TO ADMISSION NO. 216:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 217:**

Admit that HEATH_000052062 is a true and accurate copy of a text exchange in the group chat "JB PR (W/O JB)" on August 7, 2024.

**RESPONSE TO ADMISSION NO. 217:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 218:**

Admit that HEATH_000052643 is a true and accurate copy of the July 31, 2024 text exchange between Heath, Abel, and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 218:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 219:**

Admit that HEATH_000006964 is a true and accurate copy of an email correspondence dated February 27, 2024 between Heath, Mitz Toskovic, Evelyn Santana, and others and attachments thereto marked as HEATH_000006966, HEATH_000006980, HEATH_000006984, HEATH_000006989, HEATH_000006999.

**RESPONSE TO ADMISSION NO. 219:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 220:**

Admit that HEATH_000016035 is a true and accurate copy of an email correspondence dated April 14, 2024 between Andrew Calof, Heath, Mitz Toskovic, Ahmed Musiol, and others and attachments thereto marked as HEATH_000016036.

**RESPONSE TO ADMISSION NO. 220:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 221:**

Admit that HEATH_000016384 is a true and accurate copy of an email correspondence dated June 24, 2024 between Ashmi Elizabeth Dang, Andrew Calof, Heath, Mitz Toskovic, Tera Hanks, and others and attachment thereto marked as HEATH_000016385.

**RESPONSE TO ADMISSION NO. 221:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 222:**

Admit that HEATH_000019467 is a true and accurate copy of an email correspondence dated August 11, 2024 between Ashmi Elizabeth Dang, Abel, Heath, and others.

**RESPONSE TO ADMISSION NO. 222:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 223:**

Admit that HEATH_000028187 is a true and accurate copy of an email correspondence dated August 7, 2024 between Abel, Heath, Nathan, Case, and others.

**RESPONSE TO ADMISSION NO. 223:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 224:**

Admit that HEATH_000028190 is a true and accurate copy of an email correspondence dated August 7, 2024 between Abel, Heath, Nathan, Case, and others.

**RESPONSE TO ADMISSION NO. 224:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 225:**

Admit that HEATH_000031887 is a true and accurate copy of the text exchange between Heath, Andrew Calof, and others dated September 27, 2024.

**RESPONSE TO ADMISSION NO. 225:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 226:**

226. Admit that HEATH_000032566 is a true and accurate copy of the text exchange between Heath, Stephanie Jones, and Tera Hanks dated July 31, 2024.

**RESPONSE TO ADMISSION NO. 226:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 227:**

Admit that HEATH_000032637 is a true and accurate copy of the text exchange between Heath and Josh Greenstein dated May 2, 2024.

**RESPONSE TO ADMISSION NO. 227:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 228:**

Admit that HEATH_000033599 is a true and accurate copy of the text exchange between Heath, Alex Saks, and Andrea Ajemian dated May 12, 2023.

**RESPONSE TO ADMISSION NO. 228:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 229:**

Admit that HEATH_000033626 is a true and accurate copy of the text exchange between Heath, Alex Saks, and Andrea Ajemian dated May 24, 2023.

**RESPONSE TO ADMISSION NO. 229:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 230:**

Admit that HEATH_000033692 is a true and accurate copy of the text exchange between Heath and Shekinah Reese dated May 5, 2023.

**RESPONSE TO ADMISSION NO. 230:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 231:**

Admit that HEATH_000034462 is a true and accurate copy of the text exchange between Heath, Alex Saks, and others dated December 22, 2022.

**RESPONSE TO ADMISSION NO. 231:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 232:**

Admit that HEATH_000034502 is a true and accurate copy of the text exchange between Heath and Alex Saks dated March 3, 2023.

**RESPONSE TO ADMISSION NO. 232:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 233:**

Admit that HEATH_000034656 is a true and accurate copy of the text exchange between Heath and Colleen Hoover dated May 6, 2024.

**RESPONSE TO ADMISSION NO. 233:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 234:**

Admit that HEATH_000034661 is a true and accurate copy of the text exchange between Heath and Colleen Hoover dated May 28, 2024.

**RESPONSE TO ADMISSION NO. 234:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 235:**

Admit that HEATH_000034685 is a true and accurate copy of the text exchange involving Heath dated April 24, 2024.

**RESPONSE TO ADMISSION NO. 235:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 236:**

Admit that HEATH_000034943 is a true and accurate copy of Wayfarer Studio's Employee Handbook.

**RESPONSE TO ADMISSION NO. 236:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 237:**

Admit that HEATH_000035022 is a true and accurate copy of the text exchange between Heath and MitzToskovic dated July 24, 2024.

**RESPONSE TO ADMISSION NO. 237:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 238:**

Admit that HEATH_000035492 is a true and accurate copy of the text exchange between Heath and Baldoni dated May 28, 2023.

**RESPONSE TO ADMISSION NO. 238:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 239:**

Admit that HEATH_000037719 is a true and accurate copy of an email correspondence dated May 13, 2024 between Kimberly Wire, Abel, Heath, Matthew Mitchell, and others, and attachments thereto marked HEATH_000037720andHEATH_000037724.

**RESPONSE TO ADMISSION NO. 239:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 240:**

Admit that HEATH_000040279 is a true and accurate copy of an email correspondence dated March 22, 2023 between Imene Meziane, Todd Rubenstein, Heath, and others.

**RESPONSE TO ADMISSION NO. 240:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 241:**

Admit that HEATH_000041001 is a true and accurate of a bank statement from USBank for the statement period November 18, 2022 through December 16, 2022.

**RESPONSE TO ADMISSION NO. 241:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 242:**

Admit that HEATH_000041013 is a true and accurate of a bank statement from USBank for the statement period November 17, 2023 through December 18, 2023.

**RESPONSE TO ADMISSION NO. 242:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 243:**

Admit that HEATH_000041025 is a true and accurate of a bank statement from USBank for the statement period November 25, 2023 through December 26, 2023.

**RESPONSE TO ADMISSION NO. 243:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 244:**

Admit that HEATH_000041029 is a true and accurate of a bank statement from USBank for the statement period November 20, 2024 through December 17, 2024.

**RESPONSE TO ADMISSION NO. 244:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 245:**

Admit that HEATH_000041043 is a true and accurate of a bank statement from USBank for the statement period November 27, 2024 through December 24, 2024.

**RESPONSE TO ADMISSION NO. 245:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 246:**

Admit that HEATH_000041047 is a trueand accurate of Wayfarer's 401(k) Plan account summary from Jocelyn Pension Consulting for the period October 1, 2024 through December 31, 2024.

**RESPONSE TO ADMISSION NO. 246:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 247:**

Admit that HEATH_000045532 is a true and accurate copy of an email correspondence dated May 10, 2023 between Joseph Lanius, DeShawn McQueen, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045535, HEATH_000045569.

**RESPONSE TO ADMISSION NO. 247:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 248:**

Admit that HEATH_000045662 is a true and accurate copy of an email correspondence dated May 4, 2023 between Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045678.

**RESPONSE TO ADMISSION NO. 248:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 249:**

Admit that HEATH_000045765 is a true and accurate copy of an email correspondence dated March 21, 2023 between Imene Meziane, Heath, Jaime Marchello and Mitz Toskovic. Admit that HEATH_000045848 is a true and accurate copy of an email correspondence dated March 22, 2023 between Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045851.

**RESPONSE TO ADMISSION NO. 249:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 250:**

Admit that HEATH_000045855 is a true and accurate copy of an email correspondence dated March 17, 2023 between Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked HEATH_000045857.

**RESPONSE TO ADMISSION NO. 250:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 251:**

Admit that HEATH_000045969 is a true and accurate copy of an email correspondence dated March 3, 2023 between David Steinberg, Schuyler Moore, Imene Meziane, Heath, and others, and attachments thereto marked as HEATH_000045972 and HEATH_000046023.

**RESPONSE TO ADMISSION NO. 251:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 252:**

Admit that HEATH_000046085 is a true and accurate copy of an email correspondence dated December 17, 2022 between Warren Zavala, Lindsey Strasberg, Schuyler Moore, Imene Meziane, Heath, and others.

**RESPONSE TO ADMISSION NO. 252:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 253:**

Admit that HEATH_000046097 is a true and accurate copy of an email correspondence dated December 16, 2022 between Warren Zavala, Lindsey Strasberg, Schuyler Moore, Imene

Meziane, Heath, and others and attachments thereto marked HEATH_000046098.

**RESPONSE TO ADMISSION NO. 253:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 254:**

Admit that HEATH_000046434 is a true and accurate copy of an email correspondence dated December 23, 2022 between Heath and Baldoni and attachments thereto marked HEATH_000046436 and HEATH_000046439.

**RESPONSE TO ADMISSION NO. 254:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 255:**

Admit that HEATH_000046882 is a true and accurate copy of an email correspondence dated July 31, 2024 between Abel, Heath, Nathan, Tera Hanks, and Mitz Toskovic and attachments thereto marked HEATH_000046883.

**RESPONSE TO ADMISSION NO. 255:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 256:

Admit that HEATH_000048076 is a true and accurate copy of an email correspondence dated August 12, 2024 between Abel and Mitz Toskovic.

## RESPONSE TO ADMISSION NO. 256:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 257:

Admit that HEATH_000048441 is a true and accurate copy of a Google calendar invite dated August 4, 2024 between Nathan, Baldoni, Heath, Abel, and others, and attachments thereto marked HEATH_000048443.

## RESPONSE TO ADMISSION NO. 257:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 258:**

Admit that HEATH_000048499 is a true and accurate copy of an email correspondence dated April 27, 2023 between Heath, Jill Sacco, Andrea Ajemian, Alex Saks, and others.

**RESPONSE TO ADMISSION NO. 258:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 259:**

Admit that HEATH_000048501 is a true and accurate copy of an email correspondence dated March 12, 2023 between Heath, Andrea Ajemian, Alex Saks, and others.

**RESPONSE TO ADMISSION NO. 259:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 260:**

Admit that HEATH_000049558 is a true and accurate copy of the text exchange between Heath, Abel, Stephanie Jonesand Baldoni dated November 10, 2023, and attachments thereto marked HEATH_000049561, HEATH_000049562.

**RESPONSE TO ADMISSION NO. 260:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 261:**

Admit that HEATH_000049933 is a true and accurate copy of the text exchange between Heath and Baldoni dated May 6, 2023.

**RESPONSE TO ADMISSION NO. 261:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 262:**

Admit that HEATH_000049954 is a true and accurate copy of the text exchange between Heath and Baldoni dated December 27, 2023, and attachments thereto marked HEATH_000049956.

**RESPONSE TO ADMISSION NO. 262:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 263:**

Admit that HEATH_000050346 is a true and accurate copy of the text exchange between Heath, Baldoni, Stephanie Jones, and Tera Hanks dated July 26, 2024.

**RESPONSE TO ADMISSION NO. 263:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 264:**

Admit that HEATH_000051120 is a true and accurate copy of the text exchange between Baldoni, Heath, and others dated November 12, 2023, and attachments thereto marked HEATH_000051126, HEATH_000051127.

**RESPONSE TO ADMISSION NO. 264:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 265:**

Admit that HEATH_000051141 is a true and accurate copy of the text exchange between

Baldoni, Heath, and Alex Saks dated April 1, 2024, and attachments thereto marked

HEATH_000051146.

**RESPONSE TO ADMISSION NO. 265:**

     Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 266:**

     Admit that HEATH_000051557 is a true and accurate copy of the text exchange between

Baldoni, Heath, Ange Giannetti and Alex Saks dated April 30, 2023.

**RESPONSE TO ADMISSION NO. 266:**

     Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 267:**

     Admit that HEATH_000051635 is a true and accurate copy of the text exchange between

Baldoni and Heath dated May 11, 2023.

**RESPONSE TO ADMISSION NO. 267:**

     Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 268:**

Admit that HEATH_000051731 is a true and accurate copy of the text exchange between Baldoni and Heath dated July 25, 2024, and attachments thereto marked HEATH_000051732.

**RESPONSE TO ADMISSION NO. 268:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 269:**

Admit that HEATH_000052401is a true and accurate copy of the text exchange between Baldoni, Heath, Nathan, Abel, and others dated August 15, 2024, and attachments thereto.

**RESPONSE TO ADMISSION NO. 269:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 270:**

Admit that HEATH_000053096 is a true and accurate copy of an email correspondence

dated February 26, 2024 between Heath, Colleen Hoover, Baldoni, and others.

**RESPONSE TO ADMISSION NO. 270:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 271:**

Admit that Hoover 0211 is a true and accurate copy of the Purchase Agreement between Colleen Hooverand AFG Productions, Inc. dated May 8, 2019.

**RESPONSE TO ADMISSION NO. 271:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 272:**

Admit that Hoover 0237 is a true and accurate copy of the text exchange between Baldoni, Heath, and Colleen Hoover dated June 7, 2023 through August 15, 2024.

**RESPONSE TO ADMISSION NO. 272:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 273:**

Admit that Hoover 0152 is a true and accurate copy of a text exchange between March 26 and August 11 between Collen Hoover and Jamey Heath.

**RESPONSE TO ADMISSION NO. 273:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 274:**

Admit that HYBE0000576 is a true and accurate copy of the Amended & Restated LLC Agreement of The Agency Group PR, LLC, effective as of January 1, 2024.

**RESPONSE TO ADMISSION NO. 274:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 275:**

Admit that JONESWORKS_00004655 is a true and accurate copy of a text exchange between Abel, Baldoni, and Matthew Mitchell from December 5, 2022 to August 12, 2022.

**RESPONSE TO ADMISSION NO. 275:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 276:**

Admit that JONESWORKS_00012711 is a true and accurate copy of a text exchange between Katherine Case and Abel on July 26, 2024.

**RESPONSE TO ADMISSION NO. 276:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 277:**

Admit that JONESWORKS_00012744 is a true and accurate copy of a text exchange between Nathan, Abel, and Heath on August 5, 2024.

**RESPONSE TO ADMISSION NO. 277:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 278:**

Admit that JONESWORKS_00012860 is a true and accurate copy of a text exchange between Abel and Matthew Mitchell on June 30, 2024.

**RESPONSE TO ADMISSION NO. 278:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 279:**

Admit that JONESWORKS_00012873 is a true and accurate copy of a text exchange between Abel and Matthew Mitchell on July 15, 2024.

**RESPONSE TO ADMISSION NO. 279:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 280:**

Admit that JONESWORKS_00013413 is a true and accurate copy of the August 12, 2024 text exchange between Abel and Danny Greenberg.

**RESPONSE TO ADMISSION NO. 280:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 281:**

Admit that JONESWORKS_00013415 is a true and accurate copy of the August 13, 2024 text exchange between Abel and Danny Greenberg.

**RESPONSE TO ADMISSION NO. 281:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 282:**

Admit that JONESWORKS_00013418 is a true and accurate copy of the August 15, 2024 text exchange between Abel and Danny Greenberg.

**RESPONSE TO ADMISSION NO. 282:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 283:**

Admit that JONESWORKS_00013485 is a true and accurate copy of the text exchange dated May 17, 2024 between Baldoni, Abel, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 283:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 284:**

Admit that JONESWORKS_00013488 is a true and accurate copy of the text exchange dated May 22, 2024 between Baldoni, Abel, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 284:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 285:**

Admit that JONESWORKS_00013502 is a true and accurate copy of a text exchange between Baldoni, Abel, and Matthew Mitchell on June 22, 2024.

**RESPONSE TO ADMISSION NO. 285:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 286:**

Admit that JONESWORKS_00014003 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Abel, Katherine Case, Matthew Mitchell, and Nathan on August 15, 2024.

**RESPONSE TO ADMISSION NO. 286:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 287:**

Admit that JONESWORKS_00014019 is a true and accurate copy of a text exchange between Nathan, Katherine Case, Breanna Butler Koslow, Matthew Mitchell, and Abel on August 16, 2024 to August 17, 2024.

**RESPONSE TO ADMISSION NO. 287:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 288:**

Admit that JONESWORKS_00014045 is a true and accurate copy of the text exchange between Breanna Koslow, Abel, Katherine Case, Matthew Mitchell, and Nathan on August 18, 2024.

**RESPONSE TO ADMISSION NO. 288:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 289:**

Admit that JONESWORKS_00014814 is a true and accurate copy of a text exchange between Jameela Jamil and Abel on August 13, 2024.

**RESPONSE TO ADMISSION NO. 289:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 290:**

Admit that JONESWORKS_00014889 is a true and accurate copy of a text exchange between Baldoni, Abel, and James Knobloch on August 9, 2024.

**RESPONSE TO ADMISSION NO. 290:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 291:**

Admit that JONESWORKS_00015222 is a true and accurate copy of the audio message from Baldoni to Abel and Danny Greenberg on June 22, 2024.

**RESPONSE TO ADMISSION NO. 291:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 292:**

Admit that JONESWORKS_00015350 is a true and accurate copy of a text exchange between Abel, James Knobloch, and Henry Hargitai on August 9, 2024.

**RESPONSE TO ADMISSION NO. 292:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 293:**

Admit that JONESWORKS_00015550 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Abel, Heath, Katherine Case, Matthew Mitchell, and Nathan on August 8, 2024 to August 9, 2024.

**RESPONSE TO ADMISSION NO. 293:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 294:**

Admit that JONESWORKS_00015656 is a true and accurate copy of a text exchange between Heath, Nathan, Matthew Mitchell, and Katherine Case on August 12, 2024.

**RESPONSE TO ADMISSION NO. 294:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 295:**

Admit that JONESWORKS_00015997 is a true and accurate copy of the text exchange between Abel and Kimberly (Sony) from August 2, 2024 to August 5, 2024.

**RESPONSE TO ADMISSION NO. 295:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 296:**

Admit that JONESWORKS_00016240 is a true and accurate copy of a text exchange between Nathan and Abel on August 5, 2024.

**RESPONSE TO ADMISSION NO. 296:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 297:**

Admit that JONESWORKS_00016364 is a true and accurate copy of a text exchange between Nathan and Abel from August 16, 2024 to August 17, 2024.

**RESPONSE TO ADMISSION NO. 297:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 298:**

Admit that JONESWORKS_00016401 is a true and accurate copy of a text exchange between Nathan and Abel on August 20, 2024.

**RESPONSE TO ADMISSION NO. 298:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 299:**

Admit that JONESWORKS_00016433 is a true and accurate copy of the July 25, 2024 text exchange between Baldoni, Heath, Abel, and Danny Greenberg.

**RESPONSE TO ADMISSION NO. 299:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 300:**

Admit that JONESWORKS_00017429 is a true and accurate copy of the email correspondence from Abel to Danny Greenberg on July 25, 2024.

**RESPONSE TO ADMISSION NO. 300:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 301:**

Admit that JONESWORKS_00017439 is a true and accurate copy of the email correspondence from Abel to Stephanie Jones on July 26, 2024.

**RESPONSE TO ADMISSION NO. 301:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 302:**

Admit that JONESWORKS_00018215 is a true and accurate copy of the email correspondence from Danni Maggin to Heath on May 8, 2024.

**RESPONSE TO ADMISSION NO. 302:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 303:

Admit that JONESWORKS_00019183 is a true and accurate copy of the email correspondence from Ashmi Dang to Richard Stafford, Maria Eduardaorzes, and Lisa Gutberlet, copying Abel and others, on July 24, 2024.

## RESPONSE TO ADMISSION NO. 303:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 304:

Admit that JONESWORKS_00020577 is a true and accurate copy of the July 3, 2024 email correspondence from Baldoni to Katie Warren.

## RESPONSE TO ADMISSION NO. 304:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 305:**

Admit that JONESWORKS_00021501 is a true and accurate copy of an email correspondence sent from Shekinah Reese to Tera Hanks, Baldoni, Nathan, Abel, and Heath on July 27, 2024, for a meeting on July 28, 2024 at 8:00 AM PST.

**RESPONSE TO ADMISSION NO. 305:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 306:**

Admit that JONESWORKS_00028348 is a true and accurate copy of the email correspondence between James Knobloch and TeamJBSocial@jonesworks.com on July 8, 2024.

**RESPONSE TO ADMISSION NO. 306:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 307:**

Admit that JONESWORKS_00030156 is a true and accurate copy of the July 30, 2024 email correspondence from Tera Hanks to Stephanie Jones.

**RESPONSE TO ADMISSION NO. 307:**

      Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 308:**

      Admit that JONESWORKS_00030166 is a true and accurate copy of the August 14, 2024 email correspondence from Heath to Stephanie Jones.

**RESPONSE TO ADMISSION NO. 308:**

      Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 309:**

      Admit that JONESWORKS_00037247 is a true and accurate copy of a text exchange dated June 17, 2024 between Abel and Jones.

**RESPONSE TO ADMISSION NO. 309:**

      Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 310:**

Admit that JONESWORKS_00038544 is a true and accurate copy of the September 25, 2024 email correspondence from Imene Meziane to Jones.

**RESPONSE TO ADMISSION NO. 310:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 311:**

Admit that JONESWORKS_00039735 is a true and accurate copy of the July 26, 2024 text exchange between Baldoni and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 311:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 312:**

Admit that JONESWORKS_00039953 is a true and accurate copy of the June 20, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 312:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 313:**

Admit that JONESWORKS_00039963 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 313:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 314:**

Admit that JONESWORKS_00039964 is a true and accurate copy of the June 22, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 314:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 315:**

Admit that JONESWORKS_00039971 is a true and accurate copy of the June 26, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 315:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 316:**

Admit that JONESWORKS_00039983 is a true and accurate copy of the August 7, 2024 text exchange between Abel and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 316:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 317:**

Admit that JONESWORKS_00040068 [corrected] is a true and accurate copy of the June 2, 2024 text exchange between Abel, Matthew Mitchell, and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 317:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 318:**

Admit that JONESWORKS_00040072 [corrected] is a true and accurate copy of the June 3, 2024 text exchange between Abel, Matthew Mitchell, and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 318:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 319:**

Admit that JONESWORKS_00040093 [corrected] is a true and accurate copy of the June, 2024 August 14 text exchange between Abel, Matthew Mitchell, and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 319:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 320:**

Admit that JONESWORKS_00041084 is a true and accurate copy of the signed

Jonesworks Employment Agreement between Jonesworks and Abel on November 22, 2021.

**RESPONSE TO ADMISSION NO. 320:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 321:**

Admit that JONESWORKS_00041597 is a true and accurate copy of a text exchange

between Abel and Matthew Mitchell on January 12, 2024 to January 13, 2024.

**RESPONSE TO ADMISSION NO. 321:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 322:**

Admit that JONESWORKS_00041705 is a true and accurate copy of the Agreement

between Wayfarer and Jonesworks dated May 23, 2024.

**RESPONSE TO ADMISSION NO. 322:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 323:**

Admit that JONESWORKS_00041730 is a true and accurate copy of email correspondence dated April 15, 2025 between Baldoni, Kenan Jackson, and Matthew Mitchell, and attachment thereto marked JONESWORKS_00041731.

**RESPONSE TO ADMISSION NO. 323:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 324:**

Admit that JONESWORKS_00041819 is a true and accurate copy of the September 19, 2024 email correspondence from Stephanie Jones to Tera Hanks.

**RESPONSE TO ADMISSION NO. 324:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 325:**

Admit that KCASE-000002011 is a true and accurate copy of a text exchange between James Vituscka, Katherine Case, and Nathan on August 15, 2024.

**RESPONSE TO ADMISSION NO. 325:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 326:**

Admit that KCASE-000003950 is a true and accurate copy of the text exchange between Heath, Abel, Katie Case, Matthew Mitchell, and Breanna Butler Koslow, dated August 14, 2024 through August 15, 2024.

**RESPONSE TO ADMISSION NO. 326:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 327:**

Admit that KCASE-000004201 is a true and accurate copy of the scenario planning

document that TAG provided to Wayfarer Studios on August 2, 2024.

**RESPONSE TO ADMISSION NO. 327:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 328:**

Admit that KCASE-000004756 is a true and accurate copy of a text exchange between Katherine Case, Breanna Butler Koslow, Alyx Sealy, Carolina Hurley, Dervla McNeice, Michael Lawrence, Rylie Long, and Nathan on August 20, 2024 to August 21, 2024.

**RESPONSE TO ADMISSION NO. 328:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 329:**

Admit that KCASE-000004949 is a true and accurate copy of a text exchange between Nathan and Katherine Case on August 5, 2024 to August 6, 2024.

**RESPONSE TO ADMISSION NO. 329:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 330:**

Admit that KCASE-000004957 is a true and accurate copy of a voice note sent by Jed Wallace and re-sent by Nathan to Katherine Case on August 6, 2024.

**RESPONSE TO ADMISSION NO. 330:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 331:**

Admit that KCASE-000005773 is a true and accurate copy of Katherine Case's notes from her call with Heath and Tera Hanks on July 25, 2024.

**RESPONSE TO ADMISSION NO. 331:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 332:**

Admit that MARBORY_000000427 is a true and accurate copy of the text exchange dated April 2, 2023 between Baldoni and Marbory.

**RESPONSE TO ADMISSION NO. 332:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 333:**

Admit that MARBORY_000001683 is a true and accurate copy of the text exchange dated January 12, 2023 between Baldoni and Marbory.

**RESPONSE TO ADMISSION NO. 333:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 334:**

Admit that NATHAN_000000314 is a true and accurate copy of a text exchange between Baldoni, Nathan, and Abel on August 15, 2024.

**RESPONSE TO ADMISSION NO. 334:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 335:**

Admit that NATHAN_000000546 is a true and accurate copy of a screenshot of an Instagram story posted by Jenna Redfield as sent by Abel to Breanna Butler Koslow, Heath, Katherine Case, and Matthew Mitchell on August 8, 2024.

**RESPONSE TO ADMISSION NO. 335:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 336:**

Admit that NATHAN_000000548 is a true and accurate copy of a text exchange between Breanna Butler Koslow, Abel, Heath, Katherine Case, Matthew Mitchell, and Nathan on August 5, 2024.

**RESPONSE TO ADMISSION NO. 336:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 337:**

Admit that NATHAN_000000605 is a true and accurate copy of a text exchange dated

August 8, 2024 in the group chat "JB PR (W/O JB)" and the attachment thereto marked as

JONESWORKS_00015588.

**RESPONSE TO ADMISSION NO. 337:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 338:**

Admit that NATHAN_000000751 is a true and accurate copy of a text exchange in the

group chat "JB PR (W/O JB)" on August 12, 2024.

**RESPONSE TO ADMISSION NO. 338:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 339:**

Admit that NATHAN_000000885 is a true and accurate copy of a text exchange between

Nathan, Heath, Abel, Baldoni, Katherine Case, Breanna Butler Koslow, and Matthew Mitchell

on August 15, 2024.

**RESPONSE TO ADMISSION NO. 339:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 340:**

Admit that NATHAN_000001030 is a true and accurate copy of a text exchange between Nathan, Abel, Baldoni, Heath, Breanna Butler Koslow, Katherine Case, and Matthew Mitchell on August 27, 2024.

**RESPONSE TO ADMISSION NO. 340:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 341:**

Admit that NATHAN_000001062 is a true and accurate copy of a text exchange between Nathan, Abel, Katherine Case, Breanna Butler Koslow, and Matthew Mitchell on August 15, 2024.

**RESPONSE TO ADMISSION NO. 341:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 342:**

Admit that NATHAN_000001114 is a true and accurate copy of a text exchange in the group chat "Arrive Wet PR" on August 20, 2024.

**RESPONSE TO ADMISSION NO. 342:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 343:**

Admit that NATHAN_000001730 is a true and accurate copy of a text exchange between Katherine Case, Breanna Butler Koslow, Carolina Hurley, and Nathan on August 14, 2024.

**RESPONSE TO ADMISSION NO. 343:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 344:**

Admit that NATHAN_000001795 is a true and accurate copy of a text exchange between Nathan and James Vituscka on August 15, 2024.

**RESPONSE TO ADMISSION NO. 344:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 345:**

Admit that NATHAN_000001906 is a true and accurate copy of a text exchange between James Vituscka and Nathan on August 18, 2024.

**RESPONSE TO ADMISSION NO. 345:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 346:**

Admit that NATHAN_000002151 [corrected] is a true and accurate copy of the text exchange dated August 12, 2024 between Abel and Nathan.

**RESPONSE TO ADMISSION NO. 346:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 347:**

Admit that NATHAN_000002313 is a true and accurate copy of a text exchange between Nathan and Abel from August 16, 2024 to August 17, 2024.

**RESPONSE TO ADMISSION NO. 347:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 348:**

Admit that NATHAN_000002550 is a true and correct copy of the text exchange dated August 14, 2024 between Nathan and Sara Nathan.

**RESPONSE TO ADMISSION NO. 348:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 349:**

Admit that NATHAN_000002717 is a true and accurate copy of a text exchange between Nathan and Breanna Butler Koslow on August 13, 2024.

**RESPONSE TO ADMISSION NO. 349:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 350:**

Admit that NATHAN_000002938 is a true and accurate copy of a text exchange between Katherine Case and Nathan on August 4, 2024.

**RESPONSE TO ADMISSION NO. 350:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 351:**

Admit that NATHAN_000003321 is a true and accurate copy of an email correspondence sent by Nathan to Wallace on August 5, 2024.

**RESPONSE TO ADMISSION NO. 351:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 352:

Admit that NATHAN_000003391 is a true and correct copy of email correspondence dated August 14, 2024 between Nathan and Candace Steinhart.

## RESPONSE TO ADMISSION NO. 352:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 353:

Admit that NATHAN_000003767 is a true and accurate copy of the email correspondence from Abel to Mitz Toskovic on July 31, 2024.

## RESPONSE TO ADMISSION NO. 353:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 354:**

Admit that NATHAN_000003832 is a true and accurate copy of a text exchange between Nathan, Abel, and Matthew Mitchell on August 27, 2024.

**RESPONSE TO ADMISSION NO. 354:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 355:**

Admit that NATHAN_000005493 is a true and accurate copy of a text exchange between Katherine Case, Breanna Butler Koslow, and Nathan on August 27, 2024.

**RESPONSE TO ADMISSION NO. 355:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 356:**

Admit that NATHAN_000005552 is a true and accurate copy of a text exchange between Nathan and Abel on August 2, 2024.

**RESPONSE TO ADMISSION NO. 356:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 357:**

Admit that NATHAN_000005564 is a true and accurate copy of a text exchange between Nathan and Abel on August 10, 2024.

**RESPONSE TO ADMISSION NO. 357:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 358:**

Admit that NATHAN_000018774 is a true and accurate copy of Signal messages between Nathan, Abel, Sage Steele, Bryan Freedman, and Summer Benson on January 3, 2025.

**RESPONSE TO ADMISSION NO. 358:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 359:**

Admit that NATHAN_000018775 is a true and accurate copy of a document sent to Sage Steele by Abel on January 3, 2025.

**RESPONSE TO ADMISSION NO. 359:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 360:**

Admit that NATHAN_000019664 is a true and accurate copy of Signal messages between Nathan, Sarowitz, Heath, Abel, Bryan Freedman, Mitra Ahouraian, Baldoni, Summer Benson, Sage Steele, and Jason Sunshine on January 3, 2025.

**RESPONSE TO ADMISSION NO. 360:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 361:**

Admit that NATHAN_000021834 is a true and accurate copy of a text exchange between Nathan, Abel, and reporter Carolyn Greenspan on February 5, 2025.

**RESPONSE TO ADMISSION NO. 361:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 362:**

Admit that NATHAN_000021931 is a true and accurate copy of Signal messages between Nathan, Bryan Freedman, Abel, and Sage Steele on January 1, 2025.

**RESPONSE TO ADMISSION NO. 362:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 363:**

Admit that NATHAN_000022027 is a true and accurate copy of a text exchange between Nathan and Jason Sunshine on February 6, 2025.

**RESPONSE TO ADMISSION NO. 363:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 364:**

Admit that NATHAN_000024631 is a true and accurate copy of a text exchange between Nathan and Amy Chozick on January 3, 2025.

**RESPONSE TO ADMISSION NO. 364:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 365:**

Admit that NATHAN_000026627 is a true and accurate copy of a text exchange between Nathan and Sara Nathan on January 21, 2025.

**RESPONSE TO ADMISSION NO. 365:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 366:**

Admit that NATHAN_000027242 is a true and accurate copy of the Signal messages between Baldoni, Heath, Bryan Freedman, and Nathan on January 22, 2025.

**RESPONSE TO ADMISSION NO. 366:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 367:**

Admit that NATHAN_000027341 is a true and accurate copy of a text exchange between Heath, Mitz Toskovic, Roza Kalantari, Mitra Ahouraian, Wallace, Jason Sunshine, Spencer Freedman, Abel, Theresa Troupson, Bryan Freedman, Dervla McNeice, Alyx Sealy, Breanna Butler Koslow, Summer Benson, Rylie Long, and two unnamed participants on February 4, 2025.

**RESPONSE TO ADMISSION NO. 367:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 368:**

Admit that NATHAN_000027533 is a true and accurate copy of Signal messages between James Vituscka and Nathan on December 30, 2024.

**RESPONSE TO ADMISSION NO. 368:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 369:**

Admit that NATHAN_000027548 is a true and accurate copy of Signal messages between James Vituscka and Nathan on December 31, 2024.

**RESPONSE TO ADMISSION NO. 369:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 370:**

Admit that NATHAN_000027698 is a true and accurate copy of Signal messages between James Vituscka and Nathan on January 1, 2025.

**RESPONSE TO ADMISSION NO. 370:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 371:**

Admit that NATHAN_000027790 is a true and accurate copy of Signal messages between Nathan and James Vituscka on January 14, 2025.

**RESPONSE TO ADMISSION NO. 371:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 372:**

Admit that NATHAN_000027796 is a true and accurate copy of Signal messages between Nathan and James Vituscka on January 15, 2025.

**RESPONSE TO ADMISSION NO. 372:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 373:**

Admit that SAROWITZ_000000036 is a true and accurate copy of an email correspondence between Kenan Jackson, Brian Singer, Ashmi Dang, Baldoni, Heath, Elyse Litwack, and the email "staff@wayfarerstudios.com," on May 16, 2024.

**RESPONSE TO ADMISSION NO. 373:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 374:**

Admit that SAROWITZ_000000077 is a true and accurate copy of a text exchange between the participants of the group chat, "Prayers and support," on January 2, 2024.

**RESPONSE TO ADMISSION NO. 374:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 375:**

Admit that SAROWITZ_000000079 is a true and accurate copy of a text exchange between the participants of the group chat, "Prayers and support," on January 4, 2024.

**RESPONSE TO ADMISSION NO. 375:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 376:**

Admit that SAROWITZ_000000689 is a true and accurate copy of a text exchange between Sarowitz and Baldoni on December 19, 2022.

**RESPONSE TO ADMISSION NO. 376:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 377:**

Admit that SAROWITZ_000000691 is a true and accurate copy of a text exchange between Sarowitz and Baldoni on May 8, 2023.

**RESPONSE TO ADMISSION NO. 377:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 378:**

Admit that SAROWITZ_000000697 is a true and accurate copy of a text exchange between Sarowitz, Heath, Baldoni, and Tera Hanks on March 17, 2024.

**RESPONSE TO ADMISSION NO. 378:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 379:**

Admit that SAROWITZ_000000721 is a true and accurate copy of a text exchange between Sarowitz and Baldoni on May 3, 2024.

**RESPONSE TO ADMISSION NO. 379:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 380:**

Admit that SAROWITZ_000000743 is a true and accurate copy of a text exchange between Sarowitz, Baldoni, and Heath on May 5, 2023.

**RESPONSE TO ADMISSION NO. 380:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 381:**

Admit that SAROWITZ_000000824 is a true and accurate copy of Sarowitz's phone records from August 7, 2024 to September 6, 2024.

**RESPONSE TO ADMISSION NO. 381:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 382:**

Admit that SAROWITZ_000000918 is a true and accurate copy of an email correspondence dated January 4, 2025 to January 6, 2025 between Sarowitz; Abel, Nathan, Bryan Freedman, Monica Hunter-Hart, and Luisa Kroll.

**RESPONSE TO ADMISSION NO. 382:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 383:**

Admit that SAROWITZ_000000938 is a true and accurate copy of an email correspondence dated January 1, 2025 between Sarowitz, Baldoni and Heath (through Mr.

Sarowitz's email address), Nathan, Abel, Adam Fresco, Bryan Freedman, and Wallace.

**RESPONSE TO ADMISSION NO. 383:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 384:**

Admit that SAROWITZ_000000961 is a true and accurate copy of an email correspondence dated January 4, 2025 to January 6, 2025 between Sarowitz, Abel, Nathan, Bryan Freedman, Monica Hunter-Hart, and Luisa Kroll.

**RESPONSE TO ADMISSION NO. 384:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 385:**

Admit that SAROWITZ_000000968 is a true and accurate copy of an email correspondence dated January 7, 2025 between Sarowitz, Bryan Freedman, Abel, Nathan, and Erica Lieberman.

**RESPONSE TO ADMISSION NO. 385:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 386:**

Admit that SAROWITZ_000001020 is a true and accurate copy of a text exchange between Steve Sarowitz, Heath, Abel, Bryan Freedman, Mitra Ahouraian, Baldoni, Summer Benson, Sage Steele, Jason Sunshine, Spencer Freedman, and Nathan on January 3, 2025.

**RESPONSE TO ADMISSION NO. 386:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 387:**

Admit that SAROWITZ_000001216 is a true and accurate copy of a text exchange between Sarowitz and Rainn Wilson on January 2, 2025.

**RESPONSE TO ADMISSION NO. 387:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 388:**

Admit that SAROWITZ_000001253 is a true and accurate copy of a text exchange between Baldoni, Heath, Jason Sunshine, Bryan Freedman, Abel, Nathan, Sage Steele, Summer Benson, Mitra Ahouraian, and Sarowitz.

**RESPONSE TO ADMISSION NO. 388:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 389:**

Admit that SAROWITZ_000001276 is a true and accurate copy of Sarowitz's phone records from January 2025 to February 2025.

**RESPONSE TO ADMISSION NO. 389:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 390:**

Admit that SPE_BL0000379 is a true and accurate copy of an email correspondence dated January 14, 2023 between Heath, Baldoni, Ashmi Elizabeth Dang, Ange Giannetti, and others, and attachments thereto marked SPE_BL0000380.

**RESPONSE TO ADMISSION NO. 390:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 391:**

Admit that SPE_BL0003349 isa true and accurate copy of the text exchange between Heath and Ange Giannetti, dated April 22, 2023. Admit that SPE_BL0000343 is a true and accurate copy of the September 27, 2022, email correspondence from Schuyler Moore to Jamey Heath, Danny Greenberg, Andrea Gianetti, and others.

**RESPONSE TO ADMISSION NO. 391:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 392:**

Admit that SPE_BL0000367 is a true and accurate copy of the September 27, 2022, email correspondence from Schuyler Moore to Jamey Heath, Danny Greenberg, Andrea Gianetti, and others.

**RESPONSE TO ADMISSION NO. 392:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 393:**

Admit that SPE_BL0000413 is a true and accurate copy of the January 1, 2023, email

correspondence from Jennifer Abel to Wayfarer Studios, Andrea Gianetti, and others.

**RESPONSE TO ADMISSION NO. 393:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 394:**

Admit that SPE_BL0001905 is a true and accurate copy of the July 12, 2024, email

correspondence from Ashmi Elizabeth Dang to Jamey Heath, Jennifer Abel, Wayfarer Studios,

and others.

**RESPONSE TO ADMISSION NO. 394:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 395:**

Admit that SPE_BL0001995 is a true and accurate copy of the October 14, 2022, email correspondence from Michael Marshall to Schuyler Moore, Jamey Heath, Andrea Gianetti, and others.

**RESPONSE TO ADMISSION NO. 395:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 396:**

Admit that SPE_BL0003512 is a true and accurate copy of the November 10, 2023, email correspondence from Michael Marshall to Jamey Heath, Andrea Gianetti, and others.

**RESPONSE TO ADMISSION NO. 396:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 397:**

Admit that SPE_BL0005313 is a true and accurate copy of the January 17, 2023, email correspondence from Ashmi Elizabeth Dang to Jamey Heath, Justin Baldoni, Andrea Gianetti, and others and attachment thereto marked as SPE_BL0005314.

**RESPONSE TO ADMISSION NO. 397:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 398:**

Admit that SPE_BL0005364 is a true and accurate copy of the January 25, 2023, email correspondence from Jamey Heath to Jennifer Abel, Andrea Gianetti, Alex Saks, and others.

**RESPONSE TO ADMISSION NO. 398:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 399:**

Admit that SPE_BL0015768 is a true and accurate copy of the April 29, 2023, email correspondence from Andrea Gianetti to Justin Baldoni, Jamey Heath, and Alex Saks.

**RESPONSE TO ADMISSION NO. 399:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 400:**

Admit that SPE_BL0000557 is a true and accurate copy of the January 26, 2023, email correspondence from Jennifer Abel to Jamey Heath, Ashmi Elizabeth Dang, and others.

**RESPONSE TO ADMISSION NO. 400:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 401:**

Admit that SPE_BL0000768 is a true and accurate copy of the January 26, 2023, email correspondence from Ashmi Elizabeth Dang to Jamey Heath and others.

**RESPONSE TO ADMISSION NO. 401:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 402:**

Admit that SR 1.00000007 is a true and accurate copy of an email correspondence dated August 8, 2024 between Heath, Nathan, Wallace, and Katie Case, and attachment thereto marked

SR 1.00000008.

**RESPONSE TO ADMISSION NO. 402:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 403:**

Admit that SR 1.00000009 is a true and accurate copy of an email correspondence dated August 8, 2024 between Heath, Nathan, Wallace, and Katie Case.

**RESPONSE TO ADMISSION NO. 403:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 404:**

Admit that SR 1.00000054 is a true and accurate copy of the text exchange between Heath and Wallace, dated August 10, 2024.

**RESPONSE TO ADMISSION NO. 404:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 405:**

Admit that TAG_000002707 is a true and accurate copy of a TAG invoice billed to Wayfarer for "Communications Consulting" for August 2024 with a due date of August 6, 2024.

**RESPONSE TO ADMISSION NO. 405:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 406:**

Admit that TAG_000015909 is a true and accurate copy of the Signal messages between Abel, Sage Steele, Bryan Freedman, Summer Benson, and Nathan on January 3, 2025.

**RESPONSE TO ADMISSION NO. 406:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 407:**

Admit that TOSKOVIC_000000677 is a true and accurate copy of the text exchange between Heath and Toskovic dated June 17, 2024.

**RESPONSE TO ADMISSION NO. 407:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 408:**

Admit that WAYFARER_000008077 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2021 through December 31, 2021.

**RESPONSE TO ADMISSION NO. 408:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 409:**

Admit that WAYFARER_000118331 is a true and correct copy of a call sheet dated June 3, 2023.

**RESPONSE TO ADMISSION NO. 409:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 410:**

Admit that WAYFARER_000118333 is a true and correct copy of a call sheet dated June 5, 2023.

**RESPONSE TO ADMISSION NO. 410:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 411:**

Admit that WAYFARER_000118347 is a true and correct copy of a call sheet dated May 16, 2023.

**RESPONSE TO ADMISSION NO. 411:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 412:**

Admit that WAYFARER_000140494 is a true and correct copy of Film footage produced by You on August 13, 2025.

**RESPONSE TO ADMISSION NO. 412:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 413:**

Admit that WAYFARER_000118349 is a true and correct copy of a call sheet dated May 18, 2023.

**RESPONSE TO ADMISSION NO. 413:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 414:**

Admit that WAYFARER_000118351 is a true and correct copy of a call sheet dated May 22, 2023.

**RESPONSE TO ADMISSION NO. 414:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 415:**

Admit that WAYFARER_000118353 is a true and correct copy of a call sheet dated May 23, 2023.

**RESPONSE TO ADMISSION NO. 415:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 416:**

Admit that WAYFARER_000118319 is a true and correct copy of a call sheet dated May 25, 2023.

**RESPONSE TO ADMISSION NO. 416:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 417:**

Admit that WAYFARER_000118325 is a true and correct copy of a call sheet dated May 26, 2023.

**RESPONSE TO ADMISSION NO. 417:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 418:**

Admit that WAYFARER_000008080 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2022 through December 31, 2022.

**RESPONSE TO ADMISSION NO. 418:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 419:**

Admit that WAYFARER_000008084 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2023 through December 31, 2023.

**RESPONSE TO ADMISSION NO. 419:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 420:**

Admit that WAYFARER_000008088 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period January 1, 2024 through December 31, 2024.

**RESPONSE TO ADMISSION NO. 420:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 421:**

Admit that WAYFARER_000008092 is a true and accurate copy of Wayfarer's Profit and Loss Statement for the period June 1, 2020 through December 31, 2020.

**RESPONSE TO ADMISSION NO. 421:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 422:**

Admit that WAYFARER_000127837 is a true and accurate copy of an email correspondence dated April 26, 2024 between Baldoni, Heath, and Alex Saks.

**RESPONSE TO ADMISSION NO. 422:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 423:**

Admit that WAYFARER_000122731 is a true and accurate copy of the executed Protections for Return to Production dated January 19, 2024.

**RESPONSE TO ADMISSION NO. 423:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 424:**

Admit that WAYFARER_000036457 is a true and accurate copy of the It Ends With Us Topline Thinking Marketing Assessment dated March 15, 2024.

**RESPONSE TO ADMISSION NO. 424:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 425:**

Admit that WAYFARER_000122669 is a true and accurate copy of the Blake Lively Actor Loanout Agreement, dated June 2, 2023.

**RESPONSE TO ADMISSION NO. 425:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 426:**

Admit that WAYFARER_000131431 is a true and accurate copy of an email correspondence dated April 30, 2024 between Heath, Lindsey Strasberg, Warren Zavala, and others.

**RESPONSE TO ADMISSION NO. 426:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 427:**

Admit that WAYFARER_000137714 is a true and accurate copy of the text exchange between Heath, Andrea Ajemian, and Alex Saks dated May 16, 2023.

**RESPONSE TO ADMISSION NO. 427:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 428:**

Admit that WAYFARER_000140503 is a true and accurate copy of the text exchange between Heath, Baldoni, and others dated January 2, 2024.

**RESPONSE TO ADMISSION NO. 428:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 429:**

Admit that WAYFARER_000140956 is a true and accurate copy of an email correspondence dated May 8, 2023 between Joseph Lanius, Lindsey Strasberg, and Imene Meziane, and attachments thereto marked WAYFARER_000140957.

**RESPONSE TO ADMISSION NO. 429:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 430:**

Admit that WAYFARER_000141577 is a true and accurate copy of the text exchange between Baldoni, Abel, Nathan, Heath, and others dated August 2, 2024, and attachments thereto marked WAYFARER_000141579, WAYFARER_000141583.

**RESPONSE TO ADMISSION NO. 430:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 431:**

Admit that WAYFARER_000141838 is a true and accurate copy of a video of Heath, Heath's wife, and Heath's newborn child.

**RESPONSE TO ADMISSION NO. 431:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 432:**

Admit that WAYFARER_000142431 is a true and accurate copy of a letter from the New

York State Division of Human Rights.

**RESPONSE TO ADMISSION NO. 432:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 433:**

Admit that WAYFARER_000142434 is a true and accurate copy of a calendar invite from Will Lisa dated May 4, 2023.

**RESPONSE TO ADMISSION NO. 433:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 434:**

Admit that WAYFARER_000133598 is a true and accurate copy of the August 21,2024 text exchange between Stephanie Jones, Heath, and Tera Hanks.

**RESPONSE TO ADMISSION NO. 434:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 435:

Admit that WAYFARER_000135366is a true and accurate copy of email correspondence dated July 26, 2024 between Katie Case and Nathan, and attachments thereto marked BALDONI_000030668.

## RESPONSE TO ADMISSION NO. 435:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 436:

Admit that WAYFARER_000136087 is a true and accurate copy of a text exchange between Heath, Nathan, and Abel on September 27, 2024.

## RESPONSE TO ADMISSION NO. 436:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 437:

Admit that WAYFARER_000137525 is a true and accurate copy of the June 16,2023 text

exchange between Heath, Dang, Matthew Mitchell, Stephanie Jones, and Baldoni.

**RESPONSE TO ADMISSION NO. 437:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 438:**

Admit that WAYFARER_000138791 is a true and accurate copy of the text exchange between Heath and an individual at Sony on April 24, 2024.

**RESPONSE TO ADMISSION NO. 438:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 439:**

Admit that WAYFARER_000139825 is a true and accurate copy of the July 25, 2024 text exchange between Stephanie Jones, Abel, and Tera Hanks.

**RESPONSE TO ADMISSION NO. 439:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 440:**

Admit that WAYFARER_000140049 is a true and accurate copy of the December 12, 2023 text exchange between Stephanie Jones and Tera Hanks.

**RESPONSE TO ADMISSION NO. 440:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 441:**

Admit that WAYFARER_000140057 is a true and accurate copy of the July 26, 2024 text exchange between Stephanie Jones and Tera Hanks.

**RESPONSE TO ADMISSION NO. 441:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 442:**

Admit that WAYFARER_000140062 is a true and accurate copy of the July 31, 2024 text exchange between Stephanie Jones and Tera Hanks.

**RESPONSE TO ADMISSION NO. 442:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 443:**

Admit that WAYFARER_000140067 is a true and accurate copy of the August 13, 2024 text exchange between Tera Hanks and Stephanie Jones.

**RESPONSE TO ADMISSION NO. 443:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 444:**

Admit that WAYFARER_000140111 is a true and accurate copy of an email correspondence dated May 8, 2023 to May 10, 2023 between Joseph Lanius, Lindsey Strasberg, Imene Meziane, David Weber, and Jaime Marchello, and an attachment thereto marked as WAYFARER_000140113.

**RESPONSE TO ADMISSION NO. 444:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 445:**

Admit that WAYFARER_000140115 is a true and accurate copy of an email correspondence dated November 10, 2023 to November 11, 2023 between Imene Meziane, Lindsey Strasberg, David Weber, and Joseph Lanius.

**RESPONSE TO ADMISSION NO. 445:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 446:**

Admit that WAYFARER_000140131 is a true and accurate copy of the Daily Prep Schedule dated May 4, 2023.

**RESPONSE TO ADMISSION NO. 446:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 447:**

Admit that WAYFARER_000140710 is a true and accurate copy of the email correspondence dated July 31, 2024 between Abel, Mitz Toskovic, Nathan, Heath, and Tera Hanks.

**RESPONSE TO ADMISSION NO. 447:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 448:**

Admit that WAYFARER_000140854 is a true and accurate copy of an email correspondence dated December 19, 2023 to January 18, 2024 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, David Weber, Jaime Marchello, Jessica Rodgers, and Heath, and attachments thereto marked as WAYFARER_000140863 [corrected] and WAYFARER_000140867.

**RESPONSE TO ADMISSION NO. 448:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 449:**

Admit that WAYFARER_000140991 is a true and accurate copy of an email correspondence dated November 9, 2023 between Lindsey Strasberg, Imene Meziane, Joseph Lanius, and David Weber and an attachment thereto marked as WAYFARER_000140992.

**RESPONSE TO ADMISSION NO. 449:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 450:**

Admit that WAYFARER_000142796 is a true and accurate copy of the powerpoint presentation entitled, "Respect in the Workplace: Preventing Discriminatory Harassment & Retaliation"

**RESPONSE TO ADMISSION NO. 450:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 451:**

Admit that WAYFARER_000142876 is a true and accurate copy of a text exchange between Tera Hanks and Stephanie Jones on August 14, 2024.

**RESPONSE TO ADMISSION NO. 451:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 452:**

Admit that WAYFARER_000150165 is a true and accurate copy of an email correspondence from Bryan Freedman to Gary Baum, BCC'ing Nathan and Wallace on February 11, 2025.

**RESPONSE TO ADMISSION NO. 452:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 453:**

Admit that WAYFARER_000030379 is a true and accurate copy of an email correspondence dated April 12, 2023 between Heath, Alex Saks, and others, and attachment thereto marked WAYFARER_000030380.

**RESPONSE TO ADMISSION NO. 453:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 454:**

Admit that WAYFARER_000111033 is a true and correct copy of an email dated February 1, 2023 between Baldoni and Ashmi Dang. Admit that WAYFARER_000003090 is a true and accurate copy of the April 5, 2023, email correspondence from Ashmi Elizabeth Dang, Justin Baldoni, to Andrea Gianetti, Alex Saks, Jamey Heath, and others, and attachments thereto marked as WAYFARER_000003091 and WAYFARER_000003434.

**RESPONSE TO ADMISSION NO. 454:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 455:**

Admit that WAYFARER_000141162 is a true and accurate copy of the December 20, 2024, email correspondence from Megan Twohey to Jennifer Abel, Melissa Nathan, and Bryan Freedman.

**RESPONSE TO ADMISSION NO. 455:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 456:**

Admit that WAYFARER_000006823 is a true and accurate copy of the May 14, 2024, email correspondence from Kate Egan to Jamey Heath and others, and attachments thereto marked as WAYFARER_000006825.

**RESPONSE TO ADMISSION NO. 456:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 457:**

Admit that WAYFARER_000010713 [corrected] is a true and accurate copy of the May 11, 2023, email containing a Zoom invite from "It Ends With Us" to Justin Baldoni, Jamey Heath, and Alex Saks.

**RESPONSE TO ADMISSION NO. 457:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 458:**

Admit that WAYFARER_000010008 is a true and accurate copy of the January 7. 2024, email correspondence from It Ends With Us to Jamey Heath and attachments thereto marked as WAYFARER_000010009.

**RESPONSE TO ADMISSION NO. 458:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 459:**

Admit that WAYFARER_000126472 is a true and accurate copy of the May 24, 2024, email correspondence from Justin Baldoni to Andrea Gianetti, Jamey Heath, Colleen Hoover, and others.

**RESPONSE TO ADMISSION NO. 459:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 460:**

Admit that WAYFARER_000138319 is a true and accurate copy of a text exchange dated January 21, 2023, between Jamey Heath, Justin Baldoni, Ashmi Elizabeth Dang, and

others.

**RESPONSE TO ADMISSION NO. 460:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 461:**

Admit that WAYFARER_000141469 is a true and accurate copy of a text exchange dated May 30, 2023, between Justin Baldoni and Alex Saks and attachments thereto marked as WAYFARER_000141473 and WAYFARER_000141483.

**RESPONSE TO ADMISSION NO. 461:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 462:**

Admit that WAYFARER_000141660 is a true and accurate copy of the February 1, 2019, email correspondence from Justin Baldoni to Collen Hoover, and others.

**RESPONSE TO ADMISSION NO. 462:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 463:**

Admit that WAYFARER_000141669 is a true and accurate copy of the April 2, 2019,

email correspondence from Collen Hoover to Justin Baldoni.

**RESPONSE TO ADMISSION NO. 463:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 464:**

Admit that WAYFARER_000141671 is a true and accurate copy of the July 11, 2019,

email correspondence from Collen Hoover to Justin Baldoni and others.

**RESPONSE TO ADMISSION NO. 464:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 465:**

Admit that WAYFARER_000118321 is a true and correct copy of a call sheet dated May 3, 2023.

**RESPONSE TO ADMISSION NO. 465:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 466:**

Admit that WME_00000049 is a true and accurate copy of text exchange between Baldoni and Danny Greenberg on May 15, 2023.

**RESPONSE TO ADMISSION NO. 466:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 467:**

Admit that WME_00000053 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on June 27, 2023.

**RESPONSE TO ADMISSION NO. 467:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 468:

Admit that WME_00000054 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on June 28, 2023.

## RESPONSE TO ADMISSION NO. 468:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 469:

Admit that WME_00000070 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on August 10, 2024.

## RESPONSE TO ADMISSION NO. 469:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 470:**

Admit that WME_00000447 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on November 22, 2022.

**RESPONSE TO ADMISSION NO. 470:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 471:**

Admit that WME_00000454 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 6, 2022.

**RESPONSE TO ADMISSION NO. 471:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 472:**

Admit that WME_00000456 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 8, 2022.

**RESPONSE TO ADMISSION NO. 472:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 473:

Admit that WME_00000459 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 15, 2022.

## RESPONSE TO ADMISSION NO. 473:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

## REQUEST FOR ADMISSION NO. 474:

Admit that WME_00000478 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on April 3, 2023.

## RESPONSE TO ADMISSION NO. 474:

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 475:**

Admit that WME_00000486 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on June 12, 2023.

**RESPONSE TO ADMISSION NO. 475:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 476:**

Admit that WME_00000491 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on October 5, 2023.

**RESPONSE TO ADMISSION NO. 476:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 477:**

Admit that WME_00000493 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on October 20, 2023.

**RESPONSE TO ADMISSION NO. 477:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 478:**

Admit that WME_00000501 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on November 9, 2023.

**RESPONSE TO ADMISSION NO. 478:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 479:**

Admit that WME_00000503 is a true and accurate copy of a text exchange between Heath and Greenberg on November 9, 2023.

**RESPONSE TO ADMISSION NO. 479:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 480:**

Admit that WME_00000505 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on November 14, 2023.

**RESPONSE TO ADMISSION NO. 480:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 481:**

Admit that WME_00000507 is a true and accurate copy of a text exchange between Danny Greenberg and Baldoni on November 14, 2023.

**RESPONSE TO ADMISSION NO. 481:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 482:**

Admit that WME_00000515 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on November 16, 2023.

**RESPONSE TO ADMISSION NO. 482:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 483:**

Admit that WME_00000521 is a true and accurate copy of a text exchange between Danny Greenberg and Baldoni on December 22, 2023.

**RESPONSE TO ADMISSION NO. 483:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 484:**

Admit that WME_00000528 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on January 4, 2024.

**RESPONSE TO ADMISSION NO. 484:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 485:**

Admit that WME_00000541 is a true and accurate copy of a text exchange between Danny Greenberg and Baldoni on February 25, 2024.

**RESPONSE TO ADMISSION NO. 485:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 486:**

Admit that WME_00000550 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on July 3, 2024.

**RESPONSE TO ADMISSION NO. 486:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 487:**

Admit that WME_00000566 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on August 11, 2024.

**RESPONSE TO ADMISSION NO. 487:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 488:**

Admit that WME_00000582 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on August 15, 2024.

**RESPONSE TO ADMISSION NO. 488:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 489:**

Admit that WME_00000584 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on August 16, 2024.

**RESPONSE TO ADMISSION NO. 489:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 490:**

Admit that WME_00000588 is a true and accurate copy of a text exchange between Baldoni, Heath, and Danny Greenberg on August 20, 2024.

**RESPONSE TO ADMISSION NO. 490:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 491:**

Admit that WME_00000591 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on August 26, 2024.

**RESPONSE TO ADMISSION NO. 491:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 492:**

Admit that WME_00000596 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on August 30, 2024.

**RESPONSE TO ADMISSION NO. 492:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 493:**

Admit that WME_00000620 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 20, 2024.

**RESPONSE TO ADMISSION NO. 493:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 494:**

Admit that WME_00000626 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on December 21, 2024.

**RESPONSE TO ADMISSION NO. 494:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 495:**

Admit that WME_00000630 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on December 21, 2024.

**RESPONSE TO ADMISSION NO. 495:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 496:**

Admit that WME_00000639 is a true and accurate copy of call log between Baldoni and Danny Greenberg on December 31, 2024.

**RESPONSE TO ADMISSION NO. 496:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 497:**

Admit that WME_00000640 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on December 31, 2024.

**RESPONSE TO ADMISSION NO. 497:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 498:**

Admit that WME_00000649 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on January 6, 2025.

**RESPONSE TO ADMISSION NO. 498:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 499:**

Admit that WME_00000726 is a true and accurate copy of an email correspondence from Danny Greenberg to Abel on August 9, 2024.

**RESPONSE TO ADMISSION NO. 499:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 500:**

Admit that WME_00001183 is a true and accurate copy of a text exchange between Baldoni, Danny Greenberg, and Heath on February 25, 2024.

**RESPONSE TO ADMISSION NO. 500:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 501:**

Admit that WME_00001185 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on March 12, 2024.

**RESPONSE TO ADMISSION NO. 501:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 502:**

Admit that WME_00001193 is a true and accurate copy of a text exchange between Baldoni and Danny Greenberg on March 25, 2024.

**RESPONSE TO ADMISSION NO. 502:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 503:**

Admit that WME_00001272 is a true and accurate copy of a text exchange between Heath and Danny Greenberg on July 29, 2024.

**RESPONSE TO ADMISSION NO. 503:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 504:**

Admit that WME_00001300 is a true and accurate copy of an email correspondence dated July 24, 2024 between Heath, Abel, Danny Greenberg, and Matthew Mitchell.

**RESPONSE TO ADMISSION NO. 504:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 505:**

Admit that WME_00001306 is a true and accurate copy of an email correspondence from Abel to Danny Greenberg on July 25, 2024.

**RESPONSE TO ADMISSION NO. 505:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 506:**

Admit that Exhibit 1 is a true and accurate copy of excerpts of the transcript of the video, "Material Wealth & Spirituality," posted by Baha'i Faith Modern Perspectives on YouTube on November 14, 2020, available at https://www.youtube.com/watch?v=4c_scJaI0iI.

**RESPONSE TO ADMISSION NO. 506:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 507:**

Admit that Exhibit 2 is a true and accurate copy of the transcribed interview captioned "Combining Religion, Business, and Philanthropy with Steve Sarowitz, Founder of Paylocity and Blue Marble Payroll," published by INspired INsider on March 2, 2021, available at

https://www.inspiredinsider.com/steve-sarowitz-interview/2/.

**RESPONSE TO ADMISSION NO. 507:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 508:**

Admit that Exhibit 3 is a true and accurate copy of the transcript of the video, "Steve Sarowitz – Why a Local Jewish Boy Became a Baha'i," posted by Baha'is of Highland Park on YouTube on April 11, 2022, available at

https://youtu.be/yEkQsQyiInk?si=CVUJX0XuXdsZOONK.

**RESPONSE TO ADMISSION NO. 508:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 509:**

Admit that Exhibit 4 is a true and accurate copy of the transcript of the video, "Boys Will Be Human | A Talk on Healthy Masculinity with Justin Baldoni," posted by NO MORE on YouTube on March 7, 2023, available at https://www.youtube.com/watch?v=t48m6Ee9G18.

**RESPONSE TO ADMISSION NO. 509:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 510:**

Admit that Exhibit 5 is a true and accurate copy of the article entitled "Race & Basketball: Former NBA Star Craig Hodges Locked In Fight With Justin Baldoni's Wayfarer Over Documentary Rights," authored by Peter White and published on Deadline on September 27, 2024, available at https://deadline.com/2024/09/craig-hodges-documentary-rights-battle-1236099439/.

**RESPONSE TO ADMISSION NO. 510:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 511:**

Admit that Exhibit 6 is a true and accurate copy of excerpts of the transcript of the video, "Billionaire Steve Sarowitz on Wealth, Philanthropy and Ethical Success," posted by ebbf ethical business building the future on YouTube on October 19, 2024, available at https://www.youtube.com/watch?v=f4r5N_QfNx0.

**RESPONSE TO ADMISSION NO. 511:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 512:**

Admit that Exhibit 7 is a true and accurate copy of the article entitled "Meet the Little Known Billionaire Caught Up in the Baldoni-Lively Scandal," authored by Monica Hunter-Hart and published on Forbes on January 7, 2025, available at

https://www.forbes.com/sites/monicahunterhart/2025/01/07/meet-the-little-known-blake-lively-steve-sarowitz-billionaire-caught-up-in-the-baldoni-livelyscandal/.

**RESPONSE TO ADMISSION NO. 512:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 513:**

Admit that Exhibit 8 is a true and accurate copy of the article entitled "Justin Baldoni's Lawyer Once Sued Him for Allegedly Stealing a Script From a Man With Cystic Fibrosis," authored by Gary Baum and published on The Hollywood Reporter on January 22, 2025, available at https://www.hollywoodreporter.com/business/business-news/justin-baldoni-lawyer-

bryan-freedman-sued-him-for-stealing-script-from-cystic-fibrosis-sufferer-travis-flores-1236114416/.

**RESPONSE TO ADMISSION NO. 513:**

    Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 514:**

    Admit that Exhibit 9 is a true and accurate copy of the article entitled "The REAL Reason Ryan Reynolds Jumped In to Save Wife Blake Lively's New film It Ends With Us From 'Disaster' – as Justin Baldoni Drama Reaches Fever Pitch," authored by James Vituscka and published on Daily Mail on August 14, 2024, available at

https://www.dailymail.co.uk/tvshowbiz/article-13743577/real-reason-Ryan-Reynolds-save-Blake-Lively-ends-us.html.

**RESPONSE TO ADMISSION NO. 514:**

    Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 515:**

    Admit that Exhibit 10 is a true and accurate copy of the article entitled "'It Ends With

Us' Sequel In Doubt Amid Blake Lively-Justin Baldoni Feud: 'There's Probably No World Where They Work Together Again,'" authored by Tatiana Siegel and published on Variety on August 27, 2024, available at https://variety.com/2024/film/news/it-ends-with-us-sequel-in-doubt-blake-lively-justin-baldoni-feud-1236114099/.

**RESPONSE TO ADMISSION NO. 515:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 516:**

Admit that Exhibit 11 is a true and accurate copy of the article entitled "Wayfarer Theater 'It Ends With Us' Movie Premiere," authored by VH Designs and published on VH Designs, available at https://vhdesigns.net/wayfarer-theater-it-ends-with-us-movie-premiere/.

**RESPONSE TO ADMISSION NO. 516:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 517:**

Admit that Exhibit 12 is a true and accurate copy of the transcript of the video "'It Ends With Us' Pop-Up & Non-Profit Partnership," posted by WGN-TV on August 14, 2024, available

at https://wgntv.com/spotlight-chicago/it-ends-with-us-pop-up-non-profit-partnershxip/amp/.

**RESPONSE TO ADMISSION NO. 517:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 518:**

Admit that Exhibit 13 is a true and accurate copy of the article entitled "PM Spokesman David Keyes to Resign After Sexual Misconduct Probe Closed," authored by Raphael Ahren and published on The Times of Israel on November 21, 2018, available at

https://www.timesofisrael.com/pm-spokesman-david-keyes-to-resign-as-sexual-misconduct-probe-closed-report/.

**RESPONSE TO ADMISSION NO. 518:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 519:**

Admit that Exhibit 14 is a true and accurate copy of the article entitled "David Keyes Was a 'Disgrace' to Women for Years: Who Let Him Get Away With It," authored by Aiden Pink and published on Forward on September 18, 2018, available at

https://forward.com/israel/410395/david-keyess-behavior-was-an-open-secret-howd-he-get-away-with-it-for/.

**RESPONSE TO ADMISSION NO. 519:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 520:**

Admit that Exhibit 15 is a true and accurate copy of the transcript of a voice note from Wallace to Sarowitz on March 3, 2025, marked as BBKOSLOW-000002571.

**RESPONSE TO ADMISSION NO. 520:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 521:**

Admit that Exhibit 16 is a true and accurate copy of the transcript of a voice note from Wallace to Sarowitz on March 3, 2025, marked as BBKOSLOW-000002644.

**RESPONSE TO ADMISSION NO. 521:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 522:**

Admit that Exhibit 17 is a true and accurate copy of the transcript of a recording of a phone conversation between Sarowitz and Claire Ayoub on August 29, 2024, marked as BL-000033428.

**RESPONSE TO ADMISSION NO. 522:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 523:**

Admit that Exhibit 18 is a true and accurate copy of the Complaint filed on July 21, 2025 in *Harco National Insurance Company v. Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, et al.*, No. 1:25-cv-5949 (S.D.N.Y.).

**RESPONSE TO ADMISSION NO. 523:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 524:**

Admit that Exhibit 19 is a true and accurate copy of the social media post captioned "hailey bieber's history of bullying many women (not just selena gomez) throughout the years: thread ~" posted by the username selovelenaa on X on August 4, 2024, available at https://x.com/selovelenaa/status/1820099207996575827.

**RESPONSE TO ADMISSION NO. 524:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 525:**

Admit that Exhibit 20 is a true and accurate copy of the article entitled "It Ends With Us Fans Are Convinced There's a Huge Feud Between Blake Lively and Justin Baldoni - Here's Why," authored by Lillian Gissen and published on Daily Mail on August 8, 2024, available at https://www.dailymail.co.uk/femail/article-13723621/blake-lively-justin-baldoni-feud-drama.html.

**RESPONSE TO ADMISSION NO. 525:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 526:**

Admit that Exhibit 21 is a true and accurate copy of the article entitled "Disturbing TRUTH Behind Why Blake Lively and Her It Ends With Us Stars Are Feuding with Justin Baldoni," authored by James Vituscka and Lillian Gissen and published on Daily Mail on August 9, 2024, available at https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html.

**RESPONSE TO ADMISSION NO. 526:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 527:**

Admit that Exhibit 22 is a true and accurate copy of the article entitled "Justin Baldoni Likens Blake Lively to a 'Ferrari' as He Talks the Magic of Movie-Set Friction," authored by Nicola Fahey and published by Elle on August 9, 2024, available at https://www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/.

**RESPONSE TO ADMISSION NO. 527:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 528:**

Admit that Exhibit 23 is a true and accurate copy of the article entitled "Justin Baldoni Laid His Heart on the Line for 'It Ends With Us,'" authored by Emily Sher and published by Today on August 9, 2024, available at

https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792.

**RESPONSE TO ADMISSION NO. 528:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 529:**

Admit that Exhibit 24 is a true and accurate copy of the transcript of the video entitled "The Blake Lively Interview That Made Me Want to Quit My Job," posted by Kjersti Flaa on YouTube on August 10, 2024, available at https://www.youtube.com/watch?v=F2-2RBi1qzY.

**RESPONSE TO ADMISSION NO. 529:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 530:**

Admit that Exhibit 25 is a true and accurate copy of the article entitled "Reporter Calls Out Blake Lively Over 'Uncomfortable' Interview that 'Made Her Want to QUIT Her Job' Amid It Ends With Us Drama," authored by Lillian Gissen and published by Daily Mail on August 14, 2024, made available at https://www.dailymail.co.uk/femail/article-13742877/reporter-blake-lively-interview-quit-ends-feud.html.

**RESPONSE TO ADMISSION NO. 530:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 531:**

Admit that Exhibit 26 is a true and accurate copy of the article entitled "How Blake Lively Copied Best Friend Taylor Swift to Promote It Ends With Us… Before Turning to Singer to Help Crisis Manage Backlash and Justin Baldoni Drama," authored by Lillian Gissen and published by Daily Mail on August 17, 2024, made available at https://www.dailymail.co.uk/tvshowbiz/article-13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html.

**RESPONSE TO ADMISSION NO. 531:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 532:**

Admit that Exhibit 27 is a true and accurate copy of the article entitled "How Blake Lively's Fairytale Turned Into a PR Nightmare: Amid a Growing Backlash, Alison Boshoff Reveals Where It All Went Wrong for Hollywood's Golden Girl," authored by Alison Boshoff and published by Daily Mail on August 20, 2024, made available at https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html.

**RESPONSE TO ADMISSION NO. 532:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 533:**

Admit that Exhibit 28 is a true and accurate copy of the transcript of the video entitled "Shame on Blake Lively & The New York Times," posted by The Sage Steele Show on Youtube

on January 7, 2025, made available at https://www.youtube.com/watch?v=2gMIYXxsNwg.

**RESPONSE TO ADMISSION NO. 533:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 534:**

Admit that Exhibit 29 is a true and accurate copy of the transcript of the video captioned "Shame on Blake Lively. Shame on The New York Times. Facts matter. Stay strong, Justin Baldoni. #blakelively #justinbaldoni #itendswithus #newyorktimes," posted by the username sagesteele on Instagram on January 7, 2025, made available at https://www.instagram.com/reel/DEiZu-9xGMB/?hl=en.

**RESPONSE TO ADMISSION NO. 534:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 535:**

Admit that Exhibit 30 is a true and accurate copy of the transcript of the video captioned "Blake Lively vs. Justin Baldoni. Justin Baldoni vs The New York Times. Here's why I'm so incredibly disappointed in Blake and so disgusted with The Times. #blakelively #justinbaldoni

#itendswithus #newyorktimes," posted by the username officialsagesteele on TikTok on January 7, 2025, made available at www.tiktok.com/@officialsagesteele/video/7457284296856866091.

**RESPONSE TO ADMISSION NO. 535:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 536:**

Admit that Exhibit 31 is a true and accurate copy of the transcript of the video captioned "Blake Lively vs. Justin Baldoni. Justin Baldoni vs The New York Times. Here's why I'm so incredibly disappointed in Blake and so disgusted with The Times. #blakelively #justinbaldoni #itendswithus #newyorktimes," posted by the username sagesteele on Threads on January 7, 2025, made available at https://www.threads.com/@sagesteele/post/DEiaZPeRV7s.

**RESPONSE TO ADMISSION NO. 536:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 537:**

Admit that Exhibit 32 is a true and accurate copy of the transcript of the video entitled "Shame on Blake Lively. Shame on The New York Times. Facts matter. Stay strong, Justin

Baldoni. #blakelively #justinbaldoni #itendswithus #newyorktimes," published by the username

sagesteele on Facebook on January 7, 2025, made available at

https://www.facebook.com/17841401462773682/videos/917775630132577/.

**RESPONSE TO ADMISSION NO. 537:**

      Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.


**REQUEST FOR ADMISSION NO. 538:**

      Admit that Exhibit 33 is a true and accurate copy of the transcript of the video captioned

"Shame on Blake Lively. Shame on The New York Times. Facts matter. Stay strong, Justin

Baldoni." published by Sage Steele on X on January 7, 2025, made available at

https://x.com/sagesteele/status/1876752992164044966?lang=en.

**RESPONSE TO ADMISSION NO. 538:**

      Responding Parties object that this Request is defective in form in that it does not seek

an admission by an individual party based on that party's personal knowledge. Instead, the

Request is directed to eight parties collectively, seeking a collective admission without regard to

the individual knowledge of a particular party. Accordingly, the Request cannot be answered in

its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 539:**

      Admit that Exhibit 34 is a true and accurate copy of the transcript of the podcast episode

entitled "Shame on Blake Lively & The New York Times," published by The Sage Steele Show

on Spotify on January 8, 2025, made available at

https://open.spotify.com/episode/1HvHMVCkWxm9JIpPHZPfFC.

**RESPONSE TO ADMISSION NO. 539:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.


**REQUEST FOR ADMISSION NO. 540:**

Admit that Exhibit 35 is a true and accurate copy of the transcript of the podcast episode

entitled "Shame on Blake Lively & The New York Times," published by The Sage Steele Show

on Apple Podcasts on January 8, 2025, made available at

https://podcasts.apple.com/us/podcast/shame-on-blake-lively-the-new-york-times/id1754460914?i=1000683220818.

**RESPONSE TO ADMISSION NO. 540:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request

is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its

current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 541:**

Admit that Exhibit 36 is a true and accurate copy of the transcript of the video entitled "Shame on Blake Lively & The New York Times," published by The Sage Steele Show on Audible on January 8, 2025, made available at https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP.

**RESPONSE TO ADMISSION NO. 541:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 542:**

Admit that Exhibit 37 is a true and accurate copy of the Second Amended Complaint filed on June 30, 2021 in *Shane Norman v. Wayfarer Entertainment, LLC and Justin Baldoni*, No. 20STCV46882 (Cal. Super. Ct., L.A. County, Dept. 62).

**RESPONSE TO ADMISSION NO. 542:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 543:**

Admit that Exhibit 38 is a true and accurate copy of the article entitled "Married Music

Executive, 46, Who Spent Night in $2,600 Hotel Room with 34-Year-Old Singer BEFORE She Died Breaks Cover After DailyMail.com Revealed Scandal," authored by Jennifer Smith and published on Daily Mail on April 13, 2023, available at

https://www.dailymail.co.uk/news/article-11969427/Woman-dead-Setai-bathtub-died-overdose-ordering-food.html.

**RESPONSE TO ADMISSION NO. 543:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 544:**

Admit that Exhibit 39 is a true and accurate copy of the article entitled "'It's a Terrible Tragedy': Business Advisor for Drake and Other Top Musicians Who Was in Miami Hotel Room with Woman Found Dead in Bathtub Claims They Were Working on Music Together," authored by Aneeta Bhole and published on Daily Mail on April 13, 2023, available at

https://www.dailymail.co.uk/news/article-11967293/Music-rep-reveals-woman-dead-bathtub-Miami-Beach-suite-budding-musician.html.

**RESPONSE TO ADMISSION NO. 544:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the

individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 545:**

Admit that Exhibit 40 is a true and accurate copy of the article entitled "Music Exec David Bolno Woman Found Dead in his Miami Hotel Room . . . Cops Investigate, He's Not Person of Interest," authored by TMZ Staff and published on TMZ on April 13, 2023, available at https://www.tmz.com/2023/04/13/david-bolno-laura-lozano-death-miami-music-management-justin-bieber-drake-post-malone/.

**RESPONSE TO ADMISSION NO. 545:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 546:**

Admit that Exhibit 41 is a true and accurate copy of the article entitled "Music rep David Bolno cleared in death of aspiring musician in Miami Beach," authored by Nika Shakhnazarova and Selim Algar and published on the New York Post, available at https://nypost.com/2023/04/13/music-rep-david-bolno-named-person-of-interest-in-connection-with-miami-death/.

**RESPONSE TO ADMISSION NO. 546:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 547:**

Admit that Exhibit 42 is a true and accurate copy of the article entitled "How Singer Camila Sterling Died in Scooter Braun Pal David Bolno's Hotel Room" authored by Jack Newsham and published on Business Insider on November 22, 2023, available at https://www.businessinsider.com/singer-camila-sterling-died-david-bolno-hotel-room-2023-11.

**RESPONSE TO ADMISSION NO. 547:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 548:**

Admit that Exhibit 43 is a true and accurate copy of the article entitled "Truth behind 'It Ends With Us' feud rumors: Justin Baldoni made Blake Lively 'uncomfortable,' sources say," authored by Sara Nathan and published on Page Six on August 9, 2024, available at https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/.

**RESPONSE TO ADMISSION NO. 548:**

Responding Parties object that this Request is defective in form in that it does not seek an

admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 549:**

Admit that Exhibit 44 is a true and accurate copy of the article entitled "Justin Baldoni Hires Crisis PR Veteran Amid Alleged 'It Ends With Us' Rift," authored by Carly Thomas and Pamela McClintock and published on The Hollywood Reporter on August 13, 2024, available at https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/.

**RESPONSE TO ADMISSION NO. 549:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 550:**

Admit that Exhibit 45 is a true and accurate copy of the article entitled "'It Ends With Us': Justin Baldoni's Wayfarer Studios Partners With Nonprofit No More to Provide Resources for Survivors of Abuse," authored by Katcy Stephan and published on Variety on August 14, 2024, available at https://variety.com/2024/film/news/it-ends-with-us-justin-baldoni-nonprofit-wayfarer-studios-no-more-1236107116/.

**RESPONSE TO ADMISSION NO. 550:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 551:**

Admit that Exhibit 46 is a true and accurate copy of the article entitled "Every Counterclaim Made in Justin Baldoni's $250 Million Lawsuit Against The New York Times," authored by Russell Steinberg and published on Us Magazine on January 1, 2025, available at https://www.usmagazine.com/entertainment/news/every-counterclaim-about-blake-lively-in-justin-baldonis-lawsuit/.

**RESPONSE TO ADMISSION NO. 551:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 552:**

Admit that Exhibit 47 is a true and accurate copy of the article entitled "Baldoni's Lawyer to Blake Lively Settle My Way, or I Grill Taylor Swift," authored by TMZ Staff and published on TMZ on February 5, 2025, available at https://www.tmz.com/2025/02/05/taylor-

swift-deposition-justin-baldoni-blake-lively-case/.

**RESPONSE TO ADMISSION NO. 552:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 553:**

Admit that Exhibit 49 is a true and accurate copy of the article entitled "Justin Baldoni accuses Blake Lively of enlisting Taylor Swift to 'pressure' him in explosive new lawsuit," authored by Lillian Gissen and published on Daily Mail on January 16, 2025, available at https://www.dailymail.co.uk/tvshowbiz/article-14284881/justin-baldoni-blake-lively-celebrity-friend-pressure-lawsuit.html.

**RESPONSE TO ADMISSION NO. 553:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 554:**

Admit that Exhibit 51 is a true and accurate copy of the public statement entitled "Statement to the New York Times from Bryan Freedman, attorney for Justin Baldoni, Wayfarer Studios and all its representatives," published on The New York Times on December 21, 2024,

available at https://www.nytimes.com/interactive/2024/12/21/us/statement-to-the-new-york-times.html.

**RESPONSE TO ADMISSION NO. 554:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 555:**

Admit that Exhibit 52 is a true and accurate copy of the article entitled "Justin Baldoni's Lawyer Decries 'Revoltingly False Sexual Allegations' from Blake Lively As Lawsuits Fly; Brands At Business Heart of Dispute," authored by Dominic Patten and published on Deadline on January 18, 2025, available at https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/.

**RESPONSE TO ADMISSION NO. 555:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 556:**

Admit that Exhibit 53 is a true and accurate transcript of the video "Secrets of Disgusting Media, & Explosive Details About Blake Lively, w/ Billy Bush & Bryan Freedman," posted by

Megyn Kelly on YouTube on January 7, 2025, available at

https://www.youtube.com/watch?v=Q4yniMqrlgI.

**RESPONSE TO ADMISSION NO. 556:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

**REQUEST FOR ADMISSION NO. 557:**

Admit that Exhibit 54 is a true and accurate copy of the article entitled "Justin Baldoni's lawyer says he won't be 'bullied' into silence by 'petrified' Blake Lively, Ryan Reynolds after gag order request," authored by BreAnna Bell and published on Page Six on January 25, 2025, available at https://pagesix.com/2025/01/25/celebrity-news/justin-baldonis-lawyer-says-he-wont-be-bullied-into-silence-by-petrified-blake-lively-ryan-reynolds-after-gag-order-request/.

**RESPONSE TO ADMISSION NO. 557:**

Responding Parties object that this Request is defective in form in that it does not seek an admission by an individual party based on that party's personal knowledge. Instead, the Request is directed to eight parties collectively, seeking a collective admission without regard to the individual knowledge of a particular party. Accordingly, the Request cannot be answered in its current form with a simple admit or deny without an explanation.

Respectfully submitted,

Dated:  November 13, 2025          LINER FREEDMAN TAITELMAN +
        Los Angeles, CA            COOLEY, LLP


*/s/ Bryan Freedman*
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
Amir Kaltgrad (admitted *pro hac vice*)
Theresa M. Troupson (admitted *pro hac vice*)
Summer Benson (admitted *pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
        egarofalo@lftcllp.com
        kzeldin@lftcllp.com
        akaltgrad@lftcllp.com
        ttroupson@lftcllp.com
        sbenson@lftcllp.com
        jsunshine@lftcllp.com


MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
        kaf@msf-law.com


AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
        jbach@shapiroarato.com
        abuttrick@shapiroarato.com

*Attorneys for Wayfarer Studios LLC, Jamey Heath, Justin Baldoni, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

241

<u>**CERTIFICATE OF SERVICE**</u>

I, Cortni' A. Davis, do hereby certify that I am not less than 18 years of age and that on this 10th day of November 2025, I caused a copy of the within **DEFENDANTS WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL'S RESPONSES AND OBJECTIONS TO PLAINTIFF BLAKE LIVELY'S FIRST SET OF REQUESTS FOR ADMISSION** be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 13, 2025
    Los Angeles, CA

*/s/ Vaneta D. Birtha*
Vaneta D. Birtha

## SERVICE LIST
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

**MANATT, PHELPS & PHILLIPS, LLP**                    *Attorneys for Plaintiff*
Esra Hudson, Esq.
Sarah E. Moses, Esq.
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4381
Email: ehudson@manatt.com
        SMoses@manatt.com

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
Telephone: (212) 790-4500
Email: mbruno@manatt.com

**WILKIE FARR & GALLAGHER LLP**                    *Attorneys for Plaintiff*
Aaron E. Nathan, Esq.
Michaela A. Connolly, Esq.
787 7th Avenue
New York, NY 10019
Telephone: (212) 778-8000
Email: anathan@wilkie.com
        mconnolly@wilkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W., Suite 100
Washington, DC 20006-1238
Telephone: (202) 303-1000
Email: mgottlieb@willkie.com
        kbender@willkie.com

**HAYNES AND BOONE, LLP**                                    *Attorneys for Plaintiff*
Laura Lee Prather
Michael Lambert
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470
Email: laura.prather@haynesboone.com
         Michael.lambert@haynesboone.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**    *Attorneys for Third Party*
Kristin Tahler                                              *Defendant Jonesworks LLC*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3615
Email: kristintahler@quinnemanuel.com

Maaren Alia Shah
Morgan L. Anastasio
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7452
Email: maarenchoksi@quinnemanuel.com
Email: morgananastasio@quinnemanuel.com

Nicholas Inns
1300 I St NW, Suite 900
Washington, DC 20005
Telephone: (202) 774-6147
Email: nicholasinns@quinnemanuel.com

**DUNN ISAACSON RHEE LLP**                                  *Attorneys for Plaintiff*
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email: mgovernski@dirllp.com

**AHOURAIAN LAW**                                    *Co-Counsel for Defendants*
Mitra Ahouraian                                      *Wayfarer Studios LLC, Justin*
2029 Century Park East, 4th Floor                    *Baldoni, Jamey Heath, It Ends*
Los Angeles, CA 90067                                *With Us Movie LLC, Steve*
Telephone: (310) 867-2777                                           *Sarowitz*
Email: mitra@ahouraianlaw.com

**MEISTER SEELIG & FEIN PLLC**
Stacey Michelle Ashby
Mitchell Schuster
Kevin A. Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile:  (212) 655-3535
Email: ms@msf-law.com
         kaf@msf-law.com
         sma@msf-law.com

*Co-Counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Melissa Nathan, Agency Group PR LLC, and Defendant / Third Party Plaintiff Jennifer Abel*

**SHAPIRO ARATO BACH**
Alexandra A.E. Shapiro
Jonathan P. Bach, Esq.
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Telephone: (212) 257-4880
Email: ashapiro@shapiroarato.com
         jbach@shapiroarato.com

*Co-Counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Melissa Nathan, Agency Group PR LLC, and Defendant / Third Party Plaintiff Jennifer Abel*

**JACKSON WALKER L.L.P**
Charles L. Babcock, IV
Joel Glover
1401 Mckinney Street, Suite 1900
Houston, TX 77010
Tel: 713-752-4226
Fax: 713-752-4560
Email: cbabcock@jw.com
         jglover@jw.com

*Attorneys for Defendants Jed Wallace and Street Relations, Inc.*