**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | |
| WAYFARER STUDIOS LLC, et al., | |
| Plaintiffs, | |
| v. | No. 25-cv-449 (LJL) (member case) |
| BLAKE LIVELY, et al., | |
| Defendants. | |

**DECLARATION OF KRISTIN E. BENDER FOR MS. LIVELY'S LETTER IN
SUPPORT OF THE JONES PARTIES' MOTION TO COMPEL THIRD-PARTY
KATHERINE CASE TO PRODUCE RELEVANT, NON-PRIVILEGED MATERIALS**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice before this Court, a partner in the law firm of

Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record

for Plaintiff Blake Lively in the above-captioned action.

2.      I respectfully submit this declaration in support of Ms. Lively's letter in support of

Stephanie Jones and Jonesworks LLC's (the "Jones Parties") motion to compel third-party

Katherine Case to produce relevant, non-privileged materials in response to the Rule 45 subpoena

duces tecum served on her.  I also submit the declaration to place before the Court a true and correct copy of the following documents:

3.      Attached as **Exhibit A** is a true and correct copy of the subpoena issued by Ms. Lively to Ms. Case dated February 28, 2025.

4.      Attached as **Exhibit B** is a true and correct copy of the transcript of the hearing on Ms. Lively's motion to compel Ms. Case and Ms. Koslow held in this Court in Case No. 24-10049 dated June 24, 2025.

5.      Attached as **Exhibit C** is a true and correct copy of a text message chain between Melissa Nathan and Jennifer Abel, dated August 2, 2024, bearing Bates stamp NATHAN_000005552.

6.      Attached as **Exhibit D** is a true and correct copy of an excerpt of the transcript of Melissa Nathan's deposition, dated September 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 19, 2025          */s/ Kristin E. Bender*
                                  WILLKIE FARR & GALLAGHER LLP
                                  1875 K Street NW
                                  Washington, DC 20006
                                  (202) 303-1000
                                  kbender@willkie.com