**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>     Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>     Defendants. | No. 24-cv-10049 (LJL) (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>     Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>     Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>     Consolidated Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>     Consolidated Defendants. | |

**CERTIFICATE OF SERVICE**

   I, Michaela A. Connolly, hereby certify that, on the date set forth below, I caused a copy of the sealed Letter in Support of Stephanie Jones's and Jonesworks LLC's Motion to Compel, dated November 13, 2025, in *Jones, et al. v. Abel, et al*, U.S. District Court for the Southern District of New York (Case No. 1:25-cv-00779-LJL) and accompanying sealed exhibits (Dkt. Nos. 991–994), to be served upon the individuals on the attached service list.

Dated: November 20, 2025

<u>*/s/ Michaela A. Connolly*</u>
Michaela A. Connolly

**SERVICE LIST**

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
Bryan J. Freedman
Ellyn S. Garofalo
Kim S. Zeldin
Theresa M Troupson
Amir Kaltgrad
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com
ttroupson@lftcllp.com
akaltgrad@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**
Mitchell Schuster
Kevin Fritz
David A. Gold
Joaquin Ezcurra
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
dag@msf-law.com
je@msf-law.com

**AHOURAIAN LAW**
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

*Attorneys for Defendants Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Wayfarer Studios LLC, Melissa Nathan, Jennifer Abel, The Agency Group PR LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3615
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, NY 10016
212-849-7452
maarenchoksi@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns
1300 I St NW, Suite 900
Washington, DC 20005
202-774-6147
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant Jonesworks LLC*

2