

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**Maxwell Breed**
Partner

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

November 20, 2025

<u>VIA ECF</u>

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: ***Jones et al. v. Abel et al.*, No. 1:25-cv-00779-LJL**

Dear Judge Liman:

  On behalf of nonparty Katherine Case, we respectfully respond to Ms. Lively's untimely response to the Jones Parties' motion to compel—on which the Court has now set a November 24, 2025 hearing—solely for the purpose of correcting the record. (Dkt. 993; Jones Dkts. 166, 180). The central position of Ms. Lively's submission rests on her counsel's assertion that Ms. Case's potential production of additional records "confirms that there are documents responsive to Ms. Lively's document requests that were improperly withheld." (Dkt. 993 at 2). That averment is incorrect.

  Following extensive negotiations and motion practice, Ms. Case conducted a review based upon agreed search terms that were applied to agreed sources and to a date range set by the Court (Dkt. 381). Ms. Case produced all responsive, nonprivileged documents identified through that process. The assertion that—because additional, potentially responsive records may exist outside of those parameters—Ms. Case somehow "withheld" records is thus untrue (as Ms. Lively's counsel knows, or should know).

  We thank the Court for its attention and consideration. As noted in our last submission, we will abide the Court's instructions on this application, just as we have done before.

            Respectfully,

            Maxwell Breed