UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
                              Plaintiff, :
:      24-cv-10049 (LJL)
      -v- :
:      ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS, INC., :
:
                              Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Blake Lively ("Lively") seeks to supplement Rule 11 motions that she and her husband Ryan Reynolds ("Reynolds") filed in May 2025. Dkt. No. 972. The Wayfarer Parties oppose the motion and request that at the very least they be granted leave to file a more fulsome substantive response within two weeks. Dkt. No. 980.

      Without prejudging the question of whether after-acquired evidence may be used to supplement Rule 11 motions such as the ones at issue here, the Wayfarer Parties are granted leave to file a more fulsome substantive response within two weeks of the date of this Order. Lively shall have one week from the date of that response to reply.

      SO ORDERED.

Dated: November 20, 2025
       New York, New York
                                                      LEWIS J. LIMAN
                                                      United States District Judge