UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BLAKE LIVELY,

               Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,

               Defendants.

---------------------------------------------------------------- x
JENNIFER ABEL,

               Third-Party Plaintiff,

v.

JONESWORKS LLC,

               Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF BLAKE LIVELY'S <u>MOTION FOR SPOLIATION SANCTIONS AGAINST DEFENDANTS</u>**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni ("Baldoni") Jamey Heath ("Heath"), Steve Sarowitz ("Sarowitz"), It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan ("Nathan"), The Agency Group PR LLC ("TAG"), and Jennifer Abel ("Abel") (collectively, the "Wayfarer Parties").

1

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of Blake Lively's deposition, taken on July 30, 2025.

3. Attached as **Exhibit 2** is a true and correct copy of a document bearing the Bates number WAYFARER_000141293.

4. Attached as **Exhibit 3** is a true and correct copy of a document bearing the Bates numbers WAYFARER_000149780-81.

5. Attached as **Exhibit 4** is a true and correct copy of an excerpt of the transcript of Andrea Giannetti's deposition, taken on September 23, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of an excerpt of the transcript of Blake Lively's deposition, taken on July 30, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of an excerpt of the transcript of Andrea Giannetti's deposition, taken on September 23, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of a document bearing the Bates numbers SPE_BL0003512-14.

9. Attached as **Exhibit 8** is a true and correct copy of an excerpt of the transcript of Jamey Heath's deposition, taken on October 9, 2025.

10. Attached as **Exhibit 9** is a true and correct copy of an excerpt of the transcript of Andrea Gianetti's deposition, taken on September 23, 2025.

11. Attached as **Exhibit 10** is a true and correct copy of an excerpt of the transcript of Jamey Heath's deposition, taken on October 9, 2025.

12. Attached as **Exhibit 11** is a true and correct copy of a document bearing the Bates numbers BALDONI_000026204-06.

13. Attached as **Exhibit 12** is a true and correct copy of a document bearing the Bates numbers BL-000020899-901.

14. Attached as **Exhibit 13** is a true and correct copy of a document bearing the Bates numbers BL-000018396-400.

15. Attached as **Exhibit 14** is a true and correct copy of a document bearing the Bates numbers BL-000019326-30.

16. Attached as **Exhibit 15** is a true and correct copy of a document bearing the Bates numbers BL-000019455-57.

17. Attached as **Exhibit 16** is a true and correct copy of a document bearing the Bates numbers SPE_WF0000641-42.

18. Attached as **Exhibit 17** is a true and correct copy of a document bearing the Bates numbers BL-000022958-59.

19. Attached as **Exhibit 18** is a true and correct copy of an excerpt of the transcript of Justin Baldoni's deposition, taken on October 7, 2025.

20. Attached as **Exhibit 19** is a true and correct copy of an excerpt of the transcript of Danny Greenberg's deposition, taken on September 19, 2025.

21. Attached as **Exhibit 20** is a true and correct copy of a document bearing the Bates number BALDONI_000018831.

22. Attached as **Exhibit 21** is a true and correct copy of a document bearing the Bates numbers SPE_WF0000415-17.

23. Attached as **Exhibit 22** is a true and correct copy of a document bearing the Bates numbers WME_00001254-55.

24. Attached as **Exhibit 23** is a true and correct copy of a document bearing the Bates numbers WME_00001266-67.

25. Attached as **Exhibit 24** is a true and correct copy of an excerpt of the transcript of Jamey Heath's deposition, taken on October 9, 2025.

26. Attached as **Exhibit 25** is a true and correct copy of an excerpt of the transcript of Steve Sarowitz's deposition, taken on October 3, 2025.

27. Attached as **Exhibit 26** is a true and correct copy of a document bearing the Bates number WAYFARER_000141754.

28. Attached as **Exhibit 27** is a true and correct copy of a document bearing the Bates number WAYFARER_000141765.

29. Attached as **Exhibit 28** is a true and correct copy of an excerpt of the transcript of Colleen Hoover deposition, taken on September 29, 2025.

30. Attached as **Exhibit 29** is a true and correct copy of a document bearing the Bates numbers BL-000020979-81.

31. Attached as **Exhibit 30** is a true and correct copy of a document bearing the Bates numbers SPE_BL0008472-73.

32. Attached as **Exhibit 31** is a true and correct copy of a document bearing the Bates number WME_00001051.

33. Attached as **Exhibit 32** is a true and correct copy of a document bearing the Bates numbers SPE_BL0003328-35.

34. Attached as **Exhibit 33** is a true and correct copy of a document bearing the Bates numbers WAYFARER_000142484-90.

35. Attached as **Exhibit 34** is a true and correct copy of a document bearing the Bates numbers KCASE-000005773-78.

36. Attached as **Exhibit 35** is a true and correct copy of a document bearing the Bates numbers NATHAN_000003795-96.

37. Attached as **Exhibit 36** is a true and correct copy of a document bearing the Bates numbers SR 1.00000011-12.

38. Attached as **Exhibit 37** is a true and correct copy of a document bearing the Bates numbers HEATH_000049558-60.

39. Attached as **Exhibit 38** is a true and correct copy of a document bearing the Bates numbers NATHAN_000005497-98.

40. Attached as **Exhibit 39** is a true and correct copy of a document bearing the Bates numbers NATHAN_000000278-80.

41. Attached as **Exhibit 40** is a true and correct copy of a document bearing the Bates numbers NATHAN_000003599-611

42. Attached as **Exhibit 41** is a true and correct copy of an excerpt of the transcript of Steve Sarowitz's deposition, taken on October 3, 2025.

43. Attached as **Exhibit 42** is a true and correct copy of an excerpt of the transcript of Melissa Nathan's deposition, taken on September 29, 2025.

44. Attached as **Exhibit 43** is a true and correct copy of an excerpt of the transcript of Katherine Case's deposition, taken on September 5, 2025.

45. Attached as **Exhibit 44** is a true and correct copy of a document bearing the Bates numbers ABEL_000021588-601.

46. Attached as **Exhibit 45** is a true and correct copy of an excerpt of the transcript of Jennfier Abel's deposition, taken on September 6, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2025
       Los Angeles, CA

                                         By: */s/ Ellyn S. Garofalo*
                                         LINER FREEDMAN TAITELMAN + COOLEY, LLP
                                              Ellyn S. Garofalo
                                              1801 Century Park West, 5th Floor
                                              Los Angeles, CA 90067
                                              Tel: (310) 201-0005
                                              Email: egarofalo@lftcllp.com

470221.1