# EXHIBIT 3

| | |
|---|---|
| **From:** | Melissa N████████████ |
| **Sent:** | Thu, 6 Feb 2025 18:55:44 -0500 (EST) |
| **To:** | Brendon Geoffrion ████████████ |
| **Cc:** | Bryan Freedman ████████████; Jennifer Abel ████████████; Summer Benson ████████████; Jason Sunshine <████████████>; Theresa Troupson <████████████> |
| **Subject:** | Fwd: It Ends With Us HR Complaint |

Hi Brendon-

As always, we fully appreciate you coming to us to doublecheck facts.

Sharing the below with you, this is a letter from the head of Wayfarer HR sent today in reference to your enquiry.

To be clear, there was never at any point to date any registered HR complaints minus the one listed below.

And if there was- just like the one below, there would've been a full investigation and all parties would've been notified.

I hope this clears it up,
Thank you very much as always
Melissa


---------- Forwarded message ---------
From: **Cynthia Barnes-Slater** ████████████
Date: Thu, Feb 6, 2025 at 3:50 PM
Subject: Re: It Ends With Us HR Complaint
To: ████████████, <████████████>, <████████████>, <████████████>, Imene Meziane <████████████>, Jamey Heath ████████████, <████████████>


To Whom It May Concern:

This email confirms that the only HR complaint Wayfarer received related to the It Ends With Us production is as follows:

A sound engineer who interviewed for a position on the film in early April 2023 filed a complaint with his union alleging age discrimination after learning he was not selected. Wayfarer then launched a formal HR investigation, engaging a third-party investigator. The investigation found no wrongdoing by the production or by Justin Baldoni. The individual was informed of the findings and later pursued a complaint with the state against both Wayfarer and Justin Baldoni. The state later issued a notice of dismissal, officially closing the matter.

To be clear, there were no other HR complaints regarding the It Ends With Us production or any involved parties.

I hope this provides clarity on the matter.

Inline imagery


Cynthia Barnes Slater
Head of Human Resources




--

 

**Jamey Heath**
President
Wayfarer Studios

CONFIDENTIAL WAYFARER_000149781