# EXHIBIT 18

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL)  (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10   _____
     JENNIFER ABEL,
11            Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
              Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14            Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.
              Consolidated Defendants.
16   _____
17                   **CONFIDENTIAL**
18                      VOLUME II
19     VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI
20              Los Angeles, California
21              Tuesday, October 7, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 328

1  in their circle, Hugh Jackman, Shawn Levy,
2  Taylor Swift.
3            By that point, as I testified earlier, I
4  was essentially forced, or threatened, to step down
5  off my film.  I wasn't able to finish my own film
6  even considering it tested higher.  Somehow the
7  actress of my movie who was not a producer was able
8  to take complete control of the film.
9            By this point, Ms. Lively had requested
10 that my name be removed.  So I had my "a film by
11 credit" removed.  I was removed from the majority of
12 marketing materials, from the poster.  I was being
13 removed, for the most, from the trailer.  I know
14 that she had been working with Taylor Swift to make
15 sure that she got the song that she wanted in the
16 film.  And I had assumed that that was not a battle
17 or a fight that I could ever win.
18           All of the cast had unfollowed me.  Which
19 is a very public thing to do right before a movie
20 comes out, all in unison.  And at that time, I was
21 being threatened via my agency that if I didn't
22 release a statement, then -- then the gloves would
23 come off.
24           Now, I don't know the exact sequence of
25 the time in which I sent that text.  But I will tell

CONFIDENTIAL

Page 358

**REPORTER'S CERTIFICATE**

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 8th day of October, 2025.

ASHLEY SOEVYN
CSR No. 12019