# EXHIBIT 20

**Thread Participants:** ▮▮▮ Julie Walker; ▮▮▮ ▮▮▮ (Owner); ▮▮▮ ▮▮▮ (Owner); ▮▮▮ Justin Baldoni (Owner); ▮▮▮ Justin Baldoni (Owner); ▮▮▮ J B (Owner)
**Active Participants:** ▮▮▮ (Owner)
**First Message:**   2/22/2024 11:40:56 PM
**Last Message:**   2/22/2024 11:40:56 PM

▮▮▮ (Owner)
If you have five minutes to meditate on another predicament - we got the call today that Blake won't promote the movie unless I let her into the edit with me.
2/22/2024 11:40:56 PM

CONFIDENTIAL

BALDONI_000018831