# EXHIBIT 24

CONFIDENTIAL

Page 1

1        UNITED STATES DISTRICT COURT
2      FOR THE SOUTHERN DISTRICT OF NEW YORK
3                    ---oOo---
4
5   BLAKE LIVELY,
6              Plaintiff,
7     vs.         CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
8
    WAYFARER STUDIOS LLC, ET AL.,
9
               Defendants.
10  _____
    JENNIFER ABEL,
11             Third-party Plaintiff,
      vs.
12  JONESWORKS, LLC,
               Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.,
14             Consolidated Plaintiffs,
      vs.
15  BLAKE LIVELY, et al.,
               Consolidated Defendants.
16  _____
17                  **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20              Los Angeles, California
21             Thursday, October 9, 2025
22
23  Stenographically Reported by:  Ashley Soevyn,
24  CALIFORNIA CSR No. 12019
25

1    THE WITNESS:  Sorry.  Danny then called
2  me after the call with Patrick.  He may have been on
3  the call as Patrick, as well, Danny.  I just don't
4  recall.  He called me shortly after the call and was
5  going to read to us a letter that the Reynolds -- I
6  guess I can refer to both of them as the Reynolds --
7  had written, and I could not believe what was
8  happening.  So I recorded it because I wanted it
9  documented.
10 BY MS. SHAH:
11     Q    What about the --
12     A    Not -- not only documented.  I also -- he
13 was going to dictate to me a letter, and I didn't
14 have a hard copy of it, so I wanted to record it so
15 that I could actually write it down and have it.
16     Q    And what about the Sony marketing call?
17          MS. SHAPIRO:  Objection.
18          THE WITNESS:  In the Sony call, we were
19 planning how to navigate these two different
20 premieres, the ins and outs about it or whatever was
21 gonna -- how it was going to look.  And we had, from
22 what I believed, a really good relationship with
23 Sony.  But it started feeling like there was -- and
24 while I understand they have to kind of pay
25 middleman to whatever they think is going on or not

CONFIDENTIAL

Page 348

# REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 10th day of October 2025.

_____

ASHLEY SOEVYN
CSR No. 12019