# EXHIBIT 25

CONFIDENTIAL

Page 1

1               UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF NEW YORK
3                       ---oOo---
4
5   BLAKE LIVELY,
6                    Plaintiff,
7       vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)
                            25-CV-449 (LJL) (MEMBER CASE)
8
    WAYFARER STUDIOS LLC, ET AL.,
9
                     Defendants.
10  _____
    JENNIFER ABEL,
11             Third-party Plaintiff,
       vs.
12  JONESWORKS, LLC,
               Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.,
14             Consolidated Plaintiffs,
       vs.
15  BLAKE LIVELY, et al.,
               Consolidated Defendants.
16  _____
17                  **CONFIDENTIAL**
18
19     VIDEO-RECORDED DEPOSITION OF STEVE SAROWITZ
20                Los Angeles, California
21               Friday, October 3, 2025
22
23  Stenographically Reported by:  Ashley Soevyn,
24  CALIFORNIA CSR No. 12019
25

CONFIDENTIAL

Page 140

1  had also been some rumors that they were attacking
2  the Baha'i faith.  There is probably a lot more, but
3  that's a good start.
4  BY MR. GOTTLIEB:
5        Q     Okay.
6        A     Oh, one other -- couple other things.
7  They had locked -- our entire team, including
8  myself, put, as you mentioned, that $30 million
9  figure into the movie, and they locked me completely
10 out of the premiere, and along with Justin and Jamey
11 and everyone else and relegated us to the basement
12 in a separate -- and also not allowed us to be on
13 the red carpet except in specified times.
14            And had -- I don't know if I mentioned
15 this -- isolated Justin from all the -- all the
16 publicity.  So he was not allowed to do publicity
17 with anyone else.  Not allowed to be photographed
18 with anyone else.  And I guess, probably, believe it
19 or not -- and fired -- this is probably the things
20 that bothered me the most.  Were -- they -- she
21 actively fired our editors, our composer, and
22 assistant producer, among others.  And had removed
23 the -- had removed Justin from the poster.  And then
24 removed what Justin had in his cut, from her cut,
25 which was released, the reference to the

CONFIDENTIAL

Page 365

1              REPORTER'S CERTIFICATE

2              I, ASHLEY SOEVYN, a Certified Shorthand

3    Reporter of the State of California, do hereby

4    certify:

5              That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    at which time the witness was put under oath by me;

8              That the testimony of the witness, the

9    questions propounded, and all objections and

10   statements made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13             That a review of the transcript by the

14   deponent was/ was not requested;

15             That the foregoing is a true and correct

16   transcript of my shorthand notes so taken.

17             I further certify that I am not a relative

18   or employee of any attorney of the parties, nor

19   financially interested in the action.

20             I declare under penalty of perjury under

21   the laws of California that the foregoing is true

22   and correct.  Dated this 4TH day of October, 2025.

23

24   _____

     ASHLEY SOEVYN

25   CSR No. 12019