# EXHIBIT 26



WAYFARER_000141754

CONFIDENTIAL