# EXHIBIT 27

WAYFARER_000141765

CONFIDENTIAL

