# EXHIBIT 33

CULTURE & TRENDS

# Blake Lively's 'It Ends With Us' promotion called 'disrespectful' by some survivors of domestic abuse

The film adaptation of Colleen Hoover's book has been a box office success. But the press tour has drawn scrutiny online.



Blake Lively at the U.K. gala screening for "It Ends With Us" in London on Aug. 8.
Justin Tallis / AFP - Getty Images

Aug. 19, 2024, 4:41 PM PDT

**By Angela Yang**

Blake Lively has become the center of criticism online among some survivors of domestic violence, who say the actress has shifted focus away from the central premise of "It Ends with Us" during the film's promotional tour.

The movie, which debuted in theaters on Aug. 9, is an adaptation of the widely popular Colleen Hoover book of the same name. It centers around florist Lily Bloom (played by Lively) and her abusive relationship with a neurosurgeon named Ryle Kincaid (played by Justin Baldoni). Hoover has said the story was inspired by her parents' abusive marriage.

Some of the marketing around the film – which is being released by Sony Pictures Entertainment – has appeared lighthearted, with viewers being encouraged to "grab your friends" and "wear your florals" to see the film.

As expected with any major Hollywood film, Lively, as the star and executive producer, has been a central part of the marketing campaign. But some of Hoover's fans online have expressed disappointment at the actress, saying she has promoted the film as more of a romantic comedy and has rarely addressed the darker subject matter of domestic violence.

"It was portrayed more so as a chick flick, like, 'Grab your friends, wear your nice prints and come over here and watch this movie.' And that's not what it was about," said Yesenia Puente Bravo, a survivor of intimate-partner violence who said she related to Hoover's book.



**Here's why everyone thinks the 'It Ends With Us' cast has drama**

"A lot of us that read the book and that relate to Lily are not going there because of the floral prints or the hair or the clothes," she said. "We're going there because we want to see ourselves on the big screen."

Puente Bravo, 33, said the film's promotion has felt so "disrespectful" that she no longer plans to see the movie in theaters. Dozens of people on X, TikTok and Reddit have echoed similar complaints, saying they wish the promotional campaign put more of a spotlight on survivors of domestic violence.

Representatives for Sony Pictures Entertainment, Lively, Baldoni and Hoover did not immediately respond to requests for comment.

Despite the ongoing scrutiny over media interviews, official promotional materials for the movie, such as the trailer, appeared to make the movie's domestic violence premise more clear. Millions of Hoover fans who had been awaiting the film adaptation were also quick to see it in theaters. The movie surpassed $180 million globally after just 10 days of release, according to Variety.

However, rumors surrounding alleged behind-the-scenes drama among cast members have continued to swirl amid its box office success. Online, fans dissected the New York City premiere red carpet, pointing out Baldoni did not appear in any photos alongside Hoover or other cast members. Others took note of Baldoni doing most of his media separately from the rest of the cast. And while he follows Lively and cast member Jenny Slate on Instagram, neither follow Baldoni.

In the past month, both Lively and Baldoni have posted about the film many times on social media.

Last week appeared to be the first time Lively posted about domestic violence. She wrote on her Instagram story, "Everyone deserves relationships free from domestic violence." The post included statistics about intimate partner violence and a link to the National Domestic Violence Hotline.

She also reshared an interview with BBC News in which she said that, although the film covers domestic violence, "what's important about this film is that [Lily] is not just a survivor and she's not just a victim."

Colleen Hoover on 'It Ends With Us' film: It's a faithful adaptation

04:14



Vocal critics of Lively said they feel she has talked more about the character's wardrobe choices, and has kept her interviews playful with games or icebreakers. She's also cross-promoted her hair care brand and organized an "It Ends With Us"-themed event with cocktails from her alcoholic drinks company. One of the cocktails was named "Ryle You Wait," according to the Instagram post from Lively's company, Betty Buzz.

Lively "named a cocktail after the abuser," said Jjanga Weir, a domestic violence survivor. "So it's just one insensitive thing after another, and then for her to plug her hair care company or her husband ... She had so many opportunities, and she still does have an opportunity now, to make an apology and try to make things better."

A clip of Lively talking about the film, cut from a lengthier interview, has also drawn scrutiny online. In it, an interviewer asks Lively how viewers who identified with the film's darker themes could approach her about the subject. Lively responds, jokingly, that they could ask her "for my address or my phone number" or that she "could just location-share."

In the full interview, which is available on YouTube but has not been widely circulated across social media, Lively goes on to say that "unfortunately, we all know at least someone ... who have experienced [domestic violence]. And the beauty of this has been to see people and to see this movie alongside women who haven't experienced this, thank goodness."

Ryan Reynolds's involvement during the marketing campaign became another point of criticism, with Lively and her husband appearing to cross-promote each other's films on social media. Reynolds stars in "Deadpool & Wolverine," which debuted in July. Some fans online said they believe their promotions took away from the focus on domestic violence in "It Ends With Us."

A representative for Reynolds did not immediately respond to a request for comment.

Weir, who has been critical of the film's overall marketing campaign, said she noticed a distinct contrast in the way Baldoni and Lively have promoted the film.

Several of Baldoni's social media posts and media interviews have raised awareness toward domestic violence and shared resources. During the film's premiere, he told ET, "this isn't my night. This is a night for all the women we made this movie for."

"It's a shock for me for it to come from a man. I don't know if it's part of healing to see a man stand up for us, because I think it's very important," said Weir, 32. "Most men don't want to listen to women. They want to listen to another man. So I think it's incredibly important that Justin is making it about the actual issue rather than just himself."

Maddie Spear, a trauma therapist who has worked with survivors of domestic violence, said she wishes Lively would have more openly used the phrase "domestic violence" in interviews and spoken about resources for those who may be seeking help.

"I have a lot of understanding for Blake. She's an actress, and it might not be her full job to understand all the really hard themes of everything she is in," said Spear, who was among those online who criticized remarks made by Lively during the media tour. "However, I think also, as the lead and a producer of this movie, there is an expectation for her to have a bit more understanding than the average actress in the film, especially if you're choosing a film with such needed but heavy topics."

Mik Zazon, a survivor of domestic violence who watched "It Ends With Us" on opening night, said much of the marketing "gave the whole movie just an awful taste in my mouth."

Still, she said the film accurately portrayed some of the difficulties of what it's like to struggle with intimate partner violence.

"The events of the violence happening were really blurry, to the point where you don't know if it was an accident or not," said Zazon, 28. "And also not being able to understand if that deep gut feeling she has in her stomach is justified, or an overreaction, is extremely real, and is something I dealt with in my four years of being in a relationship with an abuser."

What Zazon and some other survivors said the movie depicted poorly, however, was the process of leaving such a relationship. It's not as simple or smooth as asking for a divorce, many online said, and such direct confrontation with an abusive partner could be dangerous in real life.

Zazon said she also wishes the movie would have included a disclaimer at the beginning in order to better prepare viewers for the subject matter, as well as provided resources at the end.

"When we talk about this, it's not just celebrity drama, it's not just Hollywood drama," she said. "I really think that this should have been a cultural shift in how we portray love in movies that represent such a deep personal issue that so many women go through."

*If you or someone you know is experiencing domestic violence, contact the National Domestic Violence Hotline by calling 1-800-799-SAFE (7233), visiting www.thehotline.org or texting LOVEIS to 22522.*

---



Angela Yang

Angela Yang is a culture and trends reporter for NBC News.

---