# EXHIBIT 37

# chat65623457853754656

**Thread Participants:** ▮ Jamey Heath; ▮ (Owner); ▮ Jennifer Able; ▮ Stephanie Jones; ▮ J B (Owner)

**Active Participants:** ▮ Jamey Heath; ▮ (Owner); ▮ Jennifer Able; ▮ Stephanie Jones

**First Message:** 11/10/2023 9:53:51 PM
**Last Message:** 11/10/2023 10:12:03 PM

---

**▮ (Owner)**
Hey - sorry for last minute text - need you both for zoom if you can shortly
*11/10/2023 9:53:51 PM*

**▮ Jamey Heath**
And it begins…. Again….
*11/10/2023 9:57:12 PM*

**▮ Jennifer Able**
Hey Steph and I can call you and loop in jamey
*11/10/2023 10:01:08 PM*

**▮ Stephanie Jones**
I can't zoom but can do Conf call. Pls dont use zoom for any confidential conversations as there are lots of breaches there with program.
*11/10/2023 10:01:17 PM*

**▮ (Owner)**
Oh wow I didn't know that
*11/10/2023 10:01:40 PM*

**Stephanie Jones**



11/10/2023 10:07:18 PM

**Jamey Heath**
If I text you something now. Will it only go to you and not any assistants?
11/10/2023 10:10:22 PM

**Jennifer Able**
Text me and Steph directly don't email the Alias that has full team
11/10/2023 10:11:10 PM

CONFIDENTIAL
HEATH_000049559

**Jamey Heath**

Dear Imene and Joseph,

With the tentative resolution of the SAG-AFTRA strike, we are writing to address how to handle a return to the set of "It Ends With Us" (the "Film"). It is no surprise to the Film's producers that the experience of shooting the Film has been deeply concerning on many levels. The complaints of our client and others have been repeatedly conveyed and well-documented throughout pre-production and photography.

While we reserve all legal rights, at this stage our client is willing to forego a more formal HR process in favor of everyone returning to work and finishing the Film as long as the set is safe moving forward. In order for our client to feel safe returning to the production, we are attaching a list of protections that will need to be guaranteed and observed by the Film's producers. If the production is unwilling to accept or uphold these protections, our client is prepared to pursue her full legal rights and remedies.

This letter is not intended to constitute a full statement of all facts and circumstances relating to this matter. It is not intended to be, nor should it be construed as, a waiver, release or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Lindsey

11/10/2023 10:11:27 PM

**Jamey Heath**

📎 <__Library_SMS_Attach_1_bf_15_at_0_1_1_FILE_8_1.docx>

11/10/2023 10:12:03 PM