# EXHIBIT 39

| | |
|---|---|
| **Thread Participants:** | ▓▓▓ Justin Baldoni ; ▓▓▓ Melissa Nathan (Owner); ▓▓▓ (Owner) |
| **Active Participants:** | ▓▓▓ Justin Baldoni ; ▓▓▓ Melissa Nathan (Owner) |
| **First Message:** | 8/19/2024 12:12:54 AM |
| **Last Message:** | 8/19/2024 12:54:51 AM |

**Justin Baldoni**
This is not us correct? Assuming the guy we brought in would never do this ….
*8/19/2024 12:12:54 AM*

**Justin Baldoni**
https://www.tiktok.com/t/ZP81mDcVQ/
📎 <__Library_SMS_Attach_1_98_08_B5E400_1_656E06_1>
📎 <__Library_SMS_Attach_1_3f_15_B1DB59_1_2F3874_1>
*8/19/2024 12:12:56 AM*

**Melissa Nathan (Owner)**
None of us would ever do this.

Also, no one even pays any attention to this person past 2005 .

He is not relevant

He does not create a news headline

He does not get pick up

He is just now a troll

There is not one outlet that would cover anything he said or take it seriously. I think as well there is this struggle where it's kind of maybe even unbelievable the way that people are turning against her… But they are. Organically.

It's organic she's blown herself up by her own actions.

*8/19/2024 12:19:31 AM*

**Melissa Nathan (Owner)**
https://www.dailymail.co.uk/tvshowbiz/article-13755441/amp/Blake-Lively-slur-transgender.html
📎 <__Library_SMS_Attach_1_6a_10_10323A_1_DB8445_1>
📎 <__Library_SMS_Attach_1_56_06_7A0B62_1_65BB8A_1>
8/19/2024 12:19:50 AM

**Melissa Nathan (Owner)**
This just ran - obviously none of us knew about this either. But once media goes in, they go in.
8/19/2024 12:20:12 AM

**Melissa Nathan (Owner)**
And the best thing we can do right now is be quiet. Let's get through this week together.
Then just move on and back to regular planning with Instagram posts and thoughtful ideas and messages .
8/19/2024 12:20:57 AM

**Melissa Nathan (Owner)**
The content creators are on fire, and Justin, she has handed it to them all on a plate.
8/19/2024 12:21:38 AM

**Melissa Nathan (Owner)**
Just concentrate on the success of the movie, your family and your next project I have this weird feeling that she's going to reach out to you for a conversation in the next couple of weeks or he will.
8/19/2024 12:22:29 AM

**Melissa Nathan (Owner)**
https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng==
📎 <__Library_SMS_Attach_1_97_07_64B302_1_1A4764_1>
📎 <__Library_SMS_Attach_1_55_05_D98856_1_C18AFF_1>
📎 <__Library_SMS_Attach_1_33_03_0EFF90_1_08921F_1>
8/19/2024 12:23:31 AM

**Melissa Nathan (Owner)**
You did not do any of these we did not do any of these. This is all organic.
8/19/2024 12:23:31 AM

**Justin Baldoni**
Crazy
8/19/2024 12:23:46 AM

**Melissa Nathan (Owner)**
Stupid. Really stupid.
And I cannot believe she didn't mention working with a shelter
Or DV . None of this is your fault.
It's breathtaking how tone deaf it was
8/19/2024 12:24:44 AM

**Justin Baldoni**
A good one to boost
8/19/2024 12:50:44 AM

**Justin Baldoni**
https://www.tiktok.com/t/ZP81mfdd5/
📎 <__Library_SMS_Attach_1_22_02_09BD18_1_31EC31_1>
📎 <__Library_SMS_Attach_1_21_01_FAB0F5_1_8ADACC_1>
8/19/2024 12:50:45 AM

**Melissa Nathan (Owner)**
Loved "https://www.tiktok.com/t/ZP81mfdd5/"
8/19/2024 12:54:42 AM

**Melissa Nathan (Owner)**
Ahh that's so nice
I will send across to team
8/19/2024 12:54:51 AM