# EXHIBIT 41

CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF NEW YORK
3                     ---oOo---
4
5   BLAKE LIVELY,
6                Plaintiff,
7     vs.         CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
8
    WAYFARER STUDIOS LLC, ET AL.,
9
                 Defendants.
10  _____
    JENNIFER ABEL,
11            Third-party Plaintiff,
       vs.
12  JONESWORKS, LLC,
              Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.,
14            Consolidated Plaintiffs,
       vs.
15  BLAKE LIVELY, et al.,
              Consolidated Defendants.
16  _____
17              **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF STEVE SAROWITZ
20             Los Angeles, California
21             Friday, October 3, 2025
22
23  Stenographically Reported by:  Ashley Soevyn,
24  CALIFORNIA CSR No. 12019
25

CONFIDENTIAL

Page 91

```
 1        Q    Fair enough.
 2             But I will preface my line of questions
 3   here with, I am not asking you, and I do not intend
 4   to ask you, about the content of your communications
 5   with your attorneys.  So I'm trying to figure out
 6   how you've communicated.
 7             When were you -- when do you recall using
 8   Signal for the first time?
 9             MS. GAROFALO:  Objection.  With respect
10   to this case or any --
11             MR. GOTTLIEB:  At all.
12             MS. GAROFALO:  Okay.
13             THE WITNESS:  I don't recall.
14   BY MR. GOTTLIEB:
15        Q    When do you recall using Signal for the
16   first time with respect to the film It Ends with Us?
17        A    I don't recall.
18        Q    Were you using Signal to communicate
19   about It Ends with Us in -- at any point in 2023?
20        A    No.
21        Q    Were you using Signal to communicate
22   about It Ends with Us at any point between
23   January 1, 2024 and August 1, 2024?
24        A    I don't believe so.
25        Q    It's possible, but you don't believe so?
```

1      A     I think the answer is no.
2      Q     Okay.  But you're not certain?
3      A     Fairly certain the answer is no.
4      Q     Okay.
5            Now, August of 2024, did you have any
6  Signal communications about -- that had anything to
7  do with the film It Ends with Us in August of 2024?
8      A     No.
9      Q     When do you believe the first moment in
10 time was that you had a Signal communication with
11 anyone that related in any respect to the film
12 It Ends with Us?
13     A     I don't recall.
14     Q     But you think it was not in August?
15     A     Correct.
16     Q     September?
17     A     No.
18     Q     So if you know it wasn't during those
19 times, what is it that you have in your mind about
20 when you think the first moment might have been when
21 you begin to have Signal communications about the
22 film?
23     A     Can you be more specific?
24     Q     I'm trying to understand what is in your
25 head.  You seem to be very clear that you didn't

CONFIDENTIAL

Page 93

1  have Signal communications.  I think we're up to
2  September now.  At what point in time do you recall
3  having Signal communications that had anything to do
4  with the film It Ends with Us?
5       A    I don't recall the exact first time I
6  used Signal.
7       Q    Okay.  At any point in time did you have
8  an understanding for any of your communications
9  relating -- on Signal -- for any of your
10 communications on Signal that had anything to do
11 with the film It Ends with Us, did you have an
12 understanding of what the retention policy --
13      A    I'm sorry.
14      Q    Yes.
15      A    I'm sorry.  Hold on for one second.
16           THE WITNESS:  Are you okay, Ellen?
17           MS. GAROFALO:  Ask the question again, if
18 you don't mind.
19           THE WITNESS:  Sorry about that.
20           MR. GOTTLIEB:  It's okay.
21 BY MR. GOTTLIEB:
22      Q    At any point in time, have you had an
23 understanding of the retention policy on any
24 messaging communications that you've had relating to
25 the film It Ends with Us that has been on Signal?

CONFIDENTIAL

Page 365

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 4TH day of October, 2025.

_____

ASHLEY SOEVYN
CSR No. 12019