# EXHIBIT 42

CONFIDENTIAL

Page 1

```
         UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
                    ---oOo---

BLAKE LIVELY,
              Plaintiff,
   vs.         CASE NO. 24-CV-10049-LJL (LEAD CASE)
                        25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

              Defendants.
_____
JENNIFER ABEL,
           Third-party Plaintiff,
   vs.
JONESWORKS, LLC,
           Third-party Defendant.
_____
WAYFARER STUDIOS LLC, et al.
           Consolidated Plaintiffs,
   vs.
BLAKE LIVELY, et al.
           Consolidated Defendants.
_____

                  **CONFIDENTIAL**

   VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN
              Los Angeles, California
              Monday, September 29, 2025

Stenographically Reported by:  Ashley Soevyn,
CALIFORNIA CSR No. 12019
```

CONFIDENTIAL

Page 51

1    Q    You don't know, as you sit here today,
2    whether you sent or received a single message on
3    Signal in August of 2024 relating to this -- this
4    matter?
5    A    I don't know.
6    Q    You used Signal when you communicate with
7    Jed Wallace; is that right?
8    A    Amongst other things, yes.
9    Q    What other things?
10   A    Telephone.
11   Q    What else?
12   A    Text.
13   Q    What else?
14   A    Email.
15   Q    What else?
16   A    To the best of my knowledge, that's it.
17   Q    Voice memos?
18   A    I don't send voice memos.
19   Q    Have you received voice memos from
20   Mr. Wallace?
21   A    Yes.
22   Q    Do any of those voice memos have an auto
23   delete function attached to them?
24   A    I'm not sure.
25   Q    Do you have any understanding of what the

1  auto deleted function was set to on your Signal
2  threads, what your, sort of, standard is that you
3  use?
4         MR. FREEDMAN:  Objection.
5         THE WITNESS:  On which particular thread?
6  You have to be more specific.
7  BY MR. GOTTLIEB:
8     Q   Well, you don't have a recollection of
9  when you started using Signal for the Wayfarer
10 parties, right?
11    A   No.
12    Q   I'm trying to just ask you generally
13 because you don't have that recollection --
14    A   Uh-huh.
15    Q   -- if you know -- generally speaking, if
16 you have a typical period of time that you use for
17 your client work when you're using a Signal thread?
18    A   I do not know.
19    Q   How about with Mr. Freedman; you are on
20 Signal threads with him?
21    A   I am.
22    Q   And what is the typical deletion time
23 that you have set for your communications with him?
24    A   I'm not sure.
25    Q   Is it more than a week?

CONFIDENTIAL

Page 53

1   A   I'm not sure.
2   Q   Do you have a guess?
3   A   I don't have a guess.
4   Q   But there is a deletion function set,
5   right?
6   A   Well, it depends on which conversation
7   you're speaking about.
8   Q   Okay.  Do you use any other messaging
9   apps other than Signal and text and email?
10  A   I do have WhatsApp on my phone, but I
11  barely use it.
12  Q   Did you ever use WhatsApp for anything
13  connected to the issues in this case?
14  A   Not to my knowledge.
15  Q   Okay.  Any other messaging apps?
16  A   On this case?
17  Q   Uh-huh.
18  A   No.
19  Q   Do you ever use Telegram?
20  A   For this case?
21  Q   For this case.
22  A   Not to my knowledge.  And if there is
23  something there, please let me know because I don't
24  really use it.
25  Q   What about Proton Mail?  Do you ever use

CONFIDENTIAL

Page 431

1                REPORTER'S CERTIFICATE

2           I, ASHLEY SOEVYN, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5           That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    at which time the witness was put under oath by me;
8           That the testimony of the witness, the
9    questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13          That a review of the transcript by the
14   deponent was/ was not requested;
15          That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17          I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20          I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 1st day of October, 2025.
23
24                    *[signature]*

                      ASHLEY SOEVYN
25                    CSR No. 12019