# EXHIBIT 45

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
        Plaintiff,
  vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                  25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

        Defendants.
_____

JENNIFER ABEL,
        Third-party Plaintiff,
  vs.
JONESWORKS, LLC,
        Third-party Defendant.
_____

WAYFARER STUDIOS LLC, et al.
        Consolidated Plaintiffs,
  vs.
BLAKE LIVELY, et al.
        Consolidated Defendants.
_____

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
Los Angeles, California
Friday, September 26, 2025
Stenographically Reported by: Ashley Soevyn,
CALIFORNIA CSR No. 12019

```
 1   your belief that that person could bury Ms. Lively?
 2               MR. FREEDMAN:  Objection.
 3               THE WITNESS:  No.
 4   BY MR. GOTTLIEB:
 5        Q    You sure?
 6        A    Yes.
 7        Q    Ms. Abel, yesterday you testified that in
 8   some point in August of 2017, you were added to a
 9   Signal chain; is that right?
10        A    Sorry.  What was the date?
11        Q    At some point in -- did I say 2017?
12               THE STENOGRAPHIC REPORTER:  Yeah.
13   BY MR. GOTTLIEB:
14        Q    In August of 2024, you were added to a
15   Signal chain with a few people; is that right?
16        A    I believe I testified that I think I was,
17   around that time frame.  I don't think there was any
18   content in that text chain.
19        Q    Okay.  And who was -- hold on just a
20   second.
21               Who was -- who was on that text chain to
22   the best of your recollection?
23        A    I believe it was -- I would have to --
24   I'd have to go back and refresh my memory.
25        Q    Okay.  You're not sure as you sit here
```

CONFIDENTIAL

Page 323

```
 1   will invade the attorney-client privilege.  So even
 2   if you're going to say yes to that, that's going to
 3   invade the attorney-client privilege.  So you're not
 4   going to -- I'm going to instruct her not to answer.
 5            MR. GOTTLIEB:  About the simple fact of
 6   whether she knew she was required to preserve
 7   documents?
 8            MR. FREEDMAN:  Yeah, because the simple
 9   fact is revealing the actual privileged
10   communication.
11            MR. GOTTLIEB:  Okay.
12   BY MR. GOTTLIEB:
13       Q    So are you going to follow your counsel's
14   instruction?
15       A    Yes, I'm going to follow my counsel's
16   instruction.
17       Q    Okay.
18            Other than the Signal thread that you --
19   that we talked about earlier in August, between
20   August and December of 2024, can you think of any
21   other Signal thread or Signal communications that
22   you sent or received to anyone about anything?
23       A    Not that I can recall, no.
24       Q    Okay.  Have you had Signal communications
25   since December of 2024?
```

CONFIDENTIAL

Page 380

1            REPORTER'S CERTIFICATE

2            I, ASHLEY SOEVYN, a Certified Shorthand
3   Reporter of the State of California, do hereby
4   certify:
5            That the foregoing proceedings were taken
6   before me at the time and place herein set forth;
7   at which time the witness was put under oath by me;
8            That the testimony of the witness, the
9   questions propounded, and all objections and
10  statements made at the time of the examination were
11  recorded stenographically by me and were thereafter
12  transcribed;
13           That a review of the transcript by the
14  deponent was/ was not requested;
15           That the foregoing is a true and correct
16  transcript of my shorthand notes so taken.
17           I further certify that I am not a relative
18  or employee of any attorney of the parties, nor
19  financially interested in the action.
20           I declare under penalty of perjury under
21  the laws of California that the foregoing is true
22  and correct.  Dated this 27th day of September,
23  2025.

                    ASHLEY SOEVYN
25                  CSR No. 12019