# EXHIBIT 3

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7     vs.         CASE NO. 24-CV-10049-LJL (LEAD CASE)
                               25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17
18                   **CONFIDENTIAL**
19
20       VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
21               Los Angeles, California
22             Friday, September 26, 2025
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 27

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | What are strategic partnerships? |
| 3 | A | I would say my definition of a strategic partnership is when a client is coming out with a product or is an ambassador of an organization or clothing company, just to be specific, that that would be a strategic partnership. And I would work on behalf of my client to handle the communications surrounding that partnership. |
| 10 | Q | Okay. Thank you, Ms. Abel. From -- let's say from the August 1st, 2024 through, let's call it, the end of September 2024, that period of time, so we're specific about the time period we're talking about here. At some point during that period of time, RWA launched; is that right? |
| 17 | A | In September. |
| 18 | Q | In September? |
| 19 | A | So you have to be specific. Yes. |
| 20 | Q | Okay. So let's just say whenever -- do you know the date in September it launched? |
| 22 | A | September 1st. |
| 23 | Q | From September 1st through the end of 2024 then, did RWA have any other employees or staff besides yourself? |

CONFIDENTIAL

Page 380

1               REPORTER'S CERTIFICATE

2           I, ASHLEY SOEVYN, a Certified Shorthand

3   Reporter of the State of California, do hereby

4   certify:

5           That the foregoing proceedings were taken

6   before me at the time and place herein set forth;

7   at which time the witness was put under oath by me;

8           That the testimony of the witness, the

9   questions propounded, and all objections and

10  statements made at the time of the examination were

11  recorded stenographically by me and were thereafter

12  transcribed;

13          That a review of the transcript by the

14  deponent was/ was not requested;

15          That the foregoing is a true and correct

16  transcript of my shorthand notes so taken.

17          I further certify that I am not a relative

18  or employee of any attorney of the parties, nor

19  financially interested in the action.

20          I declare under penalty of perjury under

21  the laws of California that the foregoing is true

22  and correct.  Dated this 27th day of September,

23  2025.

24                      ASHLEY SOEVYN

25                      CSR No. 12019