# EXHIBIT 4

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                           25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10  _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13  _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16  _____
17                  **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
20              Los Angeles, California
21            Thursday, September 25, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

1      MR. FREEDMAN: Objection. Same
2  instruction.
3      THE WITNESS: Outside of that
4  instruction, no.
5  BY MS. TAHLER:
6      Q    Do you believe that any security measures
7  were circumvented in accessing your iCloud?
8      A    I am not sure. Sorry.
9      Q    In your counterclaims, you assert -- or
10 allege that you were ordered to provide your
11 passcode to your company iPhone.
12          Who ordered you to provide your passcode?
13     A    Gordon Duren, Stephanie's chief of staff.
14     Q    What did he say?
15     A    After I had clarified to both him and the
16 lawyer who was present that if I were to leave, that
17 they would release the number back to me if I were
18 to go directly to Verizon, which would then render
19 the cell phone inactive. I had specified to the
20 lawyer who was there that it was also my personal
21 phone.
22          THE VIDEOGRAPHER: Somebody from Liner's
23 office.
24          THE WITNESS: So as I said before, it was
25 communicated to me after I said, for clarity, it was

1  agreed that my personal cell phone number would be
2  released back to me, which would render the phone
3  inactive.  I clarified with the lawyer who was
4  present that it was my personal cell phone, that I
5  had private stuff on there.  And Gordon says, "Yes,
6  right?"  And looked at the lawyer, and the lawyer
7  said, "Yes, that's fine.  It would render that phone
8  inactive."  And so I said, okay.  I handed it over.
9  And as I was walking out, Gordon says, "We need your
10 passcode."
11      Q    What would have happened if you didn't
12 provide your passcode?
13           MR. FREEDMAN:  Objection.
14           THE WITNESS:  I don't know.  It was my
15 assumption in the context of that conversation that
16 they needed the passcode in order to release the
17 phone back to me.
18 BY MS. TAHLER:
19      Q    You provided your password, correct?
20      A    Yes.
21      Q    You didn't ask, Oh, can I not give you my
22 passcode?  I don't want to give you my passcode.
23 Anything like that?
24           MR. FREEDMAN:  Objection.
25           THE WITNESS:  I wasn't given a choice.

CONFIDENTIAL

Page 302

1                REPORTER'S CERTIFICATE

2            I, ASHLEY SOEVYN, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5            That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    at which time the witness was put under oath by me;
8            That the testimony of the witness, the
9    questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13           That a review of the transcript by the
14   deponent was/ was not requested;
15           That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17           I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20           I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 26th day of September,
23   2025.
24
25                              ASHLEY SOEVYN