# EXHIBIT 14

| | |
|---|---|
| **From:** | It Ends With Us |
| **Sent:** | Wed, 14 Jun 2023 18:47:35 -0400 (EDT) |
| **To:** | Justin Baldoni |
| **Subject:** | IEWU | Production Shut Down |

Dear Crew,

It is with a heavy heart that we share this news with you today.

Due to the ongoing WGA strike and the lost days we have experienced due to picketing, we must make the difficult decision to temporarily shut down production. We want to express our deepest gratitude for your incredible patience and unwavering dedication throughout this challenging period.

Working with each and every one of you has been an absolute privilege and a source of immense joy. The film we have shot together thus far is beautiful and a testament to all of your hard work and the magic we collectively created. Also there have been many people who started this journey and who have contributed greatly to this production who are no longer on this crew list. We want to take a moment to acknowledge them, as we wouldn't have made it this far without them.

While we must pause for now, we want to assure you that this is not the end. The story we set out to tell will continue at a later date, and we will come back stronger than ever. The journey may have been temporarily disrupted, but our shared vision and commitment remain unwavering.

Until we gather again, please take care of yourselves. We will overcome this hurdle together, and the beauty we have captured on film will be shared with the world.

It will get finished. It will get released. And God willing, will change lives.

With heartfelt appreciation.

Jamey, Justin and Wayfarer Studios

**It Ends With Us**
Production Office

Sent from [Scenechronize](#)