# EXHIBIT 16

CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
2            FOR THE SOUTHERN DISTRICT OF NEW YORK
3                        ---oOo---
4

5   BLAKE LIVELY,
6                    Plaintiff,
7      vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                        25-CV-449 (LJL) (MEMBER CASE)
8

   WAYFARER STUDIOS LLC, ET AL.
9

                    Defendants.
10  _____
   JENNIFER ABEL,
11              Third-party Plaintiff,
     vs.
12  JONESWORKS, LLC,
                Third-party Defendant.
13  _____
   WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
     vs.
15  BLAKE LIVELY, et al.
                Consolidated Defendants.
16  _____
17                  **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20             Los Angeles, California
21             Wednesday, October 8, 2025
22
23  Stenographically Reported by:  Ashley Soevyn,
   CALIFORNIA CSR No. 12019
24
25

CONFIDENTIAL

Page 213

```
 1          Q    And when she came to the trailer for the
 2     meeting, did she say anything about what had just
 3     occurred in her makeup trailer?
 4          A    She did not.  This is on day two.  This
 5     is May.
 6          Q    May 16th?
 7          A    May 16.
 8          Q    Did you ever learn that Ms. Lively had a
 9     different view of the incident in the trailer prior
10     to her testimony?
11          A    I learned that her different view is when
12     I read the CRD complaint.
13          Q    So you didn't hear any concerns raised by
14     Ms. Lively regarding this incident in the trailer on
15     the second day of shooting until the CRD complaint?
16          A    We had a conversation about it on
17     June 1st, two weeks later, but not that there was
18     a concern.
19          Q    Okay.  And when you say, "we had a
20     conversation about it two weeks later," who are you
21     talking about?
22          A    There was a conversation with Blake,
23     Justin, myself, and Alex Saks, about she had got
24     COVID and we returned to set.  And we had a morning
25     conversation before we started working.
```

CONFIDENTIAL

Page 404

1              REPORTER'S CERTIFICATE

2              I, ASHLEY SOEVYN, a Certified Shorthand

3      Reporter of the State of California, do hereby

4      certify:

5              That the foregoing proceedings were taken

6      before me at the time and place herein set forth;

7      at which time the witness was put under oath by me;

8              That the testimony of the witness, the

9      questions propounded, and all objections and

10     statements made at the time of the examination were

11     recorded stenographically by me and were thereafter

12     transcribed;

13             That a review of the transcript by the

14     deponent was/ was not requested;

15             That the foregoing is a true and correct

16     transcript of my shorthand notes so taken.

17             I further certify that I am not a relative

18     or employee of any attorney of the parties, nor

19     financially interested in the action.

20             I declare under penalty of perjury under

21     the laws of California that the foregoing is true

22     and correct.  Dated this 10th day of October 2025.

23

24

               ASHLEY SOEVYN

25             CSR No. 12019