# EXHIBIT 17

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7     vs.       CASE NO. 24-CV-10049-LJL (LEAD CASE)
                           25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10   _____
     JENNIFER ABEL,
11            Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
              Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14            Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.
              Consolidated Defendants.
16   _____
17
18                   **CONFIDENTIAL**
19
20       VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
21               Los Angeles, California
22              Friday, September 26, 2025
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

Page 201

1  at this time sitting here, but I'm happy to review
2  and I can speak to it.
3      Q   Do you recall Mr. Baldoni comparing that
4  video or any other to one where he made a social
5  media post standing in front of a private jet during
6  a promotion of the film?
7          MR. FREEDMAN:  Objection.
8          THE WITNESS:  I -- so just for clarity, I
9  don't remember the comparison between the two.  But
10 I do recall the video.  They had done a deal with a
11 jet company to, during production as they needed to
12 get to locations quickly, and in support of the
13 film, they were able to do a deal with them to
14 assist them during production.
15 BY MR. GOTTLIEB:
16     Q   Okay.  All right.
17         So we talked earlier about how you
18 started representing Mr. Baldoni and Wayfarer early
19 on.  It was before filming of It Ends with Us began,
20 right?
21     A   Yes.
22     Q   And during the filming of
23 It Ends with Us, did you ever visit the set?
24     A   No.
25     Q   How often did you talk to either

CONFIDENTIAL

Page 380

1        REPORTER'S CERTIFICATE

2              I, ASHLEY SOEVYN, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5              That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    at which time the witness was put under oath by me;
8              That the testimony of the witness, the
9    questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13             That a review of the transcript by the
14   deponent was/ was not requested;
15             That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17             I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20             I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 27th day of September,
23   2025.
24
            ASHLEY SOEVYN
25          CSR No. 12019