# EXHIBIT 21

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5    BLAKE LIVELY,
 6                 Plaintiff,
 7      vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
      WAYFARER STUDIOS LLC, ET AL.
 9
                   Defendants.
10    _____
      JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12    JONESWORKS, LLC,
                Third-party Defendant.
13    _____
      WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15    BLAKE LIVELY, et al.
                Consolidated Defendants.
16    _____
17                    **CONFIDENTIAL**
18
19       VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20                 Los Angeles, California
21               Wednesday, October 8, 2025
22
23    Stenographically Reported by:  Ashley Soevyn,
      CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 290

1   there.
2       Q   And you've given me a full scope of your
3   memory about what was discussed in that five or six
4   hours?
5           MS. SHAPIRO:  Objection.
6           THE WITNESS:  No, a lot of it was Ryan
7   belittling Justin.
8   BY MS. HUDSON:
9       Q   For five or six hours?
10      A   A lot of it was.
11      Q   And when you say "belittling," what do
12  you mean by that?
13      A   When this first -- when she first started
14  reading a couple of her things and Justin was
15  hearing this, taking this in, and trying to make
16  sense of it, he was frozen by hearing this stuff.
17  And instead of -- well, let me not say instead of --
18  and his reaction was -- was that he was being a
19  coward.  That what you do when a woman says this to
20  you and points out these things, you just stand up
21  and you just apologize and apologize.  And Justin
22  was just like, but I didn't do this.  And then he
23  raised his voice and used some language and
24  insinuated that he was not a good guy.
25      Q   That Mr. Baldoni was not a good guy?

Page 291

1    A    Yeah.
2    Q    Yeah.
3    A    And he -- and he did it very
4    aggressively.  He did it to me as well.  More at
5    him.  It was -- it may have been the hardest thing I
6    have ever witnessed someone talking to another
7    person with such belittlement.
8    Q    So after that meeting, did you have an
9    understanding that there were things that were
10   happening in connection with filming this movie that
11   Ms. Lively was uncomfortable with?
12              MS. SHAPIRO:  Objection.
13              THE WITNESS:  I understood that she had
14   shared some things that did not make sense, and I
15   believe were fabricated.
16   BY MS. HUDSON:
17   Q    You believe were fabricated?
18   A    Not all of them.
19   Q    Uh-huh.
20   A    Either distorted --
21   Q    Uh-huh.
22   A    -- or fabricated.
23   Q    Now, did you think it would be a good
24   idea to conduct an investigation at that point?
25              MS. SHAPIRO:  Objection.

CONFIDENTIAL

Page 404

1        REPORTER'S CERTIFICATE
2            I, ASHLEY SOEVYN, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5            That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    at which time the witness was put under oath by me;
8            That the testimony of the witness, the
9    questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13           That a review of the transcript by the
14   deponent was/ was not requested;
15           That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17           I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20           I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 10th day of October 2025.
23
24
         ASHLEY SOEVYN
25       CSR No. 12019