# EXHIBIT 29

CONFIDENTIAL

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4
 5   BLAKE LIVELY,
 6                Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                  Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                   **CONFIDENTIAL**
18                       VOLUME II
19      VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI
20                 Los Angeles, California
21                 Tuesday, October 7, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

Page 328

1  in their circle, Hugh Jackman, Shawn Levy,
2  Taylor Swift.
3            By that point, as I testified earlier, I
4  was essentially forced, or threatened, to step down
5  off my film.  I wasn't able to finish my own film
6  even considering it tested higher.  Somehow the
7  actress of my movie who was not a producer was able
8  to take complete control of the film.
9            By this point, Ms. Lively had requested
10 that my name be removed.  So I had my "a film by
11 credit" removed.  I was removed from the majority of
12 marketing materials, from the poster.  I was being
13 removed, for the most, from the trailer.  I know
14 that she had been working with Taylor Swift to make
15 sure that she got the song that she wanted in the
16 film.  And I had assumed that that was not a battle
17 or a fight that I could ever win.
18            All of the cast had unfollowed me.  Which
19 is a very public thing to do right before a movie
20 comes out, all in unison.  And at that time, I was
21 being threatened via my agency that if I didn't
22 release a statement, then -- then the gloves would
23 come off.
24            Now, I don't know the exact sequence of
25 the time in which I sent that text.  But I will tell

CONFIDENTIAL

Page 358

1                    REPORTER'S CERTIFICATE

2           I, ASHLEY SOEVYN, a Certified Shorthand

3    Reporter of the State of California, do hereby

4    certify:

5           That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    at which time the witness was put under oath by me;

8           That the testimony of the witness, the

9    questions propounded, and all objections and

10   statements made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13          That a review of the transcript by the

14   deponent was/ was not requested;

15          That the foregoing is a true and correct

16   transcript of my shorthand notes so taken.

17          I further certify that I am not a relative

18   or employee of any attorney of the parties, nor

19   financially interested in the action.

20          I declare under penalty of perjury under

21   the laws of California that the foregoing is true

22   and correct.  Dated this 8th day of October, 2025.

23

24                    [signature]

                      **ASHLEY SOEVYN**

25                    CSR No. 12019