# EXHIBIT 31

**Thread Participants:** ▮▮▮▮ Julie Walker; ▮▮▮▮ ▮▮▮▮ (Owner); ▮▮▮▮ (Owner); Justin Baldoni (Owner); ▮▮▮▮ Justin Baldoni (Owner); ▮▮▮▮ J B (Owner)
**Active Participants:** ▮▮▮▮ (Owner)
**First Message:** 2/22/2024 11:40:56 PM
**Last Message:** 2/22/2024 11:40:56 PM

> **▮▮▮▮ (Owner)**
> If you have five minutes to meditate on another predicament - we got the call today that Blake won't promote the movie unless I let her into the edit with me.
> 2/22/2024 11:40:56 PM

CONFIDENTIAL
BALDONI_000018831