# EXHIBIT 35

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5   BLAKE LIVELY,
 6                 Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.,
 9
                   Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.,
14              Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.,
                Consolidated Defendants.
16   _____
17                    **CONFIDENTIAL**
18
19       VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20                Los Angeles, California
21               Thursday, October 9, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
24   CALIFORNIA CSR No. 12019
25
```

1           THE WITNESS:  Sorry.  Danny then called
2    me after the call with Patrick.  He may have been on
3    the call as Patrick, as well, Danny. I just don't
4    recall.  He called me shortly after the call and was
5    going to read to us a letter that the Reynolds -- I
6    guess I can refer to both of them as the Reynolds --
7    had written, and I could not believe what was
8    happening.  So I recorded it because I wanted it
9    documented.
10   BY MS. SHAH:
11         Q    What about the --
12         A    Not -- not only documented.  I also -- he
13   was going to dictate to me a letter, and I didn't
14   have a hard copy of it, so I wanted to record it so
15   that I could actually write it down and have it.
16         Q    And what about the Sony marketing call?
17              MS. SHAPIRO:  Objection.
18              THE WITNESS:  In the Sony call, we were
19   planning how to navigate these two different
20   premieres, the ins and outs about it or whatever was
21   gonna -- how it was going to look.  And we had, from
22   what I believed, a really good relationship with
23   Sony.  But it started feeling like there was -- and
24   while I understand they have to kind of pay
25   middleman to whatever they think is going on or not

CONFIDENTIAL

Page 348

```
 1              REPORTER'S CERTIFICATE
 2           I, ASHLEY SOEVYN, a Certified Shorthand
 3    Reporter of the State of California, do hereby
 4    certify:
 5           That the foregoing proceedings were taken
 6    before me at the time and place herein set forth;
 7    at which time the witness was put under oath by me;
 8           That the testimony of the witness, the
 9    questions propounded, and all objections and
10    statements made at the time of the examination were
11    recorded stenographically by me and were thereafter
12    transcribed;
13           That a review of the transcript by the
14    deponent was/ was not requested;
15           That the foregoing is a true and correct
16    transcript of my shorthand notes so taken.
17           I further certify that I am not a relative
18    or employee of any attorney of the parties, nor
19    financially interested in the action.
20           I declare under penalty of perjury under
21    the laws of California that the foregoing is true
22    and correct.  Dated this 10th day of October 2025.
23    [signature]
24    _____
      ASHLEY SOEVYN
25    CSR No. 12019
```