# EXHIBIT 37



CONFIDENTIAL
WAYFARER_000141754