# EXHIBIT 38



CONFIDENTIAL
WAYFARER_000141765