# EXHIBIT 46

| | |
|---|---|
| **From:** | Katie Case█████████████ |
| **Sent:** | Fri, 26 Jul 2024 14:02:48 -0400 (EDT) |
| **To:** | Melissa N ████████████ |
| **Cc:** | Tera Hanks ████████████████; Jamey Heath ████████████████████ |
| **Subject:** | Re: Wayfarer Studios |
| **Attachments:** | Wayfarer Studios - TAG PR Scope of Work 7.26.24.pdf |

Hi all,

Thank you so much again for the time last evening and for the incredible context provided to us.

As promised, please find our attached scope of work, which details our overall approach, opportunities to prevent and mitigate crisis, aid the larger team in branding and messaging, and finally, our cost of services.

We look forward to your thoughts and feedback on this -- and of course, please do let us know of any questions you might have.

Thank you,
Katie

On Fri, Jul 26, 2024 at 12:42 AM Melissa N <████████████> wrote:

> Thank you so much for taking the time to speak with us.
>
> Jen and our team will connect tomorrow and go through everything.
>
> I know time is definitely of the essence here - we will aim to have a plan to you by the end of tomorrow.
>
> Have a lovely evening
> Melissa
>
> Sent from my iPhone
>
>> On 25 Jul 2024, at 18:30, Tera Hanks <████████████████> wrote:
>>
>> We would love to jump on a zoom now if possible.
>>
>> If that works for you, can you please provide a zoom link?
>>
>> 
>> **Tera Hanks**
>> President
>> ████████████
>>
>>> On Jul 25, 2024, at 6:27 PM, Katie Case████████████ wrote:
>>>
>>> Wonderful — thanks so much.
>>>
>>> Do let us know when works to jump on a call. Happy to speak this evening, as well as tomorrow.
>>>
>>> Once scheduled, we can provide a dial in for use.
>>>
>>> **From:** Jamey Heath████████████████████
>>> **Sent:** Thursday, July 25, 2024 9:25:45 PM
>>> **To:** Katie Case████████████████████████
>>> **Cc:** Tera Hanks█████████████
>>> **Subject:** Re: Wayfarer Studios
>>>
>>> Thank you Katie

CONFIDENTIAL

NATHAN_000003795

CONFIDENTIAL

NATHAN_000003796