# EXHIBIT 52

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10   _____
     JENNIFER ABEL,
11            Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14            Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17
18                   **CONFIDENTIAL**
19
20      VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
21               Los Angeles, California
22             Friday, September 26, 2025
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 249

1   your belief that that person could bury Ms. Lively?
2            MR. FREEDMAN:  Objection.
3            THE WITNESS:  No.
4   BY MR. GOTTLIEB:
5        Q    You sure?
6        A    Yes.
7        Q    Ms. Abel, yesterday you testified that in
8   some point in August of 2017, you were added to a
9   Signal chain; is that right?
10       A    Sorry.  What was the date?
11       Q    At some point in -- did I say 2017?
12           THE STENOGRAPHIC REPORTER:  Yeah.
13  BY MR. GOTTLIEB:
14       Q    In August of 2024, you were added to a
15  Signal chain with a few people; is that right?
16       A    I believe I testified that I think I was,
17  around that time frame.  I don't think there was any
18  content in that text chain.
19       Q    Okay.  And who was -- hold on just a
20  second.
21           Who was -- who was on that text chain to
22  the best of your recollection?
23       A    I believe it was -- I would have to --
24  I'd have to go back and refresh my memory.
25       Q    Okay.  You're not sure as you sit here

Page 323

1  will invade the attorney-client privilege.  So even
2  if you're going to say yes to that, that's going to
3  invade the attorney-client privilege.  So you're not
4  going to -- I'm going to instruct her not to answer.
5           MR. GOTTLIEB:  About the simple fact of
6  whether she knew she was required to preserve
7  documents?
8           MR. FREEDMAN:  Yeah, because the simple
9  fact is revealing the actual privileged
10 communication.
11          MR. GOTTLIEB:  Okay.
12 BY MR. GOTTLIEB:
13     Q   So are you going to follow your counsel's
14 instruction?
15     A   Yes, I'm going to follow my counsel's
16 instruction.
17     Q   Okay.
18         Other than the Signal thread that you --
19 that we talked about earlier in August, between
20 August and December of 2024, can you think of any
21 other Signal thread or Signal communications that
22 you sent or received to anyone about anything?
23     A   Not that I can recall, no.
24     Q   Okay.  Have you had Signal communications
25 since December of 2024?

CONFIDENTIAL

Page 380

1            REPORTER'S CERTIFICATE

2            I, ASHLEY SOEVYN, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5            That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    at which time the witness was put under oath by me;
8            That the testimony of the witness, the
9    questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13           That a review of the transcript by the
14   deponent was/ was not requested;
15           That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17           I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20           I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 27th day of September,
23   2025.
24
                        ASHLEY SOEVYN
25                      CSR No. 12019