# EXHIBIT 58

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7      vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                Defendants.
10  _____
    JENNIFER ABEL,
11            Third-party Plaintiff,
       vs.
12  JONESWORKS, LLC,
              Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.
14            Consolidated Plaintiffs,
       vs.
15  BLAKE LIVELY, et al.
              Consolidated Defendants.
16  _____
17                **CONFIDENTIAL**
18
19     VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
20              Los Angeles, California
21            Thursday, September 25, 2025
22
23  Stenographically Reported by:  Ashley Soevyn,
    CALIFORNIA CSR No. 12019
24
25
```

```
                                               Page 81
 1   specifically for our work on behalf of ▇▇▇▇▇▇.
 2   I don't recall if I ever used that app for ▇▇▇▇▇
 3   ▇▇▇▇▇.
 4        Q    After downloading Signal in August of
 5   2024, do you recall actually having communications
 6   in it?
 7        A    No.
 8        Q    You don't recall one way or another, or
 9   there weren't communications?
10        A    I don't recall one way or another if
11   there were communications in Signal --
12        Q    Do you know?
13        A    -- in August.
14        Q    Do you know how many people were part of
15   the chat that you've been testifying to in the
16   August 2024 time period?
17        A    No, I don't.  I just know that's when I
18   started Signal, and I don't recall start having any
19   communications in the app.  That's when I opened the
20   app, or re-downloaded the app.  Sorry.
21        Q    In the chat with Mr. Freedman that you
22   referred to earlier, do you recall any others that
23   were in that chat?
24        A    No, I don't.  I just recall potentially
25   starting a thread, but I don't -- I don't believe we
```

CONFIDENTIAL

Page 302

1              REPORTER'S CERTIFICATE

2              I, ASHLEY SOEVYN, a Certified Shorthand

3   Reporter of the State of California, do hereby

4   certify:

5              That the foregoing proceedings were taken

6   before me at the time and place herein set forth;

7   at which time the witness was put under oath by me;

8              That the testimony of the witness, the

9   questions propounded, and all objections and

10  statements made at the time of the examination were

11  recorded stenographically by me and were thereafter

12  transcribed;

13             That a review of the transcript by the

14  deponent was/ was not requested;

15             That the foregoing is a true and correct

16  transcript of my shorthand notes so taken.

17             I further certify that I am not a relative

18  or employee of any attorney of the parties, nor

19  financially interested in the action.

20             I declare under penalty of perjury under

21  the laws of California that the foregoing is true

22  and correct.  Dated this 26th day of September,

23  2025.

24             *[signature]*

25             ASHLEY SOEVYN