# EXHIBIT 60

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5   BLAKE LIVELY,
 6                Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                  Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                   **CONFIDENTIAL**
18
19     VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN
20                Los Angeles, California
21              Monday, September 29, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 51

1  Q   You don't know, as you sit here today,
2  whether you sent or received a single message on
3  Signal in August of 2024 relating to this -- this
4  matter?
5       A   I don't know.
6       Q   You used Signal when you communicate with
7  Jed Wallace; is that right?
8       A   Amongst other things, yes.
9       Q   What other things?
10      A   Telephone.
11      Q   What else?
12      A   Text.
13      Q   What else?
14      A   Email.
15      Q   What else?
16      A   To the best of my knowledge, that's it.
17      Q   Voice memos?
18      A   I don't send voice memos.
19      Q   Have you received voice memos from
20 Mr. Wallace?
21      A   Yes.
22      Q   Do any of those voice memos have an auto
23 delete function attached to them?
24      A   I'm not sure.
25      Q   Do you have any understanding of what the

CONFIDENTIAL

Page 431

1        REPORTER'S CERTIFICATE

2            I, ASHLEY SOEVYN, a Certified Shorthand
3   Reporter of the State of California, do hereby
4   certify:
5            That the foregoing proceedings were taken
6   before me at the time and place herein set forth;
7   at which time the witness was put under oath by me;
8            That the testimony of the witness, the
9   questions propounded, and all objections and
10  statements made at the time of the examination were
11  recorded stenographically by me and were thereafter
12  transcribed;
13           That a review of the transcript by the
14  deponent was/ was not requested;
15           That the foregoing is a true and correct
16  transcript of my shorthand notes so taken.
17           I further certify that I am not a relative
18  or employee of any attorney of the parties, nor
19  financially interested in the action.
20           I declare under penalty of perjury under
21  the laws of California that the foregoing is true
22  and correct.  Dated this 1st day of October, 2025.
23
24                    *[signature]*
                     ASHLEY SOEVYN
25                   CSR No. 12019

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400