# EXHIBIT 61

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5   BLAKE LIVELY,
 6                Plaintiff,
 7     vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                  Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                    **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20               Los Angeles, California
21              Wednesday, October 8, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 359

```
1        Q    On August 11th, Mr. Wallace said --
2   you -- you refer to Signal.
3             Do you see that?
4        A    Which one is this?
5        Q    August 11th at 12:02 a.m.
6        A    Hey, man, I appreciate your message.  I
7   could tell after speaking with you --
8        Q    In the middle, you say:
9             (As read):
10                 "As for Signal, I'm not on it, but
11                 we'll set that up this week for sure.
12                 I'll let you know once I've done that."
13            Do you see that?
14       A    I do.
15       Q    Did you set up Signal at this time?
16       A    I must have.  I think I might -- I think
17  I did.
18       Q    And did you let Mr. Wallace know that you
19  had set it up?
20       A    I don't know.
21       Q    Did you communicate with Mr. Wallace on
22  Signal at this -- after August 11th, 2024?
23       A    I think there was a few -- a few messages
24  sent.
25       Q    And when did you first send a Signal
```

```
                                                       Page 360
 1   message to Mr. Wallace?
 2       A    I don't recall.
 3       Q    When did you first receive a Signal
 4   message from Mr. Wallace, if at all?
 5       A    I don't recall.  I guess it would have
 6   been around this time.  That's my guess.
 7       Q    Okay.  And did you communicate on Signal
 8   with anyone else after you obtained Signal?
 9       A    I don't think so.
10       Q    The only person --
11       A    There could have been somebody, but I
12   don't think so.
13       Q    The only one you recall communicating
14   with on Signal was Mr. Wallace?
15            MS. SHAPIRO:  Objection.
16            THE WITNESS:  The time, I don't remember.
17   It could have been.  I -- I would have to refresh my
18   memory.  Maybe there was something with Jen and
19   Melissa on there, but I don't have a specific memory
20   of it.
21   BY MS. HUDSON:
22       Q    Did you have a group chain with
23   Mr. Wallace, Ms. Abel, and Ms. Nathan at this time?
24       A    I don't know if that was on Signal or a
25   text message, but I think that we did.
```

CONFIDENTIAL

Page 404

1 REPORTER'S CERTIFICATE

2     I, ASHLEY SOEVYN, a Certified Shorthand
3 Reporter of the State of California, do hereby
4 certify:
5     That the foregoing proceedings were taken
6 before me at the time and place herein set forth;
7 at which time the witness was put under oath by me;
8     That the testimony of the witness, the
9 questions propounded, and all objections and
10 statements made at the time of the examination were
11 recorded stenographically by me and were thereafter
12 transcribed;
13     That a review of the transcript by the
14 deponent was/ was not requested;
15     That the foregoing is a true and correct
16 transcript of my shorthand notes so taken.
17     I further certify that I am not a relative
18 or employee of any attorney of the parties, nor
19 financially interested in the action.
20     I declare under penalty of perjury under
21 the laws of California that the foregoing is true
22 and correct.  Dated this 10th day of October 2025.
23
24
    ASHLEY SOEVYN
25     CSR No. 12019