# EXHIBIT 63

CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF NEW YORK
3                    ---oOo---
4
5   BLAKE LIVELY,
6              Plaintiff,
7     vs.      CASE NO. 24-CV-10049-LJL (LEAD CASE)
                        25-CV-449 (LJL) (MEMBER CASE)
8
    WAYFARER STUDIOS LLC, ET AL.
9
               Defendants.
10  _____
    JENNIFER ABEL,
11             Third-party Plaintiff,
      vs.
12  JONESWORKS, LLC,
               Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.
14             Consolidated Plaintiffs,
      vs.
15  BLAKE LIVELY, et al.
               Consolidated Defendants.
16  _____
17                **CONFIDENTIAL**
18
19       VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20              Los Angeles, California
21            Wednesday, October 8, 2025
22
23  Stenographically Reported by:  Ashley Soevyn,
    CALIFORNIA CSR No. 12019
24
25

1    have been one of them.  I just don't know.
2    BY MS. HUDSON:
3         Q    So you may have communicated with other
4    people on Signal in August of 2024 other than the
5    ones you identify?
6         A    I don't have a particular recollection of
7    it because I think that was the only people that I
8    communicated with at that time, but I don't know.
9         Q    Did you communicate with Mr. Freedman on
10   Signal in August of 2024?
11        A    I don't know.
12        Q    You may have?
13        A    I don't know.
14        Q    Did you communicate with Mr. Baldoni on
15   Signal in August of 2024?
16        A    I don't know.
17        Q    When you downloaded Signal, did you make
18   any effort to change any of the settings for the
19   handling of preservation of messages?
20        A    In August?
21        Q    When you downloaded Signal?
22        A    No.
23        Q    Did the messages that you exchanged on
24   Signal in August of 2024 automatically disappear as
25   far as you know?

CONFIDENTIAL

Page 363

1           MS. SHAPIRO:  Objection.
2           THE WITNESS:  I think that depends on
3    whatever thread I was on, whoever initiated it may
4    have set the settings.  I don't have any particular
5    memory of myself setting something to disappear.
6    BY MS. HUDSON:
7        Q    And did you set up your Signal messages
8    so that they would not disappear?
9        A    In August?
10       Q    Yes.
11       A    I don't believe I was thinking about
12   that.
13       Q    Did you communicate by Signal in
14   September of 2024?
15       A    I may have.
16       Q    And who do you believe you may have
17   communicated with on Signal in September of 2024?
18           MS. SHAPIRO:  Objection.
19           THE WITNESS:  It would be a guess.  I
20   just don't know.
21   BY MS. HUDSON:
22       Q    Did you communicate with Mr. Wallace on
23   Signal in September of 2024?
24           MR. GLOVER:  Objection.  Form.
25           THE WITNESS:  I may have.

CONFIDENTIAL

Page 404

```
 1                REPORTER'S CERTIFICATE
 2           I, ASHLEY SOEVYN, a Certified Shorthand
 3   Reporter of the State of California, do hereby
 4   certify:
 5           That the foregoing proceedings were taken
 6   before me at the time and place herein set forth;
 7   at which time the witness was put under oath by me;
 8           That the testimony of the witness, the
 9   questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13           That a review of the transcript by the
14   deponent was/ was not requested;
15           That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17           I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20           I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 10th day of October 2025.
23
24
             ASHLEY SOEVYN
25           CSR No. 12019
```