# EXHIBIT 64

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                        ---oOo---
 4
 5   BLAKE LIVELY,
 6                Plaintiff,
 7      vs.         CASE NO. 24-CV-10049-LJL (LEAD CASE)
                               25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                   Defendants.
10   _____
     JENNIFER ABEL,
11               Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                 Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14               Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                 Consolidated Defendants.
16   _____
17                    **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF MELISSA NATHAN
20                Los Angeles, California
21              Monday, September 29, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

1   me strike that and try to be clear.
2           When you said you understood that you
3   were required to preserve everything related to this
4   matter, Ms. Lively had allegations other than sexual
5   harassment allegations, correct?
6       A    Whatever was in here, I knew I was meant
7   to preserve it, and I did that.
8       Q    Okay.  And you knew that those
9   preservation requirements extended to text messages
10  and social media accounts and emails, right?
11      A    From the 20th of December, I knew that,
12  yes.
13      Q    And including messages sent through
14  WhatsApp or Signal or other ephemeral messaging
15  platforms?
16      A    I did.
17      Q    Okay.  And did you preserve all of your
18  messages after this point in time?
19      A    I did.
20      Q    You -- you have a messaging app on your
21  phone.  Do you have any auto delete functions
22  enabled, so far as you know, on your text messages
23  on your phone?  Your regular messaging app, not
24  Signal or WhatsApp or any other?
25      A    During what time period?  In general?  Or

CONFIDENTIAL

Page 431

1         REPORTER'S CERTIFICATE

2         I, ASHLEY SOEVYN, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5         That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    at which time the witness was put under oath by me;
8         That the testimony of the witness, the
9    questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13        That a review of the transcript by the
14   deponent was/ was not requested;
15        That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17        I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20        I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 1st day of October, 2025.
23
24                         *signature*
                           ASHLEY SOEVYN
25                         CSR No. 12019