# EXHIBIT 65

CONFIDENTIAL

Page 1

```
 1               UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                         ---oOo---
 4
 5    BLAKE LIVELY,
 6                 Plaintiff,
 7       vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                               25-CV-449 (LJL)  (MEMBER CASE)
 8
      WAYFARER STUDIOS LLC, ET AL.
 9
                   Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                    **CONFIDENTIAL**
18
19         VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20                 Los Angeles, California
21                Wednesday, October 8, 2025
22
23    Stenographically Reported by:  Ashley Soevyn,
      CALIFORNIA CSR No. 12019
24
25
```

1      Q   Have you taken any steps to learn if
2   Wayfarer has any policies, practices, or procedures
3   regarding document retention or deletion?
4            MS. SHAPIRO:  Objection.  Just to be
5   clear again, he's not here as a 30(b)(6) witness.
6            THE WITNESS:  I have not taken any
7   particular steps as a company to make sure that
8   our -- there is some sort of policy.  But Wayfarer
9   is -- is aware to not delete anything.
10  BY MS. HUDSON:
11     Q   And how would you know?  How is Wayfarer
12  aware not to delete anything?
13           MS. SHAPIRO:  Objection.
14           THE WITNESS:  Once we received the CRD
15  complaint, sometime at that point we were made
16  aware, and that was communicated.
17  BY MS. HUDSON:
18     Q   So you -- you weren't aware of any
19  obligations to preserve or not delete documents
20  until you received the CRD complaint?
21           MS. SHAPIRO:  Objection.
22           THE WITNESS:  Was not aware.
23  BY MS. HUDSON:
24     Q   So did you make any effort to preserve or
25  not delete documents prior to receiving the CRD

Page 371

1    complaint?
2              MS. SHAPIRO:  Objection.
3              THE WITNESS:  Other than what I said,
4    that there was no reason or auto delete happening,
5    there was no particular effort to go outside the
6    normal scope.
7    BY MS. HUDSON:
8         Q    And you said that you received
9    instructions to preserve documents after Ms. Lively
10   filed her CRD complaint?
11             MS. SHAPIRO:  Objection.
12             THE WITNESS:  I don't know if it was the
13   CRD complaint or the lawsuit.  I don't recall, but
14   during that period we learned that there was -- or
15   maybe it was a -- maybe it was a notice from
16   Mr. Gottlieb.  Sometime in that frame we were made
17   aware.  I don't recall where it came from.
18   BY MS. HUDSON:
19        Q    Are you talking about the cease and
20   desist letter that we sent?
21        A    It may have been that.  I don't recall
22   exactly.  It was just in that time frame.
23        Q    And did you take some steps to preserve
24   documents once you received the cease and desist
25   letter?

Page 372

1        A    Yes.
2        Q    What steps did you take?
3        A    Made sure that personally, if there was
4   anything that was said to disappear or delete, that
5   they were not.  Told Wayfarer parties to not delete
6   anything, that in case they otherwise might.  I
7   can't recall at the moment, but I think those were
8   the general steps.
9        Q    Okay.  And did you have any personal
10  devices that were set for automatic deletion at that
11  time?
12            MS. SHAPIRO:  Objection.
13            THE WITNESS:  There may have been some
14  threads that were on Signal.  So I just reviewed
15  them and made sure that they were not on
16  disappearing mode.
17  BY MS. HUDSON:
18       Q    So what was -- what was there between
19  August and December 2024, you ensured it was not on
20  auto disappearing mode?
21            MS. SHAPIRO:  Objection.
22            THE WITNESS:  I don't understand the
23  question.
24  BY MS. HUDSON:
25       Q    Well, you said that you had some

Page 373

1  communications between August and December of 2024,
2  correct?
3      A   Yes.
4      Q   And when you got the cease and desist
5  letter, you looked at the threads to make sure that
6  they were not on automatic disappearing mode,
7  correct?
8      A   Correct.
9      Q   So at the time that you did that, those
10 threads existed, correct?
11     A   Correct.  I imagine so.
12     Q   And they should still be there then,
13 right?
14     A   I believe they would be.
15     Q   And were any of those threads related in
16 any way to Ms. Lively, Mr. Reynolds, or any of the
17 issues in this litigation?
18         MS. SHAPIRO:  Objection.  Form.
19         THE WITNESS:  I didn't pay attention to
20 the content.  I just made sure that whatever thread
21 there was, was -- was not -- there is no nothing in
22 there that would auto delete or auto disappear.
23 BY MS. HUDSON:
24     Q   And that's for all your Signal
25 communications?

CONFIDENTIAL

Page 404

1      REPORTER'S CERTIFICATE

2              I, ASHLEY SOEVYN, a Certified Shorthand

3      Reporter of the State of California, do hereby

4      certify:

5              That the foregoing proceedings were taken

6      before me at the time and place herein set forth;

7      at which time the witness was put under oath by me;

8              That the testimony of the witness, the

9      questions propounded, and all objections and

10     statements made at the time of the examination were

11     recorded stenographically by me and were thereafter

12     transcribed;

13             That a review of the transcript by the

14     deponent was/ was not requested;

15             That the foregoing is a true and correct

16     transcript of my shorthand notes so taken.

17             I further certify that I am not a relative

18     or employee of any attorney of the parties, nor

19     financially interested in the action.

20             I declare under penalty of perjury under

21     the laws of California that the foregoing is true

22     and correct.  Dated this 10th day of October 2025.

23

24

               ASHLEY SOEVYN

25             CSR No. 12019