Case 1:24-cv-10049-LJL    Document 1012    Filed 11/21/25    Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLAKE LIVELY,

    Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,

    Defendants.

---

JENNIFER ABEL,

    Third-Party Plaintiff,

v.

JONESWORKS LLC,

    Third-Party Defendant.

---

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

## CERTIFICATE OF SERVICE

I, Rose Khatchikian, do hereby certify that I am not less than 18 years of age and on this 20th day of November 2025, I caused a copy of the sealed **Defendants' Opposition to Plaintiff Blake Lively's Motion for Spoliation Sanction and Exhibits 1, 4, 5, 6, 7, 9, 12-17, 19, 21-23, 28-32, 34, 36, and 43 to the Declaration of Ellyn S. Garofalo** to be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

Dated: November 20, 2025
    Los Angeles, CA

                                                   Rose Khatchikian

1

467209.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

BLAKE LIVELY,

    Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,

    Defendants.

----------------------------------------------------------------- x

JENNIFER ABEL,

    Third-Party Plaintiff,

v.

JONESWORKS LLC,

    Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

## CERTIFICATE OF SERVICE

I, Rose Khatchikian, do hereby certify that I am not less than 18 years of age and on this 20th day of November 2025, I caused a copy of the sealed **Defendants' Opposition to Plaintiff Blake Lively's Motion for Spoliation Sanction and Exhibits 1, 4, 5, 6, 7, 9, 12-17, 19, 21-23, 28-32, 34, 36, and 43 to the Declaration of Ellyn S. Garofalo** to be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

Dated: November 20, 2025
Los Angeles, CA

Rose Khatchikian

467209.1

**PROOF OF SERVICE**
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

**MANATT, PHELPS & PHILLIPS, LLP**                    *Attorneys for Plaintiff*
Esra Hudson, Esq.
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 310-312-4381
Email: ehudson@manatt.com

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415-291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
Tel: 212-790-4500
Email: mbruno@manatt.com

**WILKIE FARR & GALLAGHER LLP**
Aaron E. Nathan, Esq.
787 7th Avenue
New York, NY 10019
Tel: 212-778-8000
Email: anathan@wilkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
Email: mgottlieb@willkie.com
         kbender@willkie.com

**DUNN ISAACSON RHEE LLP**
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email:  mgovernski@wilkie.com (email address has
not been updated as of 07/03/2015)

2

467209.1

**HAYNES AND BOONE, LLP**
Laura Lee Prather
Michael Lambert
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
Tel: 512-867-8400
Fax: 512-867-8470
Email: laura.prather@haynesboone.com
   Michael.lambert@haynesboone.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**   *Attorneys for Third Party Defendant Jonesworks LLC*
Danielle Lazarus
51 Madison Avenue
22nd Floor
New York, NY 10010
Tel: 212-849-7464
Email: daniellelazarus@quinnemanuel.com

Kristin Tahler
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3615
Email: kristintahler@quinnemanuel.com

Maaren Alia Shah
295 5th Avenue
New York, NY 10016
Tel: 212-849-7452
Email: maarenchoksi@quinnemanuel.com

Nicholas Inns
1300 I St NW
Suite 900
Washington, DC 20005
Tel: 202-774-6147
Email: nicholasinns@quinnemanuel.com