

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

Via ECF
Hon. Lewis J. Liman                                            November 21, 2025
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write in response to the recent letter from plaintiff Blake Lively (Dkt. 993), submitted in "support" of Stephanie Jones and Jonesworks LLC's motion (in another case) to compel non-party Katherine Case to produce certain documents in compliance with a subpoena. (25-cv-00779, Dkt. 169) (the "Jonesworks Motion to Compel").

Ms. Lively has filed a robust letter in support of a motion filed by *another party* in *another case*, in which she *is not a party*, to compel compliance with a subpoena that *she did not serve*. Ms. Lively lacks standing to enforce the subpoena to Ms. Case because she did not serve it. *See Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC*, No. 16-cv-1318, 2018 WL 6712769, at *5 n.5 (S.D.N.Y. Nov. 30, 2018); Fed. R. Civ. P. 45(d)(2)(B)(i). For that reason alone, the Court should disregard Ms. Lively's letter.

The crux of Ms. Lively's contention is that the documents sought from Ms. Case are needed to discredit Melissa Nathan because, according to Ms. Lively, Ms. Nathan's deposition testimony "cannot be reconciled" with Ms. Case's deposition testimony. (Dkt. 993, p. 2). Ms. Lively does not explain how any difference in the testimonial evidence concerning *Stephanie Jones Leaks* or any other website is relevant to *Ms. Lively's* claims or the defenses thereto. Moreover, the use of discovery to establish credibility and gather information for impeachment is limited, especially when the witness (Ms. Case) is a non-party. *See Oakley v. MSG Networks, Inc.*, No. 17-cv-6903, 2025 WL 463214 (S.D.N.Y. Feb. 7, 2025).

Ms. Lively further argues that the alleged existence of documents concerning websites or social media posts relating to *Stephanie Jones* "confirms there are documents responsive to Ms. Lively's document requests that were improperly withheld." (Dkt. 993, p. 2). Yet Ms. Lively neglects to explain let alone demonstrate how that is true, fails to attach her own document requests, and confusingly cites to a subpoena that she did not serve. (*Id.*) (citing 25-cv-00779, Dkt. 168-5).

The Jonesworks Motion to Compel should be denied for the reasons set forth in the submissions properly filed by Ms. Case (25-cv-00779, Dkt. 173) as well as by Wayfarer Studios LLC, Justin Baldoni, Melissa Nathan, and Jennifer Abel (25-cv-00779, Dkt. 177).

Respectfully submitted,

/s/ Kevin Fritz
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
egarofalo@lftcllp.com

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)