**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN J. FREEDMAN

November 21, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et. al.*, No. 1:24-cv-10049-LJL;
       rel. *Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL

Dear Judge Liman:

On behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), we write seeking clarification of the Court's order regarding Plaintiff Blake Lively's ("Lively") motion to compel production of documents identified on the Wayfarer Parties' supplemental privilege log of Signal messages postdating the beginning of litigation (Dkt. 986) (the "Order").

The Wayfarer Parties request two points of clarification.  First, the Court directed the Wayfarer Parties "to file a more complete log" consistent with the Order.  (Order at 1.) Elsewhere in the Order, the Court directed the Wayfarer Parties to "provide" an updated privilege log. (Order at 6.)  The Wayfarer Parties understand that the Court has directed them to *serve* an updated privilege log and respectfully request that the Court clarify this point.

Second, the Order directs the Wayfarer Parties to supplement their privilege log to indicate the "senders" of the Signal messages logged.  Many of the logged message threads span multiple days or weeks.  Consistent with the Joint ESI Stipulation and Order (Dkt. 208), when collecting and compiling the Signal messages for privilege review, the Wayfarer Parties divided these threads into 24-hour segments, rather than into individual messages.  Dkt. 208, at ¶ IV(1)(c)(ii) ("Messaging Communications that span more than one day shall be split into 24-hour RSMF or Similar segments").  Each 24-hour messaging segment may incorporate numerous messages sent by multiple parties, making it impossible to separately indicate the sender of each individual message.  Viewing the Order and the ESI Stipulation and Order together, the Wayfarer Parties understand the Order to direct them to indicate each of the parties who sent messages (as well as those who merely received them) for each 24-hour segment.  The Wayfarer Parties respectfully request that the Court clarify this point so they can fully comply with the Order.

Hon. Lewis J. Liman
November 21, 2025
Page 2

                                               Respectfully submitted,

Dated: November 21, 2025          LINER FREEDMAN TAITELMAN +
       Los Angeles, CA                COOLEY, LLP

                                               */s/ Bryan Freedman*_____
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
Amir Kaltgrad (admitted *pro hac vice*)
Theresa M. Troupson (admitted *pro hac vice*)
Summer Benson (admitted *pro hac vice*)
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
          egarofalo@lftcllp.com
          kzeldin@lftcllp.com
          akaltgrad@lftcllp.com
          ttroupson@lftcllp.com
          sbenson@lftcllp.com
          jsunshine@lftcllp.com

Hon. Lewis J. Liman
November 21, 2025
Page 3

        MEISTER SEELIG & FEIN PLLC
        Mitchell Schuster
        Kevin Fritz
        125 Park Avenue, 7th Floor
        New York, NY 10017
        Tel: (212) 655-3500
        Email: ms@msf-law.com
                kaf@msf-law.com

        AHOURAIAN LAW
        Mitra Ahouraian (admitted *pro hac vice*)
        2029 Century Park East, 4th Floor
        Los Angeles, CA 90076
        Tel: (310) 376-7878
        Email: mitra@ahouraianlaw.com

        SHAPIRO ARATO BACH LLP
        Alexandra A. E. Shapiro
        Jonathan Bach
        Alice Buttrick
        Jason A. Driscoll
        1140 Avenue of the Americas, 17th Floor
        New York, NY 10036
        Tel: (212) 257-4881
        Email: ashapiro@shapiroarato.com
                jbach@shapiroarato.com
                abuttrick@shapiroarato.com
                jdriscroll@shapiroarato.com

cc: all counsel of record (via ECF)