

Kevin Fritz
*Partner*
Direct (212) 655-3570
kaf@msf-law.com

November 24, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

> REQUEST GRANTED.
> The Clerk of Court is respectfully directed to restrict access to Exhibit 50 in Dkt. No. 1008 to the selected party viewing level.
>
> 11/24/2025    SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

On behalf of third-party defendant Jennifer Abel, and in accordance with Section 21.7 of the Electronic Case Filing Rules and Instructions, we respectfully request that the Court permanently seal Exhibit 50 to Declaration of Ellyn S. Garofalo (Dkt. 1008-50). A redacted version thereof is submitted herewith.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
       kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
       egarofalo@lftcllp.com

*Hon. Lewis J. Liman*
*Page 2*

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)