**WILLKIE FARR & GALLAGHER LLP**

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

November 25, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

November 26, 2025

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

In accordance with Rules 1.D and 2.K of Your Honor's Individual Practices in Civil Cases, Plaintiff Blake Lively respectfully writes with the consent of Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Defendants") and third-party defendant Jonesworks LLC ("Jonesworks"), to inform the Court that all parties have agreed to extend the deadline until December 19, 2025 for all parties and non-parties to move for continued sealing of documents filed under seal pursuant to Rule 4.b of Attachment A to Your Honors' Individual Rules in connection with Ms. Lively's motion for spoliation sanctions (ECF No. 862) or Ms. Lively's and Mr. Reynolds's (the "Lively Parties") motions for sanctions pursuant to Rule 11 (ECF Nos. 222, 229), and until January 9, 2026 for any responses to such motions.

The parties agree that an extension of the various deadlines[1] for motions for continued sealing to December 19—the date the Court has ordered all motions for continued sealing of documents filed under seal in connection with the Wayfarer Defendants' motion for summary judgment to be due (ECF No. 998)—will promote judicial economy by avoiding "the impracticability of resolving numerous motions in piecemeal fashion." *Id*. In addition, the parties agree to extend the deadlines for responses until January 9, 2026 to avoid requiring parties and non-parties to respond to such motions over the winter holidays. No previous requests for adjournment or extensions of time have been made

---

[1] If the requested relief is not granted, the deadlines for the various motions for continued sealing will be as follows. As to the motion for spoliation sanctions, the deadline for Ms. Lively and non-parties to file a motion for continued sealing of sealed exhibits filed in the Wayfarer Defendants' opposition is December 1, and the deadline for Wayfarer Parties' and non-parties to file their motion for continued sealing of any sealed exhibits filed in Ms. Lively's reply brief will be December 15. Regarding the motions for sanctions pursuant to Rule 11, the Lively Parties' deadlines to file a motions for continued sealing of exhibits filed are November 25 (Wayfarer Defendants' opposition letter) and December 11 (Wayfarer Defendants' forthcoming fulsome substantive response). The Wayfarer Parties' deadline to file a motion for continued sealing of sealed exhibits filed in the Lively Parties' reply will be December 18.

with respect to this deadline. The date of the parties' next scheduled appearance before the Court is December 9, 2025.

           Respectfully submitted,

           /s/ Michael J. Gottlieb

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Sarah E. Moses (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com<br><br>*Attorneys for the Lively Parties* | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br><br>Aaron E. Nathan<br>Michaela A. Connolly<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com |