# APPENDIX D

## (Filed Under Seal)