UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>    -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>      Consolidated Plaintiffs,<br><br>-v-<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY.<br><br>      Consolidated Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**DECLARATION OF MATTHEW F. BRUNO
IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

I, Matthew F. Bruno, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am an attorney admitted to practice before this Court, a partner in the law firm of Manatt, Phelps & Phillips, LLP, 7 Times Sq., New York, NY, 10036, and counsel of record for Plaintiff Blake Lively in the above-captioned action.

2.    I respectfully submit this declaration in support of Ms. Lively's renewed motion to compel Defendants Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Defendants") to produce the documents withheld for privilege and identified in Appendices A-D to the accompanying letter motion.

3.    On November 25, 2025, the Wayfarer Defendants produced a fourth amended categorical privilege log. A true and correct copy of the Wayfarer Defendants' fourth amended categorical privilege log, produced on November 25, 2025, is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true.

Executed on this 1st day of December, 2025, in New York, New York.

Dated: December 1, 2025              /s/ Matthew F. Bruno_____

MANATT, PHELPS & PHILLIPS, LLP
Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Counsel for Plaintiff Blake Lively*