```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BLAKE LIVELY,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :        24-cv-10049 (LJL)
         -v-                                                       :
                                                                   :             ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS, INC.,                                            :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2025

LEWIS J. LIMAN, United States District Judge:

On November 26, 2025, the Court ordered unsealed the audio recording at Dkt. No. 874-40, which is Exhibit 43 to Plaintiff Blake Lively's motion for spoliation sanctions. *See* Dkt. No. 1027 at 9. To the extent that she has not already, Lively is directed to provide physical copies of the recording in CD format to the Records Management Department of the Clerk's Office in Room 370 of the 500 Pearl Street Courthouse by December 4, 2025. Lively shall provide a copy of this Order and the Court's November 26 unsealing order to the Records Management Department when she does so to facilitate the recording's release to the public.

Furthermore, in the November 26 unsealing order, the Court directed Jonesworks to contact chambers regarding the re-filing of Exhibit 42 to Jonesworks' motion for spoliation sanctions at Dkt. No. 871-39, which is an audio recording that certain parties and non-parties seek to maintain under seal. The Court has since determined that this exhibit is the same audio recording as Exhibit 47 filed in connection with Lively's motion for spoliation sanctions at Dkt.

No. 874-43, which the Court ordered sealed because the recording reveals the identity of a non-party client.  Dkt. No. 1027 at 9–10.  The Court therefore orders Dkt. No. 871-39 sealed for the same reasons.

    SO ORDERED.

Dated: December 2, 2025
       New York, New York

                                        LEWIS J. LIMAN
                                   United States District Judge