December 2, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

    Pursuant to Paragraph 11 of the Case Management Plan and Scheduling Order, ECF No. 58, Plaintiff Blake Lively, Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, and Third-Party Defendant Jonesworks LLC (collectively, the "Parties") respectfully submit this joint letter in advance of the December 9, 2025 post-discovery status conference.

**1.    Deadlines, Due Dates and/or Cut-Off Dates.**

| Date | Event |
|---|---|
| December 3, 2025 | Lively's opposition to the Wayfarer Parties' motion for judgment on the pleadings |
| December 3, 2025 | Jonesworks' opposition to Abel's motion for summary judgment |
| December 3, 2025 | Lively's opposition to the Wayfarer Parties' motion for summary judgment |
| December 3, 2025 | The Wayfarer Parties' opposition to Lively's motion to compel |
| December 4, 2025 | The Wayfarer Parties' substantive response to Lively's supplemental Rule 11 letter |
| December 8, 2025 | Lively's reply in support of her motion for spoliation sanctions |
| December 8, 2025 | Jonesworks' reply in support of motion for spoliation sanctions |
| December 12, 2025 | Last day for expert discovery |
| December 12, 2025 | The Wayfarer Parties' reply in support of motion for summary judgment |

| | |
|---|---|
| December 12, 2025 | The Wayfarer Parties' reply in support of motion for judgment on the pleadings |
| December 12, 2025 | Jennifer Abel to reply in further support of her motion for summary judgment |
| December 19, 2025 | Motions for continued sealing of materials submitted in connection with (1) the Wayfarer Parties' summary judgment motion, the opposition(s) and reply(ies); (2) the oppositions and replies to Lively's motion for spoliation sanctions; (3) Lively's supplemental letter motion re Rule 11, oppositions and replies |
| December 19, 2025 | Motions for continued sealing of materials submitted in connection with Abel's summary judgment motion, the opposition(s) and reply(ies) |
| January 9, 2026 | Opposition(s) to any motions for continued sealing of materials submitted in connection with the Wayfarer Parties' summary judgment motion, the opposition(s) and reply(ies) |
| January 9, 2026 | Opposition(s) to any motions for continued sealing of materials submitted in connection with her motion for summary judgment, the opposition(s) and reply(ies) |
| January 23, 2026 | Proposed Joint Pretrial Order, motions in limine, joint proposed verdict forms, joint voir dire questions due |
| January 30, 2026 | Oppositions to motions in limine due |
| March 9, 2026 | Trial |

**2. Outstanding Motions** The following motions remain pending before the Court:

| | |
|---|---|
| ECF Nos. 222, 229 | Lively's and Reynolds's respective motions for sanctions pursuant to Rule 11 |
| ECF 370 | Leslie Sloane and Vision PR's motion for attorneys' fees and costs |
| ECF No. 543 | Lively's motion for sanctions pursuant to Rule 16(f) and N.Y. Rule of Professional Conduct 3.6 |
| ECF 703 | Motions filed by non-party J. Alexander Townsend |

| | |
|---|---|
| ECF 733 | Motion for sanctions pursuant to 28 U.S.C. 1927, filed by non-party McKenzie Folks |
| ECF No. 742 | Lively's motion for attorney fees, treble damages, and punitive damages pursuant to Cal. Civ. Code § 47.1 |
| ECF No. 810 | The Wayfarer Parties' motion for judgment on the pleadings |
| ECF No. 862 | Lively's motion for spoliation sanctions |
| ECF No. 867 | Jonesworks' motion for spoliation sanctions |
| ECF No. 891 | Lively's motion to preliminarily seal filed in connection with sanctions motion [The Wayfarer Parties did not file a motion to permanently seal] |
| ECF Nos. 899 and 932 | Lively' motion to preliminary seal in connection with Rule 37 sanctions motion. The Wayfarer Parties moved to permanently seal some of the exhibits (ECF No. 932) |
| ECF No. 907 | Lively's motion to preliminarily seal exhibits in connection with Lively's motion to compel production in connection with privilege log [The Wayfarer Parties did not file a motion to permanently seal] |
| ECF No. 937 | Abel's motion to preliminarily seal in connection with her summary judgment motion |
| ECF No. 938 | Abel's motion for summary judgment |
| ECF No. 952 | The Wayfarer Parties' motion for summary judgment |
| ECF No. 979 | The Wayfarer Parties' motion to preliminarily seal documents in connection with motion to supplement Lively and Reynolds' supplemental Rule 11 motions |
| ECF No. 990 | Lively's motion to preliminarily seal portions of letter motion to compel directed to K. Case |
| ECF No. 1001 | The Wayfarer Parties' motion to permanently seal exhibits to Jonesworks's motion to compel to K. Case |
| ECF No. 1002 | The Wayfarer Parties' motion to permanently seal document in support of opposition to Lively's motion for spoliation sanctions |

**3.    Status of Discovery**

Fact discovery is complete. The parties anticipate that expert discovery will be completed by the Court-ordered deadline of December 12, 2025.

3

**4.     Settlement Discussions**

The Parties have nothing to report regarding the status of settlement negotiations at this time.

**5.     Anticipated Length of Jury Trial.**

The parties agree that the case should be tried to a jury.  Based on the substantial evidence adduced in the case to date, Lively anticipates that trial will take three weeks.

Third-Party Defendant Jonesworks requests that the third-party claims be bifurcated and tried separately after the main action. Jonesworks anticipates that a bifurcated trial of the third-party claims will take one week or less.

The Wayfarer Parties will oppose any motion by Jonesworks to bifurcate.  Assuming all claims in Lively's Second Amended Complaint and Abel's cross-complaint against Jonesworks remain for trial, the Wayfarer Parties anticipate that trial will take four weeks.

**6.     Summary Judgment and Other Issues.**

The Wayfarer Parties' motions for summary judgment and for judgment on the pleadings are pending.  Abel's motion for summary judgment on her claim against Jonesworks is pending.

| | |
|---|---|
| /s/  *Ellyn S. Garofalo* | /s/ *Michael J. Gottlieb* |

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
Sarah E. Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

*Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

/s/  Kristin Tahler

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3615
kristintahler@quinnemanuel.com

Maaren Alia Shah
Morgan L. Anastasio
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7452
maarenchoksi@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns
1300 I St NW, Suite 900
Washington, DC 20005
Telephone: (202) 774-6147
nicholasinns@quinnemanuel.com

*Attorneys for Third Party Defendant Jonesworks LLC*

Aaron E. Nathan
Michaela Connolly
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*