**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

December 2, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: <u>*Lively v. Wayfarer Studios LLC et. al.*</u>**, No. 1:24-cv-10049-LJL**

  On behalf of Plaintiff Blake Lively, Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"), and Third Party Defendant Jonesworks, LLC (collectively, the "Parties") we write with the consent of the parties pursuant to Rules 1.D and 2.K of Your Honor's Individual Practices in Civil Cases to clarify the scope of the parties' so-ordered stipulation to extend deadlines for motions for continued sealing (ECF No. 1026) and the Court's order extending deadlines to move for continued sealing of summary judgment materials (ECF No. 1098). These requests are made in the interest of party and judicial economy and to streamline the briefing on these upcoming sealing motions.

  The parties would like to clarify that (1) these extensions of time to move for continued sealing apply to documents filed under seal pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules in connection with Jonesworks' motion for spoliation sanctions (ECF No. 867) and (2) the January 9, 2026 deadline to oppose the sealing motions due on December 19, 2025 applies to materials relating to the summary judgment motions, oppositions, and replies.

  To the extent not encompassed in prior orders, the parties jointly move for an order: (1) extending the deadline for motions for continued sealing in connection with Jonesworks' spoliation motion to December 19, 2025, with responses due January 9, 2026, and (2) extending the deadline for responses to motions for continued sealing of summary judgment materials to January 9, 2026.

Respectfully submitted,

SO ORDERED.

*[signature]*

LEWIS J. LIMAN
United States District Judge

December 3, 2025

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

| /s/ *Ellyn S. Garofalo* | /s/ *Kristin Tahler* |
|---|---|
| LINER FREEDMAN TAITELMAN + COOLEY, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Bryan J. Freedman (admitted *pro hac vice*) Ellyn S. Garofalo (admitted *pro hac vice*) | Kristin Tahler |
| 1801 Century Park West, 5th Floor | 865 S. Figueroa Street, 10th Floor |
| Los Angeles, CA 90067 | Los Angeles, California 90017 |
| (310) 201-0005 | (213) 443-3000 |
| bfreedman@lftcllp.com | kristintahler@quinnemanuel.com |
| egarofalo@lftcllp.com | |
| | Maaren A. Shah |
| MEISTER SEELIG & FEIN PLLC | Morgan L. Anastasio |
| Mitchell Schuster Kevin Fritz | 295 5th Avenue |
| 125 Park Avenue, 7th Floor | New York, New York 10016 |
| New York, NY 10017 | (212) 849-7000 |
| (202) 655-3500 | maarenshah@quinnemanuel.com |
| ms@msf-law.com | morgananastasio@quinnemanuel.com |
| kaf@msf-law.com | |
| | Nicholas Inns (*pro hac vice*) |
| AHOURAIAN LAW | 1300 I Street NW |
| Mitra Ahouraian (admitted *pro hac vice*) | Suite 900 |
| 2029 Century Park East, 4th Floor | Washington, D.C. 20005 |
| Los Angeles, CA 90076 | (202) 538-8000 |
| (310) 376-7878 | nicholasinns@quinnemanuel.com |
| mitra@ahouraianlaw.com | |
| | *Attorneys for Jonesworks, LLC* |
| *Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel* | |

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

/s/ *Aaron E. Nathan*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
Sarah E. Moses (admitted pro hac vice)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela Connolly
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*