# Jackson Walker LLP

Joel R. Glover
(713) 752-4226 (Direct Dial)
(713) 308-4114 (Direct Fax)
jglover@jw.com

December 3, 2025

**VIA ECF**
The Honorable Lewis J. Liman
Danial Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL; Wallace Non-Parties' Proposed Redactions of Exhibits to Lively's and Jonesworks' Motions for Spoliation Sanctions

Dear Judge Liman,

We write on behalf of non-parties Jed Wallace ("Wallace") and Street Relations Inc. ("Street") (collectively, the "Wallace Non-Parties")[1] pursuant to the Court's November 26, 2025 Order (Dkt. 1027).

The Court ordered parties and non-parties to publicly file certain exhibits to which those parties or non-parties proposed redactions. With respect to the Wallace Non-Parties, the Court adopted their proposed redactions to Exhibits 27, 28, and 36 to Lively's motion for spoliation sanctions and ordered those exhibits be filed publicly with the adopted redactions by December 3, 2025. Exhibits 27, 28, and 36—with the Wallace Non-Parties' proposed and adopted redactions— have been publicly filed on the docket and are accessible to the public. *See* Dkts. 914-2 (Exhibit 27), 914-3 (Exhibit 28), and 914-7 (Exhibit 36).

The Court further ordered the Wallace Non-Parties to submit proposed redactions of Exhibit 55 to Lively's motion for spoliation sanctions and Exhibits 35, 39, 40, and 41 to Jonesworks' motion for spoliation sanctions.

Consistent with the Court's Order, the Wallace Non-Parties provide under seal with this letter proposed redactions to the identified exhibits to protect the identity of clients or prospective clients, including information that might lead to the identification of those clients or prospective clients. *See* Nov. 26, 2025 Order (Dkt. 1027) at 5–6 ("Information revealing the identity of the non-party clients and prospective clients may be maintained under seal.").

---

[1] By filing this letter, the Wallace Non-Parties do not waive their arguments that this Court lacks personal jurisdiction over them—as confirmed in the Court's November 5, 2025 Opinion and Order (Dkt. 912).

The Wallace Non-Parties respectfully request the Court adopt the proposed redactions submitted herewith and order the continued sealing and redaction of the identified information.

Respectfully submitted,

*/s/ Joel R. Glover*
Charles L. Babcock
SDNY #5451117
Joel R. Glover
SDNY #5697487
Tori C. Emery (admitted *pro hac vice*)
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com
temery@jw.com

cc: all counsel of record (via ECF)