**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

December 3, 2025

Via ECF
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Blake Lively v. Wayfarer Studios LLC, et al.*, **Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") respectfully move the Court on an expedited basis for an order modifying the Court's Individual Practices in Civil Cases, § I.C.  Specifically, the Wayfarer Parties seek an extension of the deadline to file their opposition to Plaintiff Blake Lively's ("Lively") Motion to Compel regarding the Wayfarer Parties' Signal Privilege Log (Dkt. 1032) (the "Motion") from December 3, 2025, to December 5, 2025.[1]

There is good cause for this request.  The Motion includes new arguments that were not raised previously by Lively and thus could not have been anticipated by the Wayfarer Parties.  Specifically, Lively argues that the Wayfarer Parties have waived privilege as to certain documents listed on their privilege log, a serious contention that requires care and attention in briefing to assist the Court in its ruling and to defend the Wayfarer Parties' assertion of the attorney-client privilege and other privileges and protections.

For good cause shown, and for the reasons set forth above, the Wayfarer Parties respectfully request an extension of the deadline to file their response to December 5, 2025, four days after service of the moving papers, which is two days longer than the ordinary deadline applicable to discovery letter-motions and three days shorter than the deadline applicable to noticed motions. *See* L.R. 6.1(a).  No previous extension of this deadline has been sought.

We thank the Court for its prompt attention to this matter.

---

[1] The Wayfarer Parties' counsel sought Lively's consent to this request via email to her counsel. As of the time this letter is filed, Lively's counsel has not responded to the request.

December 3, 2025
Page 2

        Respectfully submitted,

        LINER FREEDMAN TAITELMAN +
        COOLEY, LLP


        */s/ Ellyn S. Garofalo*
        Bryan J. Freedman (admitted *pro hac vice*)
        Ellyn S. Garofalo (admitted *pro hac vice*)
        1801 Century Park West, 5th Floor
        Los Angeles, CA 90067
        (310) 201-0005
        bfreedman@lftcllp.com
        egarofalo@lftcllp.com

        MEISTER SEELIG & FEIN PLLC
        Mitchell Schuster
        Kevin Fritz
        125 Park Avenue, 7th Floor
        New York, NY 10017
        (202) 655-3500
        ms@msf-law.com
        kaf@msf-law.com

        *Attorneys for Defendants Wayfarer Studios LLC,*
        *It Ends With Us Movie LLC, Justin Baldoni,*
        *Jamey Heath, Steve Sarowitz, Melissa Nathan,*
        *The Agency Group PR LLC, and Jennifer Abel*