

**Maxwell Breed**

Direct Tel: (212) 326-0113
mbreed@pryorcashman.com

December 3, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **Supplement to Letter-Motion to Seal—*Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL**

Dear Judge Liman:

    Pursuant to the Court's order dated November 26, 2025 (Dkt.1027), the publicly redacted versions of Dkt. Nos. 874-1, 874-23, 874-24, 874-28, 874-35, 874-36, 871-4, 871-5, 871-18, and 871-19 are hereby resubmitted.

                                          Respectfully submitted,

                                          Maxwell Breed