# EXHIBIT 31

Filed Under Seal

**Short Message Report**

| Conversations: 1 | Participants: 12 |
|---|---|
| Total Messages: 162 | Date Range: 8/13/2024 - 8/14/2024 |

**Outline of Conversations**



**System Message chatroom** • 162 messages between 8/13/2024 - 8/14/2024 • Alyx Sealy • Breanna Butler • Carolina ██████ • Dervla ██████ • Katherine Case • Katie Case • Melissa Nathan • Michael Lawrence • Rylie Long • System Message (System Message) •

KCASE-000003354

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**Syste m Message chatroom**

D    **Dervla** ▆▆▆▆▆▆▆    8/13/2024, 8:28 PM
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/

*Attachment: __Libr_1(493) (163 KB)*

*Attachment: __Libr_1(494) (2 KB)*

D    **Dervla** ▆▆▆▆▆▆▆    8/13/2024, 8:28 PM
@melissa 🙈

RL    **Rylie Long** ▆▆▆▆▆▆▆    8/13/2024, 8:29 PM
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

KC    **Katie Case** ▆▆▆▆▆▆    8/13/2024, 8:30 PM
It's not bad

AS    **Alyx Sealy** ▆▆▆▆▆▆    8/13/2024, 8:30 PM
It's very basic

BB    **Breanna Butler** ▆▆▆▆▆▆▆    8/13/2024, 8:30 PM
A LOT of regurgitation

KC    **Katie Case** ▆▆▆▆▆▆▆    8/13/2024, 8:31 PM
It's also like — ok who cares

AS    **Alyx Sealy** ▆▆▆▆▆▆    8/13/2024, 8:31 PM
It's not a story

RL    **Rylie Long** ▆▆▆▆▆▆    8/13/2024, 8:31 PM
And ? Like ofc he hired PR for this

AS    **Alyx Sealy** ▆▆▆▆▆▆    8/13/2024, 8:31 PM
He's being attacked publicly, he brought on an expert to help

D    **Dervla** ▆▆▆▆▆▆    8/13/2024, 8:32 PM
Emphasised "And ? Like ofc he hired PR for this"

KC    **Katie Case** ▆▆▆▆▆▆    8/13/2024, 8:32 PM
Emphasized "And ? Like ofc he hired PR for this"

KC    **Katie Case** ▆▆▆▆▆▆    8/13/2024, 8:32 PM
Emphasized "It's not a story "

M    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆    8/13/2024, 10:07 PM
Breaking my nervous breakdown to send you this [url:'https://p54-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_32_02_0ADCD066-4525-4EF3-9873-*

---

*C6FC2E8B1359_RPReplay_Final1723600643.mov (3 MB)*

| RL | **Rylie Long** ▮▮▮▮ | 8/13/2024, 10:08 PM |

Laughed at "Breaking my nervous breakdown to send you this "

| KC | **Katie Case** ▮▮▮▮ | 8/13/2024, 10:09 PM |

This is going to be my standard reply from now on: WEVE LITERALLY SEENIT

| RL | **Rylie Long** ▮▮▮▮ | 8/13/2024, 10:09 PM |

Laughed at "This is going to be my standard reply from now on:…"

| AS | **Alyx Sealy** ▮▮▮▮ | 8/13/2024, 10:09 PM |

Laughed at "This is going to be my standard reply from now on:…"

| M | ▮▮▮▮▮▮ | 8/13/2024, 10:40 PM |

Deadline running

| AS | **Alyx Sealy** ▮▮▮▮ | 8/13/2024, 10:41 PM |

Kk Rylie can you keep watch plz

| RL | **Rylie Long** ▮▮▮▮ | 8/13/2024, 10:41 PM |

Yes

| RL | **Rylie Long** ▮▮▮▮ | 8/13/2024, 10:41 PM |

https://www.cosmopolitan.com/entertainment/celebs/a61870841/why-justin-baldoni-hired-crisis-pr-manager/

*Attachment: ___Libr_1(495) (72 KB)*

*Attachment: ___Libr_1(496) (4 KB)*

| M | ▮▮▮▮▮▮ | 8/13/2024, 10:41 PM |

Oh fuck off

| AS | **Alyx Sealy** ▮▮▮▮ | 8/13/2024, 10:42 PM |

Rylie let's flag not on this chat lol

| AS | **Alyx Sealy** ▮▮▮▮ | 8/13/2024, 10:42 PM |

Mel if there is anything to worry or flag to you we will

| M | ▮▮▮▮▮▮ | 8/14/2024, 9:27 AM |

https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng==

*Attachment: ___Libr_1(497) (30 KB)*

*Attachment: ___Libr_1(498) (109 KB)*

*Attachment: ___Libr_1(499) (31 KB)*

| AS | **Alyx Sealy** ▮▮▮▮ | 8/14/2024, 9:29 AM |

All she talks about is the floral outfits she's wearing! Every post on her IG one after the other

| KC | **Katie Case** ▮▮▮▮ | 8/14/2024, 9:29 AM |

Emphasized "All she talks about is the floral outfits she's we…"

CONFIDENTIAL

KC **Katie Case** ███████████                                           8/14/2024, 9:32 AM
https://www.instagram.com/reel/C-n_krDy0T7/?igsh=MWFydHh1YjhoMHR4dg==

*Attachment: __Libr_1(500) (31 KB)*

*Attachment: __Libr_1(501) (9 KB)*

*Attachment: __Libr_1(502) (26 KB)*

KC **Katie Case** ███████████                                           8/14/2024, 9:32 AM
FLOWERS

AS **Alyx Sealy** ███████████                                           8/14/2024, 9:35 AM
Just got a flash flood warning on my tv lol

AS **Alyx Sealy** ███████████                                           8/14/2024, 9:35 AM
As I look out at the legit ocean next to my door

KC **Katie Case** ███████████                                           8/14/2024, 9:35 AM
.....

AS **Alyx Sealy** ███████████                                           8/14/2024, 9:41 AM
https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-cast-feud/

*Attachment: __Libr_1(503) (193 KB)*

*Attachment: __Libr_1(504) (3 KB)*

C **Carolina** ███████████                                              8/14/2024, 10:00 AM
███████████████████████████████████████████████████
███████████

BB **Breanna Butler** ███████████                                       8/14/2024, 10:01 AM
████████████████████████████████████████

C **Carolina** ███████████                                              8/14/2024, 10:01 AM
████████████████████████████████████████████████

*Attachment: __Libr_1(505) (7 KB)*

*Attachment: __Libr_1(506) (295 KB)*

C **Carolina** ███████████                                              8/14/2024, 10:01 AM
Omg ?

AS **Alyx Sealy** ███████████                                           8/14/2024, 10:01 AM
████████████████████████████████████████

AS **Alyx Sealy** ███████████                                           8/14/2024, 10:07 AM
@melissa perhaps we should do a team call at some point this afternoon....

KCASE-000003357

M                                                                                            8/14/2024, 10:08 AM

Just on with Jamey and jen

M                                                                                            8/14/2024, 10:08 AM

Yes

AS    **Alyx Sealy**                                                                          8/14/2024, 10:08 AM

Okay great. Rylie can you find a time that works for everyone? Let's shoot for earlier rather than later

RL    **Rylie Long**                                                                          8/14/2024, 10:14 AM

Can we do 11:30am PT or 1pm PT?

D     **Dervla**                                                                              8/14/2024, 10:14 AM

Liked "Can we do 11:30am PT or 1pm PT?"

M                                                                                            8/14/2024, 10:15 AM

I think 11:30am PT

AS    **Alyx Sealy**                                                                          8/14/2024, 10:15 AM

11:30am

RL    **Rylie Long**                                                                          8/14/2024, 10:16 AM

Great Derv just updated team invite

M                                                                                            8/14/2024, 10:16 AM

Depends on how this AM goes also

RL    **Rylie Long**                                                                          8/14/2024, 10:16 AM

Kk we will just hold that time for now

AS    **Alyx Sealy**                                                                          8/14/2024, 10:17 AM

@melissa just heads up

M                                                                                            8/14/2024, 10:17 AM

I know if these people let me get off the phone

M                                                                                            8/14/2024, 10:17 AM

Ever

M                                                                                            8/14/2024, 10:17 AM

To do some other work

AS    **Alyx Sealy**                                                                          8/14/2024, 10:17 AM

Let u know how we can help or if you just want to merge any of us into calls to take notes etc

M                                                                                            8/14/2024, 10:17 AM

No they only want the chief Katie

AS    **Alyx Sealy**                                                                          8/14/2024, 10:18 AM

I can also make my way to your room in this storm and take notes while you're on calls if you need 😂

KC    **Katie Case**                                                                          8/14/2024, 10:22 AM

Laughed at "I know if these people let me get off the phone "

CONFIDENTIAL                                                                          KCASE-000003358

| KC | **Katie Case** ███████████ | 8/14/2024, 10:22 AM |
| --- | --- | --- |
| | Emphasized "No they only want the chief Katie " | |

| KC | **Katie Case** ███████████ | 8/14/2024, 10:22 AM |
| --- | --- | --- |
| | Melissa "Chief" Nathan | |

| M | ███████████ | 8/14/2024, 10:28 AM |
| --- | --- | --- |
| | [url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | |

*Attachment: ___Libr_1(17).heic (72 KB)*

| M | ███████████ | 8/14/2024, 10:28 AM |
| --- | --- | --- |
| | On with tmz | |

| M | ███████████ | 8/14/2024, 10:28 AM |
| --- | --- | --- |
| | I do think SJ is placing | |

| BB | **Breanna Butler** ███████████ | 8/14/2024, 10:29 AM |
| --- | --- | --- |
| | What is TMZ saying? They've done 3 pieces on this in 12 hours | |

| RL | **Rylie Long** ███████████ | 8/14/2024, 10:29 AM |
| --- | --- | --- |
| | Emphasized "What is TMZ saying? They've done 3 pieces on this …" | |

| D | **Dervla** ███████████ | 8/14/2024, 11:02 AM |
| --- | --- | --- |
| | https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/ | |

*Attachment: ___Libr_1(507) (204 KB)*

*Attachment: ___Libr_1(508) (3 KB)*

| KC | **Katie Case** ███████████ | 8/14/2024, 11:03 AM |
| --- | --- | --- |
| | Now we go to war. | |
| | Breanna let's chat about this | |

| AS | **Alyx Sealy** ███████████ | 8/14/2024, 11:03 AM |
| --- | --- | --- |
| | Oh Jesus Christ lol | |

| BB | **Breanna Butler** ███████████ | 8/14/2024, 11:12 AM |
| --- | --- | --- |
| | Yes MN please call us. We need Jed too | |

| M | ███████████ | 8/14/2024, 11:12 AM |
| --- | --- | --- |
| | One second | |

| BB | **Breanna Butler** ███████████ | 8/14/2024, 11:13 AM |
| --- | --- | --- |
| | The fat shaming part isn't bad as has our explanation | |

| D | **Dervla** ███████████ | 8/14/2024, 11:13 AM |
| --- | --- | --- |
| | Emphasised "The fat shaming part isn't bad as has our explanat…" | |

| BB | **Breanna Butler** ███████████ | 8/14/2024, 11:24 AM |
| --- | --- | --- |
| | ████████████████████████ | |

| M | ███████████ | 8/14/2024, 11:29 AM |
| --- | --- | --- |

CONFIDENTIAL

I'm free in 15 minutes!

**BB**   **Breanna Butler** ████████                                    8/14/2024, 11:29 AM
Ok

**BB**   **Breanna Butler** ████████                                    8/14/2024, 11:29 AM
RL can you join to take notes?

**RL**   **Rylie Long** ████████                                        8/14/2024, 11:30 AM
Yes

**RL**   **Rylie Long** ████████                                        8/14/2024, 11:31 AM
██████████████████████████████████████████████

*Attachment: __Libr_1(509) (75 KB)*

*Attachment: __Libr_1(510) (3 KB)*

**RL**   **Rylie Long** ████████                                        8/14/2024, 11:31 AM
Here if you want to take a Quick Look beforing hopping on

**BB**   **Breanna Butler** ████████                                    8/14/2024, 11:38 AM
Loved "Here if you want to take a Quick Look beforing hop…"

**AS**   **Alyx Sealy** ████████                                        8/14/2024, 11:49 AM
https://www.instagram.com/p/C-b7_wKRRKp/?utm_source=ig_web_copy_link&igsh=MzRIODBiNWFlZA==

*Attachment: __Libr_1(511) (128 KB)*

*Attachment: __Libr_1(512) (31 KB)*

**KC**   **Katie Case** ████████                                        8/14/2024, 1:04 PM
This is very cute on a very chaotic day —
My dad is an attorney and forwarded me a legal newsletter he gets. ████████████████████
████████████████████████████████
I was like… thanks dad 😂😂

**D**    **Dervla** ████████                                            8/14/2024, 1:05 PM
Loved "This is very cute on a very chaotic day —
My dad…"

**RL**   **Rylie Long** ████████                                        8/14/2024, 1:06 PM
Loved "This is very cute on a very chaotic day —
My dad…"

**C**    **Carolina** ████████                                          8/14/2024, 1:08 PM
Laughed at "This is very cute on a very chaotic day —
My dad…"

**M**    ████████████████                                               8/14/2024, 1:12 PM
Loved "This is very cute on a very chaotic day —

CONFIDENTIAL                                    KCASE-000003360

My dad…"

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▉▉▉▉ | 8/14/2024, 1:13 PM |

Loved "This is very cute on a very chaotic day —

My dad…"

| | | |
|---|---|---|
| M | ▉▉▉▉▉▉▉▉ | 8/14/2024, 1:24 PM |

[url:'https://p26-
content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: ___Library_SMS_Attachments_a8_08_08D02ED5-EEF6-491C-BA5D-72301701ACCE_IMG_2323.heic (1 MB)*

| | | |
|---|---|---|
| KC | **Katie Case** ▉▉▉▉ | 8/14/2024, 1:24 PM |

YES this was in my IG reels feed this AM

| | | |
|---|---|---|
| D | **Dervla** ▉▉▉▉ | 8/14/2024, 1:25 PM |

Loved an image

| | | |
|---|---|---|
| RL | **Rylie Long** ▉▉▉▉ | 8/14/2024, 1:25 PM |

Loved an image

| | | |
|---|---|---|
| BB | **Breanna Butler** ▉▉▉▉ | 8/14/2024, 1:25 PM |

Omg this is amazing

| | | |
|---|---|---|
| BB | **Breanna Butler** ▉▉▉▉ | 8/14/2024, 1:27 PM |

We should send to Jed, right?

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▉▉▉▉ | 8/14/2024, 1:31 PM |

Was this flagged

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▉▉▉▉ | 8/14/2024, 1:32 PM |

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*Attachment: ___Libr_1(513) (1 MB)*

*Attachment: ___Libr_1(514) (3 KB)*

| | | |
|---|---|---|
| M | ▉▉▉▉▉▉▉▉ | 8/14/2024, 1:48 PM |

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*Attachment: ___Library_SMS_Attachments_46_06_05A4FEDD-244A-48AD-8C00-60281008435E_IMG_2325.heic (1 MB)*

*Attachment: ___Library_SMS_Attachments_cb_11_F4C30BEA-9F8A-4459-85C2-47FD71928F50_IMG_2326.heic (1 MB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** ▉▉▉▉ | 8/14/2024, 2:06 PM |

▉▉▉▉▉▉▉▉▉▉

CONFIDENTIAL

BB  **Breanna Butler** ███████████                                    8/14/2024, 2:07 PM
Please please

BB  **Breanna Butler** ███████████                                    8/14/2024, 2:08 PM
The whole document I put together

D   **Dervla** ████████████                                           8/14/2024, 2:08 PM
Zoe sending now

AS  **Alyx Sealy** ███████████                                        8/14/2024, 2:28 PM
The only emails acceptable from here on out ████████ ███████████████████████

*Attachment: __Library_SMS_Attachments_9a_10_5C98492D-5510-4FA4-A6F7-5C01CF00466F_Screenshot 2024-08-14 at 2.28.36_PM.heic (82 KB)*

KC  **Katie Case** ██████████                                         8/14/2024, 2:29 PM
Well hot damn

D   **Dervla** ████████████                                           8/14/2024, 2:31 PM
Laughed at "The only emails acceptable from here on out "

D   **Dervla** ████████████                                           8/14/2024, 2:31 PM
████████████████████████

RL  **Rylie Long** ██████████                                         8/14/2024, 2:31 PM
Laughed at "The only emails acceptable from here on out "

RL  **Rylie Long** ██████████                                         8/14/2024, 2:32 PM
████████████████████

C   **Carolina** ██████████                                           8/14/2024, 2:32 PM
He actually has a real job ???

D   **Dervla** ████████████                                           8/14/2024, 2:32 PM
████████████████

M   ██████████████████                                                8/14/2024, 3:45 PM
[url:'https://p29-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_74_04_4962C91E-00A1-47CB-BA68-E238AFDAEB76_Screenshot 2024-08-14 at 15.42.59.heic (72 KB)*

KC  **Katie Case** ██████████                                         8/14/2024, 3:45 PM
"If you would like Jen Abel and my thoughts on who placed it" killed me

AS  **Alyx Sealy** ███████████                                        8/14/2024, 3:48 PM
Emphasized an image

RL  **Rylie Long** ██████████                                         8/14/2024, 3:49 PM
Laughed at ""If you would like Jen Abel and my thoughts on who…"

RL  **Rylie Long** ██████████                                         8/14/2024, 3:49 PM

NO THOUGHTS.. it's in WRITING

| | | |
|---|---|---|
| BB | **Breanna Butler** ████ | 8/14/2024, 3:54 PM |

I love how he's 24 hours late to the game

| | | |
|---|---|---|
| M | ████ | 8/14/2024, 3:55 PM |

He just replied
I'll talk to you when I'm In LA ████

| | | |
|---|---|---|
| KC | **Katie Case** ████ | 8/14/2024, 3:55 PM |

Of course 🙍

| | | |
|---|---|---|
| RL | **Rylie Long** ████ | 8/14/2024, 3:55 PM |

████

| | | |
|---|---|---|
| BB | **Breanna Butler** ████ | 8/14/2024, 4:58 PM |

https://www.tiktok.com/t/ZTNtEXCgu/

*Attachment: ___Libr_1(515) (6 KB)*

*Attachment: ___Libr_1(516) (19 KB)*

*Attachment: ___Libr_1(517) (152 KB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** ████ | 8/14/2024, 4:58 PM |

We need it

| | | |
|---|---|---|
| KC | **Katie Case** ████ | 8/14/2024, 4:58 PM |

Emphasized "We need it"

| | | |
|---|---|---|
| M | ████ | 8/14/2024, 5:51 PM |

████

*Attachment: ___Library_SMS_Attachments_a8_08_14CA0AE5-2625-4BC8-87E4-4F9FDE32A4F2_IMG_2346.heic (1 MB)*

*Attachment: ___Library_SMS_Attachments_bd_13_E2A31D5D-2DE3-4908-8052-0C75446B36AA_IMG_2345.heic (2 MB)*

| | | |
|---|---|---|
| C | **Carolina** ████ | 8/14/2024, 5:52 PM |

Emphasized an image

| | | |
|---|---|---|
| RL | **Rylie Long** ████ | 8/14/2024, 5:52 PM |

Oh this is insane

| | | |
|---|---|---|
| D | **Dervla** ████ | 8/14/2024, 5:52 PM |

Laughed at an image

| | | |
|---|---|---|
| M | ████ | 8/14/2024, 5:53 PM |

████

KCASE-000003363

*Attachment: ___Library_SMS_Attachments_74_04_2EB11DFD-295E-434F-8D1B-9A937B4A20CE_IMG_2347.MOV (5 MB)*

| | | |
|---|---|---|
| KC | **Katie Case** ▬▬▬ | 8/14/2024, 5:54 PM |
| | Loved a movie | |
| KC | **Katie Case** ▬▬▬ | 8/14/2024, 5:54 PM |
| | Go Alyx! | |
| AS | **Alyx Sealy** ▬▬▬ | 8/14/2024, 5:55 PM |
| | It's so hot in here guys | |
| RL | **Rylie Long** ▬▬▬ | 8/14/2024, 5:55 PM |
| | Loved a movie | |
| RL | **Rylie Long** ▬▬▬ | 8/14/2024, 5:55 PM |
| | Laughed at "It's so hot in here guys " | |
| RL | **Rylie Long** ▬▬▬ | 8/14/2024, 5:55 PM |
| | Slaying | |
| M | ▬▬▬▬▬ | 8/14/2024, 5:55 PM |
| | ▬▬▬▬▬▬▬▬▬▬ | |

*Attachment: ___Libr_1(18).heic (1 MB)*

| | | |
|---|---|---|
| RL | **Rylie Long** ▬▬▬ | 8/14/2024, 5:56 PM |
| | SLAYING!! | |
| RL | **Rylie Long** ▬▬▬ | 8/14/2024, 5:56 PM |
| | Also if me katie and Bre go missing it's because ▬▬▬▬ | |
| RL | **Rylie Long** ▬▬▬ | 8/14/2024, 5:56 PM |
| | Also if me katie and Bre go missing it's because ▬▬▬▬ | |
| KC | **Katie Case** ▬▬▬ | 8/14/2024, 5:57 PM |
| | Loved an image | |
| KC | **Katie Case** ▬▬▬ | 8/14/2024, 5:57 PM |
| | Don't joke about that 😂😂 | |
| KC | **Katie Case** ▬▬▬ | 8/14/2024, 6:01 PM |
| | I'm going for a run guys I'll be back online in about an hour | |
| M | ▬▬▬▬▬ | 8/14/2024, 7:02 PM |
| | Obsessed with this ▬▬▬▬▬▬▬▬ | |

*Attachment: ___Library_SMS_Attachments_79_09_214A1003-30A4-4F5F-B253-E00876CE9ED8_IMG_8127.HEIC (73 KB)*

| | | |
|---|---|---|
| C | **Carolina** ▬▬▬ | 8/14/2024, 7:03 PM |

KCASE-000003364

Oh my GOD HAHAHAHA

| | | |
|---|---|---|
| BB | **Breanna Butler** ███ | 8/14/2024, 7:06 PM |
| | Matthew is FREAKING out | |

| | | |
|---|---|---|
| C | **Carolina** ███ | 8/14/2024, 7:06 PM |
| | I just explained that to dervla and Zoe | |

| | | |
|---|---|---|
| AS | **Alyx Sealy** ███ | 8/14/2024, 7:06 PM |
| | 1000% | |

| | | |
|---|---|---|
| AS | **Alyx Sealy** ███ | 8/14/2024, 7:06 PM |
| | lol | |

| | | |
|---|---|---|
| RL | **Rylie Long** ███ | 8/14/2024, 7:18 PM |
| | Laughed at "Matthew is FREAKING out " | |

| | | |
|---|---|---|
| KC | **Katie Case** ███ | 8/14/2024, 7:20 PM |
| | Laughed at "Matthew is FREAKING out " | |

| | | |
|---|---|---|
| M | ███████ | 8/14/2024, 7:20 PM |
| | ███████████████ | |

*Attachment: __Libr_1(19).heic (1 MB)*

| | | |
|---|---|---|
| M | ███████ | 8/14/2024, 7:20 PM |
| | ███████ | |

| | | |
|---|---|---|
| KC | **Katie Case** ███ | 8/14/2024, 7:20 PM |
| | Yes | |

| | | |
|---|---|---|
| C | **Carolina** ███ | 8/14/2024, 7:20 PM |
| | Yes lol | |

| | | |
|---|---|---|
| AS | **Alyx Sealy** ███ | 8/14/2024, 7:23 PM |
| | Mel and I don't think it does haha | |

| | | |
|---|---|---|
| M | ███████ | 8/14/2024, 7:23 PM |
| | ███████ | |

| | | |
|---|---|---|
| KC | **Katie Case** ███ | 8/14/2024, 7:23 PM |
| | Lol | |

| | | |
|---|---|---|
| D | **Dervla** ███ | 8/14/2024, 7:24 PM |
| | ███████████ | |

| | | |
|---|---|---|
| M | ███████ | 8/14/2024, 7:24 PM |
| | Perfect descriptor | |

| | | |
|---|---|---|
| AS | **Alyx Sealy** ███ | 8/14/2024, 7:24 PM |
| | Literally yes | |

| | | |
|---|---|---|
| M | ███████ | 8/14/2024, 7:44 PM |
| | Princess Alyx ███████████████ | |

KCASE-000003365

*Attachment: ___Library_SMS_Attachments_ef_15_C5B6776B-3849-4037-8EC2-F533D14AFA52_IMG_2357.heic (2 MB)*

KC   **Katie Case** ███████████                                    8/14/2024, 7:44 PM
🔥🔥🔥🔥

AS   **Alyx Sealy** ████████                                       8/14/2024, 7:44 PM
Laughed at an image

AS   **Alyx Sealy** ███████                                        8/14/2024, 7:45 PM
Smells like feet and sweat in here

M    █████████████████                                             8/14/2024, 7:45 PM
I read fear and sweat

AS   **Alyx Sealy** ████████                                       8/14/2024, 7:46 PM
█████████████████████

CONFIDENTIAL