# EXHIBIT 7

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 22 | Date Range: 7/25/2024 |

**Outline of Conversations**



chatroom • 22 messages on 7/25/2024 •
• Breanna Butler    • Nathan Melissa

BBKOSLOW-000005048

**Messages in chronological order** (times are shown in GMT -04:00)

---

🍎 ████████████████████████████████████**chatroom**

| | | |
|---|---|---|
| NM | **Nathan Melissa**████████ | 7/25/2024, 8:25 PM |

████████████████████████████████████████████████████████

]

*Attachment: ___Library_SMS_Attachments_8a_10_445A9218-4494-48A5-B5C3-A8C559701BAB_IMG_9290.heic (69 KB)*

| | | |
|---|---|---|
| # | ██████ | 7/25/2024, 8:47 PM |

I'm so mad we missed ██████

| | | |
|---|---|---|
| NM | **Nathan Melissa**██████ | 7/25/2024, 9:00 PM |

same

| | | |
|---|---|---|
| # | ██████<br>██████ | 7/25/2024, 9:00 PM |

| | | |
|---|---|---|
| NM | **Nathan Melissa**████ | 7/25/2024, 9:00 PM |

| | | |
|---|---|---|
| NM | **Nathan Melissa**██████ | 7/25/2024, 9:00 PM |

Aka bane of my life

| | | |
|---|---|---|
| NM | **Nathan Melissa**██████ | 7/25/2024, 9:01 PM |

And aim doing this ██████ive done 4██████today

| | | |
|---|---|---|
| NM | **Nathan Melissa**██████ | 7/25/2024, 9:01 PM |

2 kids 3 dogs period pains and vomiting

| | | |
|---|---|---|
| # | ██████ | 7/25/2024, 9:01 PM |

Omg lol all of us are like wait who?

| | | |
|---|---|---|
| # | ██████ | 7/25/2024, 9:01 PM |

Let me know what you want to toss to me

| | | |
|---|---|---|
| NM | **Nathan Melissa**██████ | 7/25/2024, 9:02 PM |

Ha It's legal name on docs

| | | |
|---|---|---|
| # | ██████ | 7/25/2024, 9:02 PM |

Was anyone else on ██████to help with notes so we can jump in quick?

| | | |
|---|---|---|
| NM | **Nathan Melissa**██████ | 7/25/2024, 9:02 PM |

I'll do it on a call tomorrow because I can't explain right now, but it's really good and so happy about all this

| | | |
|---|---|---|
| # | ██████ | 7/25/2024, 9:02 PM |

lol I feel dumb now but everyone texted on side like who? 🤨

| | | |
|---|---|---|
| # | ██████ | 7/25/2024, 9:03 PM |

Ok great!

| | | |
|---|---|---|
| NM | **Nathan Melissa**██████ | 7/25/2024, 9:03 PM |

BBKOSLOW-000005049

Wayfarer studios
Justin baldoni
█████████████████

\#    ██████████                               7/25/2024, 9:04 PM

Amazing

\#    ██████████                               7/25/2024, 9:04 PM

Is Bryan happy with variety piece?

NM    **Nathan Melissa** ████████                     7/25/2024, 9:04 PM

Oh, he's so happy

NM    **Nathan Melissa** ████████                     7/25/2024, 9:04 PM

Sorry, I've been so busy. I forgot to.
How's your car accident?

\#    ██████████                               7/25/2024, 9:05 PM

It was fine but this kid gave me his number for insurance and then blocked us. I want to put his number out on Facebook or something like "text if you need a good nanny!" To fuck with him so he gets inundated with a bunch of crazy Long Island moms

\#    ██████████                               7/25/2024, 9:06 PM

And police say nothing we can do

CONFIDENTIAL