# EXHIBIT 15

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 79 | Date Range: 6/17/2024 |

## Outline of Conversations

 · 79 messages on 6/17/2024 · Jennifer Abel ▊▊▊▊ · Stephanie Jones

JONESWORKS_00039919

**Messages in chronological order** (times are shown in GMT -04:00)



>>>>>
>> SJ

>>>>>
>>>
SJ

>>>>>
>>>>
JA

# Redacted - NR

>>>>>
>>>>>
SJ

>>>>>
>>>>>
SJ

>>>>>
>>>>>
SJ

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

Confidential

JONESWORKS_00039921

>>>>>
>>>>>
JA

>>>>>
>>>>>
SJ

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

# Redacted - NR

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
SJ

>>>>>

Confidential

JONESWORKS_00039922

>>>>>
SJ

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
SJ

>>>>>
>>>>>
SJ

# Redacted - NR

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
SJ

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA

>>>>>
>>>>>

Confidential

JONESWORKS_00039923

SJ

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA



# Redacted - NR

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>> **Jennifer Abel** <          ▶ 6/17/2024, 3:25 PM
>>>>> And sorry such a busy morning!! I just got off of an hour call with Justin lol
JA

Receipts • Undefined Participant [R 6/17/2024, 3:26 PM]

>>>>> **Jennifer Abel**          ▶ 6/17/2024, 3:26 PM
>>>>> They want us to recommend a couple of great lawyers just to be armed with them if we need, Steve sarowitz will be
JA paying for this lol. Wanted to check with you before I do… obviously Marty Singer, Bryan Freedman are people that
come to mind. But lmk what you think!

Receipts • Undefined Participant [R 6/17/2024, 3:26 PM]

>>>>> **Stephanie Jones**          ◀ 6/17/2024, 3:27 PM
>>>>> marty for sure not bryan as he's not well respected
SJ

Receipts • Undefined Participant [D 6/17/2024, 3:27 PM]

>>>>> **Jennifer Abel**          ▶ 6/17/2024, 3:27 PM
>>>>> But he's a killer
JA

Receipts • Undefined Participant [R 6/17/2024, 3:27 PM]

>>>>> **Stephanie Jones**          ◀ 6/17/2024, 3:27 PM
>>>>> **Redacted - NR**
SJ

Receipts • Undefined Participant [D 6/17/2024, 3:27 PM]

>>>>> **Jennifer Abel**          ▶ 6/17/2024, 3:27 PM
>>>>> And would bury Blake
JA

Receipts • Undefined Participant [R 6/17/2024, 3:27 PM]

>>>>> **Jennifer Abel**          ▶ 6/17/2024, 3:27 PM
>>>>> **Redacted - NR**
JA

Receipts • Undefined Participant [R 6/17/2024, 3:27 PM]

>>>>> **Jennifer Abel**          ▶ 6/17/2024, 3:27 PM

>>>>>
JA

**Redacted - NR**

Receipts • Undefined Participant [R:6/17/2024, 3:27 PM]

>>>>>
>>>>>
SJ

**Stephanie Jones**                                                                    ◄ 6/17/2024, 3:27 PM

yes but he will have to check conflicts make sure he's never worked or repped blake or ryan in past

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
SJ

# Redacted - NR

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

>>>>>
>>>>>
JA

Confidential                                                      JONESWORKS_00039925



Confidential

JONESWORKS_00039926

Receipts • Undefined Participant [R 6/17/2024, 6:25 PM]

>>>>>
>>>>>
JA

>>>>>
>>>>>
SJ

>>>>>
>>>>>
JA



>>>>>
>>>>>
JA

JONESWORKS_00039927