# EXHIBIT 22

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 2 | Date Range: 8/5/2024 |

## Outline of Conversations



**iMessage Chat:** ▮▮▮▮▮▮▮▮ • 2 messages on 8/5/2024 • Custodian: Abel, Jennifer ▮▮▮▮▮▮▮▮ • Custodian: Abel, Jennifer ▮▮▮▮▮▮▮▮ • Jamey Heath ▮▮▮▮▮▮▮▮ • Melissa Nathan ▮▮▮▮▮▮▮▮

Confidential

JONESWORKS_00012744

**Messages in chronological order** (times are shown in GMT -04:00)

---

 iMessage Chat: ███████████

MN   **Melissa Nathan** ███████████  EDITED  DELETED                    ▶ 8/5/2024, 11:42 PM
     Hi Jamey, Jen

     So incredibly glad that the press went so well today and from what I know, Justin felt incredibly supported. He is lucky to have you all.

     We took the day today to do some research and get digital quotes in from the two teams we use that get the best results.

     As you are both aware, we are in a predicament that we just do not know the outcome of right now.

     Saying that, full transparency is key here, we have seen the most innocuous issues turn giant due to socials or the hugest crisis have no effects on social whatsoever- you just cannot tell at this stage. But, BL does have some of the TS fanbase so we will be taking it extremely seriously.

     We also understand audience is not solely JB fanbase but, the studio so it is covering all bases time.

     Quote one: $175k - this will be for a 3-4 month period and includes: website ( to discuss) full reddit, full social account take downs, full social crisis team on hand for anything - engage with audiences in the right way, start threads of theories ( to discuss) this is the way to be fully 100%protected.

     Quote two $25k per month - min 3 months as it needs to seed same as above - this will be for creation of social fan engagement to go back and forth with any negative accounts, helping to change narrative and stay on track.

     There is a lot more to both of these quotes but, easier to discuss via phone in terms of capabilities and what I have personally experienced in and out of crisis scenarios.

     Either way, I do feel it is better to be safe but - I do realize costs are something I am sure you did not count on when you took on this project nor, this situation.

     Let me know when you would like to discuss more - around on PT tomorrow.

     M

MN   **Melissa Nathan** ███████████  EDITED                              ▶ 8/5/2024, 11:43 PM
     Hi Jamey, Jen

     So incredibly glad that the press went so well today and from what I know, Justin felt incredibly supported. He is lucky to have you all.

     We took the day today to do some research and get digital quotes in from the two teams we use that get the best results.

     As you are both aware, we are in a predicament that we just do not know the outcome of right now.

     Saying that, full transparency is key here, we have seen the most innocuous issues turn giant due to socials or the hugest crisis have no effects on social whatsoever- you just cannot tell at this stage. But, BL does have some of the TS fanbase so we will be taking it extremely seriously.

     We also understand audience is not solely JB fanbase but, the studio so it is covering all bases time.

     Quote one: $175k - this will be for a 3-4 month period and includes: website ( to discuss) full reddit, full social account take downs, full social crisis team on hand for anything - engage with audiences in the right way, start threads of theories ( to discuss) this is the way to be fully 100%protected.

     Quote two $25k per month - min 3 months as it needs to seed same as above - this will be for creation of social fan engagement to go back and forth with any negative accounts, helping to change narrative and stay on track.

     All of this will be most importantly untraceable.

     There is a lot more to both of these quotes but, easier to discuss via phone in terms of capabilities and what I have personally experienced in and out of crisis scenarios.

Confidential                                                                                                JONESWORKS_00012745

Either way, I do feel it is better to be safe but - I do realize costs are something I am sure you did not count on when you took on this project nor, this situation.

Let me know when you would like to discuss more - around on PT tomorrow.

M

Receipts • Custodian: Abel, Jennifer ▮▮▮▮▮ R:8/5/2024, 11:43 PM]

Confidential