# EXHIBIT 32

**Thread Participants:** Jamey Heath; Mitz Toskovic (Owner); Mitz Toskovic (Owner)
**Active Participants:** Jamey Heath; Mitz Toskovic (Owner)
**First Message:** 8/13/2024 1:10:48 AM
**Last Message:** 8/13/2024 8:18:32 PM

---

**Mitz Toskovic (Owner)**

https://www.tiktok.com/t/ZP81NPAVD/

📎 <__Library_SMS_Attach_1_57_07_963F54_1_7D3642_1>

📎 <__Library_SMS_Attach_1_21_01_F710C0_1_D5AF73_1>

📎 <__Library_SMS_Attach_1_40_00_E648F1_1_31870F_1>

8/13/2024 1:10:48 AM

---

**Mitz Toskovic (Owner)**

"IT ENDS WITH US was a troubled production which we take full accountability for. We are very sorry to everyone we caused upset to privately and publicly.

Blake Lively, Colleen Hoover, the entire cast and crew led with professionalism every step of the way, any negativity aimed at them is ours to own.

We mutually agreed that the cast would be promoting the film separately and understood why. We have always said we are not perfect and even if unintentionally make mistakes, we will always own them. We hold ourselves accountable, it's not anyone's job but ours and that's part of being "man enough". We will practice what we preach. We are learning and growing from the experience and we thank everyone for their patience as we find a better way to proceed. We are very proud of the film and the welcome arms that it's been received. Part of our work is to have uncomfortable conversations for public growth. The film is doing that on screen and we are doing that off screen.

Thank you to the cast crew and public for the opportunity to be imperfect and to be given the space to learn and grow.

With humanity and dedication,

Justin, Jamey and Wayfarer Studios"

8/13/2024 1:13:48 AM

**Mitz Toskovic (Owner):** You get him?
*8/13/2024 3:21:58 AM*

**Jamey Heath:** On now.
*8/13/2024 3:22:09 AM*

**Mitz Toskovic (Owner):** Liked "On now."
*8/13/2024 3:22:46 AM*

**Mitz Toskovic (Owner):** Morning
*8/13/2024 10:22:28 AM*

**Mitz Toskovic (Owner):** You alive
*8/13/2024 10:22:36 AM*

**Jamey Heath:** Barely
*8/13/2024 10:23:35 AM*

**Mitz Toskovic (Owner):** Any word from the terrorists
*8/13/2024 10:24:36 AM*

**Jamey Heath:**
Ready to fight.
Talk to Justin!
Emily says "fuck no. We're not writing any letter. She made this bed, now she can fucking live in it. Let's fight! We're done".

Justin says "well, you heard her. Let's fight. No letter"

So we are saying fuck off. NO STATEMENT
*8/13/2024 10:25:41 AM*

**Mitz Toskovic (Owner):** 🕍⛲🕍⛲🕍⛲
I fucking love Emily
*8/13/2024 10:26:16 AM*

**Jamey Heath:** Yep
*8/13/2024 10:26:25 AM*

**Mitz Toskovic (Owner):** Here we go
*8/13/2024 10:26:26 AM*

**Jamey Heath:** Headed to office now
*8/13/2024 10:48:58 AM*

> **▇▇▇▇▇▇ Mitz Toskovic (Owner)**
> Oh nice! I'll leave shortly
> 8/13/2024 10:49:19 AM

> **▇▇▇▇▇▇ Mitz Toskovic (Owner)**
> 📎
> <__Library_SMS_Attach_1_cc_12_BD2A4E_1_Protec_1.pdf>
> 8/13/2024 8:15:52 PM

> **▇▇▇▇▇▇ Mitz Toskovic (Owner)**
> Just reread and it's not as bad as we thought.
>
> A lot of the "no touching hugging and discussing of porn etc "was in the notebook that blake had at the all hands meeting
> 8/13/2024 8:18:32 PM

CONFIDENTIAL