# EXHIBIT 34

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 5 |
| Total Messages: 13 | Date Range: 11/11/2024 - 11/14/2024 |

## Outline of Conversations

 **Conversation 002138** • 13 messages between 11/11/2024 - 11/14/2024 • ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ • ▇▇ • Redacted • Breanna • Redacted • Melissa • Nathan • Redacted • Self • Redacted

ATTORNEYS' EYES ONLY                                                                                                             STREET 3.000486

**Messages in chronological order** (times are shown in GMT -05:00)

### Conversation 002138

**J — Self [Redacted]** — 11/11/2024, 8:07 PM

[Redacted] you on a thread with two of the most engaged/followed content creators in history [Redacted] ..they (along with the rest of the top 30 streamer/podcasters/creators on the planet have vowed to help with [Redacted] Let's start there - these are all the individuals we used for [Redacted]

[Redacted] - we are undoing years of suppression related to your name and all related handles - HOWEVER, there is already an effort in place to suppress [Redacted] and related searches - very odd and pretty sophisticated. I have the teams working on that but let's coordinate a call soon to discuss building protective infrastructure to make certain we have the digital strategy in full effect in perpetuity.

**J — Self [Redacted]** — 11/11/2024, 8:26 PM

[Redacted] - we can launch a [Redacted] streamer initiative that Melissa and I built.

**[Redacted]** — 11/11/2024, 8:46 PM

Thanks Jed. Its a pleasure to meet you [Redacted] Im excited about the opportunity to collaborate with you guys !

**J — Self [Redacted]** — 11/11/2024, 8:53 PM

Put this response in our thread with [Redacted]

**J — Self [Redacted]** — 11/14/2024, 4:10 PM

[Redacted]

The team is ready on all fronts and elevating the news so it trends. Congrats!!!!

**MN — Melissa Nathan [Redacted]** — 11/14/2024, 4:15 PM

Loved [Redacted]

[Redacted]

**J — Self [Redacted]** — 11/14/2024, 5:58 PM

Very critical - thank you for reaching out to [Redacted]

There is (as expected) a pretty sophisticated surge in digital misinformation and credibility attacks across platforms attacking [Redacted] I have my guys neutralizing and reversing.

We MUST set a time to discuss digital strategy just like we deployed [Redacted] ...same teams and it's a must since there is zero chance opposition to [Redacted] is launching digital attacks and we need to fight that now. Let's get time and protect the [Redacted]

**MN — Melissa Nathan [Redacted]** — 11/14/2024, 6:22 PM

Loved [Redacted]

**J — Self [Redacted]** — 11/14/2024, 7:55 PM

Here's and example of a weaponized article - not just that it's a negative piece but it's got a very damaging algorithmic signature designed to target negative keywords related to your name.

I have our guys diffusing it but this will be a massive surge.

**J — Self [Redacted]** — 11/14/2024, 7:56 PM

[Redacted]

**J — Self [Redacted]** — 11/14/2024, 7:56 PM

ATTORNEYS' EYES ONLY                                                                                                           STREET 3.000487

&lt;Attachment - DF50A4B7-4F0A-4EAD-89F9-A542E2D6FF95.pluginPayloadAttachment&gt;

*Attachment: DF50A4B7-4F0A-4EAD-89F9-A542E2D6FF95.pluginPayloadAttachment (16 KB)*

J | Self | **Redacted** | 11/14/2024, 7:56 PM

&lt;Attachment - B0920931-FC44-4079-9A8F-1390E3649D6D.pluginPayloadAttachment&gt;

*Attachment: B0920931-FC44-4079-9A8F-1390E3649D6D.pluginPayloadAttachment (92 KB)*

J | Self | **Redacted** | 11/14/2024, 7:56 PM

&lt;Attachment - 9146B997-AAB6-4D91-891C-B811CDBA58CD.pluginPayloadAttachment&gt;

*Attachment: 9146B997-AAB6-4D91-891C-B811CDBA58CD.pluginPayloadAttachment (20 KB)*

ATTORNEYS' EYES ONLY  STREET 3.000488