# EXHIBIT 37

Message

**From:** on behalf of
**Sent:** 11/19/2024 5:41:04 PM
**To:** Melissa N
**CC:** Jed Wallace
Breanna

**Subject:** Re: article -

Perfect. I'll start firing them off there. We have a few good ones now



On Tue, Nov 19, 2024 at 6:40?PM Melissa N wrote:
I just shot you a text with us on

Thank you very much
Sent from my iPhone

> On 19 Nov 2024, at 18:37, wrote:
>
> ?
> The piece hasn't been published yet. Best to get you pieces that have been published correct?
>
> Jed, can you and I start a text thread and I will feed you great published pieces?



>> On Tue, Nov 19, 2024 at 6:35?PM Jed Wallace wrote:
>> This is exactly the kind of content (in theory, until I read them) that our team can elevate across all algorithmically driven platforms. Can you resend with the articles attached so I can share with the team(s) and get into the system?

ATTORNEYS' EYES ONLY

STREET 3.000366

This was forwarded without attachments but once we have them, we can do our thing.

Jed Wallace
Founder
**Street Relations, Inc.**

> On Nov 19, 2024, at 5:29?PM, ▮▮▮▮▮ wrote:
>
> ?
> ▮▮▮▮▮.
>
>> On Nov 19, 2024, at 6:23?PM, ▮▮▮▮▮ wrote:
>>
>> ?
>> ▮▮▮▮▮
>>
>>> On Nov 19, 2024, at 1:15?PM, ▮▮▮▮▮ wrote:
>>>
>>> ?
>>> ▮▮▮▮▮



ATTORNEYS' EYES ONLY

STREET 3.000367

ATTORNEYS' EYES ONLY

STREET 3.000368