# EXHIBIT 40

# Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 33 | Date Range: 12/21/2024 |

## Outline of Conversations



**System Message chatroom** • 33 messages on 12/21/2024 • ▪ Alyx Sealy (███████) • Carolina Hurley ███████ • Dervla ███████ ) • Katie Case ███████ • Michael Lawrence ███████ • Rylie Long (███████) • System Message (System Message ███████

CONFIDENTIAL
BBKOSLOW-000007083

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **/System Message chatroom**

**AS** — **Alyx Sealy** — 12/21/2024, 6:09 AM
We've worked the last two weekends in a row. Can we shift this shit out so we all aren't working the entire weekend? Like some today some tomorrow or whatever. Cause this is crazy

**KC** — **Katie Case** — 12/21/2024, 7:50 AM
Alyx and I just connected fyi 😬

**RL** — **Rylie Long** — 12/21/2024, 7:52 AM
Lmk what you need

**RL** — **Rylie Long** — 12/21/2024, 7:52 AM
I just missed MY FLIGHT

**RL** — **Rylie Long** — 12/21/2024, 7:52 AM
I've never done that before

**#** — 12/21/2024, 7:56 AM
TMZ broke

**#** — 12/21/2024, 7:56 AM
I'm getting it

**KC** — **Katie Case** — 12/21/2024, 7:57 AM
https://www.tmz.com/2024/12/21/blake-lively-sues-justin-baldoni-sexual-harassment-retaliation-on-it-ends-with-us-set/

*Attachment: __Libr_1(91) (107 KB)*

*Attachment: __Libr_1(92) (193 KB)*

*Attachment: __Libr_1(93) (94 KB)*

*Attachment: __Libr_1(94) (3 KB)*

**RL** — **Rylie Long** — 12/21/2024, 7:57 AM
NO

**RL** — **Rylie Long** — 12/21/2024, 7:57 AM
Jesus Christ are you kidding me

**#** — 12/21/2024, 7:57 AM
This actually might be us trying to scoop the NYT but let me read through

**RL** — **Rylie Long** — 12/21/2024, 7:57 AM
Lmk what you guys need re that

**KC** — **Katie Case** — 12/21/2024, 7:58 AM
Let please monitor heavily for this

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 12/21/2024, 7:58 AM |
| | Flag any pieces here and then we can send to Melissa from there | | |
| KC | **Katie Case** | | 12/21/2024, 7:59 AM |
| | Need to know if Melissa is mentioned - she's not in this but need to know in each piece | | |
| RL | **Rylie Long** | | 12/21/2024, 7:59 AM |
| | Kk I board in an hour but will have WiFi | | |
| AS | **Alyx Sealy** | | 12/21/2024, 7:59 AM |
| | I don't see us, Melissa or Jen named in TMZ | | |
| KC | **Katie Case** | | 12/21/2024, 7:59 AM |
| | We're not | | |
| # | | | 12/21/2024, 8:00 AM |
| | No thank god. This was us trying to scoop them. But I'm trying to get more clarity on what's going on with the NYT and will keep you posted | | |
| AS | **Alyx Sealy** | | 12/21/2024, 8:01 AM |
| | Emphasized "No thank god. This was us trying to scoop them. Bu…" | | |
| RL | **Rylie Long** | | 12/21/2024, 8:38 AM |
| | https://tribune.com.pk/story/2517456/blake-lively-sues-justin-baldoni-for-harassment-and-reputation-destruction-during-film-production | | |
| | *Attachment: __Libr_1(95) (7 KB)* | | |
| | *Attachment: __Libr_1(96) (433 KB)* | | |
| RL | **Rylie Long** | | 12/21/2024, 8:54 AM |
| | https://people.com/blake-lively-sues-it-ends-with-us-costar-justin-baldoni-for-sexual-harassment-8765475 | | |
| | *Attachment: __Libr_1(97) (276 KB)* | | |
| | *Attachment: __Libr_1(98) (3 KB)* | | |
| RL | **Rylie Long** | | 12/21/2024, 8:54 AM |
| | No mention of mel | | |
| KC | **Katie Case** | | 12/21/2024, 8:55 AM |
| | Ok thank you | | |
| # | | | 12/21/2024, 9:01 AM |
| | Ok can someone send to her as a roundup | | |
| KC | **Katie Case** | | 12/21/2024, 9:01 AM |
| | Rylie can you do? I think dervla might still be flying | | |
| RL | **Rylie Long** | | 12/21/2024, 9:01 AM |
| | I'm boarding right now but I can after I take off | | |
| AS | **Alyx Sealy** | | 12/21/2024, 9:02 AM |
| | I can do it | | |

| | | |
|---|---|---|
| RL | **Rylie Long** ▮▮▮▮▮<br>https://www.rollingstone.com/tv-movies/tv-movie-news/blake-lively-it-ends-with-us-justin-baldoni-sexual-harassment-lawsuit-1235214417/ | 12/21/2024, 10:05 AM |
| | *Attachment: __Libr_1(100) (186 KB)* | |
| | *Attachment: __Libr_1(99) (11 KB)* | |
| AS | **Alyx Sealy** ▮▮▮▮▮<br>Rylie on signal only plz | 12/21/2024, 10:05 AM |
| CH | **Carolina Hurley** ▮▮▮▮▮)<br>Adding you | 12/21/2024, 10:05 AM |
| RL | **Rylie Long** ▮▮▮▮▮<br>I wasn't added but okay | 12/21/2024, 10:06 AM |
| RL | **Rylie Long** ▮▮▮▮▮)<br>Liked "Adding you " | 12/21/2024, 10:06 AM |

CONFIDENTIAL                                                                      BBKOSLOW-000007086