# EXHIBIT 42

## Sage Bryan Melissa Summer

🗓 1/5/2025  👤 5  💬 19  📎 1

**Participants:** ▇▇▇ JA (Owner); ▇▇▇ Freedman; ▇▇▇ Summer Bryan freedman Office; ▇▇▇ Sage Steele; ▇▇▇ Bryan Melissa Nathan

**First Message:** 1/5/2025 3:02:05 AM
**Last Message:** 1/5/2025 6:56:34 PM

---

**Sage Steele**
Sage - Take 1
📎 <signal-2025-01-05-030205.docx>
*1/5/2025 3:02:05 AM*

**Sage Steele**
Have at it. Will record today so you can see my tone, etc
*1/5/2025 3:02:41 AM*

**Sage Steele**
https://share.icloud.com/photos/0decSMPuFx6u-yenm9q5cRHRg
*1/5/2025 6:39:09 PM*

**Sage Steele**
I shared with Jamey on signal too... want to add him/them to this thread?
*1/5/2025 6:48:01 PM*

**JA (Owner)**
Thank you sage. It's still downloading for me. If ok, I'll share it on the text thread that everyone is on so they can share collective feedback. It's in the middle of the night for them right now so we might not have feedback till the am. Thank you for recording!
*1/5/2025 6:51:17 PM*

**Sage Steele**
Of course
*1/5/2025 6:51:39 PM*

**Sage Steele**
It looks like Jamey is watching now
*1/5/2025 6:51:52 PM*

**JA (Owner)**
Ah ok good
*1/5/2025 6:52:01 PM*

**Sage Steele**
Or at least trying
*1/5/2025 6:52:13 PM*

**Sage Steele**
Is there a better way to send it?
*1/5/2025 6:52:19 PM*



CONFIDENTIAL

ABEL_000019524