# EXHIBIT 45

## Website

📅 2/2/2025  👤 17  💬 33  📎 9

**Participants:** Jamey Heath; Coqo Pop (Owner); Bryan Freedman; SRINC; Mel US; Theresa Troupson; Sunshine; Mitra Ahouraian; JA; Dervla; Alyx Sealy; Breanna Koslow (Butler); Summer Benson; Rylie Long; Michael Lawrence; and 2 others

**First Message:** 2/2/2025 7:33:37 AM
**Last Message:** 2/2/2025 11:31:33 PM



Coqo Pop (Owner)
2/2/2025 7:33:37 AM



Coqo Pop (Owner)
2/2/2025 7:33:41 AM

**Bryan Freedman**
Thank you. How do we interpret?
2/2/2025 7:36:07 AM

**Coqo Pop (Owner)**
- On the image with numbers look at the users part: look at the # of users who hit the website
- On the map image sources where the traffic came from and countries
- 1.4M events indicate ALOT of action on the buttons, but it also calculates page view, scrolling, first visit, return visits, things like that
2/2/2025 7:46:17 AM



**Coqo Pop (Owner)**
2/2/2025 7:46:23 AM

**Coqo Pop (Owner)**
Breakdown by city
2/2/2025 7:46:31 AM

**Coqo Pop (Owner)**
*Edited*
- On the image with numbers look at the users part: look at the # of users who hit the website
- On the map image : look at sources where the traffic came from and countries
- 1.4M events indicate ALOT of action on the buttons, but it also calculates page view, scrolling, first visit, return visits, things like that
2/2/2025 7:47:04 AM

**Bryan Freedman**
Great. Thank you
2/2/2025 7:59:49 AM

**Jason Sunshine**
How's the traffic today
2/2/2025 4:58:14 PM

**Coqo Pop (Owner)**

2/2/2025 5:33:54 PM

CONFIDENTIAL                                                                                           SKYLINE_000000313

**Coqo Pop (Owner)**
Going strong
2/2/2025 5:34:00 PM

**Jason Sunshine**
Should we buy these domains ?
📎 <Attachment(2)>
2/2/2025 11:21:21 PM

**Jason Sunshine**
Doesn't seem like a bad idea
2/2/2025 11:21:46 PM

**Jamey Heath**
Seems like an easy yes
2/2/2025 11:23:03 PM

**Mitra Ahouraian**
We need to buy all related websites bc disinformation can spread SO quick. All it takes is for someone to have a similar site up and create their own timeline with misinformation. Plus, AI is super scary after I came across that weird video
2/2/2025 11:23:04 PM

**Theresa Troupson**
Agree
2/2/2025 11:23:13 PM

**Mel US**
*Reply*
2/2/2025 11:23:18 PM

**Mel US**
Can you buy I don't know why that screenshot came up but can you buy them please 🙏⚫
2/2/2025 11:23:38 PM

**Jamey Heath**
Let's definitely get on it
2/2/2025 11:24:04 PM

**Mitra Ahouraian**
What time did that message go up? Hopefully nobody beats us to it! Let's go
2/2/2025 11:25:38 PM

**Jason Sunshine**
4 hours ago
2/2/2025 11:26:32 PM

**SRINC**
📎 <Voice Message 2_2_25, 10_28_PM.m4a>
2/2/2025 11:28:08 PM

**SRINC**
📎 <Voice Message 2_2_25, 10_28_PM(2).m4a>
2/2/2025 11:28:32 PM

**Jason Sunshine**
*Reply*
Benefits definitely outweigh that even if true IMP
2/2/2025 11:29:16 PM

**Jason Sunshine**
IMO**
2/2/2025 11:29:20 PM

**SRINC**
100%
2/2/2025 11:29:49 PM

**Jamey Heath**
Agreed. Let's get em. However we need to.
2/2/2025 11:29:51 PM

**Mitra Ahouraian**
Yup. You can put it in the name of a random LLC, if somebody has one they don't use.
2/2/2025 11:29:52 PM

**Mitra Ahouraian**
I don't think I'm necessarily worried about the bait aspect. It's great, let them all do our work for us.
2/2/2025 11:30:27 PM

**SRINC**
📎 <Voice Message 2_2_25, 10_30_PM.m4a>
2/2/2025 11:30:31 PM

**Jamey Heath**
So what that a few think we did it based on someone else pointing it out. Small issue
2/2/2025 11:30:36 PM

**SRINC**
📎 <Voice Message 2_2_25, 10_31_PM.m4a>
2/2/2025 11:31:18 PM

**SRINC**
you on it!
2/2/2025 11:31:33 PM

CONFIDENTIAL                                                                                                                                                                      SKYLINE_000000315