# EXHIBIT 12

## chat10236410782488I1770

**Thread Participants:** +███████ Jamey Heath; +████████ Tera Hanks; +████████ Justin B (Owner); +████████ Stephanie Jones

**Active Participants:** +████████ Stephanie Jones

**First Message:** 7/26/2024 7:57:52 PM

**Last Message:** 7/26/2024 7:57:52 PM

+████ **Stephanie Jones**
I just downloaded Tera on some dark stuff but please we cannot work with Melissa Nathan. there is a lot of dirty work she has done. very dirty. not someone we would want in justin's orb. or for blake's PR to use as weapon against him.

7/26/2024 7:57:52 PM

JONESWORKS_JB_000001142