# EXHIBIT 13

# chat708570385575925766

**Thread Participants:** +█████████ Tera Hanks McMaster (Owner); +█████████ ; +█████████ Stephanie Jones ; █████████ Tera Hanks (Owner)
**Active Participants:** +█████████
**First Message:** 7/25/2024 7:01:41 PM
**Last Message:** 7/25/2024 7:01:41 PM

> **+█████████**
> Hi Tera, I know you and steph connected and she gave some recommendations but I want to make sure you guys have what you need to bring on a crisis comms team— we can be available to brief them and bring them up to speed.  Happy to make calls too, let us know!
>                                                                        7/25/2024 7:01:41 PM

CONFIDENTIAL   HANKS_000000016