# EXHIBIT 19

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 19 | Date Range: 7/26/2024 |

## Outline of Conversations



▢  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **chatroom** • 19 messages on 7/26/2024 • Jen Abel (▮▮▮▮▮▮▮▮) • Katherine Case (▮▮▮▮▮▮▮▮▮▮) • Katie Case (▮▮▮▮▮▮▮▮)

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬   /19047422954/   chatroom

**KC** — Katie Case — 7/26/2024, 12:47 PM
Just one quick private question — making sure I'm OK to send the SOW to your JW email?

**JA** — Jen Abel — 7/26/2024, 12:49 PM
Send to Jennifer@rwacommunications.com

**JA** — Jen Abel — 7/26/2024, 12:49 PM
Lol

**JA** — Jen Abel — 7/26/2024, 12:49 PM
Im going to have Tera call Steph and let her know

**JA** — Jen Abel — 7/26/2024, 12:50 PM
Then we can be above board

**KC** — Katie Case — 7/26/2024, 12:50 PM
You got it!! I'm glad I double checked! And copy that!!

**KC** — Katie Case — 7/26/2024, 12:50 PM
Just always like to check and then double check and then check again lol

**JA** — Jen Abel — 7/26/2024, 12:51 PM
HAHAHA and that's why I adore you

**KC** — Katie Case — 7/26/2024, 12:51 PM
We joke that the "P" in PR really stands for paranoid 😊

**JA** — Jen Abel — 7/26/2024, 12:57 PM
But it actually is lol

**KC** — Katie Case — 7/26/2024, 12:57 PM
It's a joke but also not a joke at all lol

**KC** — Katie Case — 7/26/2024, 1:03 PM
Sent!

**JA** — Jen Abel — 7/26/2024, 1:05 PM
Hmmm hasn't come through yet

**JA** — Jen Abel — 7/26/2024, 1:07 PM
Just got it!

**KC** — Katie Case — 7/26/2024, 1:07 PM
Oh thank goodness I was worried my email was delayed 🪦 I was about to send to via text but PHEW crisis averted!

**JA** — Jen Abel — 7/26/2024, 1:30 PM
OK few things… Every place that you say "We will work with Jen…" please swap that out with "We will work with JW…" since they are still clients of the company 😊.  Also wherever you list Wayfarer, also please put "Justin Baldoni and Wayfarer and its applicable execs".

JA **Jen Abel** 7/26/2024, 1:31 PM
Everything else looks great.  I also got the green light to send you those two documents so I'm sharing with you now

KC **Katie Case** 7/26/2024, 1:32 PM
You got it! I'll swap that out now and send! And amazing, thank you on all accounts!!

JA **Jen Abel** 7/26/2024, 1:33 PM
Loved "You got it! I'll swap that out now and send! And a…"

CONFIDENTIAL KCASE-000000587