# EXHIBIT 38

| | |
|---|---|
| **From:** | Katie Case <████████████> |
| **Sent:** | Wed, 7 Aug 2024 21:38:14 -0400 (EDT) |
| **To:** | Jennifer Abel <████████████>; Jed Wallace<████████████> |
| **Cc:** | Melissa Nathan <████████████>; |
| **Subject:** | Re: Social / Digital — Wayfarer Studios |

Certainly — Jed, we'll connect with you directly on this!

**From:** Jennifer Abel <████████████>
**Sent:** Wednesday, August 7, 2024 9:20:44 PM
**To:** Katie Case <████████████>; Jed Wallace <████████████>
**Cc:** Melissa Nathan <████████████>; breanna@tagpr.com
**Subject:** Re: Social / Digital — Wayfarer Studios

I'm so sorry I'm in morning press from 630am on, and we head straight to Chicago.  TAG team, is this something you can bring them up to speed on so they can hit the ground running? I'll have some freedom later in the afternoon to connect but don't want to hold this up.

**From:** Katie Case <████████████>
**Sent:** Wednesday, August 7, 2024 9:18:37 PM
**To:** Jed Wallace <████████████>; Jennifer Abel
**Cc:** Melissa Nathan <████████████>;
**Subject:** Social / Digital — Wayfarer Studios

Hi all,

Jen — Jed and his team are absolute magicians.

Jed — Wayfarer would like to move forward ASAP with social / digital mitigation and remediation.

Can we set a call for tomorrow morning to discuss? Let me know some times that work and we can send an invite.

Thank you,
Katie

CONFIDENTIAL