**manatt**

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

December 3, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal certain portions of Ms. Lively's Opposition to Motion for Judgment on the Pleadings filed by Defendants Wayfarer Studios, LLC; Justin Baldoni; Jamey Heath; Steve Sarowitz; It Ends With Us Movie LLC; Melissa Nathan; The Agency Group PR LLC; and Jennifer Abel (the "Wayfarer Defendants").[1] The redacted portions of Ms. Lively's Opposition refer to documents and deposition testimony that were designated as Confidential or "Attorneys' Eyes Only" pursuant to the Protective Order. *See* Dkt. No. 125.

In accordance with Rule 4.b of Attachment A, Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer, and the Wayfarer Defendants or Wallace Defendants may file a motion for continued sealing if they so choose.

---

[1] Ms. Lively is not seeking to seal documents that were marked "Confidential" but later unsealed by the Court.

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

Respectfully submitted,

/s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| 2049 Century Park East | Stephanie A. Roeser (admitted *pro hac vice*) |
| Los Angeles, California 90067 | Sarah E. Moses (admitted *pro hac vice*) |
| (310) 855-3000 | 2049 Century Park East, Suite 1700 |
| mgottlieb@willkie.com | Los Angeles, CA 90067 |
| | (310) 312-4000 |
| Kristin E. Bender | ehudson@manatt.com |
| 1875 K Street NW | sroeser@manatt.com |
| Washington, DC 20006 | smoses@manatt.com |
| (202) 303-1000 | |
| kbender@willkie.com | Matthew F. Bruno |
| | 7 Times Sq. |
| Aaron E. Nathan | New York, NY 10036 |
| Michaela A. Connolly | (212) 790-4500 |
| Willkie Farr & Gallagher LLP | mbruno@manatt.com |
| 787 7th Avenue New York, NY 10019 | |
| (212) 728-8000 | |
| anathan@willkie.com | |
| mconnolly@willkie.com | |
| | |
| DUNN ISAACSON RHEE LLP | |
| Meryl C. Governski (admitted *pro hac vice*) | |
| 401 Ninth Street, NW | |
| Washington, DC 20004 | |
| (202) 240-2900 | |
| mgovernski@dirllp.com | |

*Attorneys for Blake Lively*