**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

December 3, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: **_Lively v. Wayfarer Studios LLC et. al._, No. 1:24-cv-10049-LJL**

      On behalf of Jonesworks LLC ("Jonesworks"), we write pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits 1, 6-16, 18, 19, 21-23, 26-40, 42-61, 63-86 to Jonesworks Response to Rule 56.1 Statement By Third-Party Plaintiff Jennifer Abel And Counter Statement filed contemporaneously herewith, as well as those portions of Jonesworks Memorandum of Law Opposing Jennifer Abel's Conditional Motion For Summary Judgment that references those exhibits.[1]  Exhibits 1, 6-16, 18, 19, 21-23, 26-40, 42-61, 63-86 contain non-public information that has been designated as Confidential or Attorney's Eyes Only by the parties pursuant to the protective order in this action.

      Jonesworks respectfully requests that the Court not rule on this letter-motion to seal for one week, so that the parties have the opportunity to meet and confer and file any motion for continued sealing if they so choose.

Respectfully submitted,

/s/ *Kristin Tahler*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue

---

[1] Pursuant to the Court's November 26, 2025 (Dkt. No. 1027) Order, Jonesworks has filed the following exhibits with redactions consistent with the Order: Exs. 2-5, 17, 20, 24, 25, 41, and 62.

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Jonesworks, LLC*