**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

December 3, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Rule 4.b of Attachment A of the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of Ms. Lively's Response to the Wayfarer Parties' Motion for Summary Judgment and associated exhibits filed contemporaneously herewith (collectively, "Sealing Materials").  Specifically, Ms. Lively requests that the Court seal Exhibits 1–2, 6–7, 9–14, 16–19, 21–23, 25–31, 33–45, 49–57, 59–62, 64, 67-70, 72-96, 99-125, 127-130, 133-137, 140-164, 167-174, 176-187, 189-202, 205-209, 212, 215-227, 229-245, 247-259, and 261-291. The Sealing Materials have been designated as "Confidential" in this action.

As previously ordered by the court (ECF No. 1027), Exhibits 47, 66, 175, 203, 204, 210, 211, 213, 214, and 260 have been filed publicly with redactions.  Based on the Wayfarer Parties' confidentiality designations, Exhibits 3 and 20 have been filed publicly with redactions.  Because these exhibits have either been unsealed by this Court, previously publicly filed by the Wayfarer Parties, or de-designated by the relevant parties, Ms. Lively has filed them without seeking leave of the Court to re-seal them.

In accordance with Rule 4.b of Attachment A and the Court's Order (ECF No. 998), Ms. Lively respectfully requests that the Court reserve any ruling on this letter-motion to seal until December 19.

Ms. Lively has also redacted personal identifying information, including phone numbers, email addresses, and certain financial information from these materials, and asks that any such PII be permanently sealed.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Michael J. Gottlieb |
| MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Sarah E. Moses (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com |
| Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com | Aaron E. Nathan<br>Michaela A. Connolly<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com |
| DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com |  |

*Attorneys for Blake Lively*