UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                  Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                  Defendants.<br><br>JENNIFER ABEL,<br><br>                  Third-Party Plaintiff,<br><br>-v-<br><br>JONESWORKS LLC,<br><br>                  Third-Party Defendant. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**DECLARATION OF KRISTIN TAHLER IN SUPPORT OF JONESWORKS LLC'S OPPOSITION TO JENNIFER ABEL'S CONDITIONAL MOTION FOR SUMMARY JUDGMENT**

I, Kristin Tahler, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice before this Court, a partner in the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 865 South Figueroa Street 10th Floor, Los Angeles, CA 90017, and counsel of record for Jonesworks LLC ("Jonesworks") in the above-captioned action.

2. I respectfully submit this declaration in support of Jonesworks' Response to Rule 56.1 Statement by Third-Party Plaintiff Jennifer Abel.

3. A true and correct copy of JONESWORKS_00041606 is attached hereto as Exhibit 1.

4. A true and correct copy of KCASE-000005118 is attached hereto as Exhibit 2.

5. A true and correct copy of JONESWORKS_JB_000001142 is attached hereto as Exhibit 3.

6. A true and correct copy of excerpts from the transcript of Jamey Heath's deposition taken on October 9, 2025 is attached hereto as Exhibit 4.

7. A true and correct copy of excerpts from the transcript of Justin Baldoni's deposition taken on October 6, 2025 is attached hereto as Exhibit 5.

8. A true and correct copy of JONESWORKS_00016237 is attached hereto as Exhibit 6.

9. A true and correct copy of NATHAN_000003599 is attached hereto as Exhibit 7.

10. A true and correct copy of NATHAN_000018774 is attached hereto as Exhibit 8.

11. A true and correct copy of WAYFARER_000167841 is attached hereto as Exhibit 9.

12. A true and correct copy of ABEL_000019523 is attached hereto as Exhibit 10.

13. A true and correct copy of BBKOSLOW-000005085 is attached hereto as Exhibit 11.

14. A true and correct copy of Wayfarer expert ████████ report on October 10, 2025 is attached hereto as Exhibit 12.

15. A true and correct copy of JONESWORKS_MN_000000740 is attached hereto as Exhibit 13.

16. A true and correct copy of JONESWORKS_00013606 is attached hereto as Exhibit 14.

17. A true and correct copy of JONESWORKS_00016395 is attached hereto as Exhibit 15.

18. A true and correct copy of JONESWORKS_00030156 is attached hereto as Exhibit 16.

19. A true and correct copy of JONESWORKS_WAYFARER_000004205 is attached hereto as Exhibit 17.

20. A true and correct copy of excerpts from the transcript of Katherine Case's deposition taken on September 5, 2025 is attached hereto as Exhibit 18.

21. A true and correct copy of excerpts from the transcript of Jed Wallace's deposition taken on October 10, 2025 is attached hereto as Exhibit 19.

22. A true and correct copy of KCASE-000000585 is attached hereto as Exhibit 20.

23. A true and correct copy of BBKOSLOW-000002816 is attached hereto as Exhibit 21.

24. A true and correct copy of JONESWORKS_00015108 is attached hereto as Exhibit 22.

25. A true and correct copy of excerpts from the transcript of Jennifer Abel's deposition taken on September 25, 2025 is attached hereto as Exhibit 23.

26. A true and correct copy of WAYFARER_000141577 is attached hereto as Exhibit 24.

27. A true and correct copy of BBKOSLOW-000008776 is attached hereto as Exhibit 25.

28. A true and correct copy of JONESWORKS_00016275 is attached hereto as Exhibit 26.

29. A true and correct copy of JONESWORKS_MN_000002208 is attached hereto as Exhibit 27.

30. A true and correct copy of NATHAN_000000141 is attached hereto as Exhibit 28.

31. A true and correct copy of HANKS_000000054 is attached hereto as Exhibit 29.

32. A true and correct copy of JONESWORKS_JA_000000254 is attached hereto as Exhibit 30.

33. A true and correct copy of JONESWORKS_00041594 is attached hereto as Exhibit 31.

34. A true and correct copy of JONESWORKS_00039065 is attached hereto as Exhibit 32.

35. A true and correct copy of excerpts from the transcript of Melissa Nathan's deposition taken on September 29, 2025 is attached hereto as Exhibit 33.

36. A true and correct copy of excerpts from the transcript of Stephanie Jones's deposition taken on September 16, 2025 is attached hereto as Exhibit 34.

37. A true and correct copy of excerpts from the transcript of Melissa Nathan's deposition taken on September 30, 2025 is attached hereto as Exhibit 35.

38. A true and correct copy of NATHAN_000002649 is attached hereto as Exhibit 36.

39. A true and correct copy of NATHAN_000002390 is attached hereto as Exhibit 37.

40. A true and correct copy of NATHAN_000001746 is attached hereto as Exhibit 38.

41. .A true and correct copy of NATHAN_000002842 is attached hereto as Exhibit 39.

42. A true and correct copy of NATHAN_000002828 is attached hereto as Exhibit 40.

43. A true and correct copy of Business Insider article titled "Who's afraid of Stephanie Jones?" on August 15, 2024 is attached hereto as Exhibit 41.

44. A true and correct copy of NATHAN_000001180 is attached hereto as Exhibit 42.

45. A true and correct copy of KCASE-000004949 is attached hereto as Exhibit 43.

46. A true and correct copy of JONESWORKS_00041875 is attached hereto as Exhibit 44.

5

47. A true and correct copy of JONESWORKS_00037451 is attached hereto as Exhibit 45.

48. A true and correct copy of JONESWORKS_00037494 is attached hereto as Exhibit 46.

49. A true and correct copy of excerpts from the transcript of Tera Hanks's deposition taken on September 8, 2025 is attached hereto as Exhibit 47.

50. A true and correct copy of JONESWORKS_00016169 is attached hereto as Exhibit 48.

51. A true and correct copy of excerpts from the transcript of Jennifer Abel's deposition taken on September 26, 2025 is attached hereto as Exhibit 49.

52. A true and correct copy of excerpts from the transcript of Breanna Koslow's deposition taken on September 9, 2025 is attached hereto as Exhibit 50.

53. A true and correct copy of JONESWORKS_WAYFARER_000003747 is attached hereto as Exhibit 51.

54. A true and correct copy of JONESWORKS_WAYFARER_000004651 is attached hereto as Exhibit 52.

55. A true and correct copy of NATHAN_000001221 is attached hereto as Exhibit 53.

56. A true and correct copy of HANKS_000000014 is attached hereto as Exhibit 54.

57. A true and correct copy of correspondence between Jason Sunshine and Morgan Anastasio re: Interrogatories in Jones v. Abel on September 11, 2025 is attached hereto as Exhibit 55.

6

58. A true and correct copy of NATHAN_000002730 is attached hereto as Exhibit 56.

59. A true and correct copy of NATHAN_000005497 is attached hereto as Exhibit 57.

60. A true and correct copy of JONESWORKS_00013196 is attached hereto as Exhibit 58.

61. A true and correct copy of SR 1.00000003 is attached hereto as Exhibit 59.

62. A true and correct copy of JONESWORKS_MN_000000769 is attached hereto as Exhibit 60.

63. A true and correct copy of JONESWORKS_MN_000000309 is attached hereto as Exhibit 61.

64. A true and correct copy of NATHAN_000005552 is attached hereto as Exhibit 62.

65. A true and correct copy of JONESWORKS_00015491 is attached hereto as Exhibit 63.

66. A true and correct copy of excerpts from the transcript of Jamey Heath's deposition taken on October 8, 2025 is attached hereto as Exhibit 64.

67. A true and correct copy of JONESWORKS_MN_000001216 is attached hereto as Exhibit 65.

68. A true and correct copy of WAYFARER_000131365 is attached hereto as Exhibit 66.

7

69. A true and correct copy of SR 1.00000005 is attached hereto as Exhibit 67.

70. A true and correct copy of SR 1.00000007 is attached hereto as Exhibit 68.

71. A true and correct copy of SR 1.00000027 is attached hereto as Exhibit 69.

72. A true and correct copy of ABEL_000002843 is attached hereto as Exhibit 70.

73. A true and correct copy of JONESWORKS_MN_000000699 is attached hereto as Exhibit 71.

74. A true and correct copy of JONESWORKS_00006586 is attached hereto as Exhibit 72.

75. A true and correct copy of JONESWORKS_00006593 is attached hereto as Exhibit 73.

76. A true and correct copy of JONESWORKS_00016169 is attached hereto as Exhibit 74.

77. A true and correct copy of JONESWORKS_JA_000001760 is attached hereto as Exhibit 75.

78. A true and correct copy of ABEL_000021588 is attached hereto as Exhibit 76.

79. A true and correct copy of JONESWORKS_00040860 is attached hereto as Exhibit 77.

80. A true and correct copy of JONESWORKS_00040862 is attached hereto as Exhibit 78.

81. A true and correct copy of JONESWORKS_JA_000000789 is attached hereto as Exhibit 79.

82. A true and correct copy of JONESWORKS_JA_000000799 is attached hereto as Exhibit 80.

83. A true and correct copy of JONESWORKS_JA_000000904 is attached hereto as Exhibit 81.

84. A true and correct copy of JONESWORKS_JA_000001063 is attached hereto as Exhibit 82.

85. A true and correct copy of JONESWORKS_00040861 is attached hereto as Exhibit 83.

86. A true and correct copy of JONESWORKS_00040863 is attached hereto as Exhibit 84.

87. A true and correct copy of JONESWORKS_00041616 is attached hereto as Exhibit 85.

88. A true and correct copy of correspondence between Jason Sunshine and Morgan Anastasio re: Jones v. Abel on August 15, 2025 is attached hereto as Exhibit 86.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 3, 2025
Los Angeles, California

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Kristin Tahler*
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
kristintahler@quinnemanuel.com

9

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant Jonesworks, LLC*

10