# EXHIBIT 3

# chat102364107824881770

**Thread Participants:** +■■■■■■■ Jamey Heath; +■■■■■■■ Tera Hanks; +■■■■■■■ Justin B (Owner); +■■■■■■■ Stephanie Jones
**Active Participants:** +■■■■■■■ Stephanie Jones
**First Message:** 7/26/2024 7:57:52 PM
**Last Message:** 7/26/2024 7:57:52 PM

> **+■■■■■■■ Stephanie Jones**
> I just downloaded Tera on some dark stuff but please we cannot work with Melissa Nathan. there is a lot of dirty work she has done. very dirty. not someone we would want in justin's orb. or for blake's PR to use as weapon against him.
> 7/26/2024 7:57:52 PM

CONFIDENTIAL                                                                                                    JONESWORKS_JB_000001142