# EXHIBIT 17

# chat937230947598623527

| | |
|---|---|
| **Thread Participants:** | +▓▓▓▓▓ Jamey Heath (Owner); +▓▓▓▓▓ Tera Hanks; +▓▓▓▓▓; ▓▓▓▓▓ Jamey Heath (Owner) |
| **Active Participants:** | +▓▓▓▓▓ Jamey Heath (Owner); +▓▓▓▓▓ Tera Hanks; +▓▓▓▓▓ |
| **First Message:** | 8/14/2024 12:02:21 AM |
| **Last Message:** | 8/14/2024 11:56:14 PM |

---

+▓▓▓▓▓
📎 <__Library_SMS_Attachments_23_03_CE50B022-86F3-4E2C-A155-80C89937A4A2_Audio Message.caf>
*8/14/2024 12:02:21 AM*

+▓▓▓▓▓ **Tera Hanks**
Thanks Jenn
All makes perfect sense
*8/14/2024 12:07:18 AM*

▓▓▓▓▓ **Jamey Heath (Owner)**
I don't like the idea that there is continued cannibalization from within the same side. Meaning "Jonesworks" ie Stephanie, and the Crisis team. I only want us to be communicating with people who are working together and not with ones who are undermining others within our team. Stephanie is casting doubt and that can have an affect like poison.

I'm going to bed. A first for me in forever.
Let's chat more tomorrow about this.
*8/14/2024 12:15:05 AM*

+▓▓▓▓▓
Loved "I don't like the idea that there is continued cann…"
*8/14/2024 12:18:46 AM*

+▓▓▓▓▓ **Tera Hanks**
https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-sony-blake-lively-1235974889/
📎 <__Library_SMS_Attach_1_0e_14_04ADFA_1_1EA06D_1>
📎 <__Library_SMS_Attach_1_fc_12_7AC20E_1_73F325_1>
*8/14/2024 10:55:04 PM*

+▓▓▓▓▓
Thanks Tera. So bummed by this and the lack of support for Justin. But we forge ahead.
*8/14/2024 11:49:00 PM*

+▓▓▓▓▓
But look at the comments…
*8/14/2024 11:56:12 PM*

+█████████
https://x.com/thr/status/1823903545105768759?s=46&t=ICaII20h75OB3Ad6Pnd3Sw
📎
<__Library_SMS_Attach_1_12_02_D31420_1_08EAD2_1>

8/14/2024 11:56:14 PM

CONFIDENTIAL
JONESWORKS_WAYFARER_000004206