# EXHIBIT 20

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 19 | Date Range: 7/26/2024 |

## Outline of Conversations



▬▬▬ | ▬▬▬▬▬▬▬▬ chatroom • 19 messages on 7/26/2024 • Jen Abel ▬▬▬▬▬ • Katherine Case (▬▬▬▬▬▬▬) • Katie Case ▬▬▬▬▬▬▬

CONFIDENTIAL	KCASE-000000585

**Messages in chronological order** (times are shown in GMT -04:00)

💬 [REDACTED]/[REDACTED] chatroom

| | | |
|---|---|---|
| KC | **Katie Case** ([REDACTED]) | 7/26/2024, 12:47 PM |
| | Just one quick private question — making sure I'm OK to send the SOW to your JW email? | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]4) | 7/26/2024, 12:49 PM |
| | Send to [REDACTED] | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]4) | 7/26/2024, 12:49 PM |
| | Lol | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]4) | 7/26/2024, 12:49 PM |
| | Im going to have Tera call Steph and let her know | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]4) | 7/26/2024, 12:50 PM |
| | Then we can be above board | |

| | | |
|---|---|---|
| KC | **Katie Case** ([REDACTED]) | 7/26/2024, 12:50 PM |
| | You got it!! I'm glad I double checked! And copy that!! | |

| | | |
|---|---|---|
| KC | **Katie Case** ([REDACTED]) | 7/26/2024, 12:50 PM |
| | Just always like to check and then double check and then check again lol | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]) | 7/26/2024, 12:51 PM |
| | HAHAHA and that's why I adore you | |

| | | |
|---|---|---|
| KC | **Katie Case** ([REDACTED]) | 7/26/2024, 12:51 PM |
| | We joke that the "P" in PR really stands for paranoid 😂 | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]) | 7/26/2024, 12:57 PM |
| | But it actually is lol | |

| | | |
|---|---|---|
| KC | **Katie Case** ([REDACTED]) | 7/26/2024, 12:57 PM |
| | It's a joke but also not a joke at all lol | |

| | | |
|---|---|---|
| KC | **Katie Case** ([REDACTED]) | 7/26/2024, 1:03 PM |
| | Sent! | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]) | 7/26/2024, 1:05 PM |
| | Hmmm hasn't come through yet | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]) | 7/26/2024, 1:07 PM |
| | Just got it! | |

| | | |
|---|---|---|
| KC | **Katie Case** ([REDACTED]) | 7/26/2024, 1:07 PM |
| | Oh thank goodness I was worried my email was delayed 🙈 I was about to send to via text but PHEW crisis averted! | |

| | | |
|---|---|---|
| JA | **Jen Abel** ([REDACTED]) | 7/26/2024, 1:30 PM |
| | OK few things… Every place that you say "We will work with Jen…" please swap that out with "We will work with JW…" since they are still clients of the company 😊. Also wherever you list Wayfarer, also please put "Justin Baldoni and Wayfarer and its applicable execs". | |

CONFIDENTIAL                                                                                                                                                                                                     KCASE-000000586

JA  **Jen Abel (**███████  7/26/2024, 1:31 PM
Everything else looks great.  I also got the green light to send you those two documents so I'm sharing with you now

KC  **Katie Case (**███████**)**  7/26/2024, 1:32 PM
You got it! I'll swap that out now and send! And amazing, thank you on all accounts!!

JA  **Jen Abel (**███████  7/26/2024, 1:33 PM
Loved "You got it! I'll swap that out now and send! And a…"