# EXHIBIT 25

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 22 | Date Range: 7/26/2024 |

**Outline of Conversations**



**System Message chatroom** • 22 messages on 7/26/2024 • ▮▮▮▮▮▮▮▮ •
Katie Case (▮▮▮▮▮▮) • System Message (System Message)

BBKOSLOW-000008776

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 ███████████████████ **System Message chatroom**

| | |
|---|---|
| KC | **Katie Case** ███████ |

So last night wasn't 2 hours it was 2 lol
7/26/2024, 7:44 AM

| KC | **Katie Case** ███████ |

So last night wasn't 3 hours it was 2 lol
7/26/2024, 7:44 AM

| KC | **Katie Case** ███████ |

When you're online give me a call and we can run through it
7/26/2024, 7:46 AM

| KC | **Katie Case** ███████ |

[url:'https://p72-content.icloud.com/M3DF4DCC7931064B786AAF856E86BB42335D09792892AED00887EF9E19AB23ECF.C01USN00']
7/26/2024, 8:11 AM

*Attachment: __Library_SMS_Attachments_9c_12_032E622C-1D25-4653-ADB5-908EBA272681_Screenshot 2024-07-25 at 8.44.24_PM.heic (52 KB)*

| KC | **Katie Case** ███████ |

I do think we need to bother Melissa with the wayfarer studios scope because it was brought to her specifically by Jen Abel…
7/26/2024, 11:29 AM

| KC | **Katie Case** ███████ |

What do you think
7/26/2024, 11:30 AM

| # | ███████ |

Yes she needs to take a look at it
7/26/2024, 11:30 AM

| # | ███████ |

Does FR put out her instagram story today to try and drown out pickup from that mail article or do we wait unit Monday
7/26/2024, 12:06 PM

| KC | **Katie Case** ███████ |

I think we go today
7/26/2024, 12:07 PM

| KC | **Katie Case** ███████ |

Wrap out the week
7/26/2024, 12:07 PM

| KC | **Katie Case** ███████ |

Sorry also can you chat with Jen Abel at 12:30
7/26/2024, 12:16 PM

| # | ███████ |

I'm sorry I can't! I'm on now with FR again and then have to call Daily Mail
7/26/2024, 12:26 PM

| KC | **Katie Case** ███████ |

Totally fine I'll call her and let you know how it goes
7/26/2024, 12:26 PM

| KC | **Katie Case** ███████ |

I'm so sorry
7/26/2024, 1:53 PM

| KC | **Katie Case** ███████ |

What do you think about this as a response to that crazy Michele woman: well keep you posted on any questions that come back. Thanks!
7/26/2024, 1:54 PM

BBKOSLOW-000008777

Because I feel like she's trying to catch us in a lie. Because she's that kind of person. So this doesn't say yes or no but just reiterated what I said yesterday.

\#    ▮▮▮▮▮▮▮▮▮▮    7/26/2024, 1:54 PM

Yes good point - wouldn't straight up lie. I think that's perfect

KC    **Katie Case** ▮▮▮▮▮▮    7/26/2024, 1:54 PM

Ok amazing thank you

KC    **Katie Case** ▮▮▮▮▮▮    7/26/2024, 1:55 PM

I really wouldn't put it past her to have sent a note out to WME being like "did you get this"

KC    **Katie Case** ▮▮▮▮▮▮    7/26/2024, 1:55 PM

But like

KC    **Katie Case** ▮▮▮▮▮▮    7/26/2024, 1:55 PM

https://www.fox6now.com/news/country-thunder-kenosha-county-24-arrests-100-citations-issued

*Attachment: ___Libr_1(5) (115 KB)*

*Attachment: ___Libr_1(6) (11 KB)*

\#    ▮▮▮▮▮▮▮▮▮    7/26/2024, 1:56 PM

Exactly - absolutely no way to put our name on the line for this

KC    **Katie Case** ▮▮▮▮▮▮    7/26/2024, 1:56 PM

Absolutely not

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

BBKOSLOW-000008781