# EXHIBIT 62

+

**Thread Participants:** +▓▓▓▓▓▓▓ Melissa Nathan (Owner); +▓▓▓▓▓▓▓ Jen Abel DO NOT USE
**Active Participants:** +▓▓▓▓▓▓▓ Melissa Nathan (Owner); +▓▓▓▓▓▓▓ Jen Abel DO NOT USE
**First Message:**     8/2/2024 9:46:05 AM
**Last Message:**     8/2/2024 11:03:21 AM

> ▓▓▓▓▓▓▓ **Melissa Nathan (Owner)**
> Do you mind if I go off-line with just you and Jamey
> I feel we should tell him first, and I'm not sure if we should tell Justin today due to his wife celebrations .
> 8/2/2024 9:46:05 AM

> +▓▓▓▓▓▓▓ **Jen Abel DO NOT USE**
> You can of course do that but I do think he needs to know. I'm going to confidentially send you something he's texting me and Jamey on the side just to arm you before this call. I think you guys need to be tough and show the strength of what you guys can do in these scenarios. He wants to feel like she can be buried…
> 8/2/2024 9:47:25 AM

> ▓▓▓▓▓▓▓ **Melissa Nathan (Owner)**
> Of course- but you know when we send over documents we can't send over the work we will or could do because that could get us in a lot of trouble
> 8/2/2024 9:47:55 AM



+**Jen Abel DO NOT USE**

[Screenshot showing iMessage conversation with Justin Baldoni:]

Justin Baldoni: "Morning Not in love with the document they sent - Not sure I'm feeling the protection I felt on the call"

Reply: "This is the first time I've personally gone through scenario planning with them so I think let's let them discuss the thinking behind the document and the actual process and protocol of how they implement these things. That's the most important part of this is how quickly they can shut things down and place stories in your favor. Be honest on this call and let's give real feedback to each point."

Justin Baldoni: "Yeah, just feels very much like there is not much defense and also them feeling strong like she's going to do something just a bit concerning what everyone had originally thought"

Reply (Edited): "The truth is your defense. You have done nothing wrong and there is over a year worth of facts and paper trails and people who can go on background as your defense. This document is an overview. And I think as the situation evolved, and as it has become realized the great lengths she has gone to in order to cut you out of not just the film but promo, the premiere, etc, we need to prepare as if she will also go through any great lengths with press. It's a good thing if we all prepare for the worst outcome because then if and when it's not as bad, we are OVER prepared."

8/2/2024 9:47:56 AM

**Melissa Nathan (Owner)**
We can't write it down to him
We can't write we will destroy her. We will go to this. We will do this. We will do this. We will do this.
8/2/2024 9:48:24 AM

+**Jen Abel DO NOT USE**
Of course not. But I told him that's the point of talking through
8/2/2024 9:48:42 AM

**Melissa Nathan (Owner)**
He has to look at it as an information document for us to be armed with
That's all . Imagine if a document saying all the things that he wants ends up in the wrong hands.
*8/2/2024 9:49:03 AM*

**Melissa Nathan (Owner)**
The work is not the document. The work is the fucking crisis lol
*8/2/2024 9:49:22 AM*

**Jen Abel DO NOT USE**
If it's any consolation, he's like this with everything. Over thinks. Stresses. High anxiety.
*8/2/2024 9:49:45 AM*

**Jen Abel DO NOT USE**
He just needs to be educated on how this process works
*8/2/2024 9:49:54 AM*

**Melissa Nathan (Owner)**
you know we can bury anyone
But I can't write that to him
I will, I'll be very tough
*8/2/2024 9:50:10 AM*

**Melissa Nathan (Owner)**
And also, as you know, this is twisting turning because we don't know their moves
*8/2/2024 9:50:40 AM*

**Melissa Nathan (Owner)**
But don't worry, I get it
*8/2/2024 9:50:52 AM*

**Melissa Nathan (Owner)**
I may just drink half a tank of Pepto-Bismol and I'll be ready for the call
*8/2/2024 9:51:00 AM*

**Jen Abel DO NOT USE**
Yes exactly. And maybe that's how you approach the Bahai thing. That we had no idea of this approach and why we can't be proactive as we have no idea what she will come out with
*8/2/2024 9:51:16 AM*

**Melissa Nathan (Owner)**
Done
*8/2/2024 9:51:42 AM*

**Jen Abel DO NOT USE**
Laughed at "I may just drink half a tank of Pepto-Bismol and I…"
*8/2/2024 9:52:00 AM*

**Jen Abel DO NOT USE**
Pepto mixed with espresso and you're good to go
8/2/2024 9:52:27 AM

**Melissa Nathan (Owner)**
He also cannot come across as a victim here. We are Walking a very fine line
8/2/2024 9:52:30 AM

**Jen Abel DO NOT USE**
Exactly. He can't look guilty either by shying away from this stuff
8/2/2024 9:52:58 AM

**Melissa Nathan (Owner)**
📎
<__Library_SMS_Attach_1_a9_09_11C794_1_744299_1.HEIC>
8/2/2024 9:53:13 AM

**Melissa Nathan (Owner)**
Exactly
8/2/2024 9:53:21 AM

**Jen Abel DO NOT USE**
Hahahahaha
8/2/2024 9:53:45 AM

**Jen Abel DO NOT USE**
I can't believe you're still having issues
8/2/2024 9:53:53 AM

**Melissa Nathan (Owner)**
Really bad
One of my best friends in Toronto, her dad is the top stomach surgeon for Gastro issues
He FaceTime me because I saw her last night
AND said none of us need to be on this . It really fucks up your stomach.
8/2/2024 9:54:28 AM

**Melissa Nathan (Owner)**
I also sent you a present
8/2/2024 9:54:36 AM

**Melissa Nathan (Owner)**
You should be getting it next week
8/2/2024 9:54:46 AM

**Jen Abel DO NOT USE**
Oooh yikes maybe I should quit
8/2/2024 9:54:50 AM

**Jen Abel DO NOT USE**
Hahahaha omg what did you do
8/2/2024 9:55:00 AM

**Jen Abel DO NOT USE**
lol
8/2/2024 9:55:01 AM

**Melissa Nathan (Owner)**
He said it's really bad
I don't know. I'm Jewish and we traditionally have major stomach issues so I think maybe it's a combination I don't know.
I have lost an hour a ton of weight, but now it's due to not eating
8/2/2024 9:55:33 AM

**Melissa Nathan (Owner)**
Don't worry, I didn't kill her and send her in a box to your house. It's a congratulations present.
8/2/2024 9:55:44 AM

**Jen Abel DO NOT USE**
DAMNIT
8/2/2024 9:55:51 AM

**Jen Abel DO NOT USE**
I just housed a breakfast sandwich from Starbucks
8/2/2024 10:53:57 AM

**Jen Abel DO NOT USE**
Eating my feelings
8/2/2024 10:54:00 AM

**Melissa Nathan (Owner)**
Which one
8/2/2024 10:54:06 AM

**Melissa Nathan (Owner)**
Not feeling - I mean sandwich
8/2/2024 10:54:14 AM

**Jen Abel DO NOT USE**
Impossible
8/2/2024 10:54:16 AM

**Jen Abel DO NOT USE**
Hahahaha
8/2/2024 10:54:19 AM

**Melissa Nathan (Owner)**
Love that one. I like the egg white turkey one
8/2/2024 10:54:32 AM

**Jen Abel DO NOT USE**
And I smother it with sriracha
8/2/2024 10:54:45 AM

**Melissa Nathan (Owner)**
Oh god. No.
8/2/2024 10:55:22 AM

+ **Jen Abel DO NOT USE**
I will never be part of the tribe
8/2/2024 10:55:31 AM

**Melissa Nathan (Owner)**
I will give you a few passes when needed.
8/2/2024 10:55:58 AM

+ **Jen Abel DO NOT USE**
Phew
8/2/2024 10:56:06 AM

**Melissa Nathan (Owner)**
jen- what do you mean?? Shes jewish.
8/2/2024 10:56:12 AM

+ **Jen Abel DO NOT USE**
Hahahahaa
8/2/2024 10:56:19 AM

**Melissa Nathan (Owner)**
Basically pre call

"This is a Strategy doc, not an execution doc, this is for us to keep on hand and reference as her strategy and plan comes to light/knowing where and when to get ahead, how to operate, etc."
8/2/2024 10:56:54 AM

+ **Jen Abel DO NOT USE**
Liked "Basically pre call

"This is a Strategy doc, not a…"
8/2/2024 10:57:05 AM

**Melissa Nathan (Owner)**
General Agenda:    •    This is a Strategy doc, not an execution doc, this is for us to keep on hand and reference as her strategy and plan comes to light/knowing where and when to get ahead, how to operate, etc.
   •   Story coming out
   •   Need positive messaging points / third party advocates
   •   Getting ahead of it - what does this look like?
   •   Our recommendations
   •   Throwing in a line in a broader piece about the film that positions the situation as no surprise leading up to whatever her team is planning
   •   Briefing reporters behind the scenes to ensure balance for when her piece runs and is picked up
   •   Discuss a more aggressive way to get ahead of this - we will also be contacted for fact checking and able to get an idea of what piece will be, helping identify next steps
   •   What is he comfortable with


More helpful itin here
8/2/2024 11:00:33 AM

**Jen Abel DO NOT USE**
Thanks
8/2/2024 11:02:13 AM

**Jen Abel DO NOT USE**
Waiting to be let in
8/2/2024 11:02:16 AM

**Melissa Nathan (Owner)**
He just said hes running late
8/2/2024 11:02:24 AM

**Melissa Nathan (Owner)**
30 mins
8/2/2024 11:02:27 AM

**Jen Abel DO NOT USE**
What?
8/2/2024 11:02:41 AM

**Jen Abel DO NOT USE**
So we aren't starting till 830>
8/2/2024 11:02:51 AM





CONFIDENTIAL                                                                                       NATHAN_000005559