# EXHIBIT 86

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Friday, August 15, 2025 11:39 PM
**To:** Morgan Anastasio
**Cc:** Nicholas Inns; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah; Kristin Tahler; Bryan Freedman; Ellyn Garofalo; Amir Kaltgrad; Kim Zeldin; Theresa Troupson; Summer Benson; Cortni Davis; Christina Puello; Local MS. Counsel; Local KAF. Counsel; mitra@ahouraianlaw.com; Rose Khatchikian
**Subject:** Re: Jones v. Abel
**Attachments:** 2025.08.15 Proposed Search Terms.docx

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Morgan,

We will run these.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [REDACTED]
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

On Aug 15, 2025, at 1:44 PM, Morgan Anastasio <morgananastasio@quinnemanuel.com> wrote:

Jason,

As discussed, proposed search terms are attached. Please let us know if you agree to run these or provide us with a counter proposal, as well as a hit report for our proposed terms and your counter before we meet and confer. If you are unable to do so for this afternoon, we are available Monday between 1-2 pm et or 4-6 pm et. We are happy to discuss our Rule 30(b)(6) deposition notice to Wayfarer during that discussion.

Additionally, we are in receipt of the answer and third-party complaint filed by Ms. Abel on August 13 in *Lively v. Wayfarer*, ECF No. 639. In light of Rule 3.C of Judge Liman's Individual Practices, please let us know if you are amenable to filing a stipulation applying our prior motion to dismiss briefing to this third-party complaint. If so, we will prepare the papers for your review.

Thank you,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, August 13, 2025 8:51 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Thank you, Morgan. I am generally available on Friday after 12 p.m. EST to meet and confer.

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [redacted]
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Sent:** Wednesday, August 13, 2025 5:16 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>

**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Jones v. Abel

Jason – thanks for the call. In light of your agreement to start negotiating search terms now, we agree to an extension of your responses until Monday 8/18. We expect to have a proposal to you tomorrow. Let us know when you're available on Friday to confer.

Thanks,
Morgan

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Wednesday, August 13, 2025 3:47 PM
**To:** Morgan Anastasio <morgananastasio@quinnemanuel.com>
**Cc:** Nicholas Inns <nicholasinns@quinnemanuel.com>; matthew@umklaw.com; anthony@umklaw.com; jonas@umklaw.com; Maaren Shah <maarenshah@quinnemanuel.com>; Kristin Tahler <kristintahler@quinnemanuel.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Christina Puello <cpuello@lftcllp.com>; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; mitra@ahouraianlaw.com; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Jones v. Abel

**[EXTERNAL EMAIL from jsunshine@lftcllp.com]**

---

Morgan,

We are requesting a short extension to respond to Plaintiffs' second set of requests for production and interrogatories from August 15, 2025 to August 19, 2025. Are you amenable to this as a professional courtesy?

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: [redacted]
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

| Term No. | Custodians(s) | Search Terms |
|---|---|---|
| 1 | Jennifer Abel, Justin Baldoni, Melissa Nathan | ("Jonesworks" OR Jones OR "SJ" OR Steph* OR "JW") AND [redacted] |
| 2 | Jennifer Abel | ("Jonesworks" OR "JW") AND ("work from" OR locat* OR ticket OR flight OR travel*) AND (client* OR meeting*) |
| 3 | Jennifer Abel | (RWA OR "RWA Communications") AND (revenue OR profit* payment* OR invoice* OR money OR owe* OR "financial statement") |
| 4 | Jennifer Abel | (Steph* OR "SJ" OR Jones* OR "JW") AND "Scenario Planning" |
| 5 | Jennifer Abel<br><br>From March - August 2020 | (Jonesworks OR "JW" Steph* OR Jones*) AND ("work phone" OR (iPhone OR phone OR number) /3 (transfer)) |
| 6 | Jennifer Abel<br><br>After August 20, 2024 | (Steph* OR "SJ" OR Jones* OR "JW" OR "Jonesworks") AND (((sign* OR execute* OR document* OR agreement*) /3 (force* OR coerce* OR pressure*)) OR ((access* OR lock* OR "cut off") /3 (email OR account* OR password* OR credential*)) OR ((cloud OR iCloud OR email OR Gmail) /3 (monitor* OR intercept* OR access*))) |
| 7 | Jennifer Abel, Wayfarer | ("Jonesworks" OR Jones* OR "SJ" OR Steph* OR "JW") AND (reputation OR career OR damage* OR harm* OR destroy* OR distress* OR anguish OR psych* OR therap*) |
| 8 | Wayfarer | ("Wayfarer Studios" OR Wayfarer) AND ("Financial Statement" OR revenue OR profit* OR loss*) |
| 9 | Justin Baldoni, Wayfarer | ("Jonesworks" OR "JW" OR Steph* OR Jones*) AND ((notice OR cure OR breach OR terminat*) /6 (agreement* OR contract*)) |
| 10 | Justin Baldoni, Wayfarer | (negotiat* OR discuss* OR draft*) AND (agreement OR contract OR terms) AND ("Jonesworks" OR Jones* OR Steph* OR "SJ" OR "JW") |

| | | |
|---|---|---|
| | January – June 2020 | |

| Custodian(s) | Specific documents: |
|---|---|
| Jennifer Abel | All engagement letters or agreements and invoices for any expenditures or losses (including attorneys' fees) for which Abel seek indemnification, including legal bills, requests for retainer, and proof of payment |