**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA  90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: egarofalo@lftcllp.com

ELLYN S. GAROFALO

December 3, 2025

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties") we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal their proposed redactions for Dkt. Nos. 871-23, 871-24, 871-29, 871-36, 871-37, 871-38, and 874-19, submitted concurrently.  The Court directed the Wayfarer Parties to submit their proposed redactions for these documents (Dkt. 1027).  However, the documents listed above consist of documents and testimony produced by other parties and non-parties to this litigation and designated "Confidential" or "Attorneys' Eyes Only" by them.  Accordingly, the Wayfarer Parties respectfully request that the Court preliminarily seal their proposed redactions for Dkt. Nos. 871-23, 871-24, 871-29, 871-36, 871-37, 871-38, and 874-19. In accordance with Rule 4.b of Attachment A of the Court's Individual Practices, the Wayfarer Parties respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties and non-parties have the opportunity to meet and confer, and so that they may file a motion for continued sealing if they so choose.

    Respectfully submitted,

    LINER FREEDMAN TAITELMAN +
    COOLEY, LLP

    */s/ Ellyn S. Garofalo*
    Bryan J. Freedman (admitted *pro hac vice*)
    Ellyn S. Garofalo (admitted *pro hac vice*)
    1801 Century Park West, 5th Floor

472083.1

December 3, 2025
Page 2

Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

*Attorneys for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*

472083.1