# EXHIBIT 26
# (Dkt. 871-23)

# FILED UNDER SEAL