# EXHIBIT 27
# (Dkt. 871-24)

# FILED UNDER SEAL