# EXHIBIT 29
# (Dkt. 871-26)

**Thread Participants:** Melissa Nathan (Owner); Jen Abel DO NOT USE
**Active Participants:** Melissa Nathan (Owner); Jen Abel DO NOT USE
**First Message:** 8/12/2024 2:14:23 PM
**Last Message:** 8/12/2024 11:56:44 PM

**Melissa Nathan (Owner)**

8/12/2024 2:14:23 PM

**Melissa Nathan (Owner)**
Could you send me his email just so I can say thank you for the call because I feel like I was a little bit flippant due to the bug flowing in my hair.
8/12/2024 2:29:12 PM

**Jen Abel DO NOT USE**
IM DEAD
8/12/2024 2:30:10 PM

**Jen Abel DO NOT USE**
Hey are you available? I'm on with Jamey and we need to fill you in on something that's fairly urgent
8/12/2024 2:30:30 PM

**Melissa Nathan (Owner)**
I'm right mid ▓▓▓ walk through surrounded by PR.
8/12/2024 2:31:06 PM

**Jen Abel DO NOT USE**
And Danny is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8/12/2024 2:31:23 PM

**Melissa Nathan (Owner)**
I can call in 15? Is that ok ?
8/12/2024 2:31:32 PM

**Jen Abel DO NOT USE**
Ok just give us a ring when you're somewhere quiet
8/12/2024 2:31:40 PM

**Melissa Nathan (Owner)**
I will
8/12/2024 2:32:52 PM

**Jen Abel DO NOT USE**
Katie Warren just called me lol
8/12/2024 3:47:25 PM

**Melissa Nathan (Owner)**
Omg
8/12/2024 3:47:38 PM

**Jen Abel DO NOT USE**
Like I can't deal with this today HA
8/12/2024 3:49:09 PM

**Melissa Nathan (Owner)**
What the actual fuck?
That is the craziest shit I've heard
8/12/2024 3:56:29 PM

**Jen Abel DO NOT USE**
A STATEMENT?!?!?
8/12/2024 3:56:38 PM

**Melissa Nathan (Owner)**
I've done a lot of stuff and I don't think I've ever heard something like this before
8/12/2024 3:59:43 PM

**Jen Abel DO NOT USE**
EVER
8/12/2024 3:59:48 PM

**Jen Abel DO NOT USE**
SERIOUSLY EVER
8/12/2024 3:59:51 PM

**Melissa Nathan (Owner)**
I'm nearly home to write the email, but I'm so confused
8/12/2024 4:18:07 PM

**Melissa Nathan (Owner)**
https://www.dailymail.co.uk/femail/article-13728743/blake-lively-criticized-isabela-ferrer-style-movie-ends-us.html
📎 <__Library_SMS_Attach_1_48_08_D19013_1_B9F8D8_1>
📎 <__Library_SMS_Attach_1_48_08_63316F_1_7FF179_1>
*8/12/2024 4:49:52 PM*

**Melissa Nathan (Owner)**
Bryan has no conflict I asked him
Ashley doesn't, but she's hesitant as a firm to take on WME if it comes to that- whereas Bryan isn't

Plus he's representing a lot of women so plays there in terms of recent clients all women
*8/12/2024 6:08:34 PM*

**Jen Abel DO NOT USE**
It's so funny I actually recommended Bryan and Steph was the one who shut that down lol
*8/12/2024 6:12:29 PM*

**Melissa Nathan (Owner)**
Well, I would say is whatever she shuts down literally do the opposite
*8/12/2024 6:14:04 PM*

**Jen Abel DO NOT USE**
Laughed at "Well, I would say is whatever she shuts down liter…"
*8/12/2024 6:16:37 PM*

**Melissa Nathan (Owner)**
Jen.
I'm flying to Puerto Rico in a hurricane and the hotel just sent a message they might have put us in bunkers
*8/12/2024 6:42:07 PM*

**Jen Abel DO NOT USE**
OH MY GOD
*8/12/2024 6:46:26 PM*

**Jen Abel DO NOT USE**
lol Belloni asked about Bahai faith
*8/12/2024 8:01:13 PM*

**Melissa Nathan (Owner)**
……… oh boy what did he say
*8/12/2024 8:01:42 PM*

**Jen Abel DO NOT USE**
Just to confirm that Justin's partner with wayfarer is of the same congregation. Jamey sidestepped it well.
8/12/2024 8:02:06 PM

**Jen Abel DO NOT USE**
But interesting
8/12/2024 8:02:09 PM

**Melissa Nathan (Owner)**
Numbers don't lie though
50m box office
8/12/2024 8:02:35 PM

**Melissa Nathan (Owner)**
No matter what
8/12/2024 8:02:42 PM

**Jen Abel DO NOT USE**
Blake and Ryan want Justin to put out a statement
8/12/2024 9:52:11 PM

**Jen Abel DO NOT USE**
This is unbelievable
8/12/2024 9:52:16 PM

**Melissa Nathan (Owner)**
Call if you can
8/12/2024 10:02:16 PM

**Melissa Nathan (Owner)**
Career killer for them and wayfarer.
No.
Have to fight it
8/12/2024 10:08:20 PM

**Melissa Nathan (Owner)**
At what point do you fight?
8/12/2024 10:08:26 PM

**Melissa Nathan (Owner)**
It's now.
8/12/2024 10:08:28 PM

**Melissa Nathan (Owner)**
Lawyer up. Now.
8/12/2024 10:10:56 PM

**Jen Abel DO NOT USE**
This is SO CRAZY
8/12/2024 10:31:31 PM

**Melissa Nathan (Owner)**
Honestly, I've never had anything like it. Can he please hire a lawyer?
8/12/2024 10:32:19 PM

**Jen Abel DO NOT USE**
He needs to. He has one. But he needs a litigator
8/12/2024 10:32:36 PM

**Melissa Nathan (Owner)**
Get bf he's waiting and will also take on wme
8/12/2024 10:33:15 PM

**Melissa Nathan (Owner)**

8/12/2024 11:42:26 PM

**Melissa Nathan (Owner)**
Can I start a Signal thread with you, me and Jed
Just in case you need him to connect you to Bryan because they're very close
8/12/2024 11:42:47 PM

**Melissa Nathan (Owner)**
So that you can all have a conversation
8/12/2024 11:43:04 PM

**Melissa Nathan (Owner)**
Because apparently I might be dead soon
8/12/2024 11:43:11 PM

**Jen Abel DO NOT USE**
I can reach out to Bryan too, we've worked together. And omg what is that?!
8/12/2024 11:43:42 PM

**Jen Abel DO NOT USE**
That's where you're going???
8/12/2024 11:43:48 PM

**Jen Abel DO NOT USE**
No way
*8/12/2024 11:43:50 PM*

**Melissa Nathan (Owner)**
I don't know what to do
But yes lol
*8/12/2024 11:43:59 PM*

**Melissa Nathan (Owner)**
Definitely contact him on Signal though - feel free to add me obviously because of the crisis

I really really strongly want you guys to hire today. There is no way you put out a statement.
I don't know what you're answering to still
*8/12/2024 11:44:45 PM*

**Jen Abel DO NOT USE**
We just got them to agree not to do a letter
*8/12/2024 11:55:58 PM*

**Jen Abel DO NOT USE**
We are waiting to hear from Justin since he's in Sweden
*8/12/2024 11:56:08 PM*

**Jen Abel DO NOT USE**
Can you send me his number and I'll handle by signal when I get the green light
*8/12/2024 11:56:36 PM*

**Jen Abel DO NOT USE**
I can't believe they haven't done this yet
*8/12/2024 11:56:44 PM*