# EXHIBIT 32
# (Dkt. 871-29)

# FILED UNDER SEAL