# EXHIBIT 37
# (Dkt. 871-34)

# Sage Bryan Melissa Summer

📅1/5/2025 👤5 💬19 📎1

**Participants:** ████████ JA (Owner); ████████ **Sage Steele**; ████████ Bryan Freedman; ████████ Summer Bryan freedman Office; ████████ Melissa Nathan

**First Message:** 1/5/2025 3:02:05 AM
**Last Message:** 1/5/2025 6:56:34 PM

---

████ **Sage Steele**
Sage - Take 1
📎 <signal-2025-01-05-030205.docx>
1/5/2025 3:02:05 AM

████ **Sage Steele**
Have at it.  Will record today so you can see my tone, etc
1/5/2025 3:02:41 AM

████ **Sage Steele**
https://share.icloud.com/photos/0decSMPuFx6u-yenm9q5cRHRg
1/5/2025 6:39:09 PM

████ **Sage Steele**
I shared with Jamey on signal too… want to add him/them to this thread?
1/5/2025 6:48:01 PM

████ **JA (Owner)**
Thank you sage. It's still downloading for me. If ok, I'll share it on the text thread that everyone is on so they can share collective feedback. It's in the middle of the night for them right now so we might not have feedback till the am. Thank you for recording!
1/5/2025 6:51:17 PM

████ **Sage Steele**
Of course
1/5/2025 6:51:39 PM

████ **Sage Steele**
It looks like Jamey is watching now
1/5/2025 6:51:52 PM

████ **JA (Owner)**
Ah ok good
1/5/2025 6:52:01 PM

████ **Sage Steele**
Or at least trying
1/5/2025 6:52:13 PM

████ **Sage Steele**
Is there a better way to send it?
1/5/2025 6:52:19 PM

ABEL_000019523

 **Sage Steele**
Are  iCloud links are better via text ?
1/5/2025 6:52:33 PM

 **Sage Steele**
As expected .. it's long.  8:16
1/5/2025 6:53:35 PM

**JA (Owner)**
It's still loading for me. Probably because it's a large file.
1/5/2025 6:53:49 PM

**JA (Owner)**
All good we can wait a beat as it downloads
1/5/2025 6:54:00 PM

 **Sage Steele**
Yup
1/5/2025 6:54:00 PM

 **Sage Steele**
Ok.  Heading to get some dinner w my kiddo… I'll be prepared to tweak/re-record when I return.
1/5/2025 6:54:36 PM

**JA (Owner)**
Thx so much. The globes are in an hour so I think we don't post tonight regardless.  Will give the team time to review as well.
1/5/2025 6:55:27 PM

 **Sage Steele**
Yes.  Tomorrow is what we had discussed so it didn't get lost in the Globes/weekend stuff, etc.
1/5/2025 6:56:28 PM

 **Sage Steele**
👍⬤
1/5/2025 6:56:34 PM

I usually try to avoid all things Hollywood, but this fight between Blake Lively & Justin Baldoni is not being fairly reported...and as a journalist, it makes me sick.  I know that speaking up about this could hurt me...but again, as a journalist, I can't stay silent when I see people suffering because some refuse to do their jobs, refuse to report on the true FACTS of a story.

I've witnessed way too many lives and careers being intentionally ruined by others who are basically abusing their power...whether it's the Duke lacrosse case or even my own experience with Disney/ESPN... it's unacceptable.

And that is exactly what is happening with these sexual harassment "allegations" that Blake has brought against Justin during their filming of "It ends with us" ... and the NYT is CHOOSING to ignore the facts.

There are SO MANY inconsistencies in the complaint that Blake's team filed, so let's focus on a couple of those for a moment — because once text messages were released, it is so obvious that there is MUCH MORE to this story.

- First, this does not feel at all like smear campaign against BL.  In fact, it seems like her team is now doing JUST THAT to Baldoni, and Jamey Heath & Wayfarer, and Jennifer Abel & Melissa Nathan, who are part of Justin's PR team.  If they were actually trying to smear Blake, why weren't articles and videos leaked back during the production of this film?  Or when the film was released??  It just doesn't feel like this is a thing, and if

CONFIDENTIAL
ABEL_000019525

anything, Justin placated Blake, gushed over her, even after things went sideways.

- All you have to do is look at the pages & pages of text messages that were edited out/omitted by the NYT.  The "bad press" that Team Blake is focusing on came after older interviews of Blake Lively re-surfaced — videos that were unflattering at best.  Did you see the interview with Kiersti Flaa?  If not, look it up, bc it's a greet example of how Blake's actions are the reason why she continues to get backlash.

- Team Blake is alleged there was an "invasion of privacy" ... when Justin & Jamey came into Blake's trailer while she was breastfeeding.  Again, take a look at the texts - BL INVITED THEM into her trailer — so they could keep working while she was feeding her baby!  The text messages prove it - text messages that the NYT CHOSE to omit.

- As for the allegations that Justin used language that made her uncomfortable... "sexier" in relation to the wardrobe — BLAKE is the one who initiated the convo about the wardrobe needing to be "much sexier".  Justin - as her co-star AND DIRECTOR - provided creative input - isn't that what directors are supposed to do?!  Of course it is.  And The NYT chose not to include any of those texts, any context whatsoever.
- finally, there are pages and pages of texts showing that BL and her team intentionally cut Justin out of the film.  Here's one Question I have:  When has a director, a

ABEL_000019526

producer, and the editors NOT been allowed to see the Final Cut - the cut that goes into the theaters??!!  That NEVER happens!!  But because of what now looks like BL's progressive takeover of Justin's film, that's exactly what happened.  Again, the proof is in the texts that the NYT CHOSE not to include.

- Through it all, i'm kinda blown away by HOW Justin CHOSE to handle this…taking the high road - which was definitely to his detriment in many ways.  You've gotta remember that from the very beginning … JUSTIN BALDONI is the one who brought on nomore.org… the foundation that fights domestic violence/sexual violence.  Justin actually told Sony it would be a deal breaker for him — he wasn't gonna do the film w Sony unless 1% of the proceeds go directly to victims of DV … NoMore.org.  This film exists because JUSTIN BALDONI wanted to shed light on DV !!  Do your homework on this man, because the NYT did not.

- I'd like to end on this:  as a woman, as a mother…I talk to my daughters AND my son about the importance of our words.  As women, we have power …and it is heartbreaking to see influential women abuse their power.  False allegations like this actually HURT other women!  Women just like the publicists from Wayfarer, Jennifer Abel & Melissa Nathan — small business owners whose careers are being destroyed!  They're receiving DEATH THREATS, thanks to the allegations by a woman who has called herself a feminist (??) and frankly, thanks to Blake Lively's allegations that the NYT CHOSE not to do investigate.  That choice, that decision…hurts women

ABEL_000019527

who are actual victims of sexual harassments. And It is shameful.

Facts matter. And context matters ... even if you're part of the Hollywood Elite ... which of course is unaccustomed to being held accountable.  It's time we do just that...and it starts with the media - fellow journalists - in this case the NYT, actually doing its job.

CONFIDENTIAL

ABEL_000019528