# EXHIBIT 39
# (Dkt. 871-36)

# FILED UNDER SEAL