# EXHIBIT 40
# (Dkt. 871-37)

# FILED UNDER SEAL