# EXHIBIT 41
# (Dkt. 871-38)

# FILED UNDER SEAL