# EXHIBIT 2

Filed Under Seal

# (Dkt. 874-2)

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---oOo---

BLAKE LIVELY,
            Plaintiff,
    vs.         CASE NO. 24-CV-10049-LJL (LEAD CASE)
                      25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

            Defendants.
_____

JENNIFER ABEL,
        Third-party Plaintiff,
    vs.
JONESWORKS, LLC,
        Third-party Defendant.
_____

WAYFARER STUDIOS LLC, et al.
        Consolidated Plaintiffs,
    vs.
BLAKE LIVELY, et al.
        Consolidated Defendants.
_____

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
Los Angeles, California
Thursday, September 25, 2025

Stenographically Reported by:  Ashley Soevyn,
CALIFORNIA CSR No. 12019

CONFIDENTIAL

Page 78

1  was conversations of starting Signal. I wasn't
2  using it at the time. I was being asked to download
3  it. I -- I -- I'd have to go through either
4  documents, or maybe my memory can be recollected
5  later, when I actually downloaded Signal and we
6  started communicating.
7       Q    Who asked you to download Signal?
8       A    So I had --
9            MR. FREEDMAN: If -- I would instruct you
10 not to answer --
11           THE WITNESS: Sure.
12           MR. FREEDMAN: -- to the extent this
13 invades the attorney-client privilege.
14           THE WITNESS: Uh-huh. Well, initially
15 Stephanie Jones asked me to download Signal. She
16 used it frequently. And we were working together
17 with a client to -- who primarily used Signal. And
18 then after that client terminated us, I had
19 deactivated the app because I didn't use it for
20 anything else.
21 BY MS. TAHLER:
22      Q    And after that deactivation, up until the
23 time of this lawsuit, did you reactivate Signal?
24      A    Yes.
25      Q    And why was that?

CONFIDENTIAL

Page 79

| | | |
|---|---|---|
| 1 | A | Again, it was -- I believe that this |
| 2 | would be attorney protected. | |
| 3 | Q | When was this? |
| 4 | A | When?  August.  It would be August.  I |
| 5 | don't recall when in August.  I apologize.  But it | |
| 6 | would be August 2024. | |
| 7 | Q | An attorney instructed you to download |
| 8 | Signal? | |
| 9 | A | I don't believe the attorney -- an |
| 10 | attorney instructed me to download it, initially, | |
| 11 | but my communications in Signal are with attorneys. | |
| 12 | Q | Which attorneys? |
| 13 | A | My attorneys, Bryan Freedman, et al. |
| 14 | Q | And you had Signal communications with |
| 15 | Mr. Freedman -- this is just a yes-or-no answer -- | |
| 16 | A | Uh-huh. |
| 17 | Q | -- in August of 2024? |
| 18 | A | I -- I believe a chain was started.  I |
| 19 | don't think there were communications on that chain. | |
| 20 | Q | Was Mr. Freedman your personal attorney |
| 21 | in 2024? | |
| 22 | A | No. |
| 23 | Q | Was he an attorney for Mr. Baldoni? |
| 24 | A | He -- |
| 25 | | MR. FREEDMAN:  Just to clarify, you're |