# EXHIBIT 19

Filed Under Seal

(Dkt. 874-19)

# FILED UNDER SEAL