UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                    Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>                    Defendants. | No. 25-cv-449 (LJL) (member case) |

### DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF BLAKE LIVELY'S OPPOSITION TO THE WAYFARER PARTIES' MOTION FOR SUMMARY JUDGMENT

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Plaintiff Blake Lively in the above-captioned action. I respectfully submit this declaration in support of Ms. Lively's Opposition to the Wayfarer Parties' Motion for Summary Judgment.

2.       The purpose of this declaration is to submit and identify for the Court true and correct copies of the following documents and testimony referenced in Ms. Lively's Opposition to the Wayfarer Parties' Motion for Summary Judgment.

3.	The attachment to this declaration lists, by exhibit number and description, Exhibits 1–150 attached hereto. Each of these documents is a true and correct version. In certain instances, only excerpts of certain transcripts have been included.

4.	Some of the exhibits cannot be filed via ECF because of their size and/or format. Ms. Lively will provide those exhibits directly to the other parties and the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2025                    */s/ Michael J. Gottlieb*
                                           WILLKIE FARR & GALLAGHER LLP
                                           Michael J. Gottlieb
                                           1875 K Street NW
                                           Washington, DC 20006
                                           (202) 303-1000
                                           mgottlieb@willkie.com

# Attachment A

| Lively Exhibit No. | Bates No. / Citation | Document Description |
|---|---|---|
| 1 | Hoover Tr. | Colleen Hoover Dep. Tr. Excerpts |
| 2 | Giannetti Tr. | Andrea Giannetti Dep. Tr. Excerpts |
| 3 | Heath 10/8 Tr. | Jamey Heath 10/8/25 Dep. Tr. Excerpts |
| 4 | Baldoni 10/7 Tr. | Justin Baldoni 10/7/25 Dep. Tr. Excerpts |
| 5 | N/A | INTENTIONALLY OMITTED |
| 6 | BL-000038637 | ■■■■■■■■■■ |
| 7 | BALDONI_000016476 | ■■■■■■■■■■ |
| 8 | AS000701 | Email between A. Saks to T. Black, J. Baldoni, and J. Heath |
| 9 | HEATH_000046085 | ■■■■■■■■■■ |
| 10 | Ferrer Tr. | Isabela Ferrer Dep. Tr. Excerpts |
| 11 | Sarowitz Tr. | Steve Sarowitz Dep. Tr. Excerpts |
| 12 | Slate Tr. | Jennifer Slate Dep. Tr. Excerpts |
| 13 | Baker Tr. | Vivian Baker Dep. Tr. Excerpts |
| 14 | Talbot Tr. | Elizabeth Talbot Dep. Tr. Excerpts |
| 15 | Saks Tr. | Alexandria Saks Dep. Tr. Excerpts |
| 16 | Baker Ex. 1 | ■■■■■■■■■■ |
| 17 | Robbins Tr. | Michael Robbins Dep. Tr. Excerpts |
| 18 | 24-CV-10049_0003488 | ■■■■■■■■■■ |
| 19 | 24-CV-10049_0003611 | ■■■■■■■■■■ |
| 20 | Baldoni 10/6 Tr. | Justin Baldoni 10/6/25 Dep. Tr. Excerpts |
| 21 | BENSON_0001 | ■■■■■■■■■■ |

| 22 | BL-000008819 | |
| --- | --- | --- |
| 23 | Carroll Tr. | Shelley Anne Carroll Dep. Tr. Excerpts |
| 24 | Heath 10/9 Tr. | Jamey Heath 10/9/25 Dep. Tr. Excerpts |
| 25 | HEATH_000046126 | |
| 26 | BL-000021684 | |
| 27 | BL-000007953 | |
| 28 | Security Tr. | Security Guard Dep. Tr. Excerpts |
| 29 | Security Errata | Security Guard Dep. Tr. Errata Sheet |
| 30 | SPE_BL0002026 | |
| 31 | HEATH_000035492 | |
| 32 | WAYFARER_000140991 | Email between I. Meziane and L. Strasberg |
| 33 | Stone Tr. | Justin Stone Dep. Tr. Excerpts |
| 34 | Zavala Tr. | Warren Zavala Dep. Tr. Excerpts |
| 35 | WAYFARER_000140115 | |
| 36 | BALDONI_000033560 | |
| 37 | SAROWITZ_000000080 | |
| 38 | Greenstein Tr. | |
| 39 | SPE_BL0006375 | |
| 40 | SPE_BL0002044 | |

| | | |
|---|---|---|
| | | ███████ |
| 41 | Greenberg Tr. | Danny Greenberg Dep. Tr. Excerpts |
| 42 | SPE_BL0019748 | ███████ |
| 43 | SPE_BL0002183 | ███████ |
| 44 | BALDONI_000026193 | ███████ |
| 45 | BALDONI_000018852 | ███████ |
| 46 | NATHAN_000005497 | ███████ |
| 47 | NATHAN_000005552 | ███████ |
| 48 | BALDONI_000018710 | ███████ |
| 49 | JONESWORKS_00013779 | ███████ |
| 50 | JONESWORKS_00016237 | ███████ |
| 51 | NATHAN_000002711 | ███████ |
| 52 | Abel 9/26 Tr. | ███████ |
| 53 | JONESWORKS_00014980 | ███████ |
| 54 | JONESWORKS_00015509 | ███████ |
| 55 | JONESWORKS_00016351 | ███████ |
| 56 | NATHAN_000003433 | ███████ |
| 57 | Case Tr. | Katherine Case Dep. Tr. Excerpts |
| 58 | Vituscka000001 | ███████ |
| 59 | KCASE-000002821 | ███████ |
| 60 | BBKOSLOW-000001024 | ███████ |

| 61 | KCASE-000004756 | ██████████ |
|----|----|----|
| 62 | Koslow Tr. | ██████████ |
| 63 | BALDONI_000015463 | Texts between J. Baldoni, J. Abel, J. Heath, K. Case, B. Koslow, M. Nathan, and M. Mitchell |
| 64 | KCASE-000003354 | ██████████ |
| 65 | BALDONI_000019422 | Texts between J. Baldoni, J. Abel, J. Heath, M. Mitchell, and M. Nathan |
| 66 | JONESWORKS_00012744 | Texts between J. Abel, J. Heath, and M. Nathan |
| 67 | HEATH_000048496 | ██████████ |
| 68 | Sloane Tr. | ██████████ |
| 69 | JONESWORKS_00016247 | ██████████ |
| 70 | Culotta Report | Expert Report of Aron Culotta |
| 71 | WAYFARER_000136136 | Texts between J. Heath, J. Abel, B. Butler, M. Mitchell, M. Nathan, and K. Case |
| 72 | SAROWITZ_000000036 | ██████████ |
| 73 | BALDONI_000018698 | ██████████ |
| 74 | BBKOSLOW-000002644 | ██████████ |
| 75 | SAROWITZ_000000918 | ██████████ |
| 76 | HEATH_000028508 | ██████████ |
| 77 | HEATH_000045258 | ██████████ |

| | | |
|---|---|---|
| 78 | HEATH_000045271 | █████ |
| 79 | WAYFARER_000140109 | ████████████ |
| 80 | HEATH_000041865 | █████ |
| 81 | BL-000039376 | ████████ |
| 82 | BL-000039339 | ████████ |
| 83 | BL-000039357 | ████████ |
| 84 | BL-000039395 | █████ |
| 85 | BL-000039396 | █████ |
| 86 | SPE_BL0008705 | █████ |
| 87 | Family Hive 9/29 Tr. | ████████████ |
| 88 | WAYFARER_000076684 | █████████ |
| 89 | Hanks Tr. | Tera Hanks Dep Tr. Excerpts (p. |
| 90 | BALDONI_000018802 | ████████████ |
| 91 | WME_00000456 | ██████████████ |
| 92 | BALDONI_000018877 | ██████████ |
| 93 | BALDONI_000018832 | ██████████████ |
| 94 | RR-SUBPOENA-000000039 | ██████████ |
| 95 | BL-000021653 | ██████████ |
| 96 | Freyd Report | Expert Report of Jennifer Freyd |
| 97 | HEATH_000046097 | ████████████ |
| 98 | HEATH_000046098 | ████████████ |
| 99 | HEATH_000026761 | ██████████ |
| 100 | HEATH_000045410 | ██████████████ |

| 101 | HEATH_000046138 | ██████████████████ |
| --- | --- | --- |
| 102 | WAYFARER_000138396 | ██████████████████ |
| 103 | SPE_WF0000210 | ██████████████████ |
| 104 | BL-000009292 | ██████████████████ |
| 105 | BL-000011236 | ██████████████ |
| 106 | BL-000008964 | ██████████████ |
| 107 | BL-000008982 | ██████████████ |
| 108 | BL-000008209 | ██████████████ |
| 109 | BL-000011630 | ██████████████ |
| 110 | BALDONI_000017205 | ██████████████████ |
| 111 | HEATH_000028930 | ██████████████████ |
| 112 | BL-000009215 | ██████████████ |
| 113 | BL-000008715 | ██████████████ |
| 114 | BL-000008353 | ██████████████ |
| 115 | BL-000011242_A | ██████████████ |
| 116 | BL-000011647 | ██████████████████ |
| 117 | BL-000018460 | ██████████████ |
| 118 | BL-000011088 | ██████████████ |
| 119 | BL-000009127 | ██████████████ |
| 120 | BL-000008567 | ██████████████ |
| 121 | BL-000009267 | ██████████████ |

| 122 | BL-000009642 | |
| --- | --- | --- |
| 123 | BALDONI_0000170003 | |
| 124 | Robbins Report | Expert Report of Michael Robbins |
| 125 | SPE_BL0002193 | |
| 126 | AS000062 | Email between A. Saks, J. Heath, I. Meziane, A. Lieberman, and A. Ajemian |
| 127 | HEATH_000048499 | |
| 128 | BALDONI_000016497 | |
| 129 | WAYFARER_000138094 | |
| 130 | SALADINO_0000011 | |
| 131 | AS004588 | Email between J. Baldoni, A. Saks, A. Giannetti, J. Heath, A. Calof, and A. Marbory |
| 132 | Dkt. 748-2 | C. Ayoub Declaration |
| 133 | BALDONI_000032905 | |
| 134 | 24-cv-10049_0002473 | |
| 135 | 24-CV-10049_0002634 | |
| 136 | HEATH_000051557 | |
| 137 | BL-000020972 | |
| 138 | N/A | |
| 139 | N/A | |
| 140 | 24-cv-10049_0003313 | |

| 141 | 24-cv-10049_0001097 | ▮▮▮▮▮▮▮▮▮▮ |
| 142 | 24-cv-10049_0001426 | ▮▮▮▮▮▮▮▮▮▮ |
| 143 | Scene 40_1_A | ▮▮▮▮▮ |
| 144 | Scene 40_1_B | ▮▮▮▮▮ |
| 145 | Scene 40_2_B | ▮▮▮▮▮ |
| 146 | BALDONI_000031947 | ▮▮▮▮▮▮▮ |
| 147 | HEATH_000007969 | ▮▮▮▮▮▮ |
| 148 | SPE_BL0001995 | ▮▮▮▮▮▮▮▮▮▮ |
| 149 | SPE_BL0000367 | ▮▮▮▮▮▮▮▮ |
| 150 | HEATH_000034685 | ▮▮▮▮▮▮▮ |