# Exhibit 5

**Intentionally Omitted**