# Exhibit 8

**From:** Alex Saks <​>
**To:** Todd Black <​>, Justin Baldoni <​>, Jamey Heath <​>
**Subject:** For Reference
**Date:** Wed, 22 Nov 2023 10:44:55 -0800
**Attachments:** Notes_for_IEWU_3_week_directors_cut_screening.pdf

Exhibit: 16
Witness: SAKS
Date: 9/24/25
CSR#12019: Ashley Soevyn

With Todd's right email...
Here are the notes that went to Blake alongside the green draft.

**Notes for IEWU 3 week directors cut screening.**

This is now a PG-13 film through and through. All swearing has been removed aside from one F word placed in a very important moment in a non-sexual way. Making this film PG-13 has proven without a doubt to be what's best for the film and the audience.

The cut is put together beginning to end with music and temp score.

The cut is put together with lots of stock footage as placeholders for aerial work and exterior establishing shots. In the last month, we shot an aerial unit in Boston and Maine. All stock footage in this cut has been replaced with our own aerial photography which is beautiful. (Note, the same DP who shot all the aerial work for *MAYDAY* also shot ours).

All un-shot scenes have slugs, no need to forward as they are all under or about ten seconds. Music plays through most of the slugs.

In a few instances, slugs end with dialogue from the table read to help with the feeling of transitions (I.E- the falling in love montage)

Vegas has been cut from the film as has been the sex scene. We don't need more sex, we need to ground their marriage. In its place is a home movie/ iphone montage. This will ground the movie, Lily and this relationship in a way rarely scene in a film like this. The audience should feel like they are Lily and Ryle. Everyone has these videos on their phone. Each clip will feel like slice of life, 3-4 second beats of various moments from the beginning of their marriage and life together. This will also help the audience understand how hard it is for her to leave him at the end.

The abuse section was only cut in for pacing and in no way reflects what will be shot or how it will be shown. It is edited for a visual feeling to help while we were cutting but was never meant to be shown. Over the hiatus I came up with a new way to showcase the abuse that I believe will make it easier to watch and more abstract. We've been hard at work planning and concepting it and I can't wait to share.

I cut the scene with Ryle dropping off their daughter to Lily at the end of the film. The last time we will see Ryle is in the hospital when he leaves the room after Lily asks for a divorce. I felt this was much better for the movie and closed his storyline. The ending should only focus on Lily and Emmy, and the chance encounter and hope for the future with Atlas.

There are a few new scenes added into the slugs which will be reflected in the green pages of the script. Short descriptions included below for context and a more thorough notes document will accompany the script.

AS000702

-**ADDED** Short scene with no dialogue, Lily writing five things in her childhood kitchen (to make napkin more impactful at funeral)
-**ADDED** Post funeral, quick montage of Lily grabbing her things, changing outfits before drive.
-**RESHOOT**- New karaoke scene, more of a montage now. Different song for Alyssa and Marshal. Now Lily and Ryle sing together. No dialogue. Just about building chemistry and tension.
-**ADDED**- Lily and Ryle walk home after karaoke – (Needed a scene to set up tension and friendship. New scene inspired by multiple scenes in book. Sets up tension with Lily and Ryle at flower shop which plays great and pays off at party.)
-**LOVE MONTAGE** -Two added moments falling in love. No kissing or sex. Playful, fun, human moments.
**ADDED** - POST ABUSE– Lily finishing a bouquet of flowers, alone in church lost in thought before the car scene. No dialogue. Lily alone coming to terms / justifying what happened.
**ADDED**- Lily drives in the rain, runs a redlight nearly gets in an accident.
**ADDED**-  **LILY AND MOM ON PARK BENCH**- Brought back Lily and mom talking - important beat to happen directly after she finds out she's having a girl. Important monologue for Lily as mom mostly listens. *NOTE most of cemetery dialogue was cut to focus on Lily and her saying goodbye to her father.

AS000703