# Exhibit 15

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4

 5    BLAKE LIVELY,
 6                   Plaintiff,
 7       vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                           25-CV-449 (LJL) (MEMBER CASE)
 8

      WAYFARER STUDIOS LLC, ET AL.
 9

                     Defendants.
10    _____
      JENNIFER ABEL,
11               Third-party Plaintiff,
         vs.
12    JONESWORKS, LLC,
                 Third-party Defendant.
13    _____
      WAYFARER STUDIOS LLC, et al.
14               Consolidated Plaintiffs,
         vs.
15    BLAKE LIVELY, et al.
                 Consolidated Defendants.
16    _____
17                  **CONFIDENTIAL**
18

19       VIDEO-RECORDED DEPOSITION OF ALEXANDRIA SAKS
20                 Los Angeles, California
21              Wednesday, September 24, 2025
22

23    Stenographically Reported by:  Ashley Soevyn,
      CALIFORNIA CSR No. 12019
24    Job No. CA7624602
25    Pages 1 - 301
```

Page 1

CONFIDENTIAL

```
 1    were you employed?                                  10:33:14

 2         A    A company called June Pictures that I

 3    co-owned.

 4         Q    Were you employed at June Pictures as a

 5    producer?                                           10:33:24

 6         A    Yes.

 7         Q    How are you generally compensated as a

 8    producer?  Not the amount, but what your

 9    compensation is comprised of.  For example, salary,

10    bonus, royalties?                                   10:33:33

11         A    As a producer now, on my fees on

12    individual movies.

13         Q    What do you mean by "on my fees on

14    individual movies"?

15         A    I'm compensated by fees from whoever is   10:33:49

16    financing the movie.

17         Q    And for each film, are you compensated a

18    set amount that is decided upfront, or is that an

19    amount that could vary based on the success of the

20    film?                                               10:34:07

21         A    Both.

22         Q    You were a producer on It Ends with Us,

23    correct?

24         A    Correct.

25         Q    How did you come to be a producer on the  10:34:19
```

Page 29

CONFIDENTIAL

```
 1        Q    How often were you on the set in New      10:59:59
 2   Jersey?
 3        A    Every day.
 4        Q    You were present for every day of
 5   filming?                                            11:00:04
 6        A    I think there is one that I missed
 7   because I had the premiere of No Hard Feelings, and
 8   then the last two days of shooting on the second
 9   round in January of 2024, I had already jumped onto
10   another movie, so I didn't come back to Los Angeles.  11:00:20
11        Q    Do you recall which day or days you
12   missed for the premiere of No Hard Feelings?
13        A    I don't remember the work we did that
14   day.
15        Q    As a producer, did you report into      11:00:32
16   Wayfarer?
17        A    Yes.
18        Q    Did you report to Mr. Baldoni as the
19   director?
20        A    Yes.                                     11:00:40
21        Q    And did you also report to Mr. Heath as
22   the CEO and co-studio head?
23        A    Yes.
24        Q    They were your bosses?
25        A    Yes.                                     11:00:50
```

Page 52

CONFIDENTIAL

```
 1          Q    You mentioned Ange Giannetti earlier.      11:00:52
 2    Who is she?
 3          A    She was the EVP at Sony who was our
 4    day-to-day creative.
 5          Q    How often do you recall Ms. Giannetti      11:01:03
 6    being on set?
 7          A    In the first round, she was there for a
 8    few days, from what I remember, maybe more than
 9    that.  Definitely more than a normal executive is
10    there in my experience.  And then, on the second     11:01:20
11    round, she was there most days.
12          Q    When you say that Ms. Giannetti was on
13    set "a few days in the first round," would it be
14    fair to estimate two to four days?
15          A    That sounds right.                         11:01:36
16          Q    As a producer of, it sounds like, a
17    decade, is it important to you that cast and crew
18    working on your projects have an outlet through
19    which to report concerns about behavior in the
20    workplace?                                            11:01:50
21          A    Yes.
22          Q    It's required practice on film sets that
23    cast and crew members have a place to report
24    concerns, right?
25               MS. GAROFALO:  Objection.                  11:01:59
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
1        A    No.                                          11:05:18

2        Q    Did you understand whether HR would be

3   available on set to cast and crew of the film?

4        A    Eventually.

5        Q    When did you become aware?                    11:05:26

6        A    At some point in early prep when we were

7   starting to crew up and hire people.

8        Q    Is it your understanding that Wayfarer

9   does have a human resources department?

10       A    I don't know.                                 11:05:44

11       Q    Do you know -- was there a designated

12  individual who would perform human resources

13  functions on the film?

14       A    I believe it was a number or an email

15  that people contacted.  And then, if I remember        11:05:59

16  correctly, there was a third party.  But I don't

17  believe Wayfarer had official human resources.

18       Q    Is it your recollection that there was a

19  third party to provide human resources functions to

20  cast and crew on set?                                   11:06:24

21       A    I don't remember.

22       Q    Do you have any memory of who that third

23  party may have been?

24       A    I don't.

25       Q    As someone who was on set every day, did    11:06:46
```

Page 57

CONFIDENTIAL

```
1    you know who you could go speak to if you had        11:06:48

2    concerns about behavior on set?

3         A    Yeah.

4         Q    Who?

5         A    Jamey.                                      11:06:55

6         Q    Your understanding as a producer on the

7    film was that if you had concerns about behavior on

8    set, you should raise them to Mr. Heath?

9         A    Yeah.  As the copyright owner/signer of

10   checks and agreements and without there being an     11:07:11

11   official, one HR person, it was really just easiest

12   to go to him as the boss.

13        Q    As a producer on set, did you understand

14   who you could raise concerns to about behavior if

15   the person you were concerned about was Mr. Heath?    11:07:36

16        A    Still Mr. Heath.

17        Q    So was your understanding that if you had

18   concerns about Mr. Heath's behavior, you would have

19   to raise those to him?

20        A    Correct.                                    11:07:46

21             MS. ROESER:  I'm going to hand you what

22   will be marked as Exhibits 1 and 2.  We are marking

23   as Saks Exhibit 1, Saks Exhibit 2?

24        (Exhibit 1 marked for identification.)

25        (Exhibit 2 marked for identification.)          10:15:44
```

Page 58

CONFIDENTIAL

| | |
|---|---|
| 1 | THE STENOGRAPHIC REPORTER:  Yes, we are.    10:15:44 |
| 2 | MS. ROESER:  Perfect. |
| 3 | MS. GAROFALO:  Is this 1 or 2? |
| 4 | MS. CLIMACO:  I gave you two copies with |
| 5 | both exhibits.                                              11:08:19 |
| 6 | BY MS. ROESER: |
| 7 | Q     The first document I handed you is marked |
| 8 | as Exhibit 1.  It's an email dated March 12th, |
| 9 | 2023, and it bears the Bates-stamp, which is the |
| 10 | number on the corner, of AS62.                        11:08:34 |
| 11 | Do you see that? |
| 12 | A     Uh-huh. |
| 13 | Q     This is an email that you sent, correct? |
| 14 | A     Yes. |
| 15 | Q     To Jamey Heath, among others?          11:08:41 |
| 16 | A     Yes. |
| 17 | Q     The second document I sent you is marked |
| 18 | as Exhibit 2.  It is an email dated March 13, 2023, |
| 19 | and bears the Bates AS8. |
| 20 | Do you see that?                                   11:08:55 |
| 21 | A     Yes. |
| 22 | Q     This is also an email that you sent, |
| 23 | correct? |
| 24 | A     Correct. |
| 25 | Q     Please direct your attention to        11:09:06 |

Page 59

CONFIDENTIAL

```
1    Exhibit 1.  As of March 12, 2023, when you sent this    11:09:07

2    email, did you know whether Wayfarer had workplace

3    harassment protocols in place?

4         A    It looks like I didn't.

5         Q    And at that time, you proposed that    11:09:21

6    because of Justin's role, the harassment protocols

7    come from Sony; is that right?

8         A    Correct.

9         Q    What did you mean when you wrote:

10        (As read):    11:09:35

11             "Because of Justin's role at Wayfarer,

12             our workplace harassment protocols

13             should come from Sony"?

14        A    I assume I meant because he was the

15   director, co-lead actor, and co-owned the studio.    11:09:46

16        Q    Were you concerned that as co-lead actor,

17   director, and co-owner of the studio, people may not

18   feel comfortable raising concerns to Mr. Baldoni?

19        A    Correct.

20        Q    Did you have any other concerns with    11:10:03

21   respect to Wayfarer overseeing the human resources

22   or harassment protocols on set?

23        A    Because Wayfarer -- it had become clear

24   that they were a less experienced studio.  The idea

25   of Sony being responsible for something so important    11:10:17
```

Page 60

CONFIDENTIAL

```
 1    made me feel more secure.                              11:10:21

 2         Q    All cast and crew reported to Mr. Baldoni

 3    and Mr. Heath on set, correct?

 4         A    Yes.

 5         Q    They were everyone's boss?                   11:10:29

 6         A    Yes.  And me as well.  But again,

 7    Mr. Heath as the signer of checks, technical

 8    copyright holder, CEO of the owner of the film,

 9    technically was the boss.

10         Q    When I refer to cast and crew, will you      11:10:50

11    understand that I'm referring to the actor --

12    basically, anyone who worked on set?

13         A    Yes.

14         Q    Did you also have concerns about Wayfarer

15    overseeing the human resources function for the film   11:11:08

16    given Mr. Heath's role is CEO?

17         A    Less so, aside from his lesser

18    experience.

19         Q    You proposed that Sony provide a

20    training, harassment training, for cast and crew; is   11:11:30

21    that right?

22         A    Correct.

23         Q    Turn your attention to Exhibit 2, please.

24              Are you confirming in this email that

25    Mr. Heath agreed with you that Sony should provide     11:11:50
```

Page 61

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Bates stamp AS4588. | 11:36:58 |
| 2 | (Exhibit 4 marked for identification.) | |
| 3 | BY MS. ROESER: | |
| 4 | Q    Do you recognize this document as -- | |
| 5 | MS. GAROFALO:  Can we wait until | 10:15:44 |
| 6 | everybody has a copy of the exhibit? | |
| 7 | BY MS. ROESER: | |
| 8 | Q    Ms. Saks, do you recognize this email? | |
| 9 | A    Vaguely. | |
| 10 | Q    This is an email from Mr. Baldoni to you, | 11:37:33 |
| 11 | dated February 19, 2023, correct? | |
| 12 | A    Yes. | |
| 13 | Q    If you direct your attention to the | |
| 14 | second paragraph, it reads: | |
| 15 | (As read): | 11:37:45 |
| 16 | "I want to apologize to the group, | |
| 17 | especially to Alex." | |
| 18 | Do you see that? | |
| 19 | A    Yes. | |
| 20 | Q    What did you understand Mr. Baldoni to be | 11:37:52 |
| 21 | apologizing to you for? | |
| 22 | A    I believe the day before, we were on a | |
| 23 | call or a Zoom where he yelled at me. | |
| 24 | Q    Mr. Baldoni yelled at you? | |
| 25 | A    I believe so. | 11:38:09 |

Page 67

```
 1            Q    When you say he yelled at you, did he      11:38:12

 2    raise his voice?

 3            A    I believe so.

 4            Q    Do you recall who else was on the Zoom?

 5            A    I believe everyone on the email chain,     11:38:24

 6    and it may have been a call.

 7            Q    Ms. Giannetti, Mr. Calof, AJ Marbory,

 8    yourself, and Mr. Baldoni were in the meeting?

 9            A    I don't know that AJ was.  That's his

10    assistant.  But Ange, Jamey and Calof probably were,    11:38:43

11    along with Justin.

12            Q    What do you recall about this meeting, in

13    February of 2023, in which Mr. Baldoni yelled at

14    you?

15            A    I don't remember much.  But reading the    11:38:55

16    email, I believe he was talking about his own abuse.

17    Yeah, when I tried to voice an opinion, he yelled at

18    me.  But I don't remember exactly what the words

19    were.

20            Q    Do you recall the gist of what he yelled    11:39:27

21    at you?

22            A    I don't.

23            Q    Do you recall what opinion you were

24    voicing at the time?

25            A    I don't.                                   11:39:40
```

Page 68

CONFIDENTIAL

```
 1          Q    In the second paragraph, Mr. Baldoni        11:39:47
 2     writes:
 3               (As read):
 4                    "I feel I have failed at being a safe
 5                    place for others.  So I want to        11:39:52
 6                    apologize as my behavior yesterday, for
 7                    me, was not acceptable.  I try very
 8                    hard not to interrupt the women in my
 9                    life, and unfortunately, I've been
10                    failing in that on quite a few         11:40:06
11                    occasions over the last few months
12                    oftentimes and yesterday in particular
13                    to you."
14               Do you see that?
15          A    Yes.                                        11:40:16
16          Q    Did you agree with Mr. Baldoni that he
17     had failed at being a safe place for others?
18          A    I have no idea.
19          Q    Did you feel that he had failed at being
20     a safe space for you?                                 11:40:29
21          A    I didn't need him to be a safe space for
22     me.
23          Q    Did you agree with Mr. Baldoni that his
24     behavior and yelling at you during the February 2023
25     meeting was not acceptable?                           11:40:42
```

Page 69

CONFIDENTIAL

```
 1          A    Yes.                                    11:40:44

 2          Q    Why?

 3          A    I don't yell at work colleagues, nor do I

 4     like being yelled at.

 5          Q    You think it's inappropriate to yell at   11:40:57

 6     your colleagues?

 7          A    Personally.

 8          Q    Do you recall during this February 2023

 9     call, Mr. Baldoni interrupting you?

10          A    I don't recall.                          11:41:10

11          Q    Was it your experience on the set that

12     Mr. Baldoni would often interrupt you when you were

13     speaking?

14          A    Did you say on the set?

15          Q    In connection with the film?            11:41:21

16          A    Oh, yes.

17          Q    Mr. Baldoni often interrupted you while

18     you were speaking?

19          A    Sometimes.

20          Q    Did you observe Mr. Baldoni interrupt    11:41:30

21     other women in connection with the film?

22          A    I can't recall.

23          Q    Towards the end of that paragraph,

24     Mr. Baldoni writes:

25               (As read):                               11:41:46
```

Page 70

CONFIDENTIAL

```
 1         A     The other times that I recall were        11:45:12

 2    usually in group meetings where other women were

 3    present, but I never saw him directly mansplain to

 4    one woman or a group of women.  It was more a big

 5    conversation with a group in a production meeting or   11:45:31

 6    something.

 7         Q     Did you observe Mr. Baldoni yell at

 8    anyone else in connection with the film, other than

 9    you?

10         A     Not that I can recall.                      11:45:42

11         Q     Did Mr. Baldoni yell at you more than

12    once in connection with the film?

13         A     Yes.

14         Q     How many times would you estimate that

15    Mr. Baldoni yelled at you?                             11:45:50

16         A     I believe it was three.

17         Q     Would that be two times in addition to

18    this February 2023 meeting?

19         A     I believe so.

20         Q     What are the other two incidents that you  11:46:01

21    recall Mr. Baldoni yelling at you?

22         A     One other was also on -- as I believe the

23    other time was on a Zoom.  It was a notes Zoom.  I

24    don't remember the details beyond that.  And then on

25    a follow-up Zoom, he apologized to me in front of     11:46:20
```

Page 74

CONFIDENTIAL

```
 1    the entire group for doing so on the previous Zoom.    11:46:26

 2         Q    So on the -- you mentioned a notes Zoom?

 3         A    Uh-huh.

 4         Q    What is that?

 5         A    Where we would get on a Zoom and have a     11:46:40

 6    meeting about the latest draft and talk about

 7    whatever creative notes we all had.

 8         Q    So during a meeting to discuss notes of

 9    the draft -- on the draft of the script, Mr. Baldoni

10    yelled at you?                                         11:46:58

11         A    Yes.

12         Q    Do you recall what he yelled at you?

13         A    I don't.

14         Q    Do you recall the topic that was being

15    discussed at the time that he yelled at you?          11:47:07

16         A    I don't.

17         Q    Do you recall who else was present during

18    the Zoom when he yelled at you on the Zoom with

19    respect to discussing notes about the current draft

20    of the script?                                         11:47:21

21         A    I believe Ange, Jamey, and probably

22    Calof.

23         Q    Is that Andrew Calof?

24         A    Yes.

25         Q    Roughly when do you recall the Zoom --     11:47:36
```

Page 75

1   the notes Zoom occurring during which Mr. Baldoni       11:47:37

2   yelled at you?

3        A    I believe it was in January of 2023.

4        Q    Do you recall the general topic of

5   discussion during that Zoom?                            11:47:55

6        A    Just the script.

7        Q    Do you recall Mr. Baldoni also

8   mansplaining to you during that note Zoom in January

9   of 2023?

10            MS. GAROFALO:  Objection.                      11:48:07

11            THE WITNESS:  I don't recall.

12   BY MS. ROESER:

13        Q    Do you recall whether he interrupted you

14   during that notes Zoom in January of 2023?

15        A    I don't recall.                               11:48:13

16        Q    You mentioned that there was a third

17   incident in which Mr. Baldoni yelled at you; is that

18   right?

19        A    Yes.

20        Q    And when was that, roughly?                   11:48:42

21        A    That was on set towards the end of the

22   first round of shooting.

23        Q    Would that have been roughly June 2023?

24        A    I believe so.

25        Q    What do you recall about the meeting on       11:49:03

                                                    Page 76

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | set with Mr. Baldoni in which he yelled at you? | 11:49:06 |
| 2 | A    We were shooting at the Root location. | |
| 3 | It was a very stressful day of shooting because we | |
| 4 | had a lot of work to do in a short amount of time. | |
| 5 | He came up behind monitor, where I was sitting. | 11:49:24 |
| 6 | Jamey and Ange were behind me.  And he came up to me | |
| 7 | and asked me how I thought the scene was going, and | |
| 8 | if he was getting it, which I thought he did and | |
| 9 | also expressed that I didn't believe that he needed | |
| 10 | more coverage. | 11:49:44 |
| 11 | And then he yelled at me and said that, I | |
| 12 | don't remember exactly, but something to the effect | |
| 13 | of -- I actually don't remember exactly what he | |
| 14 | said.  But he yelled something and then slammed his | |
| 15 | hands on the director's chair next to me, and walked | 11:50:03 |
| 16 | away. | |
| 17 | And then I turned around and looked at | |
| 18 | Amy -- Ange and Jamey, and said that if he did | |
| 19 | that -- something like that to me one more time, | |
| 20 | that I was going to walk off the movie. | 11:50:19 |
| 21 | Q    Why did you feel like you would walk off | |
| 22 | the movie if he behaved in that manner again? | |
| 23 | A    It was the first time I felt physically | |
| 24 | intimidated. | |
| 25 | Q    Why did you feel physically intimidated | 11:50:44 |

Page 77

```
1    during that interaction with Mr. Baldoni?              11:50:47

2         A    Because he slammed his hands on a chair

3    right next to me while yelling at me and saying my

4    name.  That's the one thing I remember is he said,

5    "Alex."                                                11:50:58

6         Q    He yelled "Alex" and then slammed his

7    hands on the chair?

8         A    Yes.

9         Q    Can you describe for me where you were

10   when that happened?  I know you mentioned that you    11:51:14

11   were filming a Root scene.  What did that look like?

12        A    We were in a restaurant, and the front of

13   the restaurant is where we were filming.  And then

14   there was sort of a divider in the restaurant and

15   village was behind the divider towards the back of    11:51:28

16   the restaurant.  And that's where I was sitting in

17   one of the first chairs closest to the monitor at

18   village.

19        Q    So you were sitting at the village.  Was

20   anyone -- who was around you?                          11:51:49

21        A    Ange and Jamey were sitting in two chairs

22   behind me.

23        Q    Was anyone else there?

24        A    There was probably lots of crew milling

25   around, but no one I can remember specifically.       11:52:02
```

Page 78

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q    The crew would have been milling around | 11:52:11 |
| 2 | the village and also the area where the actual | |
| 3 | filming was taking place in the front of the | |
| 4 | restaurant? | |
| 5 | A    Correct, but also bringing either | 11:52:14 |
| 6 | equipment or props back and forth from the back | |
| 7 | entrance up to the front where the shooting was | |
| 8 | happening. | |
| 9 | Q    Did you say that what prompted | |
| 10 | Mr. Baldoni to yell your name and slam his hands | 11:52:24 |
| 11 | down on a chair was that you gave him a note that | |
| 12 | you didn't think he needed more coverage of the | |
| 13 | scene? | |
| 14 | A    Yeah.  I said I didn't think he needed | |
| 15 | more coverage of the scene, and I think he wanted to | 11:52:38 |
| 16 | shoot more coverage of the scene. | |
| 17 | Q    What -- what do you mean when you say | |
| 18 | "coverage of the scene"? | |
| 19 | A    Coverage of a scene is shooting a scene | |
| 20 | from various different angles. | 11:52:51 |
| 21 | Q    Mr. -- so your impression was that | |
| 22 | Mr. Baldoni wanted to shoot the scene from more | |
| 23 | angles? | |
| 24 | A    Correct. | |
| 25 | Q    And you didn't think that was necessary? | 11:53:05 |

Page 79

CONFIDENTIAL

```
 1        A    Correct.                                   11:53:06

 2        Q    And simply noting to him that you didn't

 3   think he needed the scene from additional angles,

 4   prompted Mr. Baldoni to yell and slam a chair?

 5            MS. GAROFALO:  Objection.                    11:53:20

 6            THE WITNESS:  I was answering his

 7   question.  So, yes.

 8   BY MS. ROESER:

 9        Q    You answered a question that he asked

10   you, and he responded by yelling at you and slamming  11:53:29

11   a chair on the ground?

12        A    Yes.

13        Q    And you were physically intimidated by

14   that?

15        A    Yes.                                        11:53:41

16            MS. GAROFALO:  Objection.

17   BY MS. ROESER:

18        Q    Were there any other physical movements

19   that Mr. Baldoni was making?  Was he getting big,

20   for example?  Was he approaching you?                 11:53:47

21        A    Not that I can recall.

22        Q    Do you feel that was appropriate behavior

23   for your boss?

24        A    No.

25        Q    And Mr. Baldoni yelled at you and slammed   11:54:11
```

Page 80

CONFIDENTIAL

```
 1    the chair, it sounds like in front of several other     11:54:13

 2    people; is that right?

 3         A    Yes.

 4         Q    In front of Ms. Giannetti, Mr. Heath, as

 5    well as multiple crew members?                          11:54:23

 6         A    From what I remember.

 7         Q    How many crew members could you estimate

 8    were around at the time?

 9         A    I have no idea.

10         Q    Would it be more than ten?                    11:54:33

11         A    I don't think so.

12         Q    Somewhere between five and ten, maybe?

13         A    Could be under five; could be more than

14    five.  I really don't remember.

15         Q    Was Mr. Baldoni in the scene that             11:54:47

16    prompted him to yell at you?

17         A    Yes.

18         Q    Was it your impression that he wanted

19    more coverage of himself in the scene?

20         A    Not necessarily.                              11:55:02

21         Q    Did Mr. Baldoni ever explain to you why

22    he yelled at you during that time?

23         A    No.

24         Q    Did he apologize?

25         A    I don't remember.                             11:55:19
```

Page 81

```
1        A    Yes.                                    12:04:32

2        Q    Okay.  So it either would have been --

3   Mr. Baldoni's behavior and yelling at you either

4   would have occurred at the time of filming the scene

5   in which his character meets Lily's mother or the    12:04:39

6   scene in which Mr. Baldoni's character gets in a

7   fight with Atlas?

8        A    Correct.

9        Q    In -- am I correct that production on the

10  film was split into two phases?                      12:05:01

11       A    Yes.

12       Q    One before the Hollywood strikes and one

13  after?

14       A    That's correct.

15       Q    During roughly what time period did the    12:05:07

16  first phase of production take place?

17       A    May and June of 2023.

18       Q    And during what time frame did the second

19  phase of production take place, roughly?

20       A    January into February of 2024.            12:05:22

21       Q    When I refer to production phase one or

22  something similar, will you understand that I am

23  referring to the time period of May -- from May to

24  June of 2023?

25       A    Yes.                                       12:05:39
```

Page 89

CONFIDENTIAL

```
 1          Q     During that first phase of production,        12:05:45

 2    would you describe the set as well organized?

 3          A     I'm sorry, you said phase one?

 4          Q     Correct.

 5          A     No.                                            12:05:56

 6          Q     Why not?

 7          A     Because it was not being well run and

 8    managed.

 9          Q     The set was not being well run or managed

10    during the first phase of production by Mr. Baldoni?    12:06:13

11          A     It wasn't just Mr. Baldoni.  We started

12    the shoot with a very weak first AD.  Our production

13    team was very tiny and overwhelmed.  And then we had

14    Wayfarer as the decision-making studio, who was also

15    very green.                                              12:06:37

16          Q     Who was the very weak first AD that you

17    mentioned?

18          A     Julie Bloom.

19          Q     Why did you believe Ms. Bloom to be very

20    weak?                                                    12:06:53

21          A     She had come from, more recently, the

22    television world, which does not require ADs unless

23    you're working on the pilot to really construct the

24    framework for how a production is going to run.  And

25    so doing this film, from my memory, she had not done   12:07:08
```

Page 90

CONFIDENTIAL

```
 1    one in a while, and we just were not set up for        12:07:12

 2    success as an operation.

 3          Q    How would you generally expect a first AD

 4    in a film set to -- let me rephrase.

 5              What are your expectations for how a         12:07:26

 6    first AD on a film set performs?

 7          A    That they are hyper-communicative, in

 8    constant communication with all departments,

 9    understanding the timeline of any given day in

10    addition to the prep work to get to that given day.    12:07:48

11    They're also in lockstep with the director and the

12    DP on what the shot list is for the entire day.

13              They also should have a really acute

14    understanding of the hair and makeup timings, and

15    how the actors are going to be operating on set in     12:08:08

16    terms of needing rehearsal, not needing rehearsal,

17    how long it takes for their hair, makeup and

18    costumes to be done.  They are -- they are the clock

19    of the day.

20          Q    In your view, did Ms. Bloom meet those      12:08:26

21    expectations for how a first AD on a film set should

22    perform?

23          A    No, I think she -- she tried very hard,

24    but was not able to wrap her head around the entire

25    machine.                                               12:08:42
```

Page 91

CONFIDENTIAL

1        Q    Did you recommend terminating Ms. Bloom    12:08:43

2    as first AD on the film?

3        A    I was not the first to recommend it, but

4    ultimately, yes.

5        Q    And you supported terminating    12:08:51

6    Ms. Bloom --

7        A    I did.

8        Q    -- as the first AD?

9        A    Sorry.

10           THE STENOGRAPHIC REPORTER:  One more    12:08:59

11    time, Steph.  There was cross talk.

12           MS. ROESER:  That's okay.

13    BY MS. ROESER:

14        Q    You supported terminating Ms. Bloom as

15    the first AD on the film set; is that right?    12:08:59

16        A    I did.

17        Q    What were your impressions, if any, of

18    how Mr. Baldoni performed his responsibilities as a

19    director during phase one?

20        A    I think he was deeply overwhelmed.  And    12:09:24

21    despite a long prep, very unprepared on a daily

22    basis for a lot of reasons.

23        Q    Fair to say you did not find him to be an

24    effective director during phase one?

25        A    Not necessarily.  There's a lot of facets    12:09:46

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | been marked as Exhibits 6 and 7. | 01:11:32 |
| 2 | (Exhibit 6 marked for identification.) | |
| 3 | (Exhibit 7 marked for identification.) | |
| 4 | BY MS. ROESER: | |
| 5 | Q    Take a quick look at those.  And | 10:15:44 |
| 6 | Exhibit 6 -- sorry.  Exhibit 7 is marked, | |
| 7 | "attorneys' eyes only," so I will just ask that | |
| 8 | Mr. Heath not be given a copy, and that when we ask | |
| 9 | questions, that he leave the room. | |
| 10 | Ms. Saks, I will direct your attention to | 01:12:14 |
| 11 | Exhibit 6, please, which is a document Bates-stamped | |
| 12 | SPE_BL2023. | |
| 13 | This is a -- appears to be a text chain | |
| 14 | between you and Ms. Giannetti, indicated as "home," | |
| 15 | dated May 29th, 2023. | 01:12:34 |
| 16 | Do you see that? | |
| 17 | A    Yes. | |
| 18 | Q    And do you recognize this as a text chain | |
| 19 | between you and Ms. Giannetti? | |
| 20 | A    Yes. | 01:12:42 |
| 21 | Q    Would you please direct your attention to | |
| 22 | Exhibit 7.  Exhibit 7 is a text chain bearing | |
| 23 | Bates BL 11598, and is dated May 29th, 2023. | |
| 24 | Do you recognize Exhibit 7 as a text | |
| 25 | chain between you and Ms. Lively? | 01:13:08 |

Page 99

CONFIDENTIAL

```
 1        A    Yes.                                    01:14:14

 2        Q    Do you recall the brunch with Jenny -- is

 3   that Jenny Slate?

 4        A    Yes.

 5        Q    Do you recall having brunch with Jenny    01:14:23

 6   Slate in May 29, 2023, or around that time?

 7        A    I do.

 8        Q    And tell me about that brunch.

 9        A    I -- Jenny and I had had a meal prior to

10   this one, so I went into it thinking that it was a    01:14:35

11   friendly brunch, which it was to a degree.  But

12   during it, she brought up some concerns that she was

13   having on the movie, which was the first time I was

14   hearing about them.

15        Q    What concerns did Ms. Slate bring up      01:14:57

16   during your brunch on or around May 29th?

17        A    I don't remember exact language that was

18   used, but there were a few.  One was that in a

19   scene, I believe the week prior, Justin had

20   commented on her physical appearance, which made her    01:15:20

21   uncomfortable.  That in an initial creative Zoom

22   meeting between Justin, Blake, and Jenny, Jenny and

23   Blake only found out at the very end of the Zoom

24   that Justin had been recording it the whole time.

25   And that made both Blake and Jenny, from Jenny's       01:15:44
```

Page 101

CONFIDENTIAL

```
 1    point of view, feel very uncomfortable.              01:15:49

 2              There was a mention of some -- some kind

 3    of comments that Jamey had made to Jenny regarding

 4    how generous they had been with her housing

 5    allowance and that it was important for them to take  01:16:07

 6    care of new mothers, and that made her

 7    uncomfortable.  And then, there was a lot of other

 8    conversation, nonspecific, but that she was

 9    uncomfortable in both of their presences and really

10    would prefer to never see Jamey again, knowing that  01:16:28

11    Justin was the director and co-star she would have

12    to.

13         Q    Ms. Slate says that she never wanted to

14    see Mr. Heath again?

15         A    Correct.                                    01:16:41

16         Q    And it's your impression that Ms. Slate

17    knew that she would have to see Mr. Baldoni because

18    he was the director and co-star, but perhaps she

19    didn't want to see him either?

20         A    I can't speak to that, but that was my     01:16:50

21    assumption.

22         Q    You said a lot there.  So I want to break

23    it down a little, okay?

24         A    Okay.

25         Q    You mentioned that Ms. Slate raised --     01:17:03
```

Page 102

CONFIDENTIAL

```
1              MS. ROESER:  Sorry.  My transcript is        01:17:05
2      just not following along.
3      BY MS. ROESER:
4          Q    Sorry about that.
5              You raised -- so you testified that         01:17:05
6      Ms. Slate raised, during your brunch in May, that
7      Mr. Baldoni had commented on her physical appearance
8      which made her uncomfortable, right?
9          A    That Justin commented on her physical
10     appearance, yes.                                     01:17:37
11         Q    And do you recall if Ms. Slate told you
12     whether that happened while a scene was being
13     filmed, while they were on set, or at some other
14     time?
15             MS. GAROFALO:  Objection.  Did you mean      01:17:49
16     Ms. Slater -- Slate?
17             MS. ROESER:  I said Ms. Slate.
18             MS. GAROFALO:  I'm sorry.  I thought you
19     said Ms. Blake.  I didn't hear you.
20     BY MS. ROESER:                                       01:18:05
21         Q    Do you recall if Ms. Slate told you where
22     she was when Mr. Baldoni commented on her
23     appearance?
24         A    I -- I don't remember which location it
25     was, but it was on set in costume prior to filming.  01:18:12
```

Page 103

1        Q    During a time when -- during a time when        01:18:19

2    no scene was being filmed?

3        A    We were not filming.

4        Q    Okay.

5        A    Yet.                                              01:18:26

6        Q    Did Ms. Slate tell you what the comment

7    about what her appearance was?

8        A    It was -- I don't recall if it was that

9    he called her hot or sexy, and I don't recall if it

10   was once or twice.  The first time would have been    01:18:40

11   in the flower shop when she was wearing an

12   all-leather jumpsuit, and the second would have been

13   in the karaoke scene.  I don't remember what she was

14   wearing that day, and I don't remember which comment

15   was attributed to which.                              01:18:59

16       Q    But you recall Ms. Slate informing you

17   that Mr. Baldoni had called her hot and sexy?

18       A    Or.

19       Q    Hot or sexy?

20       A    Correct.                                        01:19:13

21       Q    Okay.  And you don't recall the

22   specific --

23       A    I don't.

24       Q    You don't recall what she was wearing at

25   the time?                                              01:19:18

Page 104

CONFIDENTIAL

```
 1        A    I don't.                              01:19:18

 2        Q    Did Ms. Slate share with you during that

 3   brunch that she felt Mr. Baldoni's comment that she

 4   was hot or sexy, was directed to her personally?

 5        A    I'm not sure I understand the question.  01:19:39

 6        Q    Did Ms. Slate share with you during

 7   brunch that she felt Mr. Baldoni commenting that she

 8   was hot or sexy was directed at her rather than her

 9   character?

10        A    She didn't specify.                   01:19:51

11        Q    Did you have an understanding one way or

12   another?

13             MS. GAROFALO:  Objection.

14             THE WITNESS:  I didn't.

15   BY MS. ROESER:                                  01:19:58

16        Q    Did Ms. Slate also share with you that

17   Mr. Baldoni had commented on Ms. Lively's appearance

18   in a similar manner?

19        A    She would not give me specifics about

20   what Blake was experiencing, but I believe had   01:20:11

21   encouraged Blake to speak to me directly and that I

22   reach out to Blake.

23        Q    Did Ms. Slate suggest to you that she had

24   encouraged Blake to reach out to you about her own

25   concerns with Mr. Baldoni and Mr. Heath?         01:20:34
```

Page 105

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A     I believe she did. | 01:20:37 |
| 2 | Q     Do you recall how she suggested that? | |
| 3 | A     I don't. | |
| 4 | Q     Do you recall Ms. Slate suggesting | |
| 5 | somehow that Ms. Lively had also had some | 01:20:54 |
| 6 | uncomfortable experiences with Mr. Baldoni or | |
| 7 | Mr. Heath? | |
| 8 | A     Yes. | |
| 9 | Q     And that was in the May 29th brunch you | |
| 10 | had with her? | 01:21:06 |
| 11 | A     Correct. | |
| 12 | Q     You also mentioned that Ms. Slate raised | |
| 13 | concerns about comments by Mr. Heath with regard to | |
| 14 | her housing situation; is that right? | |
| 15 | A     Yes. | 01:21:22 |
| 16 | Q     What do you recall about Mr. Heath's | |
| 17 | comments regarding Ms. Slate's housing situation? | |
| 18 | A     All I remember -- and I don't even know | |
| 19 | that I knew the details of what was happening at the | |
| 20 | time because production and Wayfarer were handling | 01:21:34 |
| 21 | it vis-a-vis the contract.  Those were the kinds of | |
| 22 | conversations that I wasn't a part of on this film. | |
| 23 | But it was something to the effect of, we gave you | |
| 24 | more than maybe we normally would have because we | |
| 25 | prioritized women with families and children because | 01:21:53 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1          Q    Are you aware that in some states it is      01:23:05

 2    illegal to record people without their content?

 3               MS. GAROFALO:  Objection.

 4               MR. GLOVER:  Objection, form.

 5               THE WITNESS:  Yes.                            01:23:15

 6    BY MS. ROESER:

 7          Q    And would you be okay with your boss

 8    recording a conversation with you without informing

 9    you in advance?

10               MS. GAROFALO:  Objection.                    01:23:30

11               THE WITNESS:  No.

12    BY MS. ROESER:

13          Q    I believe you testified that there were

14    other nonspecific conversations that Ms. Slate

15    raised she was uncomfortable with.                      01:23:36

16               Do you recall that?

17          A    I think I just covered all of them.  I

18    don't remember any further specifics.

19          Q    If you'll look back to Exhibit 6, please.

20               At 11:23 a.m., you sent a text to            01:23:51

21    Ms. Giannetti that said:

22               (As read):

23                    "Yes, very bad.  I think we need to

24                    replace our director.  And Jamey should

25                    not be on set."                         01:24:06
```

Page 108

CONFIDENTIAL

```
 1                    Do you see that?                        01:24:08

 2         A    I do.

 3         Q    You felt that what Ms. Slate had shared

 4    with you about Mr. Heath and Mr. Baldoni's behavior

 5    was very bad?                                           01:24:20

 6         A    Yes.

 7         Q    And did you think because of what Ms.

 8    Slate shared with you, that Justin should be

 9    replaced as director on the film?

10         A    Yes.                                          01:24:32

11         Q    Why?

12         A    Because his actors were uncomfortable in

13    his presence.

14         Q    And in your view, it's important that

15    actors be comfortable around the director?            01:24:44

16         A    It's -- yes, and it's important that

17    people be comfortable in their workplace.

18         Q    Why did you think Jamey should not be on

19    set?

20         A    Because I knew that I was more than          01:25:02

21    capable of running the movie; they just weren't

22    letting me.  And so his presence was actually not

23    needed.  So if he was making someone so

24    uncomfortable, I didn't see the reason for him to be

25    there.                                                 01:25:20
```

Page 109

CONFIDENTIAL

```
 1         Q     And similar to Mr. Baldoni, did you        01:25:28
 2    believe that -- strike that.
 3               Did you believe that excluding Mr. Heath
 4    from set would make actors more comfortable in their
 5    workplace?                                             01:25:40
 6         A     For at least Jenny, yes.
 7         Q     Was Mr. Heath excluded from set going
 8    forward?
 9         A     No.
10         Q     Why not?                                    01:25:51
11         A     I don't know.
12         Q     Was Mr. Baldoni replaced as director on
13    the film?
14         A     No.
15         Q     Why not?                                    01:25:59
16         A     I don't know.
17         Q     Other than Ms. Giannetti, did you raise
18    to anyone else the idea that Mr. Baldoni should be
19    replaced as director on the film because his actors
20    were not comfortable with him?                         01:26:11
21         A     No.  Ange told me that there was no way
22    that would ever happen.
23         Q     So you informed Ms. Giannetti that actors
24    were uncomfortable in their workplace due to
25    Mr. Heath and Mr. Baldoni's behavior, and her          01:26:23
```

Page 110

CONFIDENTIAL

```
 1    response was, there's no way that would ever happen,    01:26:27
 2    or something to that effect?
 3         A    Yeah.  That Sony's hands were tied; they
 4    had no control over the movie.  And that Wayfarer
 5    would never replace themselves.                          01:26:37
 6         Q    Other than Ms. Giannetti, did you raise
 7    to anyone that Mr. Heath should be excluded from set
 8    because actors were uncomfortable in his presence?
 9         A    Probably the line producer, Andrea, but
10    otherwise, no.                                           01:26:55
11         Q    Did you ever raise to Mr. Heath that
12    Mr. Baldoni should be replaced because actors were
13    comfortable -- uncomfortable with his presence on
14    set?
15         A    No.                                            01:27:15
16         Q    Why not?
17         A    Because Justin was Jamey's boss.
18         Q    And did you ever raise to Justin that you
19    felt he should be replaced as director, and his
20    actors weren't comfortable in his presence?             01:27:26
21         A    No.
22         Q    Why not?
23         A    Because he was my boss.
24         Q    Did you feel like you didn't have anyone
25    else to raise these to?                                 01:27:37
```

Page 111

CONFIDENTIAL

```
 1         A     Correct.                                    01:27:39

 2         Q     And just to be clear, you felt that there

 3    was no other avenue, other than Ms. Giannetti, to

 4    raise your concerns that actors were uncomfortable

 5    in the presence of Mr. Heath, the CEO of the studio,   01:27:53

 6    and Mr. Baldoni, the director of the film?

 7         A     Correct.  Other than strongly encouraging

 8    Jamey and Justin to do an investigation, that was

 9    all.

10         Q     Did you raise to Mr. Baldoni that           01:28:12

11    Mr. Heath should be removed from production?

12         A     No.

13         Q     Because Mr. Baldoni was your boss and

14    Mr. Heath was his partner?

15         A     And because Mr. Baldoni put Jamey on the    01:28:22

16    movie as a producer after he had already hired me.

17         Q     Why did that impact your decision not to

18    raise to Mr. Baldoni that Mr. Heath should be

19    excluded from set due to the actor's discomfort with

20    his presence?                                          01:28:37

21         A     Because if Justin felt I could do the job

22    on my own, he wouldn't have put Jamey on the movie

23    in the first place.

24         Q     Did you encourage Mr. Baldoni and

25    Mr. Heath to conduct an investigation with regard to   01:28:50
```

Page 112

CONFIDENTIAL

```
 1          Q    Okay.  So after you had brunch with Jenny    01:31:11
 2    and she raised concerns about Mr. Baldoni and
 3    Mr. Heath's behavior, you had a Zoom with
 4    Mr. Baldoni and Mr. Heath to discuss Jenny's
 5    concerns?                                              01:31:23
 6          A    Correct.
 7          Q    And during that Zoom, did you share with
 8    them that Ms. Slate had concerns with respect to
 9    Mr. Baldoni's comments about her appearance,
10    comments made by Mr. Heath, and other items as well?  01:31:35
11          A    Yes.
12          Q    How did they react?
13          A    They actually took it very well.  In
14    terms of, they didn't, at the time, deny or get
15    defensive about it.  They just seemed to be taking    01:31:55
16    it in.  And that made it not as challenging of a
17    conversation for me to be having with them, which I
18    appreciated.
19          Q    When you suggested or recommended that an
20    investigation be performed, how did Mr. Baldoni       01:32:14
21    respond?
22          A    He was very open to it.
23          Q    Do you recall what he said specifically?
24          A    I don't remember the exact words, but
25    something to the effect of, I'm -- I'm happy to do    01:32:23
```

Page 115

CONFIDENTIAL

```
 1    it.  I -- you know, I should take responsibility for    01:32:30

 2    things I've done.  That kind of language.

 3        Q    During that Zoom call following your

 4    brunch with Ms. Slate, did you also raise that

 5    Ms. Lively had certain concerns about Mr. Baldoni    01:32:41

 6    and Mr. Heath's behavior?

 7        A    No, because I didn't know that for sure

 8    yet.

 9        Q    How did Mr. Heath react to your

10    recommendation that an investigation into his and    01:32:51

11    Mr. Baldoni's behavior be -- be conducted?

12        A    He heard it and said that they needed to

13    talk about it.

14        Q    Did you ever hear from Mr. Heath after

15    that conversation about whether they were, in fact,    01:33:03

16    going to conduct an investigation into his and

17    Mr. Baldoni's conduct?

18        A    Not proactively, but we obviously talked

19    about it again, whether it was because I brought it

20    up.  I -- I think I brought it up to kind of check    01:33:17

21    in on it.  And then at some point, he did let me

22    know that they weren't going to do an investigation.

23        Q    Did he -- so after this initial Zoom call

24    where you shared Ms. Slate's concerns with

25    Mr. Baldoni and Mr. Heath, you had another follow-up    01:33:40
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | conversation with Mr. Heath and Mr. Baldoni about | 01:33:43 |
| 2 | concerns regarding their behavior on set? | |
| 3 | A    It was probably just Jamey. | |
| 4 | Q    Okay. | |
| 5 | A    And it was probably a nonspecific call. | 01:33:53 |
| 6 | I believe at that point we were probably on the | |
| 7 | phone multiple times a day, and was coming up in the | |
| 8 | course of various other conversations. | |
| 9 | Q    So the follow-up discussion, you recall | |
| 10 | being just with Mr. Heath? | 01:34:11 |
| 11 | A    Yes, I believe so. | |
| 12 | Q    And it was on the phone? | |
| 13 | A    Uh-huh. | |
| 14 | Q    Mr. Heath shared with you during that | |
| 15 | follow-up conversation that Wayfarer would not be | 01:34:20 |
| 16 | investigating concerns about his behavior or | |
| 17 | Mr. Baldoni's behavior? | |
| 18 | A    That was the final call about it.  There | |
| 19 | was I believe one in the middle where we were just | |
| 20 | talking about it, about the possibility of doing it | 01:34:32 |
| 21 | again. | |
| 22 | Q    What do you recall about the middle call? | |
| 23 | A    Not much.  Probably just me pushing for | |
| 24 | it to happen again. | |
| 25 | Q    Why were you pushing for an investigation | 01:34:45 |

Page 117

```
 1    to occur?                                              01:34:47

 2          A    Because I wanted the behavior to be taken

 3    seriously.  And also, since I hadn't been there to

 4    see any of it, it's the way that you sort of address

 5    and handle these things, and could hopefully make     01:35:03

 6    for a more comfortable work environment for everyone

 7    going forward.

 8          Q    Based on your conversation with

 9    Ms. Slate, did you believe that she was genuinely

10    uncomfortable with Mr. Baldoni and Mr. Heath's        01:35:16

11    behavior?

12          A    Yes.

13          Q    Did Mr. Heath ever explain why Wayfarer

14    would not be conducting an investigation into

15    Ms. Slate's concerns about Mr. Heath's and            01:35:27

16    Mr. Baldoni's behavior?

17          A    Not -- sort of tapdanced around the idea

18    that it would be better for all of this not to be on

19    an official record.

20          Q    Do you have an understanding what that --  01:35:47

21    what does that mean to you?

22          A    That he didn't want the behavior written

23    down, documented anywhere, in the event that someone

24    wanted to talk about it again in the future.

25          Q    Your impression is that Mr. Heath did not  01:36:02
```

CONFIDENTIAL

```
 1    want Wayfarer to conduct an investigation into        01:36:05

 2    concerns about his and Mr. Baldoni's behavior

 3    because he didn't want a written record of it

 4    anywhere?

 5         A    Correct.                                     01:36:13

 6         Q    What do you recall Mr. Heath saying -- do

 7    you recall Mr. Heath saying anything specifically

 8    that gave you that impression?

 9         A    No.

10         Q    But that's your recollection of the -- of   01:36:31

11    why Wayfarer decided not to conduct an investigation

12    into the behavior raised by Ms. Slate?

13         A    Yes.

14         Q    Direct your attention back to Exhibit 6,

15    please.  At 12:13, you send a text to Ms. Giannetti   01:36:53

16    that says:

17              (As read):

18                   "Texted Blake.  No answer yet."

19              Do you see that?

20         A    Yes.                                         01:37:01

21         Q    Why did you -- do you have a recollection

22    of texting Blake at that time?

23         A    I don't.

24         Q    Do you recall why you would have been

25    texting Ms. Lively on May 29th after just having      01:37:11
```

Page 119

CONFIDENTIAL

```
 1   please.                                          01:54:38

 2              Direct your attention to the message at

 3   9:35 a.m.

 4        A    Yes.

 5        Q    On June 1st, at 9:35 a.m., you sent    01:54:57

 6   Ms. Giannetti a text stating:

 7              (As read):

 8                   "We had a very good (tough) chat with

 9                   Blake.  She was eloquent and on point.

10                   Called Jamey out in front of me and   01:55:08

11                   Justin, kindly."

12              Do you see that?

13        A    Yes.

14        Q    What are you referring to here?

15        A    I believe this was a meeting in her    01:55:17

16   trailer about the concerns.

17        Q    On or around June 1st, you had a meeting

18   in Ms. Lively's trailer?

19        A    That's what it looks like.  I did not

20   remember it.                                      01:55:39

21        Q    Do you recall who was at that meeting?

22        A    I don't.  I don't, but I assume me,

23   Jamey, Justin, and Blake.

24        Q    Does this message you sent, that

25   Ms. Lively called out Jamey and Justin in front of   01:55:51
```

Page 134

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you, refresh your recollection that you, Jamey, | 01:55:55 |
| 2 | Justin, and Ms. Lively had a meeting on June 1st? | |
| 3 |     A   It does a little, but we had so many | |
| 4 | meetings over the course of the shoot, that I -- I'm | |
| 5 | not certain I'm remembering the exact one. | 01:56:08 |
| 6 |     Q   So do you remember a discussion of the | |
| 7 | meeting, but not necessarily where it took place? | |
| 8 |     A   No. | |
| 9 |     Q   Do you remember a situation in which | |
| 10 | Ms. Lively called out Mr. Heath and Mr. Baldoni in | 01:56:22 |
| 11 | front of you? | |
| 12 |     A   Not -- now I'm remembering, but I don't | |
| 13 | remember many of the specifics.  But I think I | |
| 14 | remember that this was in her trailer. | |
| 15 |     Q   What do you remember about what | 01:56:35 |
| 16 | Ms. Lively said during that meeting? | |
| 17 |     A   Very little, other than what I wrote.  I | |
| 18 | remember her -- all I remember is her leaning | |
| 19 | against one side of the trailer.  I think I was | |
| 20 | opposite her.  Maybe Justin was here and maybe Jamey | 01:56:49 |
| 21 | was there.  And I do remember, now that I'm reading | |
| 22 | it, that she -- I don't remember the specifics of | |
| 23 | even what she said.  I would have to keep reading, | |
| 24 | but that she was very direct but professional.  And | |
| 25 | that was it. | 01:57:08 |

Page 135

CONFIDENTIAL

```
1          Q    If you turn to the message at 9:37 a.m.,    01:57:13
2     please.  Ms. -- sorry.  On the other page,
3     9:37 a.m., you write:
4              (As read):
5                   "He did try to clarify that he thought   01:57:29
6                   Justin told her about it."
7              And Ms. Giannetti responds:
8              (As read):
9                   "This is the wife photo?"
10             Do you see that?                               01:57:38
11        A    I do.
12        Q    Do you recall Ms. Lively raising to you,
13    Mr. Baldoni, and Mr. Heath, that she was
14    uncomfortable with Mr. Heath showing her a video of
15    his nude wife?                                          01:57:47
16        A    Yes.  And I believe it was in this
17    meeting, she brought up that she had been shown a
18    video of Jamey's wife giving birth.
19        Q    And did you understand Mr. Heath's wife
20    to be nude in that video?                               01:58:11
21        A    Yes.
22        Q    Did you ever watch the video?
23        A    No.
24        Q    Did you understand that Ms. Lively was
25    uncomfortable with being shown a video of his -- her   01:58:18
```

Page 136

CONFIDENTIAL

```
 1    boss's wife giving birth nude?                    01:58:21

 2              MS. GAROFALO:  Objection.

 3              THE WITNESS:  I believe she shared that

 4    at the time.

 5    BY MS. ROESER:                                    01:58:28

 6         Q    Did you think it was appropriate for

 7    Mr. Heath to show Ms. Lively a video of his wife

 8    giving birth nude?

 9              MS. GAROFALO:  Objection.

10              THE WITNESS:  No.                       01:58:40

11    BY MS. ROESER:

12         Q    Do you want your boss to show you a video

13    of his wife giving birth nude?

14              MS. GAROFALO:  Objection.

15              THE WITNESS:  No.                       01:58:44

16    BY MS. ROESER:

17         Q    You wrote:

18              (As read):

19                  "He did try to clarify that he thought

20                  Justin told her about it."           01:58:48

21         Did you mean that Mr. Heath tried to

22    clarify that he showed Ms. Lively a video of his

23    nude wife because Justin asked him to?

24         A    I believe he was trying to clarify that

25    he thought Justin had told her, this is what the   01:59:07
```

Page 137

```
 1    video is and that she had wanted to see it.        01:59:12

 2         Q    Mr. Heath thought Ms. Lively wanted to

 3    see -- Mr. Heath said to you something to the effect

 4    that he thought Ms. Lively wanted to see a video of

 5    his nude wife?                                      01:59:25

 6              MS. GAROFALO:  Objection.

 7              THE WITNESS:  It -- that's what it

 8    sounded like in the room just from what I'm reading.

 9    I don't remember.

10    BY MS. ROESER:                                      01:59:35

11         Q    At 9:38 you wrote:

12              (As read):

13                   "Yes, and there were other comments."

14              As you sit here, do you have a

15    recollection of what other comments Ms. Lively      01:59:42

16    raised concerns about during the meeting with you,

17    Mr. Heath, and Mr. Baldoni?

18         A    I don't.

19         Q    At 9:42 a.m. you wrote:

20              (As read):                                01:59:54

21                   "The other piece was that she was like,

22                   you, Jamey, make jokes about how you

23                   can't make eye contact with people

24                   anymore, as if to undermine and lessen

25                   the importance of people not wanting to 02:00:04
```

Page 138

```
 1                    be comfy/cozy on set."              02:00:08

 2           Do you see that?

 3      A    Yes.

 4      Q    What do you recall Ms. Lively sharing

 5   with regard to that statement?                        02:00:16

 6      A    There was a lot of hugging and touching

 7   amidst the Wayfarer team.  It's just seemingly sort

 8   of how they do business and interact with each

 9   other.  And it sounds like she was referring to how

10   sometimes the guys would make jokes about how they   02:00:32

11   couldn't do that.  But not really that, it would --

12   the joke would be, can't even make eye contact with

13   people anymore.

14           And she used that as an example to say,

15   everything is too comfortable on set.  Can we make   02:00:46

16   it more professional?

17      Q    In your view, the comment that Ms. Lively

18   raised about Mr. Heath and Mr. Baldoni joking that

19   you can't make eye contact with people anymore, did

20   you view that to undermine and lessen the importance 02:01:43

21   of people wanting to be comfortable in the

22   workplace?

23           MS. GAROFALO:  Objection.

24           THE WITNESS:  Yes.

25
```

CONFIDENTIAL

```
 1    BY MS. ROESER:                                    02:02:03

 2         Q    Do you think it was appropriate for the

 3    two men in charge of the production to joke about

 4    not being able to make eye contact with people

 5    because of HR?                                    02:02:12

 6              MS. GAROFALO:  Objection.

 7              THE WITNESS:  Can you repeat the

 8    beginning of the question?

 9    BY MS. ROESER:

10         Q    Did you think it was appropriate for two  02:02:20

11    men in charge of the production to joke about not

12    being able to make eye contact with people anymore?

13              MS. GAROFALO:  Objection.

14              THE WITNESS:  No.

15    BY MS. ROESER:                                    02:02:29

16         Q    Why not?

17              MS. GAROFALO:  Objection.

18              THE WITNESS:  Because that's not how a

19    workplace or the leaders of a workplace should

20    operate.  They shouldn't be making light of the    02:02:41

21    behavior that makes their employees uncomfortable.

22    BY MS. ROESER:

23         Q    And in your view, Mr. Baldoni and

24    Mr. Heath were making light of behavior that made

25    people uncomfortable in their workplace?          02:02:54
```

Page 140

CONFIDENTIAL

```
 1        A    Through that joke.                         02:02:58

 2        Q    And Mr. Baldoni and Mr. Heath were making

 3   light of concerns raised about their own behavior?

 4        A    It reads more general to me that just you

 5   can't -- you can't do anything in the workplace      02:03:12

 6   anymore and not get in trouble, than maybe more

 7   reflective of their own behavior.

 8        Q    In your view, does that kind of comment

 9   create an environment in which employees would be

10   comfortable coming forward with concerns --          02:03:27

11             MS. GAROFALO:  Objection.

12   BY MS. ROESER:

13        Q    -- about the behavior of their bosses?

14             MS. GAROFALO:  Objection.  Sorry for

15   stepping over your question.                         02:03:30

16             MS. ROESER:  I'd ask you let me finish,

17   please.

18             MS. GAROFALO:  I did and I said,

19   objection, and I apologized for stepping over your

20   question.                                            02:03:40

21             MS. ROESER:  I'll reask.

22   BY MS. ROESER:

23        Q    In your view, does a comment, joke, about

24   how you can't make eye contact with people anymore,

25   create an environment in which employees would feel  02:03:48
```

                                                    Page 141

CONFIDENTIAL

```
 1    comfortable coming forward with concerns about the      02:03:53

 2    workplace?

 3                 MS. GAROFALO:  Objection.

 4                 THE WITNESS:  It does not make employees

 5    feel comfortable.                                        02:03:59

 6                 THE STENOGRAPHIC REPORTER:  Did you say,

 7    "It does not make employees feel comfortable" or

 8    "uncomfortable?"

 9                 THE WITNESS:  Comfortable.

10                 THE STENOGRAPHIC REPORTER:  Thank you.      02:04:23

11    BY MS. ROESER:

12         Q    Do you recall during the meeting with

13    Mr. Baldoni, Mr. Heath, and Ms. Lively, that

14    Ms. Lively also raised issue with Mr. Baldoni coming

15    into her trailer uninvited?                              02:04:52

16         A    Only because I'm reading it here.

17         Q    At 9:43 a.m. you wrote to Ms. Giannetti:

18              (As read):

19                   "And then, she also mentioned that I

20                   guess on day two, Jamey went into        02:05:04

21                   Blake's trailer.  And she was like, 'Oh

22                   actually, I'm getting body makeup done.

23                   Well, you can come in if you don't

24                   look.'  And apparently he was looking

25                   in her direction the entire              02:05:16
```

Page 142

CONFIDENTIAL

```
1                     conversation when she turned around."   02:05:19

2          Do you see that?

3      A    Yes.

4      Q    What do you recall Ms. Lively sharing

5  with regard to that incident?                           02:05:24

6      A    Nothing more than what you just read.

7      Q    So did Ms. Lively -- do you recall

8  Ms. Lively sharing with you that Mr. Heath had

9  barged into her trailer while she was undressed?

10     A    I don't recall.                                 02:05:37

11     Q    Do you recall Ms. Lively sharing whether

12 she had clothes on at the time?

13     A    I don't recall, but if I'm saying she was

14 getting body makeup done, then she didn't have

15 clothes on.                                              02:05:51

16     Q    And to your understanding when Ms. Lively

17 was getting body makeup done or removed, was she

18 generally topless?

19          MR. GLOVER:  Objection, form.

20          MS. GAROFALO:  Join.                            02:06:01

21          THE WITNESS:  I don't actually know.

22 BY MS. ROESER:

23     Q    You believe that she might have been?

24     A    Correct.

25          MS. GAROFALO:  Objection.                       02:06:05
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1    BY MS. ROESER:                                    02:06:07

 2         Q    Do you have a recollection of Ms. Lively

 3    specifically sharing that she was in some state of

 4    undress at the time Mr. Heath came into her trailer

 5    uninvited?                                        02:06:19

 6         A    I don't remember outside of reading this.

 7         Q    Do you have an understanding why

 8    Ms. Lively would say, "You can come in, but don't

 9    look," if she was wearing clothes at the time?

10              MS. GAROFALO:  Objection.               02:06:33

11              THE WITNESS:  Likely, because she knew

12    the conversation was important and she was

13    professional and probably wanted to discuss whatever

14    needed to be discussed.

15    BY MS. ROESER:                                    02:06:43

16         Q    Did Ms. Lively share with you that when

17    Mr. Heath attempted to enter her trailer, she and

18    her team yelled, "No, no, no, don't come in"?

19              MR. GLOVER:  Objection, form.

20              THE WITNESS:  I don't remember.          02:06:56

21    BY MS. ROESER:

22         Q    Do you recall Ms. Lively sharing that

23    Mr. Heath had insisted on having a meeting with her

24    when he entered her trailer?

25         A    I don't remember.                       02:07:08
```

Page 144

```
 1          Q    Do you recall Ms. Lively conveying that   02:07:09

 2    she was uncomfortable with Mr. Heath looking at her

 3    while she was getting her makeup undone or done?

 4          A    I don't remember.

 5          Q    Ms. Giannetti responded to your text with   02:07:22

 6    regard to Mr. Heath entering Blake's trailer and

 7    said, "Not good."  You responded, "Nope."

 8               Do you see that?

 9          A    Correct.

10          Q    What do you remember being, "not good,"   02:07:37

11    about the situation in which Mr. Heath entered

12    Ms. Lively's trailer?

13               MS. GAROFALO:  Objection.

14               THE WITNESS:  That he was looking at her

15    getting body makeup done when she asked him not to.   02:07:48

16    BY MS. ROESER:

17          Q    And was it your understanding that

18    Ms. Lively was uncomfortable with that?

19               MS. GAROFALO:  Objection.

20               THE WITNESS:  That's what I perceived.   02:07:59

21    BY MS. ROESER:

22          Q    Was Ms. Lively doing something or --

23    strike that.

24               Did Ms. Lively recount this story to you

25    in a way that you perceived -- in a specific way   02:08:18
```

Page 145

CONFIDENTIAL

```
1    that made you perceive she was uncomfortable?        02:08:21

2              MR. GLOVER:  Objection, form.

3              MS. GAROFALO:  Join.

4              THE WITNESS:  Not that I can recall.

5    BY MS. ROESER:                                        02:08:29

6         Q    What was your reaction to hearing that

7    Mr. Heath had entered Ms. Lively's trailer uninvited

8    and looked at her while she was getting her makeup

9    done, body makeup done?

10        A    I would imagine -- I don't recall          02:08:52

11   exactly, but I would imagine uncomfortable, like I

12   am rereading it now.

13        Q    You're uncomfortable even rereading it

14   now?

15        A    Yes.                                        02:08:59

16        Q    Why?

17        A    Because I don't like that it happened.

18        Q    Why not?

19        A    Because it's not appropriate for the

20   workplace.                                            02:09:05

21        Q    Why is it inappropriate for the workplace

22   for Mr. Heath to go into Ms. Lively's trailer and

23   look at her while she's getting her body makeup

24   done?

25             MR. GLOVER:  Objection, form.               02:09:13
```

Page 146

CONFIDENTIAL

```
 1    Mr. Baldoni and Mr. Heath's behavior?              02:31:42

 2         A    I know that our first production designer

 3    said to me at one point that, at the end of the

 4    first round of shooting, he felt like he was leaving

 5    a cult.                                             02:31:59

 6         Q    Who was that?

 7         A    Russell Barnes.

 8              THE STENOGRAPHIC REPORTER:  Russell

 9    Barnes?

10    BY MS. ROESER:                                      02:32:03

11         Q    Any other cast or crew members you were

12    aware of having concerns about Mr. Baldoni and

13    Mr. Heath's behavior?

14         A    Specifically, no.  But in general, a lot

15    of the crew felt the production was being run in a  02:32:23

16    way that wasn't up to industry standard.

17         Q    What do you mean by "up to industry

18    standard"?

19         A    That they just did things a little

20    differently.  Yeah, which I think mostly was due to 02:32:36

21    the inexperience.

22         Q    Do you -- are you aware of other cast or

23    crew members feeling that Mr. Baldoni or Mr. Heath's

24    behavior was inappropriate?

25              MS. GAROFALO:  Objection.                 02:32:52
```

Page 149

CONFIDENTIAL

1    Mr. Baldoni's name at Book Bonanza?                    02:35:24

2         A    Correct.

3         Q    Did you have an understanding why

4    Ms. Hoover would not say Mr. Baldoni's name at Book

5    Bonanza?                                               02:35:34

6         A    I believe, at that point, I was aware

7    that Blake and Colleen had discussed basically all

8    of what had happened to Blake on the film.

9         Q    Your understanding was that Ms. Lively

10   had discussed with Ms. Hoover how she had been       02:35:55

11   treated by Mr. Baldoni and Mr. Heath on the film?

12        A    Correct.

13        Q    And her discomfort with that treatment?

14        A    Yes.

15        Q    At 8:44, when you say:  "Neither of them   02:36:07

16   would" mention JB's name, who else were you

17   referring to other than Ms. Hoover?

18        A    I -- I assume Blake.

19        Q    Is it your recollection that Ms. Lively

20   also would not say Mr. Baldoni's name at Book         02:36:28

21   Bonanza?

22        A    Yes.

23        Q    If you would turn to Exhibit 11, which is

24   document stamped SPE_BL2193.

25             Do you have that in front of you?           02:36:40

                                              Page 152

CONFIDENTIAL

```
 1        A    Yes.                                      02:36:43

 2        Q    Do you recognize Exhibit 11 as a text

 3   exchange between you and Ms. Giannetti, on

 4   June 15th, 2024?

 5        A    Yes.                                      02:36:52

 6        Q    At 2:19 p.m., Ms. Giannetti says "call

 7   me."  And later on, at 2:53, you write -- she asked

 8   you:

 9             (As read):

10                 "Did you get any details back then?"  02:37:07

11             And you respond:

12             (As read):

13                 "Justin was very dismissive of her when

14                 she wanted to direct and then used

15                 Jamey to try and manipulate her when he 02:37:18

16                 realized she could co-direct it after

17                 she got daddio going."

18             Do you see that?

19        A    Yes.

20        Q    Do you recall what this text was in       02:37:27

21   reference to?

22        A    No.

23        Q    Do you recall if you and Ms. Giannetti

24   had a conversation about concerns raised by

25   Christy Hall with respect to Mr. Baldoni being      02:37:37
```

                                                Page 153

```
 1    dismissive of her?                              02:37:41

 2         A    Yes.  Now -- now, I know what it's about.

 3         Q    What do you recall with respect to

 4    Ms. Hall's concerns, if any, about any Mr. Baldoni?

 5         A    That -- yeah, that initially, he was   02:37:56

 6    dismissive of -- dismissive of her wanting to

 7    direct.  I don't remember much more than that.

 8         Q    You write at 2:54:

 9         (As read):

10              "And then she felt like he tried to use 02:38:07

11              her for cover with Blake and Colleen a

12              bunch."

13         Do you have an understanding of what you

14    were referencing there?

15         A    Yeah.  That she was the female writer,  02:38:16

16    and he would say, you know, that he wanted to give

17    her the chance to -- to write her way in, et cetera.

18         Q    It was your -- your impression that

19    Ms. Hall was concerned with Mr. Baldoni using her as

20    cover with Blake and Colleen with regard to the      02:38:43

21    script?

22         A    I guess so.

23         Q    At 2:55, you wrote:

24         (As read):

25              "She just doesn't want to be associated 02:38:53
```

Page 154

CONFIDENTIAL

```
 1                      with him/them."                    02:38:56

 2        A    Yes.

 3        Q    What is that in reference to?

 4        A    That is that she didn't want to be

 5   associated with Justin and Wayfarer.                 02:39:01

 6        Q    Ms. Hall did not want to be associated

 7   with Mr. Baldoni or with Wayfarer?

 8        A    I believe so.

 9        Q    Did you know why?

10        A    I believe because of everything I wrote    02:39:11

11   previously.

12        Q    Ms. Hall had shared with you that she did

13   not want to be associated with Mr. Baldoni or

14   Wayfarer?

15        A    Yes.                                       02:39:20

16        Q    Did Ms. Hall also share with you, as you

17   expressed at 2:57 p.m., she didn't feel respected as

18   a female voice on the team and on a movie like this,

19   that felt especially bad?

20        A    Yes.                                       02:39:33

21        Q    At 2:59, Ms. Giannetti writes:

22             (As read):

23                  "Just so many things stacking up people

24                   are so upset or pissed off about.  I

25                   cannot believe how they just keep     02:39:42
```

                                                    Page 155

```
 1                         coming."                        02:39:45

 2              You respond:

 3              (As read):

 4                   "I think this is where narcissism is

 5                   dangerous."                           02:39:49

 6              Do you see that?

 7        A     Yes.

 8        Q     Is this in reference to -- is your

 9   comment regarding narcissism in reference to

10   Mr. Baldoni?                                          02:39:56

11        A     Yes.

12        Q     Did you believe Mr. Baldoni to be a

13   narcissist?

14        A     As a non-physician, yes.

15        Q     Based on what?                             02:40:03

16        A     All the behavior I had witnessed for the

17   preceding year and a half.

18        Q     And was it your experience that so many

19   things kept stacking up that people were upset or

20   pissed about with respect to Mr. Baldoni and         02:40:15

21   Mr. Heath's behavior?

22        A     Can you repeat the first part?  Sorry.

23        Q     Was it your experience that so many

24   things kept stacking up that people were upset or

25   pissed about with respect to Mr. Baldoni or          02:40:26
```

Page 156

CONFIDENTIAL

```
 1    Mr. Heath's behavior?                              02:40:29

 2         A    Yeah.

 3         Q    At 3:01, you write:

 4              (As read):

 5                   "It's only when Jamey/this isn't fair   02:40:36

 6                   nonsense and revisionist history comes

 7                   up that I'm like, come on, guys."

 8              What did you mean by "Jamey/this isn't

 9    fair nonsense and revisionist history"?

10         A    I would assume it's the, we didn't do     02:40:50

11    anything wrong, as opposed to remembering what

12    happened.

13         Q    It was Mr. Heath and Mr. Baldoni's

14    attitude that they didn't do anything wrong that you

15    were referring to as revisionist history?          02:41:08

16         A    I believe so.

17         Q    At 3:01, you write:

18              (As read):

19                   "Him and Jamey have a way of making

20                   women feel like shit."              02:41:15

21              Do you see that?

22         A    And some men, yes.

23         Q    Was it your experience that Mr. Baldoni

24    and Mr. Heath had a way of making women on the set

25    feel like shit?                                    02:41:24
```

Page 157

```
 1        A    A couple that -- the couple that came to    02:41:25

 2    me that we've talked about and myself, yes.

 3        Q    And you felt like it was deep because

 4    Mr. Baldoni and Mr. Heath wrote the checks?

 5        A    Yes.                                         02:41:37

 6        Q    And it was -- it was deep for you because

 7    Mr. Baldoni and Mr. Heath wrote the checks, right?

 8        A    Yes.

 9        Q    And they made you feel like shit?

10        A    Yes.                                         02:41:49

11        Q    If you go down to the message at

12    3:03 p.m., please, you write:

13             (As read):

14                  "I remember you calling me around 2:00

15                  one night being like, what the fuck,    02:42:01

16                  because so much of it was these

17                  minuscule micro aggressions."

18             Do you see that?

19        A    Yes.

20        Q    Was it your experience that Mr. Heath and    02:42:09

21    Mr. Baldoni continued to engage in micro aggressions

22    during the second stage of filming?

23        A    From what I remember, it was much better

24    on the second round.  But I will be honest, I don't

25    remember with great specificity.                      02:42:23
```

Page 158

CONFIDENTIAL

```
 1        Q    At 3:05, you write:                    02:42:27

 2             (As read):

 3                  "Do you remember when I called

 4                  Andy Davis a few weeks in and was like,

 5                  'Andy, he's inviting the department    02:42:33

 6                  heads to go to the Russian baths with

 7                  him?'"

 8             Do you see that?

 9        A    Yes.

10        Q    What is that in reference to?            02:42:37

11        A    At the beginning of prep, Justin was

12   going to a Russian bath in New Jersey for

13   relaxation, and was very excited about it.  Came

14   into one of our scout vans and said that he wanted

15   to bring everyone with him at some point.         02:42:53

16        Q    Do you think it was appropriate for

17   Mr. Baldoni to invite cast and crew to Russian baths

18   with him?

19        A    I didn't, but that's why I called Andy

20   Davis to confirm.                                 02:43:09

21        Q    You did not think it was appropriate?

22        A    I didn't.  But I wanted to call him to

23   confirm, and then I spoke to Jamey about it.

24        Q    And did Mr. Davis confirm that

25   Mr. Baldoni inviting cast and crew to Russian baths  02:43:19
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    with him was, in fact, not appropriate behavior in      02:43:24

 2    the workplace?

 3              MS. GAROFALO:  Objection.

 4              THE WITNESS:  Correct.

 5    BY MS. ROESER:                                           02:43:29

 6         Q    What did Jamey say when you raised to him

 7    that Mr. Baldoni had invited cast and crew to the

 8    Russian baths with him?

 9         A    That -- I don't remember if he said it

10    was appropriate or inappropriate, but he said that      02:43:37

11    he would talk to Justin, and I believe he did.

12         Q    At 3:06, Ms. Giannetti wrote:

13              (As read):

14                  "Everybody has something weird,

15                  uncomfortable and bad to say."           02:43:50

16              Do you see that?

17         A    Yes.

18         Q    So your experience that everybody had

19    something weird, uncomfortable and bad to say with

20    respect to Mr. Baldoni and Mr. Heath on set?            02:43:57

21         A    I didn't talk to everyone about it, but

22    the people that I did, yes.

23         Q    Fair to say, most people?

24         A    Yes.

25         Q    Around the time of Book Bonanza, did you      02:44:35
```

Page 160

CONFIDENTIAL

```
 1    come to understand that certain cast and crew did        02:44:37

 2    not want to appear in press and promotion with

 3    Mr. Baldoni?

 4         A    Yes.

 5         Q    Who?                                            02:44:42

 6         A    I don't remember exactly, but I want to

 7    say everyone except Hasan.

 8         Q    Would that have been Ms. Lively,

 9    Ms. Slate, Ms. Ferrer, Mr. Sklenar and Ms. Hoover

10    who did not -- and Ms. Hall who did not want to          02:44:59

11    appear in press or promotion with Mr. Baldoni?

12         A    Correct.

13         Q    Did you have an understanding as to why

14    those individuals did not want to appear in press or

15    promotion with Mr. Baldoni?                              02:45:09

16         A    I believe because of everything that had

17    transpired or what they had heard had transpired.

18         Q    You believed that Ms. Lively did not want

19    to appear in press or promotion with Mr. Baldoni

20    because of what she perceived to be inappropriate        02:45:19

21    and uncomfortable behavior by Mr. Baldoni and

22    Mr. Heath on set?

23         A    That was my assumption.

24         Q    Same for Ms. Slate?

25         A    Yes.                                            02:45:32
```

Page 161

CONFIDENTIAL

```
 1    that Christy Hall won't do press with Justin, right?   02:47:37

 2         A    Correct.

 3         Q    At 7:35, you write to the group:

 4              (As read):

 5                  "They all hate him."                02:47:45

 6              Who was that in reference to?

 7         A    What was the time stamp on that?

 8         Q    7:35.

 9         A    Oh.  I assume Blake, Brandon, and

10    Isabella.                                           02:48:01

11         Q    During Book Bonanza, was a cut of the

12    film screened?

13         A    Yes.

14         Q    And did the audience have a huge

15    reaction?                                           02:48:12

16         A    Yeah.

17         Q    Standing ovations?

18         A    Yes, from what I remember.

19         Q    If you turn, please, to your message at

20    11:18 p.m.  It will be on the next page.            02:48:20

21         A    Yup.

22         Q    You write:

23              (As read):

24                  "Strongest cut thus far."

25              Do you see that?                          02:48:33
```

Page 164

CONFIDENTIAL

```
 1          A     Uh-huh.                                    02:48:33

 2          Q     Was it your opinion that the cut screened

 3     at Book Bonanza was the strongest cut of the film

 4     you had seen so far?

 5          A     Yeah.                                      02:48:39

 6          Q     And was that the cut created by

 7     Ms. Lively?

 8          A     I actually don't remember.

 9          Q     Do you have any reason to believe that it

10     was the cut of the film that was created by          02:48:45

11     Mr. Baldoni?

12          A     I don't think so because of the date.

13          Q     Was Mr. Baldoni at Book Bonanza?

14          A     No.

15          Q     Ms. Lively was, though, right?           02:48:53

16          A     Correct.

17          Q     If you can turn to Exhibit 11, I mean,

18     sorry, 13, which is a document bearing Bates BL8042.

19                Do you recognize this document as a text

20     chain between you and Ms. Lively on June 15th to    02:49:19

21     16th, 2024?

22          A     Yes.  Yup.

23          Q     If you turn, please, to your text at

24     3:04 a.m.  In the middle of the message, you write:

25                (As read):                                02:49:33
```

Page 165

```
 1                    "The cut is EXCELLENT.  Like I said,   02:49:33

 2                    the best thus far.  Truly beautiful.

 3                    Beautiful work, Blake.  I think this

 4                    last leg of the journey is going to be

 5                    really sweet for everyone and that's   02:49:46

 6                    because of you.  Colleen might be the

 7                    mother, but you're the fucking fairy

 8                    godmother for everyone.  I am always at

 9                    your disposal for whatever you need,

10                    creatively or otherwise.  I'm          02:49:54

11                    incredibly proud of this film."

12             Does that text refresh your recollection

13      with respect to whether the cut screen at Book

14      Bonanza was the cut that Ms. Lively created?

15             A    Yes.                                     02:50:09

16             Q    Do you recall that, in connection with

17      releasing the film, Wayfarer had compiled or

18      developed a companion book?

19             A    Yes.

20                  MS. ROESER:  Okay.  I'm giving you what  02:50:32

21      is marked as Exhibit 14.

22             (Exhibit 14 marked for identification.)

23      BY MS. ROESER:

24             Q    Exhibit 14 is a document stamped Wayfarer

25      6823 through 6831.  The front page is a email dated  02:51:02
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1        A    Or the writer, I don't remember.              02:55:24

 2        Q    Fair enough.  Mr. Heath writes:

 3             (As read):

 4                  "I'm sending you Alex's notes.  While

 5                  there are some that are worth            02:55:34

 6                  discussing, I want you to know that she

 7                  is not always the best with bedside

 8                  manner, so please read her note with

 9                  that in mind.  She is not a

10                  decision-maker when it comes to this."  02:55:42

11             Do you see that?

12        A    Uh-huh.

13        Q    Does it surprise you that Mr. Heath would

14   send your notes to the editor or writer of the

15   coffee table book and represent that you are not a     02:55:52

16   decision-maker?

17        A    No.

18        Q    Why?

19        A    Because I wasn't one.

20        Q    Is that consistent with your experience      02:55:58

21   that Mr. Heath and Mr. Baldoni sidelined you as a

22   producer in connection with the film?

23        A    Completely.

24             MS. ROESER:  You can set that aside.

25             Handing you Exhibit 15.                       02:56:20
```

Page 171

CONFIDENTIAL

```
 1    that you received at the time?                    02:57:36

 2         A    Yes.

 3              MS. ROESER:  You can set that aside.

 4    Handing you Exhibit 16.

 5         (Exhibit 16 marked for identification.)      10:15:44

 6    BY MS. ROESER:

 7         Q    Exhibit 16 is a document bearing

 8    Bates AS701.  This appears to be an email from you

 9    to Todd Black, Justin Baldoni and Jamey Heath on

10    November 22nd, 2023.                               02:58:09

11              Do you see that?

12         A    Yes.

13         Q    Do you recognize this email?

14         A    Yes.

15         Q    There's an attachment to this email,    02:58:16

16    titled "Notes for IEWU 3 Week Director's Cut

17    Screening," right?

18         A    Yes.

19         Q    And the attachment, do you know whose

20    notes these are?                                  02:58:29

21         A    I don't.

22         Q    Do you recall if you wrote these notes?

23         A    I don't.

24         Q    The notes are describing the director's

25    cut, correct?                                      02:58:39
```

Page 173

```
 1        A    Yes.                                        02:58:43

 2        Q    Do you recall whether Mr. Baldoni, in

 3   fact, wrote these notes that are attached to the

 4   email?

 5        A    I really don't.                             02:58:48

 6        Q    In the first paragraph, the notes read:

 7             (As read):

 8                  "This is now a PG-13 film through and

 9                  through.  All swearing has been removed

10                  aside from one F-word placed in a very  02:58:58

11                  important moment in a non-sexual way.

12                  Making this film PG-13 has proven,

13                  without a doubt, to be what's best for

14                  the film and the audience."

15             Was that your view with respect to the     02:59:11

16   PG-13 rating of the film?

17        A    I think -- I think at the time I was

18   supportive of PG-13.  I mean, that's almost always

19   better for a mass audience for films.  We originally

20   were supposed to make an R-rated movie, and so that   02:59:33

21   was a little controversial internally when it needed

22   to change.  But I believe I supported the PG-13.

23        Q    And did you say PG -- PG-13 is almost

24   better for mass audience -- audience for films, why

25   is that?                                              02:59:57
```

```
 1        A    Because it can reach more people.  More      02:59:57

 2   people can go see it.  A younger audience can go see

 3   it.

 4             MS. ROESER:  Do you -- I'm handing you

 5   Exhibit 17.                                           03:00:07

 6        (Exhibit 17 marked for identification.)

 7   BY MS. ROESER:

 8        Q    And while that's passed around, I will

 9   ask you a question, not yet about the exhibit, we'll

10   wait for everyone else to have it.                    03:00:16

11             But do you recall a meeting on or around

12   January 4th, 2024 at Ms. Lively's home in which

13   she expressed concerns with respect to Mr. Baldoni

14   and Mr. Heath's behavior on set?

15        A    Yes.                                         03:00:33

16        Q    Can you please turn to paragraph 20 in

17   that complaint.

18             MS. CATERINA:  You said 20?

19             MS. ROESER:  Yeah, paragraph 20.  Page 7.

20   BY MS. ROESER:                                        03:00:45

21        Q    At paragraph 20, page 7, there is a

22   screenshot of notes that have 30 points there.  If

23   you could take a minute and read through those.  My

24   question for you will be whether the 30 points

25   identified on that page are consistent with what you  03:01:06
```

Page 175

CONFIDENTIAL

1    recall Ms. Lively speaking to you during the        03:01:10

2    January 4th meeting.

3              Ready?

4        A    Yes.

5        Q    Are the 30 points identified in paragraph   03:03:03

6    20 of that complaint consistent with what you recall

7    Ms. Lively speaking to you during the January 4th

8    meeting?

9        A    I don't remember every point, one by one.

10   I remember most of them.                             03:03:16

11       Q    Okay.  You can set that aside.

12            Was Ms. Lively eventually awarded a PGA

13   producer's mark for her work on It Ends with Us?

14       A    Yes.

15       Q    You submitted a letter in support of her    03:03:29

16   obtaining that producer's mark, correct?

17       A    Yes.

18       Q    Did you also speak with other cast and

19   crew members about submitting letters on

20   Ms. Lively's behalf to obtain a PGA producer's mark?  03:03:39

21       A    I spoke with other crew.

22       Q    Other crew.  Okay.  Thank you.

23            MS. ROESER:  What exhibit are we on,

24   Ashley?

25            THE STENOGRAPHIC REPORTER:  Hold on.        03:04:08

                                            Page 176

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you received from Ms. Ajemian in support of | 03:04:52 |
| 2 | Ms. Lively's producer's mark? | |
| 3 | A    Yes. | |
| 4 | Q    Exhibit 19 is marked AS1088. | |
| 5 | Do you recognize this as a June 26, 2024 | 03:05:01 |
| 6 | email and the attachment, a letter that you received | |
| 7 | from Russell Barnes in support of Ms. Lively's PGA | |
| 8 | producer mark? | |
| 9 | A    Yes. | |
| 10 | Q    Exhibit 20.  Do you recognize Exhibit 20 | 03:05:16 |
| 11 | as an email from Mr. Barry Peterson to you on | |
| 12 | June 22nd, 2024? | |
| 13 | A    I don't have that one. | |
| 14 | MS. GAROFALO:  We have a 20, but it's | |
| 15 | what you just discussed, AS1088. | 03:05:31 |
| 16 | BY MS. ROESER: | |
| 17 | Q    Oh.  Do you have AS1094? | |
| 18 | A    No. | |
| 19 | MS. CATERINA:  None of us do. | |
| 20 | BY MS. ROESER: | 03:05:49 |
| 21 | Q    Did you agree, based on your experience, | |
| 22 | that Ms. Lively deserved the PGA producer's mark | |
| 23 | that she was awarded in connection with the film? | |
| 24 | A    Yes. | |
| 25 | MS. ROESER:  No further questions for | 03:06:00 |

Page 178

CONFIDENTIAL

```
 1    was Mr. Heath -- someone commenting that -- oh,        04:21:53
 2    Mr. Baldoni -- looked hot or looked sexy.  Was she
 3    in costume?
 4         A    I believe so.
 5         Q    Okay.  So he wasn't commenting on her        04:22:07
 6    street appearance, correct?
 7              MS. ROESER:  Objection.
 8              THE WITNESS:  Correct.
 9    BY MS. GAROFALO:
10         Q    And do you know whether the character, at    04:22:12
11    that moment, was going to be in a scene that
12    included sexual content?
13              MS. ROESER:  Objection.
14              THE WITNESS:  Her character was never in
15    a scene with sexual content.                           04:22:21
16    BY MS. GAROFALO:
17         Q    Ms. Slate's?
18         A    Correct.
19         Q    Okay.  Let's have the same questions with
20    Ms. Lively.                                            04:22:28
21              Are you aware that Ms. Lively complained
22    that Mr. Baldoni said she looked sexy?
23         A    Yes.
24         Q    And was she in costume at the time?
25              MS. ROESER:  Objection.                      04:22:37
```

Page 236

CONFIDENTIAL

```
 1   BY MS. GAROFALO:                                    04:29:06

 2        Q    And there had been an incident before

 3   where he interrupted you on a Zoom call?

 4        A    Yes.  It was -- I think it was a phone

 5   call.                                               04:29:12

 6        Q    Okay.  And that did not please you very

 7   much, correct?

 8        A    Correct.

 9        Q    And you told Mr. Baldoni, right?

10        A    No, I actually didn't.                    04:29:21

11        Q    But he apologized to you, didn't he?

12        A    He did.

13        Q    So he knew or felt that he had been

14   impolite; is that the right word?

15             MS. ROESER:  Objection.                   04:29:34

16             THE WITNESS:  Yeah.

17   BY MS. GAROFALO:

18        Q    And apologized to you?

19        A    Correct.

20        Q    Do you think Mr. Baldoni cut you off     04:29:38

21   during that call because you were a female?

22             MS. ROESER:  Objection.

23             THE WITNESS:  I don't know.  But I was

24   the only person on the set that he consistently

25   yelled at.                                          04:30:03
```

Page 243

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  No. | 05:17:05 |
| 2 | BY MS. GAROFALO: | |
| 3 | Q    You -- you understand that -- well, do | |
| 4 | you recall when the film premiered? | |
| 5 | A    I do. | 05:17:20 |
| 6 | Q    When was that? | |
| 7 | A    In August of 2024. | |
| 8 | Q    And with respect to Mr. Baldoni's | |
| 9 | presence at the premiere, had Ms. Lively made any | |
| 10 | demands? | 05:17:33 |
| 11 | MS. ROESER:  Objection. | |
| 12 | THE WITNESS:  What I had been told was | |
| 13 | that they shouldn't be on the carpet together, and | |
| 14 | that they would be in a separate theater and would | |
| 15 | be having a separate party. | 05:17:44 |
| 16 | BY MS. GAROFALO: | |
| 17 | Q    Were you aware of efforts by Ms. Lively | |
| 18 | to have the cast and crew de-friend Mr. Baldoni on | |
| 19 | social media at about this time? | |
| 20 | MS. ROESER:  Objection. | 05:17:53 |
| 21 | THE WITNESS:  I was not, until the press | |
| 22 | started reporting about it. | |
| 23 | BY MS. GAROFALO: | |
| 24 | Q    And do you know, as you sit here today, | |
| 25 | whether or not that's accurate? | 05:18:02 |

Page 278

CONFIDENTIAL

```
 1        A    I don't.                                05:18:04

 2        Q    And you don't know whether or not

 3   Ms. Lively froze Mr. Baldoni out of the marketing;

 4   is that correct?

 5             MS. ROESER:  Objection.               05:18:17

 6             THE WITNESS:  I had heard that she was

 7   really running it, but I -- I didn't technically

 8   know if he was also talking to them on the side.  I

 9   know marketing and publicity were like kind of

10   sometimes just having two conversations about      05:18:30

11   things.

12   BY MS. GAROFALO:

13        Q    At around the time of the premiere when

14   you texted that she was virtually taking over the

15   film, did you have any discussions with Mr. Baldoni  05:18:41

16   on the subject?

17        A    So that text was -- was back in post,

18   that was about two months before the premiere.  I

19   believe I did talk to Justin around when that sort

20   of final takeover was happening.  And I think that   05:18:57

21   was one of our last conversations.

22        Q    And what did Mr. Baldoni say to you?

23        A    I think he was upset but, if I remember

24   correctly, was kind of shockingly in good spirits

25   and accepting of the whole thing.                   05:19:14
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1   BY MS. GAROFALO:                                  05:24:52

 2        Q    Did she ever complain to you that the

 3   script did not accurately reflect the book in sum or

 4   substance?

 5        A    No.                                      05:25:00

 6        Q    What do you know about the entry on the

 7   list having to do with Mr. Baldoni contacting

 8   Ms. Lively's trainer?

 9        A    I knew about that incident really right

10   after it happened because Justin asked Jamey and I   05:25:25

11   to come to his apartment, and he walked us through

12   exactly what happened.  He was really shaken by it.

13   Upset.  Embarrassed.  Felt trapped.

14        Q    What exactly did Mr. Baldoni tell you

15   about the incident with Ms. Lively's trainer?        05:25:48

16        A    Well, he said that he had asked the

17   trainer what her weight was because he had a back

18   injury, and he was going to have to be lifting her

19   in one of the intimate scenes.  And I guess the

20   trainer -- I don't even know if the trainer           05:26:09

21   responded.  But the trainer took that question and

22   went to Ryan and Blake, and told them about it.  And

23   what had happened that day was that Ryan and Blake

24   confronted Justin about it.  It sounded like they

25   were very upset, asked him why -- how he could        05:26:31
```

Page 284

CONFIDENTIAL

```
 1    possibly do that.                                05:26:36

 2            Again, I don't remember all the details,

 3    but it sounded like it went on for a bit.  And then

 4    Justin was very upset, so he called Jamey and I to

 5    come hear about it.                              05:26:47

 6        Q    Did Justin -- did Mr. Baldoni, if you

 7    know, ever apologize to Ms. Lively?

 8        A    I believe he did, but I don't exactly

 9    recall.

10        Q    As the producer of a movie in which     05:26:56

11    the lead actor has to lift the lead actress, did you

12    find anything offensive about Mr. Baldoni trying to

13    find out how much she weighed?

14            MS. ROESER:  Objection.

15            THE WITNESS:  I don't know that I find it 05:27:10

16    offensive.  I understand it on a practical level,

17    but she was a woman who had just had a baby and was

18    clearly uncomfortable with her body and her weight.

19    So it was more of an insensitive, stupid question

20    that maybe we could have gotten the answer another   05:27:28

21    way.

22            MS. GAROFALO:  Okay.  Let's take a short

23    break.  I may be about finished.

24            THE VIDEOGRAPHER:  The time is 5:27 p.m.

25    Off record.                                      05:27:37
```

Page 285

```
 1                REPORTER'S CERTIFICATE

 2             I, ASHLEY SOEVYN, a Certified Shorthand

 3     Reporter of the State of California, do hereby

 4     certify:

 5             That the foregoing proceedings were taken

 6     before me at the time and place herein set forth;

 7     at which time the witness was put under oath by me;

 8             That the testimony of the witness, the

 9     questions propounded, and all objections and

10     statements made at the time of the examination were

11     recorded stenographically by me and were thereafter

12     transcribed;

13             That a review of the transcript by the

14     deponent was not requested;

15             That the foregoing is a true and correct

16     transcript of my shorthand notes so taken.

17             I further certify that I am not a relative

18     or employee of any attorney of the parties, nor

19     financially interested in the action.

20             I declare under penalty of perjury under

21     the laws of California that the foregoing is true

22     and correct.  Dated this 25th day of September, 2021.

23

24

       ASHLEY SOEVYN

25     CSR No. 12019


                                        Page  298
```