# Exhibit 71

# JB PR (W/O JB)

**Thread Participants:** ▮ Jamey Heath (Owner); ▮ Jennifer Abel; ▮ Katie Case; ▮ Breanna B; ▮ Melissa Nathan; ▮ Matthew Mitchell; ▮;

**Active Participants:** Jamey Heath (Owner); ▮ Jamey Heath (Owner); ▮ Katie Case; ▮ Melissa Nathan; ▮ Matthew Mitchell; ▮; System Message System Message

**First Message:** 8/10/2024 12:35:40 PM
**Last Message:** 8/10/2024 9:55:59 PM

---

**▮ Katie Case**
Hi team — so far, extremely limited pickup on Daily Mail or Page Six. We'll continue to keep an eye out and send pieces as needed, but so far it's been steady coverage on pure speculation. We've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan. Again we'll continue to send links and screenshots but wanted to send an update in the meantime.
*8/10/2024 12:35:40 PM*

**▮ Matthew Mitchell**
Loved "Hi team — so far, extremely limited pickup on Dail…"
*8/10/2024 12:37:02 PM*

**▮**
Thanks katie we are seeing the same thing.
*8/10/2024 12:37:22 PM*

**▮ Jamey Heath (Owner)**
Thanks Katie. I'd like to have a quick zoom today if we can all arrange without Justin. Is that possible for all?
*8/10/2024 2:29:01 PM*

**▮**
I can join. Just running around so might not be on camera but just let me know when
*8/10/2024 2:43:52 PM*

**▮ Matthew Mitchell**
Happy to jump on too….likely off camera, no one needs to see this today. 😊
*8/10/2024 3:01:26 PM*

**▮ Katie Case**
Would a 6 PM ET call work? I could also circulate a dial in if that's easier for all vs a zoom.
*8/10/2024 3:03:29 PM*

**▮**
Should be fine on my end
*8/10/2024 3:05:55 PM*

**Matthew Mitchell**
Liked "Would a 6 PM ET call work? I could also circulate …"
8/10/2024 3:10:11 PM

**Katie Case**
Checking if this works for Melissa and Breanna as well — I'll come back on this.
8/10/2024 3:20:05 PM

**Jamey Heath (Owner)**
I'm available then  thanks all
8/10/2024 3:20:57 PM

**Melissa Nathan**
Sorry, I was in an appointment. 3pm PT is good!
8/10/2024 3:37:15 PM

**Katie Case**
We'll circulate a zoom shortly
8/10/2024 3:44:11 PM

**Jamey Heath (Owner)**
Thank you
8/10/2024 3:44:20 PM

Would be great for the digital team to boost this in any way possible…
8/10/2024 4:01:20 PM

https://www.tiktok.com/t/ZTNsQDYjj/

<__Library_SMS_Attach_1_6f_15_F95E3D_1_7C2221_1>

<__Library_SMS_Attach_1_85_05_48DD8D_1_DFEEC6_1>

8/10/2024 4:01:23 PM

**Katie Case**
We'll flag to them!
8/10/2024 4:01:44 PM

And I like that this is now getting some viral attention 👀
8/10/2024 4:02:59 PM

> https://www.tiktok.com/t/ZTNsQuMq8/
> 📎
> <__Library_SMS_Attach_1_97_07_DCA717_1_6973F2_1>
> 📎
> <__Library_SMS_Attach_1_10_00_DFB502_1_30EC72_1>
>
> 8/10/2024 4:03:01 PM

> https://www.dailymail.co.uk/tvshowbiz/article-13731049/amp/Blake-Lively-producing-decision-begged-feud-Justin-Baldoni.html
> 📎
> <__Library_SMS_Attach_1_86_06_DD2DB9_1_1B2910_1>
> 📎
> <__Library_SMS_Attach_1_86_06_5374D2_1_9F0134_1>
>
> 8/10/2024 4:26:05 PM

> The headline is clixkbate but it just recirculates their previous article
>
> 8/10/2024 4:26:19 PM

> Sharing this here too in case digital has an idea of how to amplify:
>
> 8/10/2024 4:36:40 PM

> https://www.hollywoodreporter.com/movies/movie-features/justin-baldoni-it-ends-with-us-interview-ryle-pressure-1235970799/amp/
> 📎
> <__Library_SMS_Attach_1_34_04_2049E9_1_D18563_1>
> 📎
> <__Library_SMS_Attach_1_ef_15_CC0D01_1_87409A_1>
>
> 8/10/2024 4:36:42 PM

**Katie Case**
Thank you! We'll share this as well — at the very least ask for engagement in the comments

8/10/2024 4:37:14 PM

**Katie Case**
Emphasized "The headline is clixkbate but it just recirculates..."

8/10/2024 4:37:19 PM

CONFIDENTIAL                                                                                                                                          WAYFARER_000136138

> Loved "Thank you! We'll share this as well — at the very …"
> 8/10/2024 4:37:24 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:03 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:37 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:38 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:38 PM

**System Message System Message**
*System*
You named the conversation "JB PR (W/O JB)".
8/10/2024 5:09:38 PM

**Matthew Mitchell**
https://www.instagram.com/reel/C-gEF6qSpm0/?igsh=MzRIODBiNWFlZA==
<__Library_SMS_Attach_1_2f_15_5D2874_1_72D978_1>
<__Library_SMS_Attach_1_0f_15_166D99_1_90AE0C_1>
<__Library_SMS_Attach_1_ba_10_8F1B17_1_143185_1>
8/10/2024 5:17:27 PM

**Matthew Mitchell**
We love a nice shady moment!
8/10/2024 5:17:32 PM

**Melissa Nathan**
You had my attention straight away when I saw the word shady
8/10/2024 5:18:38 PM

**Matthew Mitchell**
No comments allowed.

"updated version...I like it way better"

Honestly it's gold.
8/10/2024 5:19:50 PM

**Katie Case**
Laughed at "We love a nice shady moment! "
8/10/2024 5:25:34 PM

**Katie Case**
Emphasized "You had my attention straight away when I saw the ..."
8/10/2024 5:25:38 PM

**Katie Case**
Loved "No comments allowed.

"updated version...I like it ..."
8/10/2024 5:25:41 PM

**Katie Case**
Zoom for our use here:
8/10/2024 5:52:12 PM

**Katie Case**
https://us06web.zoom.us/j/81637481985

<__Library_SMS_Attach_1_32_02_D1BE3B_1_0D9C7A_1>
8/10/2024 5:52:16 PM

**Jamey Heath (Owner)**
See you shortly
8/10/2024 5:57:25 PM

**Katie Case**
https://nypost.com/2024/08/10/entertainment/it-ends-with-us-blooms-in-no-1-box-office-spot/?utm_campaign=iphone_nyp&utm_source=pasteboard_app

<__Library_SMS_Attach_1_bb_11_66DCA1_1_8A6FBC_1>
8/10/2024 6:55:28 PM

**Melissa Nathan**
https://www.google.com/search?q=jailbirds+netflix&ie=UTF-8&oe=UTF-8&hl=en-gb&client=safari&ebo=0#fpstate=vclbx

📎
<__Library_SMS_Attach_1_ac_12_5CB889_1_F18DB6_1>
📎
<__Library_SMS_Attach_1_33_03_BACCFF_1_36CC18_1>

8/10/2024 7:04:20 PM

**Melissa Nathan**
Ok leaving it here thanks
8/10/2024 7:04:20 PM

**Katie Case**
Emphasized
"https://www.google.com/search?q=jailbirds+netflix&..."
8/10/2024 7:04:37 PM

**Katie Case**
It's spectacular
8/10/2024 7:04:44 PM

CONFIDENTIAL
WAYFARER_000136141



Thanks katie. I forwarded two requests for comment regarding the NYP and DM articles. Just fyi
8/10/2024 9:55:59 PM

CONFIDENTIAL WAYFARER_000136142