UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>        Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>        Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>        Defendants. | No. 25-cv-449 (LJL) (member case) |

**DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF
BLAKE LIVELY'S OPPOSITION TO THE WAYFARER PARTIES'
MOTION FOR SUMMARY JUDGMENT**

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746, declare as follows:

   1.  I am an attorney admitted to practice before this Court, a partner in the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Plaintiff Blake Lively in the above-captioned action. I respectfully submit this declaration in support of Ms. Lively's Opposition to the Wayfarer Parties' Motion for Summary Judgment.

   2.  The purpose of this declaration is to submit and identify for the Court true and correct copies of the following documents and testimony referenced in Ms. Lively's Opposition to the Wayfarer Parties' Motion for Summary Judgment.

3. The attachment to this declaration lists, by exhibit number and description, the exhibits attached hereto. Each of these documents is a true and correct version. In certain instances, only excerpts of certain transcripts have been included.

4. Some of the exhibits cannot be filed via ECF because of their size and/or format. Ms. Lively will provide those exhibits directly to the other parties and the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2025                    */s/ Michael J. Gottlieb*
                                           WILLKIE FARR & GALLAGHER LLP
                                           Michael J. Gottlieb
                                           1875 K Street NW
                                           Washington, DC 20006
                                           (202) 303-1000
                                           mgottlieb@willkie.com

# Attachment A

| Lively Exhibit No. | Bates No. /Citation | Document Description |
|---|---|---|
| 151 | RR-SUBPOENA-000000085 | █████████ |
| 152 | BL-000039197 | █████████ |
| 153 | SPE_BL0007880 | █████████ |
| 154 | HOOVER_0090 | █████████ |
| 155 | ABEL_000000154 | █████████ dule |
| 156 | JONESWORKS_00030144 | █████████ |
| 157 | JONESWORKS_00016763 | █████████ |
| 158 | NATHAN_000000293 | █████████ |
| 159 | WME_00001169 | █████████ |
| 160 | BALDONI_000021868 | █████████ |
| 161 | SPE_BL0001762 | █████████ |
| 162 | BALDONI_000033449 | █████████ |
| 163 | BL-000018396 | █████████ |
| 164 | SPE_WF0000157 | █████████ |
| 165 | AS001088 | Email between A. Saks and B. Lively |
| 166 | AS000889 | Email between A. Ajemian to A. Saks |
| 167 | BL-000020002 | █████████ |
| 168 | BL-000016247 | █████████ |
| 169 | WAYFARER_000140828 | █████████ |
| 170 | WME_00000661 | █████████ |
| 171 | JONESWORKS_00038539 | █████████ |
| 172 | JONESWORKS_00013485 | █████████ |
| 173 | JONESWORKS_00013488 | █████████ |
| 174 | JONESWORKS_00037247 | █████████ |
| 175 | TOSKOVIC_000000677 | Texts between J. Heath and M. Toskovic |
| 176 | HEATH_000046882 | █████████ |
| 177 | HEATH_000046883 | Timeline of events created by Wayfarer Parties |
| 178 | SPE_BL0008206 | █████████ |
| 179 | JONESWORKS_00008055 | █████████ |
| 180 | HANKS_000000021 | █████████ |
| 181 | JONESWORKS_00037270 | █████████ |
| 182 | JONESWORKS_00013830 | █████████ |
| 183 | JONESWORKS_00013502 | █████████ |

| 184 | SPE_BL0003130 | |
| 185 | WME_00001251 | |
| 186 | Abel 9/25 Tr. | |
| 187 | WME_00001300 | |
| 188 | JONESWORKS_00012591 | Texts between S. Jones and J. Abel |
| 189 | Nathan 9/29 Tr. | |
| 190 | JONESWORKS_00039746 | |
| 191 | Jones Tr. | |
| 192 | KCASE-000005073 | |
| 193 | HEATH_000035537 | " |
| 194 | KCASE-000000570 | |
| 195 | BALDONI_000016442 | |
| 196 | TAG_000000452 | an |
| 197 | JONESWORKS_00018704 | |
| 198 | WME_00001318 | itesell |
| 199 | ABEL_000000665 | |
| 200 | SPE_BL0009086 | |
| 201 | KCASE-000001079 | |
| 202 | JONESWORKS_00015997 | |
| 203 | Wallace 10/9 Tr. | Jed Wallace 10/9/25 Dep. Tr. Excerpts |
| 204 | STREET 1.000001 | Email between M. Nathan to J. Wallace |
| 205 | SPE_BL0009642 | |
| 206 | WME_00001319 | |
| 207 | NATHAN_000003780 | |
| 208 | STREET 3.000304 | |
| 209 | STREET 3.000492 | |
| 210 | STREET 3.000199 | |
| 211 | STREET 3.000499 | |
| 212 | STREET 3.000204 | |
| 213 | STREET 3.000366 | |
| 214 | STREET 3.000486 | Texts between [redacted], J. Wallace, B. Koslow, and M. Nathan |
| 215 | STREET 3.000495 | |
| 216 | STREET 3.000326 | |
| 217 | STREET 3.000360 | |

| | | |
|---|---|---|
| 218 | STREET 1.000005 | |
| 219 | JONESWORKS_00014504 | |
| 220 | JONESWORKS_00014512 | |
| 221 | JONESWORKS_00016275 | |
| 222 | JONESWORKS_00014814 | |
| 223 | NATHAN_000002124 | |
| 224 | KCASE-000000728 | |
| 225 | BBKOSLOW-000003330 | |
| 226 | KCASE-000001093 | |
| 227 | BL-000008024 | |
| 228 | HEATH_000019467 | Email between J. Heath and A. Dang |
| 229 | BL-000016252 | |
| 230 | BL-00008042 | |
| 231 | JONESWORKS_00013334 | |
| 232 | BBKOSLOW-000006069 | |
| 233 | STREET 1.000007 | |
| 234 | STREET 1.000084 | |
| 235 | STREET 1.000087 | |
| 236 | STREET 1.000054 | |
| 237 | SAROWITZ_000000744 | |
| 238 | SAROWITZ_000000709 | |
| 239 | SAROWITZ_000001241 | |
| 240 | SAROWITZ_000000939 | |
| 241 | SAROWITZ_000000969 | |
| 242 | BALDONI_000026210 | |
| 243 | ABEL_000005128 | |
| 244 | WAYFARER_000143706 | |
| 245 | WAYFARER_000143707 | |
| 246 | ABEL_000021588 | |
| 247 | Wallace 10/10 Tr. | Jed Wallace 10/10/25 Dep. Tr. Excerpts (p. |
| 248 | SAROWITZ_000001216 | |
| 249 | ABEL_000019529 | |



| | | |
|---|---|---|
| 250 | SAROWITZ_000001253 | [redacted] |
| 251 | ABEL_000019514 | [redacted] |
| 252 | STREET 3.000395 | [redacted] |
| 253 | NATHAN_000019470 | [redacted] |
| 254 | NATHAN_000021292 | [redacted] |
| 255 | SKYLINE_000000204 | [redacted] |
| 256 | NATHAN_000025354 | [redacted] |
| 257 | NATHAN_000020963 | [redacted] |
| 258 | NATHAN_000026627 | [redacted] |
| 259 | NATHAN_000025388 | [redacted] |
| 260 | SKYLINE_000000235 | [redacted] |
| 261 | NATHAN_000013177 | [redacted] |
| 262 | WAYFARER_000150148 | [redacted] |
| 263 | NATHAN_000022027 | [redacted] |
| 264 | NATHAN_000018115 | [redacted] |
| 265 | Betty B Tr. | Andrew Chrisomalis (Betty B 30(b)(6) Representative) Dep. Tr. Excerpts |
| 266 | Kinrich Report | Expert Report of Jeffrey H. Kinrich |
| 267 | Mayzlin Report | Expert Report of Dina Mayzlin |
| 268 | BL-000037970_A | [redacted] |
| 269 | BL-000038170_A | [redacted] |
| 270 | Culotta Tr. | Aron Culotta Dep. Tr. Excerpts |
| 271 | Humphreys Report | Amended Expert Report of Ashlee Humphreys |
| 272 | Humphreys Tr. | Ashlee Humphreys Dep. Tr. Excerpts |
| 273 | N/A | [redacted] |
| 274 | N/A | [redacted] |
| 275 | N/A | [redacted] |
| 276 | N/A | [redacted] |



| 277 | N/A | |
| --- | --- | --- |
| 278 | NATHAN_000000556 | |
| 279 | JONESWORKS_00041705 | |
| 280 | JONESWORKS_WAYFARER_000003754 | |
| 281 | Lively Tr. | Blake Lively Dep. Tr. Excerpts |
| 282 | BALDONI_000017026 | |
| 283 | JONESWORKS_00041606 | |
| 284 | JS0000283 | |
| 285 | BL-000020892 | |
| 286 | HEATH_000049558 | |
| 287 | N/A | TAG Second Supplemental R&Os to Lively's First Set of Interrogatories |
| 288 | N/A | TAG Third Supplemental R&Os to Lively's First Set of Interrogatories |
| 289 | N/A | Lively's First Set of Interrogatories to TAG |
| 290 | NATHAN_000020424 | |
| 291 | SAROWITZ_000000079 | |
| 292 | A.M.000540 | |
| 293 | WAYFARER_000067020 | |
| 294 | HEATH_000045201 | |
| 295 | HEATH_000045200 | |
| 296 | BL-000008107 | |
| 297 | HEATH_000051764 | |
| 298 | N/A | |
| 299 | STREET 3.000305 | |
| 300 | N/A | Index of Abbreviations |