# Exhibit 165

**From:** Alex Saks <​████████████​>
**To:** 🍄B🍄 Lively <​████████████​>
**Subject:** letter
**Date:** Wed, 26 Jun 2024 08:44:30 -0700
**Attachments:** BL_-_Russell_Barnes_.pdf

Exhibit: 20
Witness: SAKS
Date: 9/24/25
CSR#12019: Ashley Soevyn

Begin forwarded message:

**From:** Russell Barnes <​████████████​>
**Date:** June 26, 2024 at 8:39:11 AM PDT
**To:** Alex Saks <​████████████​>
**Subject:** letter

here you go...
not sure if its too late

AS001088

Russell Barnes



June, 26, 2024

To whom it may concern at the PGA,

I'm Russell Barnes, Production Designer on the movie "It Ends With Us." I am writing to support the petition for Blake Lively to receive the P.G.A. Mark.

I worked with Ms. Lively during the early preparation and initial photography phase. We collaborated on the design of the movie, including color, tone, and set dressing. Ms. Lively also initiated contact with various vendors, allowing us to save money and increase production value. Beyond her specific involvement with the art department, it was evident that the movie significantly benefited from her script notes and insights into various aspects of production.

Sincerely,
Russell Barnes
Production Designer

AS001089