# EXHIBIT 190

## FILED UNDER SEAL