# EXHIBIT 195

## FILED UNDER SEAL