# EXHIBIT 196

## FILED UNDER SEAL