# EXHIBIT 197

## FILED UNDER SEAL