# EXHIBIT 199

## FILED UNDER SEAL