# EXHIBIT 207

## FILED UNDER SEAL