# Exhibit 214

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 13 | Date Range: 11/11/2024 - 11/14/2024 |

### Outline of Conversations

 **Conversation 002138** · 13 messages between 11/11/2024 - 11/14/2024 · ████████████████████ ██ [Redacted] · Breanna [Redacted] · Melissa Nathan [Redacted] · Self [Redacted]

ATTORNEYS' EYES ONLY                                                                                              STREET 3.000486

**Messages in chronological order** (times are shown in GMT -05:00)

### Conversation 002138

**J — Self** [Redacted] — 11/11/2024, 8:07 PM
you on a thread with two of the most engaged/followed content creators in history ( [redacted] ..they (along with the rest of the top 30 streamer/podcasters/creators on the planet have vowed to help with [redacted] Let's start there - these are all the individuals we used for [redacted]

[redacted] - we are undoing years of suppression related to your name and all related handles - HOWEVER, there is already an effort in place to suppress [redacted] and related searches - very odd and pretty sophisticated. I have the teams working on that but let's coordinate a call soon to discuss building protective infrastructure to make certain we have the digital strategy in full effect in perpetuity.

**J — Self** [Redacted] — 11/11/2024, 8:26 PM
[redacted] - we can launch a [redacted] streamer initiative that Melissa and I built.

**[Redacted]** — 11/11/2024, 8:46 PM
Thanks Jed. Its a pleasure to meet you [redacted] Im excited about the opportunity to collaborate with you guys !

**J — Self** [Redacted] — 11/11/2024, 8:53 PM
Put this response in our thread with [redacted]

**J — Self** [Redacted] — 11/14/2024, 4:10 PM
The team is ready on all fronts and elevating the news so it trends. Congrats!!!!

**MN — Melissa Nathan** [Redacted] — 11/14/2024, 4:15 PM
Loved [redacted]

**J — Self** [Redacted] — 11/14/2024, 5:58 PM
Very critical - thank you for reaching out to [redacted]

There is (as expected) a pretty sophisticated surge in digital misinformation and credibility attacks across platforms attacking [redacted] I have my guys neutralizing and reversing.

We MUST set a time to discuss digital strategy just like we deployed [redacted] ...same teams and it's a must since there is zero chance opposition to [redacted] is launching digital attacks and we need to fight that now. Let's get time and protect the [redacted]

**MN — Melissa Nathan** [Redacted] — 11/14/2024, 6:22 PM
Loved [redacted]

**J — Self** [Redacted] — 11/14/2024, 7:55 PM
Here's and example of a weaponized article - not just that it's a negative piece but it's got a very damaging algorithmic signature designed to target negative keywords related to your name.

I have our guys diffusing it but this will be a massive surge.

**J — Self** [Redacted] — 11/14/2024, 7:56 PM

**J — Self** [Redacted] — 11/14/2024, 7:56 PM

ATTORNEYS' EYES ONLY                                                                                                                    STREET 3.000487

&lt;Attachment - DF50A4B7-4F0A-4EAD-89F9-A542E2D6FF95.pluginPayloadAttachment&gt;

*Attachment: DF50A4B7-4F0A-4EAD-89F9-A542E2D6FF95.pluginPayloadAttachment (16 KB)*

J  Self  Redacted                                              11/14/2024, 7:56 PM

&lt;Attachment - B0920931-FC44-4079-9A8F-1390E3649D6D.pluginPayloadAttachment&gt;

*Attachment: B0920931-FC44-4079-9A8F-1390E3649D6D.pluginPayloadAttachment (92 KB)*

J  Self  Redacted                                              11/14/2024, 7:56 PM

&lt;Attachment - 9146B997-AAB6-4D91-891C-B811CDBA58CD.pluginPayloadAttachment&gt;

*Attachment: 9146B997-AAB6-4D91-891C-B811CDBA58CD.pluginPayloadAttachment (20 KB)*

ATTORNEYS' EYES ONLY                                          STREET 3.000488