# Exhibit 228

**From:** Jamey Heath <▇>
**Sent:** Sun, 11 Aug 2024 17:54:54 -0400 (EDT)
**To:** Ashmi Elizabeth Dang <▇>
**Cc:** Joe Whitmore <▇>; Danni Maggin <▇>; Bridgette Wright <▇>; Gloria Hann <▇>; Danielle Misher <▇>; Jennifer Abel <▇>
**Subject:** Re: Observations…

---

To be clear. We are not saying it's been inappropriately marketed in any way. In fact, you all have been brilliant. Thank you. Extremely honored to be partners with you. It's been fantastic. The proof is in the pudding.

This post is only pointing to the ones who have spoke about the marketing, and while I am not dissuaded by their commentary, it's good to take some learnings from it.

I know and trust you understand the point and I look forward to discussing it with you all.

Congratulations on a huge huge success. You play a big and amazing part in it.

Thanks again.
Jamey

 

**Jamey Heath**
CEO
Wayfarer Studios
▇

> On Aug 11, 2024, at 6:10 AM, Ashmi Elizabeth Dang <▇> wrote:
>
> Good morning.
>
> Sharing this post that's using the exact language that has been called out for inappropriately marketing the film
>
> https://www.instagram.com/reel/C-dIFmsPeWH/?igsh=dzljY3I2MWsyaDFh
>
> **Ashmi Elizabeth Dang**
> VP of Marketing & Communications
> Wayfarer Studios | ▇
>
>> On Aug 9, 2024, at 11:35 PM, Jamey Heath <▇> wrote:
>>
>> Hey all,
>>
>> So we all see the noise and chatter regarding Justin and Blake and cast. This is all crazy. But…I'd like for us to take a look at, that even in the midst of "feuding", how many people are pointing out that the DV is being glossed over and that Justin is essentially the only one appreciating the subject matter whilst others may be not giving it the proper respect it deserves. As you know, this has always been a concern of ours and I think we might agree that there is enough response to at least consider giving it a bit more thought.
>>
>> We are opening with great numbers and that is a testament to the movie itself and also the way you've positioned it. No doubt. And… we should listen to the responses and really embrace what we are hearing. It won't hurt the movie by being more deliberate in embracing the DV aspect. People need to know that we too recognize the gravity and sensitivities of this subject.
>>
>> Looking forward to your thoughts.
>> Jamey.



**Jamey Heath**
CEO
Wayfarer Studios

CONFIDENTIAL

HEATH_000019468