# EXHIBIT 232

## FILED UNDER SEAL