# EXHIBIT 235

## FILED UNDER SEAL