# EXHIBIT 243

## FILED UNDER SEAL