# EXHIBIT 244

## FILED UNDER SEAL