# EXHIBIT 251

## FILED UNDER SEAL