# EXHIBIT 252

## FILED UNDER SEAL