# EXHIBIT 267

## FILED UNDER SEAL