# EXHIBIT 275

## FILED UNDER SEAL