# EXHIBIT 276

## FILED UNDER SEAL