# EXHIBIT 278

## FILED UNDER SEAL