# EXHIBIT 279

## FILED UNDER SEAL