# EXHIBIT 280

## FILED UNDER SEAL