# EXHIBIT 281

## FILED UNDER SEAL