# EXHIBIT 282

## FILED UNDER SEAL