# EXHIBIT 284

## FILED UNDER SEAL