# EXHIBIT 285

## FILED UNDER SEAL