# EXHIBIT 287

## FILED UNDER SEAL