# EXHIBIT 288

## FILED UNDER SEAL