# EXHIBIT 289

## FILED UNDER SEAL