# EXHIBIT 291

## FILED UNDER SEAL