# EXHIBIT 293

## FILED UNDER SEAL