# EXHIBIT 294

## FILED UNDER SEAL