# EXHIBIT 295

## FILED UNDER SEAL