# EXHIBIT 296

## FILED UNDER SEAL