# EXHIBIT 297

## FILED UNDER SEAL