# Exhibit 298

Intentionally Omitted