```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY,                                                      :
:
    Plaintiff,                                                     :
:   24-cv-10049 (LJL)
    -v-                                                            :
:   ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS, INC.,                                            :
:
    Defendants.                                                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has before it the motions for summary judgment and the opposing papers. Given the number of exhibits filed under seal and limitations with the Electronic Court Filing system's treatment of such materials, the Court requests that the parties (1) email to the Court electronic unredacted versions of the exhibits (the parties can simply forward to the Court the exhibits to the extent they were already served electronically by email on opposing counsel); and (2) hand deliver to the Court physical paper copies of the unredacted materials and supporting declarations and exhibits. The parties are requested to do the same with respect to the forthcoming reply briefs and the materials regarding the motions for spoliation sanctions.

SO ORDERED.

Dated: December 4, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge