UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                            Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                            Defendants. | No. 24-cv-10049 (LJL) (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>                          Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>                          Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

I, Michaela A. Connolly, hereby certify that, on December 3, 2025, I caused through my colleague a copy of Plaintiff Blake Lively's sealed Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, dated December 3, 2025 (Dkt. No. 1070), to be served upon the individuals on the attached service list, with the exception of Ms. Zeldin, Mr. Kaltgrad, Ms. Buttrick, and Mr. Driscoll who were served on December 4, 2025.

I hereby certify that on December 4, 2025, I caused a copy of the sealed Declaration of Michael J. Gottlieb in Opposition to Defendants' Motion for Summary Judgment and the accompanying sealed exhibits (Dkt. No. 1071), Ms. Lively's sealed Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts (Dkt. No. 1074), the sealed Declaration of Ms. Lively in Support of Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment (Docket No. 1076), and the sealed Declaration of Don Saladino in Support of

Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 1077) to be served upon the individuals on the attached service list.

Dated: December 4, 2025

                                                         */s/ Michaela A. Connolly*
                                                         Michaela A. Connolly

**SERVICE LIST**

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
Bryan J. Freedman
Ellyn S. Garofalo
Kim S. Zeldin
Theresa M Troupson
Amir Kaltgrad
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com
ttroupson@lftcllp.com
akaltgrad@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**
Mitchell Schuster
Kevin Fritz
Stacey M. Ashby
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**AHOURAIAN LAW**
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

*Attorneys for Defendants Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Wayfarer Studios LLC, Melissa Nathan, Jennifer Abel, The Agency Group PR LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3615
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, NY 10016
212-849-7452
maarenchoksi@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns
1300 I St NW, Suite 900
Washington, DC 20005
202-774-6147
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant Jonesworks LLC*