**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | tel (213) 4433000 fax (213) 4433100

December 5, 2025

**VIA ECF**
The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** *Lively v. Wayfarer*, 1:24-cv-10049-LJL

We respectfully write on behalf of third-party defendant Jonesworks LLC ("Jonesworks") in the above-captioned action. On December 3, 2025, Jonesworks filed an opposition to Jennifer Abel's motion for summary judgment (ECF No. 1058) and accompanying declaration of Kristin Tahler (ECF No. 1066) (the "Tahler Declaration"). The sealed versions of Exhibits 8 and 9 to the Tahler Declaration were inadvertently excluded from Jonesworks' December 3, 2025 sealed filing and we therefore provide them to the Court contemporaneously with this letter. The public version of these exhibits were filed at ECF Nos. 1056-8 and 1056-9, with the corresponding motion to seal at ECF No. 1049.

Respectfully submitted,

*/s/ Kristin Tahler*

| | |
|---|---|
| DATED:  December 5, 2025<br>Los Angeles, California | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br><br>Kristin Tahler<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>kristintahler@quinnemanuel.com<br><br>Maaren A. Shah<br>Morgan L. Anastasio<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849-7000<br>maarenshah@quinnemanuel.com<br>morgananastasio@quinnemanuel.com<br><br>Nicholas Inns (*pro hac vice*)<br>1300 I Street NW<br>Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>nicholasinns@quinnemanuel.com<br><br>*Attorneys for Third-Party Defendant<br>Jonesworks LLC* |