**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

December 8, 2025

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: <u>*Lively v. Wayfarer Studios LLC et al.*</u><u>, No. 1:24-cv-10049-LJL</u>

      On behalf of Jonesworks LLC ("Jonesworks"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal those portions of Jonesworks' Reply in Further Support of its Motion for Spoliation Sanctions that refer to or quote documents or testimony designated as confidential.

      Pursuant to the Court's December 3, 2025 Order at ECF No. 1038, Jonesworks further requests that the Court defer ruling on this motion until December 19, 2025, to allow the parties to confer and, if appropriate, seek continued sealing.

Respectfully submitted,

                                                /s/ *Kristin Tahler*

                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
                                       Kristin Tahler
                                       865 S. Figueroa Street, 10th Floor
                                       Los Angeles, California 90017
                                       (213) 443-3000
                                       kristintahler@quinnemanuel.com

                                       Maaren A. Shah
                                       Morgan L. Anastasio
                                       295 5th Avenue
                                       New York, New York 10016
                                       (212) 849-7000
                                       maarenshah@quinnemanuel.com
                                       morgananastasio@quinnemanuel.com

                                       Nicholas Inns (*pro hac vice*)
                                       1300 I Street NW

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Jonesworks, LLC*