UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>　　　　　　Defendants. | No. 24-cv-10049 (LJL) (lead case)<br>No. 25-cv-449 (LJL) (member case) |
| JENNIFER ABEL,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>JONESWORKS LLC,<br><br>　　　　　　Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　　Consolidated Plaintiffs,<br><br>　　v.<br><br>BLAKE LIVELY, et al.<br><br>　　　　　　Consolidated Defendants. | |

**DECLARATION OF ESRA A. HUDSON IN FURTHER SUPPORT OF PLAINTIFF
BLAKE LIVELY'S MOTION FOR SPOLIATION SANCTIONS**

I, Esra A. Hudson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner with the law firm of Manatt, Phelps & Phillips LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067, and counsel of record for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's reply in further support of her Motion for Spoliation Sanctions against Defendants Wayfarer Studios LLC ("Wayfarer"), Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer Abel (collectively, the "Wayfarer Defendants"), and Defendants Jed Wallace and Street Relations, Inc. (together, the "Wallace Defendants" and collectively "Defendants").

3. A true and correct copy of notes, dated January 6, 2025, produced by non-party Katherine Case bearing the Bates stamp KCASE_000005773, is attached hereto as Exhibit 56.

4. A true and correct copy of an email, dated July 31, 2024, produced by Defendant Abel bearing the Bates stamp ABEL_000005622, is attached hereto as Exhibit 57.

5. A true and correct copy of Defendant Wayfarer's Responses & Objections to Ms. Lively's Fifth Set of Interrogatories, dated September 29, 2025, served on all counsel of record, is attached hereto as Exhibit 58.

6. A true and correct copy of Defendant IEWUM's Responses & Objections to Ms. Lively's Fifth Set of Interrogatories, dated September 29, 2025, served on all counsel of record, is attached hereto as Exhibit 59.

7. A true and correct copy of a text message, dated November 12, 2023, produced by Defendant Baldoni bearing the Bates stamp BALDONI_000026193, is attached hereto as Exhibit 60.

8. A true and correct copy of a text message, dated January 5, 2024, produced by Defendant Baldoni bearing the Bates stamp BALDONI_000026204, is attached hereto as Exhibit 61.

9. A true and correct copy of excerpts from the transcript of the deposition of Defendant Heath dated October 8, 2025, is attached hereto as Exhibit 62.

10. A true and correct copy of an invoice, dated August 8, 2024, produced by the Wallace Parties bearing the Bates stamp STREET 1.000008, is attached hereto as Exhibit 63.

11. A true and correct copy of an email, dated September 16, 2024, produced by the Wallace Parties bearing the Bates stamp STREET 1.000084, is attached hereto as Exhibit 64.

12. A true and correct copy of an invoice, dated October 1, 2024, produced by the Wallace Parties bearing the Bates stamp STREET 1.000087, is attached hereto as Exhibit 65.

13. A true and correct copy of an invoice, dated October 9, 2024, produced by the Wallace Parties bearing the Bates stamp STREET 1.000089, is attached hereto as Exhibit 66.

14. A true and correct copy of a letter, dated December 24, 2024, produced by Defendant Abel bearing the Bates stamp ABEL_000021588, is attached hereto as Exhibit 67.

15. A true and correct copy of excerpts from the transcript of the deposition of Jed Wallace dated October 10, 2025, is attached hereto as Exhibit 68.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: December 8, 2025                    /s/ *Esra A. Hudson*
                                           Esra A. Hudson