AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BLAKE LIVELY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-10049-LJL |
| WAYFARER STUDIOS LLC, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BLAKE LIVELY.

Date: 12/08/2025

/s/ Melissa S. Taustine
*Attorney's signature*

Melissa S. Taustine #5885355
*Printed name and bar number*

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
*Address*

mtaustine@willkie.com
*E-mail address*

(212) 728-3704
*Telephone number*

(212) 728-8111
*FAX number*