```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY,                                                      :
:
                          Plaintiff,                         :
:      24-cv-10049 (LJL)
     -v-                                                         :
:      ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS, INC.,                                            :
:
                          Defendants.                       :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Blake Lively moves to compel the production of certain documents withheld on the basis of privilege or, in the alternative, for redacted versions of the documents after the Court's *in camera* review of the materials. Dkt. No. 1032. The Wayfarer Parties are directed to submit the materials to the Court for its *in camera* review. The materials shall be filed on the docket by December 11, 2025, with access limited to the Court. Counsel for the Wayfarer Parties is also respectfully requested to email the documents to Judge Liman's chambers.

      SO ORDERED.

Dated: December 9, 2025
       New York, New York
                                                        LEWIS J. LIMAN
                                                        United States District Judge