UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/9/2025__
```

-----------------------------------------------------------------X
                      :

BLAKE LIVELY,                 :

          Plaintiff,     :

                      :       24-cv-10049 (LJL);

     -v-              :        25-cv-779 (LJL)

WAYFARER STUDIOS LLC, JUSTIN BALDONI,  :       ORDER
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS, INC.,          :

          Defendants.   :

                      :
-----------------------------------------------------------------X
                      :

STEPHANIE JONES, et al.,      :

          Plaintiffs,    :

                      :

     -v-              :

JENNIFER ABEL, et al.,       :

          Defendants.   :

                      :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a post-discovery status conference in the related matters No. 24-cv-10049

(the "Lively Action") and No. 25-cv-779 (the "Jones Action") today, December 9, 2025. As

indicated on the record at the conference:

      Now that discovery is largely completed, parties in both cases are directed to contact the

chambers of Magistrate Judge Cave for the purpose of exploring possible settlement. The Court

expresses no view with respect to settlement.

Parties in both cases are directed to meet and confer regarding their anticipated motions for continued sealing and, to the extent possible, to file a joint sealing letter on December 19, 2025, regarding documents and matters over which the parties agree sealing is appropriate.  In line with prior practice, where the Court orders any audio or visual materials unsealed, the parties who submitted the materials to the Court are directed to provide CD copies to the Clerk's Office, along with a copy of the Court's unsealing order, within two business days.

Oral argument regarding the Wayfarer Parties' Motion for Judgment on the Pleadings and Motion for Summary Judgment and Lively's Motion for Spoliation Sanctions is scheduled for January 22, 2026, at 9:30 AM in Courtroom 15C of the 500 Pearl Street courthouse.

Trial in the Lively Action is adjourned to May 18, 2026, at 9:00 AM, and the final pretrial conference is adjourned to April 21, 2026, at 10:30 AM—both to occur also in Courtroom 15C of the 500 Pearl Street courthouse.  The Joint Pretrial Order, motions in limine, and proposed voir dire and jury instructions are due March 20, 2026, with oppositions and responses due March 27, 2026.

In the Jones Action, the parties shall meet and confer and file a proposed schedule for the Jones Parties' motion to amend their complaint and motions for summary judgment.  The parties should also discuss and propose a schedule for Jonesworks' motion for bifurcation in the Lively Action, which ideally will be fully submitted shortly after oral argument in the Lively Action on January 22, 2026.

SO ORDERED.

Dated: December 9, 2025
     New York, New York

_____
LEWIS J. LIMAN
United States District Judge