UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2025
```

BLAKE LIVELY,

                        Plaintiff,                  24-cv-10049 (LJL)

          -v-                                <u>ORDER OF REFERENCE</u>

WAYFARER STUDIOS LLC, et al.,

                        Defendants.

------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      This action is referred to the assigned Magistrate Judge for the following purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _X_ | Settlement | | |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ___ | Inquest After Default/Damages Hearing | | |

      The parties are directed to contact the chambers of Magistrate Judge Cave.

SO ORDERED.

Dated: December 9, 2025
       New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge