

Kevin Fritz<br>
*Partner*<br>
Direct (212) 655-3570<br>
kaf@msf-law.com

<u>Via ECF</u>
Hon. Lewis J. Liman                                December 10, 2025
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**     *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

We represent Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC ("IEWUM"), Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, the "Wayfarer Parties"). Expert discovery is scheduled to conclude on December 12, 2025. Due to an illness, one of the Wayfarer Parties' experts cannot appear for deposition today, as scheduled. Subject to approval from the Court, the parties have agreed that such expert will appear for deposition on December 15, 2025, one business day after the deadline for expert discovery. Pursuant to Rule 3(A) of Your Honor's Individual Rules and Practices, we respectfully request that the Court so-order this letter.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
         kaf@msf-law.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
    Bryan J. Freedman (*pro hac vice*)
    Ellyn S. Garofalo (*pro hac vice*)
    1801 Century Park West, 5th Floor
    Los Angeles, CA 90067
    Tel: (310) 201-0005
    Email: bfreedman@lftcllp.com
           egarofalo@lftcllp.com

Mitra Ahouraian (*pro hac vice*)
2029 Century Park East
4th Floor
Los Angeles, CA 90067
(310) 376-7878
Email: mitra@ahouraianlaw.com

SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: 212-257-4881
Email: ashapiro@shapiroarato.com
       jbach@shapiroarato.com
       abuttrick@shapiroarato.com

cc: all counsel of record (via ECF)