UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

                          Plaintiff,

          -v-                                              CIVIL ACTION NO. 24 Civ. 10049 (LJL) (SLC)

                                                           **SCHEDULING ORDER**

WAYFARER STUDIOS LLC, et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement.  (Dkt. No. 198).

Accordingly, a videoconference to discuss scheduling a settlement conference is scheduled for

**Monday, December 15, 2025 at 4:00 p.m. ET** on the Court's Webex platform (the "Conference").

Because the discussion will relate to settlement, attendance at the Conference will be limited to

counsel for the parties.  See United States v. Glens Falls Newspapers, Inc., 160 F.3d 853, 857–58

(2d Cir. 1998) (concluding that presumption of public access to settlement negotiations is "non-

existent" and discussing importance of maintaining confidentiality of settlement discussions).

The parties shall be prepared to discuss their availability, and that of their clients, for a settlement

conference, as well as their preferred format for the settlement conference (in-person, by

telephone, or by videoconference).

The parties must promptly execute and return the annexed Attendance Acknowledgement Form with the names and email addresses of the individuals who will be attending the Conference, following which the Court will provide a link for the Conference.

Dated:     New York, New York
           December 10, 2025

                         SO ORDERED.

                         _____
                         **SARAH L. CAVE**
                         **United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER:** _____

I represent the ☐ Plaintiff ☐ Defendant

☐ I acknowledge that I am attending a virtual conference in **through the Court's Webex platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

 Next to the name of each conference participant, please indicate the email address to which the Webex invitation should be sent.

_____          _____
Signature                                     Date


_____
Name (print)