# PRIVILEGE LOG ENTRY NO. 009
# SUBMITTED UNDER SEAL