# PRIVILEGE LOG ENTRY NO. 010
# SUBMITTED UNDER SEAL