# PRIVILEGE LOG ENTRY NO. 011
# SUBMITTED UNDER SEAL