# PRIVILEGE LOG ENTRY NO. 012
# SUBMITTED UNDER SEAL