# PRIVILEGE LOG ENTRY NO. 013
# SUBMITTED UNDER SEAL