# PRIVILEGE LOG ENTRY NO. 014
# SUBMITTED UNDER SEAL