# PRIVILEGE LOG ENTRY NO. 021
# SUBMITTED UNDER SEAL