# PRIVILEGE LOG ENTRY NO. 025
# SUBMITTED UNDER SEAL