# PRIVILEGE LOG ENTRY NO. 035
# SUBMITTED UNDER SEAL