# PRIVILEGE LOG ENTRY NO. 037
# SUBMITTED UNDER SEAL