# PRIVILEGE LOG ENTRY NO. 041
# SUBMITTED UNDER SEAL