# PRIVILEGE LOG ENTRY NO. 042
# SUBMITTED UNDER SEAL