# PRIVILEGE LOG ENTRY NO. 043
# SUBMITTED UNDER SEAL