# PRIVILEGE LOG ENTRY NO. 044
# SUBMITTED UNDER SEAL