# PRIVILEGE LOG ENTRY NO. 045
# SUBMITTED UNDER SEAL