# PRIVILEGE LOG ENTRY NO. 047
# SUBMITTED UNDER SEAL