# PRIVILEGE LOG ENTRY NO. 051
# SUBMITTED UNDER SEAL