# PRIVILEGE LOG ENTRY NO. 052
# SUBMITTED UNDER SEAL