# PRIVILEGE LOG ENTRY NO. 053
# SUBMITTED UNDER SEAL