# PRIVILEGE LOG ENTRY NO. 056
# SUBMITTED UNDER SEAL