# PRIVILEGE LOG ENTRY NO. 057
# SUBMITTED UNDER SEAL