# PRIVILEGE LOG ENTRY NO. 063
# SUBMITTED UNDER SEAL