# PRIVILEGE LOG ENTRY NO. 064
# SUBMITTED UNDER SEAL