# PRIVILEGE LOG ENTRY NO. 065
# SUBMITTED UNDER SEAL