# PRIVILEGE LOG ENTRY NO. 067
# SUBMITTED UNDER SEAL