# PRIVILEGE LOG ENTRY NO. 068
# SUBMITTED UNDER SEAL