# PRIVILEGE LOG ENTRY NO. 069
# SUBMITTED UNDER SEAL