# PRIVILEGE LOG ENTRY NO. 070
# SUBMITTED UNDER SEAL