# PRIVILEGE LOG ENTRY NO. 071
# SUBMITTED UNDER SEAL