# PRIVILEGE LOG ENTRY NO. 072
# SUBMITTED UNDER SEAL