# PRIVILEGE LOG ENTRY NO. 074
# SUBMITTED UNDER SEAL