# PRIVILEGE LOG ENTRY NO. 075
# SUBMITTED UNDER SEAL