# PRIVILEGE LOG ENTRY NO. 076
# SUBMITTED UNDER SEAL