# PRIVILEGE LOG ENTRY NO. 079
# SUBMITTED UNDER SEAL