# PRIVILEGE LOG ENTRY NO. 080
# SUBMITTED UNDER SEAL