# PRIVILEGE LOG ENTRY NO. 081
# SUBMITTED UNDER SEAL