# PRIVILEGE LOG ENTRY NO. 082
# SUBMITTED UNDER SEAL