# PRIVILEGE LOG ENTRY NO. 093
# SUBMITTED UNDER SEAL