# PRIVILEGE LOG ENTRY NO. 094
# SUBMITTED UNDER SEAL