# PRIVILEGE LOG ENTRY NO. 095
# SUBMITTED UNDER SEAL