# PRIVILEGE LOG ENTRY NO. 096
# SUBMITTED UNDER SEAL