# PRIVILEGE LOG ENTRY NO. 134
# SUBMITTED UNDER SEAL