# PRIVILEGE LOG ENTRY NO. 135
# SUBMITTED UNDER SEAL