# PRIVILEGE LOG ENTRY NO. 136
# SUBMITTED UNDER SEAL