# PRIVILEGE LOG ENTRY NO. 137
# SUBMITTED UNDER SEAL