# PRIVILEGE LOG ENTRY NO. 138
# SUBMITTED UNDER SEAL