# PRIVILEGE LOG ENTRY NO. 139
# SUBMITTED UNDER SEAL