# PRIVILEGE LOG ENTRY NO. 140
# SUBMITTED UNDER SEAL