# PRIVILEGE LOG ENTRY NO. 141
# SUBMITTED UNDER SEAL