# PRIVILEGE LOG ENTRY NO. 142
# SUBMITTED UNDER SEAL