# PRIVILEGE LOG ENTRY NO. 143
# SUBMITTED UNDER SEAL