# PRIVILEGE LOG ENTRY NO. 143A
# SUBMITTED UNDER SEAL