# PRIVILEGE LOG ENTRY NO. 145
# SUBMITTED UNDER SEAL