# PRIVILEGE LOG ENTRY NO. 146
# SUBMITTED UNDER SEAL