# PRIVILEGE LOG ENTRY NO. 147
# SUBMITTED UNDER SEAL