# PRIVILEGE LOG ENTRY NO. 148
# SUBMITTED UNDER SEAL