# PRIVILEGE LOG ENTRY NO. 149
# SUBMITTED UNDER SEAL