# PRIVILEGE LOG ENTRY NO. 150
# SUBMITTED UNDER SEAL