# PRIVILEGE LOG ENTRY NO. 156
# SUBMITTED UNDER SEAL