# PRIVILEGE LOG ENTRY NO. 157
# SUBMITTED UNDER SEAL