# PRIVILEGE LOG ENTRY NO. 158
# SUBMITTED UNDER SEAL