# PRIVILEGE LOG ENTRY NO. 160
# SUBMITTED UNDER SEAL