# PRIVILEGE LOG ENTRY NO. 178
# SUBMITTED UNDER SEAL