# PRIVILEGE LOG ENTRY NO. 179
# SUBMITTED UNDER SEAL