# PRIVILEGE LOG ENTRY NO. 180
# SUBMITTED UNDER SEAL