# PRIVILEGE LOG ENTRY NO. 181
# SUBMITTED UNDER SEAL