# PRIVILEGE LOG ENTRY NO. 182
# SUBMITTED UNDER SEAL