# PRIVILEGE LOG ENTRY NO. 183
# SUBMITTED UNDER SEAL