# PRIVILEGE LOG ENTRY NO. 184
# SUBMITTED UNDER SEAL