# PRIVILEGE LOG ENTRY NO. 185
# SUBMITTED UNDER SEAL