# PRIVILEGE LOG ENTRY NO. 186
# SUBMITTED UNDER SEAL