# PRIVILEGE LOG ENTRY NO. 188
# SUBMITTED UNDER SEAL