# PRIVILEGE LOG ENTRY NO. 189
# SUBMITTED UNDER SEAL