# PRIVILEGE LOG ENTRY NO. 190
# SUBMITTED UNDER SEAL