# PRIVILEGE LOG ENTRY NO. 191
# SUBMITTED UNDER SEAL