# PRIVILEGE LOG ENTRY NO. 192
# SUBMITTED UNDER SEAL