# PRIVILEGE LOG ENTRY NO. 196
# SUBMITTED UNDER SEAL