# PRIVILEGE LOG ENTRY NO. 197
# SUBMITTED UNDER SEAL