# PRIVILEGE LOG ENTRY NO. 198
# SUBMITTED UNDER SEAL