# PRIVILEGE LOG ENTRY NO. 199
# SUBMITTED UNDER SEAL