# PRIVILEGE LOG ENTRY NO. 200
# SUBMITTED UNDER SEAL