# PRIVILEGE LOG ENTRY NO. 201
# SUBMITTED UNDER SEAL