# PRIVILEGE LOG ENTRY NO. 210
# SUBMITTED UNDER SEAL