# PRIVILEGE LOG ENTRY NO. 211
# SUBMITTED UNDER SEAL