# PRIVILEGE LOG ENTRY NO. 212
# SUBMITTED UNDER SEAL