# PRIVILEGE LOG ENTRY NO. 214
# SUBMITTED UNDER SEAL