# PRIVILEGE LOG ENTRY NO. 215
# SUBMITTED UNDER SEAL