# PRIVILEGE LOG ENTRY NO. 216
# SUBMITTED UNDER SEAL