# PRIVILEGE LOG ENTRY NO. 217
# SUBMITTED UNDER SEAL