# PRIVILEGE LOG ENTRY NO. 218
# SUBMITTED UNDER SEAL