# PRIVILEGE LOG ENTRY NO. 219
# SUBMITTED UNDER SEAL