# PRIVILEGE LOG ENTRY NO. 222
# SUBMITTED UNDER SEAL