# PRIVILEGE LOG ENTRY NO. 223
# SUBMITTED UNDER SEAL