# PRIVILEGE LOG ENTRY NO. 225A Redacted
# SUBMITTED UNDER SEAL