# PRIVILEGE LOG ENTRY NO. 225A
# SUBMITTED UNDER SEAL