# PRIVILEGE LOG ENTRY NO. 228
# SUBMITTED UNDER SEAL