# PRIVILEGE LOG ENTRY NO. 229
# SUBMITTED UNDER SEAL