# PRIVILEGE LOG ENTRY NO. 230
# SUBMITTED UNDER SEAL