# PRIVILEGE LOG ENTRY NO. 231
# SUBMITTED UNDER SEAL