# PRIVILEGE LOG ENTRY NO. 232
# SUBMITTED UNDER SEAL