# PRIVILEGE LOG ENTRY NO. 233
# SUBMITTED UNDER SEAL