# PRIVILEGE LOG ENTRY NO. 234
# SUBMITTED UNDER SEAL