# PRIVILEGE LOG ENTRY NO. 235
# SUBMITTED UNDER SEAL