# PRIVILEGE LOG ENTRY NO. 236
# SUBMITTED UNDER SEAL