# PRIVILEGE LOG ENTRY NO. 246
# SUBMITTED UNDER SEAL