# PRIVILEGE LOG ENTRY NO. 248
# SUBMITTED UNDER SEAL