# PRIVILEGE LOG ENTRY NO. 249
# SUBMITTED UNDER SEAL