# PRIVILEGE LOG ENTRY NO. 257
# SUBMITTED UNDER SEAL