# PRIVILEGE LOG ENTRY NO. 259
# SUBMITTED UNDER SEAL