# PRIVILEGE LOG ENTRY NO. 265
# SUBMITTED UNDER SEAL