# PRIVILEGE LOG ENTRY NO. 266
# SUBMITTED UNDER SEAL