# PRIVILEGE LOG ENTRY NO. 267 Redacted
# SUBMITTED UNDER SEAL