# PRIVILEGE LOG ENTRY NO. 267
# SUBMITTED UNDER SEAL