# PRIVILEGE LOG ENTRY NO. 267B
# SUBMITTED UNDER SEAL