# PRIVILEGE LOG ENTRY NO. 268
# SUBMITTED UNDER SEAL