# PRIVILEGE LOG ENTRY NO. 271
# SUBMITTED UNDER SEAL