# PRIVILEGE LOG ENTRY NO. 272
# SUBMITTED UNDER SEAL