# PRIVILEGE LOG ENTRY NO. 274
# SUBMITTED UNDER SEAL