# PRIVILEGE LOG ENTRY NO. 275
# SUBMITTED UNDER SEAL