# PRIVILEGE LOG ENTRY NO. 276
# SUBMITTED UNDER SEAL