# PRIVILEGE LOG ENTRY NO. 277
# SUBMITTED UNDER SEAL