# PRIVILEGE LOG ENTRY NO. 278
# SUBMITTED UNDER SEAL