# PRIVILEGE LOG ENTRY NO. 289 Redacted
# SUBMITTED UNDER SEAL