# PRIVILEGE LOG ENTRY NO. 289
# SUBMITTED UNDER SEAL