# PRIVILEGE LOG ENTRY NO. 290 Redacted
# SUBMITTED UNDER SEAL