# PRIVILEGE LOG ENTRY NO. 290
# SUBMITTED UNDER SEAL