# PRIVILEGE LOG ENTRY NO. 291
# SUBMITTED UNDER SEAL