# PRIVILEGE LOG ENTRY NO. 291B
# SUBMITTED UNDER SEAL