# PRIVILEGE LOG ENTRY NO. 291C
# SUBMITTED UNDER SEAL