# PRIVILEGE LOG ENTRY NO. 292
# SUBMITTED UNDER SEAL