# PRIVILEGE LOG ENTRY NO. 293
# SUBMITTED UNDER SEAL