# PRIVILEGE LOG ENTRY NO. 295
# SUBMITTED UNDER SEAL