# PRIVILEGE LOG ENTRY NO. 297
# SUBMITTED UNDER SEAL