# PRIVILEGE LOG ENTRY NO. 298
# SUBMITTED UNDER SEAL