# PRIVILEGE LOG ENTRY NO. 299
# SUBMITTED UNDER SEAL