# PRIVILEGE LOG ENTRY NO. 301
# SUBMITTED UNDER SEAL