# PRIVILEGE LOG ENTRY NO. 302 Redacted
# SUBMITTED UNDER SEAL