# PRIVILEGE LOG ENTRY NO. 302
# SUBMITTED UNDER SEAL