# PRIVILEGE LOG ENTRY NO. 302A
# SUBMITTED UNDER SEAL