# PRIVILEGE LOG ENTRY NO. 303A Redacted
# SUBMITTED UNDER SEAL