# PRIVILEGE LOG ENTRY NO. 303A
# SUBMITTED UNDER SEAL