# PRIVILEGE LOG ENTRY NO. 305
# SUBMITTED UNDER SEAL