# PRIVILEGE LOG ENTRY NO. 310
# SUBMITTED UNDER SEAL