# PRIVILEGE LOG ENTRY NO. 311
# SUBMITTED UNDER SEAL