# PRIVILEGE LOG ENTRY NO. 313
# SUBMITTED UNDER SEAL