Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

December 12, 2025

VIA ECF

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

   Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

   On behalf of the Wayfarer Parties, we write pursuant to the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of the Wayfarer Parties' reply brief in further support of summary judgment as well as associated exhibits. The papers refer to discovery material designated "Confidential." Again, the Wayfarer Parties do not believe that much of this material should remain sealed and will raise these issues in the forthcoming motions over sealing.

       Respectfully submitted,

       /s/ *Alexandra A.E. Shapiro*
       Alexandra A.E. Shapiro
       Jonathan P. Bach
       Alice Buttrick
       Jason A. Driscoll
       SHAPIRO ARATO BACH LLP
       1140 Avenue of the Americas, 17th Floor
       New York, New York 10036
       (212) 257-4880
       ashapiro@shapiroarato.com
       jbach@shapiroarato.com
       abuttrick@shapiroarato.com
       jdriscoll@shapiroarato.com

       *Attorneys for the Wayfarer Parties*

cc:  All counsel (by ECF)