UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>               Plaintiff,<br><br>   -v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>               Defendants.<br><br>JENNIFER ABEL,<br><br>               Third-Party Plaintiff,<br><br>   -v-<br><br>JONESWORKS LLC,<br><br>              Third-Party Defendant. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**CERTIFICATE OF SERVICE**

I, Kevin Fritz, certify that on December 12, 2025, I served true and correct copies of Third-Party Plaintiff Jennifer Abel's reply memorandum in further support of her conditional motion for summary judgment and accompanying documents that were sealed or otherwise incapable of being filed on ECF, via email, on counsel listed on the attached service list.

Dated: December 15, 2025
      New York, New York

                                /s/ *Kevin Fritz*
                                Kevin Fritz
                                MEISTER SEELIG AND FEIN PLLC
                                125 Park Ave. 7th Floor
                                New York, NY 10017
                                Tel: (212)-655-3500
                                Email: kaf@msf-law.com

                                *Attorneys for Jennifer Abel*

**PROOF OF SERVICE**
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

**MANATT, PHELPS & PHILLIPS, LLP**                *Attorneys for Plaintiff*
Esra Hudson, Esq.
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 310-312-4381
Email: ehudson@manatt.com

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415-291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
Tel: 212-790-4500
Email: mbruno@manatt.com

**WILLKIE FARR & GALLAGHER LLP**              *Attorneys for Plaintiff*
Aaron E. Nathan, Esq.
787 7th Avenue
New York, NY 10019
Tel: 212-778-8000
Email: anathan@wilkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
Email: mgottlieb@willkie.com
          kbender@willkie.com

**DUNN ISAACSON RHEE LLP**                   *Attorneys for Plaintiff*
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email:  mgovernski@dirllp.com

| | |
|---|---|
| **HAYNES AND BOONE, LLP**<br>Laura Lee Prather<br>Michael Lambert<br>98 San Jacinto Boulevard<br>Suite 1500<br>Austin, TX 78701<br>Tel: 512-867-8400<br>Fax: 512-867-8470<br>Email: laura.prather@haynesboone.com<br>         Michael.lambert@haynesboone.com | *Attorneys for Plaintiff* |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Kristin Tahler<br>865 S. Figueroa Street<br>Ste 10th Floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3615<br>Email: kristintahler@quinnemanuel.com<br><br>Maaren Alia Shah<br>295 5th Avenue<br>New York, NY 10016<br>Tel: 212-849-7452<br>Email: maarenchoksi@quinnemanuel.com<br><br>Nicholas Inns<br>1300 I St NW<br>Suite 900<br>Washington, DC 20005<br>Tel: 202-774-6147<br>Email: nicholasinns@quinnemanuel.com | *Attorneys for Third Party Defendant Jonesworks LLC* |