```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
              :
BLAKE LIVELY, :
              :
              :
         Plaintiff, :
              :    24-cv-10049 (LJL)
    -v-       :
              :         ORDER
              :
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS, INC., :
              :
         Defendants. :
              :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff Blake Lively moves to compel the production of documents withheld by the Wayfarer Parties[1] on the basis of privilege. Dkt. Nos. 1029, 1032. On December 9, 2025, the Court directed the Wayfarer Parties to produce the materials for *in camera* review. Dkt. No. 1099.

Having reviewed the materials, the Court finds that the following entries on the Privilege Log at Dkt. No. 1106-1 do not qualify under the asserted privileges and therefore orders them produced: Entries 42, 44, 46, 52-53, 63-65, 76, 81-82, 150, 182-91, 201, 211-12, 215, 217-19, 229-36, 271-72, 274-75, 278, 301, 304. Furthermore, Entry 180 shall be produced, except for the messages at 1/13/2025 12:31:06 AM and 1/13/2025 12:35:30 AM, which may be redacted. Entry 228 shall be produced from the message at 1/24/2025 12:39:26 PM on down. The

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

preceding messages may be redacted.

The Wayfarer Parties shall produce the materials by December 22, 2025.

The Clerk of Court is respectfully directed to close Dkt. Nos. 1029 and 1032.

SO ORDERED.

Dated: December 18, 2025
       New York, New York

                                              LEWIS J. LIMAN
                                          United States District Judge