UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

                Plaintiff,

-v-

WAYFARER STUDIOS LLC, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 10049 (LJL) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the discussion during the video conference held on Monday, December 15, 2025, the Court orders as follows:

1. A counsel-only conference with counsel for Plaintiff to discuss settlement is scheduled for **Friday, January 23, 2026 at 10:00 a.m. ET in Courtroom 18A, 500 Pearl Street, New York, NY 10007**.

2. A counsel-only conference with counsel for Defendants to discuss settlement is scheduled for **Friday, January 23, 2026 at 11:00 a.m. ET in Courtroom 18A, 500 Pearl Street, New York, NY 10007**.

Dated:    New York, New York
           December 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge