# Exhibit 2

Page 1

1                UNITED STATES DISTRICT COURT
2           FOR THE SOUTHERN DISTRICT OF NEW YORK
3                        ---oOo---
4
5    BLAKE LIVELY,
6                     Plaintiff,
7       vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)
                             25-CV-449 (LJL) (MEMBER CASE)
8
     WAYFARER STUDIOS LLC, ET AL.
9
                     Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17   **REPORTER'S TRANSCRIPT OF COURT CALL PROCEEDINGS**
18      TAKEN DURING THE VIDEO-RECORDED DEPOSITION OF
19                   NICOLE ALEXANDER
20      WITH ALL PARTIES APPEARING TELEPHONICALLY
21             Monday, December 15, 2025
22
23
24   Stenographically Reported by:  Ashley Soevyn,
25   CALIFORNIA CSR No. 12019

Page 14

1    separately with the court reporter.  But let me hear
2    from Mr. Fritz.
3              MR. FRITZ:  Thank you.
4              MS. GOVERNSKI:  Your Honor, I just want
5    to make one quick correction.  We did not submit the
6    9/29 letter to the Court.  I misspoke.  We submitted
7    it to the other side.  I just wanted to make sure
8    the record is clear.
9              THE COURT:  Mr. Fritz.
10             MR. FRITZ:  Thank you, Your Honor.
11   Unfortunately, Ms. Governski's recitation is
12   completely inaccurate.  The way the deposition
13   started was ███████████████████████████████
     ██████████████████████████████████████  ████
     ████████████████████████████████████████████
     ██████████████████████    █████████████████
     ████████████████████████████████████████
     ███████████████████████████████████████
19             THE COURT:  What is wrong?  ████████████
     ████████████████████████████████████
21             MR. FRITZ:  That's right.  But the
22   specifics I don't believe were necessary, Your
23   Honor.
24             Then there was an objection ██████
     ██████████████████████████████████████████████

Page 15

1     ████████████

2          THE COURT:  With an expert?  A testifying

3  expert?  I don't think that's an objection that you

4  would enjoy with a testifying expert.

5          MR. FRITZ:  The witness testified that

6  ████████████████████████████████████████

█  ███████████████████████  ████████████████

█  ██████████████████████████████████████

█  ██████████████████████████████████  ███

█  ███████████████████████████████████████

█  █████████  ████████████████████████████

█  █████████████████████████████████████████

█  ███████████████████████████████████

█  █████████████████

15      ██████████████████████████████

█  ███████████████████████████████

█  ███████████████████████████████████

█  ███████████████████████████████████

█  ████████████████████████████████████

█  ████████████████████████

█  ██████████████████████████████████████

█  ████████████████████████████████

█  ██████████████████████████████████████

█  ███████████  ████████████████████████

█  ██████████████████████████████████

Page 16



9          In the last instance, Your Honor, the

10   witness said ████████████████████████████████

18

25          So this summary by Ms. Governski about

Page 20

1          CERTIFICATE OF STENOGRAPHIC REPORTER
2    State of California  )
                          )
3    County of Los Angeles)
4          I, ASHLEY SOEVYN, Stenographic Court
5    Reporter at the Superior Court of California, County
6    of Los Angeles, do hereby certify:
7          That I was present at the time of the
8    above proceedings;
9          That I took down in machine shorthand
10   notes all proceedings had and testimony given;
11         That I thereafter transcribed said
12   shorthand notes with the aid of a computer;
13         That the above and foregoing is a full,
14   true, and correct transcription of said shorthand
15   notes, and a full, true and correct transcript
16   of all proceedings had and testimony taken;
17         That I am not a party to the action or
18   related to a party or counsel;
19         That I have no financial or other interest
20   in the outcome of the action.
21         Dated: December 16, 2025
22
23
24   _____
     ASHLEY SOEVYN
25   CSR No. 12019