# Exhibit 4

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5    BLAKE LIVELY,
 6              Plaintiff,
 7       vs.      CASE NO. 24-CV-10049-LJL (LEAD CASE)
                            25-CV-449 (LJL) (MEMBER CASE)
 8
      WAYFARER STUDIOS LLC, ET AL.
 9
                 Defendants.
10    _____
      JENNIFER ABEL,
11              Third-party Plaintiff,
         vs.
12    JONESWORKS, LLC,
                Third-party Defendant.
13    _____
      WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
         vs.
15    BLAKE LIVELY, et al.
                Consolidated Defendants.
16    _____
17                    **CONFIDENTIAL**
18
19        VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20                 Los Angeles, California
21               Wednesday, October 8, 2025
22
23    Stenographically Reported by:  Ashley Soevyn,
      CALIFORNIA CSR No. 12019
24
25
```

Page 386

1      Q    Are you refusing to answer questions
2  unless you read this entire document?
3           MS. SHAPIRO:  Objection.
4           THE WITNESS:  If you're going to ask me
5  something about a document, I just want to be able
6  to read it.
7  BY MS. HUDSON:
8      Q    I -- go ahead.  Finish reading it.
9  You've already read about half of it.  You can
10 finish.
11     A    No, I hadn't.  I would like to read it.
12 If you're going to ask me, I just -- I just want to
13 be -- understand what I'm responding to.
14          MS. HUDSON:  Okay.  Let's go off the
15 record.
16          MS. SHAPIRO:  We're not going off the
17 record.
18          MS. HUDSON:  I'm taking a break.  Yes, we
19 are.
20          MS. SHAPIRO:  We're not going off the
21 record.
22          MS. HUDSON:  Yes, we are.  Yes, we are.
23 It's not up to you.  This is my deposition.  We're
24 going to go off the record.
25          MR. BACH:  How much time is left?

CONFIDENTIAL

Page 387

```
 1              MS. SHAPIRO:  There's six-minutes left.
 2     Oh, sorry, seven minutes.
 3              MS. HUDSON:  Okay.  I have seven minutes.
 4              THE VIDEOGRAPHER:  Nine minutes left.
 5              MS. HUDSON:  Nine.  There you go.  We're
 6     gonna take a 10-minute break.  We'll come back for
 7     the last nine.
 8              MR. BACH:  Let's make a record before you
 9     go.  Let's make a record.
10              (Cross talk.)
11              MS. HUDSON:  Not on the record.  Not on
12     my time.
13              MR. BACH:  Can we go on the record?
14              MS. HUDSON:  Absolutely not.  Okay.  You
15     can go on the record and make any statement you
16     want --
17              MR. BACH:  I'm going to go on the record.
18              MS. HUDSON:  -- but you're not taking my
19     nine minutes.  I'm not -- you are not taking my nine
20     minutes to make a record.
21              MS. SHAPIRO:  So you can ask more
22     questions about a dead former client of one of the
23     lawyers in this case?
24              MS. HUDSON:  If you want to make a --
25              MS. SHAPIRO:  And how is that -- how is
```

1   that proper?
2              MS. HUDSON:  I understand that you are
3   new to this case, and you don't understand
4   everything.
5              MR. BACH:  I want to go on the record.  I
6   don't care whether --
7              (Cross talk.)
8              MS. SHAPIRO:  I'm new to this case, but
9   I'm not new to the practice of law.  I've been
10  practicing law for over 30 years.  I know the rules,
11  ma'am.
12             MS. HUDSON:  We're going off the record.
13  I have nine minutes left, and I'm going to use them
14  to ask some questions.  If you want to make a
15  record, you can add time and make whatever record
16  you want.
17             MR. BACH:  Okay.
18             MS. HUDSON:  Okay?  Will you agree that
19  you will -- this is not counting against my nine
20  minutes?
21             MR. BACH:  That's fine.  But I want it on
22  the record.  I want a record of what's happened.
23             MS. HUDSON:  You -- you want a record of
24  what's happened?
25             MR. BACH:  Yes.

Page 389

1  MS. HUDSON: You can make a record if --
2  if you will --
3  MR. BACH: I would like to, if you will
4  let me.
5  MS. HUDSON: If -- I will let you if you
6  will agree that it is not going to impact my nine
7  minutes.
8  MR. BACH: I've already said fine to
9  that. Do I need to say it again?
10  MS. HUDSON: Okay. You can make whatever
11  record you want. I'm going to take a break.
12  MR. BACH: Okay. Can we go on the record
13  for this?
14  MS. HUDSON: You don't need the video for
15  this. You can just do it for the --
16  MR. BACH: I'll do it on the video.
17  We're -- I don't need the video.
18  THE VIDEOGRAPHER: We're still on the
19  record.
20  MR. BACH: Are we on the record?
21  Yeah, I just want to say, we had a break
22  less than an hour ago. We made clear to counsel
23  that we didn't want another break, that this same
24  witness is being deposed tomorrow. That this
25  process is exhausting. That he's expected to

1    testify for another seven hours plus breaks
2    tomorrow.
3            She came back from a break and part of
4    her questioning had nothing whatsoever to do with
5    the claims and defenses in this case.  She was
6    clearly at the point where the questioning becomes
7    optional and rhetorical, and she engaged in a series
8    of questions aimed to drive a wedge between this
9    deponent and his lawyer, and to tarnish the
10   reputation of the lawyer.  That is how she has used
11   her time --
12           MS. HUDSON:  This has nothing --
13           MR. BACH:  Excuse me.  I'm making a
14   record.
15           MS. HUDSON:  Then we are going to excuse
16   the witness from the room because you are speaking
17   and coaching the witness right now.
18           MR. BACH:  I am not coaching the witness
19   at all.
20           MS. HUDSON:  This is totally
21   inappropriate.  This is totally inappropriate.  You
22   are coaching the witness.  You are making a very
23   long speaking objection.  It -- there is no purpose.
24   There's no judge in the room.  Everything that
25   you're saying is -- you can make an argument about

CONFIDENTIAL

Page 391

1    it.  We're not going to do this in front of the
2    witness.
3              MR. BACH:  Technically, a speaking
4    objection is when there's a question pending and you
5    object to the question.
6              MS. HUDSON:  No.
7              MR. BACH:  I'm not objecting to --
8              (Cross talk.)
9              MS. HUDSON:  Speaking on the record is
10   not permitted like this.  You're objecting to the
11   break.  Objection noted.  We're taking a break.
12             MR. BACH:  All right.  This isn't -- this
13   is silly.
14             MS. HUDSON:  Okay.
15             MR. BACH:  This is silly.
16             MS. HUDSON:  I do not want you to coach
17   the witness anymore and --
18             MS. SHAPIRO:  We're not coaching the
19   witness.
20             MS. HUDSON:  -- make other statements on
21   the record about the witness.  If you insist on
22   doing that, the witness should leave the room.
23   Okay?
24             MR. BACH:  I am going to defer to you in
25   every respect.  Whatever I need to do to let you

Page 392

1    make my statement on the record, I'm going to do.
2    Okay?
3              MS. HUDSON:  Then you can excuse the
4    witness from the room if you insist on making this
5    statement.
6              MR. BACH:  Okay.  Jamey, go outside.  Go
7    outside, as I continue.
8              After we made clear our concerns about
9    breaks, the witness is --
10             MS. HUDSON:  Yeah.  I would like to also
11   note that you are not the -- the -- you are not the
12   representative lawyer.
13             MR. BACH:  If you cut me off again, I'm
14   going to call Judge Hyman on the phone now.
15             MS. HUDSON:  You want to tell him that
16   you, who are not defending the deposition, are
17   wanting to make a ten-minute speaking objection?
18             MR. BACH:  Can you let me speak and then
19   you can make whatever speech you want about me and
20   you can say whatever you want about me.  But you are
21   going to let me --
22             (Cross talk.)
23             MS. HUDSON:  Yeah, Mr. Bach, you are not
24   defending this deposition.  You are a participant
25   here who has decided to make a speech on the record.

CONFIDENTIAL

Page 393

1  MR. BACH: We're not kids on a
2  playground. You just said if Mr. Heath left the
3  room, I could make my statement. Now you're not
4  letting me make my statement. Can I make my
5  statement?
6  MS. HUDSON: You can make your statement
7  over my objection. Okay? That you --
8  MR. BACH: Just let me know when I can
9  make my --
10  MS. HUDSON: -- you should --
11  MR. BACH: -- statement. I'm just going
12  to sit here and not say --
13  MS. HUDSON: -- you should not be making
14  any statement on the record.
15  MR. BACH: -- anything until you tell me
16  I can make my statement.
17  MS. HUDSON: If you -- you are disrupting
18  the deposition in order to make a statement as the
19  non-defending lawyer in this deposition.
20  MR. BACH: Are you done?
21  MS. HUDSON: And if you -- I don't agree.
22  I excused the witness. If you want to continue, I'm
23  just going to let you do this so we can finish this
24  deposition. And then we're going to take a break,
25  and we're going to take our last nine minutes. So

CONFIDENTIAL

Page 394

1    if you want to make this statement, for whatever
2    reason, go ahead.
3             MR. BACH:  Are you done?
4             MS. HUDSON:  I am done.
5             MR. BACH:  Okay.  Can I talk?
6             MS. HUDSON:  You can talk.
7             MR. BACH:  Okay.
8             As I've been saying, after we made clear
9    that we're concerned about the breaks, we're
10   concerned about the witness being tired, the next
11   line of questioning had to do -- had nothing to do
12   with the case, but simply had to do with the client
13   and his lawyer and trying to drive a wedge.  And
14   now, the questioning lawyer wants to take yet
15   another break.  It's clear from the content of her
16   questioning that she's no longer focused on the
17   merits of the case, and that she's conducted her
18   substantive questioning.
19            I don't see another need for a break.  I
20   think the deposition is practically over.  The
21   client is tired and has to go tomorrow.  I think
22   this is abusive.  I think it's unnecessary, and I
23   object.
24            MS. HUDSON:  All right.  Ten minutes.
25   Off the record.  Thank you.

CONFIDENTIAL

Page 404

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 10th day of October 2025.

*[signature]*

ASHLEY SOEVYN

CSR No. 12019