```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLAKE LIVELY, :
:
Plaintiff, :
: 24-cv-10049 (LJL)
-v- :
: ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE, :
STREET RELATIONS, INC., :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The sealing deadlines are amended as follows: Parties and third parties shall file opening sealing requests by January 5, 2026. Opposing sealing briefs shall be filed by January 12, 2026.

Both parties consent to the extension of the previously established deadline of December 19, 2025 to make motions for continued sealing. Dkt. Nos. 1128, 1130. By giving the parties time to meet and confer to agree upon portions of documents that indisputably should be sealed (including private telephone numbers, email addresses, medical information and the like), the Court anticipates that it will be able to release to the public more quickly that information that should be publicly disclosed. The parties disagree on the timetable for such motions. Lively, supported by third parties, suggests that the parties exchange highlighted documents indicating their respective sealing requests by December 29, 2025, that the parties and third parties file opening sealing briefs by January 6, 2026, and that opposing briefs be filed by January 13, 2026. Dkt. No. 1128 at 1. The Wayfarer Parties propose that opening briefs be filed by December 29,

2025, and opposition briefs be due on January 9, 2026. Dkt. No. 1130. Their request does not mention the time for meet and confers. The difference between the parties amounts to about a week on the front end and a weekend and one business day on the back end.

The Court has been vigilant throughout these proceedings to protect the public's right to information to which it is constitutionally entitled to receive. The public has a right to know how taxpayer dollars are being used, and the Court intends to unseal materials before argument on the motions for summary judgment, and certainly before a decision on the motion for summary judgment. At the same time, however, both parties have made claims to protect the privacy rights of third parties in particular throughout these proceedings and the interests of such parties are entitled to be given weight. The Court's Order is intended to accomplish those sometimes-competing objectives.

The Wayfarer Parties object to the dates proposed by Lively on the basis that Lively will have had roughly two months to prepare her sealing motions while they will have had only one week to file their opposition. But the one-week deadline to file oppositions applies to everyone. Lively will have one week to object to the sealing requests of the Wayfarer Parties, just as the Wayfarer Parties will have one week to object to the sealing requests of Lively. And the Wayfarer Parties can begin formulating their response before receiving Lively's opening sealing submissions, as the parties have agreed to exchange their respective sealing requests prior to filing their opening submissions with the Court.

The Wayfarer Parties also assert that Lively's reliance on the needs of third parties is "disingenuous." But each side has an obligation to protect the rights of third parties. And each side has throughout these proceedings.

SO ORDERED.

Dated: December 19, 2025
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge