# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

December 20, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

      Plaintiff Blake Lively respectfully submits this notice to correct Ms. Lively's letter-motion to seal, filed December 19, 2025 (Dkt. No. 1131), and to provide the Court with an unredacted copy of Exhibit 2 to Ms. Lively's letter-motion to compel and for sanctions ("Exhibit 2"; Dkt. No. 1132-2). The letter-motion to seal requests that the Court preliminarily seal Exhibit 2. Exhibit 2 is an excerpt of the Court's December 15, 2025 public proceedings concerning the deposition of one of the Wayfarer Defendants'[1] designated experts, Nicole Alexander, which was inadvertently filed under seal. An unredacted copy of Exhibit 2 is attached hereto as Exhibit A.

                                    Respectfully submitted,

                                      */s/ Michael J. Gottlieb*
                                      WILLKIE FARR & GALLAGHER LLP
                                      Michael J. Gottlieb
                                      Kristin E. Bender
                                      1875 K Street NW
                                      Washington, DC 20006
                                      (202) 303-1000
                                      mgottlieb@willkie.com
                                      kbender@willkie.com

---

[1] The "Wayfarer Defendants" shall refer to Justin Baldoni, Jamey Heath, Wayfarer Studios LLC, It Ends With Us Movie LLC, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

December 20, 2025
Page 2

        Aaron E. Nathan
        Michaela A. Connolly
        787 7th Avenue
        New York, NY 10019
        (212) 728-8000
        anathan@willkie.com
        mconnolly@willkie.com

        MANATT, PHELPS & PHILLIPS, LLP
        Esra A. Hudson (admitted *pro hac vice*)
        Stephanie A. Roeser (admitted *pro hac vice*)
        Sarah E. Moses (admitted *pro hac vice*)
        2049 Century Park East, Suite 1700
        Los Angeles, CA 90067
        (310) 312-4000
        ehudson@manatt.com
        sroeser@manatt.com

        Matthew F. Bruno
        7 Times Sq.
        New York, NY 10036
        (212) 790-4500
        mbruno@manatt.com

        DUNN ISAACSON RHEE LLP
        Meryl C. Governski (admitted *pro hac vice*)
        401 Ninth Street, NW
        Washington, DC 20004
        (202) 240-2900
        mgovernski@dirllp.com

        *Attorneys for Blake Lively*