UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>        Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>        Defendants.<br><br>JENNIFER ABEL,<br><br>        Third-Party Plaintiff,<br><br>-v-<br><br>JONESWORKS LLC,<br><br>        Third-Party Defendant. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**CERTIFICATE OF SERVICE**

I, Kevin Fritz, certify that on December 23, 2025, I served true and correct copy of Exhibit 2 to the Declaration of Kevin Fritz submitted by the Wayfarer Parties in opposition to Blake Lively's motion for sanctions and other relief that was sealed or otherwise incapable of being filed on ECF, via email, on counsel listed on the attached service list.

Dated: December 26, 2025
    New York, NY

                                           /s/ *Kevin Fritz*
                                           Kevin Fritz
                                           MEISTER SEELIG AND FEIN PLLC
                                           125 Park Ave. 7th Floor
                                           New York, NY 10017
                                           Tel: (212)-655-3500
                                           Email: kaf@msf-law.com

**SERVICE LIST**
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

Katherine Porter, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Email: kporter@akingump.com
*Counsel for non-party Jenny Slate*