AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Blake Lively | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-10049-LJL |
| Wayfarer Studios LLC, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Betty B Holdings, LLC    .

Date:   1/5/2026

/s/ Rachel Penski Fissell
*Attorney's signature*

Rachel Penski Fissell (NY ID: 4399622)
*Printed name and bar number*
605 Third Avenue
New York, NY 10158

*Address*

rfissell@katskykorins.com
*E-mail address*

(212) 716-3390
*Telephone number*

*FAX number*