# Exhibit 183

# Filed Under Seal

