# Exhibit 209

# Short Message Report

| Conversations: 1      | Participants: 3           |
| Total Messages: 18    | Date Range: 10/21/2024    |

## Outline of Conversations

 **Conversation 001775** • 18 messages on 10/21/2024 • Breanna  Redacted  • Melissa Nathan  Redacted  • Self  Redacted 

ATTORNEYS' EYES ONLY

**Messages in chronological order** (times are shown in GMT -05:00)

### Conversation 001775

**B** — **Breanna** [Redacted] — 10/21/2024, 8:58 AM
Morning Jed - wanted to connect us together re: [redacted] and next steps. I'm working on a scope of services to have on hand. Is there any specific language from your end to include?

**J** — **Self** [Redacted] — 10/21/2024, 9:34 AM
I'd use whatever you included in the [redacted] or [redacted] language but essentially (per our [redacted] call), this is a full digital assessment and subsequent strategy that deploys a 360° digital campaign to cover any and all conceivable issues. Keep it vague - we don't even know exactly how deep [redacted] issues are but judging from our call.. [redacted] does.

**B** — **Breanna** [Redacted] — 10/21/2024, 9:46 AM
Ok thank you

**J** — **Self** [Redacted] — 10/21/2024, 9:46 AM
Loved "Ok thank you "

**B** — **Breanna** [Redacted] — 10/21/2024, 10:29 AM
And Jed, how much are you charging for your services so we can plug in?

**B** — **Breanna** [Redacted] — 10/21/2024, 11:56 AM
Just sent you both the scope for review. Left fees blank until confirmed from your end, Jed. [emoji] I texted [redacted] asking for proper email address to send through our scope and engagement letter but yet to hear back

**MN** — **Melissa Nathan** [Redacted] — 10/21/2024, 12:04 PM
BB
We are going to do [redacted] and [redacted]

**B** — **Breanna** [Redacted] — 10/21/2024, 12:33 PM
Ok sounds good

**B** — **Breanna** [Redacted] — 10/21/2024, 12:33 PM
And neither of you have an email for this team, right? He still hasn't gotten back to me to send through

**B** — **Breanna** [Redacted] — 10/21/2024, 12:34 PM
And [redacted] minimum?

**MN** — **Melissa Nathan** [Redacted] — 10/21/2024, 1:05 PM
No, let me ask Jay who introduced me

**B** — **Breanna** [Redacted] — 10/21/2024, 1:39 PM
Ok thank you - and confirming [redacted] minimum?

**MN** — **Melissa Nathan** [Redacted] — 10/21/2024, 1:45 PM
Yes ma'am

**B** — **Breanna** [Redacted] — 10/21/2024, 6:02 PM
Should we propose 4:30 pst / 7:30 est?

**J** — **Self** [Redacted] — 10/21/2024, 6:05 PM
Who is [redacted] and I will have very little time at 6:30 but let's make it happen.

ATTORNEYS' EYES ONLY

MN **Melissa Nathan** Redacted                                    10/21/2024, 6:06 PM
I have no idea

B **Breanna** Redacted                                             10/21/2024, 6:07 PM
Also it's an email of hers that he looped in so i don't even know if she is getting

MN **Melissa Nathan** Redacted                                    10/21/2024, 6:07 PM
Thanks, Nathan

ATTORNEYS' EYES ONLY                                                STREET 3.000494