# Exhibit 211

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 20 | Date Range: 10/28/2024 - 11/12/2024 |

## Outline of Conversations

 **Conversation 002137** • 20 messages between 10/28/2024 - 11/12/2024 • [Redacted]
Breanna [Redacted] • Melissa Nathan [Redacted] • Self [Redacted]

ATTORNEYS' EYES ONLY
STREET 3.000499

**Messages in chronological order** (times are shown in GMT -05:00)

| | | | |
|---|---|---|---|
| 🍎 | [Redacted] | | |
| MN | Melissa Nathan [Redacted] | | 10/28/2024, 3:49 PM |
| B | Breanna [Redacted] | | 10/28/2024, 5:10 PM |
| B | Breanna [Redacted] | | 10/28/2024, 5:10 PM |

*Attachment: F45E785F-971A-481D-A139-1C95641E985A.pluginPayloadAttachment (9 KB)*

| | | | |
|---|---|---|---|
| B | Breanna [Redacted]<br>Also flagging this that just broke | | 10/28/2024, 5:10 PM |
| J | Self [Redacted]<br>Thank you B! Handling the digital on this as we speak - [Redacted]<br>[Redacted] We will all monitor and manage. | | 10/28/2024, 5:14 PM |
| MN | Melissa Nathan [Redacted]<br>We have a plan.<br>Story won't run without us knowing- I've asked for a request for comment.<br>Jumping on the phone for about two hours now, but I'm free after that. | | 10/29/2024, 10:57 AM |
| J | Self [Redacted]<br>Loved [Redacted]<br>We have a plan. …" | | 10/29/2024, 10:57 AM |
| MN | Melissa Nathan [Redacted]<br>[Redacted]<br>Please do let us know if you'd like us to continue - we have a team on hold but just need feedback either way! Thanks so much | | 10/30/2024, 12:27 PM |
| ■ | [Redacted]<br>Let's try to talk tomorrow. This is a crazy week. I'm not especially worried about these stories because they are so far-fetched. I'm more excited about seeing the kind of work that you can do manipulating the SEO. | | 10/30/2024, 6:28 PM |
| J | Self [Redacted]<br>Loved [Redacted] | | 10/30/2024, 6:32 PM |
| J | Self [Redacted]<br>Let's discuss that - I'm most excited about that and what we found. | | 10/30/2024, 6:32 PM |
| MN | Melissa Nathan [Redacted]<br>Sounds good to us.<br>We will cancel the secondary call [Redacted]<br>And just work on SEO | | 10/31/2024, 10:57 AM |
| J | Self [Redacted]<br>[Redacted]<br>You had a chance to watch [Redacted] I made sure we included the piece about you, specifically and have the | | 10/31/2024, 3:54 PM |

ATTORNEYS' EYES ONLY

various teams heavily clipping and algorithm boosting it for you and all keywords I've got trending for you. This is how we do it ▮!

| | | | |
|---|---|---|---|
| MN | Melissa Nathan  **Redacted** | | 11/12/2024, 3:55 PM |
| | [OBJ] | | |
| MN | Melissa Nathan  **Redacted** | | 11/12/2024, 3:55 PM |
| | <Attachment - image/heic - Screenshot 2024-11-12 at 12.55.24.heic> | | |

*Attachment: Screenshot 2024-11-12 at 12.55.24.heic (100 KB)*

▮  ▮  **Redacted**           11/12/2024, 4:11 PM
Yeah. It would be good to suppress this story

J   Self ◂ **Redacted**           11/12/2024, 5:02 PM
Ok - I'll handle that and setup an algorithm to manage concerns related.

▮ ▮ **Redacted**           11/12/2024, 6:24 PM

J   Self ◂ **Redacted**           11/12/2024, 6:26 PM

▮ ▮ ▮           11/12/2024, 6:30 PM