# Exhibit 212

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 2 | Date Range: 11/19/2024 - 11/22/2024 |

**Outline of Conversations**

 **Conversation 002176** · 2 messages between 11/19/2024 - 11/22/2024 · [Redacted] Melissa Nathan < [Redacted] > · Self < [Redacted] > · [Redacted] [Redacted]



EXHIBIT 9

ATTORNEYS' EYES ONLY

STREET 3.000204
STREET 3.000204

**Messages in chronological order** (times are shown in GMT -06:00)



Conversation 002176

J   Self <​███████████​>   11/19/2024, 7:29 PM
Got that one in the system / on it.

J   Self <​███████████​>   11/22/2024, 2:33 PM
https://www.reddit.com/r███████
https://www.reddit.com/r███████
https://www.reddit.com/r███████
https://www.reddit.com/r███████
https://www.reddit.com/r███████

█ the reason I"m just showing those specific links is because they were all created in the last 60 minutes or so. it is CONSTANT and EVERYWHERE. There"s some ███ stuff, but it gets buried by whomever is running the opposition campaign. I need to be able to throw a ton of upvotes at the stuff that is rah rah fo███ especially in ███ circles where it might get back to ███ and need to downvote everything else that"s acting as a drag on ███ as part of our mandate from you and yours.

ATTORNEYS' EYES ONLY

STREET 3.000205
STREET 3.000204