# Exhibit 215

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 31 | Date Range: 6/4/2024 - 6/20/2024 |

### Outline of Conversations

 **Conversation 001675** · 31 messages between 6/4/2024 - 6/20/2024 · [Redacted]
[Redacted] · Melissa Nathan [Redacted] · Self [Redacted]



EXHIBIT
14

ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　STREET 3.000495

**Messages in chronological order** (times are shown in GMT -06:00)

### Conversation 001675

**[Redacted]** — 6/4/2024, 6:52 AM
Good morning favorite team

Let's pls talk asap when u are up

**MN — Melissa Nathan [Redacted]** — 6/4/2024, 6:58 AM
Good morning !
Missed your call last night as I was asleep …
I can chat in 30 mins ?

**[Redacted]** — 6/4/2024, 6:58 AM
No worries let's do it

**[Redacted]** — 6/4/2024, 7:04 AM
Jed u free

**[Redacted]** — 6/4/2024, 7:35 AM
Jed with the kids this morning

Melissa call when free pls

**J — Self [Redacted]** — 6/4/2024, 7:39 AM
My favorite family - I've got the plan for infrastructure. Talk first / I'll make sure the rest works.

It's on but will need the most absolute secure process and upfront infrastructure. I've got it - family!!

**[Redacted]** — 6/4/2024, 7:39 AM
Loved "My favorite family - I've got the plan for infrast…"

**[Redacted]** — 6/4/2024, 8:26 AM
Melissa may I have a quick SOW to share with him

Going to him with an all in rate for u Jed and Freedman

The dream team

**MN — Melissa Nathan [Redacted]** — 6/4/2024, 8:27 AM
Sure !
Let me get something quickly together

**[Redacted]** — 6/4/2024, 8:27 AM
Loved "Sure !
Let me get something quickly together "

**MN — Melissa Nathan [Redacted]** — 6/4/2024, 8:57 AM
SOW:

•Manage multipart strategy- Legal/Crisis PR/Media/Digital

•Using strong media relationships we will work with full team to create new stories / headlines and to show the lengths of extortion over the time period

•Work with legal to ensure all and any statements and any storylines are approved from a legal standpoint

•Creation of statement / statements if need be

ATTORNEYS' EYES ONLY                                                                                                          STREET 3.000496

- Serve as incoming team for all media enquiries solely for this matter
- Work alongside digital team to use any materials for placement
- Oversee forensics team who will initiate searches asap on the other party to mine and harvest all intelligence
- All relevant information found use to create external campaign to show ▮ agenda, ▮ credibility and point friendly reporters towards this ▮ platform we create
- Have the full deep fringe teams working on digital and physical investigation elements in including law enforcement
- Use our team of specialists to build all the digital (Reddit, site, X, 4 Chan, discord, etc) messaging to trend and dominate in client's favor
- Part of this scope will be to rebuild important relationships with legal entities, judges and law enforcement both domestically and internationally

| | | | |
|---|---|---|---|
| ▮ | ▮ Redacted | | 6/4/2024, 8:57 AM |
| | Loved "SOW:<br>•Manage multipart strategy- Legal/Crisis P…" | | |
| ▮ | ▮ Redacted | | 6/4/2024, 8:57 AM |
| | ? | | |
| MN | Melissa Nathan Redacted | | 6/4/2024, 8:57 AM |
| | Laughed at "?" | | |
| ▮ | ▮ Redacted | | 6/20/2024, 9:40 AM |
| | The band is band together | | |
| MN | Melissa Nathan Redacted | | 6/20/2024, 9:41 AM |
| | We never disbanded | | |
| ▮ | ▮ Redacted | | 6/20/2024, 9:41 AM |
| | Jed can we confirm when ▮<br>▮ will go up with it asap | | |
| ▮ | ▮ Redacted | | 6/20/2024, 9:41 AM |
| | Emphasized "We never disbanded" | | |
| MN | Melissa Nathan Redacted | | 6/20/2024, 9:46 AM |
| | I need to know when ▮ so I can run a new press run plzxx | | |
| ▮ | ▮ Redacted | | 6/20/2024, 9:46 AM |
| | No for sure don't want to make it worse! | | |
| MN | Melissa Nathan Redacted | | 6/20/2024, 9:48 AM |
| | I had ▮ removed from TMZ | | |
| ▮ | David Stromberg Redacted | | 6/20/2024, 9:48 AM |
| | Loved "I had ▮ removed from TMZ" | | |
| J | Self Redacted | | 6/20/2024, 9:49 AM |
| | Loved "I had ▮ removed from TMZ" | | |

|   |   |   |   |
|---|---|---|---|
|   | ■ | Redacted<br>Emphasized an audio message | 6/20/2024, 9:49 AM |
|   | ■ | Redacted<br><Attachment - image/tiff - IMG_4757.tiff> | 6/20/2024, 9:52 AM |
|   |   | Attachment: IMG_4757.tiff (2 MB) |   |
|   | ■ | Redacted<br>OBJ | 6/20/2024, 9:52 AM |
| MN |   | Melissa Nathan  Redacted<br>Loved an image | 6/20/2024, 9:52 AM |
| J |   | Self  Redacted<br>I'm on that MPack | 6/20/2024, 9:53 AM |
|   | ■ | Redacted<br>Loved "I'm on that MPack" | 6/20/2024, 9:53 AM |
| MN |   | Melissa Nathan  Redacted<br>I have a bunch of reporters good to go on the drop | 6/20/2024, 10:12 AM |
| J |   | Self  Redacted<br>Signal please | 6/20/2024, 10:30 AM |

ATTORNEYS' EYES ONLY

STREET 3.000498