# Exhibit 217

**▇▇▇▇▇ & ▇▇▇▇▇ Scope of Work**

_____

## Overview

TAG PR will work closely with ▇▇▇▇▇ and ▇▇▇▇▇ to design and implement a comprehensive communications strategy focused on protecting, enhancing, and expanding both ▇ personal brand and the overall brand of ▇▇▇▇▇ We will guide the team through this transition period as we work towards building a positive and proactive narrative.

As part of our efforts, we will curate a long-term strategy that includes a dual approach to both ▇ as an ▇▇▇▇▇ and the ▇▇▇▇▇ brand. Additionally, we will act as strategic advisors when it comes to any outward and as needed, inward, facing opportunities as they relate to ▇▇▇ announcements, personnel, crisis, and otherwise.

Our proactive media strategy will highlight the various angels and narratives important to the team, to establish proactive visibility amongst key audiences and guide the team through this time of change.

Our approach will include the following elements:

## Branding & Messaging

- Shape, protect, and advance the profile and reputation of ▇ and the brand, investors, partners and projects through proactive engagement with key media.
- Establish specific communications goals, priorities, and objectives for PR.
- Define target audiences and identify areas of focus and sensitivity.
- Review and refine existing communications materials and incorporate consistent, unified messaging, including and not limited to values and mission statements, bios, factsheets, talking points, press releases, statements, event and appearance materials, promotional language, and more.
- Organize a timeline for ▇▇ to establish key moments and determine accessible opportunities for both ▇ and ▇▇▇▇
- Manage media relations to ensure ▇▇ the brand, and its overall team and projects are positioned in a positive light.
- Catalog third party validators of ▇▇▇▇▇ to build credibility around the correct narrative and shape perception in the press and public.
- Monitor press coverage and social conversations in real time.
- Perform media training and prep sessions by drafting and reviewing talking points and facilitating mock interview experiences.

## Crisis, Mitigation

- TAG PR will support ▇ and ▇ with independent strategic counsel and perspective in addressing any further potential crisis.
- Curate statements, background information, and responses for press, reflecting the brand's core values and key messaging, as needed.
- Catalog third-party validators of ▇ to build credibility around their narrative and help shape perception in the press.
- Provide input on specific press inquiries and liaise with reporters to mitigate negative stories/correct inaccuracies.
- Advise on talking points for any press appearances or interviews, if/when a response is needed.
- Monitor coverage and social conversations in real time.

**Media Relations & Strategic Press**

- Identify and expand relationships with key reporters in ▇ ▇ – focusing on standalone pieces for ▇ and ▇ as well as with editorials and trend pieces.
- Monitor relevant coverage and social conversations while flagging, correcting, and updating as needed, adding statements and background.
- Solidify, strengthen, and expand the overall awareness of the ▇ brand and ▇
- Secure industry-focused opportunities across editorial and broadcast to plug projects, announcements, collaborations, successes, and other noteworthy items.
- Place stories across national news as it relates to upcoming notable moments and/or storylines for increased coverage and SEO purposes.

**Social & Digital**

The digital team will run a full audit of websites, social media, Google and Yahoo search, to recommend and implement the appropriate strategy across various channels & execution guidance.

This will include site optimizations, basic content creation, and keyword monitoring, to better rank within search engines. In addition, the digital team will perform development tasks as needed, including but not limited to website updates, adjustments, and bug fixes, in order to boost the SEO efforts along with updating with new content to enhance SEO efforts.

The social and digital team will work alongside the PR team to help amplify positive press as it occurs, and help to highlight news to communities, in forums, and otherwise. For social media, the team will claim, create, monitor, and optimize various online platforms including social media pages, Wikipedia, Google Knowledge Panel, to include

Instagram, X, TikTok, Facebook, YouTube, Snapchat, Tumblr, etc. to expand ▮ and ▮ digital footprint and online presence with the appropriate branding.

Deliverables include:

- Initial Audit and Report
- Online Branding Strategy and Management: Media Cleanup
    - Including guidance for digital content creation and distribution
    - Monitoring and optimization of social media, online branding and PR
    - Content Audit and Adjustments Recommendations
    - Monitor and report forums and other sites that are working against the brand or derogatory links
    - Using CTR manipulation and Contextual links push up Positive PR to change subject matter opinion on the 1st page of Google
    - Disavow and report outdated or cached non relevant links to the brand
    - Cleanup spam or negative links that are ranked within the SERP's
    - Work to remove links that are hurting the brand with legal team (this may be an additional fee depending on the content and platform)
- Search Engine Optimization: Audit and Strategy
    - Website Optimizations & Updates
        - Basic SEO practice implementation on all pages
        - Content updates and enhancements
        - SEO Corrections that stem from initial report & audit
        - Improvements to menu and overall website responsiveness
        - Improvements to website speed within the confines of plugins and assets

**Fees & Expenses**

Term: ▮▮▮  | Agency Fee: ▮▮▮

ATTORNEYS' EYES ONLY                                         STREET 3.000362