# Exhibit 235



# Street Relations

Date: October 1, 2024
Invoice #003TAG.JBWS

**INVOICE**
Street Relations, Inc.
Dripping Springs, TX 78620

TO  Wayfarer Studios
Customer ID

SHIP TO  Street Relations, Inc.
Dripping Springs, TX 78620

# *INVOICE*

| JOB | PAYMENT TERMS |
|---|---|
| Digital Consulting Strategy and Services for TAG.Wayfarer.JB | Due On Receipt |

| DESCRIPTION | TOTAL |
|---|---|
| Communication and Consulting Services – TAG.Wayfarer.JB 3 of 3 (10.5 -11.5) | $30,000 U.S. |
| | **TOTAL DUE** $30,000 U.S. |

Account Name:          , Account Number:         Bank Name:         Routing Number:
Bank Address: