# Exhibit 247

CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
2

    BLAKE LIVELY,              )
3        PLAINTIFF             )  CASE NO.
                               )  1:24-CV-10049-LJL
4   VS.                        )  (CONSOLIDATED WITH
                               )  1:25-CV-00449-LJL
5   WAYFARER STUDIOS LLC,      )
    JUSTIN BALDONI, JAMEY      )
6   HEATH, STEVE SAROWITZ,     )
    IT ENDS WITH US MOVIE      )
7   LLC, MELISSA NATHAN,       )
    THE AGENCY GROUP PR        )
8   LLC, AND JENNIFER ABEL,    )
         DEFENDANTS            )
9   _____   )  _____
    JENNIFER ABEL,             )
10       THIRD-PARTY           )
    PLAINTIFF                  )
11                             )
    VS.                        )
12                             )
    JONESWORKS LLC             )
13       THIRD-PARTY           )
    DEFENDANT                  )
14

         ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE
15                        OCTOBER 10
                         CONFIDENTIAL
16

17       ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE,
18   produced as a witness at the instance of the Jonesworks
19   and duly sworn, was taken in the above styled and
20   numbered cause on Friday, October 10, 2025, from 9:06
21   a.m. to 2:25 p.m., before Janalyn Elkins, CSR, in and
22   for the State of Texas, reported by computerized
23   stenotype machine, at the offices of Jackson Walker, 100
24   Congress Avenue, Suite 1100, Austin, Texas, pursuant to
     the Federal Rules of Civil Procedure and any provisions
25   stated on the record herein.

CONFIDENTIAL

1        A.   Yes.

2        Q.   Did you do any work with Mr. Freedman in

3    connection with █████████████

4                MR. COOLEY:  Objection.

5                THE WITNESS:  No.

6        Q.   (BY MS. TAHLER)  Mr. Wallace, who is paying

7    your legal fees in connection with this matter?

8        A.   That would be ████████

9        Q.   Do you have an indemnification agreement with

10   █████

11               MR. COOLEY:  Objection.

12               THE WITNESS:  I'm not aware of anything

13   like that.

14       Q.   (BY MS. TAHLER)  You're not aware of any

15   agreement you have with ████████

16               MR. COOLEY:  Objection.

17               THE WITNESS:  I'm not.

18       Q.   (BY MS. TAHLER)  Are you being paid for any

19   consulting services in connection with this matter?

20       A.   No.

21       Q.   Are you being compensated at all for your time

22   as an expert in connection with this matter?

23       A.   Not whatsoever.

24       Q.   Mr. Wallace, what is your preferred method of

25   communication for work?

CONFIDENTIAL

Page 155

1                     REPORTER'S CERTIFICATION

                    DEPOSITION OF JED WALLACE

2                     TAKEN OCTOBER 10, 2025

3             I, Janalyn Elkins, Certified Shorthand

4     Reporter in and for the State of Texas, hereby certify

5     to the following:

6             That the witness, JED WALLACE, was duly sworn

7     by the officer and that the transcript of the oral

8     deposition is a true record of the testimony given by

9     the witness;

10            That the original deposition was delivered to

11    KRISTIN TAHLER;

12            That a copy of this certificate was served on

13    all parties and/or the witness shown herein on

14    _____.

15            I further certify that pursuant to FRCP No.

16    30(f)(i) that the signature of the deponent was not

17    requested by the deponent or a party before the

18    completion of the deposition.

19            I further certify that I am neither counsel

20    for, related to, nor employed by any of the parties in

21    the action in which this proceeding was taken, and

22    further that I am not financially or otherwise

23

24

25

CONFIDENTIAL

Page 156

1       interested in the outcome of the action.

2               Certified to by me this 11th day of October

3         2025.

4

5                           JANALYN ELKINS

6                           Texas CSR 3631

                            Expiration Date 1/31/2027

7                           Veritext Legal Solutions

                            Firm Registration No. 571

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25