# EXHIBIT 59

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
     BLAKE LIVELY,                  )
 3       PLAINTIFF,                 )  CASE NO.
                                    )  1:24-CV-10049-LJL
 4   VS.                            )  (CONSOLIDATED WITH
                                    )  1:25-CV-00449-LJL
 5   WAYFARER STUDIOS LLC,          )
     JUSTIN BALDONI, JAMEY          )
 6   HEATH, STEVE SAROWITZ,         )
     IT ENDS WITH US MOVIE          )
 7   LLC, MELISSA NATHAN,           )
     THE AGENCY GROUP PR            )
 8   LLC, JENNIFER ABEL, JED        )
     WALLACE, AND STREET            )
 9   RELATIONS INC.,                )
         DEFENDANTS.                )
10   _____
     JENNIFER ABEL,                 )
11       THIRD-PARTY                )
         PLAINTIFF,                 )
12                                  )
     VS.                            )
13                                  )
     JONESWORKS LLC,                )
14       THIRD-PARTY                )
         DEFENDANT.                 )
15   _____
     WAYFARER STUDIOS LLC,          )
16   JUSTIN BALDONI, JAMEY          )
     HEATH, IT ENDS WITH US         )
17   MOVIE LLC, MELISSA             )
     NATHAN, JENNIFER ABEL,         )
18   AND STEVE SAROWITZ,            )
         CONSOLIDATED               )
19       PLAINTIFFS,                )
                                    )
20   VS.                            )
                                    )
21   BLAKE LIVELY, RYAN             )
     REYNOLDS, LESLIE               )
22   SLOANE, VISION PR,             )
     INC., AND THE NEW YORK         )
23   TIMES COMPANY,                 )
         CONSOLIDATED               )
24       DEFENDANTS.                )
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 197

1            (Exhibit No. 18 was marked.)
2        Q.  (BY MR. GOTTLIEB)  This is Exhibit 18.  And
3    Mr. Wallace, you've been handed a document marked as
4    Exhibit 18 bearing the Bates Nos. Street 3.0348 through
5    0355.  And let me know once you've had a chance to look
6    through it.
7        A.  Okay.
8        Q.  You've had a chance to look through Exhibit 18?
9        A.  I have.
10       Q.  And Exhibit 18 is an email exchange be an
11   attachment that involves you, a number of people from
12   TAG, and someone from ▮▮▮▮▮▮▮▮▮ is that right?
13       A.  Yes.
14       Q.  Is ▮▮▮▮▮▮ a client that you did any work
15   for around this time?
16       A.  ▮▮▮▮▮ a client of TAG's.
17       Q.  Okay.  A client of TAG's.  Did you or Street do
18   any work for ▮▮▮ in connection with TAG's services?
19       A.  I had a few consulting calls with ▮▮▮
20       Q.  Okay.  And this August -- this is August 3rd,
21   2024.  Is that around the same time that you began
22   working for -- performing the work that you did on
23   behalf of Wayfarer Studios?
24       A.  No.  It was later for Wayfarer.
25       Q.  A few days later?

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 198

1    A.    August 9th.
2    Q.    This was around the same time that you began
3  talking to Ms. Nathan about Mr. Baldoni and Wayfarer; is
4  that right?
5    A.    I don't recall.
6    Q.    Okay.  At most, then, I think what you're
7  saying it was six days apart from when you were engaged?
8    A.    According to this date, yes.
9    Q.    Okay.  And there is a scope of work for
10  ▇▇▇▇▇▇ that is attached to the end of this email
11  chain; is that right?
12    A.    Yes.
13    Q.    And ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14  ▇▇▇▇▇▇ is the first person to send an email -- oh,
15  lost your microphone.
16    A.    My bad.
17    Q.    No worries.
18          Am I right that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ is the
20  person who introduces or connects you with ▇▇▇▇▇▇▇▇
21  ▇▇▇▇▇▇▇▇▇▇?
22    A.    Yes.
23    Q.    Okay.  And at 8:28 p.m. on Friday, August 2nd,
24  you reply to the introduction that ▇▇▇▇▇▇ has sent;
25  is that right?

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 352

1  interested in the outcome of the action.
2        Certified to by me this 10th day of October
3  2025.

*[Signature: Janalyn Elkins]*

         JANALYN ELKINS
6        Texas CSR 3631
         Expiration Date 1/31/2027
7        Veritext Legal Solutions
         300 Throckmorton Street, Suite 1600
8        Fort Worth, Texas  76102
         Firm Registration No. 571
9        PH:  (817) 336-3042