# EXHIBIT 63

## Filed Under Seal

 **Street Relations**

Date: August 8, 2024
Invoice #001TAG.JBWS

# INVOICE

| INVOICE | TO | SHIP TO |
|---|---|---|
| Street Relations, Inc.<br>Dripping Springs, TX 78620 | Wayfarer Studios<br>Customer ID<br>[080824TAGJBWS] | Street Relations, Inc.<br>Dripping Springs, TX 78620 |

| JOB | PAYMENT TERMS |
|---|---|
| Digital Consulting Strategy and Services for TAG.Wayfarer.JB | Due On Receipt |

| DESCRIPTION | TOTAL |
|---|---|
| Communication and Consulting Services – TAG.Wayfarer.JB | $30,000 U.S. |
| | |
| **TOTAL DUE** | **$30,000 U.S.** |

Account Name: ▮  Account Number: ▮  Bank Name: ▮  Routing Number: ▮
Bank Address: ▮

Confidential

STREET 1.000008
STREET 1.000008