# EXHIBIT 65

## Filed Under Seal



Date: October 1, 2024
Invoice #003TAG.JBWS

# INVOICE

| INVOICE | TO | Wayfarer Studios | SHIP TO | Street Relations, Inc. |
| Street Relations, Inc. | | Customer ID | | Dripping Springs, TX 78620 |
| Dripping Springs, TX 78620 | | [080824TAGJBWS] | | |

| JOB | PAYMENT TERMS |
| --- | --- |
| Digital Consulting Strategy and Services for TAG.Wayfarer.JB | Due On Receipt |

| DESCRIPTION | TOTAL |
| --- | --- |
| Communication and Consulting Services – TAG.Wayfarer.JB<br>3 of 3 (10.5 -11.5) | $30,000 U.S. |
| | |
| TOTAL DUE | $30,000 U.S. |

Account Name:          Account Number:          Bank Name:          Routing Number:
Bank Address:

Confidential


EXHIBIT
4

STREET 1.000087
STREET 1.000087