# EXHIBIT 68

## Filed Under Seal

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
     BLAKE LIVELY,              )
 3       PLAINTIFF              )  CASE NO.
                                )  1:24-CV-10049-LJL
 4   VS.                        )  (CONSOLIDATED WITH
                                )  1:25-CV-00449-LJL
 5   WAYFARER STUDIOS LLC,      )
     JUSTIN BALDONI, JAMEY      )
 6   HEATH, STEVE SAROWITZ,     )
     IT ENDS WITH US MOVIE      )
 7   LLC, MELISSA NATHAN,       )
     THE AGENCY GROUP PR        )
 8   LLC, AND JENNIFER ABEL,    )
         DEFENDANTS             )
 9   _____   )  _____
     JENNIFER ABEL,             )
10       THIRD-PARTY            )
     PLAINTIFF                  )
11                              )
     VS.                        )
12                              )
     JONESWORKS LLC             )
13       THIRD-PARTY            )
     DEFENDANT                  )
14
           ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE
15                         OCTOBER 10
                          CONFIDENTIAL
16
17       ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE,
18   produced as a witness at the instance of the Jonesworks
19   and duly sworn, was taken in the above styled and
20   numbered cause on Friday, October 10, 2025, from 9:06
21   a.m. to 2:25 p.m., before Janalyn Elkins, CSR, in and
22   for the State of Texas, reported by computerized
23   stenotype machine, at the offices of Jackson Walker, 100
24   Congress Avenue, Suite 1100, Austin, Texas, pursuant to
     the Federal Rules of Civil Procedure and any provisions
25   stated on the record herein.
```

CONFIDENTIAL

```
                                                     Page 2
 1           A P P E A R A N C E S
 2   FOR BLAKE LIVELY:
         MICHAEL J. GOTTLIEB
 3       MELISSA TAUSTINE
         AARON E. NATHAN
 4     WILKIE FARR & GALLAGHER LLP
         1875 K Street NW
 5       Washington, DC  20006
         Tel: (202) 303-1000
 6       Mgottlieb@wilkie.com
 7   AND
 8       LAURA PRATHER
         HAYNES AND BOONE, LLP
 9       98 San Jacinto Boulevard, Suite 1500
         Austin, Texas 78701
10       Tel: (512) 867-8400
         Laura.prather@haynesboone.com
11
     FOR JED WALLACE:
12       CHARLES L. BABCOCK
         JACKSON WALKER, LLP
13       1401 McKinney, Suite 1900
         Houston, Texas 77010
14       Tel: (713) 752-4210
         cbabcock@jw.com
15
     FOR JONESWORKS, LLC
16       KRISTIN TAHLER
         MORGAN ANSTASIO
17     QUINN EMANUEL URQUHART & SULLIVAN, LLP
         865 Figueroa Street, 10th Floor
18       Los Angeles, California  90017
         Tel: (213) 443-3000
19       kristintahler@quinnemanuel.com
20   FOR WAYFARER STUDIOS, LLC, JUSTIN BALDONI, JAMEY HEATH,
     STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA
21   NATHAN, JENNIFER ABEL, AND THE AGENCY GROUP PR, LLC
         MILES COOLEY
22       THERESA TROUPSON
         LINER FREEDMAN TAITELAN & COOLEY, LLP
23       1801 Century Park West, 5th Floor
         Los Angeles, California  90067
24       Tel: (310) 201-0045
         mcooley@lftcllp.com
25
```

```
                                                     Page 4
 1              I N D E X
 2                                           PAGE
 3
     Appearances ................................   2
 4
     Stipulations ................................   5
 5
     JED WALLACE
 6   Examination by Ms. Tahler ..................   7
 7
     Reporter's Certificate......................  155
 8
 9
              E X H I B I T S
10
     NO.         DESCRIPTION                     PAGE
11   Exhibit 42   Holding Clients Hostate:
                  Stephanie Jones Leaks         38
12   Exhibit 43   Stephanie Leaks Jones
                  Leaks                         38
13   Exhibit 44   @lyingstephjones X Account
                  Suspended                     38
14   Exhibit 45   Facebook Stephanie Jones
                  Leaks                         38
15   Exhibit 46   Pinterest Stephanie Jones     38
     Exhibit 47   La Foret Sacree               58
16   Exhibit 48   Accompagnements Formatifs
                  Pour Les Equipes Du
17                Secteur Public                58
     Exhibit 49   Reagissons.colibris-
18                lemouvement.org               58
     Exhibit 50   Yoga Poesie                   58
19   Exhibit 51   ▒▒▒▒▒▒▒▒▒▒                    71
20   Exhibit 52   Text Message                  76
     Exhibit 53   Audio Transcript              79
21   Exhibit 54   Phone Records                 94
     Exhibit 55   X                             97
22   Exhibit 56   Pinterest                     97
     Exhibit 57   Facebook                      97
23   Exhibit 58   YouTube                       97
     Exhibit 59   Tripadvisor                   97
24   Exhibit 60   Strikingly                    97
     Exhibit 61   Colibris Le Mouvement         99
25
```

```
                                                     Page 3
 1   Also Present:
         TIMOTHY DESADIER (Videographer)
 2       MAGGIE KANE (Concierge)
         ALICE BUTTRICK
 3       AUTUMN ADAMS-JACK
         BRYAN FREEDMAN
 4       WERKENTHIN
         KRISTIN BENDER
 5       LINDSEY STRASBERG
         MICHAELA CONNOLLY
 6       TORI EMERY
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                     Page 5
 1   Exhibit 62   Accompagnements Formatifs
                  Pour Les Equipes Du
 2                Secteur Public                99
     Exhibit 63   ▒▒▒▒▒▒▒▒▒▒▒                  102
 3
     Exhibit 64   ▒▒▒▒▒▒▒▒▒▒▒▒
 4                home                         106
     Exhibit 65   ▒▒▒▒▒▒▒▒▒▒▒▒
 5                                             108
 6   Exhibit 66   ▒▒▒▒▒                        110
     Exhibit 67   Jed Wallace - DERO Wiki      113
 7   Exhibit 68   Jed Avery Wallace - DERO
                  Wiki                         113
 8   Exhibit 69   Jed Wallace: Revision
                  History                      114
 9   Exhibit 70   Jed Avery Wallace:
                  Revision History             114
10   Exhibit 71   User Contributions for
                  BacklinkBuy                  115
11   Exhibit 72   Email                        119
     Exhibit 73   Email                        121
12   Exhibit 74   Text Message                 124
     Exhibit 75   Text Message                 126
13   Exhibit 76   Email                        131
     Exhibit 77   Opposition PR Campaign
14                Digital Forensics            132
15
16
17
18
19
20
21
22
23
24
25
```



CONFIDENTIAL

```
                                                        Page 14                                                            Page 16
 1  privileged.                                                       1    A.  Like this, I'm talking.
 2       Q.  (BY MS. TAHLER)  Let's -- what about                     2    Q.  When you are writing someone, what is your
 3       ?  Did you ever do any work with Mr. Freedman in             3  preferred method of communication?
 4  connection with            ?                                      4    A.  Depends on the circumstances.
 5           MR. COOLEY:  Objection.                                  5    Q.  Would you say that most of your communications
 6           THE WITNESS:  Not that I recall.                         6  that are work related are via Signal?
 7       Q.  (BY MS. TAHLER)  You don't recall one way or             7    A.  It depends on the circumstances.  I can't say
 8  another?                                                          8  that.
 9       A.  I don't recall.                                          9    Q.  In what circumstances would Signal be your
10       Q.  What about with        did you do any work with         10  preferred method of communication?
11  Mr. Freedman in connection with       ?                          11         MR. BABCOCK:  Objection.
12           MR. COOLEY:  Objection.                                 12         MR. COOLEY:  Join.
13           THE WITNESS:  Not that I recall.                        13         THE WITNESS:  Could you -- could you
14       Q.  (BY MS. TAHLER)  What about                ?            14  rephrase that question?
15           MR. COOLEY:  Is there -- is there a                     15    Q.  (BY MS. TAHLER)  Well, you just said it depends
16  question?  What about him?                                       16  on the circumstances that would dictate the type of
17       Q.  (BY MS. TAHLER)  Did you do any work with               17  communication you were -- or the way that you were
18  Mr. Freedman in connection with           ?                      18  communicating.  And I'm wondering in what circumstances,
19           MR. COOLEY:  Objection.                                 19  picking up on your answer, you would want to use Signal?
20           THE WITNESS:  No.                                       20    A.  Yeah, I can't speak to that right now without
21       Q.  (BY MS. TAHLER)  Are you familiar with                  21  more details.  I'm not certain.
22       ?                                                           22    Q.  Are there particular circumstances that are in
23           MR. COOLEY:  Objection.                                 23  your mind right now that you would want to have a
24           THE WITNESS:  In my -- the actor?                       24  conversation on Signal with respect to your work?
25       Q.  (BY MS. TAHLER)  Yes.                                   25         MR. COOLEY:  Objection.

                                                        Page 15                                                            Page 17
 1       A.  Yes.                                                     1         THE WITNESS:  Not in particular.
 2       Q.  Did you do any work with Mr. Freedman in                 2    Q.  (BY MS. TAHLER)  From time to time, you ask
 3  connection with              ?                                    3  people to switch over to Signal; isn't that right?
 4           MR. COOLEY:  Objection.                                  4         MR. COOLEY:  Objection.
 5           THE WITNESS:  No.                                        5         THE WITNESS:  I mean, I'd have to know more
 6       Q.  (BY MS. TAHLER)  Mr. Wallace, who is paying              6  details.
 7  your legal fees in connection with this matter?                   7    Q.  (BY MS. TAHLER)  Do you have any recollection
 8       A.  That would be         .                                  8  of having a conversation with people and asking to
 9       Q.  Do you have an indemnification agreement with            9  switch over to Signal?
10       ?                                                           10    A.  I -- could you rephrase that question?
11           MR. COOLEY:  Objection.                                 11    Q.  Yeah.  Do you have any recollection of being on
12           THE WITNESS:  I'm not aware of anything                 12  a text chain or an email chain with a group of people
13  like that.                                                       13  and asking to switch over to communication via Signal?
14       Q.  (BY MS. TAHLER)  You're not aware of any                14    A.  Not specifically.
15  agreement you have with         ?                                15    Q.  We're going to look at an exhibit that we
16           MR. COOLEY:  Objection.                                 16  looked at yesterday, which is AEO, but...
17           THE WITNESS:  I'm not.                                  17         MR. BABCOCK:  Do we need to go AEO?
18       Q.  (BY MS. TAHLER)  Are you being paid for any             18         MS. TAHLER:  Yes.
19  consulting services in connection with this matter?              19         MR. BABCOCK:  How do we do that?
20       A.  No.                                                     20         MS. TAHLER:  I think we don't need to right
21       Q.  Are you being compensated at all for your time          21  now because there's nobody -- we'll just mark it AEO in
22  as an expert in connection with this matter?                     22  the transcript.
23       A.  Not whatsoever.                                         23         MR. BABCOCK:  Okay.
24       Q.  Mr. Wallace, what is your preferred method of           24         MS. ANASTASIO:  Janalyn, do you have the
25  communication for work?                                          25  exhibit copies from yesterday?
```

5 (Pages 14 - 17)