IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>    Plaintiff,<br><br>    - v -<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-10049-LJL |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Shawn G. Crowley, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter her appearance on behalf of non-party Family Hive LLC in the above-captioned action.

Dated: January 5, 2026
    New York, New York

              Respectfully submitted,

              */s/ Shawn G. Crowley*
              Shawn G. Crowley
              HECKER FINK LLP
              350 Fifth Avenue, 63rd Floor
              New York, New York 10118
              (212) 763-0883
              scrowley@heckerfink.com

              *Attorney for Non-Party Family Hive LLC*