**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

January 5, 2026

<u>VIA ECF</u>

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: <u>*Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL</u>

Pursuant to Rule 4.b of Attachment A to your Honor's Individual Rules and this Court's December 19, 2025 order (ECF No. 1134), Jonesworks LLC ("Jonesworks") respectfully moves to seal portions of certain exhibits filed in connection with the motions for summary judgment and spoliation sanctions, as well as any corresponding reference to those exhibits in the parties' briefing.

Jonesworks specifically requests that the Court seal the identities and images of non-parties, including of former or current employees and prospective or actual clients, as well as irrelevant discussion of Jonesworks' non-party clients and the services rendered thereto in the following exhibits:

- Exhibits 18, 23, 34, 36, 37-40, 42-43, 45-46, 52, 55, 60, 70, and 83-84 filed at ECF No. 1056 (Kristin Tahler's Declaration in Support of Jonesworks' Opposition to Jennifer Abel's Motion for Summary Judgment);
- Exhibits 7 and 28 filed at ECF No. 94 (Abel's Declaration in Support of Motion for Summary Judgment);
- Exhibit C filed at ECF No. 940 (Kevin Fritz's Declaration in Support of Abel's Motion for Summary Judgment);
- Exhibits 8, 18, 21, 27, 40, 41 to ECF No. 872 (Kristin Tahler's Declaration in Support of its Motion for Spoliation Sanctions); and
- Exhibit 191 to ECF No. 1071 (Michael Gottlieb Declaration in Support of Blake Lively's Opposition to the Wayfarer Parties' Motion for Summary Judgment).[1]

Jonesworks' proposed redactions are filed contemporaneously with this motion to seal and appear in yellow highlight. The parties have met and conferred, and the Wayfarer Parties do not object to any of Jonesworks' redactions and have indicated they do not intend to file any opposition to Jonesworks' motion. Ms. Lively takes no position on Jonesworks' proposed redactions.

As this Court has recognized, "[t]he privacy interests of innocent third parties … should weigh heavily in a court's balancing equation" regarding sealing. ECF No. 1027 at 3 (quoting

---

[1] Jonesworks is not moving on the exhibits the Court ordered it to refile publicly with redactions in ECF No. 1027.

1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

*United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995)). Sealing is justified where, as here, it would "protect[] significant and substantial privacy interests, such as the physical safety of litigants, witnesses, or third parties." *Courthouse News Serv. v. Corsones*, 131 F.4th 59, 69 (2d Cir. 2025). The information Jonesworks requests remain sealed relates to the identification of non-party clients or employees, or the services rendered thereto. The public's interest in the identities of these innocent third-parties, as well as the irrelevant references to services rendered to non-party clients, "is negligible and easily outweighed by … privacy interests." *Oakley v. MSG Networks, Inc.*, 792 F. Supp. 3d 394, 406 (S.D.N.Y. 2025) (Sullivan, J.). These "innocent third parties" have strong privacy interests and their specific identities or services provided to them have no bearing on the merits of the pending motions. ECF No. 1027 at 3, 5-6 (finding that the identity of non-party clients and prospective clients should remain sealed) (citing *Amodeo*, 71 F.3d at 1050). The Court should therefore keep sealed this third-party information as reflected in the accompanying exhibits.

If Jonesworks' request is granted, it is prepared to file public versions of these documents with this information redacted, as well as public versions of its motion for spoliation sanctions and reply in support thereof, and opposition to Ms. Abel's motion for summary judgment and supporting papers, with consistent redactions.[2]

DATED: January 5, 2026

Respectfully submitted,

/s/ *Kristin Tahler*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com

---

[2] The parties additionally agree that personally identifying information ("PII"), including in the form of phone numbers, email addresses, and addresses should be redacted. Jonesworks will redact that PII in any documents it files publicly.

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Jonesworks LLC*