Family Hive LLC Proposed Redactions to Exhibit 273 to the Wayfarer Parties' November 13, 2025 Motion or Summary Judgment – Filed Under Seal