Family Hive LLC Proposed Redactions to Exhibit 87 to Blake Lively's December 3, 2025 Opposition to the Motion for Summary Judgment – Filed Under Seal