# Wayfarer Parties' Ex. 170

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 93 | Date Range: 8/4/2024 |

## Outline of Conversations



**System Message chatroom** • 93 messages on 8/4/2024 • Breanna Butler (███████████) • Katherine Case (█████████████) • Katie Case (███████) • System Message (System Message)

CONFIDENTIAL
KCASE-000002654

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | | |
|---|---|---|
| 💬 | ████████████ System Message chatroom | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:45 AM |
| | Good morning! Added in some stuff in red for your to take a look at 🙂 | |
| BB | **Breanna Butler** ████████ | 8/4/2024, 8:47 AM |
| | Thank you! Two thoughts so far: 1. We need to explain to him/Jen ahead of time not to get hyper focused on the document. It's a lot of busy work and can't get stuck on something that might change 2. I think we re-organize as "Aggressive Approach" / "Softer Approach" / "Moving Forward" rather than scenarios | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:47 AM |
| | I agree | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:47 AM |
| | 100% | |
| BB | **Breanna Butler** ████████ | 8/4/2024, 8:48 AM |
| | I may just need help drafting line for tomorrow as I have to call ████████████████████████ | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:48 AM |
| | I think we just focus them on the one like for his junket tomorrow | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:48 AM |
| | I'll draft it I already have it in my head! | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:48 AM |
| | Disliked "I may just need help drafting line for tomorrow as…" | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:48 AM |
| | I wonder if ████████████████████████████████ | |
| BB | **Breanna Butler** ████████ | 8/4/2024, 8:54 AM |
| | Yes only need on Eline | |
| BB | **Breanna Butler** ████████ | 8/4/2024, 8:54 AM |
| | *line | |
| BB | **Breanna Butler** ████████ | 8/4/2024, 8:55 AM |
| | I know it's odd - and also, they wanted me to have a chat with him in Italy but I've only met the guy 4 times, he doesn't know me well, was in his head about performing with fucking ████████, the last thing I was going to do while still seeing a rapport with him was going to say "hey your girlfriends crazy" by the way | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:55 AM |
| | That's super inappropriate | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:55 AM |
| | They're kicking the can down the road so they don't have to do it | |
| BB | **Breanna Butler** ████████ | 8/4/2024, 8:55 AM |
| | Lastly, for the JB doc - I want to say that there are angles we can focus on to show the risks presented when an actor is given complete control over a film - pushes director out. What's a clean way to say that | |
| KC | **Katie Case** ████████ | 8/4/2024, 8:55 AM |
| | ████████████████████████████████ | |

**BB** **Breanna Butler** — 8/4/2024, 8:55 AM
Essentially as a warning

**KC** **Katie Case** — 8/4/2024, 8:56 AM
I'll work on this!

**KC** **Katie Case** — 8/4/2024, 8:57 AM
There's a process for the purpose of maintaining the film and crews integrity — when that gets interrupted it causes job loss, confusion, and disjointed final products. Given the amount of love the fans have for this story and the importance of telling it, JB and Wayfarer fought to maintain this integrity to present the best possible outcome. Unfortunately, BL wanted to turn this into a passion project to suit her own needs and career.

**BB** **Breanna Butler** — 8/4/2024, 8:59 AM
YEs, I like this

**KC** **Katie Case** — 8/4/2024, 8:59 AM
Because that's kind of what happened

**BB** **Breanna Butler** — 8/4/2024, 9:23 AM
Idk what else to include for "Moving Forward" I think only like a line or two. 😬 But do you agree that document is cleaner now? Less back and forth of "what if" that I feel he was just too focused on?

**KC** **Katie Case** — 8/4/2024, 9:23 AM
I think so… I'm going to do a bit more work in it so that he doesn't focus so much on it

**KC** **Katie Case** — 8/4/2024, 9:24 AM
I think today is really just about hearing his side of things though

**BB** **Breanna Butler** — 8/4/2024, 9:24 AM
Ok thank you -I agree. LIke we know what to do if and when needed

**KC** **Katie Case** — 8/4/2024, 9:24 AM
God I can't wait to be trapped in a room with Jen Abel and Matthew Mitchell for 6 hours 🪦

**KC** **Katie Case** — 8/4/2024, 9:43 AM
I don't think we share this with him today

**KC** **Katie Case** — 8/4/2024, 9:44 AM
I think we send the messaging points for tomorrow to Jen and the team but I think we send this doc when we have all the details from today

**KC** **Katie Case** — 8/4/2024, 9:44 AM
Otherwise he'll get bogged down and freak out

**BB** **Breanna Butler** — 8/4/2024, 9:46 AM
No we don't

**BB** **Breanna Butler** — 8/4/2024, 9:46 AM
We can send agenda of a few bullets:

-Go over context of other complaints (his side)
-Go over draft statement for tomorrow
-Go over any other questions he has / plan for premiere

**BB** **Breanna Butler** 8/4/2024, 9:47 AM
I'm so pissed about this. I'm going to have two screaming kids at 6pm in the middle of dinner and bedtime. I love that he's so anti patriarchy but then does the most Man thing

**KC** **Katie Case** 8/4/2024, 9:47 AM
I'm so sorry about this

**KC** **Katie Case** 8/4/2024, 9:48 AM
Also very typical of Jen (who has no children) to try and "show value" but suggesting this meeting at this time

**KC** **Katie Case** 8/4/2024, 9:48 AM
It's so inappropriate

**BB** **Breanna Butler** 8/4/2024, 9:49 AM
Whether you have children or not - we all have husbands, family, personal time on a Sunday night. Nothing is breaking tomorrow. We should just finalize draft statement - it's going to be talking in circles

**KC** **Katie Case** 8/4/2024, 9:50 AM
You're absolutely correct

**KC** **Katie Case** 8/4/2024, 9:50 AM
And we've heard this story how many times noe

**KC** **Katie Case** 8/4/2024, 9:50 AM
And we've heard this story how many times now

**KC** **Katie Case** 8/4/2024, 9:53 AM
I also have a WILD theory about all this

**KC** **Katie Case** 8/4/2024, 9:53 AM
Because it's so weird Jen brought this to us before she's even left JW

**BB** **Breanna Butler** 8/4/2024, 10:03 AM
Yea what do you think?

**KC** **Katie Case** 8/4/2024, 12:31 PM
JB lines what do you think:

This was the first time I served as director and actor, which was an enlightening experience. As a director, you have to lead with care and conscientiousness while managing all the different personalities, opinions, and ways of working on set – and then put that aside and act in scenes successfully. There are always creative differences on a set, so it was very fulfilling to have the experience of addressing these and adapting to ensure things ran as smoothly as possible to bring Colleen's story to life. I'm so proud of the cast – Blake is an absolute force, as is Jenny, Hasan, Brandon, Isabela, Alex, you can keep going down the list. I think the fans are really going to be happy with the movie and can't wait for them to see it.

**BB** **Breanna Butler** 8/4/2024, 12:56 PM
Hmmm I'm wondering if he'll think it's too nice? Maybe we leave mention of people specifically out of it

**BB** **Breanna Butler** 8/4/2024, 12:57 PM
JB lines what do you think:

This was the first time I served as director and actor, which was an enlightening experience. As a director, you have to lead with care and conscientiousness while managing all the different personalities, opinions, and ways of working on set – and then put that aside and act in scenes successfully. As is standard on many productions, there were at times creative differences on a set, so it was very fulfilling to have the experience of addressing these and adapting to ensure things ran as smoothly as possible to bring Colleen's story to life. I think the fans are really going to be happy with the movie and can't wait for them to see it.

BB **Breanna Butler** 8/4/2024, 1:01 PM
OR hang on

BB **Breanna Butler** 8/4/2024, 1:13 PM
Actually idk we're going to have to work through this with him

KC **Katie Case** 8/4/2024, 4:59 PM
Oh great so I'll be alone in a hotel room with a strange man on a Sunday night and they'll "join when they can"[url:'https://p45-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



Image: __Library_SMS_Attachments_f1_01_D459934B-71E4-42D5-A861-19A8E61362E2_IMG_2673.PNG (249 KB)

BB **Breanna Butler** 8/4/2024, 5:11 PM
Are you kidding?!!! This should never have been in person. It's like she's fucking with us

BB **Breanna Butler** 8/4/2024, 5:11 PM
That's not ok

BB **Breanna Butler** 8/4/2024, 5:11 PM
You need to say you have a hard out

BB **Breanna Butler** 8/4/2024, 5:11 PM
Fuck this guy you know we're done working with him after the premiere

KC **Katie Case** 8/4/2024, 5:13 PM
This is weird right

KC **Katie Case** 8/4/2024, 5:14 PM
I'm sure he's a good dude but this is so dumb

KC **Katie Case** 8/4/2024, 5:14 PM
I'm going to have a hard out at 8 PM

KC **Katie Case** 8/4/2024, 5:14 PM
That's 2 hours

KC **Katie Case** 8/4/2024, 5:14 PM
It's Sunday night

| | | |
|---|---|---|
| KC | **Katie Case** <br> He's gotta be tired and jet lagged right | 8/4/2024, 5:14 PM |
| KC | **Katie Case** <br> This so so Jonesworks honestly — go weirdly out of your way to prove "white glove service" | 8/4/2024, 5:15 PM |
| BB | **Breanna Butler** <br> Yes that's more than generous | 8/4/2024, 5:17 PM |
| BB | **Breanna Butler** <br> [redacted] | 8/4/2024, 5:17 PM |
| BB | **Breanna Butler** <br> We know everything he's going to say though for the most part | 8/4/2024, 5:17 PM |
| KC | **Katie Case** <br> I'm so sorry | 8/4/2024, 5:18 PM |
| KC | **Katie Case** <br> This is really unfair for all of us | 8/4/2024, 5:18 PM |
| KC | **Katie Case** <br> [redacted] | 8/4/2024, 5:18 PM |
| BB | **Breanna Butler** <br> Katie, you're a hard working woman with a husband | 8/4/2024, 5:19 PM |
| KC | **Katie Case** <br> Yeah! Hahahaha | 8/4/2024, 5:20 PM |
| BB | **Breanna Butler** <br> It doesn't matter - unless a complete crisis this is not appropriate | 8/4/2024, 5:20 PM |
| KC | **Katie Case** <br> You're correct | 8/4/2024, 5:20 PM |
| KC | **Katie Case** <br> I'm not joking this is textbook Jonesworks | 8/4/2024, 5:20 PM |
| KC | **Katie Case** <br> Thank | 8/4/2024, 5:23 PM |
| KC | **Katie Case** <br> Fucking | 8/4/2024, 5:23 PM |
| KC | **Katie Case** <br> GOD | 8/4/2024, 5:23 PM |
| BB | **Breanna Butler** <br> Im pouring myself a glass of wine to sneak off camera | 8/4/2024, 5:23 PM |
| BB | **Breanna Butler** <br> What?! | 8/4/2024, 5:23 PM |
| KC | **Katie Case** | 8/4/2024, 5:24 PM |

[url:'https://p67-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



Image: __Library_SMS_Attachments_21_01_B5B2F63B-A54D-425B-86C8-822B56387E5D_IMG_2674.PNG (465 KB)

BB  **Breanna Butler**  8/4/2024, 5:24 PM
This was dumb oversight if they knew they be landing around now

BB  **Breanna Butler**  8/4/2024, 5:25 PM
Were you already in transit there

KC  **Katie Case**  8/4/2024, 5:26 PM
I was literally just about to leave 😂

KC  **Katie Case**  8/4/2024, 5:26 PM
[url:'https://p53-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

Attachment: __Libr_1(2).HEIC (1 MB)

KC  **Katie Case**  8/4/2024, 5:26 PM
Just in full fucking glam in my kitchen

KC  **Katie Case**  8/4/2024, 5:26 PM
😂😂😂

BB  **Breanna Butler**  8/4/2024, 5:29 PM
I'm dead! 💀💀

KC  **Katie Case**  8/4/2024, 5:29 PM
Legit I ironed a pair of pants for this and I'm so fucking shoot

KC  **Katie Case**  8/4/2024, 5:29 PM
Legit I ironed a pair of pants for this and I'm so fucking happy

KC  **Katie Case**  8/4/2024, 5:30 PM
But also she probably was like "Justin this random girl you just met is coming to your hotel room" and he was probably

like… no…

**BB** **Breanna Butler**                                                    8/4/2024, 5:31 PM
What an idiot she is

**KC** **Katie Case**            8/4/2024, 5:31 PM
Also did you get my text in that thread?

**KC** **Katie Case**            8/4/2024, 5:33 PM
Does 7:30 work for you?

**BB** **Breanna Butler**            8/4/2024, 5:35 PM
Ugh I mean yes lol

**KC** **Katie Case**            8/4/2024, 5:35 PM
I know 🪦

**BB** **Breanna Butler**            8/4/2024, 5:35 PM
I didn't know if you were waiting for just Jen and Matthew to confirm

**KC** **Katie Case**            8/4/2024, 5:36 PM
I don't think this went through [url:'https://p27-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



Image: __Library_SMS_Attachments_2f_15_327D0AE8-945B-41E7-BD8E-ED2848DB1CC5_IMG_2676.PNG (123 KB)