# Wayfarer Parties' Ex. 226

## Short Message Report

| Conversations: 1 | Participants: 10 |
| --- | --- |
| Total Messages: 132 | Date Range: 8/6/2024 |

## Outline of Conversations





**System Message chatroom** • 132 messages on 8/6/2024 • Alyx Sealy ▓▓▓▓▓ • Breanna Butler (▓▓▓▓▓) • Carolina (▓▓▓▓▓) • Dervla ▓▓▓▓▓ • Katherine Case (▓▓▓▓▓) • Katie Case ▓▓▓▓▓ • Rylie Long ▓▓▓▓▓ • System Message (System Message) • Zoe Intern ▓▓▓▓▓ •

**Messages in chronological order** (times are shown in GMT -04:00)

| | | |
|---|---|---|
| 💬 | **System Message chatroom** | |
| AS | **Alyx Sealy** ▬▬▬▬ | 8/6/2024, 9:40 AM |

*Attachment: __Libr_1(308) (19 KB)*

*Attachment: __Libr_1(309) (124 KB)*

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▬▬▬▬ | 8/6/2024, 9:40 AM |

*Attachment: __Libr_1(310) (182 KB)*

*Attachment: __Libr_1(311) (3 KB)*

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▬▬▬▬ | 8/6/2024, 9:41 AM |

Zoe once you're online please send me a ▬ roundup like discussed yesterday. Thanks!!

| | | |
|---|---|---|
| RL | **Rylie Long** ▬▬▬▬ | 8/6/2024, 10:16 AM |
| AS | **Alyx Sealy** ▬▬▬▬ | 8/6/2024, 10:17 AM |
| AS | **Alyx Sealy** ▬▬▬▬ | 8/6/2024, 10:17 AM |

Watch*

| | | |
|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬ | 8/6/2024, 10:52 AM |

Ok!

| | | |
|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬ | 8/6/2024, 12:03 PM |

*Attachment: __Libr_1(312) (254 KB)*

*Attachment: __Libr_1(313) (7 KB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** ▬▬▬▬ | 8/6/2024, 12:09 PM |

Thank you - can I get another roundup shortly?

| | | |
|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬ | 8/6/2024, 12:09 PM |

Yes

| | | |
|---|---|---|
| RL | **Rylie Long** ▬▬▬▬ | 8/6/2024, 1:00 PM |

Hi Zoe! Can you please pull a background right now on the New York Times reporter Barbara Graustark for Melissa?

| | | |
|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬ | 8/6/2024, 1:01 PM |

CONFIDENTIAL

Yes!

| | | |
|---|---|---|
| RL | **Rylie Long** | 8/6/2024, 1:05 PM |

Thank you! You can text or email it to me when you're done.

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 1:06 PM |

Is there a controversy I should be looking for or just general background stuff?

| | | |
|---|---|---|
| BB | **Breanna Butler** | 8/6/2024, 1:12 PM |

Yes - we need to give context for backgrounders

| | | |
|---|---|---|
| AS | **Alyx Sealy** | 8/6/2024, 1:16 PM |

Zoe call me

| | | |
|---|---|---|
| AS | **Alyx Sealy** | 8/6/2024, 1:19 PM |

Gave her background all good

| | | |
|---|---|---|
| BB | **Breanna Butler** | 8/6/2024, 2:34 PM |

For those joining ▇▇▇ tomorrow, can we do 12pm pst / 3pm est?

Zoe would love you on as well to listen in and also for any input

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 2:35 PM |

That works for me!

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 2:45 PM |

*Attachment: __Libr_1(314) (164 KB)*

*Attachment: __Libr_1(315) (6 KB)*

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 2:53 PM |

https://www.tiktok.com/t/ZTNbWgPLF/

*Attachment: __Libr_1(316) (19 KB)*

*Attachment: __Libr_1(317) (163 KB)*

*Attachment: __Libr_1(318) (6 KB)*

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 2:53 PM |

Uh oh

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 2:53 PM |

[url:'https://p61-content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00']

> **aerinledbetter190**
> I think part of it is they didn't want to romanticize Lily and Ryle by having them do a ton of PR together.
> 2h  Reply                ♡ 114  👎

*Image: __Library_SMS_Attachments_55_05_19C61202-1A7A-494A-BF26-01B9789A8CCF_Screenshot 2024-08-06 at 11.53.12_AM.jpeg (82 KB)*

**KC** **Katie Case** — 8/6/2024, 2:53 PM
Ok so the comments are working excellent

**ZI** **Zoe Intern** — 8/6/2024, 2:53 PM
https://www.tiktok.com/t/ZTNbWmHSh/

*Attachment: __Libr_1(319) (19 KB)*

*Attachment: __Libr_1(320) (6 KB)*

*Attachment: __Libr_1(321) (153 KB)*

**KC** **Katie Case** — 8/6/2024, 2:54 PM
Is this person a big time influencer or no

**ZI** **Zoe Intern** — 8/6/2024, 2:54 PM
There are other comments saying he's traveling with family

**KC** **Katie Case** — 8/6/2024, 2:54 PM
Ok good

**KC** **Katie Case** — 8/6/2024, 2:54 PM
That's all us lol

**ZI** **Zoe Intern** — 8/6/2024, 2:54 PM
13k followers so no

**ZI** **Zoe Intern** — 8/6/2024, 2:54 PM
Oh hhaha

**KC** **Katie Case** — 8/6/2024, 2:54 PM
😬

**ZI** **Zoe Intern** — 8/6/2024, 2:55 PM
You fooled me

**ZI** **Zoe Intern** — 8/6/2024, 2:55 PM
There's a couple of TikTok's but nothing by anyone who matters

**ZI** **Zoe Intern** — 8/6/2024, 2:55 PM
And the comments are minimal

**KC** **Katie Case** — 8/6/2024, 2:56 PM
Liked "There's a couple of TikTok's but nothing by anyone…"

**ZI**  **Zoe Intern** ▮▮▮▮▮▮▮▮▮▮  8/6/2024, 2:56 PM

*Attachment: __Libr_1(322) (11 KB)*

*Attachment: __Libr_1(323) (76 KB)*

**BB**  **Breanna Butler** ▮▮▮▮▮▮  8/6/2024, 3:11 PM
Zoe, maybe more for tomorrow if you have a little more time, but would you be able to put together some research on other A list celebrities who have ventured into the art space and the type of press they've gotten / has anyone else done an exhibition who is mostly known for being major actor, etc.?

**ZI**  **Zoe Intern** ▮▮▮▮▮▮  8/6/2024, 3:11 PM
Yes I can do that!

**KC**  **Katie Case** ▮▮▮▮▮▮  8/6/2024, 3:12 PM
Virgo mortensson or however you spell his name is a good one — also Jim Carrey

**BB**  **Breanna Butler** ▮▮▮▮▮▮  8/6/2024, 3:22 PM
Oh yes Jim Carey is a very good one

**BB**  **Breanna Butler** ▮▮▮▮▮▮  8/6/2024, 3:23 PM
[url:'https://p46-content.icloud.com/M4727FEC137A63FCBA969D637707E452FECF46815880BC78C71486E5A8B79F940.C01USN00']

*Image: __Library_SMS_Attachments_ea_10_9B5DB85C-4440-46F9-B149-C9CABFE5D5D8_PNG image.jpeg (29 KB)*

**BB**  **Breanna Butler** ▮▮▮▮▮▮  8/6/2024, 3:23 PM
I feel like this is perpetually on my open tabs for crisis statements 🙃

**D**  **Dervla** ▮▮▮▮▮▮  8/6/2024, 3:23 PM
Laughed at an image

**AS**  **Alyx Sealy** ▮▮▮▮▮▮  8/6/2024, 3:25 PM
Laughed at "I feel like this is perpetually on my open tabs fo…"

**AS**  **Alyx Sealy** ▮▮▮▮▮▮  8/6/2024, 3:25 PM
 Lmao

**KC**  **Katie Case** ▮▮▮▮▮▮  8/6/2024, 3:27 PM
Laughed at an image

**KC**  **Katie Case** ▮▮▮▮▮▮  8/6/2024, 3:28 PM
At this point "can we speak off the record" should be carved into my headstone when I die 😂

**AS**  **Alyx Sealy** ▮▮▮▮▮▮  8/6/2024, 3:28 PM
Please

**KC**  **Katie Case** ▮▮▮▮▮▮  8/6/2024, 4:05 PM
Zoe can you look on Reddit and see if you can find a thread about Justin not doing press

**KC**  **Katie Case** ▮▮▮▮▮▮  8/6/2024, 4:05 PM
For it ends with us please?

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 4:06 PM |
| | Yes | |
| ZI | **Zoe Intern** | 8/6/2024, 4:10 PM |
| | https://www.reddit.com/r/Fauxmoi/comments/1e1nc8c/rumored_drama_between_cast_of_it_ends_with_us/ | |

*Attachment: __Libr_1(324) (16 KB)*

*Attachment: __Libr_1(325) (191 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 4:14 PM |
| | Can you keep an eye out for any further chatter on this please? On Reddit, x, tiktok, IG, and in traditional media? | |
| ZI | **Zoe Intern** | 8/6/2024, 4:18 PM |
| | Yes! | |
| KC | **Katie Case** | 8/6/2024, 4:18 PM |
| | Thank you!! | |
| ZI | **Zoe Intern** | 8/6/2024, 4:26 PM |
| | [url:'https://p47-content.icloud.com/ME8977685EBA84892FF951DC7069F928F0DF58D45B52C78D7A59F140980B84128.C01USN00'] | |

*Image: __Library_SMS_Attachments_21_01_A15ACC92-BD42-4075-8F0D-F14DBF954414_PNG image.jpeg (142 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 4:26 PM |
| | Thank you | |
| ZI | **Zoe Intern** | 8/6/2024, 4:32 PM |
| | Colleen Hoover unfollowed him on Instagram | |
| KC | **Katie Case** | 8/6/2024, 4:32 PM |
| | Today? | |
| ZI | **Zoe Intern** | 8/6/2024, 4:32 PM |
| | I'm not sure. One of the comments on TikTok said that she just unfollowed him | |
| KC | **Katie Case** | 8/6/2024, 4:33 PM |
| | From todays | |
| KC | **Katie Case** | 8/6/2024, 4:33 PM |
| | From today? | |
| ZI | **Zoe Intern** | 8/6/2024, 4:33 PM |
| | Yes | |

KC  **Katie Case**   8/6/2024, 4:33 PM
Ok thank you can you send a screenshot

ZI  **Zoe Intern**   8/6/2024, 4:33 PM
[url:'https://p41-
content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00'
]



Image: __Library_SMS_Attachments_63_03_89E38E57-81DC-45B9-AE7C-5D02C94D75B8_Screenshot 2024-08-06 at 1.33.28_PM.jpeg (295 KB)

KC  **Katie Case**   8/6/2024, 4:34 PM
Can you send me the link to this too please?

ZI  **Zoe Intern**   8/6/2024, 4:34 PM
https://www.tiktok.com/t/ZTNbcCHF9/

Attachment: __Libr_1(326) (153 KB)

Attachment: __Libr_1(327) (19 KB)

Attachment: __Libr_1(328) (6 KB)

ZI  **Zoe Intern**   8/6/2024, 4:34 PM
[url:'https://p43-
content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00'
]



Image: __Library_SMS_Attachments_22_02_19870316-FC46-4513-818F-D26D12FFCE3F_Screenshot 2024-08-06 at 1.34.30_PM.jpeg (340 KB)

ZI **Zoe Intern** 8/6/2024, 4:34 PM
^ from it ends with us Instagram post

KC **Katie Case** 8/6/2024, 4:35 PM
Thank you!

BB **Breanna Butler** 8/6/2024, 4:35 PM
Zoe - are you able to stay on top of this heavily until you're offline?

Is there anything else you're tasked with that has deadline for today?

ZI **Zoe Intern** 8/6/2024, 4:36 PM
Yes I can! I'm monitoring for ▮▮▮ also and I was going to make a press list for ▮▮▮ but I can do that tomorrow morning if it's okay with Katie (bc she's the lead on the account).

ZI **Zoe Intern** 8/6/2024, 4:36 PM
I have a call at 2 but I don't think it should be more than 30 mins

ZI **Zoe Intern** 8/6/2024, 4:37 PM
[url:'https://p64-content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00']



Image: __Library_SMS_Attachments_31_01_A65E2987-F500-412F-A24F-579C8F10EECE_Screenshot 2024-08-06 at 1.37.19_PM.jpeg (330 KB)

**Dervla** ▮  8/6/2024, 4:38 PM

You can skip that call or be off cam if it makes it difficult to keep track Zoe, I think it'll only be a quick check in!

**Zoe Intern** ▮  8/6/2024, 4:38 PM

Loved "You can skip that call or be off cam if it makes i…"

**Zoe Intern** ▮  8/6/2024, 4:39 PM

[url:'https://p58-content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00']



Image: __Library_SMS_Attachments_0f_15_1B20F579-B2EB-41F9-92E9-AD64B18A5A86_Screenshot 2024-08-06 at 1.39.25_PM.jpeg (308 KB)

**Zoe Intern** ▮  8/6/2024, 4:40 PM

[url:'https://p30-content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00']



Image: __Library_SMS_Attachments_b6_06_E9E71662-6FE6-45EF-BD4C-CA0BE2B2A999_Screenshot 2024-08-06 at 1.40.26_PM.jpeg (356 KB)

**KC  Katie Case**  8/6/2024, 4:41 PM
Thank you 🤍

**BB  Breanna Butler**  8/6/2024, 4:41 PM
Thank you - let's maybe start putting into a doc

**ZI  Zoe Intern**  8/6/2024, 4:41 PM
Kk I'll create one and share with you both

**KC  Katie Case**  8/6/2024, 4:44 PM
Loved "Kk I'll create one and share with you both "

**ZI  Zoe Intern**  8/6/2024, 4:45 PM
For the doc should I separate TikTok, X, instagram, and reddit comments?

**ZI  Zoe Intern**  8/6/2024, 4:45 PM
Like do separate sections?

**KC  Katie Case**  8/6/2024, 4:46 PM
Yes please

**KC  Katie Case**  8/6/2024, 4:46 PM
And ca  you note the timing of when comments are made or posts are posted

**ZI  Zoe Intern**  8/6/2024, 4:46 PM
Yes

**KC  Katie Case**  8/6/2024, 4:46 PM
Thank you

**ZI  Zoe Intern**  8/6/2024, 4:48 PM
Shared the doc with you both!

**BB  Breanna Butler**  8/6/2024, 5:15 PM
Thank you! If there's anything noteworthy / bad could you please share to this chain in real time? Other than that, just keep adding to that doc

| | | | |
|---|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 5:15 PM |
| | Yep! | | |
| KC | **Katie Case** ▬▬▬▬▬ | | 8/6/2024, 5:43 PM |
| | Zoe can you pull mentions of Justin from this please: and send to Bre and I here: | | |
| KC | **Katie Case** ▬▬▬▬▬ | | 8/6/2024, 5:43 PM |
| | https://www.forbes.com/sites/jeffconway/2024/08/06/actor-brandon-sklenar-on-his-career-and-finding-it-ends-with-us/ | | |

*Attachment: __Libr_1(329) (643 KB)*

*Attachment: __Libr_1(330) (924 bytes)*

| | | | |
|---|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 5:44 PM |
| | Yes | | |
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 5:45 PM |

"Based on the bestselling novel by Colleen Hoover, the emotional yet empowering story of It Ends With Us arrives in movie theaters on August 9. Starring Blake Lively, Justin Baldoni, Brandon Sklenar and Jenny Slate, It Ends With Us tells the powerful story of Lily Bloom (Lively), from her experiences as a teenager into adulthood, with a universal theme about the choices we make that can break one free from repeating history."

| | | | |
|---|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 5:45 PM |

I was in a position at the time before the [SAG-AFTRA] strike, I was under the impression I'd have to leave very soon to start the second part of 1923. I wasn't trying to work at all because it was more important to me to be at home and re-establish my connection to home and everything - and then casting had reached out to me to read for the role. I respectfully said, I'm good. They just kept knocking on the door and eventually they said, "Why don't you just Zoom with [director/co-star] Justin and talk to him?"

After speaking with him, over the course of the call, I learned what this book was. I wasn't aware of the book and became aware of the book, and came aware of his intentions behind making the film and how important it was.

| | | | |
|---|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 5:47 PM |

This isn't a mention of Justin, but they asked Brandon what working with Blake was like:

Honestly, it's probably the best experience I've had working with anybody - I can honestly say that. She's just an extraordinary person. I continue to be blown away. I mean, her ability as an actor - her performance in this film is some of the best work I've ever seen her do for sure in anything and I'm very familiar with her work - I've seen most of it. To get to share that with her feels like such an honor - such a blessing. Her presence is - she's this force of life, is how I put it. She's so alive and it's just a reflection of who she is as a human being. As a human being, she's just an incredible person and I think it's reflected in her work.

| | | | |
|---|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 6:07 PM |
| | Justin just posted and all the comments are asking about press: | | |
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 6:07 PM |
| | https://www.instagram.com/p/C-V4RLmvWQq/ | | |

*Attachment: __Libr_1(331) (31 KB)*

*Attachment: __Libr_1(332) (52 KB)*

| | | | |
|---|---|---|---|
| ZI | **Zoe Intern** ▬▬▬▬▬ | | 8/6/2024, 6:22 PM |
| SM | **System Message (System Message)** | | 8/6/2024, 6:23 PM |
| | This message has been deleted | | |

ZI  **Zoe Intern**  8/6/2024, 6:23 PM
[url:'https://p45-content.icloud.com/ME8977685EBA84892FF951DC7069F928F0DF58D45B52C78D7A59F140980B84128.C01USN00']



Image: __Library_SMS_Attachments_ab_11_6153D698-CE98-4765-A510-F22EDD793A62_PNG image.jpeg (200 KB)

ZI  **Zoe Intern**  8/6/2024, 6:25 PM
Asked about working with Blake and whether there will be a sequel:

ZI  **Zoe Intern**  8/6/2024, 6:25 PM
https://x.com/extratv/status/1820948166361149567

Attachment: __Libr_1(333) (789 bytes)

Attachment: __Libr_1(334) (155 KB)

KC  **Katie Case**  8/6/2024, 6:29 PM
Can you tell us specifically what he said sorry I'm getting my haircut

ZI  **Zoe Intern**  8/6/2024, 6:34 PM
He said that's she's a creative force and a genius. That everything she touches she makes better. She was involved in every aspect.

ZI  **Zoe Intern**  8/6/2024, 6:34 PM
Then the interviewer asked "sequel? Colleen said the ball is in your court you have the rights"

ZI  **Zoe Intern**  8/6/2024, 6:35 PM
And he just laughed and asked her if she had any ideas

KC  **Katie Case**  8/6/2024, 6:45 PM
Amazing thank you

KC  **Katie Case**  8/6/2024, 6:46 PM
Where is this from?

ZI  **Zoe Intern**  8/6/2024, 6:48 PM
https://x.com/anni_379/status/1820890436065690104

Attachment: __Libr_1(335) (14 KB)

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 6:48 PM |
| | Thank you so sorry — is the above thread from this tweet or is this tweet new lol | |
| ZI | **Zoe Intern** | 8/6/2024, 6:49 PM |
| | From that tweet | |
| ZI | **Zoe Intern** | 8/6/2024, 6:55 PM |

Attachment: __Libr_1(336) (170 KB)

Attachment: __Libr_1(337) (3 KB)

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 6:56 PM |
| | Liked "From that tweet" | |
| RL | **Rylie Long** | 8/6/2024, 6:56 PM |
| | Alyx | |
| ZI | **Zoe Intern** | 8/6/2024, 6:57 PM |
| | What a comment [url:'https://p49-content.icloud.com/ME8977685EBA84892FF951DC7069F928F0DF58D45B52C78D7A59F140980B84128.C01USN00'] | |



Image: __Library_SMS_Attachments_1e_14_5FF228C2-665C-45D4-AB93-554CCFD6E99E_PNG image.jpeg (81 KB)

| | | |
|---|---|---|
| KC | **Katie Case** | 8/6/2024, 6:58 PM |
| | Jesus | |
| AS | **Alyx Sealy** | 8/6/2024, 7:19 PM |
| ZI | **Zoe Intern** | 8/6/2024, 7:32 PM |
| | https://people.com/justin-baldoni-wife-emily-at-it-ends-with-us-premiere-8691211 | |

Attachment: __Libr_1(338) (3 KB)

Attachment: __Libr_1(339) (285 KB)

| | | |
|---|---|---|
| ZI | **Zoe Intern** | 8/6/2024, 7:44 PM |
| | [url:'https://p49-content.icloud.com/ME8977685EBA84892FF951DC7069F928F0DF58D45B52C78D7A59F140980B84128.C01USN00'] | |



Image: __Library_SMS_Attachments_cf_15_20C72870-2827-48B3-A2B5-4967E470A8ED_Screenshot 2024-08-06 at 4.43.19_PM.jpeg (154 KB)

KC  **Katie Case**  8/6/2024, 7:45 PM
What is this from?

ZI  **Zoe Intern**  8/6/2024, 7:46 PM
https://www.instagram.com/p/C-VZszZsrck/

Attachment: __Libr_1(340) (31 KB)

Attachment: __Libr_1(341) (50 KB)

ZI  **Zoe Intern**  8/6/2024, 7:46 PM
Adding it to the doc now

KC  **Katie Case**  8/6/2024, 7:47 PM
Thank you! Do you know how to run a sentiment report?

ZI  **Zoe Intern**  8/6/2024, 7:48 PM
No

KC  **Katie Case**  8/6/2024, 7:49 PM
Rylie or Dervla whoever is available can you help create a sentiment report for this please? Would love to see holistically if this is actually a thing

RL  **Rylie Long**  8/6/2024, 7:50 PM
[url:'https://p52-content.icloud.com/M245AB83D1E7B49D171858F54C39E8535400AF7AA55FC4454CED9A6E9A49DEE27.C01USN00'
]



Image: __Libr_1.jpeg (2 MB)

D  **Dervla** ▉                                                                                 8/6/2024, 7:50 PM
Meltwater? I haven't done before but can figure out gimme a few mins

RL  **Rylie Long** ▉                                                                           8/6/2024, 7:50 PM
Mel and I just pulled up to tmz dinner and we decided to go early will be done around 6 I assume

KC  **Katie Case** ▉                                                                           8/6/2024, 7:51 PM
Thank you Dervla!

CONFIDENTIAL                                                                                              KCASE-000003870