# Wayfarer Parties' Ex. 231

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 45 | Date Range: 8/8/2024 - 8/9/2024 |

### Outline of Conversations



**System Message chatroom** · 45 messages between 8/8/2024 - 8/9/2024 · Breanna Butler (███████████) · Katherine Case ████████████) · Katie Case (██████████) · Melissa Nathan ████████████ · System Message (System Message)

KCASE-000000728

**Messages in chronological order** (times are shown in GMT -04:00)

---

🍎        ████████████████████████████████████ **System Message chatroom**

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | I'm on with Jamey |

8/8/2024, 8:56 PM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | Just you? |

8/8/2024, 8:57 PM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | Idk if he could cease and desist if that girl is posting about something she heard |

8/8/2024, 8:58 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | Yes can I merge someone in please |

8/8/2024, 8:58 PM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | They also have to expect some |
| | People will speculate from a less than favorable standpoint |

8/8/2024, 8:58 PM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | Yes |

8/8/2024, 8:58 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | Thank you SO much Bre |

8/8/2024, 9:07 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | I wouldn't ask on anyone else |

8/8/2024, 9:07 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | But if I say one thing they'll disagree lol |

8/8/2024, 9:07 PM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | Of course! That was simple, they're starting to overthink |

8/8/2024, 9:07 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | I agree and I said what you said BUT you know… lol just sent them some language |

8/8/2024, 9:11 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | Thank you Bre 🖤🖤 |

8/8/2024, 9:11 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | Good morning! When we're done with ██████████████████ And how your call went with Leslie? |

8/9/2024, 10:23 AM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | Yes please! |

8/9/2024, 10:23 AM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | Any new movement on JB / updates from Sara / Leslie so we can keep across? |

8/9/2024, 12:01 PM

| | |
|---|---|
| KC | **Katie Case** ████████ |
| | I'd like to start prepping materials if he's going to be obliterated on Sunday lol |

8/9/2024, 12:08 PM

| | |
|---|---|
| BB | **Breanna Butler** ████████ |
| | Yes agree - so we can prepare heading into weekend |

8/9/2024, 12:12 PM

CONFIDENTIAL

MN  **Melissa Nathan** ██████████                                        8/9/2024, 12:44 PM
KC is there anyway you can do this ██ call without me

I just wanna make sure ██████████████████

The message is ████████████████████████████████████████
████

KC  **Katie Case** ██████████                                          8/9/2024, 12:45 PM
Yes! What time is it at?

KC  **Katie Case** ██████████                                          8/9/2024, 12:45 PM
They didn't send me the invite

MN  **Melissa Nathan** ██████████                                      8/9/2024, 12:46 PM
https://us02web.zoom.us/j/84243370833?from=addon

*Attachment: __Libr_1(10) (9 KB)*

KC  **Katie Case** ██████████                                          8/9/2024, 12:46 PM
Thank you! Is it right now

MN  **Melissa Nathan** ██████████                                      8/9/2024, 12:48 PM
11am

KC  **Katie Case** ██████████                                          8/9/2024, 12:48 PM
Shit ok I have the ██████████ call then re our strategy but can let Alyx lead that

MN  **Melissa Nathan** ██████████                                      8/9/2024, 12:48 PM
Oh crap

KC  **Katie Case** ██████████                                          8/9/2024, 12:48 PM
It's fine I trust her to lead

MN  **Melissa Nathan** ██████████                                      8/9/2024, 12:48 PM
Let me think no because I know that ██████████ probably needs you on it as well I don't even know

KC  **Katie Case** ██████████                                          8/9/2024, 12:49 PM
It'll be fine! It's good for Alyx!

KC  **Katie Case** ██████████                                          8/9/2024, 12:49 PM
And I'll catch up with her afterwards

KC  **Katie Case** ██████████                                          8/9/2024, 12:49 PM
We've got some great updates ██████ already so it'll be good overall — I've approved the plan and have signed off on everything so again I really trust alyx to do this

MN  **Melissa Nathan** ██████████                                      8/9/2024, 12:51 PM
[url:'https://p49-
content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

CONFIDENTIAL



*Image: __Library_SMS_Attachments_85_05_CEA5F50C-7B8F-45D5-986D-3539CA18A82A_tmp.gif (557 KB)*

| | | |
|---|---|---|
| MN | **Melissa Nathan** ▇▇▇▇ | 8/9/2024, 12:51 PM |

Also, I really have some shit updates on Justin, but I'd rather do it when Breanna is out so we get on the phone or together

| | | |
|---|---|---|
| KC | **Katie Case** ▇▇▇▇ | 8/9/2024, 12:51 PM |

That's so disappointing

| | | |
|---|---|---|
| KC | **Katie Case** ▇▇▇▇ | 8/9/2024, 12:52 PM |

But yes! Breanna when you're done call us and we can chat

| | | |
|---|---|---|
| BB | **Breanna Butler** ▇▇▇▇ | 8/9/2024, 12:58 PM |

Yes just wrapping up here

| | | |
|---|---|---|
| BB | **Breanna Butler** ▇▇▇▇ | 8/9/2024, 1:48 PM |

Did daily mail not come for comment?

I also think apart from another longer story, he leaks texts from her saying she didn't read the book and hates Colleen's dialogue and give to TMZ

| | | |
|---|---|---|
| KC | **Katie Case** ▇▇▇▇ | 8/9/2024, 1:49 PM |

Yes 100%

| | | |
|---|---|---|
| MN | **Melissa Nathan** ▇▇▇▇ | 8/9/2024, 1:49 PM |

Still on phone

| | | |
|---|---|---|
| BB | **Breanna Butler** ▇▇▇▇ | 8/9/2024, 3:39 PM |

Anything?

| | | |
|---|---|---|
| MN | **Melissa Nathan** ▇▇▇▇ | 8/9/2024, 3:40 PM |

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| | | |
|---|---|---|
| KC | **Katie Case** ▇▇▇▇ | 8/9/2024, 4:49 PM |

[url:'https://p47-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

*Attachment: __Library_SMS_Attachments_eb_11_015AB666-D0DE-4E6F-9418-77CDBA7A1F3F_Open TikTok profile.HEIC (22 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** ▇▇▇▇ | 8/9/2024, 4:50 PM |

Thank the lord for Jed

CONFIDENTIAL

BB    **Breanna Butler** ▮▮▮▮▮▮▮▮                                          8/9/2024, 5:00 PM
      Thank god

MN    **Melissa Nathan** ▮▮▮▮▮▮▮▮
      ▮▮▮▮▮▮▮▮                                                            8/9/2024, 5:04 PM

BB    **Breanna Butler** ▮▮▮▮▮▮▮▮                                          8/9/2024, 5:05 PM
      Is the Justin thing a priority for tonight? Sara's piece isn't good but we don't know if there's a strategy to put something
      fresh out from his end this weekend or Monday

                                                    KCASE-000000732