# Wayfarer Parties' Ex. 233

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 62 | Date Range: 8/9/2024 |

## Outline of Conversations



**System Message chatroom** • 62 messages on 8/9/2024 • Breanna Butler () • Katherine Case () • Katie Case () • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

| | | |
|---|---|---|
| 💬 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ System Message chatroom | |
| BB | **Breanna Butler** ▮▮▮▮▮▮ | 8/9/2024, 10:04 AM |
| | We need to speak with their PR team on this asap - I thought they were going to be on as well | |
| BB | **Breanna Butler** ▮▮▮▮▮▮ | 8/9/2024, 10:05 AM |
| | Longer lead stories need to be pitched soon I would think | |
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 10:05 AM |
| | I think so too! | |
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 10:06 AM |
| | And it's ok this will be helpful | |
| BB | **Breanna Butler** ▮▮▮▮▮▮ | 8/9/2024, 12:02 PM |
| | Idk if she was just saying this but MN told CH Justin is really blowing up - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Have you heard anything more? | |
| BB | **Breanna Butler** ▮▮▮▮▮▮ | 8/9/2024, 12:02 PM |
| | [url:'https://p33-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00'] | |

*Attachment: __Library_SMS_Attachments_99_09_2BC9A05B-4B94-49CC-B4F2-7A0F5125810A_Screenshot 2024-08-09 at 12.02.10_PM.heic (62 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 12:09 PM |
| | Wait why etf | |
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 12:09 PM |
| | Wait why wtf | |
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 12:09 PM |
| | I'd actually say the tide is shifting sentiment wise | |
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 12:09 PM |
| | Plus the movie is out today people will see it and move on it's what's happening with don't worry darling | |
| BB | **Breanna Butler** ▮▮▮▮▮▮ | 8/9/2024, 12:10 PM |
| | Exactly | |
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 12:13 PM |
| | Another great example to use for SWOT | |
| KC | **Katie Case** ▮▮▮▮▮▮ | 8/9/2024, 12:13 PM |
| | 12 PM on Friday and we have no insight about a potential crisis on Sunday morning | |
| BB | **Breanna Butler** ▮▮▮▮▮▮ | 8/9/2024, 12:15 PM |
| | I know, also to Jedd's voice note was he given the direction to backend this online as all part of marketing? I don't know if that's super strong. At this point, I am done caring about the 17 different spins we could do but he seems to be moving forward on positioning this as a brilliant marketing scheme, which I don't really know if, that would be so brilliant | |
| BB | **Breanna Butler** ▮▮▮▮▮▮ | 8/9/2024, 12:15 PM |

I mean whatever

**KC — Katie Case** — 8/9/2024, 12:15 PM
I disagree that's the best move tbh

**KC — Katie Case** — 8/9/2024, 12:17 PM
Because I almost want to play into the Blake and ryan over extended themselves narrative

**KC — Katie Case** — 8/9/2024, 12:17 PM
But I'm also at the point where I don't care lol sorry but this story is going to run out of steam at 5 PM today

**BB — Breanna Butler** — 8/9/2024, 12:25 PM
Me too and same

**KC — Katie Case** — 8/9/2024, 12:28 PM
Which is why we need to know about Sunday lol

**KC — Katie Case** — 8/9/2024, 1:18 PM
Fuck 🪦

**KC — Katie Case** — 8/9/2024, 1:19 PM
Finishing up a call will call you right back

**BB — Breanna Butler** — 8/9/2024, 1:23 PM
And what our plan of attack is now

**KC — Katie Case** — 8/9/2024, 1:24 PM
Just tried you back!

**BB — Breanna Butler** — 8/9/2024, 1:49 PM
We didn't miss anything from daily mail that had this shit in it right

**KC — Katie Case** — 8/9/2024, 1:49 PM
No we didn't

**KC — Katie Case** — 8/9/2024, 1:52 PM
Is there a chance…. Knock on wood here — is there a change that story gets buried in the deluge

**BB — Breanna Butler** — 8/9/2024, 1:54 PM
What do you mean

**KC — Katie Case** — 8/9/2024, 1:57 PM
There's so many dumb articles about this is there a chance no one pays attention to the daily mail one

**BB — Breanna Butler** — 8/9/2024, 2:03 PM
True ugh can we just know what the plan is?!!!

**BB — Breanna Butler** — 8/9/2024, 2:03 PM
And he clearly has no idea

**KC — Katie Case** — 8/9/2024, 2:03 PM
Again… this is the problem

**KC — Katie Case** — 8/9/2024, 2:03 PM
I would actually like to enjoy one weekend 😩😩😩

CONFIDENTIAL    KCASE-000001095

| | | | |
|---|---|---|---|
| BB | **Breanna Butler** <br> Me too! Lol | | 8/9/2024, 2:04 PM |
| KC | **Katie Case** <br> Again looking at this optimistically a Friday afternoon amongst all these other articles isn't the worst thing in the world | | 8/9/2024, 2:05 PM |
| BB | **Breanna Butler** <br> As we go see this film tonight too lol | | 8/9/2024, 2:06 PM |
| KC | **Katie Case** <br> HAHAHAHAHA I know | | 8/9/2024, 2:06 PM |
| KC | **Katie Case** <br> While we have time (lol) I might start putting together the swot xhart | | 8/9/2024, 2:06 PM |
| KC | **Katie Case** <br> While we have time (lol) I might start putting together the swot chart | | 8/9/2024, 2:06 PM |
| BB | **Breanna Butler** <br> I mean an hour plus later still no info | | 8/9/2024, 2:30 PM |
| KC | **Katie Case** <br> I know | | 8/9/2024, 2:30 PM |
| KC | **Katie Case** <br> I wonder if they had Jed suppress the link because I can't even find that story | | 8/9/2024, 2:30 PM |
| BB | **Breanna Butler** <br> That could be true but at this point there has to be counter strategy to enact | | 8/9/2024, 2:38 PM |
| KC | **Katie Case** <br> You're absolutely correct | | 8/9/2024, 2:38 PM |
| KC | **Katie Case** <br> No need to play whack a mole if we don't need to | | 8/9/2024, 2:38 PM |
| BB | **Breanna Butler** <br> Like this is crazy! Lol | | 8/9/2024, 3:09 PM |
| BB | **Breanna Butler** <br> But also whatever I guess | | 8/9/2024, 3:09 PM |
| KC | **Katie Case** <br> 🪦 | | 8/9/2024, 3:44 PM |
| BB | **Breanna Butler** <br> She just called me am on with her | | 8/9/2024, 3:44 PM |
| KC | **Katie Case** <br> Do you want to patch me in? | | 8/9/2024, 3:44 PM |
| KC | **Katie Case** <br> You and I have to promise each other to enjoy our evenings | | 8/9/2024, 4:08 PM |

KC  **Katie Case**  8/9/2024, 5:17 PM
I'm sorry I'm the third girly pop interrupting your pee 😂

BB  **Breanna Butler**  8/9/2024, 5:36 PM
She just said she has to go meet this ▇▇▇▇▇ So there's no rush or priority on this tonight and we should not do anything this evening if asked last minute

KC  **Katie Case**  8/9/2024, 5:36 PM
Emphasized "She just said she has to go meet this ▇▇▇▇"

KC  **Katie Case**  8/9/2024, 5:36 PM
You're correct !!!

KC  **Katie Case**  8/9/2024, 5:37 PM
[url:'https://p29-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

*Attachment: __Library_SMS_Attachments_77_07_B6B297CA-2CF1-4F10-9648-1118625DFB5D_Audio Message.caf (67 KB)*

BB  **Breanna Butler**  8/9/2024, 5:38 PM
Do you think there was a fuckup somewhere that she's not telling us?

KC  **Katie Case**  8/9/2024, 5:38 PM

*Attachment: __Library_SMS_Attachments_9a_10_749CA6F0-22A6-412D-B687-139BF59551AB_Audio Message.caf (7 KB)*

BB  **Breanna Butler**  8/9/2024, 5:38 PM
I'm dead at blading and texting

KC  **Katie Case**  8/9/2024, 5:40 PM

*Attachment: __Library_SMS_Attachments_94_04_5B78EB54-3EC3-4EC2-B2BB-2E57BBE3E8F0_Audio Message.caf (25 KB)*

BB  **Breanna Butler**  8/9/2024, 5:45 PM
No that she did maybe - I just find the whole thing so odd that we aren't reacting

KC  **Katie Case**  8/9/2024, 5:51 PM

*Attachment: __Library_SMS_Attachments_33_03_70F70BA2-D93C-457B-8671-6E1BD31F73A0_Audio Message.caf (33 KB)*