# Wayfarer Parties' Ex. 235

# Short Message Report

| Conversations: 1 | Participants: 12 |
|---|---|
| Total Messages: 162 | Date Range: 8/13/2024 - 8/14/2024 |

## Outline of Conversations



System Message chatroom • 162 messages between 8/13/2024 - 8/14/2024 • Alyx Sealy (█████) • Breanna Butler (█████) • Carolina (█████) • Dervla █████ • Katherine Case (█████) • Katie Case █████ • Melissa Nathan (█████) • Michael Lawrence (█████) • Rylie Long █████ • System Message (System Message) • █████

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **System Message chatroom**

**D — Dervla** — 8/13/2024, 8:28 PM
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/

*Attachment: __Libr_1(493) (163 KB)*

*Attachment: __Libr_1(494) (2 KB)*

**D — Dervla** — 8/13/2024, 8:28 PM
@melissa 🫡

**RL — Rylie Long** — 8/13/2024, 8:29 PM

**KC — Katie Case** — 8/13/2024, 8:30 PM
It's not bad

**AS — Alyx Sealy** — 8/13/2024, 8:30 PM
It's very basic

**BB — Breanna Butler** — 8/13/2024, 8:30 PM
A LOT of regurgitation

**KC — Katie Case** — 8/13/2024, 8:31 PM
It's also like — ok who cares

**AS — Alyx Sealy** — 8/13/2024, 8:31 PM
It's not a story

**RL — Rylie Long** — 8/13/2024, 8:31 PM
And ? Like ofc he hired PR for this

**AS — Alyx Sealy** — 8/13/2024, 8:31 PM
He's being attacked publicly, he brought on an expert to help

**D — Dervla** — 8/13/2024, 8:32 PM
Emphasised "And ? Like ofc he hired PR for this"

**KC — Katie Case** — 8/13/2024, 8:32 PM
Emphasized "And ? Like ofc he hired PR for this"

**KC — Katie Case** — 8/13/2024, 8:32 PM
Emphasized "It's not a story "

**M** — 8/13/2024, 10:07 PM
Breaking my nervous breakdown to send you this [url:'https://p54-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_32_02_0ADCD066-4525-4EF3-9873-*

*C6FC2E8B1359_RPReplay_Final1723600643.mov (3 MB)*

| | | |
|---|---|---|
| RL | **Rylie Long** ▮<br>Laughed at "Breaking my nervous breakdown to send you this " | 8/13/2024, 10:08 PM |
| KC | **Katie Case** ▮<br>This is going to be my standard reply from now on: WEVE LITERALLY SEENIT | 8/13/2024, 10:09 PM |
| RL | **Rylie Long** ▮<br>Laughed at "This is going to be my standard reply from now on:…" | 8/13/2024, 10:09 PM |
| AS | **Alyx Sealy** ▮<br>Laughed at "This is going to be my standard reply from now on:…" | 8/13/2024, 10:09 PM |
| M | ▮<br>Deadline running | 8/13/2024, 10:40 PM |
| AS | **Alyx Sealy** ▮<br>Kk Rylie can you keep watch plz | 8/13/2024, 10:41 PM |
| RL | **Rylie Long** ▮<br>Yes | 8/13/2024, 10:41 PM |
| RL | **Rylie Long** ▮<br>https://www.cosmopolitan.com/entertainment/celebs/a61870841/why-justin-baldoni-hired-crisis-pr-manager/ | 8/13/2024, 10:41 PM |

*Attachment: __Libr_1(495) (72 KB)*

*Attachment: __Libr_1(496) (4 KB)*

| | | |
|---|---|---|
| M | ▮<br>Oh fuck off | 8/13/2024, 10:41 PM |
| AS | **Alyx Sealy** ▮<br>Rylie let's flag not on this chat lol | 8/13/2024, 10:42 PM |
| AS | **Alyx Sealy** ▮<br>Mel if there is anything to worry or flag to you we will | 8/13/2024, 10:42 PM |
| M | ▮<br>https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng== | 8/14/2024, 9:27 AM |

*Attachment: __Libr_1(497) (30 KB)*

*Attachment: __Libr_1(498) (109 KB)*

*Attachment: __Libr_1(499) (31 KB)*

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▮<br>All she talks about is the floral outfits she's wearing! Every post on her IG one after the other | 8/14/2024, 9:29 AM |
| KC | **Katie Case** ▮<br>Emphasized "All she talks about is the floral outfits she's we…" | 8/14/2024, 9:29 AM |

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 9:32 AM |
| | https://www.instagram.com/reel/C-n_krDy0T7/?igsh=MWFydHh1YjhoMHR4dg== | | |

*Attachment: __Libr_1(500) (31 KB)*

*Attachment: __Libr_1(501) (9 KB)*

*Attachment: __Libr_1(502) (26 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 9:32 AM |
| | FLOWERS | | |
| AS | **Alyx Sealy** | | 8/14/2024, 9:35 AM |
| | Just got a flash flood warning on my tv lol | | |
| AS | **Alyx Sealy** | | 8/14/2024, 9:35 AM |
| | As I look out at the legit ocean next to my door | | |
| KC | **Katie Case** | | 8/14/2024, 9:35 AM |
| | ….. | | |
| AS | **Alyx Sealy** | | 8/14/2024, 9:41 AM |
| | https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-cast-feud/ | | |

*Attachment: __Libr_1(503) (193 KB)*

*Attachment: __Libr_1(504) (3 KB)*

| | | | |
|---|---|---|---|
| C | **Carolina** [redacted] | | 8/14/2024, 10:00 AM |
| BB | **Breanna Butler** [redacted] | | 8/14/2024, 10:01 AM |
| C | **Carolina** [redacted] | | 8/14/2024, 10:01 AM |
| C | **Carolina** ( [redacted] ) | | 8/14/2024, 10:01 AM |
| | Omg ? | | |
| AS | **Alyx Sealy** [redacted] | | 8/14/2024, 10:01 AM |
| AS | **Alyx Sealy** [redacted] | | 8/14/2024, 10:07 AM |
| | @melissa perhaps we should do a team call at some point this afternoon…. | | |

| | | |
|---|---|---|
| M | Just on with Jamey and jen | 8/14/2024, 10:08 AM |
| M | Yes | 8/14/2024, 10:08 AM |
| AS | **Alyx Sealy** — Okay great. Rylie can you find a time that works for everyone? Let's shoot for earlier rather than later | 8/14/2024, 10:08 AM |
| RL | **Rylie Long** — Can we do 11:30am PT or 1pm PT? | 8/14/2024, 10:14 AM |
| D | **Dervla** — Liked "Can we do 11:30am PT or 1pm PT?" | 8/14/2024, 10:14 AM |
| M | I think 11:30am PT | 8/14/2024, 10:15 AM |
| AS | **Alyx Sealy** — 11:30am | 8/14/2024, 10:15 AM |
| RL | **Rylie Long** — Great Derv just updated team invite | 8/14/2024, 10:16 AM |
| M | Depends on how this AM goes also | 8/14/2024, 10:16 AM |
| RL | **Rylie Long** — Kk we will just hold that time for now | 8/14/2024, 10:16 AM |
| AS | **Alyx Sealy** — [redacted] | 8/14/2024, 10:17 AM |
| M | I know if these people let me get off the phone | 8/14/2024, 10:17 AM |
| M | Ever | 8/14/2024, 10:17 AM |
| M | To do some other work | 8/14/2024, 10:17 AM |
| AS | **Alyx Sealy** — Let u know how we can help or if you just want to merge any of us into calls to take notes etc | 8/14/2024, 10:17 AM |
| M | No they only want the chief Katie | 8/14/2024, 10:17 AM |
| AS | **Alyx Sealy** — I can also make my way to your room in this storm and take notes while you're on calls if you need 😂 | 8/14/2024, 10:18 AM |
| KC | **Katie Case** — Laughed at "I know if these people let me get off the phone" | 8/14/2024, 10:22 AM |

CONFIDENTIAL                                                                                                                                                         KCASE-000003358

| | | |
|---|---|---|
| KC | **Katie Case** <br> Emphasized "No they only want the chief Katie " | 8/14/2024, 10:22 AM |
| KC | **Katie Case** <br> Melissa "Chief" Nathan | 8/14/2024, 10:22 AM |
| M | <br> [url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | 8/14/2024, 10:28 AM |

Attachment: __Libr_1(17).heic (72 KB)

| | | |
|---|---|---|
| M | <br> On with tmz | 8/14/2024, 10:28 AM |
| M | <br> I do think SJ is placing | 8/14/2024, 10:28 AM |
| BB | **Breanna Butler** <br> What is TMZ saying? They've done 3 pieces on this in 12 hours | 8/14/2024, 10:29 AM |
| RL | **Rylie Long** <br> Emphasized "What is TMZ saying? They've done 3 pieces on this …" | 8/14/2024, 10:29 AM |
| D | **Dervla** <br> https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/ | 8/14/2024, 11:02 AM |

Attachment: __Libr_1(507) (204 KB)

Attachment: __Libr_1(508) (3 KB)

| | | |
|---|---|---|
| KC | **Katie Case** <br> Now we go to war. <br><br> Breanna let's chat about this | 8/14/2024, 11:03 AM |
| AS | **Alyx Sealy** <br> Oh Jesus Christ lol | 8/14/2024, 11:03 AM |
| BB | **Breanna Butler** <br> Yes MN please call us. We need Jed too | 8/14/2024, 11:12 AM |
| M | <br> One second | 8/14/2024, 11:12 AM |
| BB | **Breanna Butler** <br> The fat shaming part isn't bad as has our explanation | 8/14/2024, 11:13 AM |
| D | **Dervla** <br> Emphasised "The fat shaming part isn't bad as has our explanat…" | 8/14/2024, 11:13 AM |
| BB | **Breanna Butler** <br> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 8/14/2024, 11:24 AM |
| M | <br>  | 8/14/2024, 11:29 AM |

I'm free in 15 minutes?

| | | | |
|---|---|---|---|
| BB | **Breanna Butler** ▮▮▮ <br> Ok | | 8/14/2024, 11:29 AM |
| BB | **Breanna Butler** ▮▮▮ <br> RL can you join to take notes? | | 8/14/2024, 11:29 AM |
| RL | **Rylie Long** ▮▮▮ <br> Yes | | 8/14/2024, 11:30 AM |
| RL | **Rylie Long** ▮▮▮ <br> ▮▮▮ | | 8/14/2024, 11:31 AM |
| RL | **Rylie Long** ▮▮▮ <br> Here if you want to take a Quick Look beforing hopping on | | 8/14/2024, 11:31 AM |
| BB | **Breanna Butler** ▮▮▮ <br> Loved "Here if you want to take a Quick Look beforing hop…" | | 8/14/2024, 11:38 AM |
| AS | **Alyx Sealy** ▮▮▮ <br> ▮▮▮ | | 8/14/2024, 11:49 AM |
| KC | **Katie Case** ▮▮▮ <br> ▮▮▮ | | 8/14/2024, 1:04 PM |
| D | **Dervla** ▮▮▮ <br> ▮▮▮ | | 8/14/2024, 1:05 PM |
| RL | **Rylie Long** ▮▮▮ <br> ▮▮▮ | | 8/14/2024, 1:06 PM |
| C | **Carolina** ▮▮▮ <br> ▮▮▮ | | 8/14/2024, 1:08 PM |
| M | ▮▮▮ | | 8/14/2024, 1:12 PM |

| | | |
|---|---|---|
| AS | **Alyx Sealy** ▮ | 8/14/2024, 1:13 PM |
| M | ▮ | 8/14/2024, 1:24 PM |

[url:'https://p26-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_a8_08_08D02ED5-EEF6-491C-BA5D-72301701ACCE_IMG_2323.heic (1 MB)*

| | | |
|---|---|---|
| KC | **Katie Case** ▮<br>YES this was in my IG reels feed this AM | 8/14/2024, 1:24 PM |
| D | **Dervla** ▮<br>Loved an image | 8/14/2024, 1:25 PM |
| RL | **Rylie Long** ▮<br>Loved an image | 8/14/2024, 1:25 PM |
| BB | **Breanna Butler** ▮<br>Omg this is amazing | 8/14/2024, 1:25 PM |
| BB | **Breanna Butler** ▮<br>We should send to Jed, right? | 8/14/2024, 1:27 PM |
| AS | **Alyx Sealy** ▮<br>Was this flagged | 8/14/2024, 1:31 PM |
| AS | **Alyx Sealy** ▮ | 8/14/2024, 1:32 PM |
| M | ▮ | 8/14/2024, 1:48 PM |
| BB | **Breanna Butler** ▮ | 8/14/2024, 2:06 PM |

| | | |
|---|---|---|
| BB | **Breanna Butler** ▬▬▬▬▬▬▬▬▬ <br> Please please | 8/14/2024, 2:07 PM |
| BB | **Breanna Butler** ▬▬▬▬▬▬▬▬▬ <br> The whole document I put together | 8/14/2024, 2:08 PM |
| D | **Dervla** ▬▬▬▬▬▬▬ <br> Zoe sending now | 8/14/2024, 2:08 PM |
| AS | **Alyx Sealy** ▬▬▬▬▬▬▬ <br> The only emails acceptable from here on out ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ <br> ] <br><br> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 8/14/2024, 2:28 PM |
| KC | **Katie Case** ▬▬▬▬▬▬▬ <br> Well hot damn | 8/14/2024, 2:29 PM |
| D | **Dervla** ▬▬▬▬▬▬▬ <br> Laughed at "The only emails acceptable from here on out " | 8/14/2024, 2:31 PM |
| D | **Dervla** ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 8/14/2024, 2:31 PM |
| RL | **Rylie Long** ▬▬▬▬▬▬▬ <br> Laughed at "The only emails acceptable from here on out " | 8/14/2024, 2:31 PM |
| RL | **Rylie Long** ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 8/14/2024, 2:32 PM |
| C | **Carolina** ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 8/14/2024, 2:32 PM |
| D | **Dervla** ▬▬▬▬▬▬▬ <br> ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 8/14/2024, 2:32 PM |
| M | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ <br> [url:'https://p29-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] <br><br> *Attachment: __Library_SMS_Attachments_74_04_4962C91E-00A1-47CB-BA68-E238AFDAEB76_Screenshot 2024-08-14 at 15.42.59.heic (72 KB)* | 8/14/2024, 3:45 PM |
| KC | **Katie Case** ▬▬▬▬▬▬▬ <br> "If you would like Jen Abel and my thoughts on who placed it" killed me | 8/14/2024, 3:45 PM |
| AS | **Alyx Sealy** ▬▬▬▬▬▬▬ <br> Emphasized an image | 8/14/2024, 3:48 PM |
| RL | **Rylie Long** ▬▬▬▬▬▬▬ <br> Laughed at ""If you would like Jen Abel and my thoughts on who…" | 8/14/2024, 3:49 PM |
| RL | **Rylie Long** ▬▬▬▬▬▬▬ | 8/14/2024, 3:49 PM |

NO THOUGHTS.. it's in WRITING

| | | |
|---|---|---|
| BB | **Breanna Butler** <br> I love how he's 24 hours late to the game | 8/14/2024, 3:54 PM |
| M | [redacted] <br> He just replied <br> [redacted] | 8/14/2024, 3:55 PM |
| KC | **Katie Case** [redacted] <br> Of course 🪦 | 8/14/2024, 3:55 PM |
| RL | **Rylie Long** [redacted] <br> [redacted] | 8/14/2024, 3:55 PM |
| BB | **Breanna Butler** [redacted] <br> https://www.tiktok.com/t/ZTNtEXCgu/ | 8/14/2024, 4:58 PM |

*Attachment: __Libr_1(515) (6 KB)*

*Attachment: __Libr_1(516) (19 KB)*

*Attachment: __Libr_1(517) (152 KB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** [redacted] <br> We need it | 8/14/2024, 4:58 PM |
| KC | **Katie Case** [redacted] <br> Emphasized "We need it" | 8/14/2024, 4:58 PM |
| M | [redacted] | 8/14/2024, 5:51 PM |
| C | **Carolina** [redacted] <br> Emphasized an image | 8/14/2024, 5:52 PM |
| RL | **Rylie Long** [redacted] <br> Oh this is insane | 8/14/2024, 5:52 PM |
| D | **Dervla** [redacted] <br> Laughed at an image | 8/14/2024, 5:52 PM |
| M | [redacted] | 8/14/2024, 5:53 PM |
CONFIDENTIAL KCASE-000003363

| | | |
|---|---|---|
| KC | **Katie Case** ▮<br>Loved a movie | 8/14/2024, 5:54 PM |
| KC | **Katie Case** ▮<br>Go Alyx! | 8/14/2024, 5:54 PM |
| AS | **Alyx Sealy** ▮<br>It's so hot in here guys | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Loved a movie | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Laughed at "It's so hot in here guys " | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Slaying | 8/14/2024, 5:55 PM |
| M | ▮ | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>SLAYING!! | 8/14/2024, 5:56 PM |
| RL | **Rylie Long** ▮<br>▮ | 8/14/2024, 5:56 PM |
| RL | **Rylie Long** ▮<br>▮ | 8/14/2024, 5:56 PM |
| KC | **Katie Case** ▮<br>Loved an image | 8/14/2024, 5:57 PM |
| KC | **Katie Case** ▮<br>Don't joke about that 😆😆 | 8/14/2024, 5:57 PM |
| KC | **Katie Case** ▮<br>I'm going for a run guys I'll be back online in about an hour | 8/14/2024, 6:01 PM |
| M | ▮<br>Obsessed with this ▮ | 8/14/2024, 7:02 PM |
| C | **Carolina** ▮ | 8/14/2024, 7:03 PM |

Oh my GOD HAHAHAHA

**BB** — **Breanna Butler** — 8/14/2024, 7:06 PM
Matthew is FREAKING out

**C** — **Carolina** — 8/14/2024, 7:06 PM
I just explained that to dervla and Zoe

**AS** — **Alyx Sealy** — 8/14/2024, 7:06 PM
1000%

**AS** — **Alyx Sealy** — 8/14/2024, 7:06 PM
lol

**RL** — **Rylie Long** — 8/14/2024, 7:18 PM
Laughed at "Matthew is FREAKING out "

**KC** — **Katie Case** — 8/14/2024, 7:20 PM
Laughed at "Matthew is FREAKING out "

**M** — 8/14/2024, 7:20 PM
[redacted]

**M** — 8/14/2024, 7:20 PM
[redacted]

**KC** — **Katie Case** — 8/14/2024, 7:20 PM
Yes

**C** — **Carolina** — 8/14/2024, 7:20 PM
Yes lol

**AS** — **Alyx Sealy** — 8/14/2024, 7:23 PM
Mel and I don't think it does haha

**M** — 8/14/2024, 7:23 PM
[redacted]

**KC** — **Katie Case** — 8/14/2024, 7:23 PM
Lol

**D** — **Dervla** — 8/14/2024, 7:24 PM
[redacted]

**M** — 8/14/2024, 7:24 PM
[redacted]
Perfect descriptor

**AS** — **Alyx Sealy** — 8/14/2024, 7:24 PM
Literally yes

**M** — 8/14/2024, 7:44 PM
Princess Alyx [redacted]

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▮▮▮▮ | | 8/14/2024, 7:44 PM |
| AS | **Alyx Sealy** ▮▮▮▮<br>Laughed at an image | | 8/14/2024, 7:44 PM |
| AS | **Alyx Sealy** ▮▮▮▮<br>Smells like feet and sweat in here | | 8/14/2024, 7:45 PM |
| M | ▮▮▮▮<br>I read fear and sweat | | 8/14/2024, 7:45 PM |
| AS | **Alyx Sealy** ▮▮▮▮<br>▮▮▮▮ | | 8/14/2024, 7:46 PM |

CONFIDENTIAL