# Wayfarer Parties' Ex. 259

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 135 | Date Range: 12/20/2024 - 12/21/2024 |

## Outline of Conversations



**chatroom** · 135 messages between
12/20/2024 - 12/21/2024 · ▇▇▇ · Breanna Butler ▇▇▇ · Nathan
Melissa (▇▇▇

BBKOSLOW-000005795

**Messages in chronological order** (times are shown in GMT -05:00)

---

 ⌘                         ███████████████████████████████**chatroom**

NM    **Nathan Melissa (**████████**)**                                    12/20/2024, 8:07 PM
[url:'https://p53-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attachments_75_05_6DDC95A6-BB24-420A-B4D9-AF0CE92C1302_2024-12-20 Cease
and Desist Letter.pdf (290 KB)*

NM    **Nathan Melissa (**████████**)**                                    12/20/2024, 8:08 PM
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attachments_3d_13_DF6DAD69-7EF1-4B5B-A319-AFF856E24FF8_2024-12-20 - RIGHT
TO SUE.pdf (52 KB)*

NM    **Nathan Melissa (**████████**)**                                    12/20/2024, 8:08 PM
[url:'https://p43-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attach_1_fb_11_B34C46_1_Compla_1.pdf (2 MB)*

NM    **Nathan Melissa (**████████**)**                                    12/20/2024, 8:21 PM
[url:'https://p30-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attach_1_fe_14_74D57D_1_Compla_1.pdf (2 MB)*

\#    ████████                                                             12/20/2024, 8:22 PM
Just tried you back. I see the part you're talking about

NM    **Nathan Melissa (**████████**)**                                    12/20/2024, 9:13 PM
Exactly

\#    ████████                                                             12/20/2024, 9:21 PM
Are there any next steps here? Are you ok?

NM    **Nathan Melissa (**████████**)**                                    12/20/2024, 9:24 PM
Am ok honestly

NM    **Nathan Melissa (**████████**)**                                    12/20/2024, 9:24 PM
I'm like whatever

---

                                                  BBKOSLOW-000005796

| NM | **Nathan Melissa** ( | 12/20/2024, 9:25 PM |
| --- | --- | --- |

My sister is acting like this is the end of the world and I ruined her whole career and I'm gonna get her the sack

| NM | **Nathan Melissa** ( | 12/20/2024, 9:25 PM |
| --- | --- | --- |

It's like if you think about it, celebrities suing publicists for doing a good job
This is gonna backfire in her face so hard

| NM | **Nathan Melissa** ( | 12/20/2024, 9:25 PM |
| --- | --- | --- |

Also the fact Matthew knew

| NM | **Nathan Melissa** ( | 12/20/2024, 9:26 PM |
| --- | --- | --- |

I'm going to tell them this is honestly the end of everything for him and me.

| NM | **Nathan Melissa** ( | 12/20/2024, 9:26 PM |
| --- | --- | --- |

He sold me out for 35 k a month

| # | | 12/20/2024, 9:26 PM |
| --- | --- | --- |

You really think he knew the specifics of it?

| NM | **Nathan Melissa** ( | 12/20/2024, 9:26 PM |
| --- | --- | --- |

Playing back his conversation, absolutely

| # | | 12/20/2024, 10:12 PM |
| --- | --- | --- |

What are they saying on call?

-We have proof that Leslie was pitching this story out
-We have proof of being told to stand down and laughing about how easy this was because the internet was organic

| NM | **Nathan Melissa** ( | 12/20/2024, 10:13 PM |
| --- | --- | --- |

Just going thru it all

| # | | 12/20/2024, 10:18 PM |
| --- | --- | --- |

It's all emails of requests we got from Jen and Matthew and then we never engaged because we were told not to. So there are all of these incoming requests but nothing sent back to them from us, because we never planted anything

| NM | **Nathan Melissa** ( | 12/20/2024, 10:21 PM |
| --- | --- | --- |

Can u collate please

| # | | 12/20/2024, 10:22 PM |
| --- | --- | --- |

Yes

| # | | 12/20/2024, 10:31 PM |
| --- | --- | --- |

Can James R at all be able to show how he saw on the US docket that Stephanie Jones was pitching out the story about you

| NM | **Nathan Melissa** ( | 12/20/2024, 10:31 PM |
| --- | --- | --- |

I'm so tired

| NM | **Nathan Melissa** ( | 12/20/2024, 10:40 PM |
| --- | --- | --- |

All the fucking points for NYT are about me lol

| NM | **Nathan Melissa** ( | 12/20/2024, 10:40 PM |
| --- | --- | --- |

Like what the fuck

| # | | 12/20/2024, 10:41 PM |
| --- | --- | --- |

He needs to share all of the shit against Blake and also though like sorry, our focus is us

CONFIDENTIAL

\#    ██████████               12/20/2024, 10:41 PM

But also, you have those texts with Leslie about setting up reporter calls TOGETHER

\#    ██████████               12/20/2024, 10:42 PM

Didn't you speak to daily mail together? So we have to show NYT that Leslie was also engaging with press. -idk how to show where she pitched Sara first but we would need that too

NM    **Nathan Melissa (**██████████           12/20/2024, 10:42 PM

Yes we did

\#    ██████████               12/20/2024, 10:50 PM

Katie found a bunch of good text messages

NM    **Nathan Melissa** ██████████           12/20/2024, 10:50 PM

Loved "Katie found a bunch of good text messages "

\#    ██████████               12/20/2024, 10:50 PM

[url:'https://p61-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p31-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p59-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p31-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p25-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p57-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p59-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p57-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']
[url:'https://p31-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788CE698EE1A9.C01USN00']

BBKOSLOW-000005798



Image: __Library_SMS_Attachments_10_00_2B593FF6-D5CC-4992-80C7-82F8976F4574_IMG_3699.jpeg (242 KB)



Image: __Library_SMS_Attachments_2b_11_0E5ADFFE-88D6-4CDD-B329-3D29E7D89CBB_IMG_3707.jpeg (283 KB)



Image: __Library_SMS_Attachments_32_02_82770D2B-B2F6-418D-B694-A99C57B70D4A_IMG_3697.jpeg (247 KB)

BBKOSLOW-000005799



*Image: __Library_SMS_Attachments_64_04_57BB50CC-E0CB-4B42-8958-6B7B31E4C92A_IMG_3701.jpeg (220 KB)*

*Image: __Library_SMS_Attachments_79_09_7D457335-6F5A-45E7-9CF5-D52824A33931_IMG_3700.jpeg (297 KB)*

*Image: __Library_SMS_Attachments_b8_08_0FCF4C68-649B-4CA8-B1F5-175AFC250A8B_IMG_3698.jpeg (235 KB)*

BBKOSLOW-000005800



*Image: __Library_SMS_Attachments_bd_13_85FD9BD1-9520-4E81-9891-37A3645671DB_IMG_3702.jpeg (214 KB)*



*Image: __Library_SMS_Attachments_c8_08_BEF1F291-0F64-4F3F-BF43-3980ADDBC36C_IMG_3704.jpeg (230 KB)*



*Image: __Library_SMS_Attachments_ed_13_D28D56D6-15CE-4EB5-8161-C5F9B140D37D_IMG_3703.jpeg (252 KB)*

BBKOSLOW-000005801

\#  ▓▓▓▓▓▓                                              12/20/2024, 10:50 PM

I'm sending a WeTransfer to you of what ive found so far of 1. People reaching gout to us for comment 2. Us going back saying no comment on record, but providing some context off record or background 3. These texts

NM  **Nathan Melissa** (▓▓▓▓▓▓)                        12/20/2024, 10:51 PM

Loved "I'm sending a WeTransfer to you of what ive found …"

\#  ▓▓▓▓▓▓                                              12/20/2024, 11:16 PM

[url:'https://p28-
content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C
E698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_10_00_35FF1A87-976E-4532-A067-FD75881E6CC4__Leslie Telling Sara_.jpeg
(132 KB)

\#  ▓▓▓▓▓▓                                              12/20/2024, 11:17 PM

"We Don't want to go nuclear"[url:'https://p58-
content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C
E698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_eb_11_68DF618A-5F5C-4DC7-B64B-6D6A1E6E8581__We don't want to go
nuclear_.jpeg (89 KB)

\#  ▓▓▓▓▓▓                                              12/20/2024, 11:17 PM

"Don't want to place stories"[url:'https://p52-
content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C
E698EE1A9.C01USN00']

BBKOSLOW-000005802



*Image: __Library_SMS_Attachments_75_05_E82E96C1-9E49-463A-9C2A-5BFBFB20013A_Don't Want to Place Stories.jpeg (165 KB)*

---

#                        [REDACTED]                                        12/20/2024, 11:17 PM

Who is speaking with Megan Twohey?

---

#                        [REDACTED]                                        12/20/2024, 11:22 PM

I just sent the WeTransfer of a bunch of stuff but need to add more to it. But off the top of my head: [emoji]1. Factually, there isn't a single headline of a source quote from JB saying anything bad against her [emoji]2. Leslie texts about speaking with Sara [emoji]3. Billionaire family going up against a small, new, female-founded company who was just doing their job [emoji]4. Time and time again in texts/emails showed we did not want to engage or respond or go nuclear, etc.

---

#                        [REDACTED]                                        12/20/2024, 11:24 PM

And can we not leak this to someone else before NYT who will be shit we know either way? And get ahead of this?

---

NM     **Nathan Melissa (**[REDACTED]**)**                                12/20/2024, 11:25 PM

Exactly on with tmz

---

#                        [REDACTED]                                        12/20/2024, 11:50 PM

And I can send full text thread as it's time stamped from august. Says Leslie did the first piece [url:'https://p40-content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE698EE1A9.C01USN00']



*Image: __Library_SMS_Attachments_23_03_29D30BAA-0A91-4831-A363-798092DD8A4E_IMG_5641.PNG (832 KB)*

| NM | **Nathan Melissa** ( ▮▮▮▮▮▮▮▮▮ ) | 12/20/2024, 11:52 PM |
|---|---|---|
| | Am back on with full group again | |

| # | **15188103255** | 12/20/2024, 11:53 PM |
|---|---|---|

[url:'https://p72-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']
[url:'https://p52-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']
[url:'https://p30-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']
[url:'https://p68-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']



*Image: __Library_SMS_Attachments_40_00_F7CF523C-5DDD-409C-98AE-35F3B18D4F21_IMG_5638.PNG (877 KB)*

*Image: __Library_SMS_Attachments_52_02_05617CDE-4B6E-41BB-8576-DAD3CD00E5C7_IMG_5639.PNG (529 KB)*



*Image: __Library_SMS_Attachments_77_07_6EDAC4AB-0945-4F65-9348-E822F02383F9_IMG_5640.PNG (962 KB)*



*Image: __Library_SMS_Attachments_bd_13_2ED96892-E3D5-4018-89B2-AA1C7844A511_IMG_5637.PNG (924 KB)*

| # | ████████ | 12/20/2024, 11:54 PM |
|---|---|---|

All time stamped about Leslie calling NYP and setting up first story. And I sent on other chain a bunch of us saying there's nothing to do, we didn't place this stuff, we don't want to go nuclear, etc.

| NM | **Nathan Melissa (**████████**)** | 12/21/2024, 12:42 AM |
|---|---|---|

I'm on with his psychic and legal team

| # | ████████ | 12/21/2024, 7:29 AM |
|---|---|---|

I hope the call was about helping everyone as we need just as much help as him. I don't care about what's being said about him lol

| NM | **Nathan Melissa (**████████**)** | 12/21/2024, 7:55 AM |
|---|---|---|

Just got woken up by ████████

| # | ████████ | 12/21/2024, 7:55 AM |
|---|---|---|

I'm ok with Katie can we call you?

CONFIDENTIAL

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 7:55 AM |

4:55 am

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 7:55 AM |

No

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 7:55 AM |

I just woke up

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 7:55 AM |

I'm honestly going to vomit

| # | ███████ | 12/21/2024, 7:56 AM |

TMZ broke

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 7:56 AM |

Send

| # | ███████ | 12/21/2024, 7:56 AM |

I'm getting it

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 8:09 AM |

I actually feel too sick to go back n forth

| # | ███████ | 12/21/2024, 8:15 AM |

Ok we're here idk what the status is so idk what else to offer. Do you think we ask another PR for help on this for us?

| # | ███████ | 12/21/2024, 8:16 AM |

Just call me and KC when you're to it so we can be across and not in the dark should this continue to be crazy

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 8:19 AM |

I feel sick one sec on bathroom

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 8:19 AM |

Also… I did some light digging and the NYT covered the over-branding of Blake's businesses in the movie, and the "uncomfortable" historic interviews

Says James

| # | ███████ | 12/21/2024, 8:20 AM |

Yes everyone was against her

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 8:20 AM |

https://www.nytimes.com/2024/08/11/movies/it-ends-with-us-blake-lively-brand.html?

*Attachment: __Libr_1(71) (203 KB)*

*Attachment: __Libr_1(72) (4 KB)*

| NM | **Nathan Melissa** ( ███████ ) | 12/21/2024, 8:20 AM |

No I know but I bet they didn't do this " to destroy her"

| # | ███████ | 12/21/2024, 8:22 AM |

I just think we can't let them get away with the actual lies in the complaint

BBKOSLOW-000005806

NM    **Nathan Melissa (**█████████████            12/21/2024, 8:22 AM
We won't

\#    ███████████                                   12/21/2024, 8:22 AM
What is going on with NYT? Are we sending something to them

NM    **Nathan Melissa (**█████████████            12/21/2024, 8:22 AM
Bryan is suing them back

\#    ███████████                                   12/21/2024, 8:22 AM
Ok good - is Bryan helping us too or just Justin

NM    **Nathan Melissa (**█████████████            12/21/2024, 8:22 AM
Us all of us

\#    ███████████                                   12/21/2024, 8:22 AM
Ok good

\#    ███████████                                   12/21/2024, 8:23 AM
It just eats at me that we legit for the first time ever did NOTHING and we're sued as if we were knocking on doors
rallying people against her

NM    **Nathan Melissa (**█████████████            12/21/2024, 8:24 AM
I know

\#    ███████████                                   12/21/2024, 8:25 AM
Do you need me to send our texts to Bryan or does he have?

\#    ███████████                                   12/21/2024, 8:25 AM
Statement is good - love mentioning Stephanie and Leslie by name

\#    ███████████                                   12/21/2024, 8:26 AM
The ones I sent directly to you last night in text were strongest.

NM    **Nathan Melissa (**█████████████            12/21/2024, 8:54 AM
I feel sick I can't call as I've had such a bad stomach ache last few days and today is the worse

NM    **Nathan Melissa (**█████████████            12/21/2024, 8:55 AM
Brian has every single thing that you sent me, but perhaps what you can do is write an email outlining sort of like the
timeline of what you think what you know and include Jed as well

\#    ███████████                                   12/21/2024, 9:01 AM
Yes like with dates of the texts and emails

NM    **Nathan Melissa (**█████████████            12/21/2024, 9:06 AM
Yes please

NM    **Nathan Melissa (**█████████████            12/21/2024, 9:06 AM
And can someone at least reply to this Doris woman

\#    ███████████                                   12/21/2024, 9:11 AM
Yes but like who is this? Me katie and alyx are working on pulling more stuff and making this timeline for you

\#    ███████████                                   12/21/2024, 9:13 AM
I want to make sure we get this stuff for Bryan

| # | ▉▉▉ | 12/21/2024, 9:13 AM |
| --- | --- | --- |

NYP just broke

| # | ▉▉▉ | 12/21/2024, 9:14 AM |
| --- | --- | --- |

https://nypost.com/2024/12/21/entertainment/blake-lively-sues-it-ends-with-us-co-star-justin-baldoni-for-sexual-harassment-campaign-to-destroy-reputation/?utm_campaign=iphone_nyp&utm_source=message_app

*Attachment: __Libr_1(73) (160 KB)*

*Attachment: __Libr_1(74) (2 KB)*

*Attachment: __Libr_1(75) (61 KB)*

*Attachment: __Libr_1(76) (177 KB)*

| # | ▉▉▉ | 12/21/2024, 9:26 AM |
| --- | --- | --- |

We're doing a roundup of breaks to send you. Daily Mail, people - no mention of you or us

| # | ▉▉▉ | 12/21/2024, 9:26 AM |
| --- | --- | --- |

And I'm sorry but Jen Abel is a fucking moron. I wiped all my shit from Hs before leaving. How could she be so dumb knowing who she was dealing with?

| NM | Nathan Melissa (▉▉▉ | 12/21/2024, 9:32 AM |
| --- | --- | --- |

She was walked out that's why but yes

| # | ▉▉▉ | 12/21/2024, 9:32 AM |
| --- | --- | --- |

Ok with AS/KC/CH sorting through organization of the texts/emails and whatnot. Rylie should be sending the roundup

| NM | Nathan Melissa (▉▉▉ | 12/21/2024, 9:34 AM |
| --- | --- | --- |

Ok thank u

| NM | Nathan Melissa (▉▉▉ | 12/21/2024, 9:40 AM |
| --- | --- | --- |

We should do a round up and send to Bryan quickly just an initial round up

| # | ▉▉▉ | 12/21/2024, 9:40 AM |
| --- | --- | --- |

Ok

| # | ▉▉▉ | 12/21/2024, 9:50 AM |
| --- | --- | --- |

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

| # | ▉▉▉ | 12/21/2024, 9:51 AM |
| --- | --- | --- |

I just sent statement to Eileen at NYP who reached out to comment

| # | ▉▉▉ | 12/21/2024, 9:59 AM |
| --- | --- | --- |

Still no mention of you or TAG in this coverage. We're brining in Michael to help as well

| # | ▉▉▉ | 12/21/2024, 9:59 AM |
| --- | --- | --- |

And me/AS/KC/CH started a chat on Signal to be safe

| NM | Nathan Melissa (▉▉▉ | 12/21/2024, 10:09 AM |
| --- | --- | --- |

I just cannot

| NM | Nathan Melissa (▉▉▉ | 12/21/2024, 10:09 AM |
| --- | --- | --- |

BBKOSLOW-000005808

I'm just waiting for NYT

---

NM     **Nathan Melissa (** ▮▮▮▮▮▮▮▮ **)**                                    12/21/2024, 10:10 AM
When it runs all I need is your opinion on us / me
I'm also thinking, maybe because of the delay in the story timewise they might be working on something else like a
separate quote from Leslie or something

#      ▮▮▮▮▮▮▮▮                                                              12/21/2024, 10:12 AM
Yes - do you think it's going to run today? And I know I keep harping but can't we show them some of these text
messages? It's a story to show that they came out swinging first and then claiming we did all of this

NM     **Nathan Melissa (** ▮▮▮▮▮▮▮▮ **)**                                    12/21/2024, 10:24 AM
Nyt up

NM     **Nathan Melissa (** ▮▮▮▮▮▮▮▮ **)**                                    12/21/2024, 10:24 AM
My friend says

#      ▮▮▮▮▮▮▮▮                                                              12/21/2024, 10:33 AM
It's not good

#      ▮▮▮▮▮▮▮▮                                                              12/21/2024, 10:34 AM
We need to go really hard

NM     **Nathan Melissa (** ▮▮▮▮▮▮▮▮ **)**                                    12/21/2024, 11:03 AM
Dominic is welcome to do a brand-new piece about the only reason why crisis PR is involved is because she was
placing stories

And we were  laughing texting because we didn't do anything as it was so organic

#      ▮▮▮▮▮▮▮▮                                                              12/21/2024, 11:04 AM
Exactly I just texted him

#      ▮▮▮▮▮▮▮▮                                                              12/21/2024, 11:07 AM
He goes "there's a lot of stuff in that complaint" so maybe we share with him a little but give rest to someone else

#      ▮▮▮▮▮▮▮▮                                                              12/21/2024, 11:07 AM
I don't think he's going to be so fair based on his response

NM     **Nathan Melissa (** ▮▮▮▮▮▮▮▮▮▮▮ **)**                                 12/21/2024, 11:09 AM
       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NM     **Nathan Melissa (** ▮▮▮▮▮▮▮▮ **)**                                    12/21/2024, 11:23 AM
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p39-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p65-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p41-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788

CE698EE1A9.C01USN00']
[url:'https://p43-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p41-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p39-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']



*Image: __Library_SMS_Attachments_30_00_7933B00B-4E2B-4D28-9C2A-F7CB90DBBE26_Screenshot 2024-12-21 at 08.23.08.jpeg (546 KB)*



*Image: __Library_SMS_Attachments_32_02_F6324390-6171-4BD9-859E-787DB4FFAD74_Screenshot 2024-12-21 at 08.22.49.jpeg (493 KB)*



*Image: __Library_SMS_Attachments_64_04_10B3AC5F-BBC0-4D0E-BC40-67805FD8F125_Screenshot 2024-12-21 at 08.22.57.jpeg (498 KB)*



*Image: __Library_SMS_Attachments_64_04_92A57752-452E-4DB6-ABBB-0EE9C72D40A7_Screenshot 2024-12-21 at 08.22.52.jpeg (404 KB)*



*Image: __Library_SMS_Attachments_64_04_...Screenshot 2024-12-21 at ...jpeg*

*Image: __Library_SMS_Attachments_74_04_EC6257DD-B2B2-4DB2-85C1-C7C92ED2B338_Screenshot 2024-12-21 at 08.23.14.jpeg (387 KB)*



*Image: __Library_SMS_Attachments_a4_04_D8C2500C-B85E-4EC8-8FBE-7ACCE6F60E75_Screenshot 2024-12-21 at 08.23.00.jpeg (492 KB)*



*Image: __Library_SMS_Attachments_bb_11_48F85FC4-4450-4440-887C-C5FD8F704B4C_Screenshot 2024-12-21 at 08.22.54.jpeg (475 KB)*



Image: __Library_SMS_Attachments_cb_11_0A1FC753-E820-466D-BE48-88044E2DDEE2_Screenshot 2024-12-21 at 08.23.02.jpeg (361 KB)



Image: __Library_SMS_Attachments_d1_01_30FE651F-1058-4639-9C01-05F979727B02_Screenshot 2024-12-21 at 08.23.05.jpeg (391 KB)



BBKOSLOW-000005813

*Image: __Library_SMS_Attachments_ee_14_6506B9F6-5591-41FD-81AD-17993CBA4E89_Screenshot 2024-12-21 at 08.23.11.jpeg (476 KB)*

| | | |
|---|---|---|
| NM | **Nathan Melissa (** ▓▓▓▓▓▓ **)** | 12/21/2024, 11:47 AM |

[url:'https://p40-content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788CE698EE1A9.C01USN00']





*Image: __Library_SMS_Attachments_86_06_6B92E3BC-1C6C-4B13-9A83-A151FAA777F7_Screenshot 2024-12-21 at 08.46.59.jpeg (258 KB)*

| | | |
|---|---|---|
| # | ▓▓▓▓▓▓ | 12/21/2024, 11:48 AM |

These are people sitting in a basement

| | | |
|---|---|---|
| # | ▓▓▓▓▓▓ | 12/21/2024, 11:49 AM |

Is there a way to screenshot Leslie's number underneath her name so we can prove that the text between you and Leslie are in fact her?

| | | |
|---|---|---|
| NM | **Nathan Melissa (** ▓▓▓▓▓▓ **)** | 12/21/2024, 11:51 AM |

No that's the way it comes out

| | | |
|---|---|---|
| # | ▓▓▓▓▓▓ | 12/21/2024, 11:54 AM |

No, I mean if you go to her in contacts and click, it should have her name on top and her number below just so they can confirm with their legal team that the text messages are in fact with Leslie Dart

| | | |
|---|---|---|
| NM | **Nathan Melissa (** ▓▓▓▓▓▓ **)** | 12/21/2024, 11:55 AM |

[url:'https://p60-content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788CE698EE1A9.C01USN00']

BBKOSLOW-000005814



*Image: __Library_SMS_Attachments_21_01_9A39C02C-86F1-49DC-B797-AB570988D832_Leslie Sloane.jpeg (237 KB)*

| # | ▮▮▮▮▮▮ | 12/21/2024, 11:55 AM |
|---|---|---|
| | Perfect thank you | |

| NM | **Nathan Melissa** (▮▮▮▮▮▮) | 12/21/2024, 11:58 AM |
|---|---|---|
| | TMZ just told me holly Baird is trying to get on Blake livelys crisis team | |

| # | ▮▮▮▮▮▮ | 12/21/2024, 11:58 AM |
|---|---|---|
| | Jesus Christ | |

| # | ▮▮▮▮▮▮ | 12/21/2024, 3:22 PM |
|---|---|---|
| | This is Jen's job. We can't be doing free PR for Justin while trying to save our baby company. | |

| NM | **Nathan Melissa** (▮▮▮▮▮▮) | 12/21/2024, 3:23 PM |
|---|---|---|
| | I know but want to also be smart<br>When he files Back it's going to be huge | |

| NM | **Nathan Melissa** (▮▮▮▮▮▮) | 12/21/2024, 3:23 PM |
|---|---|---|
| | And will cover us | |

| NM | **Nathan Melissa** (▮▮▮▮▮▮) | 12/21/2024, 4:54 PM |
|---|---|---|
| | And what the fuck is this now? [url:'https://p68-content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788CE698EE1A9.C01USN00'] | |

CONFIDENTIAL



*Image: __Library_SMS_Attachments_9a_10_E24F22F2-F26E-419A-844E-157B7573F1B0_Image-1.jpg (149 KB)*

| # | ████████ | 12/21/2024, 4:57 PM |
| --- | --- | --- |
This is why we fucking need someone!!

| # | ████████ | 12/21/2024, 4:57 PM |
| --- | --- | --- |
This is too big for us

| NM | **Nathan Melissa (**████████ | 12/21/2024, 4:58 PM |
| --- | --- | --- |
Then have Michael

| # | ████████ | 12/21/2024, 4:58 PM |
| --- | --- | --- |
We have thought of and done everything we can. We're drowning here Melissa

| NM | **Nathan Melissa (**████████ | 12/21/2024, 4:58 PM |
| --- | --- | --- |
I'm on the phone

| NM | **Nathan Melissa (**████████ | 12/21/2024, 4:58 PM |
| --- | --- | --- |
Same bre

| # | ████████ | 12/21/2024, 4:59 PM |
| --- | --- | --- |
No I know

| # | ████████ | 12/21/2024, 4:59 PM |
| --- | --- | --- |
But we're trying so hard and this is just all so fucked and we're just trying to find ways to defend ourselves

| # | ████████ | 12/21/2024, 4:59 PM |
| --- | --- | --- |
What else can we do?

| # | ████████ | 12/21/2024, 4:59 PM |
| --- | --- | --- |
Just sit back?

| # | ████████ | 12/21/2024, 5:00 PM |
| --- | --- | --- |
Also there are stories like that all the time calling out people who used to be connected to shady people. That's a gossip story.

| # | ████████ | 12/21/2024, 5:00 PM |
| --- | --- | --- |
Also these are stories like that all the time calling out people who used to be connected to shady people. That's a gossip story.

BBKOSLOW-000005816

CONFIDENTIAL

BBKOSLOW-000005817