# Ms. Lively Ex. 59

## Short Message Report

| Conversations: 1 | Participants: 4 |
| --- | --- |
| Total Messages: 57 | Date Range: 8/13/2024 - 8/14/2024 |

### Outline of Conversations

**System Message chatroom** • 57 messages between 8/13/2024 - 8/14/2024 • Breanna Butler • Katherine Case • Katie Case • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

**[REDACTED] System Message chatroom**

BB **Breanna Butler** [REDACTED] 8/13/2024, 10:02 PM

For Alison - hands off think piece on the whole PR debacle behind the scenes:

Story

-Jeopardizes the film's brand, financially / legacy wise if this impact the sequel
-You have a film with serious subject matter, not only being promoted with focus on flowers/clothes, but a PR campaign distracting audiences away from important messaging to play out a high school fight between two stars.
-Why would Blake allow this to happen? How could she? What is she thinking right now regarding her team?
-Where were the opportunities to promote resources for survivors of domestic abuse?
-Questions, did Blake's inability to relate to regular people / what they want to see, just slight her big moment?
-JLo references all over TikTok. Next JLo whose career suffered from her tone deafness of her own brand?
-Blake's publicist started her own firm through Harvey Weinstein backing

BB **Breanna Butler** [REDACTED] 8/13/2024, 10:03 PM

[url:'https://p29-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00']

*Attachment: __Library_SMS_Attachments_1e_14_2E26622A-CA44-4CE7-BC6D-A1BDD43E8F17_Audio Message.caf (113 KB)*

KC **Katie Case** [REDACTED] 8/13/2024, 10:04 PM

Yes. To all. Also let's bring in the fact that she promoted a haircare line and her own drink brand as part of promo.

KC **Katie Case** [REDACTED] 8/13/2024, 10:04 PM

We could sue Leslie

KC **Katie Case** [REDACTED] 8/13/2024, 10:04 PM

This is intimidation and basically the same as doxing someone on socials

KC **Katie Case** [REDACTED] 8/13/2024, 10:04 PM

We could legit pursue legal action

BB **Breanna Butler** [REDACTED] 8/13/2024, 10:05 PM

Exactly

KC **Katie Case** [REDACTED] 8/13/2024, 10:05 PM

And we can use Blake's own post today as the hook — it took her 5 days since the movie came out to speak directly to domestic violence — which was shared as a story and not an in feed post

KC **Katie Case** [REDACTED] 8/13/2024, 10:05 PM

It's clear she doesn't care one lick for survivors

BB **Breanna Butler** [REDACTED] 8/13/2024, 10:23 PM

https://www.tiktok.com/t/ZTNtugtvk/

*Attachment: __Libr_1(12) (158 KB)*

*Attachment: __Libr_1(13) (19 KB)*

*Attachment: __Libr_1(14) (6 KB)*

BB **Breanna Butler** 8/13/2024, 10:23 PM

This is good too

BB **Breanna Butler** 8/13/2024, 10:29 PM

https://www.tiktok.com/t/ZTNtHRbk8/

*Attachment: __Libr_1(15) (19 KB)*

*Attachment: __Libr_1(16) (39 KB)*

*Attachment: __Libr_1(17) (6 KB)*

KC **Katie Case** 8/14/2024, 7:26 AM

*Attachment: __Libr_1(18) (167 KB)*

*Attachment: __Libr_1(19) (1 KB)*

KC 8/14/2024, 7:26 AM

BB 8/14/2024, 7:41 AM

BB **Breanna Butler** 8/14/2024, 9:34 AM

This is Jen Abel's cell right?

KC **Katie Case** ████ 8/14/2024, 9:35 AM
[url:'https://p48-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

*Image: __Library_SMS_Attachments_d7_07_5E18E7C5-F8E1-42FB-B25A-E2AEEF23EDA5_IMG_2771.PNG (164 KB)*

BB **Breanna Butler** ████ 8/14/2024, 10:18 AM
are you on with them

KC **Katie Case** ████ 8/14/2024, 10:19 AM
No!

KC **Katie Case** ████ 8/14/2024, 11:08 AM
I tried calling MN

KC **Katie Case** ████ 8/14/2024, 11:08 AM
We have to push back now

KC **Katie Case** ████ 8/14/2024, 11:59 AM
Can I just say it

KC **Katie Case** ████ 8/14/2024, 11:59 AM
Why is it pulling teeth to get information and direction on this — it's now OUR agency

KC **Katie Case** ████ 8/14/2024, 12:02 PM
Wait why??

BB **Breanna Butler** ████ 8/14/2024, 1:42 PM
████

BB **Breanna Butler** ████ 8/14/2024, 1:42 PM
And yes to what you wrote above! Am just seeing it

KC **Katie Case** ████ 8/14/2024, 1:43 PM
Oh shit I'm sorry

KC **Katie Case** ████ 8/14/2024, 2:17 PM
Oh yeah great idea dude let him ramble for 70 minutes

BB **Breanna Butler** ████ 8/14/2024, 2:44 PM
Absolutely not

KC **Katie Case** ████ 8/14/2024, 2:44 PM
That went really well!

KC **Katie Case** ████ 8/14/2024, 2:49 PM
Do we respond to Justin

BB **Breanna Butler** ████ 8/14/2024, 2:50 PM
Idk what to say

BB **Breanna Butler** ████ 8/14/2024, 2:50 PM
I hope so!

BB **Breanna Butler** ████ 8/14/2024, 2:51 PM
Also let me know if you want to chat quickly before this 5pm. I don't know if you need to be on it to help moving forward but just for support as MN talked the whole meeting but can't join the follow up call with legal

KC **Katie Case** ████ 8/14/2024, 2:51 PM
I think we tell the truth! The wider internet remains skeptical and continues to see through Blake's smear campaign…

KC **Katie Case** ████ 8/14/2024, 2:51 PM
And yes!

BB ████ 8/14/2024, 3:17 PM
████

KC ████ 8/14/2024, 3:19 PM
████

KC ████ 8/14/2024, 3:19 PM
████

KC ████ 8/14/2024, 5:22 PM
████

KC ████ 8/14/2024, 5:23 PM
████

BB **Breanna Butler** ████ 8/14/2024, 5:23 PM
████ I'm also so fried and tapped out from these last few weeks as is everyone

KC ████ 8/14/2024, 5:24 PM
████

KC ████ 8/14/2024, 5:24 PM
████

KC ████ 8/14/2024, 5:24 PM
████

BB ████ 8/14/2024, 5:27 PM
████

KC
KC
KC
KC
KC
BB
KC
8/14/2024, 5:53 PM
KC
8/14/2024, 5:53 PM
KC
8/14/2024, 5:53 PM
KC
8/14/2024, 5:53 PM
BB
8/14/2024, 6:03 PM