# Ms. Lively Ex. 60

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 30 | Date Range: 8/13/2024 - 8/14/2024 |

**Outline of Conversations**



chatroom • 30 messages between 8/13/2024 - 8/14/2024 • ▮▮▮ • Breanna Butler ▮▮▮ • Nathan Melissa ▮▮▮

**Messages in chronological order** (times are shown in GMT -04:00)

---

**#** — 8/13/2024, 8:18 PM
Could Allison do think piece on the bad PR behind the film - even if it mentions somewhat of Justin but mostly focuses on Blake - big deal of movie she tainted, not addressing DV, why her interviews aren't landing well with audiences (people online saying she's in JLo era, not positive)

**#** — 8/13/2024, 8:18 PM
And it wouldn't be so obvious if there's a part that scrutinizes his lack of response or whatever so it's not so obviously placed

**NM** Nathan Melissa — 8/13/2024, 8:22 PM
Yes

**NM** Nathan Melissa — 8/13/2024, 8:22 PM
Let's go

**#** — 8/13/2024, 8:22 PM
What is Pam saying about bots? Did we at least counter that that was bullshit

**#** — 8/13/2024, 8:40 PM
Elizabeth Rosner said she was pitched this story days ago. She said they wrote it up 3 days ago and Elizabeth killed it

**#** — 8/13/2024, 8:42 PM
She said they want to run now but will be super straight forward

**#** — 8/13/2024, 8:47 PM
I honestly think this is great press

**NM** Nathan Melissa — 8/13/2024, 8:47 PM
I can't Bre this is horrifying to me

**#** — 8/13/2024, 8:48 PM
I know - I'm not taking away from that at all. Just realistically, it could have been a lot worse. And we will hit back

**NM** Nathan Melissa — 8/13/2024, 8:49 PM
SJ will use this so hard against me

**#** — 8/13/2024, 8:49 PM
Before or after her legit takedown story? Fuck her. She's the type of publicist who would plant this type of story about herself

**#** — 8/13/2024, 8:52 PM
AND this is a guy everyone likes. This is not a rapist we are defending. People love Justin. It's not an awful look

**#** — 8/13/2024, 8:57 PM
Also, what a dumb fucking PR move. Could you imagine being more focused on this shit than the actual fact your lackluster blockbuster star finally made a movie people are going to see

**#** — 8/13/2024, 9:09 PM
Bam

**#** — 8/13/2024, 9:09 PM
https://www.hollywoodreporter.com/movies/movie-news/harvey-weinstein-publicist-leslie-sloane-697636/amp/

*Attachment: __Libr_1(24) (178 KB)*

*Attachment: __Library_SMS_Attach_1_0c_12_FD76E9_1_77AC79_1 (198 bytes)*

| | | |
|---|---|---|
| NM | **Nathan Melissa** ▮ | 8/13/2024, 9:09 PM |

Dang

| | | |
|---|---|---|
| # | ▮ | 8/13/2024, 9:10 PM |

It's old but we can use it. The people obsessed with this drama will not remember this story and we can resurface

| | | |
|---|---|---|
| NM | **Nathan Melissa** ▮ | 8/13/2024, 9:11 PM |

100% and what a headline

| | | |
|---|---|---|
| # | ▮ | 8/13/2024, 9:12 PM |

Elizabeth is working to update People piece re: adding agency

| | | |
|---|---|---|
| # | ▮ | 8/13/2024, 9:17 PM |

Could Sara include mention if NYP picks up that "meanwhile Blake's rep, Leslie Sloane who started her own venture from Harvey Weinstein's backing, xxx"

| | | |
|---|---|---|
| # | ▮ | 8/13/2024, 9:17 PM |

Or we give to Allison

| | | |
|---|---|---|
| NM | **Nathan Melissa** ▮ | 8/13/2024, 9:17 PM |

Allison

| | | |
|---|---|---|
| NM | **Nathan Melissa** ▮ | 8/13/2024, 9:17 PM |

Because she doesn't have a link to have

| | | |
|---|---|---|
| NM | **Nathan Melissa** ▮ | 8/13/2024, 9:17 PM |

Her

| | | |
|---|---|---|
| # | ▮ | 8/13/2024, 9:18 PM |

Yes

| | | |
|---|---|---|
| # | ▮ | 8/13/2024, 9:44 PM |

For Alison - hands off think piece on the whole PR debacle behind the scenes:

Story

-Jeopardizes the film's brand, financially / legacy wise if this impact the sequel
-You have a film with serious subject matter, not only being promoted with focus on flowers/clothes, but a PR campaign distracting audiences away from important messaging to play out a high school fight between two stars.
-Why would Blake allow this to happen? How could she? What is she thinking right now regarding her team?
-Where were the opportunities to promote resources for survivors of domestic abuse?
-Questions, did Blake's inability to relate to regular people / what they want to see, just slight her big moment?
-JLo references all over TikTok. Next JLo whose career suffered from her tone deafness of her own brand?

| | | |
|---|---|---|
| # | ▮ | 8/13/2024, 9:45 PM |

▮

| | | |
|---|---|---|
| # | ▮ | 8/14/2024, 7:12 AM |

▮

| | | |
|---|---|---|
| # | ▮ | 8/14/2024, 7:59 PM |

▮

███████████████████████████████████
███████████████████████████████████

CONFIDENTIAL BBKOSLOW-000001027