# Ms. Lively Ex. 61

## Short Message Report

| Conversations: 1 | Participants: 12 |
|---|---|
| Total Messages: 47 | Date Range: 8/20/2024 - 8/21/2024 |

## Outline of Conversations



System Message chatroom • 47 messages between 8/20/2024 - 8/21/2024 • Alyx Sealy (█) • Breanna Butler (█) • Carolina (█) • Dervla (█) • Katherine Case (█) • Katie Case (█) • Melissa Nathan (█) • Michael Lawrence (█) • Rylie Long (█) • System Message (System Message) • █

**Messages in chronological order** (times are shown in GMT -04:00)





Image: __Library_SMS_Attachments_62_02_03D6AE06-EBC0-4F29-B857-873EDD56ED6C_IMG_7173.PNG (183 KB)

**RL**  **Rylie Long (**████████**)**  8/20/2024, 10:55 PM
LMAO

**AS**  **Alyx Sealy** ████████  8/20/2024, 10:56 PM
[url:'https://p48-content.icloud.com/MF05CC8A366EE15FA4AE259ABC484506A23B7F47B8E18A9E17B62B03EDF93D910.C01USN00'
]



Image: __Library_SMS_Attachments_ab_11_F3B79151-48FD-4C14-A7B4-B13A7044AD60_IMG_7174.PNG (185 KB)

**AS**  **Alyx Sealy** ████████  8/20/2024, 10:56 PM
We had 989 visitors in the last 24 hours

**BB**  **Breanna Butler (**████████**)**  8/21/2024, 10:10 AM
https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html?ito=native_share_article-nativemenubutton

Attachment: __Libr_1(579) (4 KB)

Attachment: __Libr_1(580) (100 KB)

| | | | |
|---|---|---|---|
| BB | **Breanna Butler** ▮ | | 8/21/2024, 10:10 AM |
| | God bless Alison Boshoff | | |
| KC | **Katie Case (**▮ | | 8/21/2024, 10:10 AM |
| | Did she actually come through for us????? | | |
| BB | **Breanna Butler (**▮ | | 8/21/2024, 10:10 AM |
| | Yes | | |
| C | **Carolina** ▮ | | 8/21/2024, 10:10 AM |
| | Wowwwwwww | | |
| C | **Carolina** ▮ | | 8/21/2024, 10:10 AM |
| | It's about time | | |
| KC | **Katie Case** ▮ | | 8/21/2024, 10:14 AM |
| | Well done Bre!! | | |
| AS | **Alyx Sealy (**▮ | | 8/21/2024, 10:15 AM |
| | Yeah seriously it's great ! | | |
| RL | **Rylie Long (**▮ | | 8/21/2024, 10:36 AM |
| | Laughed at "God bless Alison Boshoff " | | |
| C | ▮ | | 8/21/2024, 12:29 PM |
| | Melissa this is the backgrounder Zoe made for ▮ ▮ | | |
| AS | ▮ | | 8/21/2024, 1:23 PM |
| AS | ▮ | | 8/21/2024, 1:23 PM |
| KC | ▮ | | 8/21/2024, 1:24 PM |
| C | ▮ | | 8/21/2024, 1:24 PM |
| RL | ▮ | | 8/21/2024, 1:24 PM |



| Sender | Message | Timestamp |
|---|---|---|
| D | [redacted] | 8/21/2024, 1:25 PM |
| C | [redacted] | 8/21/2024, 3:28 PM |
| C | [redacted] | 8/21/2024, 3:29 PM |
| AS | [redacted] | 8/21/2024, 3:30 PM |
| RL | [redacted] | 8/21/2024, 3:30 PM |
| RL | [redacted] | 8/21/2024, 3:42 PM |
| M | [redacted] | 8/21/2024, 3:43 PM |
| RL | [redacted] | 8/21/2024, 3:43 PM |
| M | [redacted] | 8/21/2024, 3:44 PM |
| RL | [redacted] | 8/21/2024, 3:45 PM |
| D | [redacted] | 8/21/2024, 3:49 PM |
| KC | [redacted] | 8/21/2024, 3:49 PM |
| RL | [redacted] | 8/21/2024, 3:50 PM |
| M | [redacted] | 8/21/2024, 3:50 PM |
| M | [redacted] | 8/21/2024, 3:50 PM |
| AS | [redacted] | 8/21/2024, 3:51 PM |
| RL | [redacted] | 8/21/2024, 3:51 PM |



| | | | |
|---|---|---|---|
| C | | | |
| BB | | | |
| AS | **Alyx Sealy** | | 8/21/2024, 4:27 PM |
| | https://perezhilton.com/it-ends-with-us-author-colleen-hoover-son-accused-sexual-assault-how-she-defended-him/ | | |

*Attachment: __Libr_1(584) (173 KB)*

*Attachment: __Library_SMS_Attach_1_01_01_042D06_1_E9308D_1 (4 KB)*

| | | | |
|---|---|---|---|
| AS | **Alyx Sealy** | | 8/21/2024, 4:28 PM |
| | 🪦 | | |
| RL | **Rylie Long** | | 8/21/2024, 4:28 PM |
| | NO | | |

CONFIDENTIAL