# Ms. Lively Ex. 64

## Short Message Report

| Conversations: 1 | Participants: 12 |
| --- | --- |
| Total Messages: 162 | Date Range: 8/13/2024 - 8/14/2024 |

## Outline of Conversations



**Syste**

**m Message chatroom** • 162 messages between 8/13/2024 - 8/14/2024 • Alyx Sealy
Breanna Butler                • Carolina (              • Dervla (              • Katherine Case
                  Katie Case              • Melissa Nathan (              • Michael Lawrence
                  • Rylie Long              • System Message (System Message) •

**Messages in chronological order** (times are shown in GMT -04:00)

---

☺︎

**Syste**

**m Message chatroom**

D | **Dervla** | 8/13/2024, 8:28 PM
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/

*Attachment: __Libr_1(493) (163 KB)*

*Attachment: __Libr_1(494) (2 KB)*

D | **Dervla** | 8/13/2024, 8:28 PM
@melissa 🖥

RL | **Rylie Long** | 8/13/2024, 8:29 PM
JD mentioned in sub headline

KC | **Katie Case** | 8/13/2024, 8:30 PM
It's not bad

AS | **Alyx Sealy** | 8/13/2024, 8:30 PM
It's very basic

BB | **Breanna Butler** | 8/13/2024, 8:30 PM
A LOT of regurgitation

KC | **Katie Case** | 8/13/2024, 8:31 PM
It's also like — ok who cares

AS | **Alyx Sealy** | 8/13/2024, 8:31 PM
It's not a story

RL | **Rylie Long** | 8/13/2024, 8:31 PM
And ? Like ofc he hired PR for this

AS | **Alyx Sealy** | 8/13/2024, 8:31 PM
He's being attacked publicly, he brought on an expert to help

D | **Dervla** | 8/13/2024, 8:32 PM
Emphasised "And ? Like ofc he hired PR for this"

KC | **Katie Case** | 8/13/2024, 8:32 PM
Emphasized "And ? Like ofc he hired PR for this"

KC | **Katie Case** | 8/13/2024, 8:32 PM
Emphasized "It's not a story "

M | | 8/13/2024, 10:07 PM
Breaking my nervous breakdown to send you this [url:'https://p54-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_32_02_0ADCD066-4525-4EF3-9873-*

*C6FC2E8B1359_RPReplay_Final1723600643.mov (3 MB)*

| RL | **Rylie Long** | 8/13/2024, 10:08 PM |
| Laughed at "Breaking my nervous breakdown to send you this " |

| KC | **Katie Case** | 8/13/2024, 10:09 PM |
| This is going to be my standard reply from now on: WEVE LITERALLY SEENIT |

| RL | **Rylie Long** | 8/13/2024, 10:09 PM |
| Laughed at "This is going to be my standard reply from now on:…" |

| AS | **Alyx Sealy** | 8/13/2024, 10:09 PM |
| Laughed at "This is going to be my standard reply from now on:…" |

| M | | 8/13/2024, 10:40 PM |
| Deadline running |

| AS | **Alyx Sealy** | 8/13/2024, 10:41 PM |
| Kk Rylie can you keep watch plz |

| RL | **Rylie Long** | 8/13/2024, 10:41 PM |
| Yes |

| RL | **Rylie Long** | 8/13/2024, 10:41 PM |
| https://www.cosmopolitan.com/entertainment/celebs/a61870841/why-justin-baldoni-hired-crisis-pr-manager/ |

*Attachment: __Libr_1(495) (72 KB)*

*Attachment: __Libr_1(496) (4 KB)*

| M | | 8/13/2024, 10:41 PM |
| Oh fuck off |

| AS | **Alyx Sealy** | 8/13/2024, 10:42 PM |
| Rylie let's flag not on this chat lol |

| AS | **Alyx Sealy** | 8/13/2024, 10:42 PM |
| Mel if there is anything to worry or flag to you we will |

| M | | 8/14/2024, 9:27 AM |
| https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng== |

*Attachment: __Libr_1(497) (30 KB)*

*Attachment: __Libr_1(498) (109 KB)*

*Attachment: __Libr_1(499) (31 KB)*

| AS | **Alyx Sealy** | 8/14/2024, 9:29 AM |
| All she talks about is the floral outfits she's wearing! Every post on her IG one after the other |

| KC | **Katie Case** | 8/14/2024, 9:29 AM |
| Emphasized "All she talks about is the floral outfits she's we…" |

KCASE-000003356

KC    **Katie Case**                                                                  8/14/2024, 9:32 AM
      https://www.instagram.com/reel/C-n_krDy0T7/?igsh=MWFydHh1YjhoMHR4dg==

      *Attachment: __Libr_1(500) (31 KB)*

      *Attachment: __Libr_1(501) (9 KB)*

      *Attachment: __Libr_1(502) (26 KB)*

KC    **Katie Case**                                                                  8/14/2024, 9:32 AM
      FLOWERS

AS    **Alyx Sealy**                                                                  8/14/2024, 9:35 AM
      Just got a flash flood warning on my tv lol

AS    **Alyx Sealy**                                                                  8/14/2024, 9:35 AM
      As I look out at the legit ocean next to my door

KC    **Katie Case**                                                                  8/14/2024, 9:35 AM
      .....

AS    **Alyx Sealy**                                                                  8/14/2024, 9:41 AM
      https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-cast-feud/

      *Attachment: __Libr_1(503) (193 KB)*

      *Attachment: __Libr_1(504) (3 KB)*

C     **Carolina (**                                                                  8/14/2024, 10:00 AM


BB    **Breanna Butler**                                                              8/14/2024, 10:01 AM


C     **Carolina**                                                                    8/14/2024, 10:01 AM


      *Attachment: __Libr_1(505) (7 KB)*

      *Attachment: __Libr_1(506) (295 KB)*

C     **Carolina**                                                                    8/14/2024, 10:01 AM
      Omg ?

AS    **Alyx Sealy**                                                                  8/14/2024, 10:01 AM


AS    **Alyx Sealy**                                                                  8/14/2024, 10:07 AM
      @melissa perhaps we should do a team call at some point this afternoon....

M                                                                                        8/14/2024, 10:08 AM
Just on with Jamey and jen

M                                                                                        8/14/2024, 10:08 AM
Yes

AS    **Alyx Sealy**                                                                     8/14/2024, 10:08 AM
Okay great. Rylie can you find a time that works for everyone? Let's shoot for earlier rather than later

RL    **Rylie Long**                                                                     8/14/2024, 10:14 AM
Can we do 11:30am PT or 1pm PT?

D     **Dervla**                                                                         8/14/2024, 10:14 AM
Liked "Can we do 11:30am PT or 1pm PT?"

M                                                                                        8/14/2024, 10:15 AM
I think 11:30am PT

AS    **Alyx Sealy**                                                                     8/14/2024, 10:15 AM
11:30am

RL    **Rylie Long**                                                                     8/14/2024, 10:16 AM
Great Derv just updated team invite

M                                                                                        8/14/2024, 10:16 AM
Depends on how this AM goes also

RL    **Rylie Long**                                                                     8/14/2024, 10:16 AM
Kk we will just hold that time for now

AS    **Alyx Sealy**                                                                     8/14/2024, 10:17 AM


M                                                                                        8/14/2024, 10:17 AM
I know if these people let me get off the phone

M                                                                                        8/14/2024, 10:17 AM
Ever

M                                                                                        8/14/2024, 10:17 AM
To do some other work

AS    **Alyx Sealy**                                                                     8/14/2024, 10:17 AM
Let u know how we can help or if you just want to merge any of us into calls to take notes etc

M                                                                                        8/14/2024, 10:17 AM
No they only want the chief Katie

AS    **Alyx Sealy**                                                                     8/14/2024, 10:18 AM
I can also make my way to your room in this storm and take notes while you're on calls if you need 😄

KC    **Katie Case**                                                                     8/14/2024, 10:22 AM
Laughed at "I know if these people let me get off the phone "

KC  **Katie Case**                                                        8/14/2024, 10:22 AM
Emphasized "No they only want the chief Katie "

KC  **Katie Case**                                                        8/14/2024, 10:22 AM
Melissa "Chief" Nathan

M                                                                          8/14/2024, 10:28 AM
[url:'https://p27-
content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Libr_1(17).heic (72 KB)*

M
On with tmz

M
I do think SJ is placing

BB  **Breanna Butler**
What is TMZ saying? They've done 3 pieces on this in 12 hours

RL  **Rylie Long**
Emphasized "What is TMZ saying? They've done 3 pieces on this …"

D   **Dervla**
https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/

*Attachment: __Libr_1(507) (204 KB)*

*Attachment: __Libr_1(508) (3 KB)*

KC  **Katie Case**
Now we go to war.

Breanna let's chat about this

AS  **Alyx Sealy**
Oh Jesus Christ lol

BB  **Breanna Butler**
Yes MN please call us. We need Jed too

M
One second

BB  **Breanna Butler**
The fat shaming part isn't bad as has our explanation

D   **Dervla**
Emphasised "The fat shaming part isn't bad as has our explanat…"

BB

M                                                                          8/14/2024, 11:29 AM

                                          KCASE-000003359

I'm free in 15 minutes?



Attachment: __Libr_1(509) (75 KB)

Attachment: __Libr_1(510) (3 KB)

KCASE-000003360



8/14/2024, 1:24 PM

[url:'https://p26-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_a8_08_08D02ED5-EEF6-491C-BA5D-72301701ACCE_IMG_2323.heic (1 MB)*

KC  **Katie Case**                                                                          8/14/2024, 1:24 PM
YES this was in my IG reels feed this AM

D   **Dervla**                                                                             8/14/2024, 1:25 PM
Loved an image

RL  **Rylie Long**                                                                         8/14/2024, 1:25 PM
Loved an image

BB  **Breanna Butler**                                                                     8/14/2024, 1:25 PM
Omg this is amazing

BB  **Breanna Butler**                                                                     8/14/2024, 1:27 PM
We should send to Jed, right?

AS

*Attachment: __Libr_1(513) (1 MB)*

*Attachment: __Libr_1(514) (3 KB)*

M                                                                                         8/14/2024, 1:48 PM

[url:'https://p41-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']
[url:'https://p51-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_46_06_05A4FEDD-244A-48AD-8C00-60281008435E_IMG_2325.heic (1 MB)*

*Attachment: __Library_SMS_Attachments_cb_11_F4C30BEA-9F8A-4459-85C2-47FD71928F50_IMG_2326.heic (1 MB)*

BB  **Breanna Butler**                                                                     8/14/2024, 2:06 PM
Shit can someone bump to me the JD agenda we created?

CONFIDENTIAL                                       KCASE-000003361

BB    **Breanna Butler**                                                              8/14/2024, 2:07 PM
      Please please

BB    **Breanna Butler**                                                              8/14/2024, 2:08 PM
      The whole document I put together

D     **Dervla**                                                                      8/14/2024, 2:08 PM
      Zoe sending now

AS

KC

D

D

RL

RL

C

D

                                                                                      8/14/2024, 3:45 PM

[url:'https://p29-
content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_74_04_4962C91E-00A1-47CB-BA68-E238AFDAEB76_Screenshot 2024-08-
14 at 15.42.59.heic (72 KB)*

KC    **Katie Case**                                                                  8/14/2024, 3:45 PM
      "If you would like Jen Abel and my thoughts on who placed it" killed me

AS    **Alyx Sealy**                                                                  8/14/2024, 3:48 PM
      Emphasized an image

RL    **Rylie Long**                                                                  8/14/2024, 3:49 PM
      Laughed at ""If you would like Jen Abel and my thoughts on who…"

RL    **Rylie Long**                                                                  8/14/2024, 3:49 PM

NO THOUGHTS.. it's in WRITING

| BB | **Breanna Butler** ▮▮▮▮▮ | 8/14/2024, 3:54 PM |
| | I love how he's 24 hours late to the game | |

| M | ▮▮▮▮▮▮▮▮ | 8/14/2024, 3:55 PM |
| | He just replied | |
| | ▮▮▮▮▮▮▮ | |

| KC | ▮▮▮▮▮▮▮ | 8/14/2024, 3:55 PM |
| | ▮▮ | |

| RL | ▮▮▮▮▮▮▮ | 8/14/2024, 3:55 PM |
| | ▮▮▮▮▮▮ | |

| BB | **Breanna Butler** ▮▮▮▮▮ | 8/14/2024, 4:58 PM |
| | https://www.tiktok.com/t/ZTNtEXCgu/ | |

*Attachment: __Libr_1(515) (6 KB)*

*Attachment: __Libr_1(516) (19 KB)*

*Attachment: __Libr_1(517) (152 KB)*

| BB | **Breanna Butler** ▮▮▮▮▮ | 8/14/2024, 4:58 PM |
| | We need it | |

| KC | **Katie Case** ▮▮▮▮▮ | 8/14/2024, 4:58 PM |
| | Emphasized "We need it" | |

| M | ▮▮▮▮▮▮▮ | 8/14/2024, 5:51 PM |
| | [url:'https://p31-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']
[url:'https://p31-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | |

*Attachment: __Library_SMS_Attachments_a8_08_14CA0AE5-2625-4BC8-87E4-4F9FDE32A4F2_IMG_2346.heic (1 MB)*

*Attachment: __Library_SMS_Attachments_bd_13_E2A31D5D-2DE3-4908-8052-0C75446B36AA_IMG_2345.heic (2 MB)*

| C | **Carolina** ▮▮▮▮▮ | 8/14/2024, 5:52 PM |
| | Emphasized an image | |

| RL | **Rylie Long** ▮▮▮▮▮ | 8/14/2024, 5:52 PM |
| | Oh this is insane | |

| D | **Dervla** ▮▮▮▮▮ | 8/14/2024, 5:52 PM |
| | Laughed at an image | |

| M | ▮▮▮▮▮▮▮ | 8/14/2024, 5:53 PM |
| | [url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | |

KCASE-000003363

*Attachment: __Library_SMS_Attachments_74_04_2EB11DFD-295E-434F-8D1B-9A937B4A20CE_IMG_2347.MOV (5 MB)*

| KC | **Katie Case** | 8/14/2024, 5:54 PM |

**Katie Case**
Loved a movie

| KC | **Katie Case** | 8/14/2024, 5:54 PM |

**Katie Case**
Go Alyx!

| AS | **Alyx Sealy** | 8/14/2024, 5:55 PM |

**Alyx Sealy**
It's so hot in here guys

| RL | **Rylie Long** | 8/14/2024, 5:55 PM |

**Rylie Long**
Loved a movie

| RL | **Rylie Long** | 8/14/2024, 5:55 PM |

**Rylie Long**
Laughed at "It's so hot in here guys "

| RL | **Rylie Long** | 8/14/2024, 5:55 PM |

**Rylie Long**
Slaying

| M | | 8/14/2024, 5:55 PM |

[url:'https://p61-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Libr_1(18).heic (1 MB)*

**Rylie Long**
SLAYING!!

RL

RL

KC

KC

KC

| | | 8/14/2024, 7:02 PM |

Obsessed with this [url:'https://p32-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_79_09_214A1003-30A4-4F5F-B253-E00876CE9ED8_IMG_8127.HEIC (73 KB)*

| C | **Carolina** ) | 8/14/2024, 7:03 PM |

KCASE-000003364



 KCASE-000003365



KC

8/14/2024, 7:44 PM

8/14/2024, 7:44 PM

8/14/2024, 7:45 PM

8/14/2024, 7:45 PM

8/14/2024, 7:46 PM

KCASE-000003366