# Ms. Lively Ex. 192

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 22 | Date Range: 7/26/2024 |

## Outline of Conversations



█████████████████████/**System Message chatroom** • 22 messages on 7/26/2024 • Breanna Butler (███████████) • Katherine Case ███████████████ • Katie Case (███████████) • System Message (System Message)

CONFIDENTIAL
KCASE-000005073

**Messages in chronological order** (times are shown in GMT -04:00)

---

**/System Message chatroom**

**KC** — **Katie Case (**▮**)** — 7/26/2024, 7:44 AM
So last night wasn't 2 hours it was 2 lol

**KC** — **Katie Case (**▮**)** — 7/26/2024, 7:44 AM
So last night wasn't 3 hours it was 2 lol

**KC** — **Katie Case (**▮**)** — 7/26/2024, 7:46 AM
When you're online give me a call and we can run through it

**KC** — **Katie Case** ▮ — 7/26/2024, 8:11 AM
[url:'https://p72-content.icloud.com/M3DF4DCC7931064B786AAF856E86BB42335D09792892AED00887EF9E19AB23ECF.C01USN00']

*Attachment: __Library_SMS_Attachments_98_08_EEBC4716-E603-48D1-84E8-332AF7984AB9_Screenshot 2024-07-25 at 8.44.24_PM.heic (52 KB)*

**KC** — **Katie Case** ▮ — 7/26/2024, 11:29 AM
I do think we need to bother Melissa with the wayfarer studios scope because it was brought to her specifically by Jen Abel…

**KC** — **Katie Case (**▮**)** — ▮
What do you think

**BB** — **Breanna Butler (**▮**)** — ▮
Yes she needs to take a look at it

**BB** — ▮ — ▮
▮

**KC** — ▮ — ▮
▮

**KC** — ▮ — ▮
▮

**KC** — **Katie Case (**▮**)** — ▮
Sorry also can you chat with Jen Abel at 12:30

**BB** — **Breanna Butler (**▮**)** — ▮
▮

**KC** — ▮ — ▮
▮

**KC** — ▮ — ▮
▮

**KC** — ▮ — ▮
▮



CONFIDENTIAL

KCASE-000005075