# Ms. Lively Ex. 224

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 45 | Date Range: 8/8/2024 - 8/9/2024 |

## Outline of Conversations



■ **System Message chatroom** • 45 messages between 8/8/2024 - 8/9/2024 • Breanna Butler ▮▮▮ • Katherine Case ▮▮▮ • Katie Case ▮▮▮ • Melissa Nathan ▮▮▮ • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

**System Message chatroom**

**KC — Katie Case** — 8/8/2024, 8:56 PM
I'm on with Jamey

**BB — Breanna Butler** — 8/8/2024, 8:57 PM
Just you?

**BB — Breanna Butler** — 8/8/2024, 8:58 PM
Idk if he could cease and desist if that girl is posting about something she heard

**KC — Katie Case** — 8/8/2024, 8:58 PM
Yes can I merge someone in please

**BB — Breanna Butler** — 8/8/2024, 8:58 PM
They also have to expect some
People will speculate from a less than favorable standpoint

**BB — Breanna Butler** — 8/8/2024, 8:58 PM
Yes

**KC — Katie Case** — 8/8/2024, 9:07 PM
Thank you SO much Bre

**KC — Katie Case** — 8/8/2024, 9:07 PM
I wouldn't ask on anyone else

**KC — Katie Case** — 8/8/2024, 9:07 PM
But if I say one thing they'll disagree lol

**BB — Breanna Butler** — 8/8/2024, 9:07 PM
Of course! That was simple, they're starting to overthink

**KC — Katie Case** — 8/8/2024, 9:11 PM
I agree and I said what you said BUT you know… lol just sent them some language

**KC — Katie Case** — 8/8/2024, 9:11 PM
Thank you Bre 🖤🖤

**KC — Katie Case** — 8/9/2024, 10:23 AM
Good morning! When we're done with this Johnny call can we chat re Travis? And how your call went with Leslie?

**BB — Breanna Butler** — 8/9/2024, 10:23 AM
Yes please!

**BB — Breanna Butler** — 8/9/2024, 12:01 PM
Any new movement on JB / updates from Sara / Leslie so we can keep across?

**KC — Katie Case** — 8/9/2024, 12:08 PM
I'd like to start prepping materials if he's going to be obliterated on Sunday lol

**BB — Breanna Butler** — 8/9/2024, 12:12 PM
Yes agree - so we can prepare heading into weekend

MN  **Melissa Nathan** ▮▮▮▮  8/9/2024, 12:44 PM
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MN  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮_▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MN  ▮▮▮▮▮▮▮▮▮▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MN  ▮▮▮▮▮▮▮▮▮▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MN  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KC  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MN  **Melissa Nathan** ▮▮▮▮  8/9/2024, 12:51 PM
[url:'https://p49-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

CONFIDENTIAL
KCASE-000000730



*Image: __Library_SMS_Attachments_85_05_CEA5F50C-7B8F-45D5-986D-3539CA18A82A_tmp.gif (557 KB)*

| | | |
|---|---|---|
| MN | **Melissa Nathan** | 8/9/2024, 12:51 PM |
| | Also, I really have some shit updates on Justin, but I'd rather do it when Breanna is out so we get on the phone or together | |
| KC | **Katie Case** | 8/9/2024, 12:51 PM |
| | That's so disappointing | |
| KC | **Katie Case** | 8/9/2024, 12:52 PM |
| | But yes! Breanna when you're done call us and we can chat | |
| BB | **Breanna Butler** | 8/9/2024, 12:58 PM |
| | Yes just wrapping up here | |
| BB | **Breanna Butler** | 8/9/2024, 1:48 PM |
| | Did daily mail not come for comment? I also think apart from another longer story, he leaks texts from her saying she didn't read the book and hates Colleen's dialogue and give to TMZ | |
| KC | **Katie Case** | 8/9/2024, 1:49 PM |
| | Yes 100% | |
| MN | **Melissa Nathan** | 8/9/2024, 1:49 PM |
| | Still on phone | |
| BB | **Breanna Butler** | 8/9/2024, 3:39 PM |
| | Anything? | |
| MN | **Melissa Nathan** | 8/9/2024, 3:40 PM |
| | Just got off phone sorry yes a lot of updates | |
| KC | **Katie Case** | 8/9/2024, 4:49 PM |
| | [url:'https://p47-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00'] | |

*Attachment: __Library_SMS_Attachments_eb_11_015AB666-D0DE-4E6F-9418-77CDBA7A1F3F_Open TikTok profile.HEIC (22 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** | 8/9/2024, 4:50 PM |
| | Thank the lord for Jed | |

BB  **Breanna Butler**  8/9/2024, 5:00 PM
Thank god

MN  **Melissa Nathan (**  8/9/2024, 5:04 PM
On with ▮ team for nyc

BB  **Breanna Butler**  8/9/2024, 5:05 PM
Is the Justin thing a priority for tonight? Sara's piece isn't good but we don't know if there's a strategy to put something fresh out from his end this weekend or Monday

CONFIDENTIAL                                                                                                          KCASE-000000732