# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel:  310 855 3000
Fax: 310 855 3099

January 5, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Lively v. Wayfarer Studios, LLC, et al.*, Case No. 1:24-cv-10049

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Attachment A to the Court's Individual Rules to respectfully request that the Court temporarily seal Exhibits A–D to Ms. Lively's letter-motion for continued sealing of limited materials filed under seal in connection with Ms. Lively's and Ryan Reynolds's motions for sanctions pursuant to Rule 11, the Wayfarer Defendants' Motion for Summary Judgment (the "MSJ"), and Ms. Lively's opposition to the MSJ (the "Motion"), pending the Court's ruling on the Motion. Exhibits A–C contain Ms. Lively's proposed redactions to documents that are currently temporarily sealed in this action. Exhibit D is a corrected copy of Pl. MSJ Ex. 285 (Dkt. No. 1071-135), designated "Confidential" in this action.

In addition, Ms. Lively respectfully requests that the Court permanently seal portions of the declaration of Kristin E. Bender in support of the Motion, which implicate privacy interests of third parties that are appropriately sealed for the same reasons discussed in the Motion.

Respectfully submitted,

/s/ Michael J. Gottlieb

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for the Lively Parties*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2029 Century Park East
Los Angeles, California 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com