UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>              Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>              Defendants. | No. 24-cv-10049-LJL (lead case) |
| JENNIFER ABEL,<br><br>              Third-Party Plaintiff,<br><br>    v.<br><br>JONESWORKS LLC,<br><br>              Third-Party Defendant. | |

### DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S MOTION FOR CONTINUED SEALING

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am an attorney admitted before this Court, a partner at the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

    2.    I respectfully submit this declaration in support of Ms. Lively's letter-motion for continued sealing of limited materials filed under seal in connection with Ms. Lively's and Ryan Reynolds's motions for sanctions pursuant to Rule 11 (Dkt. Nos. 222, 229), the Wayfarer Defendants'[1] Motion for Summary Judgment (Dkt. No. 952) (the "Motion").

---

[1] Defined terms used in this declaration have the definition set forth in the Motion unless otherwise specified.

3. Ryan Reynolds was named as a defendant in the Wayfarer Defendants' action, filed January 16, 2025, see *Wayfarer Studios LLC, et al. v. Lively, et al.*, No. 25-cv-00449 (S.D.N.Y.), but the action was fully dismissed as of June 9, 2025. *See* Dkt. No. 296. Mr. Reynolds has not substantially participated in the above-captioned litigation.

4. Mr. Reynolds was not noticed for a deposition in this action despite offering to make himself available for one.

5. Following the public disclosure of her name in connection with this litigation, ███████████████████████████████████████████████, has been targeted online. Similarly, ███████████████████████████████████████████████████ after his name was publicly disclosed in connection with this litigation.

6. A compendium of documents affixed to the Gottlieb Declarations that Ms. Lively seeks to maintain partially under seal is attached hereto as Exhibit A.

7. A compendium of the documents affixed to the Shapiro Declaration that Ms. Lively seeks to maintain partially under seal is attached hereto as Exhibit B.

8. An exhibit to the Freedman Declaration that Ms. Lively seeks to maintain partially under seal is attached hereto as Exhibit C.

9. A true and correct copy of text messages between Ms. Lively and a third party, bates stamped BL-000020892, is attached hereto as Exhibit D.

Dated: January 5, 2026                             /s/ Kristin E. Bender_____
                                                   Kristin E. Bender