# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, *et al*.,<br>　　　　　Defendants. | Case No.: 1:24-cv-10049<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN K. LEADER** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Susan K. Leader hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Non-Party William Morris Endeavor Entertainment, LLC in connection with the above-captioned matter.

　　　　I am a member in good standing of the bar of the State of California (Bar No. 216743), and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

Dated: Los Angeles, California
January 5, 2026

*/s/ Susan K. Leader*
SUSAN K. LEADER
susanleader@paulhastings.com
1999 Avenue of the Stars
Los Angeles, California  90067
Telephone:  1(310) 620-5700
Facsimile:  1(310) 620-5899

*Counsel for Non-Party William Morris Endeavor Entertainment, LLC*

-2-