UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br>    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual,<br><br>    Defendants. | Case No.: 1:24-cv-10049<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN K. LEADER** |

I, Susan K. Leader, pursuant to Local Rule 1.3, hereby state:

 1. I am an attorney licensed to practice in California and am a partner at the law firm of Paul Hastings LLP, located at 1999 Avenue of the Stars, Los Angeles, CA 90067. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

 2. I make this declaration in support of my motion for admission *pro hac vice* in the United States District Court for the Southern District of New York, for the purposes of appearing as counsel for Non-Party William Morris Endeavor Entertainment, LLC in connection with the above-captioned matter.

 3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the State of California (Bar No. 216743).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. In addition, I have not been subject to discipline by any court or administrative body and no such disciplinary proceedings are pending against me.

I declare under penalty of perjury that the foregoing is true and correct and that this Affidavit was executed on this 5 day of January 2026.

Dated: Los Angeles, California
       January 5, 2026

_____
Susan K. Leader

-2-

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th day of January, 2026, by Susan K. Leader, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LAURIE R. SCHWARTZ
Notary Public - California
Los Angeles County
Commission # 2477141
My Comm. Expires Dec 21, 2027

(Seal)     Signature [signed]