UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blake Lively,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFARER STUDIOS LLC, *et al.*,<br>　　　　　Defendants. | Case No.: 1:24-cv-10049<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SUSAN K. LEADER** |

　　　　The motion of Susan K. Leader ("Applicant") for admission to practice *pro hac vice* in the above-captioned matter is granted.

　　　　Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Susan K. Leader |
| Firm Name: | Paul Hastings LLP |
| Address: | 1999 Avenue of the Stars |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone: | (310) 312-4207 |

　　　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Non-Party William Morris Endeavor Entertainment, LLC in the above-captioned matter.

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
                                                                        Honorable Lewis J. Liman