# Exhibit A

**Chat with "Warren Zavala"** <██████████> **and another address**

chat85490038711165397
  Warren Zavala <██████████>Danny Greenberg
  <██████████>Danny Greenberg
  <██████████████████>Patrick Whitesell
  <██████████>

Earliest item: 2024-07-22 18:05:28
Latest item: 2024-07-22 21:32:20

**Monday 22 July 2024**

Instant Message : Native Messages
From
  Danny Greenberg <██████████>                           18:05:28

[redacted]

Instant Message : Native Messages
From
  Danny Greenberg <██████████>                           18:16:51

  ██████  Can discuss tomorrow.

Instant Message : Native Messages
From                                                     21:30:59
  Patrick Whitesell <██████████>

Danny, let's you and I discuss tomorrow

CONFIDENTIAL                                              WME_00001254



Instant Message : Native Messages
From
    Danny Greenberg <​█████████>               21:32:20

Liked "Danny, let's you and I discuss tomorrow"

**End Thread**

Thread Statistics

| **Instant Message Count** |
|---|
| 4 |