# Exhibit B

**Chat with "Danny Greenberg" <███████> on August 10, 2024**



Danny Greenberg <███████> Patrick Whitesell <███████████████> Patrick Whitesell

Earliest item: 2024-08-10 10:59:49
Latest item: 2024-08-10 13:24:00

**Saturday 10 August 2024**

Instant Message : Native Messages
From
    Danny Greenberg <██████>                                        10:59:49



Instant Message : Native Messages
From
    Patrick Whitesell <███████>                                    11:06:49

Great news.

Great job navigating

Instant Message : Native Messages
From
    Danny Greenberg <███████>                                     11:10:54

Thank you!.. Wish I had more PW action! Thats on me. I'll find it!



CONFIDENTIAL
WME_00001320