# Exhibit C

**Chat with "Justin Baldoni" <█████> on December 30, 2023**

█████
Danny Greenberg <█████> Justin Baldoni
<█████> Danny Greenberg
<█████>

Earliest item: 2023-12-30 12:55:13
Latest item: 2023-12-30 13:58:29

---

**Saturday 30 December 2023**

**Instant Message : Native Messages**
From
    Danny Greenberg <█████>                                     12:55:13

Just checking in to see how the week went. Here to talk if you need me for anything.

---

**Instant Message : Native Messages**
From
    Justin Baldoni <█████>                                       12:59:44

Hey man, had a really really bad week. She had the audacity to email me directly and invite me to a meeting at her house alone if I chose.

She's refused a body, double which now Sony and Todd have to jump in to make sure that happens because that's just setting me up for a trap. Altnough she's making me have one.

She's rejected all my Story Boards for the sex scenes, so so so he has to get involved because she's trying to keep all of both of our clothes on for the big love scene, which is just ridiculous if you know the book. The whole thing is just a gigantic cluster fuck and yet I'm doing my best to stay positive, although it's been very draining on me and time-consuming over this break to be dealing with an actress who is rewriting the writer and Director

I've gone through the whole script I'm giving her a 95% of what she wants for peace but this is just a brutal experience .

---

**Instant Message : Native Messages**
From                                                                   13:01:59
    Danny Greenberg <█████>



CONFIDENTIAL                                                        WME_00001169



Instant Message : Native Messages
From
    Justin Baldoni <▮▮▮▮▮0>                                13:02:18

We are all going to her house on Thursday as that's where she has said the meeting needs to take place

Instant Message : Native Messages
From
    Justin Baldoni <▮▮▮▮▮>                                 13:02:27

She also doesn't want Jamey on set which we are fighting back on

Instant Message : Native Messages
From
    Danny Greenberg <▮▮▮▮▮>                               13:02:46

Good. You should. There has to be a line.

Instant Message : Native Messages
From
    Danny Greenberg <▮▮▮▮▮>                               13:03:13

I'll talk with Todd about that. And warren too if I need to.

Instant Message : Native Messages
From
    Justin Baldoni <▮▮▮▮▮>                                 13:05:07

not right now, but feel free to check in with Todd next week. I'm doing my best to just stay positive and give her as many wins as possible to just finish this thing but it's gonna be tough at some point Warren needs to know that she is destroying her reputation.

Instant Message : Native Messages



From: Justin Baldoni <■■■>   13:05:39

Where we will need the most help is during the Edit because I'm not going to get everything she wants and I foresee that being a big issue I won't even have time to barely show anybody the movie before I test it that's what happens when you push the shoot to January



Instant Message : Native Messages
From: Danny Greenberg <■■■>   13:54:14

Liked "Where we will need the most help is during the Edi…"

Instant Message : Native Messages
From: Danny Greenberg <■■■>   13:58:07

[redacted]



Instant Message : Native Messages
From: Justin Baldoni <■■■>   13:58:29

Loved [redacted]

**End Thread**

Thread Statistics
Instant Message Count
12

CONFIDENTIAL                                                        WME_00001171