IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>        - v -<br><br>WAYFARER STUDIOS LLC, *et al.*,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:24-cv-10049-LJL<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Susan K. Leader, certify that on January 5, 2026, I caused to be served a true and correct copy of the proposed redactions attached to Non-Party William Morris Endeavor Entertainment, LLC's January 5, 2026 Letter-Motion for Continued Sealing, that were filed under seal, via email on counsel listed below.

### SEE ATTACHED SERVICE LIST

Dated:   January 5, 2026
         New York, New York

                                        Respectfully submitted,

                                        */s/ Susan K. Leader*
                                        _____
                                        Susan K. Leader
                                        PAUL HASTINGS LLP
                                        1999 Avenue of the Stars, 27th Floor
                                        Los Angeles, California 90067
                                        Telephone: (310) 620-5700
                                        Facsimile: (310) 620-2841
                                        Email: susanleader@paulhastings.com

                                        *Counsel for William Morris Endeavor Entertainment, LLC*

## SERVICE LIST

*Counsel for Plaintiff*

**MANATT, PHELPS & PHILLIPS, LLP**
Esra A. Hudson
Sarah Moses
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4128
ehudson@manatt.com
smoses@manatt.com

Stephanie A. Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7543
sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

**WILLKIE FARR & GALLAGHER LLP**

Aaron E. Nathan

Melissa S. Taustine
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 778-8000
anathan@willkie.com
mtaustine@willkie.com

Michael Gottlieb
Kristen Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

**DUNN ISAACSON RHEE LLP**

Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

**HAYNES AND BOONE, LLP**

Laura Lee Prather
Michael Lambert
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
(512) 867-8400
laura.prather@haynesboone.com
michael.lambert@haynesboone.com

*Counsel for Defendants*

**LINER FREEDMAN TAITELMAN & COOLEY LLP**

Bryan J. Freedman
Ellyn S. Garofalo
Theresa M. Troupson
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
ttroupson@lftcllp.com

sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**
Mitchell Schuster
Kevin Fritz
Stacey Michelle Ashby
125 Park Avenue, 7th Floor
New York, New York 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**AHOURAIAN LAW**
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
(310) 376-7878
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4880
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com