IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| - v - | ) Case No. 1:24-cv-10049-LJL <br> ) |
| WAYFARER STUDIOS LLC, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Amanda J. Mayo, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter her appearance on behalf of non-party Family Hive LLC in the above-captioned action.

Dated:   January 6, 2026
         New York, New York

Respectfully submitted,

*/s/ Amanda J. Mayo*
Amanda J. Mayo
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
amayo@heckerfink.com

*Attorney for Non-Party Family Hive LLC*