**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | tel (213) 4433000 fax (213) 4433100

January 8, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *Lively v. Wayfarer*, 1:24-cv-10049-LJL

We write on behalf of third-party defendant Jonesworks LLC ("Jonesworks") in the above-referenced matter pursuant to ECF Rule 21.7 and this Court's November 26, 2025 order (ECF No. 1027). On December 3, 2025, Jonesworks re-filed Exhibit 30 to the declaration of Kristin Tahler in support of its Motion for Spoliation Sanctions. ECF No. 1046-10 (originally filed at ECF No. 871-27). That filing inadvertently excluded a redaction that the Court accepted in the November 26 order. *See* ECF No. 1027 at 11. Jonesworks requested that the ECF Help Desk temporarily seal that document, and respectfully requests that the Court formally seal ECF No. 1046-10. Jonesworks LLC additionally is refiling a redacted version of Exhibit 30.

Respectfully submitted,

*/s/ Kristin Tahler*

| | |
|---|---|
| DATED:  January 8, 2026<br>Los Angeles, California | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP** |

Kristin Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant Jonesworks, LLC*