# EXHIBIT 30

**+** 

**Thread Participants:** + ▮▮▮▮▮▮▮ Melissa Nathan (Owner); + ▮▮▮▮▮▮▮ Jen Abel DO NOT USE
**Active Participants:** + ▮▮▮▮▮▮▮ Melissa Nathan (Owner); + ▮▮▮▮▮▮▮ Jen Abel DO NOT USE
**First Message:**     8/13/2024 12:03:29 AM
**Last Message:**      8/13/2024 11:59:44 PM

> + ▮▮▮▮▮▮ **Melissa Nathan (Owner)**
> Same
> 8/13/2024 12:03:29 AM

> + ▮▮▮▮▮▮ **Melissa Nathan (Owner)**
> 🖇 <__Library_SMS_Attach_1_8c_12_252D94_1_Bryan _1.vcf>
> 8/13/2024 12:03:58 AM





**Melissa Nathan (Owner)**
As Leslie - go fuck yourselves
8/13/2024 12:39:03 AM

**Jen Abel DO NOT USE**
And thank you haha
8/13/2024 12:39:05 AM

**Melissa Nathan (Owner)**
Taking off xoxo
8/13/2024 12:39:26 AM

**Jen Abel DO NOT USE**
Fly safe!!
8/13/2024 12:39:50 AM

**Melissa Nathan (Owner)**
♥
8/13/2024 12:40:31 AM

**Melissa Nathan (Owner)**
Any word on statement ?
8/13/2024 11:29:35 AM

**Jen Abel DO NOT USE**
A big giant fuck you no
8/13/2024 11:52:03 AM

**Jen Abel DO NOT USE**
Thank fucking god
8/13/2024 11:52:53 AM

**Jen Abel DO NOT USE**
We are going to war
8/13/2024 11:52:57 AM

**Jen Abel DO NOT USE**
I feel so alive hahahahah
8/13/2024 11:53:03 AM

**Melissa Nathan (Owner)**
Going out of JW with a BANG
8/13/2024 11:54:20 AM

**Melissa Nathan (Owner)**
bf is in mediation by the way I asked his asst
8/13/2024 12:30:50 PM

**Jen Abel DO NOT USE**
Ok copy
8/13/2024 12:31:00 PM

NATHAN_000002239

+ ███████████ **Melissa Nathan (Owner)**

Am listing this: Blake Lively was given final edit approval on "It Ends With Us" to make the movie more "feminine", according to sources. The star - and the rest of the cast - are not speaking to director and co-star Justin Baldoni, and Brandon Sklenar particularly has a problem with him over, we're told. Although not greenlit, as we predicted, there will now be a battle over the sequel, "It Starts With Us", as Baldoni owns the rights to the film, but due to the rift with Lively it's unknown what will happen yet.
A source said, "There were two edits and the studio went with a more feminine
edit. Blake had the right to do that she had final edit approval."

8/13/2024 1:32:29 PM

+ ███████████ **Melissa Nathan (Owner)**

NYP- Leslie placed

8/13/2024 1:32:42 PM

+ ███████████ **Jen Abel DO NOT USE**

It was not a more feminine edit

8/13/2024 1:33:13 PM

+ ███████████ **Jen Abel DO NOT USE**

It was just a different edit

8/13/2024 1:33:19 PM

+ ███████████ **Jen Abel DO NOT USE**

Leslie is working overtime

8/13/2024 1:33:43 PM

+ ███████████ **Melissa Nathan (Owner)**

She really is.

8/13/2024 1:33:47 PM

+ ███████████ **Melissa Nathan (Owner)**

But I don't think she wanted to.

8/13/2024 1:33:52 PM

+ ███████████ **Jen Abel DO NOT USE**

Have to remove more feminine edit

8/13/2024 1:34:03 PM

+ ███████████ **Jen Abel DO NOT USE**

It was just a different edit

8/13/2024 1:34:12 PM

+ ███████████ **Jen Abel DO NOT USE**

And she wasn't given final edit approval, she said she wouldn't promote the film if it wasn't one that she could personally get behind… ie, if it wasn't her edit.  Even though Justin's scored higher in their focus group screenings.

8/13/2024 1:36:11 PM

NATHAN_000002240

**Jen Abel DO NOT USE**
So that's the fact. However you want to spin it lol
8/13/2024 1:36:28 PM

**Melissa Nathan (Owner)**
This is what I think we should do.
8/13/2024 1:37:13 PM

**Jen Abel DO NOT USE**
Can we say, "sources say Justin understood how important it was to have Blake support the film so he and Wayfarer gave the OK for her to have her say in the final edit"
8/13/2024 1:37:26 PM

**Jen Abel DO NOT USE**
Or is that too much
8/13/2024 1:37:29 PM

**Melissa Nathan (Owner)**
I'm just on zoom but call sara and go thru or wait for me to do as well?
As she has to give us the opportunity to comment
8/13/2024 1:37:51 PM

**Jen Abel DO NOT USE**
"Her say in the final edit to ensure it had the proper female gaze when telling Lily's story"
8/13/2024 1:37:54 PM

**Jen Abel DO NOT USE**
I can call her
8/13/2024 1:38:04 PM

**Jen Abel DO NOT USE**
Unless you want to be on
8/13/2024 1:38:09 PM

**Melissa Nathan (Owner)**
No
8/13/2024 1:38:12 PM

**Melissa Nathan (Owner)**
Told her to call you lol
8/13/2024 1:38:19 PM

**Melissa Nathan (Owner)**
This shit is absurd what Leslie is doing
8/13/2024 1:38:27 PM

**Melissa Nathan (Owner)**
Don't love the shirtless thing right now tbh
8/13/2024 2:56:53 PM



**Melissa Nathan (Owner)**

8/13/2024 5:58:09 PM

**Jen Abel DO NOT USE**

Oh hell no

8/13/2024 5:58:53 PM

**Melissa Nathan (Owner)**

For fuck's sake

8/13/2024 5:59:03 PM

**Jen Abel DO NOT USE**

Come on

8/13/2024 6:00:03 PM

**Jen Abel DO NOT USE**

No

8/13/2024 6:00:05 PM

**Melissa Nathan (Owner)**

Ready for Bryan?

8/13/2024 6:38:46 PM

**Jen Abel DO NOT USE**

Yes

8/13/2024 6:38:51 PM

**Jen Abel DO NOT USE**

I'll call Jamey back

8/13/2024 6:38:58 PM

**Jen Abel DO NOT USE**

Want to call me with him

8/13/2024 6:39:08 PM



NATHAN_000002243



**Jen Abel DO NOT USE**
I can't believe they wrote that story
8/13/2024 8:31:24 PM

**Melissa Nathan (Owner)**
Same
8/13/2024 8:31:28 PM

**Jen Abel DO NOT USE**
8/13/2024 8:31:49 PM

**Jen Abel DO NOT USE**
Jamey is still on with Ashley
8/13/2024 8:31:57 PM

**Melissa Nathan (Owner)**
He's being attacked publicly, he brought on an expert to help end of day
8/13/2024 8:32:10 PM

**Melissa Nathan (Owner)**
I'm sorry :( she's a fucking bitch
8/13/2024 8:32:18 PM

**Melissa Nathan (Owner)**
She's a fucking fucking bitch
8/13/2024 8:32:25 PM

**Jen Abel DO NOT USE**
Do you think this makes him look guilty though. Honestly.
8/13/2024 8:33:55 PM

**Jen Abel DO NOT USE**
Nothing against you AT ALL
8/13/2024 8:34:02 PM

**Jen Abel DO NOT USE**
But honest opinion
8/13/2024 8:34:07 PM

**Melissa Nathan (Owner)**
Honestly no.

Everyone hires crisis- Leslie is crisis.

If it wasn't me , whoever you would have hired would have been also mentioned as she used as a tactic.

It's trades as well - fans don't read trades.
8/13/2024 8:37:05 PM

**Jen Abel DO NOT USE**
Ok thx. That's what I think too but wanted your opinion
8/13/2024 8:37:29 PM

NATHAN_000002244

**Melissa Nathan (Owner)**
Call me after. At least the Ashley call is going well ?
8/13/2024 8:38:14 PM

**Jen Abel DO NOT USE**



8/13/2024 8:39:04 PM

**Jen Abel DO NOT USE**
Jamey saw the article and doesn't care. He says it says "nothing" just that we retained her for crisis. And I'm like yeah, that's all melissa she's really good.
8/13/2024 8:52:46 PM

**Jen Abel DO NOT USE**
So he doesn't care
8/13/2024 8:52:49 PM

**Jen Abel DO NOT USE**
Fuck you leslie
8/13/2024 8:52:52 PM

**Melissa Nathan (Owner)**
Also we rep amazing people too not just the people in trouble
SJ has repped MANY MANY men that have done terrible things that I've even helped her fix

You can't win in this biz
8/13/2024 8:53:25 PM

**Melissa Nathan (Owner)**
Oh thank god I feel so bad I put you in any situation. Devoed
8/13/2024 8:53:57 PM

CONFIDENTIAL

**+‎ ▮▮▮▮▮ Melissa Nathan (Owner)**
Is Ashley bonding ?



8/13/2024 8:54:20 PM

**+‎ ▮▮▮▮▮ Jen Abel DO NOT USE**
Laughed at an image
8/13/2024 8:54:30 PM

**+‎ ▮▮▮▮▮ Jen Abel DO NOT USE**
Yes she's so good
8/13/2024 8:54:34 PM

**+‎ ▮▮▮▮▮ Jen Abel DO NOT USE**
Love her already
8/13/2024 8:54:39 PM

**+‎ ▮▮▮▮▮ Jen Abel DO NOT USE**
God THR put out a breaking news blast
8/13/2024 8:54:53 PM

**+‎ ▮▮▮▮▮ Melissa Nathan (Owner)**
Oh good 😇😇
And you gotta meet her for lunch
8/13/2024 8:54:56 PM

**+‎ ▮▮▮▮▮ Melissa Nathan (Owner)**
I know .
8/13/2024 8:54:59 PM

**+‎ ▮▮▮▮▮ Jen Abel DO NOT USE**
Like wtf really?
8/13/2024 8:55:04 PM

NATHAN_000002246

**+██████ Jen Abel DO NOT USE**
A breaking news blast
8/13/2024 8:55:10 PM

**+██████ Jen Abel DO NOT USE**
What the hell
8/13/2024 8:55:14 PM

**+██████ Melissa Nathan (Owner)**
I was texting you and it came up as a breaking news
Breaking . News .
8/13/2024 8:55:26 PM

**+██████ Jen Abel DO NOT USE**
I'm now worried what Steph is going to say. Not that they care AT ALL. But she is going to try to use this in some capacity
8/13/2024 8:56:30 PM

**+██████ Melissa Nathan (Owner)**
She absolutely will. But also
Let's compare stories stephanie
8/13/2024 8:59:00 PM

**+██████ Melissa Nathan (Owner)**
When Bi drops
8/13/2024 8:59:04 PM

**+██████ Jen Abel DO NOT USE**
And Steph just texted Tera lol
8/13/2024 9:19:30 PM

NATHAN_000002247



**Jen Abel DO NOT USE**

8/13/2024 9:19:58 PM

+_____ **Melissa Nathan (Owner)**

Stephanie
Are you aware there is a KILL STORY dropping this week on you and if you hadn't of blown us up we would not of been in such a bad place.

8/13/2024 9:23:15 PM

CONFIDENTIAL

**+▮▮▮▮▮ Jen Abel DO NOT USE**



8/13/2024 9:45:18 PM

**+▮▮▮▮▮ Melissa Nathan (Owner)**
WHY IS THIS A BIG STORY
8/13/2024 9:45:46 PM

**+▮▮▮▮▮ Jen Abel DO NOT USE**
This is wild
8/13/2024 9:45:55 PM

**+▮▮▮▮▮ Melissa Nathan (Owner)**
This is the maddest account for so many reasons
8/13/2024 9:45:56 PM

**+▮▮▮▮▮ Jen Abel DO NOT USE**
Should I call her?
8/13/2024 9:46:07 PM

**+▮▮▮▮▮ Jen Abel DO NOT USE**
How is hiring a rep a story
8/13/2024 9:46:17 PM

**+▮▮▮▮▮ Melissa Nathan (Owner)**
My lot can and say we are not giving comment if you prefer ?
8/13/2024 9:46:26 PM

**+▮▮▮▮▮ Melissa Nathan (Owner)**
It's insane but trades I unfortunately understand but - ents no way
8/13/2024 9:46:39 PM

**Melissa Nathan (Owner)**

Normal people don't even know what a Pr is

8/13/2024 9:46:48 PM

**Jen Abel DO NOT USE**

I would try to guilt them and be like this isn't a story, etc. but defer to you.

8/13/2024 9:47:41 PM

**Melissa Nathan (Owner)**

Exactly

8/13/2024 9:49:56 PM

**Jen Abel DO NOT USE**

Ok I'll forward it

8/13/2024 9:52:01 PM

**Jen Abel DO NOT USE**

I got another one

8/13/2024 9:52:06 PM

**Melissa Nathan (Owner)**

Jen what the actual fuck

8/13/2024 9:52:15 PM

**Jen Abel DO NOT USE**



8/13/2024 9:52:23 PM

**Jen Abel DO NOT USE**

Forwarded both

8/13/2024 9:57:35 PM

CONFIDENTIAL

NATHAN_000002250



**Melissa Nathan (Owner)**

From my close reporter friend

Also for the high brow losers like people and variety - a way to cover it without quotes deranged people on social media or speculation

8/13/2024 10:00:55 PM

**Jen Abel DO NOT USE**

Just have to tell you something and then I promise to leave you the fuck alone

8/13/2024 10:21:08 PM

**Melissa Nathan (Owner)**

Never leave me alone
Just going to toilet 😂

8/13/2024 10:21:45 PM

**Jen Abel DO NOT USE**

Hahahaha how dare you not pick up

8/13/2024 10:22:01 PM

**Melissa Nathan (Owner)**

On with Leslie

8/13/2024 10:55:54 PM

**Melissa Nathan (Owner)**

https://x.com/search?q=%22Blake%20Lively%22&src=trend_click&vertical=trends

8/13/2024 10:56:02 PM

**Melissa Nathan (Owner)**

Couldn't not answer

8/13/2024 10:56:04 PM

**Jen Abel DO NOT USE**

Omg what is she saying

8/13/2024 10:59:53 PM

NATHAN_000002251

**Jen Abel DO NOT USE**



8/13/2024 10:59:57 PM

**Melissa Nathan (Owner)**
Will call u after
8/13/2024 11:00:03 PM

**Melissa Nathan (Owner)**
45 mins
8/13/2024 11:32:11 PM

**Jen Abel DO NOT USE**
Wow
8/13/2024 11:32:15 PM

**Melissa Nathan (Owner)**
Still on
8/13/2024 11:32:21 PM

**Melissa Nathan (Owner)**
Jen.
8/13/2024 11:59:44 PM

NATHAN_000002252

Contact

**Full Name**:    Bryan Freedman
**Last Name**:    Freedman
**First Name:**    Bryan

**Mobile Phone**: +███████████



Jamey Heath, C.E.O. of Wayfarer Studios.
Heath told me today that despite the reports of
fights during postproduction and dueling cuts
of the movie, Baldoni didn't mean to suggest in
his *Entertainment Tonight* interview that if Lively
really wants control, she should just direct the
damn sequel herself.

Okay, whatever. Everyone's been so consumed
with this dumb feud that the outsize success of
*It Ends With Us* almost feels like an
afterthought. But a $50 million opening for a
$25 million romance-drama with a domestic
violence storyline begs the question: How did
this happen?

**Scott Mendelson** gets into the marketing and
release strategy below, but I was curious how
Baldoni and his company, Wayfarer, ended up
with the project in the first place. After all, this
seems like a no-brainer for **Reese
Witherspoon**'s Hello Sunshine or **Kerry
Washington**'s company, or any number of the
production outfits that now specialize in
female-focused book adaptations.





*Runner-up*: "I think **Blake Lively**'s ready to direct, that's what I think."
—**Justin Baldoni**, the *It Ends With Us* actor-director, suggesting at the premiere that his co-star should helm a follow-up, amid reports of a rift and dueling cuts of the film.

*A little more on this one…*

Baldoni didn't mean it like *that*, according to **Jamey Heath**, C.E.O. of Wayfarer Studios. Heath told me today that despite the reports of fights during postproduction and dueling cuts of the movie, Baldoni didn't mean to suggest in his *Entertainment Tonight* interview that if Lively really wants control, she should just direct the damn sequel herself.

Okay, whatever. Everyone's been so consumed with this dumb feud that the outsize success of *It Ends With Us* almost feels like an afterthought. But a $50 million opening for a $25 million romance-drama with a domestic violence storyline begs the question: How did this happen?



17:57

LTE



Pam >

Sure. (I assume you know this is Pam McClintock from The Hollywood Reporter) We have a mutual friend …. Sarah Rothman. And I know we have spoken before (unless I am making that up. lol.)

I am reaching out because my colleague, Carly Thomas, has been covering the It End With Us behind-the-scenes drama and understands on good authority that Baldoni retained your services in recent weeks, or maybe a month or more. Would you be willing to talk to her or myself, even if on background only?



# DOCUMENT PRODUCED IN NATIVE FORMAT

CONFIDENTIAL

NATHAN_000002257

**DOCUMENT PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL

NATHAN_000002258

5:38    📞 1h    ılı 🔋

✕    ◐

## FW: Comment - It Ends With Us

**MM** Matthew Mitchell    5:38 PM
To Melissa Nathan, Breanna B, +2    ...

😊

**From:** Katcy Stephan <kstephan@variety.com>
**Date:** Tuesday, August 13, 2024 at 5:37 PM
**To:** Matt Gibson <mgibson@jonesworks.com>,
Matthew Mitchell <Matthew@jonesworks.com>
**Subject:** Re: Comment - It Ends With Us

Hey hey!

Just saw the THR news that Melissa Nathan has joined
the PR team. Again wanted to reach out to see if
there's any comment on the ongoing saga, and express
that I'd more than love to chat with Justin again if you
all are open 😊 Thank you!

**KATCY STEPHAN** FILM REPORTER / VARIETY

11175 SANTA MONICA BLVD, LOS ANGELES, CA 90025

CELL ▮▮▮▮▮▮▮▮

SHE/HER/HERS

**From:** Katcy Stephan <kstephan@variety.com>



20:54 🔕                    ▪▪▪ LTE 🔋

≡          Google          Sign in

🔍  devoed definition          🎤  📷

All    Images    Videos    Shopping    Web    News

devoed (comparative more devoed, superlative most devoed) (Northern England, slang) Devastated.

Ⓜ https://en.wiktionary.org › wiki                    ⋮

devoed – Wiktionary, the free dictionary

❓ About featured snippets    🚩 Feedback

## Devoed                    ⋮

Song by Feryquitous

## About

Released: 2015

Artist: Feryquitous

Album: ZheleNaught

## People also ask                    ⋮

AA    🔒 🔍 devoed definition    🎤

‹    ›         ⬆️         📖         🗗



CONFIDENTIAL

NATHAN_000002261





6:45

Press inquiry: Justin Baldoni hires Melissa Nathan

**Yolanda Machado**    6:28 PM
To Stephanie Jones and You    ...

You don't often get email from yolanda.machado@ew.com. Learn why this is important

Hi Jennifer and Stephanie,

My name is Yolanda Machado, I'm an editor at Entertainment Weekly. Reaching out to confirm the reports that Justin Baldoni has hired Melissa Nathan's crisis pr team? Anything on background would be greatly appreciated as well. Hope to hear back soon!

Thanks so much!

--

*Yolanda Machado*
Digital Editor, Entertainment Weekly
yolanda.machado@ew.com

Reply to All

Mail    Calendar    Feed    Apps

CONFIDENTIAL



NATHAN_000002264

7:59
◀ Messages

# Post

**Rachel** 🐈📚
@pawswithprose

**Follow**

The way Blake Lively has managed to ruin her likability, respectability and reputation with one press tour should really be studied because it's almost impressive.

1:25 PM · 8/13/24 From Earth · **325K** Views

**637** Reposts  **166** Quotes  **9.9K** Likes  **551** Bookmarks

**Rachel** 🐈📚 @pawswithprose · 3h
FYI I've been saying for years that Colleen Hoover is terrible and her books glamourise domestic violence, toxic relationships and abuse. My disappointment in Blake Lively is recent.

💬 3   ↻ 25   ♡ 546   ᯤ 29K

**is a Ced'Kor truther** @Yramimul · 2h
It wasn't the plantation wedding for y'all, cause I checked out as soon as that happened.

💬 4   ↻ 11   ♡ 335   ᯤ 23K

**Eli** ✓ @esrv21 · 2h
She have Taylor swift to take a picture with

Post your reply

CONFIDENTIAL
NATHAN_000002265