**WILLKIE FARR & GALLAGHER** LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

January 12, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL

Dear Judge Liman:

     Plaintiff Blake Lively respectfully submits this notice to correct Ms. Lively's letter-motion for limited, continued sealing, filed January 5, 2026 (Dkt. No. 1163), and to provide the Court with a corrected copy of Exhibit B to Ms. Lively's letter-motion (Dkt. No. 1164-2). Ms. Lively seeks partial continued sealing of Def. MSJ Exs.[1] 39, 108 and 206, all of which implicate third parties' privacy interests, *see* Dkt. No. 1163 at 2–3, and which were inadvertently omitted from Ms. Lively's letter-motion and Exhibit B. A corrected, sealed copy of Exhibit B is enclosed herewith.

                            Respectfully submitted,

                            /s/ Michael J. Gottlieb
                            WILLKIE FARR & GALLAGHER LLP
                            Michael J. Gottlieb
                            2029 Century Park East
                            Los Angeles, CA 90067
                            (310) 855-3000
                            mgottlieb@willkie.com

                            Kristin E. Bender
                            1875 K Street NW
                            Washington, DC 20006
                            (202) 303-1000
                            kbender@willkie.com

---

[1] Defined terms used herein have the definition set forth in Ms. Lively's motion for continued sealing (Dkt. No. 1163) unless otherwise specified.

January 12, 2026
Page 2

        Aaron E. Nathan
        Michaela A. Connolly
        Melissa Taustine
        787 7th Avenue
        New York, NY 10019
        (212) 728-8000
        anathan@willkie.com
        mconnolly@willkie.com
        mtaustine@willkie.com

        MANATT, PHELPS & PHILLIPS, LLP
        Esra A. Hudson (admitted *pro hac vice*)
        Stephanie A. Roeser (admitted *pro hac vice*)
        Sarah E. Moses (admitted *pro hac vice*)
        2049 Century Park East, Suite 1700
        Los Angeles, CA 90067
        (310) 312-4000
        ehudson@manatt.com
        sroeser@manatt.com
        smoses@manatt.com

        Matthew F. Bruno
        7 Times Sq.
        New York, NY 10036
        (212) 790-4500
        mbruno@manatt.com

        DUNN ISAACSON RHEE LLP
        Meryl C. Governski (admitted *pro hac vice*)
        401 Ninth Street, NW
        Washington, DC 20004
        (202) 240-2900
        mgovernski@dirllp.com

        *Attorneys for Blake Lively*