

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

January 12, 2026

<u>VIA ECF</u>

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

    Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

    On behalf of the Wayfarer Parties, we write pursuant to the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of the Wayfarer Parties' oppositions to certain sealing requests and attachments thereto.  The oppositions quote from or paraphrase materials that other parties have sought to seal.  The Wayfarer Parties do not believe such sealing is appropriate for the reasons explained in their briefs.

    Separately, the Wayfarer Parties write to advise the Court that they will not be opposing any of the requests made by the Wallace Parties (Dkt. 1149); the Jonesworks Parties (Dkt. 1152); or Case and Koslow (Dkt. 1157).

    Respectfully submitted,

<u>/s/ *Alexandra A.E. Shapiro*</u>
Alexandra A.E. Shapiro
Jonathan P. Bach
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for the Wayfarer Parties*

cc:    All counsel (by ECF)