UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                                Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                                Defendants. | No. 1:24-cv-10049-LJL |

## CERTIFICATE OF SERVICE

I, Alice Buttrick, certify that on January 12, 2026, I served true and correct copies of the Wayfarer Parties' opposition to WME's motion to seal filed under seal at ECF No. 1181, via email, on counsel listed on the attached service list.

Dated: January 12, 2026
      New York, New York

/s/ *Alice Buttrick*
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212)-257-4888
abuttrick@shapiroarato.com

*Attorneys for the Wayfarer Parties*

**PROOF OF SERVICE**
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

| | |
|---|---|
| **MANATT, PHELPS & PHILLIPS, LLP** | *Attorneys for Plaintiff* |

Esra Hudson, Esq.
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 310-312-4381
Email: ehudson@manatt.com

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415-291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
Tel: 212-790-4500
Email: mbruno@manatt.com

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | *Attorneys for Plaintiff* |

Aaron E. Nathan, Esq.
787 7th Avenue
New York, NY 10019
Tel: 212-778-8000
Email: anathan@wilkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
Email: mgottlieb@willkie.com
           kbender@willkie.com

| | |
|---|---|
| **DUNN ISAACSON RHEE LLP** | *Attorneys for Plaintiff* |

Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email:  mgovernski@dirllp.com

| | |
|---|---|
| **HAYNES AND BOONE, LLP**<br>Laura Lee Prather<br>Michael Lambert<br>98 San Jacinto Boulevard<br>Suite 1500<br>Austin, TX 78701<br>Tel: 512-867-8400<br>Fax: 512-867-8470<br>Email: laura.prather@haynesboone.com<br>　　　　Michael.lambert@haynesboone.com | *Attorneys for Plaintiff* |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Danielle Lazarus<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>Tel: 212-849-7464<br>Email: daniellelazarus@quinnemanuel.com<br><br>Kristin Tahler<br>865 S. Figueroa Street<br>Ste 10th Floor<br>Los Angeles, CA 90017<br>Tel: 213-443-3615<br>Email: kristintahler@quinnemanuel.com<br><br>Maaren Alia Shah<br>295 5th Avenue<br>New York, NY 10016<br>Tel: 212-849-7452<br>Email: maarenchoksi@quinnemanuel.com<br><br>Nicholas Inns<br>1300 I St NW<br>Suite 900<br>Washington, DC 20005<br>Tel: 202-774-6147<br>Email: nicholasinns@quinnemanuel.com | *Attorneys for Third Party Defendant Jonesworks LLC* |
| **PAUL HASTINGS LLP**<br>Susan K. Leader<br>1999 Avenue Of The Stars<br>27th Floor<br>Los Angeles, CA 90067<br>Tel: 310-620-5700 | *Attorneys for Third Party Williams Morris Edeavor Entertainment, LLC* |

Email: susanleader@paulhastings.com

4