**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | tel (213) 4433000 fax (213) 4433100

January 12, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New
York 500 Pearl Street, Room 1620
New York, NY 10007

Re:  *Lively v. Wayfarer*, 1:24-cv-10049-LJL

On behalf of Jonesworks LLC ("Jonesworks"), we write pursuant to your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibits A, B, E, F, and G in support of Jonesworks' opposition to the Wayfarer Parties' motion to seal, and the portions of Jonesworks' opposition that quotes those documents.  The Wayfarer Parties have requested this material remain sealed.  Jonesworks does not believe such sealing is appropriate for the reasons in its opposition.

Respectfully submitted,

*/s/ Kristin N. Tahler*

| | |
|---|---|
| DATED:  January 12, 2026<br>Los Angeles, California | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP** |

        Kristin N. Tahler
        865 S. Figueroa Street, 10th Floor
        Los Angeles, California 90017
        (213) 443-3000
        kristintahler@quinnemanuel.com

        Maaren A. Shah
        Morgan L. Anastasio
        295 5th Avenue
        New York, New York 10016
        (212) 849-7000
        maarenshah@quinnemanuel.com
        morgananastasio@quinnemanuel.com

        Nicholas Inns (*pro hac vice*)
        1300 I Street NW
        Suite 900
        Washington, D.C. 20005
        (202) 538-8000
        nicholasinns@quinnemanuel.com

        *Attorneys for Third-Party Defendant*
        *Jonesworks LLC*