# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

January 12, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

On behalf of Plaintiff Blake Lively and non-parties Ms. Katherine Case and Ms. Breanna Butler Koslow, we respectfully write to update the Court regarding Ms. Case and Ms. Koslow's motion for continued sealing of exhibits filed in connection with the Wayfarer Parties' Motion for Summary Judgment, Ms. Lively's Opposition thereto, and the Jones Parties' Motion to Amend (Dkt. No. 1157).

Following further conferral, Ms. Case and Ms. Koslow have agreed to withdraw their request for continued sealing of certain portions of Ms. Lively's Summary Judgment Opposition Exhibit No. 61 (KCASE-000004756, Dkt No. 1157-10; 1159-10), which were inadvertently included in their opening request. Specifically, Ms. Case and Ms. Koslow agree to withdraw their request for continued sealing of six messages on August 20, 2024 from 10:48PM to 10:55PM on the page marked KCASE-000004757. For the Court's convenience, we are filing under seal as Exhibit A to this letter an updated version of Exhibit No. 61 with highlights reflecting only that material which remains at issue in Ms. Case and Ms. Koslow's motion.

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

                      Respectfully submitted,

                      /s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>2049 Century Park East<br>Los Angeles, California 90067<br>(310) 855-3000<br>mgottlieb@willkie.com<br><br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>kbender@willkie.com<br><br>Aaron E. Nathan<br>Michaela A. Connolly<br>Willkie Farr & Gallagher LLP<br>787 7th Avenue New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com | MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Sarah E. Moses (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br>smoses@manatt.com<br><br>Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com |

                    *Attorneys for Blake Lively*

manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

/s/ *Daniel J. Pohlman*

PRYOER CASHMAN LLP
Daniel J. Pohlmn
7 Times Square, 40th Floor
New York, New York 10036
Tel: (212) 421-4100
Email: dpohlman@pryorcashman.com

*Attorney for Non-Parties Katherine Case and Breanna Butler Koslow*