# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

January 12, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:    *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]

Dear Judge Liman:

On behalf of Plaintiff Blake Lively ("Ms. Lively"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal Exhibit A to the January 12, 2026 joint letter, filed contemporaneously herewith. Exhibit A is Exhibit No. 61 to Ms. Lively's Summary Judgment Opposition (KCASE-000004756) produced by non-parties, Katherine Case and Breanna Koslow, which the non-parties designated as confidential.

Respectfully submitted,

/s/ *Esra A. Hudson*

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac vice*) |
| 1875 K Street NW | Sarah E. Moses (admitted *pro hac vice*) |
| Washington, DC 20006 | 2049 Century Park East, Suite 1700 |
| (202) 303-1000 | Los Angeles, CA 90067 |
| E-mail: mgottlieb@willkie.com | (310) 312-4000 |
| kbender@willkie.com | ehudson@manatt.com |
| | sroeser@manatt.com |
| Aaron Nathan | smoses@manatt.com |
| Willkie Farr & Gallagher LLP | |
| 787 7th Avenue New York, NY 10019 | Matthew F. Bruno |
| (212) 728-8000 | 7 Times Sq. |
| E-mail: anathan@willkie.com | New York, NY 10036 |
| | (212) 790-4500 |
| DUNN ISAACSON RHEE LLP | mbruno@manatt.com |
| Meryl C. Governski (admitted *pro hac vice*) | |
| 401 Ninth Street, NW | |
| Washington, DC 20004 | *Attorneys for Blake Lively* |
| (202) 240-2900 | |
| E-mail: mgovernski@dirllp.com | |