UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>  Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>  Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL)<br><br>rel. 1:25-cv-00449-LJL |

| |
|---|
| JENNIFER ABEL,<br><br>  Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>  Third-Party Defendant. |
| WAYFARER STUDIOS LLC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, et al.,<br><br>  Defendants. |

## DECLARATION OF KRISTIN N. TAHLER IN SUPPORT OF JONESWORKS LLC'S OPPOSITION TO THE WAYFARER PARTIES' MOTION TO SEAL

I, Kristin N. Tahler, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice before this Court, a partner in the law firm of Quinn Emanuel Urquhart and Sullivan LLP, 865 S Figueroa St 10th Floor, Los Angeles, CA 90017, and counsel of record for Jonesworks LLC ("Jonesworks") in the above-captioned action.

2. I respectfully submit this declaration in support of Jonesworks' opposition to the Wayfarer Parties' motion to seal certain exhibits and related textual references in the summary judgment and spoliation submissions.

3. Attached as **Exhibit A** is a true and correct copy of the Wayfarer Parties' proposed redactions to Exhibit 43 to Jonesworks' Opposition to Jennifer Abel's Motion for Summary Judgment.

4. Attached as **Exhibit B** is a true and correct copy of an excerpt from the September 30, 2025 deposition of Melissa Nathan.

5. Attached as **Exhibit C** is a true and correct copy of the cross-complaint filed in *Ghost v. Wilson*, Case No. 24STCV17314 (Cal. Sup. Ct.) on September 2, 2025.

6. Attached as **Exhibit D** is a true and correct copy of a motion for discovery filed in *Ghost v. Wilson*, Case No. 24STCV17314 (Cal. Sup. Ct.) on December 5, 2025.

7. Attached as **Exhibit E** is a true and correct copy of the Wayfarer Parties' proposed redactions to Exhibit 45 to Jonesworks' Opposition to Abel's Motion for Summary Judgment.

8. Attached as **Exhibit F** is a true and correct copy of the Wayfarer Parties' proposed redactions to Exhibit 49 to Jonesworks' Opposition to Abel's Motion for Summary Judgment.

9. Attached as **Exhibit G** is a true and correct copy of the Wayfarer Parties' proposed redactions to Exhibit 76 to Jonesworks' Opposition to Abel's Motion for Summary Judgment.

10. Attached as **Exhibit H** is a true and correct copy of excerpts from the October 8

and October 9, 2025 depositions of Jamey Heath.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  January 12, 2026
Los Angeles, California

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By :  */s/ Kristin N. Tahler*

Kristin N. Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L. Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Jonesworks LLC*