# EXHIBIT C

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
CAMILLE M. VASQUEZ, Cal Bar No. 273377
CVasquez@sheppardmullin.com
SAMUEL A. MONIZ, Cal Bar No. 313274
SMoniz@sheppardmullin.com
HONIEH UDENKA, Cal Bar No. 319103
HUdenka@sheppardmullin.com
MELISSA MIKAIL, Cal Bar No. 323212
MMikail@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:   714.513.5130

Attorneys for Plaintiff, Cross-Defendant, and
Cross-Complainant, AMANDA GHOST

Electronically FILED by
Superior Court of California,
County of Los Angeles
9/02/2025 8:01 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Gonzalez, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| AMANDA GHOST, an individual; GREGOR CAMERON, an individual; and VINCE HOLDEN, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>REBEL WILSON, an individual; and DOES 1-50, inclusive,<br><br>        Defendants.<br><br>REBEL WILSON, an individual; CAMP SUGAR PRODUCTIONS PTY LTD, an Australian Private Company; REBEL WILSON and CAMP SUGAR PRODUCTIONS PTY LTD, Derivatively on behalf of Dunburn Debutantes Commissioning Company Pty Ltd, an Australian Proprietary Company,<br><br>        Cross-Complainants,<br><br>        vs.<br><br>AMANDA GHOST, an individual; GREGOR CAMERON, an individual; VINCE HOLDEN, an individual; A.I. FILM | Case No. 24STCV17314<br><br>Assigned for All Purposes to:<br>Hon. Thomas D. Long, Department 48<br><br>**CROSS-COMPLAINT OF AMANDA GHOST**<br><br>Operative Complaint Filed: July 29, 2024<br>Cross-Complaint Filed: October 1, 2024<br>Trial Date: October 5, 2026 |

SMRH:4935-8358-5124

1  PRODUCTION LIMITED, a United Kingdom
   Private Limited Company; UNIGRAM
2  MEDIA LIMITED, a United Kingdom Private
   Limited Company; DUNBURN
3  DEBUTANTS PTY LTD, an Australian
   Proprietary Company; DUNBURN
4  DEBUTANTES COMMISSIONING
   COMPANY PTY LTD, an Australian
5  Proprietary Company; and DOES 1 through
   30, inclusive,
6
                    Cross-Defendants,
7
            and
8
   DUNBURN DEBUTANTES
9  COMMISSIONING COMPANY PTY LTD,
   an Australian Proprietary Company;
10
                    Nominal Cross-Defendant.
11
_____
12
   AMANDA GHOST, an individual,
13
                    Cross-Complainant,
14
   vs.
15
   REBEL WILSON, an individual; MELISSA
16 NATHAN, an individual; THE AGENCY
   GROUP PR LLC, a Delaware limited liability
17 company; and DOES 1-50, inclusive,
18                  Cross-Defendants.
_____
19

20

21

22

23

24

25

26

27

28

-2-

Plaintiff, Cross-Defendant, and Cross-Complainant Amanda Ghost ("Ms. Ghost") alleges on personal knowledge as to herself and her own conduct, and on information and belief as to all other matters, as follows:

**NATURE OF THE ACTION**

1.      Defendant, Cross-Complainant, and Cross-Defendant Rebel Wilson is at the center of a ruthless campaign to deceive and manipulate the public, tarnish and destroy the reputations of hardworking professionals, and smear and bully her business partners into making unwarranted business concessions. A well-known actress, Rebel has held herself out to the public as a champion of women and a funny, relatable comic actress. But behind the scenes, she has used paid PR professionals to launch a shockingly low and racially-charged attack on another professional woman, all to get her own way in a business dispute and destroy the reputation of a woman who dared to stand up to her.

2.      Rebel participated in making a film, The Deb (the "Film" or "The Deb"), in which a number of other companies and individuals were involved, including Ms. Ghost, and Plaintiffs Gregor Cameron and Vince Holden (collectively, the "Producers"). The Film was based on a screenplay by an aspiring young writer named Hannah Reilly, and starred an aspiring young actress named Charlotte MacInnes. Rebel, much older and more experienced in the film industry, had an opportunity to mentor both young women. Instead, she chose to attack them. First, Rebel wanted credit for writing "The Deb," and demanded that Ms. Reilly agree to give Rebel credit for the screenplay. When Ms. Reilly refused, Rebel filed an arbitration against Ms. Reilly with the Australian Writer's Guild ("AWG"). Rebel lost; the AWG decided the dispute largely in favor of Ms. Reilly.

3.      But Rebel refused to be told "no." She next attempted to extract credit for writing "The Deb" from the Producers.  And, when the Producers could not agree to give it to her – being bound by the decision of the AWG – Rebel tried to intimidate them.  Rebel began to spread a lie that Ms. MacInnes had been sexually harassed and made uncomfortable by Ms. Ghost.  That was categorically untrue, and once Ms. MacInnes learned of this, she promptly set the record straight: she spoke to Rebel directly, and also provided a written statement confirming that Ms. Ghost had

1  never done anything inappropriate to her, and that any suggestion otherwise by Rebel was not true.

2  　　　4.　　Again, Rebel would not be told "no." She raised the stakes and brought in lawyers,

3  including her former lawyer Bryan Freedman, and outside entertainment professionals, making

4  wild (and false) allegations of misconduct and doubling down on the lie that Ms. Ghost had

5  sexually harassed or abused Ms. MacInnes. When this still failed to produce the desired result,

6  Rebel escalated again. This time, she took to social media, where she broadcast some of the same

7  bogus allegations about the Producers and Ms. MacInnes to her eleven million Instagram followers

8  – accusing the Producers, collectively, of embezzling funds and sexual misconduct toward Ms.

9  MacInnes. The Producers, having been falsely accused before an audience of millions, filed suit

10  against Rebel to commence the above action.

11  　　　5.　　Even this did not deter Rebel from her course of destructive conduct. Behind the

12  scenes, she was working with industry and PR professionals on her payroll to spread even more

13  vicious lies about the Producers far and wide through the Internet. The primary focus of Rebel's

14  campaign of online defamation was Ms. Ghost. With the assistance of PR professionals and others

15  in the industry, Rebel caused to be registered and published on the Internet a series of defamatory

16  websites that set forth grotesque lies about Ms. Ghost. The websites, published as such addresses as

17  amandaghost.com and amandaghostsucks.com ("Websites") are openly defamatory and clearly

18  calculated to cause harm to Ms. Ghost's reputation and emotional wellbeing. Not content with that,

19  Rebel caused links to those websites to be emailed to people in Ms. Ghost's life, such as Ms.

20  Reilly. Rebel also orchestrated or caused, directly or indirectly, an entire social media campaign to

21  post references to Ms. Ghost and the Websites publicly. References and links to the Websites were

22  posted thousands of times on social media, as a result, on information and belief, of a targeted

23  campaign by Rebel and her unethical PR team.

24  　　　6.　　As noted above, the content of the Websites was patently defamatory – as well as

25  racist and insulting. For instance, in September 2024, malevolent lies and smears about Ms. Ghost

26  were published on amandaghost.com and amandaghostsucks.com, under the headline "AMANDA

27  GHOST IS A DESTROYER OF WORLDS," to spread the outrageously false narrative that Ms.

28  Ghost procures women for a "Russian mafia financier."  The attacks, which amount to blatant racist

-4-

incitement, also extended to others involved in the dispute, including Ms. MacInnes.  The cruel and outrageous nature of these lies is undeniable. For instance, the Websites included the following statements:

    a.  "We won't stop. We're in this until Amanda Ghost is exposed for the evil that she is. As the Indian Ghislaine Maxwell, she trades on pleasure for protection."

    b.  "When Amanda Ghost failed as a songwriter, she tried her hand at another commodity and became the madame for one of the world's richest men."

    c.  "The 2000's Heidi Fleiss, Amanda Ghost learned her trade in theft, discovering how easy it was to steal from talented artists. Her playbook was the same every time: demand writing credits on songs that she never wrote, trick or threaten artists into giving her their publishing rights, and lie – about anything from her ethnicity, education, and even name.

    d.  "Failing in music she turned full pimp, reinventing herself as a theatrical producer alongside her husband while really procuring young women for the pleasure of the extremely wealthy."

    e.  "This strain of constantly procuring women could explain her company UNIGRAM's financial loss of 4.7M pounds last year. And let's only hope the hookers made up for losing her financier $25M by mounting The Great Gatsby stage musical to simply reward an actress for remaining silent about the abuse she suffered at Ghost's hands."

    f.  "In exchange for women, this benefactor helps Ghost plant untrue stories and use attacks in the media as a threat, due to the billionaire's significant advertising spend at multiple publications."

    g.  "We have to ask ourselves the important questions, and encourage people in positions of power and in the press to do the same. Why is Amanda Ghost allowed to play procuress, affording her protection against the overwhelming evidence against her? What other dark secrets of this man is she hiding? What other dark secrets of hers are being hidden? Why do good looking women who

work for Ghost and her husband go missing?"

    h.  "My hope is to rally together and share our stories, so that other artists don't have to endure the pain so many have already felt. So that young women aren't subjected to the emotional torture and physical violation of their predecessors. She's the worst kind of malignant demon that preys on the innocent. But finally, the truth will win. This is the end for Amanda Ghost."

    7.     These statements, in context, carry the unmistakably defamatory meaning that Amanda Ghost is engaged in sex trafficking and pimping young women. That is a complete fiction, dreamed up by Rebel and her agents. Ms. Ghost has recently obtained further confirmation from publicly-filed court documents in another matter, *Lively et al. v. Baldoni et al.*, that various PR professionals working on behalf of Rebel, Cross-Defendant Melissa Nathan, and the Agency Group PR LLC, conspired with and/or aided and abetted Rebel in causing the Websites to be created and their defamatory content published. Communications among Ms. Nathan and others at The Agency Group PR LLC, openly discuss the creation of the Websites. Indeed, Ms. Nathan texted a document entitled "__library . . . _Amanda Ghost website.docx (26KB)," which upon information and belief, is a dossier of false information regarding Ms. Ghost. Ms. Nathan also wrote: **"So basically Rebel wants a one of those sites… Should be a mixture of that document that I think Carolina pulled about Amanda goes [sic] or the intern pulled… It can be really really harsh… Russian oligarchs and making her a madam basically lol[.]"**

    8.     To Rebel and her paid PR professionals, this cruel, public attack may have been something to "lol" about, but there was nothing humorous about it to Ms. Ghost. She is a professional, a wife, a mother. To have a powerful actress deliberately broadcasting to the world the grotesque lie that Ms. Ghost is the "Indian Ghislaine Maxwell" was devastating. And, incredibly, Rebel just kept going. In late September 2024, Ms. MacInnes, unwilling to allow herself to be used as a pawn of Rebel's gambit, made a public statement to news outlets, once again denying Rebel's false claims about her. Ms. MacInnes emphasized that "There is no truth to the allegations made involving me," and that "I won't be the subject of a fabricated narrative." In response to Ms. MacInnes' heartfelt statement, Rebel again took to social media, where she

doubled down on her false claims against the Producers; falsely accused Ms. MacInnes of lying to secure a lead role and record label from Ms. Ghost (neither of which were even within Ms. Ghost's power to give); and further perpetuated the malicious and false rumor that Ms. MacInnes was a victim of sexual misconduct by Ms. Ghost – all in front of an audience of millions of people. Specifically, Rebel wrote:

> When an actress on her first feature film is asked by a producer to stay in the same apartment as them, and then makes a complaint to me as the director saying said producer "asked her to have a bath and a shower with her and it made her feel uncomfortable" -- what am I supposed to do?  Of course I reported it.  There is no world where this is acceptable.  The fact that this girl has been employed now by this "producer" in the lead role of a production called GATSBY (ART Boston) and given a record label -- should be all the proof you need as to why she has now changed her story.

9.      When these intimidation tactics still failed to achieve Rebel's goals, she filed a salacious cross-complaint in the above action in which she brazenly linked to both amandaghost.com and amandaghostsucks.com, as if to brag that she was responsible for their publication.[1] Nor is that the last time Rebel has spread these lies. Indeed, as recently as July 25, 2025, Rebel again posted a series of false and defamatory statements to her millions of social media followers, writing, in part: "What would you do if you were me, a first time female director—and a young cast member says she's living with a producer and had a bath and shower with them and that she feels uncomfortable? What would you do if crew told you they were stealing money from the independent film's really tight budget? I reported both things. I'd do the same again."

10.      It is clear that if she is allowed to do so, Rebel will, indeed, "do the same again" – she learns no lessons and seems impervious and indifferent to truth, professionalism, or common decency. Her use of the Websites is only the cruelest example of her misconduct. Ms. Ghost respectfully asks this Court to hold Rebel accountable for her shameless, dishonest, and bullying conduct, and set the record straight.

---

[1] For the avoidance of doubt, Ms. Ghost does not assert any claim based on the filing of Rebel's Cross-Complaint, and merely refers to its contents for context.

## PARTIES

11.     Plaintiff, Cross-Defendant, and Cross-Complainant Amanda Ghost (previously defined herein as "Ms. Ghost") is an individual residing in the United Kingdom, and a Producer of the Film.

12.     Defendant, Cross-Complainant, and Cross-Defendant Rebel Wilson (previously defined herein as "Rebel") is an individual residing in Los Angeles, California, and is an actor, director, and producer of the Film.

13.     Cross-Defendant Melissa Nathan ("Ms. Nathan") is an individual residing in the State of California, County of Los Angeles.

14.     Cross-Defendant The Agency Group PR LLC ("TAG") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California, County of Los Angeles.

15.     Ms. Ghost is ignorant of the true names and capacities of the Cross-Defendants sued herein as Does 1-50, inclusive, and therefore sues these Does by such fictitious names.  Ms. Ghost will amend this Complaint to allege the Does' true names and capacities when ascertained.  Each of the Does is in some manner responsible for some or all of the acts and/or omissions alleged herein. Ms. Ghost is informed and believe and thereon alleges that one or more of the Does were involved in the making and/or dissemination of the defamatory statements complained of herein, including without limitation the defamatory comments on the Websites.  Ms. Ghost is informed and believes, and thereon alleges that the Does include a person named "Jed" who was involved in coordinating and directing the publication of defamatory materials via the websites, in collusion with Ms. Nathan and her staff, and with Rebel.  Ms. Ghost will amend this Cross-Complaint to add the correct name of the individual named "Jed" and sued herein as Doe after obtaining further evidence of his or her identity.  Rebel, Ms. Nathan, TAG, and Does 1-50 are collectively referred to herein as "Cross-Defendants."

## JURISDICTION AND VENUE

16.     Jurisdiction exists and venue is proper in the State of California, County of Los Angeles pursuant to Code of Civil Procedure §§ 395 and 395.2 because Rebel, Ms. Nathan, TAG,

1  and are residents of or based in the County of Los Angeles, and because the actions complained of

2  herein occurred, in whole or in part, in the County of Los Angeles.

3       17.     This Court has personal jurisdiction over Cross-Defendants because they are

4  residents of the State of California and/or conduct business in the State of California.

5  **GENERAL ALLEGATIONS**

6  **Rebel and the Producers Agree to Produce "The Deb"**

7       18.     In or around February 2023, the Producers were brought on to co-produce a feature

8  film called "The Deb" with Rebel.  The Film had a budgeted initial funding limit of 15 million

9  Australian Dollars.  Rebel did not contribute any financing towards the production of the Film.

10       19.     "The Deb" was to be directed by Rebel, and produced by the Producers and Rebel,

11  as well as a local producer that would be mutually agreed to by the parties.  Because Rebel was a

12  novice director, the parties understood that she would cooperate with the producers to create the

13  Film.  Additionally, Rebel contracted to act in the Film.

14       20.     Although Rebel was contracted to provide additional writing for the Film, she was

15  never promised a "written by" credit for the Film. That is because the writing credit for the "The

16  Deb" screenplay belongs to Ms. Reilly, who developed the concept, the original script, and the

17  original screenplay for "The Deb." Ms. Reilly is a young and upcoming Australian writer, who

18  conceived of the original idea for "The Deb," including its core plot, characters, and theme. Ms.

19  Reilly drafted the original screenplay. Initially, Ms. Reilly adapted her script with celebrated

20  Australian musician Megan Washington for a stage play of "The Deb" (the "Stage Play"), which

21  ran in Sydney in mid-2022.  Thereafter, a film production of "The Deb" was contemplated and Ms.

22  Reilly revamped her original script into the script for "The Deb" film (the "Screenplay").

23  **Rebel Tries to Take Credit for Ms. Reilly's Work**

24       21.     Once "The Deb" commenced production, Rebel sought to take the lion's share of

25  the credit for the screenplay, and began to demand that she receive a writing credit for herself. Ms.

26  Reilly did not agree that Rebel should receive the writing credit. On November 13, 2023, Rebel

27  submitted the dispute over the writing credit for adjudication by binding arbitration before the

28  Australian Writers' Guild ("AWG"). Neither the Producers nor the production companies involved

in the Film were part of the adjudication process before the AWG. Ms. Reilly and Rebel agreed to be bound by the decision of the AWG. On March 4, 2024, the AWG rendered a credit determination for the Film, finding largely in Ms. Reilly's favor and deciding that the on-screen credits for the Film would be:

*Screenplay by Hannah Reilly*

*Additional Writing by Rebel Wilson*

*Based on a stage-play by Hannah Reilly*

*With music by Megan Washington, and lyrics by Hannah Reilly and Megan Washington*

22.    Though she had no legal basis to object to the AWG's decision (and has never filed a legal challenge to the decision), Rebel refused to accept the outcome. She now turned her focus on the Producers, demanding that they override the AWG's ruling and give her a full writing credit. This demand was based on what Rebel asserted was a "prior contractual agreement" to give her a writing credit. This was an after-the-fact invention by Rebel – no such "prior contractual agreement" existed – and the agreements that did exist (which Rebel had negotiated and signed) made clear that the ruling of the AWG was binding.  The Producers could not accommodate Rebel's demand for a writing credit – and now found themselves the focus of her anger.

**Rebel Drags Another Young, Aspiring Artist into her Lies**

23.    A perpetual source of unnecessary drama, Rebel also targeted the Film's young star, Ms. MacInnes, another young artist who thought her dreams were coming true when she was cast in projects linked to Rebel. Ms. MacInnes and Ms. Ghost became friends due to their mutual appreciation for music. From the outset, Ms. MacInnes and Ms. Ghost (an award winning song writer and music producer) discussed collaborating on other musical projects and even worked on a song together.

24.    Instead of flying to and from Sydney from Ms. MacInnes' hometown for filming, to save time and money, Ms. Ghost extended an invitation for Ms. MacInnes to stay at the production apartment where Ms. Ghost was staying in Sydney with a senior member of the production team. Multiple members of the film crew intermittently used this apartment, including Rebel herself; there was nothing unusual about any member of the cast or crew doing so. Ms. MacInnes accepted

-10-

the offer.

25.     In September 2023, while the dispute between Rebel and Ms. Reilly over the writing credit was coming to a head, an innocent incident occurred that Rebel has exploited and mischaracterized ever since. Ms. MacInnes and Ms. Ghost went swimming in the ocean and the very cold water caused Ms. Ghost to have a severe reaction that became a medical event. Ms. MacInnes aided Ms. Ghost by running a warm shower and bath to warm Ms. Ghost back up. Both women were in their bathing suits, another senior member of the production team staying in the apartment was also present, and there was nothing sexual or inappropriate about the incident whatsoever – it was a medical event.

26.     In the days that followed, the cast and crew of the Film heard about this incident from both Ms. Ghost and Ms. MacInnes, who were casually describing the anecdote. Rebel learned the incident and called Ms. MacInnes to ask her about the incident and whether she was alright. Ms. MacInnes explained to Rebel that she had voluntarily assisted Ms. Ghost during her medical episode and had not been made to feel uncomfortable by Ms. Ghost in any way. She specifically and explicitly told Rebel that she was completely comfortable during the entire episode.

27.     Rebel nonetheless seized an opportunity to create discord and try to secure an ally in her dispute with Ms. Reilly, and began to spread a lie that Ms. MacInnes had complained about being forced to shower with Ms. Ghost and feeling uncomfortable. Ms. MacInnes was shocked when she eventually realized that Rebel was spreading this false rumor, and promptly rectified the situation by providing a written statement vehemently denying any inappropriate behavior or misconduct by Ms. Ghost. Ms. MacInnes made her written statement on or around September 17, 2023 and it was shared with the producers, including Rebel, within days thereafter.

28.     Meanwhile, Ms. MacInnes focused her efforts on a project she and Ms. Ghost had been discussing as far back as the Spring of 2023 and that Ms. Ghost was co-producing – a production called "Gatsby."  Ms. MacInnes auditioned for the role, and after auditioning for several of the industry's leading Producers, landed the role in March 2024.

**Rebel Defames The Producer Plaintiffs and Ms. MacInnes**

29.    By the summer of 2024, millions of dollars had been invested in "The Deb," the Film was nearly complete, and it was on track to be a success. But Rebel was unhappy. Her efforts to secure a writing credit had been rejected by Ms. Reilly and the AWG. Her various other demands, which included a record label and special publishing rights for the songs in the Film, had not been granted, as they were not contractually supported. Meanwhile, many of those invested in the Film, including the Producers, were trying to hold Rebel to her actual contractual and professional obligations to the Film and its stakeholders.

30.    On June 14, 2024, Rebel, through her attorney Bryan Freedman, sent a demand letter to the Producers, attempting to renegotiate contract terms and threatening to publicly litigate a litany of ludicrous and demonstrably false allegations. The Producers and their affiliated companies did not capitulate to Rebel's demands, but made good faith efforts to attempt to resolve their business disputes with Rebel. On July 10, 2024, while those negotiations were in progress, Rebel suddenly posted a video to her Instagram page, with 11 million followers, in which she accused the Producer Plaintiffs of embezzling funds from the Film, sexual misconduct with the lead actress, engaging in bullying and intimidation tactics to conceal their misconduct, and forcing their victims to sign non-disclosure agreements.

31.    These contentions are patently false and are the subject of the Producers' original Complaint in this action, which asserts claims against Rebel for defamation. Even after that Complaint was filed, Rebel continued making threats and accusations to those involved in the Film, including claiming to persons involved in the Film that many people (including specifically Sara Bareilles, Brandy, Shakira, Margot Robbie, and Baz Luhrmann) had problems with Ms. Ghost; that the Producers had been responsible for a financial loss on the Gatsby musical; and that if the Producers dared to continue litigating their defamation case, "it will very publicly ruin them."

32.    On July 29, 2024, the Producers filed their First Amended Complaint in the Related Action, which was reported in the news media.  Rebel's response was to announce that this was an "unfair and grossly abhorrent attack on me in the press," and that she was "cancelling Toronto and all sales/promotion of the film and will be going public as to why."

-12-

33.     Soon afterwards, the first of the Websites was registered, amandaghost.com, and later that September amandaghostsucks.com was registered. As Ms. Ghost has now learned, Rebel's PR team were having written communications discussing the creation of websites to defame her, and assisted Rebel in creating the Websites and publishing outrageous lies about her. Indeed, Ms. Nathan texted a document entitled "__library . . . _Amanda Ghost website.docx (26KB)," which upon information and belief, is a dossier of false information regarding Ms. Ghost. Ms. Nathan also wrote: **"So basically Rebel wants a one of those sites… Should be a mixture of that document that I think Carolina pulled about Amanda goes [sic] or the intern pulled… It can be really really harsh… Russian oligarchs and making her a madam basically lol[.]"**

34.     Outrageous (and blatantly racist) lies about Ms. Ghost, a well-regarded professional with a long record of accomplishment, were published via the Websites, which were, in turn, sought to be promoted on social media. Many of those lies echoed Rebel's previous and subsequent lies. For instance, the Website specifically mentions many of the same supposed "victims" of Ms. Ghost that had been referenced in Rebel's earlier communications (*e.g.*, the Website accuses Ms. Ghost of "the takedown of Sara Bareilles, Brandy, Shakira," and states that that "people like Margot Robbie and Baz Luhrmann choose never to work with Ghost again. She's rotten to the core"). The Websites are blatantly false and defamatory, including without limitation the following statements, which were published or republished on amandaghost.com and amandaghostsucks.com in September 2024:

a.    "We won't stop. We're in this until Amanda Ghost is exposed for the evil that she is. As the Indian Ghislaine Maxwell, she trades on pleasure for protection. Enough is enough. There's been too much destruction. Her wrongdoings can no longer remain a Hollywood secret. I have to speak out."

b.    "When Amanda Ghost failed as a songwriter, she tried her hand at another commodity and became the madame for one of the world's richest men."

c.    "Amanda Ghost learned her trade in theft, discovering how easy it was to steal from talented artists.  Her playbook was the same every time: demand writing credits on songs that she never wrote, trick or threaten artists into giving her

their publishing rights and lie – about anything from her ethnicity, education, and even name."

    d.  "Failing in music she turned full pimp, reinventing herself as a theatrical producer alongside her husband while really procuring young women for the pleasure of the extremely wealthy.  Her lethalness and aptitude at this craft is evidence in her actions since – as she continuously seeks out talented people across the industry to control and coerce."

    e.  "This strain of constantly procuring women could explain her company UNIGRAM's financial loss of 4.7M pounds last year. And let's only hope the hookers made up for losing her financier $25M by mounting The Great Gatsby stage musical to simply reward an actress for remaining silent about the abuse she suffered at Ghost's hands."

    f.  "In exchange for women, this benefactor helps Ghost plant untrue stories and use attacks in the media as a threat, due to the billionaire's significant advertising spend at multiple publications. It's also the reason I have to write these things here, and cannot easily go to the press.."

    g.  "We have to ask ourselves the important questions, and encourage people in positions of power and in the press to do the same. Why is Amanda Ghost allowed to play procuress, affording her protection against the overwhelming evidence against her? What other dark secrets of this man is she hiding? What other dark secrets of hers are being hidden? Why do good looking women who work for Ghost and her husband go missing? Why is Ghost still allowed to assert power at Warner Music?"

    35.    The assertions made on the Websites are utterly and demonstrably false.  Indeed, the only person to have ever accused Ms. Ghost of any form of sexual misconduct is none other than Rebel. Ms. Ghost is informed and believes and thereon alleges that Rebel caused this blatant libel to be posted on the Internet, on Websites, amangaghost.com and amandaghostsucks.com, that she specifically caused to be created for that purpose. Multiple individuals associated with Ms. Ghost

1   personally or professionally then began receiving emails linking to this defamatory language, as

2   Rebel sought to ensure that the damage from the Websites was maximized. For instance, Ms. Reilly

3   received an email linking to one of the websites with the comment "thought you should be aware of

4   this." Rebel, who controls "The Deb's" Instagram page, also publicly posted the Website to that

5   page, with words to the effect that "The Deb's" followers should "please read this." That post was

6   deleted shortly thereafter – perhaps because even Rebel realized that she had been a little too

7   obvious. Rebel's conduct was, in short, specifically intended to cause harm. The damage to Ms.

8   Ghost from this campaign of defamation is enormous – not merely to her peace of her mind, but to

9   her standing in the community and her professional career.

**FIRST CAUSE OF ACTION**

10

**Defamation and Defamation Per Se Against Rebel, Ms. Nathan, TAG,
and Does 1-50**

11

12

13      36.      Ms. Ghost repeats and hereby incorporates by reference the preceding paragraphs as

14   though set forth in full.

15      37.      Rebel, directly or indirectly, and with the material assistance of the other Cross-

16   Defendants, intentionally caused the Websites to be created and caused defamatory statements

17   about Ms. Ghost to be published or caused to be published on them.  This includes, without

18   limitation the following statements that were published or republished on amandaghost.com and

19   amandaghostsucks.com in September 2024:

20          a.   "We won't stop. We're in this until Amanda Ghost is exposed for the evil that

21               she is. **As the Indian Ghislaine Maxwell, she trades on pleasure for**

22               **protection.** Enough is enough. There's been too much destruction. Her

23               wrongdoings can no longer remain a Hollywood secret. I have to speak out."

24          b.   "When Amanda Ghost failed as a songwriter, she tried her hand at another

25               commodity and **became the madame for one of the world's richest men."**

26          c.   "Amanda Ghost learned her trade in theft, discovering how easy it was to steal

27               from talented artists.  Her playbook was the same every time: **demand writing**

28               **credits on songs that she never wrote, trick or threaten artists into giving**

-15-

1  her their publishing rights and lie – about anything from her ethnicity,

2  education, and even name.”

3     d.  “Failing in music she turned full pimp, reinventing herself as a theatrical

4  producer alongside her husband **while really procuring young women for the**

5  **pleasure of the extremely wealthy.** Her lethalness and aptitude at this craft is

6  evidence in her actions since – as she continuously seeks out talented people

7  across the industry to control and coerce.”

8     e.  **“This strain of constantly procuring women** could explain her company

9  UNIGRAM’s financial loss of 4.7M pounds last year. And let’s only hope the

10  hookers made up for losing her financier $25M by mounting The Great Gatsby

11  stage musical to **simply reward an actress for remaining silent about the**

12  **abuse she suffered at Ghost’s hands.”**

13     f.  **“In exchange for women, this benefactor helps Ghost plant untrue stories**

14  and use attacks in the media as a threat, due to the billionaire’s significant

15  advertising spend at multiple publications. It’s also the reason I have to write

16  these things here, and cannot easily go to the press..”

17     g.  “We have to ask ourselves the important questions, and encourage people in

18  positions of power and in the press to do the same. **Why is Amanda Ghost**

19  **allowed to play procuress,** affording her protection against the overwhelming

20  evidence against her? What other dark secrets of this man is she hiding? What

21  other dark secrets of hers are being hidden? **Why do good looking women who**

22  **work for Ghost and her husband go missing?** Why is Ghost still allowed to

23  assert power at Warner Music?”

24      38.  These statements expressed or implied that Ms. Ghost is corrupt and criminal,

25  accused her of stealing other persons’ work, of being a con artist, thief, and pimp, and sexually

26  exploiting young women. The statements insinuate that she is responsible for the disappearance of

27  young women, and that she is involved in procuring young women for a rich financier. The

28  description of her as the “Indian Ghislaine Maxwell” – famously imprisoned for abetting a

1    billionaire's predatory behavior toward young women – is not merely racist, but a clear charge of

2    heinous criminal conduct. The defamatory meaning of the statements set forth above is self-

3    evident, as they have a natural tendency to harm Ms. Ghost's reputation, subject her to hatred,

4    ridicule, or obloquy, and cause actual harm to her reputation and professional career.

5        39.    The statements set forth above constitute defamation *per se* because, among other

6    things, they impute the commission of a crime and prejudice Ms. Ghost in her business and career.

7        40.    The statements are of and concerning Ms. Ghost.

8        41.    The statements are false.  They are simply made up and have no basis whatsoever in

9    fact.  Indeed, no one other than Rebel has ever accused Ms. Ghost of any such thing.

10       42.    Rebel and the other Cross-Defendants knew that the statements were false when

11   they caused them to be published, republished, and/or distributed. Rebel, aided by PR professionals

12   simply made up and spread cruel, vicious, utterly false stories about Ms. Ghost. At minimum, the

13   Cross-Defendants acted in reckless disregard of the truth because neither Rebel nor her paid PR

14   professionals had any conceivable basis to make the statements, which are pure fantasy.

15       43.    The statements are unprivileged.

16       44.    As a result of the statements, Ms. Ghost has have suffered damages in an amount in

17   excess of the jurisdictional minimum of this Court, including without limitation, damage to her

18   reputation, damage to her personal brand and goodwill in the community as a successful

19   businesswoman, emotional suffering and distress, loss of potential income and goodwill associated

20   with lost opportunities as a result of the negative publicity associated with the defamatory

21   statements, and associated long-term loss of goodwill and marketability.

22       45.    Rebel was materially assisted in committing these defamatory acts by Ms. Nathan,

23   TAG, and Does 1-50, who assisted Rebel in preparing the defamatory statements, registering the

24   Websites, and causing them to be published and disseminated online.

25       46.    In taking the actions alleged in this Cross-Complaint, Rebel acted willfully and

26   wrongfully, with malice, oppression, and fraud, and in conscious disregard of Ms. Ghost's rights,

27   for which conduct Ms. Ghost is entitled to an award of punitive or exemplary damages.

28

-17-

## SECOND CAUSE OF ACTION

### Aiding and Abetting Defamation Against Ms. Nathan, TAG and Does 1-50

47.    Ms. Ghost repeats and hereby incorporates by reference the preceding paragraphs as though set forth in full.

48.    Rebel, directly or indirectly, intentionally caused the Websites to be created and caused defamatory statements about Ms. Ghost to be published or caused to be published on them. This includes, without limitation the following statements that were published on amandaghostsucks.com in September of 2024:

    a.   "We won't stop. We're in this until Amanda Ghost is exposed for the evil that she is. As the Indian Ghislaine Maxwell, she trades on pleasure for protection. Enough is enough. There's been too much destruction. Her wrongdoings can no longer remain a Hollywood secret. I have to speak out."

    b.   "When Amanda Ghost failed as a songwriter, she tried her hand at another commodity and became the madame for one of the world's richest men."

    c.   "Amanda Ghost learned her trade in theft, discovering how easy it was to steal from talented artists.  Her playbook was the same every time: demand writing credits on songs that she never wrote, trick or threaten artists into giving her their publishing rights and lie – about anything from her ethnicity, education, and even name."

    d.   "Failing in music she turned full pimp, reinventing herself as a theatrical producer alongside her husband while really procuring young women for the pleasure of the extremely wealthy.  Her lethalness and aptitude at this craft is evidence in her actions since – as she continuously seeks out talented people across the industry to control and coerce."

    e.   "This strain of constantly procuring women could explain her company UNIGRAM's financial loss of 4.7M pounds last year. And let's only hope the hookers made up for losing her financier $25M by mounting The Great Gatsby stage musical to simply reward an actress for remaining silent about the abuse

SMRH:4935-8358-5124                                             CROSS-COMPLAINT OF AMANDA GHOST

1        she suffered at Ghost's hands."

2        f.    "In exchange for women, this benefactor helps Ghost plant untrue stories and

3              use attacks in the media as a threat, due to the billionaire's significant

4              advertising spend at multiple publications. It's also the reason I have to write

5              these things here, and cannot easily go to the press.."

6        g.    "We have to ask ourselves the important questions, and encourage people in

7              positions of power and in the press to do the same. Why is Amanda Ghost

8              allowed to play procuress, affording her protection against the overwhelming

9              evidence against her? What other dark secrets of this man is she hiding? What

10             other dark secrets of hers are being hidden? Why do good looking women who

11             work for Ghost and her husband go missing? Why is Ghost still allowed to assert

12             power at Warner Music?"

13       49.    These statements expressed or implied that Ms. Ghost is corrupt and criminal,

14 accused her of stealing other persons' work, of being a con artist, thief, and pimp, and sexually

15 exploiting young women.  The statements insinuate that she is responsible for the disappearance of

16 young women, and that she is involved in procuring young women for a rich financier.  The

17 description of her as the "Indian Ghislaine Maxwell" – famously imprisoned for abetting a

18 billionaire's predatory behavior toward young women – is not merely racist, but a clear charge of

19 criminal conduct. The defamatory meaning of the statements set forth above is self-evident, as they

20 have a natural tendency to harm Ms. Ghost's reputation, subject her to hatred, ridicule, or obloquy,

21 and cause actual harm to her reputation and professional career.

22       50.    The statements set forth above constitute defamation *per se* because, among other

23 things, they impute the commission of a crime and prejudice Ms. Ghost in her business and career.

24       51.    The statements are of and concerning Ms. Ghost.

25       52.    The statements are false.  They are simply made up and have no basis whatsoever in

26 fact.  Indeed, no one other than Rebel has ever accused Ms. Ghost of any such thing.

27       53.    Rebel knew that the statements were false when she caused them to be published,

28 republished, and/or distributed. She simply made up a cruel, vicious story about Ms. Ghost. At

minimum, she acted in reckless disregard of the truth because she had no basis to make the statements, which are pure fantasy.

54.     The statements are unprivileged.

55.     As a result of the statements, Ms. Ghost has suffered damages in an amount in excess of the jurisdictional minimum of this Court, including without limitation, damage to her reputation, damage to her personal brand and goodwill in the community as a successful businesswoman, emotional suffering and distress, loss of potential income and goodwill associated with lost opportunities as a result of the negative publicity associated with the defamatory statements, and associated long-term loss of goodwill and marketability.

56.     Rebel was materially assisted in committing these defamatory acts by Ms. Nathan, TAG, and Does 1-50, who assisted Rebel in preparing the defamatory statements, registering the Websites, and causing them to be published and disseminated online.

57.     Ms. Nathan, TAG and Does 1-50 knew that Rebel intended to defame and harm Ms. Ghost and acted with the intention of assisting her in that endeavor.

58.     Ms. Nathan, TAG, and Does 1-50 helped Rebel defame Ms. Ghost and were, accordingly, a substantial factor in causing Ms. Ghost harm.

59.     In taking the actions alleged in this Cross-Complaint, Cross-Defendants acted willfully and wrongfully, with malice, oppression, and fraud, and in conscious disregard of Ms. Ghost's rights, for which conduct Ms. Ghost is entitled to an award of punitive or exemplary damages.

## **PRAYER**

WHEREFORE, Ms. Ghost request judgment with each item of this prayer being for relief additional to and alternative to each other item and not an election of remedies, as follows:

1.     Compensatory damages according to proof;

2.     Costs, expenses, and attorneys' fees, to the extent recoverable;

3.     Punitive or exemplary damages;

4.     Prejudgment and post-judgment interest in the maximum amounts provided by law; and

-20-

1        5.       For such other and further relief as the Court deems just and proper.

2

3    DATED:  September 2, 2025          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4

5                         By:  _Camille M. Vasquez_

6                              CAMILLE M. VASQUEZ

7                   Attorneys for Plaintiff, Cross-Defendant, and
                      Cross-Complainant AMANDA GHOST

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4935-8358-5124                             CROSS-COMPLAINT OF AMANDA GHOST