# EXHIBIT H

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4
 5    BLAKE LIVELY,
 6                   Plaintiff,
 7      vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                           25-CV-449 (LJL) (MEMBER CASE)
 8
      WAYFARER STUDIOS LLC, ET AL.
 9
                   Defendants.
10    _____
      JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12    JONESWORKS, LLC,
                Third-party Defendant.
13    _____
      WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15    BLAKE LIVELY, et al.
                Consolidated Defendants.
16    _____
17                  **CONFIDENTIAL**
18
19        VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20               Los Angeles, California
21              Wednesday, October 8, 2025
22
23    Stenographically Reported by:  Ashley Soevyn,
      CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 44

1              A     That would be Brian Singer.

2              Q     Do you know how Wayfarer funds its

3        operations at operating at a net loss of

4        $18 million?

5                    MS. SHAPIRO:  Objection.

6                    THE WITNESS:  Yeah.

7        BY MS. HUDSON:

8              Q     How does it do that?

9              A     Steve's investments.

10             Q     So when Wayfarer needs funding, it looks

11       to Steve Sarowitz to provide cash?

12                   MS. SHAPIRO:  Objection.

13                   THE WITNESS:  There has been a payment --

14       a funding schedule that he had committed to.  And

15       based on that funding, that is what allows Wayfarer

16       to operate.

17       BY MS. HUDSON:

18             Q     Do you have a contract with Mr. Sarowitz

19       to provide funding at a certain rate for the

20       company?

21                   MS. SHAPIRO:  Objection.

22                   THE WITNESS:  I don't know.

23       BY MS. HUDSON:

24             Q     If Mr. Sarowitz decided not to continue

25       to provide the funding, would Wayfarer be able to

CONFIDENTIAL

Page 404

1                REPORTER'S CERTIFICATE

2            I, ASHLEY SOEVYN, a Certified Shorthand

3    Reporter of the State of California, do hereby

4    certify:

5            That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    at which time the witness was put under oath by me;

8            That the testimony of the witness, the

9    questions propounded, and all objections and

10   statements made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13           That a review of the transcript by the

14   deponent was/ was not requested;

15           That the foregoing is a true and correct

16   transcript of my shorthand notes so taken.

17           I further certify that I am not a relative

18   or employee of any attorney of the parties, nor

19   financially interested in the action.

20           I declare under penalty of perjury under

21   the laws of California that the foregoing is true

22   and correct.  Dated this 10th day of October 2025.

23

24

     ASHLEY SOEVYN

25   CSR No. 12019

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                   ---oOo---
 4
 5   BLAKE LIVELY,
 6                   Plaintiff,
 7     vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)
                        25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.,
 9
                     Defendants.
10   _____
     JENNIFER ABEL,
11               Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                 Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.,
14               Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.,
                 Consolidated Defendants.
16   _____
17                 **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20              Los Angeles, California
21             Thursday, October 9, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
24   CALIFORNIA CSR No. 12019
25
```

CONFIDENTIAL

Page 39

1    have impact whether or not they make money.  Of

2    course we have to make money, but that's not our

3    primary goal.

4         Q    Is Wayfarer profitable?

5         A    No.

6         Q    Has it ever been?

7         A    No.

8         Q    I believe Mr. Sarowitz testified that

9    Wayfarer is paying for the litigation fees and

10   expenses of the various defendants in these two

11   related litigations; is that correct?

12        A    I don't know about -- well, the

13   defendants, yes, we are paying for those.

14        Q    And that includes litigation fees and

15   expenses for Mr. Baldoni's defense?

16        A    It does.

17        Q    And for Ms. Abel's defense?

18        A    It does.

19        Q    And for Ms. Nathan's defense?

20        A    It does.

21        Q    And for Wayfarer's defense?

22        A    Yes.

23        Q    For Mr. Wallace's defense?

24        A    Yes.  Sorry.  I just needed to -- there

25   is a lot of expenses, so I'm just making sure.

CONFIDENTIAL

Page 348

1              REPORTER'S CERTIFICATE

2          I, ASHLEY SOEVYN, a Certified Shorthand

3   Reporter of the State of California, do hereby

4   certify:

5          That the foregoing proceedings were taken

6   before me at the time and place herein set forth;

7   at which time the witness was put under oath by me;

8          That the testimony of the witness, the

9   questions propounded, and all objections and

10  statements made at the time of the examination were

11  recorded stenographically by me and were thereafter

12  transcribed;

13         That a review of the transcript by the

14  deponent was/ was not requested;

15         That the foregoing is a true and correct

16  transcript of my shorthand notes so taken.

17         I further certify that I am not a relative

18  or employee of any attorney of the parties, nor

19  financially interested in the action.

20         I declare under penalty of perjury under

21  the laws of California that the foregoing is true

22  and correct.  Dated this 10th day of October 2025.

23

24  _____

    ASHLEY SOEVYN

25  CSR No. 12019