UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
BLAKE LIVELY,

                Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,

                Defendants.
---------------------------------------------------------------- x
JENNIFER ABEL,

                Third-Party Plaintiff,

v.

JONESWORKS LLC,

                Third-Party Defendant.

Civ. Action No. 1:24-cv-10049-LJL

Related to:
Civ. Action No. 1:25-cv-00779-LJL

## CERTIFICATE OF SERVICE

I, Rose Khatchikian, do hereby certify that I am not less than 18 years of age and on this 12th day of January 2026, I caused a copy of the sealed **Response to Sony Pictures Entertainment's Motion to Seal** to be served upon the following counsel for the parties via email:

**SEE ATTACHED SERVICE LIST**

Dated: January 12, 2026
      Los Angeles, CA

                                            Rose Khatchikian

1

467209.1

**PROOF OF SERVICE**
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

| | |
|---|---|
| **HECKER FINK LLP**<br>Shawn Crowley<br>350 Fifth Avenue, 63rd Floor<br>New York, New York 10001<br>Tel: (212) 763-0883<br>Email: scrowley@heckerfink.com | *Attorneys for Family Hive, LLC* |
| **MANATT, PHELPS & PHILLIPS, LLP**<br>Esra Hudson, Esq.<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Tel: 310-312-4381<br>Email: ehudson@manatt.com | *Attorneys for Plaintiff* |

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415-291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
Tel: 212-790-4500
Email: mbruno@manatt.com

**WILKIE FARR & GALLAGHER LLP**
Aaron E. Nathan, Esq.
787 7th Avenue
New York, NY 10019
Tel: 212-778-8000
Email: anathan@wilkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
Email: mgottlieb@willkie.com
        kbender@willkie.com

2

467209.1

**DUNN ISAACSON RHEE LLP**
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email: mgovernski@wilkie.com (email address has not been updated as of 07/03/2015)
**HAYNES AND BOONE, LLP**
Laura Lee Prather
Michael Lambert
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
Tel: 512-867-8400
Fax: 512-867-8470
Email: laura.prather@haynesboone.com
          Michael.lambert@haynesboone.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**      *Attorneys for Third Party Defendant Jonesworks LLC*
Danielle Lazarus
51 Madison Avenue
22nd Floor
New York, NY 10010
Tel: 212-849-7464
Email: daniellelazarus@quinnemanuel.com

Kristin Tahler
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3615
Email: kristintahler@quinnemanuel.com

Maaren Alia Shah
295 5th Avenue
New York, NY 10016
Tel: 212-849-7452
Email: maarenchoksi@quinnemanuel.com

Nicholas Inns
1300 I St NW
Suite 900
Washington, DC 20005
Tel: 202-774-6147
Email: nicholasinns@quinnemanuel.com

467209.1