# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

January 12, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Lively v. Wayfarer Studios, LLC, et al.*, Case No. 1:24-cv-10049

Dear Judge Liman:

      On behalf of Plaintiff Blake Lively, we write pursuant to Attachment A to the Court's Individual Rules to respectfully request that the Court seal certain portions of Ms. Lively's opposition to the Wayfarer Defendants' motion for continued sealing ("Opposition"), certain portions of the declaration of Kristin E. Bender in support of the Opposition, as well as Exhibits A–G and J attached thereto. Exhibits E–G are compilations of currently sealed exhibits that highlight proposed redactions at issue in the Opposition. Exhibits A–D and J are publicly available news articles that are nevertheless filed under seal to avoid mooting the Wayfarer Defendants' motion for continued sealing pending resolution.

Respectfully submitted,

*/s/ Michael J. Gottlieb*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Sarah E. Moses (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com<br><br>*Attorneys for Blake Lively* | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>2029 Century Park East<br>Los Angeles, California 90067<br>(310) 855-3000<br>mgottlieb@willkie.com<br><br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br><br>Aaron E. Nathan<br>Michaela A. Connolly<br>Melissa Taustine<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com<br>mtaustine@willkie.com |