UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>        Plaintiff,<br><br>        v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>        Defendants. | No. 24-cv-10049-LJL (lead case) |
| JENNIFER ABEL,<br><br>        Third-Party Plaintiff,<br><br>        v.<br><br>JONESWORKS LLC,<br><br>        Third-Party Defendant. | |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S OPPOSITION TO THE WAYFARER DEFENDANTS' MOTION FOR CONTINUED SEALING**

I, Kristin E. Bender, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am an attorney admitted before this Court, a partner at the law firm of Willkie Farr & Gallagher LLP, 1875 K Street NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

    2.    I respectfully submit this declaration in support of Ms. Lively's opposition to the Wayfarer Defendants'[1] motion for continued sealing of certain exhibits and references in the summary judgment and spoliation submissions, ECF No. 1160.

---

[1] Defined terms used in this declaration have the definitions set forth in Ms. Lively's opposition unless otherwise specified.

3. A true and correct copy of the Hollywood Reporter article entitled ███████ ███████████████████████████████████ ███████████████ is attached hereto as **Exhibit A**.

4. A true and correct copy of the Hollywood Reporter article entitled ██████ ███████████████████████████████████ ███ is attached hereto as **Exhibit B**.

5. A true and correct copy of the HuffPost article entitled ███████████████ ██████████████████████████████████████████████ is attached hereto as **Exhibit C**.

6. A true and correct copy of the cross-complaint filed in ██████████████ ██████████████████████████████ is attached hereto as **Exhibit D**.

7. A compendium of documents affixed to the Gottlieb Declaration for which Ms. Lively proposes alternative redactions for information remaining under seal is attached hereto as **Exhibit E**.

8. A compendium of documents affixed to the Shapiro Declaration for which Ms. Lively proposes alternative designations for information remaining under seal is attached hereto as **Exhibit F**.

9. A compendium of documents affixed to the Tahler Declaration for which Ms. Lively proposes alternative designations for information remaining under seal is attached hereto as **Exhibit G**.

10. On November 10, 2025, counsel for the Wayfarer Defendants sent via email confidentiality designations for the transcripts of the deposition of Justin Baldoni taken on October

6 and 7, 2025. **Exhibit H** is a true and correct copy of that email and the confidentiality designations attached thereto.

11. On November 10, 2025, counsel for the Wayfarer Defendants sent via email confidentiality designations for the transcripts of the deposition of Jamey Heath taken on October 8 and 9, 2025. **Exhibit I** is a true and correct copy of that email and the confidentiality designations attached thereto.

12. A true and correct copy of the Los Angeles Times article entitled ███████ ███████████████████████████████ is attached hereto as **Exhibit J**.

Dated: January 12, 2026

/s/ *Kristin E. Bender*
WILLKIE FARR & GALLAGHER LLP
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

*Counsel for Blake Lively*