# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

January 12, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Lively v. Wayfarer Studios, LLC, et al.</u>, Case No. 1:24-cv-10049

Dear Judge Liman:

      We write pursuant to Attachment A to the Court's Individual Rules to respectfully request that the Court seal Exhibit A to the joint letter submitted by the Parties[1] to the Court in connection with the Parties' pending motions for continued sealing (the "Motions"). Exhibit A is a chart setting forth the Parties' respective positions as to continued sealing of the exhibits and materials at issue in the Motions, and contains quotes and references to sensitive content that is currently sealed and subject to the Court's decision on the pending Motions.

---

[1] "Parties" shall collectively refer to Blake Lively, Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, and Jonesworks LLC.

        Respectfully submitted,

        */s/ Michael J. Gottlieb*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Esra A. Hudson (admitted *pro hac vice*)<br>Stephanie A. Roeser (admitted *pro hac vice*)<br>Sarah E. Moses (admitted *pro hac vice*)<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>(310) 312-4000<br>ehudson@manatt.com<br>sroeser@manatt.com<br><br>Matthew F. Bruno<br>7 Times Sq.<br>New York, NY 10036<br>(212) 790-4500<br>mbruno@manatt.com<br><br>DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com<br><br>*Attorneys for Blake Lively* | WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>2029 Century Park East<br>Los Angeles, California 90067<br>(310) 855-3000<br>mgottlieb@willkie.com<br><br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>mgottlieb@willkie.com<br>kbender@willkie.com<br><br>Aaron E. Nathan<br>Michaela A. Connolly<br>Melissa Taustine<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com<br>mtaustine@willkie.com |