**WILLKIE FARR & GALLAGHER** LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

January 12, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

Pursuant to the Parties' agreement set forth in Ms. Lively's letter-motion for an extension of the deadlines for continued sealing (Dkt. No. 1128), counsel for the Parties jointly write to provide the Court with a chart to aid the Court's review of the Parties' motions for continued sealing (Dkt. Nos. 1152, 1160, 1163) and the oppositions thereto.[1] The chart, affixed hereto as Exhibit A, details each Party's proposed redactions, the proponent's stated bases for sealing, and whether any other Party opposes each redaction.

The Parties are available to provide any additional information at the Court's request.

Respectfully submitted,

*/s/ Michael J. Gottlieb*

MANATT, PHELPS & PHILLIPS, LLP
 Esra A. Hudson (admitted *pro hac vice*)
 Stephanie A. Roeser (admitted *pro hac vice*)
 Sarah E. Moses (admitted *pro hac vice*)
 2049 Century Park East, Suite 1700
 Los Angeles, CA 90067
 (310) 312-4000
 ehudson@manatt.com
 sroeser@manatt.com
 smoses@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street, NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

---

[1] "Parties" shall collectively refer to Blake Lively, Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, Jennifer Abel, and Jonesworks LLC.

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

/s/ *Alexandra A.E. Shapiro*
SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas
New York, NY 10036
Tel: 212-257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (*pro hac vice*)
Ellyn S. Garofalo (*pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor

/s/ *Kristin N. Tahler*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kristin N. Tahler
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
kristintahler@quinnemanuel.com

Maaren A. Shah
Morgan L Anastasio
295 5th Avenue
New York, New York 10016
(212) 849-7000
maarenshah@quinnemanuel.com
morgananastasio@quinnemanuel.com

Nicholas Inns (*pro hac vice*)
1300 I Street NW
Suite 900
Washington, D.C. 20005
(202) 538-8000
nicholasinns@quinnemanuel.com

*Attorneys for Third-Party Defendant
Jonesworks LLC*

New York, NY 10017
Tel: (212) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (*pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel. (310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel*