

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

January 13, 2026

**VIA ECF**

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10449-LJL

Dear Judge Liman:

We write on behalf of the Wayfarer parties to seek sealing of a forthcoming letter concerning recent disclosures of personal identifying information of the type the Court has previously ordered to be sealed. *See* Dkts. 125, 619.

Respectfully submitted,

*/s/ Jonathan P. Bach*
Jonathan P. Bach
Alexandra A.E. Shapiro
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
jbach@shapiroarato.com
ashapiro@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for the Wayfarer Parties*

cc:     All counsel (by ECF)