**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>                              Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                              Defendants. | No. 1:24-cv-10049-LJL |

<u>**CERTIFICATE OF SERVICE**</u>

I, Alice Buttrick, certify that on January 13, 2026, I served a true and correct copy of the Wayfarer Parties' letter filed under seal at ECF No. 1218, via email, on counsel listed on the attached service list.

Dated: January 14, 2026
        New York, New York

<u>/s/ *Alice Buttrick*</u>
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4888
abuttrick@shapiroarato.com

*Attorneys for the Wayfarer Parties*

# PROOF OF SERVICE
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

**MANATT, PHELPS & PHILLIPS, LLP**          *Attorneys for Plaintiff*
Esra Hudson, Esq.
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 310-312-4381
Email: ehudson@manatt.com

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415-291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
Tel: 212-790-4500
Email: mbruno@manatt.com

**WILLKIE FARR & GALLAGHER LLP**          *Attorneys for Plaintiff*
Aaron E. Nathan, Esq.
787 7th Avenue
New York, NY 10019
Tel: 212-778-8000
Email: anathan@willkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
Email: mgottlieb@willkie.com
          kbender@willkie.com

**DUNN ISAACSON RHEE LLP**          *Attorneys for Plaintiff*
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email:  mgovernski@dirllp.com

**HAYNES AND BOONE, LLP**                    *Attorneys for Plaintiff*
Laura Lee Prather
Michael Lambert
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
Tel: 512-867-8400
Fax: 512-867-8470
Email: laura.prather@haynesboone.com
   Michael.lambert@haynesboone.com

**QUINN EMANUEL URQUHART & SULLIVAN,**    *Attorneys for Third Party Defendant*
**LLP**                                                                *Jonesworks LLC*
Morgan L. Anastasio
Maaren Alia Shah
295 5th Avenue
New York, NY 10016
Tel: 212-849-7021
Email: morgananastasio@quinnemanuel.com
   maarenchoksi@quinnemanuel.com

Kristin Tahler
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
Tel: 213-443-3615
Email: kristintahler@quinnemanuel.com

Nicholas Inns
1300 I St NW
Suite 900
Washington, DC 20005
Tel: 202-774-6147
Email: nicholasinns@quinnemanuel.com