# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

January 13, 2026

**VIA ECF**

> The request is GRANTED. Dkt. Nos. 1211-8 and 1211-9 shall be permanently sealed.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> January 14, 2026

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Lively v. Wayfarer Studios, LLC, et al.*, Case No. 1:24-cv-10049

Dear Judge Liman:

Exhibits H and I to the Declaration of Kristin Bender (Dkt. Nos. 1211-8, 1211-9) in support of Ms. Lively's Opposition to the Wayfarer Defendants' Motion for Continued Sealing have been temporarily sealed. Ms. Lively respectfully requests that the Court permanently seal Dkt. Nos. 1211-8 and 1211-9. In light of ongoing consultations with counsel for the Wayfarer Parties over the course of today, and to further address the Wayfarer Defendants' letter (Dkt. No. 1218), Ms. Lively respectfully submits that the contents relevant to the judicial function are available in redacted and/or excerpted form at Dkt Nos. 1072-3 (corresponding with Exhibit I) and 1072-4 (corresponding with Exhibit H), and accordingly does not seek to file replacement versions of these exhibits.

Respectfully submitted,

*/s/ Michael J. Gottlieb*

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2029 Century Park East
Los Angeles, California 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

- 2 -

| | |
|---|---|
| DUNN ISAACSON RHEE LLP<br>Meryl C. Governski (admitted *pro hac vice*)<br>401 Ninth Street, NW<br>Washington, DC 20004<br>(202) 240-2900<br>mgovernski@dirllp.com<br><br>*Attorneys for Blake Lively* | Aaron E. Nathan<br>Michaela A. Connolly<br>Melissa Taustine<br>787 7th Avenue<br>New York, NY 10019<br>(212) 728-8000<br>anathan@willkie.com<br>mconnolly@willkie.com<br>mtaustine@willkie.com |