UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>    *Plaintiff,*<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>    *Defendants.* | No. 24-cv-10049 (LJL) |

## CERTIFICATE OF SERVICE

I, Tori C. Emery, certify that on January 15, 2026, I served a true and correct copy of the Wallace Non-Parties' Letter Motion for Leave to File a Reply to Lively's Letter Response (Dkt. 1206) to the Wallace Non-Parties' Letter Motion for Continued Sealing (Dkt. 1149), filed at Dkt. 1224 under seal, via electronic transmittal to the email addresses of counsel identified on the service list below.

Respectfully submitted,

By: /s/ *Tori C. Emery*
Charles L. Babcock
SDNY #5451117
Joel R. Glover
SDNY #5697487
Tori C. Emery (admitted *pro hac vice*)
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
cbabcock@jw.com
jglover@jw.com
temery@jw.com

**ATTORNEYS FOR DEFENDANTS JED WALLACE, AN INDIVIDUAL, AND STREET RELATIONS, INC.**

## SERVICE LIST

**WILLKIE FARR & GALLAGHER LLP**

Michael Gottlieb
Melissa Taustine
Kristin Bender
Aaron Nathan
Michaela Connolly
mgottlieb@willkie.com
mtaustine@willkie.com
kbender@willkie.com
anathan@willkie.com
mconnolly@willkie.com

**MANATT, PHELPS & PHILLIPS, LLP**

Esra Hudson
Stephanie Roeser
Sarah Moses
Matthew Bruno
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com
mbruno@manatt.com

**DUNN ISAACSON RHEE LLP**

Meryl Governski
mgovernski@dirllp.com

**LINER FREEDMAN TAITELMAN & COOLEY LLP**

Bryan Freedman
Ellyn Garofalo
Kim Zeldin
Amir Kaltgrad
Jason Sunshine
Summer Benson
Theresa Troupson
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com
akaltgrad@lftcllp.com
jsunshine@lftcllp.com
sbenson@lftcllp.com
ttroupson@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**

Kevin A. Fritz
Mitchell Schuster
Joaquin Ezcurra
kaf@msf-law.com
ms@msf-law.com
je@msf-law.com

**AHOURAIAN LAW**

Mitra Ahouraian
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**

Alexandra Shapiro
Jonathan Bach
Alice Buttrick
Jason Driscoll
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kristin Tahler
Maaren Shah
Nicholas Inns
Morgan Anastasio
Rhea Christmas
kristintahler@quinnemanuel.com
maarenshah@quinnemanuel.com
nicholasinns@quinnemanuel.com
morgananastasio@quinnemanuel.com
rheachristmas@quinnemanuel.com

**HAYNES AND BOONE, LLP**

Laura Lee Prather
Michael Lambert
laura.prather@haynesboone.com
michael.lambert@haynesboone.com