```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BLAKE LIVELY,                                                      :
                                                                   :
                              Plaintiff,                           :
                                                                   :              24-cv-10049 (LJL)
              -v-                                                  :
                                                                   :              ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                              :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                          :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                           :
GROUP PR LLC, JENNIFER ABEL, JED WALLACE,                          :
STREET RELATIONS, INC.,                                            :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2026

LEWIS J. LIMAN, United States District Judge:

The parties have sought guidance from the Court regarding the scope of oral argument, which is scheduled for January 22, 2026, at 9:30 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. As indicated in the Court's order of December 9, 2025, the Court will hear argument on the Wayfarer Parties' motion for judgment on the pleadings and motion for summary judgment as to Lively's claims, as well as Lively's motion for spoliation sanctions. Dkt. No. 1100. The Court will allocate two hours for argument, with one hour per side. As the moving parties on the motion for summary judgment and motion for judgment on the pleadings, the Wayfarer Parties will present first and may reserve time for rebuttal. The parties should be

prepared to address the arguments in their papers that they believe present the strongest bases for granting or denying the motions.

    SO ORDERED.

Dated: January 15, 2026
      New York, New York

                                            LEWIS J. LIMAN
                                     United States District Judge