✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern      **District of**      New York

| | |
|---|---|
| Blake Lively, et al.,<br>Plaintiff (s),<br><br>V.<br><br>Wayfarer Studios LLC, et al.,<br>Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:** 1:24-cv-10049-LJL |

Notice is hereby given that, subject to approval by the court,    James Vituscka    substitutes
(Party (s) Name)

Jesse Weinstein    , State Bar No.    5441910    as counsel of record in
(Name of New Attorney)

place of    Jonathan Lee Borsuk      .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Arcé Law Group, PC

Address:    45 Broadway, Suite 2810, NYC, NY 10006

Telephone:    212-248-0120      Facsimile    212-901-2107

E-Mail (Optional):    j.weinstein@arcelawgroup.com

I consent to the above substitution.

Date:    01/13/2026

*James Vituscka (Jan 13, 2026 12:48:03 EST)*

(Signature of Party (s))

I consent to being substituted.

Date:    01/13/2026

/s/ Jonathan Lee Borsuk

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    1/13/2026

*/s/ Jesse Weinstein*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**