UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br> -v-<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 24 Civ. 10049 (LJL) (SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a change in the Court's calendar, the counsel-only conference with counsel for Defendants to discuss settlement currently scheduled for January 23, 2026 at 11:00 a.m. ET is ADJOURNED to **Thursday, January 22, 2026 at 1:30 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, NY 10007.

Dated:  New York, New York
     January 16, 2026

               SO ORDERED.

               _____
               SARAH L. CAVE
               **United States Magistrate Judge**