```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
BLAKE LIVELY, :
 :
                              Plaintiff, :
 :                                                24-cv-10049 (LJL)
            -v- :
 :                                                      ORDER
 :
WAYFARER STUDIOS LLC, JUSTIN BALDONI, :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, JENNIFER ABEL, :
 :
                              Defendants. :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Before the Court are various requests for sealing and unsealing filed by both parties and non-parties regarding materials submitted in connection with: (1) Plaintiff Blake Lively's ("Lively") motion for spoliation sanctions against the Wayfarer Parties,[1] see Dkt. No. 862; (2) Third-Party Defendant Jonesworks LLC's ("Jonesworks") motion for spoliation sanctions against Third-Party Plaintiff Jennifer Abel ("Abel"), see Dkt. No. 867; (3) Abel's motion for conditional summary judgment against Jonesworks, see Dkt. No. 938; and (4) the Wayfarer Parties' motion for summary judgment against Lively, see Dkt. No. 952.

Oral argument on the Wayfarer Parties' motion for summary judgment and Lively's motion for spoliation sanctions is scheduled for next Thursday, January 22, 2026. The public has a right to attend that argument and to follow along based on the unredacted summary judgment and spoliation materials—that is, to the extent continued sealing of the materials cannot be

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

justified. Accordingly, the Court provides the following bottom-line conclusions on the motions for sealing and unsealing so that the parties have sufficient time to appropriately re-redact and re-file the materials before oral argument. The parties who submitted the materials at issue shall re-file them in accordance with this Order by January 21, 2026, at 1:00 PM. The Court will in short order provide a written opinion with its "specific, on the record findings" explaining why continued sealing of certain materials is justified. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (citation omitted).[2]

The motions of non-parties Isabela Ferrer, Betty B Holdings, LLC, Family Hive, LLC, Sony Pictures Entertainment, and William Morris Endeavor Entertainment, LLC are denied except to the extent that they seek sealing of personally-identifying information ("PII") and except to the extent that Sony seeks sealing of Ex. 23 filed in support of Defendants' Motion for Summary Judgment.

The motions of the Wallace Non-Parties, Katherine Case ("Case") and Breanna Butler Koslow ("Koslow"), the Wayfarer Parties, and Lively are denied in part and granted in part as detailed below. The parties are also directed to refile their respective memoranda of law and Rule 56.1 statements consistent with the rulings in this Order. To the extent that the parties' memoranda of law and Rule 56.1 statements refer to portions of the documents below that the Court now seals, those references should be redacted as well. To the extent that the Court denies a request to seal material that is also referred to in the memoranda of law and the Rule 56.1 statements, that material should not be redacted.

---

[2] These bottom-line conclusions do not resolve requests for sealing regarding Abel's motion for summary judgment or Jonesworks' motion for spoliation sanctions, as those materials will not be addressed at oral argument and will accordingly be handled in a subsequent order.

**Table A: The Wallace Non-Parties' Proposed Redactions and the Court's Rulings**

| Exhibit Number | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|
| Def. MSJ Ex. 182 | PII | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Def. MSJ Ex. 183 | PII and sensitive financial account information | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Def. MSJ Ex. 184 | PII | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Def. MSJ Ex. 215 | Third-party clients or prospective clients | Seal only the Wallace Non-Parties' first proposed redaction on p. 29 |
| Def. MSJ Ex. 216 | Third-party clients or prospective clients | Seal only the Wallace Non-Parties' first proposed redaction on p. 29 |
| Def. MSJ Ex. 217 | Third-party clients or prospective clients | Seal only the Wallace Non-Parties' first proposed redaction on p. 29 |
| Pl. MSJ Ex. 203 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to the proposed redactions provided by Lively |
| Pl. MSJ Ex. 208 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to proposed redactions provided by Lively |
| Pl. MSJ Ex. 209 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to proposed redactions provided by Lively |
| Pl. MSJ Ex. 210 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to the proposed redactions provided by Lively |
| Pl. MSJ Ex. 211 | Third-party clients or prospective clients and sensitive, non-public business information | Unseal |

| Exhibit Number | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|
| Pl. MSJ Ex. 212 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Pl. MSJ Ex. 213 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to the proposed redactions provided by Lively |
| Pl. MSJ Ex. 214 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to the proposed redactions provided by Lively |
| Pl. MSJ Ex. 215 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to the Wallace Non-Parties' proposed redactions except for the first message at 8:57 AM and the words "actually dropped" and "Page six" in the message at 9:41 AM |
| Pl. MSJ Ex. 216 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to proposed redactions provided by Lively |
| Pl. MSJ Ex. 217 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to proposed redactions provided by Lively |
| Pl. MSJ Ex. 235 | Sensitive financial account information | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Pl. MSJ Ex. 236 | Third-party clients or prospective clients and sensitive, non-public business information | Seal only the Wallace Non-Parties' second proposed redaction ending the message at 2:30 PM |
| Pl. MSJ Ex. 247 | Third-party clients or prospective clients and sensitive, non-public business information | Unseal |
| Pl. MSJ Ex. 299 | Third-party clients or prospective clients and sensitive, non-public business information | Seal pursuant to proposed redactions provided by Lively |

| Exhibit Number | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|
| Pl. reply in support of her motion for spoliation sanctions, Ex. 63 | PII and sensitive financial account information | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Pl. reply in support of her motion for spoliation sanctions, Ex. 64 | PII and sensitive financial account information | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Pl. reply in support of her motion for spoliation sanctions, Ex. 65 | PII and sensitive financial account information | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Pl. reply in support of her motion for spoliation sanctions, Ex. 66 | PII and sensitive financial account information | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Pl. reply in support of her motion for spoliation sanctions, Ex. 68 | Third-party clients or prospective clients and confidential services information | Unseal |

**Table B: Case and Koslow's Proposed Redactions and the Court's Rulings[3]**

| Exhibit Number | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|
| Def. MSJ Ex. 233 | Third-party clients or prospective clients and confidential services information | Unseal |
| Def. MSJ Ex. 236 | Third-party clients or prospective clients and confidential services information | Seal pursuant to Case and Koslow's proposed redactions |
| Pl. MSJ Ex. 192 | Third-party clients or prospective clients and confidential services information | Seal pursuant to Case and Koslow's proposed redactions |
| Pl. MSJ Ex. 194 | Third-party clients or prospective clients and confidential services information | Seal pursuant to Case and Koslow's proposed redactions |

**Table C: The Parties' Proposed Redactions and the Court's Rulings**

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Pl. MSJ Ex. 18 | Lively | Third-party privacy interests | Unseal |
| Pl. MSJ Ex. 19 | Lively | Third-party privacy interests | Unseal |
| Pl. MSJ Ex. 22 (Def. MSJ Ex. 42) | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 33 | Lively | Non-disclosed financial information | Seal pursuant to Lively's proposed redactions |

---

[3] Certain of Case and Koslow's proposed redactions overlap with those made by the Wayfarer Parties and are therefore addressed below in Table C.

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Pl. MSJ Ex. 81 | Lively | Non-disclosed financial information | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 82 | Lively | Non-disclosed financial information | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 83 | Lively | Non-disclosed financial information | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 84 | Lively | Non-disclosed financial information | Unseal |
| Pl. MSJ Ex. 85 | Lively | Non-disclosed financial information | Unseal |
| Pl. MSJ Ex. 95 | Lively | Third-party privacy interests | Unseal |
| Pl. MSJ Ex. 104 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 106 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 108 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 112 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Pl. MSJ Ex. 114 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 135 | Lively | Third-party privacy interests (compensation data) | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 137 | Lively | Third-party privacy interests | Unseal |
| Pl. MSJ Ex. 152 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Def. MSJ Ex. 39 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Def. MSJ Ex. 45 | Lively | Third-party privacy interests | Unseal |
| Def. MSJ Ex. 47 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Def. MSJ Ex. 48 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Def. MSJ Ex. 53 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Def MSJ Ex. 87 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Def MSJ Ex. 95 | Lively | Third-party privacy interests | Unseal |
| Def MSJ Ex. 102 | Lively | Third-party privacy interests | Unseal |
| Def. MSJ Ex. 108 | Lively | Third-party privacy interests | Seal pursuant to Lively's proposed redactions |
| Def MSJ Ex. 133 | Lively | Third-party privacy interests | Unseal |
| Def MSJ Ex. 134 (R. 11 Supp. Opp., Ex. A) | Lively | Third-party privacy interests | Unseal except that the name indicated by the parties can be replaced as the Wayfarer Parties suggest |
| Def MSJ Ex. 135 | Lively | Third-party privacy interests | Unseal |
| Def MSJ Ex. 136 | Lively | Third-party privacy interests | Unseal |
| Def MSJ Ex. 137 | Lively | Third-party privacy interests | Unseal |
| Def MSJ Ex. 146 | Lively | Third-party privacy interests | Unseal |
| Def MSJ Ex. 148 | Lively | Third-party privacy interests | Unseal |

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Def. MSJ Ex. 149 (R. 11 Supp. Opp., Ex. B) | Lively | Third-party privacy interests | Unseal |
| Def. MSJ Ex. 205 (R. 11 Supp. Opp., Ex. F) | Lively | Third-party privacy interests | Unseal |
| Def. MSJ Ex. 206 (R. 11 EX. H) | Lively | Third-party privacy interests | Unseal |
| Def. MSJ Ex. 207 (R. 11 Supp. Opp., Ex. C) | Lively | Third-party privacy interests | Unseal |
| Def. MSJ Ex. 210 | Lively | Third-party privacy interests | Unseal |
| Def. MSJ Ex. 211 (R. 11 Supp. Opp., Ex. I) | Lively | Third-party privacy interests | Unseal |
| R. 11 Supp. Opp. Ex. D | Lively | Third-party privacy interests | Unseal |

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| R. 11 Supp. Opp. Ex. E | Lively | Third-party privacy interests | Unseal |
| Pl. MSJ Ex. 3 | Wayfarer Parties | Reference to non-party complaint | Unseal |
| Pl. MSJ Ex. 4 | Wayfarer Parties | Reference to non-party complaint | Unseal |
| Pl. MSJ Ex. 47 | Wayfarer Parties | Medical information | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 58 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Unseal except for the proposed redactions on pp. 24 and 30 |
| Pl. MSJ Ex. 59 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; irrelevant and inflammatory non-party commentary | Seal pursuant to Case and Koslow's proposed redactions |
| Pl. MSJ Ex. 60 | Wayfarer Parties | Non-party and Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to Case and Koslow's proposed redactions |
| Pl. MSJ Ex. 61 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to Case and Koslow's proposed redactions |

11

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Pl. MSJ Ex. 64 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to both the Wayfarer Parties' and Case and Koslow's proposed redactions |
| Pl. MSJ Ex. 67 | Wayfarer Parties | PII (phone number) | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 81 | Wayfarer Parties | Non-public financial information; film revenue receipts | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 82 | Wayfarer Parties | Non-public financial information; film revenue receipts | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 83 | Wayfarer Parties | Non-public financial information; film revenue receipts | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 90 | Wayfarer Parties | Non-public information about other Wayfarer projects | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 188 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 190 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 191 | Wayfarer Parties | Non-party information and allegations | Unseal |

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Pl. MSJ Ex. 208 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 209 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to Lively's proposed redactions |
| Pl. MSJ Ex. 212 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wallace Non-Parties' proposed redactions |
| Pl. MSJ Ex. 215 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wallace Non-Parties' proposed redactions except for the first message at 8:57 AM and the words "actually dropped" and "Page six" in the message at 9:41 AM |
| Pl. MSJ Ex. 216 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to proposed redactions provided by Lively |
| Pl. MSJ Ex. 217 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to proposed redactions provided by Lively |
| Pl. MSJ Ex. 221 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 222 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wayfarer Parties' proposed redactions |

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Pl. MSJ Ex. 223 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 224 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to Case and Koslow's proposed redactions at Dkt. No. 1159-3 |
| Pl. MSJ Ex. 246 | Wayfarer Parties | Competitively sensitive retainer agreement | Seal only the PII on the first page, the dollar amounts of the fees in Section 5, the dollar amounts in Section 8, the bank information, and the percentage in Section 8 |
| Pl. MSJ Ex. 247 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; non-public financial information | Unseal |
| Pl. MSJ Ex. 280 | Wayfarer Parties | Non-public financial information | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 292 | Wayfarer Parties | Non-public financial information | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Pl. MSJ Ex. 299 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to Lively's proposed redactions |
| Def. MSJ Ex. 167 | Wayfarer Parties | Competitively sensitive, irrelevant agreement terms | Seal only Section 2 |

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| Def. MSJ Ex. 170 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to Case and Koslow's proposed redactions |
| Def. MSJ Ex. 188 | Wayfarer Parties | Non-party contact information | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Def. MSJ Ex. 213 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the Wayfarer Parties' proposed redactions |
| Def. MSJ Ex. 226 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal pursuant to the redactions provided by both the Wayfarer Parties and Case and Koslow |
| Def. MSJ Ex. 231 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; medical information | Seal pursuant to Case and Koslow's proposed redactions at Dkt. No. 1159-3 |
| Def. MSJ Ex. 235 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Seal only the proposed redactions on KCASE-000003358, KCASE-000003359, the first redaction on KCASE-000003360, the first redaction on KCASE-000003361, and the remaining redactions proposed by the Wayfarer Parties |
| Def. MSJ Ex. 259 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto; irrelevant personal information | Seal pursuant to the proposed redactions provided by both the Wayfarer Parties' and Case and Koslow |

15

| Exhibit Number | Sealing Proponent | Proposed Basis for Sealing | Court's Ruling |
|---|---|---|---|
| WF Parties' Opp. to Lively Motion for Spoliation Sanctions Ex. 44 | Wayfarer Parties | Irrelevant and sensitive information relating to relationship between attorneys and clients | Seal pursuant to the proposed redactions provided by the Wayfarer Parties |
| Hudson Decl. In Support of Lively's Reply to Opp. to Motion for Spoliation Sanctions, Ex. 67 | Wayfarer Parties | Irrelevant and sensitive information relating to relationship between attorneys and clients | Seal only the PII on the first page, the dollar amounts of the fees in Section 5, the dollar amounts in Section 8, the bank information, and the percentage in Section 8 |
| Hudson Decl. In Support of Lively's Reply to Opp. to Motion for Spoliation Sanctions, Ex. 68 | Wayfarer Parties | Identification of (non-party) client of parties or services rendered thereto | Unseal |

SO ORDERED.

Dated: January 16, 2026
     New York, New York

_____
LEWIS J. LIMAN
United States District Judge