# Exhibit 1

CONFIDENTIAL

Page 1

1                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF NEW YORK
2

     BLAKE LIVELY,
3                                     Case No. 24-CV-10049-LJL
         Plaintiff,                   (LEAD CASE)
4
     VS.
5                                     Case No. 25-CV-449 (LJL)
     WAYFARER STUDIOS LLC,            (MEMBER CASE)
6    ET AL.,
7        Defendants.
     ------------------------------------------------------------
8    JENNIFER ABEL,
9        Third-Party Plaintiff,
10   VS.
11   JONESWORKS, LLC,
12       Third-Party Defendant.
     ------------------------------------------------------------
13   WAYFARER STUDIOS LLC, ET AL.,
14       Consolidated Plaintiffs,
15   VS.
16   BLAKE LIVELY, ET AL.,
17       Consolidated Defendants.
18                      ** CONFIDENTIAL **
19           VIDEO-RECORDED DEPOSITION OF MARGARET COLLEEN
     HOOVER, produced as a witness at the instance of the
20   Plaintiff and duly sworn, was taken in the above-styled
     and numbered cause on Monday, September 29, 2025, from
21   10:05 a.m. to 6:30 p.m., before Kari Behan, CCR, CSR, a
     Texas certified machine shorthand reporter, at the offices
22   of Ramey & Flock, P.C., 100 East Ferguson Street, Suite
     500, Tyler, Texas 75702, Pursuant to Notice and the
23   provisions stated on the record herein.
24
25   Job No. 7584405

CONFIDENTIAL

```
                                              Page 22
 1        A.  Yes.
 2        Q.  And why did you write that book?  What inspired
 3   you?
 4        A.  My mother and my father were married until I
 5   was two, and I know that she suffered physical abuse at
 6   the hands of him.  And it was always very confusing to
 7   me how that relationship happened, because my mother is
 8   an extremely strong and independent woman.  And I
 9   decided to put myself in her shoes for -- with the book
10   and, you know, kind of understand why women stay as long
11   as they do or why they find it hard to leave.  I --
12   I -- it was loosely based on my mom and my father's
13   story.
14        Q.  So were you modeling the character of Lily as a
15   strong, independent woman after your mother?
16        A.  Yes.
17        Q.  Now, the book became popular on the BookTok
18   community on TikTok, right?
19        A.  Yes.
20        Q.  What is BookTok?
21        A.  BookTok is a -- kind of a hashtag they use on
22   TikTok to describe when people are --
23                  (Off-record discussion.)
24                  THE WITNESS:  Should I pause for a second?
25                  MS. ZELDIN:  No.  It's okay.  Keep going.
```

CONFIDENTIAL

```
                                             Page 30
 1       A.  Yes.
 2       Q.  You talk a little bit here about the nonprofit
 3   that you -- that you founded.  Is that the Bookworm Box?
 4       A.  Yes.
 5       Q.  And then you mentioned a 501(c)(3) called Book
 6   Bonanza?
 7       A.  Yes.
 8       Q.  What is Book Bonanza?
 9       A.  Book Bonanza -- well, the 501(c)(3) was called
10   the Bookworm Box.  Book Bonanza was an event that we
11   started to help raise funds for the -- for the Bookworm
12   Box.  It was a signing that went on for -- we did it
13   once a year for five or six years.  I can't remember the
14   exact date.
15       Q.  And you said it's a signing?
16       A.  Uh-huh.
17       Q.  How many people typically come to Book Bonanza?
18       A.  Probably 3,000, including the authors.
19       Q.  So other authors in addition to yourself attend
20   Book Bonanza?
21       A.  About 200.
22       Q.  And do people pay an admission price?
23       A.  Yes.
24       Q.  That's how you fundraise?
25       A.  Yes.  And we do sponsors.
```

CONFIDENTIAL

Page 33

1    him on April 11th and talk a little bit about your fears

2    and what you've learned about him, correct?

3        A.  Yes.

4        Q.  And at the top you say:  My big fear is I'll

5    option to someone who thinks it's a hot romance and

6    they'll take it in absolute wrong decision.

7        A.  Yes.

8        Q.  Why was that your big fear?

9        A.  I feel like the film or the book had a good

10   message, and romance has a stigma that every romance

11   novel is just about sex, and I wanted to make sure that

12   that wasn't the film they would be making.

13       Q.  You didn't want it to be focused on sex?

14       A.  Right.  I wanted it to reflect the book.

15       Q.  And would the -- in your view, the theme of the

16   book be more female empowerment than sex?

17       A.  Yes.

18       Q.  And then in the next paragraph, you talk about

19   the fact that one of the film options that you

20   previously did was not a great experience.  I think you

21   mentioned that before.

22       A.  Yes.

23       Q.  So you were letting Mr. Baldoni know this here?

24       A.  Yes.

25       Q.  And then if you go down to -- oh, gosh -- the

CONFIDENTIAL

```
                                              Page 37
 1    was based on his life and a violation of his copyrights?
 2                 MS. ZELDIN:  Objection.
 3                 THE WITNESS:  I was not aware.
 4    BY MS. HUDSON:
 5         Q.  At some point, did you enter into an agreement
 6    to give Wayfarer the film rights for It Ends With Us?
 7         A.  Yes.
 8         Q.  And at the time, did you know that Mr. Baldoni
 9    would direct it?
10         A.  No.
11         Q.  What was your understanding, at the time, of
12    who would direct it?
13         A.  Well, I knew that, you know, signing the rights
14    was the first step and that they would have to find
15    distribution, a director, other producers.  So I -- we
16    really -- it was just the first step, so I didn't know
17    what was to come.
18         Q.  And you told --
19         A.  But he did not express desire to direct it.
20         Q.  So the -- you expressed here that you had hoped
21    a woman would direct it?
22         A.  Uh-huh.
23         Q.  Did you tell that to Mr. Baldoni?
24         A.  Yeah, I believe we had conversations about it.
25         Q.  At some point, did you learn that he was going
```

CONFIDENTIAL

Page 38

1   to be the director?

2        A.   Yes.

3        Q.   How did you learn?

4        A.   At first, I was in a room with him and his

5   whole team the first time I heard he was interested, and

6   he had brought it up in that room, and that was the

7   first time I knew that he wanted to direct it.

8        Q.   And what was your reaction when he brought it

9   up?

10       A.   I think everyone's reaction was concern, and

11  they expressed it and said that they think it should be

12  a woman who directs it, and there -- the

13  screenwriter -- and I can't remember her name.

14       Q.   Christy Hall?

15       A.   I believe that's who was in the room.  He said:

16  Well, what if we co-directed, she and him?  And they

17  spoke on that for a minute or two and didn't decide on

18  what they would do.  And so then he asked me directly,

19  after his team had expressed concerns, and asked what I

20  thought about him possibly directing it, and I said that

21  I would prefer a female director, but if that wasn't

22  possible and they couldn't find one, that I felt like,

23  of all men, with him having a -- the platform he did

24  based on women, that he would be one of the few men I

25  would be okay with directing it.

CONFIDENTIAL

Page 39

```
 1        Q.  Did Ms. Hall express interest in co-directing
 2    the film with Mr. Baldoni at the time?
 3        A.  I don't recall.
 4        Q.  And do you recall who from Mr. Baldoni's team
 5    was in this meeting?
 6        A.  No.  This was my first time meeting everyone,
 7    and there were several people on Zoom on a screen, so it
 8    was -- it was a number of people, maybe eight or nine.
 9        Q.  And do you recall the general sentiment of why
10    there was pushback on the concept of Mr. Baldoni
11    directing?
12        A.  Yes, because the film was centered around
13    domestic violence, and everyone was just concerned
14    that -- having a man direct it.
15        Q.  When did you learn that the decision had been
16    made and Mr. Baldoni was going to direct it,
17    notwithstanding the concerns?
18        A.  I don't recall the date, but I -- he did let me
19    know that -- that he was going to be the director, but I
20    don't know how that came about or what conversations
21    were had.
22        Q.  Did you know that Mr. Baldoni would also star
23    as the lead character Ryle?
24        A.  I -- I don't know if I knew that at the time.
25        Q.  When did you learn that?
```

CONFIDENTIAL

```
                                              Page 46
 1         A.   That was never a worry of mine.  I would have
 2    been fine if they went with an unknown, if she could do
 3    the job.
 4         Q.   It didn't hurt to have Blake Lively, right?
 5         A.   It didn't hurt.
 6         Q.   Now, you mentioned earlier that you had hoped
 7    to be involved in writing the script.
 8              At some point, did you learn that a script
 9    had been written?
10         A.   Yeah.
11         Q.   When did you learn?
12         A.   That it had been written?
13         Q.   Yes.
14         A.   I don't recall.
15         Q.   And were you involved in the writing of the
16    original script?
17         A.   I -- I actually had talked to Justin about
18    writing it myself, and once -- and he agreed to that,
19    but once I started, I realized I was not the person for
20    the job.  I had a lot on my plate at the time, and he
21    had mentioned that scriptwriting with him -- like, he
22    liked to be involved as the script was being written,
23    and that's just not a way I can work, and so I told him
24    I no longer wanted to write it.
25         Q.   Did you hope to have input, though, in the
```

CONFIDENTIAL

Page 47

```
 1   script?
 2        A.  Yes.
 3        Q.  And when did you -- did you have input into the
 4   script at some point?
 5        A.  I requested to read the script several times,
 6   and Justin repeatedly told me he wasn't -- it wasn't
 7   where he wanted it yet for me to read it, and so I -- I
 8   was not involved in the script as it was being written.
 9   I was involved after it became a draft he was happy with
10   and, not with writing but with feedback.
11        Q.  Feedback?
12        A.  Yeah.
13        Q.  You said "yeah" there.  I'm just going to ask
14   you:  Is that a "yes"?
15        A.  Yes.
16        Q.  Was there a meeting that you attended in which
17   the script was discussed?
18        A.  Yes.
19        Q.  What -- when was that meeting?
20        A.  I don't -- I don't recall.  I believe it
21   was -- I -- I don't even remember the year if I'm going
22   to be honest.
23        Q.  Okay.  I'm going to hand you a document that we
24   marked -- we have marked as Exhibit 5.
25        A.  Okay.
```

CONFIDENTIAL

Page 48

1          (Exhibit 5 was marked for identification.)

2     BY MS. HUDSON:

3          Q.   Exhibit 5 is an email chain.  At the bottom,

4     it's from Colleen Hoover, Samantha Emmer, cc'ing Andrew

5     Calof and Justin Baldoni, dated July 14th, 2022, with a

6     forward from Mr. Baldoni to Jennifer Abel, Matthew

7     Mitchell, and Jamey Heath on August 15th, 2024.  It's

8     Bates-stamped Heath 4821 through 22.

9               Mrs. Hoover, you're not on the top of this

10    text chain, the forward, but you sent the one on the

11    bottom; is that correct?

12         A.   Yes.

13         Q.   And you recognize this as an email that you

14    sent and participated in?

15         A.   Yes.

16         Q.   And it looks like, at this time, July 2022, you

17    may have been to a visit.  You were -- it looks like you

18    were getting on a plane.

19              Is this when the meeting took place?

20         A.   Yes.

21         Q.   Okay.  So what happened at -- who was at that

22    meeting?

23         A.   So Justin had held a contest for readers to

24    read the script and attend his offices, and that was

25    what the meeting was.  Everyone read the script, and

CONFIDENTIAL

Page 49

1    then they had a discussion with the readers who had been

2    selected about -- and they just kind of asked some

3    questions about the script and because they were still

4    in the process of writing it and wanted to see what

5    readers thought of it at that stage.

6        Q.  And how did you feel about your role in that

7    script meeting?

8                MS. ZELDIN:  Objection.

9                THE WITNESS:  I was --

10   BY MS. HUDSON:

11       Q.  Let me -- let me start -- let me ask you a

12   preliminary question:  What was your role in that script

13   reading?

14               MS. ZELDIN:  Objection.

15               THE WITNESS:  My role, I -- I thought would

16   be to go into -- and be a part of the discussion, but

17   Justin had asked me not to speak during the script

18   meeting.

19   BY MS. HUDSON:

20       Q.  Did he tell you why?

21       A.  I -- I think it was because he didn't want me

22   to ask questions that could influence readers'

23   questions, but that was the first week I had access to

24   the script as well.

25       Q.  Did you have thoughts that you wanted to share?

CONFIDENTIAL

Page 50

1      A.   Yes.

2      Q.   Did you have thoughts that you would have liked

3   to have shared at that meeting if you could have?

4      A.   Yes.

5      Q.   And when you wrote this email with these notes,

6   was this your attempt to share the thoughts that you

7   couldn't share at the meeting?

8      A.   Well, I -- I asked him how I could get my

9   thoughts to him, and he said that they were on a time

10  crunch, and that if I had thoughts, to send them that

11  day.  And so after the script meeting, I went back to my

12  hotel before my flight and wrote these thoughts, but it

13  was based on what I had read during the meeting that

14  day.

15           He had given me the script a few days

16  before this, but it was during Book Bonanza, which is

17  the busiest weekend of the year, and I didn't have a

18  free second to really write down thoughts or read it.

19      Q.   Were you satisfied with the input that

20  Mr. Baldoni was taking from you at the time?

21           MS. ZELDIN:  Objection.

22           THE WITNESS:  It was early -- it was early

23  on, so I -- I can say that I wasn't satisfied that I

24  wasn't given the script as it was being polished or made

25  to his liking.  He -- he would not send it to me.  I

CONFIDENTIAL

Page 51

1    thought that it'd be nice to have earlier input as it

2    was being written.

3    BY MS. HUDSON:

4        Q.  Did you ever share with Mr. Baldoni your

5    thoughts on how intimacy should be portrayed in the

6    film?

7        A.  I don't recall.

8                MS. HUDSON:  I'm going to hand you

9    Exhibit 6.

10               (Exhibit 6 was marked for identification.)

11               MS. ZELDIN:  Thank you.

12   BY MS. HUDSON:

13       Q.  Okay.  Exhibit 6 is a text chain between Jamey

14   Heath, Ange Giannetti, Justin Baldoni, and Alex Saks.

15   Ms. -- it's Bates-stamped HEATH_51557 through 558, dated

16   April 30th, 2023.

17               Mrs. Hoover, you are not on this text

18   chain, correct?

19       A.  Yes.

20       Q.  So in the first text in this chain, Mr. Baldoni

21   forwards something that he purports is from you.

22               Do you see that?

23       A.  Yes.

24       Q.  It says "from Colleen"?

25       A.  Uh-huh.

CONFIDENTIAL

Page 52

1        Q.  Take a moment and read that.  I just want to

2    know if this -- if you recognize this as something that

3    you wrote to Mr. Baldoni.

4        A.  I just read it, and it is something I wrote and

5    sent to him.

6        Q.  Okay.  And at the bottom paragraph of this, you

7    write:  It's fun sitting alone and reading detailed sex

8    scenes to some people, but not many want to be in a

9    theater watching them.  In movies, it's way more

10   important we see those angsty looks and forbidden small

11   touches, flirtation, than an extended sex scene.  Fade

12   to black is always nice in movies.  Some of these movies

13   that focus on romance think women want to watch sex, but

14   they couldn't be more wrong.  We want to watch love and

15   emotions and angst and buildup, and then using our

16   imagination from there is fine.

17           Are those words that you wrote?

18       A.  Yes.

19       Q.  And is that an accurate description of how you

20   felt intimacy should be portrayed in this film?

21       A.  Yes.

22       Q.  And why did you think that this was an

23   important way to portray intimacy in this film in

24   particular?

25           MS. ZELDIN:  Objection.

CONFIDENTIAL

Page 53

```
 1              THE WITNESS:  I didn't want -- as I stated
 2    earlier, I didn't want this film to be portrayed as, you
 3    know -- with lots of sex scenes.  I wanted the focus to
 4    remain on the heart of the book, which was Lily and her
 5    bravery and her leaving an abusive situation.
 6    BY MS. HUDSON:
 7         Q.  Okay.  At some point the film began shooting,
 8    right?
 9         A.  Yes.
10         Q.  Were you involved in the actual shooting of the
11    film?
12         A.  No.
13         Q.  Did you visit the set?
14         A.  Yes.
15         Q.  When did you visit the set?
16         A.  Was it being filmed in 2023?
17         Q.  So do you recall that there were two periods of
18    time in which the film was shot?
19         A.  Yes.
20         Q.  Interrupted by a writers' strike?
21         A.  Yes.
22         Q.  So the first set -- the first phase of filming,
23    we'll call it, does May 2023 sound like the right time
24    to you?
25         A.  Yes.
```

CONFIDENTIAL

1          Q.   And were you visiting at that time?

2          A.   Yes.

3          Q.   And where was the preproduction office located?

4          A.   I believe it was in New Jersey.

5          Q.   How many times did you visit the preproduction

6     office in New Jersey?

7          A.   Just -- just that one time.

8          Q.   How long were you there?

9          A.   Maybe an hour.

10         Q.   Were you in town for something else?

11         A.   Yes.

12         Q.   And can you describe your meeting with

13    Mrs. Lively?

14         A.   I was just introduced to her.  It was very

15    brief.

16         Q.   What was your initial impression?

17         A.   I thought she was --

18              MS. ZELDIN:  Objection.

19              THE WITNESS:  -- very kind, and it was a

20    good meeting.

21    BY MS. HUDSON:

22         Q.   I'm sorry.  I didn't hear that.

23         A.   I thought she was very kind, and it was a good

24    meeting.

25              MS. HUDSON:  Okay.  I want to focus a

CONFIDENTIAL

Page 61

1    selected and felt -- but in a way that, because she was

2    honored to be there.

3    BY MS. HUDSON:

4        Q.  Did you take that as complimentary to you,

5    having created her character?

6        A.  Her -- her -- not -- not really.  I think, as

7    an actress, it was just compliment -- like,

8    complimentary to whoever casted her.

9        Q.  Okay.  The -- the -- you said you were not on

10   set during the second phase of filming.

11       A.  Right.  I was -- I was invited; I did not go.

12       Q.  And why did you not go?

13       A.  I don't recall.

14       Q.  When was the next time that you interacted with

15   Mr. Baldoni in person?

16       A.  That was --

17               MS. ZELDIN:  Objection.

18               THE WITNESS:  -- the day of the trailer

19   screening in LA.

20   BY MS. HUDSON:

21       Q.  What day was that?

22       A.  I can't remember.

23       Q.  Was it May 6th?

24       A.  Of 2024?

25       Q.  Yes.

CONFIDENTIAL

1          A.   Possibly.  I -- I don't know.

2          Q.   And did you have a dinner with Mr. Baldoni that

3     day?

4          A.   Yes.

5          Q.   Who else was present at the dinner?

6          A.   Jamey Heath and Tarryn Fisher.

7          Q.   Who is Tarryn Fisher?

8          A.   My best friend.

9          Q.   Did Ms. Fisher come with you to the trailer

10    screening?

11         A.   Yes.

12         Q.   And can you describe the trailer screening?

13    What was it?

14         A.   They had invited influencers and readers to

15    come and watch the -- the trailer early, before it

16    released to the public.  And there were -- I wouldn't

17    call it a -- yeah, there was an event afterward where we

18    interacted with people.  Justin and I sat behind a

19    makeshift flower booth and made bouquets of flowers, and

20    then I also did my EPK that day.

21         Q.   And what is an EPK?

22         A.   When you record promo for the movie.

23         Q.   And the promo that you recorded for the movie,

24    was there some sort of prewritten script for you?

25         A.   Yes.  It was mostly all done on a teleprompter.

CONFIDENTIAL

Page 65

```
 1              MS. HUDSON:  Mrs. Hoover, I'm going to hand
 2    you a document that we'll mark as Exhibit 7 -- oh, 8.
 3    I'm always one off.
 4              (Exhibit 8 was marked for identification.)
 5    BY MS. HUDSON:
 6        Q.  You had mentioned a dinner that you went to
 7    with Tarryn Fisher, Jamey Heath, and Justin Baldoni that
 8    you thought might have been May 6th, right?
 9        A.  Uh-huh.
10        Q.  Does this document refresh your recollection
11    that it was, in fact, May 6th?
12        A.  Yes.
13        Q.  Okay.  And this is a text chain between Jamey
14    Heath, Justin Baldoni, and Colleen Hoover, dated
15    May 6th, 2024, Bates-stamped BALDONI_33449.
16              And do you recognize this text chain?
17        A.  Yes.
18        Q.  And did you participate in it?
19        A.  Yes.
20        Q.  Okay.  What was the purpose of this dinner?
21        A.  I don't recall.  We had just never had a meal
22    together before, and we were together all day doing PR.
23    But I think it was mostly because, you know, this movie
24    was halfway through being made, and we didn't really
25    interact a lot in person.  And so since I was in LA, we
```

CONFIDENTIAL

Page 66

1    just all decided to have dinner.

2        Q.  And up to that point, did you feel that you had

3    been able to give the creative input that you had wanted

4    to give into the film?

5                MS. ZELDIN:  Objection.

6                THE WITNESS:  I -- I feel like -- no.

7    BY MS. HUDSON:

8        Q.  And what is it that you wanted to do that you

9    felt you hadn't been able to do at that point?

10       A.  I --

11               MS. ZELDIN:  Objection.

12               THE WITNESS:  I felt like I wanted to be

13   more involved in just the sense of knowing what was

14   going on with filming.  And I was not receiving dailies.

15   And as an executive producer, I found that confusing,

16   and I ended up having to go to Sony to ask for dailies.

17   You know, just because without knowing what was going on

18   or seeing what was being filmed every day, I didn't feel

19   like I -- I could give input because I was just unaware

20   of what was happening.

21   BY MS. HUDSON:

22       Q.  And what is a daily?

23       A.  A daily is what's being -- what was filmed that

24   day.  They kind of condense it to what scenes they're

25   going to use and send it to all the producers and

CONFIDENTIAL

Page 67

```
 1    whoever else is on the daily list.
 2         Q.  And you mentioned you were an executive
 3    producer on the film?
 4         A.  Uh-huh.
 5         Q.  Is that a "yes"?
 6         A.  Yes.
 7         Q.  And what were the duties of an executive
 8    producer, to your understanding?
 9         A.  I think it depends on -- on who it is.  I
10    didn't really have duties per se.  Executive producer, I
11    was told, was more just like a title they give people.
12    The producers who are the ones who do the actual work.
13         Q.  But you felt in an executive producer role, in
14    order to contribute creatively as you had expressed, you
15    needed to see the dailies?
16                   MS. ZELDIN:  Objection.
17                   THE WITNESS:  Yes.  And being the author of
18    the book.  I received all the dailies on the project I
19    had done before this, and there were other things that
20    were being filmed that I was getting dailies on that
21    was -- were not this movie.
22    BY MS. HUDSON:
23         Q.  Who did you first ask to see the dailies?
24         A.  Justin.  Maybe Jamey.  I don't remember.  But
25    they were really my point of contact.
```

CONFIDENTIAL

Page 68

```
 1        Q.  And when did you first ask them to see the
 2   dailies?
 3        A.  When the film started filming.
 4        Q.  So back in May of 2023?
 5        A.  Uh-huh.
 6        Q.  So now -- is that a "yes"?
 7        A.  Yes.  Sorry.
 8        Q.  That's all right.
 9            So now we're in May of 2024.  So in that
10   year, you had not received dailies?
11        A.  Yes, I started receiving dailies because I
12   asked Ange Giannetti to -- if I could get them.  And she
13   was shocked I wasn't getting them, so she started making
14   sure I was on the list.
15        Q.  And when was that?
16        A.  Probably June or July of filming.
17        Q.  Of 2023?
18        A.  Uh-huh.
19        Q.  Is that a "yes"?
20        A.  It was the year before this -- so, yes, 2023.
21        Q.  And who was Ange Giannetti?
22        A.  She worked for Sony.
23        Q.  Did you understand her to be the executive in
24   charge of the production for Sony?
25        A.  She was the one on set while I was there, so
```

CONFIDENTIAL

Page 70

```
 1                    THE WITNESS:  At that time, I didn't know,
 2     because I hadn't seen the final edit.
 3     BY MS. HUDSON:
 4          Q.  So to understand how it was working -- you
 5     received dailies; you periodically gave creative input;
 6     you did not know whether that input was incorporated
 7     into the film, one way or the other?
 8          A.  Right.
 9          Q.  Did you find Mr. Baldoni to be collaborative
10     with you up to this time period of this dinner on
11     May 6th?
12                    MS. ZELDIN:  Objection.
13                    THE WITNESS:  I did.  I felt at the time
14     that when I would give thoughts, which wasn't very
15     often, he was receptive.  But I -- I don't know that I
16     knew if they were being taken into consideration.
17     BY MS. HUDSON:
18          Q.  Going to this dinner on May 6th, what
19     was -- how long did the dinner last?
20          A.  I believe we were there for a couple of hours.
21          Q.  And generally, what was discussed at the
22     dinner?
23          A.  The edit and Blake.  Do I need to go into more
24     detail --
25          Q.  I will ask for more detail --
```

CONFIDENTIAL

Page 74

```
 1   was?
 2        A.   I don't.
 3        Q.   Okay.  So going back to the dinner on May 6th,
 4   what do you recall, to the best of your memory?  Who
 5   said what about the edit then?
 6        A.   About the edit, about Blake getting her own
 7   cut, I believe Justin was the one who told me that it's
 8   possible the movie could change from what I saw because
 9   Blake was getting an edit and was going to have a test
10   screening in what they call a bake-off, which is where
11   they see which one tests better.
12        Q.   Did Mr. Baldoni explain to you why it was the
13   case that there would be a bake-off, or his view, at
14   least?
15        A.   Yeah, he said that -- I'm trying to remember.
16   I don't know that it -- it was -- pertained to the
17   bake-off.  I know that he said that Blake was demanding
18   her own edit and that Sony was allowing her the
19   opportunity to edit the film because she was unhappy
20   with his cut.
21        Q.   Did he tell you what Mrs. Lively was unhappy
22   with in his cut?
23        A.   He insinuated that it was more -- or his
24   opinion was that she wanted to take over the film.
25        Q.   Is that how he described it?
```

CONFIDENTIAL

Page 75

1       A.   Uh-huh.

2       Q.   Is that a "yes"?

3       A.   Yes.

4       Q.   Did he say anything else in that regard?

5       A.   You'd have to be more specific.

6       Q.   Did he tell you why she thought Mrs. Lively

7   wanted to, quote, Take over the film, end quote?

8       A.   Yes.  At this dinner, he informed me that this

9   had been an ongoing issue, which in -- him that -- I

10  believe the exact words they used were:  We're not

11  saying she's a narcissist, but she's exhibiting

12  narcissistic behavior, and that she was making their

13  lives very stressful during the filming, and it was not

14  a good experience.  And I remember being shocked because

15  I had heard none of this before the dinner, and this was

16  well after filming had resumed.  I had already seen the

17  film at this point.

18      Q.   And did they give you specific examples of what

19  Mrs. Lively was doing, in their view, that was upsetting

20  to them, either Mr. Baldoni or Mr. Heath?

21      A.   Yeah.  They explained to me that she had a

22  meeting that blindsided them about their behavior and

23  that it was at her house and that she forced them to

24  sign a document stating they wouldn't exhibit that

25  behavior anymore or she wouldn't resume filming.

CONFIDENTIAL

Page 76

1       Q.   And who -- who between the two of them shared
2   this with you, Mr. Baldoni or Mr. Heath?
3       A.   It was both of them.
4       Q.   So they -- were they talking at the same time?
5       A.   Kind of bouncing back and forth off of each
6   other.
7       Q.   Did either Mr. Baldoni or Mr. Heath describe to
8   you the specific behavior that was in this document?
9       A.   They did.
10      Q.   What -- what did -- what did they say?  And if
11  you can, to your recollection, tell me which one of them
12  said what.  And if you can't recall, that's fine, but if
13  you can recall with specificity who said what, please
14  tell me.
15      A.   I know -- I know Justin said that Blake
16  had -- had put in the document that she wants him to
17  stop speaking to her dead father, and I asked him to
18  elaborate on that, and he said that some time -- that he
19  told her that he sometimes speaks to her father.
20      Q.   Who's dead?
21      A.   Yes.
22      Q.   Did you have any thoughts on that?
23              MS. ZELDIN:  Objection.
24              THE WITNESS:  I -- I was a little confused.
25  I didn't know what he meant by that.  I didn't know if

CONFIDENTIAL

Page 77

```
 1    he meant he prayed to her dead father or just, like, if
 2    it's part of his spiritual or religious practice, but he
 3    did say that -- that he said it, but that it bothered
 4    her.  Another thing was something about saging interns,
 5    and that she had asked that he no longer sage her
 6    interns, I believe.
 7    BY MS. HUDSON:
 8        Q.  Saging, do you mean, like, with the herb sage?
 9        A.  Uh-huh.
10        Q.  Is that lighting it on fire?
11        A.  I didn't ask what --
12        Q.  Okay.
13        A.  -- that meant.  There was another incident
14    where Jamey said she said that they need to stop going
15    into her trailer while she's breastfeeding, and he then
16    went on to explain to me what happened with him going
17    into her trailer.  This was Jamey, not Justin.  He said
18    that he went into her trailer invited because they had
19    to go over -- they had no discuss something, and I'm not
20    sure what they were discussing, but that he had agreed
21    to -- to turn and face the wall, but that, at some
22    point, during this conversation, he -- he turned around
23    to say something to her and that she was going to file
24    sexual harassment or that he feared she would file
25    sexual harassment claims against him, but he was -- he
```

CONFIDENTIAL

Page 78

1    was telling me this because it was all in this document

2    that apparently was -- was going to come out, and so

3    they were just trying to prepare me for what -- what was

4    in the document.

5              I believe those are the only few things I

6    recall them telling me that night.

7    BY MS. HUDSON:

8        Q.  Did Mr. Bal- -- Mr. Heath tell you that he had

9    seen Ms. -- that he had looked at Mrs. Lively when she

10   was in a state of undress from the waist up?

11             MS. ZELDIN:  Objection.

12             THE WITNESS:  He did not explain how she

13   was dressed or anything.

14   BY MS. HUDSON:

15       Q.  Is there anything else you recall Mr. Baldoni

16   or Mr. Heath telling you about the document that they

17   signed?

18       A.  I -- I know they were telling me that they felt

19   like if they didn't sign it, then the movie wouldn't

20   happen, and that's why they signed it.  But the few

21   things that they did tell me -- they said that they did,

22   like the saging and the praying to her -- or talking to

23   her dead father.  So I wasn't, at the time, aware of

24   what all was in the document.

25             But that's all I can really recall

CONFIDENTIAL

Page 80

```
 1        Q.  Did you have any concerns after the dinner?
 2                   MS. ZELDIN:  Objection.
 3                   THE WITNESS:  I think I was just
 4    disappointed.
 5    BY MS. HUDSON:
 6        Q.  And why was that?
 7        A.  I didn't know Justin and Jamey all that well,
 8    but I know that, you know -- I -- I just thought that
 9    everything with filming had gone well, and I was
10    concerned that, now, there seemed to be, like, a battle
11    over the edit about to occur, and that concerned me.
12    And I was just disappointed that all this was happening.
13        Q.  Were you concerned that Mr. Heath felt like
14    Mrs. Lively was going to make sexual harassment
15    allegations?
16                   MS. ZELDIN:  Objection.
17                   THE WITNESS:  No, I -- I didn't know that
18    was happening.
19    BY MS. HUDSON:
20        Q.  Well, you said that he said that he was worried
21    that she was going to claim sexual harassment, right?
22                   MS. ZELDIN:  Objection.
23                   THE WITNESS:  Well, for -- from when he was
24    speaking about the incident, I think he -- I don't
25    remember the exact words, but I remember them just
```

CONFIDENTIAL

Page 81

```
 1    concerned that -- that that incident was going to turn
 2    into some sort of claim or be released publicly.
 3    They -- they were worried about this document.
 4    BY MS. HUDSON:
 5         Q.  They were worried that it would be released
 6    publicly?
 7         A.  Yeah, I believe -- I believe so.  I -- I don't
 8    recall if that was, you know, spoken, but it was
 9    definitely implied that they did not like that this
10    document was -- existed.
11                 MS. ZELDIN:  Move to strike.
12    Nonresponsive.
13    BY MS. HUDSON:
14         Q.  And what did Mr. Baldoni or Mr. Heath say
15    specifically to lead you to conclude -- to the
16    conclusion that they did not like that this document
17    existed?
18         A.  I -- I can't recall the exact wording.  It was
19    just the entire conversation at dinner.  They were very
20    much disappointed that -- that they didn't -- or Blake
21    didn't get along with them or they didn't get along with
22    Blake and that -- that they had to have this meeting and
23    that they felt blindsided because they didn't know that
24    she had concerns with their behavior at the time.
25         Q.  Did you ever come to learn that Mrs. Lively had
```

CONFIDENTIAL

Page 82

```
1    previously told Mr. Baldoni and Mr. Heath about her
2    concerns before --
3         A.  No.
4         Q.  -- the meeting?
5         A.  I had no -- before this dinner?
6         Q.  Before the meeting they're describing, which
7    they said they were blindsided?
8                   MS. ZELDIN:  Objection.
9                   THE WITNESS:  No.  I had just become aware
10   that any of this was happening.
11   BY MS. HUDSON:
12        Q.  Did you have any concerns about the way that
13   they were speaking about Mrs. Lively following this
14   dinner?
15                  MS. ZELDIN:  Objection.
16                  THE WITNESS:  I don't know that it was a
17   concern rather than just disappointment.  Like, I did
18   feel like for -- for a man who has a platform of
19   building women up, that I left the dinner disappointed
20   that it felt like I was made to not like her.  Like --
21   like, I left the dinner feeling like the intention was
22   to get me on their side or, you know, just explain their
23   side before I heard it from her.
24   BY MS. HUDSON:
25        Q.  And is that the kind of thing you would have
```

CONFIDENTIAL

Page 83

1    expected from Mr. Baldoni based on what he had told you

2    about his views early on when you optioned the book?

3                    MS. ZELDIN:  Objection.

4                    THE WITNESS:  No, not at all.

5    BY MS. HUDSON:

6        Q.  And why is that?

7                    MS. ZELDIN:  Objection.

8                    THE WITNESS:  I -- I think I was just a

9    little blindsided by the dinner and everything I was

10   told, and the -- the way they were kind of forewarning

11   me about what kind of person she was.

12   BY MS. HUDSON:

13       Q.  And did you have any reason to believe the

14   portrayal that Mr. Baldoni and Mr. Heath were making of

15   Mrs. Lively up until that point, based on your

16   experience?

17                   MS. ZELDIN:  Objection.

18                   THE WITNESS:  No.

19   BY MS. HUDSON:

20       Q.  Did you -- do you recall anything that you or

21   Ms. Fisher said during this dinner?

22       A.  I don't.  I think we were just asking

23   questions.  Like, I remember I was very concerned about

24   the film at that point, and I was asking him questions

25   about:  Well, what does this a mean for the film?  Is

CONFIDENTIAL

Page 85

1    and -- and I said that that didn't go how I thought it

2    would, and she said:  Me neither.  And we discussed our

3    surprise that they -- that they didn't get along and

4    that all of this was happening.  Like, this was the

5    first I had found out about any of it.

6         Q.  So this dinner was May 6th.  Did it change your

7    views of Mr. Baldoni or Mr. Heath at that time?

8         A.  It did.

9         Q.  In what way?

10        A.  I felt like if -- if they could speak of Blake

11   how they -- how they did, it made me more cautious with

12   them.

13        Q.  And what do you mean by that?

14        A.  I just didn't really want to interact with them

15   anymore.  I think after that dinner, I -- I texted with

16   Justin and Jamey a handful of times and never spoke to

17   them again.

18        Q.  Did your views of Mrs. Lively change after that

19   dinner?

20        A.  No, I -- I didn't know her.  I didn't know if

21   the views -- or the things they told me were accurate.

22   I just kind of wanted to distance myself from all of it.

23        Q.  At some point, did you reach out to

24   Mrs. Lively?

25        A.  I did.

CONFIDENTIAL

Page 86

1          Q.  I'm going to hand you a document to be marked

2     as Exhibit 10 -- 9.  I'm sorry, 9.

3                    (Exhibit 9 was marked for identification.)

4     BY MS. HUDSON:

5          Q.  Exhibit 9 is an email chain between Blake

6     Lively and Colleen Hoover dated May 15th, 2024,

7     Bates-stamped BL-27030 through 33.

8                    Mrs. Hoover, do you recognize this as an

9     email chain with Mrs. Lively that you participated in?

10         A.  Yes.

11         Q.  And the first email in the chain is from you on

12    May 15th at 7:11 a.m.

13                    Do you see that?

14         A.  Yes.

15         Q.  And above that, Mrs. Lively responds to your

16    email, and she says:  May I have your number?

17                    Do you see that?

18         A.  Yes.

19         Q.  So as of this date, you did not have -- you and

20    Mrs. Lively had not had a phone call --

21         A.  Right.

22         Q.  -- together?

23         A.  Never.

24         Q.  You didn't have each other's phone numbers?

25         A.  I didn't have her email.

CONFIDENTIAL

Page 87

```
 1        Q.  You didn't have her email?

 2        A.  Yeah.

 3        Q.  How did you get this email to her?

 4        A.  I have a production partner because I started a

 5   production company around this time, and I was -- I was

 6   concerned about what Blake getting a cut meant, and so I

 7   spoke to her about it, and she recommended that I send

 8   the notes that I had given to Justin to Blake because

 9   she said you don't know which one's going to end up

10   being what your readers see, so you want both of them to

11   have your notes.

12             And so her -- her -- our agent, film agent,

13   somehow got me Blake's email, and I sent this email to

14   Blake.  Just -- I wanted to give her the same notes that

15   I gave Justin, as my priority was, you know, I -- I

16   wanted the best movie for the readers, and I was

17   concerned, based on the tension between the -- Justin

18   and Blake, that Justin would not give Blake my notes, so

19   I -- I sent them.

20        Q.  You felt like you needed to send your notes

21   directly to Mrs. Lively?

22        A.  Yes.

23        Q.  And are these the same notes that you gave

24   Mr. Baldoni?

25        A.  Yes.
```

CONFIDENTIAL

Page 88

1        Q.  And in your email, you said that you wanted to

2    get the notes in the right hands.  What did you mean by

3    that?

4        A.  To -- to Blake, in the right -- can I read

5    that --

6        Q.  Sure.

7        A.  -- for context?

8        Q.  Yes.

9        A.  (Witness examines document.)

10       Q.  It's the end of the first paragraph.  You said:

11   I also sent these to Justin a while back, and some may

12   have been addressed already, but I have zero experience

13   with moviemaking and wanted to make sure they are in the

14   right hands.

15       A.  I think -- I think I just meant if Blake was

16   getting a cut, I wanted to send them directly to her

17   instead of, like, relying on Justin to send them to her.

18       Q.  Okay.  And Mrs. Lively asked for your number.

19   Did you give her your number?

20       A.  I did.

21       Q.  Did you have a telephone call with her

22   following this email?

23       A.  I did.

24       Q.  And what -- was it just you and her?

25       A.  Yes.

CONFIDENTIAL

Page 89

1          Q.  Was it on May 15th?

2          A.  It was the morning I sent her my number, so if

3     that's what the email is, then yes.

4          Q.  Do you recall what you discussed?

5          A.  Yes.  She had read my notes and was discussing

6     some of the notes with me and said that she agreed with

7     me on a lot of them and wanted me to come watch her

8     edit.

9          Q.  So she invited you into the edit room?

10          A.  No.  She was having a screening.  Sorry.  She

11     wanted me to come to New York and watch her screening so

12     that I -- I could see what she had done.

13          Q.  Okay.  I'm going to hand you what we'll mark as

14     Exhibit 10.

15               (Exhibit 10 was marked for identification.)

16     BY MS. HUDSON:

17          Q.  Exhibit 10 is an email chain between

18     Mrs. Hoover and Blake Lively dated May 15th, 2024,

19     Bates-stamped BL-27039 through 43 -- 43.

20               Do you recognize this as the continuation

21     of the prior email chain that we looked at in Exhibit 9?

22          A.  Yes.

23          Q.  And you participated in this email exchange?

24          A.  Yes.

25          Q.  So in this email exchange, you see you gave her

CONFIDENTIAL

Page 90

1    your phone number?

2         A.  Uh-huh.

3         Q.  On -- at 6:50 a.m.?

4         A.  Yes.

5         Q.  And then Ms. -- you said she invited you to the

6    screening.  Was that during the phone call?

7         A.  Yes.

8         Q.  Okay.  And you tell her in response here that

9    you would love to go to the screening?

10        A.  Yes.

11        Q.  And did you, in fact, go to the screening?

12        A.  Yes.

13        Q.  And what was your impression of the film after

14   you saw Ms. -- the cut that Mrs. Lively was working on

15   with Sony?

16        A.  I liked her cut also and also had more notes.

17   So as soon as the film ended I went into a room at the

18   theater and jotted down everything I could think to give

19   her, because I didn't know if I would have the

20   opportunity after that to give notes.  But I liked both

21   cuts.

22                  (Exhibit 11 was marked for identification.)

23   BY MS. HUDSON:

24        Q.  I'm going to hand you what we marked as

25   Exhibit 11.

CONFIDENTIAL

Page 93

```
1           Q.  And did you -- do you recall if you spoke to
2      Mr. Greenstein after this introduction?
3           A.  I -- I honestly don't recall.
4           Q.  All right.  So you saw the film on the 19th.
5      You were thanking Mrs. Lively.
6                   Did you think about the cut of the film
7      that she had screened at all after that initial viewing?
8           A.  Yeah.  Yes.
9           Q.  And did you share your thoughts with her?
10          A.  Yes.  I wrote a lot of them down at the
11     screening and gave them to her, and then we continued to
12     discuss the thoughts over text and phone calls.
13                  (Exhibit 13 was marked for identification.)
14     BY MS. HUDSON:
15          Q.  Okay.  I'm going to hand you Exhibit 13.
16                  Exhibit 13 is a text chain between Colleen
17     Hoover and Blake Lively, dated May 19th, '24, through
18     May 20, '24, Bates-stamped BL-39197 through 201.
19                  Do you recognize this as a text chain that
20     you participated in with Mrs. Lively, Ms. Hoover?
21          A.  Yes.
22          Q.  So if you go down to the bottom of this chain,
23     it says, from you at 9:37 p.m. -- I'm sorry at
24     11:14 p.m.:  I loved Josh so much.  We're chatting again
25     tomorrow, but I feel like he's a good one.  Thanks for
```

CONFIDENTIAL

Page 94

1    putting me in touch with him.

2              So by this point, had you already had a

3    conversation with Mr. Greenstein?

4        A.  Yeah, it does look that way.

5        Q.  Do you -- but sitting here today, do you recall

6    that conversation?

7        A.  I don't.

8        Q.  Okay.  And then the next entry you say --

9    actually, why don't you read that one out loud, at

10   4:50 a.m.?

11       A.  Blake, oh, my gosh, Josh gave me a password to

12   watch again because he wants me to get you my thoughts

13   ASAP.  So I watched Justin's latest and yours side by

14   side.  I have a list of 57 things I loved about yours

15   more.  You killed it.  It's so hard in the theater to

16   focus when you're nervous and people are talking.  But

17   seeing all the improvements you made solidified and

18   already saw a decision.  I'm going to bed but will send

19   you thoughts ASAP in the morning.  I really believe in

20   this adaptation and think with this week's edits that

21   you're doing it's going to be life-changing.  My God,

22   thank you.  I'm sorry this is a day late.  I know I told

23   you it was great already, but I can't wait to type up

24   all the whys and get them to you tomorrow.

25       Q.  Did this accurately describe how you felt at

CONFIDENTIAL

Page 95

1    the time?

2        A.   Yes.

3        Q.   And what was it that you saw when you had the

4    opportunity to look at the cuts side by side that you

5    liked more in Mrs. Lively's?

6        A.   I definitely thought hers had more humor in it.

7    That was very important to me.  I remember there were a

8    couple of scenes with the character Atlas that bothered

9    me in the first cut I saw, that were removed from

10   Blake's cut.  I can't recall exactly all of the things

11   that I liked more about her cut, but I -- I did feel

12   like my concerns in the initial notes I sent her, a lot

13   of them had already been addressed.

14       Q.   So are you saying you think she may have made

15   some changes between May 15th and when you saw

16   the -- the --

17       A.   Not based on my notes.

18       Q.   I see.

19       A.   I think just that we had similar intuition

20   about some of the scenes.

21       Q.   So just to make sure I understand what you're

22   saying, you -- between the time you gave notes on

23   May 15th and you saw the screening yourself alone, with

24   Justin's side by side, there had been some changes to

25   the cut that Blake was working on that you liked?

CONFIDENTIAL

Page 99

```
 1    BY MS. HUDSON:
 2        Q.  Did it seem strange to you that his name was on
 3    there three times?
 4                MS. ZELDIN:  Objection.
 5                THE WITNESS:  Yeah.  I think on the poster,
 6    it was a little bit much.
 7    BY MS. HUDSON:
 8        Q.  You mentioned that you shared your thought --
 9    your detailed thoughts with Mr. Greenstein on the cut of
10    the film that Blake had shown you that you watched side
11    by side with Mr. Baldoni's cut?
12        A.  Uh-huh.  Yes.
13                (Exhibit 14 was marked for identification.)
14    BY MS. HUDSON:
15        Q.  I'm going to hand you what we'll mark as
16    Exhibit 14.  Exhibit 14 is an email between Mrs. Hoover
17    and Mr. Greenstein dated May 20th, 2024, Bates stamped
18    SPE_BL7880 through 88.
19                Mrs. Hoover, are these the notes that you
20    sent Mr. Greenstein regarding your thoughts on the cut
21    of the film that Blake had been working on at that
22    point?
23        A.  Yes.
24        Q.  And in the second sentence -- paragraph, you
25    say:  I don't know Blake well enough at all, but I do
```

CONFIDENTIAL

Page 100

```
 1    think it's important she know all the things I loved
 2    about her changes.
 3                  Would you describe this as a summary of the
 4    things that you loved about the changes?
 5        A.  Yeah, and some additional notes that I thought
 6    should be changed.
 7        Q.  And do you know if Mr. Greenstein shared these
 8    notes with Mrs. Lively?
 9        A.   I believe I asked him -- I was sending them
10    through him to her, but then he said to send them
11    directly, if I'm not mistaken.
12        Q.  And then did you do that?
13        A.  Yes.
14        Q.  And was Mrs. Lively receptive to receiving the
15    notes from you?
16        A.  Yes.
17                  MS. ZELDIN:  Objection.
18    BY MS. HUDSON:
19        Q.  And when you say "receptive," how -- what does
20    that mean to you?
21        A.  Acknowledging that she received the notes and
22    would consider them.
23                  (Exhibit 15 was marked for identification.)
24                  MS. HUDSON:  I'm going to hand you a
25    document that we've marked as Exhibit 15.
```

CONFIDENTIAL

Page 101

1           And, Mr. Stinson, we sent a proposed

2      stipulation this morning.  I don't know if you've had a

3      chance to see that about, the Bates stamping in the

4      production here.  So I wanted to see if we could put

5      that on the record.

6           Our understanding is that the text messages

7      in Exhibit 14 that were -- 15 that were produced by

8      Mrs. Hoover are her communications with Josh Greenstein,

9      based on the way they were produced to us.  Can you

10     confirm that for the record?

11          MR. STINSON:  I can confirm that those

12     conversations were produced in a digital folder bearing

13     that label.  I haven't had a chance to go back to

14     confirm.  I can do that on a break or we can take a

15     break and I can do that.  But I can tell you we produced

16     it in digital folders describing with whom she was

17     conversing.

18          MS. HUDSON:  All right.  Well, we might be

19     able to avoid that by asking Mrs. Hoover herself.

20     So --

21     BY MS. HUDSON:

22     Q.  Mrs. Hoover, do you recognize this as text

23     communications between you and Mr. Greenstein in this

24     section Bates stamped Hoover 0090 through 98?

25     A.  Yes.

CONFIDENTIAL

Page 102

1        Q.  -- I'm sorry.  99.

2        A.  Yes.

3        Q.  Okay.  And you -- you -- how did you collect

4    these screen -- these text messages that were produced

5    to us in this case?

6        A.  How did I, like, get them in this form?

7        Q.  Yes.

8        A.  They were on my phone.

9        Q.  Did you screenshot them?

10       A.  I don't -- I don't think I screenshotted them.

11   I think I downloaded the whole conversations that I had

12   had with him and then just sent the file to my lawyer.

13       Q.  So this is the full conversation downloaded

14   from your phone that you had on text with

15   Mr. Greenstein?

16       A.  Yes.

17               MS. ZELDIN:  Objection.

18               You have to wait till I make my objection.

19   I'm sorry.

20               THE WITNESS:  Oh, okay.  I'm sorry.

21   BY MS. HUDSON:

22       Q.  Is this the whole conversation downloaded from

23   your phone that you had with Mr. Greenstein?

24       A.  Yes.

25               MS. ZELDIN:  Objection.

CONFIDENTIAL

Page 103

```
 1                MS. HUDSON:  Yeah.  Counsel, can I ask the
 2     basis of your objection?
 3                MS. ZELDIN:  I have no idea how this is
 4     all -- this is all the conversations.  I don't know how
 5     she does either, but --
 6                MS. HUDSON:  Okay.
 7                MS. ZELDIN:  So it lacks foundation.
 8                MS. HUDSON:  Okay.
 9     BY MS. HUDSON:
10         Q.  Ms. -- Mrs. Hoover, you -- when you say it was
11     the full conversation, was this all of the texts that
12     existed in your phone that you were able to view between
13     you and Mr. Greenstein?
14         A.  Yes.  We didn't text that often, so I think
15     this is every conversation I had with him over text.
16         Q.  Okay.  Now -- okay.
17                You mentioned that you -- Mr. Greenstein
18     told you to just send the notes directly to Mrs. Lively?
19         A.  Uh-huh.
20         Q.  Is that a "yes"?
21         A.  Yes.
22         Q.  And is that what he's saying at the text that
23     begins at the end of 090, on May 20th at 2:14, and
24     continues on 091?  At the top, it says:  Got it.  Just
25     read through.  Send for sure.  I think they are great.
```

CONFIDENTIAL

Page 104

```
 1   Smart.
 2              MS. ZELDIN:  I'm sorry.  I think you
 3   misspoke.  You said 2:14; it's 2:41.  Not that it
 4   matters, but...
 5              MS. HUDSON:  You're correct.  Thank you for
 6   correcting the record.
 7   BY MS. HUDSON:
 8      Q.  So I just want to confirm that the top of this
 9   page 091 is Mr. Greenstein telling you to send the notes
10   to Mrs. Lively; is that right?
11      A.  Yes.
12      Q.  Okay.  Okay.  And then if you look down at the
13   next text, on May 23rd at 6:53 p.m., it looks like
14   you're texting Josh about plans for the next night.
15              What -- what did this relate to?
16      A.  I don't recall.
17      Q.  Okay.  And then if you scroll down to May 31st,
18   092, at 2:57 a.m., you say: I'm busy from 9 to 11
19   tomorrow, if you want to chat after.  But despite what
20   the numbers say and feedback say or don't say, I really
21   think we need to choose a cut and move forward.  And as
22   it stands, I think Blake's is the stronger one to move
23   forward with.  It just checked a lot more boxes for me,
24   and I strongly feel she can work it to be the best film
25   in edit s so that we can ultimately get to the best film
```

CONFIDENTIAL

Page 105

1    for the readers.  I appreciate the work put into this by

2    everyone, but the back-and-forth at this point is going

3    to hurt this movie beyond measure.  Let me know if

4    there's anything I can do to convey my feelings wherever

5    I need to convey them.

6              Was this accurately how you felt at this

7    time on May 31st, that Blake's was the stronger one to

8    move forward with and checked a lot more boxes for you?

9         A.   It -- it was, yes.

10        Q.   And at some point, did you begin discussing

11   Book Bonanza with Mr. Greenstein?

12        A.   Yes.

13        Q.   So what was your thought for Book Bonanza with

14   respect to the film?

15        A.   I had approached them about a year earlier

16   hoping to show the film at Book Bonanza, but was told

17   no.  That it was too -- I think that their reasoning was

18   that it was too far away from what was supposed to be

19   the release date or too -- honestly, I can't remember

20   why they said no.

21              But then, as Book Bonanza drew closer and

22   they realized that they were going to have a whole film

23   they could show, they changed their minds, and so we

24   began moving forward with plans to show the film at Book

25   Bonanza.

CONFIDENTIAL

Page 109

1    one?

2                    MS. HUDSON:  You can just set it aside.

3    We'll probably pop back to that in a minute.

4                    (Exhibit 16 was marked for identification.)

5    BY MS. HUDSON:

6        Q.  Exhibit 16 is an email chain between Emily

7    VanDerwerken, Colleen Hoover, Danni Maggin, and Todd

8    Michalak regarding Book Bonanza schedule, Bates stamped

9    SPE_BL19747 through 750.

10                   Is this an email chain that you

11   participated in, Mrs. Hoover?

12       A.  Yes.

13       Q.  And do you recognize this as the schedule for

14   Book Bonanza that was provided to you by Sony?

15       A.  It wasn't the schedule for Book Bonanza; it was

16   the schedule for their part of Book Bonanza.

17       Q.  So promotional things that Sony was doing in

18   connection with Book Bonanza?

19       A.  Yeah, in connection with Book Bonanza and the

20   movie.

21       Q.  Okay.  So if you look at the schedule, it

22   starts Saturday, June 15th --

23       A.  Yes.

24       Q.  -- do you see that?

25                   Is that when Book Bonanza began?

CONFIDENTIAL

Page 110

1      A.   Yeah -- well, it began on Thursday.

2      Q.   Okay.

3      A.   The 15th is when they were going to show the

4   movie.

5      Q.   Okay.  And was there going to be more than one

6   screening?

7      A.   They rented out a whole theatre, and so it was

8   screened in every theater because we had to seat almost

9   3,000 people.

10     Q.   And did it screen on only one night or more

11  than one night?

12     A.   Just one night, all at the same time.

13     Q.   Did you invite Mrs. Lively to Book Bonanza?

14     A.   Yes.

15     Q.   Did you invite anyone else from the cast?

16     A.   I believe everyone.

17          Well, that's not true.  I only invited

18  Justin initially, Blake, Brandon Sklenar, Isabela

19  Ferrer, and Alex, who played young Atlas.  And I believe

20  I invited Jenny Slate.

21     Q.   Uh-huh.

22          So all of the main characters?

23     A.   Uh-huh.

24     Q.   Is that a "yes"?

25     A.   Yes.

CONFIDENTIAL

Page 111

```
 1          Q.  And who actually went to Book Bonanza?
 2          A.  Blake Lively, Justin -- no, not Justin, Brandon
 3     Sklenar, Isabela Ferrer.
 4          Q.  Why did Mr. Baldoni not go to Book Bonanza?
 5                MS. ZELDIN:  Objection.
 6                THE WITNESS:  I -- I believe because him
 7     and Blake didn't get along, and so Sony or someone
 8     decided which one of them would go.  I'm not sure at
 9     this point.
10     BY MS. HUDSON:
11          Q.  Did anyone tell you why Mr. Baldoni did not go
12     to Book Bonanza?
13                I'm trying to understand if your answer is
14     speculation or you have some basis for making that
15     statement.
16          A.  I just knew he wasn't coming, but I can't
17     remember why I knew that.  I know that he and Blake
18     would not attend at the same time because at this point,
19     they -- they were -- they wouldn't be together in the
20     same location.
21          Q.  Did Ms. --
22                MS. ZELDIN:  Move to strike.
23     BY MS. HUDSON:
24          Q.  Did Mrs. Lively ever tell you that she would
25     not go to Book Bonanza if Mr. Baldoni was there?
```

CONFIDENTIAL

Page 120

```
 1          Q.  Would you say you were collaborating on the
 2     edit by this point?
 3          A.  Not in an equal way, but, yeah -- yes.
 4          Q.  When you say "not in an equal way," what do you
 5     mean by that?
 6          A.  I mean, I had never edited before; I had never
 7     worked in film, so, you know, I'd give her my opinions,
 8     but she was, more or less, the one who was doing all the
 9     work with the editor and had all those interactions, and
10     I -- I just would tell her my thoughts and hope they
11     ended up listening to them.
12          Q.  Did you spend time in the edit room with
13     Mrs. Lively?
14          A.  I did.
15          Q.  And did you meet the editors that she was
16     working on on the cut of the film for Sony?
17                  MS. ZELDIN:  Objection.
18                  THE WITNESS:  One of them was in the room
19     with us; one of them was over Zoom.
20     BY MS. HUDSON:
21          Q.  And who was -- do you remember what their names
22     was?
23          A.  Uh-huh.  Travis -- I don't remember his last
24     name -- was in the room with us.
25          Q.  Was it Moore?
```

CONFIDENTIAL

Page 121

1          A.   Yes.  Loved him.

2               And, God, I'm -- Shane.

3     BY MS. HUDSON:

4          Q.   Shane Reid --

5          A.   Shane Reid.

6          Q.   Okay.

7          A.   Yeah.  He was the one on Zoom.

8          Q.   How many times would you say you were in the

9     edit room with Blake?

10         A.   I believe I was there for five days, but I

11    could be wrong.  I -- I don't remember counting.

12         Q.   And when you were in the edit room with

13    Mrs. Lively, were the editors both there also?

14         A.   Travis was there.

15         Q.   And then --

16         A.   Shane would mostly do stuff, like, that they

17    gave him notes on, and then he would work independently

18    because I believe he was in LA.

19         Q.   And what was your contribution in the edit

20    room?

21         A.   I sat with them and watched all the changes and

22    was giving my opinion, and I guess whatever --

23    I -- I -- yeah, that's all I can think that I did.

24         Q.   I'm going to hand the reporter a document to be

25    marked as Exhibit 19.

CONFIDENTIAL

Page 126

1    manipulation tactic?

2        A.   I -- I felt like when Blake would change

3    something in her edit, they would then add -- add some

4    of those changes to try to get their edit a little

5    better or -- that's not the right term.

6        Q.   Well, going back to your text, you say that you

7    think that he said he added those changes, but he really

8    didn't do it when you looked at the film.

9        A.   Yeah, I felt -- I felt like he said he added

10   some of Blake's things, and sometimes he did, but in

11   this particular instance, I -- I must have not thought

12   that they were actually changed in the scene that I got.

13   But I also felt like I wasn't included in these emails

14   anymore, and so just the fact that it came to me, I felt

15   like was a little manipulative.

16       Q.   I see.

17            So he -- Mr. Baldoni was not including you

18   in the edit process the way that Mrs. Lively was

19   including you in the edit process --

20            MS. ZELDIN:  Objection.

21   BY MS. HUDSON:

22       Q.   -- is that right?

23       A.   Yes.

24       Q.   Okay.  Would you say that any differently than

25   I did?

CONFIDENTIAL

Page 127

```
 1        A.  No.
 2        Q.  So when you got this email, you wondered why he
 3   was sending it to you?
 4        A.  Right.  Yes.
 5        Q.  Let's look at page 27120.  In this section of
 6   the text -- I'm sorry.  We're going back to --
 7                 MS. ZELDIN:  Okay.  Thank you.
 8                 MS. HUDSON:  -- Exhibit 20.  Sorry about
 9   that.
10                 THE WITNESS:  Okay.
11   BY MS. HUDSON:
12        Q.  Going back to Exhibit 20, if you look at
13   page 27120, there's a discussion here about your sister
14   seeing the cut of the film that Mrs. Lively was working
15   on --
16        A.  Yes.
17        Q.  -- do you see that?
18                 And you seem to be saying that she had very
19   strong feelings about it; is that right?
20        A.  About the graphics, I believe.
21        Q.  I see.  Okay.
22                 And then it's -- it looks like there was
23   some change, and your sister liked the changes; is that
24   right?
25        A.  Yes.
```

CONFIDENTIAL

Page 134

1      A.  Yes.

2      Q.  And dinner, is that the May 6th dinner --

3      A.  Yes.

4      Q.  -- that we talked about?  Okay.  All right.

5              And why was that dinner making you angrier

6  every time you thought of it?

7      A.  I think because of -- of the way they spoke

8  about Blake, and I -- I feel like I went into the dinner

9  thinking that we were just going to have dinner, that it

10  was a chance for us to get to know each other better.

11  And instead, I ended up feeling like we only went to

12  dinner so that they could tell me their opinions of

13  Blake before I heard about what was happening.  And I

14  felt like if I cut off communication with them, then

15  they wouldn't have the opportunity to have those

16  conversations with me again.

17      Q.  And Mrs. Lively, at 11:10 p.m. tells you: Next

18  time we talk I want to hear it, because I find myself

19  feeling guilty for pushing back so hard on them to make

20  the best movie.  And I haven't shared with anyone my

21  experiences with them until someone first comes to me

22  horrified by their own experiences, and even then, I

23  don't get into all of this.

24              Was that your experience with her, that she

25  wasn't sharing all the details of what she experienced

CONFIDENTIAL

Page 136

1    can't remember each point.

2        Q.  Mrs. Lively goes on to say in this text: Yet

3    somehow I hold those guys' narrative in my gut.  And it

4    hurts to be so misrepresented after being so viciously

5    mistreated.

6            Do you know what she meant by "those guys'

7    narrative"?

8        A.  Yeah, I believe it was probably the narrative

9    they had about her at the dinner with me.  That's how

10   I -- that's how I interpret this.

11       Q.  And then Mrs. Lively says: And all I'm fighting

12   for is the work.  That's all I've ever fought for is the

13   work, and in that, a safe set to do the work in.  That's

14   it, from day one to today.

15           Did you have any reason to doubt that

16   Mrs. Lively was genuine in what she was telling you

17   there?

18           MS. ZELDIN:  Objection.

19           THE WITNESS:  No.

20   BY MS. HUDSON:

21       Q.  And then you go on to describe a little bit

22   more, it looks like, this dinner, on May 6th at

23   11:33 p.m., and you say: Yeah, honestly, the narrative

24   wasn't anything too different than what you told us,

25   just from their angle.  It's just when I was sitting

CONFIDENTIAL

Page 147

1    had to change abuse.  Would have sent you, but I didn't

2    record last night because I was on such a chaotic

3    deadline.  Will tell you everything.

4                  Did you understand that Mr. Rothman had

5    some changes for Mrs. Lively that he required her to

6    make in order to show the film at Book Bonanza?

7        A.  I -- yes, I was aware that he wanted changes to

8    the film.

9        Q.  And did you understand that she worked very

10   late in order to make those changes so that --

11       A.  She worked late every single day on that movie.

12   I've never seen anyone work so much in my life.

13       Q.  So you find her to be a very hard worker?

14       A.  Yes.

15       Q.  And then the book -- the movie was shown at

16   Book Bonanza; is that right?

17       A.  Yes.

18       Q.  And how did it go?

19       A.  It was the best day of my life.

20       Q.  And tell me why.

21       A.  We had -- well, for one, you know, hosting a

22   convention is a full-time job in itself, and then being

23   told days before that you then are adding a whole other

24   essential convention, getting all those people to a

25   movie theater just felt like lots could go wrong.

CONFIDENTIAL

Page 148

1    Everything was seamless.  Sony sent so many people to

2    make sure everything went well.  And everyone was so

3    happy, and it was just a great night all around.

4         Q.  And how was the reception from the fans?

5         A.  A lot of crying.  A lot of joy.  I don't think

6    I heard one negative thing.

7         Q.  That must have been very satisfying for you.

8         A.  It was so much fun.

9              (Exhibit 24 was marked for identification.)

10   BY MS. HUDSON:

11        Q.  I'm going to hand you Exhibit 24.  Exhibit 4

12   [sic] is a text change between Mrs. Lively and

13   Mrs. Hoover, Bates stamped BL-28508 through 509.

14   This --

15              Do you recognize this, Mrs. Hoover, as a

16   text chain between you, Mrs. Lively, and Travis Moore?

17        A.  Yes.

18        Q.  I'm sorry.  I left out Shane Reid.

19        A.  And Shane Reid.

20        Q.  And Travis Moore and Shane Reid, as you

21   previously described, you were the editors that worked

22   with Mrs. Lively in the editing room and that you had

23   met when you were in there too?

24        A.  Correct.

25        Q.  And this is -- you recognize this as a text

CONFIDENTIAL

Page 149

```
 1    chain that you participated in?
 2        A.  Yes.
 3        Q.  Okay.  And at the top, Mrs. Lively says: Could.
 4    Not.  Have.  Gone.  Better.  I can't wait to tell you
 5    everything.  I don't cry, and I'm in the car crying.  It
 6    was such a beautiful experience.
 7                 Did you understand her to be -- what did
 8    you understand her to be describing?
 9        A.  She was letting Travis and Shane know how well
10    it went because they also had worked very hard on the
11    film and weren't able to be there, and she was just
12    letting them know that everyone loved it.
13        Q.  And your -- you wrote: It was amazing.  The
14    audience gave a standing ovation -- or cornvation?
15        A.  Inside joke.
16        Q.  Inside joke.
17                 Was there a standing ovation?
18        A.  Yes.
19        Q.  What -- other than -- I mean, a standing
20    ovation is a big deal.  Were there any other reactions
21    from the crowd?  Were they -- was there yelling?  Was
22    there --
23        A.  Oh, yeah, all --
24        Q.  -- you know, shouting and --
25        A.  -- everyone was just very much supportive, and
```

CONFIDENTIAL

Page 150

```
1    I -- I felt they were happy with the adaptation, but,
2    yeah, there was a lot of, like, cheering, and it was a
3    beautiful moment.
4        Q.  Okay.  I'm going to hand you a -- we're going
5    to go back to Exhibit 15, if you can find that in your
6    pile.  And I'm going to draw your attention to
7    Hoover 95.  There's a text at the bottom at June 16th at
8    7:07 p.m., and this is the text chain that you
9    previously said was between you and Josh Greenstein at
10   Sony.
11                Do you recall that?
12       A.  Yes.
13       Q.  And it looks like Mr. Greenstein says:
14   Congratulations.  Heard it could not have gone better.
15                Is that a text from him?
16       A.  Yes.
17       Q.  And your response is:  It was so great.
18   Everyone loved Blake and the movie, and even the
19   transferring of all the people went well.  Great weekend
20   all around.  Thank you for making it happen.
21                Do you know how it got back to
22   Mr. Greenstein that it had gone so well at that time?
23       A.  I -- I don't know who told him.
24                (Exhibit 25 was marked for identification.)
25   BY MS. HUDSON:
```

CONFIDENTIAL

Page 152

1          A.   Yes.

2          Q.   And you participated in this text exchange?

3          A.   Yes.

4          Q.   This document is dated August 14th through

5     15th, 2024, Bates-stamped BL-21264 through 268.

6                    This -- is this text exchange after the

7     premiere of the film?

8          A.   I believe so.

9          Q.   Okay.  Do you remember when the film premiered?

10         A.   I don't.

11         Q.   Does August 9th sound right?

12         A.   Yeah.

13         Q.   Okay.  I think we can -- can we all agree that

14    this film premiered August 9th?

15         A.   So this was after.

16                    MS. ZELDIN:   No.   The premiere was the 6th.

17    This -- 9th was the release.

18                    MS. HUDSON:   Fair enough.   Premiere was

19    August 6th.   Release was August 9th.

20    BY MS. HUDSON:

21         Q.   But this was after the film -- the final film

22    was public, right?

23         A.   Uh-huh.

24         Q.   Okay.

25         A.   Yes.  Sorry.

CONFIDENTIAL

Page 153

1           Q.   No problem.

2                What -- if you take a look at the top of

3      the page on 21267, there's a reference to an Instagram

4      post here for Wayfarer Studios that posts an article

5      that says "It Ends With Us Ending Explained: Why

6      Justin Baldoni Changed Ryle's Fate."

7                Did you see that Instagram post when it was

8      posted?

9           A.   Yes.

10          Q.   And did you have concerns about it?

11          A.   Yes.

12          Q.   And is this text exchange between you and

13     Mrs. Lively you telling her about the concerns that you

14     had with this post?

15          A.   Yes.

16          Q.   Okay.  And did you tell anyone else you had

17     concerns with this post?

18          A.   Justin and Jamey.

19          Q.   And what did you tell them?

20          A.   I asked them to take it down because it was not

21     true.

22          Q.   And what about it was not true?

23          A.   He did an article about how in the -- in the

24     script and in the movie, he had Lily leave Ryle, and

25     Ryle did not get custody and did not -- was no longer in

CONFIDENTIAL

Page 154

1    their lives, and it upset me because the online

2    narrative at the time was very much against the females

3    in the movie -- or not that -- that were involved in the

4    movie.

5              Blake and I, Isabela were getting a lot of

6    online hate, and I felt like Justin was posting things,

7    and all the comments on it were about how great he is

8    for talking about domestic violence and all this stuff

9    while we were silent about it, and -- and this article,

10   in particular, was very damaging for me because it made

11   it look like I -- I should have, you know -- not that I

12   should have written the ending differently, but that he

13   chose to change the ending.  But I knew that wasn't true

14   because after I'd written book two, we had many

15   conversations about a potential second movie, and in

16   order for there to be a second movie, he would still be

17   part of Lily and the child's life.

18              And so I felt like this article and this

19   interview he did was -- he did it to try to make himself

20   look like he was aligned with what people were saying

21   negatively about us and not actually speaking the truth

22   in it.

23   BY MS. HUDSON:

24      Q.  Uh-huh.

25      A.  And so I asked him and Jamey if they could

CONFIDENTIAL

Page 155

1    please take it down because it -- it just wasn't true.

2        Q.  Uh-huh.

3             And what -- what was it that made you feel

4    that Mr. Baldoni was sharing an article for the purpose

5    of affecting the conversation?

6             MS. ZELDIN:  Objection.

7             THE WITNESS:  I --

8    BY MS. HUDSON:

9        Q.  Well, if I mis-summarized that, feel free to

10   correct me.

11       A.  I -- I felt like, at this point in time, the

12   movie had released; it was doing really well.  But stuff

13   just suddenly started popping up online negatively about

14   Blake and -- and me and -- and the way we marketed the

15   movie, and it was all just really shocking, and I think

16   the most shocking thing was -- was how silent Justin was

17   about the online abuse the women in the movie were

18   getting.

19       Q.  Uh-huh.

20       A.  And this was -- to me, went against everything

21   he would preach about supporting women, and I felt very

22   much disappointed that the -- the people who made this

23   film were staying silent when especially Blake was

24   getting so much online hate, and a lot of it was about

25   the flowers and her wearing floral jeans, and I just

CONFIDENTIAL

Page 156

1    didn't understand why all of that was being said when

2    Justin and I made bouquets, and -- and, you know, like,

3    this was his movie, and I'm sure he approved the

4    marketing plan and -- that we went along with.

5              And so I -- I was very confused why the

6    things that we were being vilified for were -- were not

7    being defended --

8    Q.   What --

9    A.   -- or set straight.

10   Q.   What would you have wanted Mr. Baldoni to do?

11             MS. ZELDIN:   Objection.

12             THE WITNESS:   It would have been nice if he

13   or Sony or Jamey, you know, like, shared the marketing

14   plan and like -- literally, like, I -- I showed up and

15   did all of my PR and worked my ass off -- excuse

16   me -- and I -- I felt like -- oh, and when I say that, I

17   mean about the PR -- and I -- I read a teleprompter a

18   lot of times.  I did exactly what I was told to do, but

19   then, afterward, you know, a lot of the stuff we talked

20   about in interviews, we did at the press junket, a lot

21   of things about domestic violence, like, they were just

22   not shared anywhere.

23             And so we were -- online, it made it look

24   like we were completely ignoring the subject and -- and

25   were having fun and playing with flowers, and it just

CONFIDENTIAL

Page 157

1    felt very unfair that -- that the women were being

2    vilified for the things that I also saw the men do.

3    BY MS. HUDSON:

4        Q.  So did you share your feelings about

5    the -- this specific article with Mr. Baldoni?

6        A.  Yes, I did.

7        Q.  Did you share them with Mr. Heath?

8        A.  Yes.  It was a group text.

9            (Exhibit 27 was marked for identification.)

10   BY MS. HUDSON:

11       Q.  I've handed you what we marked as Exhibit 27.

12   Exhibit 27 is a series of texts Bates-stamped Hoover

13   0237 through 256.

14           And, Mrs. Hoover, based on the way that

15   this folder was produced by your counsel, our

16   understanding is that these are -- this is the complete

17   text chain that you have in your possession between you,

18   Mr. Heath, and Mr. Baldoni as a group text --

19       A.  Yes.

20       Q.  -- is that correct?

21       A.  Yes.

22           MS. HUDSON:  And, Mr. Stinson, did you

23   check that at the lunch break?

24           MR. STINSON:  Yes.

25           MS. HUDSON:  Okay.

CONFIDENTIAL

Page 174

1    confirm that what follows Mr. Baldoni's response on 252

2    is your response to him.

3         A.   It is.

4         Q.   Okay.  And that continues through 255?

5         A.   Yes.

6         Q.   All right.  You can set that aside.

7              I'm going to -- let me just ask you a

8    question: You mentioned this negative online commentary

9    directed towards the women of the film --

10        A.   Uh-huh.

11        Q.   -- at this time, August of 2024.

12             Did you experience that yourself prior to

13   the premiere on August 6th?

14        A.   No.  It was -- it was -- it was pretty sudden

15   and shocking, to be honest.  I mean, I experience

16   negative stuff online all the time.  But if you're

17   referring to, you know, like, the negative commentary

18   regarding the marketing and all that stuff, that was all

19   new.

20        Q.   And had the marketing changed at all in terms

21   of the themes?

22        A.   I mean, it was pretty much done by the time the

23   movie came out.  I didn't do any more marketing after

24   that.

25        Q.   But the types of, you know, florals and things

CONFIDENTIAL

Page 175

1    along those lines that were being marketed after the

2    film premiered and following, were they any different

3    than what you had been doing at Book Bonanza, for

4    example, or in any of the other promotional experiences

5    you had participated in?

6         A.   Not that I know of.  But after the premiere,

7    when everything started kind of going south online, I'd

8    just stay offline.  So I don't know if there was -- how

9    they marketed things online.  I just -- I don't have

10   knowledge of -- of much after the premiere.

11        Q.   And the negative online -- can you tell me more

12   specifically what you were experiencing?

13        A.   Just when I would try to post about the movie,

14   a lot of attacks and -- and comments that I wasn't used

15   to, you know, along the lines of Justin -- my having

16   unfollowed Justin.  People were curious about the

17   dis- -- like, what the discourse was.  And then people

18   were starting to express that they were upset by the

19   absence of Justin in -- in some of the promo.

20   And -- but you know how the internet is.  They can't say

21   it in a kind or concerning way, so it was just a lot of

22   attacks.  And then also just all the articles that were

23   out there about everything related to the movie that

24   were negative.

25        Q.   At some point, did you delete your Instagram?

CONFIDENTIAL

Page 253

1    BY MS. ZELDIN:

2        Q.  And you never appeared in pictures at the

3    premiere with Justin; is that correct?

4        A.  No.  I was ushered down a line and took to my

5    seat.  I didn't even -- I was only in pictures with

6    whoever was in the tent as we were walking through.

7        Q.  So --

8        A.  That wasn't a photoshoot, like, experience, as

9    far as I know.

10       Q.  If Justin had asked you to be in a photograph

11   with him, would you have done so?

12               MS. HUDSON:  Objection.

13               THE WITNESS:  Probably not that night, no.

14   BY MS. ZELDIN:

15       Q.  And why not?

16       A.  I was upset with him for things I had heard.

17       Q.  Things you had heard from --

18       A.  Been told by Blake.

19       Q.  I see.

20               And things you had been told by Blake are

21   the same things we've been talking about before?

22       A.  And some other stuff.

23       Q.  What other stuff?

24       A.  She told me that he -- well, the religion

25   thing, for one; that he told everyone on set that we met

CONFIDENTIAL

Page 254

1    through his faith.  She told me that he would -- would

2    use my name and tell everyone that we were basically

3    best friends, and so when he wasn't getting his way in a

4    scene, that he would say:  Well, the author wants it

5    this way.

6              I can't recall other things.  I don't know.

7        Q.  I see.

8              So these were what you would call -- would

9    you characterize these things as gossip?

10             MS. HUDSON:  Objection.

11             THE WITNESS:  Maybe.

12   BY MS. ZELDIN:

13       Q.  So --

14       A.  I just took it as things she had experienced

15   and told me.  Like, I didn't know if they were accurate

16   or not.

17       Q.  Did you do anything to verify that Justin had,

18   in fact, said that he met you through the church?

19       A.  No.  Because at the time, I already wasn't

20   speaking to Justin because of things that happened

21   between he and I that had nothing to do with Blake.

22       Q.  Did it upset you that she was gossiping?

23             MS. HUDSON:  Objection.

24             THE WITNESS:  I mean, there were a lot of

25   times that I preferred -- I mean, all the time I

CONFIDENTIAL

Page 297

```
 1
 2                  UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
      BLAKE LIVELY,
 4                                   Case No. 24-CV-10049-LJL
          Plaintiff,                 (LEAD CASE)
 5
      VS.
 6                                   Case No. 25-CV-449 (LJL)
      WAYFARER STUDIOS LLC,          (MEMBER CASE)
 7    ET AL.,
 8         Defendants.
      ----------------------------------------------------------
 9    --
      JENNIFER ABEL,
10
           Third-Party Plaintiff,
11
      VS.
12
      JONESWORKS, LLC,
13
           Third-Party Defendant.
14    ----------------------------------------------------------
      --
15    WAYFARER STUDIOS LLC, ET AL.,
16         Consolidated Plaintiffs,
17    VS.
18    BLAKE LIVELY, ET AL.,
19         Consolidated Defendants.
20                     ** CONFIDENTIAL **
21                  REPORTER'S CERTIFICATION
                 VIDEO-RECORDED DEPOSITION OF
22                  MARGARET COLLEEN HOOVER
                  MONDAY, SEPTEMBER 29, 2025
23
           I, Kari J. Behan, CCR, CSR, and in and for the
24    State of Texas, do hereby certify that the facts as
      stated by me in the caption hereto are true;
25
           That there came before me the aforementioned named
```

CONFIDENTIAL

Page 298

1  person, who was by me duly sworn to testify the truth
   concerning the matters in controversy in this cause;

2

        And that the examination was reduced to writing by
3  computer transcription under my supervision; that the
   deposition is a true record of the testimony given by
4  the witness.

5        I further certify that I am neither attorney or
   counsel for, nor related to or employed by, any of the
6  parties to the action in which this deposition is taken,
   and further that I am not a relative or employee of any
7  attorney or counsel employed by the parties hereto, or
   financially interested in the action.

8

        Given under my hand and seal of office on this 30th
9  day of September.

10

11                   *Kari J. Behan*

12                   KARI BEHAN, CCR, CSR
                     Texas CSR NO. 8564;
13                   Expiration Date: 7-31-2026
                     VERITEXT LEGAL SOLUTIONS
14                   Firm Registration No. 571

15

16

17

18

19

20

21

22

23

24

25