Exhibit 6

| | |
|---|---|
| **From:** | Lindsey Strasberg |
| **To:** | Joseph Lanius |
| **Cc:** | Imene Meziane; David Weber; Jaime Marchello; Warren Zavala; Elyse Scherz; Justin Grey Stone; David Weber; Allen Chanzis (                ); Mark E. Landesman |
| **Subject:** | RE: IEWU - Blake Lively Long Form + Nudity Rider |
| **Date:** | Friday, May 19, 2023 3:26:00 PM |
| **Attachments:** | image001.png |

Hi Joseph,

Thank you for the sending the long form. We will review and will come back to you with our comments.

In the meantime, since principal photography has commenced, until such time that the long form is fully-executed, our client will continue to proceed in reliance upon the terms of the negotiated deal memo with the understanding that Lender and Artist are now unconditionally pay-or-play for the acting fee of $1.75M and that the conditions in Paragraph 13 of the deal memo are now either satisfied or waived.

Customary reservation of rights.

Have a nice weekend.

Best,

Lindsey

**From:** Joseph Lanius [mailto:                         ]

**Sent:** Saturday, May 13, 2023 9:44 AM

**To:** Lindsey Strasberg

**Cc:** Imene Meziane ; David Weber ; Jaime Marchello

**Subject:** Re: IEWU - Blake Lively Long Form + Nudity Rider

Hello Lindsey,

Further to the below, attaching here the long form for Blake, which should hopefully reflect the agreed terms.

Also, attaching the relevant exhibits related to the contingent compensation.

As this agreement is being circulated, I must reserve all rights.

I look forward to hearing from you next week to starting wrapping this up.

As a reminder, please send the executed CoE on Monday.

Kind regards,

Joseph

**Joseph Lanius**
**Partner**



M  E  D  I  A        L  A  W
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

P:
M:
www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

BL-000038637

**From:** Joseph Lanius <███████████████>
**Date:** Friday, May 12, 2023 at 6:33 PM
**To:** Lindsey Strasberg <█████████████>
**Cc:** Imene Meziane <█████████████████>, David Weber <██████████████>,
Jaime Marchello <████████████████>
**Subject:** Re: IEWU - Blake Lively Nudity Rider

Ok. If you can please send over the executed CoE by Monday morning, that will be appreciated.

**Joseph Lanius**
**Partner**



M  E  D  I  A    L  A  W
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
████████████████
P:█████████
M█████████
www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

**From:** Lindsey Strasberg <████████████████>
**Date:** Friday, May 12, 2023 at 2:52 PM
**To:** Joseph Lanius <█████████████>
**Cc:** Imene Meziane <█████████████████>, David Weber <██████████████>,
Jaime Marchello <███████████████>
**Subject:** RE: IEWU - Blake Lively Nudity Rider



We are working on comments to the nudity rider with our client and are not yet ready to send.

**From:** Joseph Lanius [mailto:██████████████████]
**Sent:** Friday, May 12, 2023 2:45 PM
**To:** Lindsey Strasberg <█████████████>
**Cc:** Imene Meziane <████████████████>; David Weber <██████████████>; Jaime
Marchello <███████████████>
**Subject:** Re: IEWU - Blake Lively Nudity Rider



Hi Lindsey,

We are checking on the day of the exact scene. But, principal starts on Monday so we need this signed along with the CoE that you still have in your court. If you can please get these over today, that will be greatly appreciated.
Kind regards,
Joseph

BL-000038638

On May 11, 2023, at 5:44 PM, Lindsey Strasberg ███████████████ > wrote:

When is the first shoot day with nudity/simulated sex?

On May 11, 2023, at 8:09 PM, Joseph Lanius <██████████████████ > wrote:

HI Lindsey,
Following up on the Nudity Rider.
We would like to get this executed by tomorrow.
Thanks,
Joseph
**Joseph Lanius**
**Partner**
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

P: ████████████
M: ████████████
www.convergence-ml.com

*The information contained in this e-mail message, including any*
*attachments, are intended only for the personal and confidential use of the*
*recipient(s) named above. This message may be an attorney-client*
*communication and/or work product and as such is privileged and*
*confidential. If you have received this communication in error, please*
*notify us immediately by e-mail, and permanently delete the original*
*message and any attachments. Thank you.*

**From:** Joseph Lanius <██████████████ >
**Date:** Wednesday, May 10, 2023 at 9:03 AM
**To:** Lindsey Strasberg <██████████████ >
**Cc:** Imene Meziane <██████████████████ >, David Weber
<██████████████ >, Jaime Marchello
<██████████████ >
**Subject:** Re: IEWU - Blake Lively Nudity Rider

Hi Lindsey,
Confirmation for Lizzy attached here.
Let me know if you need anything else at the moment.
Thanks!
**Joseph Lanius**
**Partner**
9171 Wilshire Blvd., Suite 500

BL-000038639

Beverly Hills, CA 90210



www.convergence-ml.com

*The information contained in this e-mail message, including any*
*attachments, are intended only for the personal and confidential use of the*
*recipient(s) named above. This message may be an attorney-client*
*communication and/or work product and as such is privileged and*
*confidential. If you have received this communication in error, please*
*notify us immediately by e-mail, and permanently delete the original*
*message and any attachments. Thank you.*



**From:** Lindsey Strasberg <                    >
**Date:** Wednesday, May 10, 2023 at 8:55 AM
**To:** Joseph Lanius <                    >
**Cc:** Imene Meziane <                    >, David Weber
<                    >, Jaime Marchello
<                    >
**Subject:** RE: IEWU - Blake Lively Nudity Rider

Hi Joseph,
I am following up to get written confirmation of Lizzy's approval of the
exhibit. I don't want to walk Blake through the details of the
nudity/simulated sex descriptions without that assurance that Lizzy has
signed off on the specific language.
Thank you!

**From:** Lindsey Strasberg
**Sent:** Monday, May 8, 2023 2:41 PM
**To:** Joseph Lanius <                    >
**Cc:** Imene Meziane <                    >
**Subject:** RE: IEWU - Blake Lively Nudity Rider
Hi Joseph.
Thanks for getting that information for me.

**From:** Joseph Lanius [mailto:                    ]
**Sent:** Monday, May 8, 2023 2:39 PM
**To:** Lindsey Strasberg <                    >
**Cc:** Imene Meziane <                    >
**Subject:** Re: IEWU - Blake Lively Nudity Rider
Hi Lindsey,
I will get the confirmation for you and send along.
As a heads up, I just got word that this is not as urgent now because looks like these
scenes are being moved from Vegas to Atlantic City because Blake's little one is sick.
I will send the confirmation from the intimacy coordinator asap.
Kind regards,
Joseph

BL-000038640

On May 8, 2023, at 1:46 PM, Lindsey Strasberg
< ▊▊▊▊▊▊▊ > wrote:

Hi Joseph,
Do you have written approval from the intimacy coordinator
for the exhibit that you can share?

**From:** Joseph Lanius [mailto▊▊▊▊▊▊▊▊▊▊▊▊]
**Sent:** Monday, May 8, 2023 11:33 AM
**To:** Lindsey Strasberg <▊▊▊▊▊▊▊▊▊>
**Cc:** Imene Meziane <▊▊▊▊▊▊▊▊▊▊▊▊>
**Subject:** Re: IEWU - Blake Lively Nudity Rider
Hi Lindsey,
Please note that I just sent the long form on accident. That is
technically still under internal review by Sony, which I hope
to have approval today, so please ignore that attachment for
now.
Attaching here the actual Nudity Rider.
Reserving customary rights.
Kind regards,
Joseph
**Joseph Lanius**
**Partner**
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
▊▊▊▊▊▊▊▊▊▊▊▊
P: ▊▊▊▊▊▊▊
M: ▊▊▊▊▊▊▊
www.convergence-ml.com

*The information contained in this e-mail message, including*
*any attachments, are intended only for the personal and*
*confidential use of the recipient(s) named above. This*
*message may be an attorney-client communication and/or*
*work product and as such is privileged and confidential. If*
*you have received this communication in error, please notify*
*us immediately by e-mail, and permanently delete the*
*original message and any attachments. Thank you.*

**From:** Joseph Lanius <▊▊▊▊▊▊▊▊▊▊▊>
**Date:** Monday, May 8, 2023 at 11:30 AM
**To:** Lindsey Strasberg <▊▊▊▊▊▊▊▊▊>
**Cc:** Imene Meziane <▊▊▊▊▊▊▊▊▊▊>
**Subject:** IEWU - Blake Lively Nudity Rider

Hello Lindsey,
I hope you had a good weekend.
Attaching here Blake's Nudity Rider for your review that has

BL-000038641

been approved by SAG intimacy coordinator.

Apologies for the rush job but, please note we need this signed by tomorrow.

Reserving customary rights.

I look forward to hearing from you shortly.

Kind regards,

Joseph

**Joseph Lanius**
**Partner**
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210



P
M:
www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

CONFIDENTIAL