# Exhibit 7

# chat348418882115617593

**Thread Participants:** Jamey Heath; Kristy Carlson; J B (Owner); Henny Grace (Owner); Alex Saks Old #;

**Active Participants:** Henny Grace (Owner); Alex Saks Old #; Kristy Carlson;

**First Message:** 4/16/2023 4:25:58 PM
**Last Message:** 4/16/2023 9:01:57 PM

---

**Henny Grace (Owner)**
Looks like Amy Morton - Blake is doing a punch up of first Jenny scene now. Tomorrow we can go to her
4/16/2023 4:25:58 PM

**Kristy Carlson**
Loved "Looks like Amy Morton - Blake is doing a punch up …"
4/16/2023 4:42:31 PM

**Kristy Carlson**
Amazing!
4/16/2023 4:43:11 PM

**Henny Grace (Owner)**
just want to think about how to age her down for flashbacks to match Kevin
4/16/2023 4:59:59 PM

**Kristy Carlson**
Liked "just want to think about how to age her down for f…"
4/16/2023 5:11:08 PM

**Alex Saks Old #**
Hair color will help
4/16/2023 5:14:56 PM

**Henny Grace (Owner)**
And it's could be gray at the top and then colored at the back end
4/16/2023 5:15:39 PM

**Alex Saks Old #**
Luckily all the young stuff is isolated at the end
4/16/2023 5:16:04 PM

**Alex Saks Old #**
Yep
4/16/2023 5:16:07 PM

CONFIDENTIAL
BALDONI_000016476

**Henny Grace (Owner)**
Going to have a new draft early in the AM to send out for Jenny - Blake took a pass at Jenny and it's great. Just putting touches on it now
4/16/2023 8:49:00 PM

**Henny Grace (Owner)**
She also offered to send a note
4/16/2023 8:49:12 PM

**Alex Saks Old #**
I'd like to read the draft before it goes out
4/16/2023 9:01:57 PM

CONFIDENTIAL
BALDONI_000016477