# Exhibit 10

```
 1
 2        ** C O N F I D E N T I A L **
 3    * CONTAINS ATTORNEYS' EYES ONLY MATERIAL *
 4    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 5    Case No. 1:24-CV-10049-LJL
      (Consolidated with 1:25-cv-00449-LJL)
 6    ----------------------------------x
      BLAKE LIVELY,
 7             Plaintiff,
 8        - against -
 9    WAYFARER STUDIOS LLC, a Delaware
      Limited Liability Company, JUSTIN
10    BALDONI, an individual, JAMEY HEATH, an
      individual, STEVE SAROWITZ, an individual,
11    IT ENDS WITH US MOVIE LLC, a California
      Limited Liability Company, MELISSA
12    NATHAN, an individual, THE AGENCY
      GROUP PR LLC, a Delaware Limited Liability
13    Company, JENNIFER ABEL, an individual,
      JED WALLACE, an individual, and STREET
14    RELATIONS INC., a California Corporation,
                Defendants.
15    ----------------------------------x
                   (Caption continued)
16                 September 30, 2025
                   10:09 a.m.
17
18        Videotaped Deposition of ISABELA
19    FERRER, taken by Defendants, pursuant to
20    Subpoena, held at the offices of Meister
21    Seelig & Fein PLLC, 125 Park Avenue, New
22    York, New York, before Todd DeSimone, a
23    Registered Professional Reporter and Notary
24    Public of the State of New York.
25
```

Page 1

```
1                FERRER - CONFIDENTIAL
2        A.      That was a call-back, so Justin
3   and a reader were on the Zoom call with me.
4        Q.      Okay.  Do you recall how long
5   that Zoom lasted?
6        A.      I would say around 20 minutes.
7        Q.      Do you recall the name of the
8   reader who was participating?
9        A.      No.
10       Q.      Was it a male or a female?
11       A.      It was a male.
12       Q.      Did anything occur during that
13  20-minute Zoom audition that caused you
14  concern about Mr. Baldoni?
15       A.      No.
16       Q.      Anything inappropriate happen
17  during the course of that audition?
18       A.      No.
19       Q.      Were you eventually offered the
20  role in this movie?
21       A.      Yes.
22       Q.      And is it okay if I refer to it
23  as the young Lily?
24       A.      Yes.
25       Q.      When were you offered the role
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1              FERRER - CONFIDENTIAL
2    in relation to the call-back?
3         A.      I believe the next week.
4         Q.      And how was that offer
5    communicated to you?
6         A.      Over the phone by my manager.
7         Q.      Do you know what role, if any,
8    Justin Baldoni had in getting you that
9    role?
10              MS. ROESER:  Objection.
11        A.      Are you asking if I know --
12   what I know now or what I knew at the time?
13        Q.      What you know now.
14        A.      I believe he had a pretty
15   strong part in the casting process.
16        Q.      And what -- I'm sorry, did you
17   finish?
18        A.      Yeah.
19        Q.      What is the basis for your
20   belief that he had a strong role in the
21   casting process?
22        A.      From what we spoke about and
23   the way that he spoke about the casting
24   process with me and him being a producer
25   and director on the part, or on the movie.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              FERRER - CONFIDENTIAL
 2        Q.      When for the first time did you
 3   learn that Justin Baldoni was both acting
 4   in the movie, directing the movie, and a
 5   producer of the movie?
 6        A.      When I got the audition.
 7        Q.      The e-mail advising you of the
 8   role from your manager?
 9        A.      Yes.
10        Q.      Prior to receiving the e-mail
11   from your manager about the role, were you
12   aware of the project It Ends With Us?
13        A.      No.
14        Q.      Had you ever heard of It Ends
15   With Us?
16        A.      Yes.
17        Q.      And in what context had you
18   heard of it?
19        A.      A friend of mine had read the
20   book.
21        Q.      And do you recall what, if
22   anything, your friend told you about the
23   book?
24        A.      It made her cry.
25        Q.      Did she tell you why it made
```

Page 22

```
 1              FERRER - CONFIDENTIAL
 2   her cry?
 3        A.      I believe she said something
 4   about it being an intense book to read.
 5        Q.      Anything else that you could
 6   recall?
 7        A.      No.
 8        Q.      Do you know who the author of
 9   the book is?
10        A.      Yes.
11        Q.      And who is the author?
12        A.      Colleen Hoover.
13        Q.      Had you ever met Colleen Hoover
14   before your work on this project?
15        A.      No.
16        Q.      Did you know who Colleen Hoover
17   was before you began working on this
18   project?
19        A.      No.
20        Q.      After you were offered the
21   role, did you read the book?
22        A.      Yes.
23        Q.      When in relation to receiving
24   the offer did you read the book?
25        A.      I started reading the book in
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              FERRER - CONFIDENTIAL
 2    between my first audition and the
 3    call-back.
 4         Q.     And did you finish reading it?
 5         A.     Yes.
 6         Q.     And did you read it just the
 7    one time?
 8         A.     No.
 9         Q.     How many times did you read the
10    book?
11         A.     I would say three times.
12         Q.     And is there a reason why you
13    read the book?
14         A.     To inform myself on the
15    character.
16         Q.     Was reading the book helpful
17    for you in informing yourself about the
18    character?
19         A.     Yes.
20         Q.     Had you ever appeared in any
21    other productions, TV shows, movies,
22    theater, that were based on a book?
23         A.     No.
24         Q.     Prior to your work on this
25    project, and sometimes I will say project,
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            FERRER - CONFIDENTIAL
 2       A.      Yes.
 3       Q.      Can you tell me what happened
 4  during the filming of that scene?
 5       A.      My co-star and I were filming a
 6  sex scene and after a couple of takes,
 7  after cut, Justin Baldoni turned to my
 8  co-star and I and said "I know I'm not
 9  supposed to say this, but that was hot."
10       Q.      Was anyone else present when
11  Mr. Baldoni said that?
12       A.      Yes.
13       Q.      Who else was present?
14       A.      The crew that were in the room
15  for the closed set, my co-star, and I don't
16  recall her being there, but I'm assuming
17  the intimacy coordinator.
18       Q.      What, if anything, did you say
19  after Mr. Baldoni made that comment?
20       A.      I laughed it off.
21       Q.      What, if anything, did Alex say
22  after Mr. Baldoni made that comment?
23       A.      Nothing.
24       Q.      Did you and Alex ever discuss
25  that comment subsequently?
```

Page 68

1              FERRER - CONFIDENTIAL
2    rephrase the question.
3        A.      Wonderful.
4        Q.      Who referred you to your
5    attorney?
6        A.      My manager.
7        Q.      Had you been served with a
8    subpoena before you retained Mr. Michelman?
9        A.      No.
10       Q.      I think you said there were
11   three incidents that you felt were
12   inappropriate or unwelcome actions, conduct
13   or comments, and we have discussed the one,
14   the intimate scene, so far, correct?
15       A.      Yes.
16       Q.      Can you tell me about the
17   second incident?
18       A.      There was a scene in which my
19   character, Lily, is in her kitchen and the
20   other character played by my co-star Alex
21   Neustaedter is making cookies and there was
22   a note that was a change to the scene in
23   which as he was feeding me cookie dough
24   from a spoon, Justin offered that I lick
25   the cookie dough off of the spoon and look

Page 74

```
 1              FERRER - CONFIDENTIAL
 2   up at my co-star in a way that deemed to me
 3   kind of inappropriate given the context of
 4   the scene.
 5        Q.     Did you make any complaint to
 6   Mr. Baldoni at that time?
 7        A.     No.
 8              MS. ROESER:  Objection.
 9        Q.     Did you make a complaint to
10   anyone at Wayfarer about that scene?
11              MS. ROESER:  Objection.
12        A.     No.
13        Q.     Did you contact your manager
14   about your concerns over the note or change
15   to that scene?
16        A.     No.
17        Q.     Did you contact your agent
18   about the note or the change to that scene?
19        A.     No.
20        Q.     Did you complain to Alex that
21   you felt that that was not an
22   appropriate -- that it was not an
23   appropriate change to the scene?
24              MS. ROESER:  Objection.
25        A.     Yes.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              FERRER - CONFIDENTIAL
 2    this case?
 3         A.      Yes.
 4         Q.      Anything else that has impacted
 5    your opinion of Mr. Baldoni other than what
 6    you have already told us?
 7         A.      What Alex expressed to me that
 8    he experienced on set, which had to do with
 9    me.
10         Q.      Okay.  Can you tell us about
11    that?
12         A.      The first day I met Alex and
13    the first day I was on set, before the
14    intimacy rehearsal, which I had earlier
15    referenced, I was told this after the fact,
16    months later, because Alex expressed that
17    he didn't want me to feel uncomfortable,
18    but Alex told me that he had had a private
19    conversation while we were on the way to
20    the car to drive to Jersey City in which
21    Justin pulled Alex aside and said "I really
22    want you to get to know Isabela well," and
23    winked at him.
24              And other than that, there was
25    a time, the second to last day before
```

Page 81

```
1              FERRER - CONFIDENTIAL
2         Q.      Did Ms. Lively ever share with
3    you an incident where Mr. Baldoni was in
4    her trailer and crying?
5         A.      I don't recall.
6         Q.      Are you aware of Mr. Baldoni or
7    Mr. Heath or anyone from Wayfarer
8    encouraging Blake to film a birth scene in
9    the nude?
10        A.      No.
11        Q.      And I apologize if I have
12   already asked this, were you ever on set
13   during the filming when Blake was filming?
14        A.      Yes.
15        Q.      Did you ever witness Justin
16   Baldoni improvise physical contact with
17   Blake Lively?
18             MS. ROESER:  Objection.
19        A.      No.
20        Q.      Did Ms. Lively ever complain to
21   you that Justin Baldoni was improvising
22   physical contact with her?
23        A.      No.
24             (Ferrer Exhibit 2 marked for
25   identification.)
```

Page 105

```
 1              FERRER - CONFIDENTIAL
 2       Q.       Ms. Ferrer, I'm going to show
 3   you what we have marked as Ferrer No. 2,
 4   and I'm going to ask if you recognize this
 5   document?
 6       A.       Yes.
 7       Q.       And at some point in this
 8   litigation were you asked to make a search
 9   for any records or communications that you
10   may have that might be relevant to the
11   claims or defenses in this action?
12       A.       Yes.
13       Q.       And is this one of those
14   documents that you retrieved and produced
15   pursuant to the subpoena?
16       A.       Yes.
17       Q.       And I think you said in May of
18   2023 you were filming or on set?
19       A.       Yes, my one day of filming.
20       Q.       And did you meet the intimacy
21   coordinator at that time?
22       A.       No.
23       Q.       When for the first time did you
24   meet the intimacy coordinator?
25       A.       In June, in the intimacy
```

Page 106

```
 1              FERRER - CONFIDENTIAL
 2    rehearsal.
 3         Q.    The one that you had already
 4    discussed with us?
 5         A.    Yes.
 6         Q.    So Ferrer No. 2 is a text
 7    exchange, and it is Bates stamped IF_24,
 8    and those are just the little red numbers
 9    at the bottom for identification purposes.
10              Was this text exchange your
11    first interaction with Lizzy Talbot, the
12    intimacy coordinator for It Ends With Us?
13         A.    I can't recall if I met her
14    first or if this text -- this text was
15    first.
16         Q.    And the only reason I ask is on
17    June 16th, 2023 at 7:15 p.m. there is a
18    text at the top that says "Hey Isabella!
19    It's Lizzy here - I intimacy coordinator
20    for IEWU," which I'm going to assume stands
21    for It Ends With Us.  So I'm assuming this
22    may have been your first interaction with
23    Ms. Talbot?
24         A.    Yes.
25         Q.    And then it goes on to read
```

Page 107

```
 1              FERRER - CONFIDENTIAL
 2   "Are you free later this afternoon for a
 3   quick chat about the Lily and Atlas scenes?
 4   Thanks! Lizzy."
 5              Did I read that correctly?
 6        A.    Yes.
 7        Q.    Did you wind up having a chat
 8   with Lizzy Talbot about the scenes between
 9   you and Alex?
10        A.    Yes.
11        Q.    Anything during that
12   conversation with Lizzy Talbot that was
13   concerning?
14        A.    No.
15        Q.    If you go to the bottom half of
16   the page, the blue box on June 23rd, 2023
17   at 5:09, is that a text that you sent?
18        A.    Yes.
19        Q.    And did you send that text --
20   withdrawn.
21              When in relation to filming did
22   you send that text?
23        A.    This was in the duration of
24   when I was filming.
25        Q.    So this was subsequent to the
```

Page 108

```
 1              FERRER - CONFIDENTIAL
 2   rehearsal?
 3        A.     After the rehearsal.
 4        Q.     And the scene was actually
 5   filmed; is that correct?
 6        A.     Yes.
 7        Q.     Can you read what you wrote to
 8   Lizzy Talbot?
 9        A.     Sure.  "Thank you so so much
10   for your help!!  You were incredible and
11   given I've never done that before I felt
12   like it was the easiest thing ever!  So
13   thank you!!"
14        Q.     And was that sent after an
15   intimate scene had been filmed?
16        A.     Yes.
17        Q.     Did you have any issues,
18   concerns, or problems with that scene?
19             MS. ROESER:  Objection.
20             MR. MICHELMAN:  Objection.
21        A.     Other than what I referenced
22   earlier?
23        Q.     Yes.
24        A.     No.
25        Q.     Other than what you have
```

                                    Page 109

```
 1              FERRER - CONFIDENTIAL
 2   referenced earlier.
 3        A.     No.
 4        Q.     Did you ever complain to Lizzy
 5   Talbot about what you testified to earlier?
 6              MS. ROESER:  Objection.
 7        A.     No.
 8        Q.     Did anyone prompt you to send
 9   this text to Ms. Talbot?
10        A.     No.
11        Q.     Did anyone ask that you send
12   this text to Ms. Talbot?
13        A.     No.
14        Q.     Was this an accurate
15   characterization of how you felt at the
16   time when you sent this text?
17              MR. MICHELMAN:  Objection.
18              MS. ROESER:  Join.
19        A.     It's how I felt when working
20   with Lizzy, yes.
21        Q.     Was Justin present when the
22   scene was filmed?
23        A.     Yes.
24        Q.     Was he acting as director at
25   the time when the intimate scene was
```

Page 110

```
 1         FERRER - ATTORNEYS' EYES ONLY
 2   lol."
 3              Why were you of the opinion
 4   that Justin Baldoni was the best con artist
 5   you had ever witnessed?
 6        A.    I think I at this time believed
 7   that he, due to us all seemingly doing our
 8   press without him, there had been a
 9   narrative that was spun in which he had
10   been victim to us all bullying him and
11   icing him out of press and out of all of
12   these things, in which then he was able to
13   play up this narrative that he had been a
14   victim to us bullying him, which I
15   obviously don't think I ever bullied him.
16   But I guess I saw the way that things were
17   playing out online as an ingenuine
18   narrative, so I guess I associated that
19   with a con artist.  That was the
20   description I used.
21        Q.    Okay.  Was it Justin's idea
22   that you and the other cast members and
23   Colleen do press without him?
24              MR. MICHELMAN:  Objection.
25              MS. ROESER:  Objection.
```

Page 172

```
 1           FERRER - ATTORNEYS' EYES ONLY
 2        Q.      On page IF_28, in the middle
 3   you wrote "Absolutely.  I really hope he
 4   feels one day morally responsible for
 5   promoting bullying towards us after the way
 6   he's treated us already.  And I'm grateful
 7   I'm not taking it too personally and am
 8   aware that it's bullshit."  I'm going to
 9   stop there.
10           How did Justin promote bullying
11   towards you?
12        A.      Given the online hate that I
13   was getting, it seemed like there was
14   nothing being done to speak out against the
15   bullying that was happening to the women
16   and the cast, while he was going along with
17   the rest of his press run, and I assume
18   anybody that was online would have seen
19   what was going on.
20           So also from what I had
21   gathered information-wise from people such
22   as Blake, it was kind of assumed that due
23   to hiring a PR crisis manager that this
24   kind of narrative was starting to get spun
25   online.
```

Page 175

```
 1         FERRER - ATTORNEYS' EYES ONLY
 2    I think your answer was "I think at that
 3    point the fact that he wasn't recognizing
 4    that something was happening was enough for
 5    me to not want to speak to him."  And I
 6    think you are referring to the something
 7    happening as the negative online comments;
 8    is that correct?
 9         A.    Yes.
10              MS. ROESER:  Objection.
11         Q.    Were you seeing any negative
12    online comments about Justin Baldoni?
13         A.    No.
14         Q.    The only negativity was
15    towards, that you saw, was towards your
16    fellow actors?
17         A.    And myself.
18         Q.    And yourself?
19         A.    Mainly me.
20              MS. ROESER:  Objection.
21         Q.    You can put that one to the
22    side.
23              (Ferrer Exhibit 7 marked for
24    identification.)
25         Q.    Ms. Ferrer, I'm going to show
```

Page 183

```
 1              FERRER - CONFIDENTIAL
 2       A.      No.
 3       Q.      Did Blake Lively ever suggest
 4   to you that this movie is a girls night out
 5   kind of movie?
 6               MS. ROESER:  Objection.
 7               MR. MICHELMAN:  Objection.
 8       A.      No.
 9       Q.      In the next sentence of that
10   same text you wrote "Justin has been
11   playing all of this up because he knows
12   he's about to get his shit exposed so he's
13   hyping her up and then playing the victim
14   at the same time."
15               What did you mean when you said
16   "Justin has been playing all of this up"?
17       A.      I think I meant the bullying
18   and the narrative that was coming out after
19   the premieres and after it was deemed by
20   the public on social media that me and
21   Blake and the rest of the cast didn't care
22   about the real meaning of this movie, and
23   given his, again, lack of really like
24   speaking up for any of us or talking or
25   coming out publicly to even defend not
```

Page 189

```
 1              FERRER - CONFIDENTIAL
 2    Blake, but even just me, I found it to be
 3    kind of in line with then him promoting
 4    himself and his voiced opinions about
 5    domestic violence and him being able to
 6    kind of be the only person to talk about
 7    that.  So it seemed to me that he was
 8    playing this narrative up that we don't
 9    care and that he does.
10        Q.    Do you know if Justin wanted to
11    participate in the press with you?
12              MS. ROESER:  Objection.
13        A.    I don't know.
14        Q.    Do you know if he wanted to
15    participate in press with Blake Lively?
16              MS. ROESER:  Objection.
17        A.    I don't know.
18        Q.    Do you know if he wanted to
19    participate in press with Colleen Hoover?
20              MS. ROESER:  Objection.
21        A.    Yes.
22        Q.    You know that he did want to?
23              MR. MICHELMAN:  Objection.
24              MS. ROESER:  Join.
25        A.    I know that he was going to and
```

Page 190

```
1              FERRER - CONFIDENTIAL
2     she wrote "instead of whatever the writer
3     said about bring your GFs wear florals"?
4                MS. ROESER:  Objection.
5         A.      I think she is referencing
6     Colleen saying something in an Instagram
7     post.
8         Q.      Do you recall what Colleen's
9     Instagram post was?
10        A.      I feel like it might have been
11    a joint Instagram with her and other
12    castmates in which the caption was or had
13    like something under these terms, but I
14    don't recall the specific post.
15        Q.      Okay.  You responded "Right,
16    which is just wild because the only reason
17    we were told to speak like that was through
18    the studio and Justin is only speaking on
19    DV to make everyone look bad."
20                Was it the studio who advised
21    you of how to market this film?
22                MR. MICHELMAN:  Objection.
23        A.      From I was told, yes.
24        Q.      And did you ever speak with
25    Justin as to why he was speaking on
```

Page 208

```
 1            FERRER - CONFIDENTIAL
 2    domestic violence?
 3         A.      No.
 4         Q.      What is the basis for your
 5    opinion or your text that Justin was only
 6    speaking on domestic violence to make
 7    everyone look bad?
 8         A.      I think the opinion was based
 9    off of the context that I had gotten about
10    the timing of when he decided to speak on
11    it, when we were told to not, and I think
12    the studio I'm referencing is Wayfarer.  So
13    I think the dichotomy of Wayfarer telling
14    us to not speak on it and then Justin going
15    and speaking on it kind of looked to me in
16    conclusion like he was trying to make it
17    look like we wouldn't want to talk about
18    it.
19         Q.      And was that anything more than
20    an assumption on your part?
21              MS. ROESER:  Objection.
22         A.      It was an educated guess.
23         Q.      What went into you forming that
24    educated guess?
25         A.      Me being told that I couldn't
```

Page 209

```
 1              FERRER - CONFIDENTIAL
 2    speak on domestic violence by his
 3    production company and then him going and
 4    speaking on it.
 5         Q.     Anything other than that?
 6         A.     No.
 7         Q.     And at the point of this text,
 8    had you already viewed his cut or a portion
 9    of his cut of the movie?
10         A.     I had seen I think two scenes
11    he had shown me, like portions of my scenes
12    during reshoots months prior.
13         Q.     And where did he show that to
14    you?
15         A.     During reshoots on set.
16         Q.     Is that at the New Jersey
17    location?
18         A.     Yes.
19         Q.     Was there anything that
20    happened during those reshoots that was
21    inappropriate?
22              MS. ROESER:  Objection.
23         A.     No.
24         Q.     Anything about him showing you
25    the two scenes that was inappropriate?
```

Page 210

```
 1              FERRER - CONFIDENTIAL
 2       A.      Yes.
 3       Q.      What kind of job did you hold
 4  before?
 5       A.      I worked a lot of jobs in the
 6  restaurant industry.
 7       Q.      Okay.  Had you ever worked in
 8  the entertainment industry before?
 9       A.      Professionally, no.
10       Q.      Prior to joining It Ends With
11  Us, had you ever received training on
12  harassment in the workplace?
13       A.      No.
14       Q.      Prior to joining It Ends With
15  Us, had you ever received a training on
16  appropriate workplace behavior?
17              MR. SCHUSTER:  Objection.
18       A.      No.
19       Q.      And when you started working on
20  the film did you -- withdrawn.
21              Did Wayfarer provide you with
22  any workplace harassment training in
23  connection with It Ends With Us?
24       A.      No.
25       Q.      Do you recall receiving, for
```

Page 240

1           FERRER - CONFIDENTIAL
2     example, an employee handbook that
3     contained policies with respect to
4     harassment or discrimination?
5          A.     No.
6          Q.     Did you attend any sort of
7     video training or online course about safe
8     work environments or sexual harassment in
9     connection with the film?
10         A.     No.
11         Q.     If I use the word "the film"
12    during these questions, will you understand
13    that I'm referring to It Ends With Us?
14         A.     Yes.
15         Q.     Okay, great.
16                Did you understand whether
17    there was a human resources department in
18    connection with the film?
19                MR. SCHUSTER:  Objection.
20         A.     Not really, no.
21         Q.     Did you understand whether
22    there was someone that you could go to if
23    you had concerns about workplace behavior
24    in connection with the film?
25         A.     I assumed there would be if I

                                    Page 241

```
 1              FERRER - CONFIDENTIAL
 2   needed to, but I didn't think about it
 3   really.
 4        Q.     Do you, even as you sit here,
 5   have any understanding of who that person
 6   who you could raise concerns about behavior
 7   on set would be?
 8        A.     No.
 9        Q.     Do you know if Wayfarer has a
10   human resources department?
11              MR. SCHUSTER:  Objection.
12        A.     I don't know.
13        Q.     Were you ever provided any sort
14   of hotline that you could call in
15   connection with the film if you had
16   concerns about the workplace?
17              MR. SCHUSTER:  Objection.
18        A.     No.
19        Q.     Were you provided with any
20   anonymous e-mail that you could contact if
21   you had concerns about behavior in
22   connection with the film?
23        A.     No.
24        Q.     Do you have an understanding as
25   to what legally qualifies as a complaint of
```

Page 242

```
 1              FERRER - CONFIDENTIAL
 2         A.      No.
 3         Q.      Earlier in your testimony you
 4    spoke about three incidents that made you
 5    uncomfortable on set.  Do you recall that?
 6         A.      Yes.
 7         Q.      I believe the first one was a
 8    comment from Mr. Baldoni along the lines of
 9    "that was hot," following an intimate
10    scene; is that right?
11         A.      Yes.
12         Q.      Why did that make you
13    uncomfortable?
14         A.      It didn't feel appropriate in a
15    work environment, and given that it was not
16    necessarily like a note of any kind to do
17    with my acting, it felt out of place and
18    strange to hear about a scene, especially a
19    scene that is meant to be a PG scene about
20    two young teenagers having a very like
21    innocent experience intimately, it felt out
22    of place to hear my director say that as a
23    personal thing to me and my co-star.
24         Q.      You felt that the comment was
25    directed to you personally?
```

Page 244

```
 1              FERRER - CONFIDENTIAL
 2                 MR. SCHUSTER:  Objection.
 3         A.       It felt like it was directed to
 4     me and my co-stars -- or co-star
 5     personally, yeah.
 6         Q.       You mentioned that -- did you
 7     say it was -- the scene was meant to be an
 8     innocent experience?
 9         A.       Yeah, the context of the scene
10     is that my character was losing her
11     virginity, and the way it was described in
12     the script and kind of broken down with the
13     intimacy coordinator is it shouldn't have
14     been sexy or hot or any term like that and
15     it was much more so meant to be, yeah,
16     innocent, leaning more so towards a PG kind
17     of intimate scene.
18         Q.       Did you have a conversation
19     with the intimacy coordinator in which she
20     mentioned that the scene in which your
21     character loses her virginity was not meant
22     to be sexy or hot?
23         A.       I recall having a discussion
24     not with those exact words, but along the
25     lines of specifically to do with certain
```

Page 245

```
 1              FERRER - CONFIDENTIAL
 2    movements that we had choreographed and
 3    that it shouldn't feel -- it shouldn't
 4    necessarily feel adult.
 5         Q.     Do you recall whether in
 6    rehearsing the intimate movements for that
 7    scene in which your character loses her
 8    virginity Mr. Baldoni suggested or
 9    recommended particular sexual positions
10    that were more adult than innocent?
11         A.     No.
12         Q.     So the comment from Mr. Baldoni
13    with respect to -- withdrawn.
14              So after you filmed a scene in
15    which your character was to lose her
16    virginity is when Mr. Baldoni commented
17    "that was hot"?
18         A.     Quote, "I'm not supposed to say
19    this, but that was hot," yeah.
20         Q.     He prefaced this with "I know
21    I'm not supposed to say this"?
22         A.     I can't remember if -- I'm not
23    sure if it was -- if he said quote, "I'm
24    not sure if I'm supposed to say this" or
25    "I'm not supposed to say this," but I know
```

Page 246

```
 1              FERRER - CONFIDENTIAL
 2   that "not supposed to say this" was in the
 3   context.
 4        Q.    The second instance that you
 5   mentioned that made you feel uncomfortable
 6   I believe was a -- was it at a rehearsal?
 7   Oh, apologies, it was a scene in the
 8   kitchen; is that right?
 9        A.    Yes.
10        Q.    And why did that scene make you
11   feel uncomfortable?
12              MR. MICHELMAN:  Objection.
13        Q.    Let me rephrase.
14              You mentioned that there was an
15   incident in which Mr. Baldoni gave you a
16   note about licking cookie dough off of your
17   co-star's finger and looking up at him; is
18   that right?
19              MR. MICHELMAN:  Objection.
20              MR. SCHUSTER:  Objection.
21        A.    No, it was a spoon in which he
22   was feeding me the cookie dough, but yes,
23   it was a note to lick it and look up at my
24   co-star in a manner that I immediately kind
25   of associated with something that had a
```

Page 247

```
 1              FERRER - CONFIDENTIAL
 2   sexual undertone, yeah.
 3        Q.     What did you associate it with?
 4               MR. MICHELMAN:  Objection.
 5        Q.     I will rephrase.
 6               MR. SCHUSTER:  Objection.
 7        Q.     The note about licking cookie
 8   dough off a spoon and looking up at your
 9   co-star that Mr. Baldoni gave you, is it
10   correct that you were uncomfortable with
11   that?
12               MR. SCHUSTER:  Objection.
13        A.     It is not that I wasn't
14   comfortable with that, but I found that to
15   be inappropriate.
16        Q.     Why?
17        A.     It didn't make sense to me in
18   the scene that we were filming that my
19   character would do that kind of thing given
20   that she was 16 and in high school.
21        Q.     You mentioned that you
22   associated that note with something that
23   had a sexual undertone, right?
24        A.     Yes.
25        Q.     What is the sexual -- what is
```

Page 248

```
 1              FERRER - CONFIDENTIAL
 2   addition to being one of the lead actors
 3   and the director, Mr. Baldoni was also a
 4   co-chairman of Wayfarer Studios?
 5        A.      I think so, yes.
 6        Q.      And did you have any concerns
 7   about Mr. Baldoni acting as an actor,
 8   director, and co-chairman of the studio
 9   before joining the film?
10        A.      No.
11        Q.      And looking back, do you have
12   any concerns about him acting in those
13   three roles simultaneously?
14        A.      I don't have concerns.  I mean,
15   given the context of everything that has
16   happened now, it is kind of hard not to
17   look at it with some sort of bias of, yeah,
18   it is hard to not look at it biased now,
19   but I think it's a lot of power in a
20   project.
21        Q.      Did you also mention that Alex
22   shared with you when he met Mr. Baldoni he
23   commented something to the effect of "I
24   really want you to get to know Isabela" and
25   then winked at him?
```

Page 252

FERRER - CONFIDENTIAL

1
2      A.      Yeah, it was after the first
3  day Alex and I met, and after -- it was the
4  first day on the set in the location in New
5  Jersey when I had just been driven out.  I
6  was introduced to Alex, Alex and I met, and
7  then, this is according to Alex a couple of
8  months later, when there was a moment when
9  I was away from both of them and we were
10 getting ready to go to Jersey City again,
11 or not again, for the first time, from in
12 New Jersey, Justin pulled Alex aside and
13 said that he wanted Alex to get to know me
14 really well, and yes, winked at him.
15     Q.      And you were uncomfortable
16 learning about that interaction?
17     A.      Yes.
18     Q.      Why is that?
19     A.      Because I had just met Alex and
20 that was my director and to insinuate
21 something of that kind of manner I found to
22 be inappropriate.
23     Q.      Did you feel that comment from
24 Mr. Baldoni that Alex should get to know
25 you and then winking was sexualizing you?

Page 253

```
 1                FERRER - CONFIDENTIAL
 2               MR. SCHUSTER:  Objection.
 3        A.     Yes.
 4        Q.     I'm going to turn your
 5   attention to Exhibit 15.  Oh, no, sorry,
 6   the last exhibit we looked at, Exhibit 14.
 7        A.     Okay.  We are looking at the
 8   last one?
 9        Q.     Yes.  And this is a document
10   stamped IF_00001 that counsel for the
11   Wayfarer parties asked you about earlier.
12   Do you recall reviewing this document?
13        A.     Yes.
14        Q.     And in the first paragraph, the
15   first blue paragraph on the page, you were
16   reflecting to Mr. Baldoni "I couldn't have
17   asked for a more welcoming environment."
18               Do you see that?
19        A.     Yes.
20        Q.     And at the time that you wrote
21   this, was that an accurate representation
22   of how you felt about the workplace?
23        A.     Yes, because I think two things
24   can be true at the same time, so I think I
25   can feel welcome in a place and people can
```

Page 254

```
 1              FERRER - CONFIDENTIAL
 2   still say things that are inappropriate, so
 3   yeah.
 4        Q.      Looking back, do you believe
 5   that the workplace on set was welcoming?
 6              MR. SCHUSTER:  Objection.
 7        A.      Overall, from everybody that
 8   was on the set, because there were a lot of
 9   people, yeah.  I think that the things that
10   he said to me definitely made it less
11   welcoming, but, again, at the time it was
12   my first film and I think I was just really
13   happy to be there, so it is hard to
14   differentiate when that's your experience.
15        Q.      Do you feel like as a
16   first-time actor on a set who hadn't
17   received any training about harassment or a
18   safe work environment you were in a
19   position to understand whether his
20   appropriate was behavior in the context of
21   the workplace?
22              MR. MICHELMAN:  Objection.
23        A.      Can you repeat the question?
24        Q.      Sorry, yes.  I can rephrase it.
25              You wrote here "You created
```

Page 255

```
 1              FERRER - CONFIDENTIAL
 2   such a comfortable and safe space."  As you
 3   sit here today, do you feel that
 4   Mr. Baldoni created a comfortable and safe
 5   space for you on set?
 6                   MR. SCHUSTER:  Objection.
 7        A.      I think he created a space
 8   where I could -- a safe and comfortable
 9   space in the sense of my art and in the
10   sense of the character that I was building,
11   I felt safe and comfortable enough to
12   explore the themes that I had to explore,
13   which were very intense.
14                   I think on a personal level,
15   relationship-wise, I wouldn't necessarily
16   call it comfortable.  But I think what I
17   was trying to inference or reference in
18   this text was how I felt creatively and as
19   an actor.
20        Q.      So you felt safe in your
21   ability to perform as an actor?
22        A.      Yes.
23                   MR. SCHUSTER:  Objection.
24        Q.      But not necessarily safe on a
25   more personal level given his comments --
```

Page 256

```
 1                FERRER - CONFIDENTIAL
 2              MR. SCHUSTER:  Objection.
 3        Q.      -- that you deemed to be
 4   inappropriate?
 5        A.      I think I felt safe, but I
 6   think that even if I felt safe, what he
 7   said wasn't appropriate in the way that if
 8   somebody were -- if I was crossing the
 9   street and somebody whistled at me, I may
10   feel like I'm safe from them, but I still
11   think what they do is inappropriate.
12        Q.      Fair enough.  You can set that
13   exhibit aside.
14              If you can reach for Exhibit
15   13.
16              MR. MICHELMAN:  Which one?
17              MR. SCHUSTER:  The EPK.
18              MS. ROESER:  Correct.
19        Q.      If you turn to page 9 of that
20   exhibit.  You gave this interview reflected
21   in Exhibit 13 in June 2023, correct?
22        A.      Yes.
23        Q.      At that point how many days had
24   you personally been on set?
25        A.      I don't remember.
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            FERRER - CONFIDENTIAL
 2       Q.       Did you want to appear in press
 3  and promotion with Mr. Baldoni?
 4       A.       I didn't really mind.  Prior to
 5  hearing the other words that were expressed
 6  about him, I was happy to do anything at
 7  that point.
 8       Q.       And once you learned about the
 9  experiences that other people had had with
10  Mr. Baldoni on set, did you want to appear
11  in press and promotion with him?
12       A.       Not particularly.
13            MR. SCHUSTER:  Objection.
14       Q.       Why not?
15       A.       If a group of people are saying
16  pretty negative things about a person that
17  kind of validate the situations that I also
18  experienced on set that I thought were
19  inappropriate, it didn't really make me
20  excited to work with him again.
21       Q.       Did hearing that Ms. Lively or
22  Ms. Slate had uncomfortable experiences on
23  set impact how you felt about comments that
24  were made to you or about you by
25  Mr. Baldoni?
```

Page 269

```
 1              FERRER - CONFIDENTIAL
 2        A.      Yes.
 3        Q.      How?
 4        A.      It validated why I thought they
 5   were inappropriate.
 6        Q.      And is that because other
 7   people were feeling the same way?
 8              MR. SCHUSTER:  Objection.
 9        A.      Yes.
10        Q.      Do you believe that -- or was
11   it your impression that Ms. Lively
12   genuinely felt uncomfortable with
13   Mr. Baldoni's conduct towards her?
14              MR. SCHUSTER:  Objection.
15              MR. MICHELMAN:  Can you read
16       that back for me or restate it?
17              MS. ROESER:  Yeah.
18        Q.      It was, was it your impression
19   that Ms. Lively generally felt
20   uncomfortable with Mr. Baldoni's conduct
21   towards her?
22              MR. SCHUSTER:  I renew my
23       objection.
24        A.      Yes.
25        Q.      Was it also your impression
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            FERRER - CONFIDENTIAL
 2    that Ms. Slate genuinely felt uncomfortable
 3    with Mr. Baldoni's conduct towards her?
 4              MR. SCHUSTER:  Objection.
 5        A.    Yes.
 6        Q.    Was it also your impression
 7    that Ms. Hoover genuinely felt
 8    uncomfortable with Mr. Baldoni's conduct?
 9              MR. SCHUSTER:  Objection.
10        A.    Yes.
11        Q.    Did Ms. Hoover discuss with you
12    a dinner that she had with Mr. Baldoni and
13    Mr. Heath around the May 2024 timeframe?
14        A.    Yes.
15        Q.    What did she tell you about
16    that dinner?
17        A.    She told me it was with her
18    friend Tarryn Fisher and that it felt like
19    to her -- it felt to her that Justin and
20    Jamey were trying to persuade her to not
21    like Blake or that they wanted her to have
22    a certain image of Blake, that she was not
23    a good person, and I remember it making her
24    feel very -- her expressing that it made
25    her feel uncomfortable and suspicious and
```

Page 271

```
1              FERRER - CONFIDENTIAL
2    why would they be so adamant on having her
3    not like Blake if they didn't feel like
4    maybe it had something against them.
5         Q.     Did Ms. Hoover share with you
6    at that time that Ms. Lively had raised
7    concerns about Mr. Baldoni and Mr. Heath's
8    conduct on set?
9         A.     There was like a general
10   understanding that Blake and others in the
11   cast, like the older people in the cast,
12   didn't like him, but there was never any
13   specifics really referenced at that point
14   yet, other than what Colleen had said to me
15   about her own experience.
16        Q.     You attended an event called
17   Book Bonanza, right?
18        A.     Yes.
19        Q.     Where was that?
20        A.     In Texas, Fort Worth -- Dallas,
21   Texas, I think.
22        Q.     In Texas?
23        A.     Texas.
24        Q.     Okay, that's good enough.  And
25   was that roughly in June/July 2024?
```

Page 272

```
 1              FERRER - CONFIDENTIAL
 2        A.      In June, yes.
 3        Q.      What is Book Bonanza?
 4        A.      It is a festival that I think
 5   Colleen had been doing for a long time that
 6   is for book fans, and, yeah.
 7        Q.      Who else attended Book Bonanza
 8   from the film?
 9        A.      Brandon Sklenar, the producer,
10   Alex Saks, was there, Blake, and Colleen
11   and me.
12        Q.      Who invited you to attend Book
13   Bonanza?
14        A.      Colleen.
15        Q.      Mr. Baldoni did not attend Book
16   Bonanza, correct?
17        A.      Yes.
18        Q.      Do you know -- do you have an
19   understanding of why he did not attend?
20        A.      Colleen expressed to me that he
21   was meant to go and then due to the recent
22   light of events that had happened with him,
23   I think the dinner that they had had, it
24   seemed, again, the post-production conflict
25   that was occurring, Colleen didn't feel
```

Page 273

```
 1              FERRER - CONFIDENTIAL
 2   comfortable doing the festival with him
 3   anymore, and so took him off of that.  I
 4   don't know if it was her specifically
 5   taking him off, but I know that it was
 6   meant to be him and then it wasn't and then
 7   it was Blake and Brandon, and then I was
 8   invited on.
 9        Q.    Colleen expressed to you
10   something to the effect that she wasn't
11   comfortable with Mr. Baldoni attending Book
12   Bonanza?
13        A.    Yes.
14        Q.    And did she share with you that
15   she wasn't comfortable with Mr. Baldoni
16   attending Book Bonanza because of the
17   behaviors on set as well as at the dinner
18   that she had been to with him?
19              MR. SCHUSTER:  Objection.
20        A.    Yes, and just the -- I think
21   the main thing that I remember her having
22   discomfort with is the fact that he had
23   been lying about her religion and her
24   religious faith and telling people that she
25   was of Bahá'í faith when she wasn't.  I
```

Page 274

```
 1              FERRER - CONFIDENTIAL
 2    think that was the main thing of her
 3    discomfort.
 4         Q.    If you could turn to Exhibit 3
 5    in front of you.  I'm looking at the page
 6    stamped IF_18.  I believe this is the chain
 7    between -- a text chain between you and two
 8    friends, right?
 9         A.    Yes.
10         Q.    At the bottom of page -- of the
11    page stamped IF_18 you write "I know now
12    that I will be doing a press event in
13    Dallas with Colleen in Justin's place.
14    Colleen disinvited him."
15              Do you see that?
16         A.    Yes.
17         Q.    And does that refresh your
18    recollection that Colleen disinvited Justin
19    from attending Book Bonanza?
20         A.    That was a bit of an
21    assumption.  I can't say for sure, but from
22    my recollection, I do think she definitely
23    had a say in whether or not he was there.
24         Q.    Okay.  Are you aware of anyone
25    other than Ms. Hoover uninviting
```

Page 275

```
 1              FERRER - CONFIDENTIAL
 2   Mr. Baldoni from Book Bonanza?
 3        A.      No.
 4        Q.      There was a cut of the film
 5   screened at Book Bonanza, right?
 6        A.      Yes.
 7        Q.      Are you aware if the cut that
 8   was screened was Blake's cut or Justin's
 9   cut?
10        A.      Blake's cut.
11        Q.      And did you have an
12   understanding that Ms. Hoover supported
13   Blake's cut of the film?
14        A.      Yes.
15        Q.      What was the fan reaction to
16   the cut at Book Bonanza?
17              MR. SCHUSTER:  Objection.
18        A.      Very positive.
19        Q.      Standing ovation?
20              MR. SCHUSTER:  Objection.
21        A.      Yes.
22        Q.      You were at Book Bonanza,
23   correct?
24        A.      Yes.
25        Q.      You were sitting in the
```

Page 276

```
 1              FERRER - CONFIDENTIAL
 2    audience?
 3         A.     Yes.
 4         Q.     You watched -- did you watch
 5    the screening of the film --
 6         A.     Yes.
 7         Q.     -- at Book Bonanza?
 8              And what did you -- how did you
 9    observe the fans to react in that moment?
10         A.     It was really beautiful.  It
11    was a really wonderful experience, very
12    emotional, overall extremely positive.
13         Q.     In connection with promoting
14    the film, you were instructed not to focus
15    on domestic violence; is that right?
16         A.     Yes.
17         Q.     And you attended some
18    promotional events that were floral-based;
19    is that right?  Or are you aware of
20    Wayfarer hosting floral-based events in
21    connection with the film?
22              MR. SCHUSTER:  Objection.
23         A.     I think so, yes.
24         Q.     Are you aware, for example, of
25    Wayfarer hosting floral pop-ups?
```

Page 277

```
 1              FERRER - CONFIDENTIAL
 2       A.      Yes.
 3       Q.      In connection with the film?
 4       A.      I recall that, yes.
 5       Q.      Are you aware if Mr. Baldoni
 6  attended any of those floral-themed events
 7  in connection with the film?
 8       A.      I'm not sure.
 9       Q.      Did you understand whether
10  Wayfarer had helped develop the plan that
11  the film be marketed -- about how the film
12  be marketed?
13       A.      I found out after the fact,
14  like after the movie came out.  I didn't
15  know while promo was happening who was
16  controlling what.
17       Q.      Who do you recall communicating
18  to you, if anyone, how you were to market
19  the film?
20       A.      I believe it was through Sony.
21  I don't really recall, to be honest.  I
22  just remember showing up.
23       Q.      You testified earlier something
24  to the effect that in the August 2024
25  timeframe you came to a conclusion that
```

Page 278

```
 1            FERRER - CONFIDENTIAL
 2   Mr. Baldoni, something about an ingenuine
 3   narrative.  Do you remember that?
 4        A.    Yes.
 5        Q.    What did you mean when you said
 6   "ingenuine narrative"?
 7        A.    This is regarding --
 8        Q.    I believe it was in connection
 9   with the text, "the best con artist I have
10   ever witnessed."
11        A.    Yes.  I believe that references
12   the fact that he was doing press for -- in
13   support of domestic violence victims, and
14   it felt ingenuine because we were
15   instructed from what I was informed by his
16   production company to not speak on domestic
17   violence and then he went out of his way
18   and did his own press run in the United
19   States where he did only speak on domestic
20   violence, and then when the rest of the
21   cast, mainly the women, got cyberbullied
22   online for it, he didn't do anything to
23   stop it or to tell people that that was
24   inappropriate and that they shouldn't
25   cyberbully people.  So that was the part
```

Page 279

```
 1              FERRER - CONFIDENTIAL
 2   that felt ingenuine.
 3        Q.      Fair to say that you received
 4   some amount of online hate for not focusing
 5   on domestic violence in connection with
 6   promoting the film?
 7              MR. SCHUSTER:  Objection.
 8        A.      Yes.
 9        Q.      And fair to say that Ms. Lively
10   also received some amount of online hate
11   for the manner in which she promoted the
12   film?
13              MR. SCHUSTER:  Objection.
14        A.      Yes.
15        Q.      Without focusing on domestic
16   violence?
17        A.      Yes.
18        Q.      And you were instructed, in
19   fact, not to focus on domestic violence in
20   promoting the film?
21              MR. SCHUSTER:  Objection.
22        A.      Yes.
23        Q.      Did Wayfarer ever make some
24   sort of -- any sort of public statement to
25   your knowledge acknowledging that they had
```

                                        Page 280

```
 1              FERRER - CONFIDENTIAL
 2   instructed you or other cast members not to
 3   focus on domestic violence in connection
 4   with promoting the film?
 5              MR. SCHUSTER:  Objection.
 6        A.      They never did.
 7        Q.      Are you aware of Wayfarer or
 8   Mr. Baldoni making any statement
 9   acknowledging the bullying or negative
10   press that you were experiencing online?
11        A.      No.
12        Q.      Are you aware of Wayfarer or
13   Mr. Baldoni making any press statement or
14   acknowledgment of the bullying or negative
15   press that other cast members were
16   experiencing online?
17              MR. SCHUSTER:  Objection.
18        A.      No.
19        Q.      Around the August 2024
20   timeframe, did you notice -- you noticed an
21   upswell of negativity about Ms. Lively
22   online?
23        A.      Yes.
24        Q.      Attacks that she was a bully or
25   a mean girl, for example?
```

Page 281

```
 1            FERRER - CONFIDENTIAL
 2              MR. SCHUSTER:  Objection.
 3      A.      Working in what sense?
 4      Q.      How would you -- did you find
 5  her to be supportive of you as a co-star,
 6  for example?
 7      A.      Yes.
 8      Q.      And do you recall Ms. Lively
 9  advocating for you to get a presenting
10  credit in the film?
11      A.      Uh-huh, yes.
12      Q.      Do you believe that your
13  relationship with Ms. Lively or
14  Mr. Reynolds has biased your testimony
15  today in any way?
16              MR. SCHUSTER:  Objection.
17      A.      No.
18      Q.      Going back to certain of the
19  comments that Mr. Baldoni made during
20  filming, were you and Alex dating at the
21  time Mr. Baldoni inquired whether you were
22  single?
23      A.      No.
24      Q.      Did you interpret Mr. Baldoni's
25  comments to Alex to suggest that he should
```

Page 283

```
 1              FERRER - CONFIDENTIAL
 2    pursue you romantically or sexually?
 3        A.     Yes.
 4        Q.     Did you feel that it was
 5    appropriate for your boss to encourage your
 6    co-star to pursue you romantically or
 7    sexually?
 8              MR. SCHUSTER:  Objection.
 9        A.     No.
10              MS. ROESER:  Nothing further.
11              MR. SCHUSTER:  That was five,
12        that was very fair.  Ms. Ferrer, I just
13        have a few and then we are going to get
14        you out of here.
15              THE WITNESS:  Sounds good.
16    EXAMINATION BY MR. SCHUSTER:
17        Q.     When Mr. Baldoni made the
18    comment of --
19              MR. MICHELMAN:  Do you mind
20        saying it again?  I couldn't hear you.
21              MR. SCHUSTER:  No problem.
22        Q.     When Mr. Baldoni made the
23    comment after the intimate scene between
24    you and Alex and used the words "that was
25    hot," what were you wearing?
```

Page 284