Exhibit 12

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------- x

4  BLAKE LIVELY,

5                              Plaintiff,

6          -vs-

7  WAYFARER STUDIOS LLC, a Delaware Limited

8  Liability Company, JUSTIN BALDONI, an

9  individual, JAMEY HEATH, an individual, STEVE

10  SAROWITZ, an individual, IT ENDS WITH US MOVIE

11  LLC, a California Limited Liability Company,

12  MELISSA NATHAN, an individual, THE AGENCY

13  GROUP PR LLC, a Delaware Limited Liability

14  Company, JENNIFER ABEL, an individual, JED

15  WALLACE, an individual, and STREET RELATIONS

16  INC., a California Corporation,

17                              Defendants.

--------------------------------------------- x

18                              September 26, 2025

                                10:21 a.m.

19          **CONFIDENTIAL**

20      DEPOSITION of JENNY SLATE in the

21  above-captioned matter, taken pursuant to

22  Notice, held the offices of Willkie Farr &

23  Gallagher, 787 Seventh Avenue, New York, New

24  York before Fran Insley, a Notary Public of the

25  States of New York and New Jersey.

```
                                        Page 17
 1                   SLATE - CONFIDENTIAL
 2        Q.     And you were an actress in the film
 3   It Ends With Us, right?
 4        A.     Yes.
 5        Q.     And in that film you portrayed the
 6   character of Allysa?
 7        A.     Yes.
 8        Q.     And who was Allysa in the film?
 9        A.     Allysa is the sister of Ryle and the
10   best friend of Lily.
11        Q.     And Ryle and Lily are the main
12   characters?
13        A.     Yes.
14        Q.     How did you come to portray Allysa
15   in the film?
16        A.     I was offered the role.
17        Q.     By whom?
18        A.     Through an email from my agents.
19        Q.     So you didn't audition for it?
20        A.     No.
21        Q.     When you were offered the role, what
22   did you do to determine whether you wanted to
23   take it?
24        A.     I read the script.  Like the first
25   thing I did?  I'm sorry.
```

```
                                            Page 38
```

1                 SLATE - CONFIDENTIAL

2     view?

3                 MS. PORTER:  Objection to form.

4          A.     Any issues with improvision?

5          Q.     I'm going to withdraw the question

6     and we'll move on to another topic.

7                 Did Wayfarer provide you with any

8     workplace harassment training in connection

9     with it ends with us?

10         A.     Not that I can remember.

11         Q.     Do you recall receiving any training

12    regarding a safe work environment or sexual

13    harassment?

14         A.     Not that I can remember.

15         Q.     Did you understand whether there was

16    a human resources department in connection with

17    It End With Us that you could go with any

18    concerns related to the film?

19         A.     I assumed.

20         Q.     Did you know if there was one?

21         A.     No.

22         Q.     Were you ever given an email or a

23    hotline you could use to raise concerns?

24         A.     Not that I can recall.

25         Q.     I am going to hand you a document

1              SLATE - CONFIDENTIAL

2        Q.    What conversation had occurred?

3        A.    Before this text exchange there was

4    a conversation on set where I felt that

5    something inappropriate happened and I

6    mentioned it.

7        Q.    Can you tell us a little bit more

8    about what was going on?  What was the

9    inappropriate thing that you felt had happened?

10       A.    We were, in my memory, getting ready

11   to shoot, and Blake and I and Justin were on

12   set, and he mentioned that she looked, I can't

13   remember the order of it, but sexy and then

14   hot, or hot and then sexy, or that her look was

15   sexy or hot.  And I remember her saying

16   something like, "That's not what I'm going

17   for."  And then he tried another modifier,

18   either hot or sexy, again I forget the order,

19   and I remember her saying something like, "Not

20   that either."  And I then said to Justin

21   something like, you know, I was recently

22   talking to a friend about how comments about

23   actors' bodies and their wardrobes, and again

24   this is paraphrasing, but it ranged from

25   irrelevant or unnecessary to like inappropriate

```
                                            Page 43
 1                    SLATE - CONFIDENTIAL
 2     and distracting, and it's, you know, can be a
 3     little bit awkward to call it out but like
 4     we're just not doing this anymore.  And I felt
 5     that I needed to say that because that's how I
 6     felt.  I didn't want to speak for Blake because
 7     I didn't know her well at the time, and we --
 8     you know, I can only speak for myself, so,
 9     generally.  But Justin seemed that he didn't
10     like that I said that because he sort of like
11     walked away in a huff, and then came back and
12     said something like, "The reason why I use the
13     word hot is because it's hot in here."  So that
14     was the situation as I remember it.
15          Q.    Did you believe him?
16                MR. SCHUSTER:  Objection.
17          A.    Did I believe him...
18          Q.    That the reason he used the term hot
19     was because it was hot in there?
20          A.    No.
21          Q.    What did you think of that comment?
22                MR. SCHUSTER:  Objection.
23          A.    I was disappointed by it.
24          Q.    Did it sound to you like he was
25     making an excuse that was not truthful?
```

```
                                            Page 44
 1              SLATE - CONFIDENTIAL
 2              MR. SCHUSTER:  Objection.
 3        A.    Yes.
 4        Q.    And why is that?
 5        A.    Well, I was there, I heard the
 6   descriptor used in the context that it was
 7   used.
 8        Q.    Did you feel that you understood the
 9   meaning of what he was saying when he said it?
10              MS. PORTER:  Objection to form.
11        Q.    Let me ask that again.  How did you
12   understand Mr. Baldoni's comment to Ms. Lively?
13        A.    I understood his comment to -- that
14   it was about her appearance.
15        Q.    Did you feel that it was about her
16   character or her?
17              MR. SCHUSTER:  Objection.
18        A.    I felt that it was about her body.
19        Q.    Did you come to understand how
20   Ms. Lively interpreted Mr. Baldoni's comment at
21   some point?
22        A.    Yes.
23        Q.    And when was that?
24        A.    Later that day.
25        Q.    So going back to this text chain, it
```

```
                                          Page 47

                      SLATE - CONFIDENTIAL
 1
 2         A.    I was concerned and... yeah, I was
 3    concerned.
 4         Q.    Why were you concerned?
 5         A.    All of those things in my mind are
 6    unprofessional, inappropriate, and really out
 7    of the ordinary.
 8         Q.    What about these incidents that
 9    Ms. Lively described to you made you feel they
10    were inappropriate?
11         A.    Invasion of privacy, you know,
12    calling someone's trainer to find out their
13    body weight.  Unprofessional emotional
14    expression.
15         Q.    Is there anything else you and
16    Ms. Lively spoke about in that conversation?
17         A.    I can't recall other specifics, but
18    I know that the conversation was around
19    listening to each other, wanting to be
20    supportive, needing to be affirmed, validated,
21    and trying to figure out what was going on.
22         Q.    Did you find it unsettling, what was
23    going on?
24         A.    Yes.
25         Q.    Did Ms. Lively tell you that
```

```
                                              Page 51

 1                SLATE - CONFIDENTIAL
 2       Q.    What do you recall those to be at
 3   that time?
 4       A.    Justin's inappropriate comments.
 5   Generally a kind of chaotic set.  Yeah.
 6       Q.    When you say his inappropriate
 7   comments, you mentioned the hot and sexy
 8   comments to Ms. Lively.  Were there any
 9   comments to you that you felt were
10   inappropriate at that time?
11       A.    Yes.
12       Q.    And is this from Mr. Baldoni?
13       A.    Yes.
14       Q.    What did he say to you that you felt
15   was inappropriate?
16       A.    He said something like, "I can say
17   this because my wife is here, but you look sexy
18   in what you're wearing."
19       Q.    And what about that did you feel is
20   inappropriate?
21       A.    I would say it breaks a pretty well
22   understood norm to comment, give your personal
23   opinion on how someone's body looks.
24       Q.    When you say a pretty well
25   understood norm, can you explain a little bit
```

Page 52

                    SLATE - CONFIDENTIAL

1

2    more what you mean by that?

3        A.    Sort of like what I said previously

4    in the situation that I described between Blake

5    and Justin and I.  I assumed there was an

6    understanding of we're not doing this anymore.

7    It's not appropriate anymore.  It never was

8    appropriate, but it's not appropriate in a

9    workplace.

10       Q.    And even on a film set?

11       A.    In any workplace.

12       Q.    And is that the case even though

13   your physical appearance is an element of

14   acting?

15             MR. SCHUSTER:  Objection.

16       Q.    Well, let me strike that.  Is it the

17   case that your physical appearance is an

18   element of acting?

19       A.    Yes.

20       Q.    And is it the case that you felt it

21   was inappropriate in this workplace even though

22   your physical appearance is an element of

23   acting?

24       A.    Yes.

25       Q.    And why is that?

```
                                              Page 53
 1                 SLATE - CONFIDENTIAL
 2        A.    The comment was about me, not my
 3   character.  It wasn't useful for my work.  It
 4   wasn't anything I wanted.  It was unwanted and
 5   had no place, in my professional experience.
 6        Q.    Did you feel that same way about the
 7   comments Mr. Baldoni made to Ms. Lively that
 8   you described earlier?
 9        A.    Yes.
10        Q.    Did you feel that Mr. Baldoni was
11   sexualizing you?
12              MR. SCHUSTER:  Objection.
13        A.    Yes.
14        Q.    Did you say anything to Mr. Baldoni
15   at the time when he made the "sexy" comment to
16   you?
17        A.    Yes.
18        Q.    What did you say?
19        A.    I was surprised and bummed out, sort
20   of lightly stunned, and I think I said
21   something like, "Yeah, it's a good look."
22        Q.    Did you tell him that you didn't
23   like the comment?
24        A.    I did not.
25        Q.    And why did you not do that at that
```

                                                        Page 54

 1
 2    time?
 3         A.    I didn't feel comfortable.
 4         Q.    Why not?
 5         A.    Because I think it was either my
 6    first or second day on set.  He was my boss,
 7    and I just wanted to do my work and leave.
 8         Q.    Going back to the text chain in
 9    Ms. Lively's response to you, she says, in the
10    second line, "I'm sorry for what you've
11    experienced and I wish I would have been there
12    to witness it for you."  Was Ms. Lively not
13    present when Mr. Baldoni made the "sexy"
14    comment to you?
15         A.    I don't remember her being there.
16         Q.    Did you talk about that comment in
17    your conversation with her in the trailer on
18    May 23rd?
19         A.    I must have.
20         Q.    And then at the end of this entry in
21    the text exchange Ms. Lively says, "You were
22    able to be bold without being inflammatory
23    which is such a tightrope and I really
24    appreciate it."  Did you understand this to be
25    referencing the statement that you made to

Page 58

SLATE - CONFIDENTIAL

1
2    weirded out by that.
3        Q.    How did you find out?
4        A.    Because as I was -- I found out
5    because when I was leaving the room he made a
6    joke along the lines of "I may or may not have
7    recorded that whole thing."
8        Q.    Did you say anything at the time?
9        A.    I can't remember what I said.
10       Q.    Did you and Ms. Lively talk about
11   that?
12       A.    Then?
13       Q.    At any time.  Let's first talk about
14   it then.  Did you talk about it then?
15       A.    Blake immediately said something
16   along the lines of that that wasn't legal to do
17   that.
18       Q.    How did Mr. Baldoni respond?
19       A.    I can't really recall what he did.
20       Q.    Did he react well?
21       A.    I can't remember.  I was very
22   flustered.
23       Q.    And going back to the time where
24   Mr. Baldoni referred to Ms. Lively as sexy and
25   hot and you made your statements, you said that

```
                                                    Page 59
 1                    SLATE - CONFIDENTIAL
 2      he walked away.  Did he seem upset?
 3                    MR. SCHUSTER:  Objection.
 4           A.     Yes, he seemed -- he seemed upset.
 5           Q.     And what about his manner led you to
 6      believe that he was upset?
 7           A.     Kind of a -- like walking off in a
 8      huff type of mannerisms.
 9           Q.     Going back to Exhibit 5, at the end
10      here you say, "How you feeling?  I'm so dead
11      today, my apologies."  And then Ms. Lively
12      says, "You are not dead to my eyes.  I'm having
13      a funky time today.  You?"
14           A.     Uh-uh.
15           Q.     Do you see that?
16           A.     Yes.
17           Q.     Was that the next shoot day?  The
18      timing is a little off on this potentially
19      because we can't tell if it's -- well, it's GMT
20      time, so, but it looks like it's the next day.
21      Do you recall?
22           A.     I can see what you can see here.
23           Q.     Okay, but do you have any
24      recollection of it being the next day when you
25      began this next text exchange?
```

Page 62

```
 1                    SLATE - CONFIDENTIAL
 2      about what was happening?
 3           A.    No.
 4           Q.    Did you arrive at your feelings
 5      independently, based on your own experiences?
 6           A.    Yeah.
 7                 MS. HUDSON:  Alright.  Should we
 8           take a little break?
 9                 MS. PORTER:  Yes.
10                 THE VIDEOGRAPHER:  We are going off
11           the record.  The time is 11:46 a.m.  This
12           ends media unit one.
13                 (Off the record.)
14                 THE VIDEOGRAPHER:  We are now going
15           on the record.  The time is 11:59 a.m.
16           This is the beginning of media unit two.
17           Q.    Ms. Slate, I'm going to hand you
18      another document that we're going to be marking
19      as Exhibit 7.
20                 (Whereupon Exhibit 7 was marked for
21           identification.)
22                 MS. HUDSON:  Exhibit 7 is a text
23           chain between Ms. Slate and Ms. Lively,
24           dated May 25th, 2023, Bates stamped JS374
25           through 376.
```

```
 1                   SLATE - CONFIDENTIAL
 2        Q.    Ms. Slate, do you recognize this as
 3   a text exchange between you and Ms. Lively that
 4   you participated in?
 5        A.    Yes.
 6        Q.    And it looks like this continues the
 7   prior conversation where Ms. Lively said she
 8   was feeling funky.  Do you agree?
 9              MR. SCHUSTER:  Objection.
10        A.    Yes.
11        Q.    And you respond, "So funky?"
12              MS. PORTER:  Objection.
13              Can you point us to which prior
14        conversation you're referencing?
15              MS. HUDSON:  Sure.  Exhibit 5,
16        JS370.
17        Q.    Do you see the last exchange from
18   Ms. Lively, she says, "I'm having a funky time
19   today.  You?"  And then it looks like you
20   respond, "So funky" in Exhibit 7.
21        A.    Yeah.  Oh, I see.  I'm sorry.  I was
22   confused by the time.  Yes.
23        Q.    And do you recall this exchange, as
24   you look at it?
25        A.    As I look at it, yes.
```

```
                                          Page 64
  1                SLATE - CONFIDENTIAL
  2       Q.    Do you remember what you meant by
  3   funky?
  4       A.    Being unsettled, feeling weird.
  5       Q.    Did it feel like there were issues
  6   that were unresolved?
  7            MR. SCHUSTER:  Objection.
  8            MS. PORTER:  Objection to form.
  9            MS. HUDSON:  I'll withdraw that and
 10       restate it.
 11       Q.    Did you feel like there was
 12   something that could be done to help you feel
 13   settled and less weird, as you describe it?
 14            MR. SCHUSTER:  Objection.
 15       A.    I wasn't sure.
 16       Q.    Ms. Lively says then that she feels
 17   like she needs to say something tonight after
 18   wrap.  Do you see that?
 19       A.    Uh-huh.  Yes, I do.
 20       Q.    And then you respond that "If you
 21   want someone to be there to advocate for/with
 22   you, I'm there."  Were you glad that Ms. Lively
 23   was willing to speak up?
 24       A.    Yeah.
 25       Q.    And then if you go down below at
```

```
                                                 Page 68
 1                   SLATE - CONFIDENTIAL
 2        Q.     Did you see this as a general
 3   invitation to go into her trailer anytime she
 4   was pumping breast milk?
 5              MR. SCHUSTER:  Objection.
 6        A.     No.
 7              (Whereupon Exhibit 8 was marked for
 8        identification.)
 9        Q.     I'm going to hand you what we marked
10   as Exhibit 8.  In addition to sharing your
11   concerns with your manager, did you also share
12   your concerns with your agent?
13        A.     Eventually, yes.
14        Q.     And is your agent Josh Pearl?
15        A.     At the time, yes.
16              MS. HUDSON:  The document that we
17        just marked as Exhibit 8 is a text
18        exchange, dated May 27, 2023, between you
19        and Josh Pearl, Bates stamped JS506
20        through 507.
21        Q.     Do you recognize this as a text
22   exchange between you and Mr. Pearl that you
23   participated in?
24        A.     Yes.
25        Q.     And Mr. Pearl was your agent at the
```

```
 1                   SLATE - CONFIDENTIAL
 2    time?
 3         A.    At the time he was my agent.
 4         Q.    And in the first text in this chain
 5    you asked him if Stacy has gotten in touch with
 6    him, right?
 7         A.    Yes.
 8         Q.    And then you go on to tell him that
 9    "This week was really intense for a few
10    reasons.  It's like fascinating and also so
11    shitty.  Justin and Jamey are truly unfit.  I'm
12    not scared or anything, just repulsed and
13    deeply irritated, and I know Blake is
14    experiencing that on a much more serious
15    level."  Is there anything that was occurring
16    on set other than the incidents that you have
17    described?
18               MS. PORTER:  Objection to form.
19         A.    Other than what I've described?  I'm
20    not exactly sure, like, how to answer that,
21    honestly.  I think -- I think what I described
22    are the issues other than, you know, Covid and
23    the strike, the general chaos that I sort of
24    described, and the behavior that was as
25    described here.  I think that's that.
```

```
 1                 SLATE - CONFIDENTIAL
 2        Q.    And this reflects the feelings you
 3   were having at the time accurately?
 4        A.    Yes.
 5        Q.    And Mr. Pearl responds, "Are you
 6   okay to continue?"  Do you see that?
 7        A.    Yes.
 8        Q.    Were you considering not continuing
 9   with the film at that time?
10        A.    No.
11        Q.    And then you go on to say that
12   you're okay to keep going.  But you say, "I
13   feel like it's about to get really bad and I'm
14   not sure what Blake's limit is but she's really
15   taken a lot of crap from them, like crazy shit,
16   and I'm not kidding when I tell you that Justin
17   and Jamey me freak me out.  Like they tell
18   really weird lies and Justin is astoundingly
19   wrongheaded."  When you say they tell really
20   weird lies, what did you have in mind at the
21   moment?
22        A.    I don't recall.
23        Q.    And then you say, "I really don't
24   get how he did a TED Talk.  He is worse than
25   most of the bros I've encountered, not because
```

SLATE - CONFIDENTIAL

1

2  he's predatory but because of his general

3  fragility and misogyny, like not seeming to be

4  aware of any of the obvious no-no's."  What

5  were you referring to there in terms of his

6  fragility and misogyny and not being aware of

7  any of the obvious no-no's?

8      A.    The defensiveness of that sort of

9  huffy behavior.  The inappropriate behavior.

10  Those types of things.

11      Q.    Were you referring to the TED Talk

12  that your other agent had told you about before

13  you took the role?

14      A.    Yes.

15      Q.    And you understood that to be a TED

16  Talk in which he described himself as a male

17  feminist?

18      A.    Something like that, yeah.

19      Q.    And did you feel that his behavior

20  was not consistent with someone who proclaims

21  to be a male feminist?

22            MR. SCHUSTER:  Objection.

23            MS. HUDSON:  Well, strike that.

24      Q.    Why did you reference his TED Talk

25  here?

```
                                                    Page 72
 1                    SLATE - CONFIDENTIAL
 2          A.     I referenced it because of what I
 3      say here, his behavior was really at odds with
 4      someone who is apparently an expert enough to
 5      do a TED Talk.
 6          Q.     And then Mr. Pearl asks you if you
 7      had spoken with Alex.  Did you understand that
 8      to be Alex Saks?
 9          A.     Are you -- when he says, "How's Alex
10      been?"
11          Q.     Yes.
12          A.     I'm sorry.  I'm reading through this
13      'cause I haven't --
14          Q.     No problem.  We're going through
15      this kind of quickly.  I'm going to ask you
16      another question, so ignore that one.  You say
17      you haven't spoken to Alex because "when we had
18      brunch she said she had been friends with
19      Justin for a while and I just felt weird."  Is
20      that accurate?
21          A.     Yes.
22          Q.     As to why you didn't speak with
23      Alex?
24          A.     Yes.
25          Q.     And what was your understanding of
```

```
                                                    Page 73

 1                  SLATE - CONFIDENTIAL
 2   Alex Saks and Mr. Baldoni's relationship?
 3        A.    I didn't know a lot about it, but
 4   she said she had known Justin for a few years.
 5        Q.    And you said at that point, "He had
 6   made the comment to me about looking sexy, but
 7   I had decided to just to try to push past it
 8   even though it made me feel so unsettled and
 9   deeply, deeply disappointed and irritated."
10   Does that accurately describe how you felt?
11        A.    Yes.
12        Q.    And then you tell Mr. Pearl that
13   Ms. Lively had alerted Ms. Giannetti at Sony
14   and that Ms. O'Neil was also planning to talk
15   to Ms. Giannetti, correct?
16        A.    Yes.
17        Q.    And then your last line here in this
18   text chain is, "I do kind of feel like there
19   might be a limit to what people can take.
20   There are also a lot of crew people who are
21   pretty upset."  Who on the crew did you
22   understand to be upset at that time?
23        A.    People in the hair and makeup
24   department and a couple of PAs.
25        Q.    And who in hair and makeup?
```

Page 78

SLATE - CONFIDENTIAL

1
2     Q.    With respect to Mr. Heath going into
3  Ms. Lively's trailer, did you hear about that
4  from anyone other than Ms. Lively?
5     A.    I don't think so.
6     Q.    What do you recall her telling you
7  about that at whatever point it was?
8     A.    I don't recall anything specific,
9  but just that she felt like they were just
10  coming in.  Yeah.
11     Q.    You say you don't recall when
12  Ms. Lively told you this.  Was it during the
13  first phase of filming?
14     A.    I think so.
15     Q.    And there was a break in the filming
16  because of the WGA strike, correct?
17     A.    Yes.
18     Q.    And that happened sometime in late
19  June?
20     A.    I believe so.  Sometime in June.
21     Q.    Of 2023?
22     A.    Yes.
23     Q.    And with respect to Ms. Lively
24  telling you that Mr. Baldoni was improvising
25  physical intimacy, did she tell you about that

                    SLATE - CONFIDENTIAL

1    during the first phase of filming?

2         A.    I think so, yes.

3         Q.    And what do you recall her telling

4    you?

5         A.    I recall her saying that he was

6    biting her lip when they were kissing.

7         Q.    Did she tell you that he improvised

8    physical contact that was not written in the

9    script?

10        A.    Yeah, that's what she felt.

11        Q.    Did you feel something like that

12   would be appropriate?

13             MR. SCHUSTER:  Objection.

14        A.    Something like what?

15        Q.    Did you have any views on whether it

16   was appropriate for Mr. Baldoni to improvise

17   kissing or other physical intimacy that wasn't

18   written in the script?

19             MR. SCHUSTER:  Objection.

20        A.    I think it's appropriate to do what

21   you planned to do in the scene.

22        Q.    So in your view if it wasn't planned

23   it would not be appropriate?

24             MR. SCHUSTER:  Objection.

Page 85

SLATE - CONFIDENTIAL

1

2     Q.    Did Ms. O'Neil report back to you

3  about the conversation that she had with

4  Ms. Giannetti?

5     A.    Yes.

6     Q.    Do you remember that conversation

7  with Ms. O'Neil outside of what's written in

8  this text?

9     A.    Not specifically.

10    Q.    In the text you say that "Ms. O'Neil

11  went through the general points of the

12  unprofessional behavior and the feeling that I

13  have that's affecting the work."  Do you see

14  that?

15    A.    Yes.

16    Q.    Did you feel that it was affecting

17  your work?

18    A.    Yes.

19    Q.    Did you feel that the work

20  environment in general was altered by the

21  behavior of Mr. Baldoni and Mr. Heath?

22          MR. SCHUSTER:  Objection.

23    A.    Yeah, yes.

24    Q.    And then you also wrote that you

25  "ended up telling your manager the whole deal,

1                    SLATE - CONFIDENTIAL

2      like just all of the weird stuff that Justin

3      and Jamey have pulled."  Do you recall

4      specifically what you told your manager with

5      respect to that?

6           A.    Not specifically at this point, no.

7           Q.    And then you also wrote to

8      Ms. Lively that you planned to speak with Alex

9      the next day and tell her about your discomfort

10     and feelings of being unsettled.  Do you see

11     that?

12          A.    I do.

13          Q.    So at that point had you decided to

14     speak with Ms. Saks notwithstanding the fact

15     that she had a longer relationship with

16     Mr. Baldoni?

17          A.    It appears so.

18          Q.    And what prompted you to want to

19     raise your concerns with Ms. Saks?

20          A.    I don't recall.

21          Q.    And then in Ms. Lively's response

22     she says, "Because I haven't spoken to Justin

23     or Jamey or Alex about the inappropriate

24     behavior yet, you can just speak to what you've

25     witnessed and experienced.  I told Ange but I

```
                                                    Page 87
 1                    SLATE - CONFIDENTIAL
 2      asked her not to mention so that I could
 3      personally tackle since I have to try to
 4      salvage some degree of chemistry and
 5      camaraderie with Justin who's not only my
 6      director but love interest and we're not even
 7      one-third of the way done."  What did you
 8      understand Ms. Lively to be communicating to
 9      you here?
10              MR. SCHUSTER:  Objection.
11          A.    The way I took that was that she
12      felt that her work would suffer if she brought
13      it up then, and that I should just talk about
14      what had happened for me.
15          Q.    To Ms. Giannetti?
16          A.    Yes.
17          Q.    And then if you go down, there's an
18      entry from Ms. Lively at 2:44 a.m., where she
19      says, "You were standing there for the thing he
20      said to me when he said I look hot.  I said
21      that's not what I'm going for, and he said,
22      okay, sexy, and then made a joke once he asked
23      if he crossed a line, and I said yes, that he
24      must have missed the sexual harassment
25      meeting."  Now, you described this incident in
```

```
                                              Page 88

1                 SLATE - CONFIDENTIAL

2     your own words earlier.  Do you recall

3     Mr. Baldoni saying at the end of that that he

4     must have missed the sexual harassment meeting?

5          A.    I don't specifically recall that.

6          Q.    Do you have any reason to doubt

7     Ms. Lively's recollection of that?

8               MR. SCHUSTER:  Objection.

9          A.    No.

10         Q.    When you saw this you didn't think

11    immediately, well, that's not right, he didn't

12    say that?

13              MR. SCHUSTER:  Objection.

14         Q.    And correct her, correct?

15         A.    In these texts?

16         Q.    Yes.

17         A.    Yeah, I don't correct her.

18         Q.    If Ms. Lively had recounted

19    something that you believe was inaccurate,

20    would you have said to her you remembered it

21    differently?

22              MR. SCHUSTER:  Objection.

23         A.    I don't feel like I can speak to

24    that hypothetical.

25         Q.    That's fair.  If you go to the next
```

1                    SLATE - CONFIDENTIAL

2    page, at 3:18 a.m. there's a text from

3    Ms. Lively where she says, "It's a culmination.

4    The difference is if someone said something to

5    one of us, if we made them uncomfortable,

6    neither of us would behave the way he does

7    after.  That's what's odd.  He keeps

8    referencing it or disconnects entirely or gets

9    snippy and impatient as a director."  Is that

10   the experience that you had as well?

11               MR. SCHUSTER:  Objection.

12       A.    Yes.

13       Q.    Did you understand this to be in

14   reference to Mr. Baldoni?

15       A.    Yes.

16       Q.    And then Ms. Lively says, "He was so

17   huffy after the sexy thing I felt awful for

18   saying something."  Was that consistent with

19   your experience?

20       A.    Yes.

21       Q.    And then if you skip down to

22   3:28 a.m., Ms. Lively says, "What you said

23   though is very self-aware.  Neither of us are

24   people who can't take a joke or who can't work

25   or understand blue.  We're not that fragile.

1                SLATE - CONFIDENTIAL
2   You just can't record people without asking.
3   You can't speak to people sexually while not in
4   character or while talking about the character,
5   and if you overstep, you move on.  It's the
6   weirdness after that makes it feel bad.  Like
7   if we speak up, the vibes on set get funky and
8   the work suffers."  Did you feel that
9   Ms. Lively in this exchange accurately
10  reflected what was happening on set with
11  Mr. Baldoni?
12              MR. SCHUSTER:  Objection.
13      A.    In that situation that I
14  experienced, where he talked about her looking
15  sexy or hot, yes.
16      Q.    And then the recording here, did you
17  understand that to refer to the recording of
18  the Zoom?
19      A.    Yes.
20      Q.    And did you agree that in your view
21  you and Ms. Lively were not fragile and could
22  take a joke?
23              MR. SCHUSTER:  Objection.
24      A.    Yeah.
25      Q.    If you go to the end of this text

```
 1                 SLATE - CONFIDENTIAL
 2        A.    No.
 3        Q.    I'm going to hand you a document
 4    marked as Exhibit 12.
 5              (Whereupon Exhibit 12 was marked for
 6        identification.)
 7              MS. HUDSON:  Exhibit 12 is a text
 8        exchange, dated June 1st, 2023, Bates
 9        stamped JS333 through 35.
10        Q.    Do you recognize this as a text
11    exchange between you and Alex Saks that you
12    participated in?
13        A.    Yes.
14        Q.    And can you tell that it's Ms. Saks
15    just from the context?
16        A.    Yes.
17        Q.    And in this message Ms. Saks sends
18    you a note from Mr. Baldoni.  Do you see that?
19        A.    Yes.
20        Q.    And how would you characterize this
21    note?  You said earlier that he did not give
22    you an apology.  Do you not see this as an
23    apology note?
24        A.    No, I don't see it as an apology.
25        Q.    How would you characterize this
```

Page 101

SLATE - CONFIDENTIAL

1  note?

2       A.    I would characterize this note as an

3  acknowledgment that he received information

4  from Ange and that, as he said, adjustments

5  will be made accordingly.

6       Q.    How did you feel having received

7  this note?

8       A.    I felt that it was, you know, not

9  taking direct accountability and like lame, but

10  it was also enough for me to feel like I could

11  focus up and do our work and... yeah.

12           MS. HUDSON:  With that, I think it's

13      1 o'clock.  Should we break for lunch?

14           MS. PORTER:  How are you feeling?

15           THE WITNESS:  Yeah, sure.

16           MS. HUDSON:  We'll take 30 minutes.

17           THE VIDEOGRAPHER:  Going off the

18      record.  The time is 1:01 p.m.  This ends

19      media unit two.

20           (Time noted: 1:01 p.m.)

21           (Lunch recess.)

22           AFTERNOON SESSION

23           THE VIDEOGRAPHER:  We are now going

24      back on the record.  The time is 1:38 p.m.

```
                                          Page 113

 1                  SLATE - CONFIDENTIAL
 2      group of people on June 4th, 2024?
 3          A.    Yes.
 4          Q.    And it looks like the subject matter
 5      of this text exchange is something called the
 6      EPK.  Can you tell me what an EPK is?
 7          A.    It's -- EPK, let's hope I'm right,
 8      stands for, I want to say, electronic press kit
 9      but I might be wrong.  And usually what that is
10      is sometimes they do it on set, sometimes they
11      do it after production has wrapped, in the
12      post-production time.  They ask you questions
13      about the production, your role, stuff like
14      that and then they can use it for promotional
15      materials.
16          Q.    And it looks like what --
17              MS. PORTER:  I was just going to
18          mention, I think in your question you
19          asked 2024, but it's 2023, just to -- for
20          the record.
21              MS. HUDSON:  Thank you, yes.  For
22          the record the -- counsel is correct.  The
23          date of the text is June 4th, 2023.  Thank
24          you for correcting that.
25          Q.    It looks like you have been -- you
```

```
                                        Page 114
 1                  SLATE - CONFIDENTIAL
 2    were sent some questions to answer for the EPK
 3    as part of this text chain; is that right?
 4         A.    Yes.
 5         Q.    And you say here to your team here,
 6    "Hey, guys - I don't want to do anything with
 7    Justin.  I don't want to talk about him,
 8    like... nothing.  And the same goes for Jamey,
 9    who is truly unprofessional.  I also haven't
10    read the book, so definitely no q's about that.
11    I'm just not sure how visible I want to be in
12    this campaign, and looking over this list, I'm
13    wondering if actually we should wait a beat.
14    What is Blake going to do?  I'll ask her myself
15    on Tuesday."
16              So was it your feeling at this time
17    that you did not want to do anything with
18    respect to press or promotion of this film?
19         A.    It seems that that was my position
20    at the time.
21         Q.    And it says here that, "I'm going to
22    ask" -- "I'll ask her myself on Tuesday."  Had
23    you not discussed this issue with Ms. Lively by
24    this time?
25         A.    I can't specifically recall but I
```

Page 115

SLATE - CONFIDENTIAL

1

2     guess not.

3          Q.     Did Ms. Lively tell you to tell your

4     team that you didn't want to do press or

5     publicity?

6          A.     No.

7          Q.     This was something that you did

8     independently?

9          A.     Yes.

10         Q.     I'll hand you what we will be

11    marking as Exhibit 17.  Exhibit  17 is an email

12    exchange dated June 4th, 2023, between Samantha

13    Cooper, Jenny Slate, Paris Reise, Alexander

14    Crotin, Karen Gardener, Stacy O'Neil and Jenny

15    Slate, CAA team regarding Jenny Slate upcoming

16    publicity schedule as of June 4th, 2023.  Bates

17    stamped JS520 through 522.  Do you recognize

18    this as an email exchange that you had with the

19    people that I just described on June 4th, 2023?

20             (Whereupon Exhibit 17 was marked for

21         identification.)

22         A.     Yes.

23         Q.     And in the beginning email below

24    from Paris Reise, there is a schedule of

25    various publicity events.  Do you see that?

```
 1                    SLATE - CONFIDENTIAL
 2         A.    Yes.
 3         Q.    And in response to this schedule,
 4    you say, "Hi there - my concerns are only
 5    increasing about our director and producer
 6    Jamey.  I'd like to do the bare minimum here,
 7    let's talk on the phone and cut it way down,
 8    please!"  Again, is this how you were feeling
 9    at this time about doing anything related to
10    publicity for the film?
11         A.    Yes.
12         Q.    And at some point did you -- were
13    you involved at all in publicity or press for
14    the film?
15         A.    Yes.
16         Q.    And I'm going to hand you a document
17    that we will mark as Exhibit 18.  Exhibit 18 is
18    a text exchange between Ms. Slate and Josh
19    Pearl dated July 26, 2024 Bates stamped JS512
20    to 514.  Do you recognize this as a text
21    exchange that you participated in with
22    Mr. Pearl?
23              (Whereupon Exhibit 18 was marked for
24         identification.)
25         A.    Yes.
```

SLATE - CONFIDENTIAL

1

2       A.      I think what the text is what it
3   says.
4       Q.      And it's an accurate description of
5   how you were feeling about them at the time?
6       A.      At this time, July 26th, yes.
7       Q.      Now, you said that you did
8   participate in some press and publicity for the
9   film.  Is the fact that Ms. Lively's cut with
10  Sony was the one that was being released --
11  strike that.
12          Did the fact that Ms. Lively's cut
13  with Sony, was the one that was being released,
14  impact your willingness to do press or
15  publicity for the film?
16      A.      I don't think that it mattered to me
17  whose cut it was.  I think it just mattered to
18  me that the cut was watchable.
19      Q.      At some point, did you see the cut
20  of the film?
21      A.      I never saw the full, like,
22  completed movie.
23      Q.      What made you decide to participate
24  in press or publicity for the film at all?
25      A.      I didn't want to let my cast mates

```
 1                    SLATE - CONFIDENTIAL
 2    down.  I didn't want to be dramatic.  It seemed
 3    that everybody was participating and I just
 4    wanted to make it easy, yeah.
 5         Q.    Did you do any publicity or
 6    promotion with Mr. Baldoni?
 7         A.    No.
 8         Q.    Did you tell anyone that you would
 9    not do press or publicity with Mr. Baldoni
10    specifically?
11         A.    I believe so.
12         Q.    Beyond what you had told your team
13    in 2023?  Let me just clarify.
14               Did you consistently take the
15    position that you would not do press or
16    publicity with Mr. Baldoni from 2023 up through
17    the time that you were doing publicity and
18    promotion?
19         A.    Yes.
20         Q.    And what did you do in terms of
21    publicity and promotion for the film?
22         A.    What I recall is two content days
23    and a press junket, and that also included,
24    like, a -- like, a taped appearance for a
25    morning TV show and I went to the premier and,
```

```
                                        Page 121
 1                SLATE - CONFIDENTIAL
 2    you know, the photo call there.
 3         Q.    And were you -- did you receive
 4    direction about how to talk about the film,
 5    talking points, things along those lines from
 6    anyone?
 7         A.    I believe there was -- you know,
 8    there were talking points from either Sony or,
 9    you know, usually there is -- there are those.
10    I'm not usually someone that reviews those and
11    I don't remember reviewing them.
12         Q.    Is -- did you have your own views of
13    how you were going to speak about the film?
14         A.    Nothing planned.
15         Q.    Do you recall how you spoke about
16    the film during that -- those promotional
17    activities?
18         A.    I recall wanting to avoid drama in
19    the, sort of, like, social media sphere and
20    wanting to support Blake's performance and --
21    and speaking to that.
22         Q.    Okay.  And did you speak about the
23    movie as a film of female empowerment?
24         A.    It's quite likely.  I don't recall
25    exactly.
```

```
                                        Page 281
 1                SLATE - CONFIDENTIAL
 2       Q.     Did Blake Lively ever tell you that
 3   any of the defendants questioned her about her
 4   sexual fantasies or sexual performance?
 5            MS. HUDSON:  Objection.
 6       A.    I --
 7            MS. HUDSON:  Counsel, before we go
 8       into this, I would like to just invoke
 9       FRCP, I'm sorry --
10            MR. SCHUSTER:  I'll withdraw the
11       question.
12            MS. HUDSON:  FRA412.
13            MR. SCHUSTER:  I'll withdraw the
14       question.
15            MS. HUDSON:  Okay.
16       Q.    Going back to the occasion when
17   Justin referred to Blake as sexy or hot or hot
18   and then sexy, was that during filming or as
19   something was about to be filmed?
20       A.    In my memory, it was, like, start of
21   the day and, like, setting up a shot, like,
22   getting ready to rehearse, something like that.
23       Q.    And where physically did that scene
24   take place?  Was that in an office, was that on
25   a studio?  And I apologize if I'm using the
```

Page 282

```
                        SLATE - CONFIDENTIAL
 1
 2    wrong terminology.
 3         A.    It was in a bar.
 4         Q.    Okay.  Do you recall that bar being
 5    particularly hot at that time?
 6               MS. HUDSON:  Objection.
 7         A.    I don't know, maybe.
 8         Q.    Okay.  Do you recall what Blake was
 9    wearing?
10         A.    I remember that she was in her,
11    like, own clothes, not wardrobe.
12         Q.    Do you remember if she was wearing a
13    jacket?
14         A.    Yes, in my memory, it was, like,
15    a -- like, some sort of button up or something,
16    and from what I remember, but maybe I'm wrong,
17    that she had, like, a blazer that I think she
18    said was Ryan's blazer.
19         Q.    As best you can recall, what was the
20    interaction between Blake and Justin as it
21    relates to that comment?
22         A.    What I've already described.
23         Q.    That fully describes your memory of
24    that event?
25               MS. PORTER:  Objection to form.
```

Page 283

                    SLATE - CONFIDENTIAL
1
2              MS. HUDSON:  Objection.
3      A.    I think so.
4      Q.    What did -- what happened after
5   Justin made that comment?
6              MS. HUDSON:  Objection.
7      A.      In my memory, that was when I said
8   that -- you know, as I described before, that
9   the comments were kind of like ranged from
10  being, like, irrelevant, doesn't matter when
11  people think about what we look like in our
12  clothes, to, you know, kind of disruptive,
13  like, distracting and not doing that anymore.
14  I can't remember the -- if Justin left, like,
15  between when he said the sexy hot stuff and
16  then came back and then I said that or I can't
17  remember how many times he left.  Maybe it was
18  once, maybe twice, but then after I said that,
19  I, in my memory, he left, kind of, as I
20  described before -- kind of, like, huffed away
21  and then came back and said the thing about the
22  reason why he said the word hot was because it
23  was hot in the bar.
24     Q.    Did he ever apologize for that
25  comment?

```
 1                 SLATE - CONFIDENTIAL
 2       A.    No, not that I can remember.
 3       Q.    Who else was present at that time?
 4       A.    Blake, there were lots of crew
 5  members, people around.
 6       Q.    Okay.  Do you know if the
 7  interaction was audio recorded?
 8       A.    No.
 9       Q.    Do you know if there is a video
10  recording of that interaction?
11       A.    No.
12       Q.    During the course of this
13  production, did you ever hear Blake Lively use
14  the term sexy?
15       A.    Nothing comes to mind.
16       Q.    Did you ever discuss sex or your sex
17  life?
18             MS. PORTER:  Objection to form.
19             MS. HUDSON:  Objection.
20       A.    With Blake?
21       Q.    With any -- with anybody in
22  connection with this movie.
23             MS. HUDSON:  Objection.
24       A.    Nothing more than what the text
25  message shows about a joke that I made about
```

Page 302

1

2                    C E R T I F I C A T E

3            I, FRAN INSLEY, hereby certify that the

4    Deposition of JENNY SLATE was held before me on

5    the 26th day of September, 2025; that said

6    witness was duly sworn before the commencement

7    of testimony; that the testimony was taken

8    stenographically by myself and then transcribed

9    by myself; that the party was represented by

10   counsel as appears herein;

11           That the within transcript is a true

12   record of the Deposition of said witness;

13           That I am not connected by blood or

14   marriage with any of the parties; that I am not

15   interested directly or indirectly in the

16   outcome of this matter; that I am not in the

17   employ of any of the counsel.

18           IN WITNESS WHEREOF, I have hereunto set

19   my hand this 27th day of September, 2025.

20

21

                 FRAN INSLEY

22

23

24

25