# Exhibit 14

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - x

4    BLAKE LIVELY,

5                Plaintiff,

        v.

6

7    WAYFARER STUDIOS LLC, a       Civ. Action No.
     Delaware Limited
8    Liability Company,            1:24-cv-10049-LJL
     JUSTIN BALDONI, an
9    individual, JAMEY HEATH,      (Consolidated for
     an individual, STEVE
10   SAROWITZ, an individual,      pretrial purposes with
     IT ENDS WITH US MOVIE
11   LLC, a California             1:25-cv-00449-LJL)
     Limited Liability
12   Company, MELISSA NATHAN,      Rel. 1:25-cv-00779-LJL
     an individual, THE
13   AGENCY GROUP PR LLC, a
     Delaware Limited
14   Liability Company,
     JENNIFER ABEL, an
15   individual, JED WALLACE,
     an individual, and
16   STREET RELATIONS INC., a
     California Corporation

17                Defendants.

18   - - - - - - - - - - - - - x

         Videotaped Deposition of ELIZABETH TALBOT

19

                    New York, New York

20

                Thursday, August 21st, 2025

21

                       9:31 A.M.

22

        CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

23

     Pages: 1 - 209

24   Reported Stenographically By: Anita M. Trombetta,
     RMR, CRR, California CSR No. 14647

25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    23

| | | |
|---|---|---|
| 1 | Are you familiar with these two documents? | 09:46:57 |
| 2 | ATTORNEY HAGGERTY:  Have you had a chance | 09:46:59 |
| 3 | to review them? | 09:46:59 |
| 4 | A  Can I read them? | 09:47:00 |
| 5 | Q  Absolutely.  Let me know when you're | 09:47:01 |
| 6 | finished. | 09:47:03 |
| 7 | A  Thank you. | 09:47:03 |
| 8 | (Document review.) | 09:47:30 |
| 9 | ATTORNEY ROESER:  Counsel, while the | 09:51:38 |
| 10 | witness reads the exhibit, can we also put a | 09:51:39 |
| 11 | stipulation on the record that all objections | 09:51:42 |
| 12 | except as to the form of the question will be | 09:51:44 |
| 13 | reserved for the time of trial, pursuant to | 09:51:45 |
| 14 | Rule 32(d)? | 09:51:48 |
| 15 | ATTORNEY FRITZ:  That's fine. | 09:51:50 |
| 16 | ATTORNEY ROESER:  Great. | 09:51:55 |
| 17 | Q  You had a chance to review both documents? | 09:52:51 |
| 18 | A  Correct. | 09:53:03 |
| 19 | Q  Okay.  Let's start with 38, which is the | 09:53:03 |
| 20 | Standards and Protocols For the Use of Intimacy | 09:53:06 |
| 21 | Coordinators. | 09:53:10 |
| 22 | Are you familiar with this document? | 09:53:11 |
| 23 | A  Yes. | 09:53:12 |
| 24 | Q  Have you seen it before? | 09:53:12 |
| 25 | A  Yes. | 09:53:13 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                24

| | | |
|---|---|---|
| 1 | Q  Have you read it before today? | 09:53:16 |
| 2 | A  Yes. | 09:53:20 |
| 3 | Q  Does SAG require the use of intimacy | 09:53:21 |
| 4 | coordinators, or is it suggested or recommended, | 09:53:24 |
| 5 | if you know? | 09:53:26 |
| 6 | A  Prior to the agreements, I think in | 09:53:29 |
| 7 | November 2023, it was a recommendation.  Post | 09:53:33 |
| 8 | that, it is best efforts. | 09:53:36 |
| 9 | Q  Which agreement are you referring to? | 09:53:39 |
| 10 | A  It's the agreement that was sorted out in | 09:53:42 |
| 11 | November 2023, post the writers' strike and the | 09:53:46 |
| 12 | actors' strike. | 09:53:51 |
| 13 | Q  When -- prior to November 2023, what was | 09:54:00 |
| 14 | your understanding of when it was recommended that | 09:54:02 |
| 15 | an intimacy coordinator be on set? | 09:54:04 |
| 16 | A  For scenes of simulated sex and nudity. | 09:54:06 |
| 17 | Q  And do you know if SAG defines "nudity"? | 09:54:11 |
| 18 | A  So "nudity" for us is defined as anything | 09:54:20 |
| 19 | that would be seen underneath a bikini for a | 09:54:27 |
| 20 | female and underneath a pair of Speedos for a | 09:54:33 |
| 21 | male. | 09:54:39 |
| 22 | Q  And prior to November of 2023, was an | 09:54:42 |
| 23 | intimacy coordinator required to be on set for | 09:54:46 |
| 24 | kissing scenes? | 09:54:49 |
| 25 | A  No. | 09:54:50 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    57

| | | |
|---|---|---|
| 1 | the more time you have to discuss. | 10:58:09 |
| 2 | And I believe I had a conversation with | 10:58:14 |
| 3 | Justin's assistant, who added in Blake's | 10:58:19 |
| 4 | assistant, and that's how we navigated the time | 10:58:23 |
| 5 | for the call. | 10:58:28 |
| 6 | Q  Okay.  So at some point in early May you | 10:58:28 |
| 7 | had a phone call with Blake Lively? | 10:58:33 |
| 8 | A  Correct. | 10:58:35 |
| 9 | Q  Okay.  Was anyone else on the call? | 10:58:36 |
| 10 | A  Yes. | 10:58:37 |
| 11 | Q  Who was that? | 10:58:38 |
| 12 | A  Lindsey. | 10:58:39 |
| 13 | Q  Who is that? | 10:58:39 |
| 14 | A  A lawyer for Blake. | 10:58:40 |
| 15 | Q  Do you know her last name? | 10:58:42 |
| 16 | A  Strasberg, I believe, or something to that | 10:58:44 |
| 17 | effect. | 10:58:51 |
| 18 | Q  And do you recall what was discussed | 10:58:55 |
| 19 | during that call? | 10:58:56 |
| 20 | A  Yes.  I started on the phone with Lindsey. | 10:58:57 |
| 21 | We had a conversation because I think she | 10:59:02 |
| 22 | recognized me and I potentially recognized her | 10:59:08 |
| 23 | from another project, either we had worked with | 10:59:10 |
| 24 | the same actor or -- there was some familiarity | 10:59:15 |
| 25 | between us. | 10:59:18 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    58

| | | |
|---|---|---|
| 1 | So we were on the call together first and | 10:59:19 |
| 2 | then Blake joined.  We discussed Wrexham Football | 10:59:22 |
| 3 | Club because I grew up in Wales. | 10:59:33 |
| 4 | And then we started to discuss what my | 10:59:37 |
| 5 | role was because she had not worked with an | 10:59:40 |
| 6 | intimacy coordinator before. | 10:59:44 |
| 7 | She described some previous scenes in her | 10:59:46 |
| 8 | career where she had felt unsafe.  And I then | 10:59:51 |
| 9 | asked. | 11:00:01 |
| 10 | ATTORNEY HERMAN:  Comfort level, her | 11:00:02 |
| 11 | boundaries, and said that I was going to send her | 11:00:04 |
| 12 | Justin's vision and the -- ask for those scenes | 11:00:14 |
| 13 | that would be within her consent and boundaries. | 11:00:20 |
| 14 | And that I was going to remove anything that was | 11:00:24 |
| 15 | not, and that I was going to provide her with | 11:00:27 |
| 16 | nudity rider language.  And to contact me if she | 11:00:29 |
| 17 | needed or wanted anything else. | 11:00:39 |
| 18 | Q  Did she ever contact you to say she needed | 11:00:40 |
| 19 | or wanted anything else? | 11:00:44 |
| 20 | A  No. | 11:00:45 |
| 21 | Q  When she referred to feeling unsafe in | 11:00:46 |
| 22 | scenes on other projects or prior projects, did | 11:00:50 |
| 23 | she specify what those projects were? | 11:00:53 |
| 24 | A  No. | 11:00:55 |
| 25 | Q  Did she specify why she felt unsafe? | 11:00:55 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                              59

| | | |
|---|---|---|
| 1 | A  Not that I recall in specifics, but I | 11:00:58 |
| 2 | would say that that is a common refrain from many | 11:01:08 |
| 3 | actors, that previously they have had negative | 11:01:12 |
| 4 | experiences with these scenes. | 11:01:16 |
| 5 | Q  Did she tell you what her comfort level | 11:01:18 |
| 6 | was with respect to intimate scenes? | 11:01:23 |
| 7 | A  Correct.  We talked about what was -- what | 11:01:26 |
| 8 | she was happy to show, what she did not want to | 11:01:30 |
| 9 | show, the extent of touching during these scenes, | 11:01:33 |
| 10 | specifically in regards to Justin's request here | 11:01:42 |
| 11 | in the email. | 11:01:45 |
| 12 | Q  And what did she say her comfort level was | 11:01:47 |
| 13 | in terms of what she would show and would not | 11:01:49 |
| 14 | show? | 11:01:52 |
| 15 | A  We talked about -- I believe it's in the | 11:01:52 |
| 16 | nudity rider language.  So I believe it is no | 11:01:55 |
| 17 | nudity that would be seen underneath a bikini. | 11:02:04 |
| 18 | And in terms of simulated sex, there was | 11:02:11 |
| 19 | to be no simulated oral sex, either implied or | 11:02:14 |
| 20 | actual, and that there was to be no touching of | 11:02:20 |
| 21 | breast or groin area. | 11:02:24 |
| 22 | Q  Okay.  And what about orgasms? | 11:02:25 |
| 23 | A  That was not discussed because -- well, I | 11:02:31 |
| 24 | don't recall discussing that because I believe | 11:02:36 |
| 25 | that that was not in the request at this point. | 11:02:38 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    60

| | | |
|---|---|---|
| 1 | Q   Justin didn't request that? | 11:02:40 |
| 2 | A   Not in -- I would have to refer to this, | 11:02:43 |
| 3 | but it is not something that I -- I brought up | 11:02:48 |
| 4 | with her because I believed it to be off the table | 11:02:51 |
| 5 | at that time. | 11:02:54 |
| 6 | Q   Okay. | 11:02:54 |
| 7 | ATTORNEY FRITZ:  Let's take a look at | 11:03:06 |
| 8 | 12 -- 10. | 11:03:08 |
| 9 | ATTORNEY BIENER:  10 or 12? | 11:03:12 |
| 10 | ATTORNEY FRITZ:  12. | 11:03:14 |
| 11 | (Talbot Exhibit 12, marked for | 11:03:14 |
| 12 | identification.) | 11:03:14 |
| 13 | BY ATTORNEY FRITZ: | 11:03:44 |
| 14 | Q   Before we get to 12, I'm just going to ask | 11:03:44 |
| 15 | you some questions that don't pertain to this | 11:03:47 |
| 16 | document. | 11:03:49 |
| 17 | A   Okay. | 11:03:51 |
| 18 | Q   Prior to meeting with -- or speaking with | 11:03:52 |
| 19 | Blake in -- on April 5th, did you request to meet | 11:03:54 |
| 20 | with her or speak to her any earlier than that, if | 11:03:57 |
| 21 | you recall? | 11:04:00 |
| 22 | A   Earlier than? | 11:04:00 |
| 23 | Q   May 5th? | 11:04:02 |
| 24 | A   Yes. | 11:04:03 |
| 25 | Q   Do you recall when you first sought to | 11:04:03 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    69

| | | |
|---|---|---|
| 1 | ATTORNEY HAGGERTY:  Just to make sure to | 11:15:56 |
| 2 | let Mr. Fritz finish his question -- | 11:15:58 |
| 3 | THE WITNESS:  Sorry. | 11:16:00 |
| 4 | ATTORNEY HAGGERTY:  -- before you answer. | 11:16:00 |
| 5 | Q  Is the birth scene one of these five here? | 11:16:04 |
| 6 | A  No, it is not. | 11:16:07 |
| 7 | Q  Have you seen the movie? | 11:16:09 |
| 8 | A  Yes. | 11:16:14 |
| 9 | Q  Okay. | 11:16:15 |
| 10 | A  Oh, this movie? | 11:16:17 |
| 11 | Q  This movie, It Ends With Us? | 11:16:19 |
| 12 | A  Not in its entirety; pieces of it. | 11:16:19 |
| 13 | Q  Okay.  Have you seen the birthing scene? | 11:16:21 |
| 14 | A  I have seen the birthing scene. | 11:16:24 |
| 15 | Q  Do you recall any nudity in that? | 11:16:26 |
| 16 | ATTORNEY ROESER:  Objection. | 11:16:28 |
| 17 | Q  If you recall? | 11:16:30 |
| 18 | A  I don't recall any nudity.  There was a | 11:16:32 |
| 19 | high hip line that may have been called profile | 11:16:38 |
| 20 | nudity to an extent, and that some actors would | 11:16:45 |
| 21 | require or request a nudity rider for. | 11:16:51 |
| 22 | Q  Do you know if Blake requested that? | 11:16:54 |
| 23 | A  No, this was not on our discussion. | 11:16:57 |
| 24 | ATTORNEY FRITZ:  Let's take a look at 11 | 11:17:21 |
| 25 | quickly. | 11:17:23 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                          86

| | | |
|---|---|---|
| 1 | know -- | 11:54:43 |
| 2 | Q  Okay. | 11:54:43 |
| 3 | A  -- what requests were made not in my | 11:54:44 |
| 4 | presence. | 11:54:46 |
| 5 | ATTORNEY ROESER:  Belated objection to | 11:54:49 |
| 6 | that question as form and foundation. | 11:54:51 |
| 7 | Q  But to your knowledge, are you aware of | 11:54:52 |
| 8 | any?  Like did you see anything and say, hey, we | 11:54:54 |
| 9 | should have this safeguard in place and it wasn't | 11:54:58 |
| 10 | there? | 11:55:00 |
| 11 | ATTORNEY HAGGERTY:  Objection to the -- | 11:55:04 |
| 12 | I'm sorry.  Objection to the form. | 11:55:05 |
| 13 | ATTORNEY FRITZ:  Okay. | 11:55:08 |
| 14 | A  The birthing scene could potentially have | 11:55:08 |
| 15 | had a profile nudity rider below the waist for | 11:55:18 |
| 16 | profile nudity below the waist.  Again, that's | 11:55:24 |
| 17 | from a very quick viewing of what ended up on | 11:55:27 |
| 18 | film.  And I cannot say with any concrete | 11:55:34 |
| 19 | evidence, not being there, of what else needed | 11:55:38 |
| 20 | one. | 11:55:42 |
| 21 | Q  Okay.  Was your presence or involvement | 11:55:42 |
| 22 | for kissing scenes required? | 11:55:57 |
| 23 | ATTORNEY ROESER:  Objection.  Form, | 11:56:02 |
| 24 | foundation. | 11:56:03 |
| 25 | A  Required by who? | 11:56:04 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    102

| | | |
|---|---|---|
| 1 | A   That's -- sometimes, again, with the actor | 13:18:16 |
| 2 | who was in a tube top and sweatpants looking in | 13:18:23 |
| 3 | the mirror, no, they're fully clothed at that | 13:18:26 |
| 4 | point. | 13:18:29 |
| 5 | There may be times where an actor is | 13:18:29 |
| 6 | wearing a stick-on bra, for example, where you may | 13:18:35 |
| 7 | have a naked back, and we might close the set for | 13:18:41 |
| 8 | an actor's comfort at that point. | 13:18:46 |
| 9 | Again, this is a very nuanced job with | 13:18:55 |
| 10 | everyone having a very different experience and | 13:19:01 |
| 11 | comfort level, and various factors play into this | 13:19:02 |
| 12 | role. | 13:19:08 |
| 13 | The only real hard and fast rules that we | 13:19:08 |
| 14 | have are the nudity rider and the simulated -- as | 13:19:11 |
| 15 | in the nudity rider that includes the simulated | 13:19:15 |
| 16 | sex and nudity. | 13:19:18 |
| 17 | Q   Okay.  And if you could also turn to the | 13:19:19 |
| 18 | exhibit marked 39 by defendants' counsel, which is | 13:19:29 |
| 19 | the Quick Guide for Scenes Involving Nudity and | 13:19:33 |
| 20 | Simulated Sex. | 13:19:36 |
| 21 | A   Sorry.  Hang on. | 13:19:37 |
| 22 | Q   And I'm looking at page 1.  Just let me | 13:19:56 |
| 23 | know when you're ready with that. | 13:19:59 |
| 24 | A   Yeah. | 13:20:00 |
| 25 | Q   So page 1 -- and there's four bullet | 13:20:01 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                    103

| | | |
|---|---|---|
| 1 | points there. | 13:20:04 |
| 2 | Do you see those? | 13:20:05 |
| 3 | A  Yes. | 13:20:05 |
| 4 | Q  And one of them is a requirement for | 13:20:06 |
| 5 | appropriate notice of nudity in simulated sex? | 13:20:09 |
| 6 | A  Mm-hmm. | 13:20:13 |
| 7 | Q  Okay.  And that applies for a role, and I | 13:20:14 |
| 8 | believe that you mentioned earlier that it is the | 13:20:18 |
| 9 | responsibility of the director to notify an | 13:20:20 |
| 10 | intimacy coordinator as soon as they envision a | 13:20:24 |
| 11 | scene that would include either simulated sex or | 13:20:27 |
| 12 | nudity? | 13:20:29 |
| 13 | A  Yes, if it's a new one that they are | 13:20:29 |
| 14 | introducing or a new element of the scene that | 13:20:31 |
| 15 | they are introducing, yes. | 13:20:34 |
| 16 | Q  Also on that page at the third bullet | 13:20:35 |
| 17 | point, there's a requirement for riders that | 13:20:42 |
| 18 | outline the parameters of nudity and simulated | 13:20:46 |
| 19 | sex, correct? | 13:20:48 |
| 20 | A  Sorry, correct. | 13:20:50 |
| 21 | Q  And if you turn to page 3, please.  It | 13:20:51 |
| 22 | states, "A performer's performance or depiction in | 13:20:59 |
| 23 | a scene requiring nudity or simulated sex acts is | 13:21:04 |
| 24 | conditioned on their prior written consent which | 13:21:09 |
| 25 | should take the form of a rider attached to their | 13:21:11 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    104

| | | |
|---|---|---|
| 1 | contract." | 13:21:15 |
| 2 | Do you see that? | 13:21:15 |
| 3 | A  Yes, correct. | 13:21:15 |
| 4 | Q  And this does say performance or depiction | 13:21:17 |
| 5 | in a scene requiring nudity, correct? | 13:21:20 |
| 6 | A  Depiction of the simulated sex acts. | 13:21:23 |
| 7 | Q  It says here, "A performer's performance | 13:21:27 |
| 8 | or depiction in a scene requiring nudity" -- | 13:21:29 |
| 9 | A  Yes. | 13:21:33 |
| 10 | Q  -- "or simulated sex," correct? | 13:21:33 |
| 11 | A  Yes, correct. | 13:21:37 |
| 12 | Q  You can set that aside. | 13:21:41 |
| 13 | Before you signed on to It Ends With Us, | 13:21:44 |
| 14 | had you worked with Wayfarer before? | 13:21:49 |
| 15 | A  With Wayfarer, no. | 13:21:51 |
| 16 | Q  Had you worked with Mr. Baldoni before? | 13:21:53 |
| 17 | A  No. | 13:21:54 |
| 18 | Q  Mr. Heath? | 13:21:55 |
| 19 | A  No. | 13:21:57 |
| 20 | Q  Have you worked with him before? | 13:21:57 |
| 21 | A  Sorry, no. | 13:21:58 |
| 22 | Q  Was that a no? | 13:22:00 |
| 23 | A  Correct. | 13:22:01 |
| 24 | Q  And had you worked with Mr. Sarowitz | 13:22:02 |
| 25 | before? | 13:22:07 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                106

| | | |
|---|---|---|
| 1 | a look at the document while we pass them on? | 13:23:29 |
| 2 | THE WITNESS: Sorry. | 13:23:45 |
| 3 | ATTORNEY BIENER: Both of them are 41? | 13:23:59 |
| 4 | ATTORNEY ROESER: Yes, together. | 13:24:01 |
| 5 | BY ATTORNEY ROESER: | 13:24:11 |
| 6 | Q Take a minute to review and let me know | 13:24:11 |
| 7 | whenever you are ready. | 13:24:14 |
| 8 | You don't have to review the whole thing, | 13:24:15 |
| 9 | the whole exhibit, but you may if you would like | 13:24:18 |
| 10 | to. | 13:24:21 |
| 11 | A Okay. | 13:24:22 |
| 12 | (Document review.) | 13:24:23 |
| 13 | ATTORNEY HAGGERTY: Maybe to look through | 13:24:29 |
| 14 | to familiarize yourself with the nature of what it | 13:24:31 |
| 15 | is, not the substantive content of each page, but | 13:24:32 |
| 16 | if counsel's going to ask you about a particular | 13:24:36 |
| 17 | page, you can take time to review the page as -- | 13:24:38 |
| 18 | as we get to it. | 13:24:41 |
| 19 | THE WITNESS: Okay. Okay. | 13:24:42 |
| 20 | (Document review.) | 13:24:42 |
| 21 | A Okay. | 13:25:07 |
| 22 | BY ATTORNEY ROESER: | 13:25:09 |
| 23 | Q So Exhibit 41 is an email. And it's an | 13:25:09 |
| 24 | email from Jill Sacco to you dated March 4th, | 13:25:12 |
| 25 | 2023, right? | 13:25:15 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    107

| | | |
|---|---|---|
| 1 | A  Correct. | 13:25:17 |
| 2 | Q  And the first line of the email reads, | 13:25:17 |
| 3 | "I've attached a watermarked script for you to | 13:25:20 |
| 4 | read." | 13:25:23 |
| 5 | Do you see that? | 13:25:23 |
| 6 | A  Yes. | 13:25:23 |
| 7 | Q  And the attachment to the email appears to | 13:25:24 |
| 8 | be a script for It Ends With Us dated March 3rd, | 13:25:27 |
| 9 | 2023, correct? | 13:25:31 |
| 10 | A  Correct. | 13:25:32 |
| 11 | Q  Did you review the script when you | 13:25:40 |
| 12 | received it in March or around that time? | 13:25:44 |
| 13 | A  Yes. | 13:25:46 |
| 14 | Q  Did you review the entire script or just | 13:25:46 |
| 15 | specific scenes? | 13:25:49 |
| 16 | A  When she sent me the script, I read the | 13:25:50 |
| 17 | script, but there were also -- either prior to | 13:25:55 |
| 18 | this or shortly after, there were two scenes that | 13:25:59 |
| 19 | were attached in an email.  I don't -- I believe | 13:26:06 |
| 20 | that this was the one with the whole script in it. | 13:26:10 |
| 21 | Q  Okay.  You can set that exhibit aside for | 13:26:13 |
| 22 | now. | 13:26:19 |
| 23 | A  Thank you.  Would you like me -- do we | 13:26:19 |
| 24 | still hold on to this? | 13:26:22 |
| 25 | Q  Yeah, if you could just keep it maybe in | 13:26:24 |

| | | |
|---|---|---|
| 1 | intimate scenes? | 13:38:28 |
| 2 | A  No, it's actually something that we try | 13:38:29 |
| 3 | and stay away from, quite honestly.  One, because | 13:38:31 |
| 4 | it's often not that realistic in terms of scenes | 13:38:36 |
| 5 | of female gaze that he was after. | 13:38:40 |
| 6 | So we often try and stay away from | 13:38:42 |
| 7 | simultaneous orgasms.  And again, that's a | 13:38:46 |
| 8 | question that male directors will ask a lot. | 13:38:49 |
| 9 | They'll often say, oh, they should cum together. | 13:38:53 |
| 10 | And we -- if they are after the female gaze, we | 13:38:57 |
| 11 | might offer an alternative. | 13:39:00 |
| 12 | Q  Did Mr. Baldoni suggest to you that the | 13:39:01 |
| 13 | characters should simultaneously climax? | 13:39:04 |
| 14 | A  I don't recall him saying that | 13:39:07 |
| 15 | specifically.  But again, I would have said, if | 13:39:09 |
| 16 | you're doing it for the female gaze -- you may -- | 13:39:17 |
| 17 | Q  Did you? | 13:39:21 |
| 18 | A  -- rethink that. | 13:39:22 |
| 19 | Q  I'm sorry, I didn't mean to cut you off. | 13:39:23 |
| 20 | A  If you're doing it for the female gaze and | 13:39:25 |
| 21 | authentically, you may want to rethink that. | 13:39:29 |
| 22 | Q  In your conversations with Mr. Baldoni, | 13:39:32 |
| 23 | did you offer as an opinion that Mr. Baldoni's | 13:39:33 |
| 24 | character and Ms. Lively's character should engage | 13:39:37 |
| 25 | in simulated oral sex? | 13:39:40 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    118

| | | |
|---|---|---|
| 1 | A   Again, clarifying question, what happens | 13:39:44 |
| 2 | here?  It's not a suggestion, oh, you should do | 13:39:46 |
| 3 | this.  It's a, what is happening here?  Is it | 13:39:51 |
| 4 | this?  The script is indicating this.  Is this | 13:39:55 |
| 5 | your vision?  Is this what you're hoping to | 13:39:58 |
| 6 | achieve. | 13:40:01 |
| 7 | Q   So the script had indicated potentially | 13:40:01 |
| 8 | simulated oral sex, correct? | 13:40:04 |
| 9 | A   Correct. | 13:40:06 |
| 10 | Q   And you were asking a clarifying question | 13:40:06 |
| 11 | about whether that would be included and, if so, | 13:40:09 |
| 12 | how? | 13:40:12 |
| 13 | A   Correct.  Because it -- again, it's a call | 13:40:13 |
| 14 | back to the book, where there is definitely | 13:40:16 |
| 15 | implied oral sex going on, and it's a very similar | 13:40:20 |
| 16 | scene. | 13:40:24 |
| 17 | So, again, a clarifying question as to | 13:40:25 |
| 18 | whether this is the same -- are we trying to | 13:40:27 |
| 19 | recreate that scene even if it's not explained in | 13:40:32 |
| 20 | the script particularly clearly that that's going | 13:40:38 |
| 21 | on. | 13:40:42 |
| 22 | Because again, as I said, that scene in | 13:40:43 |
| 23 | the script didn't make sense as written.  The eyes | 13:40:45 |
| 24 | rolling back in the head seemed to suggest orgasm. | 13:40:49 |
| 25 | Is that what we want to see on screen? | 13:40:53 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    127

| | | |
|---|---|---|
| 1 | A   A white production draft, yes. | 13:58:55 |
| 2 | Q   And it says here, "Please find attached | 13:58:59 |
| 3 | official clean, white production draft as of | 13:59:02 |
| 4 | April 5th, 2023, for It Ends With Us," correct? | 13:59:05 |
| 5 | A   Yes. | 13:59:07 |
| 6 | Q   If you turn to the attachment, please. | 13:59:08 |
| 7 | The first page is titled Screenplay for It | 13:59:20 |
| 8 | Ends With Us, and it's the white production draft | 13:59:27 |
| 9 | dated April 5th, 2023, correct? | 13:59:29 |
| 10 | A   Correct. | 13:59:32 |
| 11 | Q   If you could please turn to page 47. | 13:59:35 |
| 12 | Do you recall, after you signed on to the | 13:59:43 |
| 13 | film, receiving a version of the script that | 13:59:45 |
| 14 | included additional sexual content? | 13:59:48 |
| 15 | A   Yes, this is the -- a script I would have | 14:00:01 |
| 16 | received.  And again, the changes have been made. | 14:00:04 |
| 17 | Q   So I'll just ask my question one more time | 14:00:08 |
| 18 | so we have an answer. | 14:00:11 |
| 19 | A   Sorry. | 14:00:12 |
| 20 | Q   That's okay. | 14:00:13 |
| 21 | Do you recall, after you signed on to the | 14:00:14 |
| 22 | film, that you received a version of the script | 14:00:15 |
| 23 | that included additional sexual content that was | 14:00:18 |
| 24 | not included in the original version you received? | 14:00:20 |
| 25 | A   From 47? | 14:00:23 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                    128

| | | |
|---|---|---|
| 1 | Q  Just generally, do you recall -- | 14:00:25 |
| 2 | A  Oh. | 14:00:26 |
| 3 | Q  -- as you sit here, receiving a version of | 14:00:27 |
| 4 | the script that included additional sexual content | 14:00:29 |
| 5 | that was not included in the original version that | 14:00:32 |
| 6 | you received? | 14:00:34 |
| 7 | A  I'd have to check.  I don't know if I | 14:00:35 |
| 8 | could categorically say one way or the other | 14:00:37 |
| 9 | without reviewing it. | 14:00:42 |
| 10 | Q  If you turn to page 47 now. | 14:00:44 |
| 11 | A  Mm-hmm. | 14:00:46 |
| 12 | Q  Towards the bottom of the page, there is a | 14:00:47 |
| 13 | bolded heading that says Bedroom. | 14:00:51 |
| 14 | Do you see that? | 14:00:53 |
| 15 | A  Mm-hmm.  Yes. | 14:00:54 |
| 16 | Q  This scene reads, "Where Lily turns, | 14:00:55 |
| 17 | pressing her mouth against his, and then throws | 14:01:01 |
| 18 | him on the bed, on all fours, Lily playfully | 14:01:04 |
| 19 | crawls up his body mounting him, her hand lacing | 14:01:09 |
| 20 | behind his neck as she pulls him up in a seated | 14:01:12 |
| 21 | position, the two now entangled." | 14:01:16 |
| 22 | Do you see that? | 14:01:19 |
| 23 | A  Yes. | 14:01:19 |
| 24 | Q  If you go to the next paragraph, it | 14:01:19 |
| 25 | reads, "With strong arms in one swoop Ryle plants | 14:01:22 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    140

| | | |
|---|---|---|
| 1 | have gone through, complaints against other | 14:18:14 |
| 2 | actors, complaints against various members of the | 14:18:19 |
| 3 | casting crew. | 14:18:22 |
| 4 | So I'm -- I'm pretty careful about what to | 14:18:26 |
| 5 | keep on record and what -- what I get rid of. | 14:18:28 |
| 6 | Q  Okay.  So other than the documents that | 14:18:32 |
| 7 | you provided to your counsel, you don't -- | 14:18:33 |
| 8 | A  Correct. | 14:18:36 |
| 9 | Q  -- have notes regarding your conversations | 14:18:36 |
| 10 | with Mr. Baldoni or with Ms. Lively? | 14:18:38 |
| 11 | A  Correct. | 14:18:39 |
| 12 | Q  Do you recall at some point in April of | 14:18:41 |
| 13 | 2023, Mr. Heath providing you with a list of | 14:18:51 |
| 14 | scenes in the script that he deemed to involve | 14:18:54 |
| 15 | intimacy? | 14:18:56 |
| 16 | A  Yes, I believe AJ provided that. | 14:18:56 |
| 17 | Q  Who is AJ? | 14:18:59 |
| 18 | A  That is Mr. Baldoni's assistant. | 14:19:00 |
| 19 | Q  Is that AJ Marbury? | 14:19:05 |
| 20 | A  Yes, I think so. | 14:19:08 |
| 21 | ATTORNEY ROESER:  We'll introduce | 14:19:17 |
| 22 | Exhibit 43, which is a document ending in Bates | 14:19:20 |
| 23 | number 2016. | 14:19:22 |
| 24 | (Talbot Exhibit 43, marked for | 14:19:22 |
| 25 | identification.) | 14:19:22 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    141

| | | |
|---|---|---|
| 1 | BY ATTORNEY ROESER: | 14:19:50 |
| 2 | Q  Before I ask you about document 43, | 14:19:50 |
| 3 | actually, one more question about the April 2023 | 14:19:53 |
| 4 | script. | 14:19:56 |
| 5 | A  Mm-hmm. | 14:19:57 |
| 6 | Q  Did you suggest to Mr. Baldoni that he | 14:19:57 |
| 7 | include in the script oral sex? | 14:19:59 |
| 8 | A  No. | 14:20:03 |
| 9 | Q  Please turn to Exhibit 43, take a minute | 14:20:04 |
| 10 | to read it and let me know when you're ready. | 14:20:10 |
| 11 | (Document review.) | 14:20:39 |
| 12 | Q  This is an email from Mr. Heath to you | 14:20:39 |
| 13 | dated May 4th, 2023, correct? | 14:20:42 |
| 14 | A  Mm-hmm. | 14:20:44 |
| 15 | Q  Mr. Heath had compiled in this email | 14:20:45 |
| 16 | scenes that, as he writes, "have any sort of | 14:20:50 |
| 17 | intimacy," correct? | 14:20:53 |
| 18 | A  Any sort, yes. | 14:20:54 |
| 19 | Q  This list includes scenes with | 14:20:56 |
| 20 | "undressing," for example, numbers 11 and A42? | 14:20:59 |
| 21 | A  Mm-hmm.  Yes. | 14:21:04 |
| 22 | Q  It includes scene 38, which involves | 14:21:06 |
| 23 | "kissing and grinding," right? | 14:21:10 |
| 24 | A  Yes. | 14:21:11 |
| 25 | Q  And it includes a number of scenes, | 14:21:12 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                        142

| | | |
|---|---|---|
| 1 | including numbers C42, 63, 74, 79, and 97 that | 14:21:16 |
| 2 | involve "kissing"? | 14:21:26 |
| 3 | A  Correct. | 14:21:27 |
| 4 | Q  The birth scene is not on this list, | 14:21:27 |
| 5 | correct? | 14:21:32 |
| 6 | A  Correct. | 14:21:32 |
| 7 | Q  And this list also doesn't include a scene | 14:21:33 |
| 8 | in which Mr. Baldoni and Ms. Lively's characters | 14:21:47 |
| 9 | are dancing, correct? | 14:21:50 |
| 10 | A  Correct. | 14:21:51 |
| 11 | Q  You can set that exhibit aside. | 14:21:52 |
| 12 | A  Thank you. | 14:21:55 |
| 13 | Q  Are you familiar with the scene in which | 14:21:56 |
| 14 | Mr. Baldoni and Ms. Lively's characters are | 14:22:12 |
| 15 | depicted dancing? | 14:22:14 |
| 16 | A  Only from the media presence surrounding | 14:22:16 |
| 17 | it. | 14:22:20 |
| 18 | Q  Okay.  And you are familiar with the scene | 14:22:21 |
| 19 | in which Ms. Lively's character gave birth? | 14:22:30 |
| 20 | A  Yes, correct. | 14:22:32 |
| 21 | Q  And fair to say that you understood that | 14:22:34 |
| 22 | birth scene was not to involve nudity? | 14:22:40 |
| 23 | A  Correct.  Otherwise there would have been | 14:22:43 |
| 24 | a nudity rider. | 14:22:44 |
| 25 | Q  Did you understand whether the birth scene | 14:22:46 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    143

| | | |
|---|---|---|
| 1 | would involve partial nudity? | 14:22:51 |
| 2 | I believe you mentioned earlier a high -- | 14:22:53 |
| 3 | high hip profile? | 14:22:55 |
| 4 | ATTORNEY HAGGERTY:  Objection to the form. | 14:22:57 |
| 5 | Sorry, you can answer. | 14:22:59 |
| 6 | THE WITNESS:  Sorry. | 14:23:00 |
| 7 | ATTORNEY ROESER:  I'll rephrase. | 14:23:02 |
| 8 | ATTORNEY HAGGERTY:  Thank you. | 14:23:03 |
| 9 | Q  Did you understand before the birth scene | 14:23:04 |
| 10 | was filmed that it would involve a high hip | 14:23:06 |
| 11 | profile? | 14:23:08 |
| 12 | A  No. | 14:23:09 |
| 13 | Q  Can you explain what a "high hip profile" | 14:23:11 |
| 14 | means? | 14:23:14 |
| 15 | A  Yes.  So do you remember I was dividing | 14:23:14 |
| 16 | the body up into four? | 14:23:19 |
| 17 | Q  Yes. | 14:23:21 |
| 18 | A  Front and rear? | 14:23:21 |
| 19 | So in addition to that, we also | 14:23:25 |
| 20 | occasionally talk about profile nudity.  So, for | 14:23:27 |
| 21 | example, above the waist, it may be that you see | 14:23:32 |
| 22 | profile breast, but not nipple.  And at that | 14:23:36 |
| 23 | point, that would typically require a nudity rider | 14:23:41 |
| 24 | because we're seeing something that would be | 14:23:45 |
| 25 | outside of a -- a bikini. | 14:23:48 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                               145

| | | |
|---|---|---|
| 1 | padded thong.  That is typically what we would | 14:25:22 |
| 2 | give people for a scene of missionary.  And what | 14:25:25 |
| 3 | you would see is two people like this | 14:25:28 |
| 4 | (indicating).  However, there is a barrier in | 14:25:30 |
| 5 | between them because you have that padded | 14:25:33 |
| 6 | strapless thong on.  What you do not have is | 14:25:36 |
| 7 | anything around the waist. | 14:25:39 |
| 8 | Does that make sense? | 14:25:42 |
| 9 | Q  Yes. | 14:25:43 |
| 10 | A  So if you are not wearing anything around | 14:25:44 |
| 11 | the waist, we don't yet have bikinis that are | 14:25:48 |
| 12 | attached at the front and the back only.  That is | 14:25:54 |
| 13 | something that we can use as intimacy coordinators | 14:25:58 |
| 14 | in our world of terminology that we're restricted | 14:26:01 |
| 15 | to by bikinis. | 14:26:04 |
| 16 | Q  Mr. Baldoni never shared with you that he | 14:26:06 |
| 17 | intended the birth scene to include profile | 14:26:09 |
| 18 | nudity, right? | 14:26:11 |
| 19 | A  My understanding is that she was going to | 14:26:12 |
| 20 | be in a hospital robe. | 14:26:14 |
| 21 | Q  So he did not share with you that it might | 14:26:17 |
| 22 | include -- | 14:26:21 |
| 23 | (Multiple speakers; reporter | 14:26:21 |
| 24 | clarification.) | 14:26:22 |
| 25 | ATTORNEY HAGGERTY:  The question hadn't | 14:26:22 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    146

| | | |
|---|---|---|
| 1 | yet concluded.  I'm sorry. | 14:26:22 |
| 2 | THE WITNESS:  I know.  Sorry. | 14:26:23 |
| 3 | Q  Mr. Baldoni did not share with you that he | 14:26:24 |
| 4 | intended the birth scene to include profile | 14:26:27 |
| 5 | nudity? | 14:26:30 |
| 6 | A  Correct. | 14:26:30 |
| 7 | Q  You understood that Ms. Lively would be in | 14:26:31 |
| 8 | a hospital gown in the birth scene? | 14:26:33 |
| 9 | A  Correct. | 14:26:35 |
| 10 | Q  If you understood that the birth scene was | 14:26:36 |
| 11 | going to include profile nudity, would you have | 14:26:42 |
| 12 | discussed the scene with Ms. Lively? | 14:26:44 |
| 13 | A  Yes. | 14:26:46 |
| 14 | Q  And would you have requested to be there | 14:26:47 |
| 15 | that day? | 14:26:50 |
| 16 | A  If it involved a nudity rider, I would | 14:26:51 |
| 17 | have said absolutely I should be there. | 14:26:54 |
| 18 | Q  During your phone call with Ms. Lively and | 14:26:57 |
| 19 | her counsel on May 5th, you discussed what kinds | 14:27:06 |
| 20 | of intimacy Ms. Lively would be comfortable with, | 14:27:14 |
| 21 | right? | 14:27:17 |
| 22 | A  Correct. | 14:27:17 |
| 23 | Q  Did you discuss whether she would be | 14:27:18 |
| 24 | comfortable with open-mouth kissing? | 14:27:19 |
| 25 | A  We discussed that there was to be no | 14:27:22 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    147

| | | |
|---|---|---|
| 1 | tongue during kissing.  But that is also something | 14:27:26 |
| 2 | that I -- had been brought up previously with | 14:27:30 |
| 3 | Mr. Baldoni as a question that I had shut down and | 14:27:32 |
| 4 | said there was to be no tongue during kissing. | 14:27:35 |
| 5 | Because that's typically -- we often just | 14:27:38 |
| 6 | don't need it.  Unless it is specified in the | 14:27:40 |
| 7 | script that there is, like a lick or something | 14:27:44 |
| 8 | like that, our standard understanding of kissing | 14:27:47 |
| 9 | is that it can be open-mouth, but it can't be with | 14:27:52 |
| 10 | tongue. | 14:27:56 |
| 11 | Q  But Ms. Lively shared with you that she | 14:27:56 |
| 12 | was not comfortable with tongue? | 14:27:58 |
| 13 | A  Correct. | 14:28:00 |
| 14 | Q  Did she also express that she was not | 14:28:00 |
| 15 | comfortable with simulated oral sex? | 14:28:02 |
| 16 | A  Correct.  I -- I believed that that had | 14:28:05 |
| 17 | been again taken off the table, but I would have | 14:28:10 |
| 18 | confirmed that with her. | 14:28:12 |
| 19 | Q  Ms. Lively confirmed that she was not | 14:28:13 |
| 20 | comfortable with simulated or inferred oral sex, | 14:28:16 |
| 21 | correct? | 14:28:20 |
| 22 | A  You will see in my email to her that that | 14:28:20 |
| 23 | is crossed out. | 14:28:25 |
| 24 | Q  Did you discuss with Ms. Lively and her | 14:28:27 |
| 25 | counsel whether Ms. Lively would be comfortable | 14:28:29 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    152

| | | |
|---|---|---|
| 1 | (Recess.) | 14:33:19 |
| 2 | THE VIDEOGRAPHER:  We are back on the | 14:45:11 |
| 3 | record and the time is 2:45 P.M. | 14:45:22 |
| 4 | ATTORNEY ROESER:  We're going to introduce | 14:45:30 |
| 5 | Exhibit 44, which is a document ending in Bates | 14:45:31 |
| 6 | number -- which is a parent email and attachment | 14:45:33 |
| 7 | as one exhibit.  I'm starting with Bates number | 14:45:39 |
| 8 | ending in 3313. | 14:45:41 |
| 9 | (Talbot Exhibit 44, marked for | 14:45:41 |
| 10 | identification.) | 14:45:41 |
| 11 | BY ATTORNEY ROESER: | 14:46:14 |
| 12 | Q  This is an email from It Ends With Us to | 14:46:14 |
| 13 | you dated March -- sorry, dated May 19th, 2023, | 14:46:17 |
| 14 | correct? | 14:46:24 |
| 15 | A  Yes. | 14:46:24 |
| 16 | Q  And it attaches a call sheet for day 6 of | 14:46:25 |
| 17 | shooting, for Monday, May 22nd, 2023, correct? | 14:46:34 |
| 18 | A  Correct. | 14:46:37 |
| 19 | Q  The call sheet includes scene 106? | 14:46:38 |
| 20 | A  Correct. | 14:46:50 |
| 21 | Q  Which is the birth scene, correct? | 14:46:50 |
| 22 | A  Correct. | 14:46:52 |
| 23 | Q  Wayfarer did not call you to be on set for | 14:46:54 |
| 24 | that scene, correct? | 14:46:58 |
| 25 | A  Correct. | 14:46:59 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                    153

| | | |
|---|---|---|
| 1 | Q  The call sheet does not indicate that the | 14:47:00 |
| 2 | set will be closed for purposes of the birth | 14:47:08 |
| 3 | scene, correct? | 14:47:14 |
| 4 | A  Correct.  So when we do a closed set, we | 14:47:15 |
| 5 | would depict the -- we would specify the scene for | 14:47:20 |
| 6 | which it would be a closed set. | 14:47:23 |
| 7 | Q  On a call sheet next to the scene, it | 14:47:26 |
| 8 | would include a box or red letters or something | 14:47:31 |
| 9 | that say "closed set"? | 14:47:36 |
| 10 | A  Correct. | 14:47:37 |
| 11 | Q  And can you describe for me what a closed | 14:47:38 |
| 12 | set is for purposes of intimacy and nudity? | 14:47:40 |
| 13 | A  Correct.  So for scenes of simulated sex | 14:47:43 |
| 14 | and nudity, a closed set is some -- where we send | 14:47:46 |
| 15 | out closed-set protocols, which list exactly what | 14:47:51 |
| 16 | the procedure is for the day. | 14:47:58 |
| 17 | You would potentially have a copy of | 14:48:00 |
| 18 | those -- okay. | 14:48:11 |
| 19 | I wouldn't be able to tell you word for | 14:48:11 |
| 20 | word what's on the closed-set protocols, but -- | 14:48:14 |
| 21 | Q  Generally? | 14:48:17 |
| 22 | A  -- generally. | 14:48:18 |
| 23 | Q  And generally speaking, closed sets for | 14:48:18 |
| 24 | purposes of intimacy and nudity limit who may be | 14:48:21 |
| 25 | able to be on set during filming of an intimate or | 14:48:27 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    154

| | | |
|---|---|---|
| 1 | a nude scene, correct? | 14:48:31 |
| 2 | A  For scenes of simulated sex and nudity, | 14:48:32 |
| 3 | yes, there would be closed-set protocols that | 14:48:35 |
| 4 | would specify who needs to be in the room. | 14:48:41 |
| 5 | There is often an addendum that I put on | 14:48:44 |
| 6 | to my closed-set protocols because sometimes you | 14:48:48 |
| 7 | are working with animals and you may need an | 14:48:56 |
| 8 | animal handler and that might not be a typical | 14:49:00 |
| 9 | person that you would put on a closed-set protocol | 14:49:04 |
| 10 | list. | 14:49:08 |
| 11 | Q  Interesting.  While we locate the | 14:49:10 |
| 12 | closed-set protocols, is it production's | 14:49:13 |
| 13 | responsibility to identify when the set will be | 14:49:22 |
| 14 | closed for purposes of intimacy or nudity? | 14:49:25 |
| 15 | A  It's often a collaboration.  So, for | 14:49:28 |
| 16 | example, I can suggest when scenes might be | 14:49:33 |
| 17 | closed, depending on what the content is and what | 14:49:40 |
| 18 | we're seeing and what we're not seeing.  But | 14:49:43 |
| 19 | obviously any scene with simulated sex or nudity | 14:49:48 |
| 20 | is automatically a closed set. | 14:49:51 |
| 21 | ATTORNEY ROESER:  Okay.  We'll introduce | 14:49:57 |
| 22 | Exhibit 45. | 14:50:00 |
| 23 | (Talbot Exhibit 45, marked for | 14:50:00 |
| 24 | identification.) | 14:50:00 |
| 25 | ATTORNEY ROESER:  Which is a document | 14:50:19 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                    155

| | | |
|---|---|---|
| 1 | ending in Bates 1097. | 14:50:19 |
| 2 | ATTORNEY HERMAN:  And 1098 is the | 14:50:23 |
| 3 | attachment. | 14:50:27 |
| 4 | BY ATTORNEY ROESER: | 14:50:49 |
| 5 | Q  This is an email dated June 21, 2023, from | 14:50:49 |
| 6 | It Ends With Us to you, correct? | 14:50:54 |
| 7 | A  Correct. | 14:51:00 |
| 8 | Q  And this email includes closed-set | 14:51:00 |
| 9 | protocols, right? | 14:51:05 |
| 10 | A  Correct. | 14:51:05 |
| 11 | Q  If you look at the attachment, there is a | 14:51:06 |
| 12 | document entitled Closed-Set Protocols. | 14:51:12 |
| 13 | Do you see that? | 14:51:14 |
| 14 | A  Correct. | 14:51:15 |
| 15 | Q  It has your name in the corner, Lizzy -- | 14:51:15 |
| 16 | Elizabeth Talbot. | 14:51:18 |
| 17 | Is this closed-set protocol a document | 14:51:20 |
| 18 | that you created? | 14:51:25 |
| 19 | A  Yes, this is based on the original HBO | 14:51:25 |
| 20 | closed-set protocols.  They have -- this is not a | 14:51:32 |
| 21 | document I would send today. | 14:51:35 |
| 22 | My document that I send out now is longer | 14:51:36 |
| 23 | than this and a bit more restrictive, but again, | 14:51:39 |
| 24 | that's because over time, as we've done more and | 14:51:46 |
| 25 | more of these scenes, we're encountering slightly | 14:51:48 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                         156

| | | |
|---|---|---|
| 1 | different things because productions vary so much, | 14:51:51 |
| 2 | that we would add things into this that | 14:51:53 |
| 3 | potentially may not have been there in 2023. | 14:51:56 |
| 4 | Q  Protocols for a closed set have changed | 14:51:59 |
| 5 | over time? | 14:52:03 |
| 6 | A  Yes, I would say that -- I mean, this is | 14:52:03 |
| 7 | accurate for 2023.  But if you showed this to | 14:52:07 |
| 8 | someone in 2025, I would expect to see more things | 14:52:10 |
| 9 | on here. | 14:52:15 |
| 10 | Q  The protocols for a closed set include all | 14:52:16 |
| 11 | outside monitors being turned off, correct? | 14:52:22 |
| 12 | A  Correct. | 14:52:24 |
| 13 | Q  And it also includes that the director and | 14:52:25 |
| 14 | DEP monitor be covered by a tent or with flags, | 14:52:32 |
| 15 | correct? | 14:52:36 |
| 16 | A  Correct. | 14:52:38 |
| 17 | Q  The protocols also include that a list of | 14:52:39 |
| 18 | who will be at the monitor be communicated to the | 14:52:54 |
| 19 | actors before the scene, correct? | 14:52:56 |
| 20 | A  Correct. | 14:52:58 |
| 21 | Q  In other words, actors involved in | 14:52:59 |
| 22 | intimate or nudity scenes should understand who is | 14:53:02 |
| 23 | on set while they're performing their scenes? | 14:53:05 |
| 24 | A  Yes.  So that would be communicated to | 14:53:09 |
| 25 | actors.  And it may even be something like, just | 14:53:12 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                              157

| | | |
|---|---|---|
| 1 | so you know, people on the monitors are going to | 14:53:17 |
| 2 | be X, Y, and Z. | 14:53:21 |
| 3 | And I've had actors who have opinions | 14:53:25 |
| 4 | about who those people are, whether they want | 14:53:28 |
| 5 | additional people, because sometimes they want | 14:53:32 |
| 6 | additional people, whether that's reps that are | 14:53:34 |
| 7 | visiting for the day, whether that's -- you'll see | 14:53:36 |
| 8 | here that additional support personnel, so they | 14:53:42 |
| 9 | may also be on the list. | 14:53:45 |
| 10 | Q  Additional support personnel for the | 14:53:47 |
| 11 | actors involved in the scenes? | 14:53:48 |
| 12 | A  Correct. | 14:53:50 |
| 13 | Q  In the event of a closed set, again for | 14:53:57 |
| 14 | intimate or nudity scenes, there would also be | 14:53:59 |
| 15 | members of the costume department on set, for | 14:54:02 |
| 16 | example, to ensure that actors were covered during | 14:54:05 |
| 17 | breaks? | 14:54:08 |
| 18 | A  Correct. | 14:54:08 |
| 19 | Q  And non-essential personnel would be asked | 14:54:11 |
| 20 | to leave set when there is a closed set due to | 14:54:16 |
| 21 | intimacy or nudity? | 14:54:19 |
| 22 | A  Correct. | 14:54:20 |
| 23 | Q  In the event of a closed set, access to -- | 14:54:26 |
| 24 | access on phones or iPads to what's being shot | 14:54:31 |
| 25 | would also be limited, correct? | 14:54:34 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                           158

| | | |
|---|---|---|
| 1 | A  Correct.  And that's something that would | 14:54:35 |
| 2 | be an additional insert here. | 14:54:37 |
| 3 | Q  And would it also be appropriate for a | 14:54:43 |
| 4 | closed set to collect cameras or recording devices | 14:54:45 |
| 5 | to ensure that no one is recording the scene | 14:54:49 |
| 6 | without the actors' consent? | 14:54:51 |
| 7 | A  Collection doesn't always take place. | 14:54:53 |
| 8 | It's more about putting them away.  They are not | 14:54:55 |
| 9 | to be seen. | 14:55:00 |
| 10 | I've worked on certain shows, where there | 14:55:01 |
| 11 | is a specific requirement to collect and put aside | 14:55:03 |
| 12 | mobile phones.  Or another option that we often | 14:55:10 |
| 13 | use is to hand out stickers because, again, people | 14:55:13 |
| 14 | use phones to communicate so much, whether that's, | 14:55:18 |
| 15 | you know, if there's lightning issues -- any | 14:55:22 |
| 16 | emergency, we would have some form of | 14:55:27 |
| 17 | communication device.  And so one way to manage | 14:55:30 |
| 18 | that is to put stickers on the cameras. | 14:55:32 |
| 19 | Q  You would hand out stickers? | 14:55:34 |
| 20 | A  To cover the camera of the phone, so that | 14:55:36 |
| 21 | you can still use your phone, but again, you | 14:55:39 |
| 22 | wouldn't be able to have any ability to record. | 14:55:41 |
| 23 | That's -- again, different productions | 14:55:45 |
| 24 | work in different ways.  And if you're in a | 14:55:47 |
| 25 | location that may be, you know, have more safety | 14:55:50 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    160

| | | |
|---|---|---|
| 1 | (Document review.) | 14:58:12 |
| 2 | A  Ready. | 14:58:12 |
| 3 | Q  This is a May 22nd, 2023, email that you | 14:58:18 |
| 4 | received from It Ends With Us, correct? | 14:58:20 |
| 5 | A  Correct. | 14:58:23 |
| 6 | Q  This email attaches a call sheet as well | 14:58:25 |
| 7 | as script pages for day 7 of shooting on May 23rd, | 14:58:28 |
| 8 | 2023, correct? | 14:58:33 |
| 9 | A  Correct. | 14:58:37 |
| 10 | Q  The call sheet indicates that a dance | 14:58:40 |
| 11 | montage will be filmed on May 23rd, 2023, at scene | 14:58:44 |
| 12 | 40, correct? | 14:58:55 |
| 13 | A  Correct. | 14:58:56 |
| 14 | Q  Wayfarer did not call you for that day, | 14:58:57 |
| 15 | right? | 14:59:01 |
| 16 | A  Correct. | 14:59:01 |
| 17 | Q  And as a result, you were not present for | 14:59:02 |
| 18 | the filming of that dance scene at scene 40? | 14:59:05 |
| 19 | A  Correct. | 14:59:08 |
| 20 | Q  The call sheet does not indicate that -- | 14:59:09 |
| 21 | strike that. | 14:59:09 |
| 22 | You didn't -- you understood that | 14:59:20 |
| 23 | scene 40, the dance scene, would not include | 14:59:24 |
| 24 | intimacy; is that right? | 14:59:26 |
| 25 | A  I understood it to be a slow dance.  My | 14:59:28 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    161

| | | |
|---|---|---|
| 1 | expectation there is that actually there may be a | 14:59:31 |
| 2 | choreographer. | 14:59:34 |
| 3 | Q  A dance choreographer? | 14:59:35 |
| 4 | A  Correct.  That would be more -- that would | 14:59:38 |
| 5 | be more likely, depending on the type of slow | 14:59:40 |
| 6 | dance. | 14:59:43 |
| 7 | Q  Did you have an understanding as to | 14:59:44 |
| 8 | whether scene 40 would include any kissing? | 14:59:46 |
| 9 | A  There was no mention of kissing. | 14:59:50 |
| 10 | Q  No mention of kissing in the script? | 14:59:52 |
| 11 | A  Correct, from what I see on the 40, in the | 14:59:55 |
| 12 | back. | 15:00:03 |
| 13 | Q  What page are you on? | 15:00:03 |
| 14 | A  Page 50.  Lily and Ryle slow dance in the | 15:00:04 |
| 15 | bar. | 15:00:11 |
| 16 | Q  So page 50 of the attachment, scene 40 | 15:00:12 |
| 17 | reads, "Lily and Ryle slow dance in the bar, | 15:00:15 |
| 18 | patrons around them drinking and watching sports, | 15:00:18 |
| 19 | completely in their own world," right? | 15:00:21 |
| 20 | A  Correct. | 15:00:22 |
| 21 | Q  No kissing scripted there? | 15:00:26 |
| 22 | A  No. | 15:00:26 |
| 23 | Q  Mr. Baldoni didn't express to you that | 15:00:27 |
| 24 | that scene would include kissing? | 15:00:29 |
| 25 | A  No. | 15:00:30 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                     162

| | | |
|---|---|---|
| 1 | Q  And you hadn't discussed the dance scene | 15:00:32 |
| 2 | at scene 40 with Ms. Lively prior to filming? | 15:00:39 |
| 3 | A  No. | 15:00:42 |
| 4 | Q  Also on that call sheet is scene 27? | 15:00:43 |
| 5 | A  Correct. | 15:00:49 |
| 6 | Q  A karaoke scene? | 15:00:50 |
| 7 | A  Mm-hmm. | 15:00:53 |
| 8 | Q  Wayfarer did not call you for the karaoke | 15:00:53 |
| 9 | scene, correct? | 15:00:57 |
| 10 | A  Correct. | 15:00:58 |
| 11 | Q  And as a result, you were not on set for | 15:00:58 |
| 12 | the filming of the karaoke scene? | 15:01:01 |
| 13 | A  Correct. | 15:01:04 |
| 14 | Q  And Mr. Baldoni did not express to you | 15:01:04 |
| 15 | that the karaoke scene would include any form of | 15:01:05 |
| 16 | intimacy including kissing, correct? | 15:01:08 |
| 17 | A  Correct. | 15:01:11 |
| 18 | Q  You can put that document aside. | 15:01:12 |
| 19 |    I'll turn now to discussing the intimate | 15:01:21 |
| 20 | scenes involving the actors playing young Lily and | 15:01:26 |
| 21 | young Atlas that you discussed with counsel | 15:01:29 |
| 22 | earlier. | 15:01:32 |
| 23 |    You mentioned earlier that at some point, | 15:01:39 |
| 24 | Mr. Baldoni added simulated sex between the | 15:01:41 |
| 25 | characters of young Lily and young Atlas? | 15:01:43 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    163

| | | |
|---|---|---|
| 1 | A   Correct. | 15:01:46 |
| 2 | Q   And those characters were under the age | 15:01:47 |
| 3 | of 18? | 15:01:50 |
| 4 | A   Correct. | 15:01:51 |
| 5 | Q   At the time that Mr. Baldoni added | 15:01:52 |
| 6 | simulated sex between the characters of young Lily | 15:01:56 |
| 7 | and Atlas, the actors portraying those characters | 15:01:59 |
| 8 | did not have executed nudity riders? | 15:02:04 |
| 9 | A   Sorry, can you repeat that? | 15:02:06 |
| 10 | Q   When Mr. Baldoni added -- sorry, let me | 15:02:07 |
| 11 | start over. | 15:02:14 |
| 12 | When you learned that Mr. Baldoni was | 15:02:15 |
| 13 | going to add simulated sex to the scenes between | 15:02:16 |
| 14 | young Lily and young Atlas, did the actors | 15:02:20 |
| 15 | portraying those characters have nudity riders? | 15:02:25 |
| 16 | A   No. | 15:02:28 |
| 17 | Q   Because simulated sex between those | 15:02:29 |
| 18 | characters had not previously been included in the | 15:02:31 |
| 19 | script? | 15:02:34 |
| 20 | A   Correct.  We wouldn't produce nudity | 15:02:34 |
| 21 | riders for the scenes that don't involve simulated | 15:02:38 |
| 22 | sex or nudity. | 15:02:44 |
| 23 | ATTORNEY ROESER:  This will be 47.  I'm | 15:03:04 |
| 24 | going to introduce Exhibit 47, which is a document | 15:03:07 |
| 25 | ending in Bates stamp 3478. | 15:03:13 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                         169

| | | |
|---|---|---|
| 1 | portraying young Atlas together or separately? | 15:10:18 |
| 2 | A  So we had a rehearsal on -- a few days | 15:10:21 |
| 3 | beforehand at mine and Isabela's request because | 15:10:28 |
| 4 | that's very important, especially when scenes had | 15:10:34 |
| 5 | been added that weren't initially in the script. | 15:10:40 |
| 6 | And I believe I spoke with either Alex | 15:10:44 |
| 7 | first or Isabela first.  And I would speak to them | 15:10:49 |
| 8 | separately in person. | 15:10:52 |
| 9 | Q  Who attended the rehearsal regarding the | 15:10:53 |
| 10 | simulated sex scene between Alex, Isabela -- Alex | 15:10:58 |
| 11 | and Isabela's characters? | 15:11:03 |
| 12 | A  So I was present, and I spoke to them each | 15:11:06 |
| 13 | individually first, and then we had a conversation | 15:11:09 |
| 14 | together, and then Mr. Baldoni came in, and we | 15:11:11 |
| 15 | talked through the scene.  And I cannot recall if | 15:11:16 |
| 16 | Jamey Heath was there. | 15:11:24 |
| 17 | Q  Do you recall during that rehearsal that | 15:11:26 |
| 18 | Mr. Baldoni added more unscripted intimacy to the | 15:11:29 |
| 19 | scene? | 15:11:32 |
| 20 | A  Yes.  So I was a bit surprised when we did | 15:11:32 |
| 21 | the rehearsal, just because, one, the position | 15:11:37 |
| 22 | that had been described was probably more of an -- | 15:11:43 |
| 23 | this sounds again a bit strange, but it's an | 15:11:50 |
| 24 | unusual position for a first-time -- of a scene | 15:11:53 |
| 25 | portraying the loss of virginity. | 15:11:57 |

| | | |
|---|---|---|
| 1 | Q  What was the position? | 15:11:59 |
| 2 | A  So the position was with the female on top | 15:12:01 |
| 3 | of the male, very close together. | 15:12:06 |
| 4 | Q  Mr. Baldoni wanted the simulated sex scene | 15:12:08 |
| 5 | between young Atlas and young Lily portraying the | 15:12:17 |
| 6 | first time having sex with young Lily's character | 15:12:19 |
| 7 | very closely on top of young Atlas's character? | 15:12:22 |
| 8 | A  Correct.  Initially it was seated, but I | 15:12:26 |
| 9 | suggested that that was probably too extreme for | 15:12:29 |
| 10 | this, and then suggested that if that was the | 15:12:33 |
| 11 | required position, again, maybe it's better if | 15:12:36 |
| 12 | it's in this position. | 15:12:38 |
| 13 | Q  Did Mr. Baldoni express that it was | 15:12:40 |
| 14 | important to him to have young Lily's character on | 15:12:43 |
| 15 | top during this intimate scene? | 15:12:48 |
| 16 | A  That was the position that was requested. | 15:12:50 |
| 17 | Q  He requested -- Mr. Baldoni requested that | 15:12:54 |
| 18 | young Lily's character be on top during the sex | 15:12:56 |
| 19 | scene in which her character had lost her | 15:13:00 |
| 20 | virginity? | 15:13:03 |
| 21 | A  Correct. | 15:13:03 |
| 22 | Q  And you found that unusual? | 15:13:04 |
| 23 | A  It's not typical of the position for a | 15:13:05 |
| 24 | scene of losing virginity. | 15:13:10 |
| 25 | Q  Mr. Baldoni also added additional nudity | 15:13:13 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                    171

| | | |
|---|---|---|
| 1 | to the sex -- simulated sex scene between young | 15:13:17 |
| 2 | Lily and young Atlas, correct, during rehearsal? | 15:13:22 |
| 3 |    A  I don't recall if there was nudity.  I | 15:13:25 |
| 4 | know that we went down to underwear and I was very | 15:13:28 |
| 5 | specific that this underwear needed to be full | 15:13:30 |
| 6 | coverage. | 15:13:32 |
| 7 |    Q  Did Mr. Baldoni suggest that the underwear | 15:13:34 |
| 8 | should not be full-coverage? | 15:13:38 |
| 9 |    A  I didn't let that suggestion happen. | 15:13:40 |
| 10 |      As in -- | 15:13:43 |
| 11 |    Q  Did you -- | 15:13:43 |
| 12 |    A  As in -- | 15:13:44 |
| 13 |    Q  -- perceive that he might want -- | 15:13:45 |
| 14 |      ATTORNEY HAGGERTY:  I'm sorry.  Have you | 15:13:46 |
| 15 | finished your answer?  I'm sorry. | 15:13:47 |
| 16 |    Q  Go ahead. | 15:13:49 |
| 17 |    A  So I made the suggestion very clear at the | 15:13:51 |
| 18 | beginning that there was to be full-coverage | 15:13:57 |
| 19 | underwear. | 15:14:00 |
| 20 |    Q  Was it your impression that Mr. Baldoni | 15:14:00 |
| 21 | wanted young Lily and Atlas to be portrayed | 15:14:02 |
| 22 | wearing less than full-coverage underwear? | 15:14:06 |
| 23 |      ATTORNEY FRITZ:  Objection.  Calls for | 15:14:08 |
| 24 | speculation. | 15:14:09 |
| 25 |    A  All I can say is that I removed that from | 15:14:14 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                    172

| | | |
|---|---|---|
| 1 | ever being on the table by suggesting what I | 15:14:18 |
| 2 | suggested. | 15:14:24 |
| 3 |    Q  Why did you feel you needed to strongly | 15:14:25 |
| 4 | suggest that the actors of young Lily and young | 15:14:28 |
| 5 | Atlas be in full-coverage underwear? | 15:14:31 |
| 6 |       ATTORNEY HAGGERTY:  Objection to the form. | 15:14:35 |
| 7 |    A  Because again, I didn't want them to have | 15:14:38 |
| 8 | any expectation that there was going to be nudity | 15:14:43 |
| 9 | in this scene because, again, when I spoke to the | 15:14:46 |
| 10 | actors, I was very clear that there was going to | 15:14:49 |
| 11 | be no nudity during the scene, and you can see | 15:14:51 |
| 12 | that reflected in their riders. | 15:14:54 |
| 13 |    Q  Did Mr. Baldoni express to you that he | 15:14:55 |
| 14 | wanted that scene to include nudity? | 15:14:59 |
| 15 |    A  I can't recall in detail.  All I know is | 15:15:01 |
| 16 | that in my capacity as intimacy coordinator, | 15:15:05 |
| 17 | working with actors who are doing their first-time | 15:15:09 |
| 18 | sex scene, simulated sex scene, my strong | 15:15:12 |
| 19 | suggestion was to always keep them in underwear. | 15:15:17 |
| 20 |    Q  Was it your impression that Mr. Baldoni | 15:15:21 |
| 21 | wanted young Atlas and young Lily -- the | 15:15:24 |
| 22 | characters portraying them to be nude? | 15:15:27 |
| 23 |       ATTORNEY FRITZ:  Objection.  Calls for | 15:15:30 |
| 24 | speculation and asked and answered. | 15:15:34 |
| 25 |    Q  You can answer. | 15:15:36 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    175

| | | |
|---|---|---|
| 1 | into halves. | 15:18:21 |
| 2 | So partial nudity would be maybe nudity | 15:18:22 |
| 3 | above the waist.  So that would include, for | 15:18:26 |
| 4 | example, someone who may be -- a female who may be | 15:18:28 |
| 5 | topless.  That would include partial nudity. | 15:18:33 |
| 6 | Full nudity is -- as in what we would | 15:18:36 |
| 7 | describe as frontal, below the waist and frontal | 15:18:40 |
| 8 | above the waist. | 15:18:43 |
| 9 | Q  For Ms. Ferrer's character in the scene, | 15:18:44 |
| 10 | did undressing to her underwear include keeping a | 15:18:49 |
| 11 | bra on? | 15:18:53 |
| 12 | A  Yes. | 15:18:53 |
| 13 | ATTORNEY ROESER:  Introducing Exhibit 48. | 15:18:58 |
| 14 | (Talbot Exhibit 48, marked for | 15:18:58 |
| 15 | identification.) | 15:19:03 |
| 16 | THE WITNESS:  Can we have a time check? | 15:19:03 |
| 17 | ATTORNEY HAGGERTY:  Are you okay? | 15:19:08 |
| 18 | THE WITNESS:  Yeah. | 15:19:10 |
| 19 | BY ATTORNEY ROESER: | 15:19:12 |
| 20 | Q  This is a document ending in Bates 3488. | 15:19:12 |
| 21 | A  Mm-hmm. | 15:19:15 |
| 22 | Q  This is a text exchange between you and | 15:19:50 |
| 23 | Mr. Lambert on June 19th, 2023? | 15:19:52 |
| 24 | A  Correct. | 15:19:54 |
| 25 | Q  This is the day that you rehearsed the | 15:19:57 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    176

| | | |
|---|---|---|
| 1 | simulated sex scene between young Atlas and young | 15:20:02 |
| 2 | Lily? | 15:20:07 |
| 3 | A  Correct. | 15:20:07 |
| 4 | Q  Can we turn to the page ending in | 15:20:08 |
| 5 | Bates 3490, please. | 15:20:10 |
| 6 | A  Yeah. | 15:20:11 |
| 7 | Q  At 4:48 P.M., you send a text that | 15:20:14 |
| 8 | says, "Fuck." | 15:20:18 |
| 9 | A  Correct. | 15:20:19 |
| 10 | Q  "This is a lot." | 15:20:19 |
| 11 | A  Mm-hmm. | 15:20:19 |
| 12 | Q  "He's asking a lot.  And so much is | 15:20:22 |
| 13 | unscripted." | 15:20:27 |
| 14 | Mr. Lambert responds, "I know.  Finch is | 15:20:29 |
| 15 | talking to me about it now." | 15:20:34 |
| 16 | And goes on, "What is he asking them to | 15:20:38 |
| 17 | do?" | 15:20:42 |
| 18 | You respond, "So undress to underwear.  If | 15:20:43 |
| 19 | there's" -- all caps -- "any way for me to be | 15:20:47 |
| 20 | there, please, because this is a ton"? | 15:20:50 |
| 21 | A  Correct. | 15:20:55 |
| 22 | (Reporter clarification.) | 15:21:01 |
| 23 | ATTORNEY ROESER:  A ton. | 15:21:01 |
| 24 | Q  Why did you send this message?  What | 15:21:04 |
| 25 | prompted it? | 15:21:05 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    177

| | | |
|---|---|---|
| 1 | A   When we were rehearsing, it became clear | 15:21:06 |
| 2 | that, again, the position on top felt a bit | 15:21:10 |
| 3 | strange.  And again, this is where I'm making | 15:21:15 |
| 4 | adjustments in the rehearsal to make sure that, | 15:21:19 |
| 5 | again, she is not seated astride him in a seated | 15:21:23 |
| 6 | position, that we are much closer lying down, face | 15:21:28 |
| 7 | to face. | 15:21:33 |
| 8 |          So it felt a lot, because again, this was | 15:21:34 |
| 9 | a new ask of an actor.  It's not an illegal ask, | 15:21:43 |
| 10 | it's not outside of SAG guidelines. | 15:21:47 |
| 11 |          I'm glad that I'm there, because again, | 15:21:53 |
| 12 | I'm being able to facilitate this, as is my job to | 15:21:55 |
| 13 | do. | 15:21:59 |
| 14 |          Actors will -- directors will ask actors | 15:22:00 |
| 15 | of things -- directors will ask things of actors | 15:22:03 |
| 16 | that that may seem extreme or unusual, and it's my | 15:22:08 |
| 17 | job to facilitate that.  And you can see me here | 15:22:13 |
| 18 | facilitating this. | 15:22:16 |
| 19 |     Q  So during the rehearsal, Mr. Baldoni added | 15:22:18 |
| 20 | a lot of unscripted content to the simulated sex | 15:22:21 |
| 21 | scene between the characters of young Atlas and | 15:22:30 |
| 22 | young Lily? | 15:22:32 |
| 23 |     A  Correct. | 15:22:32 |
| 24 |     Q  Do you recall what specifically he added? | 15:22:33 |
| 25 |     A  So the scene is an interrupted scene | 15:22:37 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    185

| | | |
|---|---|---|
| 1 | simulated sex scene, things are changing. | 15:32:11 |
| 2 |    Q   Scene 45, you mentioned was a | 15:32:14 |
| 3 | cookie-baking or eating scene? | 15:32:18 |
| 4 |    A   Correct. | 15:32:19 |
| 5 |    Q   Did that scene, as scripted, involve | 15:32:20 |
| 6 | intimacy between young Atlas and young Lily? | 15:32:22 |
| 7 |    A   Yes, it involved, like, kissing on the | 15:32:25 |
| 8 | counter.  We'd actually walked through that scene | 15:32:28 |
| 9 | in the rehearsal on, I think, the 19th.  We had | 15:32:32 |
| 10 | already discussed what that would look like.  So | 15:32:39 |
| 11 | we had talked about moments here and there that | 15:32:41 |
| 12 | had -- that we would like to see.  They had | 15:32:45 |
| 13 | introduced things that they had discovered with | 15:32:49 |
| 14 | themselves. | 15:32:54 |
| 15 |    It's important to note here that these two | 15:32:54 |
| 16 | actors, from my point of view and from what they | 15:32:57 |
| 17 | said, were very comfortable with each other. | 15:33:00 |
| 18 |    This is not a scene I am concerned about | 15:33:04 |
| 19 | in terms of these actors working together.  This | 15:33:09 |
| 20 | is -- we are now entering a typical dynamic | 15:33:13 |
| 21 | between director and actors. | 15:33:16 |
| 22 |    Q   Did -- | 15:33:21 |
| 23 |    A   As opposed to director and actor. | 15:33:21 |
| 24 |    Q   Did you have concerns that if you were not | 15:33:23 |
| 25 | on set for the filming of scene 45, that | 15:33:25 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    186

| | | |
|---|---|---|
| 1 | Mr. Baldoni might add additional intimate content | 15:33:28 |
| 2 | that had not been rehearsed previously? | 15:33:31 |
| 3 | A  It was a possibility, but, again, not from | 15:33:34 |
| 4 | a -- at this time and at this point, it didn't | 15:33:38 |
| 5 | seem like a nefarious thing.  It felt more like a | 15:33:43 |
| 6 | sort of new idea, chaotic on the spot tactic, | 15:33:50 |
| 7 | let's try that, rather than a -- anything | 15:33:54 |
| 8 | sinister, from my interactions with him thus far. | 15:33:57 |
| 9 | Q  But at the time, you had the sense that if | 15:34:03 |
| 10 | you were not there for this scene 45, he might add | 15:34:05 |
| 11 | additional intimate content that had not been | 15:34:09 |
| 12 | rehearsed? | 15:34:11 |
| 13 | ATTORNEY HAGGERTY:  Objection to the form. | 15:34:12 |
| 14 | A  I wanted to make sure I was there, because | 15:34:13 |
| 15 | these are two actors -- again, this is their first | 15:34:16 |
| 16 | scene with any intimate content.  So it's sensible | 15:34:19 |
| 17 | that I'm there. | 15:34:23 |
| 18 | Q  Based on your interactions with | 15:34:23 |
| 19 | Mr. Baldoni to that point, did you have concerns | 15:34:25 |
| 20 | that he would add additional intimate content to | 15:34:29 |
| 21 | the scene that were not rehearsed? | 15:34:32 |
| 22 | A  It was a possibility. | 15:34:35 |
| 23 | Q  At 1:09 P.M., you write to Mr. Lambert, "I | 15:34:38 |
| 24 | forget this isn't normal show situation." | 15:34:44 |
| 25 | What did you mean by that? | 15:34:46 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                                   188

| | | |
|---|---|---|
| 1 | (Recess.) | 15:35:48 |
| 2 | THE VIDEOGRAPHER:  We are back on the | 15:44:20 |
| 3 | record.  The time is 3:44 P.M. | 15:44:45 |
| 4 | BY ATTORNEY ROESER: | 15:44:50 |
| 5 | Q  Ms. Talbot, in Exhibit 49, if you could | 15:44:50 |
| 6 | turn, please, back to the second page, the message | 15:44:57 |
| 7 | is at 1:08 P.M. | 15:45:00 |
| 8 | A  Mm-hmm.  Sorry, yes. | 15:45:02 |
| 9 | Q  At 1:08 P.M., Mr. Lambert wrote, "And with | 15:45:04 |
| 10 | Justin, I think it's a good idea if you're there," | 15:45:07 |
| 11 | right? | 15:45:10 |
| 12 | A  Correct. | 15:45:10 |
| 13 | Q  He did not say, because of the strike, I | 15:45:11 |
| 14 | think it's a good idea that you're there? | 15:45:14 |
| 15 | A  Correct. | 15:45:15 |
| 16 | Q  He said because Justin? | 15:45:16 |
| 17 | A  Correct. | 15:45:20 |
| 18 | Q  You can set that document aside. | 15:45:21 |
| 19 | ATTORNEY ROESER:  Exhibit 50 will be a | 15:45:32 |
| 20 | document ending in Bates stamp 3611.  We will | 15:45:33 |
| 21 | distribute now. | 15:45:38 |
| 22 | (Talbot Exhibit 50, marked for | 15:45:38 |
| 23 | identification.) | 15:45:38 |
| 24 | BY ATTORNEY ROESER: | 15:46:08 |
| 25 | Q  This is a text exchange between you and | 15:46:08 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    189

| | | |
|---|---|---|
| 1 | Mr. Lambert on June 22nd, 2023, correct? | 15:46:16 |
| 2 | A  Correct. | 15:46:19 |
| 3 | Q  This is the day that the simulated sex | 15:46:20 |
| 4 | between young Atlas and young Lily was filmed? | 15:46:24 |
| 5 | A  Correct.  That was in the evening. | 15:46:26 |
| 6 | Q  On the morning of the 22nd, Mr. Lambert | 15:46:28 |
| 7 | messages you and says, "Okay, good morning," and | 15:46:36 |
| 8 | you respond, "We'll see." | 15:46:38 |
| 9 | A  Mm-hmm. | 15:46:40 |
| 10 | Q  Why did you respond that way? | 15:46:41 |
| 11 | A  Because I knew we had a lot to do that | 15:46:43 |
| 12 | day.  I was unconvinced that we would get it all. | 15:46:46 |
| 13 | Q  Why is that? | 15:46:52 |
| 14 | A  We had three big scenes to do and I | 15:46:53 |
| 15 | thought we would be under significant time | 15:46:57 |
| 16 | pressure to do that. | 15:47:01 |
| 17 | Q  At 10:55 A.M., you message Mr. Lambert and | 15:47:02 |
| 18 | say, "OMG, this is wild." | 15:47:05 |
| 19 | He responds, "What's happening?" | 15:47:08 |
| 20 | You say, "Just an entire scene of improv." | 15:47:10 |
| 21 | He goes on, "Ha ha, yeah," and you | 15:47:17 |
| 22 | respond, "Wowee, now changing all the action." | 15:47:22 |
| 23 | Mr. Lambert says, "Are they having sex on | 15:47:26 |
| 24 | the counter yet?" | 15:47:28 |
| 25 | And you respond, "Give it time, I think | 15:47:29 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    190

| | | |
|---|---|---|
| 1 | we'll throw that in last minute." | 15:47:31 |
| 2 | Right? | 15:47:36 |
| 3 | A  Correct. | 15:47:37 |
| 4 | Q  What prompted you to send the message, | 15:47:37 |
| 5 | "OMG, this is wild"? | 15:47:41 |
| 6 | A  This is a scene about making cookies.  We | 15:47:43 |
| 7 | had rehearsed it and it was fairly chaotic with | 15:47:46 |
| 8 | things changing. | 15:47:51 |
| 9 | Q  Chaotic in what sense? | 15:47:53 |
| 10 | A  In that there was some components of the | 15:47:58 |
| 11 | piece, Kevin McKidd was coming in and | 15:48:00 |
| 12 | interrupting.  We were hiding Alex.  We were | 15:48:03 |
| 13 | placing young Lily on the counter.  He was -- | 15:48:07 |
| 14 | there was some intimate action there. | 15:48:12 |
| 15 | And again, it was -- I can't express | 15:48:16 |
| 16 | enough, this is, again, really regarding -- mainly | 15:48:20 |
| 17 | regarding, like, the chaotic nature of filming any | 15:48:26 |
| 18 | scene during the strike.  Things that would | 15:48:31 |
| 19 | typically be in place are not really in place. | 15:48:36 |
| 20 | And again, it can be anything down from, like, you | 15:48:41 |
| 21 | know, we had an oven on set, the cookies were | 15:48:45 |
| 22 | supposed to come out warm, I think at one point | 15:48:49 |
| 23 | they came out cold.  You know, like, there was | 15:48:51 |
| 24 | just a lot of chaotic action.  And with the | 15:48:53 |
| 25 | improv, again, it was a lot of Justin going, okay, | 15:49:00 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                              191

| # | | Time |
|---|---|---|
| 1 | now this is happening and now this is happening | 15:49:02 |
| 2 | and this is happening. | 15:49:07 |
| 3 | And with regards to the intimate action, | 15:49:08 |
| 4 | again, I'm there, I'm on set, I'm navigating that, | 15:49:10 |
| 5 | I make sure we go through a rehearsal, I'm | 15:49:13 |
| 6 | constantly checking in with these two actors | 15:49:16 |
| 7 | because I want to. | 15:49:18 |
| 8 | Q  Was Mr. Baldoni adding intimate action | 15:49:19 |
| 9 | during that -- during the cookie scene? | 15:49:22 |
| 10 | A  I believe that there was some intimate | 15:49:25 |
| 11 | action that was added, but I will say, that's not | 15:49:28 |
| 12 | unusual in this because what we do is we will make | 15:49:31 |
| 13 | sure that we would do that in rehearsal.  We make | 15:49:36 |
| 14 | sure that we're choreographing everything | 15:49:39 |
| 15 | appropriately and talking to actors. | 15:49:43 |
| 16 | What is always scripted -- again, like | 15:49:46 |
| 17 | obviously, if we can follow the script, that's | 15:49:50 |
| 18 | great, but actors will come up with ideas and | 15:49:53 |
| 19 | suggestions that don't always follow the script. | 15:49:55 |
| 20 | At this point, there's no simulated additional | 15:49:58 |
| 21 | action going on.  It's -- sorry. | 15:50:02 |
| 22 | Q  Was Mr. Baldoni adding intimate action to | 15:50:06 |
| 23 | the cookie scene that had not been rehearsed? | 15:50:09 |
| 24 | A  I believed that there was a suggestion of | 15:50:12 |
| 25 | either placing Isabela on the counter or, again, | 15:50:18 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                          192

| | | |
|---|---|---|
| 1 | kissing on the counter that may have been | 15:50:29 |
| 2 | extended. | 15:50:35 |
| 3 | Q  Was there -- did Mr. Baldoni suggest | 15:50:36 |
| 4 | Isabela, Ms. Ferrer, licking batter off of the | 15:50:40 |
| 5 | other actor's finger? | 15:50:48 |
| 6 | A  Yes, I believe -- I can't say with | 15:50:50 |
| 7 | 100 percent certainty, but I do remember a batter | 15:50:54 |
| 8 | situation occurring. | 15:50:59 |
| 9 | Q  Do you recall Mr. Baldoni suggesting that | 15:51:01 |
| 10 | Ms. Ferrer's character lick batter off of the | 15:51:03 |
| 11 | actor portraying Mr. -- young Atlas's finger while | 15:51:07 |
| 12 | looking up at him? | 15:51:13 |
| 13 | A  Correct, I believe she may have been | 15:51:14 |
| 14 | sitting on the counter at that point.  And again, | 15:51:16 |
| 15 | this is all things that we can agree on on the | 15:51:23 |
| 16 | day.  This is me constantly checking in. | 15:51:26 |
| 17 | Q  And again, these are intimate acts that | 15:51:29 |
| 18 | Mr. Baldoni had added after the scene had already | 15:51:32 |
| 19 | been rehearsed? | 15:51:36 |
| 20 | ATTORNEY HAGGERTY:  Objection to the form. | 15:51:39 |
| 21 | Q  I can clarify. | 15:51:43 |
| 22 | The -- Mr. Baldoni's suggestion that | 15:51:46 |
| 23 | Ms. Ferrer's character lick cake batter -- cookie | 15:51:47 |
| 24 | batter off of the other actor's finger and look up | 15:51:52 |
| 25 | at him was not rehearsed? | 15:51:55 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                              194

| | | |
|---|---|---|
| 1 | working together and communicating really well. | 15:53:10 |
| 2 | As far as I'm concerned, these actors are | 15:53:13 |
| 3 | safe because they're together and I'm watching | 15:53:15 |
| 4 | them communicate, and at no point are they ever | 15:53:17 |
| 5 | expressing discomfort with each other.  And, for | 15:53:21 |
| 6 | me, that's very important when I'm working as an | 15:53:23 |
| 7 | intimacy coordinator. | 15:53:27 |
| 8 | Q  Did you expect during this scene that | 15:53:27 |
| 9 | Mr. Baldoni would add further additional sexual | 15:53:30 |
| 10 | content? | 15:53:37 |
| 11 | A  I hoped not. | 15:53:38 |
| 12 | Q  Did you expect that he might? | 15:53:39 |
| 13 | A  It's a possibility.  But it's also | 15:53:41 |
| 14 | something that would not be allowed to happen | 15:53:49 |
| 15 | because that would have been outside the nudity | 15:53:51 |
| 16 | rider, and I would have stepped in immediately at | 15:53:53 |
| 17 | that point to say, this is outside of the nudity | 15:53:57 |
| 18 | rider, we would not be able to do it for that | 15:54:00 |
| 19 | scene.  We do not have a nudity rider for this | 15:54:03 |
| 20 | scene currently. | 15:54:05 |
| 21 | Q  You would not have permitted Mr. Baldoni | 15:54:06 |
| 22 | to add additional sexual content to the | 15:54:09 |
| 23 | cookie-baking scene, correct? | 15:54:11 |
| 24 | A  Any simulated -- anything that would | 15:54:12 |
| 25 | require a rider, absolutely not.  That would have | 15:54:14 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Elizabeth Talbot
Conducted on August 21, 2025                    195

| | | |
|---|---|---|
| 1 | been a phone call to SAG straightaway. | 15:54:18 |
| 2 | Q But you considered that it might be a | 15:54:21 |
| 3 | possibility that he would attempt to add | 15:54:23 |
| 4 | additional sexual content to the scene? | 15:54:25 |
| 5 | A It was possible. | 15:54:26 |
| 6 | Q And are aware if Isabela and Alex had | 15:54:28 |
| 7 | executed nudity riders in effect at the time of | 15:54:33 |
| 8 | the scene? | 15:54:38 |
| 9 | A They both had nudity riders that were sent | 15:54:38 |
| 10 | to their agents, I believe. | 15:54:44 |
| 11 | Q Do you know -- | 15:54:46 |
| 12 | A Sorry. | 15:54:46 |
| 13 | ATTORNEY HAGGERTY: Were you done? Were | 15:54:47 |
| 14 | you done answering the question? | 15:54:49 |
| 15 | THE WITNESS: I think so. | 15:54:51 |
| 16 | ATTORNEY HAGGERTY: Okay. | 15:54:52 |
| 17 | Q Do you know if -- if they had executed the | 15:54:52 |
| 18 | nudity riders at that time? | 15:54:56 |
| 19 | A By that scene, I don't know. I think one | 15:55:00 |
| 20 | of the actors was going to sign on set. | 15:55:04 |
| 21 | And again, as long as they sign before we | 15:55:08 |
| 22 | shoot the scene -- so they can sign on set right | 15:55:11 |
| 23 | before we shoot the scene. It doesn't have to be, | 15:55:15 |
| 24 | like, at the beginning of the day, because again, | 15:55:20 |
| 25 | that's our 48 hours. That's where our 48 hours | 15:55:23 |