# Exhibit 16

