# Exhibit 18



## Short Message Report

Conversations: 1  
Total Messages: 30  

Participants: 3  
Date Range: 6/19/2023

### Outline of Conversations

💬 **CHAT - CB0147978 - 00877 - 2023/06/19** · 30 messages on 6/19/2023 · George Lambert <█████> · Lizzy Talbot <████████> · Lizzy Talbot USA <█████>

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **CHAT - CB0147978 - 00877 - 2023/06/19**

| | | |
|---|---|---|
| LU | **Lizzy Talbot USA** <▮> <br> Arrived | ◀ 6/19/2023, 12:52 PM |
| LU | **Lizzy Talbot USA** <▮> <br> Well…sort of | ◀ 6/19/2023, 12:53 PM |
| LU | **Lizzy Talbot USA** <▮> <br> Can't remember which entrance | ◀ 6/19/2023, 12:53 PM |
| GL | **George Lambert** <▮> <br> We are all driving there now | ▶ 6/19/2023, 12:58 PM |
| LU | **Lizzy Talbot USA** <▮> <br> Copy | ◀ 6/19/2023, 1:02 PM |
| LU | **Lizzy Talbot USA** <▮> <br> If it's ok. Can I have a moment with each actor privately before we begin. I just want to check in about boundaries and if they don't want the other to touch a specific place etc etc | ◀ 6/19/2023, 1:02 PM |
| GL | **George Lambert** <▮> <br> Yes | ▶ 6/19/2023, 1:33 PM |
| LU | **Lizzy Talbot USA** <▮> <br> Liked "Yes" | ◀ 6/19/2023, 1:41 PM |
| LU | **Lizzy Talbot USA** <▮> <br> Getting Alex | ◀ 6/19/2023, 2:27 PM |
| GL | **George Lambert** <▮> <br> We are coming up | ▶ 6/19/2023, 2:27 PM |
| LU | **Lizzy Talbot USA** <▮> <br> I'm on 2nd | ◀ 6/19/2023, 2:28 PM |
| GL | **George Lambert** <▮> <br> We are on 3 | ▶ 6/19/2023, 2:28 PM |
| LU | **Lizzy Talbot USA** <▮> <br> Copy | ◀ 6/19/2023, 2:28 PM |
| GL | **George Lambert** <▮> <br> He had to use the restroom | ▶ 6/19/2023, 2:28 PM |
| LU | **Lizzy Talbot USA** <▮> <br> Ok | ◀ 6/19/2023, 2:28 PM |
| LU | **Lizzy Talbot USA** <▮> <br> You do the sex scene. I'll watch the dog | ◀ 6/19/2023, 2:29 PM |
| GL | **George Lambert** <▮> <br> Hahah | ▶ 6/19/2023, 2:29 PM |

| | | | |
|---|---|---|---|
| LU | Lizzy Talbot USA <█████2><br>Justin can come | ◀ | 6/19/2023, 2:31 PM |
| GL | George Lambert <█████><br>Copy | ▶ | 6/19/2023, 2:31 PM |
| LU | Lizzy Talbot USA <█████><br>Fuck | ◀ | 6/19/2023, 4:48 PM |
| LU | Lizzy Talbot USA <█████><br>This is A LOT | ◀ | 6/19/2023, 4:48 PM |
| LU | Lizzy Talbot USA <█████><br>He's asking A LOT | ◀ | 6/19/2023, 4:50 PM |
| LU | Lizzy Talbot USA <█████2><br>And so much is unscripted | ◀ | 6/19/2023, 4:50 PM |
| GL | George Lambert <█████9><br>I know | ▶ | 6/19/2023, 4:51 PM |
| GL | George Lambert <█████><br>Finch is talking to me about it now | ▶ | 6/19/2023, 4:51 PM |
| GL | George Lambert <█████><br>What is he asking them to do? | ▶ | 6/19/2023, 4:52 PM |
| LU | Lizzy Talbot USA <█████><br>So undress to underwear | ◀ | 6/19/2023, 4:52 PM |
| LU | Lizzy Talbot USA <█████><br>If there's ANYWAY for me to be there | ◀ | 6/19/2023, 4:55 PM |
| LU | Lizzy Talbot USA <█████><br>Please | ◀ | 6/19/2023, 4:56 PM |
| LU | Lizzy Talbot USA <█████><br>Cos this is a ton | ◀ | 6/19/2023, 4:59 PM |