# Exhibit 19

**EXHIBIT 50** — Planet Depos, LLC

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 58 | Date Range: 6/22/2023 |

### Outline of Conversations

💬 **CHAT - CB0147978 - 00877 - 2023/06/22** · 58 messages on 6/22/2023 · George Lambert <████> · Lizzy Talbot <████> · Lizzy Talbot USA <████>

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **CHAT - CB0147978 - 00877 - 2023/06/22**

| | | |
|---|---|---|
| LU | **Lizzy Talbot USA** <█████> <br> At base. Will head to set | ◄ 6/22/2023, 8:01 AM |
| GL | **George Lambert** <█████> <br> Ok! Good morning | ► 6/22/2023, 8:01 AM |
| LU | **Lizzy Talbot USA** <█████> <br> We'll see… | ◄ 6/22/2023, 8:02 AM |
| GL | **George Lambert** <█████> <br> haha | ► 6/22/2023, 8:02 AM |
| LU | **Lizzy Talbot USA** <█████> <br> Omg | ◄ 6/22/2023, 10:55 AM |
| LU | **Lizzy Talbot USA** <█████> <br> This is wild | ◄ 6/22/2023, 10:55 AM |
| GL | **George Lambert** <█████> <br> What's happening? | ► 6/22/2023, 10:55 AM |
| LU | **Lizzy Talbot USA** <█████> <br> Just an entire scene of improv | ◄ 6/22/2023, 10:55 AM |
| GL | **George Lambert** <█████> <br> Haha yep | ► 6/22/2023, 10:55 AM |
| LU | **Lizzy Talbot USA** <█████> <br> Woweee | ◄ 6/22/2023, 10:55 AM |
| LU | **Lizzy Talbot USA** <█████> <br> Now changing all the action | ◄ 6/22/2023, 10:56 AM |
| GL | **George Lambert** <█████> <br> Are they having sex on the counter yet | ► 6/22/2023, 10:56 AM |
| LU | **Lizzy Talbot USA** <█████> <br> Give it time! | ◄ 6/22/2023, 10:56 AM |
| LU | **Lizzy Talbot USA** <█████> <br> I think we'll throw that in last minute | ◄ 6/22/2023, 10:56 AM |
| LU | **Lizzy Talbot USA** <█████> <br> All good? | ◄ 6/22/2023, 1:46 PM |
| GL | **George Lambert** <█████> <br> I am | ► 6/22/2023, 1:47 PM |
| GL | **George Lambert** <█████> <br> Are you? | ► 6/22/2023, 1:47 PM |

| | | | |
|---|---|---|---|
| LU | **Lizzy Talbot USA** <■> <br> Yeah | ◀ | 6/22/2023, 1:47 PM |
| GL | **George Lambert** <■> <br> AP looking for you on set | ▶ | 6/22/2023, 1:49 PM |
| GL | **George Lambert** <■> <br> What's your 20 | ▶ | 6/22/2023, 1:50 PM |
| LU | **Lizzy Talbot USA** <■> <br> Can we check we've got those signed nudity riders | ◀ | 6/22/2023, 1:51 PM |
| GL | **George Lambert** <■> <br> Who would have them? | ▶ | 6/22/2023, 1:51 PM |
| GL | **George Lambert** <■> <br> Nick? | ▶ | 6/22/2023, 1:51 PM |
| LU | **Lizzy Talbot USA** <■> <br> Yeah | ◀ | 6/22/2023, 1:51 PM |
| GL | **George Lambert** <■> <br> Ok I'll call | ▶ | 6/22/2023, 1:51 PM |
| LU | **Lizzy Talbot USA** <■> <br> It's all good. We just need them done before we get to 48 | ◀ | 6/22/2023, 1:51 PM |
| LU | **Lizzy Talbot USA** <■> <br> So we've got time | ◀ | 6/22/2023, 1:52 PM |
| LU | **Lizzy Talbot USA** <■> <br> Do you want Christa tomorrow? | ◀ | 6/22/2023, 2:21 PM |
| GL | **George Lambert** <■> <br> Sure what's her last name | ▶ | 6/22/2023, 2:22 PM |
| LU | **Lizzy Talbot USA** <■> <br> Jackson | ◀ | 6/22/2023, 2:22 PM |
| GL | **George Lambert** <■> <br> Copy | ▶ | 6/22/2023, 2:22 PM |
| LU | **Lizzy Talbot USA** <■> <br> Unless you know the time you would need me | ◀ | 6/22/2023, 2:22 PM |
| GL | **George Lambert** <■> <br> At call | ▶ | 6/22/2023, 2:23 PM |
| LU | **Lizzy Talbot USA** <■> <br> Copy | ◀ | 6/22/2023, 2:23 PM |
| GL | **George Lambert** <■> <br> 12p | ▶ | 6/22/2023, 2:23 PM |

| | | | |
|---|---|---|---|
| LU | Lizzy Talbot USA <███> <br> Copy | | ◀ 6/22/2023, 2:23 PM |
| GL | George Lambert <███> <br> Did you speak to Justin? | | ▶ 6/22/2023, 7:11 PM |
| GL | George Lambert <███> <br> Attached URL: https://p24-content.icloud.com/M978A087F07B7B46DD79129C432D48EBA48C99FDA5122E5C3A86E63FC49D610EC.C01USN00 <br> Attachment Title: Amy Morton Cast.vcf | | ▶ 6/22/2023, 7:11 PM |
| LU | Lizzy Talbot USA <███> <br> Yep | | ◀ 6/22/2023, 7:13 PM |
| GL | George Lambert <███> <br> What he say? | | ▶ 6/22/2023, 7:13 PM |
| LU | Lizzy Talbot USA <███> <br> Just hand on throat and one on leg | | ◀ 6/22/2023, 7:58 PM |
| LU | Lizzy Talbot USA <███> <br> Is this a test? | | ◀ 6/22/2023, 7:58 PM |
| GL | George Lambert <███> <br> Maybe… | | ▶ 6/22/2023, 7:59 PM |
| LU | Lizzy Talbot USA <███> <br> Ratbag | | ◀ 6/22/2023, 7:59 PM |
| GL | George Lambert <███> <br> Did you just call me ratbag! | | ▶ 6/22/2023, 8:01 PM |
| LU | Lizzy Talbot USA <███> <br> Yeah. | | ◀ 6/22/2023, 8:02 PM |
| GL | George Lambert <███> <br> What kind of Harry Potter English outback alleyway insult is that!? | | ▶ 6/22/2023, 8:03 PM |
| LU | Lizzy Talbot USA <███> <br> 😂😂😂😂😂😂 | | ◀ 6/22/2023, 8:04 PM |
| LU | Lizzy Talbot USA <███> <br> God I miss Brad. | | ◀ 6/22/2023, 8:04 PM |
| | **Redacted** | | ▶ 6/22/2023, 8:04 PM <br> ◀ 6/22/2023, 8:07 PM <br> ▶ 6/22/2023, 8:07 PM <br> ◀ 6/22/2023, 8:08 PM <br> ▶ 6/22/2023, 8:09 PM |

**Redacted**

◀ 6/22/2023, 8:09 PM

LU    Lizzy Talbot USA <■■■>      ◀ 6/22/2023, 9:57 PM
FYI actors asked for me on Monday

GL    George Lambert <■■■>      ▶ 6/22/2023, 9:58 PM
Attached URL: https://p49-content.icloud.com/M978A087F07B7B46DD79129C432D48EBA48C99FDA5122E5C3A86E63FC49D610EC.C01USN00
Attachment Title: IEWU CALLSHEET D19.pdf

GL    George Lambert <■■■>      ▶ 6/22/2023, 9:58 PM
Ok