# Exhibit 21

# Blake Reynolds - 2023-04-14

**Email**

█████████████

**First name**

Blake

**Last name**

Reynolds

**Street address**

███████

**City**

████

**State/Region**

█

**Country/Region**

USA

**Mobile phone number**

██████

**Age**

35

**Birthdate**

██████

1/6

Place of Birth

CA

---

Current Weight

█

---

Weight 6 Months Ago

█

---

Weight One Year Ago

█

---

Would you like your weight to be different?

Yes

---

If so, what?

█

---

Relationship status

M

---

Where do you currently live?

NY

---

Children

4

---

Pets

Yes

---

**CONFIDENTIAL**                                                                    BENSON_0002

Occupation
self

Hours of work per week
-36

Please list your main health concerns:
breastfeeding and fitness. recurring strep

At what point in your life did you feel best?
now and past few years

Any serious illnesses/hospitalizations/injuries?
right hand injury 2018

How is/was the health of your mother?
great

How is/was the health of your father?
not great by design, but strong as an ox

Blood Type


Ancestery
caucasian

Sleep Quality
Not Great

3/6

**Hours Sleep Per Night**
3

**Do you wake up at night?**
Yes

**Wake Up Reason**
newborn/breastfeeding

**Allergies or Sensitivities? Please Explain:**
0

**Do you experience yeast or urinary tract infections? Please explain:**
■

**Do you take any supplements or medications? Please list below:**
■

**Any Healers, Helpers or Therapies with which you are involved? Please list below:**
no

**What role do sports and exercise play in your life?**
5/7 days a week

**Child Breakfast**
cereal

**Child Lunch**
sandwich

4/6

CONFIDENTIAL                                          BENSON_0004

**Child Dinner**

pasta/burgers/comfort food

**Child Snack**

processed store snacks

**Child Liquid**

water, milk , coke, orange juice, etc

**Adult Breakfast**

eggs or steel cut oats

**Adult Lunch**

protein and veg or salad

**Adult Dinner**

protein and veg or salad

**Adult Liquids**

water, sparkling water, coffee

**Will family and/or friends be supportive of your desire to make food and/or lifestyle changes?**

Yes

**Do you cook?**

Yes

**Percent of Food Cooked**

-20

5/6

**CONFIDENTIAL**

Do you crave sugar, coffee, cigarettes, or have any major addictions?
sugar

---

6/6

**CONFIDENTIAL**                                                                                     **BENSON_0006**

**Subject:** Following Up…
**Date:** Thursday, March 30, 2023 at 5:04:25 PM Pacific Daylight Time
**From:** Jennifer Benson
**To:** Blake Lively
**Attachments:** image001.png, MBRK_Supplements_AntibioticRehab_March2023.pdf, MBRK_Supplements_ImmuneSupport.pdf

Hi Blake,
It was a pleasure meeting and speaking with you this week.

I first need to do the "business" thing and ask you to just fill out a couple of forms to allow me to legally offer you my recommendations and advise. So the first one is here: https://landing.iwil.guru/health-info-form-women and once that is complete you will get a Docusign. That is my program agreement – you don't need to worry about any consistent meetings or contractual obligations, it is more for all of the other "legal" stuff but I have to onboard everyone the same way. I did this as a favor for Justin, but I normally onboard with clients first with a Consultation which is health history/goals/labs/bloodwork/DEXA Scans etc review followed by a protocol that I set up and weekly check ins for the first couple of months depending on the goals and health concerns/challenges etc.

Recommendations:
I have created a Fullscript Account for you to order pretty much everything we spoke about with a few exceptions. I have listed your phone number as you said you don't always receive your emails so, please let me know if you have any trouble. I have created a few "Recommendations" and attached spreadsheets to each one and also have attached them here for your convenience. I have also listed the links below to anything you cannot get on the Fullscript as well as put those links on the spreadsheets they are affiliated with. (Again, to make this as easy and convenient as possible).

Recommendation One: This is a list of immune supporting supplements for both daily and acute use. I have written notes for each one on the recommendations page, but it is also all listed in the Spreadsheet for you as well.

Recommendation TWO: Antibiotic Recovery Supplements for Gut Health (which also translates to immune system health as well.

Breast Feeding and Body Composition:
As you are experiencing, this is quite challenging when you are trying to achieve the best of both worlds.
So ideally you will want to try to consume about 1g per pound of ideal body weight, so with the muscle you had built from working out with Don, you will want to try to consume about 140g per day. If you have 3 meals a day with about 35g protein and you add the lactation/protein shake you will get that 140g goal pretty easily. We didn't get into a whole lot of detail with how you eat, but if you are doing Daily Dose Meals, perhaps you can ask Tricia if they can make sure your meals have 35g of protein each and then you can fill in with the shake as a 4th "mini-meal". And then they can just balance the carbs and the fat the way that Don prescribes for you. That might work pretty well.

PSMF Day: This is a day that you can try out sometime in the next several weeks to just experiment and see how your body responds but if you have had trouble with your milk production, it might impact it and we don't want to take any chances – it's just not worth taking the risk since I don't know your body well enough. If you decide you want to TRY it, it is basically a day where you eat A LOT of protein and no carbs at all and 40g fat (like 3T of butter/ghee etc) and drink several servings of Essential Amino Acids throughout the day.

BUT, what you can do to work on fat loss while holding onto your milk supply would be reducing the carbs (but in order to maintain the same caloric intake, you would increase the protein even more since protein and carbs both have 4 calories per gram) and increasing the (healthy) fats which can help to increase the fat content of your breast milk while providing you with the necessary building blocks to support optimal hormone production and brain health.

Since every single body is different biochemically and physiologically, there is never a "one size fits all" formula that works for everyone. So, sometimes you just have to experiment a little bit and see what makes you FEEL the best while also giving you some of the results you are looking for.

**Supplements NOT on Fullscript:**
BreastFeeding: We spoke about all of the tinctures you are taking that is requiring you to drink A LOT of water. But again, like I said above, some women can absorb more hydration than others and sometimes by drinking TOO much water you can dilute your milk production and end up with more of a "skim milk" looking milk versus a robust creamy milk.

Legendary Milk: For that reason, it MIGHT be worth trying these supplements from this company that I have used with clients. I usually have my clients get this bundle as all three have incredible benefits, but again, some work better for some women than others so it is good to try each one for 7-10 days at a time and see what you notice. But if you scroll down and read the reviews, this company is pretty phenomenal. https://www.legendairymilk.com/collections/bundles/products/bestseller-bundle. This could replace potentially A LOT of the water you feel you have to drink everyday and that alone could make the difference in that extra water weight you are carrying that you might not have to carry with the same results.

Majka: This is the protein lactation powder I told you about that is also a great product. Super clean and you can add it to the Kion Whey Protein and that will give you your 35g protein! Two Scoops of this plus one scoop of the Kion and you are good to go! https://lovemajka.com/products/complete-lactation-protein-powder.

KION: This is where you can get the BEST Whey Protein Powder, Essential Amino Acids (to take a scoop of everytime you fill up your water bottle) and that beautiful immune bosting Colostrum. http://bit.ly/3zInwPi

Ancestral Supplements: Thymus Supplement to support the Immune System. You can take this for one month to bolster the immune system or ongoing.
https://ancestralsupplements.com/collections/shop/products/grass-fed-thymus-with-liver-by-ancestral-supplements-1

Immune Health Basics: this is a chewable beta-glucan for the kids to take every morning to help support their immune systems: https://immunehealthbasics.com/ihb-childrens-chewable-25mg-60caps/

Lil' Diamond Unicorn Dust: This is a nutritional drink for immune and cellular health for the kids that they can drink every morning: https://lildiamond.com/

HIYA Health: This is a wonderful chewable multi-vitamin that is super clean and fantastic for kids. They tend to love it because it comes with stickers that they get to personalize and decorate the jar with.
https://hiyahealth.com/products/kids-daily-essential

FULLSCRIPT: This is where you will find the recommendations I made for you for everything else:
www.fullscript.com

And of course, please don't hesitate to reach out should you need anything at all! Here to support you and your family in any way I can. 🙏

Warmly,
Jennifer Benson
CHHC, AADP, CPT, A4M



**Antibiotic Recovery Supplements**

| ADULTS and Kids Over 12 years Old | | | | | | |
|---|---|---|---|---|---|---|
| Supplement | Purpose | Breakfast | Lunch | Dinner | NOTES | |
| Microbiome Labs HU58 | Single-strain probiotic with a concentrated dose of Bacillus subtilis HU58, formulated to support healthy immune function and maintain a healthy balance of intestinal microflora | 2 capsules | | | To be taken 3 times the legnth of time on Antibiotics - so about 60 days from two courses. | |
| Microbiome Labs Megaspore | Spore-based Broad Spectrum Probiotic to Recondition the Gut by promoting microbial diversity and maintaining key health-promoting, commensal gut bacteria. | | 2 capsules | | | |
| Microbiome Labs RestorFlora | Gut recovery probiotic that helps patients maintain a healthy gut microbial composition during and after taking microbial disrupting medications | | | 3 capsules | | |

| Kids Below 12 Years Old | | | | | |
|---|---|---|---|---|---|
| Supplement | Purpose | Breakfast | Lunch | Dinner | NOTES |
| Microbiome Labs HU58 | Single-strain probiotic with a concentrated dose of Bacillus subtilis HU58, formulated to support healthy immune function and maintain a healthy balance of intestinal microflora | 1 capsule | | | Can be opened and mixed into cold foods (yogurt, shakes, cereal) or sprinkled on top of warm foods (just not HOT) |
| Microbiome Labs Megaspore | Spore-based Broad Spectrum Probiotic to Recondition the Gut by promoting microbial diversity and maintaining key health-promoting, commensal gut bacteria. | | 1 capsule or GUMMY | | |
| Microbiome Labs RestorFlora | Gut recovery probiotic that helps patients maintain a healthy gut microbial composition during and after taking microbial disrupting medications | | | 1 capsule | |
| FOR THE BABY - Megaspore | Support Baby's Gut Health | 1/4 capsule mixed with a tiny bit of breastmilk to make a paste. Place the paste on the nipple and start nursing. | | | |

**Immune System Supplements**

| DAILY IMMUNE /HEALTH SUPPORT - ADULTS | | | | | | |
|---|---|---|---|---|---|---|
| Supplement | Purpose | Empty Stomach AM | Breakfast | Lunch | Dinner | Empty Stomach PM/30-60min before Bed |
| Quicksilver Scientific D3/K2 | Immune Health/Bone Health/Heart Health | 5 pumps in the mouth | | | | |
| Propolis Immune Support Spray | Daily Immune Support | 4 sprays | | | | 4 sprays (optional) |
| Liposomal Vitamin C (liquid or capsules) | Immune Health / Adrenal Health | | 1 capsule | | 1 capsule | |
| ION Gut Health | Heal/Seal the Gut to Protect/Immune System Support | | 1 pump/tsp | 1 pump/tsp | 1 pump/tsp | |
| Ancestral Supplements Thymus | Immune System Support | | 3 capsules | | 3 capsules | |

| ACUTE IMMUNE /HEALTH SUPPORT - ADULTS | | | | | | |
|---|---|---|---|---|---|---|
| Supplement | Purpose | Empty Stomach AM | Breakfast | Lunch | Dinner | Empty Stomach PM/30-60min before Bed |
| Quicksilver Immune Charge + Shots | Acute Immune Support - take for 4 days and stop - For Ryan ONLY -not if Breastfeeding | 1 Shot | | | | 1 shot |
| Liposomal Glutathione (capsules or liquid) | Acute Immune Support - For Ryan ONLY -not if Breastfeeding | 2 pumps in the mouth or 2 capsules | | | | 2 pumps in the mouth or 2 capsules |
| Immune Health Basics 500mg | Bolster Immune System | 1 capsule | | | | |
| Propolis Immune Support Spray | Daily Immune Support | 4 sprays | | | | 4 sprays |
| Quicksilver Immune Charge + Throat Spray | Acute Immune Support | 3 pumps | | 3 pumps | | 3 pumps |
| B Soothed Honey Lozenges | Acute Immune Support - Blake | Lozenges as needed | | | | |
| B Soothed Honey Lozenges w/ Elderberry | Acute Immune Support - Ryan | Lozenges as needed | | | | |
| Beekeepers Liposomal Propolis | Acute Immune Support | 1 packet | | | 1 packet | |
| MegaViron (Ages 12+) | Acute Immune Support For Ryan ONLY -not if Breastfeeding | | 3 capsules | | 3 capsules | |

| DAILY IMMUNE/HEALTH SUPPORT - KIDS | | | | | |
|---|---|---|---|---|---|
| Supplement | Purpose | Empty Stomach AM | Breakfast | Notes | |
| LIL' Diamond Unicorn Powder | Daily Immune /Overall Health Support | | 1 scoop in water | | |
| Immune Health Basics Chewable | Daily Immune System Support | 1 chewable | | For children ages 2-3, take one tablet per day, For children ages 4 and up, take two servings per day | |
| HIYA Health Kids Multi-Vitamin | Daily Overall Health Support | | 1 chewable | | |
| ION Gut Health | Heal/Seal the Gut to Protect/Immune System Support | | | 1 pump three times per day, with or without food, can be empty stomach | |
| BeeKeepers Naturals Kids Throat Spray | Daily Immune System Support | | | For children ages 2-12, 4 sprays twice a day | |

| ACUTE IMMUNE SUPPORT - KIDS | | | | | | |
|---|---|---|---|---|---|---|
| Supplement | Purpose | Empty Stomach AM | Breakfast | Lunch | Dinner | Empty Stomach PM/30-60min before Bed |
| Lil' Diamond Unicorn Powder | Daily Immune /Overall Health Support | | 1 scoop in water | | | |
| Immune Health Basics Chewable | Daily Immune System Support | 1 chewable | | For children ages 2-3, take one tablet per day, For children ages 4 and up, take two servings per day | | |
| BeeKeepers Naturals Kids Throat Spray | Daily Immune System Support | | | For children ages 2-12, 4 sprays twice a day | | |
| Beekeepers Elderberry or Regular Lozenges | Acute Immune Suppport | 1 lozenge | | 1 lozenge | | |
| Beekeepers Propolis + C | Acute Immune Support | 1 packet | | 1 packet | | |
| Liposomal Vitamin C (capsules or liquid) | Acute Immune Support | | 1000mg | 1000mg | 1000mg | |

Immune Health Basics for Kids:    https://immunehealthbasics.com/ihb-childrens-chewable-25mg-60caps/
Lil' Diamond Unicorn Powder:    https://lildiamond.com/
Hiya Health Kids Multi-Vitamin:    https://hiyahealth.com/products/kids-daily-essential

**CONFIDENTIAL**                                                                                                                                                **BENSON_0011**



# Membership Certificate

NATIONAL ASSOCIATION OF NUTRITION PROFESSIONALS

*Providing support and advocacy for nutrition professionals since 1985*

# Jennifer Benson

Associate Member ID ███

*Membership valid through November 6, 2024*

_____  
KIRSTIN NUSSGRUBER, CNC, EMB, BCHN®  
*Vice President*

_____  
NICOLE HODSON, NC, BCHN®, CDSP™  
*Executive Director*

CONFIDENTIAL                                                                                                        BENSON_0012



