Exhibit 23

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                        Page 1

  1              UNITED STATES DISTRICT COURT
  2              SOUTHERN DISTRICT OF NEW YORK
  3
  4      _____
                                        )
  5      BLAKE LIVELY,                  )
                                        )
  6              Plaintiff,             )
                                        )
  7         vs.                         ) No. 1:24-CV-10049-LJL
                                        ) (Consolidated with
  8      WAYFARER STUDIOS LLC, a        ) 1:25-cv-00449-LJL)
         Delaware Limited Liability     )
  9      Company, JUSTIN BALDONI, an    )
         individual, JAMEY HEATH, an    )
 10      individual, STEVE SAROWITZ, an) HIGHLY CONFIDENTIAL -
         individual, IT ENDS WITH US   ) ATTORNEYS' EYES ONLY
 11      MOVIE LLC, a California        )
         Limited Liability Company,    )
 12      MELISSA NATHAN, an individual,)
         THE AGENCY GROUP PR LLC, a    )
 13      Delaware Limited Liability    )
         Company, JENNIFER ABEL, an    )
 14      individual, JED WALLACE, an   )
         individual, and STREET        )
 15      RELATIONS INC., a California  )
         Corporation,                  )
 16                                    )
                 Defendants.           )
 17      _____)
                                       )
 18      (RELATED CONSOLIDATED CASE.   )
         _____)
 19
 20      VIDEOTAPED DEPOSITION OF SHELLEY ANNE CARROLL
 21                 Los Angeles, California
 22              Thursday, September 25, 2025
 23
         Reported by:
 24      RENEE A. PACHECO, RPR, CLR
         CSR No. 11564
 25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 53

```
 1      in the first phase of production?
 2           A    Yes.
 3           Q    Can you describe for me what you recall
 4      about the occasion on which Mr. Heath arrived to
 5      Ms. Lively's hair and makeup trailer?
 6           A    Yes.  Do you want me to describe like
 7      the --
 8           Q    Sure.  Go ahead and ask your question.
 9           A    Like the whole -- that sort of moment, like
10      the whole morning or.
11           Q    Why don't we do it this way.  If you
12      could -- it sounds like there's a certain occasion
13      on which Mr. Heath's arrival to Ms. Lively's hair
14      and makeup trailer sticks out in your mind; is that
15      right?
16           A    Yes.
17           Q    Can you please describe for me the moment
18      at which you understood Mr. Heath was arriving to
19      the trailer to the point at which Mr. Heath exited
20      the trailer?
21           A    Okay.  We -- Blake was having body makeup
22      done in the trailer by Vivian.  We heard the door
23      open and looked and went "Whoa, whoa, whoa."  And it
24      was Jamey at the door.  I had grabbed a cutting cape
25      which was over my chair and held it up to try and
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 54

```
 1        cover her.  And she said -- Blake said, "Whoa, whoa.
 2        I'm" -- you know, "Don't come in."  And he said, "It
 3        will only take a second."  And that's when all of
 4        that action was happening.  He stayed in the
 5        trailer, they had a discussion, and he left.
 6             Q    Did you know that Mr. Heath was going to be
 7        coming to the trailer when he did?
 8             A    I did not.
 9             Q    Did you have an understanding that
10        Mr. Heath was invited to the trailer by Ms. Lively?
11             A    I did not.
12             Q    Did you understand that Ms. Lively did not
13        expect Mr. Heath to come to the trailer at that
14        moment?
15                  MS. GAROFALO:  Objection.
16                  THE DEPONENT:  Say that again.  Sorry.
17        BY MS. BENDER:
18             Q    Did you have an understanding that
19        Ms. Lively was not expecting Mr. Heath to show up at
20        her hair and makeup trailer at that moment?
21             A    By her reaction, yes.
22             Q    Did Mr. Heath abide by the protocol of
23        knocking on the door that you described earlier
24        today?
25             A    No.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 55

1        Q    Did Mr. Heath ask for permission to open

2    the door into Ms. Lively's private hair and makeup

3    trailer?

4        A    No.

5        Q    You stated that you, Ms. Lively, and

6    Ms. Baker verbally indicated something to the effect

7    of whoa, whoa, whoa when Mr. Heath was opening the

8    door; is that right?

9        A    Yes.

10        Q    And did you, Ms. Lively, Ms. Baker give a

11    loud verbal indication that the trailer was occupied

12    at that point in time?

13        A    I believe we were speaking loudly.

14        Q    So you had an understanding that Mr. Heath

15    heard you when you said something to the effect of

16    whoa, whoa, whoa as he was entering her private hair

17    and makeup trailer?

18            MS. GAROFALO:  Sorry.  Objection.

19            THE DEPONENT:  Yes.

20    BY MS. BENDER:

21        Q    And did Mr. Heath nevertheless open the

22    door to the hair and makeup trailer?

23        A    Yes.

24        Q    Now, at this point in time, where was

25    Ms. Lively situated in the hair and makeup trailer?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                            Page 56
 1          A    She was towards the far right of the
 2     trailer, standing.
 3          Q    And which direction was Ms. Lively facing
 4     when she was standing in the trailer?
 5          A    I don't recall.
 6          Q    Do you recall what Ms. Lively was wearing
 7     at that moment in the trailer?
 8          A    Either nothing or a nude thong.
 9          Q    Ms. Lively's breasts were exposed in that
10     moment?
11          A    Yes.
12          Q    And Ms. Lively was generally undressed and
13     unclothed?
14          A    Yes.
15          Q    And was that one of the reasons why you and
16     Ms. Carroll and Ms. Lively indicated that Mr. Heath
17     should not enter the trailer at that point in time?
18          A    Yes.
19          Q    And would you have expected Mr. Heath to
20     heed that request?
21               MS. GAROFALO:  Objection.
22               MR. ROBINSON:  Objection to form.
23               THE DEPONENT:  I don't know why he would
24     have come up.
25     ///
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 57

1   BY MS. BENDER:
2       Q   Mr. Heath walked into Ms. Lively's hair and
3   makeup trailer while she was unclothed without
4   knocking, without permission; correct?
5       A   Yes.
6       Q   And that was after you and others loudly
7   tried to stop Mr. Heath from entering the trailer?
8           MS. GAROFALO:  Objection.
9           THE DEPONENT:  We verbally said "Whoa,
10  whoa, whoa," you know.  Yes.
11  BY MS. BENDER:
12      Q   Don't come in?
13      A   Yeah, I don't remember saying "Don't come
14  in," but we were like, "Whoa, whoa, whoa.  Just a
15  minute" warning him.
16      Q   And at that point Mr. Heath stayed; is that
17  right?
18      A   Yes.
19      Q   And where was Mr. Heath standing for the
20  remainder of his time at the trailer?
21      A   I am not completely -- my back was to him,
22  so he was behind me.
23      Q   And was your back to Mr. Heath because you
24  were standing with a cloth to cover Ms. Lively for
25  modesty?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                          Page 59
 1    trailer for entering without permission?
 2         A    I don't remember that.
 3         Q    Do you recall why Mr. Heath was at the
 4    trailer?
 5              MS. GAROFALO:  Objection.
 6              THE DEPONENT:  I don't.
 7    BY MS. BENDER:
 8         Q    And you believe it was unclear to Mr. Heath
 9    at that point in time that Ms. Lively was in a state
10    of undress?
11              MR. ROBINSON:  Objection to form.
12              MS. GAROFALO:  Join.
13              THE DEPONENT:  Can you ask that again.
14    Sorry.
15    BY MS. BENDER:
16         Q    Do you believe that it was clear during the
17    course of the interaction between Mr. Heath and
18    Ms. Lively that Ms. Lively was in a state of
19    undress?
20              MS. GAROFALO:  Objection.
21              THE DEPONENT:  Yes.
22    BY MS. BENDER:
23         Q    And from your perspective do you think that
24    would have been clear to Mr. Heath himself?
25         A    Yes, once he stepped up into the trailer.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

                                                    Page 60

1          Q    But nevertheless, at that point he stayed

2     in the trailer?

3          A    Yes.

4          Q    Given your understanding of where

5     Ms. Lively and Mr. Heath were in the trailer, if

6     Mr. Heath had looked into the mirror, would he have

7     seen Ms. Lively's breasts exposed?

8               MS. GAROFALO:  Objection.

9               THE DEPONENT:  You can see the room when

10    you look -- you can see into different parts of the

11    room through reflection, yes.

12    BY MS. BENDER:

13         Q    And so from where Mr. Heath was standing,

14    if Ms. Lively was facing the mirror Mr. Heath could

15    have seen Ms. Lively's breasts exposed; is that

16    correct?

17              MS. GAROFALO:  Objection.

18              THE DEPONENT:  He would be able to see her,

19    yes.

20    BY MS. BENDER:

21         Q    How did this interaction between Mr. Heath

22    and Ms. Lively in Ms. Lively's hair and makeup

23    trailer make you feel?

24         A    Uncomfortable.  It was strange.

25         Q    You found the interaction between Mr. Heath

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 61

1     and Ms. Lively uncomfortable and strange?

2          A    I felt uncomfortable and strange.

3          Q    And why did you feel uncomfortable when

4     Mr. Heath came to Ms. Lively's trailer that day?

5          A    I guess because we had warned him, you

6     know, she was in a state where nobody else should

7     have seen her in that way.  And he stayed.  So it

8     was a strange interaction.

9          Q    And you testified as well that that

10    interaction made you feel strange?

11         A    Yeah.  Uncomfortable and strange.

12         Q    Had you ever seen that type of conduct from

13    a producer on a film set before?

14         A    I have not.

15         Q    And would you expect to have seen that type

16    of conduct previously?

17              MS. GAROFALO:  Objection.

18              THE DEPONENT:  It's not my experience that

19    that has ever happened on any of the sets I've

20    worked on before.

21    BY MS. BENDER:

22         Q    Did you view that conduct by Mr. Heath as

23    inappropriate?

24              MS. GAROFALO:  Objection.

25              THE DEPONENT:  Yes, I do.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 63

1          THE DEPONENT:  I'm not sure what the
2     purpose of the meeting was.  So I don't know -- I
3     don't know what -- why he came.  I don't know his
4     motivation to coming into the trailer.
5     BY MS. BENDER:
6          Q    Can you think of any meeting that would be
7     so important that Mr. Heath had to come into the
8     trailer uninvited and stay while Ms. Lively was
9     undressed?
10          MS. GAROFALO:  Objection.
11          THE DEPONENT:  I don't.
12     BY MS. BENDER:
13          Q    You cannot?
14          A    I cannot, yeah.
15          Q    Did Mr. Heath's unannounced entry to the
16     trailer happen on more than one occasion?
17          A    I don't recall.
18          Q    The incident that we just discussed is the
19     only in- -- instance that you recall in which
20     Mr. Heath arrived unannounced to Ms. Lively's
21     trailer; is that right?
22          A    Yes.
23          Q    When Mr. Heath exited the trailer that day,
24     did you discuss the incident with Ms. Baker or
25     Ms. Lively?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 64

1        A    Yes, we did.

2        Q    And what do you recall about that

3    discussion?

4        A    She, Blake, said to us, "He was staring at

5    me in the mirror."  And I just recall being sort of

6    flabbergasted by the whole experience, you know.

7        Q    Were you shocked?

8        A    Yeah, shocked.  Yeah, sure.  Shocked.

9        Q    Did Ms. Lively appear to you to be

10    distressed or shocked by the incident?

11        A    Yes, she was agitated by it and -- yeah.

12        Q    And how could you tell that Ms. Lively was

13    agitated by the incident with Mr. Heath in her hair

14    and makeup trailer?

15        A    Just by her actions, feeling uncomfortable

16    and just actually saying the words.  You know, "He

17    was staring at me," you know, "in the mirror.  I

18    can't believe it."  Just shock.

19        Q    You perceived Ms. Lively to be shocked by

20    the interaction with Mr. Heath?

21        A    Yes.

22        Q    And did Ms. Lively -- when Ms. Lively

23    stated that he was staring at her in the mirror, did

24    you understand that to mean that Mr. Heath had

25    viewed Ms. Lively's exposed breasts in the mirror?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 65

1            A    I can't speak to her exposed breasts but to

2       a nude body in some -- a visual of her unclothed.

3            Q    And to be clear, your recollection is that

4       at that point in time Ms. Lively was wearing nothing

5       more than potentially a nude thong?

6            A    Correct.

7            Q    Did you perceive Ms. Baker's reaction with

8       the inci- -- the from the incident with Mr. Heath

9       and Ms. Lively's hair and makeup trailer?

10           A    Yes.

11           Q    And did you perceive that Ms. Baker was

12      shocked or uncomfortable in any way?

13           A    Yes.  We all felt the same.

14           Q    And by "we," you mean Ms. Lively, Ms. Baker

15      and yourself?

16           A    And myself.  Yes.

17           Q    Did you ever discuss the incident with

18      Mr. Heath in his hair and make -- in Ms. Lively's

19      hair and makeup trailer with anyone beyond Ms. Baker

20      and Ms. Lively?

21           A    No.

22           Q    Did you at any point in time take steps to

23      prevent the uninvited entry of individuals into

24      Ms. Lively's private hair and makeup trailer?

25                MS. GAROFALO:  Objection.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 66

```
 1           THE DEPONENT:  I did.
 2    BY MS. BENDER:
 3        Q    And what were those steps?
 4        A    I started locking the door to the -- the
 5    sliding door between the two sections of the trailer
 6    was always locked while we were processing her.
 7    After that incident I started locking the exit to
 8    the outside as well.
 9        Q    In your experience on other film sets, did
10    you commonly lock the doors to a private hair and
11    makeup trailer?
12        A    We usually lock the sliding door that -- if
13    there's a sliding door that separates the trailer,
14    while processing, that is usually locked.
15        Q    And in your experience on other film sets,
16    did you typically -- you or someone else --
17    typically lock the outside entrance and exit to a
18    hair and makeup trailer?
19        A    It can be.
20        Q    And on this occasion with respect to "It
21    Ends With Us," your locking of the door for outside
22    access to Ms. Lively's hair and makeup trailer was
23    precipitated by Mr. Heath's conduct?
24        A    Yes.  I wanted to prevent that from
25    happening again.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                        Page 67
 1          Q    You wanted to keep Ms. Lively's hair and
 2     makeup trailer a private and safe space?
 3          A    Correct.
 4          Q    Do you recall Mr. Baldoni ever entering
 5     Ms. Lively's hair and makeup trailer without
 6     invitation?
 7          A    I don't.
 8          Q    You don't recall either way?
 9          A    I don't recall either way.
10          Q    Did other individuals besides Mr. Heath on
11     occasion enter Ms. Lively's hair and makeup trailer?
12          A    Yes.
13          Q    And was that typically by use of the
14     knocking protocol that we discussed earlier?
15          A    Yes.
16          Q    And in other words, it was with consent of
17     Ms. Lively that individuals would enter her private
18     hair and makeup trailer?
19          A    Yes.
20          Q    Did anyone other than Mr. Heath on the set
21     of "It Ends With Us" enter Ms. Lively's private hair
22     and makeup trailer without her consent, that you can
23     recall?
24          A    Not that I can recall.
25          Q    Did you ever read the script for "It Ends
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 69

1          A    Yes.
2          Q    Do you recall witnessing Mr. Baldoni ever
3     improvise scenes on the set of "It Ends With Us"?
4          A    Yes.
5          Q    Do you recall witnessing Mr. Baldoni
6     improvise scenes on the set of "It Ends With Us" to
7     make them more intimate?
8          A    Yes.
9          Q    How did Mr. Baldoni improvise scenes on the
10    set of "It Ends With Us" to make those scenes more
11    intimate?
12              MS. GAROFALO:  Objection.
13              THE DEPONENT:  By more kissing, dance --
14    being closer, you know, to Blake physically.
15    BY MS. BENDER:
16         Q    And you witnessed those interactions when
17    you were observing the actors filming a scene; is
18    that right?
19         A    Yes.
20         Q    And I thought I heard you mention the word
21    "dance."  Do you have a particular scene in mind
22    where you witnessed Mr. Baldoni improvising
23    intimacy?
24         A    Yes.
25         Q    And what scene is that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 81

1    matter of the scene that's being filmed.  How

2    exposed an actor may be in that scene.

3    BY MS. BENDER:

4        Q   And to be clear, did you think it would be

5    important for certain scenes to have a closed set

6    based on your vast experience in the film industry?

7            MS. GAROFALO:  Objection.  Experience as a

8    hairdresser.

9            THE DEPONENT:  Say that again.  Like, yes,

10   there should be times when there should be a closed

11   set.

12   BY MS. BENDER:

13       Q   Was the birthing scene in connection with

14   "It Ends With Us," in your view, an intimate scene

15   in any way?

16       A   Yes.

17       Q   How was the birthing scene of "It Ends With

18   Us" intimate, in your view?

19           MS. GAROFALO:  Objection, by the way.

20           THE DEPONENT:  The -- the position that the

21   actor, Blake, would have to be in.

22   BY MS. BENDER:

23       Q   And can you describe Ms. Lively's position

24   in connection with the birthing scene?

25       A   She was on a hospital bed that had

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                        Page 82
 1     stirrups, and her legs -- both her feet were in the
 2     stirrups.
 3          Q    So Ms. Lively would be lying on her back
 4     with both of her legs in stirrups spread apart; is
 5     that right?
 6          A    Correct.
 7          Q    And in your view, that was an intimate
 8     position to be in?
 9          A    Yes.
10          Q    Do you think that simulating childbirth is
11     an intimate type of scene?
12               MS. GAROFALO:  Objection.
13               THE DEPONENT:  Yes.
14     BY MS. BENDER:
15          Q    And do you find simulating childbirth to be
16     a vulnerable type of scene to perform?
17               MS. GAROFALO:  Objection.
18               THE DEPONENT:  Yes.
19     BY MS. BENDER:
20          Q    And do you find simulating childbirth an
21     intimate type of scene to observe?
22               MS. GAROFALO:  Objection.
23               THE DEPONENT:  It can be, yes.
24     BY MS. BENDER:
25          Q    And was the birthing scene in connection
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 83

1    with "It Ends With Us" intimate --

2              MS. GAROFALO:  Objection.

3    BY MS. BENDER:

4         Q    -- in your view?

5         A    Yes.

6         Q    The birthing scene was in a hospital; is

7    that right?

8         A    I believe so.

9         Q    It wasn't, for example, a home birth?

10        A    No.  It was at a hos- -- the scene took

11   place in a hospital room, yeah.

12        Q    And so did you have understan- -- any

13   understanding arriving to set that day as to what

14   Ms. Lively would be wearing in connection with the

15   birthing scene?

16        A    Yes.

17        Q    What was your understanding as to what

18   Ms. Lively would be wearing in connection with the

19   birthing scene when you arrived on set that day?

20        A    A hospital gown.

21        Q    And why was it your understanding that

22   Ms. Lively would be wearing a hospital gown?

23        A    Because we had discussed -- well, I knew

24   that it was in a hospital, so she'd be wearing a

25   hospital gown.  And, also, as far as like body

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 88

```
 1            MS. GAROFALO:  Objection.
 2            THE DEPONENT:  I don't know if this person
 3     was an actor or just a friend so, therefore, I do
 4     think that it was -- yeah.  I thought it was
 5     inappropriate.
 6     BY MS. BENDER:
 7        Q   It was your understanding that the OB/GYN
 8     in the scene was Mr. Baldoni's friend; is that
 9     right?
10        A   Yes.
11        Q   And as the OB/GYN in that scene,
12     Mr. Baldoni's friend would be seated or standing
13     between Ms. Lively's legs?
14        A   Yes.  At the end of the hospital bed.
15        Q   And Ms. Lively's legs would be in stirrups
16     at the time?
17        A   Yes.
18        Q   And her legs would be spread apart?
19        A   Yes.
20        Q   And so the OB/GYN would have a clear view
21     of Ms. Lively's genital area; is that right?
22            MS. GAROFALO:  Objection.
23            THE DEPONENT:  Yes.
24     BY MS. BENDER:
25        Q   With respect to what Ms. Lively was wearing
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                           Page 89
 1      during the birthing scene, did you have an
 2      understanding that at any points in time Ms. Lively
 3      was wearing virtually no clothing from her waist
 4      down?
 5           A    Can you repeat that?
 6           Q    With respect to what Ms. Lively was wearing
 7      during the birthing scene.
 8           A    Right.
 9           Q    Did you have an understanding that at some
10      points in time Ms. Lively was wearing no clothing
11      essentially from her waist down?
12           A    From what I could see on the monitor, that
13      is how it appeared, yes.
14           Q    And did it appear that way because the
15      shots that were being filmed would require that
16      Ms. Lively not wear, for example, shorts or other
17      clothing that would appear on film?
18           A    Yes.  To make it realistic, she wouldn't,
19      yes.
20           Q    Okay.  Putting aside the OB/GYN, did you
21      discuss with Ms. Lively her experience with the
22      birthing scene?
23           A    No.
24           Q    Did you ever discuss with Ms. Lively after
25      the birthing scene concluded the -- a suggestion
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 245

1           I, the undersigned, a Certified Shorthand

2      Reporter of the State of California, Registered

3      Professional Reporter, Certified Live Note Reporter,

4      do hereby certify:

5           That the foregoing proceedings were taken

6      before me at the time and place herein set forth;

7      that any witnesses in the foregoing proceedings,

8      prior to testifying, were duly sworn; that a record

9      of the proceedings was made by me using machine

10     shorthand which was thereafter transcribed under my

11     direction; that the foregoing transcript is a true

12     record of the testimony given.

13           Further, that if the foregoing pertains to

14     the original transcript of a deposition in a Federal

15     Case, before completion of the proceedings, review

16     of the transcript [  ] was [  ] was not requested.

17     I further certify I am neither financially

18     interested in the action nor a relative or employee

19     of any attorney or party to this action.

20           IN WITNESS WHEREOF, I have this date

21     subscribed my name.

22     Dated: September 26, 2025

23

24                    RENEE A. PACHECO
                      CSR No. 11564 RPR, CLR

25