# Exhibit 25

Witness: HEATH
Date: 10/8/25
CSR#12019: Ashley Soevyn

**From:** Nicholas Pizzino <​>
**Sent:** Sun, 21 May 2023 12:31:34 -0400 (EDT)
**To:** Elyse Litwack <​>
**Cc:** Shekinah Reese <​>; Mitz Toskovic <​>; Jamey Heath <​>; AJ Marbory <​>
**Subject:** Re: Steve visiting IEWU
**Attachments:** IEWU_CallsheetD6_052223.pdf

Hello Elyse,

I've attached our Call Sheet for tomorrow so you have a sense of the day. Crew Call is at 8A. Not scheduled to start shooting until 10A.

But I will defer to Jamey & Reese who have been on set, including this same location this past Friday, who may better be able to advise what time is best for Steve depending on who he wants to connect with during the visit.

I've also copied AJ Marbory on this response as well.

Nick

> On Sun, May 21, 2023 at 11:58 AM Elyse Litwack <​> wrote:
> Good morning,
>
> What time is good for Steve to arrive at the set tomorrow?
>
> Thank you!
>
> Elyse
>
>
> Elyse Litwack
> Chief of Staff
>
> 4SBay Partners LLC
> 1849 Green Bay Road, # 280
> Highland Park, IL 60035
> Office:
> Mobile
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
>
> ---
>
> **From:** Elyse Litwack <​>
> **Sent:** Thursday, May 18, 2023 9:21:46 AM
> **To:** Nicholas Pizzino <​>
> **Cc:** Shekinah Reese <​>; Mitz Toskovic <​>; Jamey Heath <​>
> **Subject:** Re: Steve visiting IEWU
>
> Thank you for this info!
>
> These are 2 separate trips.
>
> Elyse
>
>
> Elyse Litwack
> Chief of Staff
>
> 4SBay Partners LLC
> 1849 Green Bay Road, # 280
> Highland Park, IL 60035
> Office:
> Mobile
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are

notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** Nicholas Pizzino <███>
**Sent:** Wednesday, May 17, 2023 5:43:54 PM
**To:** Elyse Litwack <███>
**Cc:** Shekinah Reese <███>; Mitz Toskovic <███>; Jamey Heath <███>
**Subject:** Re: Steve visiting IEWU

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Elyse,

Sorry for the delay. Thank you for your patience!

Monday, May 22, 2023
INT. BOSTON GRACE HOSPITAL
399 Jefferson Road
Parsippany - Troy Hills, NJ 07054

Tuesday, June 13, 2023
INT. RYLE'S LOFT
900 Avenue at Port Imperial
Weehawken, NJ 07086

Is Steve staying locally for the duration between these two shoot days? Or are they separate trips?

> On Wed, May 17, 2023 at 2:05 PM Elyse Litwack <███> wrote:
> Great, thank you so much!
>
> Elyse
>
> Get Outlook for iOS
>
> ---
>
> **From:** Shekinah Reese <███>
> **Sent:** Wednesday, May 17, 2023 1:03:30 PM
> **To:** Elyse Litwack <███>; Nicholas Pizzino <███>
> **Cc:** Mitz Toskovic <███>; Jamey Heath <███>
> **Subject:** Re: Steve visiting IEWU
>
> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Hi Elyse!
>
> Connected with Nick about this and we will get this information to you.
>
> Thank you!
> -Reese
>
> ---
>
> **From:** Elyse Litwack <███>
> **Sent:** Wednesday, May 17, 2023 11:36 AM
> **To:** Nicholas Pizzino <███>
> **Cc:** Shekinah Reese <███>; Mitz Toskovic <███>; Jamey Heath <███>
> **Subject:** Re: Steve visiting IEWU
>
> I understand that the location is hush hush… but can you please share location so I can book Hotel and transportation for Steve for this trip.
>
> Thank you,
>
> Elyse
>
> Elyse Litwack
> Chief of Staff
>
> 4SBay Partners LLC
> 1849 Green Bay Road, # 280
> Highland Park, IL 60035

Office:
Mobile:

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Elyse Litwack <​>
**Sent:** Tuesday, May 16, 2023 9:50:06 AM
**To:** Nicholas Pizzino <​>
**Cc:** Shekinah Reese <​>; Mitz Toskovic <​>; Jamey Heath <​>
**Subject:** Re: Steve visiting IEWU

Thank you,

Elyse

Elyse Litwack
Chief of Staff

4SBay Partners LLC
1849 Green Bay Road, # 280
Highland Park, IL 60035
Office:
Mobile:

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Nicholas Pizzino <​>
**Sent:** Tuesday, May 16, 2023 9:46:56 AM
**To:** Elyse Litwack <​>
**Cc:** Shekinah Reese <​>; Mitz Toskovic <​>; Jamey Heath <​>
**Subject:** Re: Steve visiting IEWU

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for the update, Elyse! I will let our Locations team know to expect Steve on those dates.

Nick

On Mon, May 15, 2023 at 1:20 PM Elyse Litwack <​> wrote:

> Hi Team,
>
> Steve would like to visit both May 22nd and June 13th. Confirming that this is ok!
>
> Elyse

**From:** Shekinah Reese <​>
**Sent:** Thursday, May 11, 2023 10:03 AM
**To:** Elyse Litwack <​>
**Cc:** Mitz Toskovic <​>; Jamey Heath <​>; Nicholas Pizzino <​>
**Subject:** Re: Steve visiting IEWU

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Great, thank you Elyse!

Looping in Nick, our Production Coordinator, to advise if there is any more information we need for his visit.

Thank you!

--

**Shekinah Reese (she/her)**
Office of Jamey Heath
M:
O:

On Thu, May 11, 2023 at 10:24 AM Elyse Litwack < > wrote:

Thank you! Can we please put a hold on June 13th?

Please let me know if there is anything Steve needs to do/have before this day!

Thank you,

Elyse

Get Outlook for iOS

**From:** Shekinah Reese < >
**Sent:** Thursday, May 4, 2023 2:46:00 AM
**To:** Elyse Litwack < >
**Cc:** Mitz Toskovic < >; Jamey Heath < >
**Subject:** Re: Steve visiting IEWU

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Elyse,

Jamey and Steve spoke and he is welcome to come to set both dates. Just let us know in advance when he plans to.

Thank you!

--

**Shekinah Reese (she/her)**
Office of Jamey Heath
M:
O:

On Tue, May 2, 2023 at 2:06 PM Elyse Litwack <​> wrote:

Thanks!

Elyse Litwack

Chief of Staff

4SBay Partners LLC

1849 Green Bay Road, # 280

Highland Park, IL 60035

Office:

Mobile:

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Mitz Toskovic <​>
**Sent:** Tuesday, May 2, 2023 12:43:44 PM
**To:** Elyse Litwack <​>; Shekinah Reese <​>
**Cc:** Jamey Heath <​>
**Subject:** Re: Steve visiting IEWU

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

+Shekinah Reese (Jamey's EA)"

CONFIDENTIAL                                                                                                              HEATH_000046130

Reese, please connect with Jamey on this and let us know!

Thank you :)

Mitz Tošković

On Tue, May 2, 2023 at 9:33 AM Elyse Litwack <​> wrote:

Hi,

Just following back up on this to see if Steve can come on set on either May 22 or June 13th?

Thank you both in advance,

Elyse

Elyse Litwack

Chief of Staff

4SBay Partners LLC

1849 Green Bay Road, # 280

Highland Park, IL 60035

Office:

Mobile:

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Elyse Litwack <​>
**Sent:** Friday, March 31, 2023 7:18 AM
**To:** Jamey Heath <​>
**Cc:** Mitz Toskovic <​>
**Subject:** Re: Steve visiting IEWU

Thanks :)

Elyse

Elyse Litwack

Executive Manager

4SBay Partners LLC

1849 Green Bay Road, # 280

Highland Park, IL 60035

Office:

Mobile:

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Jamey Heath <
**Sent:** Friday, March 31, 2023 12:13:12 AM
**To:** Elyse Litwack <
**Cc:** Mitz Toskovic <
**Subject:** Re: Steve visiting IEWU

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

He's gonna want to be on set so many times. Can't wait for him to be with us. As mitz mentioned, we are still building the schedule but once locked we will give you the best days to come.

Thanks Elyse,

**Jamey Heath**

President

Wayfarer Studios

One planet, One people, Please…

> On Mar 30, 2023, at 7:17 PM, Elyse Litwack <​> wrote:
>
> Thank you both! I will use your guidance as far as best days for Steve to join.
>
> Thanks,
>
> Elyse
>
> Elyse Litwack
>
> Executive Manager
>
> 4SBay Partners LLC
>
> 1849 Green Bay Road, # 280
>
> Highland Park, IL 60035
>
> Office:
>
> Mobile
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this email. Please notify the sender immediately. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
>
> ---
>
> **From:** Mitz Toskovic <​>
> **Sent:** Thursday, March 30, 2023 6:40:01 PM
> **To:** Elyse Litwack <​>
> **Cc:** Jamey Heath <​>
> **Subject:** Re: Steve visiting IEWU

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Exciting!

Tentatively filming will start May 15 and wrap june 30th or there about.

Production is still working out locations and figuring out schedules so there are still some unknown variables here.

If we wait a couple more weeks we will be better informed of which days will be most exciting to be on set.

Adding Jamey here for viz so he can think about when would be the best time for SS to visit.

Thanks E!

Mitz Tošković

On Thu, Mar 30, 2023 at 8:19 AM Elyse Litwack <█> wrote:
> Hi Mitz,
>
> I hope you are doing well. Can we look into some dates for Steve to visit the set of It Ends With Us on a filming day? Can you please point me in the right direction for this?
>
> Thank you in advance,
>
> Elyse

--
**NICK PIZZINO**
**Production Coordinator**
*It Ends With Us*
c█

--
**NICK PIZZINO**

Production Coordinator
*It Ends With Us*
c: █████

--

NICK PIZZINO
Production Coordinator
*It Ends With Us*
c: █████

CONFIDENTIAL

HEATH_000046135

# IT ENDS WITH US

| | | |
|---|---|---|
| **CREW CALL** | **8:00A** | **PRINCIPAL PHOTOGRAPHY** |
| | | Monday May 22, 2023 |
| | | SHOOT DAY 6 of 35 |

| Director: | Justin Baldoni |
|---|---|
| Producers: | Alex Saks, Jamey Heath, Christy Hall |
| Exec Producers: | A. Calof, A. Ajemian, S. Sarowitz |
| Assoc. Producer: | Mariela Villa |
| Production Supervisor: | Jill Sacco |

| | |
|---|---|
| REHEARSAL | 8:00A |
| SHOOT CALL | 10:00A |

| WEATHER | |
|---|---|
| Like our honeywagon driver: Sunshine | SUNRISE: 5:34A |
| HIGH: 76 | SUNSET: 8:14P |
| LOW: 46 | SCHEDULE: PINK / SCRIPT: PINK |

| PRODUCTION OFFICE: | 15 Exchange Pl, 2nd Floor, Jersey City, NJ  (856) 759-6210 |
|---|---|
| NJ COURTESY TRAVEL TIME | 42 minutes |
| SAFETY HOTLINE | Vigilant EHS Anonymous (424) 234-9921 |

** CLOSED SET: NO VISITORS ON SET WITHOUT PRIOR APPROVAL. NO PERSONAL CAMERAS ON SET. NO FORCED CALLS **
** SAFETY MEETING WILL BE HELD @ CALL ON SET **
* NO HOLIDAYS OR 6th/7th DAYS WORKED WITHOUT UPM APPROVAL * PRECALLS MUST TAKE NDBS *

| SCENE(S) | SET | D/N | PAGES | CAST | LOCATION |
|---|---|---|---|---|---|
| 107 | INT BOSTON GRACE HOSPITAL — As Lily cradles Emmy, she asks Ryle for a divorce | D38 | 2 7/8 | 1, 2 | 399 Jefferson Rd Troy Hills, NJ 07054 |
| 106 | INT BOSTON GRACE HOSPITAL — Lily is in labor | D38 | 5/8 | 1, 2, 18 | |
| 87 | INT ROXBURY GENERAL HOSPITAL - EXAM RM — Lily finds out she's pregnant | N30 | 2 1/8 | 1, 4, 22 | |

**PLEASE BE PREPARED TO WEAR A MASK WHEN WORKING AROUND THE NEWBORN BABIES**

TOTAL PGS: 5 5/8

## CAST

| # | CAST | CHARACTER | STATUS | TRAVEL | | RPT | REHEARSAL | HMU/W | READY @ | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lily Bloom | LILY BLOOM | W | PU | 7:06A | 8:00A | 8:00A | 8:18A | 10:18A | On Turn / Ready after Reh |
| 2 | Justin Baldoni | RYLE KINCAID | W | CPU | 6:30A | 7:12A | 8:00A | 7:12A | 8:00A | Ready b4 Reh |
| 3 | Jenny Slate | ALLYSA KINCAID | H | | | | | | | |
| 4 | Brandon Sklenar | ATLAS CORRIGAN | W | PU | 12:48P | 1:30P | - | 1:30P | 3:00P | |
| 7 | Hasan Minhaj | MARSHALL | H | | | | | | | |
| 18 | Adam Mondschein | DOCTOR | SWF | CPU | 11:18A | 12:00P | - | 12:00P | 1:00P | |
| 22 | Robin S. Walker | DOCTOR JOHNSON | SWF | | RPT | 1:00P | - | 1:00P | 3:00P | |
| x100 | Roy Farfel | STUNT COORD. | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |
| x1 | Melody Garcia | STUNT LILY | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |
| x2 | Derek Johnson | STUNT RYLE | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |
| x | Jason Ng | STUNT UTILITY | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |

## ATMOSPHERE & STAND-INS / ELEMENTS

| STAND INS | | LV | RPT | READY |
|---|---|---|---|---|
| 2 | 1, 2/4 | 6:54A | 7:42A | 8:00A |
| | Pull #18/#22 | | | |

**BACKGROUND:**

Sc 107:
| 3 | Nurses | 6:54A | 7:42A | 8:42A |
| 1 | Physician Assistant | 6:54A | 7:42A | 8:42A |
| 2 | Residents | 6:54A | 7:42A | 8:42A |
| 2 | Doctors | 6:54A | 7:42A | 8:42A |
| 2 | Visitors | 6:54A | 7:42A | 8:42A |
| 1 | Newborn Emmy (Reese) | - | 10:12A | 10:30A |
| 1 | Newborn Emmy (Everleigh) | - | 11:42A | 12:00P |
| 1 | Newborn Emmy (Violet) | - | 1:12P | 1:30P |

Sc 98:
BG from above
| 1 | Newborn Emmy (Sawyer) | - | 2:42P | 3:00P |

Sc 87:
BG from above
| 1 | Nurse *NEW | 1:42P | 2:30P | 4:00P |

2 SI/PD   15 SAG   0 NON   15 TOTAL

**PROPS/SET DRESSING:**
- Sc 107 - baby swaddle, health monitors, baby doll, Ryle's hospital ID flower arrangements, baby doll
- Sc 106 - Medical instruments, surgical scissors, baby doll
- Sc 87 - Exam table, medical chart, medical cleaning supplies, pen light

**HMU/COSTUMES:**
ESTABLISH ALL LOOKS
- Sc 107 - Lily post birth, Ryle in work clothes
- Sc 106 - Lily in labor, prosthetic belly, Ryle in scrubs, umbilical multi. Jelly/Cream cheese for babies
- Sc 87 - Lily immediately after final abuse, Lily damp from rain, Atlas in work clothes, Lily hospital gown, bite mark, blood, Atlas scars/tattoos

**SPECIAL EQUIP:**
ALL DAY - 60' Condor

**STUNT PRE-VIZ AT THE PROD. OFFICE TODAY**

| BASECAMP / B'FAST | WORKING TRUCKS | HOLDING | CATERING |
|---|---|---|---|
| On Site | On Site | On Site | On Site |

| SAFETY BULLETINS | CAST GREEN ROOM | CREW PARKING | |
|---|---|---|---|
| 33 - Infant Actors | On Site | On Site | |

## ADVANCE SCHEDULE

Tuesday, May 23, 2023

| 49 | INT BOSTON BAR (SUMMER) — Revelations about a baby and Ryle having an older brother | D19 | 2 | 1, 2, 3, 7 | New Park Tavern 575 Westside Ave (btwn 6th/7th Sts) Jersey City, NJ 07304 |
| 27 | INT BOSTON DIVE KARAOKE BAR (SPRING) — Karaoke sing along. Lily and Ryle smitten with each other | N9 | 2 3/8 | 1, 2, 3, 7 | |
| 40 | INT SPORTS BAR (SUMMER) — MONTAGE: Lily and Ryle slow dance | N13 | 1/8 | 1, 2 | |

TOTAL PGS: 4 5/8

UPM: Andrea Ajemian     1st AD: Julie A. Bloom 917.579.1790     Key 2nd AD: Findlay Zotter 412.952.9932

CONFIDENTIAL     HEATH_000046136

| IT ENDS WITH US | | | | Monday, May 22, 2023 | | | | Crew Call: | 8:00A | |
|---|---|---|---|---|---|---|---|---|---|---|
| **PRODUCTION** | **(CHANNEL 1)** | **LV** | **RPT** | **COSTUMES** | **(CHANNEL 1)** | **LV** | **RPT** | **PRODUCTION OFFICE** | | |
| 1 Director | Justin Baldoni | - | 8:00A | 1 Costume Designer | Eric Daman | - | O/C | | | |
| 1 EP/UPM | Andrea Ajemian | - | O/C | 1 Asst Costume Designer | Jenn O'Brien | - | O/C | 1 Prod. Coordinator | Nick Pizzino | O/C |
| 1 Prod. Supervisor | Jill Sacco | - | O/C | 1 Wardrobe Supervisor | Lauren Pivirotto | - | 7:12A | 1 Asst Prod. Coord. | Heather Taylor | O/C |
| 1 1st Asst. Director | Julie A. Bloom | - | 8:00A | 1 Set Costumer | Zinnia Kim (V2) | - | 7:48A | 1 Production Secretary | Liannys Del Orbe | O/C |
| 1 2nd Asst. Director | Findlay Ward Zotter | - | 6:54A | 1 Set Costumer | Denny Mura | - | 7:30A | 1 Office Assistant | Chris Biery | O/C |
| 1 2nd 2nd Asst. Director | Laura Rizer | - | 7:00A | 1 Truck Costumer | Shama Brzycki | - | 8:00A | 1 Office Assistant | Kirsten Keadding | O/C |
| | | | | 1 Add'l Costumer | Jeffery Bemick (V1) | - | 7:12A | | | |
| 1 DGA Trainee (PPW) | Mirna Obo | - | 7:30A | | | | | 1 Asst. to J. Baldoni | AJ Marbory | O/C |
| 1 Set PA (Key) | Emily Mulholland | - | 7:00A | | | | | 1 Asst. to A. Saks | Cary Swift | O/C |
| 1 Set PA (1T) | Eli Bernstein (GAFF VI) | - | 6:00A | 1 Costume Coordinator | Laura Grasso | - | O/C | 1 Asst. to A. Ajemian | Dion Sulenian | O/C |
| 1 Set PA (1T) | Shirley Amela | - | 7:30A | 1 Costume Shopper | Alison Cirbus | - | O/C | 1 Asst. to J. Heath | S. Reese | O/C |
| 1 Set PA (BG) | Iliana E. Martinez | - | 7:12A | 1 Tailor | Anastasiya Juta | - | O/C | **CLEARANCES** | | |
| 1 Set PA (Walkies) | Celine Bills | - | 7:00A | 1 Costume PA | Mari Lamar | - | O/C | 1 Clearance Coordinator | Wendy Cohen | O/C |
| 1 Set PA (BG) | Sarah Thornton | - | 7:12A | 1 Costume PA | John Polles | - | O/C | 1 Clearance Coordinator | McKenzie Murphy | O/C |
| 1 Add'l PA | Amy Muniz | - | 7:00A | **HAIR & MAKEUP** | | | | **PUBLICITY** | | |
| 1 Add'l PA | J. Elias (GAFF V2/BG) | - | 6:24A | 1 Hair Dept Head | Robert Lugo (V1) | - | 6:54A | 1 Unit Publicist | Evelyn Santana | O/C |
| | | | | 1 Key Hair Stylist | Vita Viscuso | - | 8:00A | **ACCOUNTING** | | |
| | | | | 1 BL Hair Stylist | Anne Carroll (V) | 7:00A | 7:42A | 1 Prod. Accountant | Mary Fox | O/C |
| | | | | | | | | 1 1st Asst Accountant | Victoria Rickham | O/C |
| | | | | | | | | 1 Payroll Accountant | Gary Sims | O/C |
| **LOCATIONS** | **(CHANNEL 1)** | | | 1 Make Up Dept Head | Sarah Gilaalman | - | 6:54A | 1 Key 2nd Asst - AP | Alexander Villegas | O/C |
| 1 Loc. Manager/2nd AD | Michele Baker | - | O/C | 1 Key Makeup Artist | Mel Licata | - | 8:00A | 1 Asst Payroll Accountant | Andy Benavides | O/C |
| 1 Asst. Location Mgr. | Matthew Fleischman | - | O/C | 1 BL Makeup Artist | Vivian Baker (V) | 7:00A | 7:42A | 1 2nd Asst. AP | Katie Cavanagh | O/C |
| 1 Asst. Location Mgr. | Jordan Hoffman | - | O/C | 1 SPFX MU Artist | Adam Bailey (V) | - | 11:00A | 1 2nd Asst. AP | Evan Reed | O/C |
| 1 Location Coordinator | Michael Matiak | - | O/C | | | | | 1 AP Clerk | Danielle Martinez | O/C |
| 1 Key Location Asst. | Nick Noyes | - | O/C | **ART** | | | | **CASTING** | | |
| 1 Location Asst. | Weston Wilson | - | O/C | 1 Production Designer | Russell Barnes | - | O/C | 1 Casting Director | Kristy Carlson | O/C |
| 1 Location Asst. | Nick Ambro | - | O/C | 1 Art Director | Anie Simone Morales | - | O/C | 1 Casting Director | Jeanette Benzie | O/C |
| 1 Location Asst. | Kay Carambia | - | O/C | 1 Asst. Art Director | Cristine Lois | - | O/C | 1 Casting Assistant | Cassidy Thornton | O/C |
| 1 Location Asst. | Cenia Hampton | - | O/C | 1 Graphic Designer | Carlos Moncayo | - | O/C | | | |
| 1 Unit PA | Joshua Coleman | - | O/C | 1 Art Dept. Coordinator | Clark McCasland | - | O/C | 1 BG Casting Dir. | Belle Jieo | O/C |
| 1 Unit PA | Brandon Bang | - | O/C | 1 Art Dept. P.A. | Brielle Carroll | - | O/C | | | |
| 1 Parking Coordinator | Leighton Philips | - | O/C | **CONSTRUCTION** | | | | **POST PRODUCTION** | | |
| **SCRIPT** | | | | 1 Construction Coord. | Paul Rovira | - | O/C | 1 Post Prod. Supervisor | Lisa Rodgers | O/C |
| 1 Script Supervisor | Holly Unterberger | 6:42A | 8:00A | 1 Key Carpenter | John Magliula | - | O/C | 1 Editor | Steven Rosenblum | O/C |
| | | | | 1 Foreperson Carpenter | Anthony Villamena | - | O/C | 1 1st Asst. Editor | Cinthia Thornton | O/C |
| **CAMERA** | **(CHANNEL 10)** | | | 1 Key Construction Grip | Raph Dominguez | - | O/C | 1 Asst. Editor | Mark Perzely | O/C |
| 1 Director of Photography | Barry Peterson | 7:18A | 8:00A | 1 BB Construction Grp | Alvin Tavarez | - | O/C | | | |
| 1 A Camera Operator | Ari Robbins | 7:18A | 8:00A | 1 Shop Electric | Chris Lombardozzi | - | O/C | **VFX** | | |
| 1 A Camera 1st AC | Evan Walsh | - | 8:00A | 1 Construction PA | Francisco Pouterrero | - | O/C | 1 VFX Executive | Matt Akey | O/C |
| 1 A Camera 2nd AC | Amanda Uribe | - | 8:00A | 1 Standby Carpenter | Aidan Yurich | - | O/C | 1 VFX Supervisor | Leslie Chung | O/C |
| 1 B Camera Operator | Sebaslian Slayter | - | 8:00A | 1 Standby Grip | Edwin Domiguez | - | O/C | 1 VFX Producer | Aaron Gordon | O/C |
| 1 B Camera 1st AC | Shaun Malkovich | - | 8:00A | **SCENIC** | **(CHANNEL 1)** | | | | | |
| 1 B Camera 2nd AC | Greg Pace | - | 8:00A | 1 Charge Scenic | Duine Arciazola | - | O/C | **TRANSPORTATION** | **(CHANNEL 16)** | |
| | | | | 1 Scenic Foreperson | Teddy Janicki | - | O/C | 1 Transportation Captain | Carlos Covian | O/C |
| | | | | 1 Scenic Industrial | Matt Janicki | - | O/C | 1 Co-Captain | Steve Reeves | O/C |
| 1 DIT | Zach Sainz | - | 8:00A | 1 On Set Scenic | Vladimir Teniaev | - | 8:00A | 1 DOT | Ashely Labutte | O/C |
| 1 Digital Loader | Emily O'Leary | - | 8:00A | **SET DECORATION** | | | | 1 Van 1 | Alex Masson | |
| 1 Digital Loader | Oliver Richards | - | 8:00A | 1 Set Decorator | Came Stewart | - | O/C | 1 Van 2 | Alex Gomez | |
| 1 Still Photographer | JoJo Whilden | - | 10:00A | 1 Asst Set Decorator | Sarah Fredericks | - | O/C | 1 Van 3 | Jack Buckman | P |
| **VIDEO** | **(CHANNEL 10)** | | | 1 Set Dec Shopper | Walter Pluff | - | O/C | 1 Van 4 | Christopher Cilerto | E |
| 1 Video Assist | Stephen Fitzgerald | - | 8:00A | 1 Set Dec Coordinator | Ashley Quitoni | - | O/C | 1 Van 5 | Robert Prysmont | R |
| 1 Video Assist Utility | Scott Fitzgerald | - | 8:00A | 1 Leadperson | Scott Gagnon | - | O/C | 1 Van 6 | Matt Sabena | |
| **GRIP** | **(CHANNEL 5)** | | | 1 Foreman | Brian Buteau | - | O/C | 1 #1 Star SUV | Brian Porette | |
| 1 Key Grip | Mike Yurich | - | 8:00A | 1 Trucking Coordinator | Matt MacDonald | - | O/C | 1 #2 Star SUV | Steve Taranto | |
| 1 Best Boy Grip | John Oates | - | 8:00A | 1 Set Dresser | Arne Wenneger | - | O/C | 1 Wardrobe Truck | Jerry Hemaj | T |
| 1 A Dolly Grip | Casey Jirpal | - | 8:00A | 1 Set Dresser | Carlton McClarence | - | O/C | 1 HMU Truck | Richard Banyai | R |
| 1 B Dolly Grip | Nick Moers (V2) | - | 8:00A | 1 Set Dec PA | Manali Gavankar | - | O/C | 1 2 Room #1/Fueler | Edward J. Kochakian | A |
| 1 Company Grip | Julian Anglero | - | 8:00A | | | | | 1 2 Room #2 | Eric Berkins | N |
| 1 Company Grip | Daniel Logatto | - | 8:00A | 1 Key On Set Dresser | Jamie Arbuckle (V2) | - | 8:00A | 1 3 Room Trailer | Eric Rodriguez | S |
| 1 Company Grip | James Dooley | - | 8:00A | 1 On Set Dresser | James Leather (V2) | - | 8:00A | 1 Star Camper | Christopher Reith | P |
| 1 Company Grip | Gerald Gloster | - | 8:00A | | | | | 1 Honeywagon | Joseph Sunshine | O |
| 1 Add'l Grip | Shaka Brooks | - | 8:00A | **SOUND** | | | | 1 Camera Truck | Afrain Cynije | |
| 1 Add'l Grip | Cliff Alphonse | - | 8:00A | 1 Sound Mixer | Mike Infante | - | 8:00A | 1 Grip Truck | Jonathan Isom | |
| | | | | 1 Boom Operator | James Baker | - | 8:00A | 2 Electric Truck | J. Brucato, A. Orefice | |
| | | | | 1 Sound Utility | Jose Ramirez (V2) | - | 8:00A | 1 Rigging Grip Box Truck | Leonard Luzzi | |
| | | | | | | | | 1 Rigging Electric Box Truck | Quintin Thompson | |
| | | | | **PROPERTY** | **(CHANNEL 4)** | | | 1 Prop Truck | Edward Cherkes | |
| 1 Key Rigging Grip | Dylan E. Griffin | - | O/C | 1 Prop Master | Morgan Pitts | - | O/C | 2 Construction Truck | V. DeLellis Jr, K. Hartgan | |
| 1 BB Rigging Grip | Daniel Woods | - | O/C | 1 Add'l Prop Assistant | Andy Heikela | - | 8:00A | 2 Set Dec Truck #1 | M. McDermott, N. Henry | |
| | | | | 1 Asst. Prop Master | Michelle Binienda | - | O/C | 2 Set Dec Truck #2 | A. Marino, T. Aquino | |
| **ELECTRIC** | **(CHANNEL 6)** | | | 1 Asst. Prop Master | Frances Smith | - | 8:00A | **CRAFT SERVICE** | | |
| 1 Chief Lighting Tech | John Alcantara | - | 8:00A | 1 Prop Assistant | Eddie Drohan | - | 8:00A | READY 1 HOUR AFTER CREW CALL | | |
| 1 Asst Chief Lighting Tech | Julian Wellbery | - | 7:30A | | | | | 1 Manager | Jonatan Palacios | N/C |
| 1 Lighting Console Tech | Michael Hill | - | 7:30A | **GREENS** | **(CHANNEL 4)** | | | 1 Chef | Antonio Cortes | O/C |
| 1 Genny Op | Mike Mauer | - | 7:30A | 1 Key Greens | Billy Pavone | - | O/C | 1 Key | Israel Villagran | O/C |
| 1 Genny Op | Andrew Naugle | - | 8:00A | | | | | 1 Helper | Jessica Moreira | O/C |
| 1 Lamp Op | Noah Chamis | - | 8:00A | **SPFX** | | | | 1 Helper | Juan Rodriguez | O/C |
| 1 Lamp Op | Gennaro Morrone | - | 8:00A | 1 SPFX Coordinator | Drew Jiritano | - | O/C | **CATERING** | **RDY** | **RDY** |
| 1 Lamp Op | Ty Chennault (V2) | - | 8:00A | | | | | Early Crew B'fast | 20 | 6:54A |
| 1 Lamp Op | Mike Mastroserio | - | 8:00A | | | | | Crew B'fast | 100 | 7:00A |
| 1 Add'l Lamp Op | Delany McFate | - | 8:00A | **SECURITY** | | | | BG B'fast for | 10 | 7:42A |
| | | | | 1 Security Sched. Contract | Pat Sweeney | - | O/C | | | |
| | | | | 1 Talent Security | Kevin Moran | - | O/C | Early Crew Lunch for | 15 | 1:00P |
| | | | | 1 Security On Set Sup. | David Vandernoff | - | O/C | Crew Lunch for | 110 | 1:30P |
| | | | | **ADDITIONAL CREW** | | | | BG Lunch for | 15 | 1:30P |
| 1 Basecamp Ganny OP | Keith Berg | - | Per JA | 1 Medic | John Manning | - | 8:00A | | | |
| 1 Rigging Gaffer | Ryan Rodriguez | - | O/C | 1 Video Playback Op | Jared Grove | - | 8:00A | 1 Chef | Sergio Hernandez | O/C |
| 1 BB Rigging Electric | Peter Russell | - | O/C | 1 Baby Nurse | Alice Niedemeier | - | 10:12A | 1 Chef Assistant | Wendy Mena | O/C |
| **Health & Safety** | | | | | | | | 1 Helper | Manuel Carchi | O/C |
| 1 Production Safety Rep. | Zane Weston | - | O/C | 1 BTS Producer | Ahmed Musiol | - | 8:00A | 1 Helper | Sebastian Morales | O/C |
| | | | | | | | | 1 Helper | Jose L. Merlos | O/C |
| | | | | **TRANSPORATION** | | | | **HOSPITAL** | | |

**CAST PICK UPS:**

DIRECTOR CAR: PU DIRECTOR/DP @ 6:30A from Hotel to Set then Base
LILY CAR: PU LILY @ 7:06A from Home to Set then Base
CAST VAN: PU DOCTOR @ 11:18A from Canopy Hilton Jersey City (159 Morgan St) to Base

St. Claire's Denville Hospital
25 Pocono Rd, Denville, NJ 07834
(973) 625-6000
Open 24/7

**CREW PICK UPS:**

EARLY CREW VAN: PU E. Bernstein, R. Lugo, J. Bernick @ 6:12A from Varick/Grand to Basecamp
CREW VAN: PU All Crew Below @ 6:54A from Varick/Grand to Basecamp then Trucks
J. Elias, J. Arbuckle, J. Leather, J. Ramirez, E. Sinner, T. Chennault, Z. Kim, N. Moers, E. Santana
HMU VAN: PU V. Baker & A. Carroll @ 7:00A from Hotel to Basecamp
A OP VAN: PU A Robbins @ 7:18A from Hyatt Regency Jersey City (2 Exchange Pl) to Camera Truck
SFX MU: PU A. Bailey @ 10:00A from Varick/Grand to Basecamp

**THIS DAY IN HISTORY**

May 22, 1992

American Comedian Johnny Carson, considered by many to be the king of late-night television, made his final appearance as host of The Tonight Show

**BG PICK UPS:**

BG VAN: PU 9 BG @ 6:54A from Varick/Grand to Holding

PLEASE NOTE PICK UP LOCATION IS VARICK / GRAND