# Exhibit 26

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 5/28/2023 |

### Outline of Conversations

💬 **BL-FullMessages-0796790** · 2 messages on 5/28/2023 · Louis <█████████> · ?B? <█████████>



CONFIDENTIAL

BL-00002̇

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **BL-FullMessages-0796790**

?B? <▮▮▮▮▮▮▮> ◀ 5/28/2023, 11:34 PM

[Redacted - Non-Responsive] They gave me and the baby covid bc they didn't tell me I'd been exposed by multiple ppl bc they were hoping I wouldn't test. And this is after the lead producer showed me nude videos of his wife giving birth in a tub without any warning of what he wanted to show me. All I saw was boobs and vagina spread while eating my steak. It was. Alarming.

**Redacted - Non-Responsive**

CONFIDENTIAL

BL-000021685