# Exhibit 27

**Exhibit: 12**
**Witness: GIANETTI**
**Date: 9/23/25**
**CSR#12019: Ashley Soevyn**

## Short Message Report

| Conversations: 1 | Participants: 2 |
| Total Messages: 8 | Date Range: 5/25/2023 - 5/26/2023 |

## Outline of Conversations

**BL-FullMessages-0877983** · 8 messages between 5/25/2023 - 5/26/2023 · Ange Gianetti
<███████> · ?B? <███████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0877983**

**?B?** <▓▓▓▓▓▓▓▓> ◀ 5/25/2023, 10:58 PM
Yes. A lot to catch up on. Ill try you tomorrow X

**?B?** <▓▓▓▓▓▓▓▓> ◀ 5/25/2023, 10:59 PM
Feel free to text the wardrobe or script stuff. Or we can cover when we speak. But let's catch up in general.

**AG** — Ange Gianetti <▓▓▓▓▓▓▓▓> ▶ 5/26/2023, 12:08 AM
Will do.
I can make any time work tomorrow ...

**?B?** <▓▓▓▓▓▓▓▓> ◀ 5/26/2023, 4:31 PM
Just tried you. Xx

**?B?** <▓▓▓▓▓▓▓▓> ◀ 5/26/2023, 5:12 PM
Please let me know when you can speak. Winding down for the night soon X

**AG** — Ange Gianetti <▓▓▓▓▓▓▓▓> ▶ 5/26/2023, 5:12 PM
So sorry missed you! Can be free in 10?

**?B?** <▓▓▓▓▓▓▓▓> ◀ 5/26/2023, 5:12 PM
Liked "So sorry missed you! Can be free in 10?"

**AG** — Ange Gianetti <▓▓▓▓▓▓▓▓> ▶ 5/26/2023, 5:15 PM
I will say what i did want to review/discuss feels very very small in light of today's news. Im so sorry ... calling you in moments.

CONFIDENTIAL

BL-000007954