# Exhibit 28

CONFIDENTIAL

```
 1
 2    ** C O N F I D E N T I A L **
 3    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 4    Case No. 1:24-CV-10049-LJL
      (Consolidated with 1:25-cv-00449-LJL)
 5    ------------------------------------x
      BLAKE LIVELY,
 6              Plaintiff,
 7         - against -
 8    WAYFARER STUDIOS LLC, a Delaware
      Limited Liability Company, JUSTIN
 9    BALDONI, an individual, JAMEY HEATH, an
      individual, STEVE SAROWITZ, an individual,
10    IT ENDS WITH US MOVIE LLC, a California
      Limited Liability Company, MELISSA
11    NATHAN, an individual, THE AGENCY
      GROUP PR LLC, a Delaware Limited Liability
12    Company, JENNIFER ABEL, an individual,
      JED WALLACE, an individual, and STREET
13    RELATIONS INC., a California Corporation,
                Defendants.
14    ------------------------------------x
                    (Caption continued)
15                  September 29, 2025
                    10:06 a.m.
16
17         Videotaped Deposition of KEVIN
18    ALEXANDER, taken by Defendants, pursuant to
19    Subpoena, held at the offices of Meister
20    Seelig & Fein PLLC, 125 Park Avenue, New
21    York, New York, before Todd DeSimone, a
22    Registered Professional Reporter and Notary
23    Public of the State of New York.
24
25


                                              Page 1
```

```
 1            ALEXANDER - CONFIDENTIAL
 2   conversation that happened in the car ride,
 3   but right now my questions are just about
 4   this paragraph that I read.
 5            Did you ever hear Mr. Baldoni
 6   discuss his personal sexual experience?
 7            MS. ROESER:  Objection.
 8       A.   Yes.
 9       Q.   Did that occur during that car
10   ride?
11       A.   Yes.
12       Q.   Did you ever hear Mr. Baldoni
13   discuss a porn addiction?
14       A.   No.
15       Q.   Did you ever hear Mr. Baldoni
16   try to pressure Ms. Lively to reveal
17   details about her intimate life?
18       A.   No.
19       Q.   Now I'm going to read from
20   paragraph 92 of the complaint, and, again,
21   if you want me to hand it to you so you can
22   read it, you just let me know.
23            "During a car ride with
24   Ms. Lively, her assistant, and driver,
25   Mr. Baldoni claimed to Ms. Lively that he
```

Page 37

```
 1            ALEXANDER - CONFIDENTIAL
 2    had been sexually abused by a former
 3    girlfriend which he has since shared
 4    publicly."  I'm going to stop there.
 5               Where did the car ride start,
 6    like what destination did everyone get into
 7    the car?
 8         A.    The apartment.
 9         Q.    And without giving me the
10    address, what apartment are you referring
11    to?  By that, can you give me a borough,
12    uptown, downtown?
13         A.    Tribeca.
14         Q.    And is that your employer's
15    apartment?
16         A.    Yes.
17         Q.    What time did that car ride
18    start?
19         A.    I would say midday.
20         Q.    Is that before noon or after
21    noon?
22         A.    Roughly right before noon.
23         Q.    And were you already present at
24    the Tribeca apartment when everyone got
25    into the car?  I mean, had you been waiting
```

Page 38

```
 1            ALEXANDER - CONFIDENTIAL
 2       Q.      Who told you that?
 3       A.      Blake.
 4       Q.      Did Blake say anything else to
 5   you other than "This is Justin"?
 6       A.      No.
 7       Q.      Did anyone else get into the
 8   car other than Sophia, Blake Lively, and
 9   Justin Baldoni?
10       A.      No.
11       Q.      Where was Sophia sitting in the
12   car?
13       A.      Front passenger.
14       Q.      And where was Ms. Lively
15   sitting?
16       A.      Strong side, behind me, behind
17   the driver's seat.
18       Q.      And that would leave
19   Mr. Baldoni in the rear passenger?
20       A.      Rear passenger, behind Sophia.
21       Q.      What type of car was it?
22       A.      Escalade.
23       Q.      And do you know who owned that
24   vehicle?
25       A.      Walkers Holding.
```

Page 42

```
 1         ALEXANDER - CONFIDENTIAL
 2      Q.    And what is Walkers Holding?
 3      A.    That's what I know.  It is on
 4   the insurance card.
 5      Q.    It wasn't your personal
 6   vehicle?
 7      A.    No.
 8      Q.    And where were you going?  I
 9   know you picked them up outside the
10   apartment in Tribeca.  Do you know where
11   you were heading?
12      A.    To Jersey to a production
13   office.
14      Q.    When was this car ride?  Can
15   you give me the month?
16      A.    Springtime 2023 I can recall.
17      Q.    Did you make any stops along
18   the way from Tribeca to the New Jersey
19   production office other than traffic stops
20   at lights, stop signs, things like that?
21      A.    No.
22      Q.    Did you pick anyone else up
23   along the way?
24      A.    No.
25      Q.    How long was the car ride from
```

Page 43

```
 1         ALEXANDER - CONFIDENTIAL
 2    Tribeca to the New Jersey production
 3    office?
 4         A.     20 to 25 minutes.
 5         Q.     That's pretty good, no traffic
 6    that day.
 7                Was the radio on during any
 8    portion of that car ride?
 9                MS. ROESER:  Objection.
10         A.     No.
11         Q.     And it was during that period
12    of time where you heard Mr. Baldoni discuss
13    his personal sexual experience; is that
14    correct?
15         A.     Yeah.
16         Q.     Did you hear Mr. Baldoni
17    discuss anything else during that car ride?
18         A.     Yes.
19         Q.     Can you tell us what you heard
20    him discuss during the car ride?
21         A.     He was discussing his sexual
22    relations with women.  As we were driving,
23    he stated that, and it took my focus off
24    driving because I can't forget this, you
25    know, his sexual relations with women, how
```

Page 44

```
 1            ALEXANDER - CONFIDENTIAL
 2   he was forced on and he forced himself on
 3   women.  To me it was very out of the
 4   ordinary to meet somebody and talk like
 5   that in a vehicle.  That's why it caught my
 6   attention.
 7            Basically he kept talking about
 8   his sexual relations, and, again, like I'm
 9   repeating myself I believe, but, you know,
10   he would force himself on women.  If they
11   said no, this, that, he would revert back.
12   It was just disturbing.
13       Q.    Anything else that you can
14   recall?
15       A.    While we were driving, for some
16   reason he pointed out his place of living.
17       Q.    I'm sorry?
18       A.    His place of living in Jersey
19   City as we were driving.  I remember that.
20   He for some reason had us pause.  And then
21   when we got to the production office, which
22   was down the road from that area, I pulled
23   over, let everybody out, I stated to Blake
24   "I feel very uncomfortable.  Something is
25   not right here.  I would like to do a
```

Page 45

```
 1          ALEXANDER - CONFIDENTIAL
 2   background check on him or something," and
 3   later to learn that he was the producer in
 4   production of this movie.
 5        Q.    How did you learn that?
 6        A.    Basically when I brought up his
 7   name, everybody was like he is part of the
 8   movie, you know.  Well, I shouldn't say it
 9   that way.  Like Sophia and Blake said, you
10   know, that's the production guy, you know,
11   that movie.
12        Q.    Okay.  Do you recall anything
13   else discussed during that car ride other
14   than what you have already told us?
15        A.    I can go through it again.  It
16   just stuck in my head.  It is just
17   basically --
18        Q.    I'm not asking you to repeat
19   yourself, I'm asking did you leave anything
20   out?
21        A.    Him having sexual relations,
22   force himself on women, women force
23   themself on him.  It is straightforward,
24   standard, what went on in that car ride.
25              He did -- he did ramble on
```

Page 46

```
 1              ALEXANDER - CONFIDENTIAL
 2    about more stuff, but I didn't pay
 3    attention to it because I was focused on
 4    driving.  It is those key points when
 5    someone says, you know, forcing myself on
 6    women, women forced on me, I don't -- I
 7    didn't care, like, you know, it is
 8    disturbing to me.  You can't forget
 9    something like that.
10         Q.    Okay.
11         A.    So that is mainly it.
12         Q.    Okay.  Did his tone of voice or
13    volume of speaking remain the same during
14    the car ride or were there periods of time
15    where his voice was amplified or he started
16    to talk lower or something else?
17               MS. ROESER:  Objection.
18         A.    I don't recall.
19         Q.    When in relation to them
20    getting into the car did he start to
21    discuss these topics that you just raised?
22               MS. ROESER:  Objection.
23         Q.    And if it's not clear, you
24    know, was it right away, was it five
25    minutes in, was it closer to the production
```

Page 47

```
 1            ALEXANDER - CONFIDENTIAL
 2   need to be on heightened alert or do
 3   anything different?
 4              MS. ROESER:  Objection.
 5        A.    Not that I recall.
 6              MR. SCHUSTER:  I have nothing
 7        else.
 8              MS. ROESER:  I have just a
 9        couple of questions before we go off
10        record.
11   EXAMINATION BY MS. ROESER:
12        Q.    Mr. Alexander, you testified
13   earlier with respect to a conversation in a
14   car ride with Mr. Baldoni when he said
15   something to the effect of that he forced
16   himself on women.  Do you recall that
17   testimony?
18        A.    Yes.
19        Q.    Do you recall Mr. Baldoni also
20   sharing during that car ride something to
21   the effect of he would force himself on
22   women even when they said no or did not
23   consent?
24        A.    Yes.
25        Q.    Mr. Baldoni's statements during
```

Page 87

```
 1        ALEXANDER - CONFIDENTIAL
 2   that car ride, you found them disturbing,
 3   right?
 4            MR. SCHUSTER:  Objection.
 5        A.    Yes.
 6        Q.    You testified this morning that
 7   you found Mr. Baldoni's statements in the
 8   car ride disturbing?
 9        A.    Yes.
10        Q.    Why?
11        A.    Who talks like that on your
12   first car ride meeting somebody when other
13   people are present?  That's why I can't
14   forget that conversation.  Very out of the
15   ordinary.
16        Q.    You found it out of the
17   ordinary for Mr. Baldoni to discuss forcing
18   himself on women when they did not consent?
19            MR. SCHUSTER:  Objection.
20        A.    Yes, and sexual comments that
21   were passed inside a vehicle with other
22   women.
23        Q.    You testified also that you
24   expressed to Ms. Lively that you did not
25   want her to be alone with Mr. Baldoni; is
```

Page 88

```
 1         ALEXANDER - CONFIDENTIAL
 2   that right?
 3        A.     Yes.
 4        Q.     And was that true to what you
 5   were feeling at the time?
 6        A.     Yes.
 7        Q.     Why didn't you want Ms. Lively
 8   to be alone with Mr. Baldoni?
 9        A.     Due to the conversation in the
10   vehicle, the stuff he spoke about, you
11   know, sexual relations, forcing himself on
12   women, no consent, or he didn't give
13   consent for a woman to force it on him.
14   It's disturbing to me when you are first
15   meeting someone and it just stuck out and
16   that's why I stated what I stated.
17        Q.     You stated it was disturbing to
18   you when you first meet somebody.  Did you
19   also find it disturbing that Mr. Baldoni
20   would speak about forcing himself on women
21   without consent to Ms. Lively at any time
22   even if it wasn't their first meeting?
23             MR. SCHUSTER:  Objection.
24        A.     Repeat that.
25        Q.     Would you find it appropriate
```

Page 89

```
 1         ALEXANDER - CONFIDENTIAL
 2    for Mr. Baldoni to speak about forcing
 3    himself on women without consent --
 4         A.    No.
 5         Q.    -- to Ms. Lively even if it
 6    wasn't the first time they met?
 7              MR. SCHUSTER:  Objection.
 8         A.    No.
 9              MS. ROESER:  Nothing further.
10              MR. SCHUSTER:  I have a few
11      follow-ups.  I'm sorry.
12    EXAMINATION BY MR. SCHUSTER:
13         Q.    You said it was the first car
14    ride.  Do you know if this was the first
15    interaction between Blake Lively and Justin
16    Baldoni or was it your first interaction
17    with Justin Baldoni?
18         A.    It is my first, and I don't
19    recall if they were before the fact.
20         Q.    I know you didn't read the
21    book, but at that time did you have any
22    understanding of what this movie was about?
23         A.    No.
24         Q.    Did you have any understanding
25    that it was about domestic violence?
```

Page 90

```
 1           ALEXANDER - CONFIDENTIAL
 2   take following that car ride to ensure that
 3   Blake Lively would not be alone with Justin
 4   Baldoni?
 5              MS. ROESER:  Objection.
 6       A.     Repeat the question.
 7       Q.     Sure.  You said that you did
 8   not want Ms. Lively to be alone with
 9   Mr. Baldoni going forward after the car
10   ride, correct?
11       A.     Correct.
12              MS. ROESER:  Objection.
13       Q.     What, if anything, did you do
14   to ensure that Ms. Lively would not be
15   alone with Mr. Baldoni going forward?
16              MS. ROESER:  Objection.
17       A.     I don't recall.
18       Q.     Did you consider yourself a
19   driver, a driver/security, or something
20   else?
21              MS. ROESER:  Objection.
22       A.     A driver/security.
23       Q.     And as you sit here today,
24   those are the words you recall Mr. Baldoni
25   using, that he forced himself on other
```

Page 92

```
 1         ALEXANDER - CONFIDENTIAL
 2   women without consent?
 3        A.    Yes.
 4        Q.    Anything else you can recall
 5   specifically that Mr. Baldoni said in that
 6   car ride?
 7        A.    He had women force themselves
 8   on him as well without consent, that was
 9   part of the car ride, a back and forth
10   scenario.
11        Q.    And did you hear any context
12   for why he brought this up?
13             MS. ROESER:  Objection.
14        A.    Not that I know of.
15             MR. SCHUSTER:  Okay.  Thank
16      you, sir.
17             MS. ROESER:  Off the record.
18             (Continued on the next page.)
19
20
21
22
23
24
25
```

Page 93

```
 1
 2              CERTIFICATION
 3
 4     I,  TODD DeSIMONE, a Notary Public for
 5   and within the State of New York, do hereby
 6   certify:
 7     That the witness whose testimony as
 8   herein set forth, was duly sworn by me; and
 9   that the within transcript is a true record
10   of the testimony given by said witness.
11     I further certify that I am not related
12   to any of the parties to this action by
13   blood or marriage, and that I am in no way
14   interested in the outcome of this matter.
15     IN WITNESS WHEREOF, I have hereunto set
16   my hand this 30th day of September, 2025.
17
18              [signature: Todd DeSimone]
19              TODD DESIMONE
20
21              *    *    *
22
23
24
25
```

Page 96