# Exhibit 29

**Deposition of Kevin Alexander – Errata Sheet**

Date: 09/30/2025

Case: *Lively v. Wayfarer Studios, LLC, et al.*

Job No. 7624721

| <u>Page</u> | <u>Line</u> | <u>Correction/Change</u> | <u>Reason</u> |
|------|------|------------------|--------|
| 45 | 7-12 | Basically he kept talking about his sexual relations, and, again, like I'm repeating myself I believe, but, you know, he would force himself on women. If they said no, this, that, and he repeated it. It was just disturbing. | Clarification |
| 46 | 21-24 | A. Him having sexual relations, force himself on women, women force themself on him. It is not straightforward or standard, what went on in that car ride. | Clarification |
| 47 | 4-9 | It is those key points when someone says, you know, forcing myself on women, women forced on me, I don't – I didn't care to hear that, like, you know, it is disturbing to me. You can't forget something like that. | Clarification |
| 90 | 18-19 | It was my first, and I don't recall if they met before the fact. | Clarification/grammar |

_11/10/2025_

Date

Initials

CONFIDENTIAL