Exhibit 30

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 147 | Date Range: 6/1/2023 |

### Outline of Conversations

 · 147 messages on 6/1/2023 · Alex Saks ‹██████████› · Home ‹██████████›

Exhibit:  30
Witness: BALDONI
Date: 10/7/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -07:00)

| | | |
|---|---|---|
| 💬 | ▓▓▓▓▓ | |

| H | Home <▓▓▓▓▓><br>How's the morning vibe? | 6/1/2023. 9:29 AM |
| AS | Alex Saks <▓▓▓▓▓><br>Great actually | 6/1/2023. 9:34 AM |
| H | Home <▓▓▓▓▓><br>Yay. | 6/1/2023. 9:35 AM |
| AS | Alex Saks ▓▓▓▓▓<br>We had a very good (tough) chat w Blake | 6/1/2023. 9:35 AM |
| AS | Alex Saks <▓▓▓▓▓><br>She was eloquent and on point | 6/1/2023. 9:35 AM |
| AS | Alex Saks <▓▓▓▓▓><br>Called Jamey out in front of me and Justin, kindly | 6/1/2023. 9:36 AM |
| AS | Alex Saks <▓▓▓▓▓><br>But was very direct | 6/1/2023. 9:36 AM |
| AS | Alex Saks <▓▓▓▓▓><br>It was impressive to watch | 6/1/2023. 9:36 AM |
| H | Home <▓▓▓▓▓><br>Goals. | 6/1/2023. 9:36 AM |
| AS | Alex Saks <▓▓▓▓▓><br>Truly | 6/1/2023. 9:36 AM |
| AS | Alex Saks <▓▓▓▓▓><br>It was also like | 6/1/2023. 9:36 AM |
| H | Home <▓▓▓▓▓><br>How was Jamey? | 6/1/2023. 9:36 AM |
| AS | Alex Saks <▓▓▓▓▓><br>Man. People w power like her | 6/1/2023. 9:36 AM |
| AS | Alex Saks <▓▓▓▓▓><br>Are the only ones these guys won't combat | 6/1/2023. 9:37 AM |
| AS | Alex Saks <▓▓▓▓▓><br>He took it | 6/1/2023. 9:37 AM |
| H | Home <▓▓▓▓▓><br>Not alot of options there. | 6/1/2023. 9:37 AM |
| AS | Alex Saks <▓▓▓▓▓><br>He did try to clarify that he thought Justin told her about it | 6/1/2023. 9:37 AM |

SPE_BL0002027

| H | Home <█████████> | 6/1/2023, 9:37 AM |

This is the wife photo?

| AS | Alex Saks <█████████> | 6/1/2023, 9:38 AM |

Yes and there were other comments

| H | Home <█████████> | 6/1/2023, 9:38 AM |

Oh jeez.

| H | Home <█████████> | 6/1/2023, 9:38 AM |

Did it feel like a good clearing if the air and everyone truly moving on?

| AS | Alex Saks <█████████> | 6/1/2023, 9:39 AM |

Yes!

| AS | Alex Saks <█████████> | 6/1/2023, 9:39 AM |

I mean, I did

| AS | Alex Saks <█████████> | 6/1/2023, 9:39 AM |

Lol

| H | Home <█████████> | 6/1/2023, 9:41 AM |

Loved "I mean, I did"

| AS | Alex Saks <█████████> | 6/1/2023, 9:42 AM |

So basically

| AS | Alex Saks <█████████> | 6/1/2023, 9:42 AM |

The other piece was that she was like, you, jamey, make jokes about how you can't make eye contact with people any more, as if to undermine and lessen the importance of people not wanting to be comfy/cozy on set

| AS | Alex Saks <█████████> | 6/1/2023, 9:42 AM |

She was like, everything is too comfortable

| AS | Alex Saks <█████████> | 6/1/2023, 9:43 AM |

And then she also mentioned that I guess on day 2, jamey went into blakes trailer

| AS | Alex Saks <█████████> | 6/1/2023, 9:43 AM |

And she was like oh actually im getting body makeup done

| AS | Alex Saks <█████████> | 6/1/2023, 9:43 AM |

Well, you can come in if you dont look

| AS | Alex Saks <█████████> | 6/1/2023, 9:43 AM |

And apparently he was looking in her direction the entire conversation when she turned around

| H | Home <█████████> | 6/1/2023, 9:46 AM |

NOT good

| AS | Alex Saks <█████████> | 6/1/2023, 9:46 AM |

Nope

| AS | Alex Saks <█████████> | 6/1/2023, 9:47 AM |

And Justin is more concerned that they receive his note to them... than basically anythignelse

| H | Home <█████████> | 6/1/2023, 9:47 AM |

Too comfortable = not professional.

SPE_BL0002028

| AS | Alex Saks ■■■■■■■ > | 6/1/2023, 9:47 AM |

Im sure Blake had also shared that all w Jenny

| H | Home ■■■■■■ > | 6/1/2023, 9:47 AM |

God no

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:47 AM |

Which is why Jenny had such a reaction

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:47 AM |

Jenny actually was happy to receive

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:47 AM |

So thats good

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

Blake I havent asked yet

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

And likely wont

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

Not necessary

| H | Home ■■■■■■ > | 6/1/2023, 9:48 AM |

With the notes. Its not about him in this circumstance. Talk cheap. ACT.

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

Also, she doesn't respond to limits

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

does*

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

This all could have been avoided

| H | Home ■■■■■■ > | 6/1/2023, 9:48 AM |

Oh good then on Jenny. Good

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

This morning she was like can we talk before rehearsal

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

And I was like, no, but we can talk after so the crew can start working

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:48 AM |

And she was FINE!

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 9:49 AM |

So maybe not ALL avoided but some avoided for sure

| H | Home ■■■■■■ > | 6/1/2023, 9:49 AM |

Exactly.

| AS | Alex Saks ■■■■■■ > | 6/1/2023, 10:09 AM |

SPE_BL0002029

I ready to bring a new AD team in

| AS | Alex Saks < > | 6/1/2023, 10:09 AM |

I'm*

| AS | Alex Saks < > | 6/1/2023, 10:09 AM |

Its two hours into the day and I still dont have a shot list

| AS | Alex Saks < > | 6/1/2023, 10:10 AM |

And when asked, our AD, JUSTIN, ETC, seems confused

| AS | Alex Saks < > | 6/1/2023, 10:10 AM |

Well, this person has it, this person has it

| AS | Alex Saks < > | 6/1/2023, 10:10 AM |

I need it WRITTEN DOWN, every morning, what was the point of our last two days of mtgs

| H | Home < > | 6/1/2023, 10:10 AM |

How is that possible? 2 people in scene.

| H | Home < > | 6/1/2023, 10:10 AM |

Exactly

| AS | Alex Saks < > | 6/1/2023, 10:10 AM |

If I punch the wall

| H | Home < > | 6/1/2023, 10:10 AM |

Putting you on a text with lieberman now.

| AS | Alex Saks < > | 6/1/2023, 10:11 AM |

Will my hand surgery be covered by workers comp?"

| H | Home < > | 6/1/2023, 10:13 AM |

I will personally cover if they dont.

| AS | Alex Saks < > | 6/1/2023, 10:13 AM |

Okay greaaaaat

| H | Home < > | 6/1/2023, 10:13 AM |

I mean how is that even possible on day 1 after all this.

| H | Home < > | 6/1/2023, 10:14 AM |

When was shooting supposed to start?

| AS | Alex Saks < > | 6/1/2023, 10:14 AM |

Exactly

| AS | Alex Saks < > | 6/1/2023, 10:14 AM |

That's what's disturbing

| H | Home < > | 6/1/2023, 10:14 AM |

What does justin say?

| AS | Alex Saks < > | 6/1/2023, 10:14 AM |

Nothing

Confidential

| AS | Alex Saks < > | 6/1/2023, 10:14 AM |
| Just looks blankly |

| H | Home < > | 6/1/2023, 10:15 AM |
| No words (fit to print.) |

| AS | Alex Saks < > | 6/1/2023, 10:15 AM |
| Precisely |

| H | Home < > | 6/1/2023, 11:00 AM |
| You shooting yet? |

| AS | Alex Saks < > | 6/1/2023, 11:00 AM |
| No |

| AS | Alex Saks < > | 6/1/2023, 11:01 AM |
| This is a joke. |

| AS | Alex Saks < > | 6/1/2023, 11:03 AM |
| We need new ADs immediately |

| AS | Alex Saks < > | 6/1/2023, 11:03 AM |
| First shot four hours after Blake landed |

| H | Home < > | 6/1/2023, 11:03 AM |
| Does Jamey get it? |

| AS | Alex Saks < > | 6/1/2023, 11:03 AM |
| BYE |

| AS | Alex Saks < > | 6/1/2023, 11:03 AM |
| Yeah I think so |

| AS | Alex Saks < > | 6/1/2023, 1:49 PM |
| The suicide story does not work at all |

| AS | Alex Saks < > | 6/1/2023, 1:49 PM |
| We're not even out of the master, gonna break for lunch |

| AS | Alex Saks < > | 6/1/2023, 1:50 PM |
| Justin is lost |

| H | Home < > | 6/1/2023, 1:52 PM |
| Brandon did it so good in his audition ... |

| H | Home < > | 6/1/2023, 1:53 PM |
| Isnt 2 people sitting on a couch? What is the master? |

| AS | Alex Saks < > | 6/1/2023, 2:11 PM |
| I know!! |

| H | Home < > | 6/1/2023, 2:15 PM |
| If you can, call me on your way home. X |

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 2:50 PM
Will do

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:18 PM
Did you watch the karaoke dailies

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:18 PM
We just saw a cut scene

H    Home <▇▇▇▇▇>              6/1/2023, 6:25 PM
Yes i watched.

H    Home <▇▇▇▇▇>              6/1/2023, 6:25 PM
How is it?

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:25 PM
Terrible but not because of the cutting

H    Home <▇▇▇▇▇>              6/1/2023, 6:26 PM
No chemistry?

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:26 PM
Overlit, the coverage is terrible, we had a ton of background and see none of it so it looks like an indie movie w no
money and no chemistry

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:27 PM
It needs to be reshot, we can do it w vegas

H    Home <▇▇▇▇▇>              6/1/2023, 6:27 PM
In dailies there is no. Ackground. Like 3 people. I thought cuz if $

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:27 PM
We had a ton of background that day

H    Home <▇▇▇▇▇>              6/1/2023, 6:28 PM
Could you not see on monitor no people in any shot? I saw like one lady standing

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:29 PM
You can see them on some of the karaoke coverage

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:29 PM
It's that two shot against the wall that kills us

H    Home <▇▇▇▇▇>              6/1/2023, 6:29 PM
Yeah.
But No chemistry the bigger issue

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:29 PM
They should be at a table surrounded by background but they wanted to shoot it "intimately"

H    Home <▇▇▇▇▇>              6/1/2023, 6:29 PM
Emphasized "They should be at a table surrounded by background..."

AS    Alex Saks <▇▇▇▇▇>              6/1/2023, 6:29 PM
And yes chemistry is the problem

H    Home <▇▇▇▇▇>              6/1/2023, 6:32 PM

Tomorrow party please please spend NO time on the alyssa marshall lily entrance. Its ALL about alyssa/lily scene and we need to captire some real heat .. real heat shes mad at him but wants him when they talk at bar after she sees him flirtying with another lady. Cuz kareokee no heat. Onsie scene they meet again / and opening day when you  see there wont be heat either.  Those scenes not staged , SHOT or covered for sexual heat - looks longing etc.

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:33 PM
We just talked about it

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:33 PM
That's exactly the plan

H | Home < ▓▓▓▓▓ > | 6/1/2023, 6:34 PM
I told jamey same. All we have left is this party moment. First kiss/pj's/roof, dating montage to sell these people are actually mad for each other.

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:36 PM
Yepppp

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:36 PM
We have the dancing moment thank god

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:37 PM
This is like death by 10000000000 cuts

H | Home < ▓▓▓▓▓ > | 6/1/2023, 6:55 PM
Ah yes. The dancing moment great!

H | Home < ▓▓▓▓▓ > | 6/1/2023, 6:55 PM
What did justin say about kareokee scene?

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:55 PM
He agrees

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:56 PM
😩

H | Home < ▓▓▓▓▓ > | 6/1/2023, 6:56 PM
So he knows

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:56 PM
Yes

H | Home < ▓▓▓▓▓ > | 6/1/2023, 6:56 PM
Hes gotta be freaked the fuck out

H | Home < ▓▓▓▓▓ > | 6/1/2023, 6:56 PM
Oh proposal sweet - we got sweet.

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:56 PM
He should be

H | Home < ▓▓▓▓▓ > | 6/1/2023, 6:57 PM
But book is sex

AS | Alex Saks < ▓▓▓▓▓ > | 6/1/2023, 6:57 PM
We've been off for six days and still are unprepared every day

SPE_BL0002033

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 6:57 PM
      They had to rewrite the atlas scene at lunch today

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 6:57 PM
      We shot for 90 minutes and then had to redo the le tire thing

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 6:57 PM
      Entire*

H     Home <▮▮▮▮▮▮>                                                     6/1/2023, 6:58 PM
      Jamey said blake changed scene in am. Watching tv? That was like 100 drafts ago! Did blake rw?

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 6:58 PM
      It wasn't just Blake

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 6:58 PM
      Blake is controllable

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 6:59 PM
      The atlas suicide scene

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 6:59 PM
      We shot the master several times before scrapping it and going to lunch

H     Home <▮▮▮▮▮▮▮>                                                    6/1/2023, 7:00 PM
      They didnt know what scene was about. WHY he tells her is a gift. Shes at lowest. Hes trying to remind her why shes
      special.

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:00 PM
      Exactly

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:00 PM
      I had to tell him that at lunch before his mtg a then

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:00 PM
      W them*

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:01 PM
      There's just no prep happening

H     Home <▮▮▮▮▮▮▮>                                                    6/1/2023, 7:01 PM
      I will try and help next week. Meet after wrap. Talk next day.

H     Home <▮▮▮▮▮▮▮>                                                    6/1/2023, 7:01 PM
      Next days work i mean.

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:01 PM
      Yeah

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:01 PM
      There's just a complete lack of decisiveness

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:02 PM
      And because Justin just wants to be liked

AS    Alex Saks <▮▮▮▮▮▮▮>                                                6/1/2023, 7:02 PM
      When they're being nice and chummy he needs to jump in to feel liked

                                              SPE_BL0002034

AS    Alex Saks ◄▬▬▬▬►                                    6/1/2023, 7:02 PM
      Instead of continuing to shoot or whatever

Confidential