Exhibit 33

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5    BLAKE LIVELY,                     )
                                        )
 6          Plaintiff,                  )
                                        )
 7      vs.                             ) No. 2:24-cv-10049-LJL
                                        )
 8    WAYFARER STUDIOS LLC, ET AL., a   )
      Delaware Limited Liability        )
 9    Company, JUSTIN BALDONI, an       )
      individual, JAMEY HEATH, an       )
10    individual, STEVE SAROWITZ, an    )
      individual, IT ENDS WITH US MOVIE )
11    LLC, a California Limited         )
      Liability Company, MELISSA        )
12    NATHAN, an  individual, THE       )
      AGENCY GROUP PR LLC, a Delaware   )
13    Limited Liability Company,        )
      JENNIFER ABEL, an individual, JED )
14    WALLACE, an  individual, and      )
      STREET RELATIONS INC., a          )
15    California Corporation,           )
                                        )
16          Defendants,                 )
                                        )
17                                      )
                                        )
18      (RELATED CONSOLIDATED CASE.)    )
                                        )
19                  *** CONFIDENTIAL ***
20    *** PORTIONS DESIGNATED ATTORNEYS' EYES ONLY ***
21        VIDEO DEPOSITION OF JUSTIN GREY STONE
22             MONDAY, OCTOBER 6, 2025
      Reported Stenographically by:
23    RENEE HARRIS, RPR
      CA CSR No. 14168
24    NJ CCR No. 30XI00241200
      NY Notary No. 01HA0037009
25    JOB NO. 7624672 | PAGES:  1 - 433


                                            Page 1
```

1    inappropriate conduct occurring on the set?

2            MS. MOSES:  Objection.

3            MS. FINK:  Objection.

4            THE WITNESS:  I can't say that I remember

5        the timing of such.                          12:36:18

6            I think there were other issues, but I

7        don't know if they were of the same ilk or

8        extent.

9            So I can't answer that correctly.

10   BY MS. GAROFALO:                                 12:36:30

11       Q.  What other issues do you think there were

12   after Ms. Lively returned to the set to resume

13   filming?

14       A.  I mean, it was, from my understanding, a

15   lot of unprofessionalism in general with the set.   12:36:41

16       Q.  What do you mean by that?

17       A.  There were different instances.  I can

18   tell you when I was on set where I witnessed

19   people sort of in hugging circles and getting

20   together.  I don't know.  It was less about me,    12:36:56

21   but my understanding was, I wouldn't say it

22   completely stopped.

23       Q.  What is a "hugging circle"?

24       A.  It's exactly what it sounds like.

25       Q.  Well --                                   12:37:13

                                           Page 177

1      A.  There was things that would feel

2   inappropriate by means of any other film set.

3      Q.  Like what?

4      A.  People getting together and hugging

5   around the filmmaker before and after -- before      12:37:21

6   the scene started, large groups of people.

7      Q.  Okay.  In your visit to the set, did you

8   witness anybody -- strike that.

9         When you visited the set, did you witness

10  any of the Wayfarer parties -- Mr. Heath,           12:37:35

11  Mr. Baldoni or anybody you understood to be

12  affiliated with Wayfarer -- hugging Ms. Lively?

13     A.  Outside of the scenes, no.

14     Q.  Okay.  What other crossing of borders, if

15  any, did you witness in your visits to the set      12:38:00

16  after filming resumed?

17         MS. FINK:  Objection.

18         THE WITNESS:  While I was on set, the

19     boundaries were kept but also, I would

20     imagine, partly because I was on set.           12:38:18

21  BY MS. GAROFALO:

22     Q.  Okay.  You didn't witness anything that

23  crossed a boundary when you were on set, other

24  than the hugging circles which involved people

25  other than Ms. Lively; is that correct?            12:38:27

Page 178

1    representative from Sony sat in the editing room

2    with Ms. Lively and participated in the editing?

3           MS. FINK:  Objection.

4    BY MS. GAROFALO:

5        Q.  Is that your testimony?                    02:16:40

6        A.  I'm not testifying somebody sat in the

7    room.

8           I'm saying that much of the editing, from

9    my understanding, happened on the Sony lot.

10       Q.  Okay.                                       02:16:47

11       A.  So I would say, if it happened on the

12   Sony lot, then they were aware and spearheading

13   it.  It's their lot; it's their edit room.

14       Q.  Now, you are aware that Sony was pushing

15   Wayfarer to give into Ms. Lively's demands because  02:16:59

16   she was threatening Sony, are you not?

17           MS. MOSES:  Objection.

18           MS. FINK:  Objection.

19           THE WITNESS:  If those happened, perhaps

20       it was because, creatively, Sony wanted to      02:17:05

21       take the movie in a different direction.

22   BY MS. GAROFALO:

23       Q.  Did Ms. Lively threaten not to return to

24   production after the strikes unless certain

25   conditions were met?                                02:17:14

                                              Page 235

```
 1            MS. MOSES:  Objection.

 2            MS. FINK:  Objection.

 3            THE WITNESS:  I don't think Blake ever

 4       threatened.  It's why everything was worded

 5       as protections being requested to be met.      02:17:21

 6       They were never demands.

 7            Nowhere does it ever say "demands."

 8       Nowhere ever does it threaten that she won't

 9       return.

10            What she did was she put forward a list    02:17:28

11       of protections for herself and for everybody

12       else on the set that needed to be met in

13       order to ensure a safe working environment

14       that Wayfarer's negligence was not providing.

15            MS. GAROFALO:  Move to strike as          02:17:40

16       nonresponsive.

17  BY MS. GAROFALO:

18       Q.  So let's try this another way.

19       A.  I think it's an important point, though.

20       Q.  At some point, Ms. Lively put together    02:17:49

21  her own cut of the film; is that correct?

22            MS. MOSES:  Objection.

23            MS. FINK:  Objection.

24            THE WITNESS:  Again, no, it's not

25       correct.                                       02:18:01
```

                                           Page 236

ATTORNEYS' EYES ONLY

1 ███████████████████████████████

  ████████████████████████████████████

  ███████████████████████████████████

  ███  ███████████████

5       Q.   Okay.  We are going to look at the deal          04:57:43

6  for It Ends With Us momentarily, but let me ask

7  you a couple questions.

8            At some point in time, you became aware

9  of the It Ends With Us project; is that right?

10      A.   That's correct.                                   04:57:56

11      Q.   And did you bring the project to

12 Ms. Lively's attention?

13      A.   The project was first brought to our

14 attention from her agent, Warren Zavala, and we

15 all discussed with her as a team.                           04:58:12

16      Q.   And when you first learned about the

17 project, did you think that this would be a

18 project Ms. Lively would be interested in

19 pursuing?

20      A.   I had my concerns about it, and I was           04:58:22

21 unsure whether it was something she would be

22 excited about, given -- given the relative

23 inexperience of the filmmaker and co-star and sort

24 of the newer nature of the financial entity.

25           There were also other things to consider         04:58:38

Page 378

ATTORNEYS' EYES ONLY

1    such as the success of the film and the message

2    that it had, which I knew would be really

3    important to her.  And I knew how important it

4    would be to send that message to women and to her

5    audience.                                    04:58:50

6         So I was unsure which way it would go.

7         Q.  Did Ms. Lively express to you any

8    reservations about the inexperience of the

9    filmmaker, who here was Mr. Baldoni?

10        A.  I can't remember if anything stemmed    04:59:02

11   directly from her, but I can say, as a team, we

12   look at all the pros and cons of a potential

13   project and the relative inexperience of him.

14        And also, his stature as an actor at the

15   time were things that were taken into deep    04:59:15

16   consideration and part of the conversation and

17   concerns for us as a team.

18        Q.  And what did the team -- well, let me ask

19   you, specifically.

20        What, if anything, did you suggest or    04:59:24

21   advise Ms. Lively do in order to counter the

22   relative inexperience of the filmmaker here?

23        MS. FINK:  Objection.

24        THE WITNESS:  I think there was a process

25        laid out where she had read the book; where    04:59:41

Page 379

CONFIDENTIAL

1    e-mail from Leslie Sloane that attached some

2    marketing guidelines, if I'm not mistaken.

3         Do you recall that?

4    A.  I do.

5    Q.  Is this the document that you are          05:12:18

6    referring to during this testimony?

7    A.  Yes.

8    Q.  And if you could turn to the third page

9    of the document, which is Bates stamped VPR 854.

10   A.  Mm-hmm.                                      05:12:33

11   Q.  Under "What to avoid."

12   A.  Mm-hmm.

13   Q.  It says:

14       "Focus more on Lily's strength and

15       resilience, as opposed to describing the film    05:12:39

16       as a story about domestic violence.

17       "Empowerment is not just about standing

18       up to adversity but also about having the

19       power to overcome within one's self and grow

20       from it and developing agency to shape the       05:12:55

21       future."

22       Do you see that?

23   A.  Mm-hmm.

24   Q.  Is it your -- well, what is your

25   understanding of the genesis of this document that    05:13:03

CONFIDENTIAL

 1    was attached to Ms. Sloane's e-mail?

 2        A.  My understanding of it was that it was a

 3    marketing directive and guideline based on

 4    Wayfarer and Sony's wishes, Sony, being the

 5    director and sort of the final arbiter of how the      05:13:19

 6    movie was released and marketed, I would imagine.

 7            And these are the guidelines for

 8    everyone, including Wayfarer, including Justin,

 9    including anyone appearing on camera that they

10    were all to be in unison.                              05:13:31

11        Q.  And do you know whether Ms. Lively

12    followed Sony's instructions to focus on female

13    empowerment, as opposed to making the film just

14    about domestic violence?

15        A.  I think Blake did everything within her       05:13:47

16    power to follow all the guidelines that were given

17    to her and to make sure the film was the best

18    success, to reach the most amount of people with

19    the highest amount of impact as possible in the

20    way that felt authentic to the film and to           05:14:00

21    everybody receiving it.

22        Q.  Do you know when Ms. Lively first started

23    promoting the film, and specifically, whether it

24    was before or after the film's release?

25        A.  It would be prior.                            05:14:14

                                                    Page 392

```
1    they were both at the premiere.

2         Q.  And do you know whether Ms. Lively

3    appeared on the red carpet with Mr. Baldoni?

4         A.  I know they were both on the red carpet

5    at times.  I can't confirm that they were          05:15:34

6    together.

7         Q.  Did Ms. Lively have reservations about

8    appearing on the red carpet with Mr. Baldoni for

9    the premiere?

10        A.  As I understood it, she and others did,    05:15:44

11   as well, yes.

12        Q.  And what were Ms. Lively's concerns, as

13   you understand them?

14        A.  Her concerns was that -- her concerns, as

15   I understood them, were that Justin and the         05:15:55

16   Wayfarer team were people that contributed to a

17   very unsafe work environment and experience on

18   set, and that there was likely to be more people

19   coming out and more -- more stories to come out

20   from set, certainly not from us but just the        05:16:15

21   chances of that happening, given the history, were

22   significant.

23           And she definitely had concerns about not

24   wanting to appear as somebody endorsing as a

25   filmmaker, that people, let alone other women,      05:16:29
```

Page 394

1    should be working with in the future.

2        Q.  Are you aware of Ms. Lively instructing

3    any other cast member not to appear with

4    Mr. Baldoni at the premiere?

5        A.  I'm not.                                    05:16:39

6        Q.  Are you aware of Ms. Lively instructing

7    any other cast member to unfollow Mr. Baldoni on

8    social media?

9        A.  I'm not.

10       Q.  Are you aware of Ms. Lively instructing    05:16:47

11   any cast member not to do any other promotional

12   appearances with Mr. Baldoni in relation to the

13   film?

14       A.  I'm not.

15       Q.  To your knowledge, did Ms. Lively ever     05:16:58

16   threaten that if Mr. Baldoni attended the

17   premiere, she would take her sexual harassment

18   allegations public?

19       A.  That was never something we were part of,

20   and I think throughout this entire process, there  05:17:09

21   were many various stages where we had asked for

22   various things such as protections or requests or

23   raised concerns.

24           But I am not aware, throughout the

25   entirety of this process, any threats that were    05:17:22

Page 395

CONFIDENTIAL

```
1          A.  So to give -- to paint the whole picture,

2     we were at a time in our business where movies as

3     a whole were not performing theatrically, and the

4     industry was feeling a ton of anxiety and concern.

5              And, certainly, romantic dramas were not      05:18:33

6     working whatsoever for many, many years

7     previously.

8              So the movie was made for a budget of

9     somewhere around $30 million.  The opening was at

10    $50-plus-million, which is massive with a capital    05:18:45

11    "M" and an underline.  It is a monstrous opening

12    for a film of this stature.

13             And for it to open for Sony at that

14    number -- to open with this budget at that number

15    and to open in this genre of romantic drama, which   05:19:01

16    had really been dormant for years, was a

17    thunderous, thunderous signal to the entire

18    community of what a massive, massive hit this was.

19             If I was using a baseball reference, I

20    think we were hoping for a home run, and this was    05:19:15

21    an absolute grand slam.

22        Q.  And based on your 18-plus years of

23    experience as a manager in the entertainment

24    industry, what should the success of the film have

25    meant for Ms. Lively's career?                       05:19:28
```

Page 397

CONFIDENTIAL

```
 1            MS. GAROFALO:  Objection.
 2            THE WITNESS:  To be able to open a film
 3       at $50 million on an opening weekend on that
 4       sort of a budget with, frankly, only you on
 5       the poster is a massive endorsement and a        05:19:39
 6       sign that you have built a huge audience --
 7       excuse me -- who is excited about coming to
 8       see you in films.
 9            And so what that should have represented
10       for her is her true arrival as a top-,          05:19:48
11       top-tier movie star and an ability to
12       command, not only a significant increase in
13       her compensation moving forward, but just as
14       importantly, if not even more, a significant
15       rise in her opportunities to follow with        05:20:01
16       great filmmakers, with studio films.
17            Because the green-light ability that we
18       were previously talking about has now only
19       been exponentially grown.  It's a huge
20       moment.                                          05:20:14
21            And generally in the business, when you
22       have a movie that opens No. 1, even if it's
23       16 million on an opening weekend or 20-, and
24       it hasn't recouped its whole budget, the
25       phones are ringing off the hook with incoming   05:20:24
```

Page 398

```
1          opportunities and offers and meetings and

2          etc. and so forth.

3               And in this case, the movie almost

4          doubled its entire budget in its opening

5          weekend, which is just unheard of.          05:20:34

6               So you can imagine our expectation was,

7          you know, beyond a celebration.  A

8          celebration would be to say the least.

9    BY MS. MOSES:

10        Q.  And did the phones ring off the hook      05:20:44

11   after the movie came out?

12        A.  They did not.

13        Q.  In terms of what you reasonably would

14   have expected Ms. Lively to see for offers to come

15   in, would you have been pushing for terms that      05:20:58

16   were commensurate with what she earned on It Ends

17   With Us?

18        A.  No.  We would have been looking for -- we

19   would have been looking for and expecting, quite

20   easily, a significant pay increase and also a       05:21:08

21   significant increase in the amount of filmmakers

22   who were excited and looking to work with her,

23   especially at the studio level.

24        Q.  And would you have been pushing for deal

25   terms that were better or worse than what she got   05:21:24
```

Page 399

CONFIDENTIAL

```
 1   STATE OF CALIFORNIA       )
 2   COUNTY OF LOS ANGELES     ) ss.
 3      I, RENEE HARRIS, do hereby certify that I am a
 4   licensed Certified Shorthand Reporter, duly
 5   qualified and certified in the State of California
 6   and the State of New Jersey; Notary Public in the
 7   State of New York and State of Florida; and
 8   Registered Professional Reporter;
 9      That prior to being examined, the witness named
10   in the foregoing deposition was by me duly sworn
11   to testify to tell the truth, the whole truth, and
12   nothing but the truth;
13      That the said deposition was by me recorded
14   stenographically;
15      And the foregoing pages constitute a full,
16   true, complete and correct record of the testimony
17   given by the said witness;
        That I am a disinterested person, not being in
18   any way interested in the outcome of said action,
     or connected with, nor related to any of the
19   parties in said action, or to their respective
     counsel, in any manner whatsoever.
20   Dated: October 7, 2025
21
22
23                    Renee Harris, CSR, CCR, RPR
                      CA CSR No. 14168
24                    NJ CCR No. 30XI00241200
                      NY Notary No. 01HA0037009
25                    FL Notary No. 1708946

                                        Page 433
```