# Exhibit 34

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4     BLAKE LIVELY,                      )
                          Plaintiff,      )
 5                                        )
          v.                              )
 6                                        ) CASE NO.
       WAYFARER STUDIOS LLC, a            ) 1:24-CV-10049-LJL
 7     Delaware Limited Liability         )
       Company, JUSTIN BALDONI, an        )
 8     individual, JAMEY HEATH, an        )
       individual, STEVE SAROWITZ, an     )
 9     individual, IT ENDS WITH US        )
       MOVIE LLC, a California            )
10     Limited Liability Company,         )
       MELISSA NATHAN, an individual,     )
11     THE AGENCY GROUP PR LLC, a         )
       Delaware Limited Liability         )
12     Company, JENNIFER ABEL, an         )
       individual, JED WALLACE, an        )
13     individual, and STREET             )
       RELATIONS INC., a California       )
14     Corporation,                       )
                                          )
15                        Defendants.     )
       _____    )
16
17                       CONFIDENTIAL
18                    ATTORNEY'S EYES ONLY
19                 VIDEOTAPED DEPOSITION OF
20                       WARREN ZAVALA
21               THURSDAY, SEPTEMBER 18, 2025
22                  LOS ANGELES, CALIFORNIA
23    PAGES 1 - 303
24    REPORTED BY MARK SCHWEITZER
25    CSR #10514, RPR, CRR
```

| | | |
|---|---|---|
| 1 | messages were not very complimentary? | 01:44:44 |
| 2 |     MS. LEADER:  Objection to form. | 01:44:47 |
| 3 |     THE WITNESS:  That is absolutely not true. | 01:44:48 |
| 4 | Q.   BY MS. GAROFALO:  Okay.  Okay.  Now, before | 01:45:02 |
| 5 | filming resumed, let's mark -- I think we're up to -- | 01:45:04 |
| 6 | we at 5 or 6? | 01:45:10 |
| 7 |     MS. LEADER:  5. | 01:45:11 |
| 8 |     MS. GAROFALO:  5 -- as Exhibit 5, a | 01:45:13 |
| 9 | document Bates stamped Heath 45307 through 45311. | 01:45:14 |
| 10 |     (Exhibit 5 for identification.) | 01:45:20 |
| 11 |     THE WITNESS:  Blakel. | 01:46:02 |
| 12 | Q.   BY MS. GAROFALO:  And you'd anticipated my | 01:46:05 |
| 13 | first question.  Does this document refresh your | 01:46:05 |
| 14 | recollection as to what BLAKEL is? | 01:46:07 |
| 15 | A.   Yeah, I just figured it out.  It's her -- | 01:46:09 |
| 16 | the name of her loan-out. | 01:46:13 |
| 17 | Q.   Okay.  And take a minute to look at this | 01:46:21 |
| 18 | document beginning on the -- you know what?  Someone | 01:46:23 |
| 19 | didn't copy this correctly. | 01:46:31 |
| 20 |     Okay.  I'm sorry.  It's been a long day. | 01:46:37 |
| 21 | On the first page of the document, there's a list | 01:46:39 |
| 22 | starting with 1 that continues on the next two pages. | 01:46:41 |
| 23 |     Do you see that? | 01:46:44 |
| 24 | A.   Yes. | 01:46:45 |
| 25 | Q.   Just without sitting here and reading it | 01:46:45 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Transcript of Warren Zavala
Conducted on September 18, 2025

118

| | | |
|---|---|---|
| 1 | carefully, can you tell us if you have any | 01:46:49 |
| 2 | understanding as to what that list is? | 01:46:51 |
| 3 | A.  Is this the return to work? | 01:46:59 |
| 4 | Q.  Just take a minute to look at the | 01:47:05 |
| 5 | document -- | 01:47:07 |
| 6 | MS. LEADER:  Take a minute.  Yeah -- right. | 01:47:08 |
| 7 | THE WITNESS:  Okay. | 01:48:31 |
| 8 | Q.  BY MS. GAROFALO:  Okay. | 01:48:32 |
| 9 | Do you recognize the list? | 01:48:33 |
| 10 | A.  Yes, I've seen it before. | 01:48:33 |
| 11 | Q.  What is it? | 01:48:35 |
| 12 | A.  It's the return to work. | 01:48:35 |
| 13 | Q.  What does that mean? | 01:48:36 |
| 14 | A.  It's what was presented for her to be able | 01:48:37 |
| 15 | to return to work and finish the movie. | 01:48:46 |
| 16 | Q.  Okay.  This is a list that was presented to | 01:48:48 |
| 17 | Wayfarer as a condition of Ms. Lively returning to | 01:48:51 |
| 18 | complete the movie.  Is that a correct statement? | 01:48:58 |
| 19 | A.  Yes. | 01:49:01 |
| 20 | MR. BRUNO:  Objection to form. | 01:49:02 |
| 21 | Q.  BY MS. GAROFALO: And if -- if you know, | 01:49:06 |
| 22 | was Ms. Lively refusing to return to work on the | 01:49:07 |
| 23 | movie if Wayfarer did not agree to this list? | 01:49:11 |
| 24 | A.  That's my understanding.  I -- I wasn't a | 01:49:16 |
| 25 | party to the drafting of this or the presentation of | 01:49:18 |

| | | |
|---|---|---|
| 1 | Simple Favor? | 06:26:42 |
| 2 | A. Yes, the Simple Favor thing was a sequel, | 06:26:42 |
| 3 | and it was also a streaming deal. So I'd like to get | 06:26:44 |
| 4 | a theatrical deal in the same zone, if not more, | 06:26:47 |
| 5 | would be my hope. And get her to a better place | 06:26:50 |
| 6 | financially. | 06:26:56 |
| 7 | Q. Okay. And you testified that there were no | 06:26:56 |
| 8 | offers after It Ends With Us. | 06:27:01 |
| 9 | A. No meaningful or real offers, correct. | 06:27:03 |
| 10 | Q. And you qualified it by saying, | 06:27:05 |
| 11 | "meaningful." What do you mean by that? | 06:27:10 |
| 12 | A. Anybody can send a script that is remotely | 06:27:11 |
| 13 | in the business who wants to put together a project. | 06:27:14 |
| 14 | It doesn't mean they have the money to finance it or | 06:27:16 |
| 15 | make a bona fide offer or have a start date or have | 06:27:19 |
| 16 | distribution. So a meaningful offer, in my mind, | 06:27:22 |
| 17 | would be something that is either financed or has a | 06:27:24 |
| 18 | distributor or has an element involved that is | 06:27:28 |
| 19 | meaningful enough where you would -- you know, the | 06:27:32 |
| 20 | movie's gonna get done without her attaching herself | 06:27:33 |
| 21 | to it. | 06:27:36 |
| 22 | Q. Okay. And have you noticed there being | 06:27:37 |
| 23 | just generally less interest in Ms. Lively in films? | 06:27:40 |
| 24 | A. Yes. | 06:27:43 |
| 25 | Q. Okay. | 06:27:43 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY
Transcript of Warren Zavala
Conducted on September 18, 2025                303

```
1    STATE OF CALIFORNIA.     )
                              )
2    COUNTY OF LOS ANGELES    )

3

4         I, Mark Schweitzer, Certified
5    Shorthand Reporter No. 10514, do hereby
6    Certify:
7         That prior to being examined, the witness
8    named in the foregoing deposition was by me duly
9    sworn to testify the truth, the whole truth, and
10   nothing but the truth;
11        That said deposition was taken down by me
12   in shorthand and thereafter reduced to print by
13   means of computer-aided transcription; and the same
14   is a true, correct, and complete transcript of said
15   proceedings.
16        I further certify that I am not interested in
17   the outcome of the action.
18        Witness my hand this 19th day of September,
19   2025.
20
21        [signature: Mark Schweitzer]
22
23   MARK SCHWEITZER, CSR #10514, RPR, CRR
     Certified Shorthand Reporter
     In and for the State of California
24

25
```