# Exhibit 35

| | |
|---|---|
| **From:** | Imene Meziane <​███> |
| **Sent:** | Sat, 11 Nov 2023 14:48:31 -0500 (EST) |
| **To:** | Lindsey Strasberg <​███>; David Weber <​███> |
| **Cc:** | "Joseph Lanius ███)" <​███> |
| **Subject:** | Re: Lively - It Ends With Us - CONFIDENTIAL |

Dear Lindsey and David,

Thank you for sending over the document entitled "Protections for Return to Production".

We take these concerns very seriously and look forward to resolving them.

Wayfarer, Sony and Production respectfully acknowledge that your client has concerns regarding safety, professionalism and workplace culture. Although our perspective differs in many aspects, ensuring a safe environment for all involved is paramount, irrespective of differing viewpoints. Regarding your outlined requests, we find most of them not only reasonable but also essential for the benefit of all parties involved.

A response to each of them is below.

Sincerely,

Imene Meziane

1. Agreed
2. Agreed
3. Agreed
4. Agreed
5. Agreed
6. Agreed
7. Agreed. (Waiting on your clarification regarding past filming)
8. Agreed.
9. Agreed.
10. Agreed.
11. Agreed without the "mutual approval". Ange Giannetti from Sony has agreed to be present throughout most of the shoot, there may be times where she cannot be present due to other work obligations. In these times, she will delegate another rep from Sony to fill in.
12. We cannot Agree. This request poses significant challenges for both Sony and Wayfarer due to the financial, temporal and contractual implications. We believe that the inclusion of #1 (intimacy coordinator), #8 (Professional representative), #11 (Sony's representative) and #13 (empowering any existing third-party Producer) adequately addresses the concerns raised and demonstrates our commitment in continuing to uphold these standards moving forward.
13. Agreed.
14. Agreed.
15. Agreed with the understanding there is a separate character "Young Lilly" that has already been filmed with the purview of a pre-existing Nudity Rider.
16. Agreed with the understanding that the Director may choose to cast someone he may know personally and the protocol of involving Agencies will be followed.
17. Agreed.

Reserving rights.

On Fri, Nov 10, 2023 at 1:40 PM Imene Meziane <​███> wrote:
> Confirming that we will be using my conference line. Thank you Jaime.

On Fri, Nov 10, 2023 at 1:30 PM Jaime Marchello <​███> wrote:

> Imene –
>
> Confirming we will use your conference line for the call in 30 minutes rather than the one I circulated earlier this morning.
>
> JAIME MARCHELLO| Assistant to Lindsey Strasberg, Esq.
>
> **Sloane, Offer, Weber and Dern, LLP**
>
> **10100 Santa Monica Blvd., Suite 750, Los Angeles, CA 90067**
>
> T ███ | E ███

**From:** Imene Meziane <█████████>
**Sent:** Friday, November 10, 2023 11:56 AM
**To:** Lindsey Strasberg <█████████>
**Cc:** David Weber <█████████>; Joseph Lanius (█████████) █████████>; Jaime Marchello █████████
**Subject:** Re: Lively - It Ends With Us - CONFIDENTIAL

Hello Lindsey and David,

This is the conference line number: █████████

This is the pin: ███

Speak soon.
Best,
Imene