# Exhibit 36


**Thread Participants:** ███████ Jamey Heath (Owner); ███████ Justin; ███████ Jamey Heath (Owner); ███████ Jamey Heath (Owner)
**Active Participants:** ███████ Jamey Heath (Owner); ███████ Justin
**First Message:** 4/27/2024 2:59:41 AM
**Last Message:** 4/27/2024 7:27:55 PM

---

**Justin**
Trailer came in.
She didn't do my notes

1- they took out the first kiss bit and went with the other one ( not as good)
2- used the wrong shot of for date montage (I asked for the dancing that is in the date montage with flare- (it's in the movie where we are about to kiss)
3- they didn't add the abuse moment
4- they kept the running in and to accommodate Blake they took out Ryle listening to her asking what he would do if he had a daughter.

This is very frustrating.

4/27/2024 2:59:41 AM

**Jamey Heath (Owner)**
You wanna call me?
4/27/2024 3:01:13 AM

**Justin**
I'm in bed.
4/27/2024 3:01:24 AM

**Justin**
Literally nothing I asked for was done.
4/27/2024 3:01:35 AM

**Justin**
There's no fucking story. No abuse. She took out Ryles dialogue. More shots of her that don't move the story forward. It's not a Blake lively sizzle reel it's a movie.
4/27/2024 3:03:09 AM

Exhibit: 36
Witness: BALDONI
Date: 10/7/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL                    BALDONI_000033560

**Justin:**
I'm starting to get angry.
I'm not going to email back as I will say I'm now frustrated and that will spiral.
But I've spent four years in this movie.
I chose Sony.
We are the lead financiers.
This has to end.
*4/27/2024 3:04:20 AM*

**Jamey Heath (Owner):**
Dude.
Let's talk tomorrow. We can talk to her together.
*4/27/2024 3:04:34 AM*

**Justin:**
Then email her and let her know we can talk tmrw but this isn't approved
*4/27/2024 3:04:53 AM*

**Jamey Heath (Owner):**
This is not about Sony.
This is Blake. Not Sony.
*4/27/2024 3:05:00 AM*

**Justin:**
Then Sony needs to fucking stand up to Blake.
*4/27/2024 3:05:11 AM*

**Justin:**
Josh needs to grow some balls
*4/27/2024 3:05:21 AM*

**Justin:**
I'm going to be petty- I worked too hard. She's not taking me out of the trailer.
*4/27/2024 3:06:03 AM*

**Jamey Heath (Owner):**
I'm just gonna say this and then go to bed, you were not able to control Blake I was not able to control Blake Alex has not been able to control Blake. Ange cannot control Blake. Todd is not been able to control Blake. Her lawyer doesn't control Blake her manager doesn't control her agent doesn't control Blake, nobody can control what you cannot control. We stop pointing fingers at everybody else who cannot control the very person that we and no one else can control. We are all in bed with a fucking monster, and we are all trying to deal with the monster. this is not because they don't have balls if that's the case you didn't have balls if that's the case I didn't have balls, it's not as simple as having balls. We are dealing with a monster and everyone is trying to navigate it.
*4/27/2024 3:06:51 AM*

**Justin:** One look and a phone throw is going to have backlash. And every shot of Ryle has been shortened.
*4/27/2024 3:06:55 AM*

**Justin:** You verbatim told me to grow balls
*4/27/2024 3:07:22 AM*

**Justin:** Justin
*4/27/2024 3:07:35 AM*

**Justin:** Grow some fucking balls - stand up straight.
*4/27/2024 3:07:43 AM*

**Justin:** 🤦‍♂️⚫ just sayin lol
*4/27/2024 3:07:49 AM*

**Jamey Heath (Owner):** I was talking about how you walk through the world not that you can control her but rather how you responded to it that's what I've always said to you Justin
*4/27/2024 3:08:04 AM*

**Justin:** now say it to josh
*4/27/2024 3:08:06 AM*

**Justin:** I know I know
*4/27/2024 3:08:15 AM*

**Jamey Heath (Owner):** Josh is just a man like you just a man like me they are not the financers. They are not the production company. In fact they have less power than us. Why do we expect them to be able to control her anymore than we can?
*4/27/2024 3:08:26 AM*

**Jamey Heath (Owner):** *Edited*
Josh is just a man like you just a man like me they are not the lead financers. They are not the production company. In fact they have less power than us. Why do we expect them to be able to control her anymore than we can?
*4/27/2024 3:08:42 AM*

**Justin:** I will not let this happen anymore - She will not change my vision for the film.
*4/27/2024 3:08:55 AM*

**Justin:** and the trailer isn't approved
4/27/2024 3:09:16 AM

**Justin:** so they can miss their date if they won't stand up to her
4/27/2024 3:09:48 AM

**Jamey Heath (Owner):** OK, well we will have to figure it out tomorrow because if we don't figure it out tomorrow, there will be no trailer to go out and there will be no movie to be approved of and as Bridgette said if no one's going to approve this then we should all just put our hands down. so unfortunately, we either have to find a way or we walk away and the second option is an option
4/27/2024 3:10:18 AM

**Jamey Heath (Owner):** Isn't an option
4/27/2024 3:10:23 AM

**Justin:** Then we threaten to walk away - and tell Sony to say No. this is the trailer
4/27/2024 3:10:45 AM

**Justin:** We must start setting a precedent. We've bent over backwards so long our heads are up our asses
4/27/2024 3:11:13 AM

**Jamey Heath (Owner):** How do they stand up to her. put it in a way that I can understand how they stand up to her anymore more than anybody can stand up to her Justin. They are in the same position that we have always been in dealing with a monster they cannot force her to do anything. We only can all entice her, manipulate her in the way that we can try to trick her. They have no power over her anymore than we do.
4/27/2024 3:11:31 AM

**Justin:** Blake , this is the trailer Sony snd wayfarer have approved.
4/27/2024 3:12:03 AM

**Jamey Heath (Owner):** I completely disagree with that sentiment. We are in a business that's all about compromise negotiating bending trying to work out many partners many people there's always there's not just one person. And we are dealing with the monster again everybody all of us and it seems that we always wanna point the finger at one person as they are the problem. Name me one person that has been able to control her even one if you can name that person, I will be shocked
*4/27/2024 3:12:20 AM*

**Jamey Heath (Owner):** It's just the truth
*4/27/2024 3:12:31 AM*

**Justin:** If she doesn't approve we tell her it's going to hurt the film as we won't have a trailer.
*4/27/2024 3:12:52 AM*

**Justin:** Then josh gets involved
*4/27/2024 3:13:01 AM*

**Justin:** And little by little we start taking away her options -
*4/27/2024 3:13:13 AM*

**Justin:** A narcissists worst fear is being disliked and everyone thinking what they know is true about themselves.
*4/27/2024 3:13:35 AM*

**Justin:** We call agents and manager. Tell them She's sabotaging herself.
*4/27/2024 3:14:02 AM*

**Justin:** And ruining her reputation - people are talking.
*4/27/2024 3:14:13 AM*

**Justin:** Todd steps in.
*4/27/2024 3:14:26 AM*

**Jamey Heath (Owner):** Josh has been involved trying to get her to bend trying to get her to approve a release date trying to get her to approve to promote a film trying to get her on board. Everybody is trying. You've got a lot of amazing, intelligent, brilliant brains and all of ours included trying.
*4/27/2024 3:14:36 AM*

**Justin:** You haven't talked to josh - Ange doesn't let you
*4/27/2024 3:14:53 AM*

**Justin:** He's ducks up twice in a week
*4/27/2024 3:15:05 AM*

**Justin:** Fucked up
*4/27/2024 3:15:08 AM*

**Justin:** With the trailer and with the edit room.
*4/27/2024 3:15:15 AM*

**Justin:** You should have a direct line to him as the CEO -
*4/27/2024 3:15:45 AM*

**Justin:** And partners /
*4/27/2024 3:15:55 AM*

**Jamey Heath (Owner):** OK, I'm done. I'm gonna go to bed now. You should go to bed cause I'm starting to get angry now and I haven't lost my cool one fucking time or lost my way and I feel like I'm about to and I feel like I'm gonna throw my hands up in the air and I don't wanna start saying shit that I have to take back. Let's talk later.
*4/27/2024 3:16:04 AM*

**Justin:** ok
*4/27/2024 3:16:57 AM*

**Jamey Heath (Owner):** Call me please
*4/27/2024 12:43:18 PM*

**Justin:** Just got out of therapy
Fuck man. Purging shit out and so exhausted. So much fear of Blake coming out and going public about how I'm a bad person and unsafe and not who I say I am. So much self hatred for the little boy who kept messing up friendships by saying the wrong thing. And my best friends mom who said I was a bad influence and took him away from me. Like if I'm not liked and a good influence I have nothing to offer this world. I'm so intertwined with this little Boy no one liked and I gotta figure out how to separate from him.
*4/27/2024 2:23:50 PM*

CONFIDENTIAL                                                                 BALDONI_000033565

**Justin**
He's been running the show when he feels scared and threatened and that's who you get so frustrated with. I'm sorry it makes your life harder - I'm doing my best to give him what he needs but this has been overwhelmingly triggering all my biggest fears.
4/27/2024 2:33:49 PM

**Justin**
Amazing poster
📎 <__Library_SMS_Attachments_de_14_70C601BD-ED8C-41EC-9823-41E6272CC052_Screenshot 2024-04-27 at 12.03.47_PM.heic>
4/27/2024 3:04:00 PM

**Justin**
Approve the trailer, go back to the other line, please
4/27/2024 7:19:43 PM

**Justin**
The version before that I didn't like. This feels too intense.
4/27/2024 7:20:08 PM

**Justin**
When they mix it, they may be able to use the audio from this one and the visual from the other one, but only if it matches this one is too intense so go back to the original
4/27/2024 7:23:43 PM

**Jamey Heath (Owner)**
Yep. She's on it. She's also just behind the eight ball because aside from getting this approved and now that it is all of the different scenarios that are needed for International (not a different cut) but the delivery mixing for International and all that stuff. I'm trying to get her to go to bed but she's trying to get this done so she can enjoy her family that she's ignored for two days. But she has repeatedly said I hope Justin is happy. I hope he knows that I'm doing my best to hold his line and I'm so sorry for what he's going through and hopefully understands that I also have to do my job and balance it all.

I assured her
4/27/2024 7:27:55 PM