# Exhibit 37

## Prayers and support

**Thread Participants:** ▮▮▮ Ahmed Musiol (Owner); ▮▮▮ Jamey Heath; Cyrus Sigari; ▮▮▮; Justin Baldoni; Travis VanWinkle; Andy Grammer; Rainn Wilson; Adam Mondschein; ▮▮▮ Ahmed Musiol (Owner);

**Active Participants:** ▮▮▮; Justin Baldoni; Travis VanWinkle; Rainn Wilson;

**First Message:** 1/5/2024 6:20:11 PM
**Last Message:** 1/5/2024 11:16:14 PM

---

**Rainn Wilson**
Any update Brothers? 🙏❤️
1/5/2024 6:20:11 PM

**Justin Baldoni**
Sorry for not giving an update. Last night was one of the hardest nights of my life. It's hard to describe what happened exactly. The only way to describe it was an ambush. I had no words I couldn't formulate sentences. My brain was trying to defend itself when they were needing me to apologize for all of the ways I have fucked up and made her feel unsafe. Ryan was talking to me like a five-year-old and scolding me, They essentially said that Jamey and I are not who we claimed to be and that for us to have a podcast is unsafe because it makes people feel like we are safe. I was read from a phone all of the things that I did while many of them were based in actual situations. The events were wrong and things were taken completely out of context. The word creepy and abuse were used in reference to me in my behavior I was then given the words of what to say, and had to apologize which I was unable to do because my brain was trying to comprehend what was happening. I was in shock and basically went into feeling like I was a seven-year-old again when I got home last night. I was emotionally paralyzed. It was as bad as it sounds. Jamey did a beautiful job apologizing I did not have the words. I was embarrassed for myself as it happened in front of the team, but I was embarrassed that I was unable to even formulate the correct words to apologize and honestly just feel like a bad person. it's hard to feel so much of what they believe about me is false because they are so convinced that it's real. Looking for the nuggets of learning which there are many and somehow have showed up today. Thanks to Jamey and my wife and we are currently shooting. I love you all.
1/5/2024 6:35:25 PM

CONFIDENTIAL
SAROWITZ_000000080

**Justin Baldoni**
My brain was struggling because what I wanted to say, and do was run and blow this whole movie up because I feel this was so unjust and yet the only path forward was to acknowledge her and Ryan's feelings and apologize and take the wrath of an angry husband- yeah, I couldn't even do that correctly. I prayed and prayed and prayed for the words and I didn't come so I felt abandoned by God in that moment even though I know that's not what happened.
We were told this was the worst experience of her life and others have witnessed this behavior, and the behavior on our set was creepy. I was emotionally paralyzed, which is something I have an experienced in years.
@rainn- imagine that meeting all those years ago at Soul Pancake with golriz but times that by about 100.
I spoke to my therapist for an hour, and she tried to get me out of the haze as I literally could not get myself off the couch. I don't know how I will make it through, but I know that I will, and just knowing you're all there from me means the world to me because even with Jamey here and my wife and family I've never felt so alone.
Putting a smile on doing my best to lead the crew. I will unpack and process this when we wrap of course . I- apologize for the vulnerability dump. This is one of the few safe spaces I have right now. I love you all and thank you for your prayers.
1/5/2024 6:45:04 PM

**Justin Baldoni**
Sorry for my dictation grammer . I'm in between shots.
1/5/2024 6:45:18 PM

Justin you were ambushed. You reacted the only way you could. Hold on to your beliefs and keep moving forward. God is all glorious and is with you. Our prayers for strength and protection continue. We are with you in spirit and love you with all our hearts.
1/5/2024 6:53:18 PM

**Rainn Wilson**
Oh my God. I can't believe it. You were set up and ambushed and personally attacked. I'm stunned. I completely relate to you being stunned, like a deer in the headlights. Probably better that you didn't immediately Just start apologizing. So grateful that Jamey is your partner, and could step in diplomatically as needed. Onwards brother. Make a great and important and entertaining piece of storytelling. That's all you can do now. So sorry for what you went thru. 💔
1/5/2024 7:04:11 PM

> ▮▮▮
> I love you all and will keep praying for you! Congrats on getting them back to film even though you feel like you have been through a war. God answers all of our prayers just not in ways that are obvious at the time. You have many friends who love you and you are connected to your soul.
>
> 1/5/2024 7:16:33 PM

> ▮▮▮ **Travis VanWinkle**
> Love you two so much. You're both frickin' warriors.
> 1/5/2024 11:16:14 PM

CONFIDENTIAL
SAROWITZ_000000082