Exhibit 39

Message
_____

**From:**       Kirk, Shannon [█████████████████]
**Sent:**       9/29/2023 9:46:47 PM
**To:**         Kirk, Shannon [█████████████████]
**BCC:**        Greenstein, Josh [█████████████]
**Subject:**    IT ENDS WITH US Women Reader Focus Groups Report (Domestic)
**Attachments:** It Ends With Us - Focus Groups - Report - Final.pdf


Hi all,

Please see attached for the report for our recent focus groups among women readers for IT ENDS WITH US in the US.
Please remember that this is **confidential and for internal use only.**

Thank you,
Shannon

**Shannon Kirk**
Manager  |  Global Creative Strategy & Research
Sony Pictures Entertainment
O: [████████]   | M: [█████████]

SPE_BL0006375



"Every person with a heartbeat should read this book." —KAMI GARCIA,
#1 *New York Times* bestselling author

IT ENDS WITH US

a novel

COLLEEN HOOVER

#1 *NEW YORK TIMES* BESTSELLING AUTHOR



# IT ENDS WITH US

## STRATEGIC MARKETING REPORT

Marketing Focus Groups
September 26, 2023 – Phoenix, AZ



SONY

Report issued on September 29, 2023 by: screen engine/asi

Confidential

SPE_BL0006376

# TABLE OF CONTENTS





| 3 | STRATEGIC OVERVIEW |
| 8 | STORY INSIGHTS |
| 12 | MOVIE INSIGHTS |
| 16 | GROUP-LEVEL FINDINGS |
| 20 | OBJECTIVES & METHODOLOGY |

2

screen engine/asi

SPE_BL0006377



STRATEGIC OVERVIEW

Confidential

# HIGH-LEVEL OVERVIEW

Findings from these groups suggest that the most emotionally resonant theme <u>for readers</u> is **Lily's journey of self-empowerment** -- her breaking a generational cycle of domestic abuse <u>and</u> discovering her passion and starting a successful business. Ranging in age from 16-39, these women all connected with Lily as **a smart, strong woman** who "overcame." The book left them feeling optimistic for Lily's future, and they wanted the movie to do the same.

Lily's relationships with Ryle and Atlas — one heart-breaking and the other heartwarming -- are important parts of her story but **this is not a "love story"** per se, and these groups did not want the movie to be reduced to one. While recognizing that Ryle needed to be charming enough for Lily to be drawn to him, participants worried about him being cast as sympathetic or his behavior as excusable. To some degree, Atlas is Lily's past and her future, but the groups were also keen for him not be her "savior" at the expense of Lily's agency.

While **wanting to see Lily as a producer of her life story rather than a product of her circumstances was a common thread across groups**, there were some differences by age. Women 30-39 seemed to be the most equipped to accept that Lily's situation could happen to anyone, at any time, and were also the most desirous of her having a happy ending with Atlas. Women 20-29 had more of a "Lily-first" outlook. They didn't discount a relationship with Atlas, but it wasn't their main concern. Teens (16-19) had the most difficulty reconciling the abuse storyline; they used words like "sad," "scary," and "shocking" to describe it. They connected more with Lily and Atlas as teenagers than as adults.

**Balancing the domestic abuse as part of Lily's story will require a deft touch.** The seriousness of her situation needs to be communicated without necessarily showing it. No one wanted to have to "look away" but at the same time they didn't want it to feel "glossed over."

## WHO WE SPOKE TO

| | |
|---|---|
| | 3 groups of women; Ages 16-19, 20-29, 30-39 |
| | Current moviegoers (1+ in past year) |
| | Read *It Ends With Us*, by Colleen Hoover Read 1+ books in past year |

## OBJECTIVES

| | |
|---|---|
| 1 | Assess drivers of love for the book and emotional touchpoints that drive/diminish theatrical urgency |
| 2 | Ascertain most resonant themes, and which characters/relationships are best points of entry and connection |
| 3 | Probe readers' hopes and fears for the film |

Confidential


screen engine/asi

SPE_BL0006379

THINK

# DOs GOING FORWARD (PG. 1 OF 2)

| | |
|---|---|
| **PORTRAY LILY AS SMART AND STRONG** | Women were eager for Lily to be a smart, strong, and sympathetic lead, one who is not portrayed as weak or helpless just because she experiences abuse. Across groups, Lily was seen as resilient and courageous for eventually breaking the cycle of abuse in her family. **Portraying Lily's strength will be essential for readers** to feel the film stayed true to the essence of the book. |
| **FOCUS ON LILY'S STORY; MEN ARE SECONDARY** | This is Lily's story; while other characters and storylines are important to include and are additive, the men in Lily's life should be included only as "part of" her story. Her journey of self-empowerment and finding agency should be the narrative throughline: she is not defined by abuse. **Lily becoming a businesswoman** and opening a flower shop was especially important for those 20-29, who saw it as a more relatable story point than other age groups. |
| **CAPTURE LILY'S INTERNAL BATTLE** | **Lily's diary** came up across groups as an essential device in the book for conveying Lily's inner turmoil and — as a result — making her a sympathetic heroine. Lily's internal battle and ultimate strength in choosing herself and her daughter is the beating heart of the story. There was concern that if the heroine's inner struggle was not properly conveyed somehow in the film, Lily's decisions would come across as foolish. |
| **EXPLORE LILY'S PAST** | All groups agreed **Lily's history with abuse** would be important in underscoring that she is ending a generational cycle. Understanding that Lily grew up in an abusive household should also help make her relationship with Ryle more layered and shed light on her desire to make it work with him. |

5

Confidential

screen engine/asi

SPE_BL0006380

# DOs GOING FORWARD (PG. 2 OF 2)

| | |
|---|---|
| **INCLUDE ATLAS AND "HOPEFUL" LOVE** | All groups talked about Atlas as well as his relationship with Lily with warmth. Don't shy away from including scenes of Lily and Atlas' relationship, especially the way it developed when they were teenagers. This love story is hopeful and heartwarming; it creates **balance with Ryle's abusive behavior and the overall heaviness of the story**. Specifically, the scene of them seeing each other again at his restaurant was quite memorable. |
| **USE RYLE TO PROVIDE CONFLICT** | Ryle is a necessary evil in providing emotional weight, conflict, and importance to the book's overall story. While Lily's abuse-filled relationship with him should not be the entire focus of the movie, Ryle is an essential element of Lily's character arc. |
| **HINT AT HOPE** | Recognizing that *It Ends with Us* is not a sappy love story, participants also did not want to walk out of the film adaptation feeling hopeless or depressed. The promise of **an uplifting, hopeful, and empowering ending for Lily** will help make the abuse storyline be easier to swallow.<br><br>**Consider adding a call-to-action** against domestic violence or hotline at the end of the film. Teens felt particularly strongly that the film's purpose was to bring awareness and help domestic abuse survivors. |

6

Confidential

screen engine/asi

SPE_BL0006381

# DON'Ts GOING FORWARD

| | |
|---|---|
| **REDEEM RYLE** | Steer clear of making Ryle too likeable. It needs to be believable that Lily initially falls for him and tries to make it work, but the takeaway should not be that Ryle's actions are excused by his past. When those 30-39 were asked if Ryle was "redeemable," they unanimously rejected the word. |
| **GLORIFY OR ROMANTICIZE DOMESTIC ABUSE** | The groups said the movie needs to walk **a fine line** when portraying the abuse. They did not want Lily's relationship with Ryle to be "romanticized." Many had trouble vocalizing exactly what that meant, but some were able to tie it to Ryle's abuse being explained away by his brother's death. Some also noted that Lily should be visibly scared in these scenes to communicate her lack of consent to the violence. |
| **SPOTLIGHT GRAPHIC MATERIAL** | The same phrase was repeated in different groups regarding the abuse: "Show it without showing it." There was agreement that a lot could be implied, and viewers were adamant that the movie needed to **avoid becoming trauma porn, even as they did not want the effect of abuse to be "sugarcoated."** Similarly, while some twenty-somethings felt **sexual scenes** could add some "spice," teens and thirty-somethings thought a little could go a long way. |
| **JUDGE LILY** | Many participants felt Lily's story is a cautionary tale of how easy it is to find oneself in an abusive relationship — and how hard it is to leave one. Lily should be portrayed as someone relatable, the takeaway being "This could happen to me" instead of "How could she let that happen?" |
| **MAKE ATLAS LILY'S SAVIOR** | For the empowering message to really be driven home, younger participants were especially clear that **Lily saves herself**, while Atlas serves as support and helps to represent hope. |

7

screen engine/asi

Confidential



STORY INSIGHTS

screen engine/asi

# LILY'S EMPOWERMENT JOURNEY

For readers, **Lily's empowerment journey drives the emotional core of the book.** Readers want the film adaptation to "show Lily's ups and downs" in figuring out how to love herself and "swim to shore."

✽ Lily's journey begins in childhood. Readers remembered Lily witnessing her mother's abuse.

✽ Readers hope to see how even someone actively seeking to "break the cycle" can find themselves in a similar situation.

> "Finding out how to love yourself and what that means." (W16-19)

✽ Seeing Lily love and care for Atlas, in high school and as adults, solidifies her kind nature that was taken advantage of by Ryle.

✽ Lily may be naïve, but she's no victim. Readers described Lily as ambitious, kind, and resilient.

> "Lily is her own salvation. She's on her own journey." (W16-19)

✽ Lily breaks the cycle through love for herself and love for her daughter. Readers felt her decision to divorce Ryle showed her strength.

✽ Lily's happy ending is self-made, committing to promises she made to herself. Coming full circle with Atlas was a bonus.

> "She chose herself and her child, that takes a lot of strength." (W30-39)

> "Empowered. If I were in her situation, it would empower me to take my life to not stand for this anymore." (W20-29)



9
Confidential



screen engine/asi

SPE_BL0006384

# DOMESTIC ABUSE: FROM PAGE TO SCREEN

**Domestic abuse is an essential part of Lily's story but it's not her whole story**; Ryle's abuse in the book was difficult and even "triggering" for some, but also necessary and eye-opening. Portraying it on-screen will require careful balance.

✓ The "realness" of the abuse resonated with readers who didn't want the emotional effects of the trauma downplayed or "sugarcoated."

✓ Seeing Lily grapple with and justify the abuse as it progressed from just "red flags" demonstrated for readers how anyone might find themselves in this situation.

✓ That Lily often felt conflicted about Ryle's abusive-to-caring behavior was polarizing for readers; some felt it realistically depicted why people stay but others felt it "romanticized" abuse.

✓ Some readers (especially teens) felt the abuse "came out of nowhere," and that had they known the book broached this topic, they would not have read it.

✓ While the "shock" of the violence worked in the book for some readers, others felt that such a "reveal" might cause bigger problems in a movie adaptation.

✓ Readers wanted the violence to be more suggestive than explicit in the movie, using the ellipsis in the staircase scene as an example.

"I've been able to use it to share my own experiences with similar things. Stuff like this exists and humanizes the fact that it's not just fiction." (W20-29)

"I'm fortunate enough to not have known things like that in my life so it was like oh, that's why people stay. It showed me that it can just happen and it's not your fault." (W20-29)

"There's a way to show it without showing it."(W16-19)

"Experience it like Lily did (…) all of a sudden I'm moving and waking up." (W16-19)

Confidential

screen engine/asi

SPE_BL0006385

# THE RANGE OF READERS' EMOTIONS

*It Ends with Us* elicited a wide range of emotions from readers including sadness and anger at the abuse, happiness and hope for Lily's future, and giddiness and excitement about the romance with Atlas (as well as the early lust between Lily and Ryle). They expect to "feel all the feels" in the movie version, but for it to end on a positive note.

"I cried my eyes out." (W20-29)

"It felt personal." (W30-39)

"I wasn't sure how it was going to go, scared optimistic." (W30-39)

"I was an emotional mess, actually. I was a little scared, a little sad, a little optimistic." (W30-39)

"It felt heavy, but also laughter and joy." (W16-19)

"I felt angry at the whole situation with Ryle and how he controlled her." (W16-19)

"Hope. Praying she gets out of it." (W16-19)

"Proud! Dang I'm proud of her doing that, that was hard." (W20-29)

screen engine/asi

11

SPE_BL0006386



MOVIE INSIGHTS

screen engine/asi

Confidential

# HOPES & FEARS: CHARACTERS



| LILY | RYLE | ATLAS |
|---|---|---|
| Participants hoped that Lily would be portrayed as **strong and resilient**, and were concerned that she might come off as weak or passive. | Participants **worried** the **movie would soften Ryle or try to make him likeable**. They understood why Lily would be attracted to him and why she stayed, but he was not a good guy. Thirty-somethings rejected the idea that he might be "redeemable." | All agreed Atlas was important to Lily's story. Whether as teens or adults, their relationship was **hopeful and heartwarming** and promised to alleviate some of the heaviness of the abuse storyline. His **gentleness and kindness** needs to come through. Thirty-somethings liked that Atlas and Lily "saved each other" and wanted to know he would part of Lily's life going forward at the end. Younger participants wanted it to be clear that Atlas didn't save Lily; she saved herself. |
| *"She chose herself and her child, that takes a lot of strength. Leaving her job to open her flower shop took a lot o strength." (W30-39)* | | |
| *"I hope they show how strong Lily is, overcoming the violence." (W16-19)* | *"I don't want to see him like a hero." (W30-39)* | |
| *"I don't want to see Lily as weak or passive. She should be the star." (W30-39)* | *"I hope they don't make Ryle a sympathetic character. The main focus is Lily." (W30-39)* | *"I hope Atlas isn't portrayed as too much of a savior." (W16-19)* |
| *"I hope they don't portray her as someone who can't be taken seriously." (W20-29)* | *"I hope they don't make Ryle too likeable. You don't want to like him too much." (W20-29)* | |

Confidential

screen engine/asi

SPE_BL0006388

# HOPES & FEARS: STORY ELEMENTS

| LILY'S DIARIES | THE FLOWER SHOP | THE DOMESTIC ABUSE STORYLINE |
|---|---|---|
| Thinking about elements of Lily's journey that participants wanted the film to "get right," mentions of Lily's diaries/letters to Ellen came up across groups. Participants felt these were crucial to discovering who Lily was and what she went through, and that the story "wouldn't be complete" without capturing them in some way. | The opening of Lily's "emo" flower shop resonated as a memorable moment most for W30-29 who could relate to her embarking on a new career and wanting it to be successful. It seemed less interesting to teens, perhaps because they were not yet thinking in that direction. But it was also a sign of the strength of Lily's character among W30-39 who liked that Lily took the chance and pursued her dream. | Portraying the domestic abuse will be very tricky; it evoked a lot of emotions for participants. All agreed, however, that while it was necessary for creating conflict (and for showing it could happen to anyone), they wanted to see very little (if any) abuse on screen. (Even so, an R-rating seemed appropriate for many just given the subject matter.) Although the abuse comes to mind quickly when thinking about the book, the story is ultimately less about that and more about Lily realizing what was happening, her "navigating away from it," and validating her strength as a survivor. Participants emphasized that they understood how hard it would be to leave a situation like this and any judgment against Lily was a non-starter. |
| *"They have to figure out how to translate her words." (W30-39)* | | |
| *"You don't know who she is without knowing what she went through." (W30-39)* | *"I hope the majority of the story is her opening her flower shop and life with Atlas." (W20-29)* | |
| *"Reading the letters showed us what she was thinking and feeing." (W20-29)* | *"I hope they show how excited Lily is to open her shop." (W20-29)* | |

14

screen engine/asi

Confidential

# ADDITIONAL INSIGHTS



| CASTING | MPAA-RATING | ENDING | CALL-TO-ACTION |
|---|---|---|---|
| There was concern across groups about "aging up" Lily's character. Some felt her naiveté made Lily's decisions (like staying with Ryle at first) more believable. Neither that choice, nor casting Blake Lively as the lead, however, were "deal-breakers." | **30–39 YOS: 5 (PG-13) vs. 3 (R)** Those who wanted it to be PG-13 did not want it to be too graphic or violent, but a few felt that a PG-13 rating might downplay the abuse and Lily's true triumph in surviving it. **20–29 YOS: 2 (PG-13) vs. 6 (R)** This group leaned towards an R-rating because of the intensity of the material and because a few wanted some sexually explicit scenes. **16–19 YOS: 2 (PG-13) vs. 5 (R)** This group also leaned towards an R-rating because it had a lot of "R-rated elements" and as a warning it was not appropriate for younger audiences. | The most salient part of the ending for these consumers was Lily asking Ryle for a divorce after the baby was born. Most knew or assumed that she and Atlas got together, although some had read *It Starts With Us* and weren't sure exactly what happened in which book. "The custody issue" was not top of mind, but when reminded of it, most agreed it needed to be clear that any sort of custody arrangement would come with conditions (e.g., therapy). | Consideration might be given to including a call-to-action against domestic violence at the end of the film and/or information on how to get help for someone experiencing domestic abuse. Participants did not want domestic abuse to be "romanticized" in any way, which is something they have heard as criticism of the book/author. |
| *"The fact that Lily is 23; the naivety and innocence is so important." (W20-29)* | | *"Co-parenting… as long as he has supervision and has to be out in public." (W20-29)* | *"I bet it's going to include the domestic violence hotline at the …end. I feel like that's necessary." (W16-19)* |

Confidential

screen engine/asi

SPE_BL0006390



GROUP-LEVEL FINDINGS

Confidential

screen engine/asi

SPE_BL0006391

# GROUP-AT-A-GLANCE: WOMEN 30-39

| | |
|---|---|
| **Interest in seeing movie** | • 7 "definitely" see it in a theater<br>• 1 "probably" see it in a theater<br>• 0 see it at home<br>• 0 not see it at all |
| **Fanship of book** | • 3 "loved" it<br>• 5 "liked" it<br>• 0 thought it was "just okay" |
| **Key emotional hook** | The balance of **heartwarming** and **heart-wrenching**<br>• A number said the book resonated because of its accurate and empowering depiction of the difficulties of overcoming domestic abuse, a message that was personal for many<br>• At the same time, the connection to the love story with Atlas was palpable and they liked how the relationship came full circle with Lily and Atlas "saving each other" |
| **How it ends** | A happy ending that Lily creates for herself<br>Atlas is still in the picture |
| **Taglines** | *"# If only we met a year ago"*<br>*"Love will find a way"* |

17

Confidential



# GROUP AT-A-GLANCE: WOMEN 20-29

| Interest in seeing movie | • **2 "definitely"** see it in a theater<br>• **3 "probably"** see it in a theater<br>• 3 see it at home<br>• 0 not see it at all |
|---|---|
| **Fanship of book** | • **6 "loved" it**<br>• 1 "liked" it<br>• 1 thought it was "just okay" |
| **Key emotional hook** | **The empowerment of knowing what they would do in Lily's situation (or helping a friend who was)**<br>• A "cautionary tale" of what could go wrong when a dream man wasn't what he seemed<br>• Described Lily from an outsider perspective -- feeling proud of her for getting out of a bad relationship broadly defined -- but largely did not personally connect to specific aspects of the domestic violence<br>• Appreciated the book as "eye-opening" and helping them understand that anyone could find themselves in an abusive situation |
| **How it ends** | Lily "overcomes" past traumas and "breaks the cycle"<br>Atlas isn't "the point," but he is part of her story |
| **Taglines** | *"You can stop swimming now Lily. We reached the shore."*<br>*"It ends here"* |

18

screen engine/asi

# GROUP AT-A-GLANCE: WOMEN 16–19

| | |
|---|---|
| **Interest in seeing movie** | • 4 **"definitely"** see it in a theater<br>• 0 "probably" see it in a theater<br>• 3 see it at home<br>• 1 not see it at all |
| **Fanship of book** | • 2 **"loved"** it<br>• 3 "liked" it<br>• 3 thought it was "just okay" |
| **Key emotional hooks** | The **joy** of the teenage romance between Lily and Atlas; Teens found it easy to place themselves in this story<br>The **hope** that Lily can break the cycle |
| **How it ends** | Lily escapes the cycle of abuse and it's clear that others can too |
| **Biggest obstacle** | The domestic abuse<br>• Surprised many, who went into the book thinking it was a romance<br>• Shocked and saddened them to the point of having to put the book down "for a time"<br>• Some expressed regret at having read the book so young |
| **Taglines** | *"Create your own story"*<br>*"You can blossom"* |

19

Confidential


screen engine/asi

SPE_BL0006394



OBJECTIVES & METHODOLOGY

screen engine/asi

Confidential

SPE_BL0006395

# OBJECTIVES & METHODOLOGY

## OBJECTIVES

* Assess what is driving love for the book *It Ends With Us* by Colleen Hoover and which emotional touchpoints are likely to drive (or diminish) readers' urgency to see the movie in a theater

* Ascertain which theme(s) resonated most with book readers, and which characters and relationships are the best points of entry and connection

* Probe readers' hopes (and fears) for the film — what they hope the movie will lean in to and any worries they might have based on anything they might have seen or heard about it so far

* Provide strategic guidance for possible taglines for the marketing campaign with the goal of sparking emotional connections to the advertising materials, and ultimately maximizing depth of interest, theatrical urgency, and personal advocacy among book readers

## METHODOLOGY

Three 8-person focus groups (n=24 total) were conducted in Phoenix, AZ on September 26, 2023. A qualitative methodology was used to evaluate readers' experiences with the book, *It Ends With Us*, by Colleen Hoover and their expectations for the movie based on the book.

Participants in were prequalified as follows:
* Group 1: Women 16–19
* Group 2: Women 20–29
* Group 3: Women 30–39

All participants:
* Seen 1+ movies in a theater in past year
* Read 1+ books in the past year
* Read *It Ends With Us*, by Colleen Hoover


screen engine/asi

Confidential
SPE_BL0006396