Exhibit 40

Message

| | |
|---|---|
| **From:** | Porter, Laura [███████████████████] |
| **Sent:** | 9/28/2023 4:08:43 PM |
| **To:** | Greenstein, Josh [████████████]; Misher, Danielle [██████████████████]; Wong, Lexine [██████████████]; Whitmore, Joe [████████████]; Napoli, Stefanie [████████████████]; Beyrodt, Elane [████████████]; Plishner, Elias [████████████████]; Crotty, Ann-Elizabeth [████████████]; Groff, Jason [████████████████]; Hadman, Giles [████████████]; Phillips, Rose [████████████]; Keck, Michael [████████████]; Hann, Gloria [████████████]; Smalle, David [████████████]; O'Dell, Steven [████████████]; Smith, Adrian [████████████]; Miles, Ellene [████████████]; Donnelly, Kate [████████████]; Pan, Jack [████████████]; Bergerman, Adam [████████████████]; Valverde, Ivan [████████████]; Curtis, Jennifer [████████████████]; Grymova, Natalia [████████████]; Wright, Bridgette [████████████████]; Basil-Jones, Stephen [████████████]; Lazar-Lea, Lichelli [████████████]; Conlon, Ashley [████████████]; Nicolini, Joy [████████████]; Huang, Tom [████████████]; Tiesma, Nicole |
| **CC:** | Creative Strategy & Research [█████████████████████] |
| **Subject:** | IT ENDS WITH US Women Reader Focus Groups Topline (Domestic) 9.28.23 |

Hi everyone,

We conducted 3 women reader focus groups (women 16-19, 20-29, and 30-39) on Tuesday in Phoenix, AZ for the new movie, *It Ends With Us*, based on the book of the same title by Colleen Hoover. All had read and liked the book (a few loved it, and a few felt it was just okay), and all were recent moviegoers and book readers (at least 1+ of each in the past year). The goal of these groups was to discover guardrails for book readers and which emotional touchpoints are most likely to drive (or diminish) *readers'* urgency to see the movie in a theater. Although it had been more than a year since most had read the book, there was good recall of key events, specific scenes, and even several lines of dialogue.

**GUARDRAILS FOR THE CREATIVE CAMPAIGN:**

**DO**

• <u>Focus on Lily's story of self-empowerment as the main positive thread</u>. She's a smart, strong woman who experiences both personal and professional growth. She survives domestic abuse but that is only part of her story, not her whole story. It doesn't define her. Her resilience resonated across age groups, but so did concerns that Lily would be depicted as weak or passive – she should be perceived as a survivor, not as a victim.

o Lily realizing her dream of opening a flower shop was especially important for twenty-somethings, who could relate to ambitions of embarking on a career (and less so for teens who were not yet thinking in that direction).

• <u>Find a way to capture Lily's internal struggle over leaving or staying with Ryle.</u> Participants referenced Lily's diary entries as being crucial to discovering who she is and what she went through, as it was a way to fully get a sense of her emotions in written form. They felt it would be important to "figure out how to translate her words" in the film.

o Help audiences connect with Lily by referencing her history as someone who grew up in an abusive household so that they can better understand her decisions and her desire to keep hope (for her relationship with Ryle) alive.

• <u>Include scenes of Lily and Atlas together, especially as teenagers.</u> Lily and Atlas' love story was hopeful and heartwarming and promised to alleviate some of the heaviness of the rest of the story. The scene of them seeing each other again at his restaurant was also memorable.

• <u>Use Lily's relationship with Ryle to create conflict but stop short of showing (too much) actual abuse.</u> Less might be more in terms of the physical abuse -- they want it realistically portrayed and not "sugar coated," but too much might feel too heavy and take away from her strength.

SPE_BL0002044

- <u>Make it clear that the movie ends on a positive note</u>. Participants said that they wanted to leave the movie feeling good and with the knowledge that Lily had been able to break free from the cycle.

**DON'T**

- <u>Soften Ryle or try to make him likeable</u>. Participants understood why Lily would be attracted to Ryle and why she stayed with him, but he was not a good guy. He was seen as cocky, arrogant, and the 30-39 year olds especially rejected the idea that he was or might be "redeemable."

- <u>"Romanticize" the domestic abuse</u>. This was something some participants voiced as a personal concern and some had also heard Colleen Hoover be criticized for. Most had trouble vocalizing exactly what it would look like to make sure we don't romanticize the violence, but a few were able to tie it to Ryle being portrayed as flawed or Ryle's abuse being explained away by his brother's tragic death. Some also noted that Lily should be visibly scared in these scenes, to communicate her lack of consent in these violent situations.

- <u>Judge Lily for falling for Ryle or staying with him initially</u>. Many participants said there was something to be learned from Lily's story – that anyone could find themselves in her situation. For some, understanding the perspective of a woman who stays in an abusive relationship is the main takeaway of the book, and they want this empathy to carry into the movie as well.

- <u>Make Atlas Lily's "savior."</u> Although a few characterized Atlas as Lily's "knight in shining armor," younger participants were clear that Lily was her own "salvation," while the thirty-somethings felt Lily and Atlas "saved each other." Atlas should be a loyal man who is there for Lily when she needs him, but Lily should ultimately be the hero of her own story.

- <u>Show graphic depictions of abuse on screen</u>. Many felt the violence could be implied without losing its effectiveness. Along these lines, while some twenty-somethings felt the sexual scenes could add some "spice," teens and thirty-somethings were less interested in explicit material.

**ADDITIONAL FINDINGS**

- There was concern about aging-up Lily's character, with some feeling her naiveté made her decision to stay with Ryle at first more believable, but neither that choice nor casting Blake Lively as the lead was a "deal-breaker."

- For production, consider adding a call-to-action against domestic violence at the end of the film. This felt important to those that wanted to spread awareness about a real issue that hasn't been addressed a lot in content.

- Women in their 30s were the most divided re: the film's possible MPAA rating, with 5 leaning in favor of PG-13 because they didn't want it to be too graphic or violent, and 3 feeling that not having an R-rated film might downplay not only the abuse but the true triumph of Lily being able to survive it.

o Women in their 20s came down 6-2 in favor of an R-rating, in part because of the expected intensity of the material, and in part because of a desire for it also to have some more explicit sex scenes.

o Teens also mostly felt it should be rated R, again in part because it had "a lot of R-rated elements" but also as a warning to consumers that it was not appropriate for younger audiences.

**NUANCE BY AGE:**

**Women 30-39:** This group was most likely to feel theatrical urgency; 7 of 8 said they were "definitely" interested in seeing the film in a theater and 1 said she was "probably" interested. They were most swayed by the balance of romance and trauma, with a number saying the book resonated because of its accurate and empowering depiction of the difficulties of overcoming domestic abuse, a message that felt personal for many. At the same time, the connection to the love story with Atlas was palpable; they appreciated how the relationship came full circle with Lily and Atlas "saving" each other. They wanted to walk away feeling like Lily has a happy ending she created for herself, but also wanted to know that Atlas would be in the picture. Their taglines centered around her relationship with him: "#ifonlywemetayearago" and "Love will find a way."

                                                                          SPE_BL0002045

**Women 20-29:** This group was divided as to whether they would see the film in a theater (2 "definite" and 3 "probable") or at home (3). This group saw the book as a "cautionary tale" of what could go wrong when a dream man wasn't what he seemed or when red flags weren't caught soon enough. They were more likely to describe Lily from an outsider perspective (feeling proud of her for getting out of a bad relationship broadly defined) rather than personally relating to specific aspects of the domestic violence. They appreciated that the book was "eye-opening" and helped them understand that something like this could happen to anyone. They primarily wanted to see Lily's journey of self-actualization unfold with bits of Atlas in between.

**Women 16-19:** Teens were also divided with respect to theatrical urgency – half (4) said they would "definitely" see it in theaters, 3 said they would see it at home, and 1 said she would likely not see it at all. They were also the least likely to say they "loved" the book. The primary hesitation for them – in terms of liking the book more and wanting to see the film – was the domestic abuse, which shocked and saddened them – an unwelcome surprise in a book they expected to be a romance. A number said they wished they waited until they were older to read it and/or that they put the book down "for a time" when the abuse started. The young romance between Atlas and Lily was a highlight for them, reflecting their age-stage, but they also saw this as Lily's story first and foremost and were adamant that they wanted to walk away knowing that Lily escaped the cycle of abuse and that others could too. Their taglines were focused on Lily saving herself: "Create Your Own Story" and "You Can Blossom."

Full report to come but please reach out with any questions in the meantime.

--
**Laura Porter**
Vice President, Strategic Marketing & Research
Sony Pictures Worldwide Marketing & Distribution
10202 West Washington Blvd | Culver City, CA 90232
p: ▮▮▮▮▮▮▮ | e: ▮▮▮▮▮▮▮▮▮▮

Confidential