Exhibit 41

1              UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4    BLAKE LIVELY,                    )
                        Plaintiff,    )
5                                     )
        v.                            )
6                                     ) CASE NO.
     WAYFARER STUDIOS LLC, a          ) 1:24-CV-10049-LJL
7    Delaware Limited Liability       )
     Company, JUSTIN BALDONI, an      )
8    individual, JAMEY HEATH, an      )
     individual, STEVE SAROWITZ, an   )
9    individual, IT ENDS WITH US      )
     MOVIE LLC, a California          )
10   Limited Liability Company,       )
     MELISSA NATHAN, an individual,   )
11   THE AGENCY GROUP PR LLC, a       )
     Delaware Limited Liability       )
12   Company, JENNIFER ABEL, an       )
     individual, JED WALLACE, an      )
13   individual, and STREET           )
     RELATIONS INC., a California     )
14   Corporation,                     )
                                      )
15                      Defendants.   )
     _____  )
16

           CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

17

18              VIDEOTAPED DEPOSITION OF

19                  DANNY GREENBERG

20            FRIDAY, SEPTEMBER 19, 2025

21              LOS ANGELES, CALIFORNIA

22

23   PAGES 1 - 318

24   REPORTED BY MARK SCHWEITZER

25   CSR #10514, RPR, CRR

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    17

| | | |
|---|---|---|
| 1 | you been a talent agent? | 10:01:18 |
| 2 | A. Yes. | 10:01:20 |
| 3 | Q. Now, you're familiar with the parties to | 10:01:21 |
| 4 | this case having read the complaint. In other words, | 10:01:27 |
| 5 | who the plaintiff is and who the defendants are? | 10:01:29 |
| 6 | A. Yes. | 10:01:32 |
| 7 | Q. And is it correct that at some point in | 10:01:33 |
| 8 | time, you represented Mr. Baldoni, a defendant in | 10:01:37 |
| 9 | this case? | 10:01:43 |
| 10 | A. Yes. | 10:01:43 |
| 11 | Q. How long did you represent Mr. Baldoni in | 10:01:43 |
| 12 | your capacity as a talent agent? | 10:01:47 |
| 13 | A. Around five years. I started representing | 10:01:49 |
| 14 | him after he directed his first movie, roughly the | 10:01:53 |
| 15 | second half of 2019. | 10:01:58 |
| 16 | Q. And are you familiar with an entity called | 10:02:01 |
| 17 | Wayfarer? | 10:02:05 |
| 18 | A. Yes. | 10:02:05 |
| 19 | Q. And Wayfarer Studios, is that or has that | 10:02:06 |
| 20 | been a client of William Morris's, if you know? | 10:02:11 |
| 21 | A. Yes. | 10:02:14 |
| 22 | Q. And would u u be the talent agent who | 10:02:15 |
| 23 | would've primarily responsible for the representation | 10:02:22 |
| 24 | of Wayfarer? | 10:02:23 |
| 25 | A. There was a team that represented | 10:02:23 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    18

| | | |
|---|---|---|
| 1 | Wayfarer.  The primary representation of Wayfarer was | 10:02:25 |
| 2 | through William Morris Endeavor's independent | 10:02:31 |
| 3 | division.  I was involved in that representation, but | 10:02:31 |
| 4 | my primary responsibility was representing Justin | 10:02:35 |
| 5 | as -- as a director and an actor. | 10:02:38 |
| 6 | Q.   And again, approximately how many years or | 10:02:45 |
| 7 | how long did you represent Mr. Baldoni in your | 10:02:51 |
| 8 | capacity as an agent for William Morris? | 10:02:56 |
| 9 | A.   Five years. | 10:02:59 |
| 10 | Q.   Do you still represent Mr. Baldoni? | 10:03:00 |
| 11 | A.   No. | 10:03:03 |
| 12 | Q.   Why not? | 10:03:04 |
| 13 | A.   We released Mr. Baldoni -- or Justin and | 10:03:09 |
| 14 | Wayfarer right around December 22nd of '24. | 10:03:13 |
| 15 | Q.   Okay.  Let me start with who is "we"? | 10:03:18 |
| 16 | A.   The agency. | 10:03:21 |
| 17 | Q.   And was there some event that prompted | 10:03:25 |
| 18 | Mr. Baldoni's dismissal as a client of William | 10:03:31 |
| 19 | Morris? | 10:03:33 |
| 20 | MS. GOVERNSKI:  Objection.  Form. | 10:03:41 |
| 21 | THE WITNESS:  Can you repeat the question? | 10:03:43 |
| 22 | Q.   BY MS. GAROFALO:  I will.  I'll rephrase | 10:03:45 |
| 23 | it.  Did something happen that caused William Morris | 10:03:46 |
| 24 | to drop Mr. Baldoni as a client? | 10:03:49 |
| 25 | A.   Yes. | 10:03:51 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                                    240

| | | |
|---|---|---|
| 1 | you see that you received this?  You're in the cc | 04:38:54 |
| 2 | line? | 04:38:57 |
| 3 |    A.    Yeah.  I do. | 04:38:57 |
| 4 |    Q.    Okay.  And you see the subject is "It Ends | 04:38:57 |
| 5 | With Us Proposed Sony Co-Production Term Sheet" -- | 04:38:59 |
| 6 |    A.    Got it.  Yup. | 04:38:59 |
| 7 |    Q.    Do you see that -- | 04:39:03 |
| 8 |    A.    It looks -- yeah, it looks like a producer | 04:39:04 |
| 9 | arranged an agreement between Wayfarer and Sony. | 04:39:05 |
| 10 |    Q.    Okay.  And the attachment to at least | 04:39:08 |
| 11 | Exhibit 22 is "Proposal to Sony For It Ends With Us." | 04:39:10 |
| 12 |         Do you see that? | 04:39:13 |
| 13 |    A.    Yes. | 04:39:13 |
| 14 |    Q.    Okay.  And the -- and the -- and you recall | 04:39:14 |
| 15 | receiving this document -- | 04:39:18 |
| 16 |    A.    No, I don't recall seeing it because I | 04:39:20 |
| 17 | wasn't across this.  My colleague, Deb McIntosh, was, | 04:39:25 |
| 18 | but I was copied. | 04:39:29 |
| 19 |    Q.    Okay.  And the opening email of Exhibit 22 | 04:39:30 |
| 20 | states, "Michael, on behalf of Wayfarer Studios, | 04:39:33 |
| 21 | attached please find a proposed term sheet for a | 04:39:35 |
| 22 | co-production for It Ends with Us." | 04:39:38 |
| 23 |         Do you see that document -- | 04:39:39 |
| 24 |    A.    Yes.  Yes. | 04:39:40 |
| 25 |    Q.    Do you understand that Schuyler Moore, who | 04:39:40 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                         241

| | | |
|---|---|---|
| 1 | it looks to be a lawyer, was sending this to Sony on | 04:39:45 |
| 2 | behalf of Wayfarer; is that right? | 04:39:48 |
| 3 | A.    Looks that way, yeah. | 04:39:50 |
| 4 | Q.    Okay.  And if you could go to the next | 04:39:51 |
| 5 | page -- oh, by the way, does Sony also go by | 04:39:53 |
| 6 | "Columbia"? | 04:39:57 |
| 7 | A.    Yes. | 04:39:57 |
| 8 | Q.    Okay.  So if we see "Columbia" in this, can | 04:39:57 |
| 9 | we understand that to be referring to Sony? | 04:40:00 |
| 10 | A.    Yes. | 04:40:02 |
| 11 | Q.    Okay.  So if you can go to the page ending | 04:40:02 |
| 12 | in 345 of Exhibit 22 and Paragraph 6. | 04:40:07 |
| 13 | Do you see that? | 04:40:13 |
| 14 | A.    Yes. | 04:40:14 |
| 15 | Q.    Okay.  And you see it says, "Director." | 04:40:14 |
| 16 | "Justin Baldoni to direct and to have final cut | 04:40:17 |
| 17 | rights.  Picture to be edited at a location of his | 04:40:20 |
| 18 | choosing." | 04:40:25 |
| 19 | Do you see that? | 04:40:25 |
| 20 | A.    Yes. | 04:40:26 |
| 21 | Q.    What does "final cut rights" mean? | 04:40:26 |
| 22 | A.    Meaning that his cut of the movie would be | 04:40:30 |
| 23 | the movie that would be released. | 04:40:32 |
| 24 | Q.    So do you understand that Wayfarer, in | 04:40:33 |
| 25 | their proposal to Sony, was proposing that | 04:40:37 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    242

| | | |
|---|---|---|
| 1 | Mr. Baldoni would have final cut rights? | 04:40:40 |
| 2 | A.   Yes. | 04:40:42 |
| 3 | Q.   Okay.  Let's go to Exhibit 23, please.  And | 04:40:44 |
| 4 | I'm gonna ask you to turn to the exact same | 04:40:46 |
| 5 | paragraph, which is located on the page ending in | 04:40:50 |
| 6 | Bates No. 1997.  Same paragraph.  Paragraph 6.  Let | 04:40:54 |
| 7 | me know when you're there. | 04:40:59 |
| 8 | A.   I'm there. | 04:41:02 |
| 9 | Q.   Okay.  And do you notice any changes in | 04:41:02 |
| 10 | Paragraph 6? | 04:41:08 |
| 11 | A.   Yes. | 04:41:10 |
| 12 | Q.   Please explain. | 04:41:11 |
| 13 | A.   It says here -- I'm assuming this is a | 04:41:13 |
| 14 | response from Sony, that Sony does not customarily | 04:41:19 |
| 15 | give directors a final cut, which is their response | 04:41:22 |
| 16 | to Wayfarer asking for it. | 04:41:26 |
| 17 | Q.   So specifically in Paragraph 6, they put | 04:41:28 |
| 18 | what appears to be brackets around "to have final cut | 04:41:30 |
| 19 | rights"; is that right? | 04:41:34 |
| 20 | A.   Yes. | 04:41:35 |
| 21 | Q.   And then they write in the last sentence, | 04:41:36 |
| 22 | "Columbia customarily doesn't give directors final | 04:41:38 |
| 23 | cut." | 04:41:43 |
| 24 | Do you understand that? | 04:41:43 |
| 25 | A.   Yes. | 04:41:43 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    243

| | | |
|---|---|---|
| 1 | Q.   Okay.  And then let's go to the third, | 04:41:44 |
| 2 | Exhibit 24.  And we can start on the cover page, | 04:41:50 |
| 3 | which ends in 367.  And you see this is an email | 04:41:55 |
| 4 | from, again, Mr. Moore saying, "Attached please find | 04:42:01 |
| 5 | a clean and redline proposal with our remaining minor | 04:42:05 |
| 6 | requested changes." | 04:42:09 |
| 7 | Do you see that? | 04:42:10 |
| 8 | A.   Yes. | 04:42:10 |
| 9 | Q.   Okay.  And so let's go to the next page | 04:42:10 |
| 10 | again.  Same drill.  Document ends in 369, | 04:42:12 |
| 11 | Paragraph 6. | 04:42:18 |
| 12 | Do you see that paragraph? | 04:42:18 |
| 13 | A.   Yes. | 04:42:19 |
| 14 | Q.   And what do you notice about Paragraph 6 in | 04:42:19 |
| 15 | this version? | 04:42:22 |
| 16 | A.   It now has become a -- basically a scenario | 04:42:23 |
| 17 | of -- of testing the film and it's ultimately -- how | 04:42:50 |
| 18 | that ultimately plays out will dictate which film | 04:42:56 |
| 19 | will be released. | 04:42:59 |
| 20 | Q.   So Paragraph 6 removes the language that | 04:43:00 |
| 21 | Mr. Baldoni was to have final cut rights; is that | 04:43:05 |
| 22 | right? | 04:43:07 |
| 23 | A.   Correct. | 04:43:07 |
| 24 | Q.   And it says instead, "Final cut to be | 04:43:08 |
| 25 | determined by bake-off"? | 04:43:10 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                          244

| | | |
|---|---|---|
| 1 | A.   Yes. | 04:43:14 |
| 2 | Q.   What is a bake-off? | 04:43:15 |
| 3 | A.   A bake-off is when a filmmaker comes to an | 04:43:16 |
| 4 | agreement with a studio that if the movie tests at a | 04:43:23 |
| 5 | certain level, that the studio would release that | 04:43:27 |
| 6 | particular version of the movie.  If it achieves | 04:43:29 |
| 7 | those numbers in a test screening scenario. | 04:43:33 |
| 8 | Q.   And what happens if it doesn't achieve | 04:43:36 |
| 9 | those levels? | 04:43:39 |
| 10 | A.   Then the studio would not contractually be | 04:43:40 |
| 11 | obligated to release that cut of the film. | 04:43:43 |
| 12 | Q.   And what would be released instead? | 04:43:45 |
| 13 | A.   They would probably come to some | 04:43:48 |
| 14 | arrangement on ultimately what the -- you know, which | 04:43:49 |
| 15 | cut should be released.  And usually, at that point, | 04:43:50 |
| 16 | the studio and the filmmaker and the editor would | 04:43:52 |
| 17 | work on a cut that everyone feels good about. | 04:43:54 |
| 18 | Q.   So a bake-off contemplates more than one | 04:43:56 |
| 19 | cut? | 04:44:00 |
| 20 | A.   A bake-off contemplates -- really in | 04:44:00 |
| 21 | this -- well, let me took here 'cause I don't see it | 04:44:04 |
| 22 | referring to any other cut in here. | 04:44:07 |
| 23 | Q.   Well, how would it be a bake-off if it's | 04:44:12 |
| 24 | only one cut? | 04:44:15 |
| 25 | A.   You know, the word "bake-off" really | 04:44:21 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                          245

| | | |
|---|---|---|
| 1 | doesn't have -- I'm not sure why it was used in this | 04:44:22 |
| 2 | scenario because it's pretty clear, and the studio | 04:44:25 |
| 3 | made it pretty clear, as did Wayfarer, that once it | 04:44:29 |
| 4 | hits the level in which it needed to hit, the studio | 04:44:33 |
| 5 | would release Justin's cut.  So I'm not sure why the | 04:44:38 |
| 6 | word "bake-off" would be in this particular paragraph | 04:44:40 |
| 7 | 'cause it doesn't reference anything other than | 04:44:44 |
| 8 | perhaps Sony's cut.  In other words, if his cut | 04:44:46 |
| 9 | tested at a certain level and along the way of | 04:44:50 |
| 10 | post-production, Sony came up with another cut of the | 04:44:52 |
| 11 | movie as a backup in the event that Justin's cut | 04:44:55 |
| 12 | didn't reach the level in which it needed to reach, | 04:44:58 |
| 13 | they can then, theoretically, put this contract and | 04:45:01 |
| 14 | use the Sony cut.  That would be my only | 04:45:01 |
| 15 | interpretation of why there would be a bake-off. | 04:45:06 |
| 16 | Q.   And does this document contemplate any | 04:45:07 |
| 17 | specificity regarding what you've called Sony's cut? | 04:45:11 |
| 18 | A.    Well, it says Columbia's changes.  So | 04:45:16 |
| 19 | that -- that's the -- that would be the implication | 04:45:18 |
| 20 | in this -- if you were trying to find some version of | 04:45:22 |
| 21 | why the word "bake-off" is there.  But my | 04:45:23 |
| 22 | interpretation in reading this, it's pretty clear | 04:45:26 |
| 23 | that it's simply a function of how Justin's cut would | 04:45:29 |
| 24 | test and whether or not Sony would have to engage or | 04:45:32 |
| 25 | not because the movie didn't test at a certain level. | 04:45:35 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                              246

| | | |
|---|---|---|
| 1 | Q.   You're not a lawyer, right? | 04:45:38 |
| 2 | A.   No. | 04:45:39 |
| 3 | Q.   So do you -- are you saying that they would | 04:45:39 |
| 4 | include the word "bake-off" even though they didn't | 04:45:43 |
| 5 | really mean bake-off? | 04:45:45 |
| 6 | A.   No. | 04:45:47 |
| 7 | Q.   Okay.  And you see the last sentence refers | 04:45:48 |
| 8 | to a cut incorporating Columbia's changes, right? | 04:45:54 |
| 9 | A.   Yup.  Yes. | 04:45:57 |
| 10 | Q.   And it doesn't say here who would be | 04:45:57 |
| 11 | responsible for creating a cut incorporating | 04:45:59 |
| 12 | Columbia's changes, does it? | 04:46:02 |
| 13 | A.   No, it does not. | 04:46:03 |
| 14 | Q.   Okay.  So as of at least the date of this | 04:46:04 |
| 15 | document -- which, let's see when that is -- | 04:46:10 |
| 16 | October 2022, Mr. Baldoni understood that he would | 04:46:15 |
| 17 | not have final cut rights; is that right? | 04:46:19 |
| 18 | MS. GAROFALO:  Objection. | 04:46:24 |
| 19 | THE WITNESS:  Correct. | 04:46:26 |
| 20 | Q.   BY MS. GOVERNSKI:  Okay.  Let's go to an | 04:46:29 |
| 21 | exhibit that opposing counsel showed you, Exhibit | 04:46:32 |
| 22 | No. 8, which ends in WME 1214. | 04:46:44 |
| 23 | Before we talk about this document, | 04:46:56 |
| 24 | Mr. Greenberg, I just want to understand, are there | 04:46:58 |
| 25 | only -- were there only ever literally two versions | 04:47:01 |

| | | |
|---|---|---|
| 1 | of the film, like, Justin's edit and then another | 04:47:06 |
| 2 | version and that was it, only two? | 04:47:10 |
| 3 | A.   No.   I mean, it's -- there's Justin -- | 04:47:13 |
| 4 | it's -- it's a living, breathing thing.  And so | 04:47:17 |
| 5 | Justin's edit of the film was a movie that he | 04:47:20 |
| 6 | effectively finished but not literally finished, but | 04:47:24 |
| 7 | that he, for the most part, finished.  I'm not sure | 04:47:27 |
| 8 | whether or not it was locked yet.  But that was the | 04:47:29 |
| 9 | movie that was tested that I attended.  And that was | 04:47:31 |
| 10 | when I think this particular formula that you read in | 04:47:35 |
| 11 | the last paragraph, in paragraph 6, applied to that | 04:47:39 |
| 12 | test. | 04:47:44 |
| 13 | Q.   How do you know it applied to that test? | 04:47:45 |
| 14 | A.   Because as far as I know, that was the last | 04:47:47 |
| 15 | test of any of his films -- or any of his cuts that | 04:47:49 |
| 16 | he was doing along the way. | 04:47:52 |
| 17 | Q.   How many of Justin's cuts were tested? | 04:47:53 |
| 18 | A.   I don't recall how many. | 04:47:55 |
| 19 | Q.   More than one, though? | 04:47:57 |
| 20 | A.   I know there was at least two tests, but it | 04:47:58 |
| 21 | was the cut that he was progressing on.  So it's one | 04:48:01 |
| 22 | version of the movie.  It might have been farther | 04:48:03 |
| 23 | along in the second test than it was in the first | 04:48:06 |
| 24 | test, but it was the movie that he was working on | 04:48:08 |
| 25 | post. | 04:48:10 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                         271

| | | |
|---|---|---|
| 1 | A.    He -- he also referenced -- there might | 05:20:14 |
| 2 | have been a couple other things, like referencing the | 05:20:19 |
| 3 | fact the production hired one of Justin's friends to | 05:20:20 |
| 4 | be a doctor on the movie.  In addition to Justin | 05:20:23 |
| 5 | hiring his wife to be a doctor on a movie.  There | 05:20:26 |
| 6 | was -- I -- I don't recall anything else off the top | 05:20:28 |
| 7 | of my head, but he felt, to me, in that -- in that -- | 05:20:33 |
| 8 | on that call that he was trying to build a case | 05:20:36 |
| 9 | against Justin.  And I just didn't feel like anything | 05:20:38 |
| 10 | rose to that occasion.  And so I was trying to get, | 05:20:43 |
| 11 | you know, Ryan to give me more, and that's when he | 05:20:46 |
| 12 | sort of put a stop to it, and the call pivoted to | 05:20:48 |
| 13 | more about the print and the test that had just | 05:20:51 |
| 14 | happened, and his reaction to what he had just seen | 05:20:53 |
| 15 | in this part of it. | 05:20:56 |
| 16 | Q.    But you earlier testified that none of what | 05:20:56 |
| 17 | he conveyed was sexual in nature; is that right? | 05:21:00 |
| 18 | A.    Correct. | 05:21:06 |
| 19 | Q.    Okay.  Do you recall Mr. Reynolds conveying | 05:21:06 |
| 20 | to you that Colleen Hoover did not want to go to the | 05:21:10 |
| 21 | premiere with Mr. Baldoni? | 05:21:15 |
| 22 | A.    I do remember that. | 05:21:17 |
| 23 | Q.    What did he tell you? | 05:21:21 |
| 24 | A.    He asked me if Justin was planning on going | 05:21:22 |
| 25 | to the premiere, which surprised me.  I said, Of | 05:21:24 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    272

| 1 | course, he would.  I think, at the time, I reiterated | 05:21:27 |
| 2 | to him that he found the material, developed the | 05:21:30 |
| 3 | material, produced the material, co-financed the | 05:21:32 |
| 4 | material, starred in the movie, directed the movie, | 05:21:34 |
| 5 | and it seemed peculiar that he would even raise that | 05:21:35 |
| 6 | issue.  And his reaction to my reaction was that | 05:21:37 |
| 7 | Colleen would not go to the premiere if Justin was | 05:21:40 |
| 8 | there -- or that he believed it's possible that | 05:21:43 |
| 9 | Colleen would not go to the premiere if he was there. | 05:21:46 |
| 10 | Q.   Did you speak to Ms. Hoover regarding | 05:21:49 |
| 11 | whether she would go to the premiere if Mr. Baldoni | 05:21:51 |
| 12 | was there? | 05:21:53 |
| 13 | A.   No. | 05:21:54 |
| 14 | Q.   Do you have any reason to doubt | 05:21:54 |
| 15 | Mr. Reynolds's statement that Ms. Hoover would not go | 05:21:57 |
| 16 | to the premiere if Mr. Baldoni was there? | 05:22:01 |
| 17 | A.   I had no reason to doubt it. | 05:22:03 |
| 18 | Q.   Do you recall Mr. Reynolds telling you that | 05:22:05 |
| 19 | Ms. Lively was actually trying to keep the cast | 05:22:09 |
| 20 | together at that point to all go to the premiere | 05:22:13 |
| 21 | together? | 05:22:17 |
| 22 | A.   I don't recall that part of the | 05:22:17 |
| 23 | conversation. | 05:22:20 |
| 24 | MS. GOVERNSKI:  Okay.  We can mark | 05:22:29 |
| 25 | Exhibit 26, which will be WME_0000641. | 05:22:33 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    290

| | | |
|---|---|---|
| 1 | Q. By refuting her claims about what happened | 05:45:25 |
| 2 | on the set? | 05:45:28 |
| 3 | A. Potentially. Again, I wasn't across the -- | 05:45:28 |
| 4 | the publicity campaign or -- or anything along those | 05:45:33 |
| 5 | lines. So that's -- this was basically a reflection | 05:45:35 |
| 6 | of what I heard from the publicists as well as from | 05:45:38 |
| 7 | Wayfarer. | 05:45:42 |
| 8 | Q. But your understanding is that they were | 05:45:42 |
| 9 | preparing to go public to refute her claims about | 05:45:44 |
| 10 | what happened to her on the set? | 05:45:47 |
| 11 | MS. GAROFALO: Objection. | 05:45:50 |
| 12 | THE WITNESS: In the event they needed to | 05:45:51 |
| 13 | defend themselves, as my understanding is that they | 05:45:53 |
| 14 | were prepared to be truthful about what their | 05:45:55 |
| 15 | experience was. | 05:45:58 |
| 16 | Q. BY MS. GOVERNSKI: Did you attend the | 05:45:59 |
| 17 | premiere of It Ends with Us? | 05:46:01 |
| 18 | A. Yes. | 05:46:02 |
| 19 | Q. Did you speak with Mr. Sarowitz at the | 05:46:04 |
| 20 | premiere? | 05:46:10 |
| 21 | A. I spoke with Mr. Sarowitz at the premiere | 05:46:11 |
| 22 | party. | 05:46:13 |
| 23 | Q. The premiere party after the premiere? | 05:46:14 |
| 24 | A. Correct. | 05:46:16 |
| 25 | Q. Where did that occur? | 05:46:16 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    291

```
 1        A.    At a hotel down the street.  I forgot the     05:46:17

 2   name of it.                                              05:46:20

 3        Q.    And that was on August 6, 2024?               05:46:20

 4        A.    That sounds right.                            05:46:23

 5        Q.    What did you and Mr. Sarowitz discuss?        05:46:24

 6        A.    He asked me how things were going with        05:46:26

 7   respect to publicity, with respect to the dynamic       05:46:34

 8   between Blake and Justin.  Is this gonna impact how      05:46:36

 9   the movie opens?  Is it -- my response to him was        05:46:39

10   simply, you know, The publicists are all over it.        05:46:42

11   They're doing their job.  They're working in             05:46:45

12   conjunction with Blake's publicity team.  And I -- it    05:46:47

13   seems to me like everything's going to be okay.  At      05:46:49

14   that point, it was Thursday before the movie opened.     05:46:52

15   So there -- there really wasn't much out there, if       05:46:54

16   anything, about the dynamic between the two of them.     05:46:57

17   So I was basically trying to just sort of calm him       05:47:00

18   down.  He was seemingly a bit defensive and nervous      05:47:03

19   about what could happen.  Again, you know, he            05:47:09

20   financed and built the studio.  And so I was just        05:47:13

21   basically alleviating his concerns, and he seemed to     05:47:17

22   be okay.                                                 05:47:20

23        Q.    You used the words, "calm him down."  How     05:47:23

24   would you describe his demeanor?                         05:47:25

25        A.    I don't know him very well.  I've only met    05:47:27
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    292

| | | |
|---|---|---|
| 1 | him and had a couple of Zooms with him over time, | 05:47:30 |
| 2 | but, you know, he seems to me to be a relatively | 05:47:33 |
| 3 | intense guy, and a very straightforward, seemingly | 05:47:35 |
| 4 | very honest guy, at least how he has communicated | 05:47:39 |
| 5 | with me in the few times that we've communicated and | 05:47:42 |
| 6 | how that's very important to him.  Kind of a | 05:47:44 |
| 7 | spiritual, faithful guy.  And so in that moment, it | 05:47:47 |
| 8 | seemed to me that he was feeling like -- and I've | 05:47:50 |
| 9 | used the word earlier, a bit defensive in that he | 05:47:52 |
| 10 | needed to potentially protect himself, and so I was | 05:47:55 |
| 11 | trying to assure him that he really had nothing to | 05:47:57 |
| 12 | worry about and that everybody was doing their job, | 05:47:59 |
| 13 | and, you know, the movie's gonna open great and, you | 05:48:02 |
| 14 | know, it's gonna be all right. | 05:48:04 |
| 15 | Q.    Do you remember anything in particular that | 05:48:05 |
| 16 | Mr. Sarowitz said, his exact words? | 05:48:07 |
| 17 | A.    For instance? | 05:48:10 |
| 18 | Q.    Well, did Mr. Sarowitz tell you that he was | 05:48:14 |
| 19 | prepared to spend a hundred million dollars to ruin | 05:48:16 |
| 20 | the lives of Ms. Lively? | 05:48:18 |
| 21 | A.    No.  He did not say that. | 05:48:22 |
| 22 | Q.    Did he say anything similar to that? | 05:48:22 |
| 23 | A.    He said that -- if I remember correctly, | 05:48:26 |
| 24 | when I used the word "publicist," his response to | 05:48:28 |
| 25 | that is, That's fine, but, you know, I have lawyers, | 05:48:32 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    293

| | | |
|---|---|---|
| 1 | and in the event I need to, and this becomes a legal | 05:48:34 |
| 2 | situation, I'm prepared to spare no expense.  He | 05:48:37 |
| 3 | didn't mention anything about money.  And again, it | 05:48:39 |
| 4 | just sort of seemed in character.  But my analysis | 05:48:43 |
| 5 | was that it was purely defensive and that he had no | 05:48:50 |
| 6 | intention of doing anything.  It sounded like it was | 05:48:53 |
| 7 | a little bit hubris and a little bit like, you know, | 05:48:56 |
| 8 | let me know if I need to do something, I will.  Let | 05:48:59 |
| 9 | me know if I need to engage or whatever, and so that | 05:49:02 |
| 10 | was the last time I spoke to him. | 05:49:04 |
| 11 | Q.   So it's your testimony that he did not | 05:49:05 |
| 12 | reference spending a hundred million dollars? | 05:49:07 |
| 13 | A.   I don't -- I don't recall.  It's possible. | 05:49:10 |
| 14 | I just don't recall him using that number or that | 05:49:14 |
| 15 | figure.  I do recall something to the effect of | 05:49:16 |
| 16 | sparing no expense.  So it's possible he did.  I just | 05:49:21 |
| 17 | don't recall that. | 05:49:25 |
| 18 | Q.   And is Mr. Sarowitz a billionaire? | 05:49:27 |
| 19 | A.   I believe so. | 05:49:30 |
| 20 | MS. GAROFALO:  Objection. | 05:49:31 |
| 21 | THE WITNESS:  I believe so from what I've | 05:49:32 |
| 22 | read -- | 05:49:34 |
| 23 | Q.   BY MS. GOVERNSKI:  So what was your | 05:49:34 |
| 24 | impression of when he said he would spare no expense? | 05:49:36 |
| 25 | A.   I didn't really have much of an impression. | 05:49:40 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    298

| | | |
|---|---|---|
| 1 | A.    Yes.   That's the only thing that he | 05:54:27 |
| 2 | mentioned to me.  He used the word "legal," and that | 05:54:35 |
| 3 | was the only context in which he mentioned anything | 05:54:35 |
| 4 | to me. | 05:54:36 |
| 5 | MS. GOVERNSKI:  Okay.  I'm gonna mark | 05:54:36 |
| 6 | Exhibit 30. | 05:54:41 |
| 7 | (Exhibit 30 for identification.) | 05:54:43 |
| 8 | MS. LEADER:  Counsel, after this exhibit, | 05:54:43 |
| 9 | can we take a five-minute break? | 05:54:47 |
| 10 | MS. GOVERNSKI:  Yeah.  I have just one more | 05:54:47 |
| 11 | module after this, and then I probably will be done. | 05:54:48 |
| 12 | But we can take a break. | 05:54:48 |
| 13 | Q.    Okay.  What I just handed you is WME 1319. | 05:54:51 |
| 14 | Do you see that in front of you? | 05:54:59 |
| 15 | A.    I do. | 05:55:00 |
| 16 | Q.    Do you recognize this? | 05:55:01 |
| 17 | A.    Yes, I do. | 05:55:02 |
| 18 | Q.    Okay.  Do you see in the first paragraph, | 05:55:03 |
| 19 | you say, "I think we're on a good path here.  There's | 05:55:08 |
| 20 | a truce between the publicists on both sides," and | 05:55:11 |
| 21 | your last sentence in that paragraph is, "I had to | 05:55:15 |
| 22 | dial down the billionaire at the premiere who is | 05:55:17 |
| 23 | ready for serious battle." | 05:55:21 |
| 24 | Do you see that? | 05:55:22 |
| 25 | A.    Yes. | 05:55:26 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                           299

| | | |
|---|---|---|
| 1 | Q.    Who is the billionaire that you're | 05:55:26 |
| 2 | referring to here? | 05:55:26 |
| 3 | A.    Steve Sarowitz. | 05:55:28 |
| 4 | Q.    And again, why did you use the term -- | 05:55:30 |
| 5 | strike that. | 05:55:32 |
| 6 | Why did you use the term -- well, strike | 05:55:32 |
| 7 | that. | 05:55:32 |
| 8 | Why did you use the term, "ready for | 05:55:34 |
| 9 | serious battle"? | 05:55:34 |
| 10 | A.    Well, it's just a continuation of what I've | 05:55:35 |
| 11 | been saying the past five minutes.  That he felt | 05:55:39 |
| 12 | threatened.  And "battle" refers to potentially | 05:55:40 |
| 13 | having to get into a legal dispute. | 05:55:42 |
| 14 | MS. GOVERNSKI:  Okay.  Let's take a quick | 05:55:47 |
| 15 | break, and then just think I just have two more | 05:55:49 |
| 16 | minutes of questions. | 05:55:52 |
| 17 | MS. GAROFALO:  Can we get a time check for | 05:55:54 |
| 18 | both sides, please? | 05:55:56 |
| 19 | THE VIDEOGRAPHER:  Yes, let's go off the | 05:55:57 |
| 20 | record first. | 05:55:59 |
| 21 | MS. GAROFALO:  Sure. | 05:56:00 |
| 22 | THE VIDEOGRAPHER:  We're going off the | 05:56:01 |
| 23 | record.  The time is 5:55 p.m. | 05:56:02 |
| 24 | (Recess taken.) | 06:17:15 |
| 25 | THE VIDEOGRAPHER:  We are back on the | 06:17:15 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                     317

```
1    STATE OF CALIFORNIA       )
                               )
2    COUNTY OF LOS ANGELES     )

3

4         I, Mark Schweitzer, Certified

5    Shorthand Reporter No. 10514, do hereby

6    Certify:

7         That prior to being examined, the witness

8    named in the foregoing deposition was by me duly

9    sworn to testify the truth, the whole truth, and

10   nothing but the truth;

11        That said deposition was taken down by me

12   in shorthand and thereafter reduced to print by

13   means of computer-aided transcription; and the same

14   is a true, correct, and complete transcript of said

15   proceedings.

16        I further certify that I am not interested in

17   the outcome of the action.

18        Witness my hand this 22nd day of September,

19   2025.

20

21   _____

     MARK SCHWEITZER, CSR #10514, RPR, CRR
22   Certified Shorthand Reporter
     In and for the State of California
23

24

25
```