# Exhibit 42

Colleen Hoover

Memorandum



To: Colleen Hoover

From: Danni Maggin

Date: June 14, 2024

RE: IT ENDS WITH US – Book Bonanza Schedule

Following, please find your schedule on behalf of IT ENDS WITH US.

Please contact Danni Maggin (████████████) regarding any questions or concerns.

Thank you.

SPE_BL0019748

Colleen Hoover

# IT ENDS WITH US

COLLEEN HOOVER

## SATURDAY, JUNE 15TH

Please note, all times below are listed in CDT. Sony Pictures Representative Todd Michalak (█████████) will be your on-site contact for the day.

Sony Pictures
Todd Michalak
████████

| | |
|---|---|
| 7:55AM | Sony Pictures Representative Todd Michalak will arrive to your suite at The Gaylord to sit in on your PEOPLE MAGAZINE interview. |
| 8:00AM - 8:45AM | In-Person Interview for PEOPLE MAGAZINE in your suite at The Gaylord Texan Resort & Convention Center.<br>Interviewer: Lizz Schumer |
| 9:10AM | Sony Pictures Representative Todd Michalak will escort you to your EmpireCLS SUV at The Gaylord Texan Resort & Convention Center and ride with you to The Ritz-Carlton Dallas.<br><br>EmpireCLS<br>800-451-5466<br>Confirmation: 13627868*6<br><br>The Ritz-Carlton Dallas<br>2121 McKinney Ave<br>Dallas, TX 75201 |
| 10:00AM | Begin Sony Creative Content Shoot in Salon A. |
| **10:00AM - 10:20AM** | **Sony Creative Content Shoot. (Paired with Blake Lively)** |
| **10:20AM - 11:25AM** | **Sony Creative Content Shoot. (Paired with Blake Lively and Isabela Ferrer)** |
| **11:25AM** | Wrap Creative Content Shoot. BREAK. Your EmpireCLS SUV will be on hand to drive you back as directed.<br><br>EmpireCLS<br>800-451-5466<br>Confirmation: **13627868*6** |
| **8:45PM** | Your EmpireCLS SUV will pick you up at The Gaylord Texan Resort & Convention Center and transfer you to the AMC Grapevine Mills 24 where Sony |

SPE_BL0019749

Colleen Hoover

Pictures Representative Todd Michalak will greet you upon arrival and escort you to each auditorium for introductions.

EmpireCLS
800-451-5466
Confirmation: **13627868*6**

AMC Grapevine Mills 24
3150 Grapevine Mills Pkwy
Grapevine, TX 76051

**9:00PM**    Arrive at AMC Grapevine Mills 24 where Sony Pictures Representative Todd Michalak will greet you upon arrival and escort you to each auditorium for introductions.

10:00PM    IT ENDS WITH US Book Bonanza advance screenings begin.
***Please note, you will be introducing all 14 auditoriums alongside Blake Lively, Brandon Sklenar, and Isabela Ferrer. The showtimes are staggered beginning at 10:00PM, but if the theaters are full sooner, we will start at 9:30PM. We will save a seat for you to sit through in the last theater you introduce. There will be a social videographer following the group to capture content.***

**<u>IT ENDS WITH US SCREENINGS RUN OF SHOW</u>**
**Auditorium 14 (416 Seats) - Author and Sponsor Theater (VIP House)**
**Auditorium 24 (282 Seats)**
**Auditorium 25 (241 Seats)**
**Auditorium 26 (177 Seats)**
**Auditorium 27 (98 Seats)**
**Auditorium 28 (99 Seats)**
**Auditorium 29 (148 Seats)**
**Auditorium 30 (88 Seats)**
**Auditorium 17 (416 Seats)**
**Auditorium 16 (252 Seats)**
**Auditorium 6 (110 Seats)**
**Auditorium 7 (122 Seats)**
**Auditorium 5 (85 Seats)**
**Auditorium 4 (53 Seats)**

END OF DAY. Upon conclusion, your EmpireCLS SUV will be on hand to transfer you back to The Gaylord Texan Resort & Convention Center.

EmpireCLS
800-451-5466
Confirmation:  **13627868*6**

### 

Confidential                                                                     SPE_BL0019750