# Exhibit 43



Exhibit: 12
Witness: SAKS
Date: 9/24/25
CSR#12019: Ashley Soevyn

## Short Message Report

| Conversations: 1 | Participants: 3 |
| Total Messages: 64 | Date Range: 6/15/2024 |

### Outline of Conversations

💬 ▇▇▇▇▇▇▇▇▇ • 64 messages on 6/15/2024 • Alex Saks <▇▇▇▇▇> • Home <▇▇▇▇▇> • Todd Black <▇▇▇▇▇>

Confidential                                                                                                   SPE_BL0002183

**Messages in chronological order** (times are shown in GMT -07:00)

| | | |
|---|---|---|
| AS | **Alex Saks** <████> | 6/15/2024, 11:40 AM |
| | Forgot! Told ange last week to so, Christy hall, the writer asked me for dinner a couple weeks ago after the test we were all at. She also won't do press w Justin, doesn't even want to be on the red carpet w him. Todd, not sure if you knew that piece too. | |
| TB | **Todd Black** <████> | 6/15/2024, 11:40 AM |
| | Did not know. Thank You | |
| AS | **Alex Saks** <████> | 6/15/2024, 11:41 AM |
| | Will share all w you both going fwd | |
| H | **Home** <████> | 6/15/2024, 11:54 AM |
| | oh jeez. | |
| AS | **Alex Saks** <████> | 6/15/2024, 11:57 AM |
| | Yeppp | |
| AS | **Alex Saks** <████> | 6/15/2024, 1:02 PM |
| | Hi Alex. Spoke with Todd. Hope you're well. Give me a ring whenever you're free. Thanks mucho. | |
| AS | **Alex Saks** <████> | 6/15/2024, 1:02 PM |
| | I'm not calling him | |
| AS | **Alex Saks** <████> | 6/15/2024, 1:03 PM |
| | How should I respond or should I just not? | |
| TB | **Todd Black** <████> | 6/15/2024, 1:03 PM |
| | I pretty much told him everything  call me | |
| AS | **Alex Saks** <████> | 6/15/2024, 7:34 PM |
| | Dinner was lovely. A lottttt of shit talking amongst Blake and Brandon and Isabela when she was included. | |
| TB | **Todd Black** <████> | 6/15/2024, 7:34 PM |
| | About JB? | |
| AS | **Alex Saks** <████> | 6/15/2024, 7:35 PM |
| | Yes. They all hate him. It was them, me (my two best friends), Vivian baker make up (was on our movie), Blake's hair person Jennifer, and Ryan's mom | |
| AS | **Alex Saks** <████> | 6/15/2024, 7:35 PM |
| | Blake was in great spirits | |
| AS | **Alex Saks** <████> | 6/15/2024, 7:35 PM |
| | Josh called or texted during dinner | |
| AS | **Alex Saks** <████> | 6/15/2024, 7:36 PM |
| | And she said how much she loved him | |

| | | | |
|---|---|---|---|
| TB | **Todd Black** <​█​> | | 6/15/2024, 7:36 PM |
| | Good. Hopefully she will do what he needs her to do to open the film big time. | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:36 PM |
| | It seems so | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:36 PM |
| | She said how fun today was | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:36 PM |
| | They were all happy to be there together | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:38 PM |
| | Brandon is tightly wrapped around her finger. Isabela is too, but not as obviously | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:38 PM |
| | Will text you as the screenings get underway. We're in route now | | |
| TB | **Todd Black** <​█​> | | 6/15/2024, 7:39 PM |
| | Can't wait to hear. Thanks | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:39 PM |
| | Loved "Can't wait to hear. Thanks " | | |
| H | **Home** <​█​> | | 6/15/2024, 7:48 PM |
| | oh my gosh.<br>thank you Alex<br>So glad you are there. | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:51 PM |
| | Me too!! They're all in good spirits. With the absence, which they all articulated. On another note. | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:51 PM |



Image: ~_Library_SMS_Attachments_c7_07_at_0_AAE9E803-A433-4091-9FD8-7105DD8192C7_IMG_6854.jpeg (380 KB)

| | | | |
|---|---|---|---|
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:51 PM |
| | Tissue packets… geniu | | |
| AS | **Alex Saks** <​█​> | | 6/15/2024, 7:51 PM |
| | Genius* | | |

| | | |
|---|---|---|
| AS | **Alex Saks** <​███​> | 6/15/2024, 8:40 PM |



Image: ~_Library_SMS_Attachments_cd_13_at_0_0A2D3175-90DC-4B0B-9D16-E0CBBA116B21_IMG_6866.jpeg (452 KB)

| | | |
|---|---|---|
| TB | **Todd Black** <​███​><br>Wow. Exciting | 6/15/2024, 8:43 PM |
| AS | **Alex Saks** <​███​><br>Loved "Wow. Exciting " | 6/15/2024, 8:43 PM |
| AS | **Alex Saks** <​███​><br>14 theaters full | 6/15/2024, 8:44 PM |
| TB | **Todd Black** <​███​><br>Wow. Sooo amazing. Can't wait to hear the reactions | 6/15/2024, 8:44 PM |
| AS | **Alex Saks** <​███​><br>The fans are so excited to be here | 6/15/2024, 8:45 PM |
| H | **Home** <​███​><br>omg. has it started?? | 6/15/2024, 8:45 PM |
| AS | **Alex Saks** <​███​><br>Half have! | 6/15/2024, 8:46 PM |
| H | **Home** <​███​><br>gonna be late night. | 6/15/2024, 8:46 PM |
| AS | **Alex Saks** <​███​><br>The Sony team is so on top of everything. It's really well done | 6/15/2024, 8:47 PM |
| AS | **Alex Saks** <​███​><br>Ha yes! | 6/15/2024, 8:47 PM |
| H | **Home** <​███​><br>they are the best. | 6/15/2024, 8:47 PM |
| TB | **Todd Black** <​███​><br>They are the best | 6/15/2024, 8:47 PM |

| | | | |
|---|---|---|---|
| AS | **Alex Saks** <█> <br> Truly | | 6/15/2024, 8:47 PM |
| AS | **Alex Saks** <█> <br> All so dedicated and lovely | | 6/15/2024, 8:47 PM |
| AS | **Alex Saks** <█> | | 6/15/2024, 8:57 PM |



Image: ~_Library_SMS_Attachments_13_03_at_0_8F69E6DF-13AA-4F20-BF7E-84B37B69B86B_IMG_6875.jpeg (492 KB)

| | | | |
|---|---|---|---|
| TB | **Todd Black** <█> <br> Is the audience freaking | | 6/15/2024, 8:58 PM |
| AS | **Alex Saks** <█> <br> Yes! | | 6/15/2024, 8:58 PM |
| AS | **Alex Saks** <█> <br> Played HUGE | | 6/15/2024, 11:17 PM |
| AS | **Alex Saks** <█> <br> Audible reactions, applause at every emotional high point throughout | | 6/15/2024, 11:18 PM |
| AS | **Alex Saks** <█> <br> Standing ovation at the end | | 6/15/2024, 11:18 PM |
| AS | **Alex Saks** <█> <br> Everyone seems thrilled | | 6/15/2024, 11:18 PM |
| AS | **Alex Saks** <█> <br> Blake very happy | | 6/15/2024, 11:18 PM |
| AS | **Alex Saks** <█> <br> Music was better | | 6/15/2024, 11:18 PM |
| AS | **Alex Saks** <█> <br> Strongest cut thus far | | 6/15/2024, 11:18 PM |
| AS | **Alex Saks** <█> <br> (Music still needs help) | | 6/15/2024, 11:21 PM |

Confidential

SPE_BL0002187

| | | | |
|---|---|---|---|
| AS | **Alex Saks** <​███​> | | 6/15/2024, 11:21 PM |
| | My friends (who see all the stuff I make) are flipping for it, cried, laughed, saying 11/10 | | |
| H | **Home** <​███​> | | 6/15/2024, 11:38 PM |
| | oh thank heaven!!! | | |
| AS | **Alex Saks** <​███​> | | 6/15/2024, 11:39 PM |
| | There's still stuff we'd want to do on the cut, for sure, but it is wayyyyyy better and if thats where we end up, I'm proud | | |
| AS | **Alex Saks** <​███​> | | 6/15/2024, 11:39 PM |



Image: ~_Library_SMS_Attachments_d0_00_at_0_A8209571-C3BC-448E-8CE8-211FF596B665_IMG_6876.jpeg (208 KB)

| | | | |
|---|---|---|---|
| H | **Home** <​███​> | | 6/15/2024, 11:41 PM |
| | Wowza!!! | | |
| AS | **Alex Saks** <​███​> | | 6/15/2024, 11:43 PM |
| | Yay. Blake, brandon, Isabela etc are going to celebrate at their hotel w Colleen. I will be going to sleep lol | | |
| H | **Home** <​███​> | | 6/15/2024, 11:44 PM |
| | Brandon is going to blow / glow up over this. Blake must be thrilled. | | |
| AS | **Alex Saks** <​███​> | | 6/15/2024, 11:46 PM |
| | Yes on both. She is. And he is thirstyyyyy for it. 🤤 | | |
| AS | **Alex Saks** <​███​> | | 6/15/2024, 11:46 PM |
| | Check the it ends w us instagram stories, Blake is teaching him exactly what to do, it's fascinating | | |
| AS | **Alex Saks** <​███​> | | 6/15/2024, 11:52 PM |
| | Oh also, in case anyone was debating fixing the heart tattoo, they've been talking about it publicly all weekend 😬 | | |