# Exhibit 45

**Thread Participants:** Henny Grace (Owner); Travis Van Winkle; Justin Baldoni (Owner) Justin Baldoni (Owner); J B (Owner)
**Active Participants:** Henny Grace (Owner); Travis Van Winkle
**First Message:** 2/23/2024 2:38:09 AM
**Last Message:** 2/23/2024 11:53:37 AM

---

**Henny Grace (Owner)**
Well. In fun events. She called Producers and Sony today and told them that she will not promote the movie unless she gets come into the edit (which is private for the next 7! Weeks) and edit with me (during my directors cut)
2/23/2024 2:38:09 AM

**Travis Van Winkle**
Are you fucking kidding me?????
2/23/2024 8:59:43 AM

**Travis Van Winkle**
She can't do that
2/23/2024 8:59:51 AM

**Travis Van Winkle**
Don't have her promote the movie then
2/23/2024 9:00:18 AM

**Travis Van Winkle**
And if people ask her why, than she has to say because he wouldn't let me edit with him during his directors edit and that really shows she is out of line man.
2/23/2024 9:01:34 AM

**Travis Van Winkle**
I'm so sorry J. How is she allowed to blackmail the studio??!! And hijack your edit????!
2/23/2024 9:02:14 AM

**Travis Van Winkle**
The book already has a built in fan base. You don't need her to promote
2/23/2024 9:02:51 AM

**Travis Van Winkle**
Sony has to put an end to this and protect you Justin.
2/23/2024 9:03:49 AM

**Travis Van Winkle**
Please call her bluff. Fuck I hope somehow you can call her bluff.
2/23/2024 9:04:22 AM

---

Exhibit: 35
Witness: BALDONI
Date: 10/7/25
CSR#12019: Ashley Soevyn

**Travis Van Winkle**
Who the hell does she think she is?? Has this ever happened before?? Can't be the first time.. what have the studios done is the past when an actor pulled some shit like this? There has to be precedent for something like this that protects you
2/23/2024 9:05:38 AM

**Henny Grace (Owner)**
She had the nuclear bomb.
If she doesn't promote the movie she can leak that I'm a bad person or that she felt unsafe with me and "all the stuff" she has on me. Then she's the victim. It's the Taylor swift playbook.
So she can ask for whatever she wants because she knows I know
2/23/2024 11:01:12 AM

**Travis Van Winkle**
Who did Taylor swift do this to?
2/23/2024 11:02:30 AM

**Travis Van Winkle**
And FUCK
2/23/2024 11:02:37 AM

**Travis Van Winkle**
what happens if she leaks 'all the stuff'? Is that something you're willing to stand up to in order to make this your movie?
2/23/2024 11:03:44 AM

**Travis Van Winkle**
Or is this a swallow your pride kind of thing again and again and again?
2/23/2024 11:04:29 AM

**Travis Van Winkle**
Isn't there power in you having 'all the stuff' on her and Ryan as well?
2/23/2024 11:05:00 AM

**Travis Van Winkle**
I'm so sorry man. This is never ending bullshit coming at you
2/23/2024 11:05:31 AM

**Henny Grace (Owner)**
Scooter
2/23/2024 11:07:23 AM

**Henny Grace (Owner)**
When he bought her catalogue
2/23/2024 11:07:35 AM

**Henny Grace (Owner)**
Started when Kanye took the mic from her and she became the innocent victim -
Lots of her music is about ex boyfriends -
2/23/2024 11:08:07 AM

**Henny Grace (Owner)**
They know I don't have any real power
2/23/2024 11:08:25 AM

**Travis Van Winkle**
So what's the move?
2/23/2024 11:09:02 AM

**Travis Van Winkle**
Have her co-edit with you for the next 7 weeks?
2/23/2024 11:09:29 AM

**Henny Grace (Owner)**
She is leaving in 4 weeks for her next movie so she said unless she edits she won't promote and we have to move release date - it's her strategy.
But I can't let her in until I know what the movie is. It's like letting someone in while your figuring out what to paint
2/23/2024 11:11:38 AM

**Henny Grace (Owner)**
So it's a Chinese finger trap like every Thing else
2/23/2024 11:11:51 AM

**Travis Van Winkle**
How does the studio allow this ?
2/23/2024 11:12:31 AM

**Travis Van Winkle**
They should have YOUR back.
2/23/2024 11:12:40 AM

**Travis Van Winkle**
It's your idea. You acquired it. Spearheaded the whole damn thing. Brought it to Sony.
2/23/2024 11:13:10 AM

**Travis Van Winkle**
This literally zaps the life out of the process. The joy of making movies. The whole reason behind it to touch and move people. To make them smile feel laugh cry think.
2/23/2024 11:15:10 AM

**Henny Grace (Owner)**
Nope.
They just want the movie to do well and they can't release a movie the star doesn't promote
2/23/2024 11:15:16 AM

CONFIDENTIAL                                                                                                                                              BALDONI_000018854

**Henny Grace (Owner)**
Blake knows this. Oldest trick in the book.
2/23/2024 11:15:31 AM

**Travis Van Winkle**
My eye is twitching for you
2/23/2024 11:16:03 AM

**Travis Van Winkle**
So you invite her in with open arms and a smile?
2/23/2024 11:16:50 AM

**Henny Grace (Owner)**
don't know.
Trying to figure it out.
2/23/2024 11:17:21 AM

**Travis Van Winkle**
I'd call Ed Zwick back
2/23/2024 11:18:05 AM

**Travis Van Winkle**
Get his advice
2/23/2024 11:18:13 AM

**Travis Van Winkle**
Or whatever heavy hitter director friends you have
2/23/2024 11:18:55 AM

**Travis Van Winkle**
I'm sure this isn't the first time this has happened
2/23/2024 11:19:10 AM

**Henny Grace (Owner)**
It's tricky- you don't know who is allegiance to them.
2/23/2024 11:19:10 AM

**Travis Van Winkle**
It's all fucking quick sand
2/23/2024 11:19:26 AM

**Travis Van Winkle**
Ugh
2/23/2024 11:19:29 AM

**Travis Van Winkle**
What's Baha'u'llah and Abdul Baha telling you to do?
2/23/2024 11:20:16 AM

**Henny Grace (Owner)**
Don't know. Gotta sit with it longer -
The risk to my family isn't worth the creative integrity
2/23/2024 11:22:21 AM

> **Henny Grace (Owner)**
> That's what I know
> 2/23/2024 11:22:25 AM

**Travis Van Winkle**
Loved "That's what I know"
2/23/2024 11:22:54 AM

**Travis Van Winkle**
Would it be wild to Just give it over to her. All of it. Have her name be under as director. And you just the actor.
2/23/2024 11:23:33 AM

**Travis Van Winkle**
And let her edit the whole damn thing
2/23/2024 11:23:51 AM

> **Henny Grace (Owner)**
> they I can't do
> 2/23/2024 11:35:49 AM

> **Henny Grace (Owner)**
> Working out
> 2/23/2024 11:35:59 AM

**Travis Van Winkle**
Love you J. Somehow, maybe this is Beautiful chaos.
2/23/2024 11:53:37 AM

CONFIDENTIAL BALDONI_000018856