# Exhibit 48

**Thread Participants:** ▇▇▇ Henny Grace (Owner); ▇▇▇ Jennifer Able;
Justin Baldoni (Owner); ▇▇▇ J B (Owner)
**Active Participants:** ▇▇▇ Henny Grace (Owner); ▇▇▇ Jennifer Able
**First Message:** 8/5/2024 10:42:14 AM
**Last Message:** 8/5/2024 4:24:29 PM

---

**Jennifer Able**
Sony is having a hard time with the word "friction". They think it will be taken out as clickbait. They obviously don't know about our strategy but let's stick to the words of "challenge" and the role you had as director to get everyone to come together and be on the same page to create something beautiful. LOVE what you're saying about the intimacy coordinators and stunt coordinators and how involved Blake was in the scenes to ensure everyone felt safe. That you took a step back. That's EXCELLENT.
*8/5/2024 10:42:14 AM*



Henny Grace (Owner)
This is what we would need
*8/5/2024 12:06:57 PM*

**Jennifer Able**
Yes I literally just spoke to Melissa about this on the break about what we discussed last night for social and digital
*8/5/2024 12:08:10 PM*

**Jennifer Able**
Focus on reddit, TikTok, IG
*8/5/2024 12:08:16 PM*

Exhibit: 17
Witness: BALDONI
Date: 10/6/25
CSR#12019: Ashley Soevyn

