# Exhibit 49

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 5 | Date Range: 7/31/2024 |

## Outline of Conversations



iMessage Chat: chat550206532377749875 · 5 messages on 7/31/2024 · Custodian: Abel, Jennifer <▮> · Custodian: Abel, Jennifer <▮> · Jamey Heath <▮> · Mitz <▮>

Exhibit: 60
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

---

 iMessage Chat: chat550206532377749875

**JH** — **Jamey Heath** <■> — 7/31/2024, 10:46 PM
Ummmm.. Jen... It's growing

Receipts • Custodian: Abel, Jennifer <■> [R: 7/31/2024, 10:46 PM]

**JA** — **Custodian: Abel, Jennifer** <■> — 7/31/2024, 11:03 PM
Thanks for the call. Confidentially I'm out to dinner with a friend of 12+ years who writes for people magazine, Fox News, in touch, us weekly, and she is fully briefed of the situation and is armed and ready to take this story of Blake weaponizing feminism to any of her outlets the minute we give her the green light. She hates Blake, has heard this story before, and will do anything for us. Just fyi 😊

**M** — **Mitz** <■> — 7/31/2024, 11:05 PM



Image: files/Image/tmp_85068.gif (1 MB)

Receipts • Custodian: Abel, Jennifer <■> [R: 7/31/2024, 11:06 PM]

**JA** — **Custodian: Abel, Jennifer** <■> — 7/31/2024, 11:06 PM
So your call jamey was perfectly timed. She is armed and ready. I'm going to connect her to Melissa tomorrow just to have in our pocket.

**JH** — **Jamey Heath** <■> — 7/31/2024, 11:06 PM
👍🙏👍

Receipts • Custodian: Abel, Jennifer <■> [R: 7/31/2024, 11:06 PM]