# Exhibit 50

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 21 | Date Range: 8/4/2024 |

**Outline of Conversations**



**iMessage Chat:** ▮▮▮▮▮ • 21 messages on 8/4/2024 • Custodian: Abel, Jennifer <▮▮▮▮▮> • Custodian: Abel, Jennifer <▮▮▮▮▮> • Melissa Nathan <▮▮▮▮▮>

Exhibit: 34
Witness: NATHAN
Date: 9/29/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **iMessage Chat:** [redacted]

**MN** — **Melissa Nathan** <[redacted]>  ▶ 8/4/2024, 5:32 PM
You could've stayed at my apt

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:8/4/2024, 5:32 PM]

**MN** — **Melissa Nathan** <[redacted]>  ▶ 8/4/2024, 5:33 PM
Stay next time

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:8/4/2024, 5:33 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  ◀ 8/4/2024, 5:33 PM
Haha I appreciate that but I'm making them pay for a nice hotel and room service

Receipts • Melissa Nathan <[redacted]> [D:8/4/2024, 5:33 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  ◀ 8/4/2024, 5:33 PM
I'm starving lol

Receipts • Melissa Nathan <[redacted]> [D:8/4/2024, 5:33 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  ◀ 8/4/2024, 5:33 PM
Loved "Stay next time"

Receipts • Melissa Nathan <[redacted]> [D:8/4/2024, 5:33 PM]

**MN** — **Melissa Nathan** <[redacted]>  ▶ 8/4/2024, 5:33 PM
Ok good

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:8/4/2024, 5:33 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  ◀ 8/4/2024, 5:39 PM
I'm having reckless thoughts of wanting to plant pieces this week of how horrible Blake is to work with

Receipts • Melissa Nathan <[redacted]> [D:8/4/2024, 5:39 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  ◀ 8/4/2024, 5:40 PM
Just to get ahead of it

Receipts • Melissa Nathan <[redacted]> [D:8/4/2024, 5:40 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  ◀ 8/4/2024, 5:40 PM
She's putting us through hell

Receipts • Melissa Nathan <[redacted]> [D:8/4/2024, 5:40 PM]

**MN** — **Melissa Nathan** <[redacted]>  ▶ 8/4/2024, 5:40 PM
Same

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:8/4/2024, 5:40 PM]

**MN** — **Melissa Nathan** <[redacted]>  ▶ 8/4/2024, 5:40 PM
Am I already off the records Spoke to the editor Daily Mail because she's my friend.

Receipts • Custodian: Abel, Jennifer <[redacted]> [R:8/4/2024, 5:40 PM]

**MN** — Melissa Nathan — 8/4/2024, 5:40 PM
She's ready when we are

*Receipts • Custodian: Abel, Jennifer <■> [R:8/4/2024, 5:40 PM]*

**JA** — Custodian: Abel, Jennifer — 8/4/2024, 5:40 PM
What did she think

*Receipts • Melissa Nathan <■> [D:8/4/2024, 5:40 PM]*

**MN** — Melissa Nathan — 8/4/2024, 5:40 PM
She's ready

*Receipts • Custodian: Abel, Jennifer <■> [R:8/4/2024, 5:40 PM]*

**MN** — Melissa Nathan — 8/4/2024, 5:41 PM
She's happy to do whatever

*Receipts • Custodian: Abel, Jennifer <■> [R:8/4/2024, 5:41 PM]*

**JA** — Custodian: Abel, Jennifer — 8/4/2024, 5:41 PM
I'm following your lead about this

*Receipts • Melissa Nathan <■> [D:8/4/2024, 5:41 PM]*

**MN** — Melissa Nathan — 8/4/2024, 5:43 PM
We need to see how the next two or three days go and keep our ears to the floor and we hear everything. We are prepped and can do anything, but I don't wanna rush .

*Receipts • Custodian: Abel, Jennifer <■> [R:8/4/2024, 5:45 PM]*

**MN** — Melissa Nathan — 8/4/2024, 5:43 PM
We already know about one story in the works

*Receipts • Custodian: Abel, Jennifer <■> [R:8/4/2024, 5:45 PM]*

**MN** — Melissa Nathan — 8/4/2024, 5:43 PM
Let's just keep across it you know that's what's good about having these relationships is that we can move really fast.

*Receipts • Custodian: Abel, Jennifer <■> [R:8/4/2024, 5:45 PM]*

**JA** — Custodian: Abel, Jennifer — 8/4/2024, 5:45 PM
Yes master

*Receipts • Melissa Nathan <■> [D:8/4/2024, 5:45 PM]*

**MN** — Melissa Nathan — 8/4/2024, 5:46 PM
Ha .
It's just a delicate line we need to keep in mind that we know when to do it and when not to do it .

*Receipts • Custodian: Abel, Jennifer <■> [R:8/4/2024, 5:46 PM]*