# Exhibit 51

**Thread Participants:** [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner); [redacted] Melissa Nathan (Owner)
**Active Participants:** [redacted] Breanna Butler; [redacted] Melissa Nathan (Owner)
**First Message:** 8/1/2024 11:02:16 AM
**Last Message:** 8/1/2024 4:01:13 PM

---

**Breanna Butler**
I wish this call wasn't scheduled for now - I've had a 1pm in person with art people and now am on a fucking train
8/1/2024 11:02:16 AM

**Breanna Butler**
2 different theaters is awful idea
8/1/2024 11:05:29 AM

**Breanna Butler**
And we need to prepare how to answer that
8/1/2024 11:05:36 AM

**Breanna Butler**
He focuses on imbalance of power - we've done a bunch of background research pulling all the positive stuff people have said about him and the opposite of her, always has issue with cast.

Think Belloni would be good idea if we need to go harder
8/1/2024 11:07:37 AM

**Melissa Nathan (Owner)**
Loved "He focuses on imbalance of power - we've done a bu…"
8/1/2024 11:08:00 AM

**Melissa Nathan (Owner)**
I've been flying no sleep lol am talking crazy shit
8/1/2024 11:10:50 AM

**Breanna Butler**
Ugh god I'm sorry
8/1/2024 11:11:25 AM

**Breanna Butler**
We've started scenario planning and research
8/1/2024 11:11:34 AM

**Melissa Nathan (Owner)**
Say that
8/1/2024 11:13:18 AM

**Melissa Nathan (Owner)**
We are already pages in or something
8/1/2024 11:13:29 AM

---

Exhibit: 32
Witness: NATHAN
Date: 9/29/25
CSR#12019: Ashley Soevyn

**Breanna Butler:** I can say we are finalizing and want him to review before we chat so he has idea and thoughts on it
8/1/2024 11:13:31 AM

**Breanna Butler:** I will
8/1/2024 11:13:33 AM

**Melissa Nathan (Owner):** Jk
8/1/2024 11:13:37 AM

**Melissa Nathan (Owner):** Ok
8/1/2024 11:13:44 AM

**Melissa Nathan (Owner):** Fuck so tired
8/1/2024 11:13:47 AM

**Melissa Nathan (Owner):** lol save us
8/1/2024 11:13:54 AM

**Breanna Butler:** I've never seen Jen in person
8/1/2024 11:15:58 AM

**Melissa Nathan (Owner):** lol she's cute on camera
8/1/2024 11:17:00 AM

**Breanna Butler:** We need to time to finish and KC has crisis and I'm in city meeting with art folks
8/1/2024 11:33:38 AM

**Breanna Butler:** That's better
8/1/2024 11:36:05 AM

**Breanna Butler:** Am just pulling into Penn
8/1/2024 11:36:08 AM

**Melissa Nathan (Owner):** Ok
8/1/2024 11:36:14 AM

**Breanna Butler:** 11pm tonight?
8/1/2024 11:36:37 AM



**Melissa Nathan (Owner)** wtf
8/1/2024 11:36:44 AM

**Melissa Nathan (Owner)**
8/1/2024 11:37:03 AM

**Breanna Butler**
That works
8/1/2024 11:37:12 AM

**Breanna Butler**
5pm his time
8/1/2024 11:37:15 AM

# Redacted - NR

**Redacted - NR**

**Breanna Butler**
I'm building out this scenario document in anticipation of inevitable story from her team so we don't create unnecessary busy work
8/1/2024 3:46:56 PM

**Melissa Nathan (Owner)**
I just got off the phone to Jen
8/1/2024 3:55:11 PM

**Melissa Nathan (Owner)**
Jamey told SJ he hired us
8/1/2024 3:55:21 PM

CONFIDENTIAL                                                                                   NATHAN_000002714

**Breanna Butler**
Oh god I'm so sick of this fucking woman - does that mean anything that she knows?
8/1/2024 3:55:38 PM

**Melissa Nathan (Owner)**
No, I'm so fucking sick of her too
8/1/2024 3:56:04 PM

**Breanna Butler**
Honestly, he just needs to get ahead of this and be the first one to strike
8/1/2024 3:56:21 PM

**Melissa Nathan (Owner)**
I don't even know anymore
8/1/2024 3:58:31 PM

**Breanna Butler**
CH had good point - we tee up a friendly to run the day of or right after the premiere, someone who is covering the overall film, he says something along the lines of "me and Blake had our differences but I still respect her" so we at least set the stage and can then give the rest on background to reporters
8/1/2024 3:59:38 PM

**Breanna Butler**
So when the hit piece runs it's not as big of a shock
8/1/2024 4:00:00 PM

**Melissa Nathan (Owner)**
I like that idea
8/1/2024 4:00:46 PM

**Melissa Nathan (Owner)**
Just that line, but make it a little bit more broader
8/1/2024 4:00:53 PM

**Breanna Butler**
Same - right but like in a People piece or something, Rosner could do
8/1/2024 4:01:03 PM

**Breanna Butler**
That's more focused on the film with a line from him
8/1/2024 4:01:13 PM