# Exhibit 53

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 10 | Date Range: 8/5/2024 |

## Outline of Conversations



**iMessage Chat:** ▮▮▮▮▮ • 10 messages on 8/5/2024 • Custodian: Abel, Jennifer <▮▮▮▮▮> • Custodian: Abel, Jennifer <▮▮▮▮▮> • Justin Baldoni <▮▮▮▮▮>

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **iMessage Chat:** ▮▮▮▮

JA **Custodian: Abel, Jennifer** <▮▮▮▮>   ◀ 8/5/2024, 10:42 AM

Sony is having a hard time with the word "friction". They think it will be taken out as clickbait. They obviously don't know about our strategy but let's stick to the words of "challenge" and the role you had as director to get everyone to come together and be on the same page to create something beautiful. LOVE what you're saying about the intimacy coordinators and stunt coordinators and how involved Blake was in the scenes to ensure everyone felt safe. That you took a step back. That's EXCELLENT.

Receipts • Justin Baldoni <▮▮▮▮> [D:8/5/2024, 10:42 AM]

JB **Justin Baldoni** <▮▮▮▮>   ▶ 8/5/2024, 12:06 PM

This is what we would need

[Screenshot of social media post: "halley bieber's history of bullying many women (not just selena gomez) throughout the years: thread ~" — 10:07 AM · 8/4/24 · 19M Views, 6.9K Reposts, 2.3K Quotes, 105K Likes, 33K Bookmarks]

Image: files/Image/IMG_4563_87714.jpeg (130 KB)

Receipts • Custodian: Abel, Jennifer <▮▮▮▮> [R:8/5/2024, 12:07 PM]

JA **Custodian: Abel, Jennifer** <▮▮▮▮>   ◀ 8/5/2024, 12:08 PM

Yes I literally just spoke to Melissa about this on the break about what we discussed last night for social and digital

JA **Custodian: Abel, Jennifer** <▮▮▮▮>   ◀ 8/5/2024, 12:08 PM

Focus on reddit, TikTok, IG

JB **Justin Baldoni** <▮▮▮▮>   ▶ 8/5/2024, 2:44 PM

https://www.celebritykind.com/link-in-bio/

Attachment: files/Image/2CCF3F81-C2D0-4B42-ADAD-8978EFBE161D.pluginPayloadAttachment (42 KB)

Attachment: files/Image/A1513ACB-9848-4735-9C21-CD30962B9D68.pluginPayloadAttachment (10 KB)

Attachment: files/Image/B9439624-C41A-43DB-A789-930976A5DC8B.pluginPayloadAttachment (12 KB)

Receipts • Custodian: Abel, Jennifer <▮▮▮▮> [R:8/5/2024, 2:44 PM]

JB **Justin Baldoni** <▮▮▮▮>   ▶ 8/5/2024, 2:44 PM

She wants to interview me

Confidential   JONESWORKS_00014981



Receipts • Custodian: Abel, Jennifer <​​​​​​> [R:8/5/2024, 2:44 PM]

JA  **Custodian: Abel, Jennifer <​​​​​>**　　　　　　　　　　　　◀ 8/5/2024, 2:44 PM
Want to have her email me?

Receipts • Justin Baldoni <​​​​​> [D:8/5/2024, 2:45 PM]

JB  **Justin Baldoni <​​​​​>**　　　　　　　　　　　　▶ 8/5/2024, 3:57 PM
She is emailing - I said I would make it happen

Receipts • Custodian: Abel, Jennifer <​​​​​> [R:8/5/2024, 3:58 PM]

JA  **Custodian: Abel, Jennifer <​​​​​>**　　　　　　　　　　　　◀ 8/5/2024, 3:58 PM
Loved "She is emailing - I said I would make it happen
"

Receipts • Justin Baldoni <​​​​​> [D:8/5/2024, 3:58 PM]

JB  **Justin Baldoni <​​​​​>**　　　　　　　　　　　　▶ 8/5/2024, 4:24 PM

Attachment: files/Image/Justin Baldoni (@justinbaldoni) • Instagram photos and videos.heic (61 KB)

Receipts • Custodian: Abel, Jennifer <​​​​​> [R:8/5/2024, 4:25 PM]

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　JONESWORKS_00014982