# Exhibit 54

## Short Message Report

| Conversations: 1 | Participants: 7 |
|---|---|
| Total Messages: 44 | Date Range: 8/5/2024 |

## Outline of Conversations



iMessage Chat: **JB PR (W/O JB)** · 44 messages on 8/5/2024 · Bre Tag PR < ███ > ·
Custodian: Abel, Jennifer < ███ > · Custodian: Abel, Jennifer < ███ > · Jamey Heath
< ███ > · Katie Case < ███ > · Matthew Mitchell < ███ > · Melissa Nathan
< ███ >

Exhibit: 53
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

---

 iMessage Chat: JB PR (W/O JB)

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer <▮▮▮▮▮>** | ◄ 8/5/2024, 9:18 AM |

Just kicked off the junket— for Elle uk he said exactly like what we discussed about navigating complex character and as a director managing personalities and the natural friction on set and how that can create something beautiful etc

| | | |
|---|---|---|
| KC | **Katie Case <▮▮▮▮▮>** | ► 8/5/2024, 9:18 AM |

PERFECT

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R 8/5/2024, 9:18 AM]

| | | |
|---|---|---|
| KC | **Katie Case <▮▮▮▮▮>** | ► 8/5/2024, 9:18 AM |

love to hear it!!

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R 8/5/2024, 9:18 AM]

| | | |
|---|---|---|
| BP | **Bre Tag PR <▮▮▮▮▮>** | ► 8/5/2024, 9:27 AM |

Amazing!! Apologies I missed last nights call but heard it was really productive

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R 8/5/2024, 9:29 AM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer <▮▮▮▮▮>** | ◄ 8/5/2024, 9:32 AM |

He used the word friction which Sony wasn't happy with but I think it's important to get ahead of it and not have it look like he's shying away from it

| | | |
|---|---|---|
| KC | **Katie Case <▮▮▮▮▮>** | ► 8/5/2024, 9:34 AM |

I agree. Friction is fine — again he's not the first person to experience friction on set and contextualized around the dual experience of directing and acting it's very appropriate.

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R 8/5/2024, 9:34 AM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer <▮▮▮▮▮>** | ◄ 8/5/2024, 9:34 AM |

Liked "I agree. Friction is fine — again he's not the fir..."

| | | |
|---|---|---|
| MM | **Matthew Mitchell <▮▮▮▮▮>** | ► 8/5/2024, 9:35 AM |

We love that word!

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R 8/5/2024, 9:35 AM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer <▮▮▮▮▮>** | ◄ 8/5/2024, 9:49 AM |

Is it helpful if we text notes here as we go or we can compile and send as an email when we wrap? Ie. Cinemablend interview with Riley utley he talked about the importance of having a safe set during the sex scenes and hiring an intimacy coordinator from day 1 and a female and also how much Blake had control of these scenes

| | | |
|---|---|---|
| KC | **Katie Case <▮▮▮▮▮>** | ► 8/5/2024, 9:49 AM |

Yes please

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R 8/5/2024, 9:49 AM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer <▮▮▮▮▮>** | ◄ 8/5/2024, 9:49 AM |

Yes pls notes in real time? Or comprehensive email eod

| | | |
|---|---|---|
| KC | **Katie Case <▮▮▮▮▮>** | ► 8/5/2024, 9:49 AM |

Good to know the lay of the land overall

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R 8/5/2024, 9:49 AM]

JONESWORKS_00015510



KC    **Katie Case** <​█████████>                                    ► 8/5/2024, 9:50 AM
Notes in real time!

Receipts • Custodian Abel Jennifer <​██████████> [R 8/5/2024, 9:50 AM]

JA    **Custodian: Abel, Jennifer** <​████████>                        ◄ 8/5/2024, 9:50 AM
Liked "Notes in real time! "

KC    **Katie Case** <​███████>                                       ► 8/5/2024, 9:56 AM
FYI: https://www.usmagazine.com/entertainment/news/jenny-slate-fell-deeply-in-love-with-blake-lively-on-the-set-of-it-ends-with-us/ (https://www.usmagazine.com/entertainment/news/jenny-slate-fell-deeply-in-love-with-blake-lively-on-the-set-of-it-ends-with-us/)

Receipts • Custodian Abel Jennifer <​██████████> [R 8/5/2024, 9:56 AM]

JA    **Custodian: Abel, Jennifer** <​█████████>                       ◄ 8/5/2024, 10:37 AM
Cosmo uk— interview with dusty Baxter wright. Talked about the challenges of being a director and getting everyone on board and how sometimes words get stuck and there are tough situations and friction creates beautiful art.

KC    **Katie Case** <​███████>                                       ► 8/5/2024, 10:37 AM
Liked "Cosmo uk— interview with dusty Baxter wright. Talk..."

Receipts • Custodian Abel Jennifer <​██████████> [R 8/5/2024, 10:38 AM]

JA    **Custodian: Abel, Jennifer** <​█████████>                       ◄ 8/5/2024, 10:40 AM
He's also speaking to the intimacy coordinator and bringing them on early and how important it was to be a woman, and also bringing on a female stunt coordinator and how important it was for everyone to feel safe and how involved Blake was. He talked about taking a step back and letting the women take over and he was more of the actor in the moment. He didn't want them to feel like they were shot by a man

KC    **Katie Case** <​███████>                                       ► 8/5/2024, 10:41 AM
LOVE THIS. Super important and plays into the overall feminist POV. Excellent.

Receipts • Custodian Abel Jennifer <​██████████> [R 8/5/2024, 10:42 AM]

JA    **Custodian: Abel, Jennifer** <​█████████>                       ◄ 8/5/2024, 10:42 AM
Loved "LOVE THIS. Super important and plays into the over..."

JA    **Custodian: Abel, Jennifer** <​█████████>                       ◄ 8/5/2024, 10:42 AM
He's doing a really great job

KC    **Katie Case** <​███████>                                       ► 8/5/2024, 10:43 AM
So happy to hear that! People really do love him. I'm so glad he can be reminded of that today 🖤

Receipts • Custodian Abel Jennifer <​██████████> [R 8/5/2024, 10:43 AM]

MN    **Melissa Nathan** <​█████████>                                 ► 8/5/2024, 10:46 AM
Loved "He's also speaking to the intimacy coordinator and..."

Receipts • Custodian Abel Jennifer <​██████████> [R 8/5/2024, 10:47 AM]

MN    **Melissa Nathan** <​█████████>                                 ► 8/5/2024, 10:46 AM
Really great lines there

Receipts • Custodian Abel Jennifer <​██████████> [R 8/5/2024, 10:47 AM]

Confidential

BP    **Bre Tag PR** <​████████​>                                    ► 8/5/2024, 10:50 AM
      This is great, and really strong

      Receipts • Custodian: Abel, Jennifer <​████████​4> [R 8/5/2024, 10:51 AM]

JA    **Custodian: Abel, Jennifer** <​████████​>                      ◄ 8/5/2024, 12:10 PM



      Image: files/Image/IMG_2533.PNG (1 MB)

MN    **Melissa Nathan** <​████████​>                                 ► 8/5/2024, 12:11 PM
      Loved an image

      Receipts • Custodian: Abel, Jennifer <​████████​> [R 8/5/2024, 12:12 PM]

KC    **Katie Case** <​████████​>                                     ► 8/5/2024, 12:11 PM
      Loved an image

      Receipts • Custodian: Abel, Jennifer <​████████​> [R 8/5/2024, 12:12 PM]

KC    **Katie Case** <​████████​>                                     ► 8/5/2024, 12:12 PM
      We spoke with our digital team this morning — I'm going to send a note on this now in our email thread.

      Receipts • Custodian: Abel, Jennifer <19047422954> [R 8/5/2024, 12:12 PM]

JA    **Custodian: Abel, Jennifer** <​████████​>                      ◄ 8/5/2024, 12:12 PM
      Ok great. Regarding rate talk to Jamey

KC    **Katie Case** <​████████​>                                     ► 8/5/2024, 12:12 PM
      Yes for sure

      Receipts • Custodian: Abel, Jennifer <​████████​> [R 8/5/2024, 12:13 PM]

MN    **Melissa Nathan** <​████████​>                                 ► 8/5/2024, 12:12 PM
      I will- jumping on the call with her soon

      Receipts • Custodian: Abel, Jennifer <​████████​> [R 8/5/2024, 12:13 PM]

JA    **Custodian: Abel, Jennifer** <​████████​>                      ◄ 8/5/2024, 12:56 PM
      In his interview with Nikki Novak of fandango|rotten tomatoes he spoke about the challenges of directing as well

MN    **Melissa Nathan** <​████████​>                                 ► 8/5/2024, 12:57 PM

Confidential                                          JONESWORKS_00015512

Loved "In his interview with Nikki Novak of fandango|rott…"

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 12:57 PM]

KC  Katie  Case <████████>                                              ▶ 8/5/2024, 12:57 PM
Loved "In his interview with Nikki Novak of fandango|rott…"

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 12:57 PM]

JA  Custodian: Abel, Jennifer <████████>                                ◀ 8/5/2024, 2:23 PM
Incredible interview with Carly Thompson of the Hollywood reporter— about bringing on an intimacy coordinator early in
pre production and a female stunt coordinator and taking a step back and letting the experts at no more advise and
ensuring the tougher scenes of violence didn't have the male gaze and also allowing for Blake to have control

KC  Katie  Case <████████>                                              ▶ 8/5/2024, 2:30 PM
YES!! Perfect

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 2:30 PM]

MN  Melissa Nathan <████████>                                           ▶ 8/5/2024, 2:30 PM
Perfect

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 2:31 PM]

KC  Katie  Case <████████>                                              ▶ 8/5/2024, 6:23 PM
How did the rest of the day go? Or is it still going?

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 6:27 PM]

KC  Katie  Case <████████>                                              ▶ 8/5/2024, 6:23 PM
I'm assuming well!

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 6:27 PM]

MM  Matthew Mitchell <████████>                                         ▶ 8/5/2024, 6:24 PM
Going still at a screening event but day went well overall. Very positive

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 6:27 PM]

KC  Katie  Case <████████>                                              ▶ 8/5/2024, 6:24 PM
Awesome! He was in good hands 😊

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 6:27 PM]

MN  Melissa Nathan <████████>                                           ▶ 8/5/2024, 7:11 PM
Loved "Going still at a screening event but day went well…"

Receipts • Custodian  Abel  Jennifer  ████████  [R 8/5/2024, 7:24 PM]

KC  Katie  Case <████████>                                              ▶ 8/5/2024, 7:33 PM
Flagging this from Deux Moi:

JONESWORKS_00015513



Image: files/Image/IMG_2681.PNG (82 KB)

Receipts • Custodian: Abel, Jennifer <​███████​> [R 8/5/2024, 7:34 PM]

Confidential

JONESWORKS_00015514