Exhibit 55

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 83 | Date Range: 8/15/2024 |

### Outline of Conversations

 **iMessage Chat:** ▮▮▮▮▮ · 83 messages on 8/15/2024 · Custodian: Abel, Jennifer <▮▮▮▮▮> · Custodian: Abel, Jennifer <▮▮▮▮▮> · Melissa Nathan <▮▮▮▮▮>

Exhibit: **45**
Witness: **NATHAN**
Date: 9/29/25
CSR#12019: Ashley Soevyn

Confidential

**Messages in chronological order** (times are shown in GMT -04:00)

---

 | **iMessage Chat:** ▆▆▆▆ |

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:15 AM
Jen.

Receipts • Custodian: Abel, Jennifer <▆▆▆▆> [R:8/15/2024, 11:15 AM]

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:15 AM
JEN

Receipts • Custodian: Abel, Jennifer <▆▆▆▆> [R:8/15/2024, 11:15 AM]

JA | **Custodian: Abel, Jennifer** <▆▆▆▆> | ◀ 8/15/2024, 11:15 AM
Hello mam

Receipts • Melissa Nathan <▆▆▆▆> [D:8/15/2024, 11:15 AM]

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:15 AM
JENNIFER

Receipts • Custodian: Abel, Jennifer <▆▆▆▆> [R:8/15/2024, 11:15 AM]

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:15 AM
I just got a text from my source to say that article is going live imminently

Receipts • Custodian: Abel, Jennifer <▆▆▆▆> [R:8/15/2024, 11:15 AM]

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:15 AM
And I'm on a closed set

Receipts • Custodian: Abel, Jennifer <▆▆▆▆> [R:8/15/2024, 11:15 AM]

JA | **Custodian: Abel, Jennifer** <▆▆▆▆> | ◀ 8/15/2024, 11:15 AM
What article

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:15 AM
I just shook my head at your response

Receipts • Custodian: Abel, Jennifer <▆▆▆▆> [R:8/15/2024, 11:15 AM]

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:15 AM
The only article

Receipts • Custodian: Abel, Jennifer <▆▆▆▆> [R:8/15/2024, 11:15 AM]

JA | **Custodian: Abel, Jennifer** <▆▆▆▆> | ◀ 8/15/2024, 11:15 AM
People?

JA | **Custodian: Abel, Jennifer** <▆▆▆▆> | ◀ 8/15/2024, 11:16 AM
OH SHIT

MN | **Melissa Nathan** <▆▆▆▆> | ▶ 8/15/2024, 11:16 AM
Plz see here

---

JONESWORKS_00016352

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 11:16 AM]

JA **Custodian: Abel, Jennifer <████████>**   ◄ 8/15/2024, 11:16 AM
THAT ARTICLE

MN **Melissa Nathan <████████>**   ► 8/15/2024, 11:16 AM
Yep

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 11:16 AM]

JA **Custodian: Abel, Jennifer <████████>**   ◄ 8/15/2024, 11:16 AM
What response

JA **Custodian: Abel, Jennifer <████████>**   ◄ 8/15/2024, 11:16 AM
WHAT WAS MY RESPONSE

JA **Custodian: Abel, Jennifer <████████>**   ◄ 8/15/2024, 11:16 AM
Lol

JA **Custodian: Abel, Jennifer <████████>**   ◄ 8/15/2024, 11:23 AM
I hate you

MN **Melissa Nathan <████████>**   ► 8/15/2024, 11:33 AM
lol

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 11:37 AM]

JA **Custodian: Abel, Jennifer <████████>**   ◄ 8/15/2024, 11:42 AM
WHERE IS IT

MN **Melissa Nathan <████████>**   ► 8/15/2024, 11:45 AM
Don't personally text me until it's out because every time you text me, I think it's out.

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 11:46 AM]

MN **Melissa Nathan <████████>**   ► 8/15/2024, 11:46 AM
And you're giving me a breakdown

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 11:46 AM]

JA **Custodian: Abel, Jennifer <████████>**   ◄ 8/15/2024, 11:46 AM
Go hold a reporter hostage and leave me alone

MN **Melissa Nathan <████████>**   ► 8/15/2024, 11:50 AM

JONESWORKS_00016353



*Image: files/Image/74542973907__8BAFF0FF-ADF3-4236-BAE6-E5A5E8439968.jpeg (5 MB)*

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 11:51 AM]

JA   **Custodian: Abel, Jennifer** <█████████>                    ◀ 8/15/2024, 12:23 PM
https://www.businessinsider.com/stephanie-jones-jonesworks-pr-clients-tom-brady-jeff-bezos

*Attachment: files/Image/852069D4-443D-430C-8FBB-57037BAC21C6.pluginPayloadAttachment (221 KB)*

*Attachment: files/Image/EBEC9C50-D273-4E39-847B-F34C5B95B18D.pluginPayloadAttachment (11 KB)*

MN   **Melissa Nathan** <█████████>                    ▶ 8/15/2024, 12:23 PM
I'm reading
It's not even that bad lol

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 12:30 PM]

JA   **Custodian: Abel, Jennifer** <█████████>                    ◀ 8/15/2024, 12:30 PM
It's not bad at all

MN   **Melissa Nathan** <█████████>                    ▶ 8/15/2024, 12:31 PM
If anything, she will love it

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 12:33 PM]

MN   **Melissa Nathan** <█████████>                    ▶ 8/15/2024, 3:01 PM
Nearly finished but just fyi
DM hounded me re HR complaints
I said look into how she is emulating her best friend taylor with the charm bracelets and shit

It was the only thing I could give of the top of my head that looked organic  and wouldn't seemed like we placed about film

So a he wins
B - she will hate

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 3:01 PM]

MN   **Melissa Nathan** <█████████>                    ▶ 8/15/2024, 3:01 PM
And they really liked it

Receipts • Custodian: Abel, Jennifer <█████████> [R:8/15/2024, 3:01 PM]

JA   **Custodian: Abel, Jennifer** <█████████>                    ◀ 8/15/2024, 3:02 PM

Confidential



Are they running the HR complaint tho?

Receipts • Melissa Nathan <​ > [D:8/15/2024, 3:02 PM]

MN  **Melissa Nathan** <​ >                                      ▶ 8/15/2024, 3:02 PM
Nope

Receipts • Custodian: Abel, Jennifer <​ > [R:8/15/2024, 3:02 PM]

JA  **Custodian: Abel, Jennifer** <​ >                          ◀ 8/15/2024, 3:02 PM
Liked "And they really liked it"

Receipts • Melissa Nathan <​ > [D:8/15/2024, 3:02 PM]

JA  **Custodian: Abel, Jennifer** <​ >                          ◀ 8/15/2024, 3:02 PM
Thank beautiful baby Jesus

Receipts • Melissa Nathan <​ > [D:8/15/2024, 3:02 PM]

JA  **Custodian: Abel, Jennifer** <​ >                          ◀ 8/15/2024, 3:02 PM
And you're so good

Receipts • Melissa Nathan <​ > [D:8/15/2024, 3:02 PM]

MN  **Melissa Nathan** <​ >                                      ▶ 8/15/2024, 3:03 PM
Jen, this went so well I am fucking dying
I have to call you later in a bit and tell you how this went. It was genius.

Receipts • Custodian: Abel, Jennifer <​ > [R:8/15/2024, 3:03 PM]

MN  **Melissa Nathan** <​ >                                      ▶ 8/15/2024, 3:03 PM
So okay, we have the four majors standing down on HR complaint
I think we are fine on that bit

Receipts • Custodian: Abel, Jennifer <​ > [R:8/15/2024, 3:03 PM]

MN  **Melissa Nathan** <​ >                                      ▶ 8/15/2024, 3:03 PM
Tatiana is calling Breanna in 30 minutes

Receipts • Custodian: Abel, Jennifer <​ > [R:8/15/2024, 3:03 PM]

MN  **Melissa Nathan** <​ >                                      ▶ 8/15/2024, 3:25 PM
F him lol

Receipts • Custodian: Abel, Jennifer <​ > [R:8/15/2024, 3:30 PM]

JA  **Custodian: Abel, Jennifer** <​ >                          ◀ 8/15/2024, 3:30 PM
Laughed at "F him lol "

Receipts • Melissa Nathan <​ > [D:8/15/2024, 3:30 PM]

MN  **Melissa Nathan** <​ >                                      ▶ 8/15/2024, 6:35 PM
I'm in reception now on the way back to the hotel if you want to chat before this call let me know

Receipts • Custodian: Abel, Jennifer <​ > [R:8/15/2024, 6:35 PM]

JA  **Custodian: Abel, Jennifer** <​ >                          ◀ 8/15/2024, 6:35 PM
Sure but I'm so annoyed

Confidential



Receipts • Melissa Nathan ░░░░░░░ > [D:8/15/2024, 6:35 PM]

JA    **Custodian: Abel, Jennifer <** ░░░░░ **>**                    ◄ 8/15/2024, 6:35 PM
We can't completely be at their beck and call

Receipts • Melissa Nathan ░░░░░ > [D:8/15/2024, 6:35 PM]

JA    **Custodian: Abel, Jennifer <** ░░░░░ **>**                    ◄ 8/15/2024, 6:36 PM
lol

Receipts • Melissa Nathan ░░░░░ > [D:8/15/2024, 6:36 PM]

MN    **Melissa Nathan <** ░░░░░ **>**                             ► 8/15/2024, 6:36 PM
And we can't do three hour calls

Receipts • Custodian: Abel, Jennifer ░░░░░ > [R:8/15/2024, 6:36 PM]

MN    **Melissa Nathan <** ░░░░░ **>**                             ► 8/15/2024, 6:36 PM
I think we need to come to this with an agenda

Receipts • Custodian: Abel, Jennifer ░░░░░ > [R:8/15/2024, 6:36 PM]

MN    **Melissa Nathan <** ░░░░░ **>**                             ► 8/15/2024, 6:36 PM
Bang bang bang
The end

Receipts • Custodian: Abel, Jennifer ░░░░░ > [R:8/15/2024, 6:36 PM]

JA    **Custodian: Abel, Jennifer <** ░░░░░ **>**                    ◄ 8/15/2024, 6:36 PM
That's the agenda

Receipts • Melissa Nathan ░░░░░ > [D:8/15/2024, 6:36 PM]

JA    **Custodian: Abel, Jennifer <** ░░░░░ **>**                    ◄ 8/15/2024, 6:36 PM
I'll send it through

Receipts • Melissa Nathan ░░░░░ > [D:8/15/2024, 6:36 PM]

MN    **Melissa Nathan <** ░░░░░ **>**                             ► 8/15/2024, 6:36 PM
Bang
Bang
Bang

Receipts • Custodian: Abel, Jennifer ░░░░░ > [R:8/15/2024, 6:36 PM]

MN    **Melissa Nathan <** ░░░░░ **>**                             ► 8/15/2024, 6:36 PM
The coleen thing is pretty heavy though I get it

Receipts • Custodian: Abel, Jennifer ░░░░░ > [R:8/15/2024, 6:36 PM]

JA    **Custodian: Abel, Jennifer <**▓▓▓▓**>**      ◄ 8/15/2024, 6:36 PM
Hi team, sharing an agenda for our call.

Bang
Bang
Bang

The end.

Receipts • Melissa Nathan <▓▓▓▓> [D:8/15/2024, 6:36 PM]

MN    **Melissa Nathan <**▓▓▓▓**>**      ► 8/15/2024, 6:36 PM
Loved "Hi team, sharing an agenda for our call.

Bang
Ba..."

Receipts • Custodian: Abel, Jennifer <▓▓▓▓> [R:8/15/2024, 6:36 PM]

MN    **Melissa Nathan <**▓▓▓▓**>**      ► 8/15/2024, 6:37 PM
That's perfect

Receipts • Custodian: Abel, Jennifer <▓▓▓▓> [R:8/15/2024, 6:37 PM]

JA    **Custodian: Abel, Jennifer <**▓▓▓▓**>**      ◄ 8/15/2024, 6:37 PM
Yeah same but don't give me that shit that you're too upset to respond like let's be fucking smart

Receipts • Melissa Nathan <▓▓▓▓> [D:8/15/2024, 6:37 PM]

JA    **Custodian: Abel, Jennifer <**▓▓▓▓**>**      ◄ 8/15/2024, 6:37 PM
You said this am that you're ready to go to war yet you're too delicate to text back?

Receipts • Melissa Nathan <▓▓▓▓> [D:8/15/2024, 6:37 PM]

JA    **Custodian: Abel, Jennifer <**▓▓▓▓**>**      ◄ 8/15/2024, 6:37 PM
Get over yourself

Receipts • Melissa Nathan <▓▓▓▓> [D:8/15/2024, 6:37 PM]

MN    **Melissa Nathan <**▓▓▓▓**>**      ► 8/15/2024, 6:37 PM
Basically

Receipts • Custodian: Abel, Jennifer <▓▓▓▓> [R:8/15/2024, 6:37 PM]

JA    **Custodian: Abel, Jennifer <**▓▓▓▓**>**      ◄ 8/15/2024, 6:37 PM
He has the power to end this so fucking and this

Receipts • Melissa Nathan <▓▓▓▓> [D:8/15/2024, 6:37 PM]

JA    **Custodian: Abel, Jennifer <**▓▓▓▓**>**      ◄ 8/15/2024, 6:37 PM
*end this

Receipts • Melissa Nathan <▓▓▓▓> [D:8/15/2024, 6:37 PM]

MN    **Melissa Nathan <**▓▓▓▓**>**      ► 8/15/2024, 6:38 PM
The thing is The Only that are calling me today and report is that wanna do or positive stories as well because they hate her

But the minute the author speaks out, it's over

And also you are right he is the only one that has the power to end this

JONESWORKS_00016357



Receipts · Custodian: Abel, Jennifer < ▮▮▮▮▮▮ > [R:8/15/2024, 6:38 PM]

**JA**  **Custodian: Abel, Jennifer** < ▮▮▮▮▮▮ >                            ◄ 8/15/2024, 6:38 PM
Steph told my assistant she wants to FT me in a few

Receipts · Melissa Nathan < ▮▮▮▮▮ > [D:8/15/2024, 6:38 PM]

**MN**  **Melissa Nathan** < ▮▮▮▮▮▮ >                            ► 8/15/2024, 6:38 PM
No

Receipts · Custodian: Abel, Jennifer < ▮▮▮▮▮▮ > [R:8/15/2024, 6:38 PM]

**MN**  **Melissa Nathan** < ▮▮▮▮▮ >                            ► 8/15/2024, 6:38 PM
‼

Receipts · Custodian: Abel, Jennifer < ▮▮▮▮▮▮ > [R:8/15/2024, 6:38 PM]

**JA**  **Custodian: Abel, Jennifer** < ▮▮▮▮▮▮ >                            ◄ 8/15/2024, 6:38 PM
Yeah like wtf

Receipts · Melissa Nathan < ▮▮▮▮▮ > [D:8/15/2024, 6:38 PM]

**JA**  **Custodian: Abel, Jennifer** < ▮▮▮▮▮▮ >                            ◄ 8/15/2024, 6:38 PM
Why

Receipts · Melissa Nathan < ▮▮▮▮▮ > [D:8/15/2024, 6:38 PM]

**MN**  **Melissa Nathan** < ▮▮▮▮▮ >                            ► 8/15/2024, 6:38 PM
Can you say you dropped dead ?

Receipts · Custodian: Abel, Jennifer < ▮▮▮▮▮▮ > [R:8/15/2024, 6:38 PM]

**JA**  **Custodian: Abel, Jennifer** < ▮▮▮▮▮▮ >                            ◄ 8/15/2024, 6:39 PM
Ha yes

Receipts · Melissa Nathan < ▮▮▮▮▮ > [D:8/15/2024, 6:39 PM]

**MN**  **Melissa Nathan** < ▮▮▮▮▮ >                            ► 8/15/2024, 6:39 PM
I bet she's loving that article, honestly

Receipts · Custodian: Abel, Jennifer < ▮▮▮▮▮▮ > [R:8/15/2024, 6:39 PM]

**JA**  **Custodian: Abel, Jennifer** < ▮▮▮▮▮▮ >                            ◄ 8/15/2024, 6:39 PM
Of course

Receipts · Melissa Nathan < ▮▮▮▮▮ > [D:8/15/2024, 6:39 PM]

**MN**  **Melissa Nathan** < ▮▮▮▮▮ >                            ► 8/15/2024, 6:39 PM
Doesn't matter, she still has no clients and she still crazy

Receipts · Custodian: Abel, Jennifer < ▮▮▮▮▮▮ > [R:8/15/2024, 6:39 PM]

**JA**  **Custodian: Abel, Jennifer** < ▮▮▮▮▮▮ >                            ◄ 8/15/2024, 8:48 PM
WE ARE STILL ON THIS CALL

**JA**  **Custodian: Abel, Jennifer** < ▮▮▮▮▮▮ >                            ◄ 8/15/2024, 8:48 PM
UGGHHHHHH

**MN**  **Melissa Nathan** < ▮▮▮▮▮▮ >                            ► 8/15/2024, 8:50 PM



Stop it

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮▮> [R:8/15/2024, 8:51 PM]

MN  **Melissa Nathan** <▮▮▮▮▮▮>                                    ▶ 8/15/2024, 8:51 PM
I'm sorry, I can't rejoin it. I just can't.

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮▮> [R:8/15/2024, 8:54 PM]

JA  **Custodian: Abel, Jennifer** <▮▮▮▮▮▮>                         ◀ 8/15/2024, 8:54 PM
NO DON'T

JA  **Custodian: Abel, Jennifer** <▮▮▮▮▮▮>                         ◀ 8/15/2024, 8:55 PM
Definitely don't

JA  **Custodian: Abel, Jennifer** <▮▮▮▮▮▮>                         ◀ 8/15/2024, 8:55 PM
Just wanted to tell you

MN  **Melissa Nathan** <▮▮▮▮▮▮>                                    ▶ 8/15/2024, 8:56 PM

I'm saving that picture of you in my phone when you call me

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮▮> [R:8/15/2024, 8:56 PM]

JA  **Custodian: Abel, Jennifer** <▮▮▮▮▮▮>                         ◀ 8/15/2024, 8:57 PM
HA

JA  **Custodian: Abel, Jennifer** <▮▮▮▮▮▮>                         ◀ 8/15/2024, 8:57 PM
Fabulous

MN  **Melissa Nathan** <▮▮▮▮▮▮>                                    ▶ 8/15/2024, 9:14 PM
I not only changed your name from jen Jonesworks to your real name and this.

*Attachment: files/Image/Jen Abel.heic (34 KB)*

Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮▮> [R:8/15/2024, 9:17 PM]

JA  **Custodian: Abel, Jennifer** <▮▮▮▮▮▮>                         ◀ 8/15/2024, 9:17 PM
Hahahahahaha

Receipts · Melissa Nathan <▮▮▮▮▮▮> [D:8/15/2024, 9:17 PM]