# Exhibit 56

| | |
|---|---|
| From: | Katie Case < > |
| Sent: | Thu, 15 Aug 2024 16:03:30 -0400 (EDT) |
| To: | James Vituscka < > |
| Cc: | Melissa Nathan < > |
| Subject: | Re: Heya |

You got it!

Please see below :)

Cookies:
https://www.instagram.com/reel/C9_CP7wJDPq/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==
https://www.instagram.com/reel/C-EJdHBJTs4/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==
https://www.today.com/food/recipes/taylor-swift-chai-sugar-cookies-rcna119005
https://ca.style.yahoo.com/taylor-swift-endorsed-joe-biden-160400677.html?rdrctId=c18af292-3122-352e-8add-844ef2557fed

London
https://www.instagram.com/p/C-d_DOByMTx/?hl=en

Playlist
https://newsroom.spotify.com/2024-08-09/blake-lively-it-ends-with-us-playlist/

Eras
https://www.youtube.com/watch?v=vEzM0uzmoHM

Movie
https://www.instagram.com/reel/C-dRar6pvlh/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==  (caption at the bottom)
https://www.instagram.com/reel/Cwm810ahz3u/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA==

Godmother
https://people.com/taylor-swift-reveals-shes-the-godmother-of-this-celebrity-couples-kids-8683626

August 14 Interview
https://pagesix.com/2024/08/14/entertainment/blake-lively-gushes-over-best-friend-taylor-swift-amid-it-ends-with-us-drama/
https://www.youtube.com/watch?v=8TWfP5uOV7w&t=120s

On Thu, Aug 15, 2024 at 3:35 PM James Vituscka < > wrote:

Any links screenshots or whatever else would be so helpful !!



James Vituscka
US SHOWBIZ
Senior Reporter
Daily Mail

www.dailymail.com
51 Astor Place, 9th Floor
New York, New York 10003

Disclaimer

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.