Exhibit 58

Also to Leslie that I dug around on my own and got information after I talk to her

Tell

Don't worry

No, no, no, there's no way

So can I just tell Emma my editor that everything is accurate?

Sorry ind sec I just needed to show Emma a text that says it's accurate so that we can move forward with it

It doesn't leave me and Emma

Absolutely, and it's me you know that I'm a complete vault and I am fully on your side

Or you can speak to her

She's calling me back don't worry that's something you shouldn't worry about

Off record - we got your email and we don't have a comment from us but fine to run .

Vituscka000001



11.4K likes, 670 comments. "Justin got so mad!"

TikTok · Brennan Shtorch
tiktok.com

Also the Papp story plz for trav

Please tell Leslie to not tell Colleen I spoke to Colleen I swore on My life and also told her to never say we spoke

I'm extremely worried about this should have never said her name

I told her to deny if anyone asks if she spoke

I PROMISE





Ryan Reynolds was not a fan of Justin. He thinks he needs a little humility and when it comes to learning his craft, he should sit down and shut the fuck up and listen to someone who knows what they're talking about.

He bloody loved him
He's leaving his wife for him

Allegedly

I like mine better

Vituscka000003

OK, so the other story involving Justin is basically this. I've heard that there is a second side to the story which is that Blake and Ryan put a ton of money into the film thinking that we give them complete creative control and that didn't work out for them and Sony said fuck you nice try they threatened to fire her and she was pissed off

One of them stating that she was there every day

He cannot disprove this

OK, so the other story involving Justin is basically this. I've heard that there is a second side to the story which is that Blake and Ryan put a ton of money into the film thinking that we give them complete creative contr...

I don't think this is true

Ohhh reallly

Interesting

More bs from Steph jones world

OK, so the other story involving Justin is basically this. I've heard that there is a second side to the story which is that Blake and Ryan put a ton of money into the film thinking that we give them complete creative contr...

The IP and the film on the rights are owned by wayfarer
Sony owns a part but it's not as much as you would think ( from what I've heard)

Vituscka000004

I can't believe there is so much interest in this
I literally didn't know who he was until last week

OK, so the other story involving Justin is basically this. I've heard that there is a second side to the story which is that Blake and Ryan put a ton of money into the film thinking that we give them complete creative contr…

I think that someone inside of her camp was trying to spin things back in his favor. The story that I did got 470,000 views so far.



That is absolutely insane, but well done lol

OK, so the other story involving Justin is basically this. I've heard that there is a second side to the story which is that Blake and Ryan put a ton of money into the film thinking that we give them complete creative contr…

Super interesting if Blake and Ryan didn't really try to hijack the movie with their money tho bc this was sworn to me

People are such full of shit

*** some



Aug 14, 2024 at 1:18 AM

Sorry, as you can see, I got swept up in a fucjing whirl wind of shit

Aug 14, 2024 at 7:06 AM

Wait what?

Girl I can't see nothing I'm just trying to get rebel up today lol

Aug 14, 2024 at 9:28 AM

I hate everyone

What the fuck



Who is Brian marks Adam levy and why are the dripping your Name

Oh shit

It's Hollywood reporter

5 mins !

Vituscka000006

Ok

Ur a star lol

Oh PLEASE

Still on phone

Prob planted by hilzik

Am such loser you know it lol

He has a vendetta

Upset about depp leaving for you

Well and everyone

Vitaseka000007

I just found out
Stephanie Jones is the one pushing out the story on me

Manage ur crisis

I don't know why the fuck she keeps going after me

Of course

Why would she push the story out on you if that was her client?

Or did she lose him?

He's gone

In two weeks

Ohhhh

Signing with you?

Not for a story lol

I cannot

Aug 14, 2024 at 1:36 PM

It's going to look like you planted all this

I think she's doing it on purpose

that's what I'm saying james

That's what I keep saying

I hope you've talked to Leslie

Vitusckao00008

She knows

Ok good

We had an hour chat last night

So all that stuff that I came with Leslie to on Friday end ended up coming to fruition just not through our outlet

I refrain from doing it to put out the truth and I feel like I should be rewarded

Lol

There's something missing with all of this and nobody has gotten it yet

I just know something had to happen that was like a definitive fuck you

This is not all over attitude and everything. It's something bigger.

And as much as I love Leslie, Blake is getting a lot of hate right now because of the fact that she's promoting this movie as if it's a comedy

Justi  smart. He's in Switzerland wherever the fuck he's at talking about the seriousness of the film.

Nice work. Lol

With family foreign land supporting abused women charities a true feminist

Perfection

The victim of a hate campaign brought on by evil witch Blake and her power hungry empire husband Ryan

You are Richard gere

If u don't know what I mean cue one of the best movie scenes of all time:

**Vituscka000009**



This scene won an oscar (We Both Reached for the Gun) | Chicago | CLIP
youtu.be

I'd be amazing in crisis pr like fr lol

Fuck fuck fuck

In knew this would happen

I'm going to go swimming because I'm at the hotel and I've been in the room up on the phone since 7 am

So I'm going to ignore all messages for 30 minutes



Yes please do

I sent the banner to Leslie

She should have given me something to refute it with but hadn't responded and this is what happens when I don't have anything

Vituscka000010

better to put out to shut this down

Vituscka000011

**Rod Stewart- Have i told you lately that i love you (HQ)**
youtube.com

Are u in the hurricane

Ernesto

I am

Oye

#2 and #3 story rn

Actually

2,3 and 4

Even the message last night sent out by the studio really backfired on Variety because when they double down that way it looks even worse and it looks like Ryan has forced the studio to make something which she did

Melissa— the answer re: money is NO.

Okay perfect

And she was never threatened to be fired

What the fuck happened this is missing something. Big

Vituscka000012

Why won't Justin just get honest and be like this is what Happened

Then this shit could go away

Honest to God

Because your Spidey senses are up

I know what you're saying

Lol

But truly, there is no massive thing or expose
It's a bunch of little things that they are not even able to come out
with because it looks ridiculous

Vituseka000013

Deux moi just posted

If they didn't use Blake's cut of the movie that Taylor Swift song wouldn't be able to be used

**curators of pop culture on Instagram: "From today's podcast episode of Deux/U...link in bio for full episode"**
instagram.com

But I'm getting a list for u

Is this all true

What

The deixmoi

It's very informative

Oh this I mean she's got good connects but don't know if " all "

Love the letter

And costar comments

Aug 15, 2024 at 2:13 PM

Need something to turn in

Even just a few examples

Vituscka000014

Not mine

Fuck

lol that's what I said

Yours is so different and better though

Yeah

This is a reach

It's OK it just builds up momebtum

was just writing that !!

As your one will have a banging headline and points twin things out

It's different

RW wants to chat and say hi tomorrow — are u too busy moving ? Just a 5 min

I'd love to

Aug 16, 2024 at 3:10 PM

**Betty Buzz on Instagram: "Our NYC Betty Bloom's pop up @starbrightnyc is live. Stop by this weekend for all the IRL @itendswithusmovie feels** 🌿 🍋 🍊 ...
instagram.com



Tbh this is insane marketing considering topic

I feel a little slighted

Aug 17, 2024 at 11:17 PM

I told Leslie today that if Blake was ever going to start a charity for abused women now would be the time.

Aug 18, 2024 at 11:35 AM

Vituscka000015

Sure but also looks wayyyy to performatory if she did. Is that a word? What she needs to do is not double down by saying she isnt speaking on this but actually speak on it, she should say- I got into this film for all the right reasons, I am a giant proponent of womens rights and always have been. I hate being in this in position to even make this statement but x x x x xa like on a live. SHE NEEDS TO BE RELATABLE

ALSO I hope u told LS literally all of this hate is organic

Aug 18, 2024 at 1:15 PM

What's that mean organic

I feel she thinks all the social stuff is me but – it's organic

It's not manufactured

Yes. Did you tell Leslie to stop having her to interviews?

She stopped trying to control DailyMail because we've literally done 1000 posts on Blake now

Omg we ran Taylor while I was out moving.

Thank u again

I just noticed and Leslie no response


**How Blake Lively COPIED Taylor Swift while promoting It Ends with Us**
dailymail.co.uk




Vituscka000016

Fire

She can recover if Leslie plays cards right

My new place has a view

Yes. Did you tell Leslie to stop having her to interviews?

She's not really talking to me to be honest, which is fine



Vituscka000017



Aug 25, 2024 at 11:34 AM

I got your back to leslie

Call me on that



Oops sorry

I told her that you've not told me one word anything anti Blake

Which u haven't

Vituscka000018



She lost it at me
And James , I would tell you we are close enough now and we've been through a few wars and I consider you an actual friend no matter what I don't even care if you do anything negative on my clients because that's both of our jobs but she completely lost it at me and told me that she had a reporter read out a text verbatim that I had written

And I laughed because if I was doing that, I would never do it on text

Honest to God I have done nothing. This was so easy and there's been about 30 pieces of Press on me calling me a genius and I didn't do anything. I usually do. It was super organic
She thinks I've paid for tik toks
I didn't even have TikTok until last week when I needed to see what people were saying about me online

But I have a theory

The reporter definitely was not me

I told her straight up no no no no no no no

And I'm really fucking pissed off about my theory
I didn't talk to anyone else !!!!!!

What's your theory you want me to call you?

Yes

Also thank you for standing up for me. I will forever do same for you

Vituscka000019

Also thank you for standing up for me. I will forever do same for you

It's what friends do I mean who else would tell you bitch use the zoom beauty filter

It's everything.

We need a zoom with filters

And I love that it doesn't have anything noting that you're using it so like nobody knows

That's the best. I hate when TikTok does that shit.





Vituscka000020

Billie for the WIN

U think ?

Pls save that Ryan Reynolds's story for me

Ryan Reynolds BROKE STRIKE to secretly direct major film as wife Blake Lively's career takes nosedive

Blake Lively FORCES husband Ryan Reynolds to break strike to direct 'It Ends with Us'



I am not commenting on any of

No juts point me in direction of statistics avail

I will say I just gave it some thought about when this film  began production

Let's chat Monday lol

Dead Fool! Ryan Reynolds BETRAYED actor pals by breaking strike to secretly direct wife Blake Lively's controversial film It Ends with Us

Ok I'm done

Dead fool is great tho

lol

I'm NOT COMMENTING as Leslie is going to kill me if she feels I've got anything to do with it lol

Vituscka000021



Aug 27, 2024 at 11:10 AM

**'It Ends With Us' Sequel in Doubt Amid Blake Lively–Justin Baldoni Feud: 'There's Probably No World Where They Work Together Again'**
variety.com 

Aug 27, 2024 at 10:01 PM

I have the best story for you in the world you're gonna die. Call me when you can.

It's why reps should never lie



Vituscka000022



Sun, Dec 22 at 5:41 PM

Can we discuss this tmrw?



instagram.com

Sun, Dec 22 at 7:33 PM



Can u give me anything off record? I refuse to talk to Leslie Sloane

Vituscka000023

She's full of shit

I'm so so tired

Can we chat in the AM

Love the way she's saying she didn't start this or place stories
I didn't place stories - me
It was organic as you know.

Super tired
Her and stephanie jones are ruining 9 women and their families
and none of us have silver spoons

Sun, Dec 22 at 9:25 PM

Which 9 women. Blake Lindsay Katie..

I will help get the truth out there to millions tmrw

Leslie fucked me hard this week

On a story that she told me info on

You know the truth of it all

Then said sorry she lied and tried to get it taken down when she
was source

Re ▉▉▉▉▉

I do 100 percent

Justin never sexually assaulted Blake

She is trying to play victim to salvage her career and reputation
after it went down the drain bc she is a bitch

And everyone knows it

She and Ryan tried to heist the movie and make it theirs when
Ryan had no place doing anything to begin with

She talks about changing the scenes. Ryan added a fucking scene
and rewrote it.

I'll get all of this out there tomorrow

**Vituscka000024**

Truth must be told. Again

And my texts - it's all tongue in cheek because we were like " look how good I am" Because we did nothing it was organic

Not Blake's lying victim narrative

Anyone who knows you knows that

I'm so quiet as a person I'm so loyal I help everyone So this has crushed me

Oh non

No. U can't it

It will pass

Stephanie jones  took Jen Abel's phone And gave it to Leslie Sloane while still under contract with Justin Baldoni -so she gave priv info while he was still a client

There is no subpoena.  That's made up

They cherry picked texts

What smear - the smear was organic

Leslie Sloane has a personal vendetta against you and I know this because she's told me

I know.

That has to play into the lawsuit

She said I ruined her clients reputation

To my face

**Vituscka000025**

I'll back u on that

When I did nothing

On the stand if I need to

Thank you.
I tried to be so fair. And I didn't place one story.  YOU KNOW I didn't

Or affidavit  whatever it takes

I didn't need to

No she placed them and Steph jones is the worst

Of course.

Leslie and Stephanie.
Dream team

She wants screenshots here u go

The vendetta is laid out in her words in many text feel free to use them

Vituscka000026

Thank you thank you xxxx

I've got more just lmk

Send all !! I'm on with Bryan re cross complaint which you will get first

The crazy thing re NYT is that they did a story that's all planned and smear like and said we were
Like what

And my job is CrISIS in which Leslie Sloane works on crisis

This shows what a liar she is



She said the whole cast hits Justin this has nothing to do with Blake and now she's saying that Blake was sexually assaulted. Why wouldn't she say anything about that then?

She knows she is full of shit

She told me that the whole issue was that everybody hates Justin. Nothing about Blake and Justin. She said it has nothing to do with Blake.

Bullshit

I know.

Mon, Dec 23 at 8:54 AM

Vitaseka000002/



It's Bryan Freedman

lol Andy

Is there anyway it could be really high up in the story?

This was sent to the news desk who wrote it. I cannot tell them where to include it but it is in first third.

Told them to fix Andy

Thank you

Mon, Dec 23 at 12:02 PM

My editor wants to hold out for the cross complaint

Since that will likely have it all in there

That won't be till Jan

Oh shit

Vituscka000028

Let me see what can do this was from our editor in chief

It's not fair because they cover everything else

I'm trying to see what we can do standby

Mon, Dec 23 at 2:54 PM

I love Brian

Me too

We are running it

Thank u

Thank you

Tue, Dec 24 at 10:55 AM



She said Steph jones is a liar then asked for details of the people on her team. The. She says she will have the whole cast go on record. Hmmm

Vituscka000029

I'll send to freedman

Hey, can we get any more information on ▮▮▮▮▮▮▮▮▮▮?
Anything person about how she's handling it if she's leaning on Pookie?

All of these stories have done soooooo well

Honestly, I'm too in the middle of all of this stuff. They've been really quiet. I think our next call is the 26th.

Stephanie Jones has now put out a thing that she's suing me and Jen
I'm like what the fuck? I didn't even work for you.

Whhhhhat

Just read docs

This is getting insane

Bc they are not telling truth

I know

Imagine how I feel

I was hired for a job for 2 months

This will blow over but u can understand how stressful it must feel

The truth will prevail

We both know the type of people that Lesley and Stephanie are

It will come out in the wash

Fri, Dec 27 at 3:49 PM

That thing u sent me who wrote it

What thing

Oh puck 😂

Matt Belloni and Eriq Gardner

Oh Who are they? Where was it published? It's really good

It's the biggest trade newsletter it's huge

It's famous

If you sign up u will get too!

Sun, Dec 29 at 5:24 PM

Xo Sweet I'll sign up. I really need to stay on top of all of this stuff w u because I wanna break all of it.  I have a feeling that this script will flip bc they fucked up And everyone is so anti-Justin that they're going to be anti-everything that he comes with because they have to be because a whole feminist me to shit no one still likes Blake They are just pretending they do because of her victim mentality and her powerful hubby

Just sayin

Hi!Can you talk in 30?

Ya

Tried you

Just invited u to signal

Join Signal I'm gonna send you the stuff then call me back after you listen to the voice note

Ok

Mon, Dec 30 at 5:17 PM

Check ur signal

Tue, Dec 31 at 11:06 AM

Check signal

Vituscka000031

Tue, Dec 31 at 1:07 PM

In this vicious smear campaign fully orchestrated by Blake Lively and her team, the New York Times cowered to the wants and whims of two powerful "untouchable" Hollywood elites, disregarding journalistic practices and ethics once befitting of the revered publication by using doctored and manipulated texts and intentionally omitting texts which dispute their chosen PR narrative.

In doing so, they pre-determined the outcome of their story, and aided and abetted their own devastating PR smear campaign designed to revitalize Lively's self-induced floundering public image and counter the organic groundswell of criticism amongst the online public. The irony is rich.

Make no mistake however, as we all unite to take down The NY Times by no longer allowing them to deceive the public, we will continue this campaign of authenticity by also suing those individuals who have abused their power to try and destroy the lives of my clients. While their side embraces partial truths, we embrace the full truth - and have all of the communications to back it. The public will decide for themselves as they did when this first began.

Bryan Freedman

Vituscka000032



Sun, Jun 29 at 11:56 AM

Vituscka000033

Hey can you please call me ? I don't know what is going on but no matter what it is I can take it. For three weeks all I wanted was this Dec to be withdrawn bc it is not truthful and contains info I told them not to include and bc I was forced to sign it. Now everyone acting strange and no one responding to me

Morning - I am a little under the weather with a giant migraine. there is nothing else happening to my knowledge, I sent all to BF and he didn't say much more to me. I am not in direct contact with Mark G over any of your situation at all so there is nothing off happening at all our side. You need to get hold of Mark and team and ask wtf is going on- I wish I had all the info on your stuff but I dont I am full drowning in our stuff and all the shit they are throwing at us non stop. You HAVE to ask him for a call asap and tel him you need a plan for this week and you cannot just wait around and see especially now you have lost your job due to Leslie Sloane's actions. They need to tell you what their plan is ASAP

Okay thanks. I thought u were mad at me for some reason.  I'm sorry u are not feeling good this shit really takes toll on ur body and mind.

Oh my gosh, I am not mad at you at all. I feel absolutely desperately unhappy for you.

I feel so unhappy for you

It's made me even sadder

And yes, this has taken the biggest toll on all of us your mind your body exhaustion and you can't sleep

All because of some stupid fucking egotistical maniac can't believe that no one liked her

I just can't believe I'm in this for the sake of a three week period

I can't believe that Daily Mail is blaming me for articles that they benefitted from and fired me after wee filed a whistleblower complaint alleging that I lied and I said in court documents that Justin Baldoni assaulted Blake ... this is what the company told me int heir letter of termination I was like Jesus Christ not this sentence again

They also said that I had to be removed from every story on Blake since January and I have only done 92 in actuality

Anyways it is all water behind the bridge now... all we can focus on

Vituscka000034

I am praying that there ill be a way for our truth to shine through

Same

Keep the faith I am always here for you  sorry for freakout

Read 6/29/25

Listen it's so hard to not freak out

I'm always here

Vituscka000035