# Exhibit 61

# Short Message Report

| Conversations: 1 | Participants: 12 |
|---|---|
| Total Messages: 47 | Date Range: 8/20/2024 - 8/21/2024 |

## Outline of Conversations



███████████████████████████████████████/System Message chatroom • 47 messages between 8/20/2024 - 8/21/2024 • Alyx Sealy (████) • Breanna Butler (████) • Carolina (████) • Dervla (████) • Katherine Case (████) • Katie Case (████) • Melissa Nathan (████) • Michael Lawrence (████) • Rylie Long (████) • System Message (System Message) • ████

CONFIDENTIAL  KCASE-000004756

**Messages in chronological order** (times are shown in GMT -04:00)





Image: __Library_SMS_Attachments_62_02_03D6AE06-EBC0-4F29-B857-873EDD56ED6C_IMG_7173.PNG (183 KB)

**RL  Rylie Long (          )**  8/20/2024, 10:55 PM
LMAO

**AS  Alyx Sealy (          )**  8/20/2024, 10:56 PM
[url:'https://p48-content.icloud.com/MF05CC8A366EE15FA4AE259ABC484506A23B7F47B8E18A9E17B62B03EDF93D910.C01USN00'
]



Image: __Library_SMS_Attachments_ab_11_F3B79151-48FD-4C14-A7B4-B13A7044AD60_IMG_7174.PNG (185 KB)

**AS  Alyx Sealy (          )**  8/20/2024, 10:56 PM
We had 989 visitors in the last 24 hours

**BB  Breanna Butler (          )**  8/21/2024, 10:10 AM
https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html?ito=native_share_article-nativemenubutton

Attachment: __Libr_1(579) (4 KB)

*Attachment: __Libr_1(580) (100 KB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** (█████████) <br> God bless Alison Boshoff | 8/21/2024, 10:10 AM |
| KC | **Katie Case** (█████████) <br> Did she actually come through for us????? | 8/21/2024, 10:10 AM |
| BB | **Breanna Butler** (█████████) <br> Yes | 8/21/2024, 10:10 AM |
| C | **Carolina** (█████████) <br> Wowwwwwww | 8/21/2024, 10:10 AM |
| C | **Carolina** (█████████) <br> It's about time | 8/21/2024, 10:10 AM |
| KC | **Katie Case** (█████████) <br> Well done Bre!! | 8/21/2024, 10:14 AM |
| AS | **Alyx Sealy** (█████████) <br> Yeah seriously it's great ! | 8/21/2024, 10:15 AM |
| RL | **Rylie Long** (█████████) <br> Laughed at "God bless Alison Boshoff " | 8/21/2024, 10:36 AM |
| C | ███████████████ <br> Melissa this is the backgrounder Zoe made for ███████ ████████████████████ | 8/21/2024, 12:29 PM |
| AS | ████████████ | 8/21/2024, 1:23 PM |
| AS | ████████████████████ | 8/21/2024, 1:23 PM |
| KC | ████████████ | 8/21/2024, 1:24 PM |
| C | ████████████ █ | 8/21/2024, 1:24 PM |
| RL | ████████████████ | 8/21/2024, 1:24 PM |



CONFIDENTIAL
KCASE-000004760

| | | |
|---|---|---|
| C | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| BB | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| AS | **Alyx Sealy (**▮▮▮**)** | 8/21/2024, 4:27 PM |

https://perezhilton.com/it-ends-with-us-author-colleen-hoover-son-accused-sexual-assault-how-she-defended-him/

*Attachment: __Libr_1(584) (173 KB)*

*Attachment: __Library_SMS_Attach_1_01_01_042D06_1_E9308D_1 (4 KB)*

| | | |
|---|---|---|
| AS | **Alyx Sealy (**▮▮▮**)** 🙍 | 8/21/2024, 4:28 PM |
| RL | **Rylie Long (**▮▮▮**)** <br> NO | 8/21/2024, 4:28 PM |

CONFIDENTIAL