# Exhibit 62

Page 1

```
 1
 2   ** C O N F I D E N T I A L **
 3   * CONTAINS ATTORNEYS' EYES ONLY MATERIAL *
 4   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 5   Case No. 1:24-CV-10049-LJL
     (Consolidated with 1:25-cv-00449-LJL)
 6   ----------------------------------x
     BLAKE LIVELY,
 7              Plaintiff,
 8      - against -
 9   WAYFARER STUDIOS LLC, a Delaware
     Limited Liability Company, JUSTIN
10   BALDONI, an individual, JAMEY HEATH, an
     individual, STEVE SAROWITZ, an individual,
11   IT ENDS WITH US MOVIE LLC, a California
     Limited Liability Company, MELISSA
12   NATHAN, an individual, THE AGENCY
     GROUP PR LLC, a Delaware Limited Liability
13   Company, JENNIFER ABEL, an individual,
     JED WALLACE, an individual, and STREET
14   RELATIONS INC., a California Corporation,
                Defendants.
15   ----------------------------------x
                (Caption continued)
16              September 9, 2025
                9:03 a.m.
17
18         Videotaped Deposition of BREANNA
19   KOSLOW, taken by Plaintiff, pursuant to
20   Subpoena, held at the offices of Willkie
21   Farr & Gallagher LLP, 787 Seventh Avenue,
22   New York, New York, before Todd DeSimone, a
23   Registered Professional Reporter and Notary
24   Public of the State of New York.
25
```

```
                                            Page 27
 1            KOSLOW - CONFIDENTIAL
 2   grammatic, you know, any words misspelled
 3   or, you know, flipping paragraphs or adding
 4   a line or something like that.
 5        Q.      Apart from an editorial
 6   function like you just described, do you
 7   recall having substantive contributions to
 8   this?
 9        A.      I don't recall.
10        Q.      Okay.  Did you have an
11   understanding at the time of what Wayfarer
12   or Justin Baldoni was hiring TAG to do?
13        A.      Yes.
14              MR. SCHUSTER:  Objection.
15        Q.      And what was that
16   understanding?
17        A.      To help with optics of the
18   upcoming premiere, because at that point it
19   was our understanding that Blake was saying
20   she didn't want to go.  So we were brought
21   on to be like -- to help with, okay, what
22   are the different scenarios if she doesn't
23   show up, if he doesn't show up, if they
24   both show up.  It was really about the
25   upcoming premiere.
```

Page 311

1              KOSLOW - CONFIDENTIAL

2        A.       Exactly.  We don't give false,

3    yeah.

4        Q.       So if you wanted a story to be

5    published that had a negative slant with

6    respect to some topic you would have to

7    make sure that the information that you

8    were putting out was somehow not made up?

9                 MR. SCHUSTER:  Objection.

10       A.       Correct.

11       Q.       Do you ever place stories?

12       A.       Yes.

13                (Koslow Exhibit 31 marked for

14   identification.)

15       Q.       That is Exhibit 31, for the

16   record.  I believe it has been marked as

17   31.  Do you recognize this document?

18       A.       Yes, I do.

19       Q.       What is it?

20       A.       It is a story written by

21   Alison, I can't pronounce her, Boshoff --

22   Boshoff -- at the Daily Mail.

23       Q.       I was going to ask you how to

24   pronounce it, but we can just go our own

25   ways on that.

Page 312

1         KOSLOW - CONFIDENTIAL

2              Does this appear to be a true

3    and accurate copy of the story that was

4    published by Ms. Boshoff at the Daily Mail

5    on August 20th?

6         A.     I believe so.

7         Q.     Did you place this story?

8         A.     Yes.

9         Q.     What did that involve?

10        A.     That involved, again, this was

11   following the Hollywood Reporter piece, so

12   I couldn't care less about Blake or Justin,

13   that was a direct hit on TAG that we at the

14   time felt was placed by Leslie.  It was

15   placed by somebody that wasn't us, who was

16   connected to this, and the whole sentiment

17   behind the Hollywood Reporter piece was the

18   whole, you know, oh, bot use, or I don't

19   remember the details of it.  But it was

20   alluding to us being shady or nefarious or

21   something.

22              So at that point it was like

23   okay, well, then go take a look at her PR,

24   because social media, organically, people

25   are making -- like real people are making

```
                                        Page 313
 1              KOSLOW - CONFIDENTIAL
 2    TikToks because they are, you know, upset
 3    or they don't like the material that she's
 4    been promoting or how she is weaving in a
 5    booze line into a film about domestic
 6    violence.
 7              So I pointed Alison to stories
 8    that were already written.  I never once
 9    said anything negative about Blake, false
10    about Blake.  I literally pointed her to on
11    the record stories that were already
12    written.
13              Again, this is more of like a
14    PR versus PR battle, because we thought
15    that Leslie was trying to, you know,
16    present us in a way that we were not.
17         Q.    Your reasons for placing this
18    story had nothing to do with Mr. Baldoni?
19         A.    No.  At that point I was
20    defending us.  I was defending TAG and I
21    was really upset and pissed off that
22    somebody tried to make a story about us and
23    make us seem like nefarious, you know, evil
24    geniuses or something.
25         Q.    So the genesis -- your
```

Page 396

1              KOSLOW - CONFIDENTIAL
2        on the record.  The time is 5:44 p.m.
3    BY MR. NATHAN:
4        Q.      Ms. Koslow, or Ms. Butler, I'm
5    sorry.
6        A.      That's fine.
7        Q.      Are you paying your own legal
8    fees in this case?
9        A.      No.
10       Q.      Do you know who is?
11       A.      Not exactly, no.
12       Q.      Not exactly or no?
13       A.      Someone on the Wayfarer side.
14       Q.      What's your best understanding
15   of who that is?
16               MR. SCHUSTER:  Objection.
17       A.      I'm not sure exactly, but I
18   know that it is through the Wayfarer side.
19       Q.      By "the Wayfarer side," do you
20   mean Wayfarer Studios or do you mean a
21   person affiliated with Wayfarer?
22       A.      I'm not sure exactly.
23       Q.      Did you sign an, excuse me, did
24   you sign an indemnification agreement in
25   connection with this case?

Page 517

1

2              CERTIFICATION

3

4     I,   TODD DeSIMONE, a Notary Public for

5   and within the State of New York, do hereby

6   certify:

7     That the witness whose testimony as

8   herein set forth, was duly sworn by me; and

9   that the within transcript is a true record

10  of the testimony given by said witness.

11    I further certify that I am not related

12  to any of the parties to this action by

13  blood or marriage, and that I am in no way

14  interested in the outcome of this matter.

15    IN WITNESS WHEREOF, I have hereunto set

16  my hand this 10th day of September, 2025.

17

18

19              TODD DESIMONE

20

21

22

23

24

25