# Exhibit 64

# Short Message Report

| Conversations: 1 | Participants: 12 |
|---|---|
| Total Messages: 162 | Date Range: 8/13/2024 - 8/14/2024 |

## Outline of Conversations



m Message chatroom · 162 messages between 8/13/2024 - 8/14/2024 · Alyx Sealy () · Breanna Butler () · Carolina () · Dervla () · Katherine Case () · Katie Case () · Melissa Nathan () · Michael Lawrence () · Rylie Long () · System Message (System Message) ·

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

**m Message chatroom**

**D** — **Dervla** — 8/13/2024, 8:28 PM
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/

*Attachment: __Libr_1(493) (163 KB)*

*Attachment: __Libr_1(494) (2 KB)*

**D** — **Dervla** — 8/13/2024, 8:28 PM
@melissa 🫠

**RL** — **Rylie Long** — 8/13/2024, 8:29 PM
▇ mentioned in sub headline

**KC** — **Katie Case** — 8/13/2024, 8:30 PM
It's not bad

**AS** — **Alyx Sealy** — 8/13/2024, 8:30 PM
It's very basic

**BB** — **Breanna Butler** — 8/13/2024, 8:30 PM
A LOT of regurgitation

**KC** — **Katie Case** — 8/13/2024, 8:31 PM
It's also like — ok who cares

**AS** — **Alyx Sealy** — 8/13/2024, 8:31 PM
It's not a story

**RL** — **Rylie Long** — 8/13/2024, 8:31 PM
And ? Like ofc he hired PR for this

**AS** — **Alyx Sealy** — 8/13/2024, 8:31 PM
He's being attacked publicly, he brought on an expert to help

**D** — **Dervla** — 8/13/2024, 8:32 PM
Emphasised "And ? Like ofc he hired PR for this"

**KC** — **Katie Case** — 8/13/2024, 8:32 PM
Emphasized "And ? Like ofc he hired PR for this"

**KC** — **Katie Case** — 8/13/2024, 8:32 PM
Emphasized "It's not a story"

**M** — 8/13/2024, 10:07 PM
Breaking my nervous breakdown to send you this [url:'https://p54-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_32_02_0ADCD066-4525-4EF3-9873-*

CONFIDENTIAL                                                                                                                    KCASE-000003355

C6FC2E8B1359_RPReplay_Final1723600643.mov (3 MB)

**RL** Rylie Long ( ■■■■ ) — 8/13/2024, 10:08 PM
Laughed at "Breaking my nervous breakdown to send you this"

**KC** Katie Case ( ■■■■ ) — 8/13/2024, 10:09 PM
This is going to be my standard reply from now on: WEVE LITERALLY SEENIT

**RL** Rylie Long ( ■■■■ ) — 8/13/2024, 10:09 PM
Laughed at "This is going to be my standard reply from now on:…"

**AS** Alyx Sealy ( ■■■■ ) — 8/13/2024, 10:09 PM
Laughed at "This is going to be my standard reply from now on:…"

**M** ■■■■ — 8/13/2024, 10:40 PM
Deadline running

**AS** Alyx Sealy ( ■■■■ ) — 8/13/2024, 10:41 PM
Kk Rylie can you keep watch plz

**RL** Rylie Long ( ■■■■ ) — 8/13/2024, 10:41 PM
Yes

**RL** Rylie Long ( ■■■■ ) — 8/13/2024, 10:41 PM
https://www.cosmopolitan.com/entertainment/celebs/a61870841/why-justin-baldoni-hired-crisis-pr-manager/

Attachment: __Libr_1(495) (72 KB)

Attachment: __Libr_1(496) (4 KB)

**M** ■■■■ — 8/13/2024, 10:41 PM
Oh fuck off

**AS** Alyx Sealy ( ■■■■ ) — 8/13/2024, 10:42 PM
Rylie let's flag not on this chat lol

**AS** Alyx Sealy ( ■■■■ ) — 8/13/2024, 10:42 PM
Mel if there is anything to worry or flag to you we will

**M** ■■■■ — 8/14/2024, 9:27 AM
https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng==

Attachment: __Libr_1(497) (30 KB)

Attachment: __Libr_1(498) (109 KB)

Attachment: __Libr_1(499) (31 KB)

**AS** Alyx Sealy ( ■■■■ ) — 8/14/2024, 9:29 AM
All she talks about is the floral outfits she's wearing! Every post on her IG one after the other

**KC** Katie Case ( ■■■■ ) — 8/14/2024, 9:29 AM
Emphasized "All she talks about is the floral outfits she's we…"

| | | |
|---|---|---|
| KC | **Katie Case** (█████) <br> https://www.instagram.com/reel/C-n_krDy0T7/?igsh=MWFydHh1YjhoMHR4dg== | 8/14/2024, 9:32 AM |

*Attachment: __Libr_1(500) (31 KB)*

*Attachment: __Libr_1(501) (9 KB)*

*Attachment: __Libr_1(502) (26 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** (█████) <br> FLOWERS | 8/14/2024, 9:32 AM |
| AS | **Alyx Sealy** (█████) <br> Just got a flash flood warning on my tv lol | 8/14/2024, 9:35 AM |
| AS | **Alyx Sealy** (█████) <br> As I look out at the legit ocean next to my door | 8/14/2024, 9:35 AM |
| KC | **Katie Case** (█████) <br> ..... | 8/14/2024, 9:35 AM |
| AS | **Alyx Sealy** (█████) <br> https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-cast-feud/ | 8/14/2024, 9:41 AM |

*Attachment: __Libr_1(503) (193 KB)*

*Attachment: __Libr_1(504) (3 KB)*

| | | |
|---|---|---|
| C | **Carolina** (█████) <br> ████████████████████████ | 8/14/2024, 10:00 AM |
| BB | **Breanna Butler** (█████) <br> ████████████████ | 8/14/2024, 10:01 AM |
| C | **Carolina** (█████) <br> ████████████████ | 8/14/2024, 10:01 AM |

*Attachment: __Libr_1(505) (7 KB)*

*Attachment: __Libr_1(506) (295 KB)*

| | | |
|---|---|---|
| C | **Carolina** (█████) <br> Omg ? | 8/14/2024, 10:01 AM |
| AS | **Alyx Sealy** (█████) <br> ████████████ | 8/14/2024, 10:01 AM |
| AS | **Alyx Sealy** (█████) <br> @melissa perhaps we should do a team call at some point this afternoon.... | 8/14/2024, 10:07 AM |

| | | | |
|---|---|---|---|
| M | [redacted] | | 8/14/2024, 10:08 AM |
| | Just on with Jamey and jen | | |
| M | [redacted] | | 8/14/2024, 10:08 AM |
| | Yes | | |
| AS | Alyx Sealy ([redacted]) | | 8/14/2024, 10:08 AM |
| | Okay great. Rylie can you find a time that works for everyone? Let's shoot for earlier rather than later | | |
| RL | Rylie Long ([redacted]) | | 8/14/2024, 10:14 AM |
| | Can we do 11:30am PT or 1pm PT? | | |
| D | Dervla ([redacted]) | | 8/14/2024, 10:14 AM |
| | Liked "Can we do 11:30am PT or 1pm PT?" | | |
| M | [redacted] | | 8/14/2024, 10:15 AM |
| | I think 11:30am PT | | |
| AS | Alyx Sealy ([redacted]) | | 8/14/2024, 10:15 AM |
| | 11:30am | | |
| RL | Rylie Long ([redacted]) | | 8/14/2024, 10:16 AM |
| | Great Derv just updated team invite | | |
| M | [redacted] | | 8/14/2024, 10:16 AM |
| | Depends on how this AM goes also | | |
| RL | Rylie Long ([redacted]) | | 8/14/2024, 10:16 AM |
| | Kk we will just hold that time for now | | |
| AS | Alyx Sealy ([redacted]) | | 8/14/2024, 10:17 AM |
| | [redacted] | | |
| M | [redacted] | | 8/14/2024, 10:17 AM |
| | I know if these people let me get off the phone | | |
| M | [redacted] | | 8/14/2024, 10:17 AM |
| | Ever | | |
| M | [redacted] | | 8/14/2024, 10:17 AM |
| | To do some other work | | |
| AS | Alyx Sealy ([redacted]) | | 8/14/2024, 10:17 AM |
| | Let u know how we can help or if you just want to merge any of us into calls to take notes etc | | |
| M | [redacted] | | 8/14/2024, 10:17 AM |
| | No they only want the chief Katie | | |
| AS | Alyx Sealy ([redacted]) | | 8/14/2024, 10:18 AM |
| | I can also make my way to your room in this storm and take notes while you're on calls if you need 😊 | | |
| KC | Katie Case ([redacted]) | | 8/14/2024, 10:22 AM |
| | Laughed at "I know if these people let me get off the phone " | | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| KC | **Katie Case** (█████) | | 8/14/2024, 10:22 AM |
| | Emphasized "No they only want the chief Katie" | | |
| KC | **Katie Case** (█████) | | 8/14/2024, 10:22 AM |
| | Melissa "Chief" Nathan | | |
| M | ████████████ | | 8/14/2024, 10:28 AM |
| | [url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | | |

Attachment: __Libr_1(17).heic (72 KB)

| | | | |
|---|---|---|---|
| M | ████████████ | | 8/14/2024, 10:28 AM |
| | On with tmz | | |
| M | ████████████ | | 8/14/2024, 10:28 AM |
| | I do think SJ is placing | | |
| BB | **Breanna Butler** (█████) | | 8/14/2024, 10:29 AM |
| | What is TMZ saying? They've done 3 pieces on this in 12 hours | | |
| RL | **Rylie Long** (█████) | | 8/14/2024, 10:29 AM |
| | Emphasized "What is TMZ saying? They've done 3 pieces on this …" | | |
| D | **Dervla** (█████) | | 8/14/2024, 11:02 AM |
| | https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/ | | |

Attachment: __Libr_1(507) (204 KB)

Attachment: __Libr_1(508) (3 KB)

| | | | |
|---|---|---|---|
| KC | **Katie Case** (█████) | | 8/14/2024, 11:03 AM |
| | Now we go to war. | | |
| | Breanna let's chat about this | | |
| AS | **Alyx Sealy** (█████) | | 8/14/2024, 11:03 AM |
| | Oh Jesus Christ lol | | |
| BB | **Breanna Butler** (█████) | | 8/14/2024, 11:12 AM |
| | Yes MN please call us. We need Jed too | | |
| M | ████████████ | | 8/14/2024, 11:12 AM |
| | One second | | |
| BB | **Breanna Butler** (█████) | | 8/14/2024, 11:13 AM |
| | The fat shaming part isn't bad as has our explanation | | |
| D | **Dervla** (█████) | | 8/14/2024, 11:13 AM |
| | Emphasised "The fat shaming part isn't bad as has our explanat…" | | |
| BB | **Breanna Butler** (█████) | | 8/14/2024, 11:24 AM |
| | ████████████████████████████████████████ | | |
| M | ████████████ | | 8/14/2024, 11:29 AM |

I'm free in 15 minutes?



Attachment: __Libr_1(509) (75 KB)

Attachment: __Libr_1(510) (3 KB)

CONFIDENTIAL

KCASE-000003360

| | | |
|---|---|---|
| AS | **Alyx Sealy** ( ▓▓▓▓▓ ) | ▓▓▓▓▓ |
| M | ▓▓▓▓▓ | 8/14/2024, 1:24 PM |

[url:'https://p26-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_a8_08_08D02ED5-EEF6-491C-BA5D-72301701ACCE_IMG_2323.heic (1 MB)*

| | | |
|---|---|---|
| KC | **Katie Case** ( ▓▓▓▓▓ ) | 8/14/2024, 1:24 PM |
| | YES this was in my IG reels feed this AM | |
| D | **Dervla** ( ▓▓▓▓▓ ) | 8/14/2024, 1:25 PM |
| | Loved an image | |
| RL | **Rylie Long** ( ▓▓▓▓▓ ) | 8/14/2024, 1:25 PM |
| | Loved an image | |
| BB | **Breanna Butler** ( ▓▓▓▓▓ ) | 8/14/2024, 1:25 PM |
| | Omg this is amazing | |
| BB | **Breanna Butler** ( ▓▓▓▓▓ ) | 8/14/2024, 1:27 PM |
| | We should send to Jed, right? | |
| AS | **Alyx Sealy** ( ▓▓▓▓▓ ) | 8/14/2024, 1:31 PM |
| AS | ▓▓▓▓▓ ( ▓▓▓▓▓ ) | 8/14/2024, 1:32 PM |

*Attachment: __Libr_1(513) (1 MB)*

*Attachment: __Libr_1(514) (3 KB)*

| | | |
|---|---|---|
| M | ▓▓▓▓▓ | 8/14/2024, 1:48 PM |

[url:'https://p41-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']
[url:'https://p51-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_46_06_05A4FEDD-244A-48AD-8C00-60281008435E_IMG_2325.heic (1 MB)*

*Attachment: __Library_SMS_Attachments_cb_11_F4C30BEA-9F8A-4459-85C2-47FD71928F50_IMG_2326.heic (1 MB)*

| | | |
|---|---|---|
| BB | **Breanna Butler** ( ▓▓▓▓▓ ) | 8/14/2024, 2:06 PM |

CONFIDENTIAL                                                                                                    KCASE-000003361

| | | |
|---|---|---|
| BB | **Breanna Butler** ( ▮ ) ▮ | 8/14/2024, 2:07 PM |
| BB | ▮ ( ▮ ) ▮ | 8/14/2024, 2:08 PM |
| D | **Dervla** ( ▮ )<br>Zoe sending now | 8/14/2024, 2:08 PM |
| AS | ▮ ( ▮ ) ▮ | ▮ |
| KC | ▮ | ▮ |
| D | ▮ | ▮ |
| D | ▮ | ▮ |
| RL | ▮ | ▮ |
| RL | ▮ | ▮ |
| C | ▮ | ▮ |
| D | ▮ | ▮ |
| M | ▮<br>[url:'https://p29-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']<br><br>Attachment: __Library_SMS_Attachments_74_04_4962C91E-00A1-47CB-BA68-E238AFDAEB76_Screenshot 2024-08-14 at 15.42.59.heic (72 KB) | 8/14/2024, 3:45 PM |
| KC | **Katie Case** ( ▮ )<br>"If you would like Jen Abel and my thoughts on who placed it" killed me | 8/14/2024, 3:45 PM |
| AS | **Alyx Sealy** ( ▮ )<br>Emphasized an image | 8/14/2024, 3:48 PM |
| RL | **Rylie Long** ( ▮ )<br>Laughed at ""If you would like Jen Abel and my thoughts on who…" | 8/14/2024, 3:49 PM |
| RL | **Rylie Long** ( ▮ ) | 8/14/2024, 3:49 PM |

NO THOUGHTS.. it's in WRITING

**BB**  **Breanna Butler** (███████)  8/14/2024, 3:54 PM
I love how he's 24 hours late to the game

**M**  ███████  8/14/2024, 3:55 PM
He just replied
███████

**KC**  **Katie Case** (███████)  8/14/2024, 3:55 PM
██ █

**RL**  **Rylie Long** (███████)  8/14/2024, 3:55 PM
███████

**BB**  **Breanna Butler** (███████)  8/14/2024, 4:58 PM
https://www.tiktok.com/t/ZTNtEXCgu/

*Attachment: __Libr_1(515) (6 KB)*

*Attachment: __Libr_1(516) (19 KB)*

*Attachment: __Libr_1(517) (152 KB)*

**BB**  **Breanna Butler** (███████)  8/14/2024, 4:58 PM
We need it

**KC**  **Katie Case** (███████)  8/14/2024, 4:58 PM
Emphasized "We need it"

**M**  ███████  8/14/2024, 5:51 PM
[url:'https://p31-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']
[url:'https://p31-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_a8_08_14CA0AE5-2625-4BC8-87E4-4F9FDE32A4F2_IMG_2346.heic (1 MB)*

*Attachment: __Library_SMS_Attachments_bd_13_E2A31D5D-2DE3-4908-8052-0C75446B36AA_IMG_2345.heic (2 MB)*

**C**  **Carolina** (███████)  8/14/2024, 5:52 PM
Emphasized an image

**RL**  **Rylie Long** (███████)  8/14/2024, 5:52 PM
Oh this is insane

**D**  **Dervla** (███████)  8/14/2024, 5:52 PM
Laughed at an image

**M**  ███████  8/14/2024, 5:53 PM
[url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_74_04_2EB11DFD-295E-434F-8D1B-9A937B4A20CE_IMG_2347.MOV (5 MB)*

| | | |
|---|---|---|
| KC | **Katie Case ( )** <br> Loved a movie | 8/14/2024, 5:54 PM |
| KC | **Katie Case ( )** <br> Go Alyx! | 8/14/2024, 5:54 PM |
| AS | **Alyx Sealy ( )** <br> It's so hot in here guys | 8/14/2024, 5:55 PM |
| RL | **Rylie Long ( )** <br> Loved a movie | 8/14/2024, 5:55 PM |
| RL | **Rylie Long ( )** <br> Laughed at "It's so hot in here guys " | 8/14/2024, 5:55 PM |
| RL | **Rylie Long ( )** <br> Slaying | 8/14/2024, 5:55 PM |
| M | [redacted] <br> [url:'https://p61-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | 8/14/2024, 5:55 PM |

*Attachment: __Libr_1(18).heic (1 MB)*

| | | |
|---|---|---|
| RL | **Rylie Long ( )** <br> SLAYING!! | 8/14/2024, 5:56 PM |
| RL | **Rylie Long ( )** <br> [redacted] | 8/14/2024, 5:56 PM |
| RL | [redacted] | 8/14/2024, 5:56 PM |
| KC | [redacted] | 8/14/2024, 5:57 PM |
| KC | [redacted] | 8/14/2024, 5:57 PM |
| KC | [redacted] | 8/14/2024, 6:01 PM |
| M | [redacted] <br> Obsessed with this [url:'https://p32-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | 8/14/2024, 7:02 PM |

*Attachment: __Library_SMS_Attachments_79_09_214A1003-30A4-4F5F-B253-E00876CE9ED8_IMG_8127.HEIC (73 KB)*

| | | |
|---|---|---|
| C | **Carolina ( )** | 8/14/2024, 7:03 PM |

Oh my GOD HAHAHAHA

BB ▮

KC ▮

CONFIDENTIAL
KCASE-000003365



KCASE-000003366

# Pages Ending in
# KCASE-000003367 to KCASE000003396
# Intentionally Omitted






**Watch Blake Lively's vicious reply to upset reporter's congratulations on pregnancy as A-List star is branded a mean girl**

@magnussundholm 3 days ago
I can't believe how rude Blake Lively is.

# HOLLYWOOD VILLAIN

Blake, 36, has been embroiled in controversy recently as rumors of an ongoing feud between her and her It Ends With Us costar, Justin Baldoni, continue to make headlines. Amid the drama, award-winning journalist Kjersti Flaa has slammed the Gossip Girl alum, claiming that she considered leaving the industry after an interview with Blake in 2016 went awry.

 Share  28     395 comments    1 video


**EXCLUSIVE** Moment enraged Colorado


○ Site ○ Web  Enter your search  Search
**DON'T MISS**
▶ Watch Blake Lively's

CONFIDENTIAL                                        KCASE-000003397