# Exhibit 68

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ------------------------------------------
     BLAKE LIVELY,
 5
                              Plaintiff,
 6    -v-       24-cv-10049 (lead case);
                25-cv-449
 7   WAYFARER STUDIOS LLC, JUSTIN BALDONI,
     JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
 8   US MOVIE LLC, MELISSA NATHAN, THE AGENCY
     GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
 9   STREET RELATIONS INC.,
10                            Defendants.
     No. 1:24-cv-10049-LJL
11   (Consolidated with 1:25-cv-00449-LJL)
     ------------------------------------------
12
     WAYFARER STUDIOS LLC, JUSTIN BALDONI,
13   JAMEY HEATH, IT ENDS WITH US MOVIE LLC,
     MELISSA NATHAN, and JENNIFER ABEL,
14
                              Plaintiffs,
15     -v-
16   BLAKE LIVELY, RYAN REYNOLDS, LESLIE
     SLOANE, VISION PR, INC., THE NEW YORK
17   TIMES COMPANY,
18                            Defendants.
19   ------------------------------------------
20           HIGHLY CONFIDENTIAL
              ATTORNEYS' EYES ONLY
21
22         VIDEOTAPED DEPOSITION OF
               LESLIE SLOANE
23        Ft. Lauderdale, Florida
            September 26, 2025
24
     Reported By:
25   ERIC J. FINZ


                                        Page 1
```

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | A. Yup. | 03:16:02 |
| 3 | Q. And did you call her an | 03:16:02 |
| 4 | asshole because according to James from | 03:16:04 |
| 5 | the Daily Mail she was leaking stories to | 03:16:06 |
| 6 | him? | 03:16:08 |
| 7 | MS. ANASTASIO: Objection. | 03:16:11 |
| 8 | MS. McCAWLEY: Objection. | 03:16:15 |
| 9 | MS. GOVERNSKI: Objection. | 03:16:18 |
| 10 | Q. Or for another reason? | 03:16:19 |
| 11 | A. Because as I was, as I stated | 03:16:21 |
| 12 | earlier, I thought she was leaking the | 03:16:23 |
| 13 | stories. | 03:16:23 |
| 14 | (Reporter clarification.) | 03:16:23 |
| 15 | A. Leaking, or giving, or what | 03:16:29 |
| 16 | they use as their favorite word, seeding | 03:16:30 |
| 17 | or planting. | 03:16:32 |
| 18 | Q. Who is "they"? You said | 03:16:38 |
| 19 | "their favorite word." | 03:16:41 |
| 20 | A. The publicists who were | 03:16:43 |
| 21 | involved in this case. | 03:16:45 |
| 22 | Q. Have you ever seeded a story? | 03:16:46 |
| 23 | A. No. | 03:16:48 |
| 24 | Q. Have you ever planted a story? | 03:16:48 |
| 25 | A. No. | 03:16:50 |

Page 155

```
 1         LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2         Q.    Help him win what?                      04:04:49
 3         A.    The attack, the smear campaign          04:04:53
 4    that was starting.                                 04:04:57
 5         Q.    How do you know Justin Baldoni          04:04:59
 6    had anything to do with any negative               04:05:00
 7    press that Ms. Lively was receiving as of          04:05:04
 8    August 13th?                                       04:05:07
 9               MS. GOVERNSKI:  Objection.              04:05:08
10         A.    I base it on him hiring                 04:05:09
11    Melissa Nathan.                                    04:05:12
12         Q.    So you assume that because              04:05:13
13    Justin Baldoni hired Melissa Nathan, that          04:05:15
14    they had done something to plant or seed           04:05:17
15    negative stories about Blake Lively.  Is           04:05:20
16    that your testimony?                               04:05:22
17               MS. McCAWLEY:  Objection.               04:05:24
18               MS. GOVERNSKI:  Objection.              04:05:24
19         A.    I can add to that by telling            04:05:25
20    that you Melissa Nathan shared with me             04:05:27
21    that he did do some things, that's why             04:05:29
22    she was brought in.  When we were on the           04:05:31
23    phone.  When I was in Los Angeles.                 04:05:33
24         Q.    Do you have an answer to my             04:05:35
25    question?                                          04:05:36
```

Page 203

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2              MS. McCAWLEY:  Objection;              04:05:37
 3      asked and answered.                            04:05:38
 4       A.    So I'm sorry, please repeat             04:05:38
 5   that.                                             04:05:39
 6       Q.    So you assume that because              04:05:39
 7   Justin had hired Melissa Nathan that they         04:05:41
 8   had done something to plant or seed               04:05:44
 9   negative stories about Blake Lively; that         04:05:45
10   your testimony?                                   04:05:47
11              MS. GOVERNSKI:  Objection.             04:05:48
12              MS. McCAWLEY:  Objection.              04:05:48
13       A.    My testimony I believe -- I'm           04:05:49
14   sorry, please just repeat that one more           04:06:01
15   time.  I'm getting a little tired.  So            04:06:02
16   please repeat that.                               04:06:04
17       Q.    We can take a break in a                04:06:05
18   moment.                                           04:06:07
19       A.    I don't want a break.  I just           04:06:08
20   want to repeat that.                              04:06:09
21       Q.    I asked you, how do you know            04:06:10
22   Justin Baldoni had anything to do with            04:06:12
23   the negative press that Ms. Lively was            04:06:13
24   receiving as of August 13th.  Do you              04:06:15
25   recall that question that I asked you?            04:06:17
```

Page 204

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | A.   Yes.  And I answered because | 04:06:18 |
| 3 | he hired Melissa Nathan, correct. | 04:06:20 |
| 4 | Q.   So are you assuming that | 04:06:22 |
| 5 | because Justin Baldoni hired Melissa | 04:06:24 |
| 6 | Nathan that he had done anything to smear | 04:06:27 |
| 7 | Blake Lively's reputation? | 04:06:32 |
| 8 | MS. McCAWLEY:  Objection. | 04:06:33 |
| 9 | A.   I'm not assuming.  Melissa | 04:06:34 |
| 10 | Nathan did share with me on a phone call | 04:06:36 |
| 11 | that she was hired to come in to clean | 04:06:39 |
| 12 | his messes up.  That he was lucky to have | 04:06:41 |
| 13 | her.  He did some stupid things.  So | 04:06:44 |
| 14 | yeah. | 04:06:46 |
| 15 | Q.   Did she tell you that she was | 04:06:47 |
| 16 | going to seed or plant negative press | 04:06:49 |
| 17 | about Blake Lively on Justin's behalf? | 04:06:51 |
| 18 | A.   It was the opposite.  She told | 04:06:54 |
| 19 | me she wasn't doing it. | 04:06:56 |
| 20 | Q.   Okay.  So again, what basis | 04:06:57 |
| 21 | did you have to believe that Justin | 04:06:59 |
| 22 | Baldoni or Melissa Nathan had anything to | 04:07:03 |
| 23 | do with the negative press that Blake | 04:07:06 |
| 24 | Lively was receiving as of August 13th? | 04:07:08 |
| 25 | MS. GOVERNSKI:  Objection. | 04:07:10 |

Page 205

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1       LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2              MS. McCAWLEY:  Objection;              04:07:11
 3       asked and answered.                           04:07:12
 4          A.   My knowledge in the industry          04:07:12
 5       and the fact that Melissa is a crisis         04:07:13
 6       manager.                                      04:07:16
 7          Q.   You made an assumption;               04:07:16
 8       correct?                                      04:07:17
 9          A.   No.                                   04:07:17
10              MS. McCAWLEY:  Objection.              04:07:18
11          Q.   Oh.  So what facts is it based        04:07:18
12       on?                                           04:07:21
13              MS. GOVERNSKI:  Objection.             04:07:21
14              MS. McCAWLEY:  Join.                   04:07:22
15          Q.   You can answer.                       04:07:27
16          A.   Oh, thank you.                        04:07:28
17              Facts that Melissa shared with         04:07:29
18       me that he did make some mistakes and he      04:07:31
19       did do some things, that that's why they      04:07:33
20       brought her in.                               04:07:35
21          Q.   Right.                                04:07:35
22              You just testified that she            04:07:36
23       didn't tell you that she was going to be      04:07:38
24       doing anything to seed or plant or create     04:07:39
25       negative press about Ms. Lively.              04:07:41
```

Page 206

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2   Correct?                                          04:07:43
 3             MS. GOVERNSKI:  Objection.              04:07:44
 4             MS. McCAWLEY:  Objection.               04:07:44
 5        A.   She didn't say she wasn't.              04:07:45
 6   That's referring to my emails that you'll         04:07:47
 7   pull at some point with her, texts with           04:07:50
 8   her that said that.  But no, she shared           04:07:53
 9   with me that Justin's -- somewhat of an           04:07:55
10   idiot and did stupid things and that's            04:07:59
11   why she's here to clean them up.  So              04:08:01
12   that's what I base this on.                       04:08:04
13        Q.   So you assume because Melissa           04:08:05
14   Nathan --                                         04:08:08
15        A.   I don't assume.  This is what           04:08:08
16   I'm basing it on.  Different word.                04:08:09
17        Q.   So because Melissa Nathan               04:08:11
18   didn't tell you that she wouldn't plant           04:08:13
19   negative stories, you're assuming that            04:08:14
20   she did?                                          04:08:17
21             MS. McCAWLEY:  Objection.               04:08:18
22             MS. GOVERNSKI:  Objection.              04:08:18
23        A.   Didn't say that.  I'll say it           04:08:19
24   a third time.  Because Melissa Nathan             04:08:21
25   shared with me that he had done some              04:08:23
```

Page 207

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | than one thing from James?  I'm | 05:57:41 |
| 3 | sorry, I have to read the email, | 05:57:42 |
| 4 | all the paperwork from James. | 05:57:46 |
| 5 | I feel the fact that you're | 05:59:32 |
| 6 | asking me that question that it's | 05:59:33 |
| 7 | somewhere here. | 05:59:35 |
| 8 | Q.    Why do you assume that? | 05:59:35 |
| 9 | A.    Because every time you ask me | 05:59:36 |
| 10 | a question you produce a document.  I've | 05:59:38 |
| 11 | noticed your pattern.  I pick up on | 05:59:40 |
| 12 | things.  And I'm not going to get in | 05:59:43 |
| 13 | trouble for this. | 05:59:52 |
| 14 | MR. FRITZ:  I'm happy to | 05:59:53 |
| 15 | withdraw the question and move on. | 05:59:54 |
| 16 | It's not in any of the documents | 05:59:56 |
| 17 | I've shown you so far. | 05:59:58 |
| 18 | THE WITNESS:  Then thank you, | 05:59:59 |
| 19 | please move on.  Because I can't | 06:00:01 |
| 20 | answer that. | 06:00:02 |
| 21 | Q.    Did James from the Daily Mail | 06:00:06 |
| 22 | ever tell you that Melissa Nathan had not | 06:00:08 |
| 23 | done anything anti-Blake? | 06:00:13 |
| 24 | Do you recall that? | 06:00:16 |
| 25 | MS. GOVERNSKI:  Objection. | 06:00:17 |

Page 287

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2              MS. McCAWLEY:  Join.                  06:00:18
 3        A.    Yes.                                  06:00:19
 4        Q.    Did you, at the time, have any        06:00:19
 5   reason to disbelieve him?                        06:00:22
 6        A.    In that case, knowing their           06:00:26
 7   friendship, I questioned it.                     06:00:28
 8        Q.    Okay.                                 06:00:32
 9        A.    And her close relationship            06:00:35
10   with the Daily Mail and the entire L.A.          06:00:37
11   office.  And that her sister over the            06:00:39
12   years had told me how close they were to         06:00:41
13   all the women at the Daily Mail.  Yes.           06:00:44
14        Q.    Have you ever seen any                06:00:46
15   documents, emails, text messages from            06:00:54
16   Melissa Nathan to anyone demonstrating           06:00:58
17   that Melissa Nathan caused anything              06:01:02
18   negative to be written about Blake               06:01:05
19   Lively?                                          06:01:07
20              MS. GOVERNSKI:  Objection.            06:01:07
21              MS. McCAWLEY:  Objection.             06:01:08
22        A.    I've seen texts in the                06:01:11
23   complaints that we can -- that she made a        06:01:15
24   reference to a reporter that Jen Abel had        06:01:22
25   or Jen Abel did both of them, they had           06:01:25
```

Page 288

```
 1           LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2                  C E R T I F I C A T E
 3      STATE OF NEW YORK    )
                                  : ss.
 4      COUNTY OF NEW YORK   )
 5
 6           I, ERIC J. FINZ, a Shorthand
 7      Reporter and Notary Public within and for
 8      the State of New York, do hereby certify:
 9           That LESLIE SLOANE, the witness
10      whose deposition is hereinbefore set
11      forth, was duly sworn by me and that such
12      deposition is a true record of the
13      testimony given by the witness.
14           I further certify that I am not
15      related to any of the parties to this
16      action by blood or marriage, and that I
17      am in no way interested in the outcome of
18      this matter.
19           IN WITNESS WHEREOF, I have hereunto
20      set my hand this 29th day of September,
21      2025.
22
23
24
25                  ERIC J. FINZ
```

Page 316