Exhibit 69

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 74 | Date Range: 8/7/2024 |

### Outline of Conversations

 **iMessage Chat:** ▪ 74 messages on 8/7/2024 • Custodian: Abel, Jennifer < > • Custodian: Abel, Jennifer < > • Melissa Nathan < >

JONESWORKS_00016247

**Messages in chronological order** (times are shown in GMT -04:00)

---

 | **iMessage Chat:** ▊▊▊▊▊

MN | **Melissa Nathan** <▊▊▊▊> | ▶ 8/7/2024, 10:31 AM
I'm just going to say one thing.
This is the time to make decision on social planning.

Would rather be in the front in the back- and it cost way more in the back.

That's all I will say, and I hope that I am 100% wrong. But just have to flag you know that's my job.

Receipts • Custodian: Abel, Jennifer <▊▊▊▊> [R:8/7/2024, 10:31 AM]

JA | **Custodian: Abel, Jennifer** <▊▊▊▊> | ◀ 8/7/2024, 10:31 AM
Do you think we need it ?

Receipts • Melissa Nathan <▊▊▊▊> [D:8/7/2024, 10:31 AM]

JA | **Custodian: Abel, Jennifer** <▊▊▊▊> | ◀ 8/7/2024, 10:31 AM
From what you're seeing

Receipts • Melissa Nathan <▊▊▊▊> [D:8/7/2024, 10:31 AM]

JA | **Custodian: Abel, Jennifer** <▊▊▊▊> | ◀ 8/7/2024, 10:32 AM
Because we have also a planned response if needed

Receipts • Melissa Nathan <▊▊▊▊> [D:8/7/2024, 10:32 AM]

JA | **Custodian: Abel, Jennifer** <▊▊▊▊> | ◀ 8/7/2024, 10:32 AM
Considering all of the interviews he is doing between now and Friday

Receipts • Melissa Nathan <▊▊▊▊> [D:8/7/2024, 10:32 AM]

MN | **Melissa Nathan** <▊▊▊▊> | ▶ 8/7/2024, 10:33 AM
Not this second. But it's one of those better safe than sorry.
But from what I'm saying, I don't think you need it this second.
But just want to be really, really aware .

Receipts • Custodian: Abel, Jennifer <▊▊▊▊> [R:8/7/2024, 10:33 AM]

MN | **Melissa Nathan** <▊▊▊▊> | ▶ 8/7/2024, 10:33 AM
I am an over planner. Because you know socials..

Receipts • Custodian: Abel, Jennifer <▊▊▊▊> [R:8/7/2024, 10:33 AM]

JA | **Custodian: Abel, Jennifer** <▊▊▊▊> | ◀ 8/7/2024, 10:33 AM
Understand. We should get on a call with Jamey today

Receipts • Melissa Nathan <▊▊▊▊> [D:8/7/2024, 10:33 AM]

JA | **Custodian: Abel, Jennifer** <▊▊▊▊> | ◀ 8/7/2024, 10:33 AM
We will likely have a break around 1130

Receipts • Melissa Nathan <▊▊▊▊> [D:8/7/2024, 10:33 AM]

JA | **Custodian: Abel, Jennifer** <▊▊▊▊> | ◀ 8/7/2024, 10:33 AM
Et

JONESWORKS_00016248

Receipts • Melissa Nathan <​              > [D:8/7/2024, 10:33 AM]

MN   **Melissa Nathan <​         >**                                   ▶ 8/7/2024, 10:52 AM
From my friend at TMZ

" Justin Baldoni tips hitting our email about his beef with Blake and Colleen Hoover"

Receipts • Custodian: Abel, Jennifer <​              > [R:8/7/2024, 10:53 AM]

JA   **Custodian: Abel, Jennifer <​         >**                        ◀ 8/7/2024, 10:53 AM
What are the tips

Receipts • Melissa Nathan <​              > [D:8/7/2024, 10:53 AM]

MN   **Melissa Nathan <​         >**                                   ▶ 8/7/2024, 10:53 AM
I asked that was my follow-up question

Receipts • Custodian: Abel, Jennifer <​              > [R:8/7/2024, 10:53 AM]

JA   **Custodian: Abel, Jennifer <​         >**                        ◀ 8/7/2024, 10:54 AM
If we can kill before we do the today show

Receipts • Melissa Nathan <​              > [D:8/7/2024, 10:54 AM]

JA   **Custodian: Abel, Jennifer <​         >**                        ◀ 8/7/2024, 10:54 AM
😂😂

Receipts • Melissa Nathan <​              > [D:8/7/2024, 10:54 AM]

MN   **Melissa Nathan <​         >**                                   ▶ 8/7/2024, 10:54 AM
Nothing to kill right now, don't worry

Receipts • Custodian: Abel, Jennifer <​              > [R:8/7/2024, 10:54 AM]

JA   **Custodian: Abel, Jennifer <​         >**                        ◀ 8/7/2024, 10:54 AM
Phew

Receipts • Melissa Nathan <​              > [D:8/7/2024, 10:54 AM]

JA   **Custodian: Abel, Jennifer <​         >**                        ◀ 8/7/2024, 10:54 AM
Thank god for you

Receipts • Melissa Nathan <​              > [D:8/7/2024, 10:54 AM]

MN   **Melissa Nathan <​         >**                                   ▶ 8/7/2024, 10:55 AM
Just to be aware.

Oh God, Famous Last Words Jen .

This might be a fight, but we will come through it well.

That's all that matters .

Receipts • Custodian: Abel, Jennifer <​              > [R:8/7/2024, 10:57 AM]

MN    **Melissa Nathan <​          >**                                    ▶ 8/7/2024, 10:56 AM

*Attachment: files/Image/Screenshot 2024-08-07 at 07.56.06.heic (46 KB)*

Receipts • Custodian: Abel, Jennifer <​          > [R:8/7/2024, 10:57 AM]

JA    **Custodian: Abel, Jennifer <​          >**                          ◀ 8/7/2024, 10:59 AM
It's all fan speculation because he was in Sweden and then as a director did press separately

Receipts • Melissa Nathan <​          > [D:8/7/2024, 10:59 AM]

JA    **Custodian: Abel, Jennifer <​          >**                          ◀ 8/7/2024, 10:59 AM
And then just say they never fucking followed

Receipts • Melissa Nathan <​          > [D:8/7/2024, 10:59 AM]

JA    **Custodian: Abel, Jennifer <​          >**                          ◀ 8/7/2024, 10:59 AM
lol

Receipts • Melissa Nathan <​          > [D:8/7/2024, 10:59 AM]

JA    **Custodian: Abel, Jennifer <​          >**                          ◀ 8/7/2024, 10:59 AM
I hate everyone

Receipts • Melissa Nathan <​          > [D:8/7/2024, 10:59 AM]

MN    **Melissa Nathan <​          >**                                    ▶ 8/7/2024, 11:00 AM
Loved "I hate everyone "

Receipts • Custodian: Abel, Jennifer <​          > [R:8/7/2024, 11:03 AM]

MN    **Melissa Nathan <​          >**                                    ▶ 8/7/2024, 11:00 AM
Same

Receipts • Custodian: Abel, Jennifer <​          > [R:8/7/2024, 11:03 AM]

MN    **Melissa Nathan <​          >**                                    ▶ 8/7/2024, 11:17 AM
BL vogue cover just dropped
Reading

Receipts • Custodian: Abel, Jennifer <​          > [R:8/7/2024, 11:17 AM]

JA    **Custodian: Abel, Jennifer <​          >**                          ◀ 8/7/2024, 11:17 AM
I read it

Receipts • Melissa Nathan <​          > [D:8/7/2024, 11:17 AM]

JA    **Custodian: Abel, Jennifer <​          >**                          ◀ 8/7/2024, 11:17 AM
It's fine

Receipts • Melissa Nathan <​          > [D:8/7/2024, 11:17 AM]

JA    **Custodian: Abel, Jennifer <​          >**                          ◀ 8/7/2024, 11:17 AM
Barely anything about the movie. The entire thing is meaningless fluff

Receipts • Melissa Nathan <​          > [D:8/7/2024, 11:17 AM]

MN    **Melissa Nathan <​          >**                                    ▶ 8/7/2024, 11:18 AM
Ok so she didn't Olivia wilde him then

Receipts • Custodian: Abel, Jennifer <​               > [R:8/7/2024, 11:18 AM]

JA      **Custodian: Abel, Jennifer** <​               >                              ◄ 8/7/2024, 11:18 AM
No no thank god

Receipts • Melissa Nathan <​               > [D:8/7/2024, 11:18 AM]

MN      **Melissa Nathan** <​               >                                         ► 8/7/2024, 11:21 AM
She finishes the cookie and brushes off the crumbs. Her ear jewelry sparkles in the light.

Receipts • Custodian: Abel, Jennifer <​               > [R:8/7/2024, 11:22 AM]

JA      **Custodian: Abel, Jennifer** <​               >                              ◄ 8/7/2024, 11:22 AM
😫

Receipts • Melissa Nathan <​               > [D:8/7/2024, 11:22 AM]

MN      **Melissa Nathan** <​               >                                         ► 8/7/2024, 2:52 PM
We can't change that headline - it's not a place that would it's click bait and it's reporting on what happened ( which did
happen)

We need to concentrate on the big media and socials

Receipts • Custodian: Abel, Jennifer <​               > [R:8/7/2024, 2:53 PM]

MN      **Melissa Nathan** <​               >                                         ► 8/7/2024, 2:52 PM
But monitor that article heavily

Receipts • Custodian: Abel, Jennifer <​               > [R:8/7/2024, 2:53 PM]

JA      **Custodian: Abel, Jennifer** <​               >                              ◄ 8/7/2024, 2:53 PM
Ok copy

Receipts • Melissa Nathan <​               > [D:8/7/2024, 2:53 PM]

JA      **Custodian: Abel, Jennifer** <​               >                              ◄ 8/7/2024, 2:53 PM
I think we really need to put the social combat plan then into motion

Receipts • Melissa Nathan <​               > [D:8/7/2024, 2:53 PM]

MN      **Melissa Nathan** <​               >                                         ► 8/7/2024, 2:54 PM
So do I

Receipts • Custodian: Abel, Jennifer <​               > [R:8/7/2024, 2:55 PM]

MN      **Melissa Nathan** <​               >                                         ► 8/7/2024, 2:55 PM
We are heavily monitoring trust me
And have our friendlies updating us as well

Receipts • Custodian: Abel, Jennifer <​               > [R:8/7/2024, 2:55 PM]

JA      **Custodian: Abel, Jennifer** <​               >                              ◄ 8/7/2024, 2:55 PM
Can you call Jamey and get the free light?

Receipts • Melissa Nathan <​               > [D:8/7/2024, 2:55 PM]

JA      **Custodian: Abel, Jennifer** <​               >                              ◄ 8/7/2024, 2:55 PM
Green light

Receipts • Melissa Nathan <████████> [D:8/7/2024, 2:55 PM]

MN    **Melissa Nathan** <████████>                                    ▶ 8/7/2024, 2:55 PM
      Yes

Receipts • Custodian: Abel, Jennifer <████████> [R:8/7/2024, 2:55 PM]

JA    **Custodian: Abel, Jennifer** <████████>                         ◀ 8/7/2024, 2:55 PM
      Sorry we are back in press

Receipts • Melissa Nathan <████████> [D:8/7/2024, 2:55 PM]

MN    **Melissa Nathan** <████████>                                    ▶ 8/7/2024, 2:55 PM
      Loved "Sorry we are back in press "

Receipts • Custodian: Abel, Jennifer <████████> [R:8/7/2024, 2:55 PM]

MN    **Melissa Nathan** <████████>                                    ▶ 8/7/2024, 3:11 PM
      Variety: 'It Ends with Us' Review: Blake Lively Stars in a Romantic Soap Opera That Turns Dark and Stays Convincing
      https://variety.com/2024/film/reviews/it-ends-with-us-review-blake-lively-1236097332/
      (https://variety.com/2024/film/reviews/it-ends-with-us-review-blake-lively-1236097332/)
      The Hollywood Reporter: Justin Baldoni on Filming Ryle's Darker 'It Ends With Us' Scenes With Help From Blake Lively,
      Female Coordinators
      https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-ryle-it-ends-with-us-darker-scenes-blake-lively-
      1235967871/ (https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-ryle-it-ends-with-us-darker-scenes-
      blake-lively-1235967871/)
      The Hollywood Reporter: 'It Ends With Us' Review: Blake Lively Stars in Serviceable Adaptation of Colleen Hoover
      Novel
      https://www.hollywoodreporter.com/movies/movie-reviews/it-ends-with-us-review-blake-lively-colleen-hoover-
      1235967117/ (https://www.hollywoodreporter.com/movies/movie-reviews/it-ends-with-us-review-blake-lively-colleen-
      hoover-1235967117/)
      Deadline: 'It Ends With Us' Review: Blake Lively & Justin Baldoni Deliver In Nuanced Feature Take Of Colleen Hoover
      Bestseller
      https://deadline.com/2024/08/it-ends-with-us-review-blake-lively-justin-baldoni-1236033267/
      (https://deadline.com/2024/08/it-ends-with-us-review-blake-lively-justin-baldoni-1236033267/)
      The Wrap: 'It Ends With Us' Review: Blake Lively Shines in a Glossy Herstory of Passion and Violence
      https://www.thewrap.com/it-ends-with-us-movie-review-blake-lively/ (https://www.thewrap.com/it-ends-with-us-movie-
      review-blake-lively/)
      CBS News: Justin Baldoni talks "It Ends with Us" movie adaptation
      https://www.cbsnews.com/video/justin-baldoni-talks-it-ends-with-us-movie-adaptation/
      (https://www.cbsnews.com/video/justin-baldoni-talks-it-ends-with-us-movie-adaptation/)
      USA Today: Blake Lively, Justin Baldoni lead book-to-movie adaptation 'It Ends With Us'
      https://www.usatoday.com/videos/entertainment/books/2024/08/07/it-ends-with-us-trailer/74701620007/
      (https://www.usatoday.com/videos/entertainment/books/2024/08/07/it-ends-with-us-trailer/74701620007/)
      New York Post: Ryan Reynolds wrote an 'iconic' scene in Blake Lively's new movie 'It Ends With Us'
      https://nypost.com/2024/08/07/entertainment/blake-lively-sayryan-reynolds-wrote-rooftop-scene-in-blake-lively/
      (https://nypost.com/2024/08/07/entertainment/blake-lively-sayryan-reynolds-wrote-rooftop-scene-in-blake-lively/)
      The Washington Post: 'It Ends With Us' is glittery and traumatic. And, oh, those abs.
      (https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/)
      https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/
      (https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/)
      Today: Justin Baldoni's kids: Meet the family he shares with wife Emily
      https://www.today.com/popculture/movies/justin-baldoni-kids-rcna164885
      (https://www.today.com/popculture/movies/justin-baldoni-kids-rcna164885)
      Today: Justin Baldoni's wife: All about Emily Baldoni
      https://www.today.com/popculture/movies/justin-baldonis-wife-rcna164886
      (https://www.today.com/popculture/movies/justin-baldonis-wife-rcna164886)
      Rolling Stone: 'It Ends With Us': Blake Lively's Tearjerker Is the Starbucks Latte of Movies
      https://www.rollingstone.com/tv-movies/tv-movie-reviews/it-ends-with-us-review-blake-lively-1235070617/
      (https://www.rollingstone.com/tv-movies/tv-movie-reviews/it-ends-with-us-review-blake-lively-1235070617/)
      People: See Blake Lively, Ryan Reynolds, Justin Baldoni and More Stars Arrive at the It Ends with Us Premiere in
      N.Y.C.
      https://people.com/it-ends-with-us-premiere-red-carpet-arrivals-photos-8691217 (https://people.com/it-ends-with-us-
      premiere-red-carpet-arrivals-photos-8691217)
      The Guardian: It Ends with Us review – Blake Lively anchors glossy romance adaptation
      https://www.theguardian.com/film/article/2024/aug/07/it-ends-with-us-review-blake-lively-colleen-hover
      (https://www.theguardian.com/film/article/2024/aug/07/it-ends-with-us-review-blake-lively-colleen-hover)

The Telegraph: It Ends with Us: Blake Lively's queasy drama repackages domestic violence as slick romance
https://www.telegraph.co.uk/films/0/it-ends-with-us-review-coleen-hoover-blake-lively/
(https://www.telegraph.co.uk/films/0/it-ends-with-us-review-coleen-hoover-blake-lively/)
Time Magazine: It Ends With Us Can't Quite Turn Trauma into Drama
https://time.com/7008496/it-ends-with-us-review/ (https://time.com/7008496/it-ends-with-us-review/)
Observer: 'It Ends With Us' Review: Blake Lively Saves This Romantic Drama From a Soapy Fate
https://observer.com/2024/08/it-ends-with-us-review-blake-lively-saves-this-romantic-drama-from-a-soapy-fate/
(https://observer.com/2024/08/it-ends-with-us-review-blake-lively-saves-this-romantic-drama-from-a-soapy-fate/)
We Got This Covered: 'Avoiding each other like the plague': The 'It Ends With Us' press tour saw one major player
missing, and fans have questions
https://wegotthiscovered.com/celebrities/the-it-ends-with-us-press-tour-saw-one-major-player-missing-and-fans-have-
questions/ (https://wegotthiscovered.com/celebrities/the-it-ends-with-us-press-tour-saw-one-major-player-missing-and-
fans-have-questions/)
Harper's Bazaar India: Justin Baldoni talks collaborating with Blake Lively and the challenges and triumphs of adapting
'It Ends With Us'
https://www.harpersbazaar.in/culture/story/from-page-to-screen-justin-baldoni-on-collaborating-with-blake-lively-for-it-
ends-with-us-1065686-2024-08-07 (https://www.harpersbazaar.in/culture/story/from-page-to-screen-justin-baldoni-on-
collaborating-with-blake-lively-for-it-ends-with-us-1065686-2024-08-07)
Indie Wire: 'It Ends with Us' Review: Blake Lively and Justin Baldoni's Solid Colleen Hoover Drama Tackles Tricky
Subject Matter
https://www.indiewire.com/criticism/movies/it-ends-with-us-movie-review-blake-lively-colleen-hoover-justin-baldoni-
1235033131/ (https://www.indiewire.com/criticism/movies/it-ends-with-us-movie-review-blake-lively-colleen-hoover-
justin-baldoni-1235033131/)
Footwear News: 'It Ends With Us' Premiere: See the Shoe Looks From Blake Lively, Justin Baldoni, Ryan Reynolds and
More
https://footwearnews.com/fashion/celebrity-style/it-ends-with-us-premiere-fashion-shoes-blake-lively-1203673755/
(https://footwearnews.com/fashion/celebrity-style/it-ends-with-us-premiere-fashion-shoes-blake-lively-1203673755/)

Country & Townhouse: It Ends With Us: Blake Lively's New Film Is Out This Week

https://www.countryandtownhouse.com/culture/it-ends-with-us/ (https://www.countryandtownhouse.com/culture/it-ends-
with-us/)

Holr Magazine:
JUSTIN BALDONI DRAMA IT ENDS WITH US CAST EXPLAINED

https://holrmagazine.com/justin-baldoni-drama-it-ends-with-us-cast-explained/ (https://holrmagazine.com/justin-baldoni-
drama-it-ends-with-us-cast-explained/)

Newsday:
'It Ends with Us' review: Colleen Hoover's bestselling novel becomes middling Hollywood romance
(https://www.newsday.com/entertainment/movies/it-ends-with-us-review-mws98bpg)

https://www.newsday.com/entertainment/movies/it-ends-with-us-review-mws98bpg
(https://www.newsday.com/entertainment/movies/it-ends-with-us-review-mws98bpg)

Radio Times: It Ends with Us cast: All the stars in Blake Lively book adaptation

https://www.radiotimes.com/movies/it-ends-with-us-cast/ (https://www.radiotimes.com/movies/it-ends-with-us-cast/)

Collider: Is 'It Ends Wth Us' Streaming? Where To Watch the Blake Lively Movie

https://collider.com/it-ends-with-us-movie-streaming/ (https://collider.com/it-ends-with-us-movie-streaming/)

Slash Film: It Ends With Us Review: Good Intentions And Committed Performances Can't Escape The Curse Of Colleen
Hoover's Book

https://www.slashfilm.com/1637745/it-ends-with-us-movie-review-colleen-hoover-blake-lively/
(https://www.slashfilm.com/1637745/it-ends-with-us-movie-review-colleen-hoover-blake-lively/)

Screen Rant:
Blake Lively's Controversial Movie Adaptation Debuts With Mixed Reviews On Rotten Tomatoes

https://screenrant.com/it-ends-with-us-movie-rotten-tomatoes-score-debut/ (https://screenrant.com/it-ends-with-us-
movie-rotten-tomatoes-score-debut/)

Culturess: It Ends with Us is a frustratingly inert take on abusive relationships

https://culturess.com/posts/it-ends-with-us-is-a-frustratingly-inert-take-on-abusive-relationships-01j4pk6ygrmh

JONESWORKS_00016253

(https://culturess.com/posts/it-ends-with-us-is-a-frustratingly-inert-take-on-abusive-relationships-01j4pk6ygrmh)

Little White Lies: It Ends With Us review – struggles to grapple with its heavy themes

https://lwlies.com/reviews/it-ends-with-us/ (https://lwlies.com/reviews/it-ends-with-us/)

Comic Book Resources: It Ends With Us Review: A Fine & Nuanced Depiction of Abuse

https://www.cbr.com/it-ends-with-us-review/ (https://www.cbr.com/it-ends-with-us-review/)

The Cinemaholic: It Ends with Us: Is the Movie Based on a True Story?

https://thecinemaholic.com/it-ends-with-us-true-story/ (https://thecinemaholic.com/it-ends-with-us-true-story/)

Spoiler: Justin Baldoni's love life: Is the 'It Ends with Us' actor single? What is known

https://spoiler.bolavip.com/en/celebrities/justin-baldoni-love-life (https://spoiler.bolavip.com/en/celebrities/justin-baldoni-love-life)

Go Fug Yourself: Justin Baldoni Finally Arrived to Promote "It Ends With Us"

https://www.gofugyourself.com/justin-baldoni-finally-arrived-to-promote-it-ends-with-us-08-2024 (https://www.gofugyourself.com/justin-baldoni-finally-arrived-to-promote-it-ends-with-us-08-2024)

But Why Tho: REVIEW: 'It Ends With Us' Is Not For All Of Us

https://butwhytho.net/2024/08/it-ends-with-us-blake-lively-review/ (https://butwhytho.net/2024/08/it-ends-with-us-blake-lively-review/)

Receipts • Custodian: Abel, Jennifer <     > [R:8/7/2024, 3:20 PM]

JA | **Custodian: Abel, Jennifer <     >** ◀ 8/7/2024, 5:31 PM
Your sister is calling me

Receipts • Melissa Nathan <     > [D:8/7/2024, 5:31 PM]

MN | **Melissa Nathan <     >** ▶ 8/7/2024, 5:32 PM
I'm like ?

Receipts • Custodian: Abel, Jennifer <     > [R:8/7/2024, 5:32 PM]

JA | **Custodian: Abel, Jennifer <     >** ◀ 8/7/2024, 5:33 PM



Image: files/Image/IMG_2631.PNG (185 KB)

Receipts • Melissa Nathan <​ > [D:8/7/2024, 5:33 PM]

MN    **Melissa Nathan <​ >**                                                        ▶ 8/7/2024, 5:33 PM
I just told her to stop

Receipts • Custodian: Abel, Jennifer <​ > [R:8/7/2024, 5:33 PM]

JA    **Custodian: Abel, Jennifer <​ >**                                             ◀ 8/7/2024, 5:33 PM
lol

Receipts • Melissa Nathan <​ > [D:8/7/2024, 5:33 PM]

JA    **Custodian: Abel, Jennifer <​ >**                                             ◀ 8/7/2024, 5:35 PM
Can we chat as a group at 630

Receipts • Melissa Nathan <​ > [D:8/7/2024, 5:35 PM]

JA    **Custodian: Abel, Jennifer <​ >**                                             ◀ 8/7/2024, 5:35 PM
Et

Receipts • Melissa Nathan <​ > [D:8/7/2024, 5:35 PM]

MN    **Melissa Nathan <​ >**                                                        ▶ 8/7/2024, 5:35 PM
Yes 330 PT works

Receipts • Custodian: Abel, Jennifer <​ > [R:8/7/2024, 5:35 PM]

JA    **Custodian: Abel, Jennifer <​ >**                                             ◀ 8/7/2024, 5:35 PM
Loved "Yes 330 PT works "

Receipts • Melissa Nathan <​ > [D:8/7/2024, 5:35 PM]

JA    **Custodian: Abel, Jennifer <​ >**                                             ◀ 8/7/2024, 5:39 PM
What does Sara have lol

Receipts • Melissa Nathan <​ > [D:8/7/2024, 5:39 PM]

MN    **Melissa Nathan <​ >**                                                        ▶ 8/7/2024, 5:40 PM
On with DM

Receipts • Custodian: Abel, Jennifer <​ > [R:8/7/2024, 5:41 PM]

MN    **Melissa Nathan <​ >**                                                        ▶ 8/7/2024, 5:41 PM
Deux Moi

Receipts • Custodian: Abel, Jennifer <​ > [R:8/7/2024, 5:41 PM]

MN    **Melissa Nathan <​ >**                                                        ▶ 8/7/2024, 5:54 PM
Great chat with Deux

Receipts • Custodian: Abel, Jennifer <​ > [R:8/7/2024, 5:54 PM]

MN    **Melissa Nathan <​ >**                                                        ▶ 8/7/2024, 5:54 PM
Feel really good about it

Receipts • Custodian: Abel, Jennifer <​ > [R:8/7/2024, 5:54 PM]

JONESWORKS_00016255



MN    **Melissa Nathan <‎          >**                                    ▶ 8/7/2024, 5:54 PM
Now onto my sister

Receipts • Custodian: Abel, Jennifer <‎          > [R:8/7/2024, 5:54 PM]

MN    **Melissa Nathan <‎          >**                                    ▶ 8/7/2024, 7:31 PM
Call me later if you want to vent.
You are doing a really fucking hard job right now in person

Receipts • Custodian: Abel, Jennifer <‎          > [R:8/7/2024, 7:31 PM]

JA    **Custodian: Abel, Jennifer <‎          >**                         ◀ 8/7/2024, 7:31 PM
You guys are so good

Receipts • Melissa Nathan <‎          > [D:8/7/2024, 7:31 PM]

JA    **Custodian: Abel, Jennifer <‎          >**                         ◀ 8/7/2024, 7:31 PM
Please put all of that in writing for me that would be so helpful

Receipts • Melissa Nathan <‎          > [D:8/7/2024, 7:31 PM]

MN    **Melissa Nathan <‎          >**                                    ▶ 8/7/2024, 7:32 PM
I honestly think you are so good you are way more eloquent than I am. It's harder for me to describe crisis to people. I
just do it.

Receipts • Custodian: Abel, Jennifer <‎          > [R:8/7/2024, 7:33 PM]

MN    **Melissa Nathan <‎          >**                                    ▶ 8/7/2024, 7:32 PM
Loved "Please put all of that in writing for me that woul…"

Receipts • Custodian: Abel, Jennifer <‎          > [R:8/7/2024, 7:33 PM]

JA    **Custodian: Abel, Jennifer <‎          >**                         ◀ 8/7/2024, 7:34 PM
No way. You guys are great. And it's so helpful that you're drafting it and doing the work for me and for us. He feels
good about this and loves that you are killing things and have the inside scoop

Receipts • Melissa Nathan <‎          > [D:8/7/2024, 7:34 PM]

MN    **Melissa Nathan <‎          >**                                    ▶ 8/7/2024, 7:35 PM
Ok good. I want to be a really good partner to you especially

Receipts • Custodian: Abel, Jennifer <‎          > [R:8/7/2024, 7:35 PM]

JA    **Custodian: Abel, Jennifer <‎          >**                         ◀ 8/7/2024, 9:23 PM
Only because Justin is asking… did you connect with Sara?

Receipts • Melissa Nathan <‎          > [D:8/7/2024, 9:23 PM]

MN    **Melissa Nathan <‎          >**                                    ▶ 8/7/2024, 9:27 PM
I did.
I'd rather have the conversation with you on your own though
There isn't a huge amount
But there's a couple of little things
But not from that list

Receipts • Custodian: Abel, Jennifer <‎          > [R:8/7/2024, 9:34 PM]

JA    **Custodian: Abel, Jennifer <▮▮▮▮>**                                     ◀ 8/7/2024, 9:35 PM
      Ok. I'm at dinner so I can either try you tonight or call when I have a moment at a decent time tomorrow

      Receipts • Melissa Nathan <▮▮▮▮> [D:8/7/2024, 9:35 PM]

MN    **Melissa Nathan <▮▮▮▮>**                                                ▶ 8/7/2024, 9:35 PM
      Perfect, don't worry it's not an ASAP for the second thing

      Receipts • Custodian: Abel, Jennifer <▮▮▮▮> [R:8/7/2024, 9:35 PM]

JA    **Custodian: Abel, Jennifer <▮▮▮▮>**                                     ◀ 8/7/2024, 9:35 PM
      Ok great. So I can breathe a little

      Receipts • Melissa Nathan <▮▮▮▮> [D:8/7/2024, 9:35 PM]

MN    **Melissa Nathan <▮▮▮▮>**                                                ▶ 8/7/2024, 9:36 PM
      Yes. Breathe. Plz

      Receipts • Custodian: Abel, Jennifer <▮▮▮▮> [R:8/7/2024, 9:43 PM]

                                          JONESWORKS_00016257