# Exhibit 72

| From: | Kenan Jackson < > |
|---|---|
| Sent: | Thu, 16 May 2024 15:51:34 -0400 (EDT) |
| To: | Brian Singer < > |
| Cc: | Ashmi Elizabeth Dang < >; Wayfarer Studios Staff < >; Justin Baldoni < >; Jamey Heath < >; Elyse Litwack < > |

**Subject: Re: MARKETING UPDATE: It Ends With Us Trailer Launch**

AMAZING!!!!    🙏

Sent from my iPhone

On May 16, 2024, at 12:38 PM, Brian Singer < > wrote:

# LET'S GO!!!

On Thu, May 16, 2024 at 12:35 PM Ashmi Elizabeth Dang < > wrote:
At 6a PT this morning, fans around the world got to see the trailer for our highly-anticipated film, IT ENDS WITH US!

In a highly coordinated campaign tied to a fan and influencer event (watch our Story), attendees began sharing content celebrating the release of the trailer...including Taylor Nation.

Press highlights include People, Rolling Stone, Billboard, Deadline, Variety, E!, The Hollywood Reporter, and more.

And...The post from Sony and the film handle has already generated
**over 22 MILLION VIEWS!**
<IMG_1349.jpeg>

Wayfarer posts are up on Instagram, Tik Tok, Threads, LinkedIn, Facebook, and Twitter. We used this opportunity to let fans know that the delicate subject matter was handled with care through our partnership with NO MORE. Please Like, Comment, and Share.

Congratulations @Justin Baldoni! Fans around the world are seeing and feeling all you've put into this over the past 5 years. Congrats @Jamey Heath for all you've done Producing this film. And, congrats to all who tirelessly worked on this project, which has created a groundswell of awareness for Wayfarer Studios!

- Ashmi

--

**Ashmi Elizabeth Dang**
**VP of Marketing & Communications**

Pronouns: she | her (what's this?)