# Exhibit 73

**Thread Participants:** [redacted] Steve's Bat phone; [redacted] Henny Grace (Owner); Henny Grace (Owner); Justin Baldoni (Owner); J B (Owner)

**Active Participants:** [redacted] Steve's Bat phone; [redacted] Henny Grace (Owner)

**First Message:** 8/14/2024 6:48:56 AM
**Last Message:** 8/14/2024 7:10:04 AM

---

**Henny Grace (Owner)**
I'm on the plane heading home from Sweden
8/14/2024 6:48:56 AM

**Steve's Bat phone**
Ok welcome back. Just checking in to tell you I love you and to tell you how proud I am of you. We were number one in the world at the box office the last couple of days.
8/14/2024 6:50:33 AM

**Steve's Bat phone**
Your interviews have been sterling.
8/14/2024 6:50:51 AM

**Henny Grace (Owner)**
Thank you.
8/14/2024 6:50:56 AM

**Henny Grace (Owner)**
Things are getting intense which is why I'm flying home
8/14/2024 6:51:15 AM

**Steve's Bat phone**
Sorry to hear that. I am ready to help in any way I can. It seems that everything Blake and Ryan have done has backfired. I think Baha'u'llah loves you and is protecting you far better than I can. Jamey is also doing great.
8/14/2024 6:53:43 AM

**Henny Grace (Owner)**
I feel it
8/14/2024 7:07:21 AM

**Henny Grace (Owner)**
We are hiring a lawyer just in case
And you are already helping by wayfarer paying for the pr teams. That's you loving me. I appreciate you
8/14/2024 7:07:56 AM

**Steve's Bat phone**
Ya Allah'u'l Mustagath
8/14/2024 7:08:18 AM

**Steve's Bat phone**

If we never make another movie and I lose all my invested money I will still love you and Jamey

8/14/2024 7:09:47 AM

**Henny Grace (Owner)**
Loved "Ya Allah'u'l Mustagath"
8/14/2024 7:10:03 AM

**Henny Grace (Owner)**
Same
8/14/2024 7:10:04 AM

CONFIDENTIAL

BALDONI_000018699