# Exhibit 74

CONFIDENTIAL

Page 1

BLAKE LIVELY

vs.

WAYFARER STUDIOS LLC, et al.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

TRANSCRIPT OF AUDIO RECORDING
File Name:  BBKOSLOW-000002644

Transcribed By:
TERRI NESTORE
CSR No. 5614, RPR, CRR

CONFIDENTIAL

Page 2

```
 1           JED WALLACE:  No worries, my brother.
 2           I think it's important to remember now, more than
 3   ever, that everything that happens digitally has a pretty
 4   easy path to follow, right?
 5           So if anybody's out there liking posts or
 6   commenting on things, like that's all coming back, right.
 7           So I want to be real sensitive to all of that.
 8           Now, Wikipedia -- and I think we shared this very
 9   early on, Wikipedia, is -- it is a -- a minefield, right?
10           So the way it works is even if it's your own
11   page, okay?  Um, you don't have enough legacy juice, which
12   is what they determine which editors who have been editing
13   Wikipedia the longest, have the most traction and their
14   editors stick, right?
15           So anybody that's in there vandalizing pages is
16   likely somebody -- it's most likely somebody that has --
17   and this is the -- the -- the conundrum with Wikipedia,
18   'cause it's such a corrupt, fraudulent space and it -- and
19   it's so connected with SEO and Google, that this is why
20   it's being attacked.  But when -- the interesting thing is
21   that the people that are vandalizing your page have more
22   leverage than you do.  So all they're going to do is see
23   that you're trying to change things, and you're trying to
24   change a story that, again, is not to be changed yet.
25   Can't be, right?  You know, you can knickknack a few
```

CONFIDENTIAL

Page 3

1  things, but the thing is that it's going to be used
2  against you.  They're going to track you.
3          And so all of a sudden what happens is in Reddit,
4  now you have people that are saying, Steve Sarowitz is
5  trying to change the story, blah, blah, blah, right?
6          So just, we gotta let it unfold and know that
7  when the time is appropriate, um, the forensic people that
8  are on a whole other plane will be able to go in and take
9  care of it and help us, all of us.
10         But for now, we want them to continue doing what
11 they're doing because it allows us to establish a pattern
12 that they have been doing this the entire time -- and
13 that's the ultimate irony.
14         These people are going in and smearing everybody.
15         And now it's not even -- they're not even
16 pretending that they're not.
17         So it's something important for legal to keep in
18 mind, but more importantly, it's for us, the -- the -- the
19 impulse is to stop it and fix it, and the reality is like,
20 you just can't, because we need to bait them.  We need to
21 establish that we're not getting engaged in this, but that
22 we're actually victims in this thing.  And that is really
23 exactly what it is.
24         So anyway, love you guys.  Talk to you soon.
25         (End of recording.)

CONFIDENTIAL

Page 4

1              C E R T I F I C A T E
2
3
4         I, TERRI NESTORE, Certified Shorthand Reporter/
5    Transcriptionist, do hereby certify that I was authorized
6    to transcribe the foregoing recorded proceeding, and that
7    the transcript is a true and accurate transcription, to
8    the best of my ability, taken while listening to the
9    provided recording.
10        I further certify that I am not of counsel or
11   attorney for either or any of the parties to said
12   proceedings, nor in any way interested in the events of
13   this cause, and that I am not related to any of the
14   parties thereto.
15
16
17   Dated this 30th day of September, 2025.
18
19
20                    *[signature: Terri Nestore]*
                      TERRI NESTORE, CSR 5614, RPR, CRR
21
22
23
24
25

CONFIDENTIAL

[000002644 - llc]  Page 1

| 0 | best 4:8 | e | guys 3:24 |
|---|---|---|---|
| 000002644 1:15 | blah 3:5,5,5 | e 4:1,1 | h |
| **2** | blake 1:4 | early 2:9 | happens 2:3 |
| 2025 4:17 | brother 2:1 | easy 2:4 | 3:3 |
| **3** | **c** | editing 2:12 | help 3:9 |
| 30th 4:17 | c 4:1,1 | editors 2:12,14 | **i** |
| **5** | care 3:9 | either 4:11 | important 2:2 |
| 5614 1:24 4:20 | cause 2:18 4:13 | engaged 3:21 | 3:17 |
| **7** | certified 4:4 | entire 3:12 | importantly |
| 7709 4:20 | certify 4:5,10 | establish 3:11 | 3:18 |
| **a** | change 2:23,24 | 3:21 | impulse 3:19 |
| ability 4:8 | 3:5 | et 1:6 | interested 4:12 |
| able 3:8 | changed 2:24 | events 4:12 | interesting 2:20 |
| accurate 4:7 | coming 2:6 | everybody 3:14 | irony 3:13 |
| actually 3:22 | commenting | exactly 3:23 | **j** |
| al 1:6 | 2:6 | **f** | jed 2:1 |
| allows 3:11 | confidential | f 4:1 | juice 2:11 |
| anybody 2:15 | 1:10 | file 1:15 | **k** |
| anybody's 2:5 | connected 2:19 | fix 3:19 | keep 3:17 |
| anyway 3:24 | continue 3:10 | follow 2:4 | knickknack |
| appropriate | conundrum | foregoing 4:6 | 2:25 |
| 3:7 | 2:17 | forensic 3:7 | know 2:25 3:6 |
| attacked 2:20 | corrupt 2:18 | fraudulent 2:18 | **l** |
| attorney 4:11 | counsel 4:10 | further 4:10 | legacy 2:11 |
| audio 1:14 | crr 1:24 4:20 | **g** | legal 3:17 |
| authorized 4:5 | csr 1:24 4:20 | getting 3:21 | leverage 2:22 |
| **b** | **d** | go 3:8 | likely 2:16,16 |
| back 2:6 | dated 4:17 | going 2:22 3:1 | liking 2:5 |
| bait 3:20 | day 4:17 | 3:2,14 | listening 4:8 |
| bbkoslow 1:15 | determine 2:12 | google 2:19 | lively 1:4 |
| | digitally 2:3 | gotta 3:6 | llc 1:6 |
| | doing 3:10,11 | | |
| | 3:12 | | |

longest 2:13
love 3:24

**m**

mind 3:18
minefield 2:9

**n**

name 1:15
need 3:20,20
nestore 1:23
  4:4,20

**o**

okay 2:11
order 1:10
own 2:10

**p**

page 2:11,21
pages 2:15
parties 4:11,14
path 2:4
pattern 3:11
people 2:21 3:4
  3:7,14
plane 3:8
posts 2:5
pretending
  3:16
pretty 2:3
proceeding 4:6
proceedings
  4:12
protective 1:10

provided 4:9
pursuant 1:10

**r**

r 4:1
real 2:7
reality 3:19
really 3:22
recorded 4:6
recording 1:14
  3:25 4:9
reddit 3:3
related 4:13
remember 2:2
reporter 4:4
right 2:4,6,9,14
  2:25 3:5
rpr 1:24 4:20

**s**

sarowitz 3:4
saying 3:4
see 2:22
sensitive 2:7
seo 2:19
september 4:17
shared 2:8
shorthand 4:4
signature 4:20
smearing 3:14
somebody 2:16
  2:16
soon 3:24
space 2:18

steve 3:4
stick 2:14
stop 3:19
story 2:24 3:5
studios 1:6
sudden 3:3

**t**

t 4:1,1
take 3:8
taken 4:8
talk 3:24
terri 1:23 4:4
  4:20
thereto 4:14
thing 2:20 3:1
  3:22
things 2:6,23
  3:1
think 2:2,8
time 3:7,12
track 3:2
traction 2:13
transcribe 4:6
transcribed
  1:23
transcript 1:14
  4:7
transcription
  4:7
transcriptionist
  4:5
true 4:7

trying 2:23,23
  3:5

**u**

ultimate 3:13
um 2:11 3:7
unfold 3:6
used 3:1

**v**

vandalizing
  2:15,21
victims 3:22
vs 1:5

**w**

wallace 2:1
want 2:7 3:10
way 2:10 4:12
wayfarer 1:6
wikipedia 2:8,9
  2:13,17
works 2:10
worries 2:1