# Exhibit 76



**From:** Andrea Ajemian <⬛⬛⬛⬛⬛>
**Sent:** Tue, 16 May 2023 22:24:21 -0400 (EDT)
**To:** "Lieberman, Andrew" <⬛⬛⬛⬛⬛>; "Davis, Andy" <⬛⬛⬛⬛⬛⬛⬛⬛>; ⬛⬛⬛⬛⬛;
⬛⬛⬛⬛
**Cc:** Jamey Heath <⬛⬛⬛⬛⬛>; Alex Saks <⬛⬛⬛⬛⬛>
**Subject:** "It Ends With Us" - Daily Wrap Email - Day 2

Hi All,

Today we got a late start due to a morning meeting between Justin and Blake which took an hour and a half. This was to discuss her wardrobe and looks in the film. Ange visited set today and helped with the situation.

Despite starting late, we were able to catch up and make our day, with the exception of a shot of Lily's double driving by the "Entering to Maine" sign, which we owe. Justin may also want a pick up of Lily by the cemetery stone, however our Script Supervisor is crediting us as completing that scene, saying the shot isn't necessary to edit the scene.

Tomorrow we start work at Lily Bloom's, our hero flower shop, where we'll be for the next two days in Hoboken. One of the big scenes we'll film tomorrow is when Lily meets Alyssa, played by Jenny Slate.

Have a great night.

Thanks,
Andrea

Andrea Ajemian
Executive Producer/UPM
"It Ends With Us"
Wayfarer Studios

cell: 

HEATH_000028508