# Exhibit 77

| | |
|---|---|
| **From:** | Lindsey Strasberg < ▮ > |
| **Sent:** | Thu, 18 Jan 2024 23:42:34 -0500 (EST) |
| **To:** | Imene Meziane < ▮ > |
| **Cc:** | Joseph Lanius < ▮ >; David Weber < ▮ >; Jaime Marchello < ▮ >; Jessica Rodgers < ▮ >; Jamey Heath < ▮ > |
| **Subject:** | RE: Production update/ Blake Lively / It ends with us |
| **Attachments:** | Lively - It Ends With Us - Protection Side Letter - Clean ------ (002).pdf;Lively - It Ends With Us - Nudity Rider - Execution Copy (1) (002).pdf |

Imene,

Attached please find the documents signed by Blake. Please return the fully-executed side letter to our attention as soon as possible tomorrow.

Thank you.
Lindsey

**From:** Imene Meziane [mailto: ▮ ]
**Sent:** Thursday, January 18, 2024 4:44 PM
**To:** Jamey Heath < ▮ >
**Cc:** Lindsey Strasberg < ▮ >; Joseph Lanius < ▮ >; David Weber < ▮ >; Jaime Marchello < ▮ >; Jessica Rodgers < ▮ >
**Subject:** Re: Production update/ Blake Lively / It ends with us

Hi Lindsey,

Just checking in to make sure we'll obtain signatures before EOD today?

Thank you kindly,

Imene Meziane

> On Thu, Jan 18, 2024 at 11:24 AM Jamey Heath < ▮ > wrote:
>
> Hi Lindsey and imene.
> I just wanted to confirm for you that there is no other morning after scene. These are the correct pages.
>
> Thanks
> Jamey
>
> **Jamey Heath**
> President
> Wayfarer Studios
>
>> On Jan 18, 2024, at 1:50 PM, Imene Meziane < ▮ > wrote:
>>
>> Not to my knowledge, no.
>>
>> Attached below you'll find the nudity rider as well as the side letter in clean formats ready for signatures.
>>
>>> On Thu, Jan 18, 2024 at 10:20 AM Lindsey Strasberg < ▮ > wrote:
>>>
>>> That looks correct unless there are any other "morning after" scenes where Ryle is heading off to work?
>>>
>>> **From:** Imene Meziane [mailto: ▮ ]
>>> **Sent:** Thursday, January 18, 2024 9:51 AM
>>> **To:** Lindsey Strasberg < ▮ >
>>> **Cc:** Joseph Lanius < ▮ >; David Weber < ▮ >; Jaime Marchello < ▮ >; Jessica

Rodgers <​>; Jamey Heath <​>
**Subject:** Re: Production update/ Blake Lively / It ends with us

Thank you kindly Lindsey.

Can you please confirm that the attached scenes are the ones you referred to in your comment ? If so, I'll include them to the exhibit as well.

Thank you,

Imene

On Thu, Jan 18, 2024 at 5:51 AM Lindsey Strasberg <​> wrote:

> Imene,
>
> We are prepared to proceed with this version of the nudity rider. Please send an execution draft with the completed exhibit (including the additional scene we mentioned earlier this week).
>
> In addition, attached please find the draft side letter with one, minor clarifying comment. Please send an execution draft of this revised document as well.
>
> Reserving customary rights.
>
> Best,
>
> Lindsey
>
> **From:** Imene Meziane [mailto:]
> **Sent:** Wednesday, January 17, 2024 3:42 PM
> **To:** Lindsey Strasberg <​>
> **Cc:** Joseph Lanius <​>; David Weber <​>; Jaime Marchello <​>; Jessica Rodgers <​>; Jamey Heath <​>
> **Subject:** Re: Production update/ Blake Lively / It ends with us
>
> Lindsey,
>
> I would like to provide you with additional updates received from the production team concerning the rider and the corresponding scenes. Allow me to outline the current status of our agreements:
>
> 1. The decision has been made to exclude the "thrust" scene involving young Lily and young Atlas. The final two seconds of the scene will be omitted.
>
> 2. Ms. Lively has concurred that the storyboards need not be included in the rider exhibits. Consequently, they will be excluded. Ms. Lively will pre-approve the storyboards, which will be utilized exclusively for choreographing scenes with the intimacy coordinator.
>
> 3. Ms. Lively will actively participate in the choreography and design of the aforementioned scenes.
>
> We have made accommodations on all these points, demonstrating our commitment to full collaboration. It is our firm stance that there is no necessity for injunctive relief language, as neither Sony nor Wayfarer will consent to such a remedy. A further revised nudity rider is attached below.
>
> Based on my understanding, the producers, intimacy coordinator, and director have enjoyed the productive collaborations with your client, and we believe we are on track to successfully complete the movie.
>
> Reserving rights,
>
> Imene Meziane
>
> On Tue, Jan 16, 2024 at 6:54 PM Lindsey Strasberg <​> wrote:
>
>> Imene,
>>
>> Per our conversation, attached please find our remaining comments to the nudity rider.
>>
>> Customary reservation of rights.
>>
>> Best,
>>
>> Lindsey
>>
>> **From:** Imene Meziane [mailto:]

**Sent:** Tuesday, January 16, 2024 5:42 PM
**To:** Lindsey Strasberg <■>
**Cc:** Joseph Lanius <■>; David Weber <■>; Jaime Marchello <■>; Jessica Rodgers <■>; Jamey Heath <■>
**Subject:** Re: Production update/ Blake Lively / It ends with us

Hello Lindsey,

Thank you kindly for your patience. We have agreed to your language in the side letter. Accordingly, there will be no reference to the young characters' age in the movie (young Lily and young Atlas).

While we are approving this language, we cannot provide further remedies in the nudity rider. We think the attached nudity rider, which provides for the approval protection, is sufficient. The current language protects all parties involved.

All rights reserved.

Imene

> On Tue, Jan 16, 2024 at 2:24 PM Lindsey Strasberg <■> wrote:
>
>> Thanks
>>
>> **From:** Imene Meziane [mailto:■]
>> **Sent:** Tuesday, January 16, 2024 2:22 PM
>> **To:** Lindsey Strasberg <■>
>> **Cc:** Joseph Lanius <■>; David Weber <■>; Jaime Marchello <■>; Jessica Rodgers <■>
>> **Subject:** Re: Production update/ Blake Lively / It ends with us
>>
>> Yes, Lauren has already signed her NDA.
>>
>>> On Tue, Jan 16, 2024 at 2:09 PM Lindsey Strasberg <■> wrote:
>>>
>>>> Ok. Thanks for the explanation. Are you planning to get an NDA from Lauren as well?
>>>>
>>>> **From:** Imene Meziane [mailto:■]
>>>> **Sent:** Tuesday, January 16, 2024 2:08 PM
>>>> **To:** Lindsey Strasberg <■>
>>>> **Cc:** Joseph Lanius <■>; David Weber <■>; Jaime Marchello <■>; Jessica Rodgers <■>
>>>> **Subject:** Re: Production update/ Blake Lively / It ends with us
>>>>
>>>> Hi Lindsey,
>>>>
>>>> Lauren Shaw is the approved stunt double. Your client had previously approved Lauren as her body double as well, but Lauren isn't a body double. Your client has then approved Paige as the body double.
>>>>
>>>> Thank you,
>>>>
>>>> Imene
>>>>
>>>>> On Tue, Jan 16, 2024 at 1:52 PM Lindsey Strasberg <■> wrote:
>>>>>
>>>>>> Hi Imene
>>>>>> In the side letter it says her double is Lauren Shaw. Did that change?
>>>>>>
>>>>>> **From:** Lindsey Strasberg
>>>>>> **Sent:** Monday, January 15, 2024 12:22 PM
>>>>>> **To:** Imene Meziane <■>
>>>>>> **Cc:** Joseph Lanius <■>; David Weber <■>; Jaime Marchello <■>; Jessica Rodgers <■>
>>>>>> **Subject:** RE: Production update/ Blake Lively / It ends with us
>>>>>>
>>>>>> Imene,
>>>>>>
>>>>>> Attached please find our remaining comments to the nudity rider and side letter.
>>>>>>
>>>>>> As you are aware, we have made a couple of different proposals with respect to remedies available to our client in the event Wayfarer fails to comply with any terms of the nudity rider. Thus far, you have rejected our proposals. We will not be able to finalize these documents without reaching a compromise regarding her available remedies in this context.
>>>>>>
>>>>>> Customary reservation of rights.
>>>>>>
>>>>>> Best regards,

CONFIDENTIAL

Lindsey

**From:** Imene Meziane [mailto:█]
**Sent:** Saturday, January 13, 2024 11:14 AM
**To:** Lindsey Strasberg <█>
**Cc:** Joseph Lanius <█>; David Weber <█>; Jaime Marchello <█>; Jessica Rodgers <█>
**Subject:** Re: Production update/ Blake Lively / It ends with us

Hi Lindsey,

Thank you for your patience. We could not approve the new language you had inserted in section 10 of the Nudity Rider. We've consulted with Sony and they couldn't accommodate either. We've revised it to the extent permissible.

We've received the pages from Ms. Lively and have been storyboarding based on them. I believe after multiple conversations, we have come to unity on what is needed for the movie.

Ms. Lively has the attached Storyboards and has agreed that she will look through them and make any suggestions (either by adding or removing). Of course, the Intimacy coordinator will help in choreographing the actual, practical way it will be shot as that can't be fully captured by storyboarding, but we will ultimately shoot what Ms. Lively is most comfortable with and has approved.

Also attached are the scenes that Ms. Lively has either written or approved based on signing off on the script and through consultations with the producers, including Todd Black. We start shooting the loft scenes which include the abuse and intimacy scenes starting Wed, Jan 17, so we should have this wrapped up on Tuesday so all parties are protected going into the shoot.

Todd Black has suggested that Ms. Lively feels aligned about how things are moving forward and we are very delighted that everyone feels supported and heard.

Please let me know if there is anything else you need.

Reserving rights,

Imene Meziane

<image001.jpg>
<image002.png>
<image003.png>
<image004.png>

On Sat, Jan 13, 2024 at 4:05 AM Lindsey Strasberg <█> wrote:
> Imene and Joseph
> We need to finalize these documents. Please let us know if we can proceed to signature.
>
>> On Jan 11, 2024, at 11:01 PM, Lindsey Strasberg <█> wrote:
>>
>> Hi, Imene.
>> Checking in on these documents.
>> Thank you.
>> Lindsey
>>
>> **From:** Lindsey Strasberg
>> **Sent:** Monday, January 8, 2024 1:46 PM
>> **To:** Imene Meziane <█>
>> **Cc:** Joseph Lanius <█>; David Weber <█>; Jaime Marchello <█>; Jessica Rodgers <█>
>> **Subject:** RE: Production update/ Blake Lively / It ends with us
>>
>> Hi, Imene.
>>
>> Attached please find our remaining comments to the attached documents. We look forward to receiving updated Exhibit to the Nudity Rider with the scenes/descriptions.
>>
>> We will respond separately to the draft guarantee.
>>
>> Customary reservation of rights.

CONFIDENTIAL

Best,
Lindsey

**From:** Imene Meziane [mailto:███]
**Sent:** Monday, January 8, 2024 12:33 PM
**To:** Lindsey Strasberg <███>
**Cc:** Joseph Lanius <███>; David Weber <███>; Jaime Marchello <███>; Jessica Rodgers <███>
**Subject:** Re: Production update/ Blake Lively / It ends with us

Hi Lindsey,

Kindly following up on the nudity rider, the side letter and the guarantee letter.

Thank you,

Imene

> On Thu, Jan 4, 2024 at 3:02 PM Imene Meziane <███> wrote:
>
> Hi Lindsey,
>
> I'll have to defer to Sony on what's customary for them. Please feel free to reach out to Michael Marshall to discuss.
>
> Thank you.
>
> Best,
> Imene Meziane
>
>> On Jan 4, 2024, at 9:14 PM, Lindsey Strasberg <███> wrote:
>>
>> Hi Imene,
>> Notwithstanding where the language appears in the deal memo, the guaranty refers to all obligations. It is not limited to fixed compensation. It is customary in this type of scenario for a distributor to guarantee post-delivery obligations such as payment of bonuses, contingent compensation, credit, approval rights and publicity terms/travel.
>>
>> **From:** Imene Meziane [mailto:███]
>> **Sent:** Wednesday, January 3, 2024 6:16 PM
>> **To:** Lindsey Strasberg <███>
>> **Cc:** Joseph Lanius <███>; David Weber <███>; Jaime Marchello <███>; Jessica Rodgers <███>
>> **Subject:** Re: Production update/ Blake Lively / It ends with us
>>
>> Hi Lindsey,
>>
>> Sony has guaranteed its obligations under Section 1 of the offer which is the fee provision. Since escrow has been funded, the guarantee has been fulfilled. The fee obligation was the extent of Sony's guarantee. While Sony is not providing a guarantee letter and Wayfarer is, they, as the distributor of the picture are obligated to honor all the agreements we have in place.
>>
>> This has been discussed with Michael Marshall. Please let me know if you have any further questions.
>>
>> Thank you,
>>
>> Imene
>>
>>> On Thu, Jan 4, 2024 at 1:04 AM Lindsey Strasberg <███> wrote:
>>>
>>> Imene,
>>> Sony's guaranty of obligations is included in the deal terms. This isn't a point that is still in negotiation.
>>>
>>> **From:** Imene Meziane [mailto:███]
>>> **Sent:** Wednesday, January 3, 2024 3:20 PM
>>> **To:** Lindsey Strasberg <███>
>>> **Cc:** Joseph Lanius <███>; David Weber <███>;

Jaime Marchello <░░░░░░░░░>; Jessica Rodgers <░░░░░░░░░>
**Subject:** Re: Production update/ Blake Lively / It ends with us

Hi Lindsey,

You are welcome. Please note that Wayfarer does not agree to any form of injunctive relief, either.

As for the guarantee of obligations, since the production company for this project is not a subsidiary of Sony, Sony will not be the applicable party to make the guarantee. The attached is by Wayfarer.

Please let me know if you have any questions.

Thank you,

Imene Meziane

On Wed, Jan 3, 2024 at 7:56 PM Lindsey Strasberg <░░░░░░░░░> wrote:
> Thank you, Imene. We may reach out to Michael directly to discuss.
>
> In addition, what is the status of getting the guaranty of obligations from Sony?
>
> **From:** Imene Meziane [mailto:░░░░░░░░░]
> **Sent:** Wednesday, January 3, 2024 10:54 AM
> **To:** Lindsey Strasberg <░░░░░░░░░>
> **Cc:** Joseph Lanius <░░░░░░░░░>; David Weber <░░░░░░░░░>; Jaime Marchello <░░░░░░░░░>; Jessica Rodgers <░░░░░░░░░>
> **Subject:** Re: Production update/ Blake Lively / It ends with us
>
> Hi Lindsey. Michael Marshall at Sony indicated that we cannot agree to any form of injunctive relief.
>
> On Wed, Jan 3, 2024 at 7:04 PM Lindsey Strasberg <░░░░░░░░m> wrote:
>> Thank you, Joseph. We are currently reviewing. Please let us know who at Sony has indicated that you cannot agree to any form of injunctive relief.
>>
>> **From:** Joseph Lanius [mailto:░░░░░░░░░]
>> **Sent:** Tuesday, January 2, 2024 9:10 PM
>> **To:** Lindsey Strasberg <░░░░░░░░░>; David Weber <░░░░░░░░░>
>> **Cc:** Jaime Marchello <░░░░░░░░░>; Jessica Rodgers <░░░░░░░░░>; imene meziane <░░░░░░░░░>
>> **Subject:** Re: Production update/ Blake Lively / It ends with us
>>
>> Hello Lindsey/David,
>>
>> Thank you for taking the time to talk today.
>> Attached is the revised Nudity Rider and Side Letter.
>> Please note that we have spoken to Sony and cannot agree to any form of injunctive relief being allowed.
>> However, it is agreed that Ms. Lively can outright approve the footage that involves the Scenes that become Exhibit A.
>> For the Side Letter, there cannot be any approval over the scenes involving "Young Lily". Please note all of this previous footage was shot under Nudity Riders involving the two actors and approved by the intimacy coordinator. In addition, Sony's MPA specialist has deemed this footage to be PG-13 in nature.
>>
>> The rest of the items have been accepted in order to get this done so there are no delays for this week or next week.
>>
>> Reserving customary rights. We will be available to discuss tomorrow as necessary.
>>
>> Thanks
>> Joseph
>>
>> **Joseph Lanius**
>> **Partner**
>>
>> <image001.png>
>>
>> 9171 Wilshire Blvd., Suite 500
>> Beverly Hills, CA 90210

CONFIDENTIAL

HEATH_000045263

P:
M:
www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

---

**From:** Lindsey Strasberg <
**Date:** Tuesday, January 2, 2024 at 1:30 PM
**To:** David Weber <                        >, Joseph Lanius <
>
**Cc:** imene meziane <                >, Jaime Marchello <                >, Jessica Rodgers <                >
**Subject:** RE: Production update/ Blake Lively / It ends with us

Fine for me too

-----Original Message-----
From: David Weber
Sent: Tuesday, January 2, 2024 1:26 PM
To: Joseph Lanius <            >
Cc: Lindsey Strasberg <            >; Imene Meziane <            >; Jaime Marchello <            >; Jessica Rodgers <            >
Subject: RE: Production update/ Blake Lively / It ends with us

Works for me

-----Original Message-----
From: Joseph Lanius [            ]
Sent: Tuesday, January 2, 2024 1:24 PM
To: David Weber <            >
Cc: Lindsey Strasberg <            >; Imene Meziane <            >; Jaime Marchello <            >
Subject: Re: Production update/ Blake Lively / It ends with us

How is 3:30 PST for you both?

> On Jan 2, 2024, at 1:13 PM, David Weber <            > wrote:
>
> I'm available too
>
> -----Original Message-----
> From: Lindsey Strasberg
> Sent: Tuesday, January 2, 2024 1:11 PM
> To: Joseph Lanius <
> Cc: Imene Meziane <            >; David Weber <            >; Jaime Marchello <            >
> Subject: RE: Production update/ Blake Lively / It ends with us
>
> Happy to schedule with you guys ASAP
>
> -----Original Message-----
> From: Joseph Lanius [mailto:            ]
> Sent: Tuesday, January 2, 2024 12:04 PM
> To: Lindsey Strasberg <            >
> Cc: Imene Meziane <            >; David Weber <            M>; Jaime Marchello <            >
> Subject: Re: Production update/ Blake Lively / It ends with us
>
> Hi Lindsey,
>
> We are ready to send you a reply on both the Nudity Rider and Side Letter but would like to have a call first please. As I believe you're aware, a meeting is happening Thursday that may impact these two agreements so wanted to have that conversation on that front along with giving context to some of the changes we will request.
> Please let us know if you have time this afternoon or your earliest availability.
>
> Thanks,
> Joseph

>>
>>
>> On Jan 2, 2024, at 6:41 AM, Lindsey Strasberg <​ m> wrote:
>>
>> Hi Joseph
>> Following up to confirm that we will hear from you today on the nudity rider and side letter.
>>
>> -----Original Message-----
>> From: Joseph Lanius [mailto: ]
>> Sent: Thursday, December 28, 2023 12:50 PM
>> To: Lindsey Strasberg <​ >
>> Cc: Imene Meziane <​ >; David Weber <​ >; Jaime Marchello <​ >
>> Subject: Re: Production update/ Blake Lively / It ends with us
>>
>> Hi Lindsey,
>>
>> No worries. Hope you're having a nice and relaxing holiday. I should be in touch by tomorrow or Monday very latest.
>> Thank you,
>> Joseph
>>
>>
>>>> On Dec 28, 2023, at 11:57 AM, Lindsey Strasberg <​ > wrote:
>>>
>>> Hi Joseph and Imene,
>>> I'm sorry to bother you during the holiday, but I am checking in on the draft nudity rider and side letter, which must be wrapped up before the recommencement of photography next week.
>>> Thank you.
>>>
>>> -----Original Message-----
>>> From: Lindsey Strasberg
>>> Sent: Tuesday, December 19, 2023 3:48 PM
>>> To: Joseph Lanius <​ >
>>> Cc: Imene Meziane <​ >; David Weber <​ >
>>> Subject: RE: Production update/ Blake Lively / It ends with us
>>>
>>> Thank you, Joseph!
>>>
>>> -----Original Message-----
>>> From: Joseph Lanius [mailto: ]
>>> Sent: Tuesday, December 19, 2023 3:47 PM
>>> To: Lindsey Strasberg <​ >
>>> Cc: Imene Meziane <​ >; David Weber <​ >
>>> Subject: Re: Production update/ Blake Lively / It ends with us
>>>
>>> Hi Lindsey,
>>>
>>> Imene is out of the country so wanted to respond. We are in receipt of the Nudity Rider and Side Letter. The plan is to circle back shortly to get it all done.
>>> Thank you,
>>> Joseph
>>>
>>>
>>>>> On Dec 19, 2023, at 3:28 PM, Lindsey Strasberg <​ > wrote:
>>>>
>>>> Hi Imene,
>>>> I am checking and will come back to you. In the meantime, can you kindly confirm your receipt of the Nudity Rider and Side Letter.
>>>> Thank you.
>>>>
>>>> -----Original Message-----
>>>> From: Imene Meziane [mailto: ]
>>>> Sent: Tuesday, December 19, 2023 12:44 PM
>>>> To: Lindsey Strasberg <​ >; David Weber <​ >
>>>> Cc: Joseph Lanius <​ >
>>>> Subject: Production update/ Blake Lively / It ends with us
>>>>
>>>> Dear Lindsey,
>>>>
>>>> I hope you're well.
>>>>
>>>> I just received an update from production that I wanted to share with you. We've shared this information with Ms. Lively's agent and manager as well.

>>>>
>>>> We have the intimacy coordinator from phase 1 confirmed for the duration of the shoot. However there are 4 days where she will not be available. We would have a replacement for those particular days. Please note thay we've just learned this today. We wanted to confirm with you and Ms. lively that this is amenable.
>>>>
>>>> We are trying to lock that in and any quick response would be very appreciated. Thank you so much.
>>>>
>>>>
>>>> Best,
>>>> Imene Meziane

<Lively - It Ends With Us - Nudity Rider - Execution Copy (1).pdf>
<Lively - It Ends With Us - Protection Side Letter - Clean ------.pdf>

CONFIDENTIAL
HEATH_000045266