# Exhibit 79

| | |
|---|---|
| **From:** | Lindsey Strasberg < ███ > |
| **Sent:** | Mon, 8 May 2023 16:46:27 -0400 (EDT) |
| **To:** | Joseph Lanius < ███ > |
| **Cc:** | Imene Meziane < ███ > |
| **Subject:** | RE: IEWU - Blake Lively Nudity Rider |

Hi Joseph,
Do you have written approval from the intimacy coordinator for the exhibit that you can share?

**From:** Joseph Lanius [mailto: ███ ]
**Sent:** Monday, May 8, 2023 11:33 AM
**To:** Lindsey Strasberg < ███ >
**Cc:** Imene Meziane < ███ >
**Subject:** Re: IEWU - Blake Lively Nudity Rider

Hi Lindsey,

Please note that I just sent the long form on accident. That is technically still under internal review by Sony, which I hope to have approval today, so please ignore that attachment for now.
Attaching here the actual Nudity Rider.
Reserving customary rights.
Kind regards,
Joseph

**Joseph Lanius**
**Partner**



9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

P: ███
M: ███
www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

**From:** Joseph Lanius < ███ >
**Date:** Monday, May 8, 2023 at 11:30 AM
**To:** Lindsey Strasberg < ███ >
**Cc:** Imene Meziane < ███ >
**Subject:** IEWU - Blake Lively Nudity Rider

Hello Lindsey,

I hope you had a good weekend.
Attaching here Blake's Nudity Rider for your review that has been approved by SAG intimacy coordinator.
Apologies for the rush job but, please note we need this signed by tomorrow.
Reserving customary rights.
I look forward to hearing from you shortly.
Kind regards,
Joseph

**Joseph Lanius**
**Partner**



9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210


P:
M:
www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

CONFIDENTIAL

WAYFARER_000140110