# Exhibit 84

# WME

**BLAKEL, INC.** ███████ 6
**FSO BLAKE LIVELY**

09/25/2024 / Honore Clough / ████████ (USD) ████

### RECEIPTS APPLIED

| RECEIPT NO | BOOKING PROJECT | BOOKING NO | BOOKING ACTIVITY NO | AMOUNT APPLIED |
|---|---|---|---|---|
| 1081244 | | TABH 6620 | 1430940 | $250,000.00 |
| 1081244 | | TABH 6620 | 1434353 | $225,000.00 |
| 1081244 | | TABH 6620 | 1430938 | $250,000.00 |
| 1081244 | | TABH 6620 | 1430939 | $250,000.00 |
| 1081244 | | TABH 6620 | 1430941 | $250,000.00 |
| 1081244 | | TABH 6620 | 1434352 | $250,000.00 |
| 1081244 | | TABH 6620 | 1430942 | $250,000.00 |
| | | | **TOTAL** | **$1,725,000.00** |

### COMMISSION SETTLED

**BOOKING PROJECT / BUYER / BOOKING ID**

| SVC. DATE | ACTIVITY TYPE | DESCRIPTION | GROSS AMOUNT | COMM | AGENCY | NON-AGENCY | NET TO LOANOUT |
|---|---|---|---|---|---|---|---|
| It Ends with Us (2024) | Talent | Backend / Sony Pictures / TABH 6620 | | | | | | |
| 09/02/2024 | Box Office Bonus | WWBO 1 - 3 x direct costs | $250,000.00 | 10.00% | $25,000.00 | $37,500.00 | $187,500.00 |
| 09/06/2024 | Box Office Bonus | WWBO 2 - 3.5 x direct costs | $250,000.00 | 10.00% | $25,000.00 | $37,500.00 | $187,500.00 |
| 09/09/2024 | Box Office Bonus | WWBO 3 - 4 x direct costs | $250,000.00 | 10.00% | $25,000.00 | $37,500.00 | $187,500.00 |
| 09/13/2024 | Box Office Bonus | WWBO 4 - 4.5 x direct costs | $250,000.00 | 10.00% | $25,000.00 | $37,500.00 | $187,500.00 |
| 09/16/2024 | Box Office Bonus | WWBO 5 - 5 x direct costs | $250,000.00 | 10.00% | $25,000.00 | $37,500.00 | $187,500.00 |
| 09/20/2024 | Box Office Bonus | WWBO 6 - 5.5 x direct costs | $250,000.00 | 10.00% | $25,000.00 | $37,500.00 | $187,500.00 |
| 09/22/2024 | Box Office Bonus | WWBO 7 - 6 x direct costs | $250,000.00 | 10.00% | $25,000.00 | $37,500.00 | $162,500.00 |
| | | **TOTAL** | **$1,750,000.00** | | **$175,000.00** | **$262,500.00** | **$1,287,500.00** |

### PARTICIPANTS SETTLED

| PARTICIPANT NAME | AMOUNT |
|---|---|
| WME Agency - Commission | $175,000.00 |
| Sloane, Offer, Weber & Dern, LLP | $87,500.00 |
| Entertainment 360 | $175,000.00 |
| **TOTAL DEDUCTION** | **$437,500.00** |
| **NET TO LOANOUT (USD)** | **$1,287,500.00** |

---

**WME**
WME Entertainment
9601 Wilshire Boulevard
3rd Floor
Beverly Hills, CA 90210

**City National Bank**
**Beverly Hills, CA**
████████

***ONE MILLION TWO HUNDRED EIGHTY SEVEN THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS

Pay to the order of

Blakel, Inc.


09/25/2024            $***1,287,500.00

**Remittance Advice Only**