Exhibit 85

WM\E

**BLAKEL, INC.** ▮▮▮▮▮
**FSO BLAKE LIVELY**                                        10/04/2024 / Honore Clough / ▮▮▮▮▮          (USD) / ▮▮▮

| RECEIPTS APPLIED | | | | | | | |
|---|---|---|---|---|---|---|---|
| RECEIPT NO | BOOKING PROJECT | | BOOKING NO | BOOKING ACTIVITY NO | | | AMOUNT APPLIED |
| 1082848 | | | TABH 6620 | 1440645 | | | $250,000.00 |
| | | | | | | TOTAL | $250,000.00 |

| COMMISSION SETTLED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **BOOKING PROJECT / BUYER / BOOKING ID** | | | | | | | | |
| SVC. DATE | ACTIVITY TYPE | DESCRIPTION | GROSS AMOUNT | | COMM | AGENCY | NON-AGENCY | NET TO LOANOUT |
| It Ends with Us (2024) \| Talent \| Backend / Sony Pictures / TABH 6620 | | | | | | | | |
| 09/27/2024 | Box Office Bonus | WWBO #8 | $250,000.00 | | 10.00% | $25,000.00 | $37,500.00 | $187,500.00 |
| | | TOTAL | $250,000.00 | | | $25,000.00 | $37,500.00 | $187,500.00 |

| PARTICIPANTS SETTLED | |
|---|---|
| **PARTICIPANT NAME** | **AMOUNT** |
| WME Agency - Commission | $25,000.00 |
| Sloane, Offer, Weber & Dern, LLP | $12,500.00 |
| Entertainment 360 | $25,000.00 |
| **TOTAL DEDUCTION** | $62,500.00 |
| **NET TO LOANOUT (USD)** | $187,500.00 |

WM\E   WME Entertainment
9601 Wilshire Boulevard
3rd Floor
Beverly Hills, CA 90210

**City National Bank**
**Beverly Hills, CA**
▮▮▮▮▮

\*\*\*ONE HUNDRED EIGHTY SEVEN THOUSAND FIVE HUNDRED DOLLARS AND  NO CENTS

**Pay to the order of**

Blakel, Inc.



10/04/2024            $\*\*\*187,500.00

**Remittance Advice Only**

ATTORNEYS' EYES ONLY                    Page 1 of 1                    BL-000039396