# Exhibit 86

Message

| | |
|---|---|
| **From:** | Guazzelli, Omar [ |
| **Sent:** | 8/2/2024 4:05:17 AM |
| **To:** | Guazzelli, Omar [ |
| **CC:** | Voogt, Emily [                                    ]; Wire, Kimberly [                              ] |
| **BCC:** | Maggin, Danni [                              ] |
| **Subject:** | IT ENDS WITH US - Publicity Update |
| **Attachments:** | IEWU Final Production Notes - with Credits 0801.docx |

Dear All,

Below please find the latest Publicity updates for **IT ENDS WITH US**.

## PRODUCTION NOTES

Final production notes are attached.
There have been no changes to the content of the notes, but all missing bios have been included.

## PHOTOGRAPHY

Additional Blake Lively portrait shots captured at Book Bonanza have been added to the Global Asset Hub.

Best,
Omar

**From:** Guazzelli, Omar
**Sent:** Tuesday, July 30, 2024 12:03 PM
**To:** Guazzelli, Omar <                              >
**Cc:** Voogt, Emily <                                    >; Wire, Kimberly <                              >
**Subject:** IT ENDS WITH US - Publicity Update

Dear All,

Below please find the latest Publicity updates for **IT ENDS WITH US**.

## PRODUCTION NOTES

Attached, please find a draft for translation and any immediate needs.
These are still missing some key bios – we will advise if there are any other changes made.

## WRAP PAGE

**UPDATED:** Please find attached our final wrap page with the below change.

- Removed "Credits not final"

## INTERNATIONAL TOUR

Blake Lively and Colleen Hoover are traveling to London and to Copenhagen in support of the film.
We will share materials as soon as they are made available.

## GLOBAL EVENTS AND APPEARANCES TIMELINE

Sunday, August 4th and Monday, August 5th: Global Press Junket
Tuesday, August 6th: Global Premiere (NY)
Thursday, August 8th: UK Gala Screening
Friday, August 9th: Copenhagen Gala Screening

*Confidential:*
Monday, August 5th: TODAY Show (Blake Lively and Jenny Slate *live* appearance)

SPE_BL0008705

Tuesday, August 6th: TODAY Show (Justin Baldoni *live* appearance)
Wednesday, August 7th: CBS Mornings (Justin Baldoni appearance)
Wednesday, August 7th: LIVE with Kelly & Mark (Blake Lively appearance)
Thursday, August 8th: TODAY Show (Colleen Hoover *live* appearance)
Thursday, August 8th: WATCH WHAT HAPPENS LIVE (Colleen Hoover and Brandon Sklenar appearance)
Friday, August 9th: CBS Mornings (Blake Lively and Brandon Sklenar appearance)

## CREATIVE CONTENT
Link to the Creative Content Site

## DIGITAL
**FB/IG/TT:** @ItEndsWithUsMovie
**X:** @ItEndsWithUs
**Hashtag:** #ItEndsWithUs
*International Digital Contact: Nicole Toczauer -*
*Please note that Raben is available for localization, and costs will be covered by Home Office.*
Brand & Asset Deck Link
Snack Pack Link

**From:** Guazzelli, Omar <                              >
**Sent:** Tuesday, July 23, 2024 2:55 PM
**To:** Guazzelli, Omar <                              >
**Cc:** Voogt, Emily <                              >; Wire, Kimberly <                              >
**Subject:** IT ENDS WITH US - Publicity Update

Dear All,

Below please find the latest Publicity updates for **IT ENDS WITH US**.

## PRODUCTION NOTES
We require more time with filmmaker/talent approvals on this one.
We hope to have a draft we can share by early next week, and appreciate your patience with this.

## REVIEW EMBARGO
Our review embargo will lift on **Wednesday, August 7th at 7AM PT/10AM ET**.
The social embargo has been lifted and we encourage screening attendees to share their enthusiasm for the film online.

Please let us know if you have any questions.

Best,
Omar

**From:** Guazzelli, Omar
**Sent:** Monday, July 1, 2024 10:45 AM
**To:** Guazzelli, Omar <                              >
**Cc:** Voogt, Emily <                              >; Wire, Kimberly <                              >
**Subject:** IT ENDS WITH US - Publicity Update

Dear All,

Below please find the latest Publicity updates for **IT ENDS WITH US**.

**PRINT GENERIC INTERVIEW**

The interview completed with **Justin Baldoni** is attached and available for placement.

As a reminder, generics must be placed in full, and tabloids/gossip publications should not be granted access. If you would like to use only specific quotes, please send through highlighted excerpts for Home Office approval.

Film stills/BTS shots featuring Justin are available on the Global Asset Hub, but please reach out if you have additional photo needs.

Best,
Omar

**From:** Guazzelli, Omar
**Sent:** Thursday, June 27, 2024 3:58 PM
**To:** Guazzelli, Omar <                              >
**Cc:** Voogt, Emily <                              >; Wire, Kimberly <                              >
**Subject:** IT ENDS WITH US - Publicity Update

Dear All,

Below please find the latest Publicity updates for **IT ENDS WITH US**.

**WRAP PAGE**
An updated wrap page is attached and has been added to the GAH. Please note the following changes:
- Blake Lively moved to producer list and removed from EP list
- Producer list updated in synopsis' second paragraph

**SCREENING GUIDELINES**
In alignment with the Domestic strategy, WOM screenings can be set starting the week of July 22nd. If you need to set public-facing screenings any earlier, please reach out separately, and we will advise.

To clarify, the "no critics" guideline applies only to the early editorial screenings being set for now. The US will screen for critics closer to release. As always, we defer to you on what works best for your own market and campaigns, but suggest holding any critics screenings as close as possible to your release date.

As a reminder: when inputting screenings on InterPlan, Publicity approval is only required for **All Media**, **Junket**, **Premiere**, and **Press** screenings.

Please do **NOT** select a Publicity approver for any other types of screenings (e.g., Exhibitor, Influencer, Promo Partners) as the website will not let us approve those. You can leave the Publicity field **BLANK** for those requests.

Please reach out if you have any questions.

Best,
Omar

**From:** Guazzelli, Omar <                              >
**Sent:** Thursday, June 20, 2024 4:06 PM
**To:** Guazzelli, Omar <                              >
**Cc:** Voogt, Emily <                              >; Wire, Kimberly <                              >
**Subject:** IT ENDS WITH US - Publicity Update

Hi Everyone,

A few quick Publicity updates on **IT ENDS WITH US**:

**PRODUCTION NOTES**
These are being worked on and we should have a draft for translation soon.

**PHOTOGRAPHY**
As a reminder, 10 general images (including film stills and BTS) are available on the Global Asset Hub for wide placement.
We will have Colleen Hoover portrait shots (to accompany any generic interview placements) ready for you shortly.

**SOCIAL & REVIEW EMBARGO**
Social Embargo was lifted out of our Book Bonanza screening. Attendees were encouraged to share their enthusiasm for the film BUT to NOT reveal any spoilers or file any formal reviews!
Review Embargo: To be confirmed. We are currently targeting US opening week, likely Wednesday 8/7.

**SCREENING GUIDELINES**
You can set press screenings for editorial consideration, under embargo. Please add your screenings to InterPlan and select @Voogt, Emily as the approver. We are NOT screening for critics.
Please make sure you are able to screen the latest cut of the film in a commercial theater or in a screening room as no links will be sent.
For any WOM or public-facing screenings: please reach out separately with any plans so we can advise.

**JUNKET**
Participating markets have been notified.

Please reach out if you have any questions.

Best,
Omar

**From:** Guazzelli, Omar
**Sent:** Sunday, June 16, 2024 10:16 PM
**To:** Guazzelli, Omar <                    >
**Cc:** Voogt, Emily <                    >; Wire, Kimberly <                    >
**Subject:** IT ENDS WITH US - Publicity Update

Dear All,

Photos from this weekend's **IT ENDS WITH US** Book Bonanza activities are available for use on the Global Asset Hub.

Below please find direct links for your convenience!

Book Bonanza – Surprise Screening **(qty. 61)**
Location: AMC Grapevine – Grapevine, TX
Cast/Filmmakers: Blake Lively, Brandon Sklenar, Isabela Ferrer, and Colleen Hoover

Book Bonanza – Opening Panel **(qty. 56)**
Location: Gaylord Texan Resort & Convention Center – Grapevine, TX
Cast/Filmmakers: Blake Lively, Brandon Sklenar, and Colleen Hoover

Captions/credits are embedded in the metadata.

Best,
Omar

**From:** Guazzelli, Omar <                                    >
**Sent:** Monday, June 10, 2024 4:31 PM
**To:** Guazzelli, Omar <                              >
**Cc:** Voogt, Emily <                              >; Wire, Kimberly <                              >
**Subject:** IT ENDS WITH US - Publicity Update (as of June 10th)

Dear All,

Below please find the latest Publicity updates for IT ENDS WITH US.

### U.S. POSTER LAUNCH
The U.S. is launching the "Frame" poster online tomorrow, Tuesday, June 11 @ 9am PDT.
More details in Vivian's email, attached.

### WRAP PAGE
The latest International wrap page is also attached. Please note the following updates:
- Justin Baldoni removed from EP list
- Todd Black and John Logan Pierson added to EP list
- Andrea Ajemian moved up to 4th position in EP list

### PRINT GENERIC
The generic interview completed with **Colleen Hoover** is attached and available for placement with print/online outlets. Let us know if you would need assistance sourcing Colleen photography to accompany any placements. We are now also planning on completing a generic interview with **Justin Baldoni** and hope to have it available before the end of the month.

### BOOK BONANZA
Confidentially, the first public screening of the film is taking place on **Saturday, June 15th** in Grapevine, TX, as part of Colleen Hoover's Book Bonanza festival! Social reactions will lift out of this screening.
Photography and a Creative Content sizzle will be made available following this event.

### SOCIAL & REVIEW EMBARGO
Social reactions will lift on Saturday, June 15th following the Book Bonanza screening.
Review embargo TBD.

### SCREENING GUIDELINES
Revised screening guidelines are forthcoming, following the Book Bonanza screening this weekend.

### JUNKET
We will soon be notifying the markets that are invited to participate.

### CONTENT SHOOT
Creative Content will soon have some time with Blake Lively, Brandon Sklenar, and Colleen Hoover.
Please reach out to @Brooks, Lauren with any asks, as this will likely be our only opportunity with Blake – or feel free to reply to her original email for Blake requests (attached here).

### CREATIVE CONTENT
Below please find a link to the Global Creative Content SharePoint site.
https://sony.sharepoint.com/sites/SPE-MP2/GCC/SitePages/SPE-Creative-Content.aspx
Please reach out to Steph Wu and Lauren Brooks with questions.

### DIGITAL

**FB/IG/TT:** @ItEndsWithUsMovie
**X:** @ItEndsWithUs
**Hashtag:** #ItEndsWithUs
International Digital Contact: Nicole Toczauer -

Let us know if you have any questions or requests.

Best,
Omar

**De :** Guazzelli, Omar <                               >
**Envoyé :** jeudi 16 mai 2024 02:30
**À :** Guazzelli, Omar <                               >
**Cc :** Voogt, Emily <                               >; Wire, Kimberly <                               >
**Objet :** IT ENDS WITH US - Publicity Update (as of May 15th)

Dear All,

Ahead of tomorrow's trailer launch, below please find a refresher of currently available Publicity materials for **IT ENDS WITH US**, as well as the latest updates.

### SYNOPSIS + FIRST LOOK PHOTOS
International synopsis and our first batch of photos are available on the GAH. Wrap page is also attached for your convenience.

### ADDITIONAL PHOTOGRAPHY
We are expecting to have additional stills in the coming days, plus Justin/Colleen photos from last week's trailer launch event on the Sony lot.
As always, let us know of any specific needs and requests that you might have in the meantime.

### PRINT GENERIC
A print generic has been completed with **Colleen Hoover**. Once it undergoes edits and approvals, it will be shared for wide placement.
No further generic pieces are being planned at the moment.

### SCREENING GUIDELINES
Please let us know of any early needs to screen the film for editorial consideration **only**.
We will be able to approve these on a case-by-case basis.

### GLOBAL JUNKET
Confirmed for Sunday, August 4th and Monday, August 5th in NY. By invitation only.

### US PREMIERE
As previously mentioned: Tuesday, August 6th in New York.

### CREATIVE CONTENT
Below please find a link to the Global Creative Content SharePoint site.
https://sony.sharepoint.com/sites/SPE-MP2/GCC/SitePages/SPE-Creative-Content.aspx
Please reach out to Steph Wu and Lauren Brooks with questions.

### DIGITAL
**FB/IG/TT:** @ItEndsWithUsMovie
**X:** @ItEndsWithUs

**Hashtag:** #ItEndsWithUs
International Digital Contact: Nicole Toczauer - 

Let us know if you have any questions!

Best,
Omar

**From:** Guazzelli, Omar <                              >
**Sent:** Friday, April 26, 2024 4:48 PM
**To:** Guazzelli, Omar <                              >
**Cc:** Voogt, Emily <                              >; Wire, Kimberly <                              >
**Subject:** IT ENDS WITH US - Publicity Update

Dear all,

Below please find the latest Publicity updates for IT ENDS WITH US:

**WRAP PAGE**
Our latest International wrap page/synopsis is attached. If you received a previous version of this document, please note that **Justin Baldoni** has been added under EP's.

**FIRST LOOK PHOTOS**
PEOPLE.com will debut the film's first look photos on **Tuesday, April 30th at 6AM PT / 9AM ET.**
Assets will be made available on the GAH after PEOPLE's 2-hour exclusivity is up (8AM PT / 11AM ET).

**TRAILER LAUNCH**
We are targeting ~~Wednesday, May 8th at 6AM PT~~ for our trailer launch date. Please see Vivian Zhu's email (attached) for the latest info!

**PRINT GENERICS / PRODUCTION NOTES**
TBD

**SCREENING PLAN / SOCIAL & REVIEW EMBARGO**
TBD

**GLOBAL JUNKET**
Early August (TBC). Access will be limited and by invitation only.

**US PREMIERE**
Tuesday, August 6th in New York.

A lot more to come on this one. Please don't hesitate to reach out if you have any questions.

Best,
Omar

**Omar Guazzelli** | Global Publicity | Sony Pictures Entertainment
10202 W Washington Blvd – Thalberg 2407 | Culver City, CA 90232
                         ⌧

Confidential                                                                                                    SPE_BL0008711



**IT ENDS WITH US**

*It Ends With Us*, the first Colleen Hoover novel adapted for the big screen, tells the compelling story of Lily Bloom (Blake Lively), a woman who overcomes a traumatic childhood to embark on a new life in Boston and chase a lifelong dream of opening her own business. A chance meeting with charming neurosurgeon Ryle Kincaid (Justin Baldoni) sparks an intense connection, but as the two fall deeply in love, Lily begins to see sides of Ryle that remind her of her parents' relationship. When Lily's first love, Atlas Corrigan (Brandon Sklenar), suddenly reenters her life, her relationship with Ryle is upended, and Lily realizes she must learn to rely on her own strength to make an impossible choice for her future.

Columbia Pictures and Wayfarer Studios present a Wayfarer and Saks Picture Company Production, a film by Justin Baldoni, *It Ends With Us*. Starring Blake Lively, Justin Baldoni, Jenny Slate, Hasan Minhaj, and Brandon Sklenar. Directed by Justin Baldoni. Produced by Alex Saks, Jamey Heath, Blake Lively, and Christy Hall. Screenplay by Christy Hall. Based on the book by Colleen Hoover. Executive Producers Steve Sarowitz, Todd Black, Colleen Hoover, Andrew Calof, Andrea Ajemian, and John Logan Pierson. Director of Photography Barry Peterson. Production Designer Russell Barnes. Film Editors Oona Flaherty and Robb Sullivan. Costume Designer Eric Daman. Music by Rob Simonsen & Duncan Blickenstaff. Music Supervisor Season Kent. Casting by Kristy Carlson, CSA.

*It Ends With Us* has been rated PG-13 by the Motion Picture Association for domestic violence, sexual content and some strong language. The film will be released in theaters nationwide on August 9, 2024.

SPE_BL0008712

## ABOUT THE PRODUCTION

Blake Lively, who stars in and produces *It Ends With Us*, the first film adapted from the novels of Colleen Hoover, knew from the start that she was working with very special material. "I saw a window display of her books—Colleen Hoover, Colleen Hoover, Colleen Hoover," Lively recalls. "Her name was everywhere. She speaks to an audience—her voice resonates with people. The stories she tells and how she tells them reaches out and grabs so many people."

Hoover's bestselling novel of the same name tells the story of Lily Bloom, a young woman who's determined to break free of her traumatic past but finds herself falling into the same patterns she grew up with. "By the time I decided to helm the film adaptation, *It Ends With Us* had become the second-best rated romance of all time on Goodreads," recalls director and actor Justin Baldoni. "Fans really fell in love with Lily. When I read the book, it was clear that there was so much more to it than just a romance. This is a book about the human experience."

"I just fell in love with Lily," Lively says. "I wanted to tell her story because her emotional roadmap was so clear to me, yet there are so many ways she could be portrayed. I knew if I took her on, I would make sure she wasn't a delicate flower, but a woman with both feet firmly on the ground. Someone in her skin. I thought it was important to see someone you think is settled in themselves get lost. It makes you realize you never really know what people are going through. We're all on messy journeys that don't always have a clear beginning, middle, and end. I hoped it might help people feel less alone to see Lily simultaneously strong and vulnerable, put together and fallible, lost and found."

The project of adapting *It Ends With Us* for the screen began before the film's skyrocket to success. The book was first published in 2016, and Baldoni first reached out to Hoover in 2019 to collaborate on the adaptation. Then, in 2022, *It Ends With Us* took off as it gained a following among the #BookTok community of readers on TikTok. Since

                                                                                      SPE_BL0008713

then, the book has spent 140 weeks on *The New York Times* Bestseller List and has sold almost 10 million copies. Hoover is currently the best-selling author in the U.S., and the book's sequel, *It Starts With Us*, became the most pre-ordered book in publisher Simon & Schuster's history. "It just blew up," says the filmmaker.

However, Hoover didn't set out to write a bestseller. Rather, her goal with the novel was simply to better understand her mother, who made the heart-wrenching choice to leave an abusive relationship when Hoover was young. "I had no idea this story would reach as many people as it has," she says. "My mother has always been a huge role model for me. She's extremely independent and smart and level-headed. I never understood how she ended up in a relationship with my father. Writing this book helped me to understand both of them better, but it mostly healed a lot in my mother."

She says her mother's first reaction to reading the book was a tearful confession. "She called me crying, and admitted she never fully trusted that she made the right choice by leaving my father. She said even after all the years of us being safe from witnessing that type of abuse, she always wondered if taking our father away from us did us more harm than remaining in that situation would have. It broke my heart that it was even a concern for her. Reading the book finally gave her closure that she had made the right decision."

When Baldoni reached out to Hoover about the film adaptation, Hoover was impressed by his ability to weave sensitive issues into compelling stories—especially considering the success of his directorial debut, *Five Feet Apart*, which tells the story of two teens with cystic fibrosis who fall in love. "Justin has his finger on the pulse of so many things that are important," she says. "So I was excited and honored he wanted to take on a story that dealt with the topics in *It Ends With Us*. I was confident he'd be able to tell it in a way that would honor those who have walked in Lily's shoes."

Baldoni also reached out to producers Alex Saks and Jamey Heath to lend their perspectives to the film. "Justin and I had been cheering on each other's work from afar for years, and we always promised one another that we'd find a film to work on

together," says Saks. "Then, one day, I got an early-morning text from Justin asking if I had time to talk. I started working on the film a few days later."

Once the team was assembled, they got to work developing the adaptation. Heath thought carefully about how to balance the many themes in Lily's story. "While on the one hand, we were making a movie about ending a cycle of abuse, on the other hand, we were making a movie about love," he says. "We had to honor that paradox from the first day we began work on the film."

Overall, the filmmakers stayed true to what made the book such a phenomenon. "We were thinking about the fans throughout," says Baldoni. "Colleen has crafted such a beloved story, and it has created such waves culturally, that we wanted to stay true to her vision."

With its themes of healing, redemption, and hope, Lily's story resonates with readers and viewers even if they don't share her experiences. "What's beautiful about this film is there is every color of human emotion in it," says Lively. "There's levity, there's joy, there's humor, there's hope, there's pain, there's tragedy, there's violence, there's trauma, there's sadness, there's exaltation. Life, death, love, and loss—a kaleidoscope of the human experience."

**HELP FROM THE COHORT**

A strong adaptation starts, of course, with a strong script, and Baldoni found the perfect screenwriter in Christy Hall. "Colleen tells the story in a way that creates enormous empathy for every character, not just Lily," he explains. "Making sure the audience has compassion for a person who is doing the things Lily's husband Ryle does within the context of a two-hour film is a difficult proposition, and Christy nailed it."

Baldoni, Hoover, and Hall knew they wanted to preserve the heart and soul of the book, so they assembled a focus group of some of the book's biggest fans—who call

SPE_BL0008715

themselves the CoHort—to get their input. "We put out a call on social media and got a tremendous response," says Baldoni. "When we gathered the group, they all got to meet Colleen, read one of our first drafts, and give us their honest feedback. We got some really important information. At one point, we didn't know if Lily should say the phrase 'it ends with us,' because you try to avoid saying the name of the movie in the movie. So, we tried a draft without it, and immediately the fans were like, 'what? She didn't say it!' Christy and I looked at each other and just laughed, and boom, the line went back in."

"I know that their feedback changed some of the things in the script for the better," says Hoover. "And I just thought that was brilliant. You know, who better to tell you how the script is and what they want to see in the book than the readers themselves, who have been there from the very beginning?"

"Colleen is so protective of the fans and their experience," says Lively. "She wanted to make sure that the film captured the heart and soul and essence of the book, and even the details were really important to her. She was an advocate for the fans, to make sure the adaptation captured the spirit of the people we fell in love with."

Even while preserving the book's heart, the fans gave their blessing to some changes. In the story, Lily reconnects with her high school sweetheart Atlas after meeting the charismatic but brooding neurosurgeon Ryle Kincaid. In the novel, Lily and Atlas are in their early 20's when they meet each other again, but in the film, they're in their 30's. "I felt audiences might think a 21- or 23-year-old stays in an abusive relationship simply because she's naïve and inexperienced," Baldoni says. The film also has Lily—and the audience—only realize gradually that she's in an abusive relationship with Ryle. "We decided to bring that realization out slowly, like a recovered memory," Baldoni explains.

"Lily's at a turning point in her life," Lively says. "She's just moved to Boston from her hometown in New England. She's finally actualizing her dream of opening a flower shop. A major life event happens for her at the start of the movie, which brings up her

past in significant ways. While coping with that, she meets someone she falls for almost instantly. She meets two 'someones' actually: a man and a new best female friend. Her shop is as wonderful as she imagined it to be, and her whole life is falling into place. Despite having a painful past, her future looks bright. And then, event after event, her life is upended in both beautiful and tragic ways. Her past enters her present in more ways than one, and she has to confront the entirety of her life's most wonderful and awful experiences, all within the course of this film. It was mammoth to take on but deeply rewarding to tell a story so rich in the full spectrum of emotion."

**A NEW LIFE IN THE BIG CITY**

The story begins with Lily's move to Boston, when she meets Ryle on a rooftop after her father's funeral. "Lily Bloom might be my absolute favorite of all the characters I've written," says Hoover. "She reminds me a lot of my mother, who is very independent and strong. But I also see a lot of myself in Lily. We both have a forgiving nature. Lily just wants to believe the best in the people around her. I experienced some of the same trauma she did as a child, watching her mother endure behavior that was unacceptable and frightening. I needed Lily to have her happy ending."

Baldoni, Hoover, and the rest of the cast and crew agree that Blake Lively embodies the best of Lily Bloom. "Blake has many of the same qualities I admire in both Lily and my mother," Hoover says. "To have her playing Lily demonstrates that each situation is unique. There's no mold to fit."

"Lily is not a wilting lily," says Lively. "She has both feet on the ground and her head screwed on tight—she has real spice and agency. But you can be a woman with confidence and agency and know better, and still not see all of the red flags that you should. When she meets Ryle, she sweeps him off his feet as much as he sweeps her off hers. It was important to create that level playing field, so that when the relationship goes off-kilter, it's more confusing for her, because she believes in the equality of their partnership and their strength, as individuals and together."

                                                                                                    SPE_BL0008717

Hoover suggested to Baldoni that he was the right person to play Ryle. "Ryle may not be exactly what viewers expect," he says. "I wanted to portray him as a complex, smart man who has never dealt with old traumas. There is absolutely no excuse for what he does in the film. We wanted to show an example of a complex and seemingly impossible situation that so many people live through. Showing that there may be real love while not running away from that fact that there is also real harm."

"When Lily and Ryle first meet, it's sexy and interesting," he explains. "Then, as you get deeper into the story and the layers of the onion start getting unpeeled, you start to understand what the story is actually about."

Soon after she meets Ryle, Lily makes her second friend in Boston: the outgoing fashionista Allysa (Jenny Slate), who wanders into the flower shop one day and asks for a job. "Allysa isn't apologetic about being herself," says Slate. "She's decked out in designer clothes. She goes after what she wants. But as soon as she makes that connection with Lily, she reveals this huge, loving heart. She shows Lily what it means to show up for someone you love, no matter what."

"When we were casting Allysa," says Baldoni, "I remembered reading the book and laughing, feeling like this was a larger-than-life character. She just creates joy and levity wherever she goes, and then she has so much depth to her right when we need it the most. We needed to find somebody that could embody both those aspects of the character. Then Jenny's name came up, and it was a no brainer. Every time she's on screen, you find yourself smiling, which is exactly what we wanted from this character. Jenny brought it."

Allysa turns out to have an unexpected connection to Ryle, which heightens the story's drama. "We actually gave Allysa a very emotional monologue that was originally meant for Ryle," says Baldoni. "Jenny crushed it. Allysa is a fun and complex character, and Jenny has such depth as an actor."

SPE_BL0008718

"When Justin told me Jenny Slate was going to play Allysa, I screamed," says Hoover. "I can't express what a big fan of hers I am. She brings so much energy and compassion into every role. And her and Blake together—you'd think they'd been best friends their entire lives."

"As they get closer, Allysa and Lily find out they have even more in common than they first thought," says Slate. "It was so exciting to explore that dynamic with Blake. The bond between these two characters felt deeper and more real to us every day we spent on set."

Lily's new life is complicated when she runs into Atlas, played by Brandon Sklenar. "Atlas and Ryle are polar opposites," Sklenar says. "Ryle has a manipulative, toxic presence. Atlas is strong and sturdy, an example of what masculinity can be in a calm, present and open way. Unlike Ryle, he has no need for validation. When he's with Lily, he's just purely there for her."

"Atlas is who Ryle wishes he could be: someone who doesn't blame his past for his present," Hoover says. "Atlas has learned and grown from his hardships, rather than shrinking because of them. I needed to see an openness and tenderness in Atlas that we wish wasn't missing in Ryle, and Brandon portrays that beautifully."

Rounding out Lily's circle of friends is Allysa's exuberant and eccentric husband Marshall, played by Hasan Minhaj. Minhaj, whose credits include numerous appearances on *The Daily Show*, came up with a secret backstory for his character. "Marshall is a tech entrepreneur, and he sold his company for a pretty big nine-figure sum," he says. "That's the energy and swagger that I'm putting into the character. Marshall and Allysa are quite…how should I say it? Extra? Marshall's definitely flirting with a billion dollars, but he's not quite a billionaire, so he's overcompensating."

                                                                           SPE_BL0008719

Minhaj says working opposite Slate was a joyful experience. "Jenny is so great to play off of. The energy she brings to this role is so different from the way people generally perceive her." At the same time, Minhaj knows that Marshall and Allysa are more than comic relief.

"This film is deeply moving," he says. "We're calling attention to generational cycles of trauma. I knew this project would be very rewarding for me."

**YOUNGER DAYS**

Along with Lily's story in the present day, the film explores Lily and Atlas's romance as teenagers. "Current day Lily—my Lily—has her own beginning, middle, and end," says Lively. "But young Lily also has her own beginning, middle, and end. When you overlay those two storylines, you see a bigger, more beautiful arc."

Baldoni cast newcomer Isabela Ferrer, who bears a remarkable resemblance to Lively, as the younger Lily. "My favorite part has been playing a character who is so truly herself," says Ferrer. "Lily is shy and certainly an introvert in a lot of ways, but she also has a lot of strength from the start. Being able to play a teenager who already has that in them, and then to see that person grow into someone played by Blake Lively, is such a privilege."

Ferrer says one of the lessons she has taken away from the experience is the importance of self-forgiveness. "When Lily sees the way her father treats her mother, she promises herself she will never allow anybody in her life to do that to her or the people she loves. When it does happen, she's very hard on herself. It takes a great deal of strength to recognize that you can't control everything."

The younger Atlas is played by Alex Neustaedter, who says that when Atlas first meets Lily, he has lost something essential that everyone craves: human connection. "Atlas has no family, no friends, no home, nothing," he explains. "When he finds out Lily is

SPE_BL0008720

dealing with similar trauma, it makes them even closer. For the first time, Atlas allows himself to open up to another person and discovers that sharing his pain and fears with someone who understands is really a relief. He can tell his truth at last and not feel alone. That's what makes Atlas fall in love with Lily."

Another pivotal figure in Lily's life is her mother, Jenny, played by Amy Morton. "The film starts with Lily making a choice that her mother could reasonably see as a betrayal," says Morton. "But really, that moment is when the two of them are forced to really start unpacking what they've both gone through. Jenny lives with a very complicated cocktail of emotions, but that shared experience is ultimately what helps her and Lily heal together."

## A WORLD IN BLOOM

The filmmakers knew that to do *It Ends With Us* justice, they'd need to create a world that was just as sumptuous as Lily's story, so they sought out the best artists they could find. "Hiring our earliest core department heads was truly an embarrassment of riches," says Saks. "I cannot believe how lucky we got. Justin and I did weeks' worth of interviews and  ultimately agreed on a formidable trio in Barry Peterson as cinematographer, Russell Barnes as production designer, and Eric Daman as costume designer."

After the filmmakers scouted locations in Boston, New York, Los Angeles, and Maine, Peterson (*Dungeons & Dragons: Honor Among Thieves*) began shooting the film. "Barry and I wanted the film to look more European, rather than like a big-budget American romance," says Baldoni. "We used a great deal of natural light and embraced imperfection, while still creating something beautiful and aspirational. I like to think it's an American love story seen through a European lens."

SPE_BL0008721

Peterson made sure the film's camera work reflected the intimate nature of Lily's story. "We made great use of handheld cameras and long lenses for shallow focus and elegant movements within scenes," he says.

Says production designer Russell Barnes (*In the Shadow of the Moon*), "We pored over every detail of the book to build an original aesthetic that would serve as the heartbeat of our visual narrative. Layers of sticky notes peppered the novel, highlighting visual and character notes. Hundreds of paint swatches were tested; fabric and wallpaper swatches and layers of flowers lined the art department walls. The halls of the production office were filled with the delightful fragrances of a flower store, the glorious smells of lilies and mosses, as we tested and previewed arrangements for the store. Reams of notes and images were  generated and assembled for Lily's diaries and scrapbooks."

It was important to Baldoni to use all practical locations. "I care about honesty and truth in what I put on the screen," he says. "When I see a movie, I can usually tell when something or somewhere has been fabricated. It takes me out of the story. For *It Ends With Us*, there are no sets built on a soundstage and no blue screen anywhere."

That meant searching out a real rooftop for Lily and Ryle's first meeting, as well as convincing locations for Ryle and Allysa's adjacent lofts. "The store, Lily Bloom's, is on an actual street corner," says Baldoni. "Everything in her world has a lived-in patina, a sense that it has been repurposed because Lily finds unexpected goodness and beauty in things that have history. I felt like anything too calculated, or manipulative would distract from the story, so everything from the set design to the music had to be considered in that light. I didn't need it to look perfect—just honest."

Hoover was delighted with the filmmakers' work on Lily's shop. "I love Lily Bloom's," she says. "My first time on set was after they had finished the flower shop. I'm not a very detailed writer. I like to leave a lot of things to the reader's imagination. So when I walked into the flower shop, I felt like a reader. I felt like I had no idea what the shop

should look like, even though I described it a little bit in the book. Seeing it in person was so unique and so beautiful. I wish there were flower shops like that on every street!"

Lily's signature floral arrangements figure prominently in the story. "Lily's artistry comes through in everything she does, from her wardrobe to her flower arrangements," says Lively. "You see all the patterns she creates, the things that clash and the things that work. So she sees the beauty in things others may cast aside or think is tarnished. I love those layers and textures."

To translate that artistry onto the screen, the filmmakers staged an extensive search for just the right designer. "We wanted someone with an unusual point of view," Baldoni says, "someone who favors flowers you wouldn't expect to go together but in the right hands they do in the most interesting way." They found the perfect combination of flair and professionalism in Tess Casey, owner of New York-based Aisling Flowers.

"I think anybody who knows the book will be wondering how the flower arrangements have been realized for the film," says Hoover. "The entire flower shop was mind-blowing. I know they always say the book is better, but I'm not a visually detailed writer, so I think this may be a case where the movie will absolutely blow you away with the details."

As costume designer, Daman worked to match the film's aesthetic while expressing each character's personality. "For Lily, we leaned into layers of vintage men's work wear that give her a tough, protective outer shell," Daman says. "Then they give way to softer, more delicate, printed silk and chiffon layers as she opens up and allows herself to fall in love with Ryle. The clothes strike that unique, unexpected balance between masc and femme, like her ultra glam romantic rooftop gown worn with her signature chore coat. They even reach into the bedroom, where Lily pairs men's boxer shorts with bustiers. Her style is  as strong and singular as she is.

"On the other hand, we wanted Allysa to be a colorful couture contrast, the chic amid the shabby chic surroundings, yet immediately intriguing, relatable, and lovable," Daman continues. "From her punchy orange bag to her opulent but whimsical coat to her hot pink jeweled heels, she appears like an otherworldly, fairy god-sister."

Amidst all the beauty of Lily's world, Baldoni is grateful that he was able to help tell such an important story. "I know I could never have done this alone," he says. "I have been surrounded by so many smart, passionate people, including my colleagues at nomore.org, a national organization dedicated to ending domestic and sexual violence by raising awareness and fueling cultural change. I'm so grateful to everyone who has been a part of helping to tell the story in the most authentic way possible."

If you or someone you know is struggling or in crisis, help is available. If you're in the U.S., you can call 988 for 24/7 confidential, free crisis and emotional support. You can also visit https://nomoredirectory.org/ to find worldwide resources.

## ABOUT THE CAST

**BLAKE LIVELY** (Producer, Lily Bloom) is an actor, director, producer, and entrepreneur. Lively is known for her work starring in films such as *A Simple Favor, The Shallows, The Sisterhood of the Traveling Pants*, and the television series "Gossip Girl." In November 2021, Lively made her directorial debut for Taylor Swift's "I Bet You Think About Me" music video, which earned her two ACM Award nominations and a CMA nomination.

Lively recently wrapped production in the upcoming *A Simple Favor* sequel with Anna Kendrick, and Paul Feig returning to direct.

She will make her feature directorial debut for Searchlight with the adaptation of the Bryan Lee O'Malley graphic novel, *Seconds*, written and produced by Edgar Wright, alongside Marc Platt.

SPE_BL0008724

In 2021, Lively launched Betty Buzz, a line of sparkling non-alcoholic beverages, followed shortly after in 2023 with Betty Booze, low ABV cocktails.

Lively and her husband, Ryan Reynolds, launched The Group Effort Initiative, a self-financed diversity and inclusion program that works to create both mentorship and long term opportunities, as well as hands-on experience in active productions.

**JUSTIN BALDONI** (Director; Ryle Kincaid) is an actor, director, producer, <u>New York Times</u> bestselling author, and entrepreneur whose efforts are focused on creating impactful media and entertainment. Baldoni is the co-founder of Wayfarer Studios, an independent production studio actively developing, producing, and fully financing a slate of highly original, genre-defining, and globally impactful feature films, episodic television, documentaries, unscripted series, and podcasts. He is also the co-founder of BeLove, the non-profit arm of Wayfarer Studios, which seeks to transform the way communities see and respond to the needs of unhoused populations.

In 2019, Baldoni co-founded Wayfarer Studios with business leader, humanitarian and film producer Steve Sarowitz, disrupting the typical studio model by  producing stories that serve as true agents for social change. In 2020, Baldoni directed and produced Wayfarer Studios' first feature film project *Clouds*, based on the book <u>Fly a Little Higher</u> by Laura Sobiech. The film was acquired by Disney+, becoming Disney's first-ever narrative acquisition on its global platform.

Baldoni made his feature film directorial debut in 2019 with *Five Feet Apart* for CBS Films and Lionsgate, starring Cole Sprouse and Haley Lu Richardson. The film went on to gross $91 million worldwide, making it CBS Films' third-highest grossing film of all time, and was nominated for several awards including a People's Choice Award nomination for Drama Movie of 2019 and a Teen Choice Award nomination for Choice Drama Movie.

SPE_BL0008725

Baldoni is the founder of Man Enough, a movement and content studio founded on the belief that by undefining traditional roles and traits of masculinity, men will be able to realize their potential as humans and their capacity for connection. Man Enough is a community for thought leaders, change makers, men, and people of all identities to co-create, discuss, and embark on a journey of growth together. In 2017, Baldoni spoke about his own journey with masculinity in a viral TED Talk, which has since been viewed over 8 million times, and he continues to speak on this topic at college campuses across America.

In 2021, as a follow up to his wildly popular TED Talk, Baldoni released his first book Man Enough: Undefining My Masculinity with Harper Collins as part of a three-book deal. With insight and honesty, Baldoni explores a range of difficult, sometimes uncomfortable topics including strength and vulnerability, relationships and marriage, body image, sex and sexuality, racial justice, gender equality, and fatherhood.

As a complement to Man Enough, Baldoni, along with his longtime collaborator Jamey Heath and prominent masculinity expert Liz Plank, launched the popular, Webby-nominated podcast, "The Man Enough Podcast," where they engage in intimate, open conversations with high-profile guests to investigate how traditional structures and attitudes toward success and failure, fatherhood, body image, privilege, relationships, intimacy and other issues hold back and often oppress and negatively affect men, women, and humanity as a whole. Guests have included Shawn Mendes, Alok Vaid-Menon, Jay Shetty, Glennon Doyle, Matthew McConaughey, Emmanuel Acho and more.

In 2022, Baldoni released his second book on masculinity, *Boys Will Be Human: A Get-Real Gut-Check Guide to Becoming the Strongest, Kindest, Bravest Person You Can Be,* catered to middle grade and high school boys, which went on to become a New York Times bestseller.

SPE_BL0008726

Baldoni first rose to worldwide fame through his role as Rafael on The CW's award-winning phenomenon "Jane the Virgin" opposite Gina Rodriguez, which spanned five seasons.

Baldoni currently lives in Ojai, CA with his wife and two children.

Critically-acclaimed actress, comedian, and New York Times bestselling author **JENNY SLATE** (Allysa) is one of the most versatile creators working today. Slate is best known for her starring role in A24's *Obvious Child* and for A24's Oscar© nominated *Marcel the Shell With Shoes On.*

Slate most recently released her new comedy special, *Jenny Slate: Seasoned Professional* on Prime Video. The one-hour special proves that being brave for love is worth it—even when it comes to pushing out a baby, stalking your therapist, or trusting your partner to not destroy you. Produced by Amazon MGM Studios and A24, the special premiered worldwide to rave reviews on February 23, 2024.

Her next book, Lifeform, will be released on October 22, 2024. Lifeform is a collection of personal pieces that focuses on her singular, strange and beautiful experience of motherhood, after giving birth in 2021. The book shares all of the thoughts, feelings, and occurrences that happen with love and motherhood that are better fit for the written form as opposed to the standup stage.

Slate recently wrapped production on FX's new miniseries "Dying for Sex," in which she stars opposite Michelle Williams. The series is based on the popular podcast series of the same name by Nikki Boyer, in which a woman diagnosed with stage IV breast cancer leaves her unhappy marriage and embarks on a series of sexual adventures to help her feel alive.

In Summer 2022, Slate co-created, co-wrote, co-produced and voiced the titular character of Marcel in A24's Academy Award nominated film *Marcel the Shell with*

                                          SPE_BL0008727

*Shoes On.* The film was released on June 24, 2022 and has gone on to receive widespread acclaim, including the NBR Award for Best Animated Feature and a New York Film Critics Circle Award for Best Animated Feature in addition to Oscar©, Golden Globe, BAFTA and Critics Choice Award nominations. The film is an extension of the widely popular online short film of the same name, which Slate co-created in 2010 with Dean Fleischer-Camp. The short has been viewed over 30 million times to date. It was then turned into a <u>New York Times</u> bestselling children's book series.

In Spring 2022, Slate was seen in A24's Oscar©-winning *Everything Everywhere All At Once*, a science fiction film written and directed by Daniel Kwan and Daniel Scheinert. Slate appears in the film opposite Michelle Yeoh, Ke Huy Quan, Stephanie Hsu, Harry Shum Jr., James Hong, and Jamie Lee Curtis. She won a 2023 SAG Award in the category of Outstanding Performance by a Cast in a Motion Picture for her role in the film. The film was released in theaters on March 25, 2022 and received an Oscar© for Best Picture.

Slate made her feature film debut in 2014 in A24's critically acclaimed *Obvious Child*. Slate starred in the film as Donna opposite Jake Lacy, Gaby Hoffman, Gabe Hoffman, and David Cross. Slate won a Critics' Choice Award for Best Actress in a Comedy and was nominated for an Independent Spirit Award for Best Female Lead Actor and a Gotham Award for Breakthrough Actor for her role in the film.

Slate's other major starring film credits include a starring turn in Amazon Prime's hit romantic comedy *I Want You Back* as Emma, the aimless but lovable partner in crime and love interest of Charlie Day's Peter. Along with Day, Slate starred opposite an incredible cast including Gina Rodriguez, Scott Eastwood, Manny Jacinto, and Clark Backo. *I Want You Back* premiered on Amazon Prime on February 11, 2022. Other films include Sony's *Venom* with Tom Hardy, A24 and AppleTV+'s *On the Rocks* with Bill Murray and Rashida Jones, Amazon's comedy *Landline* with John Turturo and Edie Falco, Fox Searchlight's *Gifted*, and Netflix's *The Polka King.*

SPE_BL0008728

In November 2019, Slate published her latest book <u>Little Weirds</u>. <u>Little Weirds</u>, released by the Hachette Book Group and excerpted in <u>The New Yorker</u> twice, is a critically acclaimed collection of nonfiction personal pieces, which became an instant <u>New York Times</u> bestseller.

In October 2019, Slate's comedy special *Jenny Slate: Stage Fright* was released on Netflix. The special was nominated for a Critics' Choice Award for Best Comedy Special. Slate's first stand-up special, *Jenny Slate: Stage Fright* is a mix of stage time, funny stories about adulthood, and conversations with family in her childhood home.

Slate is also well known for much of her animation work. Her major voice credits in television include Fox's "Bob's Burgers," Fox's "The Great North," and Disney's "Muppet Babies."

In film, Slate's major voice credits include Illumination Entertainment's *The Lorax; The Secret Life of Pets* and *The Secret Life of Pets 2* as Gidget; *Despicable Me 3*; and Disney's *Zootopia* as Assistant Mayor Bellwether.

Slate is known for her roles on NBC's "Parks and Recreation" as Mona Lisa-Saperstein, ViacomCBS's "Kroll Show" as Liz B., and Tally Shifrin on HBO's "Girls." Her comedic talent made her a beloved guest star on all of these shows. From 2009-2010, Slate was a featured cast member on NBC's "Saturday Night Live."

Slate is a graduate of Columbia University and currently resides in Los Angeles and Massachusetts.

**BRANDON SKLENAR** (Atlas Corrigan) is best known for his breakout role as Spencer Dutton in Taylor Sheridan's "1923" for Paramount+ (the second prequel to "Yellowstone"), in which he stars opposite Harrison Ford and Helen Mirren. The show broke records as the most watched premiere ever on Paramount+. In 2022, Sklenar won the Best Actor award at the Vienna Independent Film Festival for his role as Sean

Graves in *Futra Days*. Additional credits include playing the role of Burt Reynolds in the series "The Offer" opposite Miles Teller; Adam McKay's film *Vice* as Bobby Prentace; and *Midway* as George Gay.

Sklenar is represented by Neon Kite, WME, Relevant and Goodman, Genow, Schenkman, Smelkinson & Christopher.

**HASAN MINHAJ** (Marshall) is a two-time Peabody Award-Winning comedian best known for his breakout Netflix special *Homecoming King* and his critically acclaimed political satire show "Patriot Act With Hasan Minhaj" for Netflix, which won a Peabody, an Emmy, and a Television Academy Honor. His second one-hour comedy special *The King's Jester* premiered on Netflix in 2022. Most recently, Hasan released the first episode of his ongoing digital series, "Hasan Minhaj Doesn't Know," featuring Senator Elizabeth Warren, on July 8th and received instant virality. Earlier this summer, Minhaj starred in NEON's feature *Babes* alongside Ilana Glazer and Michelle Buteau for director Pamela Adlon. He's the co-founder and chief executive officer for 186K Films, which is currently in production on their first feature, titled *For The Culture*. Minhaj is co-writing the script with Prashanth Venkataramanujam and will star in the film. Minhaj was a senior correspondent at Comedy Central's "The Daily Show With Jon Stewart" and headlined the 2017 White House Correspondents' Dinner.

A member of Steppenwolf Theater's core group of actors since 1997, **AMY MORTON** (Jenny Bloom) has spent most of her career working in the Chicago theater scene. She has appeared in many stage productions, including "Clybourne Park," "American Buffalo," "Dublin Carol," "The Pillowman," "Love-Lies-Bleeding" and "Awake and Sing."

Morton made her Broadway debut starring opposite Gary Sinise as Nurse Ratched in the Tony Award-winning 2001 revival of "One Flew Over the Cuckoo's Nest." She originated the role of Barbara in both the original Chicago production and the original Broadway production of Tracy Letts's "August: Osage County." For her portrayal she was nominated for both a Tony Award and a Drama Desk Award. Morton reprised the

SPE_BL0008730

role in the Fall 2008 London production at the National Theatre. Morton received her second nomination for Tony Award for Best Actress in a Play for her leading performance in "Who's Afraid of Virginia Woolf?" (2012-13). In 2015, she made her Off-Broadway directing debut with the play "Guards at the Taj."

Morton has appeared in a number of films. She made her feature film debut in a supporting role in 1992 comedy, *Straight Talk* starring Dolly Parton. In 1993 she had the main role as mother of the lead character in *Rookie of the Year*. The film had a box office success, grossing more than $56 million worldwide. Her next screen role was in the 1999 crime thriller *8mm* directed by Joel Schumacher. Ten years later, Morton landed her breakthrough role as George Clooney's character's sister in the critically acclaimed drama film *Up in the Air* directed by Jason Reitman. In 2011 she appeared in the comedy-drama film *The Dilemma*, and in 2013 had the leading role in the critically acclaimed independent film, *Bluebird*, for which she won the Best Actress Award at the Karlovy Vary International Film Festival.

On television, Morton guest starred on "Crime Story," "The Equalizer," "ER," "Private Practice," and "Homeland." From 2011 to 2012 she had the recurring role of Catherine Walsh, the Republican candidate for governor, in the Starz political drama "Boss." From 2013 to 2014 she had another recurring role as Erin Reagan's new boss, Amanda Harris, on the CBS drama "Blue Bloods." She is now in her 12th season as Desk Sgt. Trudy Platt on "Chicago PD" (NBC).

**ALEX NEUSTAEDTER** (Young Atlas Corrigan) (pronounced Nu-sted-ter) has been a star on the consistent rise since he first came to the scene as a lead in Meg Ryan's film *Ithaca*. He currently stars in the Amazon Prime drama "American Rust: Broken Justice" alongside award-winning actors Jeff Daniels and Maura Tierney. Alex portrays series regular Billy Poe. Based on Philipp Meyer's debut novel, the family drama explores the tattered American dream through the eyes of complicated and compromised chief of police Del Harris (Daniels) in a Pennsylvania Rust Belt town full of good people making

SPE_BL0008731

bad choices. When the woman he loves (Tierney) sees her son (Neustaedter) accused of murder, Harris is forced to decide what he's willing to do to protect him.

Alex began acting at a young age, formally training while splitting his time between his hometown of Kansas City and Los Angeles, finally making a permanent move to Hollywood in 2011. As previously mentioned, in 2015, Alex starred in Meg Ryan's feature film *Ithaca*, taking on the lead role of Homer alongside Sam Shepard and Tom Hanks. Shortly after, he landed the role of Bram, a series regular in USA Network's drama "Colony" with Josh Holloway. Alex's additional film credits include the 2018 film *A-X-L* where he played the lead, Miles, opposite Becky G; *American Woman* alongside Sienna Miller; *Walking Out* alongside Bill Pullman; *The Tribes of Palos Verdes* starring Jennifer Garner, and in a strong supporting role in Netflix's film *Things Heard and Seen* alongside Amanda Seyfried and James Norton.

Growing up, Alex split his passion for acting with an equal love for sports including football, basketball, and baseball. He played on school sports teams and was named a California All-State baseball shortstop in 2016, graduating that year with honors. He is a self-taught surfer, having surfed in many incredible areas such as Nicaragua, Hawaii, New Jersey, Oregon, and California, to name a few. Additionally, he plays the guitar, and is an avid snowboarder and all-around outdoorsman. He is a loyal supporter of Oceana and believes strongly in protecting our ocean.

**ISABELA FERRER** (Young Lily Bloom) is an alumnus of two acclaimed drama programs. She received her BFA from the Carnegie Mellon School of Drama and graduated from LaGuardia High School for the Performing Arts with a major in Drama. While in both programs, she performed in a number of theatrical productions, including "Natasha Pierre and the Great Comet of 1812," "Marie Antoinette," "Pass It On," "42nd Street," "A Little Night Music," and "Les Miserables."

**ABOUT THE CREW**

                                                                                      SPE_BL0008732

**COLLEEN HOOVER** (Producer) is the #1 New York Times bestselling author of more than twenty-three novels, including It Starts with Us, It Ends with Us, All Your Perfects, Ugly Love, and Verity. Colleen lives in Texas with her husband and their three boys. For more information, please visit ColleenHoover.com.

**JAMEY HEATH** (Producer) currently serves as Chief Executive Officer of Wayfarer Studios, an independent production studio co-founded by Justin Baldoni and Steve Sarowitz. Wayfarer Studios develops, produces, and fully finances a diverse range of highly original content, including feature films, scripted and unscripted television, documentaries, and podcasts. The work highlights the power of connection, debunking the typical studio model by championing inspirational stories which unite as true agents for social change.

Joining Wayfarer in December 2020, Heath has been tasked with building out the company's vision and ensuring that all creative decisions, business opportunities, and partnerships are aligned with the company's overall mission, values, and dedication to storytelling that elevates and speaks to the human spirit on a global scale. Alongside Wayfarer's President, Tera Hanks, Heath oversees the financial health and management of the independent production studio and is focused on bolstering strategic relationships to facilitate continued growth and innovation. In his time acting as interim chief operating officer, he was an integral part of the studio's efforts to advance filming on several projects, along with building a sizable slate to further the growth and expansion of Wayfarer Studios. The current project slate includes films such as *The Garfield Movie*, *Pac-Man*, and *Empire Waist*; the documentary features *Will & Harper*, *Racist Trees*, and *The Herricanes*; and the podcast, "The Man Enough Podcast." Coming from a long and respected career in the entertainment industry, his insight and vision are an asset to the company. He has aligned internal departments to best utilize the strengths of team members to help galvanize studio success and that of the talent within. Heath will continue to have an impact in innovative and exciting ways ahead.

SPE_BL0008733

In 2021, Wayfarer Studios launched the highly successful and Webby-nominated podcast, "The Man Enough Podcast." Beyond his duties in the role as CEO, Heath continues as co-host of "The Man Enough Podcast" along with Baldoni and prominent masculinity expert Liz Plank.

Heath spent his formative years in recording studios with his musical family, evolving into a prolific and versatile writer, musician, and producer. Some of his credits include co-writing and producing songs for Chaka Khan, Rahsaan Patterson, Gladys Knight, Guy Sebastian, Andy Grammer, Idina Menzel, Richard Marx, Taye Diggs, Tevin Campbell, Shanice, Jody Watley, Ray J, and Changing Faces. Heath is a Grammy award winner recognized for his work with the incomparable artist Gladys Knight. Furthermore, he's experienced  extensive success composing for film and television. Heath worked closely with Randy Jackson and partnered with him on several projects through his own record label, OPOPP Entertainment for Universal Records.

**CHRISTY HALL** (Producer, Writer), a New York City based playwright, moved to LA in 2017 when her original stage play turned screenplay, "Daddio," was honored in the top 3 on The Black List. A year later, Christy's original screenplay *Get Home Safe* was also listed in the top 3 on The Black List 2018. She was named one of *Variety*'s 10 Screenwriters to Watch 2018 and went on to write, executive-produce and co-create the series "I Am Not Okay With This" for Netflix and 21 Laps, premiering in 2020.

Hall's writing for stage includes "Yours, Isabel" ("Top Pick!" *DC Theatre Scene*; Best Play, DC's Audience Choice Awards; "GO!" *LA Weekly*; "WOW!" *Stage Scene LA*), "To Quiet the Quiet" ("Pick of the Week," *LA Weekly*; 2018-19 Woodward/Newman Drama Award Winner), "A Painted Window" (Selected project for the 2016 HB Studio Residency, NYC; Winner of four Pulsar Awards including Best Play and Best Original Script), "Trails" (New York Musical Theatre Festival winner for Best Music, the Stage Entertainment USA Development Award, and runner-up for Audience Choice Award), and "Home" (Invited work of the 2016 Adirondack Theatre Festival and the Bloomington Playwrights' Project in December 2016).

SPE_BL0008734

Upcoming projects include the adaptations of Stephen King's <u>The Girl Who Loved Tom Gordon</u> for Vertigo and Village Roadshow, and Sony Pictures's *The Husband's Secret* based on Liane Moriarty's No. 1 New York Times bestseller.

Christy's feature directorial debut on her original script, *Daddio*, starring Dakota Johnson and Sean Penn, was released by Sony Pictures Classics on June 28th, 2023.

**STEVE SAROWITZ** (Executive Producer) is Founder and Chairman of Paylocity (Nasdaq: PCTY), a leading U.S. provider of payroll and HR solutions. In addition, Steve also serves as Director of Payescape, a UK payroll provider, and Co-Chairman of Wayfarer Studios. He is also an international philanthropist with an interest in promoting unity by promoting universal education and advocating for the elimination of racism, sexism, nationalism and religious prejudice. Steve has served as Executive Producer for the award-winning documentary *Maya Angelou: And Still I Rise*; *The Gate: Dawn of the Bahai Faith*, a groundbreaking documentary about the founding of the Baha'i Faith; and *Clouds*, distributed by Disney+, the story of a terminally ill young man and the legacy that he left. Steve is the founder of Wayfarer Theaters in Highland Park. Steve is an avid runner who has been inducted into the Chicago Area Runners Association Hall of Fame. Steve is married with 2 children and holds a Bachelor's Degree in Economics from the University of Illinois. Steve is a passionate Baha'i who has given presentations about the Baha'i Faith and its vision of world unity at the Parliament of the World's Religions, leading universities and other venues around the world.

**TODD BLACK** (Producer) is one of Hollywood's most respected producers, having worked with many of the top talent in the industry, both in front of and behind the camera.

Black's long-time collaboration with Denzel Washington began when he brought *Antwone Fisher* to the Oscar©-winner. Washington decided not only would he star in the film, but he would also direct the touching drama, cementing their partnership as

SPE_BL0008735

producer and director. When Washington stepped behind the camera to direct *The Great Debaters*, Black was again his producer. That movie went on to earn a Golden Globe nomination for Best Drama. In addition, both *Antwone Fisher* and *The Great Debaters* earned the Producer Guild's Stanley Kramer Award.

When they partnered on *Fences*, Washington's third time directing, the movie went on to win Screen Actors Guild Awards for both Denzel Washington and Viola Davis, as well as nabbing a Best Actress win for Viola Davis at the Academy Awards, and a nomination for Best Picture for Black.  Most recently, the pair released the film *A Journal for Jordan*, starring Michael B. Jordan and Chante Adams.

Black has also produced movies that Denzel Washington has starred in. These include the critically acclaimed *Roman J. Israel, Esq,* which garnered Washington a Best Actor Oscar© nomination for his performance in the title role, as well as Tony Scott's *The Taking of Pelham 123, The Equalizer franchise*, and *The Magnificent Seven,* all directed by Antoine Fuqua. In addition, he partnered as a producer with Denzel Washington on the five-time Oscar©-nominated *Ma Rainey's Black Bottom,* starring Viola Davis and Chadwick Boseman.

Among Black's other numerous credits as a producer are recent hits *The Upside,* starring Kevin Hart and Bryan Cranston, *Troop Zero*, starring Viola Davis, Allison Janney, McKenna Grace, and Jim Gaffigan, which earned glowing reviews, and the action-comedy *The Man from Toronto,* starring Kevin Hart and Woody Harrelson. In addition, he produced *The Pursuit of Happyness,* which earned Will Smith an Academy Award nomination as Best Actor; *Hope Springs,* starring Meryl Streep and Tommy Lee Jones; *Sex Tape,* starring Cameron Diaz; *Southpaw,* starring Jake Gyllenhaal; *Knowing* and *The Weather Man,* both starring Nicolas Cage; and *Seven Pounds,* starring Will Smith.

In 2021, Black produced *Being the Ricardos,* written and directed by Aaron Sorkin, starring Nicole Kidman and Javier Bardem, and both actors  were nominated for an

    SPE_BL0008736

Oscar©. In 2022, Black produced *Emancipation,* starring Will Smith and directed by Antoine Fuqua.

Other recent releases include *Cassandro*, starring Gael Garcia-Bernal, which earned much acclaim at this year's Sundance Film Festival, as well as *The Equalizer 3*, with Denzel Washington and Antoine Fuqua reprising their roles as star and director, respectively.

Black entered the entertainment business as a casting associate after attending USC's School of Theater. Shortly after getting out of school, he produced a Disney Sunday Night Movie. Black next went on to produce *Fire in The Sky* for Paramount Pictures and *Wrestling Ernest Hemingway* for Warner Bros.

In 1995, Black became President of Motion Picture Production at Mandalay Entertainment where he managed *Donnie Brasco, Seven Years in Tibet, I Know What You Did Last Summer,* and *Wild Things,* to name a few. A few years later, he teamed with producer Jason Blumenthal to create Black & Blu Productions. In 2000, Black and Blumenthal joined Steve Tisch, producer of *Risky Business* and *Forrest Gump*, among others, to form Escape Artists, which has a first-look production deal with Sony Pictures. Their first film, which Black personally oversaw throughout the filmmaking process, was *A Knight's Tale,* starring Heath Ledger.

Escape Artists has gone on to make movies that have grossed more than $1,000,000,000 at the worldwide box office. These films include mega hits *The Pursuit of Happyness, The Equalizer, The Magnificent Seven,* and *The Upside*.

Just recently, Black and his company have jumped into television with three extraordinarily received series. The first, "Perpetual Grace, Ltd.," starring Sir Ben Kingsley and Jimmi Simpson, was a critical darling. The second, "Servant," a collaboration with famed auteur M. Night Shyamalan, debuted on Apple TV+, and has garnered a huge viewership of Apple subscribers, as well as a fervent following

SPE_BL0008737

amongst its many fans, with its fourth and final season having just debuted. Most recently, the Peacock series "Dr. Death," starring Alec Baldwin, Christian Slater, and Joshua Jackson, has been met with quite the positive reception, and has been a huge hit for the streaming service. A second season was just released, starring Edgar Ramirez and Mandy Moore.

**ANDREW CALOF** (Executive Producer) is the President of Production and Development of Wayfarer Studios, an independent financial and production engine pioneering purpose driven, multi-platform film productions that elevate and speak to the human spirit. He's a prolific film executive who brings extensive experience working on some of Hollywood's biggest franchises, and overseeing some of the most impactful, award-winning films in recent decades. His experience, in combination with his unique narrative vision, perfectly complement the studio's mission to capture universal human truths through the lens of fiercely authentic and socially impactful storytelling.

Calof oversees Wayfarer Studios' genre-defining slate with film projects including *Eleanor The Great, EZRA, Code 3,* and *A Nice Indian Boy,* to name a few, and documentary films such as *Will & Harper, Racist Trees* and *The Herricanes*. Additionally, they've announced development on a live-action film based on the forever popular video game, *Pac-Man.*
Prior to joining Wayfarer Studios, Calof served as Vice President of Creative Affairs at Amblin Partners. In his time there, he oversaw development and production of tentpole films such including *Office Christmas Party, Ghost in the Shell, Come Play,* and *Finch*.

Before that, Calof held the position of Vice President of Production at New Regency, where he oversaw the production of Oscar©-winning Best Pictures *Birdman* and *12 Years A Slave*. Beyond winning Best Picture, these two iconic films alone won a combined seven Oscars© and received a total of 18 Oscar© nominations in back-to-back awards seasons. During his impactful time there, Calof also oversaw the production of *Runner Runner* and *Broken City,* and developed *The Revenant*.

                                                                 SPE_BL0008738

**JOHN LOGAN PIERSON** (Executive Producer) currently serves as the head of physical production for Wayfarer Studios, an independent production studio co-founded by Justin Baldoni and Steve Sarowitz that develops, produces, and fully finances a diverse range of highly original content, including feature films, scripted and unscripted television, documentaries, and podcasts. The work highlights the power of connection, debunking the typical studio model by championing inspirational stories which unite as true agents for social change.

Before joining Wayfarer in April 2023, Pierson served as executive producer and Second Unit Director for Netflix mini-series' "Thai Cave Rescue," "American Manhunt: The Boston Marathon Bombing," and executive producer on the Peter Berg-directed Netflix film, *Spenser Confidential.* He was co-executive producer for the critically acclaimed USA Network series "Dare Me," created by Gina Fattore and Megan Abbott, and he produced the documentary film *Los Últimos Frikis* about the legendary heavy metal band Zeus, who were icons in the Cuban music scene.

In 2016, Pierson was tapped by Peter Berg's Film 44, where he oversaw feature films including *Patriots Day*, starring Mark Wahlberg, and the documentary feature *American Jihad,* in collaboration with Alex Gibney and "60 Minutes" for Showtime. Prior to Film 44, he oversaw production of Netflix's Chinese-US co-production *Crouching Tiger, Hidden Dragon: Sword of Destiny*, and had a stint at Joan Scott Management.

Pierson started his professional career while still at NYU, when he co-founded the branded content/music video production company 20/20 Pictures, which served such commercial clients as Adidas Outdoor, MTV, and Wenner Media.

**BARRY PETERSON** (Director of Photography) is a Canadian-American cinematographer celebrated for his versatile and dynamic work across both film and television. Born in Alberta, Canada, Peterson began his career in special visual effects before transitioning into live-action cinematography. He gained early recognition shooting commercials for high-profile brands such as Apple, Pepsi, and Nike.

SPE_BL0008739

Peterson's breakthrough in feature films came with Ben Stiller's *Zoolander* (2001), which paved the way for him to work on a variety of successful studio films. His notable works include *Starsky & Hutch* (2004), *21 Jump Street* (2012), *We're the Millers* (2013), *Central Intelligence* (2016), and Doug Liman's *Jumper* (2008). In *Jumper*, Peterson's background in visual effects was crucial in creating the film's dynamic teleportation sequences, blending  practical effects with digital enhancements to achieve visually striking results.

In addition to his film work, Peterson has made significant contributions to television, working  on the pilot episodes of popular series such as "The Cape," "Brooklyn Nine-Nine," and "The Good Place." His ability to set the visual tone for these shows has been widely recognized.

Peterson's recent projects highlight his continued relevance and adaptability in the industry. He  worked on the 2023 film *Dungeons & Dragons: Honor Among Thieves*, where he focused on capturing practical effects and stunning landscapes, emphasizing in-camera visual effects over digital ones. Additionally, Peterson just finished cinematography on *Mayday*, a film directed by Jonathan Goldstein and John Francis Daley. This film features Ryan Reynolds and Kenneth Branagh,  further showcasing Peterson's ongoing contributions to contemporary cinema.

Originally from New Zealand where he owned a prop fabrication business, **RUSSELL BARNES** (Production Designer) is a New York-based production designer for film, television, and commercials.

Barnes began his production design career in the independent film arena with films such as Mike Flannigan's *Oculus* and Jim Mickle's *We Are What We Are*, which premiered at Sundance and Cannes Film Festival. He soon garnered praise for his creative designs in *Captain Fantastic*, which was directed by Matt Ross and earned Vigo Mortensen an Oscar© nomination for Best Actor. He went on to work with notable directors such as David McKenzie on "Damnation" (USA Network), David Frankel on the

series "Manifest" (NBC), and Paul Schrader on the film *Dying of the Light* with Nicolas Cage. He has teamed back up with Mickle on *Cold In July*, *In the Shadow of the Moon*, and the Netflix series "Sweet Tooth." He teamed back up with David Frankel for *Jerry And Marge Go Large* starring Bryan Cranston and Annette Benning. Most recently, he wrapped the films *Americana* starring Sydney Sweeney, Paul Walter Hauser, and Halsey; *Mothers Instinct* Starring Jessica Chastain and Anne Hathaway; and *No Hard Feelings* starring Jennifer Lawrence.

He credits his resourcefulness and adaptability when working overseas in countries such as Thailand, India, Australia, and Romania. He has also production designed many commercials, music videos and events for companies such as ESPN, Etsy, PlayStation, Xbox, and BMW.

Russell's interests include beekeeping, sculpture, travel, surfing, interior design, and home renovation. He currently lives in Hudson, New York and is represented by WME.

**OONA FLAHERTY** (Film Editor) is a feature film editor currently based in Los Angeles.

A dancer and performer from the moment she could walk and talk, Flaherty has lived in the arts world for most of her life, engaging in storytelling through a multitude of mediums. She earned her film degree from Boston University, where she fell in love with editing. "Editing combines all of the magical elements of movement, story, sound and sights that I have engaged with through my work in dance, theater, music and film in one gorgeous cinematic package," Flaherty says. "It's thrilling."

After college, Flaherty moved to New York City to pursue her work in the arts.  During that time, she also completed fieldwork in Niger and Rwanda, and completed her Master's degree in Human Rights & Humanitarian Assistance from NYU with a focus on the media's impact on humanitarian issues.  After working in that field, she was ultimately drawn back to the world of film when she was invited to intern with editor Susan E. Morse, on the feature film *Last Night*.

SPE_BL0008741

Oona relocated to Los Angeles in 2012, and began working as an assistant editor on films including *Rudderless, Welcome To Me, Dope*, and *The Good House*. In 2018, she teamed up with Gillian Jacobs for the short film *Curated*, as part of TNT's Shatterbox series supporting women in film, and an episode of Disney+ original *Marvel's 616*, about women in the Marvel comic book world. She edited Casey Wilson's short film *Daddio* and the feature documentary *Origin Story*, directed by Kulap Vilaysack, both of which played at multiple film festivals around the country and are now on Amazon. Other editing credits include the feature film *Ibiza* on Netflix, and Fox's *Welcome to Flatch*, which she collaborated on with friend and colleague Josh Salzberg.

Most recently, Oona edited the feature film *Are You There God? It's Me, Margaret* for Lionsgate, with producer James L. Brooks and director Kelly Fremon Craig. She has two upcoming feature films, including the comedy *Space Cadet* for Amazon starring Emma Roberts and directed by Liz Garcia, and *The Performance,* directed by Shira Piven.

Oona lives in Highland Park with her husband, two boys, and dog, Nina Bo Bina.

**ROBB SULLIVAN** (Film Editor) is an American editor working in motion pictures and television. He has honed his considerable film editing skills working on over 60 small and large budget films alongside some of the most accomplished editors and directors in the business. Sullivan first served as First Assistant Editor with the Oscar©-winning and widely respected film artist Anne V. Coates, collaborating with her on studio pictures such as *Erin Brockovich*, *In the Line of Fire*, *Out of Sight*, *Out to Sea*, *Striptease*, and *Congo*.

Sullivan has since amassed an encompassing list of editing credits throughout his distinguished career, including *Unfaithful*, *X-Men: The New Mutants*, Katie Holmes' directorial debut *All We Had*, *The Fault in Our Stars*, *Stuck in Love*, *I'm Still Here: The Lost Years of Joaquin Phoenix*, and *A Good Year* (co-editor, directed by Ridley Scott).

                                          SPE_BL0008742

Most recently, Sullivan has served as Editor on the David Henrie-directed *Boys of Summer*. He also cut the pilots for series such as *New Amsterdam*, *Prime Suspect*, and *The Good Wife*. He is currently attached to cut Colleen Hoover's next feature film adaptation, *Regretting You*.

A social scientist at heart, **KRISTY CARLSON** (Casting Director) has had the privilege during her 20+ years in casting to work closely with esteemed and award-winning filmmakers to achieve their vision—such as  George Miller, Zack Snyder, Patty Jenkins, Jon M. Chu, Adil El Arbi and Bilall Fallah, Baz Luhrmann, and Shawn Levy.

She served as Senior Vice President of Feature Casting at Warner Bros. for 10 years, during which she supervised the casting of actors in hit franchises such as *Harry Potter*, *The Hangover*, *Sherlock Holmes, Magic Mike*, the establishment of the first DC Universe, and groundbreaking films like *300*, *Fury Road*, *Crazy Rich Asians*, *In the Heights*, *Joker*, and *Elvis.*

Her casting director credits include *Wonder Woman*, *Justice League*, *Batman V Superman*, *Man of Steel*, *Watchmen*, and *Happy Feet*—and more recently *Batgirl* (!), *Rebel Moon Pt. 1&2*, *Unfrosted,* and *The Cat in the Hat*. She has  been nominated for four Artios Awards for Outstanding Achievement in Casting, winning one for *Happy Feet.*

Kristy is well-known and highly regarded in particular for her talent discoveries, and for her commitment to open and inclusive casting.

**ERIC DAMAN** (Costume Designer) is an Emmy Award-winning costume designer, celebrity stylist, fashion designer, jewelry designer, author who is emerging as an IG Live event host and media personality.

Television Costume Design credits for Daman include HBO Max's highly publicized "Gossip Girl" reboot, Showtime's sensational hit "Billions," ABC's period drama

SPE_BL0008743

miniseries "Astronaut Wives Club," the CW's "Sex & The City" prequel "The Carrie Diaries," as well as the full six-season run of the CW's hit TV series with a cult following "Gossip Girl." Daman's designs for "Gossip Girl" earned him a 2009 Costume Designer's Guild nomination for Outstanding Design for a Contemporary Series, and established his reputation as an iconic and influential stylist with an eye for dressing characters who become known as much for what they wear as for who they play on television and film. Daman was also part of the Emmy-winning design team for HBO's celebrated high fashion hit "Sex & The City," working as assistant designer to Patricia Field during seasons 2-4.

Recent branding partnerships and creative collaborations include Oscar de la Renta, the Gap, Monse, Roger Vivier, The Strand, HBO Max, Cosmopolitan magazine, ThredUp, WOW, and Alice&Olivia; his past projects include Maybelline New York, Swarovski, DKNY hosiery, Macy's, 9West, Century 21 Department Store and Charlotte Russe. Daman's first book, You Know You Want It: Style—Inspiration—Confidence, was published by Clarkson Potter/Random House in 2009.

Press coverage of Daman's work is found widely throughout The New York Times, Vogue, Vanity Fair, The Wall Street Journal, The New Yorker, InStyle, People, Entertainment Weekly, The Los Angeles Times, Variety, YouTube, The New York Post, Us Weekly, Nylon, Teen Vogue, Allure, and numerous other publications, websites and books on contemporary style. The New York Times described Daman's costume design work for "Gossip Girl" as being as much a part of  the creation of a character as the show's writers. Daman is almost as well known by "Gossip  Girl" viewers as the show's stars themselves. "Gossip Girl's" style continues to be celebrated in  the press and on social media, often being called TV's best dressed and most inspirational fashion show. Allure magazine listed Daman among "the 7 influencers who could change everything about the way we look," and The New York Times Magazine listed Eric in the top 20 "one's to  watch."

SPE_BL0008744

Daman has designed many films and several indy festival favorites, such as *Love Simon, The DUFF, The Adventures of Sebastian Cole, The Door in the Floor, Tenderness, Anamorphe,  Forty Shades of Blue, The Architect, Trainwreck: My LIfe as an Idiot, Quid-Pro-Quo,* and the madcap Halloween romp *Fun Size,* starring teen-queen Victoria Justice.

Born and brought up in Michigan, Daman attended Wabash University, and graduated from The Sorbonne in Paris, France. In the 90s Daman worked with fashion photographer Steven Meisel, who was instrumental to Daman's brief but vibrant modeling career, photographing Daman for the lauded cover of L'Uomo Vogue and with renowned fashion model Kate Moss for a series of Calvin Klein ad campaigns. After moving to New York City, Daman began working as a fashion  stylist for Paper Magazine, Spin, ID, The Face, Purple Magazine, and Visionnaire, among others.

Daman lives in New York City.

**ANNIE SIMEONE MORALES** (Supervising Art Director) is a New York-based production designer. She designed Ray Romano's directorial debut feature film, *Somewhere in Queens.* Her production design work can be seen in the upcoming independent feature *Turn Me On* for director Michael Tyburski; the Netflix feature *Coin Heist*; the mind bending sci-fi feature *Minor Premise*; the psychological thriller *Braid,* which premiered at the 2018 Tribeca Film Festival; the period crime drama *Payback*; and *Villains*—the 2019 comedic thriller, directed by Dan Berk & Robert Olsen for BRON Studios, which premiered at SXSW. She was also the Art Director on Ryan Murphy's feature film *The Boys in the Band*, Michael Showalter's feature *Spoiler Alert*, and the acclaimed Netflix TV show *Dash & Lily*.

**SARAH GRAALMAN** (Makeup Department Head) is a NYC-based makeup artist and member of IATSE Local 798. She dept headed and designed 2024 Oscar© Best Picture nominee *Past Lives*, as well as A24's 2022's hit slasher movie *Bodies Bodies Bodies*, and HBO film's *Reality* starring Sydney Sweeny. Other upcoming films she has dept

SPE_BL0008745

headed include A24's film *A Different Man*, and upcoming *The History of Sound*. She was a beauty and fashion makeup artist for a decade, and made the leap to film and television after designing and dept heading all seasons of HBO's acclaimed series "High Maintenance," as well as "High Maintenance's" pre-HBO "Cycles" as a cult web series. In 2023, she served as key artist on "Dr. Death" S2 (Hulu), *No Hard Feelings* (Sony Pictures), and she previously keyed "Harlem" S1 (Amazon) and "Ramy" (Hulu), along with the films *Worth* and *Human Capital*. Her work has appeared in Bon Appétit, Nylon, The New York Times, Conde Nast's Traveler, Cosmopolitan, New York Magazine, Martha Stewart Living, People Magazine, Fader, The New York Post, Food & Wine, Rolling Stone, ESPN Magazine, Birchbox, and Penguin Group, among others. She is also a writer who has published essays and articles on beauty, focusing on why and how people create their personas and beauty identities through makeup and beauty ritual.

With 15 years experience as a production sound mixer primarily in feature film, **MICHAEL INFANTE** (Production Sound Mixer) is currently based in New Jersey and enjoys a quiet life with his wife and mini aussie, Data, hosting large BBQs for his family and friends.

                                                                                    SPE_BL0008746





IT ENDS WITH US

Directed by
JUSTIN BALDONI

Screenplay by
CHRISTY HALL

Based on the book by
COLLEEN HOOVER

Produced by
ALEX SAKS, p.g.a.

Produced by
JAMEY HEATH, p.g.a.

Produced by
BLAKE LIVELY, p.g.a.

Produced by
CHRISTY HALL

Executive Producers
STEVE SAROWITZ
TODD BLACK

Executive Producer
COLLEEN HOOVER

Executive Producers
ANDREW CALOF
ANDREA AJEMIAN
JOHN LOGAN PIERSON

Director of Photography

BARRY PETERSON

Production Designer
RUSSELL BARNES

Film Editors
OONA FLAHERTY
ROBB SULLIVAN

BLAKE LIVELY

JUSTIN BALDONI

JENNY SLATE

HASAN MINHAJ

KEVIN McKIDD

AMY MORTON

ALEX NEUSTAEDTER

Introducing
ISABELA FERRER

And
BRANDON SKLENAR

Casting by
KRISTY CARLSON, CSA

Music by
ROB SIMONSEN & DUNCAN BLICKENSTAFF

Music Supervisor
SEASON KENT

Costume Designer
ERIC DAMAN

COLUMBIA PICTURES and WAYFARER STUDIOS present

A WAYFARER PRODUCTION

A SAKS PICTURE COMPANY PRODUCTION

CAST

| | |
|---|---|
| Lily Bloom | Blake Lively |
| Ryle Kincaid | Justin Baldoni |
| Allysa | Jenny Slate |
| Atlas Corrigan | Brandon Sklenar |
| Marshall | Hasan Minhaj |
| Andrew Bloom | Kevin McKidd |

SPE_BL0008748

| | |
|---|---|
| Jenny Bloom | Amy Morton |
| Young Atlas Corrigan | Alex Neustaedter |
| Young Lily Bloom | Isabela Ferrer |
| Sheriff | Robert Clohessy |
| Doctor Johnson | Robin S. Walker |
| Doctor Julie | Emily Baldoni |
| Doctor Dunbar | Adam Mondschein |
| Katie | Caroline Siegrist |
| Ms. Byland | Robyn Lively |
| Ms. Smith | Megan Elyse Robinson |
| Realtor | Steve Monroe |
| Female Waiter | Daphne Zelle |
| Stunt Coordinators | Roy Farfel |
| | Lauren Shaw |
| Stunts | Melody Garcia |
| | Paige Allison |
| | Thomas Canestraro |
| | Derek Johnson |
| | Peter Wallack |
| | Bob Roseman |
| | Paige Dubrul |
| | Cole Mason |
| | Charley Brucato |
| | Salar Ghajar |
| | Kyle Woods |
| | Zoe Sansanowicz |
| | Stephen Pollak |
| | |
| Unit Production Manager | Andrea Ajemian |
| First Assistant Director | Julie Bloom |
| First Assistant Director | Chris Surgent |
| | |
| Second Assistant Director | Findlay Zotter |
| Second Assistant Director | Cary Lee |

If you or someone you know is experiencing domestic violence, help is available.
Visit: www.nomore.org for information and support.

Made In Association With TSG Entertainment

| | |
|---|---|
| Post Production Supervisor | Lisa Rodgers |
| Production Supervisor | Jill Sacco |
| Associate Producer | Mariela Villa |
| Supervising Art Director | Annie Simeone Morales |
| Art Director | Marci Mudd |
| Set Decorators | Carrie Stewart |
| | Alexandra Mazur |
| Property Masters | Morgan Pitts |
| | Bridget Rafferty |
| Script Supervisor | Holly Unterberger |
| "A" Camera/Steadicam Operators | Ari Robbins |
| | Dave Thompson |
| "B" Camera Operators | Sebastian Slayter |

SPE_BL0008749

|  |  |
|---|---|
|  | George Turr |
| 1st Assistant "A" Camera | Evan Walsh |
| 1st Assistant "B" Camera | Shaun Malkovich |
| 2nd Assistant "A" Camera | Amanda Uribe |
| 2nd Assistants "B" Camera | Charlotte Skutch |
|  | Sarah Boardman |
| Loaders | Oliver Richards |
|  | Emily O'Leary |
|  | Lizzie Compton |
| DIT | Zack Sainz |
|  |  |
| Additional Editors | Alan Baumgarten, ACE |
|  | Shane Reid |
|  |  |
| First Assistant Editor | Mark Perzely |
| VFX Editor | Eric Fernandez |
|  |  |
| Assistant Costume Designer | Jenn O'Brien |
| Wardrobe Supervisor | Lauren Pivirotto |
| Costume Coordinator | Laura Grasso |
| Set Costumers | Zinnia Kim |
|  | Danny Mura |
| Truck Costumer | Sharna Brzycki |
| Costume Buyer | Allison Cirbus |
| Tailor | Anastasya Jula |
| Makeup Department Head | Sarah Graalman |
| Makeup Artist | Mel Licata |
| Makeup Artist to Ms. Lively | Vivian Baker |
| Hair Department Head | Robert Lugo |
| Hair Stylist | Vita Viscuso |
| Hair Stylist to Ms. Lively | Anne Carroll |
| Chief Lighting Technician | John Alcantara |
| Assistant Chief Lighting Technician | Julian Wellerby |
| Programmer/Board Operator | Michael Hill |
| Electricians | Andrew Naugle |
|  | Delaney McFate |
|  | Gennaro Morrone |
|  | Miachael Mastroserio |
| Rigging Gaffers | Ryan Rodriguez |
|  | Peter Russel |
| Best Boy Rigging | Derek Libal |
| Rigging Electricians | Eric Lutz |
|  | Albert Phaneuf |
| Generator Operators | Michael Leo |
|  | Keith Berg |
| Key Grip | Michael Yurich |
| Best Boy Grip | John Oates |
| Dolly Grips | Thomas Jirgal |
|  | Nick Moers |
| Grips | Gavin Holmes |
|  | Daniel Logatto |
|  | Julian Anglero |
|  | Brian Edmiston |
| Key Rigging Grip | Dylan E. Griffin |
| Best Boy Rigging Grip | Daniel Woods |
| Rigging Grips | Cedric Ulloa |

| | |
|---|---|
| | Joey Feola |
| | Matt Pangione |
| | Pat Johnson |
| Production Sound Mixer | Mike Infante |
| Boom Operators | James Baker |
| | Tyler Killer |
| Utility Sound Technician | Jose Ramirez |
| Video Assist Supervisor | Stephen Fitzgerald |
| Video Assist | Scott Fitzgerald |
| Video Playback Operators | Jared Grove |
| | Ian Pryzchodniez |
| Special Effects Supervisor | Johann Kunz |
| Special Effects Coordinators | Drew Jiritano |
| | John Sullivan |
| Special Effects Foremen | Mark Harrington |
| | John Dowdy |
| Special Effects Technicians | Drew Jiritano Jr. |
| | Pete Wright |
| Location Managers | Michelle Baker |
| | Jeff Brown |
| Assistant Location Managers | Matthew Fleischman |
| | Jordan Hoffman |
| | Sean McManus |
| | Lisa Cheung |
| Key Location Assistant | Nick Noyes |
| Production Coordinators | Nick Pizzino |
| | Jonathan Mazzei-Matthews |
| Assistant Production Coordinators | Ellie Cano |
| | Liannys Del Orbe |
| Production Secretary | Amanda Reimer |
| 2nd Second Assistant Directors | Laura Rizer |
| | Anthony Pennachio |
| | Annie Tompkins |
| Location Coordinators | Michael Matlak |
| | Samatha Fioravanti |
| Parking Coordinator | Leighton Phillips |
| Production Accountant | Mary Fox |
| 1st Assistant Accountants | Victoria Rickham |
| | Laura Fox |
| 2nd Assistant Accountants | Alexander Villegas |
| | Jamira Cheatham |
| | Katie Cavanaugh |
| | Evan Reed |
| | Michael Hidalgo |
| 2nd 2nd Assistant Accountant | Wyatt James Eldridge |
| Payroll | Gary Simms |
| Payroll Assistants | Andy Benavides |
| | Natalie Davis |
| Accounting Clerk | Danielle Martinez |
| Post Production Accounting | Trevanna |
| Post Inc. Post Production Accountant | Cathy Gurvis |
| Post Production Assistant Accountant | Miriam Barillas |
| Assistant Art Directors | Keeley Stadler |
| | Joey Feld |
| Art Department Coordinator | Clark McCasland |
| Storyboard Artist | Talia Spencer |

SPE_BL0008751

| | |
|---|---|
| Assistant Set Decorators | Sarah Fredericks |
| | Kate Stewart |
| Set Decorator Leadmen | Scott Gagnon |
| | Jonathan Huggins |
| Set Decorator Foremen | Brian Buteau |
| | Tara Grieco |
| Set Decorator Trucking Coordinator | Matt Macdonald |
| Set Decorator Shop Coordinator | Jeanette Catskeas |
| Set Decorator Buyer | Walter Pluff |
| Set Dresser Foreman | Paul Hernandez |
| Assistant Property Masters | Michelle Binienda |
| | Frances Smith |
| | Janelle Jones |
| Assistant On Set Property Masters | Andy Heikela |
| | Madeline Kirshoff |
| | Millacent Fearon |
| Set Decorator Coordinators | Ashley Quitoni |
| | Carlos Calderón |
| On Set Dressers | Kara Haas |
| | James Arbuckle |
| | James Leather |
| Graphic Designers | Carlos Moncayo |
| | Loren Kane |
| Construction Coordinator | Paul Rovira |
| Carpenter Foreman | Anthony Villamena |
| Carpenter | John Magliula |
| Construction Key Grips | John Brush |
| | Raph Dominguez |
| Construction Best Boys Grips | Paul Knibbs |
| | Alvin Tavarez |
| Shop Electric | Chris Lombardozzi |
| Construction Medics | Leslie Cooper |
| | Daniel Frommer |
| Charge Scenic | Diane Andazola |
| Scenic Foreman | Teddy Janicki |
| Scenic Industrial | Matt Janicki |
| Greensman | Billy Pavone |
| Assistants to Mr. Baldoni | AJ Marbory |
| | Dion Suleman |
| Assistant to Ms. Saks | Carly Swift |
| Assistant to Mr. Heath | Shekinah Reese |
| Assistants to Ms. Lively | Tina Haveles |
| | Sophia Travaglia |
| Assistant to Ms. Ajemian | Joseph Steves |
| Production Assistants | Chris Biery |
| | Kirsten Koedding |
| | Cody Byrd |
| | Charles Surgent |
| | Christian Ramirez |
| | Celine Bills |
| | Molly Minnie |
| | Jenna Spinelli |
| | Allison Savoy |
| | Greg Loftus |
| | Brittany Cohn |

SPE_BL0008752

|  |  |
|---|---|
|  | Mari Lamar |
|  | Matt McNeil |
|  | Peter Donnelly |
|  | Frankie Howard |
|  | Brielle Carroll |
|  | Isabelle Zacharia |
|  | Manali Gavankar |
|  | Armon Mahdavi |
|  | Josh Coleman |
|  | Brandon Bang |
|  | Jordi Ortega |
|  | Cesar Torres |
|  | Marcel Laing |
|  | Christopher Wright |
|  | Francisco Pouterrero |
| DGA Trainees | Mima Obo |
|  | Erin McCormick |
| Casting Associate | Jeanette Benzie |
| Casting Assistant | Cassidy Thornton |
| Background Casting by | Grant Wilfley Casting |
|  | Belle Jiao |
|  | Melissa Braun |
| Intimacy Coordinators | Chelsea Cary |
|  | Lizzy Talbot |
| Personal Trainers to Ms. Lively | Don Saladino |
|  | Charles Cooperman |
| Personal Trainers to Mr. Baldoni | Matt Ulawski |
|  | Sammy Medina |
| Transportation Captain | Carlos Covian |
| Transportation Co-Captain | Steeve Reeves |
| DOT | Ashley Labutte |
|  | Joey Meyers |
| Catering by | Henry's International Cuisine Inc. |
| Craft Service by | Marshark Craft NYC |
| Insert Unit Cinematographer | Boaz Freud |
| Still Photographers | Jojo Whilden |
|  | Nicole Rivelli |
| Publicist | Evelyn Santana |
| Production Counsel | Imene Meziane |
|  | Joseph Lanius |
| Medics | John Burke |
|  | John Manning |

LOS ANGELES UNIT

|  |  |
|---|---|
| Line Producer | Helga Gruber |
| Art Director | Linn Gelert |
| Set Decorator | Elizabeth Nakane |
| "B" Camera Operator | George Billinger |
| Gaffer | Robert Krattiger |
| Key Grip | Mike Anderson |
| Best Boy | Grip Jeff Sweet |
| Property Master | Dan Spaulding |
| Sound Mixer | Joshua Haycraft |
| Location Manager | Galidan Nauber |
| Art Department Coordinator | Grainne Van Bree |

SPE_BL0008753

| | |
|---|---|
| Production Supervisor | Taylor Steadman |
| Assistant Production Supervisor | Rob D'Aloisio |
| Production Secretary | Aleena Luisier |
| Transportation Captain | Mike Armstrong |
| Transportation Co-Captain | Shane Summers |

### BOSTON AERIAL UNIT

| | |
|---|---|
| Aerial Cinematographer | Dylan Goss |
| Pilot | Ben Skorstad |
| Aerial Ground Coordinator | Garrett Dalton |
| 1st Assistant Camera | James O'Hara |
| Digital Loader | Matt Meigs |

### POST PRODUCTION

| | |
|---|---|
| Supervising Sound Editors | Erin Oakley |
| | Kami Asgar |
| Re-Recording Mixers | Tateum Kohut |
| | Greg Orloff |
| Sound Effects Editors | Shaughnessy Hare |
| | Jeremy Kozura |
| Dialogue Editor | Jessica Arkoff |
| Assistant Sound Editor | Tim Tuchrello |
| Foley Artist | Pavel Nivevskiy |
| Foley Mixer | Ian Yeromenko |
| Foley Editor | Igor Yashin |
| Add'l First Assistant Editor | Wilbur DiTullio |
| Assistant Editor | Laura Yanovich |
| ADR Voice Casting | R.A.W. Casting |
| ADR Voices | Ranjani Brow |
| | Ashley Lambert |
| | Sara Holms |
| | Jaquita Ta'le |
| | Christina Rodgers |
| | Victoria Washington |
| | Juan Pacheco |
| | Adam Mondschien |
| | Ryan Bartley |
| | Nick Carson |
| | Stephanie Rodgers |
| | Oscar Camacho |
| | William Calvert |
| | Terence Mathews |
| | Ron Sanchez |
| | Jeff Fischer |
| ADR Mixer | Aaron Hasson |
| Re-Recording Mix Technician | Brian Ortiz |
| Supervising Music Editor | Erica Weis |
| Music Editors | Seth Glennie-Smith |
| | Robb Boyd |
| | Angie Rubin |
| Additional Music by | Pierce Constanti |
| Additional Arrangements by | Yuri Kwag and Christopher Wray |
| Guitars by | Christopher Wray |
| Ambient Design | Judson Crane |
| Score Coordinator | Taylor Lipari Hassett |
| Music Contractor | Whitney Martin |

SPE_BL0008754

| | |
|---|---|
| Orchestrations by | Norbert Elek |
| | Thanh Tranh |
| Score Recorded and Mixed by | Scott Michael Smith |
| | Thor Feinberg |
| Score Mix Assistant | Jacob Bauman |
| Main Titles by | Picturemill |
| End Crawl by | Scarlet Letters |
| Archive Researcher | Deb Ricketts |
| Dailies and Digital Intermediate by | Company 3 |
| DI Colorist | Stefan Sonnenfeld |
| Additional Colorist | Tyler Roth |
| DI Producers | Erik Rogers |
| | Jack Molitor |
| DI Conform Editor | Chad Schermerhorn |
| Dailies Colorist | Alex Kaufman |
| Dailies Producer | Daniel Fishman |
| Visual Effects by | Crafty Apes |
| Visual Effects Supervisor | Leslie Faye Chung |
| VFX Producer | Michael Fernandes |
| VFX Executive Producer | Matt Akey |
| VFX On Set Supervisor | Sam Reynolds |
| VFX Coordinator | Kai Jiang |
| VFX Compositing Supervisor | Sabrina Brech |
| Compositors | Kasun Malinda |
| | Blake Loyd |
| | Matthew Robertson |
| | Young Min Kim |
| | Esther Song |
| | Youlhuy Sung |
| | Ju Won Lee |
| | Jonathan Hugh Skabla |
| | Tim Bowman |
| | Jaimie Park |
| | Matthew T. Perry |
| | Alex Dreiblatt |
| | Dara Hamidi |
| CG Supervisor | Chanjun Chun |
| CG Artists | Janice Lee |
| | Yolanda Zhu |
| | Joe Grossmann |
| | Da Suel Kim |
| | Timothy Kim |
| | Burke Roane |
| | Trey Roane IV |
| Digital Matte Painter | James Masino |
| VFX Editorial Crew | Jack Runyon |
| | Kade Stauduhar |
| VFX Data IO | Mason Gillard |
| | Sonny Hedrick |
| | |
| Rights and Clearances by | Production Resources |
| Music Legal and Clearance by | Christine Bergen |
| Product Integration by | Sam Baldoni |
| Production Insurance by | Front Row Insurance Brokers LLC |
| All payments to non-payroll suppliers were made by | Eved LLC |

Confidential

A Film by Justin Baldoni

Wayfarer Studios

| | |
|---|---|
| Co-Chairman | Steve Sarowitz |
| Co-Chairman | Justin Baldoni |
| CEO | Jamey Heath |
| President | Tera Hanks |
| CFO | Brian Singer |
| President of Production & Development | Andrew Calof |
| Head of Physical Production | John Logan Pierson |
| VP of Marketing & Communications | Ashmi Elizabeth Dang |
| SVP of Brand Partnerships | Tarah Malhotra-Feinberg |
| VP of Operations | Milica Toskovic |
| VP of Creative | Angela Cardon |
| Wayfarer Production Coordinator | Linds Adams |
| Content and Social Producer | Mériem Dehbi-Talbot |
| Wayfarer Post Production Coordinator | Tatiana Wisniewski |
| Assistant to Ms. Hanks | Ricky Huntley |
| Assistant to Mr. Calof | Kai Sampadian |
| Assistant to Production & Development | Amaia Rioseco |
| Wayfarer Financial Controller | Laura Voglesong |
| Office Manager | CK Kimball |

MUSIC
Strangers
Written by Hayden Anhedönia Performed by Ethel Cain
Courtesy of Daughters of Cain Records
By arrangement with AWAL Recordings America, Inc.

Hymn
Written by Michael James Milosh
Performed by Rhye
Courtesy of Loma Vista Recordings, a division of Concord

Girl In Calico
Written by Kyle Paul Miller
Performed by Tow'rs

Everybody Needs A Friend
Written by David Cershel
Performed by Chyvonne Scott
Courtesy of Essential Media Group
By arrangement with Gravelpit Music Group

Money (That's What I Want)
Written by Janie Bradford and Berry Gordy Jr.
Performed by Barrett Strong
Courtesy of Motown Records
Under license from Universal Music Enterprises

Praise You
Written by Norman Cook and Camille Yarbrough
Performed by Fatboy Slim
Courtesy of Skint Records/Capitol Records
Under license from Universal Music Enterprises

SPE_BL0008756

Dawn Chorus
Written by Thom Yorke and Nigel Godrich
Performed by Thom Yorke
Courtesy of Unsustainabubble Ltd
Under exclusive license to XL Recordings Ltd

White Iverson
Written by Austin Post, Idan Kalai, Rex Kudo,
Markous Roberts and Andre Jackson
Performed by Post Malone
Courtesy of Republic Records
Under license from Universal Music Enterprises

Dark Rain
Written by Lluvia Rosa Vela and Na'el Shehade
Performed by DRAMA
Courtesy of Drama Music

Nothing's Gonna Hurt You Baby
Written by Gregory Steven Gonzalez
Performed by Cigarettes After Sex
Courtesy of Partisan Records

Carry This Picture
Written by Christopher Andrew Carrabba
Performed by Dashboard Confessional
Courtesy of Vagrant Records/Interscope Records
Under license from Universal Music Enterprises

I Don't
Written and Performed by Brittany Howard
Courtesy of Island Records
Under license from Universal Music Enterprises

Skinny Love Written by Justin Vernon
Performed by Birdy
Courtesy of Warner Music UK Limited/Atlantic Recording Corp.
By arrangement with Warner Music Group Film & TV Licensing

Cherry
Written by Elizabeth Grant and Timothy Elliot Larcombe
Performed by Lana Del Rey
Courtesy of Polydor Records Ltd./Interscope Records
Under license from Universal Music Enterprises

Fruits Of My Labor
Written and Performed by Lucinda Williams
Courtesy of Mercury Nashville
Under license from Universal Music Enterprises

Horizon
Written by Hannah Sian Topp
Performed by Aldous Harding Courtesy of 4AD
By Arrangement with Beggars Group Media Limited

With Arms Wide Open

SPE_BL0008757

Written by Scott Stapp and Mark Tremonti

my tears ricochet
Written and Performed by Taylor Swift
Courtesy of Taylor Swift/Republic Records
Under license from Universal Music Enterprises

Love The Hell Out Of You
Written by Lewis Capaldi, Michael Pollack, Tom Barnes, Peter Kelleher,
Benjamin Alexander Kohn and Phillip Plested
Performed by Lewis Capaldi
Courtesy of Vertigo Berlin/Universal Music Germany/Capitol Records
Under license from Universal Music Enterprises

Everytime
Written by Britney Spears and Annette Stamatelatos
Performed by Ethel Cain
Courtesy of Daughters of Cain Records
By arrangement with AWAL Recordings America, Inc.

© 2024 Columbia Pictures Industries, Inc. and Wayfarer Studios and TSG Entertainment II LLC
All Rights Reserved.

Columbia Pictures Industries, Inc. and Wayfarer Studios and TSG Entertainment II LLC are the authors of
this film (motion picture) for the purpose of copyright and other laws.

The Ellen DeGeneres Show Licensed by Warner Bros. Entertainment
Stock footage provided by Getty Images, Pond 5, Dissolve, Film Supply, Jaime Scott
Ultrasound equipment provided Courtesy of Siemens Medical Solutions USA, Inc.
Serena & Lily
JetSet Group, Inc.
Zline - Attainable
Luxury® Mepra S.p.A.
House of Hackney
Lights of Scandinavia
Lucky Strike
All trademarks and copyrights of the National Hockey League and its Member Teams are used with
permission.
All rights reserved.

Mr. Baldoni and Wayfarer Studios Wish to Extend Special Thanks To:
Emily Baldoni
Maiya and Maxwell Baldoni
Natasha Heath
Sam Baldoni
Johanna Castillo
Jane Randel
Pamela Zaballa
Ahmed Musiol
Julie Walker
Jennifer Abel
Michael Brown
Kim Gillingham
Jean-Louis Rodrigue
John Amaral
John Edward

SPE_BL0008758

John Wineland
Karie Gonia
Jennifer Benson
Claudia Vides

Ms. Lively Wishes to Extend Special Thanks To:
Alan Baumgarten
Shane Reid
Travis Moore
Stephania Dulowski
Tobias Schliessler
Natalie Reid
Bradley Cooper
Taylor Swift
Britney Spears
Austin Swift
Shawn Levy
Aaron Dessner
Elain Lively
Justin Stone
George Dewey
Tarryn Fisher
Corn
Gordon Reynolds
J, I, B and O
Vannoy Fite

This production participated in the New York State Governor's Office of Motion Picture and Television
Development Post Production Credit Program







  

This is a work of fiction. The characters, incidents, and locations portrayed and the names herein are
fictitious, and any similarity to or identification with the location, name, character or history of any person,
product or entity is entirely coincidental and unintentional.

Sony Pictures Entertainment (SPE) and its wholly owned film divisions and Wayfarer Studios
did not receive any payment or other consideration for the depiction of tobacco products in this film.

This motion picture photoplay is protected pursuant to the provisions of the laws of the United States of America and other countries. Any unauthorized duplication and/or distribution of this photoplay may result in civil liability and criminal prosecution.





Rating:



SPE_BL0008760