# Exhibit 87

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4     _____
                                      )
 5     BLAKE LIVELY,                  )
                                      )
 6              Plaintiff,            )
                                      )
 7         vs.                        ) No. 1:24-CV-10049-LJL
                                      ) (Consolidated with
 8     WAYFARER STUDIOS LLC, a        ) 1:25-CV-00449-LJL)
       Delaware Limited Liability    )
 9     Company, JUSTIN BALDONI, an    )
       individual, JAMEY HEATH, an    )
10     individual, STEVE SAROWITZ, an) HIGHLY CONFIDENTIAL -
       individual, IT ENDS WITH US    ) ATTORNEYS' EYES ONLY
11     MOVIE LLC, a California        )
       Limited Liability Company,     )
12     MELISSA NATHAN, an individual,)
       THE AGENCY GROUP PR LLC, a     )
13     Delaware Limited Liability    )
       Company, JENNIFER ABEL, an     )
14     individual, JED WALLACE, an    )
       individual, and STREET         )
15     RELATIONS INC., a California   )
       Corporation,                   )
16                                    )
                Defendants.            )
17     _____)
                                      )
18     (RELATED CONSOLIDATED CASE.)   )
       _____)
19
20          VIDEOTAPED DEPOSITION OF LAURA TEDESCO
21                 Los Angeles, California
22               Monday, September 29, 2025
23
       Reported by:
24     RENEE A. PACHECO, RPR, CLR
       CSR No. 11564
25     Job No. 7624695                        PAGES 1 - 208
```

Page 1

| | | |
|---|---|---|
| 1 | A   Responding to consumers who comment or send | |
| 2 | us messages via direct message. | |
| 3 | Q   And when you talk about strategy, was it -- | |
| 4 | did they come up with the suggestion for strategy | |
| 5 | and bring it to your team or vice versa?  How did | 09:06AM |
| 6 | that work exactly? | |
| 7 | A   We brought them a brand strategy blueprint | |
| 8 | as well as for the broad strokes social strategy, | |
| 9 | which they, as experts in the Blake -- in sort of | |
| 10 | the space, were able to then fine tune. | 09:06AM |
| 11 | Q   Does The Edit-- does The Edit still work | |
| 12 | with Family Hive? | |
| 13 | A   They do. | |
| 14 | Q   Did Family Hive shut down any social media | |
| 15 | accounts at any time in 2024? | 09:07AM |
| 16 | A   We did. | |
| 17 | Q   And which accounts were shut down? | |
| 18 | A   Well, let me clarify what shut down.  We | |
| 19 | stopped posting.  So we did not post from around | |
| 20 | August 20th that sort of third week of | 09:07AM |
| 21 | August through, I think, around September 9th or | |
| 22 | 10th.  And then additionally we stopped posting | |
| 23 | December -- I think, last week of December. | |
| 24 | Q   For the last week of December, why was the | |
| 25 | decision made to stop posting? | 09:08AM |

Page 30

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

| | | |
|---|---|---|
| 1 | A    In December? | |
| 2 | Q    Yes. | |
| 3 | A    We were receiving a lot of negative | |
| 4 | comments and the environment on social media was | |
| 5 | quite negative towards Blake. | 09:08AM |
| 6 | Q    And was that -- did that coincide with the | |
| 7 | filing of the complaint by Blake Lively? | |
| 8 | MS. CROWLEY:  Objection; form. | |
| 9 | MR. BRUNO:  Join. | |
| 10 | MS. CROWLEY:  You can answer, if you know. | 09:08AM |
| 11 | THE DEPONENT:  I think the New York Times | |
| 12 | article was more visible to consumers at that time. | |
| 13 | BY MR. KALTGRAD: | |
| 14 | Q    So is it fair to say that you -- you saw an | |
| 15 | increase in negativity after the New York Times | 09:09AM |
| 16 | article came out? | |
| 17 | MR. BRUNO:  Objection to form. | |
| 18 | THE DEPONENT:  Actually, I don't -- I can't | |
| 19 | really actually speak to what would have caused -- | |
| 20 | those were activities and events happening at the | 09:09AM |
| 21 | same time. | |
| 22 | BY MR. KALTGRAD: | |
| 23 | Q    Yeah.  Fair enough.  And I'm not asking you | |
| 24 | to opine on what caused it.  I'm asking about the | |
| 25 | time frame. | 09:09AM |

Page 31

```
 1    case?
 2           MR. BRUNO:  Objection to form.
 3           MS. CROWLEY:  Objection to form.
 4           THE DEPONENT:  Can you restate the
 5    question?  What do you mean?                    09:32AM
 6    BY MR. KALTGRAD:
 7        Q   Do you have any information that any
 8    defendant in this case caused somebody to put those
 9    comments on any social media account for Blake
10    Brown?                                          09:32AM
11           MS. CROWLEY:  Objection to form.
12           MR. BRUNO:  Join.
13           THE DEPONENT:  Yeah, I'm not -- I'm not
14    here to speak on in terms of what -- causation or
15    source.                                         09:32AM
16           What I observed in my -- in documented, in
17    my evaluation of the social media sentiment on the
18    brand was that there was an influx of negativity as
19    it pertains to Blake that flowed into our brand
20    handles starting in mid-August of 2024.         09:33AM
21    BY MR. KALTGRAD:
22        Q   Okay.  And if you look at the next sentence
23    it says, (as read):
24               "Many of the negative comments
25               on these businesses social media   09:33AM
```

Page 46

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

```
 1              "Instead, the Baldoni-Wayfarer
 2         Astroturfing Campaign forced each of
 3         Ms. Lively's businesses to go dark
 4         on social media in August."
 5         And we talked about that meant that you          09:37AM
 6   stopped posting on social media; is that right?
 7         MS. CROWLEY:  Objection to form.
 8         MR. BRUNO:  Join.
 9         THE DEPONENT:  We did stop posting on
10   social media in mid-August.                            09:37AM
11   BY MR. KALTGRAD:
12      Q   And mid-August was -- mid-August was just
13   after the launch of the brand itself; is that right?
14      A   Several weeks after, correct.
15      Q   Okay.  So about two weeks after the launch,    09:37AM
16   we're talking; is that about right?
17      A   Correct.
18      Q   Okay.  So in the midst of this very
19   successful launch, as you described it, at Target,
20   Blake Brown made the decision to stop posting          09:38AM
21   content on social media; correct?
22         MS. CROWLEY:  Objection to form.
23         MR. BRUNO:  Join.
24         THE DEPONENT:  We announce the brand on
25   July 31st and had tremendously positive reactions      09:38AM
```

Page 50

```
 1     from consumers across social media, traditional

 2     media and then kind of in the form of sales at

 3     Target.

 4             The response was so overwhelmingly

 5     positive.  Starting mid-August, our social media          09:38AM

 6     handles started being flooded with negativity

 7     related to Blake, and largely not related to the

 8     brand.

 9             And the very big swing in terms of some of

10     those themes and comments that had not appeared in       09:39AM

11     the first few weeks of the launch was very -- was

12     very notable and obvious.

13             And, ultimately, as a new brand, so much of

14     your success is built on your reviews and your

15     social media presence.                                    09:39AM

16             So we reached a point where the negativity

17     was so great we were forced to go dark because the

18     sort of negativity of having those comments

19     outweighed the positivity of being able to continue

20     to market on social media.                                09:39AM

21     BY MR. KALTGRAD:

22         Q   Were the revenue numbers in August and

23     September better or worse than the Target

24     projections?

25             MS. CROWLEY:  Objection to form.  If you          09:39AM
```

Page 51

```
 1    incredibly well, even more so than the other
 2    incredibly well-selling products.
 3           And therefore, the ability to walk into any
 4    Target and reliably be able to buy a mask became
 5    challenging at times.                                        11:14AM
 6       Q   Were there any inventory supply problems
 7    other than the fact they were being sold at a large
 8    rate?
 9       A   No.  Just that the sell through was so much
10    higher than even the high forecast Target provided.          11:14AM
11       Q   And advance to Page 4 and that describes
12    how sales are outpacing Target's forecast; right?
13       A   Correct.
14       Q   And that "Target forecast" that's referring
15    to the projections that Target had made and provided         11:15AM
16    to you; right?
17       A   Correct.
18       Q   The last bullet point on this page says (as
19    read):
20              "Very limiting marketing                           11:15AM
21          support."
22              What does that refer to?
23       A   The kind of pieces of the brand is that,
24    you know, Blake and her credibility in hair would be
25    the single biggest marketing lever we have as a              11:15AM
```

Page 111

```
1    brand.
2             And so those early weeks were sort of
3    mid-August.  We were relying, you know -- it was
4    here likeness that was helping to really drive
5    excitement, awareness and trial.                      11:15AM
6             And then kind of haloing from that other
7    media coverage.  But in terms of, you know, physical
8    investment and traditional digital marketing that
9    most brands would launch with, we were investing
10   very little.                                          11:16AM
11       Q    Okay.  So you were investing very little in
12   marketing support, but you were still outpacing
13   Target's forecast in the launch of sales; right?
14            MS. CROWLEY:  Objection to form.
15            MR. BRUNO:  Join.                            11:16AM
16            THE DEPONENT:  We were invested, you know,
17   in a limited fashion but in a way it was consistent
18   with the business plan.
19   BY MR. KALTGRAD:
20       Q    If you look at Page 7 which is Bates stamp   11:16AM
21   278.
22       A    Yes.
23       Q    About the third bullet point from the
24   bottom says, (as read):
25            "Negative sentiment -- sentiment            11:17AM
```

Page 112

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

| | | |
|---|---|---|
| 1 | A    Do I?  No. | |
| 2 | Q    Do you have any reason to believe that the | |
| 3 | negative posts identified caused a decrease in sales | |
| 4 | of products? | |
| 5 | MS. CROWLEY:  Objection. | 11:46AM |
| 6 | MR. BRUNO:  Join. | |
| 7 | THE DEPONENT:  I mean, it typically isn't | |
| 8 | -- you don't attribute one post to one -- well, I | |
| 9 | don't know -- I don't know who posted that or the | |
| 10 | cause of that post and in terms of the impact of | 11:46AM |
| 11 | that specific post versus others we were fielding. | |
| 12 | BY MR. KALTGRAD: | |
| 13 | Q    It's difficult for you to attribute | |
| 14 | specific posts to a decrease in sales? | |
| 15 | MS. CROWLEY:  Objection; mischaracterizes | 11:47AM |
| 16 | testimony. | |
| 17 | THE DEPONENT:  One specific post. | |
| 18 | BY MR. KALTGRAD: | |
| 19 | Q    Look at Exhibit 16.  Let me know when you | |
| 20 | can see that, please. | 11:47AM |
| 21 | A    I can see it. | |
| 22 | (Defendants' Exhibit 16 was marked | |
| 23 | for identification.) | |
| 24 | BY MR. KALTGRAD: | |
| 25 | Q    Okay.  This is an October 31st, 2024, | 11:47AM |

Page 136

```
 1     e-mail from you to Blake ▮▮▮▮▮▮▮▮▮▮
 2     That's Blake Lively?
 3         A    Correct.
 4         Q    Okay.  And -- (as read):
 5              "Hi, Blake.  Wanted to share the                11:47AM
 6         deck I put together for the team to
 7         orient them on goals for the year
 8         and what we need to accomplish in
 9         the year to go."
10         Under 'Net Takeaways' it says (as read):             11:47AM
11              "375,000 to 400,000 current
12         weekly retail sales average.  Note:
13         This may come down as we come off
14         national endcap."
15         What does the "national endcap" refer to?            11:48AM
16         A    If you go into Target, there -- at the end
17    of the aisle, there's a display space that's called
18    an endcap.  And so they have different endcaps they
19    feature -- different brands they feature on endcap
20    throughout the year.                                      11:48AM
21         Q    And was there a time that Blake Brown
22    products were supposed to be on the endcap?
23         A    They were on endcap when we launched,
24    August 4th through kind of mid-October-ish.  It
25    takes -- Target puts a little -- it takes them time       11:48AM
```

Page 137

```
 1   to fully put up the endcap and fully take it down.
 2   Sort of like mid- to end-October is when we started
 3   to come off endcap.
 4        Q   Okay.  And here you're telling Blake Lively
 5   that the goal of 375 to 400 thousand weekly retail              11:49AM
 6   sales might come down once the endcap period ends;
 7   right?
 8        A   Yes.  So I've had experiences in my past
 9   where sales stayed the same and we called it endcap.
10   I've had experiences where they actually go up                  11:49AM
11   because people tried the product.  And there's
12   instances when sales come down because you lose that
13   visibility in the store.
14        Q   I'm going to show Exhibit 17 now.
15            (Defendants' Exhibit 17 was marked                     11:49AM
16            for identification.)
17   BY MR. KALTGRAD:
18        Q   Let me know when you can see that, please.
19            Do you have that in front of you?
20        A   I don't think -- all right.  I've got it               11:50AM
21   now.
22        Q   And do you recognize this as the attachment
23   to Exhibit 16?
24        A   Yes.
25        Q   Okay.  This is a document that you                     11:50AM
```

Page 138

1           MR. KALTGRAD:  And this is marked

2      "Attorneys' Eyes Only" just for the record.

3      BY MR. KALTGRAD:

4           Q    Was it sent to anybody besides Blake

5      Lively's counsel?                                          01:01PM

6           A    I don't believe so.  I don't believe so.

7           Q    Okay.  Now, the second page compares the

8      2024 financial performance to the Deloitte business

9      plan; right?

10          A    Correct.                                         01:02PM

11          Q    And in 2024, the actual financials actually

12     outperformed the Deloitte business plan; right?

13          A    Correct.

14          Q    Now, the bottom --

15          A    Correct.                                         01:02PM

16          Q    Bottom bullet point says, (as read):

17               "As a matter of fact, the

18               negative impact of digital

19               manipulation generated an adverse

20               trend and is affecting ongoing                   01:02PM

21               performance."

22               Do you know what's referred to by "digital

23     manipulation"?

24          A    The negative media environment.  I think

25     the point the bullet is making is that we out --           01:02PM

Page 177

1    overdelivered the Deloitte plan, but that was really

2    driven by the launch month and wasn't a consistent

3    performance throughout, you know, the September,

4    October, November, December.

5        Q    The next page has a bullet point.  It says,                01:03PM

6    (as read):

7            "The challenges faced by the

8            brand prevented the following key

9            actions that were anticipated in the

10           Deloitte business plan:  one, growth                         01:03PM

11           consolidation in Target; and, two,

12           international/other retails'

13           expansion."

14           When it says, "the challenges faced by the

15   brand," what is that referring to?                                   01:03PM

16       A    The negative media environment.

17       Q    How did that a prevent growth consolidation

18   in Target?

19       A    We had built into the plan continued

20   momentum and growth even post-launch at Target.  You                 01:03PM

21   know, you have the launch period.  But then as you

22   drive awareness of the brand and people try it, that

23   growth continues.  And then, you know, from there,

24   there's good strong sales momentum that you can take

25   to other retailers and to international markets in                   01:04PM

Page 178

| | | |
|---|---|---|
| 1 | order to kind of sell in the brand. | |
| 2 | Q   So is this attributing the failure to -- or | |
| 3 | the prevention of growth consolidation solely to the | |
| 4 | negative media environment? | |
| 5 | MS. CROWLEY:  Objection; form. | 01:04PM |
| 6 | MR. BRUNO:  Join. | |
| 7 | THE DEPONENT:  It is attributing the media | |
| 8 | environment as impacting our ability to grow at | |
| 9 | Target, yes. | |
| 10 | BY MR. KALTGRAD: | 01:04PM |
| 11 | Q   How would the negative media environment | |
| 12 | prevent international and other retail expansion? | |
| 13 | A   Expansion requires two things:  one, really | |
| 14 | strong sales data.  And as the performance sort of | |
| 15 | weakened, that story, you know, was not there.  And | 01:04PM |
| 16 | then, two, maybe more importantly, positive media | |
| 17 | environment. | |
| 18 | Retailers are hesitant to partner if | |
| 19 | there's any kind of media or negative media | |
| 20 | environment because that can have blowback for them. | 01:05PM |
| 21 | And so in outreach to Ulta as well as some | |
| 22 | inter- -- key international players that we talked | |
| 23 | about back, you know, in the Deloitte business plan | |
| 24 | as we were talking about international expansion. | |
| 25 | There was concern and -- around launching with the | 01:05PM |

Page 179

1   brand given the negative media environment

2   surrounding Blake.

3       Q   Well, can you give me a little more detail

4   on that?  What -- what was said specifically from

5   Ulta regarding the negative media environment?                01:05PM

6           MS. CROWLEY:  Objection to form.

7           MR. BRUNO:  Join.

8           THE DEPONENT:  That the media environment

9   was too controversial, and so it wouldn't be the

10  right time to launch with us.                                 01:05PM

11  BY MR. KALTGRAD:

12      Q   When did that conversation take place?

13      A   We kind of had discussions with them on an

14  ongoing basis, and that typically happens through

15  Give Back Beauty and their commercial arm.  They              01:06PM

16  have existing relationships.

17          So those discussions, you know, started

18  happening last fall.  And as recently as, you know,

19  last month I just checked in again.

20      Q   Is there a specific contact at Ulta that              01:06PM

21  you communicate with?

22      A   I checked in -- I go through Give Back

23  Beauty.  But, typically, they're in touch with the

24  hair care buyer or leader that makes decisions on

25  bringing brands in.                                           01:06PM

Page 180

1    Q   And which, if any, international retailers

2  expressed that they did not want Blake Brown beauty

3  products due to a negative environment?

4          MS. CROWLEY:  Objection to form.

5          MR. BRUNO:  Join.                                01:07PM

6          THE DEPONENT:  Sephora in Europe.  There's

7  an Australian vendor, "Something" Warehouse, that

8  said it was not interested in -- I think it's called

9  maybe Drug Warehouse.  And then we had initial

10 discussion with kind of gauging interest with Boots   01:07PM

11 and with Dougalas.  And, ultimately, you know, there

12 wasn't an interest in pursuing partnership.

13 BY MR. KALTGRAD:

14    Q   When did the discussion with Sephora occur?

15    A   Sephora Europe, I believe the Give Back        01:07PM

16 Beauty team -- again, they talked to them on an

17 ongoing basis.  So they were starting to ask

18 questions and gauge interest last fall and then

19 meeting in the spring, early summer, there was

20 another discussion where they definitely said it's    01:08PM

21 not the right time.

22    Q   Do you know what specific communication was

23 made from Sephora?

24          MS. CROWLEY:  Objection to form.

25          MR. BRUNO:  Join.                             01:08PM

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, Registered
3    Professional Reporter, Certified Live Note Reporter,
4    do hereby certify:
5    That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    that any witnesses in the foregoing proceedings,
8    prior to testifying, were duly sworn; that a record
9    of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; that the foregoing transcript is a true
12   record of the testimony given.
13   Further, that if the foregoing pertains to
14   the original transcript of a deposition in a Federal
15   Case, before completion of the proceedings, review
16   of the transcript [ ] was [ ] was not requested.
17   I further certify I am neither financially
18   interested in the action nor a relative or employee
19   of any attorney or party to this action.
20   IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated: 09/30/2025

RENEE A. PACHECO
CSR No. 11564 RPR, CLR

Page 206