# Exhibit 89

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   STEPHANIE JONES, JONESWORKS
     LLC,
 6
                    Plaintiffs,
 7
        vs.                     CASE NO. 1:25-CV-00779-LJL
 8
     JENNIFER ABEL, MELISSA NATHAN,
 9   JUSTIN BALDONI, WAYFARER
     STUDIOS LLC,
10
                    Defendants.
11   _____
12
13
14       VIDEO-RECORDED DEPOSITION OF TERA HANKS
15              Los Angeles, California
16            Monday, September 8, 2025
17
18
19
20
21
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

```
                                                      Page 20
 1   to the proceedings?
 2              MS. ZELDIN:  Vague and ambiguous.
 3   Objection.
 4              THE WITNESS:  Can you please be more
 5   specific?
 6   BY MS. TAHLER:
 7        Q    Do you understand that Mr. Sarowitz has a
 8   role in the Jones v. Abel case?
 9              MS. ZELDIN:  Objection.
10              THE WITNESS:  I don't know.
11   BY MS. TAHLER:
12        Q    Are you indemnified for your fees in
13   connection with your dep -- deposition and testimony
14   today?
15        A    I don't know.
16        Q    Are you paying for your legal fees today?
17        A    No.
18        Q    Do you know who is?
19        A    Wayfarer, I believe.
20        Q    Does Mr. Sarowitz have any role in that?
21        A    Mr. --
22              MS. ZELDIN:  Objection.
23              THE WITNESS:  Mr. Sarowitz is the founder
24   and backer of the company.  So I don't know how the
25   finances work related to our legal counsel.
```

```
                                              Page 277
 1   refresh your recollection that the letter shared
 2   with Ms. Abel was Ms. Lively's list, 17-point list
 3   of protections?
 4        A    I don't know.
 5        Q    You can set that aside.
 6             As president of Wayfarer, do you
 7   supervise any employees?
 8        A    Yes.  I help to manage the team in tandem
 9   with Jamey Heath, our CEO.
10        Q    And do you have discretion to make
11   decisions about company policy in your capacity as
12   president of Wayfarer?
13        A    No.
14        Q    You do not have discretion to make
15   decisions about company policy?
16        A    No.
17        Q    Is that authority that lies with
18   Mr. Heath?
19        A    Yes.
20        Q    Did you participate in negotiating
21   Ms. Lively's 17-point list?
22             MS. ZELDIN:  Objection.  No -- objection
23   to form.
24             MS. ROESER:  I'll rephrase.
25
```

Page 282

1                REPORTER'S CERTIFICATE
2           I, ASHLEY SOEVYN, a Certified Shorthand
3    Reporter of the State of California, do hereby
4    certify:
5           That the foregoing proceedings were taken
6    before me at the time and place herein set forth;
7    at which time the witness was put under oath by me;
8           That the testimony of the witness, the
9    questions propounded, and all objections and
10   statements made at the time of the examination were
11   recorded stenographically by me and were thereafter
12   transcribed;
13          That a review of the transcript by the
14   deponent was/ was not requested;
15          That the foregoing is a true and correct
16   transcript of my shorthand notes so taken.
17          I further certify that I am not a relative
18   or employee of any attorney of the parties, nor
19   financially interested in the action.
20          I declare under penalty of perjury under
21   the laws of California that the foregoing is true
22   and correct.  Dated this 9th day of September, 2025.
23
24                        [signature]
                          ASHLEY SOEVYN
25                        CSR No. 12019