# Exhibit 90

**Thread Participants:** Steve Sarowitz; Henny Grace (Owner); Henny Grace (Owner); Justin Baldoni (Owner); Justin Baldoni (Owner); 9AD4A4B8-EAD8-47A6-8CE9-B4623A7C95BF Justin Baldoni (Owner); J B (Owner)
**Active Participants:** Steve Sarowitz; Henny Grace (Owner)
**First Message:** 12/7/2022 1:59:30 AM
**Last Message:** 12/7/2022 10:14:33 PM

**Steve Sarowitz**
Ok I thought I'd wait as it sounds like there is info I don't have
12/7/2022 9:30:05 AM

**Henny Grace (Owner)**
Didn't have service and now on the Senior budget overage call
12/7/2022 7:42:50 PM

**Henny Grace (Owner)**
Call you after
12/7/2022 7:42:54 PM

**Steve Sarowitz**
Ok
12/7/2022 7:43:10 PM



**Steve Sarowitz**
12/7/2022 9:17:59 PM

**Steve Sarowitz**
From Sarah
12/7/2022 9:18:07 PM

**Henny Grace (Owner)**
Blake lively wants to do it. Hush hush. I'm gonna fly to NY to meet her next week.
12/7/2022 9:48:40 PM

**Henny Grace (Owner)**
You don't need to Cast a redhead lol - you make them a red head
12/7/2022 9:48:57 PM

**Henny Grace (Owner)**
Also all those girls are too young to play opposite me
12/7/2022 9:49:17 PM

**Steve Sarowitz**
Excellent
12/7/2022 10:13:55 PM

**Henny Grace (Owner)**
Fingers crossed she does it. Some hurdles but would make this huge
12/7/2022 10:14:33 PM

CONFIDENTIAL

BALDONI_000018803