# Exhibit 91



**Chat with "Justin Baldoni" <[REDACTED]> on December 8, 2022**

[REDACTED]
Danny Greenberg <[REDACTED]>Justin Baldoni
<[REDACTED]>Danny Greenberg
<[REDACTED]>

**Earliest item: 2022-12-08 08:11:12**
**Latest item: 2022-12-08 08:41:53**

**Thursday 08 December 2022**

Instant Message : Native Messages
From
Danny Greenberg <[REDACTED]>
08:11:12

How was you Netflix chat?

Instant Message : Native Messages
From
Danny Greenberg <[REDACTED]>
08:11:15

Your

Instant Message : Native Messages
From
Justin Baldoni <[REDACTED]>
08:12:11

It was good, it was obviously all about how much she wants or want it. It ends with us. What she should do is do it deal with Wayfarer Studios and me to produce female, driven movies or emotional and inspiring films.

Instant Message : Native Messages
From
Danny Greenberg <[REDACTED]>
08:15:43

Good. Traded with her afterwards.

Instant Message : Native Messages

From 08:31:03
Justin Baldoni <[redacted]>

Either way, it's good to have something everybody wants

Instant Message : Native Messages
From 08:38:21
Danny Greenberg <[redacted]>

For sure

Instant Message : Native Messages
From 08:39:17
Justin Baldoni <[redacted]>

We sent the script to [redacted] for the role of atlas. If you could help push that through, I'm also excited about Blake. I'm leaning into her.

Instant Message : Native Messages
From 08:41:30
Justin Baldoni <[redacted]>

At the moment it's looking like WME people in this cast ☺

Instant Message : Native Messages
From 08:41:53
Danny Greenberg <[redacted]>

Great!!! On it

End Thread

Thread Statistics

| Instant Message Count |
| --- |
| 9 |