Exhibit 92

Exhibit: **6**

Witness: HEATH

Date: 10/8/25

CSR#12619: Ashley Soevyn

**Thread Participants:** Jamey Heath; ███████ Henny Grace (Owner);
███████ Henny Grace (Owner); ███████ Justin Baldoni (Owner);
Justin Baldoni (Owner); ███████ J B (Owner)

**Active Participants:** ███████ Jamey Heath; ███████ Henny Grace (Owner)

**First Message:** 12/9/2022 4:38:40 PM
**Last Message:** 12/9/2022 11:33:53 PM

**Jamey Heath**
If we get blake on this movie... holy shit.  You would be
directing and starring in a movie with one of the biggest
female stars. And the one of the biggest film companies
as a partner. holy shit. With one of the biggest books. Holy
shit. This put you in a different stratosphere.
12/9/2022 4:38:40 PM

**Henny Grace (Owner)**
Ok. I hear you BUT She's not one of the biggest movie
stars - but she's suuuuper famous lol
12/9/2022 4:39:18 PM

**Henny Grace (Owner)**
And yes yes yes
12/9/2022 4:39:25 PM

**Henny Grace (Owner)**
I accept!
12/9/2022 4:39:29 PM

**Jamey Heath**
Yep. But that's why I said female star and not movie star.
My sons girlfriend was over last night. And she heard me
talking about Blake. And she said..."OMG I LOVE HER
SO MUCH!"
She's a black 20 year old.
12/9/2022 4:41:32 PM

**Henny Grace (Owner)**
Everyone loves her it's pretty wind
12/9/2022 4:41:46 PM

**Henny Grace (Owner)**
Wild
12/9/2022 4:41:48 PM

**Jamey Heath**
So wild.  I had no idea.
12/9/2022 4:41:56 PM

**Henny Grace (Owner)**
Did you call my pops
12/9/2022 6:01:57 PM

BALDONI_000018877



**Jamey Heath**
Hey, what's your ETA?
12/9/2022 11:33:13 PM



**Henny Grace (Owner)**
Prob 10
12/9/2022 11:33:30 PM

**Henny Grace (Owner)**
Intermission
12/9/2022 11:33:33 PM



**Jamey Heath**
Ok
12/9/2022 11:33:53 PM

CONFIDENTIAL

BALDONI_000018878