# Exhibit 93

**Thread Participants:** ███ Henny Grace (Owner); ███ Adam Mondschein; ███ Justin Baldoni (Owner); ███ Justin Baldoni (Owner); ███ J B (Owner)
**Active Participants:** ███ Henny Grace (Owner); ███ Adam Mondschein
**First Message:** 12/14/2022 5:54:08 PM
**Last Message:** 12/14/2022 7:04:38 PM

---

**Henny Grace (Owner)**
How you feeling brother? You were missed
12/14/2022 5:54:08 PM

**Henny Grace (Owner)**
Flying home now
12/14/2022 5:54:14 PM

**Adam Mondschein**
Feeling all good now, man, no headache no congestion. I was so sorry to not be there, truly bummed. But I'd have felt worse if someone got Covid.
12/14/2022 5:55:56 PM

**Henny Grace (Owner)**
Someone else tested positive that morning because Andy asked everyone to test... no symptoms. Crazy!
12/14/2022 5:56:20 PM

**Adam Mondschein**
Exactly.
12/14/2022 5:56:36 PM

**Henny Grace (Owner)**
But it was beautiful and deep. I'l make sure we do another one like it - lots of emotions and tears, the Breathwork was next level. But you were missed
12/14/2022 5:57:02 PM

**Adam Mondschein**
At this point it's mutated enough and we're all vaccinated and boosted so there will be far more no symptom carriers.
12/14/2022 5:57:36 PM

**Adam Mondschein**
It sounds fantastic. (Ironically we did a great deal of similar exercises in grad school) which is why I say you're far more ahead and ready than you realize. 😌
I'm so happy for the men that were there to share in that experience with each other and celebrate Travis.
12/14/2022 5:59:33 PM

**Henny Grace (Owner)**
😊
12/14/2022 6:00:15 PM

**Adam Mondschein**
I love you, brother.
12/14/2022 6:00:54 PM

**Henny Grace (Owner)**
Maybe next week you guys can come up and we can work for a few hours each day
12/14/2022 6:01:13 PM

**Adam Mondschein**
Loved "Maybe next week you guys can come up and we can wo…"
12/14/2022 6:01:19 PM

**Henny Grace (Owner)**
Just met with Blake. It was a love fest. I LOVE her. We talked for 3 1/2 hours. Ryan was amazing and so cool. Send a prayer up.
12/14/2022 6:01:43 PM

**Adam Mondschein**
Count on it, not sure about Yaani's schedule now that she's feeling better. I think she has things scheduled with her girls, but I'll come up for sure.
12/14/2022 6:01:58 PM

**Adam Mondschein**
Loved "Just met with Blake. It was a love fest. I LOVE he…"
12/14/2022 6:02:04 PM

**Adam Mondschein**
And YESSSSS. That would be amazing. 3 and half hours! That's incredibly meaningful.
12/14/2022 6:04:11 PM

**Henny Grace (Owner)**
Loved "And YESSSSS. That would be amazing. 3 and half hou…"
12/14/2022 6:07:27 PM

**Henny Grace (Owner)**
https://www.tiktok.com/@hadelinemope/video/7023516316002716974?embed_source=%3Bnull%3Bembed_share&is_from_webapp=v1&item_id=7023516316002716974&refer=embed&referer_url=www.glamourmagazine.co.uk%2Farticle%2Fblake-lively-doppelganger-tiktok&referer_video_id=7023516316002716974
<__Library_SMS_Attach_1_d9_09_at_1_9_1_9FF877_1>
<__Library_SMS_Attach_1_d8_08_at_0_9_1_3751F4_1>
12/14/2022 6:41:47 PM

**Adam Mondschein**
TikTok
12/14/2022 6:55:41 PM

**Henny Grace (Owner):** Lol. Look like a young Blake -
12/14/2022 6:57:45 PM

**Henny Grace (Owner):** https://www.glamourmagazine.co.uk/article/blake-lively-doppelganger-tiktok
<__Library_SMS_Attach_1_b7_07_at_0_5_1_0EE48E_1>
<__Library_SMS_Attach_1_b8_08_at_1_5_1_EBA68E_1>
12/14/2022 6:58:19 PM

**Adam Mondschein:** Blake is prettier, this girl is.. blonde 😬
12/14/2022 6:58:22 PM

**Henny Grace (Owner):** Will need a young Blake if she does it!
12/14/2022 6:59:49 PM

**Adam Mondschein:** Can she even act?
12/14/2022 7:02:22 PM

**Henny Grace (Owner):** Im not actually interested.
12/14/2022 7:02:32 PM

**Henny Grace (Owner):** good to know there are look alike. Im sure I can discover a high school student in a theatre program who looks like her!
12/14/2022 7:03:07 PM

**Adam Mondschein:** Emphasized "good to know there are look alike. Im sure I can d…"
12/14/2022 7:03:28 PM

**Adam Mondschein:** Exactly. Any skinny blonde girl in theater will do
12/14/2022 7:03:48 PM

**Henny Grace (Owner):** Nah its a heavy lift. They need to be real actors
12/14/2022 7:04:14 PM

**Henny Grace (Owner):** They exist
12/14/2022 7:04:19 PM

**Adam Mondschein**
Liked "Nah its a heavy lift. They need to be real actors"
12/14/2022 7:04:35 PM

**Adam Mondschein**
Liked "They exist"
12/14/2022 7:04:38 PM

CONFIDENTIAL

BALDONI_000018835