# Exhibit 94

## Short Message Report

| Conversations: 1 | Participants: 4 |
| --- | --- |
| Total Messages: 4 | Date Range: 4/12/2023 |

### Outline of Conversations

 **RR-FullMessages-0188555** • 4 messages on 4/12/2023 • Device Owner Name Not Available <Device Owner Num/AccountID Not Available> • Liz Plank <███████████> • R Reynolds <███████████> • R Reynolds <███████████>

RR-SUBPOENA-000000039

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬   **RR-FullMessages-0188555**

**RR**   R Reynolds ◀        ▶       ◀ 4/12/2023, 6:28 PM
I'm a little baffled by Mr Baldoni. I would love any guidance at some point.

**LP**   Liz Plank ◀       ▶       ▶ 4/12/2023, 6:58 PM
rats. i tried to warn blake on the red flags but was hoping he had gotten better. i'm on a shoot right now, want me to call
you after?

**RR**   R Reynolds ◀       ▶       ◀ 4/12/2023, 6:59 PM
Sure. Zero pressure. We can chat tomorrow… and… SIGH.

**LP**   Liz Plank ◀       ▶       ▶ 4/12/2023, 7:16 PM
ugh i'm sorry ryan. working on his set was truly one of the worst days of my life, but it's survivable and i'll help. call me
anytime tmro x

CONFIDENTIAL        RR-SUBPOENA-000000040