# Exhibit 99

| | |
|---|---|
| **From:** | Andrew Calof < > |
| **Sent:** | Sat, 31 Dec 2022 19:04:10 -0500 (EST) |
| **To:** | "Giannetti, Andrea" < > |
| **Cc:** | Alex Saks < >; Jamey Heath < >; Justin < > |
| **Subject:** | Re: Jamey, |
| **Attachments:** | Wayfarer_Studios_EmailSignature_Logo_1wkMvs7GhzQkX-4mSNETIMMc6N01yipWT.png |

Fantastic job everyone is right. Happy New Year. Cheers to the adventure and all of you.

Calof

On Dec 31, 2022, at 1:45 PM, Giannetti, Andrea < > wrote:

Fantastic job everyone. Happy New Year.

**From:** Alex Saks < >
**Sent:** Saturday, December 31, 2022 1:22:19 PM
**To:** Jamey Heath < >
**Cc:** Giannetti, Andrea < >; Justin < >; Andrew Calof < >
**Subject:** Re: Jamey,

Off we go!!!!

On Dec 31, 2022, at 1:20 PM, Jamey Heath < > wrote:

In writing.

Jamey Heath
President
Wayfarer Studios

One planet, One people, Please…

Begin forwarded message:

**From:** Warren Zavala < >
**Date:** December 31, 2022 at 1:15:14 PM PST
**To:**
**Subject: Jamey,**

We're good on the financial terms for Blake. She's excited to do the film. No earlier than May 18th and in New York. We can sort through a straight to streaming premium and the other particular when the attorneys get back on Tuesday. She'l accept the no less than EP credit in terms of producing. But let's continue the convo next week.
Thanks.
W
Warren Zavala | WME