# Exhibit 100

| | |
|---|---|
| **From:** | Joseph Lanius <​> |
| **Sent:** | Wed, 3 Jan 2024 00:09:31 -0500 (EST) |
| **To:** | Lindsey Strasberg <​>; David Weber <​> |
| **Cc:** | Jaime Marchello <​>; Jessica Rodgers <​>; imene meziane <​> |
| **Subject:** | Re: Production update/ Blake Lively / It ends with us |
| **Attachments:** | Lively - It Ends With Us - Nudity Rider 1.2.24RL.docx;Side Letter to Actor Loanout Agreement 1.2.24RL.docx |

Hello Lindsey/David,

Thank you for taking the time to talk today.
Attached is the revised Nudity Rider and Side Letter.
Please note that we have spoken to Sony and cannot agree to any form of injunctive relief being allowed.
However, it is agreed that Ms. Lively can outright approve the footage that involves the Scenes that become Exhibit A.
For the Side Letter, there cannot be any approval over the scenes involving "Young Lily". Please note all of this previous footage was shot under Nudity Riders involving the two actors and approved by the intimacy coordinator. In addition, Sony's MPA specialist has deemed this footage to be PG-13 in nature.

The rest of the items have been accepted in order to get this done so there are no delays for this week or next week.

Reserving customary rights. We will be available to discuss tomorrow as necessary.

Thanks
Joseph

**Joseph Lanius**
**Partner**


CONVERGENCE MEDIA LAW

9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

P:
M:
www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*

---

**From:** Lindsey Strasberg <​>
**Date:** Tuesday, January 2, 2024 at 1:30 PM
**To:** David Weber <​>, Joseph Lanius <​>
**Cc:** imene meziane <​>, Jaime Marchello <​>, Jessica Rodgers <​>
**Subject:** RE: Production update/ Blake Lively / It ends with us

Fine for me too

-----Original Message-----
**From:** David Weber
**Sent:** Tuesday, January 2, 2024 1:26 PM
**To:** Joseph Lanius <​>
**Cc:** Lindsey Strasberg <​>; Imene Meziane <​>; Jaime Marchello <​>; Jessica Rodgers <​>
**Subject:** RE: Production update/ Blake Lively / It ends with us

Works for me

-----Original Message-----
**From:** Joseph Lanius [mailto:]
**Sent:** Tuesday, January 2, 2024 1:24 PM
**To:** David Weber <​>
**Cc:** Lindsey Strasberg <​>; Imene Meziane <​>; Jaime Marchello <​>
**Subject:** Re: Production update/ Blake Lively / It ends with us

How is 3:30 PST for you both?

> On Jan 2, 2024, at 1:13 PM, David Weber <​> wrote:
>
> I'm available too
>
> -----Original Message-----
> From: Lindsey Strasberg
> Sent: Tuesday, January 2, 2024 1:11 PM
> To: Joseph Lanius <​>
> Cc: Imene Meziane <​>; David Weber <​>; Jaime Marchello <​>
> Subject: RE: Production update/ Blake Lively / It ends with us
>
> Happy to schedule with you guys ASAP
>
> -----Original Message-----
> From: Joseph Lanius [mailto:]
> Sent: Tuesday, January 2, 2024 12:04 PM
> To: Lindsey Strasberg <​>
> Cc: Imene Meziane <​>; David Weber <​>; Jaime Marchello <​>
> Subject: Re: Production update/ Blake Lively / It ends with us
>
> Hi Lindsey,
>
> We are ready to send you a reply on both the Nudity Rider and Side Letter but would like to have a call first please. As I believe you're aware, a meeting is happening Thursday that may impact these two agreements so wanted to have that conversation on that front along with giving context to some of the changes we will request.
> Please let us know if you have time this afternoon or your earliest availability.
>
> Thanks,
> Joseph
>
>
>
>> On Jan 2, 2024, at 6:41 AM, Lindsey Strasberg <​> wrote:
>>
>> Hi Joseph
>> Following up to confirm that we will hear from you today on the nudity rider and side letter.
>>
>> -----Original Message-----
>> From: Joseph Lanius [mailto:]
>> Sent: Thursday, December 28, 2023 12:50 PM
>> To: Lindsey Strasberg <​>
>> Cc: Imene Meziane <​>; David Weber <​>; Jaime Marchello <​>
>> Subject: Re: Production update/ Blake Lively / It ends with us
>>
>> Hi Lindsey,
>>
>> No worries. Hope you're having a nice and relaxing holiday. I should be in touch by tomorrow or Monday very latest.
>> Thank you,
>> Joseph
>>
>>
>>>> On Dec 28, 2023, at 11:57 AM, Lindsey Strasberg <​> wrote:
>>>
>>> Hi Joseph and Imene,
>>> I'm sorry to bother you during the holiday, but I am checking in on the draft nudity rider and side letter, which must be wrapped up before the recommencement of photography next week.
>>> Thank you.
>>>
>>> -----Original Message-----
>>> From: Lindsey Strasberg
>>> Sent: Tuesday, December 19, 2023 3:48 PM
>>> To: Joseph Lanius <​>
>>> Cc: Imene Meziane <​>; David Weber <​>
>>> Subject: RE: Production update/ Blake Lively / It ends with us
>>>
>>> Thank you, Joseph!
>>>
>>> -----Original Message-----
>>> From: Joseph Lanius [mailto:]
>>> Sent: Tuesday, December 19, 2023 3:47 PM
>>> To: Lindsey Strasberg <​>
>>> Cc: Imene Meziane <​>; David Weber <​>
>>> Subject: Re: Production update/ Blake Lively / It ends with us

>>>
>>> Hi Lindsey,
>>>
>>> Imene is out of the country so wanted to respond. We are in receipt of the Nudity Rider and Side Letter. The plan is to circle back shortly to get it all done.
>>> Thank you,
>>> Joseph
>>>
>>>
>>>>> On Dec 19, 2023, at 3:28 PM, Lindsey Strasberg <​​​​​​​> wrote:
>>>>
>>>> Hi Imene,
>>>> I am checking and will come back to you. In the meantime, can you kindly confirm your receipt of the Nudity Rider and Side Letter.
>>>> Thank you.
>>>>
>>>> -----Original Message-----
>>>> From: Imene Meziane [mailto:]
>>>> Sent: Tuesday, December 19, 2023 12:44 PM
>>>> To: Lindsey Strasberg <​​​​>; David Weber <​​​​​​​>
>>>> Cc: Joseph Lanius <​​​​​​​>
>>>> Subject: Production update/ Blake Lively / It ends with us
>>>>
>>>> Dear Lindsey,
>>>>
>>>> I hope you're well.
>>>>
>>>> I just received an update from production that I wanted to share with you. We've shared this information with Ms. Lively's agent and manager as well.
>>>>
>>>> We have the intimacy coordinator from phase 1 confirmed for the duration of the shoot. However there are 4 days where she will not be available. We would have a replacement for those particular days. Please note thay were just learned this today. We wanted to confirm with you and Ms. lively that this is amenable.
>>>>
>>>> We are trying to lock that in and any quick response would be very appreciated. Thank you so much.
>>>>
>>>>
>>>> Best,
>>>> Imene Meziane

CONFIDENTIAL

## NUDITY RIDER

TO: ACTOR AGREEMENT

DATED: May 8, 2023

PARTIES: Blakel, Inc. ("Lender") f/s/o Blake Lively ("Artist") and It Ends With Us Movie LLC ("Company")

PICTURE: "It Ends With Us" ("Picture")

1. The following, which shall constitute a Nudity Rider to that certain ~~unexecuted above-specified~~ actor agreement dated as of May 5, 2023 between Lender and Company ("Agreement"), contains provisions which shall be deemed incorporated into the Agreement as if set forth therein in full. In the event of any conflict between the provisions of this Rider and the Agreement, the provisions of this Rider shall prevail.

2. Artist acknowledges that Artist's role in the Picture might require (i) scenes involving nudity or partial nudity (any such nudity or partial nudity being hereinafter collectively referred to as "nude scenes") and (ii) simulated sex scenes (such scenes being hereinafter referred to as "simulated sex scenes"). Lender and Artist acknowledge and agree that Artist has accepted such engagement in the Picture with full knowledge of Artist's required participation in the nude scenes and/or simulated sex scenes set forth in Exhibit "A" (collectively, the "Scenes"), which is attached hereto and incorporated herein by this reference; provided, however, that Artist, the director of the Picture, producer Todd Black ("Black"), producer Alex Saks and the intimacy coordinator shall discuss in advance and in detail the manner in which the Scenes shall be filmed , including, without limitation, specific choreography. Lender's and Artist's execution of this Nudity Rider constitutes written consent by Artist to appear in Scenes and to perform therein solely as mutually-determined in accordance with the preceding sentence , subject to all terms and conditions below, including without limitation Lender's and Artist's approval rights.

**Commented [LS1]:** Please update Exhibit "A" by attaching applicable script pages, which we understand should include no less than 5 different scenes.

**Commented [JL2R1]:** As I understand, this is what part of the meeting is to discuss and finalize on Thursday. Please note that the actual Scenes do not film until mid next week.

3. In the event the Scenes in the Screenplay are re-written prior to shooting the Scenes, and without limiting Artist's general approval rights under the Agreement, Artist shall have the right to approve in advance and in writing all such changes relating to the Scenes and Artist shall have the right to refuse to perform the Scenes including such changes, if Artist disapproves such changes, provided that Artist will provide the director with specific details and feedback about the reasons for Artist's disapproval.

4. For clarity, neither Artist nor any Artist-approved body double (as further described below) shall be required to perform or display any frontal nudity, below-the-waist nudity, side nudity, breast, nipples, buttocks, genital areas, pubic hair or genitalia. As indicated in Exhibit A, no part of Artist's nude body will be visible that would not otherwise customarily be visible in a reasonably modest bikini.

5. During all preparation, rehearsal and filming of the Scenes, Company agrees to ensure the following:

CONFIDENTIAL

HEATH_000045413

   a. Artist will be permitted to wear undergarments;
   b. The intimacy coordinator will be present and involved to ensure that all pre-approved choreography is strictly followed;
   c. An Artist-approved crew member will be on set and immediately off-camera to provide Artist with a robe or other appropriate cover-up to wear in between takes;
   d. The set will be closed to all persons other than personnel with essential business reasons for being present on set as approved by Artist and Black ("Essential Personnel");
   e. No outside monitors will be used;
   f. No "making of", behind-the-scenes or EPK production personnel, journalists or audio-visual equipment will be permitted on, or have access to, the closed set;
   g. Video playback may be accessed only by Essential Personnel and must be deleted upon completion of filming the Scenes;
   h. No still photographer will be permitted on set and no still photography will be taken;
   i. Only the primary cameras, audio and video equipment used by Company's authorized and Essential Personnel to film and record footage of the Scenes for the Picture will be permitted on the closed set. Company agrees that there will be no so-called "remote"/secondary audio and video-assist equipment which would be considered duplicative to the audio and video-assist equipment used by Company's authorized, Essential Personnel to record footage of the scenes for the Picture. Furthermore, no person present on the set will be authorized or permitted to possess personal audio, video or audio-visual recording devices (including, for the avoidance of doubt, still photography cameras, personal video cameras, digital cameras, camera phones, tablet cameras, etc.) and such devices will be collected by Company prior to any preparation, rehearsal and or filming of the Scenes.

6. The dailies of the Scenes may be only be screened by Essential Personnel. Company shall ensure that the original film negative or DV Masters containing the Scenes will be stored in a secure location (i.e., a secure laboratory or storage facility) not accessible to unauthorized personnel. Dailies containing the Scenes shall not be transferred to videotape, except as is necessary for the production of the Picture.

7. There shall be no screen grabs, still photographs or likenesses of Artist in the Scenes taken or reproduced in any manner from any frame, footage or outtake of the Scenes. There will be no drawn likenesses made of any part of the Scenes.

8. No nude body double for Artist or body double for Artist simulating sex shall be used in connection with the Scenes without Artist's prior written consent. If Artist consents to the use of a body double in one or more of the Scenes, Artist will have prior, written approval over the selection of such body double and usage of footage containing such body double shall be bound by the same restrictions applicable to footage of Artist as set forth in this Rider. A "body double" shall be deemed to include, without limitation, a digital nude double or digital double for Artist simulating sex, whether created via CGI or other visual effect.

9. Company acknowledges and agrees that Artist shall have a right of prior, written approval over what footage of Artist's nudity, partial nudity or simulated sex in the Scenes (including without limitation any such footage involving a body double) will appear in the Picture ("Approved Footage"). Artist will exercise such approval right in writing and in a reasonably timely manner in accordance with the Company approved post-production schedule for the Picture. The parties acknowledge and agree that Company shall destroy any nude, partially nude or simulated sex footage of Artist (or any body double) in the Scenes that is not approved by Artist hereunder no later than upon completion,

CONFIDENTIAL HEATH_000045414

delivery and acceptance of the answer print/DCP of the Picture by the U.S. domestic distributor. For the avoidance of doubt, Artist shall only have the right to mutually approve the Approved Footage as it relates to Artist's nudity, partial nudity or simulated sex in the Scenes (including without limitation any such footage involving a body double) and not with respect to the other editorial and/or artistic and creative aspects of such Scenes or any other aspects relating to the cut of the Picture, or otherwise.

10.    ~~Notwithstanding anything to the contrary in the Agreement, if Company uses, or authorizes the use of, in any manner any footage containing Artist's nudity, partial nudity or simulated sex (including without limitation any such footage involving a body double) that Artist has not approved in writing for use in the Picture (whether as to the footage itself or how it is used), Lender and Artist shall be entitled to seek injunction and/or other equitable relief with respect to Company's use of such footage.~~

11~~10~~.    Producer may only use the Approved Footage of the Scenes as part of the final edited version of the Picture as initially released in its entirety and shall have the right to do so in perpetuity, throughout the universe in all media now known or hereafter devised. Without limiting the terms of Paragraph 9 above, all footage of the Scenes not used in the final edited version of the Picture shall be destroyed promptly after the completion, delivery and acceptance of the Picture to the U.S. domestic distributor and Company will ~~use good faith efforts~~provide a certificate to ~~notify~~ Lender and Artist confirming such destruction. For the avoidance of doubt, and without prejudice to any restrictions contained in the Agreement, Company will not license or authorize the use of any Scene footage in any other production. Company agrees that no footage from the Picture, and no screen grab, photograph or likeness of Artist (or any body double), that is drawn from or otherwise depicts the Scenes shall be used in any advertising, marketing, publicity, promotion, one-sheets, "making-of" and/or "behind-the-scenes" featurettes, merchandising, commercial tie-ins or home entertainment added-value material in connection with the Picture without Artist's separate prior, written consent.

11.    Notwithstanding anything to the contrary contained herein, in the event of any uncured, material breach of this Rider by Company, Lender and Artist acknowledge and agree Lender's and Artist's sole remedy shall be an action at law for money damages and Lender and Artist shall not be entitled to seek any provisional or equitable remedy, including terminating this Rider or the Agreement and/or an injunction, or interfere with the development, production, distribution, exploitation or marketing of the Picture.

[SIGNATURE PAGE FOLLOWS]

CONFIDENTIAL

HEATH_000045415

ACCEPTED AND AGREED BY:

BLAKEL, INC.
("Lender")


By: _____
Its: _____


_____
BLAKE LIVELY ("Artist")

4

CONFIDENTIAL                                          HEATH_000045416

### EXHIBIT "A"

### Nude Scenes and Simulated Sex Scenes

1. Scene B42 - **Simulated Sex:** Artist consents to simulated vaginal sex in a variety of positions (missionary, reverse missionary and seated) with her scene partner. An external barrier will be provided for her comfort and protection.

    **Nudity:** Artist does not consent to any nudity except for side breast which would be seen whilst still wearing a bikini.

2. Scene A69 - **Simulated Sex:** Artist consents to simulated vaginal sex in a variety of positions (missionary, reverse missionary and seated) with her scene partner. An external barrier will be provided for her comfort and protection.

    **Nudity:** Artist does not consent to any nudity except for side breast which would be seen whilst still wearing a bikini.

[~~We are reserving rights to comment further on Exhibit "A" (i.e., to require more specificity in descriptions) depending upon resolution of our proposed revisions to the body of the agreement~~] ~~Please note I understand that all of these descriptions were specifically approved by the SAG intimacy coordinator and Blake but please let us know if you have further additions to the descriptions.~~

5

As of November 15, 2023

Blakel, Inc.
f/s/o Blake Lively
c/o WME Entertainment
9601 Wilshire Blvd., 3rd Floor
Beverly Hills, CA 90210
Attn: Warren Zavala
e-Mail: [ HYPERLINK

Copy to:
Sloane Offer Weber and Dern LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Attn: David Weber and Lindsey Strasberg
e-Mail: [ HYPERLINK

] and

REFERENCE IS MADE to that certain unexecuted actor agreement ("**Agreement**"), dated as of **May 5, 2023** between IT ENDS WITH US MOVIE, LLC ("**Company**") and BLAKEL, INC. ("**Lender**") for the acting and related services of Blake Lively ("**Artist**") in connection with the motion picture currently entitled "IT ENDS WITH US" ("**Picture**").

WHEREAS, the parties wish to confirm the conditions under which Lender has agreed to cause Artist to render acting services on the Picture following the break in production of the Picture related to the 2023 WGA and SAG-AFTRA labor strikes.

NOW THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, Company agrees to the following additional terms and conditions in connection with Artist's services and use of Artist's results and proceeds in the Picture which shall be deemed incorporated into the Agreement.

1. An intimacy coordinator must be present at all times when Artist is on set.

2. With respect to Artist, aAny and all rehearsal, filming, reviewing of video playback or dailies and/or any other interaction with any scene involving simulated sex, nudity and/or partial nudity shall be restricted to those persons with essential business reasons for being present as approved by Artist and Todd Black ("Essential Personnel") as further described in the nudity rider attached as Schedule I hereto ("Nudity Rider").

3. There is to be no spontaneous improvising of any scenes involving intimate/sexual physical touching, simulated sex, or nudity with respect to Artist. Scenes involving Artist that involves kissing, depictions of sexual intercourse, or any other intimate/sexual physical touching must be contained in the screenplay (i.e., the most up to date draft approved by Artist in writing), choreographed in advance in the presence of the intimacy coordinator, and may only proceed as choreographed with the consent of all participants in advance.

4. Physical touching and/or comments on Artist's physical appearance must only be done/made in connection with the character and scene work, not as to Artist personally. Except as written into the screenplay or as strictly required in connection with make-up or costume preparation, there is to be no physical touching (including hugging) of Artist, her on-set personnel and/or her employees.

5. There are to be no discussions with Artist of personal experiences with sex or nudity, including as it relates to conduct with spouses or others.

CONFIDENTIAL

HEATH_000045418

6. No one will enter, attempt to enter, interrupt, pressure, or request entrance to Artist's trailer while she is in a state of undress for any reason.

7. There shall be no rehearsal or filming of Artist (including Artist's approved body double) of any nudity, partial nudity and/or simulated sex except as expressly permitted in accordance with the Nudity Rider. Any such footage of Artist (or Artist's body double) previously shot without the Nudity Rider in place may not be used without Artist's and her legal representatives' prior, written consent.

8. Artist may have a representative of her choosing present with her on set for the remainder of the rehearsal and shooting days, including while on a closed set.

9. If Artist is exposed to COVID-19, she must be provided notice as soon as possible after Wayfarer or any producer or production executive becomes aware of such exposure.

10. There shall be no retaliation of any kind against Artist or Company (including any producers, director or any other personnel in connection with the Picture) for raising concerns about the conduct described in this letter or for these requirements. Any changes in attitude, sarcasm, marginalization or other negative behavior, either on set or otherwise, including during publicity and promotional work, as a result of these requests is retaliatory and unacceptable, and will be met with immediate action.

11. Except as otherwise agreed by Artist, while Artist is on set, Sony must have a mutually-approved representative (Ange Giannetti is hereby approved) on set for the remainder of the rehearsal and shooting days, including on a closed set, to actively supervise the production, including monitoring the safety of the cast and crew, ensuring compliance with the schedule and overseeing logistics, problem solving and creative issues.

12. Wayfarer will engage an additional, experienced A-level producer, approved by Artist (Todd Black is hereby approved) (the "Approved Producer"), to actively supervise the production, including monitoring the safety of the cast and crew, ensuring compliance with the schedule and overseeing logistics, problem solving and creative issues provided that Company shall have the right to approve the agreement with the Approved Producer.

13. Wayfarer must empower any existing third party producer with appropriate and customary authority to actively supervise the production, including monitoring the safety of the cast and crew, ensuring compliance with the schedule and overseeing logistics, problem solving and creative issues.

14. Wayfarer will engage an A-list stunt double, approved by Artist, to rehearse and perform any scenes involving the character "Lily" that depicts rape or any act of sexual violence. Artist will only perform close-up work or other pre-approved shots for such scenes. In addition, Wayfarer to engage Artist-approved body doubles for both characters (i.e., "Lily" and "Ryle") for all simulated sex scenes. Wayfarer will use best reasonable commercial efforts to engage the same Artist-approved individual as Artist's body double and stunt double.

15. Any rehearsal or shooting involving Artist, or any other performer depicting the character of "Lily," that involves nudity (including partial nudity) or simulated sex must be conducted strictly in accordance with the Nudity Rider and must adhere to the final, approved script. For purposes hereof, partial nudity shall mean scenes showing the

> exposed and uncovered (including side shots) breasts (including any exposure of the areolas), buttocks or genital areas. ~~For the avoidance of doubt, there will be no use of footage in the Picture that depicts any underage character or underage actor engaged in sexual intercourse or any form of penetration.~~

16. Any and all day players that participate in any way in scenes with Artist involving nudity, partial nudity and/or simulated sex must be engaged through customary industry talent agencies and not through personal connections of the director and/or producer.

17. At Artist's election, an all-hands, in-person meeting before production resumes which will include the director, the existing third party producer, the Sony representative, the newly-engaged third party producer (i.e. Todd Black), Artist and Artist's designated representatives to confirm and approve a plan for implementation of the above that will be adhered to for the physical and emotional safety of Artist, her employees and all the cast and crew moving forward.

In the event of any conflict between the terms and conditions of the Agreement and the terms and conditions of this side letter agreement, the terms and conditions of this side letter agreement shall control.

ACKNOWLEDGED, AGREED TO & ACCEPTED

**IT ENDS WITH US MOVIE LLC**          **BLAKEL, INC.**

By: _____             By: _____

Name:                                  Name:

Its:                                   Its:

Schedule I

Nudity Rider

CONFIDENTIAL

HEATH_000045421