# Exhibit 101

**From:** Jamey Heath <​>
**Sent:** Fri, 3 May 2024 22:20:35 -0400 (EDT)
**To:** Lindsey Strasberg <​>
**Cc:** Imene Meziane <​>; Joseph Lanius <​>; Warren Zavala <​>; Justin Grey Stone <​>; Todd Black <​>
**Subject:** Re: Call request.

---

Hello everyone,

In light of the conversations that have been happening over the last few days, I wanted to align on where things are now.

We have withdrawn our request for your client to sign her agreement in order to extend the time with the edit.
As of 3pm EST, BL and her editor have full access to the film and will continue to have access through May 10th.
As mentioned through our post supervisor, it would be most helpful if we were to receive any updates end of day May 8th in order for the Director to digest the information and implement them into his cut.

As for the future resolution of the contract, we will standby in hopes that we come to a conclusion soon.

Have a good weekend,
Jamey



Jamey Heath
CEO
Wayfarer Studios

> On May 2, 2024, at 2:41 PM, Todd Black <​> wrote:
>
> Guys if I can help facilitate this call or do anything, let me know. I am in NY. Thanks. Todd
> Sent from my iPhone
>
>> On May 2, 2024, at 4:48 PM, Jamey Heath <​> wrote:
>>
>> Hi Lindsey,
>> I hope you are well.
>>
>> I'm writing to request that we consider finding some time to have a call to discuss the IEWU contract.
>> If you are able to do so, we can attempt to try and resolve any of the outstanding items.
>> I understand that things have been going back and forth for some time and I know you can appreciate the need for us all to bring this to a close.
>>
>> The weekend is fast approaching and given some recent discussions, I think it makes sense that we speak beforehand.
>>
>> Looking forward to your response,
>> Thank you
>>
>> Jamey
>>
>> 
>>
>> Jamey Heath
>> CEO
>> Wayfarer Studios

CONFIDENTIAL

HEATH_000046139