# Exhibit 102

**chat600706861239659566**

**Thread Participants:** ▇▇▇ Jamey Heath (Owner); ▇▇▇ ; ▇▇▇ Justin; ▇▇▇ ; Jamey Heath (Owner); Justin

**Active Participants:** ▇▇▇ Jamey Heath (Owner); ▇▇▇ ; ▇▇▇ Justin;

**First Message:** 12/18/2022 2:02:55 PM
**Last Message:** 12/18/2022 9:36:44 PM

---

▇▇▇
Sent this to warren this am to explain its not just 26 week post and we're done. We need a month for prints and shipping etc. so laid this out which now he gets why we can't make xmas if don't go first.
*12/18/2022 2:02:55 PM*

▇▇▇
Ok great
*12/18/2022 2:03:10 PM*

▇▇▇
Yes:
Shooting time: 30 days March 27 - May 8

Stop date hold period:
May 9 - 27

Post: 26 weeks. NO rest/break for Justin wrapping goes right to editorial
May 22nd - Nov 17

4 weeks printing and shipping
Nov 20-14th (and there is thanksgiving in there so tight)
Ready for release dec 15th
*12/18/2022 2:03:13 PM*

▇▇▇
Typo there in end. It's Nov 20 to DEC 14th for prints and shipping which he knows.
*12/18/2022 2:04:14 PM*

▇▇▇ **Justin**
Oof- that looks tough on me
*12/18/2022 2:08:57 PM*

▇▇▇
If we start w the kids you'd have buffer before you start your cut
*12/18/2022 2:09:56 PM*

▇▇▇
we'd wrap may 15th in this version so you would have a week of down time before your cut
*12/18/2022 2:10:34 PM*

> **Justin**
> Yeah I always take at least a week off
> 12/18/2022 2:13:53 PM

> Yep you'll have that
> 12/18/2022 2:14:06 PM

> And possibly could get you two if we start w kids
> 12/18/2022 2:14:12 PM

> **Justin**
> None of it matters unless they're actually going to push the movie right?
> 12/18/2022 2:14:14 PM

> The other movie you mean?
> 12/18/2022 2:14:24 PM

> **Justin**
> Yep
> 12/18/2022 2:14:29 PM

> Yes, 100%
> 12/18/2022 2:14:32 PM

> I should have said I just put in no break for you to make it like you are doing everything to accommodate Blake and really going extra mile here. We would figure that out and with 26 weeks we can.
> 12/18/2022 2:18:40 PM

> Yes totally
> 12/18/2022 2:18:50 PM

> **Justin**
> Loved "I should have said I just put in no break for you …"
> 12/18/2022 2:22:27 PM

> **Justin**
> Just got off the phone with Colleen, she said Blake is her dream Lily, and she couldn't believe it
> 12/18/2022 2:58:08 PM

> Awwww
> 12/18/2022 2:58:18 PM

> That is FANTASTIC!
> 12/18/2022 2:58:32 PM

> Blake will love hearing that
> 12/18/2022 2:58:37 PM

**Justin**
> And also, I have a lot of marketing ideas that are unconventional ange prepare a marketing team 😬
> 12/18/2022 2:58:53 PM

> Yes. After we close we can tell her.
> 12/18/2022 2:59:01 PM

> Laughed at "Yes. After we close we can tell her."
> 12/18/2022 2:59:07 PM

> Liked "And also, I have a lot of marketing ideas that are…"
> 12/18/2022 2:59:15 PM

**Justin**
> I wanna do a TikTok search for young Lilli and atlas
> 12/18/2022 2:59:18 PM

**Justin**
> Emphasized "Yes. After we close we can tell her."
> 12/18/2022 2:59:24 PM

**Justin**
> Close it! Lol
> 12/18/2022 2:59:34 PM

**Jamey Heath (Owner)**
> Tomorrow is gonna be "moving day". All hands on deck. I feel like we are at then end of the soccer match. Let's call on Messi
> 12/18/2022 3:01:53 PM

> Sorry. I don't understand sports metaphors.
> 12/18/2022 3:05:03 PM

**Jamey Heath (Owner)**
> Btw. I'm at home with my daughter, husband, and wife with a visit from her midwife (that delivered Justin's kids, and my kids) going through the process for her home birth at my house. It's very magical. This all to say, the energy of bringing life into the world is surrounding us. We are birthing Blake into this roll.
> 12/18/2022 3:06:04 PM

> Loved "Btw. I'm at home with my daughter, husband, and wi…"
>
> 12/18/2022 3:08:44 PM

> Now that I get. Beautiful.
>
> 12/18/2022 3:09:15 PM

> And they are due the same time
>
> 12/18/2022 3:12:13 PM

**Jamey Heath (Owner):** Yes sir
12/18/2022 4:05:07 PM

> Wtf is existential? From Aaron just now. Calling him:
>
> Been on the phone all morning with the multiple parties involved with Proxy. The bottom line is that going behind your film is not an option for us. The director, the financiers ( Endeavor Content) and FilmNation all feel we need to start shooting as soon as possible and can not be shooting in the summer. With that said, we do feel we could start shooting March 27th for our 35 day shoot. We will look into shooting 6 days to help finish asap. We are also speaking to the bond company today about how big a buffer we would need. And we are front loading all her work to have her shot out as soon as possible. Sadly, she's in nearly every scene but we hope to have a few days without her so she can get to you right away. It's everyone's intention to try and make this work out for her and you guys. I know you feel you guys need to go first, but from our side it's existential that we go first…
>
> 12/18/2022 4:17:44 PM

> **Justin**
> Wow
> This seems crazy to me - it's an indie with no release date
>
> 12/18/2022 4:20:17 PM

**Jamey Heath (Owner):** They don't have a release date??? They don't have theatrical distribution!!!? Why is is "existential" that they go first.
12/18/2022 4:20:21 PM

**Jamey Heath (Owner):** Either way. It doesn't change anything for them to go 2nd as it does us.
12/18/2022 4:20:54 PM

CONFIDENTIAL    WAYFARER_000138399

**Justin:** Are they willing to lose her?
12/18/2022 4:21:18 PM

**Justin:** Emily just said/ are we willing to stand out ground and let her go and go all in ….and play poker ….
12/18/2022 4:22:32 PM

in 30 years I have never heard this.
12/18/2022 4:22:49 PM

**Justin:** I think it's this European snobby director.

I know she wants the time to get in shape. But I think we should hop on a call and re group.

Alex is at the spa
12/18/2022 4:23:38 PM

**Jamey Heath (Owner):** Guys let's continue to have this conversation, at the end of the day it shows how much we have tried to make it work. And then, tomorrow, we have to stand ground. And let them know we have to move on.
12/18/2022 4:23:57 PM

**Justin:** Question/ With that above schedule / would we make V day?
12/18/2022 4:24:58 PM

We can't make Valentine's Day even with that schedule.
12/18/2022 4:30:40 PM

**Justin:** Let's regroup and strategies
12/18/2022 4:34:25 PM

**Justin:** Strategize
12/18/2022 4:34:29 PM

I'm avail
12/18/2022 5:07:50 PM

They're all afraid of their director
12/18/2022 5:07:58 PM

Who thinks he's a fancy auteur
12/18/2022 5:08:04 PM

> But isn't yet
> 12/18/2022 5:08:09 PM

> Loved "Btw. I'm at home with my daughter, husband, and wi…"
> 12/18/2022 5:09:17 PM

> I think she needs to choose
> 12/18/2022 5:10:39 PM

> And if she chooses them we have to figure out the second window or not…
> 12/18/2022 5:10:51 PM

> They have still not given a reason as to why they can't go second. Because there isn't one
> 12/18/2022 5:11:38 PM

> Aside from the director which is why we weren't hearing from Aaron
> 12/18/2022 5:11:52 PM

**Jamey Heath (Owner)**
> Correct!
> 12/18/2022 5:12:10 PM

**Justin**
> Alex, can you get your hands on the script? Do you know what the budget?
> 12/18/2022 5:12:13 PM

> I'm sure I can get the script
> 12/18/2022 5:12:36 PM

> Budget number probably tougher but possibily
> 12/18/2022 5:13:11 PM

> But their financier and film nation are not driving this
> 12/18/2022 5:13:24 PM

> It's Aaron being afraid of the director
> 12/18/2022 5:13:37 PM

**Justin:** Got it -
Yeah let's rest on this today.
12/18/2022 5:13:42 PM

I bet Aaron convinced the director they should wait for Blake
12/18/2022 5:13:51 PM

And the director is going to flip out now
12/18/2022 5:14:01 PM

If that whole bit about casting another actress was true
12/18/2022 5:14:37 PM

**Justin:** Tomorrow we may need to make them choose - the problem is they're going to tell Blake the Director is going to go with another woman if she doesn't do their move you first, which is going to make Blake feel not valuable to this: "cool" filmmaker. I believe us trying and kindness will win.
12/18/2022 5:14:37 PM

Trying meaning have a release next spring?
12/18/2022 5:15:12 PM

Warren told Tom in an email their movie was 17m
12/18/2022 5:15:15 PM

**Justin:** No meeting were trying and bending over backwards to figure this out for them
12/18/2022 5:15:41 PM

The other movie has not tried to help at all
12/18/2022 5:15:48 PM

We already cut her shooting days
12/18/2022 5:15:58 PM

They're still at needing her 7 weeks
12/18/2022 5:16:09 PM

And moved location.
12/18/2022 5:16:12 PM

> But also won't go earlier than 3/27
> 12/18/2022 5:16:21 PM

> You're hearing other movie 34 days? I'm going on that.
> 12/18/2022 5:16:39 PM

> Yeah going off what you heard
> 12/18/2022 5:16:58 PM

> Ange I would ask if they can go before 3/27 and condense their schedule as a whole, I don't think working Blake 6 days is smart unfortunately 2.5 months post partum
> 12/18/2022 5:22:02 PM

> Their bond should only require 10 days
> 12/18/2022 5:22:09 PM

> Having my head of production lay out and vet a Valentine's Day release which I think might work but no wiggle room at all. And fyi spoke to Tom he thinks too many risks going second on too many fronts. He does not want us to put the pick scenario to her yet - says wait and we will all coordinate tomorrow best way forward. Chairman in this only helps us.
> 12/18/2022 5:31:10 PM

> Copy
> 12/18/2022 5:31:26 PM

> Justin
> Loved "Having my head of production lay out and vet a Val…"
> 12/18/2022 5:31:31 PM

> Sounds great!!
> 12/18/2022 5:31:48 PM

> Liked "Sounds great!!"
> 12/18/2022 5:31:58 PM

**Jamey Heath (Owner)**
Sorry I was at a block party all day.

All this sounds good.
I think No matter what going 2nd is not even an option we can consider.

Yes let's rest and regroup mañana.
12/18/2022 8:11:50 PM

Here is the proxy script. The other movie Blake wants to do.
<__Library_SMS_Attachments_ac_12_at_0_8C62CB72-9732-4A0F-9BA1-19DA33051766_Proxy Draft 7.16.22 v2.pdf>
12/18/2022 9:09:47 PM

Oh!!! See here the directors wife wrote the script. Spoke to Aaron again. He said if movie doesn't happen now and first, movie will fall apart as director has another movie in the fall. No start date and Aaron had no details. Does this guy blow his wife's movie? Plot thickens.
12/18/2022 9:14:04 PM

He won't be finished w post to prep a movie in the fall
12/18/2022 9:14:40 PM

**Jamey Heath (Owner)**
Oh man. What a plot.
12/18/2022 9:16:16 PM

**Jamey Heath (Owner)**
It's honestly gonna come down to her choosing. It's unfortunately very clear.
12/18/2022 9:17:05 PM

His last movie was also written by his wife
12/18/2022 9:17:30 PM

I don't see him never doing it...
12/18/2022 9:17:41 PM

She wants the street cred Vanessa Kirby got.

I wish someone could tell her chasing industry street cred isn't the way to go. Do this movie and then make your cool indie.
12/18/2022 9:21:05 PM

CONFIDENTIAL
WAYFARER_000138404

> Yepp, also Vanessa Kirbys biggest post pieces of a woman role is the female supporting role in napoleon 😌
> 12/18/2022 9:23:34 PM

> Mission impossible preceded pieces
> 12/18/2022 9:23:54 PM

**Jamey Heath (Owner):** Just bought my ticket to NY for the red eye tonight. Gonna go and speak to Blake in the morning and set her straight.
12/18/2022 9:34:18 PM

**Jamey Heath (Owner):** 
12/18/2022 9:34:21 PM

> No you didn't
> 12/18/2022 9:34:47 PM

**Jamey Heath (Owner):** I'm kidding
12/18/2022 9:35:39 PM

**Justin:** Of course he didn't.
12/18/2022 9:35:41 PM

> I don't know!! You guys are dedicated gentlemen!!
> 12/18/2022 9:36:03 PM

> **Jamey Heath (Owner)**
> It's all I can stand not to. But of course not. I still believe she'll get there
>
> 12/18/2022 9:36:44 PM

CONFIDENTIAL
WAYFARER_000138406