# Exhibit 103

Exhibit: 5

Witness: GIANETTI

Date: 9/23/25

CSR#12019: Ashley Soevyn

Message

| | |
|---|---|
| **From:** | Giannetti, Andrea [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B617940562A42BAAD39DE71E0E1C246-SLADAGI] |
| **Sent:** | 1/30/2023 4:35:06 PM |
| **To:** | Rothman, Tom [███████████]; Panitch, Sanford [███████████]; Greenstein, Josh [███████████] |
| **Subject:** | Colleen Hoover's publisher |

Head of Atria - publisher of It Ends With Us - emailed the book is back to # 1 on Amazon given Blake / movie announcement.

We will continue to monitor sales.

SPE_WF0000210