# Exhibit 104

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 21 | Date Range: 4/11/2023 - 4/12/2023 |

## Outline of Conversations

 **BL-FullMessages-0062181** • 21 messages between 4/11/2023 - 4/12/2023 • Justin Baldoni <███████> • ?B? <███████>

CONFIDENTIAL
BL-000009292

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062181**

**JB** — Justin Baldoni <█>  — 4/11/2023, 8:15 PM
No worries / Il send you a voice note re the casting and a link

**JB** — Justin Baldoni <█>  — 4/11/2023, 8:20 PM
Attached URL: https://p33-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (952 KB)*

**JB** — Justin Baldoni <█>  — 4/11/2023, 8:21 PM
https://kristycarlson.auditionservices.com/enhanced/#/1130900Attachment Title: 10B6BDA4-FD74-4725-B648-18752252640C.pluginPayloadAttachment

**#** — ?B? <█>  — 4/11/2023, 10:00 PM
Thank you for sending and for the context. When will you decide by?

**JB** — Justin Baldoni <█>  — 4/11/2023, 10:05 PM
The next few days. We can chat about it tmrw have a great night 😊

**#** — ?B? <█>  — 4/11/2023, 10:06 PM
Liked "The next few days. We can chat about it tmrw have …"

**#** — ?B? <█>  — 4/11/2023, 10:07 PM
Perfect. I watched all. Catch up tomorrow. X

**JB** — Justin Baldoni <█>  — 4/12/2023, 9:19 AM
Morning!
For your mom, █ passed- I'd love to take a shot at █ but wanted your thoughts first

**JB** — Justin Baldoni <█>  — 4/12/2023, 9:20 AM
*Dates didn't work for █

**#** — ?B? <█>  — 4/12/2023, 10:54 AM
She's terrific. Would love to have her

**#** — ?B? <█>  — 4/12/2023, 10:54 AM
🙏

**#** — ?B? <█>  — 4/12/2023, 10:54 AM
Thanks for asking. X

**JB** — Justin Baldoni <█>  — 4/12/2023, 4:56 PM
Thank you for letting me hold your baby. Made my day 😊

**JB** — Justin Baldoni <█>  — 4/12/2023, 4:56 PM
Can I connect you with Alex directly?

**#** — ?B? <█>  — 4/12/2023, 4:57 PM
Of course!! Thank you for wanting to! You gotta send me the photos 🙏🙏

**#** — ?B? <█>  — 4/12/2023, 4:57 PM

And yes please feel free to connect us. Would love her number.

\# **?B?** <​█████​>  ◀ 4/12/2023, 4:59 PM
Sorry we hung so much and didn't get as much work done. Next time!! We all get socially inspired and creative. It's a hurricane but fun 🙂

JB **Justin Baldoni** <​█████​>  ▶ 4/12/2023, 5:11 PM
Loved "Of course!! Thank you for wanting to! You gotta se…"

JB **Justin Baldoni** <​█████​>  ▶ 4/12/2023, 5:11 PM
Loved "Sorry we hung so much and didn't get as much work …"

JB **Justin Baldoni** <​█████​>  ▶ 4/12/2023, 5:11 PM
You guys are so much fun.

JB **Justin Baldoni** <​█████​>  ▶ 4/12/2023, 5:18 PM
The smell. Ugh. So sweet. I miss it

Attached URL: https://p41-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: FullSizeRender.heic

Attachment: FullSizeRender.heic (458 KB)

**Filed Under Seal**

CONFIDENTIAL

BL-000009295