# Exhibit 105

# Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 1 | Date Range: 5/10/2023 |

## Outline of Conversations

 **BL-FullMessages-0062580** • 1 message on 5/10/2023 • Justin Baldoni <​> • ?B? <​>

CONFIDENTIAL

BL-000011236

**Messages in chronological order** (times are shown in GMT -04:00)



BL-FullMessages-0062580

**Justin Baldoni** <​███​>  ▶ 5/10/2023, 5:58 PM
help me pick babies

Attached URL: https://p65-content.icloud.com/M314424B6B3F43892DAF01490730D421EBFE115DEF3BF8F7015DE2E67CF53C30B.C01USN00
Attachment Title: FILE_2831.pdf

*Attachment: FILE_2831.pdf (8 MB)*

CONFIDENTIAL