# Exhibit 106

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 24 | Date Range: 3/13/2023 - 3/14/2023 |

## Outline of Conversations

 **BL-FullMessages-0061723** • 24 messages between 3/13/2023 - 3/14/2023 • Justin Baldoni <███████> • ?B? <███████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0061723**

\# **?B?** <▮>  ◀ 3/13/2023, 9:58 PM
Text is perfect thank you. Can we aim for Sunday then?

JB **Justin Baldoni** <▮>  ▶ 3/13/2023, 9:58 PM
Attached URL: https://p27-content.icloud.com/M9D2203C66B55E2E60E0B58A8AA34069A4320C44D24A2EDF18BECBA1B5F0647AC.C01USN00
Attachment Title: Atlas - Updated Chem Read Sides.pdf

*Attachment: Atlas - Updated Chem Read Sides.pdf (1 MB)*

\# **?B?** <▮>  ◀ 3/13/2023, 9:58 PM
Ryan is so much better. Still quarantined but good thank you for asking. It's been a lot. But used to the chaos 🙂

\# **?B?** <▮>  ◀ 3/13/2023, 10:09 PM
Loved an attachment

JB **Justin Baldoni** <▮>  ▶ 3/13/2023, 10:13 PM
What do you think of ▮ - going to read him Thursday

JB **Justin Baldoni** <▮>  ▶ 3/13/2023, 10:13 PM
https://www.youtube.com/watch?v=SbjakuJZgwwAttachment Title: DE7520EF-C9BD-4CD3-BC9F-A83EFD4E1E1D.pluginPayloadAttachmentAttachment Title: A62D1501-83CA-49B7-9E1A-4233668524AC.pluginPayloadAttachment

*Attachment: A62D1501-83CA-49B7-9E1A-4233668524AC.pluginPayloadAttachment (121 KB)*

JB **Justin Baldoni** <▮>  ▶ 3/13/2023, 10:15 PM
This is who we are hoping to read-

JB **Justin Baldoni** <▮>  ▶ 3/13/2023, 10:15 PM
[image redacted]

\# **?B?** <▮>  ◀ 3/13/2023, 10:24 PM
Awesome! I don't know all their work. But excited to see the reads! So great it's getting close!

JB **Justin Baldoni** <▮>  ▶ 3/13/2023, 10:24 PM
Loved "Awesome! I don't know all their work. But excited …"

\# **?B?** <▮>  ◀ 3/13/2023, 10:24 PM
What happened w these guys? I'm revisiting my notes from a couple months ago

\# **?B?** <▮>  ◀ 3/13/2023, 10:24 PM
▮ (captivating to watch. Something behind his eyes. Curious about his American accent)

▮ (mischievous and emotionally. Fun and heavy)

▮ Great actor. So sparkly. Not sure about American accent

**JB** Justin Baldoni <▮> ▶ 3/13/2023, 10:40 PM
Out of those three ▮ was on the list and then dropped off. The others didn't feel like atlas to me. Let me find out on
Thanks for re checking

**#** ?B? <▮> ◀ 3/13/2023, 10:45 PM
He's got a sparkly mischief. Which is my and r's theory for what "x factor" actually is

**#** ?B? <▮> ◀ 3/13/2023, 10:45 PM
And just found out he's British. I'm floored

**JB** Justin Baldoni <▮> ▶ 3/13/2023, 10:46 PM
Well you both definitely have it so it must be true

**#** ?B? <▮> ◀ 3/13/2023, 10:46 PM
🤡🐻?

**JB** Justin Baldoni <▮> ▶ 3/13/2023, 10:48 PM
Checking for Thursday

**JB** Justin Baldoni <▮> ▶ 3/13/2023, 10:49 PM
Let me know if you're around tmrw at all for a tea or hello. Would love to meet little guy! Totally understand if too much chaos. We have a screening of one of our films at 375 Greenwich at 7pm so heading that way

**#** ?B? <▮> ◀ 3/13/2023, 10:54 PM
I have a dr appt w baby uptown 430-530 😔 if I can move earlier I'll let you know.

**JB** Justin Baldoni <▮> ▶ 3/13/2023, 10:55 PM
Noooo all good! I'm around- like all the time. Scouts are done early this week so can meet whenever it's convenient

**JB** Justin Baldoni <▮> ▶ 3/13/2023, 10:55 PM
Okay- shutting off. Taking a bath and going to bed! Xo

**#** ?B? <▮> ◀ 3/13/2023, 10:57 PM
Awesome ok another day. Xx

**#** ?B? <▮> ◀ 3/14/2023, 7:00 PM
I keep meaning to ask. I never saw ▮ on the lists. He's terrific.

CONFIDENTIAL    BL-000008966