# Exhibit 107

# Exhibit 107

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 3/16/2023 - 3/17/2023 |

## Outline of Conversations



**BL-FullMessages-0061770** • 5 messages between 3/16/2023 - 3/17/2023 • Justin Baldoni <█████> • ?B? <█████>

CONFIDENTIAL
BL-000008982

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0061770**

**JB** — Justin Baldoni <■■■■■>  ▶ 3/16/2023, 10:37 PM
Sorry - crazy day. Thought I got back to you. we are confirmed canceling Sunday / Monday - you're good to go and enjoy your family ❤️

\# — ?B? <■■■■■>  ◀ 3/16/2023, 10:37 PM
Loved "Sorry - crazy day. Thought I got back to you. we a…"

\# — ?B? <■■■■■>  ◀ 3/16/2023, 10:37 PM
🙏🙏

**JB** — Justin Baldoni <■■■■■>  ▶ 3/16/2023, 10:38 PM
In the meantime we are out wide now, if you think of someone you want to add to the mix let me know
Il send you some young Lilly's to check out too

**JB** — Justin Baldoni <■■■■■>  ▶ 3/17/2023, 9:36 AM
Morning!
Assuming things have been crazy and you haven't had a chance to read new script, I'm sending you an updated one later today !

CONFIDENTIAL                                                                                       BL-000008983