# Exhibit 108

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 1/13/2023 |

## Outline of Conversations

 **BL-FullMessages-0061013** · 8 messages on 1/13/2023 · Justin Baldoni <■■■> · ?B? <■■■>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **BL-FullMessages-0061013**

**JB** — Justin Baldoni <▮> — ▶ 1/13/2023, 10:43 PM
https://kristycarlson.auditionservices.com/enhanced/#/1087590/?key=Attachment Title: 642842A6-7CBE-462F-8273-79A7717C2928.pluginPayloadAttachment

**JB** — Justin Baldoni <▮> — ▶ 1/13/2023, 10:43 PM
Hey ! If you find yourself, bored and awake at three in the morning here you go 😊❤️

**#** — ?B? <▮> — ◀ 1/13/2023, 10:44 PM
You are the greatest.

**#** — ?B? <▮> — ◀ 1/13/2023, 10:45 PM
And ▮ added to the list ?. You really are it. Thank you. 🙏

**JB** — Justin Baldoni <▮> — ▶ 1/13/2023, 10:45 PM
We're a team now. I will always hear you that I promise you.

**JB** — Justin Baldoni <▮> — ▶ 1/13/2023, 10:46 PM
But lots of clips there - some interesting options
All will read except ▮

**JB** — Justin Baldoni <▮> — ▶ 1/13/2023, 10:46 PM
▮

**JB** — Justin Baldoni <▮> — ▶ 1/13/2023, 10:47 PM
How are you feeling?