# Exhibit 109

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 20 | Date Range: 3/8/2023 - 3/9/2023 |

## Outline of Conversations



**BL-FullMessages-0090138** • 20 messages between 3/8/2023 - 3/9/2023 • B <​█​> • Sender/Recip Name Not Available <​█​> • ?B? <​█​>

CONFIDENTIAL

BL-000011630

**Messages in chronological order** (times are shown in GMT -05:00)

### BL-FullMessages-0090138

**J** — Sender/Recip Name Not Available — 3/8/2023, 7:32 PM
Hi! Hope you're feeling better. Any time to chat for 5 soon? Re atlas - have a new list for you would love your thoughts. Also young Lilly ❤️

**#** — ?B? — 3/8/2023, 10:36 PM
Hey I have 5 now. I know it's late sorry

**#** — ?B? — 3/8/2023, 10:36 PM
We can catch up tomorrow also

**J** — Sender/Recip Name Not Available — 3/8/2023, 10:36 PM
I'm up!

**J** — Sender/Recip Name Not Available — 3/8/2023, 10:37 PM
Actually weirdly watching a movie if yours

**#** — ?B? — 3/8/2023, 10:37 PM
Yikes

**#** — ?B? — 3/8/2023, 10:38 PM
Hope it's a good one

**J** — Sender/Recip Name Not Available — 3/8/2023, 10:38 PM
Call?

**J** — Sender/Recip Name Not Available — 3/8/2023, 10:44 PM
Attached URL: https://p69-content.icloud.com/M8B5B6C3A05A4938BDAFEA8D66F025A236E0A7EB8AAF285686ADEC70BC533B19D.C01USN00Attachment Title: IMG_8393.mov

*Attachment: IMG_8393.mov (13 MB)*

**J** — Sender/Recip Name Not Available — 3/8/2023, 10:54 PM
Attached URL: https://p42-content.icloud.com/M9D2203C66B55E2E60E0B58A8AA34069A4320C44D24A2EDF18BECBA1B5F0647AC.C01USN00 Attachment Title: ATLAS short 3.8.23[3].pdf

*Attachment: ATLAS short 3.8.23[3].pdf (329 KB)*

**J** — Sender/Recip Name Not Available — 3/8/2023, 11:27 PM
I hear you. I feel you. I'm sorry for adding to the anxiety of your week. Wanted to bring some joy and not stress. Ordering ice cream now 😋 xoxoxo

**J** — Sender/Recip Name Not Available — 3/9/2023, 12:05 PM
Great chat with my first Julie - will be doing everything in our power to make it towards the back half/ end of schedule ( NOT just two weeks) Also we can get you and Julie on a call once we lock in locations (which is very tricky right now as there are 30+ of them) to make sure you are comfortable with when and where she has placed things.

**#** — ?B? — 3/9/2023, 1:12 PM
🙏 thank you. I really appreciate it. And your movie and Sony will appreciate it also.

**J** — Sender/Recip Name Not Available — 3/9/2023, 2:25 PM

CONFIDENTIAL                                                                                     BL-000011631

It was always the goal- sorry for scaring you. Talk soon re Atlas stuff

\# **?B?** < █ > ◄ 3/9/2023, 2:37 PM
All good. X

J **Sender/Recip Name Not Available** █ > ► 3/9/2023, 3:50 PM
https://www.youtube.com/watch?v=HIsF01dMQrEAttachment Title: 7287B11C-0E66-41C7-999B-336EDB67B2BA.pluginPayloadAttachmentAttachment Title: BF3AFB3B-EEBF-4580-8DF7-7B58A29A489C.pluginPayloadAttachment

*Attachment: 7287B11C-0E66-41C7-999B-336EDB67B2BA.pluginPayloadAttachment (110 KB)*

\# **?B?** < █ > ◄ 3/9/2023, 4:48 PM
He's a charming story teller. Nervous as hell you can see. But you can feel that he leads with love in her performance like he said

J **Sender/Recip Name Not Available** █ > ► 3/9/2023, 4:49 PM
Loved "He's a charming story teller. Nervous as hell you …"

J **Sender/Recip Name Not Available** █ > ► 3/9/2023, 4:50 PM
Just went to the Russian baths on 10th. Holy shit. Hot cold hot cold. Already love NY.

\# **?B?** < █ > ◄ 3/9/2023, 4:52 PM
It's a dream city.

CONFIDENTIAL                                                                                                        BL-000011632