# Exhibit 110

# IEWU Casting

**Thread Participants:** Tracy Ryerson; Jamey Heath; Henny Grace (Owner); Andrew Calof; Kristy Carlson; AJ Marbory; Alex Saks Old #; J B (Owner)

**Active Participants:** Henny Grace (Owner); Andrew Calof; Kristy Carlson; Alex Saks Old #

**First Message:** 1/12/2023 1:37:06 AM
**Last Message:** 1/12/2023 9:02:40 PM

---

**Henny Grace (Owner)**
is good... he's got a vibe
1/12/2023 1:37:06 AM


1/12/2023 1:38:08 AM

**Kristy Carlson**
Loved " is good... he's got a vibe "
1/12/2023 1:38:28 AM

**Andrew Calof**
Liked " is good... he's got a vibe "
1/12/2023 1:46:19 AM

**Henny Grace (Owner)**
Also ▮ - he's 41 but plays mid thirties i think
1/12/2023 11:13:52 AM

**Kristy Carlson**
Yeah, love him but I thought he might play a little too mature? OK will add him to the list too.
1/12/2023 11:14:55 AM

**Henny Grace (Owner)**
I'm gonna get Blake's thoughts too so just want to have a short strong list
1/12/2023 11:15:25 AM

**Kristy Carlson**
Totally
1/12/2023 11:15:40 AM

**Kristy Carlson**
And we can do a picture board of the short list combos too which I think helps.
1/12/2023 11:16:48 AM

**Kristy Carlson**
My gut is that if we are trying to play you and Blake younger, the more mature guys are not going to help with that, rather we would want somebody slightly younger or right in that range? But let's see whose shakes out!
1/12/2023 11:20:32 AM

**Kristy Carlson**
Revising the list this morning - and I want to check on a few more availabilities, also checking in with UK contacts for any thoughts on actors we may not know here yet… will get that list back to you ASAP!
1/12/2023 11:22:29 AM

**Henny Grace (Owner)**
Liked "My gut is that if we are trying to play you and Bl…"
1/12/2023 11:50:55 AM

**Henny Grace (Owner)**
From Blake

"There's also a beautiful soulfulness to ▮▮▮▮. He's 43 but looks our age I think. I also like that he's not as traditionally handsome. So he offers something different to Lily and the audience.

My only thought in general for Atlas for what it's worth is if Lily has a bunch of gorgeous men to choose from I think I can be less conflicting/compelling than if each man offers totally different things. It's kinda cooler.

That said. A ton of gorgeous men on this list who would be great gets for this cast!! 🍦🍦🍦"
1/12/2023 8:50:49 PM

**Alex Saks Old #**
▮▮▮ is wonderful
1/12/2023 8:56:14 PM

**Henny Grace (Owner)**
And she asked to add ▮▮▮
1/12/2023 8:57:19 PM



CONFIDENTIAL

BALDONI_000017207