# Exhibit 111

**From:** Kristy Carlson <​>
**Sent:** Tue, 10 Jan 2023 19:36:57 -0500 (EST)
**To:** Justin Baldoni <​>
**Cc:** Andrew Calof <​>; Claudia Chakmati <​>; Jamey Heath <​>; AJ Marbory <​>; Tracy Ryerson <​>; Alex Saks <​>; Kai Sampadian <​>; Mariela Villa <​>; Jeanette Benzie <​>; Cassidy Thornton <​>
**Subject:** Re: IEWU | Casting

☺

---

**From:** Justin Baldoni <​>
**Date:** Tuesday, January 10, 2023 at 4:35 PM
**To:** Kristy Carlson <​>
**Cc:** Andrew Calof <​>, Claudia Chakmati <​>, Jamey Heath <​>, AJ Marbory <​>, Tracy Ryerson <​>, Alex Saks <​>, Kai Sampadian <​>, Mariela Villa <​>, Jeanette Benzie <​>, Cassidy Thornton <​>
**Subject:** Re: IEWU | Casting

Of course I'm happy to wait

**Justin Baldoni**
Wayfarer Studios
Man Enough

"Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá

On Jan 10, 2023, at 4:32 PM, Kristy Carlson <​> wrote:

Will do. If you can wait, would prefer to send with the avails. so as not to waste anyone's time, you know? We'll push to get ASAP though.

---

**From:** Justin Baldoni <​>
**Date:** Tuesday, January 10, 2023 at 4:28 PM
**To:** Kristy Carlson <​>
**Cc:** Andrew Calof <​>, Claudia Chakmati <​>, Jamey Heath <​>, AJ Marbory <​>, Tracy Ryerson <​>, Alex Saks <​>, Kai Sampadian <​>, Mariela Villa <​>, Jeanette Benzie <​>, Cassidy Thornton <​>
**Subject:** Re: IEWU | Casting

Please give me a potential list when you can, I'm going to ask Blake what her thoughts are as well

**Justin Baldoni**
Wayfarer Studios
Man Enough

"Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá

On Jan 10, 2023, at 4:24 PM, Kristy Carlson <​> wrote:

Getting his avail – never heard back from his manager so will call his agent now too...

---

**From:** Justin Baldoni <​>
**Date:** Tuesday, January 10, 2023 at 4:20 PM
**To:** Kristy Carlson <​>
**Cc:** Andrew Calof <​>, Claudia Chakmati <​>, Jamey Heath <​>, AJ Marbory <​>, Tracy Ryerson <​>, Alex Saks <​>, Kai Sampadian <​>, Mariela Villa <​>, Jeanette Benzie <​>, Cassidy Thornton <​>

**Subject:** Re: IEWU | Casting

Let's consider going to ▇

**Justin Baldoni**
Wayfarer Studios
Man Enough

"Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá

On Jan 10, 2023, at 3:54 PM, Kristy Carlson <▇> wrote:

Hi,

Just got off the phone with ▇'s manager, Peter McGrath. ▇ appreciates our interest but just doesn't think this is for him, doesn't feel like what he is looking to do next. Boo. But moving on!

I took a look at expanding the ATLAS list this morning and now Jeanette and Cassidy are checking the avails., will get that out to you all as soon as we have those back.

-kristy

---

**From:** Kristy Carlson <▇>
**Date:** Monday, January 9, 2023 at 7:32 PM
**To:** Justin Baldoni <▇>
**Cc:** Andrew Calof <▇>, Claudia Chakmati <▇>, Jamey Heath <▇>, AJ Marbory <▇>, Tracy Ryerson <▇>, Alex Saks <▇>, Kai Sampadian <▇>, Mariela Villa <▇>, Jeanette Benzie <▇>, Cassidy Thornton <▇>
**Subject:** Re: IEWU | Casting

OK got it!

Haven't dug deeper yet with their points but ▇ is available; LA and ▇ is available; UK.

Definitely on ATLAS - just will need a beat to expand to include more ideas and then check avails.

---

**From:** Justin Baldoni <▇>
**Date:** Monday, January 9, 2023 at 6:13 PM
**To:** Kristy Carlson <▇>
**Cc:** Andrew Calof <▇>, Claudia Chakmati <▇>, Jamey Heath <▇>, AJ Marbory <▇>, Tracy Ryerson <▇>, Alex Saks <▇>, Kai Sampadian <▇>, Mariela Villa <▇>, Jeanette Benzie <▇>, Cassidy Thornton <▇>
**Subject:** Re: IEWU | Casting

if we are thinking of the ▇'s who are mid 60s (I think she's 64) and we're saying that Lily is 30 (the real Blake is 35)- the We're looking at 15/16 years ago in the flashback.
So we should look at actors between 50-60 I think.
Right now ▇ is my #1-
Is it worth checking avails on ▇ and ▇ now?

Re Atlas, can I see an updated list, opening it up to all ethnicities and putting ▇ at the top with other men like him. We should look 30 to 35 in terms of age.

Thanks so much!

**Justin Baldoni**
Wayfarer Studios
Man Enough

"Where there is love, nothing is too much trouble and there is always time." — Abdu'l-Bahá

On Jan 9, 2023, at 6:00 PM, Kristy Carlson <​███████████​> wrote:

Hey Team! Hope everyone has been staying dry and warm today. I have been catching up on all the incoming calls from last week.

I hear Jenny and Hasan's deals are in progress. Let me know if there's anything I can do? As we await ███'s reply, should we all connect to discuss next choices/step (if needed) on ATLAS? Alex mentioned you were thinking about ███████, Justin. As he's with WME (same as ███), I have a call in to his manager to check his availability.

Here's our first pass at ANDREW ideas (in addition to those you already mentioned liking). Some of these guys may be too old we only see him with teenage LILY, right? — and some may be more of a reach, but depending on who JENNY is…? I know we're probably waiting on a schedule to get real on JENNY and ANDREW but just to keep noodling.

As always, looking forward to your thoughts!

-kristy

CONFIDENTIAL

HEATH_000028932