# Exhibit 112

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 4/3/2023 |

## Outline of Conversations

 **BL-FullMessages-0062074** • 3 messages on 4/3/2023 • Justin Baldoni <​> • ?B? <​>

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **BL-FullMessages-0062074**

**JB**   Justin Baldoni <​███████​>    ▶ 4/3/2023, 2:38 PM
Hope you are basking in the sun in the bahamas!
Just heads up- ███ is reading - agent likes for him.
If you could help send him some love about how great he would be in this and that you/ we love him I think that could be helpful

\#   ?B? <​███████​>    ◀ 4/3/2023, 3:33 PM
For sure. I don't know him though. Through agents?

**JB**   Justin Baldoni <​███████​>    ▶ 4/3/2023, 3:41 PM
Im writing him a letter - but sure maybe through agents. I have my agent Danny back channeling- I just know if I heard Blake Lively wanted me it would mean a lot (because it did)

CONFIDENTIAL                  BL-000009216