# Exhibit 113

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 18 | Date Range: 2/2/2023 |

## Outline of Conversations

 **BL-FullMessages-0061518** · 18 messages on 2/2/2023 · Justin Baldoni <█████> · ?B? <█████>

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **BL-FullMessages-0061518**

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:44 AM
This made me so happy. That's a great quote by him. And I would say he's true to everything he said there.

JB  **Justin Baldoni** <▮▮▮▮>  ▶ 2/2/2023, 12:44 AM
Was just about to text you …

JB  **Justin Baldoni** <▮▮▮▮>  ▶ 2/2/2023, 12:44 AM
Sending you a voice note

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:44 AM
I just commented on your video. And inadvertently hinted that I'm still pregnant. Without saying. So keep my cover!

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:45 AM
It's how I keep the hounds away! And also get fun fan attention to what we're cookin up

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:45 AM
Two for one!

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:45 AM
I never say I'm pregnant. I just talk about pregnancy. 🙂

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:45 AM
Outfits. Workouts. Whatever

JB  **Justin Baldoni** <▮▮▮▮>  ▶ 2/2/2023, 12:46 AM
Attached URL: https://p57-content.icloud.com/MDC2EE60A219914299BF36A6B3969D1716CFCACA230C6A50079610631F62C1709.C01USN00Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (471 KB)*

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:46 AM
Going to sleep now. A friend slept over so I can get a nap tonight. She just took the baby so I'm gonna try to nap. I slept 32 mins last night. Xx

JB  **Justin Baldoni** <▮▮▮▮>  ▶ 2/2/2023, 12:47 AM
Listen before !

\# **?B?** <▮▮▮▮>  ◀ 2/2/2023, 12:49 AM
You and Emily are actually the best

Attached URL: https://p63-content.icloud.com/M203AF25C392D5CBF9A9DC7C379C020731D4AFCF856FEFB64BD0B38D98E3786CD.C01USN00Attachment Title: tmp.gif



Image: tmp.gif (3 MB)

\# **?B?** <​███​>  ◀ 2/2/2023, 12:50 AM

💐 sounds amazing.

We have a lead of one night nurse in ny who sounds promising. We meet her day after tomorrow and she s available Feb 10. If that meeting doesn't seem like a fit I will most definitely take you up on finding out more. Thank you both for thinking of us amongst all else you have going on. ❤️❤️❤️❤️🙏

JB **Justin Baldoni** <​███​>  ▶ 2/2/2023, 12:51 AM

This is her - and it's the only picture i could find fast so don't judge me

Attached URL: https://p29-content.icloud.com/MDC2EE60A219914299BF36A6B3969D1716CFCACA230C6A50079610631F62C1709.C01USN00Attachment Title: IMG_6019.heic

Attachment: IMG_6019.heic (1 MB)

JB **Justin Baldoni** <​███​>  ▶ 2/2/2023, 12:52 AM

Loved "💐 sounds amazing.

We have a lead of one nigh…"

JB **Justin Baldoni** <​███​>  ▶ 2/2/2023, 12:53 AM

Just saw that text. Okay sounds great . She's on standby. Sleep well. Xoxoxo

JB **Justin Baldoni** <​███​>  ▶ 2/2/2023, 6:08 PM

Hi! Down to two DP's - Could you ask ryan what he thought of Bojan?

JB **Justin Baldoni** <​███​>  ▶ 2/2/2023, 6:08 PM

https://www.imdb.com/name/nm0005648/Attachment Title: 3D37C2DC-6A0F-4837-B362-CF5A93A1767E.pluginPayloadAttachmentAttachment Title: 95EC6608-7345-4391-A791-1E259BAF1BBE.pluginPayloadAttachmentAttachment Title: 0D270BAE-365C-4866-A74C-64B6CC3B4BAC.pluginPayloadAttachmentAttachment Title: DAC82C9F-1374-4D23-A468-422FC6E11B25.pluginPayloadAttachment

Attachment: DAC82C9F-1374-4D23-A468-422FC6E11B25.pluginPayloadAttachment (458 KB)

CONFIDENTIAL
BL-000008717