# Exhibit 114

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 22 | Date Range: 1/24/2023 - 1/25/2023 |

## Outline of Conversations



**BL-FullMessages-0061227** • 22 messages between 1/24/2023 - 1/25/2023 • Justin Baldoni <█████████> • ?B? <█████████>

CONFIDENTIAL
BL-000008353

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **BL-FullMessages-0061227**

\# **?B?** <███████> ◀ 1/24/2023, 7:20 PM
Hair dept head who I can vouch for 💯

Attached URL: https://p25-content.icloud.com/MC1227F9BA3B7F6C13D410EB0A71F5F8005A9BA21F67A0B62EC71A6F53AA5191B.C01USN00
Attachment Title: ███████.pdf

*Attachment: ███████.pdf (109 KB)*

\# **?B?** <███████> ◀ 1/24/2023, 7:20 PM
Jersey based!

JB **Justin Baldoni** <███████> ▶ 1/24/2023, 7:22 PM
❤️❤️❤️

JB **Justin Baldoni** <███████> ▶ 1/24/2023, 7:27 PM
Sending it off

\># **?B?** <███████> ◀ 1/24/2023, 8:56 PM
And you got the makeup dept head one from last week also right? Making sure it wasn't buried in voice memos.

JB **Justin Baldoni** <███████> ▶ 1/24/2023, 8:06 PM
Hey just fyi so you're in the loop.
It's double what's in budget and budget has been steadily climbing - we are discussing

Attached URL: https://p63-content.icloud.com/M94B99FA4A59312ECC1A5F2E1B0124871661ECCC765058B4718C65EA408AAAEA9.C01USN00
Attachment Title: IMG_4986.heic

*Attachment: IMG_4986.heic (55 KB)*

JB **Justin Baldoni** <███████> ▶ 1/24/2023, 8:16 PM
I think II just pay the difference if he likes it. ❤️

\# **?B?** <███████> ◀ 1/24/2023, 8:55 PM
I would chip in if we get ███

\# **?B?** <███████> ◀ 1/24/2023, 8:56 PM
That next levels our film

JB **Justin Baldoni** <███████> ▶ 1/24/2023, 8:57 PM
Attached URL: https://p27-content.icloud.com/M94B99FA4A59312ECC1A5F2E1B0124871661ECCC765058B4718C65EA408AAAEA9.C01USN00
Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (126 KB)*

JB **Justin Baldoni** <███████> ▶ 1/24/2023, 8:59 PM
Xoxoxo thanks for even suggesting him!!!

| | ?B? <​█████> | ◀ 1/24/2023, 11:46 PM |

\# ?B? <█████>
Message sent to ███ !!

◀ 1/24/2023, 11:46 PM

\# ?B? <█████>
Let's see

◀ 1/24/2023, 11:46 PM

\# ?B? <█████>
Makeup dept head who I know you'd not only adore professionally but become personal friends with. She's a real one

Attached URL: https://p63-content.icloud.com/MC1227F9BA3B7F6C13D410EB0A71F5F8005A9BA21F67A0B62EC71A6F53AA5191B.C01USN00
Attachment Title: RESUME 2023 - ███████ .pages

◀ 1/24/2023, 11:47 PM

JB  Justin Baldoni <█████>
Loved "Message sent to ███ !! "

▶ 1/24/2023, 11:48 PM

\# ?B? <█████>
███ reading today! Will give us an answer tomorrow.

◀ 1/25/2023, 12:26 PM

\# ?B? <█████>
😊🙏❤️😊

◀ 1/25/2023, 12:26 PM

JB  Justin Baldoni <█████>
Fantastic! Thank you Blake - so helpful to go through the agent and then have your relationship! I really appreciate the effort and time you are putting into collab. Really grateful to have you on board, be getting to know you and get to work with you!

▶ 1/25/2023, 12:31 PM

JB  Justin Baldoni <█████>
Also, the end decision for the sake of unity is that Colleen is making a video today and she will put it out 5 to 10 minutes before the official deadline article goes out (probably tomorrow). Basically deadline told Sony PR that they know all the details and they weren't willing to be out scooped on this and if we wouldn't work with them they would just break the news - (cringe i know) so we got them to wait two days to do it in coardination with us as an exclusive - so now we're just gonna let Colleen scoop them if that makes sense so her fans get it first -

▶ 1/25/2023, 12:43 PM

JB  Justin Baldoni <█████>
Her video is amazing.

▶ 1/25/2023, 6:31 PM

\# ?B? <█████>
Dying to see!

◀ 1/25/2023, 6:53 PM

JB  Justin Baldoni <█████>
Attached URL: https://p61-content.icloud.com/M94B99FA4A59312ECC1A5F2E1B0124871661ECCC765058B4718C65EA408AAAEA9.C01USN00
Attachment Title: My Movie 27.MOV

▶ 1/25/2023, 6:54 PM

Attachment: My Movie 27.MOV (1 MB)