# Exhibit 115

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 76 | Date Range: 5/10/2023 - 5/11/2023 |

## Outline of Conversations

 **BL-FullMessages-0062582** · 76 messages between 5/10/2023 - 5/11/2023 · Justin Baldoni <███████> · ?B? <███████>

CONFIDENTIAL

BL-000011242_A

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062582**

**?B?** <█████████>
Robyn turned down the show
*5/10/2023, 10:03 PM*

**?B?** <█████████>
I told her to do it. They offered it to someone else already
*5/10/2023, 10:03 PM*

**Justin Baldoni** <█████████>
What?!
*5/10/2023, 10:03 PM*

**?B?** <█████████>
💁‍♀️💁‍♀️
*5/10/2023, 10:03 PM*

**Justin Baldoni** <█████████>
Ah shit. Is she okay?
*5/10/2023, 10:03 PM*

**Justin Baldoni** <█████████>
Was it a gust star?
*5/10/2023, 10:03 PM*

**?B?** <█████████>
Yeah. It was just two episodes.
*5/10/2023, 10:03 PM*

**?B?** <█████████>
But her husband was gonna play her husband. They both got it
*5/10/2023, 10:04 PM*

**Justin Baldoni** <█████████>
Nooooooo
*5/10/2023, 10:04 PM*

**Justin Baldoni** <█████████>
Damn
*5/10/2023, 10:04 PM*

**Justin Baldoni** <█████████>
now I fell bad!
*5/10/2023, 10:04 PM*

**?B?** <█████████>
I feel so bad I missed her calls
*5/10/2023, 10:04 PM*

**?B?** <█████████>
No no. You're looking out in the most meaningful way
*5/10/2023, 10:04 PM*

**?B?** <█████████>
I'm a boner. I was so focused that I couldn't look at my phone.
*5/10/2023, 10:05 PM*

**Justin Baldoni** <█████████>
Ah im sorry
*5/10/2023, 10:05 PM*

**?B?** <█████████>
All good. She's excited to come out.
*5/10/2023, 10:06 PM*

**?B?** <█████████>
I just feel so lame for being unavailable. But that's me. You're making it so fun for her and me
*5/10/2023, 10:06 PM*

**JB** — Justin Baldoni <░░░░░>  
Still downstairs  
*5/10/2023, 10:16 PM*

**JB** — Justin Baldoni <░░░░░>  
Okay gonna leave the twilight zone now.  
*5/10/2023, 10:17 PM*

**#** — ?B? <░░░░░>  
Still getting kids down. Can't answe😬😬  
*5/10/2023, 10:23 PM*

**#** — ?B? <░░░░░>  
Everything ok?  
*5/10/2023, 10:27 PM*

**JB** — Justin Baldoni <░░░░░>  
All good! Yes just wanted to chat through tmrw -  
*5/10/2023, 10:28 PM*

**#** — ?B? <░░░░░>  
Can you text? Sorry  
*5/10/2023, 10:28 PM*

**JB** — Justin Baldoni <░░░░░>  
Totally  
*5/10/2023, 10:28 PM*

**JB** — Justin Baldoni <░░░░░>  
But let's text after you put the kids down no rush  
*5/10/2023, 10:29 PM*

**#** — ?B? <░░░░░>  
Oh I'm not gonna make it that long.  
*5/10/2023, 10:29 PM*

**JB** — Justin Baldoni <░░░░░>  
Ok  
*5/10/2023, 10:30 PM*

**#** — ?B? <░░░░░>  
They smoke me out  
*5/10/2023, 10:30 PM*

**JB** — Justin Baldoni <░░░░░>  
Tmrw at the office I have Jenny slate at 12:30 and then Amy at 3:30  
And somehow need to get through script with you so we can distribute -  
*5/10/2023, 10:30 PM*

**JB** — Justin Baldoni <░░░░░>  
So maybe easiest to do zoom for me tmrw - and when Jenny comes in we can work on punching up those scenes with the three of us.  
Would also love for you to meet Amy  
*5/10/2023, 10:33 PM*

**#** — ?B? <░░░░░>  
That works for me  
*5/10/2023, 10:41 PM*

**#** — ?B? <░░░░░>  
We focus on getting through the script first. Even if it isn't the perfect dialogue.  
*5/10/2023, 10:42 PM*

**JB** — Justin Baldoni <░░░░░>  
👍  
*5/10/2023, 10:42 PM*

**#** — ?B? <░░░░░>  
Just to structurally/emotionally get through it  
*5/10/2023, 10:42 PM*

**#** — ?B? <░░░░░>  
We can do that 11-12:30. That's our goal. We have to do it by then  
*5/10/2023, 10:43 PM*

**JB** — Justin Baldoni <▉>  
Great work today.  
*5/10/2023, 10:43 PM*

**JB** — Justin Baldoni <▉>  
Love working with you  
*5/10/2023, 10:43 PM*

**?B?** <▉>  
I know.  
*5/10/2023, 10:44 PM*

**JB** — Justin Baldoni <▉>  
When we hit our zone it's really sweet.  
*5/10/2023, 10:43 PM*

**JB** — Justin Baldoni <▉>  
Liked "We can do that 11-12:30. That's our goal. We have …"  
*5/10/2023, 10:43 PM*

**?B?** <▉>  
As for Jenny's scenes is she gonna be cool with us writing ? Don't want to get her into a tough position.  
*5/10/2023, 10:43 PM*

**JB** — Justin Baldoni <▉>  
Il ask her in the am  
*5/10/2023, 10:44 PM*

**?B?** <▉>  
😂?🤷🤷 I had to  
*5/10/2023, 10:44 PM*

**JB** — Justin Baldoni <▉>  
Wow.  
*5/10/2023, 10:44 PM*

**JB** — Justin Baldoni <▉>  
👊 well played  
*5/10/2023, 10:44 PM*

**?B?** <▉>  
I feel the same. It's such a good feeling to get work done that we're proud of. And to do it together. It just clicks when we find it. And that's just as rewarding as filming it. Or editing it. Or marketing it. Or releasing it. This is all story telling. This is why we do it.  
*5/10/2023, 10:46 PM*

**?B?** <▉>  
Thank you for your collaboration. I'm really proud of what we're doing.  
*5/10/2023, 10:46 PM*

**JB** — Justin Baldoni <▉>  
Loved "I feel the same. It's such a good feeling to get w…"  
*5/10/2023, 10:46 PM*

**JB** — Justin Baldoni <▉>  
I like sentimental blake.  
*5/10/2023, 10:46 PM*

**?B?** <▉>  
Never met her.  
*5/10/2023, 10:47 PM*

**JB** — Justin Baldoni <▉>  
I also like asshole blake… don't worry  
*5/10/2023, 10:47 PM*

**JB** — Justin Baldoni <▉>  
Ok good night!  
*5/10/2023, 10:47 PM*

**?B?** <▉>  
I've met her  
*5/10/2023, 10:47 PM*

**?B?** <▉>  
*5/10/2023, 10:47 PM*

So have my suppositories.

**?B?** <​​​​​​​​> — 5/10/2023, 10:47 PM
Good night!

**Justin Baldoni** <​​​​​​​​> — 5/10/2023, 10:47 PM
Laughed at "So have my suppositories."

**Justin Baldoni** <​​​​​​​​> — 5/10/2023, 11:58 PM
Hey flag on the play, just off a zoom with ange, she's not happy about atlas not being at hospital because "he has nothing to do." She wants to talk tmrw so I told her we can at 11. I'm exhausted and jumping in bed. We will figure it out

**Justin Baldoni** <​​​​​​​​> — 5/11/2023, 12:02 AM
At least she loves the rooftop stuff 🤷‍♂️

**Justin Baldoni** <​​​​​​​​> — 5/11/2023, 12:02 AM
Night

**?B?** <​​​​​​​​> — 5/11/2023, 2:28 AM
Liked "Hey flag on the play, just off a zoom with ange, s…"

**Justin Baldoni** <​​​​​​​​> — 5/11/2023, 10:22 AM
Morning! Happy workout. Can you talk at 11 still?

**?B?** <​​​​​​​​> — 5/11/2023, 10:26 AM
Yeah!

**?B?** <​​​​​​​​> — 5/11/2023, 10:26 AM
With Ange also?

**Justin Baldoni** <​​​​​​​​> — 5/11/2023, 10:36 AM
Yep

**?B?** <​​​​​​​​> — 5/11/2023, 10:36 AM
Liked "Yep"

**Justin Baldoni** <​​​​​​​​> — 5/11/2023, 10:53 AM
working one hallow heart… the wood grain in the tattoo seems to be throwing off the designer. What do you think about matching tattoo to the top right a bit more?

Attached URL: https://p63-content.icloud.com/M314424B6B3F43892DAF01490730D421EBFE115DEF3BF8F7015DE2E67CF53C30B.C01USN00
Attachment Title: IMG_0599.heic

Attached URL: https://p27-content.icloud.com/M314424B6B3F43892DAF01490730D421EBFE115DEF3BF8F7015DE2E67CF53C30B.C01USN00
Attachment Title: IMG_0647.heic

Attached URL: https://p57-content.icloud.com/M314424B6B3F43892DAF01490730D421EBFE115DEF3BF8F7015DE2E67CF53C30B.C01USN00
Attachment Title: imagejpeg_0.heic

*Attachment: IMG_0599.heic (312 KB)*

*Attachment: IMG_0647.heic (180 KB)*

*Attachment: imagejpeg_0.heic (248 KB)*

JB  **Justin Baldoni** < ▓▓▓▓▓ >  ▶ 5/11/2023, 10:54 AM
out of the group this is my favorite I think

Attached URL: https://p27-content.icloud.com/M314424B6B3F43892DAF01490730D421EBFE115DEF3BF8F7015DE2E67CF53C30B.C01USN00
Attachment Title: PNG image.jpeg



Image: PNG image.jpeg (290 KB)

\#  **?B?** < ▓▓▓▓▓ >  ◀ 5/11/2023, 10:59 AM
I think this is most distinct. And I like that it represents 2 as one. And a fractured heart that persevered instead of breaking. But I would shorten the internal spike thing. Like the above

Attached URL: https://p66-content.icloud.com/M607391EE984FC578E1A9B9E870F6970E88392E060DF7F3E75A32D92D2DE5DE4D.C01USN00
Attachment Title: Screenshot 2023-05-11 at 10.54.52 AM.png



Image: Screenshot 2023-05-11 at 10.54.52 AM.png (955 KB)

JB  **Justin Baldoni** < ▓▓▓▓▓ >  ▶ 5/11/2023, 2:19 PM
Ready for me and Jenny ?

\#  **?B?** < ▓▓▓▓▓ >  ◀ 5/11/2023, 2:20 PM
Yes

| | | | |
|---|---|---|---|
| JB | **Justin Baldoni** <​█​> <br> https://us06web.zoom.us/j/82620240753Attachment Title: DC643AE6-265F-4632-BC78-871CA8C256FB.pluginPayloadAttachment | ▶ | 5/11/2023, 2:21 PM |
| JB | **Justin Baldoni** <​█​> <br> Hey hey | ▶ | 5/11/2023, 4:29 PM |
| JB | **Justin Baldoni** <​█​> <br> 30 away | ▶ | 5/11/2023, 5:07 PM |
| # | **?B?** <​█​> <br> Loved "30 away" | ◀ | 5/11/2023, 5:12 PM |
| # | **?B?** <​█​> <br> 3L7-UT44-HUR | ◀ | 5/11/2023, 5:55 PM |
| # | **?B?** <​█​3> <br> 3L7-UZRC-8FT | ◀ | 5/11/2023, 7:49 PM |

CONFIDENTIAL

BL-000011248_A