# Exhibit 116

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 15 | Date Range: 5/1/2023 |

## Outline of Conversations



**BL-FullMessages-0097894** • 15 messages on 5/1/2023 • B <b[redacted]> • Justin Baldoni <[redacted]> • Vivian Baker -makeup <[redacted]> • ?B? <[redacted]>

CONFIDENTIAL
BL-000011647

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0097894**

**JB** **Justin Baldoni** <█████████>  ▶ 5/1/2023, 5:37 PM
Hi!
Young Lily contacts … which ones….?

Attached URL: https://p67-content.icloud.com/M33E4C9F725871E0CE37C439A2B7AF4B9776606912CCD5E344E30379066FA6250.C01USN00A
ttachment Title: 20230501_131759.HEIC

Attached URL: https://p55-content.icloud.com/M33E4C9F725871E0CE37C439A2B7AF4B9776606912CCD5E344E30379066FA6250.C01USN00A
ttachment Title: 20230501_131105.HEIC

*Attachment: 20230501_131759.HEIC (13 KB)*

*Attachment: 20230501_131105.HEIC (15 KB)*

**VM** **Vivian Baker -makeup** <█████████>  ▶ 5/1/2023, 5:45 PM
I think the 2nd one. B has a copper fringe.

**VM** **Vivian Baker -makeup** <█████████>  ▶ 5/1/2023, 5:45 PM
Attached URL: https://p23-content.icloud.com/M00DCD195813F91AF64366C266C215A2985CAFB2C286CE9CCBEE57B13581683EB.C01USN00
Attachment Title: IMG_0641.jpeg

Attached URL: https://p31-content.icloud.com/M00DCD195813F91AF64366C266C215A2985CAFB2C286CE9CCBEE57B13581683EB.C01USN00
Attachment Title: IMG_0640.jpeg



*Image: IMG_0641.jpeg (192 KB)*



Image: IMG_0640.jpeg (77 KB)

| | | | |
|---|---|---|---|
| VM | **Vivian Baker -makeup** <​█​> <br> What do you think Blake? | ▶ | 5/1/2023, 5:45 PM |
| JB | **Justin Baldoni** <​█​> <br> Questioned an image | ▶ | 5/1/2023, 5:46 PM |
| JB | **Justin Baldoni** <​█​> <br> The ones I just 👍? | ▶ | 5/1/2023, 5:46 PM |
| VM | **Vivian Baker -makeup** <​█​> <br> Yes | ▶ | 5/1/2023, 5:46 PM |
| JB | **Justin Baldoni** <​█​> <br> Liked "Yes " | ▶ | 5/1/2023, 5:46 PM |
| # | **?B?** <​█​> <br> Liked an image | ◀ | 5/1/2023, 6:07 PM |
| # | **?B?** <​█​> <br> I can't tell from the picture. But my eyes have a yellow yellow circle around the pupil | ◀ | 5/1/2023, 6:08 PM |
| # | **?B?** <​█​> <br> Attached URL: https://p52-content.icloud.com/M51C5B8EE3DCC48BB2F52FFE76BB37571C6E20F6E1367C277BF16917EFF450FD7.C01USN00 <br> Attachment Title: IMG_3389.jpeg | ◀ | 5/1/2023, 6:10 PM |

CONFIDENTIAL                                                                                                                    BL-000011649



Image: IMG_3389.jpeg (175 KB)

| | | | |
|---|---|---|---|
| JB | **Justin Baldoni** <​██████​><br>Wow!<br>Got it going back to them | ▶ | 5/1/2023, 6:11 PM |
| # | **?B?** <​██████​><br>Loved "Wow!<br>Got it going back to them " | ◀ | 5/1/2023, 6:11 PM |
| VM | **Vivian Baker -makeup** <​██████​><br>Loved an image | ▶ | 5/1/2023, 6:22 PM |
| VM | **Vivian Baker -makeup** <​██████​><br>Much better photo. Lol. | ▶ | 5/1/2023, 6:22 PM |

CONFIDENTIAL
BL-000011650