# Exhibit 118

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 42 | Date Range: 5/5/2023 |

## Outline of Conversations

 **BL-FullMessages-0062451** • 42 messages on 5/5/2023 • Justin Baldoni <■■■> • ?B? <■■■>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062451**

**?B?** <▇▇▇> — 5/5/2023, 12:01 AM
Just checking in about tomroorw 11-230' I can do zoom or in person.

**JB** Justin Baldoni <▇▇▇> — 5/5/2023, 12:01 AM
Hi, sorry- we lost a location that j have to scout and then we couldn't reschedule as it's the company wide mandatory training.

**JB** Justin Baldoni <▇▇▇> — 5/5/2023, 12:02 AM
Edited to "Hi, sorry- we lost a location that j have to scout and then we couldn't reschedule as it's the company wide mandatory training."

**JB** Justin Baldoni <▇▇▇> — 5/5/2023, 12:03 AM
I'm free after 6 but I know you guys are taking off. Maybe we can steal a few hours on Tuesday? I can send you Sony notes as well and let me know what you want to fight for …

**?B?** <▇▇▇> — 5/5/2023, 12:04 AM
Please send notes

**?B?** <▇▇▇> — 5/5/2023, 12:04 AM
Tues I'm flying.

**?B?** <▇▇▇> — 5/5/2023, 12:04 AM
And Monday you're flying right?

**JB** Justin Baldoni <▇▇▇> — 5/5/2023, 12:04 AM
Yes -

**?B?** <▇▇▇> — 5/5/2023, 12:06 AM
And would love camera test also please when you get the chance. I want to make sure we are set w the colors and last min tweaks

**?B?** <▇▇▇> — 5/5/2023, 12:06 AM
Also I had a thought about Isabella remind me to tell you.

**JB** Justin Baldoni <▇▇▇> — 5/5/2023, 12:06 AM
Yes do you have a PIX account

**?B?** <▇▇▇> — 5/5/2023, 12:07 AM
▇▇▇

**?B?** <▇▇▇> — 5/5/2023, 12:07 AM
Email for pix

**?B?** <▇▇▇> — 5/5/2023, 12:07 AM
Liked "Yes do you have a PIX account"

**?B?** <▇▇▇> — 5/5/2023, 12:08 AM
And please send me the draft we were working on today so I have most up to date 🙏🙏

**JB** Justin Baldoni <▇▇▇> — 5/5/2023, 12:09 AM
Just sent if that doesn't work let me know and ll ask them to send form studio

CONFIDENTIAL                                                                                                                BL-000011089

\# **?B?** <▮>  ◀ 5/5/2023, 12:15 AM
Got it. Thank you! Please send script and notes so I can look at it tomorrow bc I have a window of time to go though. 🙏

**JB** **Justin Baldoni** <▮>  ▶ 5/5/2023, 12:17 AM
Yes getting home now

\# **?B?** <▮>  ◀ 5/5/2023, 12:18 AM
Loved "Yes getting home now"

\# **?B?** <▮>  ◀ 5/5/2023, 12:20 AM
Just opened pix. I didn't realize you forwarded. It won't work unless whoever owns emails directly to me giving my email access

\# **?B?** <▮>  ◀ 5/5/2023, 12:20 AM
No rush. Would love to look tomorrow at some point. Night! .

**JB** **Justin Baldoni** <▮>  ▶ 5/5/2023, 12:22 AM
Ok let me get into it, Il make sure it's sent to that email first thing in am
Script and Sony notes coming
Thanks for a great day

**JB** **Justin Baldoni** <▮>  ▶ 5/5/2023, 12:22 AM
❤️ hope massage was good. Get some sleep!!!!

\# **?B?** <▮>  ◀ 5/5/2023, 12:24 AM
Loved "Ok let me get into it, Il make sure it's sent to t…"

\# **?B?** <▮>  ◀ 5/5/2023, 12:24 AM
You too!

**JB** **Justin Baldoni** <▮>  ▶ 5/5/2023, 9:39 AM
Attached URL: https://p58-content.icloud.com/M33E4C9F725871E0CE37C439A2B7AF4B9776606912CCD5E344E30379066FA6250.C01USN00Attachment Title: 70498679007__24F79D99-5B31-4895-99B4-431BE6F58134.heic

*Attachment: 70498679007__24F79D99-5B31-4895-99B4-431BE6F58134.heic (3 MB)*

**JB** **Justin Baldoni** <▮>  ▶ 5/5/2023, 9:40 AM
Attached URL: https://p62-content.icloud.com/M33E4C9F725871E0CE37C439A2B7AF4B9776606912CCD5E344E30379066FA6250.C01USN00Attachment Title: 70498680664__976A1908-BF8F-4EAA-93D7-D7CA08965258.heic

*Attachment: 70498680664__976A1908-BF8F-4EAA-93D7-D7CA08965258.heic (3 MB)*

**JB** **Justin Baldoni** <▮>  ▶ 5/5/2023, 9:41 AM
I was going to paint the Mercedes a green to match our palette, but then this color came in and I like it and fits into our pallet - feels like their cars are even in the same world. What do you think of the color?

>\# **?B?** <▮>  ◀ 5/5/2023, 11:09 AM
Whose cars?

>\# **?B?** <▮>  ◀ 5/5/2023, 11:10 AM
That's a pretty green. So is the olive. I think Lily and atlas are flat colors and ryle is metallic

**JB** **Justin Baldoni** <▮>  ▶ 5/5/2023, 9:43 AM
Would be an olive green if not this -

CONFIDENTIAL                                                                                                           BL-000011090

Attached URL: https://p50-content.icloud.com/M33E4C9F725871E0CE37C439A2B7AF4B9776606912CCD5E344E30379066FA6250.C01USN00Attachment Title: RenderedImage.heic

*Attachment: RenderedImage.heic (344 KB)*

**# ?B? <▇▇▇▇▇▇>** — 5/5/2023, 11:09 AM
Pages received thank you! I'll have Sophia call aj to make sure we format the pink how you want it

**JB Justin Baldoni <▇▇▇▇▇▇>** — 5/5/2023, 11:10 AM
Mercedes Lilly – truck atlas

**# ?B? <▇▇▇▇▇▇>** — 5/5/2023, 11:10 AM
But maybe metallic on that old Mercedes would be sexy

**# ?B? <▇▇▇▇▇▇>** — 5/5/2023, 11:10 AM
Yeah.

**JB Justin Baldoni <▇▇▇▇▇▇>** — 5/5/2023, 11:38 AM
❤️❤️❤️

**JB Justin Baldoni <▇▇▇▇▇▇>** — 5/5/2023, 12:34 PM
Sony said they are sending the PIX link shortly

**JB Justin Baldoni <▇▇▇▇▇▇>** — 5/5/2023, 1:27 PM
For the Alyssa shot

Attached URL: https://p29-content.icloud.com/M33E4C9F725871E0CE37C439A2B7AF4B9776606912CCD5E344E30379066FA6250.C01USN00Attachment Title: IMG_7038.mov

*Attachment: IMG_7038.mov (8 MB)*

**JB Justin Baldoni <▇▇▇▇▇▇>** — 5/5/2023, 3:10 PM
Hi- lots of texts today- so if you want to work on script I can send you a collab link to both our scripts are updated in real time

**JB Justin Baldoni <▇▇▇▇▇▇>** — 5/5/2023, 5:44 PM
Attached URL: https://p28-content.icloud.com/M33E4C9F725871E0CE37C439A2B7AF4B9776606912CCD5E344E30379066FA6250.C01USN00Attachment Title: 70501587720__6D765888-5226-4519-9E02-3DC89DE643D4.heic

*Attachment: 70501587720__6D765888-5226-4519-9E02-3DC89DE643D4.heic (2 MB)*

**JB Justin Baldoni <▇▇▇▇▇▇>** — 5/5/2023, 5:44 PM
Bunny Options

**JB Justin Baldoni <+▇▇▇▇▇▇>** — 5/5/2023, 5:45 PM
Edited to "Bunny Options"

CONFIDENTIAL
BL-000011091