# Exhibit 119

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 3/22/2023 |

## Outline of Conversations

 **BL-FullMessages-0061817** • 8 messages on 3/22/2023 • Justin Baldoni <​​​​​​​> • ?B? <​​​​​​​>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0061817**

**JB** — Justin Baldoni <​■​> — ▶ 3/22/2023, 10:04 AM
Attached URL: https://p47-content.icloud.com/M8B5B6C3A05A4938BDAFEA8D66F025A236E0A7EB8AAF285686ADEC70BC533B19D.C01USN00
Attachment Title: 70118665696__E92207B8-6CFC-4ADC-9A00-67F9AF49C233.heic

*Attachment: 70118665696__E92207B8-6CFC-4ADC-9A00-67F9AF49C233.heic (1 MB)*

**JB** — Justin Baldoni <​■​> — ▶ 3/22/2023, 10:04 AM
Look who started today

**#** — ?B? <​■​> — ◀ 3/22/2023, 10:28 AM
Omg!!! My worlds colliding!!!

**#** — ?B? <​■​> — ◀ 3/22/2023, 10:28 AM
He looks exactly the same ! ❤️❤️

**JB** — Justin Baldoni <​■​> — ▶ 3/22/2023, 10:34 AM
And so do you

**JB** — Justin Baldoni <​■​> — ▶ 3/22/2023, 10:37 AM
Must be some weird gossip girl time collapse you were all in

**JB** — Justin Baldoni <​■​> — ▶ 3/22/2023, 11:02 AM
So if it's okay, every once in a while I'm going to start sending you some things to take a look at, so I can get your ideas- specifically related to Lily.

**JB** — Justin Baldoni <​■​> — ▶ 3/22/2023, 11:03 AM
Here are the current options for the Lily Blooms logo for the flower shop … would love to know which one(s) stand out for you 😊

Attached URL: https://p46-content.icloud.com/M9D2203C66B55E2E60E0B58A8AA34069A4320C44D24A2EDF18BECBA1B5F0647AC.C01USN00
Attachment Title: FILE_5289.pdf

CONFIDENTIAL                                                                                                              BL-000009128