# Exhibit 120

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 68 | Date Range: 1/26/2023 - 1/27/2023 |

## Outline of Conversations

 **BL-FullMessages-0061362** • 68 messages between 1/26/2023 - 1/27/2023 • Justin Baldoni
< ▇▇▇▇ > • System Message <Sender/Recip Num/AccountID Not Available> • ?B?
< ▇▇▇▇ >

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **BL-FullMessages-0061362**

| # | ?B? <​█​> | ◀ 1/26/2023, 9:20 PM |
| Wait it was your birthday two days ago?!?!! | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:21 PM |
| 🤷‍♂️ | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:21 PM |
| Also thank you and Emily (please send me her number). Those postnatal gifts 😭😭? | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:21 PM |
| Disliked "🤷‍♂️" | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:21 PM |
| Ah they came?! Yay! | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:21 PM |
| █ █ | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:22 PM |
| We told our kids today they will have some friends in NY when we go and they were super excited | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:24 PM |
| They sure will. Full kibbutz | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:25 PM |
| What's her last name? | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:25 PM |
| emily?  Baldoni | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:25 PM |
| Her choice 😊 | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:25 PM |
| Didn't want to assume | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:25 PM |
| 🙂 | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:26 PM |
| I'm Reynolds. My choice | |

| # | ?B? <​█​> | ◀ 1/26/2023, 9:26 PM |
| He cried | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:26 PM |
| 😊 | |

| JB | Justin Baldoni <​█​> | ▶ 1/26/2023, 9:26 PM |
| Now thats a man! | |

CONFIDENTIAL
BL-000008568

| | | | |
|---|---|---|---|
| # | ?B? <■> <br> Wimp | ◀ | 1/26/2023, 9:26 PM |
| JB | Justin Baldoni <■> <br> I keep hearing how excited people are for you to be Lilly. Im so happy! Colleen is on cloud 9 | ▶ | 1/26/2023, 9:26 PM |
| JB | Justin Baldoni <■> <br> hahahahah | ▶ | 1/26/2023, 9:26 PM |
| JB | Justin Baldoni <■> <br> Did Matthias text you back BTW? | ▶ | 1/26/2023, 9:27 PM |
| ># | ?B? <■> <br> I haven't had a chance to write him today. Literally doing now | ◀ | 1/26/2023, 9:44 PM |
| JB | Justin Baldoni <■> <br> Just hired PD- https://www.imdb.com/name/nm0496509/  she did CODA which I loved. | ▶ | 1/26/2023, 9:28 PM |
| JB | Justin Baldoni <■> <br> And this is our wonderful AD. She's a gem. | ▶ | 1/26/2023, 9:29 PM |
| JB | Justin Baldoni <■> <br> https://www.imdb.com/name/nm0089188/?ref_=fn_al_nm_2Attachment Title: 9764B12E-F725-4AA5-9D74-04CBE27EB1FC.pluginPayloadAttachmentAttachment Title: 30096A87-484D-4453-BCF1-1E5F25845850.pluginPayloadAttachment | ▶ | 1/26/2023, 9:29 PM |

*Attachment: 30096A87-484D-4453-BCF1-1E5F25845850.pluginPayloadAttachment (13 KB)*

| | | | |
|---|---|---|---|
| # | ?B? <■> <br> Emphasized "I keep hearing how excited people are for you to b…" | ◀ | 1/26/2023, 9:44 PM |
| # | ?B? <■> <br> Bloom! | ◀ | 1/26/2023, 9:44 PM |
| JB | Justin Baldoni <■> <br> Laughed at "Bloom!" | ▶ | 1/26/2023, 9:48 PM |
| JB | Justin Baldoni <■> <br> No worries! You're a little busy and not sleeping. 😊Thank you! | ▶ | 1/26/2023, 9:49 PM |
| JB | Justin Baldoni <■> <br> Attached URL: https://p37-content.icloud.com/M94B99FA4A59312ECC1A5F2E1B0124871661ECCC765058B4718C65EA408AAAEA9.C01USN00 Attachment Title: 69648076669__24133A77-D44F-4E33-9EE3-A70229396184.heic | ▶ | 1/26/2023, 9:52 PM |

*Attachment: 69648076669__24133A77-D44F-4E33-9EE3-A70229396184.heic (1 MB)*

| | | | |
|---|---|---|---|
| JB | Justin Baldoni <■> <br> Have you seen this by the way? Just found it and kids are using it. So sweet | ▶ | 1/26/2023, 9:53 PM |

**JB** — Justin Baldoni <███> ▶ 1/26/2023, 9:53 PM
Attached URL: https://p25-content.icloud.com/M94B99FA4A59312ECC1A5F2E1B0124871661ECCC765058B4718C65EA408AAAEA9.C01USN00
Attachment Title: 69648080091__39939149-4324-4B0B-B5AF-2F38D1D25C1A.heic

*Attachment: 69648080091__39939149-4324-4B0B-B5AF-2F38D1D25C1A.heic (2 MB)*

**#** — ?B? <███> ◀ 1/26/2023, 9:55 PM
No I need

**#** — ?B? <███> ◀ 1/26/2023, 10:19 PM
The script I had is most up to date?

**#** — ?B? <███> ◀ 1/26/2023, 10:20 PM
Attaching in my email to Matthias

**JB** — Justin Baldoni <███> ▶ 1/26/2023, 10:20 PM
Yep I'm doing notes over the next two weeks

**#** — ?B? <███> ◀ 1/26/2023, 10:20 PM
Loved "Yep I'm doing notes over the next two weeks "

**JB** — Justin Baldoni <███> ▶ 1/26/2023, 10:21 PM
And would welcome any that you have

**#** — ?B? <███> ◀ 1/26/2023, 10:24 PM
Will reread. I loved so much.

Our sweet assitant who wants to be a producer read and she actually had a great note she shared with me (albeit worded a little clunky and the formality reads more cold than she is). And it's actually something i felt when reading but forgot to articulate!

**#** — ?B? <███> ◀ 1/26/2023, 10:24 PM
Copy pasting for sake of time

**#** — ?B? <███> ◀ 1/26/2023, 10:24 PM
Alyssa and Lily meeting
I think when Alyssa and Lily meet, Alyssa should say her business partner dropped out or something rather then her saying that she bought the place with no plan for it. Just feels unrealistic and also makes her feel like some rich girl that we are set up not to like. When we really do love Alyssas character.

We don't see any of them putting any work into the shop. We just see when it's done. I feel like maybe a quick montage of them putting work Into it would be nice. Especially because this dream of this flower shop has been a dream of lilys for so long. There also should be a few small hiccups in the process.

**JB** — Justin Baldoni <███> ▶ 1/26/2023, 10:28 PM
Putting kids down will respond shortly ❤️

**#** — ?B? <███> ◀ 1/26/2023, 10:28 PM
Don't need to. 🙏❤️ enjoy your babies. Email sent to Matthias. And happy belated birthday 🙇‍♀️

**JB** — Justin Baldoni <███> ▶ 1/26/2023, 10:52 PM
You couldn't know it was my birthday- we don't google our friends remember. 😉

Xoxoxo

**#** — ?B? <███> ◀ 1/26/2023, 10:55 PM
Well played. Xx

**JB — Justin Baldoni** — 1/26/2023, 11:02 PM
Side note-was just thinking.... if we ever end up doing a sequel together... you should direct it.

**?B?** — 1/26/2023, 11:10 PM
Stop.

**?B?** — 1/26/2023, 11:11 PM
You're the best

**JB — Justin Baldoni** — 1/26/2023, 11:13 PM
I mean it.

**?B?** — 1/26/2023, 11:17 PM
❤ beyond. Appreciate your partnership so much

**JB — Justin Baldoni** — 1/26/2023, 11:15 PM
Also youre text to Emily is so damn sweet. I guess I need Ryans number to balance it out. I'll only harass him about - pretty much everything he does that im a fan of- once a day. 😉 xoxo night!

**?B?** — 1/26/2023, 11:17 PM

**?B?** — 1/26/2023, 11:17 PM
Try not to fall too in love. He's everything

**JB — Justin Baldoni** — 1/26/2023, 11:19 PM
Hahaha I cant even. Too nervous. He has to make the first move 😊 JK. So sweet. Cant wait to hang and congrats on the announcement- I think it went swimmingly. The fans are so excited and colleen is thrilled. Try to get some sleep! Xoxoxo

**?B?** — 1/26/2023, 11:20 PM
Emphasized "Hahaha I cant even. Too nervous. He has to make th..."

**?B?** — 1/27/2023, 4:57 PM
Hey Blake

Great to hear from you!! Your novel to me made me blush of compliments I really appreciate it 😊)
Your project sounds incredible and it's great you're working with Justin Baldoni!

Coincidentally I'm in Barcelona at the moment shooting a commercial till next week and i'm having constant AISIU flashbacks around town. Great memories!

It's all a little crazy because Marc is on a roll and we're about to shoot another film with Disney and I'm pretty much on hold till I know more.

This one would take us back to London for the majority of the year if it goes through.

When this nutty commercial is over I'd love to read your script and perhaps I'll know more by then what my schedule will look like..

Short night of sleep now and back to 🎥

Thank you for thinking of me! 😊 Let's talk soon!

M

**?B?** — 1/27/2023, 4:57 PM
From Matthias

**?B?** — 1/27/2023, 4:59 PM
Also. Just so we can all work together best on this long journey, I think now my be a good moment to acknowledge in a

graceful way to Sony a respectful version of "we told you so".
I have more context which leads me to say this. But may not be necessary

**JB** — Justin Baldoni <​> — 1/27/2023, 4:59 PM
Maybe you can just post on IG in big bold letters to Sony - TOLD YA

**JB** — Justin Baldoni <​> — 1/27/2023, 5:00 PM
Would love context! But yes/ I think they get it. But then again maybe not- only time will tell!

**JB** — Justin Baldoni <​> — 1/27/2023, 5:05 PM
And very sweet response from Matthias 😊

**>#** — ?B? <​> — 1/27/2023, 5:06 PM
Lemme sniff on the Disney gig reality and timing

**#** — ?B? <​> — 1/27/2023, 5:05 PM
Attached URL: https://p63-content.icloud.com/MC1227F9BA3B7F6C13D410EB0A71F5F8005A9BA21F67A0B62EC71A6F53AA5191B.C01USN00
Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (1 MB)*

**#** — ?B? <​> — 1/27/2023, 5:05 PM
That was supposed to be 20 secs

**JB** — Justin Baldoni <​> — 1/27/2023, 5:17 PM
On with our writer talking through notes! Will listen shortly!

**#** — ?B? <​> — 1/27/2023, 5:22 PM
Loved "On with our writer talking through notes! Will lis…"

**SA** — System Message <Sender/Recip Num/AccountID Not Available> — 1/27/2023, 5:56 PM
 kept an audio message from you.

**JB** — Justin Baldoni <​> — 1/27/2023, 6:01 PM
Attached URL: https://p47-content.icloud.com/M94B99FA4A59312ECC1A5F2E1B0124871661ECCC765O58B4718C65EA408AAAEA9.C01USN00
Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (1 MB)*

CONFIDENTIAL                                                                                  BL-000008572