# Exhibit 121

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 4/9/2023 |

## Outline of Conversations

 **BL-FullMessages-0062136** • 4 messages on 4/9/2023 • Justin Baldoni <+■■■■> • ?B? <■■■■>

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)



**BL-FullMessages-0062136**

?B? < ███ >  4/9/2023, 4:45 PM
Happy Easter 🐰
What'd you think of the pages?

Justin Baldoni < ███ >  4/9/2023, 5:49 PM
Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (11 KB)*

Justin Baldoni < ███ >  4/9/2023, 5:51 PM
Attached URL: https://p29-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (597 KB)*

Justin Baldoni < ███ >  4/9/2023, 5:52 PM
Attached URL: https://p31-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: Audio Message.caf

*Attachment: Audio Message.caf (178 KB)*

CONFIDENTIAL