# Exhibit 122

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 34 | Date Range: 4/16/2023 - 4/17/2023 |

## Outline of Conversations

 **BL-FullMessages-0062281** • 34 messages between 4/16/2023 - 4/17/2023 • Justin Baldoni <​███████> • ?B? <​███████>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062281**

\# **?B?** <▓▓▓▓▓▓▓> ◀ 4/16/2023, 8:15 PM

Wow. I don't know him but great resume and he has a great look.

Re Amy— HMU may be able to do a temp day red wash on silver if she's open to it. And Lola is amazing for de-aging. There are only couple moments of Jenny younger thankfully.

It's innately tricky no matter who's hired because Andrew only ever exists younger, but the meat of Jenny is older.

\# **?B?** <▓▓▓▓▓▓▓> ◀ 4/16/2023, 8:16 PM

Below is the FDX. I'll email it as well. I haven't proof read bc I wanted to get it to you asap.

>\# **?B?** <▓▓▓▓▓▓▓> ◀ 4/16/2023, 8:34 PM

I tried to cater it to the level of talent we're going after by illustrating a woman who's charming and attractive in that but also deeply flawed. It was also important to me to lean into the thing with Jenny also that drew me to the movie as a whole— that you don't have to be an obviously problematic or stunted woman to make bad decisions. Anyone can do it. We all have deep interior worlds that are sometimes hard to reconcile with our exterior. And that's what makes us interesting.

I think, I hope, performers will see that when considering playing Jenny.

> JB **Justin Baldoni** <▓▓▓▓▓▓▓> ▶ 4/16/2023, 8:38 PM

Hahaha - "she has huge feet" that got me.  This is great!

>\# **?B?** <▓▓▓▓▓▓▓> ◀ 4/16/2023, 8:44 PM

🥰

Your quote$ gonna be extra high after this movie

>\# **?B?** <▓▓▓▓▓▓▓> ◀ 4/16/2023, 8:45 PM

Sorry can't answer. Putting 3 of my 4 to sleep. 1.5 hrs late bc I was writing to make Mon am deadline. 😬

\# **?B?** <▓▓▓▓▓▓▓> ◀ 4/16/2023, 8:16 PM

Attached URL: https://p57-content.icloud.com/M4FC331B31775444C0E5A5FC4B3C83DD8038FB3A384140E842B27645D5963BF5F.C01USN00Attachment Title: It.Ends.With.Us- Jenny Pass.fdx

*Attachment: It.Ends.With.Us- Jenny Pass.fdx (557 KB)*

JB **Justin Baldoni** <▓▓▓▓▓▓▓> ▶ 4/16/2023, 8:23 PM

Amazing thank you will dig in shortly!

JB **Justin Baldoni** <▓▓▓▓▓▓▓> ▶ 4/16/2023, 8:26 PM

Completely separate, how are you feeling?

\# **?B?** <▓▓▓▓▓▓▓> ◀ 4/16/2023, 8:30 PM

Loved "Amazing thank you will dig in shortly! "

JB **Justin Baldoni** <▓▓▓▓▓▓▓> ▶ 4/16/2023, 8:34 PM

LOVE the first scene -
"Best thing I've never written" wow. So good.

JB **Justin Baldoni** <▓▓▓▓▓▓▓> ▶ 4/16/2023, 8:37 PM

Loved "I tried to cater it to the level of talent we're g…"

CONFIDENTIAL BL-000009643

| | | | |
|---|---|---|---|
| JB | **Justin Baldoni** <■> <br> I just tried to call you | ▶ | 4/16/2023, 8:45 PM |
| JB | **Justin Baldoni** <■> <br> I love it. I love what you did. This is really fun to see you work | ▶ | 4/16/2023, 8:45 PM |
| JB | **Justin Baldoni** <■> <br> I have no notes | ▶ | 4/16/2023, 8:45 PM |
| # | **?B?** <■> <br> Aw man. That means a lot. A lot a lot. | ◀ | 4/16/2023, 8:45 PM |
| JB | **Justin Baldoni** <■> <br> Never had a collaborator like this I'm really excited | ▶ | 4/16/2023, 8:46 PM |
| # | **?B?** <■3> <br> I really appreciate you saying what you like. I don't ever expect you to like it all. But damn it does feel good when you do. I'm human 🤡 | ◀ | 4/16/2023, 8:46 PM |
| JB | **Justin Baldoni** <■> <br> And I'm not paying myself as an actor- so any quote is going to be great! 😉 | ▶ | 4/16/2023, 8:46 PM |
| JB | **Justin Baldoni** <■> <br> I know you don't, but I really do and I promise you I will tell you when I - but I think our sensibilities go really well together and you are elevating the material in a really beautiful way. Thanks for doing this before bed my assistant is going to combine the drafts and then will send out the offer to Amy in the morning. | ▶ | 4/16/2023, 8:48 PM |
| JB | **Justin Baldoni** <+■> <br> Edited to "I know you don't, but I really do and I promise you I will tell you when I - but I think our sensibilities go really well together and you are elevating the material in a really beautiful way. Thanks for doing this before bed my assistant is going to come by in the drafts and then will send out the offer to Amy in the morning. " | ▶ | 4/16/2023, 8:48 PM |
| JB | **Justin Baldoni** <■> <br> Edited to "I know you don't, but I really do and I promise you I will tell you when I - but I think our sensibilities go really well together and you are elevating the material in a really beautiful way. Thanks for doing this before bed my assistant is going to combine the drafts and then will send out the offer to Amy in the morning. " | ▶ | 4/16/2023, 8:48 PM |
| # | **?B?** <■> <br> ❤️🙏 | ◀ | 4/16/2023, 9:07 PM |
| # | **?B?** <■> <br> Laughed at "And I'm not paying myself as an actor- so any quot…" | ◀ | 4/16/2023, 9:07 PM |
| JB | **Justin Baldoni** <■> <br> Hi! I have great news! Julie walker (my medical intuitive friend) found a spot for you tomorrow at 2:30pm. She's booked for months and months. Can you make yourself avail? | ▶ | 4/17/2023, 8:46 AM |
| # | **?B?** <■> <br> This is immensely appreciated. Thank you, thank you for working on this amongst all else you're managing. Unfortunately I have a shoot tomorrow all day but hopefully she's avail the next time I have strep throat next month | ◀ | 4/17/2023, 11:26 AM |
| JB | **Justin Baldoni** <■> <br> Loved "This is immensely appreciated. Thank you, thank yo…" | ▶ | 4/17/2023, 11:26 AM |
| JB | **Justin Baldoni** <■> <br> Totally get it will let her know. And you are done with strep throat!  See u soon | ▶ | 4/17/2023, 11:27 AM |
| JB | **Justin Baldoni** <■> | ▶ | 4/17/2023, 6:06 PM |

Hi, give me a ring when you have 5

| # | ?B? < ███████ > | ◂ 4/17/2023, 6:09 PM |

On my way to hospital w my daughter. She may have broken her arm. Hoping just a sprain. What's up?

| JB | Justin Baldoni < ███████ > | ▸ 4/17/2023, 6:17 PM |

Oh no no - shit , been there

| JB | Justin Baldoni < ███████ > | ▸ 4/17/2023, 6:18 PM |

nothing that matters now -hope  she's okay I'm around later

| # | ?B? < ███████ > | ◂ 4/17/2023, 6:30 PM |

The worst when they're hurt. She'll be ok though. What's up?

| JB | Justin Baldoni < ███████ > | ▸ 4/17/2023, 6:41 PM |

The worst. I think it hurts us more.
Wanted to chat vegas and bounce ideas off you as I'm trying to figure out a creative play and could use your brain. Also need us to start getting some real in person time together - it's game time!
I hope she's okay. ❤

CONFIDENTIAL

BL-000009645