# Exhibit 123

**Thread Participants:** ▇▇▇ Henny Grace (Owner); ▇▇▇ Blake Lively; Justin Baldoni (Owner); ▇▇▇ J B (Owner)
**Active Participants:** ▇▇▇ Henny Grace (Owner); ▇▇▇ Blake Lively
**First Message:** 5/14/2023 10:56:28 PM
**Last Message:** 5/14/2023 11:08:28 PM

---

**Henny Grace (Owner)**

Blake

well... here we are. Even though I've told you a bunch of times i will say it again. Thank you. Thank you for listening to that part of you told you to do this film with me. Thank you for diving in head first, and caring so much about every little detail. Thank you for not settling for good at the expense of great. Thank you for the hard conversations and the fun ones. The long ass nights and the flights (rhyme not intentional). You are a once in a lifetime talent and you make everyone around you and everything you touch better.
As your collaborator, your director and your friend...I am so grateful and excited take this journey with you and grateful for your trust in me.
Let's tell the truth and enjoy ourselves while doing it.
Love
J
P.S happy Mother's Day. You are also a fucking amazing mom. It's been a joy to witness how you love and adore your kids. They are all amazing and a testament to their parents. Except Betty. She scared the shit out of me

*5/14/2023 10:56:28 PM*

**Blake Lively**

😂😂 the finale for the win

*5/14/2023 11:06:14 PM*

**Blake Lively**

This note means so much to me.

I'm excited to start tomorrow. But it's only one piece of the journey. We started months ago. And I'm grateful for all we've built so far. Thank you for caring so much and for putting every bit of you into showing it. You have given so much of your time to fight for great. And that hasn't gone unappreciated or unseen for a moment.

Let's do this shit.

*5/14/2023 11:08:28 PM*