Exhibit 125

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 53 | Date Range: 6/15/2024 |

**Outline of Conversations**

💬 ████████ • 53 messages on 6/15/2024 • Alex Saks <████████> • Home <████████>

Exhibit: **22**
Witness: **BALDONI**
Date: **10/7/25**
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -07:00)

💬 ███████████

| | | |
|---|---|---|
| H | **Home** <█████████> | 6/15/2024, 2:19 PM |
| | call me | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:32 PM |
| | Message delivered | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:32 PM |
| | From our last chat, I think she would igmore anyway | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:32 PM |
| | And kind of has been.. | |
| H | **Home** <█████████> | 6/15/2024, 2:50 PM |
| | right … | |
| H | **Home** <█████████> | 6/15/2024, 2:50 PM |
| | did u get any details back then?? | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:53 PM |
| | Yes, nothing inappropriate, more the he's a faker, doesn't do the work, Justin was very dismissive of her when she wanted to direct and then used Jamey to try to manipulate her when he realized she should co direct it after she got daddio going | |
| H | **Home** <█████████> | 6/15/2024, 2:53 PM |
| | Aaaah. | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:54 PM |
| | And then she felt like he tried to use her for cover w Blake and Colleen a bunch | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:54 PM |
| | They also didn't want her on set at first but gave her that credit to not pay her for her writing services | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:55 PM |
| | Her stuff isn't bad at all, think she just doesn't want to be associated w him/them | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:55 PM |
| | Based on all else she's heard | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 2:57 PM |
| | In short, she didn't feel respected as a female voice on the team and on a movie like this, that felt especially bad. That's it. And she's scared of backlash. Who isn't! | |
| H | **Home** <█████████> | 6/15/2024, 2:59 PM |
| | Just SO many things stacking up people are so upset or pissed off about. I cannot believe how they just keep on coming. Did he think no one would notice or remember or ? | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 3:00 PM |
| | I think this is where the narcissism is dangerous | |
| AS | **Alex Saks** <█████████> | 6/15/2024, 3:00 PM |
| | I don't think he remembers honestly or knows that he's doing anything wrong | |

Confidential

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:00 PM

And honestly, I feel in a fine place w him, genuinely, since he has been rolling over

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:01 PM

It's only when the Jamey/this isn't fair nonsense and revisionist history comes up that I'm like, come onnnn guys

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:01 PM

You can do better on the next one !

H    **Home** < ▮▮▮▮▮ >         6/15/2024, 3:01 PM

With this many people and issues? i mean tgey just keep coming.

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:01 PM

Him and Jamey have a way of making women (and some men) feel like shit

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:02 PM

It is deep

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:02 PM

Because they sign the checks

H    **Home** < ▮▮▮▮▮ >         6/15/2024, 3:02 PM

I feel like an idiot.

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:02 PM

Barry Peterson also asked to me to have lunch

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:02 PM

Which I need to set

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:02 PM

They didn't do it to you

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:02 PM

DONT

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:03 PM

You had power and they respected you or had to

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:03 PM

I remember you calling me on round two one night

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:04 PM

Being like what the fuckkk

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:04 PM

But because so much of it was these minuscule micro aggressions

H    **Home** < ▮▮▮▮▮ >         6/15/2024, 3:04 PM

I mean I knew inexperienced but this is a NEW level. and I saw north korea hack

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:05 PM

Yeppp

AS    **Alex Saks** < ▮▮▮▮▮ >         6/15/2024, 3:05 PM

Do you remember when I called Andy Davis a few weeks in? And was like. Andy, he's inviting the dept heads to go to Russian baths w him

Confidential

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:05 PM
      Laughed at "I mean I knew inexperienced but this is a NEW leve…"

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:06 PM
      I was like what do I do??? He was like. You have to tell him he can't do that

H     **Home** <​███████​>                                                      6/15/2024, 3:06 PM
      Everybody has something weird uncomfortable and bad to say.

H     **Home** <​███████​>                                                      6/15/2024, 3:06 PM
      russian baths!!!!!!

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:06 PM
      I'm seeing Eric in two weeks

H     **Home** <​███████​>                                                      6/15/2024, 3:06 PM
      this is SO fucking craaaaazy

H     **Home** <​███████​>                                                      6/15/2024, 3:07 PM
      russian baths??? wtf.

H     **Home** <​███████​>                                                      6/15/2024, 3:07 PM
      oh jeez.

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:07 PM
      Russell and I spoke and Russell said when he wrapped he felt like he left a cult

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:07 PM
      Yepppp

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:07 PM
      Eric just thought they were idiots

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:08 PM
      But remember when they all came to be at the end of the first round and were like we're not coming back if you aren't

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:08 PM
      And then Russell and Barry didn't anyway

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:09 PM
      But yes Russian baths.

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:09 PM
      I was like. Am I imagining this??

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:10 PM
      The inexperience and their complete control put EVERYONE on their heels

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:10 PM
      Every dept head, it exacerbated EVERYTHING

AS    **Alex Saks** <​███████​>                                                6/15/2024, 3:10 PM
      Our whole crew honestly

                                    SPE_BL0002196

Confidential