# Exhibit 127

Exhibit: 4
Witness: HEATH
Date: 10/8/25
CSR#12019: Ashley Soevyn

**From:** Jamey Heath
**Sent:** Thu, 27 Apr 2023 11:29:29 -0400 (EDT)
**To:** Jill Sacco
**Cc:** Andrea Ajemian < >; Alex Saks < >; Imene Meziane < >; John Logan Pierson < >; Mariela Villa < >
**Subject:** Re: "IEWU" HR - Wayfarer - PRESSING

We do have HR at Wayfarer. However, we may want to have an outside agency for the show.
I'll be in shortly. Let's discuss when I get there.



**Jamey Heath**
President
Wayfarer Studios

One planet, One people, Please…

> On Apr 27, 2023, at 11:25 AM, Jill Sacco < > wrote:
>
> And just so everyone has his info in case you want to reach out:
>
> **Tom Woods - Local 52**
>
> Thanks,
>
> On Thu, Apr 27, 2023 at 10:46 AM Andrea Ajemian < > wrote:
>> Hi Jamey, Imene, and John Logan,
>>
>> Jill just got a call from Tom Woods, business agent at local 52. He said he needs our HR dept info immediately. He wouldn't give her any information. Seems like we have an HR complaint. The only people on right now from 52 are set dec, props, and construction. No complaints have come to me.
>>
>> We have an outside safety company with a phone number, but he said that's not good enough. He needs HR. Normally on Indies there are no HR departments, so whose info should I send?
>>
>> Who handles HR issues at Wayfarer?
>>
>> Thanks
>> Andrea
>>
>> Andrea Ajemian
>> Executive Producer/UPM
>> "It Ends With Us"
>> Wayfarer Studios

--
Jill Sacco

HEATH_000048499

Production Supervisor
*"It Ends With Us"*
Wayfarer Studios
Cell: ███████

http://www.imdb.com/name/nm4539343/
http://staffmeup.com/profile/jillsacco

HEATH_000048500