# Exhibit 128

## chat506775087422921732

**Thread Participants:** Jamey Heath; ▮ Alex Saks; ▮ Ange Giannetti; ▮ Henny Grace (Owner); Andrew Calof; ▮ Alex Saks Old #; ▮ J B (Owner)

**Active Participants:** Jamey Heath; ▮ Ange Giannetti; Henny Grace (Owner); ▮ Andrew Calof; ▮ Alex Saks Old #

**First Message:** 3/6/2023 11:05:38 AM
**Last Message:** 3/6/2023 12:59:02 PM

---

**Alex Saks Old #**
Unless jamey did, I don't believe we heard from ▮'s team this wknd. That said, heard from Blake's manager that she may have strep or be sick of some sort so this week may be off the table anyway. I'm waiting to hear from him his morning
*3/6/2023 11:05:38 AM*

**Alex Saks Old #**
On w ▮'s manager, he doesnt want to do the film
*3/6/2023 11:51:46 AM*

**Alex Saks Old #**
his gut is telling him not to do the film
*3/6/2023 11:51:48 AM*

**Henny Grace (Owner)**
Wow.
*3/6/2023 11:55:19 AM*

**Henny Grace (Owner)**
Okay
*3/6/2023 11:55:20 AM*

**Henny Grace (Owner)**
Moving on. It wasn't meant to be.
*3/6/2023 11:55:40 AM*

**Alex Saks Old #**
Yep. Kristy will recirculate the lists
*3/6/2023 11:56:11 AM*

**Jamey Heath**
Just seeing this!

WTF!?!
*3/6/2023 12:01:51 PM*

**Jamey Heath**
Ok. Wow.
*3/6/2023 12:02:35 PM*

CONFIDENTIAL                                                                                                      BALDONI_000016497

**Alex Saks Old #**
" people show you who they are, believe them the first time."
3/6/2023 12:03:30 PM

**Alex Saks Old #**
When*
3/6/2023 12:03:32 PM

**Henny Grace (Owner)**
Gotta say Alex. You had the gut feeling.
3/6/2023 12:03:53 PM

**Alex Saks Old #**
Sadly 😌
3/6/2023 12:06:02 PM

**Ange Giannetti**
Sorry you all wasted SO much time. Unprofessional beyond.
3/6/2023 12:06:40 PM

**Ange Giannetti**
Justin did he reach out to you?
3/6/2023 12:11:41 PM

**Henny Grace (Owner)**
He did not.
3/6/2023 12:31:37 PM

**Henny Grace (Owner)**
Just said bye to my family. One of the hardest things I've ever done. We don't separate. Never been apart longer than a week.
I would only leave them for something that mattered. That my soul demanded I be a part of. And it's this.
So. LETS MAKE A FUCKING MOVIE.

📎
<__Library_SMS_Attach_1_00_00_at_0_B_1_IMG_5757.HEIC>
3/6/2023 12:54:48 PM

**Alex Saks Old #**
●●●●●●●
3/6/2023 12:55:26 PM

**Andrew Calof**
♥ ♥
3/6/2023 12:58:06 PM

**Ange Giannetti**
Loved "Just said bye to my family. One of the hardest thi…"
3/6/2023 12:59:02 PM

CONFIDENTIAL    BALDONI_000016498