# Exhibit 129

**Thread Participants:** Jamey Heath (Owner); Andrea Ajemian; Jamey Heath (Owner)
**Active Participants:** Jamey Heath (Owner); Andrea Ajemian
**First Message:** 3/8/2023 3:56:09 PM
**Last Message:** 3/8/2023 10:41:55 PM

---

**Andrea Ajemian**
Hi. What are the dates for your first trip to Jersey to be with us?
*3/8/2023 3:56:09 PM*

**Jamey Heath (Owner)**
Hi you. Have i told you that you're a joy?!? Well… you are!!

Give me a ring when able
*3/8/2023 4:01:57 PM*

**Andrea Ajemian**
Jamey! You are a joy, the scout was phenomenal today. I'm on a zoom with Brian and the CPA for the tax credit. Will call you after
*3/8/2023 4:04:10 PM*

**Jamey Heath (Owner)**
Ok perfecto
*3/8/2023 4:05:01 PM*

**Andrea Ajemian**
I can talk anytime. Call my cell
*3/8/2023 5:00:32 PM*

**Andrea Ajemian**
Or I can call you right now if you are avail
*3/8/2023 5:00:38 PM*

**Andrea Ajemian**
Sorry on call now. Call you right back
*3/8/2023 5:09:36 PM*

**Andrea Ajemian**
What day did you say you are flying here? I want to add it to the daily schedule and then Nick can reach out to you to book the travel. He's our coordinator
*3/8/2023 6:30:38 PM*

**Jamey Heath (Owner)**
What's the actual location we are shooting in NJ? For most of it?
*3/8/2023 10:36:00 PM*

CONFIDENTIAL
WAYFARER_000138094

**Jamey Heath (Owner):** Need to put in Blake's deal
3/8/2023 10:36:06 PM

**Jamey Heath (Owner):** Sorry not address but rather city.
3/8/2023 10:36:22 PM

**Andrea Ajemian:** Hmm not exactly sure yet but as our office is in jersey city you can list that. We are scouting all over within the 30 mile NYC union zone
I would like jersey city or Hoboken
3/8/2023 10:38:32 PM

**Jamey Heath (Owner):** What's our official start date and end date as of now for Blake. ?
3/8/2023 10:39:32 PM

**Jamey Heath (Owner):** Sorry
3/8/2023 10:39:33 PM

**Andrea Ajemian:** 5/10/23 is the start date
3/8/2023 10:40:28 PM

**Andrea Ajemian:** But…not sure if anyone discussed with Blake yet
3/8/2023 10:40:36 PM

**Andrea Ajemian:** You may want to check with Justin and Alex as initially Blake was supposed to start May 22nd and then when her other film went away, I believe she said she'd start a week early which is May 15
3/8/2023 10:41:10 PM

**Andrea Ajemian:** However the 10th and 11th are currently Atlantic City. Just want to make sure someone discusses that with her and her team before they just see it in an agreement, ya know?
3/8/2023 10:41:40 PM

**Jamey Heath (Owner):** Yes. Ok. Thanks.
3/8/2023 10:41:55 PM

CONFIDENTIAL

WAYFARER_000138095