# Exhibit 130

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 1/23/2023 |

## Outline of Conversations



**iMessage Messages Chat between** ▆▆▆▆▆▆▆ **, Don Saladino** • 3 messages on 1/23/2023 • ▆▆▆▆▆▆▆ • Don Saladino

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **iMessage Messages Chat between ▓▓▓▓▓, Don Saladino**

\#    ▓▓▓▓▓        1/23/2023, 12:17 AM

Hey Don! Justin Baldoni here - a new friend of Blake's. We are working together on a film II be headed your way first week of March for four months!

DS    **Don Saladino**        1/23/2023, 11:57 AM

Great to meet you Justin. Happy to discuss. Let's jump on a call at some point.

\#    ▓▓▓▓▓        1/23/2023, 3:31 PM

Sounds good, let me know what works