# Exhibit 131

From: Justin Baldoni <██████████>
To: Alex Saks <██████████>, Ange Giannetti <██████████>,
    Jamey Heath <██████████>  Andrew Calof <██████████>
Cc: AJ Marbory <██████████>
Subject: Yesterdays call.
Date: Sun, 19 Feb 2023 17:58:02 -0800



Exhibit: 4
Witness: SAKS
Date: 9/24/25
CSR#12019: Ashley Soevyn

Hey Everyone,

I hope you've had a beautiful Sunday. I've been in some deep prayer and reflection since our meeting yesterday, and I want to share a few things.

First of all, I want to apologize to the group, especially to Alex. I've been feeling the pressures of mounting this film, and more than that, the responsibility to all the people who have suffered all forms of abuse in their lives. The responsibility to share their truths, their strengths, and their realities while also walking the line of making not only a great film, but an effective and accurate one. One that can actually save lives. Sure I know thats un realistic… but thats why I am in this business. It's what motivates me and why I think I've been given whatever gifts I have. However, In doing so, I've been holding on to a lot of the energy, the stories, and the pain of those stories…and with that, a lot has been coming up for me that is MY responsibility to hold and not let leak out on others.

Over the last few months, I' haven't been the safest place for myself, and in that - energetically, I feel I have failed at being a safe place for others. So I want to apologize as my behavior yesterday, for me, was not acceptable. I try very hard not to interrupt the women in my life, and unfortunately I've been failing in that on quite a few occasions over the last few months often times and yesterday in particular to you, Alex. I will talk with you separately but, It wasn't okay for me to interrupt you and then mansplain something as it relates to abuse and data and statistics which I'm sure you know as much, if not more, about than me, by the simple fact that you live everyday as a woman in this world.

This movie is going to be a tightrope to execute, it brings up a lot and as I said, I've been navigating my own traumas while digging into it and preparing for Ryle. But my experience as a man and the abuse I've suffered will never compare to the collective abuse and trauma of what it's like to be a woman in today's world and even more so, what it's like to experience abuse as a woman. That right there is the reason I want to make this film. And with the simple act of interrupting, and being defensive yesterday showed I lost sight of that goal. As we go forward, I will make sure that doesn't happen again, to any of the women involved in this film. Sure I may disagree… but I will always listen.

For this film to work, every person involved has to feel safe to express their thoughts, feelings, opinions, and concerns to me on all levels. But with the pressure I've put on my shoulders, I have not created the energy for that environment to thrive. That is going to change. One of my main focuses going forward will be ensuring that my energy and spirit match my intention here.

This is such an important project to me, and everyone on this email has been thoughtfully selected (and in some cases begged) to be here for one reason: to make this film as beautiful and impactful as possible, while supporting me and the vision…but in that, I need to support you all as well and release the reigns so everyone can thrive.

With that said, thank you for hearing me. I take complete accountability and you can expect to see a shift in me. Sometimes pressure and fear can be a trickster and it has certainly had its way with me these last few months. I invite any of you to reach out to me and offer me feedback at any time because I genuinely believe thats how we grow.

AS004588

Thank you for hearing me, and I hope you have a beautiful rest of your day.

All my love,
Justin

PS: I heard you all yesterday, I know it's crunch time and it's been crunch time for some time. I was up all night working on the script and trying to figure out more cuts - we will be getting there shortly.

Justin Baldoni
Wayfarer Studios
Man Enough

"Where there is love, nothing is too much trouble and there is always time."— Abdu'l-Bahá

AS004589