# Exhibit 133

# chat8145723612839O6885

**Thread Participants:** Ahmed Musiol; Cyrus Sigari; Travis Van Winkle; Adam Mondschein; Jamey Heath (Owner); Sam Baldoni; Andy; Justin; Rainn Wilson; Jamey Heath (Owner)

**Active Participants:** Cyrus Sigari; Rainn Wilson; Justin; Andy

**First Message:** 5/25/2023 12:21:51 PM
**Last Message:** 5/25/2023 1:54:20 PM

---

**Justin**
Love you all. Been going well for the most part. Lots of big big challenges that perfectly line up with my biggest insecurities.
Right now balancing some very tricky personalities and some
Potential poisoning of the well convos that could be putting me in a bad light. Also could be nothing. My little self is definitely feeling sad and wanting to be liked. Oof what a tough job and business. Any prayers for strength it proetection welcome!
5/25/2023 12:21:51 PM

**Cyrus Sigari**
👀🙏
5/25/2023 12:23:58 PM

**Rainn Wilson**
https://www.yahoo.com/lifestyle/blake-lively-wore-camouflage-cargo-154034567.html
📎 <743511DF-0FB1-4592-AB8B-68B27FD53445.pluginPayloadAttachment>
📎 <__Library_SMS_Attach_1_15_05_9467AE_1_DC3127_1>
📎 <__Library_SMS_Attach_1_2e_14_C9A389_1_629E61_1>
📎 <FD475697-DCD2-4966-83CD-3D411D2D1438.pluginPayloadAttachment>
5/25/2023 1:45:10 PM

**Rainn Wilson**
BIG NEWS!
5/25/2023 1:45:17 PM

**Rainn Wilson**
But seriously, Justin. Thank you for sharing. It's clear Baha'u'llah is testing you exactly where your achilles heel is. We always are. You're emerging stronger and more whole and the movie is going to ROCK!
5/25/2023 1:46:10 PM

CONFIDENTIAL

BALDONI_000032905

**Andy**
It's going to be incredible!
5/25/2023 1:46:31 PM

**Justin**
Loved "But seriously, Justin. Thank you for sharing. It's..."
5/25/2023 1:54:20 PM

CONFIDENTIAL
BALDONI_000032906