# Exhibit 134-1



**From:** It Ends With Us
**Sent:** Mon 4/10/2023 8:01:35 PM Eastern Daylight Time
**To:** Lizzy Talbot
**Sent on behalf of:** It Ends With Us <
**Subject:** IEWU | Official CLEAN WHITE Production Draft a/o 4.5.23
**Attachment:** IEWU_White Production Draft_CLEAN_040523.pdf

Hello,

Please find attached the Official CLEAN WHITE Production Draft as of April 5, 2023, for *It Ends With Us.*

This is the same draft from last week, but this version is without the asterisks that denoted changes.

Thank you.

---

**IT ENDS WITH US**
PRODUCTION OFFICE

Sent from Scenechronize

CONFIDENTIAL

## IT ENDS WITH US

Screenplay

by

Christy Hall

Based on the book
"*It Ends With Us*"
by Colleen Hoover

Revisions by Justin Baldoni

**WHITE PRODUCTION DRAFT 4.5.23**

Wayfarer Studios

CONFIDENTIAL

*"For my father, who tried his very best not to be his worst.
And for my mother, who made sure we never saw him at his worst."*

Colleen Hoover

CONFIDENTIAL

**FROM THE DARKNESS...** MUSIC RISES... **"REVERIE"** by Isaac Gracie, instrumental only. Beckoning us to-

1    **EXT. MAINE TWO-LANE HIGHWAY – MORNING** (FALL)                1

Swoop along a two-lane highway, TRACKING a SMALL VEHICLE weaving through dense forest on all sides – the foliage set ablaze by the spellbinding glory of early fall. The MUSIC continuing, as we steal into the car-

2    **INT/EXT. LILY'S CAR (MOVING) – MORNING**                      2

-Face-to-face with LILY BLOOM, 29. Her tousled hair, minimal makeup, blue jeans, and white v-neck t-shirt, all frame Lily with an effortless sort of natural beauty.

A LARGE BLUE SIGN. A PASSING GREETING AT THE STATE LINE, READING:

WELCOME TO MAINE
The Way Life Should Be

Her bottom lip betraying her with a quiver.

3    **EXT. LILY'S MAINE HOME, DRIVEWAY – DAY**                      3

Pulling into the driveway, Lily stares upon her childhood home with great trepidation. The engine still running. She grips the wheel, looking as if she might just throw this thing in reverse and get the hell out of there. When-

PRE-LAP: DING-DONG!

4    **EXT. LILY'S MAINE HOME, FRONT DOOR – DAY**                    4

Lily stands at the door as it swings open REVEALING-JENNY BLOOM, 50s, looking quite respectable in a fitted, expensive day dress – her face tear-stained. Her hair, makeup, and nails perfectly fresh and manicured. Her energy demands the emotional taxation of an obsessive woodpecker.

                    JENNY
          Oh, honey.

Grief overtaking her, Jenny pulls Lily in for a very overwhelming embrace. Barely able to speak through tears-

White Draft (04/05/23)                        2.

                   JENNY  (CONT'D)
        I'm so sorry- You didn't get to- Say
        goodbye. He held on as long as he could.

With conflicted compassion, Lily soothes Jenny like a
parent to a child. Classic role reversal.

                   LILY
        Shhhh... it's okay...

                   JENNY
        At least you know how much he loved you.
        That's what counts.

Then- Jenny pulls away, wiping her nose with a tissue-

                   JENNY  (CONT'D)
        Ugh- We should pull ourselves together
        here- The funeral director's coming by-
        He's gonna help us with the planning. We
        need to pick the flowers and all that.

CLOCKING Lily's blue jeans and t-shirt-

                   JENNY  (CONT'D)
        Maybe you could throw on something a
        little more... thoughtful?

5      **INT/EXT. LILY'S CHILDHOOD BEDROOM - DAY**      5

CREEEAK, the door swings open- REVEALING Lily's childhood
bedroom. A time capsule reflective of her entire life
until only about seven years ago.

Entering, Lily takes a look around. Her soft gaze landing
on... a MUSIC BOX resting on the BEDSIDE TABLE, when-

                   JENNY
        Here we go, it might be a little-

Suddenly- Her mother enters the room, holding up a smart
DAY DRESS WITH POCKETS against Lily's small frame.

                   Jenny  (CONT'D)
        -Loose around the waist, but- Maybe we
        can put a belt around it.

Whipping off her t-shirt, Lily proceeds to change right
in front of her mother - as women tend to do - Jenny
helping her step into the dress and get zipped up.

White Draft (04/05/23)                                        3.

And- We clock a HOLLOW HEART TATTOO on Lily's collar
bone. Just as she turns, facing a LONG MIRROR, Jenny
struggling against two small buttons. Smiling back tears-

                    JENNY (CONT'D)
          ... How's the eulogy coming along?

SILENCE. An UNSPOKEN TRUTH dangling between them.

                    LiLY
          I'm... having a hard time, knowing what
          to say.

After a beat- Smiling wider- Clinging to her delusions-

                    JENNY
          Honestly, honey, we put too much pressure
          on these things. Just. Share five things
          you loved about your father. Nice and
          simple and from the heart. It's gonna be
          great.

Leaning in, Jenny kisses Lily on the neck and- Retreats-

                    JENNY (CONT'D)
          All of it, it's gonna be... perfect.

With one last little woodpecker nod and grin, Jenny
disappears down the hall. IN THE QUIET THAT FOLLOWS- Lily
turns again to that MUSIC BOX.

As if in a trance, Lily crosses the room, and lifts the
lid, prompting a SWEET MELODY to rise. Reaching inside,
she unearths- A WOODEN HOLLOW HEART carved from oak.

Caressing it, Lily looks out the WINDOW, toward a HOUSE
next door- A MEMORY washing over her.

                                        MATCH CUT TO:


6        **INT/EXT. LILY'S ROOM / ABANDONED HOUSE (MEMORY) - DAY**        6

LILY'S EXACT SAME POV: Peering out that SAME WINDOW, down
on the now ABANDONED HOUSE next door, as she catches
sight of a BOY WITH A BACKPACK, 18, sneaking out of one
of the broken windows, unaware of Lily's gaze. A doorbell
rings.

                    JENNY O.S
          Lily, he's here!

CLOSE ON LILY as she is brought back to the present. She
drops the HOLLOW HEART IN HER FRONT DRESS POCKET.

White Draft (04/05/23)                    4.

7        **INT. CITY HALL, AUDITORIUM - DAY**                    7

The local SHERIFF, 60s, bellies up to a podium before the
REVERENT CROWD. A PHOTO of ANDREW BLOOM, 64, resting on
an easel next to a CLOSED CASKET adorned with flowers.
Lily looks behind her to notice two middle aged women
whispering to each other while staring in her direction.
They look away as she sees them.

                         SHERIFF
               We are here to honor the prestigious,
               generous, and kind... Andrew Bloom.

CLOSE ON LILY. Sitting in the front row next to Jenny.

                         SHERIFF (CONT'D)
               Beloved mayor of this fair town. Husband
               of the highly adored Jenny Bloom-

With that, Jenny's tears betray her, wiping he nose.

                         SHERIFF (CONT'D)
               And father... of Lily Bloom. Lily?

On cue, Lily stands, making her way to the PODIUM,
clutching a NAPKIN. The Sheriff repositioning the mic for
her height and stepping to the side. Nervously-

                         LiLY
               Thank you... for joining us today.

She turns, locking "eyes" with her FATHER'S PORTRAIT only
a few feet away. It's as if he's staring right at her.

                         LiLY (CONT'D)
               In honor of my father's life, I'd like to
               share with you the... five things that I
               loved most about him.

Opening her NAPKIN, Lily stares upon the NUMBERS listed
vertically, yet, nothing more is written.

Lily's gaze then falls upon Jenny. That UNSPOKEN TRUTH
still dangling between them- And yet, her mother stiffens-
Prompting Lily to take her NAPKIN and... walk offstage.

CLOSE ON LILY AS SHE KEEPS WALKING DOWN THE AISLE. The
CROWD is seen standing and stirring just over her
shoulder.

White Draft (04/05/23)                                    5.

8        **EXT. LILY'S CAR (MOVING) - SUNSET (BOSTON BRIDGE)**        8

         Lily drives, a single tear barely falling down her face.
         Otherwise she's emotionless.

                                                        CUT TO:

9        **EXT. BOSTON STREET - NIGHT**                              9

         Back to Lily. Exiting her car. The red brake lights
         reflecting on her windows match her hair.

         She looks up to check her surroundings and focuses on her
         iPhone. She's using her maps app to locate something.

         She turns the corner and looks up. There it is. She
         double checks the address. A luxury apartment building.

         Lily watches as an older couple walk out the front door.
         As the doorman helps them to their taxi, Lily sneaks by
         and lets herself in.

10       **INT. BOSTON LUXURY BUILDING ELEVATOR - CONTINUOUS**       10

         As the doors close, Lily hits R. Just above Penthouse
         A/B.

         She looks at herself in the shiny reflection of the
         elevator doors.

11       **EXT. BOSTON LUXURY BUILDING, ROOFTOP - NIGHT**            11

         We find Lily on the LEDGE of the rooftop. Finally letting
         herself release. Wiping her face with the sleeve of her
         hoodie draped over the FUNERAL DRESS. She looks out at
         the city. The lights calming her. The water barely
         visible. She feels like she can breathe. Just then –

         BAM! The ROOFTOP DOOR about 15 feet to Lily's right
         suddenly bursts open. A **SHADOWED FIGURE** emerging from the
         stairwell and SLAMMING the door shut again – WHAM!

         ON LILY– Trying to get a glimpse of this **PERSON** moving
         swiftly across the deck. The **SILHOUETTE** finally stopping
         near the edge about twenty feet in front of her– REVEALED
         to be a **MAN**, mid 30s, appears to be on the verge of a
         breakdown– Lily quickly wiping away her tears.

         Lily watches as the Man kicks one of the PATIO CHAIRS –
         WHAM!

White Draft (04/05/23)                                    6.

Unaware he has an audience, he kicks The chair
repeatedly. It doesn't break, it just slides away from
him. He kicks it again. It just slides further.
Frustrated he stands over it, his hands clenched by his
sides.

Back to Lily, amused and feeling strangely sorry for him.
Watching him in an almost voyeuristic way.

He fishes a JOINT from his pocket. And LIGHTS UP.

He takes a long drag. His face now, thanks to the moon,
fully visible to her... wow. With his chiseled physique,
BURBERRY button-up, and gold watch, he's *something
straight out of a magazine.*

With a calming EXHALE, he finally notices Lily sitting on
the ledge near the door. **THEIR EYES MEET. He covers his
embarrassment.** Softly-

                        MAN
            ... Hi.

                        LILY
            ... *Hi.*

He takes another drag. Dryly- An attempt at a joke-

                        MAN
            Strong chair.

Dryly back-

                        LILY
            Clearly.

Silence. Then-

                        MAN
            I'm sorry about that, it's... been a day.

                        LILY
                (softly)
            ... Yeah. I get it, it's fine.

She turns back to the view, the Man taking a drag as he
watches her in the dark. After an awkward beat-

                        MAN
            I'm sorry- Could you please get down from
            there? You're making me nervous sitting
            so close to the edge.

White Draft (04/05/23)                          7.

Lily glances at her legs straddling the ledge. Then-
Holding her own- Like a badass-

                    LILY
          No thanks. I'm quite comfortable.

                    MAN
          Look- The last thing I need tonight is to
          see a beautiful woman fall to her death.
                    (OFF LILY)
          *Pretty please?*

Lily still doesn't move.

                    MAN (CONT'D)
          Uh... with a cherry on top?

Stifling a smile- Wryly-

                    LILY
          Wow, such a gentleman.

She steps down from the ledge.

                    LILY (CONT'D)
          Happy?

                    MAN
          Very. Thank you. You know there are seven
          chairs here for a reason.

                    LILY
          Almost six.

The two lock eyes. The Man looking for grace. Lily quick
to give it. A warmth building in their stare. An energy
that is deeply sexy, wildly unexpected and bursting with
surprising possibility.

                    LILY (CONT'D)
          So... what happened? Was it a woman?
                    (teasing)
          Did she break your heart?

                    MAN
                    (with a chuckle)
          If only it were *that* trivial.

Silence. The Man taking one last drag-

                    MAN (CONT'D)
          ... What floor do you live on?

                          24-CV-10049_0002482

White Draft (04/05/23)                     8.

                          LILY
                  *... You first.*

Approaching her-

                          MAN
                  Okay- Well- My sister and her husband,
                  they bought the entire top floor- Right
                  beneath us, actually.

                          LILY
                  Shit. The whole top floor, huh?

He joins her near the edge, the two looking out over the
city-

                          MAN
                  Yeah- They split it into two units and
                  decided to live in one and sell the
                  other.

                          LILY
                  And? Who bought the other?

                          MAN
                  *I did.*

                          LILY
                  Of course you did.
                        (OFF the Man's smile)
                  What the hell do you do for a living?

                          MAN
                  Neurosurgeon.

Impressed, Lily falls silent.

                          MAN (CONT'D)
                  So why haven't I seen you before?

                          LILY
                  Uh. Because. I don't actually live here.

                          MAN
                  ... Do you have a boyfriend who does?

                          LILY
                  Oof, that's a really tragic pick-up line.

                          MAN
                  Hey- You started it.

                          LILY
                  What are you talking about?

White Draft (04/05/23)                              9.

                              MAN
                         (imitating her)
                    *"Did a woman break your heart?"*

Lily cannot help but LAUGH.

                              LILY
                    Guilty.

                              MAN
                    Okay then, criminal- What inspired you to
                    break into my building?

                              LILY
                    I like living on the edge.

                              MAN
                    Yeah, I can tell, that's why I asked you
                    to get down.

                              LILY
                    I needed some fresh air. Somewhere to
                    think, so- I pulled up Google Earth and
                    found the closest building with a nice
                    view.
                         (mildly flirting)
                    You have a really nice view.

Staring directly at her-

                              MAN
                    *I do.*

The two take each other in. Damn. You could cut the
attraction with a knife.

                              MAN (CONT'D)
                    What's your name?

                              LILY
                    ... Lily.

                              MAN
                    Are you from Boston, Lily?

                              LILY
                         (shaking her head)
                    Just moved here from Maine. Quit my job
                    in design. Thought it was time to deeply
                    disappointed my parents.

                              MAN
                    Yeah, well, I'm a doctor and my mother is
                    still disappointed in me, so...

CONFIDENTIAL

White Draft (04/05/23)                    10.

He takes another hit. Leans out over the edge. Lily
staring at him with intrigue.

                    LILY
          So... what's *your* name?

                    MAN
          Ryle.

                    LILY
          Ryle what?

                    RYLE
          ... Why do you want to know my last name?

                    LILY
               (teasing)
          I need to know what to tell the cops when
          you turn out to be an axe murderer.

                    RYLE
               (with a laugh)
          Fair.
               (a playful beat)
          It's Kinkaid. Ryle Kinkaid.

                    LILY
               (looking disappointed)
          ... That's a really great name.

                    RYLE
          Then... wait, why do you look so sad
          about it? What's *your* last name?

                    LILY
               (mortified)
          ... Bloom.

                    RYLE
          Oof.

                    LILY
          What's worse is that I'm obsessed with
          flowers and I'm sorta gonna... kinda...
               (wincing)
          ...open my own flower shop.
               (OFF RYLE)
          You're smiling. It is ridiculous, isn't
          it?

                    RYLE
          I think Lily Bloom's is a great name for
          a florist.

White Draft (04/05/23)                    11.

                    LILY
              (correcting him)
         *Florista.*

She takes that in. He's right.

                    RYLE
         Lily Bloom- What's your middle name?

She groans and lowers her head.

                    RYLE (CONT'D)
         No. You mean it gets worse? Come on.
              (guessing)
         Rose?

She shakes her head.

                    RYLE (CONT'D)
         Violet? Petunia? Toadflax?

                    LILY
              (laughing and groaning)
         Blossom.

                    RYLE
         Goddamn. Your parents must be real
         assholes.

The two laugh together. Charmed by each other. Sexual
tension rising. Then- Playfully-

                    LILY
         Well, one of them is... *Was.*
              (a beat)
         My dad, he... he died on Monday.
              (OFF RYLE)
         *That's* why I came up here. I needed a
         good cry.

                    RYLE
         Well shit. Were you close?

                    LILY
         ... I'm not sure how to answer that.

                    RYLE
         Damn.

                    LILY
         Yeah... Naked truths aren't always
         pretty.

White Draft (04/05/23)                    12.

                              RYLE
                    Naked truths? I like that.

Absorbing her words, Ryle pensively turns. Adjusts the
back of one of the LOUNGERS and lowers himself onto it.
Feeling extremely comfortable, Lily claims the lounger
next to him. And this is when... the two gaze upward in
SILENCE. After a beat-

                              RYLE (CONT'D)
                    Tell me a naked truth Lily. Something
                    you're not proud of, something that'll...
                    make me feel *a little less* screwed up.

CLOSE ON LILY. Surprised she actually wants to keep
telling him the truth. Because- **For the first time in a
long while, he's made her not feel so alone.**

                              LILY
                    Honestly? Okay.
                         (a painful beat)
                    I *could* have made it back. To see my dad
                    one last time... to say goodbye, but... I
                    missed it. *On purpose.*

She can't believe she just said that to a stranger. Her
words linger in the air. They lock eyes. Both a little
surprised the other even exists.

SILENCE. Then- Softly-

                              LILY (CONT'D)
                    Your turn.

A long beat. The Man gathering his Naked Truth. Seemingly
not wanting to play his own game. Then-

                              RYLE
                    I... watched a little boy die tonight. He
                    was only five years old. His little
                    brother found a gun in their parents'
                    bedroom and... it went off by accident. I
                    spent two hours trying to put him back
                    together, but... there was nothing I
                    could do.

Lily reacts. Heartbroken.

                              LILY
                    ... I can't imagine what that's going to
                    do to the brother that lived.

White Draft (04/05/23)                              13.

He's silent. It's almost too much for him. Finally, he
turns to her. She does the same. The two curled on their
sides, staring at each other in the dark.

                    RYLE
          Okay, alright- Give me another one, mine
          was way darker than yours.

                    LILY
               (a beat, thinking)
          Hmmmm... Welll... Uh... The first guy I
          had sex with was homeless.

                    RYLE
          Stop.

                    LILY
          No, really- In high school, I was friends
          with this boy named Atlas, who was... he
          was just having a hard time, that's
          all... Okay, your turn.

                    RYLE
          Damn. I don't know if I can top that.

                    LILY
          Just tell me your worst, most recent
          thought that most people would never say
          out loud.

He looks at her. Like really looks at her.

                    RYLE
               (OFF LILY)
          *I want to fuck you.*

Lily's mouth falls. Shocked- He shoots her a look of
innocence.

                    LILY
          Excuse me?

                    RYLE
          You asked me for the most recent thought
          and I gave it to you. You're beautiful.
          If you were into it, I would take you
          downstairs to my bedroom. And I would
          fuck you.

They share the sexiest SILENCE you've ever seen onscreen
as Lily ponders this with a racing heart. Simply-

CONFIDENTIAL

White Draft (04/05/23)                                    14.

                         LILY
               How many women *have* you had sex with that
               you barely knew?

                         RYLE
                    (after a beat)
               My life is my work. And anything that
               gets in the way of it has to go. So...
               I'm not good at relationships. Never have
               been. So I just avoid them altogether.

                         LILY
                    (after a beat)
               Huh... So... I take it... you've never
               been in love.

                         RYLE
               Love... It's not for me.

                         LILY
                    (a beat, playfully)
               You still haven't answered my question.

                         RYLE
               What was the question again?

                         LILY
                    (confidently)
               How many strangers have you had sex with?

Ryle smiles.

                         RYLE
               There's no good answer to that question.

Off Lily. Well played.

                         LILY
               ... Hey, no judgement- I just could never
               sleep with someone I just met.

SILENCE. Ryle looking down at her lips again.

                         RYLE
               Okay. Then. Exactly how far *would* you go?

*Another very sexy silence.* Then- In a whisper-

                         LILY
               I don't know.

He reaches out and grabs the edge of her lounge chair and-
Drags it closer, their mouths only inches apart, their
warm breath brushing softly against each other's lips.

White Draft (04/05/23)                    15.

Gently, he tucks a piece of hair behind her ear, then slowly grazes his fingers against her neck and finds the zipper on the front of her hoodie. He begins to unzip it, revealing her cleavage perfectly displayed by the v-neck of her dress.

Ryle taking in every detail, his eyes landing on Lily's **HEART TATTOO now revealed** on her collar bone. He works his fingers back up, gently touching it.

                    RYLE
          Too far?

Heart thrashing around in her chest. In a whisper-

                    LILY
          Not even close.

His hand slides one of her dress straps to the side, now hanging loosely on her shoulder.

                    RYLE
          What about this?

CLOSE ON LILY. Gripping at the edges of the lounger, arching her back, daring him to go further. He does.

                    LILY
            (softly)
          *Oh Jesus.*

She turns to stare at him – their faces inches apart when- A **PIERCING RING** rips through the air- Ryle's hand stiffening as they both realize it's a phone. *His phone.* Dropping his forehead to her shoulder-

                    RYLE
          *Dammit.*

Lily frowns as he fumbles in his pocket for his phone, standing up and walking several feet away from her to take the call.

                    RYLE (CONT'D)
            (Into the phone)
          Dr. Kincaid. What about Roberts? I'm not
          even on call right now. Yeah but I can
          only do paperwork. Give me ten minutes.

He ENDS THE CALL and turns to Lily, looking sad.

                    RYLE (CONT'D)
          I have to ...

24-CV-10049_0002490

White Draft (04/05/23)                    16.

She nods. *Looking equally sad.*

                    LILY
        It's fine.

                    RYLE
                (after a beat)
        It was nice meeting you, Lily Bloom.

He stands a beat more, suspended between the desire to
stay and the pressing need to leave. Then he opens the
DOOR and disappears down the stairwell.

Lily is left shaken to her core, changed and confused. *By
the pure honesty of one mysterious stranger... named Ryle
Kincaid.*

12   **INT. LILY'S BOSTON STUDIO APARTMENT - EARLY MORNING**      12

Lily in bed, morning light shining through her small
window bouncing off her messy red hair. She's awake. And
we get the feeling she has been for a while. Her tiny
studio is filled with MOVING BOXES yet to be fully
unpacked. There's a small bed but no dresser. Nothing on
the walls.

Lily's eyes find her phone just as the alarm goes off.
She grabs it and turns it off. Next to her phone lays the
hand carved **WOODEN HEART,** she stares at it. Then traces
her finger over it. She gets out of bed as we -

                                        MATCH CUT TO:

13   **INT/EXT. LILY'S CHILDHOOD ROOM (MEMORY) - DAY**            13

**YOUNG LILY'S** (17) feet hitting the floor as she gets out
of bed. Quick cuts of her getting ready for school -
brushing her teeth, donning a flowing dress with high-top
lace-up Doc Martins and an oversized jean jacket. Moving
to her BEDSIDE, she opens her **MUSIC BOX** to grab a
necklace, prompting a **SWEET MELODY** to rise- When- She
spots MOVEMENT in her window.

Peering out, she just barely catches sight of that **BOY
WITH A BACKPACK** (18) sneaking out of one of the broken
windows from the **CONDEMNED HOUSE** next door.

She watches as he discreetly opens a trash - he's hungry.

Suddenly- She is startled by **YELLING** from downstairs- The
**VOICE OF HER FATHER**-

White Draft (04/05/23)                    17.

ANDREW (O.S.)
Goddamnit, Jenny, you're making me late!

The FRONT DOOR downstairs SLAMS! Young Lily shaken as-

14    **INT/EXT. THE BUS (MEMORY) - DAY**                    14

-Young Lily sitting on the bus as the Boy climbs aboard
and bee-lines to the back.

Young Lily "nonchalantly" allows herself to sneak a
glance behind her... finding the Boy somberly staring out
the window.

He's long and lean, in need of a shave and a shower. But
under that thin layer of grime... hides a gorgeous young
man. *Interesting.*

Young Lily turns her head again, staring just long enough
for the boy to catch her in the act.

THE TWO LOCK EYES- and for a brief moment their
connection feels cosmic. And safe.

15    **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**       15

Young Lily hastily makes THREE SANDWICHES, grabs TWO
SODAS and a BAG OF CHIPS. Tossing it all in an OLD
BACKPACK- Adding a FLASHLIGHT- A SWISS ARMY KNIFE- A WOOL
BLANKET- And some CANNED GOODS. Then- She-

16    **EXT. ABANDONED HOUSE, BACK PORCH (MEMORY) - DAY**      16

-Places the PACK on the back porch of the CONDEMNED HOUSE
right by the door. Nervous- She reaches out and KNOCKS -
And runs away, quickly tucking behind a **GIANT OAK TREE.**

Her heart pounding, Young Lily peeks out from behind the
old trunk, watching as the door slowly opens, Young Atlas
surprised to see the BACKPACK. He picks it up, opens it
and... issues a soft grin.

17    **EXT. THE BUS STOP (MEMORY) - DAY**                     17

The next morning, Young Lily arrives at the bus stop
again, finding Young Atlas already there. It's just the
two of them. And it should feel awkward. *But it doesn't.*

The bus finally rounds the corner, heading their way. And
just as it pulls up, Young Atlas quietly mutters-

White Draft (04/05/23)                    18.

                    YOUNG ATLAS
          *Thank you.*

The doors open on the bus. Young Lily walking on first-

18    **INT. THE BUS (MEMORY) - DAY**                    18

-And taking a seat. Young Atlas shyly sits in the empty
seat across the aisle, it's the closest he can make
himself get to her, dropping his BACKPACK between his
legs. Both feeling a little adolescently awkward being
this close.

                    YOUNG ATLAS
          ... Did you tell anyone?

He looks at her, his eyes are so beautiful, full of heart
and wisdom, Young Lily gets lost in them. When she looks
down she see's that **Atlas has a big scar on his hand.
Like a burn.**

                    YOUNG LILY
          ... Why don't you live at home? Did you
          run away or something?

He stares at her for a few seconds, as if trying to
decide if he can trust her or not. Then- Plainly-

                    YOUNG ATLAS
          My mom kicked me out.

                    YOUNG LILY
          Why?

                    YOUNG ATLAS
          Because... she likes dating guys that
          beat the shit out of her. And I kept
          getting in the way.

These words punch Young Lily in the gut. She knows this
same stark reality all too well.

                    YOUNG LILY
          What happened to your hand?

He pauses. Doesn't want to burden her...

                    YOUNG ATLAS
          I got in the way.

Ugh. The two lock eyes. And then- Lily clocks **KATIE** (17 -
pretty) giggling with her FRIEND- Whispering about Atlas,
but all we hear is-

White Draft (04/05/23)                    19.

                    KATIE
          ... it's like, hello, take a shower
          already.

Young Lily sits beyond offended, Young Atlas utterly
mortified as he sinks lower into the seat. Neither of
them know what to say.

After a beat- Sheepishly-

                    YOUNG ATLAS
          ... Kinda hard to take a shower without
          running water.

                    YOUNG LILY
          ... My parents don't normally get back
          from work until about five, so... If you
          wanna come over, I really don't mind.

Young Atlas looks at her. Baffled by her kindness. **A
natural feeling of intimacy swirling.** Finally- Softly-

                    YOUNG ATLAS
          If it seriously, *really* wouldn't bother
          you. I'll take you up on it.

19    **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) – DAY**          19

      Quick cuts: popping popcorn, pouring two glasses of
      lemonade. The shower can be heard in the background. It
      turns off. She quickly pours the popcorn, checks her hair
      in the microwave door, and rushes into the living room.

20    **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) – DAY**          20

      Close on *"The Ellen DeGeneres Show"*- we cut back to Lily,
      watching but also not really watching as she tries to
      look "super chill" waiting for a beautiful teenage boy to
      come downstairs. Young Lily's entire body stiffens when
      **Young Atlas finally emerges from the hallway.**

                    YOUNG ATLAS
          Thanks for the clothes. You sure your dad
          won't mind?

                    YOUNG LILY
          He won't even know they're gone; he
          doesn't wear jeans or t-shirts much.

Playing it "cool", Young Lily offers him some popcorn and
he takes a handful.

White Draft (04/05/23)                          20.

                              YOUNG LILY (CONT'D)
                    My parents won't be home for like 45
                    minutes if you want to watch tv...

                              YOUNG ATLAS
                    Ok cool. What's this?

                              YOUNG LILY
                    Oh. Ya know. Just. My very favorite show.
                    *Of all time.*

He smirks at her. His face freshly shaven. His eyes
looking **DEEPER AND DARKER** than ever before. *Gorgeous.*

They share a beat. Both pretending to be watching Ellen,
but both wanting nothing more than to be getting to know
each other. Finally-

                              YOUNG LILY (CONT'D)
                    So... How did you end up here?

Chewing thoughtfully, Young Atlas thinks on his answer.

                              YOUNG ATLAS
                    Wandered around for a few days. And then.
                    I saw that house... I've tried getting a
                    job at a few places, but I don't have a
                    phone number or address to put on the
                    application, so- I figured- I may as well
                    just finish up school. At least it's one
                    free meal a day 'til I graduate.
                         (Then)
                    How old are you?

                              YOUNG LILY
                    Seventeen. You?

                              YOUNG ATLAS
                    Just turned eighteen. I'm too old for
                    foster care and- My mom can't get in
                    trouble for kicking me out, I'm
                    technically an adult.

                              YOUNG LILY
                    Is there no one else you can reach out
                    to?

                              YOUNG ATLAS
                    I have an uncle. In Boston. I just- I
                    can't seem to get a hold of him, I think
                    I have the wrong number.
                         (OFF LILY)
                              (MORE)

White Draft (04/05/23)                              21.

                    YOUNG ATLAS (CONT'D)
          All else fails, I'm signed up to go to
          the Marines in May. Just need to hang on
          'til then.

The two lock eyes. Young Lily once again struck by his
beautiful stare. **PRE-LAP:**

                    JENNY (O.S.)
          So... today's the big day? You're sure
          about this?

21     **EXT. BOSTON STREET - DAY - WINTER**                    21

       Lily, dressed in full winter gear, walks with urgency.
       Her messy hair falling out of a beanie.

                    LILY
               (A little out of breath)
          Why would I not be sure?

22     **INT. LILY'S MAINE HOME, SUN ROOM - MORNING**          22

       REVEAL JENNY. Forcing that classic grin of hers -

       **INTERCUT**

                    JENNY
          I just think a flower shop is a tricky
          business. And if it doesn't work out...

                    LILY
          What makes you think it's not going to
          work?

                    JENNY
          It's not that - it's just you were so
          good with graphic design, and daddy
          didn't leave you enough to have a plan B
          and I ...

       She starts to well up.

                    JENNY (CONT'D)
          I just miss him. I'm sorry. I'm just
          worried about you.

                    LILY
          Don't worry about me. Please.

       Up ahead she sees a Man standing outside an old
       storefront, clearly waiting for someone. She waves to
       him.

CONFIDENTIAL

White Draft (04/05/23)                              22.

                          LILY (CONT'D)
               Mom, I gotta go. I'm sorry. I'm getting
               the keys right now.

                          JENNY
               Oh wow, okay. I love you! You can do it.
               I believe in you!

Lily shakes her head.

                          LILY
               Thanks mom. Call you later.

She hangs up. If there weren't people around her and if
this wasn't the biggest day of her life, she would
scream. She approaches the man.

23   **EXT. LILY BLOOM'S (OLD STOREFRONT)**                    23

                          LILY
               Hi, so sorry I'm late. Still getting used
               to the city.

                          REALTOR
                     (Thick Boston accent)
               They don't have maps where you're from?

Lily chuckles. He doesn't smile.

                          REALTOR (CONT'D)
               Sign here. Rent's due on the 3rd.

                          LILY
               Thank you so much, this is really a dream
               come...

The man just leaves. Welcome to Boston.

                          LILY (CONT'D)
               ...true.

She turns and look up to see a beautiful brick
storefront. She walks up to the door, puts in the key and
turns the handle revealing–

24   **INT. LILY BLOOM'S (OLD STOREFRONT) – CONTINUOUS**       24

An old building in dust-covered shambles. Looks like it
hasn't been updated in 40 years. Could have been a small
cafe. Tables and chairs everywhere. But Lily doesn't
care. She makes her way around the store, almost in
disbelief it's hers.

White Draft (04/05/23)                    23.

**She pulls a large old sketchbook out of her bag and puts it on the old cafe bar. It's worn and faded, with sketches and pieces of material falling out of it. It's clear this book contains her dreams. She looks up and around - beaming.**

CUT TO:

25      **INT. LILY BLOOM'S - AFTERNOON**                       25

Headphones in, quick cuts of Lily cleaning. It's clear she's been hard at work. She picks up the bag and another next to it, and looks up to see—

A woman standing in the middle of her shop. It startles her.

                    LILY
          Jesus!

The woman gets a little startled too.

                    ALLYSA (O.S.)
          *Ah! Hi. Sorry, didn't mean to scare you.*

Meet **ALLYSA**, early 30s, She's super cute. *Dressed in designer everything and a Hermes bag to match.*

                    LILY
          No, no, it's okay. I just didn't hear you
          come in. Can I help you?

She walks toward Lily and extends her hand.

                    ALLYSA
          I'm Allysa.

                    LILY
          Lily.

                    ALLYSA
          There's a *help wanted* sign out front?

                    LILY
          There is? Oh, I didn't put a sign up...

                    ALLYSA
          Well it looks pretty old, maybe it's been
          there for a while? This place looks old
          too...

Lily is not quite sure what to make of her yet.

White Draft (04/05/23)                    24.

                    LILY
          It needs a ton of work, I know. But look
          I'm not really hiring yet... I just got
          the keys a few days ago–

Allysa is already off and taking a look around.

                    ALLYSA
          What are you gonna do with it?

                    LILY
               (with a sheepish chuckle)
          It's a flower shop.

Suddenly, Allysa spins around in a circle and exclaims–

                    ALLYSA
          Oh-my-god-this-would-be-the-cutest-little-
          flower-shop-it's-monumentally-disgusting!
          What colors are you painting it?!

                    LILY
          I don't know if "cute" is the right word.
          I kinda... Wanna do something different.

                    ALLYSA
          Like...?

                    LILY
          Like, I'm going to take everything
          everyone loves about flowers, and... do
          the complete opposite.

                    ALLYSA
          ...Ooooooh that sounds creepy. Tell me
          more.

                    LILY
          No, it's more like–

Lily, confused and interested in this woman, brings her
over **to her sketch book, the pages are lined with her
dream of what this flower shop will become.**

                    LILY (CONT'D)
          What if, instead of showcasing the sweet
          side of flowers, I showcased the
          villainous side?

Flipping through the pages, Lily reveals her bold design
ideas – unlike any flower shop anyone has ever seen.

White Draft (04/05/23)                    25.

                LILY (CONT'D)
Instead of pink accents, I'll use darker
colors, like a deep purple or even black.
And instead of just spring and life, I'd
also celebrate winter and death. Think
dark flowers wrapped in things like
leather and silver chains- The ideas are
endless.

                ALLYSA
Ok, but... what if someone walks in and
they just want a pink flower?

                LILY
I'll still give them what they want
but... I'd also offer them what they
don't *know* they want... Ya know?

Allysa scrunches her forehead, Lily feeling excited to be
pitching her idea to someone who isn't her mom.

                LILY (CONT'D)
There are shops on every corner for
people who *love* flowers. But what flower
shop can possibly cater to all the people
who *hate* flowers?

                ALLYSA
Huh. It's so twisted, and dark, and
creepy but in a weirdly sexy way... I
love it!

Taking the notebook, Allysa flips to the last page,
finding Lily's magazine cut-outs, recreated to resemble
that same storefront, with a sign reading, *"LILY BLOOMS."*

                ALLYSA (CONT'D)
Ok look, I don't believe in coincidences
because I meditate and call stuff in, and
I have a really good sense of people and
come on - what are the odds I just walked
in here today and meet this vision board
possessing dark goddess woman who wants
to sell fucked up flowers?!...
And I'm not going to pretend I'm some,
like, amazing designer, BUT- I am a
Pinterest whore, and it's my absolute
favorite thing. SO, if you need any
help... I'd do it for free.

                LILY
I'm sorry, what? You would do what for
free?

                                    24-CV-10049_0002500

White Draft (04/05/23)                            26.

                         ALLYSA
          Work. For you! Look Lily. I'm rich. Like
          really rich and I literally have nothing
          to do. And I wouldn't say that to just
          anyone but I already like you, and I want
          to be happy, and helping people makes me
          happy and your idea is like the perfect
          kind of fucked up. So hell yeah bitch –
          I'll work for free!

Lily looks around the room. Realizing she could really
use the help...

                         LILY
          Well, if we did this, I can't let you
          work for free. But all my money just went
          to this lease, so– I could only do like
          ten bucks an hour if you're really
          serious.

Allysa starts clapping, and if she weren't in heels,
she'd be jumping up and down.

                         ALLYSA
          We are going to make this the darkest,
          sexiest, strangest flower shop Boston has
          ever seen and I swear I will be your best
          employee ever!

With that, Lily chuckles, baffled by Allysa. These two
women locking eyes.

                         LILY
          Okay.

Lily puts out her hand.

                         ALLYSA
          Okay?
                    (hugging her)
          Oh-my-god, did we just become insta best
          friends? *We kinda did, didn't we?*

Our FLOWER SHOP montage music rises.

                                        SMASH TO FLOWER SHOP
                                                   MONTAGE:

26    **INT/EXT. LILY BLOOMS (PRESENT)– FLOWER SHOP MONTAGE –**     26
      **DAY/NIGHT – THREE MONTHS**

Lily starts to play with the floral design. She dips
roses in black ink. Paints the leaves Bronze.

White Draft (04/05/23)                    27.

She breaks a vase, then epoxies it back together with
Oxblood and Gold – the ancient art of Kintsugi. Alyssa
cleans behind her.

A26     Lily and Allysa have a little dance party while painting A26
the walls a matte black.

B26     They load in antique furniture during a windstorm; they B26
can barely get the doors open.

C26     The two stand in front of the shop, holding up a NEON     C26
PINK sketch of what the logo will look like above the
door.

                        LILY
            Too "Sk8r Boy".

                        ALLYSA
            I love that song.

D26     Lily's flowers arrangements are stunning. She's gone full D26
mad scientist. Lily experiments with different colors in
the vase water. She drops in Red. Purple. Black.

                   ALLYSA (CONT'D)
            That is so fucking cool.

E26     Lily is finishing a floral arrangement as Allysa tries to E26
hang an installation. It's heavy as shit.

                   ALLYSA (CONT'D)
            Little help please?

Lily helps. They try to lift. It's clear they just need
help. Allysa stops.

                   ALLYSA (CONT'D)
            As much as I hate to admit it... we need
            some man muscle. I'm calling my husband,
            he and my brother are at a bar around the
            corner watching the Bruins - but be
            warned, they are probably already drunk
            and wearing onesies.

                        LILY
            Onesies?

Allysa makes the call. A **TIPSY VOICE** heard yelling out
over the BOISTEROUS SOUNDS OF A LOUD BAR-

                   MARSHALL (V.O.)
            Hey, Issa! The game's over. Where you at?

Allysa gives Lily a grin and puts her phone on SPEAKER-

White Draft (04/05/23)                    28.

                    ALLYSA
Just at work with my boss and we need
your help.

                    MARSHALL (V.O.)
*Your boss? You don't need a job babe! I*
*got you.*

                    ALLYSA
Shut-up. Did you hear me? We need your
help! I need those skinny arms to lift
something.

                    MARSHALL (V.O.)
               (offended)
I don't have skinny arms. We're across
the street, I can literally see you. Hi
Issa! Damn woman- You look hot.

                    ALLYSA
               (To Lily)
He's drunk.
               (To Marshall)
Just come in and drag my brother with
you.

                    MARSHALL (V.O.)
Okay. But I don't have skinny...

**SHE ENDS THE CALL.** Allysa shaking her head with a LAUGH.

                    ALLYSA
HANG UP! Oh boy- You're about to meet my
husband *and* my brother, fair warning.

                    LILY
               (laughing)
Okay.

                    MARSHALL (O.S.)
Yo, Issa.

The two women turn to find **MARSHALL**, 30s, tall, boyishly
handsome, dark messy hair with big honest eyes drunkenly
leaned against the door, hilariously *wearing a cartoon*
*onesie.*

                    MARSHALL (CONT'D)
Oh shit! This looks dope. It's like
Wednesday had a baby with Harry Potter.

CONFIDENTIAL

White Draft (04/05/23)                    29.

                    ALLYSA
          Marshall, come meet my boss Lily-
               (softly to Lily)
          The bar around the corner gives out free
          beer to anyone who shows up in a onesie
          during a Bruins game.

Marshall swaggers toward the ladies.

                    MARSHALL
          Hey Lily.

He tries to offer a little fist bump, Allysa voiding it-

                    ALLYSA
          *No fist-bumps, honey, remember?* Oh, and
          Lily, this-

She turns toward another **MAN** entering the shop right
behind Marshall, **also wearing a onesie**-

                    ALLYSA (CONT'D)
          -Is my brother-

The Man steps around Marshall to shake Lily's hand- And-
For the first time in months- **Lily and Ryle lock eyes.**

                    ALLYSA (CONT'D)
          -Ryle.

A beat. Lily a "deer caught in headlights."

                    RYLE
          Lily.

                    ALLYSA
          Wait. You guys know each other? *How?*

Lily and Ryle CHUCKLE a bit together, at a loss.

                    LILY
          Uh... It's a little hard to explain.

                    RYLE
          Wait, I can try- Though- I *am* a little
          inebriated.
               (after a beat)
          Lily and I met... a few months ago...
          sharing... each other's... naked truths.

                    ALLYSA
          Ew- That sounds not-so-mildly-sexual- Oh
          no... Did you guys hook up or something?

White Draft (04/05/23)                    30.

Flustered, Lily squirms with laughter.

                    LILY
          No, we just- Talked.

Suddenly, Marshall starts to dry heave-

                    MARSHALL
          Oop- I- Too much free beer.

Marshall steps toward the front door and almost falls-

                    ALLYSA
          Oh-my-god. DO NOT THROW UP IN MY FLOWER
          SHOP! Outside baby!

Allysa pulls Marshall to the curb outside- Where he takes
a heavy seat, Allysa rubbing his back. Left alone-

Silence. Two familiar strangers.

                    RYLE
          I look ridiculous, huh?

                    LILY
               (with a grin)
          Yeeeeah. Yeah, it's pretty bad.

                    RYLE
               (with a grin)
          So, wait? This is the flower shop... that
          my sister... works at... because she's
          bored?

Holding out her arms, announcing-

                    LILY
          Welcome to Lily Blooms.

Ryle's eyes fill with pride. He smiles.

                    RYLE
          Told you it was a great name.

Ryle continues to stare. Then-

                    RYLE (CONT'D)
          Well, Florista. I guess we'll be seeing a
          lot more of each other then.

                    LILY
          It does appear that way.

SILENCE. Ryle's gaze falling to Lily's **HEART TATTOO.**

White Draft (04/05/23)                    31.

                         RYLE
          Wow. You're even prettier in the daytime.

                         LILY
                    (regarding his onesie)
          Wish I could say the same for you.

Lily practically melts on the spot. She busies her hands
with something to break the tension as Allysa and
Marshall re-enter.

                         ALLYSA
          Ok, we need a break and Marshall has a
          highly ridiculous request, so I say we go
          for it. Ryle can you please act like a
          gentleman for once? Lily, you in?

OFF LILY, we-

                                        SMASH TO:


27    **INT. BOSTON DIVE KARAOKE BAR - NIGHT**                    27

Allysa and Marshall onstage singing the karaoke duet
**"Don't Go Breaking My Heart"** by Elton John and Kiki Dee.
The lyrics ironically washing over Ryle and Lily who sit
quietly at a table together. Ryle has sobered up a little-
his onesie now unzipped and tied around his waist,
exposing a black t-shirt.

                         RYLE
          Hi.

                         LILY
          *Hi.*

The sexual tension is at a 10.

                         RYLE
          ... I've gone up to the roof a few times.
          Wondering if you might be up there. And
          then. I'm a bit relieved when you're not.

                         LILY
          Gee. Thanks.

                         RYLE
          It's just- I've never talked to anyone
          like we did that night. It's made me want
          to do weird things that I've never done,
          like... ask you out on a date.

White Draft (04/05/23)                                    32.

                          LILY
          You've never asked a woman on a date?

                          RYLE
          I have not.
                    (a beat, cheeky whisper)
          *Ax murderer.*

                          LILY
                    (laughing, playing along)
          I knew it! Thank-god-I-know-your-last
          name!

                          RYLE
          And my sister, so- You're safe.

                          LILY
                    (a beat, sexy AF)
          *... Am I?*

Putty in her hands-

                          RYLE
          Fuck. Look. I'm not good at that stuff-
          And- You and my sister are working
          together, so- I don't know...
                    (OFF LILY)
          Maybe. We can just... be friends.

A beat. Offering a handshake, accepting his proposal-

                          LILY
          Friends.

Taking her hand, the two seal their promise- Instant
electricity flowing through their veins the moment they
touch.

                          RYLE
          *Friends.*

His eyes drifting to her lips, wanting to kiss them. The
duet coming to a close- The ROOM clapping for Allysa and
Marshall- And- Suddenly, another SONG begins to sound-
**"Livin' on a Prayer"** by Bon Jovi. Marshall yells to Ryle
to join him.

                          MARSHALL
          Ryle, let's do this!

                          RYLE
                    (to Lily)
          Now... if you will excuse me.

White Draft (04/05/23)                                33.

Ryle hopping up and grabbing the mic- And- Singing his
goddamn little heart out.

*He can't sing to save his life. It's terrible.* But in the
most hilariously endearing way possible. Lily can't help
but crush. Meanwhile, Allysa plops down beside Lily,
she's seen this a thousand times.

                    ALLYSA
          So weird you know my brother.

                    LILY
          Just barely- We met one time.

The two watch as the boys make adorable fools of
themselves, dancing around, singing until they are
hoarse. It's so fun.

                    RYLE
          *"... we've got to hold on to what we've
          got / It doesn't make a difference if we
          make it or not/*

Sensing Lily's attraction- Allysa offers some advice-

                    ALLYSA
          He's pretty brilliant, I have to say.
          But. He's also a complete disaster.
                (OFF LILY, kindly)
          If you don't want your heart broken into
          a million pieces... *don't go there.*

Lily and Ryle LOCK eyes again. He finishes the chorus as
if he's singing directly to her, without even knowing it.

28    **INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**        28

          Lily crawls into bed, staring up at the ceiling. Feeling
          confused and frustrated as shit. Rolling over, she
          attempts to relax and close her eyes...

                                        MATCH CUT TO:

29    **INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - NIGHT**      29

          YOUNG LILY.Trying to sleep, as an **INDISCERNIBLE ARGUMENT**
          RISES from downstairs between a MAN and her mother,
          Jenny. The YELLING growing increasingly intense. Young
          Lily pulls back her blanket.

White Draft (04/05/23)                    34.

                    MAN (O.S.)
                (heated, barely audible)
        You want attention? I'll give you some
        fucking attention.

                    JENNY (O.S.)
        Please be quiet- You'll wake up Lily.

CLOSE ON YOUNG LILY as she puts a pillow over her head,
trying to block out the abuse.

30    **EXT. LILY'S MAINE HOME, BACKYARD (MEMORY) – DAY**        30

Young Lily and Atlas pulling radishes (her outlet) around
a large flowerbed. She lays down mulch and compost. He
helps.

                    YOUNG ATLAS
        ... What made you want to grow things?

                    YOUNG LILY
        ... I don't know. I guess, it sorta...
        Feels like a reward.

                    YOUNG ATLAS
        A reward for what?

                    YOUNG LILY
        When I take really good care of my
        plants, they reward me with flowers and
        fruits and vegetables and stuff. But when
        I don't... they shrivel up.

Nodding, Young Atlas' attention falls on that CONDEMNED
HOUSE. The place he is forced to call "home." And he
looks deeply saddened by it. Under his breath-

                    YOUNG ATLAS
        I guess. We're kinda like that. Humans I
        mean.

Seeing his pain, Young Lily searches her soul for the
right words to offer him comfort. And- Then-

                    YOUNG LILY
        Yeah. But what about that Oak tree over
        there?

She points to the **MIGHTY OAK TREE** at the end of the yard.

White Draft (04/05/23)                    35.

                    YOUNG LILY (CONT'D)
          It's been here before we were born. And,
          it'll still be there long after we're
          gone.

Emotion in his throat, Young Atlas gazes at the tree- As-

                    YOUNG LILY (CONT'D)
          Most plants *do* need a lot of help to
          survive. But, some things, like Oak
          trees, are strong enough to take care of
          themselves. No matter if it's raining or
          snowing. They keep standing. *Strong and
          sturdy.*

The two lock eyes, Young Atlas looking at her with
immense gratitude for these beautiful words. Prompting
him to finally offer a quiet confession.

                    YOUNG ATLAS
          ... I heard what happened last night.

Stiffening, Young Lily holds her breath, not blinking.

                    YOUNG ATLAS (CONT'D)
          ... Does that happen a lot?

**After a long, painful, complicated, terrifying beat- she
nods her head.**

Unable to say more, not even knowing how... Young Lily
finally looks away, wiping tears from her face. And in
this moment of pure vulnerability, Young Atlas reaches
out and pulls her in close – Young Lily resting her weary
head on his shoulder.

WE HOLD HERE. In this powerful embrace between two
survivors. Then. Without really thinking, Young Atlas
kisses her gently on the crown of her head. She closes
her tired eyes. And-

                                        CUT TO:

                    ALLYSA (O.S.)
          *Hey, Lily-*


31    **INT/EXT. LILY BLOOMS (PRESENT) - DAY**                31

          -Pulled from her daydream, Lily stifles a MUTED GASP.

                    ALLYSA
          *-You wanna do the honors?*

White Draft (04/05/23)                    36.

Allysa sweeps her hand toward a LIGHT SWITCH. Taking in a
deep breath, Lily reaches out and- FLIPS IT ON-
Illuminating a **FUCHSIA NEON SIGN** outside reading *"LILY
BLOOMS"* in cursive.

Squealing like little kids, Lily and Allysa hug each
other dearly and- Turn to face their cool, edgy, dark
purple and black accented shop, ready for business.

> ALLYSA (CONT'D)
> Pretty friggin' badass.

> LILY
> Couldn't have done it without you.

Her smile suddenly dropping- In panic-

> LILY (CONT'D)
> Oh, god- What if we don't get any
> customers?

> ALLYSA
> Stop. Your Mom'll be here, she's flying
> in right?

> LILY
> Yeah, but- Wouldn't it be tragic if the
> one customer we got today was my mom who
> flew in from Maine?

> ALLYSA
> Marshall's stopping by this afternoon, so
> that's two customers at least. We're
> gonna be fine.

Allysa squeezes her arm just as- The front door opens,
REVEALING that their first customer is none other than
**Ryle.**

> RYLE
> Whoa. This looks incredible. It doesn't
> even look like the same building. You
> ladies have been busy.

> ALLYSA
> Damn right we have.

> RYLE
> How's it going so far?

> ALLYSA
> We quite literally just opened.

White Draft (04/05/23)                    37.

                    RYLE
               (to Lily, with a smirk)
          Wait- Am I your first official customer?

                    LILY
               (smirking back)
          Well- You have to actually *buy* something
          to be considered a customer.

Pensively, he walks to one of the displays and... grabs a
vase full of PURPLE LILIES.

                    RYLE
          I want these. Can I get these delivered-
          as a gift?

He sets them on the counter- Allysa circling around to
the register- Lily trying not to be phased.

Scrunching up her nose-

                    ALLYSA
          Ew, are you buying these for a girl?

                    RYLE
          I am but... she'll probably send 'em
          back. She doesn't do casual.

                    ALLYSA
          Good for her. You're such a dick.

Allysa grabs a CARD and slides it toward him.

                    ALLYSA (CONT'D)
          Here. Write a message on the front and
          the address you want it delivered to on
          the back.

Looking a little jealous, Lily "nonchalantly" watches as
he bends over the card and writes on both sides.

                    ALLYSA (CONT'D)
          Also- Are you bringing this "mystery
          girl" to my birthday on Friday? Because-
          If so- I have to plan for that.

CLOSE ON RYLE. Not looking up-

                    RYLE
          Are you going, Lily?

                    ALLYSA
          Of course she'll be there- She's my new
          best friend- She's not allowed to miss it-
               (MORE)

White Draft (04/05/23)                    38.

                    ALLYSA (CONT'D)
                 (To Lily)
        If you don't come, I'll quit.

With a chuckle, Ryle tucks the card into the envelope
provided. Punching the sale into the register- A little
jealous- Wanting him to leave-

                    LILY
        That'll be fifty-one even.

He pulls out a money clip filled with cash. He pulls out
a hundred and a crisp one dollar bill.

                    RYLE
        You do know that it's good luck for a new
        business to hang the first dollar, right?

The two lock eyes. Lily trying to read him, but finding
herself confused. Seeing this, he smirks.

                    RYLE (CONT'D)
        Congratulations.

With that, he walks out of the store. As soon as the door
closes behind him, Allysa grabs the envelope.

                    ALLYSA
        Of course my brother wants his dollar to
        be our first. And who the hell is he
        sending these to? Ryle doesn't buy girls
        flowers.
                 (regarding the card)
        Ha! What a dummy – He wrote our address
        on the back, the one to the shop.

She pulls the card, reading it out loud-

                    ALLYSA (CONT'D)
        *Naked Truth: I can't stop thinking about
        you.*

CLOSE ON LILY. Holy shit. Ryle bought those lilies for
her.

32    **INT. BOSTON LUXURY BUILDING, TOP FLOOR HALLWAY – NIGHT**    32

Close on Lily's feet, we boom up to reveal she is in a
SHORT DRESS. We stay behind her follow her into the-

White Draft (04/05/23)                    39.

33      INT. ALLYSA'S LOFT, GRAND LIVING AREA – NIGHT          33
        (CONTINUOUS)

        -killer party with a LIVE DJ, BARTENDER, PASSED HORS
        D'OEUVRES and CHAMPAGNE. WELL TO DO GUESTS, 20s to 40s,
        all dressed to the nines in this loft that takes up half
        of the entire top floor. We turn around and reveal Lily,
        her lips painted bright red, her hair perfect.

                            ALLYSA (O.S.)
                    You made it!

        Lily turns to find Allysa, wearing a SPARKLY DRESS, four-
        inch heels and a BIRTHDAY TIARA- Champagne in one hand
        and a RIDING CROP in the other. Regarding the crop-

                            LILY
                    What'd I miss?

                            ALLYSA
                    It's a long story.

        Allysa laughs, throwing the crop over her shoulder-
        Grabbing Lily by the hand.

                            ALLYSA (CONT'D)
                    Come in, come in!

        She pulls Lily through a CROWD OF PEOPLE- An ATTENDANT
        grabbing the BIRTHDAY PRESENT from Lily as-

                            ALLYSA (CONT'D)
                    Hey, Babe! Look who's here!

        Turning, Marshall grabs a glass of champagne from a
        PASSING TRAY and hands it to Lily. Yelling over the **MUSIC**-

                            MARSHALL
                    *Lily!* Welcome to our casa!

        Marshall CLINKS his glass with Lily's- Lily taking a sip-

                            LILY
                    Holy shit. I can't believe you live here.

                            ALLYSA
                    I know. And to think, I didn't even have
                    to marry him for money.

                            MARSHALL
                    I had seven bucks and drove a Ford Pinto
                    when she fell in love with me.

White Draft (04/05/23)                    40.

                    LILY
        Don't you still drive a Ford Pinto?

                    MARSHALL
        Best car in the world.

                    ALLYSA
        That is so not true, honey, but I do love
        that you still believe it.

                    LILY
        How long have you been this rich?

                    ALLYSA
        About five years now.

                    MARSHALL
        I sold a few apps I developed...

That's when Lily spots Ryle across the room, in a BLACK
SUIT, sipping red wine and... talking to a STUNNING
WOMAN, 20s.

                    ALLYSA (O.S.)
        And now he just plays video games all
        day. So hot.

Jealousy clawing at her insides, Lily turns to Allysa-

                    LILY
        Can you excuse me one second? I'll be
        right back.

CLOSE ON LILY- Walking through the room, she
intentionally walks right by Ryle and the Woman as she
exits through the FRONT DOOR and-


34      **EXT. BOSTON LUXURY BUILDING, ROOFTOP - NIGHT**          34

        -Out on the same rooftop- To find THREE STRAGGLERS from
        the party seated on the patio furniture. Ignoring them,
        Lily walks to the ledge with the BEST VIEW. When-

                    RYLE (O.S.)
        Can we have a few minutes?

        Lily turns to find Ryle standing near the other guests.
        Immediately, all three of them retreat. Once alone-

                    RYLE (CONT'D)
            You're upset.


                                  24-CV-10049_0002515

White Draft (04/05/23)                    41.

Feeling silly, Lily turns again to the view, hating how
much her emotions have gotten the better of her.

                    RYLE (CONT'D)
          You didn't like the flowers?
                    (no reply)
          Or- Is it that- You didn't like the card?

Her back to him- Simply-

                    LILY
          It's all just... really confusing.

Sighing, Ryle joins her at the ledge, the two looking out
as they once did months ago.

                    LILY (CONT'D)
          I thought we were friends.

                    RYLE
          We are friends.

She turns to him. Ryle matching her stare.

                    LILY
          Then stop flirting with me. Stop buying
          me flowers. And stop staring at me the
          way you are right now - it isn't fair.

Not blinking, Ryle continues to stare. Lily giving him
time to make his rebuttal. But he doesn't.

                    LILY (CONT'D)
          What? What are you thinking right now?

Ryle opens his mouth to speak, but in fear, falls silent.

                    LILY (CONT'D)
          Naked truth. *Tell me.*

Emotion in his throat, Ryle takes a moment to finally
confess- His voice shaking a bit- As he whispers-

                    RYLE
          I want you.

Reaching out, **Ryle's thumb thoughtfully caresses the
HOLLOW HEART TATTOO on her collar bone.** And-

                    RYLE (CONT'D)
          But I don't *want* to want you.

                    LILY
          ... Okay.

24-CV-10049_0002516

White Draft (04/05/23)                          42.

Shaking her head, Lily turns and heads toward the door-
Ryle letting her go.

35      INT. ALLYSA'S LOFT, GRAND LIVING AREA - NIGHT          35

CLOSE ON LILY, grabbing Allysa's hand-

                         LILY
              Hey, I'm sorry I've gotta go- I'm pretty
              exhausted- I need to get some rest before
              tomorrow.

                         ALLYSA
              Oh-my-god, of course, I totally get it.

Giving her a warm hug-

                         LILY
              Happy birthday.

Lily turns to take her leave, when-

                         RYLE (O.S.)
              Lily, wait!

From the other side of the room, Ryle can be seen pushing
through the crowd- Not slowing down- Allysa stepping to
the side as he plants himself right in front of Lily- it
looks like he's going to kiss her but instead he grabs
her hand.

                         RYLE (CONT'D)
                    (Whispering in her ear)
              Let me explain.

Half the room now watching. Lily doesn't know what to do.
She gives in even though she's pissed. He guides her out
the door and-

36      INT. BOSTON LUXURY BUILDING, TOP FLOOR HALLWAY - NIGHT   36

Through the hallway, into the other door-

                         LILY
              Ryle - what are you...

37      INT. RYLE'S LOFT, GRAND LIVING AREA - NIGHT          37

              -REVEALING the second half of the top floor. He walks in,
              closes the door and backs her up against the wall,
              pressing his body against hers.

White Draft (04/05/23)                          43.

                              RYLE
          Lily?

She stops. Their faces an inch apart. Both breathing
heavily.

                         RYLE (CONT'D)
          May I kiss you now?

Lily looks at him. Fuuuuuck she wants him. She takes over
and presses her mouth against his. She's shocked at the
moan that rushes through her as their lips meet. He grabs
her face. She grasps at his hair, pulling him closer.

With unbridled passion, the two become a medley of MOANS
and GASPS, their bodies aching for each other as- Ryle
lifts Lily up- Hooking her legs around his waist and-

38        **INT. RYLE'S LOFT, MASTER BEDROOM - CONT'D**          38

He lays her on the bed- Climbing on top of her- When-

                              LILY
          Wait- Wait, hold up.

Stunned, Ryle stops. The two of them PANTING, hard.

                              RYLE
          You want me to... stop?

                              LILY
          Yes... Please... I need to... think.

Looking a touch disappointed, Ryle rolls over on his
back, the two staring at the ceiling for a SILENCE. Then-

                         LILY (CONT'D)
          I don't want to be just another number.

                              RYLE
          ... You won't. You're different. How can
          I prove to you that you're different?

Lily turns to him. He matches her stare.

                              LILY
          ... Don't have sex with me. Not tonight.

He stares for a moment, completely unreadable.

                              RYLE
          Alright. I will not have sex with you,
          Lily Bloom.

White Draft (04/05/23)                           44.

Lifting off the bed, he oddly starts to take off his
BLACK SUIT. Laying the pieces on a nearby chair-

                    LILY
          What are you doing?

                    RYLE
          Getting ready for bed. We're going to
          sleep.

                    LILY
          Oh-are-we-now?

                    RYLE
          Unless you'd rather go home? That's fine
          too, I won't keep you.

He unbuttons his shirt, revealing a washboard torso- And
exchanges his slacks for a pair of gray jogging pants.

                    LILY
          You want me to sleep next to you, in this
          bed, tonight... like, right now.

                    RYLE
          And I promise I won't touch you. At
          least. Not in *that* way.

Lily stares upon this gorgeous, shirtless man who is
offering her the most genuine stare. And-

                    LILY
          You have something I can wear?

                    RYLE
          I do. Here-

He reaches out his hand- Lifting Lily to her feet.

                    RYLE (CONT'D)
          Lift your arms up.

Lily lifts her arms, Ryle unzips her dress and then turns
her round to face him, their faces inches apart. In one
swift movement, Ryle pulls her dress up and off without
breaking eye contact- Replacing it with one of his large
t-shirts- Pulling the garment back down over her body,
covering her bra and panties once more.

Next, he lifts the covers and the two crawl into bed-
Ryle CLICKING off the lamp- Lily cuddling against him
like an old married couple. Teasing-

White Draft (04/05/23)                          45.

                          LILY
            Your heart is pounding.

                          RYLE
            That's because I've got a beautiful woman
            in my bed- What do you expect?

Lily GIGGLES. **Ryle kisses the HOLLOW HEART TATTOO and
closes his eyes-** Looking more at peace than we've ever
seen him.

                          RYLE (CONT'D)
            Goodnight.

                          LILY
            *Goodnight.*

                                              BLACKOUT.


39      **INT. RYLE'S LOFT, KITCHEN - MORNING**                39

        Groggy from sleep, Lily tip-toes into the gorgeous
        kitchen still wearing Ryle's large t-shirt. On the
        counter, she finds a fancy ESPRESSO MACHINE. And grins.

        IN A SERIES OF QUICK CUTS- She whips up a couple of
        CAPPUCCINOS like a goddamn pro- But just as she attempts
        to exit the kitchen with them- The door swings open to
        REVEAL- **Allysa**, with a cheeky grin on her face.

                          ALLYSA
            You guys have been *banging* this entire
            time, haven't you?

        Eyes wide, Allysa grabs one of the cappuccinos and takes
        a sip, waiting for an explanation.

                          LILY
            We never even kissed until last night.
            We've just had this sort of flirtation
            thing going on, I don't know how to
            explain it...

        Falling SILENT, Allysa suddenly looks a little sad.

                          LILY (CONT'D)
            You're not mad at me, are you?

                          ALLYSA
            No. I just know my brother. And, I love
            him, I really do, but...

White Draft (04/05/23)                    46.

                    RYLE (O.S.)
        But *what?*

Allysa and Lily both turn- Finding Ryle standing in the
doorway, still wearing his gray jogging pants, no shirt.

                    RYLE (CONT'D)
        It sounded to me like you were about to
        give Lily a warning.

                    ALLYSA
        Yeah, well- Forgive me for having very
        little "faith" in your ability to do
        something that you've never done before.

                    RYLE
        Why are you inserting yourself in this
        conversation? This has nothing to do with
        you- It's none of your business-

                    ALLYSA
        Lily and I are literally *in business*
        together! You can't just burst in like a
        bull in a china shop and break all our
        shit- You know how many girlfriends I've
        lost because of your bullshit? We're
        building something here and I'm not gonna
        lose Lily, not without a goddamn fight,
        so you better check your honest-to-god
        level of sincerity here or you can fuck
        right off!

SILENCE. Our siblings too upset to say much more. Then-

                    LILY
        Anyone care to hear what I have to say?
        Or should I just keep standing here...
        pretending to be invisible?

The siblings' shoulders drop, a bit ashamed. Softly-

                    ALLYSA
        Of course we care.

                    LILY
              (a beat, to Allysa)
        I don't want things to get weird. That
        shop means everything to me.

                    RYLE
        And I want to do everything in my power
        for this to work. No games. No bullshit.

White Draft (04/05/23)                47.

                    ALLYSA
          ... You better treat her right, or I'm
          gonna go seriously ballistic on your ass.

Taking the coffee mug with her, Allysa and Ryle exchange
a sibling handshake of sorts. It's clear they love each
other and have been through it. She stands and shuffles
out of the kitchen. Leaving Lily and Ryle in SILENCE.
After a beat, a little embarrassed-

                    RYLE
          I can't say I blame her, I've been a
          perfect asshole up to this point.

                    LILY
          What's changed?

                    RYLE
          You.

Approaching her carefully, Ryle wraps his arms around her
waist. Helplessly falling in love.

                    RYLE (CONT'D)
          Let me be good to you. At least let me
          try.

Off Lily. Considering.

                    RYLE (CONT'D)
          Tell me what you want. And I'll do it.
          I'll do anything.

A beat. Then with a smirk, Lily turns and walks toward
the door, lifting his t-shirt from her body, and dropping
it on the floor as she moves away, exposing her sexy
naked torso. Ryle follows her into the-

**BEDROOM-** Where- Lily turns, pressing her mouth to his-
And then- Throws him on the bed. On all fours, Lily
playfully crawls up his body, mounting him- Her hand
lacing behind his neck as she pulls him up in a seated
position- The two now tangled.

With strong arms- In one swoop- Ryle plants Lily on her
back- Kissing his way down her torso as he slides off her
panties... not stopping... until his mouth finds that
precious place between her legs.

CLOSE ON LILY- As she moans in ecstasy, her fingers woven
through his locks of hair- As we finds ourselves in a
heart racing interlude of hands and moans and tongues and
sweat (and positions) ... these two newly formed
lovers... *become one.*

White Draft (04/05/23)                48.

**INTERCUT WITH SMALL INTIMATE MOMENTS OF THE TWO FALLING IN LOVE.**

40        **EXT. BAR - NIGHT**                                    40
          LILY AND RYLE SLOW DANCE IN A BAR. FACE TO FACE. STARING
          INTO EACH OTHERS EYES.

A40       **INT LILY'S STUDIO - NIGHT**                          A40
          LILY MAKES DINNER, SHE SWAYS TO THE MUSIC AS SHE COOKS.
          RYLE WATCHES HER- MESMERIZED BY HER- UNTIL HE SNEAKS UP
          BEHIND HER AND- SURPRISES HER WITH A KISS TO THE HEART
          TATTOO ON HER COLLAR BONE.

B40       **INT. LILY BLOOMS**                                   B40
          THEY HAVE RAW BACKROOM SEX. CLOTHES ON. THEY COLLAPSE
          LAUGHING. SURROUNDED BY FLOWERS.

C40       **INT. RYLE'S LOFT**                                   C40
          RYLE IN SCRUBS AFTER A LONG SURGERY, HIS HAND
          SHAKING/CRAMPING. SHE MASSAGES IT AS HE FALLS ASLEEP. SHE
          WATCHES HIM. LIKE A LITTLE BOY. SO PEACEFUL. FALLING
          MADLY AND DEEPLY IN LOVE.

          JUST AS THEY CLIMAX:

                              ALLYSA (V.O.)
                           **(PRE-LAP)**
                    *Oh. My. God.*

41        **INT. LILY BLOOMS - DAY - SUMMER**                    41

          Landing on a huge bouquet of RED ROSES and a box of
          chocolates on the counter top right in front of Lily-

                              ALLYSA
                         (Eating the chocolates)
                    My brother is obsessed with you-

          Rolling her eyes playfully, Allysa hands Lily a CARD.

                              ALLYSA (CONT'D)
                    -it's kinda pathetic really. I mean who
                    sends flowers a flower shop?

          Opening the CARD, Lily finds two words: ***"Dinner tonight?"***

                              ALLYSA (CONT'D)
                    Still, Marshall's gonna have to seriously
                    step up his shit. Damn, these are good.

White Draft (04/05/23)                    49.

Off Lily, falling in love.

42          INT. BOSTON GRACE HOSPITAL, HALLWAY - NEUROSURGERY FLOOR  42

Lily walks through the hallway, passing nurses and
residents when she sees Ryle down the hall: sweetly
leaned over a rolling hospital bed, where an eight year
old girl rests post surgery. Charming as ever, Ryle makes
the little girl giggle. Off Lily, she can't help but
smile as- The nurse whisks the little girl away, Ryle
turns, surprised and delighted to see her. Approaching-

                         LILY
              Hello there, Doctor.

                         RYLE
              Hey, I didn't expect to see you today.

                         LILY
                    (coy, sexy)
              Yeah. Well. I think I need a physical.
              Maybe you can help me out?

                                        CUT TO:


43          INT. BOSTON GRACE HOSPITAL, NEUROSURGERY EXAM ROOM - DAY  43

CURTAINS CLOSE. Ryle lifting Lily onto an examination bed-
He grabs a nearby stethoscope from a drawer. Pressing it
as far as her v-neck t-shirt will allow, listening to her
heart.

                         RYLE
              Your heart's really *throbbing.*

So cheesy. So fun. She wraps her legs around his waist, a
flirty callback-

                         LILY
              Well, I'm being examined by a beautiful
              doctor, what do you expect?

There's a pause. Their mouths inches apart. Both
desperate for the other. The two start kissing. Grabbing
each other's hair. Drinking each other in...

All the while-

                         RYLE
              How about dinner?

White Draft (04/05/23)                    50.

Giggling as Ryle kisses her neck, making his way to the
HALLOW HEART TATTOO on her collar bone-

                    LILY
          I wish, but my mom's coming to town today-
          Wants to treat me to some new restaurant-

                    RYLE
          ... There room for one more?

Lily stops.

                    LILY
          ... You want. To meet. My mother?

Clocking the trepidation in her voice- More paranoid-

                    RYLE
          *Is that a problem?*

She knows her mother is A LOT -almost says that it **"feels
a little fast,"** but-

                    LILY
          You know what? Of course you can meet my
          mother, she's gonna love the shit out of
          you. Meet us there around eight?

Ryle just looks at her. They both can't believe it.

                    RYLE
          What have you done to me Lily Bloom? I'm
          about to meet your mom.

He backs away shaking his head. Leaving Lily feeling...
strange. But she can't put her finger on exactly why. Her
hand lifts to... the **HOLLOW HEART TATTOO**. She turns to
look at the window.

44        **INT. THE BUS (MEMORY) - DAY**                    44

Looking out the window on the bus- it starts moving.
Young Atlas, sits next to Young Lily, placing the **WOODEN
HOLLOW HEART CARVED IN OAK** in her palm. *A gift.*

                    YOUNG LILY
          You... made this? For me?

                    YOUNG ATLAS
          I carved it out of a branch, from that
          oak in your backyard.

Amazed, Young Lily stares at him. Those eyes.

White Draft (04/05/23)                    51.

                         YOUNG ATLAS (CONT'D)
                          (in a whisper)
                      *Strong and sturdy. Don't forget.*

Without thinking, he reaches over and GRABS HER HAND,
squeezing it. Young Lily basking in the warmth of his
touch. A sexual tension between them steadily rising.

This is far more than mere friendship. So cosmic in
nature, so mysterious and unexplainable... these two
might be *soul mates.*

Diagonal from them, Katie pulls down her headphones and
leans toward the GIRL beside her-

                            KATIE
             Gross.

CLOSE ON YOUNG LILY AND YOUNG ATLAS AS-

                         KATIE (O.S.) (CONT'D)
                   I can't believe she lets him touch her.
                   He wears the same clothes every day.

Furious, Young Lily inhales, preparing to yell at Katie,
but- Young Atlas shakes his head. The BUS COMES TO A STOP
on Lily's street. Young Lily stands.

                         YOUNG LILY
             Get up.

                         YOUNG ATLAS
             *Don't.*

                         YOUNG LILY
             Get up.

Young Atlas reluctantly listens. Young Lily standing up
defiantly- Grabs Young Atlas and pulls him in for a **KISS**-
The whole BUS gasping and laughing and clapping, when-
She pulls back, shoots **Katie the middle finger**, and
proudly guides Young Atlas from the bus.

Outside- Chuckling under his breath- As the two march
away, down the street-

                         YOUNG ATLAS
                   I can't believe you just did that!

White Draft (04/05/23)                    52.

45        **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**        45

CLOSE ON YOUNG LILY- Sitting on the counter, she glances
at the clock, nearing three thirty. Young Atlas whipping
up some batter.

                    YOUNG LILY
          You're not even looking at a recipe.

                    YOUNG ATLAS
          Don't need one.

                    YOUNG LILY
          ... You like to cook?

                    YOUNG ATLAS
          ... I probably love to cook as much as
          you love to grow things.

                    YOUNG LILY
          What are you making?

                    YOUNG ATLAS
          Cookies.

He offers her a spoonful of dough. Taking a taste-

                    YOUNG LILY
          Oh, wow.

Licking her lips- With Young Atlas so close- It's
impossible not to feel that rise of sexual tension again.
He starts spooning dough onto two sheets-

                    YOUNG ATLAS
          Did you kiss me just now because you
          really wanted to, or- Was it mostly to
          get back at Katie?

                    YOUNG LILY
          Oh... Uh...

He opens the oven door and puts the cookie sheets inside.
Closes the door and- Pulls the oven mitt off his hand.

                    YOUNG ATLAS
          I'm fine with it either way, I just...

Throwing the mitt on the counter, Young Atlas walks over
to Young Lily and places his hands on either side of her.

                    YOUNG ATLAS (CONT'D)
          ...Need a little clarity here.

White Draft (04/05/23)                              53.

Young Lily is suddenly holding her breath. Having him
this close. But Young Atlas doesn't seem to be as nervous
as she is. He stares at her. With a sweet grin.

                         YOUNG ATLAS (CONT'D)
              Well?

Young Lily finds the bravery to match his stare. Her
heart fluttering. In a hushed whisper that could make the
hair on your arms stand up straight-

                         YOUNG LILY
              *I wanted to.*

Young Atlas' eyes sparkle. He leans in. His lips inches
from hers. And. The two begin to kiss. With such
unadulterated passion, it's clear these two have been
fantasizing about this moment.

Suddenly- We hear a **CAR PULL INTO THE DRIVEWAY.**

                         YOUNG LILY (CONT'D)
              Shit! That's my dad, you have to go!

She jumps off the island, looking around the kitchen
frantically- Young Atlas' hands going up to her cheeks,
beckoning her to look at him. Calm and assured-

                         YOUNG ATLAS
              Keep an eye on the cookies. They'll be
              finished in 12 minutes.

He presses his lips to hers and for a moment time stops.
He grabs his backpack and sneaks out the back door.

Making herself look busy, Young Lily starts cleaning up-
As her father, Andrew Bloom, enters the kitchen from the
garage door. Surprised-

                         ANDREW
              Are you... cooking?

                         YOUNG LILY
              Cookies. I'm baking cookies.

He sets his briefcase down on the kitchen table and then
walks to the refrigerator, pulling out a beer.

                         ANDREW
              Nice. Save some for me. They smell
              delicious, kiddo.

White Draft (04/05/23)                          54.

Leaning against the counter, Andrew takes a swig of his
beer and kisses her on the forehead. Young Lily covering
with a grin, as we-

                                              SMASH TO:

46      **INT. ROOT RESTAURANT - NIGHT (PRESENT)**                46

-Lily guiding Ryle through a LIVELY restaurant toward
Jenny's table. This place has been fully designed around
a **GIANT TREE IN THE CENTER** - *it's beautiful.*

                          LILY
               Hey, Mom.

Glancing up from her menu- Excited-

                          JENNY
               Lily, this place is incredible, I'm
               already in love with it. Let's order
               cocktails.

Her eyes drift to Ryle standing right behind Lily-

                          JENNY (CONT'D)
               Oh. Hi.

                          LILY
               Mom. This is... my friend, Ryle... who...
               I sleep with sometimes.

                          JENNY
                    (blushing, through her teeth)
               *Honey-you-don't-have-to-say-everything-
               out-loud.*

Jenny reaches out her hand-

                          JENNY (CONT'D)
               Jenny Bloom. Nice to meet you.

Jenny returns the handshake.

                          RYLE
               Nice to meet you, Ma'am.

Lily and Ryle sit at the table- Jenny raising an eyebrow
at Lily- Trying to ease the awkwardness-

                          LILY
               Allysa, who works for me, is Ryle's
               sister.

White Draft (04/05/23)                          55.

                          JENNY
              Oh, yes, of course. Oh. You two look so
              much alike now that you mention it.

                          RYLE
              We both favor our mother.

                          JENNY
              People always say that about me and Lily.

                          RYLE
              I can definitely see it in the eyes.

Ryle smiles brightly at Jenny, causing her to soften.

                          RYLE (CONT'D)
              With me and Alyssa, it's clearly our
              noses.

They laugh.

                          RYLE (CONT'D)
              Ladies, if you'll excuse me, I need to
              find the restroom. Be right back.

The moment he's out of earshot-

                          JENNY
              How come I've never heard about this guy-
              *He's gorgeous.*

                          LILY
              It's new, mom. It's only been a few
              months.

                          JENNY
              That's long enough to tell your mother
              about your life- Where does he work?

                          LILY
              Don't do that.

                          JENNY
              What am I doing? I just want to know more
              about this exciting new prospect of yours-
              *I am your mother.*

                          LILY
                  (a beat and a sigh)
              Boston Grace Hospital.

                          JENNY
                  (eyes bulging)
              He's a doctor?

White Draft (04/05/23)                    56.

                    LILY
          *Mom?* Don't.

                    WAITER (O.S.)
          Can I get you ladies something to drink?

                    LILY
          Yes, thank you, I'll take--

Lifting her chin, Lily first see's his hands, and notices
something she would recognize anywhere... a familiar
scar. It can't be. She looks up and locks eyes with...
the WAITER- **EVERYTHING FALLING INTO SLOW MOTION... LILY
GAZING INTO HIS EYES. AND IT FEELS... LIKE HOME.**

This waiter is **ATLAS CORRIGAN**, now in his 30s. Lily's
heart in her throat. Unable to speak. And somewhere in
the background, we can hear the faint **SOUND OF THE MUSIC
BOX** from Lily's bedroom – *"Lily and Atlas' theme."*

**EXPLODING INTO REAL TIME**- Having no idea who this is-

                    JENNY
          Let's start with three waters and go from
          there.

Atlas snaps out of his own trance and- Covers with a nod-
Retreating through the SWINGING DOORS TO THE KITCHEN.

                    JENNY (CONT'D)
          What in the world is wrong with you?

But before Lily can answer- Ryle rejoins the table-

                    RYLE
          What'd I miss?

                    JENNY
               (with a sparkle)
          Mr. Kincaid. Are you, by chance, a
          doctor?

                    RYLE
          I am. A neurosurgeon.

                    JENNY
          And what does a day-in-the-life of a
          neurosurgeon look like?

                    RYLE
          Well- Every day is a bit different. I
          think that's why I love it so much. Next
          month, I get to perform a once-in-a-
          lifetime craniopagus separation.

CONFIDENTIAL