# Exhibit 134-2

White Draft (04/05/23)                          57.

Lily glances back toward the KITCHEN DOORS-

                    JENNY
          A cranio-what?

                    RYLE
          Craniopagus separation. Conjoined twins.

He points to a spot on the top of his head and taps it-

                    RYLE (CONT'D)
          Attached right here. We've been studying
          them since they were born.

                    JENNY
                (beyond impressed)
          Is it a rare surgery?

                    RYLE
          Very rare. It's an honor to even be a
          part of it.

Lily trying to join the conversation- Playing off her
shock-

                    LILY
          Uh- Yeah- It'll end up in medical
          journals and... stuff.

THREE WATERS arrive, but they are being delivered by a
DIFFERENT WAITER - female, 20s.

                    FEMALE WAITER
          Here we go, three waters to start. What
          else can I put in for you?

In love with Ryle- Wanting to celebrate-

                    JENNY
          Wow. I can't wait to read about it.
                (To waiter)
          I think we should share a bottle of wine -
          it feels like that kind of occasion.

                    LILY
          Great- I'll be right back- I gotta use
          the restroom.

WE TRACK WITH LILY- As she makes her way across the room-
Scanning the face of every WAITER she passes- Until-

White Draft (04/05/23)                                    58.

47        **INT. ROOT RESTAURANT, BATHROOM HALLWAY – NIGHT**                47

-She lands in the darkened, quiet hallway near the
bathrooms. As soon as she's alone, Lily presses her back
against the wall, trying to collect herself, when-

                         ATLAS (O.S.)
               ... *Lily?*

Lily glances up- Finding Atlas standing at the end of the
hallway like a ghost straight out of the past. Bewildered-

                         LILY
               ... *Atlas?*

As if in a trance, they walk toward each other, meeting
in the middle of the hall and... hug one another dearly.

                         ATLAS
               Holy shit. You haven't changed at all.

He puts his hands on her shoulders and takes a step back.

                         LILY
               I can't say the same about you. My mom
               didn't recognize you at all.

                         ATLAS
                    (good-humored)
               *Thank God.*

                         LILY
               So- Did you end up going into the
               military or-?

                         ATLAS
               Eight years. Soon as I got out, I got
               myself to Boston.

                         LILY
                    (an inside joke)
               *Where everything's better.*

                         ATLAS
               You know it. What brings you here?

                         LILY
               I live here. Own a flower shop over on
               Back Bay. It's called *"Lily Blooms."*

                         ATLAS
               Wow... you did it. I'm so happy for you.
               And who's the lucky guy?

White Draft (04/05/23)                                    59.

                          LILY
               His name is Ryle... What about you?
               Married? Girlfriend?

                          ATLAS
               Uh. Girlfriend. Her name is Cassie.

Lily doesn't love hearing this. But covers with a smile.
SILENCE. Neither of them moving. *Or else break the spell.*

                          ATLAS (CONT'D)
               ... You should probably get back to your
               company. I'll look you up sometime. You
               said Back Bay, right?

She nods. He nods. And-

                          ATLAS (CONT'D)
               It was really good to see you.

                          LILY
               *You too.*

He opens his mouth to say more, but... thinks better of
it. CLOSE ON LILY. As Atlas walks by her she turns to
watch him leave as we

                                              MATCH CUT:

48      **INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - NIGHT**        48

        Young Lily as she turns back to see Young Atlas peaking
        through the blinds of her bedroom window. Lily sits on
        the bed. Half eaten cookies on a plate between them. She
        is holding a deck of cards.

                          YOUNG LILY
               Sit back down, those city hall meetings
               last forever - they won't be home for at
               least an hour.

                          YOUNG ATLAS
               Sorry - thought I heard a car pull up.

        He sits back down. She demonstrates how to properly
        SHUFFLE CARDS.

                          YOUNG LILY
               Ok, now you try.

White Draft (04/05/23)                    60.

She hands over the deck, Young Atlas giving it a whirl and the CARDS GO EVERYWHERE, making them both chuckle. After a beat-

                    YOUNG LILY (CONT'D)
          What was it like living in Boston?

                    YOUNG ATLAS
          Best years of my life. My uncle lived in
          an apartment building with the coolest
          rooftop deck. We would just sit and think
          and look at the city for hours. The food
          is really great too. And the harbor. My
          uncle would take me fishing there
          sometimes.

                    YOUNG LILY
          ... Sounds like you miss it.

                    YOUNG ATLAS
          Yea- Everything's better in Boston.
          Except the girls. Boston doesn't have
          *you.*

Emotion caught in her throat-

                    YOUNG LILY
          I'm gonna miss you...

                    YOUNG ATLAS
          Same. I don't know how you did it, but...
          somehow... you became my favorite person.

A beat. Then. Leaning in, the two begin to kiss again.
Lily takes off his shirt.

                    YOUNG ATLAS (CONT'D)
          Are you sure?

                    YOUNG LILY
          So sure.

Young Lily climbing on top of him- When-

                    RYLE (V.O.)
                 **(PRE-LAP)**
          Hey, Lily! You want a drink?

49   **INT. BOSTON BAR - DAY - SUMMER**                    49

CLOSE ON LILY. Shaking from her thoughts of Atlas-

White Draft (04/05/23)                    61.

                    LILY
          Uh, yeah- I'll take a wine.

PULL BACK TO REVEAL- A PACKED BAR during a Bruins game.
Most everyone here in a ONESIE, including- Lily, Ryle,
Allysa, and Marshall. To Lily- Objecting-

                    MARSHALL
          You're in a onesie, Lily, you don't get
          *free wine* with a onesie!

                    LILY
          Okay, fine, let's do this.

To the BARTENDER-

                    MARSHALL
          Three *beers*, please, and a water for my
          lady-love.

He kisses Allysa - Lily and Ryle looking suspicious.

                    LILY
          Why aren't you making *Allysa* have a beer?
          She's wearing a onesie, too.

Outed, Allysa and Marshall glance at each other.

                    ALLYSA
          We didn't plan on telling you here, but-

Suddenly, Marshall yells out-

                    MARSHALL
          I'm gonna be a dad!

A few DRUNK PATRONS clap their hands- Raising their beers-

                    PATRONS
          Woooo! / Right on, man! / Hell yeah!

Ryle looks stunned. Lily grabs him by the hand.

                    LILY
          Congratulations, Uncle Ryle.

The bartender slides over three beers and one water for
Allysa- Ryle holding up his beer to cheers- Ryle, stunned
and feeling so sentimental.

                    RYLE
          To Allysa. You're eleven months younger
          than I am, but- You still teach me, every
          day, what adulting looks like.

White Draft (04/05/23)                    62.

The four CLINK their glasses together and drink.

>                     LILY
> I didn't realize you two were so close in
> age.

>                     ALLYSA
> Oh, yeah- Three kids in three years- I
> feel so sorry for our mom.

The mood shifts. Allysa gives Ryle an apologetic look.

>                     LILY
> *Three?* You have another sibling?

Ryle straightens up, looking a little triggered. Gingerly-

>                     ALLYSA
> Uh... yeah... we had an older brother.
> *Emerson.* But...

She looks to Ryle, as if to sheepishly ask permission to
speak on the matter. And. He simply shakes his head.

>                     ALLYSA (CONT'D)
>                 (simply)
> He passed away when we were kids.

>                     LILY
>                 (a beat, struck)
> I'm so sorry to hear that...

CLOSE ON LILY. Wanting to ask more. But the look on
Ryle's face makes her dare not.

Suddenly- The Bruins score and- THE BAR EXPLODES WITH
CHEERS. Ryle finally relaxing again. Lily leaving it be.

**IN A SERIES OF QUICK CUTS-**

**WE WATCH THESE FOUR LIVE IT UP AT THE BAR IN THEIR
ONESIES, LAUGHING AND DRINKING- RYLE GRABBING LILY AROUND
THE WAIST AND KISSING HER AS-**

50        **INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**        50

-The two tumble into Lily's apartment, ripping at one
another's onesies- Until they are both down to their
underwear- Ryle kissing his way down Lily's torso. CLOSE
ON LILY- As she arches her back in pure ecstasy.

                                        CUT TO BLACK

White Draft (04/05/23)                                    63.

51        **INT. LILY'S BOSTON STUDIO APARTMENT – MORNING**        51

Lily awakens, entangled in the sheets.

                         RYLE
               Good morning. You like frittata?

Lifting up, she finds Ryle in his boxers- In the open
KITCHEN- pouring an egg mixture into a **CASSEROLE DISH**-
And tossing it into the hot oven.

                         LILY
               Oooo, that sounds amazing.

POP! He opens a nice bottle of Champagne and pours two
glasses, adding a little orange juice-

                         RYLE
               And a little "hair of the dog"? I think
               I'm still a little drunk from last night.

Giggling, Lily remains in bed-

                         LILY
               Oh-my-god, I thought you'd never ask.

Joining her in bed with the mimosas-

                         RYLE
               Cheers.

They both take big gulps of the champagne- Then- **He
stares at Lily's HEART TATTOO, caressing it-**

                         RYLE (CONT'D)
               This might possibly be my favorite part
               of you. What does it mean?

                         LILY
                    (lying)
               Nothing really. Just. One of those random
               things you do in high school.

- Ryle leans in and gently kisses the **HEART TATTOO.**

                         RYLE
               I told my mom about you. She wants to
               meet you at some point.

                         LILY
               Oh, yeah?

White Draft (04/05/23)                    64.

                  RYLE
I mean- It's a monumental thing, you know-
Me having a girlfriend.

Eyes twinkling- Jaw agape- Lightly teasing him-

                  LILY
So I'm your girlfriend now, am I? I don't
remember having a conversation about
that.

                  RYLE
You want to be asked?

                  LILY
It certainly shouldn't be automatic,
that's for sure.

                  RYLE
Will you be my girlfriend, Lily Bloom?

                  LILY
Nah, I'm good.

Laughing, they start to play fight. Ryle pinning her
down, begins to kiss her stomach, working his way up her
body - finding her lips. The two begin to kiss
passionately- Lily's eyes rolling back, when- **BEEP-BEEP-
BEEP-BEEP!**

The **FIRE ALARM** screams out- SMOKE billowing from the oven-
The two scrambling to get out of bed- Ryle rushing into
the SMALL KITCHEN- Lily right behind him, quickly draping
a ROBE over her naked body- Laughing as-

                  LILY (CONT'D)
Oh shit!

Ryle pulls open the OVEN DOOR, the egg from the casserole
bubbling over, burning black tar at the bottom of the
oven- Blinded by the SMOKE- Not thinking- Still a little
drunk from the night before- Ryle reaches in and-

                  LILY (CONT'D)
Wait, Ryle! You need a-

        RYLE                      LILY (CONT'D)
Shit!                          -Pot holder.

The CASSEROLE falls from Ryle's hands and lands on the
floor with a SMASH! Shattering broken glass everywhere.

CONFIDENTIAL

White Draft (04/05/23)                    65.

Without thinking, Lily continues to laugh at the
ridiculousness of the last few seconds- Ryle SLAMMING the
oven shut and moving to the faucet- Shoving his hand
under the cold water- Trying to suppress her laughter-

>                     LILY (CONT'D)
>                   (Laughing)
>             What a mess!! Are you okay? I hope it
>             didn't-

Lily leans over to get a look at Ryle's hand, and-

We hear a loud SMACK! **Ryle turns as Lily gets KNOCKED
back, hitting hard against the wall- The wind knocked out
of her- Her hand now pressed against the left corner of
her eye. We didn't see what happened as there is so much
smoke.**

EXTREME CLOSE UP ON LILY. On the ground. Dazed and
confused. SMOKE CLOUDED all around her. Pain shooting
through the corner of her left eye - a SEISMIC SWELLING
taking hold- Ryle voice sounding far off, as if
underwater.

>                     RYLE
>             Lily? Oh God Lily.

WE STAY ON LILY- Wrapping her arms over her shaking head,
trying to make sense of the last fifteen seconds.

>                     LILY
>             Did you... push me?

We hear RYLE'S VOICE as he draws nearer- Coming into
focus- Gently, pulling her close- Kissing her head-

>                     RYLE
>             I... burned my hand and I...

The room spinning- Unable to process- Tears welling- Lily
is trembling- As Ryle assesses the cut on her face. Ryle
goes to kiss her head.

>                     LILY
>             Please! Just give me some space -

She pushes him off her. He falls back onto his hands.
Then - slowly he looks down. A shard of glass now buried
in his burnt palm. Blood trickling down his wrist. Lily
remains so confused. The room still lingering with SMOKE.
Broken glass, eggs and now blood everywhere. Ryle pulls
himself up, sticks his hand under the water and starts
rinsing the blood. Lily grabs a towel.

White Draft (04/05/23)                    66.

                         LILY (CONT'D)
               Your hand. Oh My God. I didn't mean to...
               I'm so sorry...

He pulls his hand from the water and with his good hand
lifts her chin.

                         RYLE
               Fuck the hand, Lily. I don't care about
               my hand. Are YOU okay?

He looks back and forth between her eyes, assessing the
cut on her face.

                         LILY
               I don't know... I think...

                         RYLE
               I'm so sorry... Please forgive me.

He presses his mouth to Lily's and breathes her in. Lily
is so upset, she starts to kiss him back, in need of
comfort. Until- Ryle scoops her up- Gently laying her
down on the floor. He kisses her wound. A mix of blood
and tears now.

CLOSE ON LILY. Closing her eyes, accepting his apologies
so viscerally, by the time she opens them again... it's
clear she's convinced herself of one thing.

                         LILY
               ... *It was an accident.*

                                        SMASH TO:

52    **INT/EXT. LILY'S CAR / BOSTON PARK – DAY (LATER)**      52

      Lily pulls down the visor, checking her bruise in the
      mirror. From her makeup bag, she reapplies some
      concealer, trying to mask the purple of her skin.

      Grabbing a pair of sunglasses, Lily perches them on her
      nose- Hops out of the car- And grabs a white box in the
      backseat- Cradling a super edgy wedding bouquet with dark
      purple roses and black ribbon.

53    **EXT. BOSTON PARK – DAY**                               53

      Walking through the park, sunglasses on and carrying the
      bouquet.

White Draft (04/05/23)                    67.

Lily meets an eccentric BRIDE and GROOM, 40s, gathered
near a small pond with THREE OF THEIR FRIENDS. A very
simple wedding. No frills.

> LILY
> I'm so sorry I'm running behind, I was on
> my own at the shop this morning.

The bride approaches Lily, dressed in a dark red corseted
wedding dress, her lips painted black. Taking the bouquet-

> BRIDE
> Shit. These roses look dead. *Cool.*
> (OFF LILY)
> Wanna stay for the wedding?

A53    **LATER-** We find Lily standing among strangers, her       A53
sunglasses still covering her bruise. She gets a text:

> RYLE (TEXT)
> *Just out of surgery. Making the rounds*
> *now. Can't stop thinking about you. I*
> *love you.*

She takes this in as she watches the BRIDE and GROOM
exchange their own handwritten vows.

> BRIDE
> ...because loving you is believing in the
> very best version of you. And helping you
> become that person, day by day.

Striking a chord deep within her. We see a tear trickle
from behind her sunglasses and down her cheek.

54    **INT. ROOT RESTAURANT - NIGHT**                            54

Entering *"Root"* on a bustling evening, Lily's eyes scan
the room. No sign of Atlas. Just Ryle waving at her from
a far table with Allysa and Marshall.

> LILY
> Sorry I'm late- what happened? I thought
> we were going somewhere else.

> ALLYSA
> Oh, no- I've been dying to eat here since
> Ryle told me how damn good it was.

Sliding into the booth, Lily sits next to Ryle-

> RYLE
> Hey, girlfriend.

White Draft (04/05/23)                    68.

                    LILY
          Hey, boyfriend.

Sweetly, he kisses her near her left eye where that
SEISMIC BRUISE still lingers. Clocking it-

                    ALLYSA
          Ryle told me what happened, but... I
          didn't think it was *that* bad.

Lily glances at Ryle, wondering what he told her.

                    RYLE
          It-was-such-a-mess- Eggs and glass
          everywhere. And yet, when she *slipped*,
          she was still very graceful. Like a
          ballerina.

                    LILY
          ... It was pretty pathetic.

                    MARSHALL
          How did that big surgery go? The one with
          the twins? Your hand hold up alright?

                    RYLE
          Steadiest hand in all of Boston.

                    MARSHALL
          Hell yeah.

A WAITER arrives, dropping off their entrees-

                    ALLYSA
          Oop- Sorry, Lily, we went ahead and
          ordered-

                    LILY
          No, it's fine, I was late.

                    RYLE
          I got you the steak.

It's clear Lily didn't want steak, but smiles anyway.
Digging in-

                    LILY
          Any ideas on baby names yet?

                    MARSHALL
          I love Nebraska, but-

                    ALLYSA
          -I'm not naming this baby after a state.

White Draft (04/05/23)                          69.

                        MARSHALL
              Idaho?

Locking eyes with Lily-

                        ALLYSA
              This is going to be the demise of our
              marriage.

                        ATLAS (O.S.)
              Hey folks, how's the meal tasting so far?

The four turn their heads to find **Atlas**-

                        ALLYSA
              Honestly? I've only had two bites and
              this is already, literally, said and
              done, my new favorite restaurant.

                        ATLAS
              Thank you. I'm the head chef so- That's
              really nice to hear.

Atlas locks eyes with Lily, and without thinking-

                        LILY
              You're the chef?

                        ATLAS
              Sometimes waiter, sometimes dishwasher.
              Gotta be hands-on when you own the place.

**AND THEN, IN SLOW MOTION, AS ALLYSA KEEPS TALKING- HER
VOICE FADING IN THE BACKGROUND- ATLAS' GAZE FALLS TO THE
BRUISE ON LILY'S LEFT EYE... THEN TO THE BANDAGE WRAPPED
AROUND RYLE'S RIGHT HAND... THEN BACK TO LILY'S EYE.**

**EXPLODING BACK INTO REAL TIME-** Atlas' jaw hardens and
then... he walks away, Allysa mid-sentence.

                        MARSHALL
              Bummer. We find a new favorite restaurant
              and the chef's an asshole.

                        RYLE
              Yeah, but, sadly- The assholes tend to be
              the best ones.

Putting her hand on Ryle's arm- Quietly-

                        LILY
              Bathroom.

                                    24-CV-10049_0002544

White Draft (04/05/23)                    70.

He nods as Lily scoots out of the booth- And walks across
the restaurant, head down, fast-paced.

55      **INT. ROOT RESTAURANT, WOMEN'S RESTROOM - NIGHT**          55

She enters the Women's single restroom, locking the door.
Quietly-

                          LILY
              Shit. Shit, shit, shit.

Her hands on the sink, Lily steadies herself. Then. Looks
at her eye. Still not knowing what to make of it. She
wants to cry, but cannot let herself.

Instead, she takes in a deep breath and- Unlocks the door
to leave- REVEALING- **ATLAS**. Stepping inside and closing
the door-

                          ATLAS
              ... What happened?

                          LILY
              ... Nothing.

His EYES narrow. *Knowing she's lying.*

                          LILY (CONT'D)
              It was an accident.

                          ATLAS
              I've heard that one before. Many times.

                          LILY
                      (a beat, simply)
              ... I'm not your mother.

                          ATLAS
                      (simply back)
              ... No. But are you turning into yours?

His words sting. Sting so hard, tears kiss Lily's eyes.

                          ATLAS (CONT'D)
              Leave him.

                          LILY
              Leave him? What are you talking about?
              He's not like that- Ryle's a good person.

She reaches for the door, but- Atlas grabs her wrist.
Angry, she yanks her hand away.

White Draft (04/05/23)                                71.

>                    LILY (CONT'D)
>          I'm more scared of you right now than I
>          have ever been of him.

ON ATLAS. Pausing a moment. Then. He steps to the side,
giving her safe passage to the door.

>                    ATLAS
>          I'm sorry, I'm just... trying to repay
>          the concern you once gave me.

Reaching for the door, Lily pulls it open- And steps-

56      **INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT**          56

-into the hallway, running right into... **RYLE.** His eyes
ablaze as Atlas exits the women's bathroom behind her.

>                    RYLE
>          ... What the fuck?

Turning, Atlas walks toward the kitchen- Ryle's eyes
glued on his back- But right when Atlas reaches the
doors, he pauses, and- Spins around, striding toward
Ryle, grabbing him- And SLAMMING him against the wall.

>                    ATLAS
>          You touch her again and I'll cut your
>          fucking hand off and shove it down your
>          throat - you piece of shit.

>                    LILY
>          Atlas, stop!

Atlas releases Ryle forcefully, taking a huge step back-
Ryle breathing heavily, staring at Atlas long and hard.

>                    RYLE
>          ... *Atlas?*

Ryle lets out a disbelieving laugh- To Lily-

>                    RYLE (CONT'D)
>          This is Atlas? The homeless boy you pity-
>          fucked?

LILY CLOSES HER EYES- AND- IN AN INSTANT- Atlas lunges at
Ryle and the two men start beating the shit out of each
other- TWO WAITERS shoving past the SCREAMING Lily-
Pinning the men against opposite walls- Atlas and Ryle
left glaring at each other, breathing heavily. To Ryle-

White Draft (04/05/23)                    72.

                         ATLAS
            Out! Get the hell out of my restaurant!

Turning, Ryle walks right by Lily as he marches down the
hall- Locking eyes with her for a brief second. But there
isn't anger there. Only hurt. Lots of hurt.

Left in the hall, Lily gives one last glance to Atlas.
Seeing the disappointment written all across his face.

BACKING AWAY- WE TRACK WITH LILY AS SHE MARCHES-

57      **INT. ROOT RESTAURANT - NIGHT**                    57

        -into the main dining room, where she spots Ryle,
        grabbing his jacket from the booth and walking toward the
        exit without even looking at Allysa and Marshall.

        Hurrying to the table, Lily grabs her purse. To Allysa-

                         LILY
            It's a long story- We'll talk tomorrow.

        WE TRACK WITH LILY- As she rushes to catch up with Ryle-

58      **EXT. ROOT RESTAURANT - NIGHT**                    58

        -Pushing through the exit and out into street, Lily
        catches up to him.

                         LILY
            Ryle, stop! Wait!

        Suddenly, Ryle turns and punches at the air in rage-

                         RYLE
            What the hell did you tell him, Lily?!
            Did you tell him I hurt you?!

                         LILY
            No- He- He saw my eye and your hand- And-
            He just- *Assumed!*

        Panting, Ryle shakes his head.

                         RYLE
            ... What was he doing in the bathroom?

                         LILY
            ... He's just an old friend that was
            worried about me, that's all.

                                    24-CV-10049_0002547

White Draft (04/05/23)                    73.

Ryle forces the saddest smile we've ever seen on a human.

                    RYLE
          ... You have my heart, Lily, you have all
          of me. If you don't want to be with me,
          please tell me right now.

Feeling guilty- And baffled by feeling guilty, Lily
shakes her head- Confused- Feeling horrible- And wanting
that awful feeling to just disappear, quickly-

                    LILY
          ... I don't want anyone else. I want you.

Hearing this, Ryle lets out a sigh, pulling Lily in,
holding her so close - as if she's his only lifeline.

                    RYLE
          I love you, Lily. *God, I love you.*

Squeezing her tight, Ryle presses a kiss to her forehead,
Lily feeling trapped... and eerily reminded of another
"scuffle" that Atlas got into, long ago. Leaning on
Ryle's shoulder she closes her eyes.

                                        CUT TO BLACK:


59    **INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - DUSK**        59

          Tangled in the sheets, held in a lover's embrace, we find
          Young Lily and Young Atlas staring in each other's eyes.
          Caressing her face, Young Altas finally unveils he truth
          he's known for some time now.

                    YOUNG ATLAS
          I love you, Lily. Everything about you. I
          love you.

          Absorbing these words, Young Lily's eyes sparkle. And-

                    YOUNG LILY
          I love you, too.

          The two begin to kiss- Giggling a bit as they gear up to
          have sex again, when- Suddenly- Out of fucking nowhere-
          Someone POUNDS on the door- KNOCK! KNOCK!

                    ANDREW (O.S.)
          Lily?! Who are you talking to?!

          The door bursts open, Lily's father exploding inside -
          Finding Young Atlas in bed with his one and only
          daughter.

White Draft (04/05/23)                    74.

**CLOSE ON YOUNG LILY- AS SHE WATCHES IN SLOW MOTION- AS HER FATHER KICKS OPEN THE DOOR, RIPS ATLAS OUT OF BED STARTS TO BEAT HIM TO A PULP. THE SOUND OF BONE CRUSHING PUNCHES AND KICKED MIXED WITH YOUNG LILY'S PIERCING SCREAM.**

                                        BLACKOUT.

60      **EXT. LILY'S MAINE HOME, DRIVEWAY (MEMORY) – NIGHT**      60

EXTREME CLOSE UP ON YOUNG LILY. Her tearstained face looking almost catatonic, as she watches LOCAL PARAMEDICS loading Young Atlas' into an ambulance, **HIS BODY SO BLOODY IT'S ALMOST UNRECOGNIZABLE.** Alive. Just barely.

A short distance away, we see Andrew and Jenny Bloom, talking to the local **SHERIFF**- The same man that led Andrew's funeral in our opening- Only about fifteen years younger. Quietly to Andrew-

                      SHERIFF
          ... can't imagine what you've been
          through having found your little girl in
          such a compromising situation.

Jenny bursts into tears, pressing a tissue to her mouth-

                      JENNY
          He forced her into it- I know it.

                      SHERIFF
                  (at a loss)
          What do you want me to do, Andrew? I can
          file a report, but- If you'd rather not
          have this incident follow Lily around...
          we can keep it quiet.

Reeling, Andrew somberly looks over his shoulder and LOCKS EYES WITH YOUNG LILY. Her stares pleads with him, but he bristles- Turning back toward the Sheriff-

                      ANDREW
          Get that little shit as far away from
          this fucking town as you possibly can.
          And if he ever dares show his face again-

EXTREME CLOSE UP OF YOUNG LILY- Tears streaming down her face as her father's words wash over her. Low and enraged-

                      ANDREW (O.S.) (CONT'D)
          I want you to *take care of it.*

White Draft (04/05/23)                                    75.

The ambulance doors close, Young Lily watching it as it drives down the street and disappears out of sight, sirens blaring.

OFF YOUNG LILY- Spiraling with the understanding that she will most likely never see Atlas ever again.

                                                    CUT TO:

61      **INT/EXT. LILY BLOOMS STORE - DAY - JANUARY**         61

Lily, "awakening" from her daydream as an ambulance speeds by the shop, she's watering her plants. When Allysa enters from the bathroom, **now sporting quite the BABY BUMP.**

                         ALLYSA
              Uh- That's like- The billionth time I've
              peed today. This little peanut's really
              starting to press on the ol' bladder.

Taking a heavy seat- Massaging her boobs- Whining-

                         ALLYSA (CONT'D)
              And my boobs... *my boobs*, Lily... every
              time my shirt moves, my nibs feel like
              they're on friggin' fire... make it stop.

                         LILY
              Why are even you here? It's so slow. You
              should be horizontal somewhere having
              Marshall rub your feet.

                         ALLYSA
              First of all, I can't get Marshall to go
              anywhere near my feet. He has a thing.
              And also he doesn't let me whine as much
              as you do.

                         LILY
              Whine away, my love. I am so here for it.
              But I'm not delivering your baby.

Lily continues watering her plants. Allysa's gaze tilting toward the front door.

                         ALLYSA
              Hey. Remember a few months ago when you
              told me I could never go back to my new
              favorite restaurant, because the boy you
              loved as a teenager is the owner and it
              would be unfair to Ryle?

White Draft (04/05/23)                          76.

                              LILY
               Uh... *yeah.*

                              ALLYSA
               If we can't go back there because of the
               owner - how is it fair that the owner
               gets to come here?

Turning, Lily spots what Allysa sees- **Atlas** paying a
parking meter across the street and- Heading their way.

                              ALLYSA (CONT'D)
                         (Quietly)
               Okay. I know that you're with my brother
               and that I am with child, but- Can we
               please just take a moment to silently
               admire the perfection that is that man?

The door opens, Atlas entering. Lily stealing a shallow
breath as the two lock eyes. After an awkward beat-

                              ALLYSA (CONT'D)
                         (Whispering)
               Ok I'm gonna go pee again and give you
               guys some privacy.

Lifting up and waddling to the bathroom, Allysa closes
the door. Lily and Atlas are left alone.

Atlas takes in the flower shop. Beaming with pride.

                              ATLAS
               Wow. You really did it.

                              LILY
               Thank you.

                              ATLAS
               It's... It's taken me a long time to get
               the courage to come in here. I came by
               the next day but he was here and I felt
               like I'd already done enough damage. I
               just wanted to say... I'm sorry. For what
               happened. I wish I had handled it very
               differently.

                              LILY
               ... It was a misunderstanding.

Atlas still doesn't buy it. But he says nothing. His eyes
drifting to the register counter. Approaching it- He
grabs two things- A pen and a sticky note. **Writing
something down on the sticky note-** Casually-

White Draft (04/05/23)                    77.

                    ATLAS
          Let me see your phone.

                    LILY
          Uh... okay...

Lily hands over her phone, watching as Atlas slips the
OUTER CASE off and puts the **STICKY NOTE** between the case
and the phone - then hands it back to her.

                    ATLAS
          It's my number. In case you ever need it.

                    LILY
          ... I won't.

                    ATLAS
          ... I hope not.

A beat.

Then. Not knowing what more to say, Atlas turns and takes
his leave, but just as he reaches the door-

                    LILY
          *Wait.*

His hand on the doorknob, he pauses. Turning-

                  LILY (CONT'D)
          What Ryle said to you that night, about
          us. He was just really upset, I... I
          promise I never said that.

The corner of Atlas' mouth curls with a smirk-

                    ATLAS
          Believe me, Lily. I know it wasn't a pity-
          fuck... *I was there.*

The door opens and closes, Lily watching as Atlas walks
across the street- Back toward his car. Off Lily as -

THE PIERCING CRY OF AN INFANT TAKES US TO -

62    OMITTED                               62

63    **INT. HOSPITAL ROOM - MORNING**             63

    A CLOSE UP OF A LITTLE BABY GIRL, swaddled sweetly in
    Allysa's arms. Lily, Ryle, and Marshall by her side.

White Draft (04/05/23)                                78.

               MARSHALL
Look at her. She's like a little alien.

               ALLYSA
Don't say that, she's perfect.

               MARSHALL
*A perfect little alien.*

Quietly to Ryle-

               LILY
You're an uncle.

Squeezing Lily's hand, Ryle says nothing- Just stands in
awe, watching Allysa hold her new baby.

               ALLYSA
You want to hold her?

Ryle kind of stiffens up like he's nervous, but then he
nods. Allysa leans over and puts the baby in his arms.
Cradling the newborn gently, as if she was made of glass-

               RYLE
You guys decide on a name yet?

Allysa and Marshall locks eyes. Then- With a grin-

               ALLYSA
We wanted to name her after someone
Marshall and I both think the world of,
so... we added an E to your name.
      (OFF RYLE)
We're calling her Rylee.

Ryle blows out a quick breath in shock. In a whisper-

               RYLE
Wow... I don't know what to say.

A beat. Ryle staring at this child. Everyone staring at
her. Basking in that innocent reminder of how precious
life is... how fragile... how quickly it goes.

               ALLYSA
You guys want kids?

Ryle and Lily lock eyes.

               RYLE
Uh... I mean. I didn't even want a
relationship before Lily, so...
     (realizing it in the moment)
        (MORE)

White Draft (04/05/23)                    79.

                         RYLE (CONT'D)
          I can't believe I'm even saying this,
          but... *yeah,* I totally want kids. *Weird.*
                  (to Lily)
          What about you?

                         LILY
          ... I've always thought it would be
          really fun to be a mom. But. I guess. I
          sorta saw myself getting married first.

                         RYLE
          ... For what it's worth, I'd marry the
          hell out of you.

                         ALLYSA
          Awww. That's really sweet. My brother is
          actually sweet.

                         MARSHALL
          And? *What say Lily?*

Lily looks at Baby Rylee cradled in her uncle's arms—
Feeling so much love in her heart—

                         LILY
          Are you kidding? I'd marry Ryle tonight.

A beat. Ryle suddenly struck with an idea.

                         RYLE
          Then let's go. Right now.

                         LILY
          ... You're joking.

                         RYLE
          I've never been more serious about
          anything in my entire life. Let's pack a
          bag and fly to Vegas and get married
          right now, *tonight.*

                         ALLYSA
          She can't do that— She's a girl— She
          wants a real wedding— With flowers and
          bridesmaids and shit.

To Lily—

                         RYLE
          Do you want a real wedding? With flowers
          and bridesmaids and shit?

A strong beat. Then— Lily turns to Allysa with a smirk—

White Draft (04/05/23)                          80.

                         LILY
            Next time I see you... we'll be *sisters*.

Bursting into laughter, they hug. Alyssa overly
emotional.

                         ALLYSA
            OMG. Get the hell out of here and get
            your ridiculously cute asses married
            already!

                         LILY
                    (To Ryle)
            Okay, but- If we're gonna do this- It has
            to be the most hilarious cheap wedding
            you can possibly imagine.

                              JUMP TO VEGAS MONTAGE:

GORGEOUS EXTERIOR SHOTS OF THE VEGAS STRIP, FLYING OVER
VARIOUS RESORTS. WE FIND OURSELVES OUTSIDE THE FAMOUS ONE
HOUR CHAPEL.

64    **INT. "ONE HOUR CHAPEL" - DAY**                    64

He does a little turn in a changing area, dressed as
Elvis- Doing a full-out impression-

                         RYLE
            *Hey, baby. You wanna get married?*

REVERSE TO REVEAL- Lily, dressed as a VEGAS SHOWGIRL
covered in feathers and sparkles-

                         LILY
            *Why, I thought you'd never ask.*

Looping their arms together- The two-

65    **INT. "ONE HOUR CHAPEL" - DAY**                    65

-Exchange vows at a "ONE HOUR CHAPEL"- A DRAG QUEEN
dressed as DOLLY PARTON leading the ceremony- RYLE puts a
ring on Lily.

                         DOLLY
            Ooo, daddy- You may now kiss the bride!

Leaning in, Ryle and Lily kiss one another passionately.
They grab hands and run out -

White Draft (04/05/23)                                        81.

66    **EXT. VEGAS STRIP - BELLAGIO FOUNTAIN -NIGHT**              66

The two run along the strip in their outfits, laughing
wildly, YARDSTICK SLUSHIES in hand

67    **INT. ARIA HOTEL CASINO - NIGHT**                           67

They play slots. Lily wins.

68    **INT. ARIA HOTEL SPA - NIGHT**                              68

They get couples massages in a gorgeous spa. Ryle turns
his head to Lily - reaches out his hand. She takes it.
They connect. This is heaven.

A69   **INT. ARIA HOTEL PENTHOUSE SUITE - NIGHT**                  A69

They enter to find a gorgeous suite, filled with rose
pedals and candles overlooking the strip. The two begin
to kiss... the distant urban lights cradling them in a
soft romantic glow.

ECU OF LILY- AS RYLE SOFTLY LAYS HER BACK ON THE BED.

ECU OF THEIR LIPS- GENTLY DRINKING ONE ANOTHER IN.

ECU OF RYLE'S NEW WEDDING RING- AS HIS LEFT HAND
INTERLACES WITH LILY'S RIGHT.

ECU OF RYLE WHISPERING SOMETHING IN LILY'S EAR, SOMETHING
WE WILL NEVER KNOW... BUT IT CAUSES ONE JOYFUL TEAR TO
DRIFT DOWN ONE CHEEK.

AS THE TWO CLIMAX... AT THE SAME TIME... THEY LOCK
EYES... AND CANNOT HELP BUT SMILE, BAFFLED THAT THEY
FOUND EACH OTHER.

THESE TWO LOST SOULS... HAVE FINALLY FOUND LOVE.

                                                    CUT TO

69    **INT. ARIA HOTEL PENTHOUSE SUITE - MORNING**                69

Eyes fluttering open, Lily finds herself in this gorgeous
suite, lying next to her sleeping *husband*. Tenderly, she
places her left hand on his cheek. Her WEDDING RING
gleaming in the morning sunlight. Ryle opening his eyes.
She turns to him.

White Draft (04/05/23)                              82.

                              LILY
                   Hi husband.

                              RYLE
                   Hi wife.

**His thumb caresses the HOLLOW HEART TATTOO.** These two
souls stare at one another. *Having found peace.*

                                                BLACKOUT.

                              LILY (V.O.)
                   It's been two weeks, Mom—

70    **INT. RYLE'S LOFT, KITCHEN – DAY**                    70

      We find Lily in the kitchen, chatting with Jenny on
      FACETIME from her iPad— While unloading a box of personal
      kitchen items— Having moved in with Ryle—

                              LILY
                   —You really gotta get over it.

                              JENNY **(ON SCREEN)**
                   You're my only daughter, honey— I've been
                   dreaming about your wedding day your
                   whole life— I can't help it if I feel a
                   little cheated— *I am your mother.*

                              LILY
                   What needs to happen for you to consider
                   ever forgiving me? Because we really
                   can't keep having this conversation.

      From the box, Lily finds that **NAPKIN.** *Her empty list.*
      And. After a beat. She pensively pins it to the fridge.

                              JENNY **(ON SCREEN)**
                   You wanna know how to make it up to me?

                              LILY
                   Yes, please.

                              JENNY **(ON SCREEN)**
                   Make me a grandbaby!

                              LILY
                        (with a laugh)
                   Mom! Stop!

                              JENNY **(ON SCREEN)**
                        (Laughing)
                   So how do you like your new place?

White Draft (04/05/23)                    83.

Lifting the iPad, Lily REVERSES JENNY'S VIEW to the floor
to ceiling windows looking out over Boston.

                    LILY
          I think I can get used to it.

Suddenly - CRASH! - a loud noise sounds, startling Lily-
Causing her to yell out-

                    LILY (CONT'D)
          *Ryle?! You okay?*
               (no reply)
          Sorry, Mom- I'll call you right back.

**ENDING THE FACETIME CALL-** WE TRACK WITH LILY AS- She
flies out of the kitchen and-

71   **INT. RYLE'S LOFT, MASTER BEDROOM - DAY**            71

     -into the master bedroom, where Ryle is found sitting on
     the bed looking down at something in his hand, lamp
     broken to pieces on the floor. He looks like a wild man.
     *On the verge of another breakdown.*

                    LILY
          What happened?

Ryle looks up at her with a very grave expression.

                    LILY (CONT'D)
          You're scaring me - what's wrong?

He holds up Lily's phone and just looks at her like she
*should* know what's happening. But she has no idea.

                    RYLE
          Funny thing... I dropped your phone by
          accident and- The cover popped off and-

He holds up his hand, REVEALING the **STICKY NOTE.**

                    RYLE (CONT'D)
          -I find this number hidden on the back.

CLOSE ON LILY. Her face screaming - *"Oh-god, no-no-no."*

                    RYLE (CONT'D)
          I thought. *"Huh. That's weird. Lily
          doesn't hide things from me."*

He angrily crumbles the number in his fist and looks at
Lily. Whose heart drops into her stomach.

White Draft (04/05/23)                    84.

                    RYLE (CONT'D)
          So... I called it.

Eerily, he stands and—

                    RYLE (CONT'D)
          He's lucky I got his fucking voicemail!

—Chucks Lily's phone clear across the room— Where it
CRASHES against the wall, SHATTERING to the floor—

                    LILY
          *Stop-it-I-can-explain!*

But Ryle is already gone— Lily running after him— As he—

72    **INT. RYLE'S BUILDING, TOP FLOOR HALLWAY - DAY**          72

      —Bursts from his loft and hits the elevator button— Lily
      seconds behind him— Now entering the hallway— Turning on
      his heels, Ryle takes the—

73    **INT. RYLE'S BUILDING, STAIRWELL - DAY**                  73

      —Stairwell, Lily not far behind. Round and round they go—

                    LILY
          It's not what you think!

      Round and round— Until— Lily reaches out and— Grabs at
      the back of his shirt— Ryle turning and—

                                        BLACKOUT.

      **FROM THE DARKNESS...** INHALE, EXHALE, INHALE...

                    RYLE (V.O.)
                (sweetly)
          *Shhh... be still.*

74    **INT. RYLE'S LOFT, MASTER BEDROOM - DAY**                 74

      Eyes fluttering open, the world looking like a dizzied
      dream... Lily finds herself back in the bedroom, lying on
      the bed... Ryle's gentle and steady hands soothing her.

                    RYLE
          I'm right here, you're okay.

      Barely able to move. The lights so bright. Lily reaches
      up with a shaking hand...

White Draft (04/05/23)                    85.

to find a GASH on the top of her head, matted in her
hair. With a bloody rag, Ryle presses the fabric to the
wound. He applies glue to the wound - basically operating
on her in his bedroom.

                         RYLE (CONT'D)
                Try to be still...

                         LILY
                ... What happened?

Removing any excess glue, Ryle calmly puts supplies back
into an open FIRST AID KIT and bandages the cut. Plainly-

                         RYLE
                You fell down the stairs. About five
                minutes ago. Right after I found *this.*

Ryle places something on the pillow next to Lily. The
crumpled up piece of paper that holds **Atlas' number.**

                         RYLE (CONT'D)
                How did you get it? And why are you
                hiding it?

Shaking her head, Lily tries to explain.

                         LILY
                He... he came to the store... he was only
                there for five minutes, you can ask
                Allysa... and he gave that to me...

Ryle breathes out a shaky breath.

                         LILY (CONT'D)
                ... I've never used it, I forgot it was
                even there.

Nodding with relief, deeply afraid to lose the one thing
he loves most, Ryle looks at Lily in a way that actually
makes us pity him.

                         RYLE
                ... Tell me it's nothing. Swear on our
                marriage.

                         LILY
                ... It's nothing. *I swear.*

CLOSE ON LILY AS... **MUSIC RISES... "HORIZON"** by Aldous
Harding. UNDERSCORING AS... Lily allows Ryle to comfort
her... kissing him back... as she weeps...

CONFIDENTIAL

White Draft (04/05/23)                    86.

75        **INT. RYLE'S LOFT - MORNING**                    75

Lily stands alone in the bathroom, dabbing ointment on
the gash matted in her hair.

She parts her hair, sweeping a handful of strands over
the wound, covering it completely – masking the truth.

She stares at her reflection. Exhausted and gaunt. She
covers the wound with a little beanie and–

76        **EXT. WATERFRONT - SUNSET**                      76

Lily walks, headphones in her ears. Jacket on. It's
raining. Slowly, she begins to jog. As she jogs the
seasons change. The anger and pain of what happened
building inside her. She begins to run. Faster. Faster.
She pushes herself until she can't. She stops, breathing
hard. Wanting to scream.

77        **INT. RYLE'S LOFT, MASTER BEDROOM - NIGHT**      77

–She crawls into bed. Rolling over, Ryle wraps his arms
around her. Lily is left wide awake, staring at the
ceiling. Convincing herself this is where she belongs.

78        **INT/EXT. LILY BLOOMS STORE - MORNING**          78

–Reenters her store, turning on the NEON SIGN – **"LILY
BLOOMS"** – and flipping over the **"OPEN"** sign. And. The
**MUSIC FADES.** To **SILENCE.**

After a quiet beat, Allysa comes barreling inside holding
two coffees and a newspaper tucked under her arm – a
sleeping **BABY RYLEE** strapped to her torso. Gushing–

                         ALLYSA
              *Lily!*

Allysa walks toward Lily, shoves one of the coffees in
her hand, then pulls the newspaper from under her arm.

                      ALLYSA (CONT'D)
                 Did you see the paper?! We're in the top
                 ten, can you believe it? You freakin' did
                 it, you twisted-genius!

Clocking the headline– **"BEST NEW BUSINESSES IN BOSTON"**–

                         LILY
                 Oh, wow...

White Draft (04/05/23)                    87.

Proudly, Lily glances through the article, spotting the
restaurant **"ROOT"** listed as well. Her heart in her
throat, she cannot bring herself to keep reading. Instead–

79       **INT. RYLE'S LOFT, KITCHEN – NIGHT**                    79

–She takes to making a very special celebratory dinner–
As she bobs around the kitchen– Swaying her hips to some
**MUSIC**– An apron draped over a LITTLE BLACK TEDDY.

Hearing the front door unlock– Lily excitedly throws off
her apron– grabs two glasses of wine and– Meets Ryle as
he enters from the swinging doors– his clothes and hair a
little wet, holding a few copies of the same NEWSPAPER.

                         LILY
                Welcome home.

Ryle sets the stack of newspapers on the counter. Lily
handing him a glass of wine. Thinking he's just tired–

                    LILY (CONT'D)
              You see the article? Pretty cool, huh?

Ryle nods. Taking a sip of wine.

                    LILY (CONT'D)
              Anyway. I thought we could celebrate.

Pulling the wine from his lips, Ryle's gaze falls to the
**TATTOO** on Lily's collar bone. The **HOLLOW HEART**. Plainly–

                         RYLE
                Remind me what that means again?

She touches the HOLLOW HEART TATTOO. Then–

                         LILY
                Uh... I told you.

Locking eyes with her, Ryle takes another sip.

                         RYLE
                It really doesn't mean anything?

Ryle is acting weird. Lily hesitates to answer. Finally,
she simply shakes her head.

Ryle takes two steps toward her, backing Lily into the
counter. His hands grabbing her waist, he kisses her,
hard– Lifting her up and setting her down on the
countertop, standing between her knees.

White Draft (04/05/23)                              88.

Breathing heavily, Ryle's warm lips slides across hers as
he takes a FISTFUL OF HER HAIR... and tugs gently so that
she's looking at him. In a haunting whisper-

                         RYLE (CONT'D)
               You read it yet?

Looking disturbed, Lily doesn't answer- Ryle tugging
harder at her hair- Then- He oddly releases his grip-
Backing away. The two stare at each other. Until. He
grabs one of the NEWSPAPERS- Handing it to her-

                         RYLE (CONT'D)
               *Read it. Out loud.*

Afraid, Lily takes the PAPER and...

                         LILY
               What's this about?

Lily feels greatly exposed, vulnerable, sitting on the
counter in a little teddy- Ryle repeating himself-

                         RYLE
               *Read it.*

Lily stares at him. And then, does as she is told.

                         LILY
               "The votes are in-"


He flips the paper over where it starts in the middle of
the article, and he points to a sentence-

                         RYLE
               The last paragraph.

Lily pauses. Not trusting where this is going. But afraid
to make any sudden movements. Voice shaking-

                         LILY
               "The business with the highest number of
               votes should come as no surprise. The
               iconic *'Root'* on Marketson..."

Locking eyes with Ryle, Lily is growing increasingly
nervous. But Ryle only nods at her to continue.

                         LILY (CONT'D)
               "When interviewed, the owner... Atlas
               Corrigan... finally revealed the true
               history of the meaning behind the name of
               his business.
                         (MORE)

White Draft (04/05/23)                                          89.

> LILY (CONT'D)
> 'When I was a kid,' Chef Corrigan stated.
> 'I carved a small hollow heart from an
> oak tree... for a girl.'"

Lily locks eyes with Ryle again, pleading-

> LILY (CONT'D)
> I don't want to read anymore.

> RYLE
> Keep. Reading.

> LILY
> "'It was meant to represent something she
> said to me once... about how strong trees
> are, how deep their roots can go. So,
> when it came time to come up with a name
> for my restaurant, this one just made
> sense, because this girl made such a huge
> impact on my life'... he said."

Her voice cracking, Lily falls SILENT- Ryle taking the
paper and picking up where she left off- Growing angry-

> RYLE
> "When asked if the girl was aware he
> named a restaurant after her, Corrigan
> smiled knowingly and said, 'Next
> question.'"

The two lock eyes. When. Suddenly. Ryle violently starts
hitting the NEWSPAPER against the counter – WHACK! WHACK!
- Lily quickly landing on her feet and hurrying into the-

80      **INT. RYLE'S LOFT, LIVING ROOM – NIGHT**               80

-Living room, Ryle chasing after her- Grabbing her and
spinning her around- And- Throwing her on the couch.

> LILY
> Stop! You don't understand!

But Ryle is no longer Ryle- Lily pushing away from him as-

> RYLE
> He's everywhere- That fucking tattoo used
> to be my favorite goddamn part of you!

His hands grip her ankles and he yanks her down until
she's beneath him- His hands pinning her wrists-

> LILY
> Please- Let me go.

CONFIDENTIAL

White Draft (04/05/23)                    90.

Suddenly– The voice of her mother is in her head–
Mirroring the inflection of what she just said.

> JENNY (V.O.)
> Please be quiet– You'll wake up Lily.

**EXTREME CLOSE UP ON LILY AS SHE SUFFERS A FLASH OF
RECOVERED MEMORY– A SHOCKINGLY PARALLEL–**

81    **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) – NIGHT**    81

CLOSE ON YOUNG LILY– As she peeks around the corner– To
find her father, **ANDREW BLOOM**, on the couch with Jenny–

One hand around her throat– The other pulling up her
dress– Jenny crying, trying to fight him off.

82    **INT. RYLE'S LOFT, LIVING ROOM (BACK TO SCENE) – NIGHT**    82

Startled by the memory, Lily starts to grow more and more
desperate to get Ryle off of her– But it's no use–

LILY'S LIFE FLASHING BEFORE HER EYES. RED FLAGS SHE
SHOULD HAVE SEEN ALL ALONG. THE UNSPOKEN TRUTH OF WHAT
REALLY HAPPENED WHEN RYLE BURNED HIS HAND – WHAT SHE MADE
HERSELF FORGET, AND WE UNDERSTAND **THAT DEEP DOWN SHE'S
KNOWN ALL ALONG:**

**FLASH OF MEMORY:** LILY LAUGHING. RYLE REACHES FOR THE
CASSEROLE DISH– LILY TRYING TO WARN HIM, WHEN– RYLE BURNS
HIS HAND AND–

> RYLE (O.S.)
> *Goddammit, Lily. It's not funny, this
> hand is my fucking career.*

LILY LAUGHS AND IN HIS ANGER– TURNS AND– BACKHANDS LILY
AGAINST HER LEFT TEMPLE–

**FLASH OF MEMORY:** RYLE CIRCLES THE STAIRWELL– LILY
GRABBING FOR HIS SHIRT, WHEN– RYLE PUSHES HER– AND– SHE
FALLS.

FLASH, FLASH, FLASH– The truth of her mother– Mixed with
her own stark reality–

BACK TO:

White Draft (04/05/23)                    91.

83    **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) – NIGHT**    83

Lily comes down the stairs and see's her father chocking
her mother.

> YOUNG LILY
> Mom? Dad? What's happening?

> JENNY
> It's okay baby, go back to bed. I'm okay.

84    **BACK TO SCENE–** Everything– All the shit– Building up    84
inside Lily– Until it boils over and– Just as Ryle sinks
his teeth into Lily's skin, right where the **HEART TATTOO**
is placed– She lurches at him, SCREAMING with all her
might. She screams for her mother who couldn't and all
the women who have suffered and been silenced like this.
As pure adrenaline and pain forces Ryle off of her and–

WE TRACK WITH LILY AS SHE RUNS TOWARD THE FRONT DOOR–
RYLE FADING OVER HER SHOULDER– COMING TO HIS SENSES–

> RYLE
> Oh-god! Oh my god– *Lily?!*

Grabbing her purse and a jacket hanging by the door– Lily–

85    **EXT. RYLE'S BUILDING, ENTRANCE – NIGHT**    85

–Explodes from the building barefoot, jacket draped over
her teddy– Searching her purse as she runs– Lifting her
CAR KEYS– Ryle exiting the building– Running after her–

> RYLE
> Lily?!

But Lily doesn't stop– She doesn't slow down– As she
UNLOCKS her car– Hops inside and– SLAMS the door– Starts
the engine and– Just as Ryle presses himself against the
glass of the window– Lily peels away– Ryle looking
utterly distraught as his image fades from the REARVIEW.

86    **INT. ROOTS RESTAURANT, KITCHEN**    86

CLOSE ON FLAMES AS THEY EXPLODE UP FROM A SAUTÉ PAN. We
reveal Atlas cooking up something amazing in the kitchen.
As he cooks, he feels something to his right. We follow
his gaze as he sees–

LILY. Standing at the entrance to the kitchen. Her coat
covering her bare legs. Hair wet. Mascara stained eyes.
She looks at him.

White Draft (04/05/23)                          92.

Off Atlas. His heart breaking. Knowing what this means.

87        **INT. ROXBURY GENERAL HOSPITAL - NIGHT**                    87

We find Lily sitting on a examining table, wearing a
hospital gown. REVERSE TO REVEAL- **Atlas**, standing on the
other side of the room as a DOCTOR BROWN - female, 50s -
cleans up the blood from the BITE MARK left on her collar
bone. Atlas doesn't take his eyes off Lily.

And, for the first time, Atlas finally sees the **HOLLOW
HEART TATTOO**. It sends chills up his spine. Seeing their
emblem of strength punctured and bleeding.

                    DOCTOR BROWN
          We have a certain examination for these
          situations. It's called a SANE exam. It's
          optional, of course, but-

                    LILY
          Oh, I, I wasn't... He didn't...

Lily almost says the word **"rape,"** but can't get it out.
Searching her eyes- Dr. Brown asks-

                    DOCTOR BROWN
          Did he try?

Lily's eyes drift to Atlas. Seeing the pain in his
expression, she shakes her head. Softly-

                    LILY
          I don't want the exam, thank you.

Nodding grimly, Dr. Brown flashes a light into both of
her eyes. Glancing at Lily's paperwork-

                    DOCTOR BROWN
          I'd like to rule out a concussion, but
          given your situation, I don't want to
          administer a CT. I'd like to keep you for
          observation instead.

                    LILY
          Why don't you want to administer a CT?

                    DOCTOR BROWN
          We don't like to perform X-rays on
          pregnant women unless it's vital. We'll
          monitor you for complications and if
          there are no further concerns, you'll be
          free to go.

White Draft (04/05/23)                                        93.

CLOSE ON LILY. The wind knocked out of her. CLOSE ON
ATLAS. Also rendered speechless. Clocking this-

>                    DOCTOR BROWN (CONT'D)
>         I apologize, did you not know?

Silent, Lily sits stunned.

88      **INT/EXT. ATLAS' TRUCK (MOVING) - NIGHT**                88

Atlas drives through the night, Lily curled up in the
passenger seat - staring out the window, too exhausted to
cry. Too in shock to speak. *Feeling submerged.*

89      **INT. ATLAS' HOUSE (VARIOUS) - NIGHT**                   89

Entering first, Atlas flips on a few lights. Everything
is made of rich woods and stainless steel. His Kitchen is
painted a calming bluish green, like the ocean.

>                         ATLAS
>         You hungry?

Lily shakes her head. Afraid to speak. Or else weep.

>                    ATLAS (CONT'D)
>         I'll show you to your room....

90      **INT. ATLAS' HOUSE, GUEST ROOM - NIGHT**                 90

Opening the door to the guest room, Atlas lingers in the
doorway as Lily enters. Points to the private bathroom-

>                         ATLAS
>         There's a shower in there if you need it.
>         And- uh... here...

He grabs a pair of old sweats and a t-shirt from the
dresser. **The irony is not lost on either of them. The
cosmic *role reversal* they never saw coming.** Finally-
Tears welling-

>                         LILY
>         ... Thank you.

Nodding, Atlas simply nods and closes the door.

White Draft (04/05/23)                94.

91    **INT. ATLAS' HOUSE, GUEST ROOM BATHROOM – NIGHT**        91

Weeping inside the shower, Lily sits with her legs curled
into her chest as the water falls down like rain. Crying
so hard, she barely makes a sound.

92    **INT. ATLAS' HOUSE, GUEST ROOM – MORNING**        92

The sunlight gently kissing Lily awake, she lifts up in
bed, hearing a WARM BUSTLING from across the house.

93    **INT. ATLAS' HOUSE, KITCHEN – MORNING**        93

Timidly peering into the kitchen, Lily finds **Atlas**...
making an impressive breakfast. His energy is calm. His
presence steady.

> ATLAS
> Morning. Hope you're hungry.

> LILY
> I am.

He slides her a glass of OJ. Lily watches as Atlas puts
the finishing touches on some gorgeous crepes, eggs, and
sausage-

> ATLAS
> Coffee?

> LILY
> Yes, please, thank you.

Lily watches as Atlas lays a perfect breakfast before
her. It's almost too pretty to eat.

> ATLAS
> So I-uh... have to go in to work today.

Standing, Atlas grabs his jacket.

> ATLAS (CONT'D)
> I'll be back as soon as I can. And I'll
> bring you something really good to eat,
> okay? Until then, raid the fridge, take
> whatever you need- Make yourself at home.

> LILY
> Are you sure?

> ATLAS
> So sure. Stay as long as you need.

24-CV-10049_0002569

White Draft (04/05/23)                    95.

He opens a drawer and pulls out a pen and paper and
writes something on it before he leaves.

                    ATLAS (CONT'D)
          See you soon.

The door shuts quietly. Lily stands up and walks to the
counter to read what he wrote. Three simple words that
have so long bound them together: *Strong and sturdy.*

94     **INT. ATLAS' HOUSE, LIVING ROOM – DAY TO NIGHT**            94

We transition from Day to Night as Lily sleeps, looks out
the window, and just sits... in silence. Trying to figure
out how this has become her life. Lily finally looks at
her phone. Skipping through the MISSED CALLS and
countless texts from Ryle- she lands on a text from
Allysa, it's a photo of her and Rylee.

                    ALLYSA **(TEXT)**
          *Came by the shop with Rylee, but it's
          closed. You okay? Can't get a hold of you
          guys!*

Lily tosses her phone to the far end of the couch- Doing
everything in her power not to just lose it again.

Needing a distraction she finally opens the DVR
recordings and see's **multiple seasons of ELLEN have been
recorded.** So damn sweet. She turns one on.

Lily watches Ellen, finally smiling.

                    ATLAS (O.S.)
          Hey.

She looks up to find Atlas with TAKEOUT BAGS from his own
restaurant.

                    LILY
          Oh, hey- Didn't hear you come in.

Setting the food on the coffee table, Atlas sits beside
her.

                    ATLAS
                  (Re the TV)
          Happy you found them.

Lily smiles. He knows her so well. He starts unpacking a
ton of food.

White Draft (04/05/23)                96.

                    ATLAS (CONT'D)
            I wasn't sure what to bring you, so... I
            just went with a few fan favorites.

Lily nods gratefully.

                                    CUT TO:

A95     LATER– They are both laughing. Food eaten. His feet are    A95
        on the table. Lily leans over and puts her head on his
        shoulder. It's innocent, like old times. His thumb
        brushes the outside of her shoulder.

                    LILY
                (whispers)
            Atlas... I'm sorry I got so mad at you
            that night at the restaurant. You were
            right. I always knew you were right, deep
            down, I just... didn't want to admit it.
                (a beat)
            You can say "I told you so" now.

                    ATLAS
            This isn't something I wanted to be right
            about...

He squeezes her shoulder and kisses her forehead. She
closes her eyes, soaking up the familiarity. Shit. It's
all too much for her. She covers her face with her hands-
gently pulling away from him.

                    LILY
            There's no Cassie is there?

Caught, Atlas submits.

                    ATLAS
            No. There isn't.

After a very stunned SILENCE–

                    LILY
            You... lied to me? Why would you lie to
            me?

                    ATLAS
            You were with someone.

                    LILY
            We had just started dating...

She falls SILENT. With grace and calm–

White Draft (04/05/23)                    97.

                         ATLAS
          I said what I needed to say. Because I
          didn't know how serious you were, and you
          looked really happy that night. And
          that's all I've ever wanted for you.

With a sigh, Atlas stares at the **HEART** on her collar
bone, *the bite mark there* – deeply regretting his lie.

Lily can feel the tears forming. She turns to leave but
he grabs her hand – gently.

                         ATLAS (CONT'D)
          Wait. Talk to me. Please.

She can't help it.

                         LILY
          Why did you never come back for me?

He wasn't expecting this.

                         ATLAS
          I did.

Lily is stunned.

                         ATLAS (CONT'D)
          When I got out of the marines the first
          time, I went back to Maine hoping to find
          you. I asked around and found out which
          college you went to. I walked around your
          campus the whole day looking for you.
          Finally, I saw you. You were sitting in a
          courtyard with a group of friends. You
          were laughing... you looked so happy. I
          had never felt that kind of happiness for
          another person. Just knowing you were
          okay...

                         ATLAS (CONT'D)
          I began walking towards you when a guy
          came up behind you. When you saw him, you
          smiled and kissed him. So I left.

She closes her eyes. She can't believe this.

                         LILY
          That was just a boy I dated for a few
          months...

White Draft (04/05/23)                          98.

                         ATLAS
              All I knew was that you were happy. But
              also, at that point in my life I still
              wasn't good enough for you. I had nothing
              to my name... nothing to offer but love,
              and you deserve so much more than that.

On Lily, grieving the life that could have been.

                         LILY
              More than love? Why do you have to be so
              fucking considerate?

They both smile. He shrugs.

                         ATLAS
              So... what happens next?

Wiping the tears from her face, Lily takes a moment

                         LILY
              ... I have a lot to work through. It
              wouldn't be fair to you, to us, to drag
              you through all my shit, I care about you
              too much. I just wish our paths had
              crossed a little sooner.

Atlas nods, knowing she's right.

The **MUSIC BOX** *("Lily and Atlas' Theme)* playing faintly in
the background, one last time. The MUSIC UNDERSCORING as—


95    **EXT. ATLAS' TRUCK / BOSTON STREET – MORNING**          95

The next morning, Atlas pulls up in front of Lily's car,
left by the restaraunt. The two lingering inside his
truck, neither of them wanting to say goodbye. They exit
as –

                         ATLAS
              Lily, I know this is the last thing you
              need to hear right now, but I have to say
              it because I've walked away from you too
              many times without saying what I really
              want to say.
                    (Then)
              ... the night I first broke into that old
              house... I didn't go in there because I
              needed a place to stay...

Off Lily– confused.

White Draft (04/05/23)                    99.

                    ATLAS (CONT'D)
        ... I went in there to kill myself.

Having never heard this before, Lily sucks in a breath.

                    ATLAS (CONT'D)
            I remember I was sitting on the living
            room floor... and then your bedroom light
            turned on.

CLOSE ON ATLAS. Remembering it like it was yesterday.

                    ATLAS (CONT'D)
            I could see you, just barely through the
            curtains of your window... They sorta
            filtered you in a way that made you look
            like an angel. And. I decided not to do
            it. The very next day, you knocked on the
            door. And left me some food.
                    (pointedly)
            You saved my life...

The two stare at one another, wanting to reach out, to
hold each other... But they know they cannot. Should not.
Must not.

                    ATLAS (CONT'D)
            I love you, Lily. *I never stopped...*
            And in the future... If by some miracle
            you ever find yourself in the position to
            love again. Fall in love with me.

Lily simply nods...

With one last look goodbye, Lily climbs out of his truck
and watching as Atlas drives away and out of sight. The
**MUSIC BOX** playing... all the way to the final note.

                                        SMASH TO:


96      **INT. LILY BLOOMS STORE - DAY**                    96

        The shop closed, we find Lily and Allysa sitting at the
        back of the store- Lily having just told her everything-

                    ALLYSA
            Oh, Lily.

Allysa falls quiet for a moment. Shaken to her core. Then-

                    ALLYSA (CONT'D)
            I know Ryle's been through a lot, but...
            I didn't know he was capable of this.

White Draft (04/05/23)                          100.

She's trying to make sense of it-

                    ALLYSA (CONT'D)
          Has he... ever told you about Emerson?

Surprised, Lily shakes her head. Allysa's voice quaking
with grief as she continues-

                    ALLYSA (CONT'D)
          I'm not trying to make any excuses...
          what he's done is inexcusable, I just...
          I think you deserve to know...
               (OFF LILY)
          I've watched him, my entire life, I've
          seen how afraid he's been to open his
          heart to anyone, ever since we were kids.
          He's been dying inside, Lily. Little by
          little. Until he met you.

                    LILY
               (softly)
          ... What happened? What happened to
          Emerson?

A beat-

                    ALLYSA
          Our dad... he used to have a gun. And.
          One day. Ryle and Emerson were... they
          playing in the house... pretending to be
          cowboys. And. They found it.

CLOSE ON LILY. Struck with horror. When-

                    ALLYSA (CONT'D)
          Ryle was only six years old and... he
          didn't even know he was holding a real
          gun... he thought it was just pretend...
          until it was too late.

Allysa breaks down. Haunted by what she is about to utter-

                    ALLYSA (CONT'D)
          Ryle shot him. Emerson. His best friend.
          His big brother. And... he's never been
          the same since.

With great compassion, Lily grabs Allysa's hands as she
continues to weep. Barely able to speak-

                    ALLYSA (CONT'D)
          My brother loves you... he loves you so
          much...
                    (MORE)

CONFIDENTIAL

White Draft (04/05/23)                                    101.

                    ALLYSA (CONT'D)
         You have changed his entire life, you've
         made him someone I never thought he could
         be.
                    (OFF LILY)
         As his sister, I wish more than anything
         that you could find a way to forgive him.
         But as your best friend... I have to tell
         you that if you take him back... I will
         never speak to you again.

                    LILY
         You're the best friend I've ever had.

                    ALLYSA
         I'll be an even better auntie.

    It takes a moment for her words to register, but when
    they do, Lily starts sobbing. These two women wrapping
    their arms around each other and weeping uncontrollably
    over the mutual unending love and unspeakable anger they
    both have for Ryle in this moment.


97    **EXT. BOSTON LUXURY BUILDING, ROOFTOP - DUSK**          97

    Escaping onto the rooftop, Lily finds Ryle, across the
    way, his back to her, staring out at the sunset.

                    LILY
         ... I told your sister what happened.

    Ryle seems surprised to hear Lily's voice. But he doesn't
    turn around. Approaching him carefully, Lily stands
    beside him, watching the sky turn to pink, purple, gold.

                    LILY (CONT'D)
         And then... she told me about Emerson.

    SILENCE. Ryle letting out a soft exhale. Exposed.
    Vulnerable. Nowhere to hide. Finally, he turns to Lily-
    Softly- Simply-

                    RYLE
         Most days I'm fine. But... every now and
         again... I just... I don't know... I get
         so angry that I... black out.
                    (voice quivering)
         I don't remember hitting you after I
         burned my hand. I don't remember pushing
         you down the stairs. But... I know that I
         did. I know it was me.

    SILENCE. Lily gathering her strength. Readying to distill
    her own Naked Truth. Finally- With grace and dignity-

White Draft (04/05/23)                                102.

                         LILY
          ... I'm sorry your childhood has affected
          you the way it has... and I'm sorry you
          can't handle that I had a childhood
          boyfriend who still exists... but nothing
          you've gone through and nothing I do
          gives you the right to lay one fucking
          finger on me...

Accepting every word, Ryle takes a heavy seat on one of
the loungers, still looking out at the horizon. Finally-

                         RYLE
          You're right.
                 (a heavy beat)
          I'm sorry... I'm so sorry.

SILENCE. A complicated silence. Then. Lily takes a heavy
seat next to him. After a beat- Quietly-

                         LILY
          I'm pregnant.

Bewildered by this news, Ryle lifts up to sitting. Then-

                         RYLE
          Lily...

Reaching out, he gently pulls Lily close. The pain of his
touch rippling through her. But she doesn't push him
away. She still loves him, after all, despite everything.

                         RYLE (CONT'D)
          Please...

He presses his lips desperately to hers. When she doesn't
push him away, his mouth comes back a second time. When
their lips meet a third time, they don't leave.

                         RYLE (CONT'D)
          One more try, that's all I'm asking for.

Looking tired, and in need of his touch, Lily gives in.
Knowing it's so wrong and so good and so painful.

                         RYLE (CONT'D)
          I love you.

Passionately, his hand gently wraps in her hair and in an
instant, she's transferred back to that night.

**FLASHES OF MEMORY:** Lily in the kitchen, his hand tugging
at her hair. Ryle pins Lily's wrists against the couch.
Ryle bites her HEART TATTOO...

CONFIDENTIAL

White Draft (04/05/23)                    103.

BACK TO SCENE- ON THE ROOF- Lily becomes unresponsive.
Ryle feeling her freeze, he pulls back. And she doesn't
even have to say anything. Her eyes tell him that she can
no longer stand being touched by him.

WE HOLD HERE IN THIS MOMENT. As the sun sets in the sky.
The light fading on their love. In the very place it
first began. Right there. On a roof in Boston...

                    LILY
          Can you promise me something? Until this
          baby comes, and I decide whats best for
          us... please don't try to talk me into
          forgiving you. And please don't try to
          kiss me again. It's... very confusing.

She pulls from his chest and looks at him. Softly-

                    RYLE
          Promise.

MUSIC RISES. **"REVERIE"** by Isaac Gracie. The song from our
opening. And for the first time. We finally hear the
beautiful lyrics wash over us as- **LILY'S NINE MONTHS OF
PREGNANCY PROGRESSES:**


98        **INT. BOSTON GRACE HOSPITAL, ULTRASOUND ROOM - DAY**        98

20 weeks. Lily gets an ultrasound, The OBGYN standing by.
They both look at the monitor.

                    OBGYN
          ... do you want to know?

                    LILY
          You can tell already?

                    OBGYN
          We can.

Not sure. She thinks of Ryle. In some way, wishing he was
here. Gathering her strength

                    LILY
          Ok.

                    OBGYN
          See that? That's her little head.

White Draft (04/05/23)                    104.

                           LILY
              Her?

As we push in on Lily... her whole world changing.


99      **INT. LILY'S BOSTON TWO BEDROOM, NURSERY – DAY**        99

        Now 7 months pregnant – Lily transforms the second
        bedroom into a nursery. She paints a GARDEN MURAL on the
        wall.


100     **INT. RYLE'S LOFT – DAY**                              100

        Meanwhile, Ryle suffers the emptiness of his loft. All
        her things moved out. Filled with deep regret. He tries
        to call her, but she doesn't answer.


101     **INT. LILY'S BOSTON TWO BEDROOM, KITCHEN – NIGHT**      101

        We find Lily in the kitchen alone, drinking tea, her eyes
        on all the baby stuff she has to put together. She feels
        a little kick, and while it's so sweet, it's clear she
        has no one to share it with. OFF LILY. Suffering a wave
        of complicated emotion. She grabs her phone and...

        **PRE-LAP:** DING-DONG!


102     **INT. LILY'S BOSTON TWO BEDROOM, FOYER – MORNING**      102

        Approaching the door, Lily takes in a deep breath and–
        Opens it– REVEALING Ryle holding flowers. *And dammit.* He
        looks great.

                           RYLE
              Sorry, I... didn't want to show up empty
              handed.

        He offers the flowers, Lily accepting them.

                           LILY
              The nursery's right back there.

        Entering, Ryle looks nervous. They both do. Like
        teenagers on their very first date. Stomachs in knots.

                           LILY (CONT'D)
              Something to drink?

White Draft (04/05/23)                              105.

                              RYLE
                    Water, thank you.

103    **INT. LILY'S BOSTON TWO BEDROOM, KITCHEN - MORNING**      103

       Escaping into the kitchen, pressing her back against the
       wall, panting against every imaginable emotion. Wanting
       to run to him, to feel his embrace. *It would be so easy.*

       Pressing a fist against her mouth, she swallows back a
       silent scream, keeping the full weight of her confusing
       grief bottled. Then- From the other side of the apartment-

                              RYLE (O.S.)
                    You still have that toolbox of yours?

       Forcing a "cheery" voice- As if all is well-

                              LILY
                    Yeah. Be right there.

104    **INT. LILY'S BOSTON TWO BEDROOM, NURSERY - MORNING**      104

       The crib nearly assembled, we find Ryle on the ground,
       tightening the screws with care. Lily watching him from a
       rocking chair. Searching for "chit-chat"-

                              RYLE
                    Allysa told me about the mural.

       Lily looks to the GARDEN MURAL they painted on the wall-
       Complete with almost every single fruit and vegetable
       that can grow in a home garden.

                              RYLE (CONT'D)
                    I didn't know you could paint like that.

                              LILY
                    I can't. But it is amazing what you can
                    do with a projector and some--

       Suddenly, Lily's GASPS. Her hands moving to her stomach.

                              LILY (CONT'D)
                    Oh my God! There she goes!

                              RYLE
                    Really? Right now?

                                          24-CV-10049_0002580

White Draft (04/05/23)                    106.

Crawling on all fours, Ryle plants himself at Lily's feet-
Lily immediately grabbing his hands and placing them on
her stomach without even thinking. They're both quiet for
a moment, both waiting for it to happen again.

                    RYLE (CONT'D)
          I don't feel anything.

                    LILY
          She's lazy, give it a minute.

They wait, a couple beats more- When they feel another
kick- Causing them both to chuckle-

                    LILY (CONT'D)
          You see- she's all like- *Meh.*

                    RYLE
          Might not have a soccer player on our
          hands, but- We'll still keep her.

As their smiles fade a bit, both suddenly feeling the
familiar comfort and complication of this moment.
Respectfully, Ryle pulls back his hand. But. He remains
at her feet. As if dutifully surrendering to his Queen.

                    RYLE (CONT'D)
          Naked truth?

CLOSE ON LILY. Nervous by this conversation.

                    LILY
          Okay.

                    RYLE
          ... I don't know what you want from me.
          What role you want me to have. I'm trying
          to give you all the space you need, but
          at the same time I want to help more than
          you can possibly know. I want to be in
          our baby's life. I want to be your
          husband and I want to be good at it. But
          I have no idea what's going through your
          head. Okay. Now you go.

                    LILY
          ... I don't want to keep you from your
          child. But. What kind of mother would I
          be if I didn't have concern for the way
          you lose control? How do I know something
          won't set you off while you're alone with
          this baby?

Agony flooding his eyes- Adamantly-

White Draft (04/05/23)                              107.

                              RYLE
          I would never.

                              LILY
          Just like you *never intentionally* meant
          to hurt me?

With a sigh- Filled with shame- Shaking his head-

                              RYLE
          You are my wife... I'm supposed to be the
          one who protects you from the monsters,
          I'm not supposed to be one...

Ryle falls SILENT. Like a little boy reduced to a shell
of shame. Seeing this... Lily's shoulders soften.

                              LILY
          I don't believe you're a monster. But I
          do think you could become one, if the
          people around you, the ones who love you
          the most, keep looking the other way...
          pretending like you don't need help.

With a sigh, Ryle flops on his back, staring at the
ceiling. Then- Simply- Almost afraid to ask-

                              RYLE
          If I got help... is there still a chance
          that... you'd take me back?

                              LILY
          ... Right now my only priority is having
          this baby.

                              RYLE
          One monumental, life-changing thing at a
          time. Got it.

Ryle makes his way to his feet. Pushing the crib against
the wall and placing the mattress on top. It's finished.

                              RYLE (CONT'D)
          I should get to work.

Lily tries to push herself out of the rocking chair, but
struggles- Ryle reaching for her hand to help her up.

Once she's standing, Ryle doesn't immediately release her
hand. The two only a few inches apart. With a sigh, Lily
presses her forehead against his chest and closes her
eyes. His cheek meets the top of her head and they stand
completely still, neither wanting to move. Then Ryle
releases her hands.

CONFIDENTIAL

White Draft (04/05/23)                                108.

                         RYLE (CONT'D)
          Check on you later?

                         LILY
              'Kay.

And with that, Ryle takes his leave, Lily remaining in
the nursery. Her gaze falling on the GARDEN MURAL. And it
gives her a sense of hope.

105     **INT. LILY BLOOMS STORE - DAY**                    105

Entering her beloved store, Lily is immediately greeted
by ALLYSA, nursing baby Rylee in one hand and drinking a
latte in the other.

                         ALLYSA
              I don't want to scare you but you have
              great boobs and I want you to enjoy them
              while you can because my nipples feel
              like someone spilled hot sauce on them
              and then used them for a punching bag.

                         LILY
              Can't wait.

                         ALLYSA
              Oh! Our order of red roses was damaged in
              shipment, but we've got the Levenberg
              funeral today and they specifically
              wanted red roses for the casket spray-
              What should we do?

Heading toward the office-

                         LILY
              Call the florist on Broadway, they owe me
              a favor.

                         ALLYSA
              Ooooh. So mob boss of you.

-But before Lily enters her office- WATER trickles down
her legs. Confused, she stares down at the trickle of
water on the floor- Allysa still cluelessly firing off
another question.

                         ALYSSA (O.S.)
              Oh and about these invoices. Did you want
              me to pay them today or wait?

OFF LILY- registering what is happening, right as we-

White Draft (04/05/23)                    109.

106    **INT. BOSTON GRACE HOSPITAL, LILY'S ROOM – DAY**        106

-Find Lily in the middle of intense labor- Ryle entering,
wearing his scrubs, having just run from another side of
the hospital, bursting with nerves and excitement- Taking
his place at Lily's side.

IN A SERIES OF QUICK CUTS- In a blur of pain and HEAVY
BREATHING- Lily squeezing Ryle's hand with every push-

                    DOCTOR
          She's crowning- Just a few more pushes!

PUSH and SQUEEZE and SWEAT and SCREAM-

                    RYLE
          There she is... she's here...

Lily opens her eyes, the doctor holding the baby up.

**FROM LILY'S POV-** We can only make out the outline of her,
because Lily's eyes are full of too many tears.

**BACK TO SCENE-** Just as- The BABY GIRL is placed on Lily's
chest, the absolute greatest moment of her life- As Ryle
cuts the umbilical cord...

107    **LATER-** We find the INFANT CHILD on Lily's chest again,    107
but now she's been cleaned and swaddled in a blanket.
Lily and Ryle can do nothing but stare at her.

                    LILY
          Look. She's trying to open her eyes.

                    RYLE
          Hi, Baby. It's us. It's Mommy and Daddy.

The BABY yawns and Lily and Ryle both smile at each
other, having just fallen even more in love with her. In
the QUIET that follows, the last NURSE leaves the room
and they're finally alone.

                    LILY
          Here.

Lily hands the little bundle over, Lily laying her head
on Ryle's shoulder. The two still staring at their child.
Then- In a whisper-

                    RYLE
          Naked truth? She's so much prettier than
          Allysa and Marshall's baby.

The two laugh- Lily elbowing him.

White Draft (04/05/23)                           110.

                          RYLE (CONT'D)
                Kidding, kidding.
                     (a beat)
                What do you want to call her?

                          LILY
                I was thinking we could... name her after
                your brother.

In shock, Ryle tilts his head toward Lily. Holding back
as best he can. Barely audible-

                          RYLE
                *Emerson?*

Nodding- Softly-

                          LILY
                We could call her Emma. Or Emmy.
                     (OFF RYLE)
                What do you think?

                          RYLE
                ... It's perfect.

Touched, he leans down and kisses EMMY on her forehead.
After a beat, Lily pulls away from his shoulder so she
can watch him hold her. It's a beautiful thing. Seeing
Ryle's face. As if he would do anything to protect her.

**Seeing this- Lily finally forms her decision.**

                          LILY
                Ryle?
                     (plainly, kindly)
                I want a divorce.

Her words hitting him like voltage, he winces and looks
back down at the baby, his shoulders hunched forward.

                          RYLE
                ... Please don't do this.

                          LILY
                ... I'm not making this decision for you
                or for me. *I'm doing it for her.*
                     (a beat, simply)
                What would you do? If one of these days,
                this little girl looks up at you and
                says, "My boyfriend hit me." What would
                you say to her?

He pulls Emmy to his chest and buries his face against
the top of her blanket, unable to speak. Gently-

CONFIDENTIAL

White Draft (04/05/23)                          111.

                         LILY (CONT'D)
              What if she came to you and said, "Daddy?
              My husband pushed me down the stairs. But
              he said it was an accident."

Ryle's shoulders begin to shake, and for the first time
since the day they met, he has TEARS. Real tears that
rush down his cheeks as he holds his daughter tightly.

Lily is now crying, too, but she keeps going.

                         LILY (CONT'D)
              What if... she came to you and said, "My
              husband held me down while I begged him
              to stop. But he swears he'll never do it
              again. What should I do?"

Kissing the baby's forehead, Ryle weeps.

                         LILY (CONT'D)
              Tell me. I need to know what you would
              say to our daughter if the person she
              loves, ever hurts her.

A sob breaks from his chest. As he offers the most Naked
Truth he could ever possibly muster...

                         RYLE
              I would beg her... to leave him.

He leans toward Lily and wraps an arm around her. His
mouth moving to Lily's ear as he cradles his wife and
daughter close to his chest.

                         RYLE (CONT'D)
              And I would beg her never to go back.
              *She's worth so much more.*

With that, they both become a mess of broken hearts and
shattered dreams. Holding each other. Holding their
daughter.

Then. Ryle hands the baby back to Lily and wipes his
eyes. He stands up, still trying to catch his breath.

He points toward the hallway, letting Lily know he needs
to go gather himself. He's sadder than we've ever seen
him as he walks toward the door and opens it, pausing,
turning to LOCK EYES WITH LILY... as if to thank her for
doing what he could never do. And then. He's gone.

Left alone in SILENCE, Lily stares upon the bundle in her
arms, her flesh and blood, her baby girl.

CONFIDENTIAL

White Draft (04/05/23)                              112.

> LILY
> It stops here. With you and me.

Leaning in, she kisses Emmy and offers her a very quiet promise... a secret whisper only the walls can hear...

> LILY (CONT'D)
> *It ends with us...*

108    **EXT. MAINE TWO-LANE HIGHWAY - EARLY MORNING**                    108

Swooping along a two-lane highway, we find Lily's car-

109    **INT/EXT. LILY'S CAR (MOVING) - EARLY MORNING**                   109

-As she makes another pilgrimage back to her hometown. BABY EMMY in the back. Sucking on her pacifier.

110    **EXT. LILY'S MAINE HOME, DRIVEWAY - DAY**                         110

Lily drives by her childhood home. She slows to a stop. A SOLD sign in the front lawn. Her eyes fall to... The condemned house now fixed up and beautiful. And next to it the **MIGHTY OAK TREE.** Standing tall, sturdy and strong. And. It gifts Lily the courage to-

111    **EXT. CEMETERY - DAY**                                           111

We find the three generations of Bloom's taking a little walk together. Jenny holding her granddaughter. We don't reveal where they are.

> JENNY
> She looks so much like you.
> > (To Emmy)
> YES YOU DO! You look just like mommy.

> LILY
> She does, doesn't she? There's a little of her dad in there too.

Jenny doesn't quite know what to say.

> LILY (CONT'D)
> It's okay mom. We can talk about it.

We can see Jenny letting her guard down. Finally allowing reality to settle in.

White Draft (04/05/23)                                    113.

                              JENNY
              How is he?

                              LILY
              Honestly, I don't know. He took a
              sabbatical from work and apparently he's
              getting real help. He knows it's over but
              he seems committed. Says he's doing it
              for her.

Silence. Jenny holds Emmy tight. Her armor starting to
crack. Emotion seeping through.

                              JENNY
              Your mamma is such a strong woman. You
              are so lucky.

                              LILY
              Oh mom...

She stops walking.

                              JENNY
              I remember when you were this small. I
              wanted so bad to protect you - to give
              you everything. To be better than my
              mother was. To show you... what it meant
              to be a strong woman.

                              LILY
              But I ...

Jenny passes Emmy back to Lily. She breaks.


                              JENNY
              Your father... he was so gentle when we
              met... he was kind. The first time he hit
              me it felt like my world shattered.
              Fifteen seconds was all it took to
              completely change everything. But then he
              was so sorry, he swore it would never
              happen again. The second time, he was
              even more sorry. The third time... I was
              already losing sight of what was
              "normal."

Shaking her head, at a loss-

                              JENNY (CONT'D)
              And I... somehow I actually convinced
              myself that it was better for you if I
              stayed. But all I was teaching you was
              the wrong definition of what love is...
                              (MORE)

White Draft (04/05/23)                    114.

                    JENNY (CONT'D)
          I thought I was doing the right thing for
          you, for us...

Off LILY. She can't believe what she's hearing.

                    JENNY (CONT'D)
          ...but now look at you. You did what I
          never could. You found the strength
          somewhere deep down that no matter how
          many nights I sat holding you, praying
          for the courage to leave – I couldn't
          find...

Jenny looks at Lily in a way she never has.

                    JENNY (CONT'D)
          I know this is going to sound crazy, but
          that night you called me and told me you
          left him... It's helped me heal, too.

Jenny, finally acting as a mother should, wraps up Lily-
holding her tightly. Barely audible-

                    JENNY (CONT'D)
          Thank you.

OFF LILY. Finally fully forgiving her mother. *For good.*

                                        CUT TO:

112    **EXT. CEMETERY, ANDREW BLOOMS RESTING PLACE – DAY**    112

          Where Lily stands in front of her father's grave for the
          very first time. Baby Emmy strapped to her torso, and
          Jenny standing a bit behind, Lily pulls the **NAPKIN** from
          her HOODIE JACKET... and we get the slightest glimpse
          that... *she's finally finished the list.*

          Her voice shaking. Her lip quivering.

                    LILY
          Goodbye dad.

          With that, Lily bends over and places the **NAPKIN** near the
          headstone. Then. Summoning the kind of strength and
          surrender that is so rare, so powerful, it's cosmic-

          She straightens up. And. Walks away.

          We stay on the napkin, barely able to make out a few of
          the five things. As all three generations walk away.

White Draft (04/05/23)                    115.


**MUSIC RISING**- UNDERSCORING AS WE-

                                                      FADE TO:


113      **EXT. BOYLSTON STREET (FARMERS MARKET) - DAY**        113

         Lily. Five years older. Five years wiser. Walking through
         the farmers market on Boylston Street on a bright, sunny
         day. We pan down to reveal she is holding hands with
         **EMMY**, now 5, looking happy and healthy.

         Rounding the corner, Lily spots Ryle near his car, his
         face lighting up when he sees them approaching. Emmy runs
         up to Ryle.

                             EMMY
                    Daddy, guess what?

                             RYLE
                    Oh-my-goodness- *What?*

         He kneels down face to face with Emmy.

                             EMMY
                    I grew six whole inches- Mommy marked it
                    on her wall!

         Ryle glances up at Lily who whispers-

                             LILY
                    *Millimeters.*

                             RYLE
                    Wow! You are so big!

         Lifting Emmy into his arms-

                             RYLE    (CONT'D)
                       (To Lily)
                    Did you get my email?

                             LILY
                    Yeah, about the playpen recall?

         Ryle pops Emmy into her carseat. Lily throws her
         overnight bag in the trunk.

                             RYLE
                    Didn't we buy one of those for her?

                             LILY
                    Yeah, but it broke like a month ago. I
                    threw it in the dumpster.

White Draft (04/05/23)                    116.

Touching Emmy's chin with his fingers-

                    RYLE
          Did you hear that, Emmy? Your mommy saved
          your life.

Emmy just laughs. Ryle kisses her forehead sweetly. Lily
watching them fondly. Assured that, despite his
brokenness... **Ryle is a good dad.**

                    LILY
          Okay, honey- Give me one last kiss.

Lily leans over, Emmy kisses her on the mouth. To Ryle-

                    LILY (CONT'D)
          Have a good weekend.

                    RYLE
          See ya Monday.

Ryle starts to buckling Emmy in the backseat- Lily heads
back the way she came...

She strolls through the market - taking in all the
beauty.

The sunlight through the trees. A STREET PERFORMER
creating GIANT BUBBLES with two sticks and a rope. The
bustling flower market. A BUSKER playing his guitar.

And from all this glorious poetry in motion... While she
stops to smell some flowers, Lily spots someone in the
crowd. A familiar face.

**Atlas.**

He hasn't seen her yet. But it's as if he can *feel* her
stare. His gaze finding hers within the sea of people.

The two LOCK EYES. As they did for the first time many
years ago.

ON ATLAS. As a remarkable grin spreads wide on his lips.

ON LILY. Smiling back. Looking more free and assured than
we have ever seen her. Eyes void of all fear.

Strong... And sturdy... Ready to dare to love again.

                                        **BLACKOUT.**

24-CV-10049_0002591