Exhibit 135



EXHIBIT

Planet Depos, LLC

**From:** Jill Sacco
**Sent:** Tue 3/14/2023 11:52:03 AM Eastern Daylight Time
**To:** Lizzy Talbot
**Sent on behalf of:** Jill Sacco <
**Subject:** Re: Intimacy Coord
**Attachment:** It.Ends.With.Us-3.3.23-L.Talbot.pdf

Great! I've attached a watermarked script for you to read. I'd love for you to give it a read and then we can set up an interview for you with our director to see if you're a good fit for the position. I'd love to get interviews on the books for late this week or early next week so circle back once you finish the script, and if you're still interested, I'll loop you in with the director's assistant to get something set up.
Thanks,

On Mon, Mar 13, 2023 at 7:10 PM Lizzy Talbot < > wrote:

Hey Jill,

No housing required. I work the                                        . I've attached my resume just in case you need it.

Thanks!
Lizzy

On Mon, Mar 13, 2023 at 7:06 PM Jill Sacco < > wrote:

Great. Do you work as a local in NJ or would you require housing?
And what is your typical rate? We're budgeted for it to be a non-union position but let me know how you typically do it.

I'm hoping to line up some interviews for candidates with our director in the next week or so.

Thanks,

On Mon, Mar 13, 2023 at 7:02 PM Lizzy Talbot < > wrote:

Hi Jill!
Just got your message! I'm available in that time frame. I live in CT but work in NJ quite a lot. No travel days required!

The No Hard Feelings producers are great! Glad you know them!

Thanks!
Lizzy
--
**Elizabeth Talbot**
**Intimacy Coordinator** |
**UK**          **| USA**
**Pronouns: she/they**

In the Press

--
**Jill Sacco**
**Production Supervisor**
*"It Ends With Us"*
**Wayfarer Studios**
**Cell:**

http://www.imdb.com/name/nm4539343/
http://staffmeup.com/profile/jillsacco

--
**Elizabeth Talbot**
**Intimacy Coordinator** |

UK [REDACTED] | USA [REDACTED]
**Pronouns: she/they**



In the Press

--
**Jill Sacco**
**Production Supervisor**
*"It Ends With Us"*
**Wayfarer Studios**
**Cell:** [REDACTED]

http://www.imdb.com/name/nm4539343/
http://staffmeup.com/profile/jillsacco

CONFIDENTIAL

**IT ENDS WITH US**

Screenplay

by

Christy Hall

Based on the book
"*It Ends With Us*"
by Colleen Hoover

Revisions by Justin Baldoni

**DRAFT 3.3.23**

Wayfarer Studios

CONFIDENTIAL

*"For my father, who tried his very best not to be his worst.*

*And for my mother, who made sure we never saw him at his worst."*

Colleen Hoover

**FROM THE DARKNESS...** MUSIC RISES... **"REVERIE"** by Isaac Gracie, instrumental only. Beckoning us to-

1     **EXT. MAINE TWO-LANE HIGHWAY - MORNING** (FALL)     1

Swoop along a two-lane highway, TRACKING a SMALL VEHICLE weaving through dense forest on all sides - the foliage set ablaze by the spellbinding glory of early fall. The MUSIC continuing, as we steal into the car-

2     **INT/EXT. LILY'S CAR (MOVING) - MORNING**     2

-Face-to-face with LILY BLOOM, 29. Her tousled hair, minimal makeup, blue jeans, and white v-neck t-shirt, all frame Lily with an effortless sort of natural beauty.

A LARGE BLUE SIGN. A PASSING GREETING AT THE STATE LINE, READING:

>                    WELCOME TO MAINE
>                 The Way Life Should Be

Her bottom lip betraying her with a quiver.

3     **EXT. LILY'S MAINE HOME, DRIVEWAY - DAY**     3

Pulling into the driveway, Lily stares upon her childhood home with great trepidation. The engine still running. She grips the wheel, looking as if she might just throw this thing in reverse and get the hell out of there. When-

PRE-LAP: DING-DONG!

4     **EXT. LILY'S MAINE HOME, FRONT DOOR - DAY**     4

Lily stands at the door as it swings open REVEALING- JENNY BLOOM, 50s, looking quite respectable in a fitted, expensive day dress - her face tear-stained. Her hair, makeup, and nails perfectly fresh and manicured. Her energy demands the emotional taxation of an obsessive woodpecker.

>                    JENNY
>          Oh, honey.

Grief overtaking her, Jenny pulls Lily in for a very overwhelming embrace. Barely able to speak through tears-

Draft 3.3.23                                                    2.

                         JENNY (CONT'D)
               I'm so sorry- You didn't get to- Say
               goodbye. He held on as long as he could.

     With conflicted compassion, Lily soothes Jenny like a
     parent to a child. Classic role reversal.

                         LILY
               Shhhh... it's okay...

                         JENNY
               At least you know how much he loved you.
               That's what counts.

     Then- Jenny pulls away, wiping her nose with a tissue-

                         JENNY (CONT'D)
               Ugh- We should pull ourselves together
               here- The funeral director's coming by-
               He's gonna help us with the planning. We
               need to pick the flowers and all that.

     CLOCKING Lily's blue jeans and t-shirt-

                         JENNY (CONT'D)
               Maybe you could throw on something a
               little more... thoughtful?

5    **INT/EXT. LILY'S CHILDHOOD BEDROOM - DAY**                    5

     CREEEAK, the door swings open- REVEALING Lily's childhood
     bedroom. A time capsule reflective of her entire life
     until only about seven years ago.                              *

     Entering, Lily takes a look around. Her soft gaze landing
     on... a MUSIC BOX resting on the BEDSIDE TABLE, when-

                         JENNY
               Here we go, it might be a little-

     Suddenly- Her mother enters the room, holding up a smart
     DAY DRESS WITH POCKETS against Lily's small frame.

                         Jenny (CONT'D)
               -Loose around the waist, but- Maybe we
               can put a belt around it.

     Whipping off her t-shirt, Lily proceeds to change right
     in front of her mother - as women tend to do - Jenny
     helping her step into the dress and get zipped up.

Draft 3.3.23                                                     3.

And- We clock a HOLLOW HEART TATTOO on Lily's collar
bone. Just as she turns, facing a LONG MIRROR, Jenny
struggling against two small buttons. Smiling back tears-

                    JENNY (CONT'D)
          ... How's the eulogy coming along?

SILENCE. An UNSPOKEN TRUTH dangling between them.

                    LiLY
          I'm... having a hard time, knowing what
          to say.

After a beat- Smiling wider- Clinging to her delusions-

                    JENNY
          Honestly, honey, we put too much pressure
          on these things. Just. Share five things
          you loved about your father. Nice and
          simple and from the heart. It's gonna be
          great.

Leaning in, Jenny kisses Lily on the neck and- Retreats-

                    JENNY (CONT'D)
          All of it, it's gonna be... perfect.

With one last little woodpecker nod and grin, Jenny
disappears down the hall. IN THE QUIET THAT FOLLOWS- Lily
turns again to that MUSIC BOX.

As if in a trance, Lily crosses the room, and lifts the
lid, prompting a SWEET MELODY to rise. Reaching inside,
she unearths- A WOODEN HOLLOW HEART carved from oak.

Caressing it, Lily looks out the WINDOW, toward a HOUSE
next door- A MEMORY washing over her.

                                        MATCH CUT TO:


6      INT/EXT. LILY'S ROOM / ABANDONED HOUSE (MEMORY) - DAY      6

          LILY'S EXACT SAME POV: Peering out that SAME WINDOW, down
          on the now ABANDONED HOUSE next door, as she catches
          sight of a BOY WITH A BACKPACK, 18, sneaking out of one
          of the broken windows, unaware of Lily's gaze. A doorbell
          rings.

                    JENNY O.S
          Lily, he's here!

CLOSE ON LILY as she is brought back to the present. She
drops the HOLLOW HEART IN HER FRONT DRESS POCKET.

Draft 3.3.23                                                4.

7        **INT. CITY HALL, AUDITORIUM - DAY**                      7

The local SHERIFF, 50s, bellies up to a podium before the
REVERENT CROWD. A PHOTO of ANDREW BLOOM, 60, resting on
an easel next to a CLOSED CASKET adorned with flowers.

> SHERIFF
> We are here to honor the prestigious,
> generous, and kind... Andrew Bloom.

CLOSE ON LILY. Sitting in the front row next to Jenny.

> SHERIFF (CONT'D)
> Beloved mayor of this fair town. Husband
> of the highly adored Jenny Bloom-

With that, Jenny's tears betray her, wiping he nose.

> SHERIFF (CONT'D)
> And father... of Lily Bloom. Lily?

On cue, Lily stands, making her way to the PODIUM,
clutching a NAPKIN. The Sheriff repositioning the mic for
her height and stepping to the side. Nervously-

> LiLY
> Thank you... for joining us today.

She turns, locking "eyes" with her FATHER'S PORTRAIT only
a few feet away. It's as if he's staring right at her.

> LiLY (CONT'D)
> In honor of my father's life, I'd like to
> share with you the... five things that I
> loved most about him.

Opening her NAPKIN, Lily stares upon the NUMBERS listed
vertically, yet, nothing more is written.

Lily's gaze then falls upon Jenny. That UNSPOKEN TRUTH
still dangling between them- And yet, her mother stiffens-
Prompting Lily to take her NAPKIN and... walk offstage.

CLOSE ON LILY AS SHE KEEPS WALKING DOWN THE AISLE AND
THROUGH THE DOUBLE DOORS. The CROWD is seen standing and
stirring just over her shoulder as-

8        **EXT. LILY'S CAR (MOVING) - SUNSET (BOSTON BRIDGE)**     8

Lily drives, a single tear barely falling down her face.
Otherwise she's emotionless.

                                                    CUT TO:

Draft 3.3.23                                              5.

9        **EXT. BOSTON STREET – NIGHT**                          9

         Back to Lily. Exiting her car. The red brake lights
         reflecting off nearby store windows matching her hair.
         It's like the entire city has been set on fire. And
         maybe, based on the look on her face, *it has...*

         Lily wipes a tear. She looks up to check her surrounding
         and focuses on her iPhone. She's using her maps app to
         locate something.

         She turns the corner and looks up. There it is. She
         double checks the address. A luxury apartment building.

         Lily watches as a middle-aged couple walk out the front
         door. They nod to her. She nods back. Just as they walk
         by she grabs the door and lets herself in.

10       **INT. BOSTON LUXURY BUILDING LOBBY – CONTINUOUS**      10

         Lily opens the elevator and hits ROOF. Just above
         Penthouse A/B.

         She looks at herself in the shiny reflection of the
         elevator doors. A tear betrays her as THE DOORS OPEN.

11       **EXT. BOSTON LUXURY BUILDING, ROOFTOP – NIGHT**        11

         Pushes through double doors on the rooftop and allows
         herself to *weep. She finds her way to* the LEDGE of a
         rooftop. Wiping her face with the sleeve of her hoodie
         draped over the FUNERAL DRESS. Just then –

         BAM! The ROOFTOP DOOR about 15 feet to Lily's right
         suddenly bursts open. A **SHADOWED FIGURE** emerging from the
         stairwell and SLAMMING the door shut again – WHAM!

         ON LILY– Trying to get a glimpse of this **PERSON** moving
         swiftly across the deck. The **SILHOUETTE** finally stopping
         near the edge about twenty feet in front of her– REVEALED
         to be a **MAN**, mid 30s, appears to be on the verge of a
         breakdown.

         Lily watches as the Man kicks one of the PATIO CHAIRS
         behind him – WHAM!

         Unaware he has an audience, he kicks The chair
         repeatedly. It doesn't break, it just slides away from
         him. He kicks it again. It just slides further.
         Frustrated he stands over it, his hands clenched by his
         sides.

Draft 3.3.23                                          6.

Back to Lily, amused and feeling strangely sorry for him.
Watching him in an almost voyeuristic way.

He fishes a JOINT from his pocket. And LIGHTS UP.

He takes a long drag. His face now, thanks to the moon,
fully visible to her... wow. This Man is striking with
his chiseled physique, BURBERRY button-up, and gold
watch. *Something straight out of a magazine.*

With a calming EXHALE, he finally notices Lily sitting on
the ledge near the door. **THEIR EYES MEET. He covers his
embarrassment.** Softly-

                    MAN
          What's your name?

Lily doesn't answer. She feels his voice in her stomach.
He takes another drag.

                    LILY
          Lily.

                    MAN
          Will you please get down from there Lily?

He's standing straight now, almost nervous she's going to
fall. Lily glances at her legs straddling the ledge. She
turns away to wipe any remaining tears. Then-

                    LILY
          No thank you. I'm quite comfortable.

                    MAN
          Please get down. You're three inches from
          falling to your death and I've been
          around enough of that for a day.

The man takes a hit.

                    MAN (CONT'D)
          Please.

She steps down from the ledge.

                    LILY
          Happy?

He takes a breath as if he'd been holding it.

                    MAN
          Thank you. You know there are seven
          chairs here for a reason.

Draft 3.3.23                                        7.

Not so mildly flirting-

                    LILY
          Almost six.

A beat. Then, a small grin embeds in the corner of the
Man's mouth as he walks to the ledge.

                    LILY (CONT'D)
          So what did the chair do to make you so
          angry?

He looks at her. Doesn't answer then turns and faces the
city. Lily studies this mysterious man – underneath,
there's a hint of a lonely soul, deeply hurting. *Just
like Lily.*

                    LILY (CONT'D)
          Was it a woman? Did she break your heart?

                    MAN
               (with a chuckle)
          If only it were *that* trivial.

He leans against the wall, facing her and offering his
joint– Lily shaking her head. Intrigued–

                    MAN (CONT'D)
          ... What floor do you live on?

                    LILY
          ... *You first.*

                    MAN
          Okay. My sister and her husband... they
          bought the entire top floor. Right
          beneath us, actually.

                    LILY
          Wow. The whole top floor, huh?

                    MAN
          Well– They split it into two units and
          decided to live in one and sell the
          other.

                    LILY
          Who bought the other?

                    MAN
          *I did.*

                    LILY
          What the hell do you do for a living?

Draft 3.3.23                                                    8.

                              MAN
                    Neurosurgeon.

                              LILY
                    Of course you are.

          He smiles.

                              MAN
                    So why haven't I seen you before?

                              LILY
                    Because I don't live here.

                              MAN
                    ... Do you have a boyfriend who does?

                              LILY
                    Oof, that's a really tragic pick-up line.

                              MAN
                    You started it.

                              LILY
                    What are you talking about?

                              MAN
                         (imitating her)
                    *"Did a woman break your heart?"*

          Lily cannot help but LAUGH. *Guilty as charged.*

                              LILY
                    I needed some fresh air. Somewhere to
                    think, so... I pulled up Google Earth and
                    found the closest building with a decent
                    rooftop.
                         (Mildly flirting)
                    You have a nice roof.

          The Man, almost relieved, leans over the edge. Let's an
          arm dangle. After a few beats he ignores the request.

                              MAN
                    A guy fell off this roof last month.

                              LILY
                    Holy shit. Was it an accident?

                              MAN
                    No one knows. He was a photographer. Told
                    his wife he was coming up to take some
                    pics of the sunset.
                              (MORE)

Draft 3.3.23                                    9.

                         MAN (CONT'D)
               They think he was leaning over to get a
               shot of the skyline and slipped. When my
               sister told me what happened the only
               thing I could think about was whether or
               not he got the shot. Imagine that. To die
               because you love photography but you
               didn't even get the final shot that cost
               you your life.

                         LILY
               Do you always say exactly what's on your
               mind?

                         MAN
               Not to most people.

     Lily smiles. She likes that she's not most people.

                         MAN (CONT'D)
               Are you from Boston?

                         LILY
               Just moved here from Maine. Left my
               career in design. Thought it was time I
               disappoint my parents.

                         MAN
               Yea well I'm a doctor and my mother is
               still disappointed in me.

     He takes another hit. Leans out over the edge.

                         LILY
               Should doctors be smoking?

                         MAN
               Probably not, but if we didn't there
               would be a lot more of us taking the leap
               over these ledges.

     Silence. They both want to look at each other but don't.
     He nods. A little grin forming.

                         LILY
               What's you're name?

                         MAN
               Ryle. Ryle Kinkaid.

                         LILY
               Wow. That's a great name.

                          RYLE
          Why do you look so sad about it? You
          don't like Lily?

                          LILY
          My last name is... Bloom.
          What's worse is that I love flowers,
          plants, growing things... My dream has
          always been to open my own flower shop...
          You're smiling. It's ridiculous, isn't
          it?

                          RYLE
          I think Lily Bloom's is a great name for
          a florist.

She takes that in. He's right.

                          RYLE (CONT'D)
          What's your middle name?

She groans and lowers her head.

                          RYLE (CONT'D)
          You mean it gets worse? Come on.
                  (guessing)
          Rose?

She shakes her head.

                          RYLE (CONT'D)
          Violet?

                          LILY
          I wish.
                  (softly)
          Blossom.

                          RYLE
          Goddamn.

Ryle chuckles under his breath, very much charmed by her.
A sexual tension rising. Then- Playfully-

                          RYLE (CONT'D)
          Your parents must be real assholes.

The two laugh together.

                          LILY
          One of them is. Was. My dad died on
          Monday.

Draft 3.3.23                                    11.

                          RYLE
           Nope. Not falling for that.

                          LILY
           I'm serious. That's why I came up here.
           Needed a good cry.

                          RYLE
           ... Were you close?

                          LILY
           ... I'm not sure how to answer that...

                          RYLE
           Damn.

                          LILY
           Yeah, well. Naked truths aren't always
           pretty.

                          RYLE
           Naked truths? I like that.

Absorbing her words, Ryle pensively turns. Adjusts the
back of one of the LOUNGERS and lowers himself onto it.
Feeling extremely comfortable, Lily claims the lounger
next to him. And this is when... the two gaze upward in
SILENCE. After a beat-

                          RYLE (CONT'D)
           Tell me a naked truth Lily. Something
           you're not proud of, something that'll...
           make me feel *a little less* screwed up.

CLOSE ON LILY. Surprised she actually wants to keep
telling him the truth. Because- **For the first time in a
long while, he's made her not feel so alone.**

                          LILY
           I *could* have made it back, to see my dad
           one last time, to say goodbye, but... I
           pretended there was this crazy work thing
           I couldn't get out of and... I missed it.
           *On purpose.*

She can't believe she just said that to a stranger. Her
words linger in the air. They lock eyes. Both a little
surprised the other even exists.

SILENCE. Then- Softly-

                          LILY (CONT'D)
           Your turn. What happened to you today?

Draft 3.3.23                                          12.

A long beat. The Man gathering his Naked Truth. Seemingly
not wanting to play his own game. Then-

                    RYLE
          ... I watched a little boy die tonight.
          He was only five years old. His little
          brother found a loaded gun in their
          parents' bedroom and... it went off by
          accident. There was nothing I could do by
          the time he made it to the operating
          table...

Lily reacts. Heartbroken.

                    LILY
          ... I can't imagine what that's going to
          do to the brother that lived.

He's silent. It's almost too much for him. Finally, he
turns to her. She does the same. The two curled on their
sides, staring at each other in the dark.

                    RYLE
          Ok, give me another one. Mine was way
          more twisted than yours.

                    LILY
          Ok – hmm... The first guy I had sex with
          was homeless.

CLOSE ON RYLE. Wanting badly to kiss her. CLOSE ON LILY.
Wanting him to kiss her. SILENCE. The sexual tension
between them undeniable.

                    RYLE
          Oh, I'm gonna need way more of *that*
          story.

                    LILY
          In high school, I was friends with this
          boy named Atlas, who was... having a hard
          time... Okay, your turn.

                    RYLE
          Oh please. I can't top that. No way.

                    LILY
          I'm sure you can. Just tell me your
          worst, most recent thought that most
          people wouldn't say out loud.

He looks at her. But like he's looking right through her.

                              RYLE
                          (OFF LILY)
                    *I want to fuck you.*

Lily's mouth falls open a touch. Shocked- He shoots her a
look of innocence.

                         RYLE (CONT'D)
                    You asked me for the most recent thought
                    so I gave it to you. You're beautiful. If
                    you were in to one night stands, I would
                    take you downstairs to my bedroom. And
                    fuck you.

They share the sexiest SILENCE you've ever seen onscreen
as Lily ponders this request with a racing heart. Simply-

                              LILY
                    How many women *have* you had sex with that
                    you barely knew? That you never spoke to
                    again?

No reply.

                              RYLE
                    I'm not good at relationships. Never have
                    been. So I just avoid them altogether.

                              LILY
                    Really? You've never been in love?

                              RYLE
                    I have not. Intentionally.

                              LILY
                    That's sad. I think I've always dreamed
                    that there's this perfect guy out there
                    for me. Like there's one person who gets
                    me more than anyone else in this world.
                    It's probably just a hold over from all
                    those shitty romance movies I watched as
                    a kid. Answer my question...

                              RYLE
                    What was the question again?

                              LILY
                    How many strangers have you had sex with?

                              RYLE
                    There's no good answer to that question.

Off Lily. Good point.

Draft 3.3.23                                    14.

                              LILY
                    ... I could never sleep with someone if I
                    didn't see it going anywhere.

SILENCE. *A very sexy silence.* Ryle looking down at her
lips again.

                              RYLE
                    Okay. But. If you wouldn't sleep with
                    someone you just met... Exactly how far
                    *would* you go?

Silence. *Another very sexy silence.* Then- In a whisper-

                              LILY
                    I don't know.

He reaches out and grabs the edge of her lounge chair and-
Drags it closer, their mouths only inches apart, their
warm breath brushing softly against each other's lips.

Gently, he tucks a piece of hair behind her ear, then
slowly grazes his fingers against her neck and finds the
zipper on the front of her hoodie. He begins to unzip it,
revealing her cleavage perfectly displayed by the v-neck
of her dress.

Ryle taking in every detail, his eyes landing on Lily's
**HEART TATTOO now revealed** on her collar bone. He works
his fingers back up, gently touching it.

                              RYLE
                    Too far?

Heart thrashing around in her chest. In a whisper-

                              LILY
                    Not even close.

His hand slides one of her dress straps to the side, now
hanging loosely on her shoulder.

                              RYLE
                    What about this?

CLOSE ON LILY. Gripping at the edges of the lounger,
arching her back, daring him to go further. He does.

                              LILY
                         (softly)
                    *Oh Jesus.*

Draft 3.3.23                                    15.

She turns to stare at him - their faces inches apart when-
A **PIERCING RING** rips through the air- Ryle's hand
stiffening as they both realize it's a phone. *His phone.*
Dropping his forehead to her shoulder-

                         RYLE
          *Dammit.*

Lily frowns as he fumbles in his pocket for his phone,
standing up and walking several feet away from her to
take the call.

                         RYLE (CONT'D)
               (Into the phone)
          Dr. Kincaid. What about Roberts? I'm not
          even on call right now. Yeah but I can
          only do paperwork. Give me ten minutes.

He ENDS THE CALL and turns to Lily, looking sad.

                         RYLE (CONT'D)
          I have to ...

She nods. *Looking equally sad.*

                         LILY
          It's fine.

                         RYLE
               (after a beat)
          It was nice meeting you, Lily Bloom.

He stands a beat more, suspended between the desire to
stay and the pressing need to leave. Then he opens the
DOOR and disappears down the stairwell.

Lily is left shaken to her core, changed and confused. *By
the pure honesty of one mysterious stranger... named Ryle
Kincaid.*

12    **INT. LILY'S BOSTON STUDIO APARTMENT - EARLY MORNING**    12

Lily in bed, morning light shining through her small
window bouncing off her messy red hair. She's awake. And
we get the feeling she has been for a while. Her tiny
studio is filled with MOVING BOXES yet to be fully
unpacked. There's a small bed but no dresser. Nothing on
the walls.

Draft 3.3.23                                                    16.

Lily's eyes find her phone just as the alarm goes off.
She grabs it and turns it off. Next to her phone lays the
hand carved **WOODEN HEART** she picks it up as we-

                                         MATCH CUT TO:

13    **INT/EXT. LILY'S CHILDHOOD ROOM (MEMORY) - DAY**              13

      **YOUNG LILY** (17) getting ready for school - donning a
      flowing dress with high-top lace-up Doc Martins and an
      oversized jean jacket. Moving to her BEDSIDE, she opens
      her **MUSIC BOX** to grab a necklace, prompting a **SWEET
      MELODY** to rise- When- She spots MOVEMENT in her window.

      Peering out, she just barely catches sight of that **BOY
      WITH A BACKPACK** - African American, 18 - sneaking out of
      one of the broken windows from the **CONDEMNED HOUSE** next
      door.

      She watches as he discreetly opens a trash - he's hungry.

      Suddenly- She is startled by **YELLING** from downstairs- The
      **VOICE OF HER FATHER**-

                         ANDREW (O.S.)
              Goddamnit, Jenny, you're making me late!

      The FRONT DOOR downstairs SLAMS! Young Lily shaken as-

14    **INT/EXT. THE BUS (MEMORY) - DAY**                           14

      -Young Lily sitting on the bus as the Boy climbs aboard
      and bee-lines to the back.

      Young Lily "nonchalantly" allows herself to sneak a
      glance behind her... finding the Boy somberly staring out
      the window.

      He's long and lean, in need of a shave and a shower. But
      under that thin layer of grime... hides a gorgeous young
      man. *Interesting.*

      Young Lily turns her head again, staring just long enough
      for the boy to catch her in the act.

      THE TWO LOCK EYES- and for a brief moment their
      connection feels cosmic. And safe.

Draft 3.3.23                                                    17.

15      **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) – DAY**          15

        Young Lily hastily makes THREE SANDWICHES, grabs TWO
        SODAS and a BAG OF CHIPS. Tossing it all in an OLD
        BACKPACK– Adding a FLASHLIGHT– A SWISS ARMY KNIFE– A WOOL
        BLANKET– And some CANNED GOODS. Then– She–

16      **EXT. ABANDONED HOUSE, BACK PORCH (MEMORY) – DAY**         16

        –Places the PACK on the back porch of the CONDEMNED HOUSE
        right by the door. Nervous– She reaches out and KNOCKS –
        And runs away, quickly tucking behind a **GIANT OAK TREE.**

        Her heart pounding, Young Lily peeks out from behind the
        old trunk, watching as the door slowly opens, Young Atlas
        surprised to see the BACKPACK. He picks it up, opens it
        and... issues a soft grin.

17      **EXT. THE BUS STOP (MEMORY) – DAY**                        17

        The next morning, Young Lily arrives at the bus stop
        again, finding Young Atlas already there. It's just the
        two of them. And it should feel awkward. *But it doesn't.*

        The bus finally rounds the corner, heading their way. And
        just as it pulls up, Young Atlas quietly mutters–

                          YOUNG ATLAS
                *Thank you.*

        The doors open on the bus. Young Lily walking on first–

18      **INT. THE BUS (MEMORY) – DAY**                            18

        –And taking a seat. Young Atlas shyly sits in the empty
        seat across the aisle, it's the closest he can make
        himself get to her, dropping his BACKPACK between his
        legs. Both feeling a little adolescently awkward being
        this close.

                          YOUNG ATLAS
                ... Did you tell anyone?

        He looks at her, his eyes such a **DEEP DARK BROWN,** full of
        heart and wisdom, Young Lily gets lost in them. When she
        looks down she see's that **Atlas has a big scar on his
        hand. Like a burn.**

                          YOUNG LILY
                ... Why don't you live at home? Did you
                run away or something?

Draft 3.3.23                                                18.

He stares at her for a few seconds, as if trying to
decide if he can trust her or not. Then- Plainly-

                    YOUNG ATLAS
          My mom kicked me out.

                    YOUNG LILY
          Why?

                    YOUNG ATLAS
          Because... she likes dating guys that
          beat the shit out of her. And I kept
          getting in the way.

These words punch Young Lily in the gut. She knows this
same stark reality all too well.

                    YOUNG LILY
          What happened to your hand?

He pauses. Doesn't want to burden her...

                    YOUNG ATLAS
          I got in the way.

Ugh. The two lock eyes. And then- Lily clocks **KATIE** (17 -
pretty) giggling with her FRIEND- Whispering about Atlas,
but all we hear is-

                    KATIE
          ... it's like, hello, take a shower
          already.

Young Lily sits beyond offended, Young Atlas utterly
mortified as he sinks lower into the seat. Neither of
them know what to say.

After a beat- Sheepishly-

                    YOUNG ATLAS
          ... Kinda hard to take a shower without
          running water.

                    YOUNG LILY
          ... My parents don't normally get back
          from work until about five, so... If you
          wanna come over, I really don't mind.

Young Atlas looks at her. Baffled by her kindness. **A
natural feeling of intimacy swirling**. Finally- Softly-

                    YOUNG ATLAS
          If it seriously, *really* wouldn't bother
          you. I'll take you up on it.

CONFIDENTIAL

Draft 3.3.23                                          19.

19      **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) – DAY**          19

Lily pops popcorn, pours two glasses of lemonade. The
shower can be heard in the background. It turns off. She
quickly pours the popcorn, checks her hair in the
microwave door, and rushes into the living room.

20      **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) – DAY**        20

Close on *"The Ellen DeGeneres Show"*– we cut back to Lily,
watching but also not really watching as she tries to
look "super chill" waiting for a beautiful teenage boy to
come downstairs. Young Lily's entire body stiffens when
**Young Atlas finally emerges from the hallway.**

                        YOUNG ATLAS
              Thanks for the clothes. You sure your dad
              won't mind?

                        YOUNG LILY
              He won't even know they're gone; he
              doesn't wear jeans or t-shirts much.

Playing it "cool", Young Lily offers him some popcorn and
he takes a handful.

                        YOUNG LILY (CONT'D)
              My parents won't be home for like 45
              minutes if you want to watch tv...

                        YOUNG ATLAS
              Ok cool. What's this?

                        YOUNG LILY
              Oh. Ya know. Just. My very favorite show.
              *Of all time.*

He smirks at her. His face freshly shaven. His eyes
looking **DEEPER AND DARKER** than ever before. *Gorgeous.*

They share a beat. Both pretending to be watching Ellen,
but both wanting nothing more than to be getting to know
each other. Finally–

                        YOUNG LILY (CONT'D)
              So... How did you end up here?

Chewing thoughtfully, Young Atlas thinks on his answer.

                        YOUNG ATLAS
              Wandered around for a few days. And then.
              I saw that house...
                        (MORE)

Draft 3.3.23                                    20.

                    YOUNG ATLAS (CONT'D)
          I've tried getting a job at a few places,
          but I don't have a phone number or
          address to put on the application, so- I
          figured- I may as well just finish up
          school. At least it's one free meal a day
          'til I graduate.
                    (Then)
          How old are you?

                    YOUNG LILY
          Seventeen. You?

                    YOUNG ATLAS
          Just turned eighteen. I'm too old for
          foster care and- My mom can't get in
          trouble for kicking me out, I'm
          technically an adult.

                    YOUNG LILY
          Is there no one else you can reach out
          to?

                    YOUNG ATLAS
          I have an uncle. In Boston. I just- I
          can't seem to get a hold of him, I think
          I have the wrong number.
                    (OFF LILY)
          All else fails, I'm signed up to go to
          the Marines in May. Just need to hang on
          'til then.

The two lock eyes. Young Lily once again struck by the
**DEEP BROWN** of his beautiful stare. **PRE-LAP:**

                    JENNY (O.S.)
          So... today's the big day? You're sure
          about this?

21   **EXT. BOSTON HARBOR WALK - DAY - WINTER**                21

Lily, dressed in full winter gear, walks with urgency.
Her messy hair falling out of a beanie.

                    LILY
                    (A little out of breath)
          Why would I not be sure?

22   **INT. LILY'S MAINE HOME, KITCHEN - MORNING**             22

REVEAL JENNY. Forcing that classic grin of hers –

**INTERCUT**

                    JENNY
          I just think a flower shop is a tricky
          business. And if it doesn't work out...

                    LILY
          What makes you think it's not going to
          work?

                    JENNY
          It's not that - it's just you were so
          good with graphic design, and daddy
          didn't leave you enough to have a plan B
          and I ...

She starts to well up.

                    JENNY (CONT'D)
          I just miss him. I'm sorry. I'm just
          worried about you.

                    LILY
          Don't worry about me. Please.

Up ahead she sees a Man standing outside an old
storefront, clearly waiting for someone. She waves to
him.

                    LILY (CONT'D)
          Mom, I gotta go. I'm sorry. I'm getting
          the keys right now.

                    JENNY
          Oh wow, okay. I love you! You can do it.
          I believe in you!

Lily shakes her head.

                    LILY
          Thanks mom. Call you later.

She hangs up. If there weren't people around her and if
this wasn't the biggest day of her life, she would
scream. She approaches the man.

23    **EXT. LILY BLOOM'S (OLD STOREFRONT)**                    23

                    LILY
          Hi, so sorry I'm late. Still getting used
          to the city.

                    REALTOR
                (Thick Boston accent)
          They don't have maps where you're from?

Lily chuckles. He doesn't smile.

> REALTOR (CONT'D)
> Sign here. Rent's due on the 3rd.

> LILY
> Thank you so much, this is really a dream
> come...

The man just leaves. Welcome to Boston.

> LILY (CONT'D)
> ...true.

She turns and look up to see a beautiful brick
storefront. She walks up to the door, puts in the key and
turns the handle revealing-

24     **INT. LILY BLOOM'S (OLD STOREFRONT) - CONTINUOUS**     24

An old building in dust-covered shambles. Looks like it
hasn't been updated in 40 years. Could have been a small
cafe. Tables and chairs everywhere. But Lily doesn't
care. She makes her way around the store, almost in
disbelief it's hers. She is beaming.

CUT TO:

25     **INT. LILY BLOOM'S - BATHROOM - AFTERNOON**     25

Headphones in, Lily cleans the bathroom. Throwing
whatever junk was left over in there into a trash bag.
It's clear she's been hard at work. She picks up the bag
and another next to it, and exits to see-

A woman standing in the middle of her shop. It startles
her.

> LILY
> Jesus!

The woman gets a little startled too.

> ALLYSA (O.S.)
> *Ah! Hi. Sorry, didn't mean to scare you.*

Meet **ALLYSA**, early 30s, She's super cute. *Dressed in
designer everything and a Hermes bag to match.*

> LILY
> No, no, it's okay. I just didn't hear you
> come in. Can I help you?

She walks toward Lily and extends her hand.

>                    ALLYSA
>          I'm Allysa.

>                    LILY
>          Lily.

>                    ALLYSA
>          There's a *help wanted* sign out front?

>                    LILY
>          There is? I didn't put a sign up...

>                    ALLYSA
>          Well it looks pretty old, maybe it's been
>          there for a while? This place looks
>          pretty old too...

Lily is not quite sure what to make of her yet.

>                    LILY
>          It needs a ton of work, I know. But look
>          I'm not really hiring yet... I just got
>          the keys a few days ago-

Allysa is already off and taking a look around.

>                    ALLYSA
>          What are you gonna do with it?

>                    LILY
>               (with a sheepish chuckle)
>          It's a flower shop.

Suddenly, Allysa spins around in a circle and exclaims-

>                    ALLYSA
>          Oh-my-god-this-would-be-the-cutest-little-
>          flower-shop-it's-monumentally-disgusting!
>          What colors are you painting it?!

>                    LILY
>          I don't know if "cute" is the right word.
>          I kinda... Wanna do something different.

>                    ALLYSA
>          Like...?

>                    LILY
>          Like, I'm going to take everything
>          everyone loves about flowers, and... do
>          the complete opposite.

                          ALLYSA
              ...Ooooooh that sounds creepy. Tell me
              more.

                          LILY
              No, it's more like-

Lily, confused and interested in this woman, brings her
over to a table where Lily has laid out her **"vision
board" sketchbook of what the place will be like.**

                          ALLYSA
              Stop it. You have a vision board. Look at
              you, you really manifested this shit! I
              love it!

Lily can't help but laugh. She continues-

                          LILY
              What if, instead of showcasing the sweet
              side of flowers, I showcased the
              villainous side?

Flipping through the pages, Lily reveals her bold design
ideas - unlike any flower shop anyone has ever seen.

                          LILY (CONT'D)
              Instead of pink accents, I'll use darker
              colors, like a deep purple or even black.
              And instead of just spring and life, I'd
              also celebrate winter and death. Think
              dark flowers wrapped in things like
              leather and silver chains- The ideas are
              endless.

                          ALLYSA
              Ok, but... what if someone walks in and
              they just want a pink flower?

                          LILY
              I'll still give them what they want but
              I'd also offer them what they don't *know*
              they want.

Allysa scrunches her forehead, Lily feeling excited to be
pitching her idea to someone who isn't her mom.

                          LILY (CONT'D)
              There are shops on every corner for
              people who *love* flowers. But what flower
              shop can possibly cater to all the people
              who *hate* flowers?

Draft 3.3.23                                    25.

                              ALLYSA
                    Huh. It's so twisted, and dark, and
                    creepy but in a weirdly sexy way... I
                    love it!

Taking the notebook, Allysa flips to the last page,
finding Lily's magazine cut-outs, recreated to resemble
that same storefront, with a sign reading, *"LILY BLOOMS."*

                              ALLYSA (CONT'D)
                    Ok look, I don't believe in coincidences
                    because I meditate and call stuff in, and
                    I have a really good sense of people and
                    come on – what are the odds I just walked
                    in here today and meet this vision board
                    possessing dark goddess woman who wants
                    to sell fucked up flowers!?...
                    And I'm not going to pretend I have a
                    degree in design, BUT I'm a Pinterest
                    whore, and it's my absolute favorite
                    thing. SO, if you need any help... I'd do
                    it for free.

                              LILY
                    I'm sorry what? You want to work for
                    free?

                              ALLYSA
                    Lily. I'm rich. Like really rich and I
                    literally have nothing to do. And I
                    wouldn't say that to just anyone but I
                    already like you, and I want to be happy,
                    and helping people makes me happy, and I
                    know that making this tragic little dusty
                    space the coolest flower shop ever would
                    make me happy! So hell yeah bitch – I'll
                    work for free!

Lily looks around the room. Realizing she could really
use the help...

                              LILY
                    Well, if we did this, I'm not going to
                    let you work for free. But I could do $10
                    an hour if you're really serious.

Allysa starts clapping, and if she weren't in heels,
she'd be jumping up and down.

                              ALLYSA
                    We are going to make this the sexiest
                    flower shop Boston has ever seen and I
                    swear I will be your best employee ever!

CONFIDENTIAL

With that, Lily chuckles, baffled by Allysa. These two
women locking eyes.

                    LILY
          Okay.

                    ALLYSA
          Okay?
               (hugging her)
          Oh-my-god, did we just become insta best
          friends? *We kinda did, didn't we?*

Our BFF montage music rises.

                                   SMASH TO BFF MONTAGE:

26    **INT/EXT. LILY BLOOMS (PRESENT)- BEST FRIENDS MONTAGE -**    26
      **DAY/NIGHT - A MONTH**

      Lily and Allysa remove all the junk from the shop.

26A   They have a little dance party while painting.          26A

26B   They hang a big installation, and it falls and breaks.  26B

26C   Furniture gets delivered in a windstorm, they can barely 26C
      get the doors open.

26D   Lily and Allysa in the front of the shop, holding up a   26D
      sketch of what the logo will look like above the door.

26E   Lily and Allysa try to hang the installation again, it's 26E
      heavy as shit. It's clear they just need one more body.
      Allysa stops.

                    ALLYSA
          As much as I hate to admit it... we need
          some man muscle. I'm calling my husband,
          he and my brother are at a bar around the
          corner watching the Bruins - but be
          warned, they are probably already drunk
          and wearing onesies.

                    LILY
          Onesies?

      Allysa makes the call. A **TIPSY VOICE** heard yelling out
      over the BOISTEROUS SOUNDS OF A LOUD BAR-

                    MARSHALL (V.O.)
          Hey, Issa! The game's over. Where you at?

      Allysa gives Lily a grin and puts her phone on SPEAKER-

Draft 3.3.23                                    27.

                    ALLYSA
          Just at work with my boss and we need
          your help.

                    MARSHALL (V.O.)
          *Your boss? I still don't know why you got
          a job.*

                    ALLYSA
          Shut-up. Did you hear me? We need your
          help! I need those skinny arms to lift
          something.

                    MARSHALL (V.O.)
                    (offended)
          I don't have skinny arms. We're across
          the street, I can literally see you. Hi
          Issa! Damn- You look hot.

                    ALLYSA
                    (To Lily)
          He's drunk.
                    (To Marshall)
          Just come in and drag my brother with
          you.

                    MARSHALL (V.O.)
          Okay. But I don't have skinny...

**SHE ENDS THE CALL.** Allysa shaking her head with a LAUGH.

                    ALLYSA
          HANG UP! Oh-boy- You're about to meet my
          husband *and* my brother, fair warning.

                    LILY
                    (laughing)
          Okay.

                    MARSHALL (O.S.)
          Yo, Issa.

The two women turn to find **MARSHALL**, 30s, tall, boyishly
handsome, dark messy hair with big honest eyes drunkenly
leaned against the door, hilariously ***wearing a SpongeBob
onesie***.

                    MARSHALL (CONT'D)
          Oh shit! This looks dope.

                    ALLYSA
          Marshall, come meet my boss Lily-
                    (softly to Lily)
                    (MORE)

Draft 3.3.23                          28.

> ALLYSA (CONT'D)
> The bar around the corner gives out free
> beer to anyone who shows up in a onesie
> during a Bruins game.

Marshall swaggers toward the ladies.

> MARSHALL
> Hey Lily.

He tries to offer a little fist bump, Allysa voiding it-

> ALLYSA
> *No fist-bumps, honey, remember?* Oh, and
> Lily, this-

She turns toward another **MAN** entering the shop right
behind Marshall, **also wearing a onesie**-

> ALLYSA (CONT'D)
> -Is my brother-

The Man steps around Marshall to shake Lily's hand- And-
For the first time in months- **Lily and Ryle lock eyes.**

> ALLYSA (CONT'D)
> -Ryle.

A beat. Lily a "deer caught in headlights." With a smirk-

> RYLE
> Lily.

> ALLYSA
> Wait. You guys know each other? *How?*

Lily and Ryle CHUCKLE a bit together, at a loss.

> LILY
> Uh... It's a little hard to explain.

> RYLE
> Wait, I can try- Though- I *am* a little
> inebriated.
>          (after a beat)
> Lily and I met... a few months ago...
> both looking for... an outlet.

> ALLYSA
> Ew- That sounds not-so-mildly-sexual- Oh
> no... Did you guys hook up or something?

Flustered, Lily squirms with laughter.

Draft 3.3.23                                29.

> LILY
> No, we just- Talked.

Suddenly, Marshall starts to dry heave-

> MARSHALL
> Oop- I- Too much free beer.

Marshall steps toward the front door and almost falls-

> ALLYSA
> Oh-my-god. DO NOT THROW UP IN MY FLOWER
> SHOP! Outside baby!

Allysa pulls Marshall to the curb outside- Where he takes
a heavy seat, Allysa rubbing his back. Left alone-

Silence. Two familiar strangers.

> RYLE
> I look ridiculous, huh?

> LILY
> Not as bad as you think.

> RYLE
> So... wait? You and my sister started a
> flower shop together?

> LILY
> Crazy, right? I mean it kinda just
> happened. Welcome to Lily Blooms.

Ryle's eyes fill with pride. He smiles.

> RYLE
> Lily Blooms.

Ryle continues to stare. Then-

> RYLE (CONT'D)
> Well. I guess we'll be seeing a lot more
> of each other then.

> LILY

> It appears that way.

SILENCE. Ryle's gaze falling to Lily's **HEART TATTOO.**

> RYLE
> You're even prettier in the daytime.

Draft 3.3.23                                                    30.

Lily practically melts on the spot. She busies her hands
with something to break the tension as Allysa and
Marshall re-enter.

                    ALLYSA
          Ok, so we've been working nonstop and
          need a break and Marshall has a highly
          ridiculous request, so I say we go for
          it. Ryle can you please act like a
          gentleman for once? Lily, you in?

OFF LILY, we—

                                        SMASH TO:

27      **INT. BOSTON DIVE KARAOKE BAR – NIGHT**                    27

Allysa and Marshall onstage singing the karaoke duet
**"Don't Go Breaking My Heart"** by Elton John and Kiki Dee.
The lyrics ironically washing over Ryle and Lily who sit
quietly at a table together. Ryle has sobered up a little-
his onesie now unzipped and tied around his waist,
exposing a black t-shirt.

                    RYLE
          Hi.

                    LILY
          Hi.

The sexual tension is at a 10.

                    RYLE
          ... I've gone up to the roof a few times.
          Wondering if you might be up there. And
          then. I'm a bit relieved when you're not.

                    LILY
          Thanks.

                    RYLE
          It's not personal, it's just. I've never
          talked to anyone like we did that night.
          It's made me want to do weird things that
          I've never done, like... ask you out on a
          date.

                    LILY
          You've never asked a woman on a date?

                    RYLE
          I have not.

                          LILY
              Then. Why don't you ask me?

                          RYLE
              Because. I'm not good at that stuff,
              remember? Plus, you and my sister are
              working together...
                      (OFF LILY)
              So. I don't know. Maybe. We can be
              friends?

But something in his eyes screams that he wants to be far
more than just friends. The duet coming to a close- The
ROOM clapping for Allysa and Marshall- And-

Suddenly, another SONG begins to sound- **"Livin' on a
Prayer"** by Bon Jovi. Marshall yells to Ryle to join him.

                          MARSHALL
              Ryle, let's do this!

Ryle hopping up and grabbing the mic- And- Singing his
goddamn little heart out.

*It's terrible.* But in the most hilariously endearing way
possible. Lily can't help but crush. Meanwhile, Allysa
plops down beside Lily, she's seen this a thousand times.

                          ALLYSA
              So weird you know my brother.

                          LILY
              Just barely- We met one time.

The two watch as Ryle makes an adorable fool of himself,
dancing around, singing until he is hoarse. It's so fun.

                          RYLE
              *"... we've got to hold on to what we've
              got / It doesn't make a difference if we
              make it or not/*

Sensing Lily's attraction- Allysa offers some advice-

                          ALLYSA
              He's pretty brilliant, I have to say.
              But. He's also a complete disaster.
                      (OFF LILY, kindly)
              If you don't want your heart broken into
              a million pieces... *don't go there.*

Lily and Ryle LOCK eyes again. He finishes the chorus as
if he's singing directly to her, without even knowing it.

Draft 3.3.23                                              32.

28          **INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**          28

Lily crawls into bed, staring up at the ceiling. Feeling
confused and frustrated as shit. Rolling over, she
attempts to relax and close her eyes...

MATCH CUT TO:

29          **INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - NIGHT**          29

YOUNG LILY. Fast asleep in her bed, as an **INDISCERNIBLE
ARGUMENT** RISES from downstairs between a MAN and her
mother, Jenny. The YELLING growing increasingly intense.
Young Lily pulls back her blanket.

                    MAN (O.S.)
                (heated, barely audible)
          You want attention? I'll give you some
          fucking attention.

                    JENNY (O.S.)
          Please be quiet- You'll wake up Lily.

CLOSE ON YOUNG LILY as she puts a pillow over her head,
trying to block out the abuse.

30          **EXT. LILY'S MAINE HOME, BACKYARD (MEMORY) - DAY**          30

Young Lily and Atlas pulling weeds (her outlet) around a
large flowerbed.

                    YOUNG ATLAS
          ... What made you want to grow things?

                    YOUNG LILY
          ... I don't know. I guess, it sorta...
          Feels like a reward.

                    YOUNG ATLAS
          A reward for what?

                    YOUNG LILY
          When I take really good care of my
          plants, they reward me with flowers and
          fruits and vegetables and stuff. But when
          I don't... they shrivel up.

Nodding, Young Atlas' attention falls on that CONDEMNED
HOUSE. The place he is forced to call "home." And he
looks deeply saddened by it. Under his breath-

CONFIDENTIAL

                         YOUNG ATLAS
               I guess. We're kinda like that. Humans I
               mean.

Seeing his pain, Young Lily searches her soul for the
right words to offer him comfort. And- Then-

                         YOUNG LILY
               Yeah. But what about that Oak tree over
               there?

She points to the **MIGHTY OAK TREE** at the end of the yard.

                         YOUNG LILY (CONT'D)
               It's been here before we were born. And,
               it'll still be there long after we're
               gone.

Emotion in his throat, Young Atlas gazes at the tree- As-

                         YOUNG LILY (CONT'D)
               Most plants *do* need a lot of help to
               survive. But, some things, like Oak
               trees, are strong enough to take care of
               themselves. No matter if it's raining or
               snowing. They keep standing. *Strong and
               sturdy.*

The two lock eyes, Young Atlas looking at her with
immense gratitude for these beautiful words. Prompting
him to finally offer a quiet confession.

                         YOUNG ATLAS
               ... I heard what happened last night.

Stiffening, Young Lily holds her breath, not blinking.

                         YOUNG ATLAS (CONT'D)
               ... Does that happen a lot?

**After a long, painful, complicated, terrifying beat- she
nods her head.**

Unable to say more, not even knowing how... Young Lily
finally looks away, wiping tears from her face. And in
this moment of pure vulnerability, Young Atlas reaches
out and pulls her in close - Young Lily resting her weary
head on his shoulder.

WE HOLD HERE. In this powerful embrace between two
survivors. Then.

CONFIDENTIAL

Draft 3.3.23                                        34.

Without really thinking, Young Atlas kisses her gently on the crown of her head. She closes her tired eyes. And-

CUT TO:

                    ALLYSA (O.S.)
          *Hey, Lily-*

31      **INT/EXT. LILY BLOOMS (PRESENT) - DAY**              31

          -Pulled from her daydream, Lily stifles a MUTED GASP.

                    ALLYSA
              *-You wanna do the honors?*

Allysa sweeps her hand toward a LIGHT SWITCH. Taking in a deep breath, Lily reaches out and- FLIPS IT ON- Illuminating a **FUCHSIA NEON SIGN** outside reading *"LILY BLOOMS"* in cursive.

Squealing like little kids, Lily and Allysa hug each other dearly and- Turn to face their cool, edgy, dark purple and black accented shop, ready for business.

                    ALLYSA (CONT'D)
              Pretty friggin' badass.

                    LILY
              Couldn't have done it without you.

Her smile suddenly dropping- In panic-

                    LILY (CONT'D)
              Oh, god- What if we don't get any
              customers?

                    ALLYSA
              Stop. Your Mom'll be here, she's flying
              in right?

                    LILY
              Yeah, but- Wouldn't it be tragic if the
              one customer we got today was my mom who
              flew in from Maine?

                    ALLYSA
              Marshall's stopping by this afternoon, so
              that's two customers at least. We're
              gonna be fine.

Allysa squeezes her arm just as- The front door opens, REVEALING that their first customer is none other than **Ryle.** *Wearing whatever neurosurgeons wear.*

                         RYLE
             Whoa. This looks incredible. It doesn't
             even look like the same building. You
             ladies have been busy.

                         ALLYSA
             Damn right we have.

                         RYLE
             How's it going so far?

                         ALLYSA
             We quite literally just opened.

                         RYLE
                   (to Lily, with a smirk)
             Am I your first official customer?

                         LILY
                   (smirking back)
             Well- You have to actually *buy* something
             to be considered a customer.

Pensively, he walks to one of the displays and... grabs a
vase full of PURPLE LILIES.

                         RYLE
             I want these. Can I get these delivered-
             as a gift?

He sets them on the counter- Allysa circling around to
the register- Lily trying not to be phased.

                         LILY
             We have a driver on standby. We just
             weren't sure if we actually needed him
             today.

Scrunching up her nose-

                         ALLYSA
             Ew, are you buying these for a girl?

                         RYLE
             I am but... she'll probably send 'em
             back. She doesn't do casual.

                         ALLYSA
             Good for her. You're such a dick.

Allysa grabs a CARD and slides it toward him.

                    ALLYSA (CONT'D)
          Here. Write a message on the front and
          the address you want it delivered to on
          the back.

Looking a little jealous, Lily "nonchalantly" watches as
he bends over the card and writes on both sides.

                    ALLYSA (CONT'D)
          Are you bringing this "mystery girl" to
          my birthday on Friday? Because- If so- It
          would be reeeally nice to know.

CLOSE ON RYLE. Not looking up-

                    RYLE
          Are you going, Lily?

                    ALLYSA
          Of course she'll be there- She's my best
          friend- She can't miss it-
               (To Lily)
          If you don't come I'll quit.

With a chuckle, Ryle tucks the card into the envelope
provided. Punching the sale into the register-

                    ALLYSA (CONT'D)
          That'll be fifty-one even.

He pulls out a money clip filled with cash. He pulls out
a hundred and a crisp one dollar bill.

                    RYLE
          You do know that it's good luck for a new
          business to hang the first dollar, right?

He smirks.

                  RYLE (CONT'D)
          Congratulations.

With that, he walks out of the store. As soon as the door
closes behind him, Allysa grabs the envelope.

                    ALLYSA
          Of course my brother wants his dollar to
          be our first. And who the hell is he
          sending these to - Ryle doesn't buy girls
          flowers.
          Ha! What a dummy - He wrote our address
          on the back, the one to the shop.

She pulls the card, reading it out loud-

ALLYSA (CONT'D)
*Naked Truth: I can't stop thinking about*
*you.*

CLOSE ON LILY. Holy shit. Ryle bought those lilies for
her.

32    **INT. BOSTON LUXURY BUILDING, TOP FLOOR HALLWAY - NIGHT**    32

Close on Lily's feet, we boom up to reveal she is in a
SHORT DRESS. We stay behind her follow her into the-

33    **INT. ALLYSA'S LOFT, GRAND LIVING AREA - NIGHT**    33
**(CONTINUOUS)**

-killer party with a LIVE DJ, BARTENDER, PASSED HORS
D'OEUVRES and CHAMPAGNE. WELL TO DO GUESTS, 20s to 40s,
all dressed to the nines in this loft that takes up half
of the entire top floor. We turn around and reveal Lily,
her lips painted bright red, her hair perfect.

ALLYSA (O.S.)
You made it!

Lily turns to find Allysa, wearing a SPARKLY DRESS, four-
inch heels and a BIRTHDAY TIARA- Champagne in one hand
and a RIDING CROP in the other. Regarding the crop-

LILY
What'd I miss?

ALLYSA
It's a long story.

Allysa laughs, throwing the crop over her shoulder-
Grabbing Lily by the hand.

ALLYSA (CONT'D)
Come in, come in!

She pulls Lily through a CROWD OF PEOPLE- An ATTENDANT
grabbing the BIRTHDAY PRESENT from Lily as-

ALLYSA (CONT'D)
Hey, Babe! Look who's here!

Turning, Marshall grabs a glass of champagne from a
PASSING TRAY and hands it to Lily. Yelling over the **MUSIC**-

MARSHALL
*Lily!* Welcome to our casa!

Draft 3.3.23                                                38.

Marshall CLINKS his glass with Lily's- Lily taking a sip-

                    LILY
          Holy shit. I can't believe you live here.

                    ALLYSA
          I know. And to think, I didn't even have
          to marry him for money.

                    MARSHALL
          I had seven bucks and drove a Ford Pinto
          when she fell in love with me.

                    LILY
          Don't you still drive a Ford Pinto?

                    MARSHALL
          Best car in the world.

                    ALLYSA
          That is so not true, honey, but I do love
          that you still believe it.

                    LILY
          How long have you been this rich?

                    ALLYSA
          About five years now.

                    MARSHALL
          I sold a few apps I developed...

That's when Lily spots Ryle across the room, in a BLACK
SUIT, sipping red wine and... talking to a STUNNING
WOMAN, 20s.

                    ALLYSA (O.S.)
          And now he just plays video games all
          day. So hot.

Jealousy clawing at her insides, Lily turns to Allysa-

                    LILY
          Can you excuse me one second? I'll be
          right back.

CLOSE ON LILY- Walking through the room, she
intentionally walks right by Ryle and the Woman as she
exits through the FRONT DOOR and-

Draft 3.3.23                                                     39.

34        **EXT. BOSTON LUXURY BUILDING, ROOFTOP - NIGHT**        34

          -Out on the same rooftop- To find THREE STRAGGLERS from
          the party seated on the patio furniture. Ignoring them,
          Lily walks to the ledge with the BEST VIEW. When-

                              RYLE (O.S.)
                    Can we have a few minutes?

          Lily turns to find Ryle standing near the other guests.
          Immediately, all three of them retreat. Once alone-

                              RYLE (CONT'D)
                    You're upset.

          Feeling silly, Lily turns again to the view, hating how
          much her emotions have gotten the better of her.

                              RYLE (CONT'D)
                    You didn't like the lilies I gave you?
                         (no reply)
                    Or- Is it that- You didn't like the card?

          Her back to him- Simply-

                              LILY
                    It's fine, you're just... really
                    confusing, that's all.

          Sighing, Ryle joins her at the ledge, the two looking out
          as they once did months ago.

                              LILY (CONT'D)
                    I thought... we were friends.

                              RYLE
                    We are friends.

          She turns to him. Ryle matching her stare.

                              LILY
                    Then stop flirting with me, stop buying
                    me flowers, stop telling me you can't
                    stop thinking about me and staring at me
                    the way you do, it isn't fair.

          Not blinking, Ryle continues to stare. Lily giving him
          time to make his rebuttal. But he doesn't.

                              LILY (CONT'D)
                    What are you thinking right now?

          Ryle opens his mouth to speak, but in fear, falls silent.

Draft 3.3.23                                    40.

                          LILY (CONT'D)
                   Naked truth. *Tell me.*

Emotion in his throat, Ryle takes a moment to finally
confess- His voice shaking a bit- As he whispers-

                          RYLE
                   I want you...

Reaching out, **Ryle's thumb thoughtfully caresses the
HOLLOW HEART TATTOO on her collar bone.** And-

                          RYLE (CONT'D)
                   But I don't *want* to want you.

                          LILY
                   Then let me make it easy for you.

Shaking her head, Lily turns and heads toward the door-
Ryle letting her go.

35    **INT. ALLYSA'S LOFT, GRAND LIVING AREA - NIGHT**          35

CLOSE ON LILY, grabbing Allysa's hand-

                          LILY
                   Hey, I'm sorry I've gotta go- I'm pretty
                   exhausted- I need to get some rest before
                   tomorrow.

                          ALLYSA
                   Oh-my-god, of course, I totally get it.

Giving her a warm hug-

                          LILY
                   Happy birthday.

Lily turns to take her leave, when-

                          RYLE (O.S.)
                   Lily, wait!

From the other side of the room, Ryle can be seen pushing
through the crowd- Not slowing down- Allysa stepping to
the side as he plants himself right in front of Lily- it
looks like he's going to kiss her but instead he grabs
her hand.

                          RYLE (CONT'D)
                        (Whispering in her ear)
                   Will you please come with me?

Draft 3.3.23                                              41.

Half the room now watching. Lily doesn't know what to do.
She gives in even though she's pissed. He guides her out
the door and–

36    **INT. BOSTON LUXURY BUILDING, TOP FLOOR HALLWAY - NIGHT**    36

Through the hallway, into the other door–

                              LILY
                    Ryle - what are you...

37    **INT. RYLE'S LOFT, GRAND LIVING AREA - NIGHT**    37

–REVEALING the second half of the top floor. He walks in,
closes the door and backs her up against the wall,
pressing his body against hers.

                              RYLE
                    Lily?

She stops. Their faces an inch apart. Both breathing
heavily.

                         RYLE (CONT'D)
                    May I kiss you now?

Lily looks at him. Fuuuuuck she wants him. She takes over
and presses her mouth against his. She's shocked at the
moan that rushes through her as their lips meet. He grabs
her face. She grasps at his hair, pulling him closer.

With unbridled passion, the two become a medley of MOANS
and GASPS, their bodies aching for each other as- Ryle
lifts Lily up- Hooking her legs around his waist and–

38    **INT. RYLE'S LOFT, MASTER BEDROOM - CONT'D**    38

He lays her on the bed- Climbing on top of her- When–

                              LILY
                    Wait- Wait, hold up.

Stunned, Ryle stops. The two of them PANTING, hard.

                              RYLE
                    You want me to... stop?

                              LILY
                    Yes... Please... I need to... think.

Looking a touch disappointed, Ryle rolls over on his
back, the two staring at the ceiling for a SILENCE. Then-

                    LILY (CONT'D)
          I don't want to be just another number.

                    RYLE
          ... You're different. How can I prove to
          you that you're different?

Lily turns to him. He matches her stare.

                    LILY
          ... Don't have sex with me tonight.

He stares for a moment, completely unreadable.

                    RYLE
          Alright. I will not have sex with you,
          Lily Bloom.

Lifting off the bed, he oddly starts to take off his
BLACK SUIT. Laying the pieces on a nearby chair-

                    LILY
          What are you doing?

                    RYLE
          Getting ready for bed. We're going to
          sleep.

                    LILY
          Oh-are-we-now?

                    RYLE
          Unless you'd rather go home? That's fine
          too, I won't keep you.

He unbuttons his shirt, revealing a washboard torso- And
exchanges his slacks for a pair of gray jogging pants.

                    LILY
          You want me to sleep next to you, in this
          bed, tonight, right now.

                    RYLE
          And I promise I won't touch you. At
          least. Not in *that* way.

Lily stares upon this gorgeous, shirtless man who is
offering her the most genuine stare. And-

                    LILY
          You have something I can wear?

Draft 3.3.23                                                    43.

                              RYLE
                    I do. Here-

He reaches out his hand- Lifting Lily to her feet.

                              RYLE (CONT'D)
                    Lift your arms up.

Lily lifts her arms, Ryle unzips her dress and then turns
her round to face him, their faces inches apart. In one
swift movement, Ryle pulls her dress up and off without
breaking eye contact- Replacing it with one of his large
t-shirts- Pulling the garment back down over her body,
covering her bra and panties once more.

Next, he lifts the covers and the two crawl into bed-
Ryle CLICKING off the lamp- Lily cuddling against him
like an old married couple. Teasing-

                              LILY
                    Your heart is pounding.

                              RYLE
                    That's because I've got a beautiful woman
                    in my bed- What do you expect?

Lily GIGGLES. **Ryle kisses the HOLLOW HEART TATTOO and
closes his eyes-** Looking more at peace than we've ever
seen him.

                              RYLE (CONT'D)
                    Goodnight.

                              LILY
                    *Goodnight.*

                                                    BLACKOUT.

39    **INT. RYLE'S LOFT, KITCHEN - MORNING**                    39

      Groggy from sleep, Lily tip-toes into the gorgeous
      kitchen still wearing Ryle's large t-shirt. On the
      counter, she finds a fancy ESPRESSO MACHINE. And grins.

      IN A SERIES OF QUICK CUTS- She whips up a couple of
      CAPPUCCINOS like a goddamn pro- But just as she attempts
      to exit the kitchen with them- The door swings open to
      REVEAL- **Allysa,** with a cheeky grin on her face.

                              ALLYSA
                    You guys have been *banging* this entire
                    time, haven't you?

Draft 3.3.23                                                    44.

Eyes wide, Allysa grabs one of the cappuccinos and takes
a sip, waiting for an explanation.

                    LILY
          We never even kissed until last night.
          We've just had this sort of flirtation
          thing going on, I don't know how to
          explain it...

Falling SILENT, Allysa suddenly looks a little sad.

                    LILY (CONT'D)
          You're not mad at me, are you?

                    ALLYSA
          No. I just know my brother. And, I love
          him, I really do, but...

                    RYLE (O.S.)
          But *what?*

Allysa and Lily both turn- Finding Ryle standing in the
doorway, still wearing his gray jogging pants, no shirt.

                    RYLE (CONT'D)
          It sounded to me like you were about to
          give Lily a warning.

                    ALLYSA
          Yeah, well- Forgive me for having very
          little "faith" in your ability to do
          something that you've never done before.

                    RYLE
          Why are you inserting yourself in this
          conversation? This has nothing to do with
          you- It's none of your business-

                    ALLYSA
          Lily and I are literally *in business*
          together! You can't just burst in like a
          bull in a china shop and break all our
          shit- You know how many girlfriends I've
          lost because of your bullshit? We're
          building something here and I'm not gonna
          lose Lily, not without a goddamn fight,
          so you better check your honest-to-god
          level of sincerity here or you can fuck
          right off!

SILENCE. Our siblings too upset to say much more. Then-

                              LILY
               Anyone care to hear what I have to say?
               Or should I just keep standing here...
               pretending to be invisible?

The siblings' shoulders drop, a bit ashamed. Softly-

                              ALLYSA
               Of course we care.

                              LILY
                         (a beat, to Allysa)
               I don't want things to get weird. That
               shop means everything to me.

                              RYLE
               And I want to do everything in my power
               for this to work. No games. No bullshit.

                              ALLYSA
               ... You better treat her right, or I'm
               gonna go seriously ballistic on your ass.

Taking the coffee mug with her, Allysa and Ryle exchange
a sibling handshake of sorts. It's clear they love each
other and have been through it. She stands and shuffles
out of the kitchen. Leaving Lily and Ryle in SILENCE.
After a beat, a little embarrassed-

                              RYLE
               I can't say I blame her, I've been a
               perfect asshole up to this point.

                              LILY
               What's changed?

                              RYLE
               You.

Approaching her carefully, Ryle wraps his arms around her
waist. Helplessly falling in love.

                              RYLE (CONT'D)
               Let me be good to you. At least let me
               try.

Off Lily. Considering.

                              RYLE (CONT'D)
               Tell me what you want. And I'll do it.
               I'll do anything.

Draft 3.3.23                                                    46.

A beat. Then. With a smirk, Lily turns and walks toward
the door, lifting his t-shirt from her body, and dropping
it on the floor as she moves, exposing her sexy naked
torso. With a chuckle, Ryle follows her into the-

**LIVING ROOM-** Where- Lily turns and grabs Ryle and... the
two begin to kiss, passionately... in a heart racing
interlude of hands and moans and tongues and sweat...
these two newly formed lovers... *become one.*

**INTERCUT WITH-**

40      **EXT. BOSTON MONTAGE (VARIOUS) - DAY AND NIGHT**                40

-RYLE SHOWING LILY AROUND THE CITY. LOBSTER ROLLS; A
TROLLY RIDE; WHALE WATCHING FROM A BOAT; DRINKS IN
HISTORIC DOWNTOWN, LILY LOOKING THE HAPPIEST WE'VE EVER
SEEN HER. SHE AND RYLE FALLING MADLY AND DEEPLY IN LOVE.
JUST AS THEY CLIMAX:

                          ALLYSA (V.O.)
                        **(PRE-LAP)**
                    *Oh. My. God.*

41      **INT. LILY BLOOMS - DAY - SUMMER**                             41

Landing on a huge bouquet of RED ROSES and a box of
chocolates on the counter top right in front of Lily-

                          ALLYSA
                    (Eating the chocolates)
                My brother is obsessed with you-

Rolling her eyes playfully, Allysa hands Lily a CARD.

                          ALLYSA (CONT'D)
                -it's kinda pathetic really. I mean who
                sends flowers a flower shop?

Opening the CARD, Lily finds two words: *"**Dinner tonight?**"*

                          ALLYSA (CONT'D)
                Still, Marshall's gonna have to seriously
                step up his shit. Damn, these are good.

Off Lily, falling in love.

CONFIDENTIAL

Draft 3.3.23                                                    47.

42      **INT. MASSACHUSETTS GENERAL - NEUROSURGERY FLOOR**          42

Lily walks through the hallway, passing nurses and
residents when she sees Ryle through the glass- on one a
knee talking to an eight year old girl post surgery. Lily
hides a bit so he doesn't see her. Ryle as charming as
ever makes her giggle. Off Lily, she can't help but
smile.

43      **INT. MASSACHUSETTS GENERAL, NEUROSURGERY FLOOR/PRIVATE**   43
        **HALLWAY - DAY**

Later, Lily finds Ryle in the middle of his workday,
wearing scrubs as he grabs her and brings her in to a
kiss.

                         RYLE
              Hey you.

                         LILY
              Thanks for the flowers.

He smiles and kisses her again. Then slides his hand down
to the small of her back. He kisses her neck softly. Then
whispers...

                         RYLE
              So? How about dinner?

Lily pushes him away playfully.

                         LILY
              I wish, but my mom's coming to town
              today. She wants to treat me to some new
              restaurant- Apparently, it's getting
              great reviews.

                         RYLE
              That sounds nice. What's it called?

                         LILY
              Some place called *"Root"* on Marketson?

CLOSE ON RYLE. As he slows to a stop. He can't believe
he's about to say this...

                         RYLE
              ... Is there room for one more?

                         LILY
              ... You want. To meet. My mother?

Clocking the trepidation in her voice- More paranoid-

                              RYLE
                    *Is that a problem?*

She knows her mother is A LOT -almost says that it **"feels
a little fast,"** but-

                              LILY
                    You know what? Of course you can meet my
                    mother, she's gonna love the shit out of
                    you. Meet us there around eight?

                              RYLE
                    What have you done to me Lily Bloom? I'm
                    about to meet your mom.

Ryle gives her one last kiss as he backs away shaking his
head. Leaving Lily feeling... strange. But she can't put
her finger on exactly why. Her hand lifts to... the
**HOLLOW HEART TATTOO.** Just as-

44          **INT. THE BUS (MEMORY) - DAY**                          44

        -Young Atlas, sits next to Young Lily, placing the **WOODEN
HOLLOW HEART CARVED IN OAK** in her palm. *A gift.*

                              YOUNG LILY
                    You... made this? For me?

                              YOUNG ATLAS
                    I carved it out of a branch, from that
                    oak in your backyard.

Amazed, Young Lily stares at him. Those **DARK BROWN** eyes.

                              YOUNG ATLAS (CONT'D)
                         (in a whisper)
                    *Strong and sturdy. Don't forget.*

Without thinking, he reaches over and GRABS HER HAND,
squeezing it. Young Lily basking in the warmth of his
touch. A sexual tension between them steadily rising.

This is far more than mere friendship. So cosmic in
nature, so mysterious and unexplainable... these two
might be *soul mates.*

Diagonal from them, Katie pulls down her headphones and
leans toward the GIRL beside her-

                              KATIE
                    Gross.

CLOSE ON YOUNG LILY AND YOUNG ATLAS AS-

CONFIDENTIAL

                          KATIE (O.S.) (CONT'D)
                I can't believe she lets him touch her.
                He wears the same clothes every day.

Furious, Young Lily inhales, preparing to yell at Katie,
but- Young Atlas shakes his head-

                          YOUNG ATLAS
                *Don't.*

The BUS COMES TO A STOP on Lily's street- Young Lily
standing up defiantly- Grabbing Young Atlas and pulling
him in for a **KISS**- The whole BUS gasping and laughing and
clapping, when- She pulls back, shoots **Katie the middle
finger**, and proudly guides Young Atlas from the bus.

Outside- Chuckling under his breath- As the two march
away, down the street-

                          YOUNG ATLAS (CONT'D)
                I can't believe you just did that!

45        **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**        45

CLOSE ON YOUNG LILY- Sitting on the counter, she glances
at the clock, nearing three thirty. Young Atlas whipping
up some batter.

                          YOUNG LILY
                You're not even looking at a recipe.

                          YOUNG ATLAS
                Don't need one.

                          YOUNG LILY
                ... You like to cook?

                          YOUNG ATLAS
                ... I probably love to cook as much as
                you love to grow things.

                          YOUNG LILY
                What are you making?

                          YOUNG ATLAS
                Cookies.

He offers her a spoonful of dough. Taking a taste-

                          YOUNG LILY
                Oh, wow.

CONFIDENTIAL                                          24-CV-10049_0002686

Draft 3.3.23                                    50.

Licking her lips- With Young Atlas so close- It's
impossible not to feel that rise of sexual tension again.
He starts spooning dough onto two sheets-

                    YOUNG ATLAS
              Did you kiss me just now because you
              really wanted to, or- Was it mostly to
              get back at Katie?

                    YOUNG LILY
              Oh... Uh...

He opens the oven door and puts the cookie sheets inside.
Closes the door and- Pulls the oven mitt off his hand.

                    YOUNG ATLAS
              I'm fine with it either way, I just...

Throwing the mitt on the counter, Young Atlas walks over
to Young Lily and places his hands on either side of her.

                    YOUNG ATLAS (CONT'D)
              ...Need a little clarity here.

Young Lily is suddenly holding her breath. Having him
this close. But Young Atlas doesn't seem to be as nervous
as she is. He stares at her. With a sweet grin.

                    YOUNG ATLAS (CONT'D)
              Well?

Young Lily finds the bravery to match his stare. Her
heart fluttering. In a hushed whisper that could make the
hair on your arms stand up straight-

                    YOUNG LILY
              *I wanted to.*

Young Atlas' eyes sparkle. He leans in. His lips inches
from hers. And. The two begin to kiss. With such
unadulterated passion, it's clear these two have been
fantasizing about this moment.

Suddenly- We hear a **CAR PULL INTO THE DRIVEWAY** and- The
**GARAGE DOOR** starts to open-

                    YOUNG LILY (CONT'D)
              Shit! That's my dad, you have to go!

She jumps off the island, looking around the kitchen
frantically- Young Atlas' hands going up to her cheeks,
beckoning her to look at him. Calm and assured-

                    YOUNG ATLAS
          Keep an eye on the cookies. They'll be
          finished in 12 minutes.

He presses his lips to hers and for a moment time stops.
He grabs his backpack and- Sneaks out the back door. The
**ENGINE TO THE CAR** in the garage shuts off.

Making herself look busy, Young Lily starts cleaning up-
As her father, Andrew Bloom, enters the kitchen from the
garage door. Surprised-

                    ANDREW
          Are you... cooking?

                    YOUNG LILY
          Cookies. I'm baking cookies.

He sets his briefcase down on the kitchen table and then
walks to the refrigerator, pulling out a beer.

                    ANDREW
          Nice. Save some for me. They smell
          delicious, kiddo.

Leaning against the counter, Andrew takes a swig of his
beer and kisses her on the forehead. Young Lily covering
with a grin, as we-

                                        SMASH TO:

46    **INT. ROOT RESTAURANT - NIGHT (PRESENT)**                46

-Lily guiding Ryle through a LIVELY restaurant toward
Jenny's table. This place has been fully designed around
a **GIANT TREE IN THE CENTER** - *it's beautiful.*

                    LILY
          Hey, Mom.

Glancing up from her menu- Excited-

                    JENNY
          Lily, this place is incredible, I'm
          already in love with it.

Her eyes drift to Ryle standing right behind Lily-

                    JENNY (CONT'D)
          Oh, hi- Can you talk to me about your
          cocktails?

Draft 3.3.23                                                    52.

                              LILY
                    He's not a waiter- He's with me.

          Ryle smiles and reaches out his hand-

                              RYLE
                    Honest mistake, Ma'am. I'm Ryle Kincaid.

          Jenny returns the handshake. Confused and flustered-

                              JENNY
                    Jenny Bloom. Nice to meet you.

          Lily and Ryle sit at the table- Jenny raising an eyebrow
          at Lily- Trying to ease the awkwardness-

                              RYLE
                    My sister and Lily are really good
                    friends. Have you met Allysa?

                              JENNY
                    Oh, yes, of course. Oh. You two look so
                    much alike now that you mention it.

                              RYLE
                    We both favor our mother.

                              JENNY
                    People always say that about me and Lily.

                              RYLE
                    I can definitely see it in the eyes.

          Ryle smiles brightly at Jenny, causing her to soften.

                              RYLE (CONT'D)
                    With me and Alyssa, it's clearly our
                    noses.

          They laugh.

                              RYLE (CONT'D)
                    Ladies, if you'll excuse me, I need to
                    find the restroom. Be right back.

          The moment he's out of earshot-

                              JENNY
                    How come I've never heard about this guy?

                              LILY
                    We only recently decided to start dating.
                    Before that, we were just... friends.

CONFIDENTIAL

Draft 3.3.23                                      53.

                          JENNY
                I see. And. Where does he work?

                          LILY
                Don't do that.

                          JENNY
                What am I doing? I simply want to know
                more about this exciting new prospect of
                yours- *I am your mother.*

                          LILY
                     (a beat and a sigh)
                Massachusetts General Hospital.

                          JENNY
                     (eyes bulging)
                Is he a doctor?

                          LILY
                *Mom?* Don't.

                          WAITER (O.S.)
                Can I get you ladies something to drink?

                          LILY
                Yes, thank you, I'll take--

Lifting her chin, Lily first see's his hands, and notices
something she would recognize anywhere... a familiar
scar. It can't be. She looks up and locks eyes with...
the WAITER- **EVERYTHING FALLING INTO SLOW MOTION... LILY
GAZING INTO HIS DEEP BROWN EYES. AND IT FEELS... LIKE
HOME.**

This waiter is **ATLAS CORRIGAN,** now in his 30s. Lily's
heart in her throat. Unable to speak. And somewhere in
the background, we can hear the faint **SOUND OF THE MUSIC
BOX** from Lily's bedroom - *"Lily and Atlas' theme."*

**EXPLODING INTO REAL TIME**- Having no idea who this is-

                          JENNY
                Let's start with three waters and go from
                there.

Atlas snaps out of his own trance and- Covers with a nod-
Retreating through the SWINGING DOORS TO THE KITCHEN.

                          JENNY (CONT'D)
                What in the world is wrong with you?

But before Lily can answer- Ryle rejoins the table-

                              RYLE
                    What'd I miss?

                              JENNY
                         (with a sparkle)
                    Mr. Kincaid. Are you, by chance, a
                    doctor?

                              RYLE
                    I am. A neurosurgeon.

                              JENNY
                    And what does a day-in-the-life of a
                    neurosurgeon look like?

                              RYLE
                    Well- Every day is a bit different. I
                    think that's why I love it so much. Next
                    month, I get to perform a once-in-a-
                    lifetime craniopagus separation.

          Lily glances back toward the KITCHEN DOORS-

                              JENNY
                    A cranio-what?

                              RYLE
                    Craniopagus separation. Conjoined twins.

          He points to a spot on the top of his head and taps it-

                              RYLE (CONT'D)
                    Attached right here. We've been studying
                    them since they were born.

                              JENNY
                         (beyond impressed)
                    Is it a rare surgery?

                              RYLE
                    Very rare. It's an honor to even be a
                    part of it.

          Lily trying to join the conversation- Playing off her
          shock-

                              LILY
                    He'll be the youngest neurosurgeon to
                    have ever done it. It'll end up in
                    medical journals.

          THREE WATERS arrive, but they are being delivered by a
          DIFFERENT WAITER - female, 20s.

                    FEMALE WAITER
          Here we go, three waters to start. What
          else can I put in for you?

In love with Ryle- Wanting to celebrate-

                    JENNY
          Wow. I can't wait to read about it.
               (To waiter)
          I think we should share a bottle of wine -
          it feels like that kind of occasion.

                    LILY
          Great- I'll be right back- I *also* need
          use the restroom.

WE TRACK WITH LILY- As she makes her way across the room-
Scanning the face of every WAITER she passes- Until-

47    **INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT**        47

     -She lands in the darkened, quiet hallway near the
     bathrooms. As soon as she's alone, Lily presses her back
     against the wall, trying to collect herself, when-

                    ATLAS (O.S.)
          *... Lily?*

Lily glances up- Finding Atlas standing at the end of the
hallway like a ghost straight out of the past. Bewildered-

                    LILY
          *... Atlas?*

As if in a trance, they walk toward each other, meeting
in the middle of the hall and... hug one another dearly.

                    ATLAS
          Holy shit. You haven't changed at all.

He puts his hands on her shoulders and takes a step back.

                    LILY
          I can't say the same about you. My mom
          didn't recognize you at all.

                    ATLAS
               (good-humored)
          *Thank God.*

                    LILY
          So- Did you end up going into the
          military or-?

Draft 3.3.23                                              56.

                          ATLAS
               Eight years. Soon as I got out, I got
               myself to Boston.

                          LILY
                    (an inside joke)
               *Where everything's better.*

                          ATLAS
               You know it. What brings you here?

                          LILY
               I live here. Own a flower shop over on
               Park Plaza. It's called *"Lily Blooms."*

                          ATLAS
               Wow... you did it. I'm so happy for you.
               And who's the lucky guy?

                          LILY
               His name is Ryle... What about you?
               Married? Girlfriend?

                          ATLAS
               Uh. Girlfriend. Her name is Cassie.

          Lily doesn't love hearing this. But covers with a smile.
          SILENCE. Neither of them moving. *Or else break the spell.*

                          ATLAS (CONT'D)
               ... You should probably get back to your
               company. I'll look you up sometime. You
               said Park Plaza, right?

          She nods. He nods. And–

                          LILY
               Wow. It was really good to see you.

                          ATLAS
               *You too.*

          He opens his mouth to say more, but... thinks better of
          it. CLOSE ON LILY. Watching as Atlas turns and walks
          away.

     48   **INT. LILY'S CHILDHOOD BEDROOM (MEMORY) – NIGHT**          48

               Young Lily and Young Atlas quietly and very secretly eat
               cookies sitting on her bed. Young Lily demonstrating how
               to properly SHUFFLE CARDS.

                         YOUNG LILY
                    Here, you try.

She hands over the deck, Young Atlas giving it a whirl
and the CARDS GO EVERYWHERE, making them both chuckle
quietly, trying not to wake her parents. After a beat-

                         YOUNG LILY (CONT'D)
                    What was it like living in Boston?

                         YOUNG ATLAS
                    Best years of my life. My uncle lived in
                    an apartment building with the coolest
                    rooftop deck. We would just sit and think
                    and look at the city for hours. The food
                    is really great too. And the harbor. My
                    uncle would take me fishing there
                    sometimes.

                         YOUNG LILY
                    ... Sounds like you miss it.

                         YOUNG ATLAS
                    Yea- Everything's better in Boston.
                    Except the girls. Boston doesn't have
                    *you.*

Emotion caught in her throat-

                         YOUNG LILY
                    I'm gonna miss you...

                         YOUNG ATLAS
                    Same. I don't know how you did it, but...
                    somehow... you became my favorite person.

A beat. Then. Leaning in, the two begin to kiss again.
Lily takes off his shirt.

                         YOUNG ATLAS (CONT'D)
                    Are you sure?

                         YOUNG LILY
                    So sure.

Young Lily climbing on top of him- When-

                         RYLE (V.O.)
                         **(PRE-LAP)**
                    Hey, Lily! You want a drink?

Draft 3.3.23                                                              58.

49          **INT. BOSTON BAR – DAY – SUMMER**                          49

CLOSE ON LILY. Shaking from her thoughts of Atlas-

                    LILY
          Uh, yeah- I'll take a wine.

PULL BACK TO REVEAL- A PACKED BAR during a Bruins game.
Most everyone here in a ONESIE, including- Lily, Ryle,
Allysa, and Marshall. To Lily- Objecting-

                    MARSHALL
          You're in a onesie, Lily, you don't get
          *free wine* with a onesie!

                    LILY
          Okay, fine, let's do this.

To the BARTENDER-

                    MARSHALL
          Three *beers*, please, and a water for my
          lady-love.

He kisses Allysa – Lily and Ryle looking suspicious.

                    LILY
          Why aren't you making *Allysa* have a beer?
          She's wearing a onesie, too.

Outed, Allysa and Marshall glance at each other.

                    ALLYSA
          We didn't plan on telling you here, but-

Suddenly, Marshall yells out-

                    MARSHALL
          I'm gonna be a dad!

A few DRUNK PATRONS clap their hands- Raising their beers-

                    PATRONS
          Woooo! / Right on, man! / Hell yeah!

Ryle looks stunned. Lily grabs him by the hand.

                    LILY
          Congratulations, Uncle Ryle.

The bartender slides over three beers and one water for
Allysa- Ryle holding up his beer to cheers- Ryle, stunned
and feeling so sentimental.

CONFIDENTIAL

Draft 3.3.23                                                    59.

                         RYLE
              To Allysa. You're eleven months younger
              than I am, but- You still teach me, every
              day, what adulting looks like.

The four CLINK their glasses together and drink.

                         LILY
              I didn't realize you two were so close in
              age.

                         ALLYSA
              Oh, yeah- Three kids in three years- I
              feel so sorry for our mom.

The mood shifts. Allysa gives Ryle an apologetic look.

                         LILY
              *Three?* You have another sibling?

Ryle straightens up, looking a little triggered. Gingerly-

                         ALLYSA
              Uh... yeah... we had an older brother.
              *Emerson.* But...

She looks to Ryle, as if to sheepishly ask permission to
speak on the matter. And. He simply shakes his head.

                         ALLYSA (CONT'D)
                    (simply)
              He passed away when we were kids.

                         LILY
                    (a beat, struck)
              I'm so sorry to hear that...

CLOSE ON LILY. Wanting to ask more. But the look on
Ryle's face makes her dare not.

Suddenly- The Bruins score and- THE BAR EXPLODES WITH
CHEERS. Ryle finally relaxing again. Lily leaving it be.

**IN A SERIES OF QUICK CUTS- WE WATCH THESE FOUR LIVE IT UP
AT THE BAR IN THEIR ONESIES, LAUGHING AND DRINKING- RYLE
GRABBING LILY AROUND THE WAIST AND KISSING HER AS-**

50      **INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**        50

              -The two tumble into Lily's apartment, ripping at one
              another's onesies- Until they are both down to their
              underwear- Ryle kissing his way down Lily's torso. CLOSE
              ON LILY- As she arches her back in pure ecstasy.

Draft 3.3.23                                                     60.

51          **INT. LILY'S BOSTON STUDIO APARTMENT - MORNING**          51

Lily awakens, entangled in the sheets.

                         RYLE
              Good morning. You like frittata?

Lifting up, she finds Ryle in his boxers- In the open
KITCHEN- pouring an egg mixture into a **CASSEROLE DISH**-
And tossing it into the hot oven.

                         LILY
              Oooo, that sounds amazing.

POP! He opens a nice bottle of Champagne and pours two
glasses, adding a little orange juice-

                         RYLE
              And a little "hair of the dog"? I think
              I'm still a little drunk from last night.

Giggling, Lily remains in bed-

                         LILY
              Oh-my-god, I thought you'd never ask.

Joining her in bed with the mimosas-

                         RYLE
              Cheers.

They both take big gulps of the champagne- Then- **He
stares at Lily's HEART TATTOO, caressing it-**

                         RYLE (CONT'D)
              This might possibly be my favorite part
              of you. What does it mean?

                         LILY
                    (lying)
              Nothing really. Just. One of those random
              things you do in high school.

- Ryle leans in and gently kisses the **HEART TATTOO.**

                         RYLE
              I told my mom about you. She wants to
              meet you at some point.

                         LILY
              Oh, yeah?

CONFIDENTIAL

                           RYLE
              I mean- It's a monumental thing, you know-
              Me having a girlfriend.

Eyes twinkling- Jaw agape- Lightly teasing him-

                           LILY
              So I'm your girlfriend now, am I? I don't
              remember having a conversation about
              that.

                           RYLE
              You want to be asked?

                           LILY
              It certainly shouldn't be automatic,
              that's for sure.

                           RYLE
              Will you be my girlfriend, Lily Bloom?

                           LILY
              Nah, I'm good.

Laughing, they start to play fight. Ryle pinning her
down, begins to kiss her stomach, working his way up her
body - finding her lips. The two begin to kiss
passionately- Lily's eyes rolling back, when- **BEEP-BEEP-
BEEP-BEEP!**

The **FIRE ALARM** screams out- SMOKE billowing from the oven-
The two scrambling to get out of bed- Ryle rushing into
the SMALL KITCHEN- Lily right behind him, quickly draping
a ROBE over her naked body- Laughing as-

                           LILY (CONT'D)
              Oh shit!

Ryle pulls open the OVEN DOOR, the egg from the casserole
bubbling over, burning black tar at the bottom of the
oven- Blinded by the SMOKE- Not thinking- Still a little
drunk from the night before- Ryle reaches in and-

                           LILY (CONT'D)
              Wait, Ryle! You need a-

         RYLE                            LILY (CONT'D)
Shit!                                    -Pot holder.

The CASSEROLE falls from Ryle's hands and lands on the
floor with a SMASH! Shattering broken glass everywhere.

Draft 3.3.23                                          62.

Without thinking, Lily continues to laugh at the
ridiculousness of the last few seconds- Ryle SLAMMING the
oven shut and moving to the faucet- Shoving his hand
under the cold water- Trying to suppress her laughter-

                    LILY (CONT'D)
               (Laughing)
          What a mess!! Are you okay? I hope it
          didn't-

Lily leans over to get a look at Ryle's hand, and-

We hear a loud SMACK! **Ryle turns as Lily gets KNOCKED
back, hitting hard against the wall- The wind knocked out
of her- Her hand now pressed against the left corner of
her eye. We didn't see what happened as there is so much
smoke.**

EXTREME CLOSE UP ON LILY. On the ground. Dazed and
confused. SMOKE CLOUDED all around her. Pain shooting
through the corner of her left eye - a SEISMIC SWELLING
taking hold- Ryle voice sounding far off, as if
underwater.

                    RYLE
          Lily? Oh God Lily.

WE STAY ON LILY- Wrapping her arms over her shaking head,
trying to make sense of the last fifteen seconds.

                    LILY
          Did you... push me?

We hear RYLE'S VOICE as he draws nearer- Coming into
focus- Gently, pulling her close- Kissing her head-

                    RYLE
          I... burned my hand and I...

The room spinning- Unable to process- Tears welling- Lily
is trembling- As Ryle assesses the cut on her face. Ryle
goes to kiss her head.

                    LILY
          Please! Just give me some space -

She pushes him off her. He falls back onto his hands.
Then - slowly he looks down. A shard of glass now buried
in his burnt palm. Blood trickling down his wrist. Lily
remains so confused. The room still lingering with SMOKE.
Broken glass, eggs and now blood everywhere. Ryle pulls
himself up, sticks his hand under the water and starts
rinsing the blood. Lily grabs a towel.

Draft 3.3.23                                              63.

                              LILY (CONT'D)
                    Your hand. Oh My God. I didn't mean to...
                    I'm so sorry...

He pulls his hand from the water and with his good hand
lifts her chin.

                              RYLE
                    Fuck the hand, Lily. I don't care about
                    my hand. Are YOU okay?

He looks back and forth between her eyes, assessing the
cut on her face.

                              LILY
                    I don't know... I think...

                              RYLE
                    I'm so sorry... Please forgive me.

He presses his mouth to Lily's and breathes her in. Lily
is so upset, she starts to kiss him back, in need of
comfort. Until- Ryle scoops her up- Gently laying her
down on the floor. He kisses her wound. A mix of blood
and tears now.

CLOSE ON LILY. Closing her eyes, accepting his apologies
so viscerally, by the time she opens them again... it's
clear she's convinced herself of one thing.

                              LILY
                    ... *It was an accident.*

                                                    SMASH TO:


52      **INT/EXT. LILY'S CAR / BOSTON PARK - DAY (LATER)**          52

        Parking her car, Lily pulls down the visor, checking her
        bruise in the mirror. From her makeup bag, she reapplies
        some concealer, trying to mask the purple of her skin.

        Grabbing a pair of sunglasses, Lily perches them on her
        nose- Hops out of the car- And grabs a white box in the
        backseat- Cradling a super edgy wedding bouquet with dark
        purple roses and black ribbon.


53      **EXT. BOSTON PARK - DAY**                                   53

        Walking through the park, sunglasses on and carrying the
        bouquet.


CONFIDENTIAL

Draft 3.3.23                                          64.

Lily meets an eccentric BRIDE and GROOM, 40s, gathered
near a small pond with THREE OF THEIR FRIENDS. A very
simple wedding. No frills.

                    LILY
          I'm so sorry I'm running behind, I was on
          my own at the shop this morning.

The bride approaches Lily, dressed in a dark red corseted
wedding dress, her lips painted black. Taking the bouquet-

                    BRIDE
          Shit. These roses look dead. *Cool.*
               (OFF LILY)
          Wanna stay for the wedding?

**MINUTES LATER-** We find Lily standing among strangers, her
sunglasses still covering her bruise. She gets a text:

                    RYLE (TEXT)
          *Just out of surgery. Making the rounds*
          *now. Can't stop thinking about you. I*
          *love you.*

She takes this in as she watches the BRIDE and GROOM
exchange their own handwritten vows.

                    BRIDE
          ...because loving you is believing in the
          very best version of you. And helping you
          become that person, day by day.

Striking a chord deep within her. We see a tear trickle
from behind her sunglasses and down her cheek.

54        **INT. ROOT RESTAURANT - NIGHT**                    54

Entering *"Root"* on a bustling evening, Lily's eyes scan
the room. No sign of Atlas. Just Ryle waving at her from
a far table with Allysa and Marshall.

                    LILY
          Sorry I'm late- what happened? I thought
          we were going somewhere else.

                    ALLYSA
          Oh, no- I've been dying to eat here since
          Ryle told me how damn good it was.

Sliding into the booth, Lily sits next to Ryle-

                    RYLE
          Hey, girlfriend.

Draft 3.3.23                                    65.

                              LILY
                    Hey, boyfriend.

Sweetly, he kisses her near her left eye where that
SEISMIC BRUISE still lingers. Clocking it-

                              ALLYSA
                    Ryle told me what happened, but... I
                    didn't think it was *that* bad.

Lily glances at Ryle, wondering what he told her.

                              RYLE
                    It-was-such-a-mess- Eggs and glass
                    everywhere. And yet, when she *slipped*,
                    she was still very graceful. Like a
                    ballerina.

                              LILY
                    ... It was pretty pathetic.

                              MARSHALL
                    How did that big surgery go? The one with
                    the twins? Your hand hold up alright?

                              RYLE
                    Steadiest hand in all of Boston.

                              MARSHALL
                    Hell yeah.

A WAITER arrives, dropping off their entrees-

                              ALLYSA
                    Oop- Sorry, Lily, we went ahead and
                    ordered-

                              LILY
                    No, it's fine, I was late.

                              RYLE
                    I got you the steak.

It's clear Lily didn't want steak, but smiles anyway.
Digging in-

                              LILY
                    Any ideas on baby names yet?

                              MARSHALL
                    I love Nebraska, but-

                              ALLYSA
                    -I'm not naming this baby after a state.

Draft 3.3.23                                          66.

                              MARSHALL
                    Idaho?

Locking eyes with Lily-

                              ALLYSA
                    This is going to be the demise of our
                    marriage.

                              ATLAS (O.S.)
                    Hey folks, how's the meal tasting so far?

The four turn their heads to find **Atlas**-

                              ALLYSA
                    Honestly? I've only had two bites and
                    this is already, literally, said and
                    done, my new favorite restaurant.

                              ATLAS
                    Thank you. I'm the head chef so- That's
                    really nice to hear.

Atlas locks eyes with Lily, and without thinking-

                              LILY
                    You're the chef?

                              ATLAS
                    Sometimes waiter, sometimes dishwasher.
                    Gotta be hands-on when you own the place.

**AND THEN, IN SLOW MOTION, AS ALLYSA KEEPS TALKING- HER
VOICE FADING IN THE BACKGROUND- ATLAS' GAZE FALLS TO THE
BRUISE ON LILY'S LEFT EYE... THEN TO THE BANDAGE WRAPPED
AROUND RYLE'S RIGHT HAND... THEN BACK TO LILY'S EYE.**

**EXPLODING BACK INTO REAL TIME-** Atlas' jaw hardens and
then... he walks away, Allysa mid-sentence.

                              MARSHALL
                    Bummer. We find a new favorite restaurant
                    and the chef's an asshole.

                              RYLE
                    Yeah, but, sadly- The assholes tend to be
                    the best ones.

Putting her hand on Ryle's arm- Quietly-

                              LILY
                    Bathroom.

CONFIDENTIAL                                          24-CV-10049_0002703

Draft 3.3.23                                                    67.

He nods as Lily scoots out of the booth- And walks across the restaurant, head down, fast-paced.

55      **INT. ROOT RESTAURANT, WOMEN'S RESTROOM - NIGHT**              55

She enters the Women's single restroom, locking the door. Quietly-

                          LILY
                Shit. Shit, shit, shit.

Her hands on the sink, Lily steadies herself. Then. Looks at her eye. Still not knowing what to make of it. She wants to cry, but cannot let herself.

Instead, she takes in a deep breath and- Unlocks the door to leave- REVEALING- **ATLAS.** Stepping inside and closing the door-

                          ATLAS
                ... What happened?

                          LILY
                ... Nothing.

His DEEP BROWN EYES narrow. *Knowing she's lying.*

                          LILY (CONT'D)
                It was an accident.

                          ATLAS
                I've heard that one before. Many times.

                          LILY
                     (a beat, simply)
                ... I'm not your mother.

                          ATLAS
                     (simply back)
                ... No. But are you turning into yours?

His words sting. Sting so hard, tears kiss Lily's eyes.

                          ATLAS (CONT'D)
                Leave him.

                          LILY
                Leave him? What are you talking about?
                He's not like that- Ryle's a good person.

She reaches for the door, but- Atlas grabs her wrist. Angry, she yanks her hand away.

CONFIDENTIAL

Draft 3.3.23                                                        68.

                              LILY (CONT'D)
                    I'm more scared of you right now than I
                    have ever been of him.

ON ATLAS. Pausing a moment. Then. He steps to the side,
giving her safe passage to the door.

                              ATLAS
                    I'm sorry, I'm just... trying to repay
                    the concern you once gave me.

Reaching for the door, Lily pulls it open- And steps-

56      **INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT**          56

-into the hallway, running right into... **RYLE.** His eyes
ablaze as Atlas exits the women's bathroom behind her.

                              RYLE
                    ... What the fuck?

Turning, Atlas walks toward the kitchen- Ryle's eyes
glued on his back- But right when Atlas reaches the
doors, he pauses, and- Spins around, striding toward
Ryle, grabbing him- And SLAMMING him against the wall.

                              ATLAS
                    You touch her again and I'll cut your
                    fucking hand off and shove it down your
                    throat - you piece of shit.

                              LILY
                    Atlas, stop!

Atlas releases Ryle forcefully, taking a huge step back-
Ryle breathing heavily, staring at Atlas long and hard.

                              RYLE
                    ... *Atlas?*

Ryle lets out a disbelieving laugh- To Lily-

                              RYLE (CONT'D)
                    This is Atlas? The homeless boy you pity-
                    fucked?

LILY CLOSES HER EYES- AND- IN AN INSTANT- Atlas lunges at
Ryle and the two men start beating the shit out of each
other- TWO WAITERS shoving past the SCREAMING Lily-
Pinning the men against opposite walls- Atlas and Ryle
left glaring at each other, breathing heavily. To Ryle-

Draft 3.3.23                                                      69.

                              ATLAS
                  Out! Get the hell out of my restaurant!

Turning, Ryle walks right by Lily as he marches down the
hall- Locking eyes with her for a brief second. But there
isn't anger there. Only hurt. Lots of hurt.

Left in the hall, Lily gives one last glance to Atlas.
Seeing the disappointment written all across his face.

BACKING AWAY- WE TRACK WITH LILY AS SHE MARCHES-

57      **INT. ROOT RESTAURANT - NIGHT**                          57

        -into the main dining room, where she spots Ryle,
        grabbing his jacket from the booth and walking toward the
        exit without even looking at Allysa and Marshall.

        Hurrying to the table, Lily grabs her purse. To Allysa-

                              LILY
                  It's a long story- We'll talk tomorrow.

        WE TRACK WITH LILY- As she rushes to catch up with Ryle-

58      **EXT. ROOT RESTAURANT, PARKING LOT - NIGHT**             58

        -Pushing through the exit and out into the parking lot,
        Ryle bee-lining toward his car-

                              LILY
                  Ryle, stop! Wait!

        Suddenly, Ryle turns and punches at the air in rage-

                              RYLE
                  What the hell did you tell him, Lily?!
                  Did you tell him I hurt you?!

                              LILY
                  No- He- He saw my eye and your hand- And-
                  He just- *Assumed!*

        Panting, Ryle shakes his head, fighting back tears.

                              RYLE
                  ... What was he doing in the bathroom?

                              LILY
                  ... He's just an old friend that was
                  worried about me, that's all.

Draft 3.3.23                                                    70.

Ryle forces the saddest smile we've ever seen on a human.

                    RYLE
          ... You have my heart, Lily, you have all
          of me. If you don't want to be with me,
          please tell me right now.

Feeling guilty- And baffled by feeling guilty, Lily
shakes her head- Confused- Feeling horrible- And wanting
that awful feeling to just disappear, quickly-

                    LILY
          ... I don't want anyone else. I want you.

Hearing this, Ryle lets out a sigh, pulling Lily in,
holding her so close – as if she's his only lifeline.

                    RYLE
          I love you, Lily. *God, I love you.*

Squeezing her tight, Ryle presses a kiss to her forehead,
Lily feeling trapped... and eerily reminded of another
"scuffle" that Atlas got into, long ago.

                                        SMASH TO:


59      INT. LILY'S CHILDHOOD BEDROOM (MEMORY) – DAY          59

Tangled in the sheets, held in a lover's embrace, we find
Young Lily and Young Atlas staring in each other's eyes.
Caressing her face, Young Altas finally unveils he truth
he's known for some time now.

                    YOUNG ATLAS
          I love you, Lily. Everything about you. I
          love you.

Absorbing these words, Young Lily's eyes sparkle. And-

                    YOUNG LILY
          I love you, too.

The two begin to kiss- Giggling a bit as they gear up to
have sex again, when- Suddenly- Out of fucking nowhere-
Someone POUNDS on the door- KNOCK! KNOCK!

                    ANDREW (O.S.)
          Lily?! Who are you talking to?!

The door bursts open, Lily's father exploding inside with
a BASEBALL BAT- Finding Young Atlas in bed with his one
and only daughter.

Draft 3.3.23                                    71.

**CLOSE ON YOUNG LILY- AS SHE WATCHES IN SLOW MOTION- AS HER FATHER COMES DOWN ON YOUNG ATLAS WITH THE BASEBALL BAT- THE SOUND OF BONES SNAPPING THE ONLY THING WE HEAR, MIXED WITH YOUNG LILY'S PIERCING SCREAM.**

BLACKOUT.

60        **EXT. LILY'S MAINE HOME, DRIVEWAY (MEMORY) - NIGHT**        60

EXTREME CLOSE UP ON YOUNG LILY. Her tearstained face looking almost catatonic, as she watches LOCAL PARAMEDICS loading Young Atlas' into an ambulance, **HIS BODY SO BLOODY IT'S ALMOST UNRECOGNIZABLE.** Alive. Just barely.

A short distance away, we see Andrew and Jenny Bloom in their house robes, talking to the local **SHERIFF**- The same man that led Andrew's funeral in our opening- Only about fifteen years younger. Quietly to Andrew-

                    SHERIFF
          ... can't imagine what you've been
          through having found your little girl in
          such a compromising situation.

Jenny bursts into tears, pressing a tissue to her mouth-

                    JENNY
          He forced her into it- I know it.

                    SHERIFF
               (at a loss)
          What do you want me to do, Andrew? I can
          file a report, but- If you'd rather not
          have this incident follow Lily around...
          we can keep it quiet.

Reeling, Andrew somberly looks over his shoulder and LOCKS EYES WITH YOUNG LILY. Her stares pleads with him, but he bristles- Turning back toward the Sheriff-

                    ANDREW
          Get that little shit as far away from
          this fucking town as you possibly can.
          And if he ever dares show his face again-

EXTREME CLOSE UP OF YOUNG LILY- Tears streaming down her face as her father's words wash over her. Low and enraged-

                    ANDREW (O.S.) (CONT'D)
          I want you to *take care of it.*

CONFIDENTIAL

The ambulance doors close, Young Lily watching it as it drives down the street and disappears out of sight, sirens blaring.

OFF YOUNG LILY- Spiraling with the understanding that she will most likely never see Atlas ever again.

                                                   CUT TO:

61      **INT/EXT. LILY BLOOMS STORE - DAY - JANUARY**            61

Lily, "awakening" from her daydream as an ambulance speeds by the shop, she's watering her plants. When Allysa enters from the bathroom, **now sporting quite the BABY BUMP.**

                         ALLYSA
              Uh- That's like- The billionth time I've
              peed today. This little peanut's really
              starting to press on the ol' bladder.

Taking a heavy seat- Massaging her boobs- Whining-

                         ALLYSA (CONT'D)
              And my boobs... *my boobs*, Lily... every
              time my shirt moves, my nibs feel like
              they're on friggin' fire... make it stop.

                         LILY
              Why are even you here? It's so slow. You
              should be horizontal somewhere having
              Marshall rub your feet.

                         ALLYSA
              First of all, I can't get Marshall to go
              anywhere near my feet. He has a thing.
              And also he doesn't let me whine as much
              as you do.

                         LILY
              Whine away, my love. I am so here for it.
              But I'm not delivering your baby.

Lily continues watering her plants. Allysa's gaze tilting toward the front door.

                         ALLYSA
              Hey. Remember a few months ago when you
              told me I could never go back to my new
              favorite restaurant, because the boy you
              loved as a teenager is the owner and it
              would be unfair to Ryle?

                         LILY
               Uh... *yeah.*

                         ALLYSA
               If we can't go back there because of the
               owner - how is it fair that the owner
               gets to come here?

Turning, Lily spots what Allysa sees- **Atlas** paying a
parking meter across the street and- Heading their way.

                         ALLYSA (CONT'D)
                    (Quietly)
               Okay. I know that you're with my brother
               and that I am with child, but- Can we
               please just take a moment to silently
               admire the perfection that is that man?

The door opens, Atlas entering. Lily stealing a shallow
breath as the two lock eyes. After an awkward beat-

                         ALLYSA (CONT'D)
                    (Whispering)
               Ok I'm gonna go pee again and give you
               guys some privacy.

Lifting up and waddling to the bathroom, Allysa closes
the door. Lily and Atlas are left alone.

Atlas takes in the flower shop. Beaming with pride.

                         ATLAS
               Wow. You really did it.

                         LILY
               Thank you.

                         ATLAS
               It's... It's taken me a long time to get
               the courage to come in here. I came by
               the next day but he was here and I felt
               like I'd already done enough damage. I
               just wanted to say... I'm sorry. For what
               happened. I wish I had handled it very
               differently.

                         LILY
               ... It was a misunderstanding.

Atlas still doesn't buy it. But he says nothing. His eyes
drifting to the register counter. Approaching it- He
grabs two things- A pen and a sticky note. **Writing
something down on the sticky note-** Casually-

Draft 3.3.23                                              74.

                          ATLAS
             Let me see your phone.

                          LILY
             Uh... okay...

Lily hands over her phone, watching as Atlas slips the
OUTER CASE off and puts the **STICKY NOTE** between the case
and the phone – then hands it back to her.

                          ATLAS
             It's my number. In case you ever need it.

                          LILY
             ... I won't.

                          ATLAS
             ... I hope not.

A beat.

Then. Not knowing what more to say, Atlas turns and takes
his leave, but just as he reaches the door-

                          LILY
             *Wait.*

His hand on the doorknob, he pauses. Turning-

                          LILY (CONT'D)
             What Ryle said to you that night, about
             us. He was just really upset, I... I
             promise I never said that.

The corner of Atlas' mouth curls with a smirk-

                          ATLAS
             Believe me, Lily. I know it wasn't a pity-
             fuck... *I was there.*

The door opens and closes, Lily watching as Atlas walks
across the street- Back toward his car as-

                          ALLYSA (O.C.)
             Oh Shit! Lily!!!! I think it's
             happening!!

                                              EXPLODE TO:

62    **INT. MASSACHUSETTS GENERAL, HALLWAY – NIGHT**          62

      CLOSE ON ALLYSA– Panting and whining as Ryle wheels her
      through DOUBLE DOORS. Marshall and Lily beside them.

Draft 3.3.23                                        75.

                          MARSHALL
                Almost there, honey!

                          ALLYSA
                Easy for you to say, sweetie, you don't
                have nine pounds of baby trying to burst
                out of your hoo-ha!

          CLOSE ON ALLYSA- As she starts to SCREAM and-

                                          MATCH CUT TO:

63    **INT. MASSACHUSETTS GENERAL, ALLYSA'S ROOM - MORNING -      63
      JANUARY**

          -The **PIERCING CRY** of a LITTLE BABY GIRL, swaddled sweetly
          in Allysa's arms. Lily, Ryle, and Marshall by her side.

                          MARSHALL
                Look at her. She's like a little alien.

                          ALLYSA
                Don't say that, she's perfect.

                          MARSHALL
                *A perfect little alien.*

          Quietly to Ryle-

                          LILY
                You're an uncle.

          Squeezing Lily's hand, Ryle says nothing- Just stands in
          awe, watching Allysa hold her new baby.

                          ALLYSA
                You want to hold her?

          Ryle kind of stiffens up like he's nervous, but then he
          nods. Allysa leans over and puts the baby in his arms.
          Cradling the newborn gently, as if she was made of glass-

                          RYLE
                You guys decide on a name yet?

          Allysa and Marshall locks eyes. Then- With a grin-

                          ALLYSA
                We wanted to name her after someone
                Marshall and I both think the world of,
                so... we added an E to your name.
                     (OFF RYLE)
                We're calling her Rylee.

Draft 3.3.23                                              76.

Ryle blows out a quick breath in shock. In a whisper-

                           RYLE
                 Wow... I don't know what to say.

A beat. Ryle staring at this child. Everyone staring at
her. Basking in that innocent reminder of how precious
life is... how fragile... how quickly it goes.

                           ALLYSA
                 You guys want kids?

Ryle and Lily lock eyes.

                           RYLE
                 Uh... I mean. I didn't even want a
                 relationship before Lily, so...
                       (realizing it in the moment)
                 I can't believe I'm even saying this,
                 but... *yeah,* I totally want kids. *Weird.*
                       (to Lily)
                 What about you?

                           LILY
                 ... I've always thought it would be
                 really fun to be a mom. But. I guess. I
                 sorta saw myself getting married first.

                           RYLE
                 ... For what it's worth, I'd marry the
                 hell out of you.

                           ALLYSA
                 Awww. That's really sweet. My brother is
                 actually sweet.

                           MARSHALL
                 And? *What say Lily?*

Lily looks at Baby Rylee cradled in her uncle's arms-
Feeling so much love in her heart-

                           LILY
                 Are you kidding? I'd marry Ryle tonight.

A beat. Ryle suddenly struck with an idea.

                           RYLE
                 Then let's go. Right now.

                           LILY
                 ... You're joking.

CONFIDENTIAL

                         RYLE
          I've never been more serious about
          anything in my entire life. Let's pack a
          bag and fly to Vegas and get married
          right now, *tonight.*

                         ALLYSA
          She can't do that- She's a girl- She
          wants a real wedding- With flowers and
          bridesmaids and shit.

To Lily-

                         RYLE
          Do you want a real wedding? With flowers
          and bridesmaids and shit?

A strong beat. Then- Lily turns to Allysa with a smirk-

                         LILY
          Next time I see you... we'll be *sisters.*

Bursting into laughter, they hug. Alyssa overly
emotional.

                         ALLYSA
          OMG. Get the hell out of here and get
          your ridiculously cute asses married
          already!

                         LILY
               (To Ryle)
          Okay, but- If we're gonna do this- It has
          to be the most hilarious cheap wedding
          you can possibly imagine. Let's go to
          Atlantic City and pretend it's Vegas.

                         RYLE
          You're disgusting. I love it.


                                   JUMP TO ATLANTIC CITY
                                   MONTAGE:


64   **INT. SEEDY ATLANTIC CITY "ONE HOUR CHAPEL" DRESSING ROOM -** 64
     **NIGHT**

     He does a little turn in a changing area, dressed as
     Elvis- Doing a full-out impression-

                         RYLE
          *Hey, baby. You wanna get married?*

Draft 3.3.23                                              78.

REVERSE TO REVEAL- Lily, dressed as a VEGAS SHOWGIRL
covered in feathers and sparkles-

                          LILY
                *Why, I thought you'd never ask.*

Looping their arms together- The two-

65    **EXT. THE ATLANTIC CITY BOARDWALK - NIGHT**                65

Run along the strip in their outfits, laughing wildly,
YARDSTICK SLUSHIES in hand as they-

66    **INT. SEEDY ATLANTIC CITY "ONE HOUR CHAPEL" - NIGHT**      66

-Exchange vows at a "ONE HOUR CHAPEL"- A DRAG QUEEN
dressed as DOLLY PARTON leading the ceremony- Ryle
surprising Lily with a GIGANTIC ROCK. Eyes widening-

                          DOLLY
                Ooo, daddy- You may now kiss the bride!

Leaning in, Ryle and Lily kiss one another passionately
and it builds into-

67    **INT. THE BOARDWALK FERRIS WHEEL - NIGHT**                 67

- a full make-out session mid-flight in the ferris
wheel...

68    **INT. ATLANTIC CITY CASINO - NIGHT**                       68

They play slots. Lily wins.

69    **INT. ATLANTIC CITY PENTHOUSE SUITE - MORNING**            69

Eyes fluttering open, Lily finds herself in this gorgeous
suite, lying next to her sleeping *husband*. Tenderly, she
places her left hand on his cheek. Her WEDDING RING
gleaming in the morning sunlight. Ryle opening his eyes.

**His thumb caresses the HOLLOW HEART TATTOO.** These two
souls stare at one another. *Having found peace.*

                                              BLACKOUT.

                          LILY (V.O.)
                It's been two weeks, Mom-

Draft 3.3.23                                      79.

70          **INT. RYLE'S LOFT, KITCHEN – DAY**                    70

We find Lily in the kitchen, chatting with Jenny on
FACETIME from her iPad- While unloading a box of personal
kitchen items- Having moved in with Ryle-

                          LILY
                -You really gotta get over it.

                          JENNY **(ON SCREEN)**
                You're my only daughter, honey- I've been
                dreaming about your wedding day your
                whole life- I can't help it if I feel a
                little cheated- *I am your mother.*

                          LILY
                What needs to happen for you to consider
                ever forgiving me? Because we really
                can't keep having this conversation.

From the box, Lily finds that **NAPKIN.** *Her empty list.*
And. After a beat. She pensively pins it to the fridge.

                          JENNY **(ON SCREEN)**
                You wanna know how to make it up to me?

                          LILY
                Yes, please.

                          JENNY **(ON SCREEN)**
                Make me a grandbaby!

                          LILY
                     (with a laugh)
                Mom! Stop!

                          JENNY **(ON SCREEN)**
                     (Laughing)
                So how do you like your new place?

Lifting the iPad, Lily REVERSES JENNY'S VIEW to the floor
to ceiling windows looking out over Boston.

                          LILY
                I think I can get used to it.

Suddenly – CRASH! – a loud noise sounds, startling Lily-
Causing her to yell out-

                          LILY (CONT'D)
                *Ryle?! You okay?*
                     (no reply)
                Sorry, Mom- I'll call you right back.

CONFIDENTIAL

Draft 3.3.23                                                  80.

**ENDING THE FACETIME CALL-** WE TRACK WITH LILY AS- She flies out of the kitchen and-

71      **INT. RYLE'S LOFT, MASTER BEDROOM - DAY**                    71

-into the master bedroom, where Ryle is found sitting on the bed looking down at something in his hand, lamp broken to pieces on the floor. He looks like a wild man. ***On the verge of another breakdown.***

                         LILY
               What happened?

Ryle looks up at her with a very grave expression.

                    LILY (CONT'D)
          You're scaring me - what's wrong?

He holds up Lily's phone and just looks at her like she *should* know what's happening. But she has no idea.

                         RYLE
               Funny thing... I dropped your phone by
               accident and- The cover popped off and-

He holds up his hand, REVEALING the **STICKY NOTE.**

                    RYLE (CONT'D)
          -I find this number hidden on the back.

CLOSE ON LILY. Her face screaming - ***"Oh-god, no-no-no."***

                    RYLE (CONT'D)
          I thought. *"Huh. That's weird. Lily
          doesn't hide things from me."*

He angrily crumbles the number in his fist and looks at Lily. Whose heart drops into her stomach.

                    RYLE (CONT'D)
               So... I called it.

Eerily, he stands and-

                    RYLE (CONT'D)
          He's lucky I got his fucking voicemail!

-Chucks Lily's phone clear across the room- Where it CRASHES against the wall, SHATTERING to the floor-

                         LILY
               *Stop-it-I-can-explain!*

But Ryle is already gone- Lily running after him- As he-

72      **INT. RYLE'S BUILDING, TOP FLOOR HALLWAY - DAY**        72

-Bursts from his loft and hits the elevator button- Lily
seconds behind him- Now entering the hallway- Turning on
his heels, Ryle takes the-

73      **INT. RYLE'S BUILDING, STAIRWELL - DAY**                73

-Stairwell, Lily not far behind. Round and round they go-

> LILY
> It's not what you think!

Round and round- Until- Lily reaches out and- Grabs at
the back of his shirt- Ryle turning and-

>                                         BLACKOUT.

**FROM THE DARKNESS...** INHALE, EXHALE, INHALE...

> RYLE (V.O.)
> (sweetly)
> *Shhh... be still.*

74      **INT. RYLE'S LOFT, MASTER BEDROOM - DAY**               74

Eyes fluttering open, the world looking like a dizzied
dream... Lily finds herself back in the bedroom, lying on
the bed... Ryle's gentle and steady hands soothing her.

> RYLE
> I'm right here, you're okay.

Barely able to move. The lights so bright. Lily reaches
up with a shaking hand... to find a GASH on the top of
her head, matted in her hair. With a bloody rag, Ryle
presses the fabric to the wound. He applies glue to the
wound - basically operating on her in his bedroom.

> RYLE (CONT'D)
> Try to be still...

> LILY
> ... What happened?

Removing any excess glue, Ryle calmly puts supplies back
into an open FIRST AID KIT and bandages the cut. Plainly-

> RYLE
> You fell down the stairs. About five
> minutes ago. Right after I found *this*.

Ryle places something on the pillow next to Lily. The
crumpled up piece of paper that holds **Atlas' number.**

> RYLE (CONT'D)
> How did you get it? And why are you
> hiding it?

Shaking her head, Lily tries to explain.

> LILY
> He... he came to the store... he was only
> there for five minutes, you can ask
> Allysa... and he gave that to me...

Ryle breathes out a shaky breath.

> LILY (CONT'D)
> ... I've never used it, I forgot it was
> even there.

Nodding with relief, deeply afraid to lose the one thing
he loves most, Ryle looks at Lily in a way that actually
makes us pity him.

> RYLE
> ... Tell me it's nothing. Swear on our
> marriage.

> LILY
> ... It's nothing. *I swear.*

CLOSE ON LILY AS... **MUSIC RISES**... **"HORIZON"** by Aldous
Harding. UNDERSCORING AS... Lily allows Ryle to comfort
her... kissing him back... as she weeps...

75    **INT. RYLE'S LOFT, MASTER BATHROOM - MORNING**    75

Lily stands alone in the bathroom, dabbing ointment on
the gash matted in her hair.

She parts her hair, sweeping a handful of strands over
the wound, covering it completely - masking the truth.

She stares at her reflection. Exhausted and gaunt. She
covers the wound with a little beanie and-

Draft 3.3.23                                                    83.

| 76 | **INT. RYLE'S LOFT, MASTER BEDROOM - NIGHT** | 76 |

-She crawls into bed. Rolling over, Ryle wraps his arms around her. Lily is left wide awake, staring at the ceiling. Convincing herself this is where she belongs.

| 77 | **INT/EXT. LILY BLOOMS STORE - MORNING** | 77 |

-Reenters her store, turning on the NEON SIGN - **"LILY BLOOMS"** - and flipping over the **"OPEN"** sign. And. The **MUSIC FADES.** To **SILENCE.**

After a quiet beat, Allysa comes barreling inside holding two coffees and a newspaper tucked under her arm - a sleeping **BABY RYLEE** strapped to her torso. Gushing-

                              ALLYSA
          *Lily!*

Allysa walks toward Lily, shoves one of the coffees in her hand, then pulls the newspaper from under her arm.

                         ALLYSA (CONT'D)
          Did you see the paper?! We're in the top
          ten, can you believe it? You freakin' did
          it, you twisted-genius!

Clocking the headline- **"BEST NEW BUSINESSES IN BOSTON"**-

                              LILY
          Oh, wow...

Allysa grabs her phone-

                              ALLYSA
          I'm texting Ryle- He needs to grab at
          least ten copies on his way home- This is
          so damn exciting- I'm so proud of us!

Proudly, Lily glances through the article, spotting the restaurant **"ROOT"** listed as well. Her heart in her throat, she cannot bring herself to keep reading. Instead-

| 78 | **INT. RYLE'S LOFT, KITCHEN - NIGHT** | 78 |

-She takes to making a very special celebratory dinner- As she bobs around the kitchen- Swaying her hips to some **MUSIC**- An apron draped over a LITTLE BLACK TEDDY.

CONFIDENTIAL

Draft 3.3.23                                                    84.

                    Hearing the front door unlock- Lily excitedly throws off
                    her apron- grabs two glasses of wine and- Meets Ryle as
                    he enters from the swinging doors- Still in his scrubs-
                    Holding a few copies of the same NEWSPAPER.

                                        LILY
                              Welcome home.

                    Ryle sets the stack of newspapers on the counter. Lily
                    handing him a glass of wine. Thinking he's just tired-

                                        LILY (CONT'D)
                              You see the article? Pretty cool, huh?

                    Ryle nods. Taking a sip of wine.

                                        LILY (CONT'D)
                              Anyway. I thought we could celebrate.

                    Pulling the wine from his lips, Ryle's gaze falls to the
                    **TATTOO** on Lily's collar bone. The **HOLLOW HEART.** Plainly-

                                        RYLE
                              Remind me what that means again?

                    She touches the HOLLOW HEART TATTOO. Then-

                                        LILY
                              Uh... I told you.

                    Locking eyes with her, Ryle takes another sip.

                                        RYLE
                              It really doesn't mean anything?

                    Ryle is acting weird. Lily hesitates to answer. Finally,
                    she simply shakes her head.

                    Ryle takes two steps toward her, backing Lily into the
                    counter. His hands grabbing her waist, he kisses her,
                    hard- Lifting her up and setting her down on the
                    countertop, standing between her knees.

                    Breathing heavily, Ryle's warm lips slides across hers as
                    he takes a FISTFUL OF HER HAIR... and tugs gently so that
                    she's looking at him. In a haunting whisper-

                                        RYLE (CONT'D)
                              You read it yet?

                    Looking disturbed, Lily doesn't answer- Ryle tugging
                    harder at her hair- Then- He oddly releases his grip-
                    Backing away. The two stare at each other. Until. He
                    grabs one of the NEWSPAPERS- Handing it to her-

CONFIDENTIAL

Draft 3.3.23                                          85.

                              RYLE (CONT'D)
                    *Read it. Out loud.*

Afraid, Lily takes the PAPER and...

                              LILY
                    What's this about?

Lily feels greatly exposed, vulnerable, sitting on the
counter in a little teddy- Ryle repeating himself-

                              RYLE
                    *Read it.*

Lily stares at him. And then, does as she is told.

                              LILY
                    "The votes are in-"

He flips the paper over where it starts in the middle of
the article, and he points to a sentence-

                              RYLE
                    The last paragraph.

Lily pauses. Not trusting where this is going. But afraid
to make any sudden movements. Voice shaking-

                              LILY
                    "The business with the highest number of
                    votes should come as no surprise. The
                    iconic *'Root'* on Marketson..."

Locking eyes with Ryle, Lily is growing increasingly
nervous. But Ryle only nods at her to continue.

                              LILY (CONT'D)
                    "When interviewed, the owner... Atlas
                    Corrigan... finally revealed the true
                    history of the meaning behind the name of
                    his business. 'When I was a kid,' Chef
                    Corrigan stated. 'I carved a small hollow
                    heart from an oak tree... for a girl.'"

Lily locks eyes with Ryle again, pleading-

                              LILY (CONT'D)
                    I don't want to read anymore.

                              RYLE
                    Keep. Reading.

                  LILY
"'It was meant to represent something she
said to me once... about how strong trees
are, how deep their roots can go. So,
when it came time to come up with a name
for my restaurant, this one just made
sense, because this girl made such a huge
impact on my life'... he said."

Her voice cracking, Lily falls SILENT- Ryle taking the
paper and picking up where she left off- Growing angry-

                  RYLE
"When asked if the girl was aware he
named a restaurant after her, Corrigan
smiled knowingly and said, 'Next
question.'"

The two lock eyes. When. Suddenly. Ryle violently starts
hitting the NEWSPAPER against the counter - WHACK! WHACK!
- Lily quickly landing on her feet and hurrying into the-

79     **INT. RYLE'S LOFT, LIVING ROOM - NIGHT**     79

-Living room, Ryle chasing after her- Grabbing her and
spinning her around- And- Throwing her on the couch.

                  LILY
Stop! You don't understand!

But Ryle is no longer Ryle- Lily pushing away from him as-

                  RYLE
He's everywhere- That fucking tattoo used
to be my favorite goddamn part of you!

His hands grip her ankles and he yanks her down until
she's beneath him- His hands pinning her wrists-

                  LILY
Please- Let me go.

Suddenly- The voice of her mother is in her head-
Mirroring the inflection of what she just said.

                JENNY (V.O.)
Please be quiet- You'll wake up Lily.

**EXTREME CLOSE UP ON LILY AS SHE SUFFERS A FLASH OF
RECOVERED MEMORY- A SHOCKINGLY PARALLEL-**

Draft 3.3.23                                                87.

80      **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) - NIGHT**      80

CLOSE ON YOUNG LILY- As she peeks around the corner- To
find her father, **ANDREW BLOOM**, on the couch with Jenny-

One hand around her throat- The other pulling up her
dress- Jenny crying, trying to fight him off.

81      **INT. RYLE'S LOFT, LIVING ROOM (BACK TO SCENE) - NIGHT**      81

Startled by the memory, Lily starts to grow more and more
desperate to get Ryle off of her- But it's no use-

LILY'S LIFE FLASHING BEFORE HER EYES. MEMORIES OF HER
FATHER HITTING HER MOTHER. INTERCUT WITH THE RED FLAGS
SHE SHOULD HAVE SEEN ALL ALONG. THE UNSPOKEN TRUTH OF
WHAT REALLY HAPPENED WHEN RYLE BURNED HIS HAND - WHAT SHE
MADE HERSELF FORGET, AND WE UNDERSTAND **THAT DEEP DOWN
SHE'S KNOWN ALL ALONG:**

**FLASH OF MEMORY:** IN SLOW MOTION- LILY LAUGHING. RYLE
REACHES FOR THE CASSEROLE DISH- LILY TRYING TO WARN HIM,
WHEN- RYLE BURNS HIS HAND AND-

                         RYLE (O.S.)
              *Goddammit, Lily. It's not funny, this*
              *hand is my fucking career.*

LILY LAUGHS AND IN HIS ANGER- TURNS AND- BACKHANDS LILY
AGAINST HER LEFT TEMPLE-

**FLASH OF MEMORY:** IN SLOW MOTION- RYLE CIRCLES THE
STAIRWELL- LILY GRABBING FOR HIS SHIRT, WHEN- RYLE PUSHES
HER- AND- SHE FALLS.

FLASH, FLASH, FLASH- The truth of her mother- Mixed with
her own stark reality-

                                              BACK TO:

82      **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) - NIGHT**      82

Lily comes down the stairs and see's her father chocking
her mother.

                         YOUNG LILY
              Mom? Dad? What's happening?

                         JENNY
              It's okay baby, go back to bed. I'm okay.

Draft 3.3.23                                                              88.

**BACK TO SCENE-** Everything- All the shit- Building up inside Lily- Until it boils over and- Just as Ryle sinks his teeth into Lily's skin, right where the **HEART TATTOO** is placed- She lurches at him, SCREAMING with all her might. She screams for her mother who couldn't and all the women who have suffered and been silenced like this. As pure adrenaline and pain forces Ryle off of her and-

WE TRACK WITH LILY AS SHE RUNS TOWARD THE FRONT DOOR- RYLE FADING OVER HER SHOULDER- COMING TO HIS SENSES-

                         RYLE
              Oh-god! Oh my god- *Lily?!*

Grabbing her purse and a jacket hanging by the door- Lily-

83      **EXT. RYLE'S BUILDING, ENTRANCE - NIGHT**                      83

-Explodes from the building barefoot, jacket draped over her teddy- Searching her purse as she runs- Lifting her CAR KEYS- Ryle exiting the building- Running after her-

                         RYLE
              Lily?!

But Lily doesn't stop- She doesn't slow down- As she UNLOCKS her car- Hops inside and- SLAMS the door- Starts the engine and- Just as Ryle presses himself against the glass of the window- Lily peels away- Ryle looking utterly distraught as his image fades from the REARVIEW.

84      **EXT. BOSTON GAS STATION - NIGHT**                            84

CLOSE ON LILY. Parked at a gas station. Searching through her "RECENTS" on her new phone- Scrolling passed "MOM"- Then passed "ALLYSA." OFF LILY- **PRE-LAP:** *RING, RING, RING*- AS WE JUMP CUT TO- LILY WITH HER PHONE TO HER EAR-

                    FEMALE WAITER (V.O.)
              *Root restaurant- How can I help you?*

                         LILY
              Yeah, hi- I was... wondering if I could
              talk to your boss for a moment? Mr.
              Corrigan, if he's around.

                         ATLAS
                    Hello?

                         LILY
                    (whispering)
              Atlas....... I need help.

                         ATLAS
                    (panic in his voice)
              Where are you? I'm leaving now.


85      **INT. BOSTON HOSPITAL - NIGHT**                    85

        We find Lily sitting on a examining table, wearing a
        hospital gown. REVERSE TO REVEAL- **Atlas,** standing on the
        other side of the room as a DOCTOR BROWN - female, 50s -
        cleans up the blood from the BITE MARK left on her collar
        bone. Atlas doesn't take his eyes off Lily.

        And, for the first time, Atlas finally sees the **HOLLOW
        HEART TATTOO.** It sends chills up his spine. Seeing their
        emblem of strength punctured and bleeding.

                         DOCTOR BROWN
                    We have a certain examination for these
                    situations. It's called a SANE exam. It's
                    optional, of course, but-

                         LILY
                    Oh, I, I wasn't... He didn't...

        Lily almost says the word **"rape,"** but can't get it out.
        Searching her eyes- Dr. Brown asks-

                         DOCTOR BROWN
                    Did he try?

        Lily's eyes drift to Atlas. Seeing the pain in his
        expression, she shakes her head. Softly-

                         LILY
                    I don't want the exam, thank you.

        Nodding grimly, Dr. Brown flashes a light into both of
        her eyes. Glancing at Lily's paperwork-

                         DOCTOR BROWN
                    I'd like to rule out a concussion, but
                    given your situation, I don't want to
                    administer a CT. I'd like to keep you for
                    observation instead.

                         LILY
                    Why don't you want to administer a CT?

                         DOCTOR BROWN
                    We don't like to perform X-rays on
                    pregnant women unless it's vital.
                         (MORE)

Draft 3.3.23                                                    90.

                          DOCTOR BROWN (CONT'D)
                We'll monitor you for complications and
                if there are no further concerns, you'll
                be free to go.

          CLOSE ON LILY. The wind knocked out of her. CLOSE ON
          ATLAS. Also rendered speechless. Clocking this-

                          DOCTOR BROWN (CONT'D)
                I apologize, did you not know?

          Silent, Lily sits stunned.


86        INT/EXT. ATLAS' TRUCK (MOVING) - NIGHT                    86

          Atlas drives through the night, Lily curled up in the
          passenger seat - staring out the window, too exhausted to
          cry. Too in shock to speak. *Feeling submerged.*


87        INT. ATLAS' HOUSE (VARIOUS) - NIGHT                       87

          Entering first, Atlas flips on a few lights. Everything
          is made of rich woods and stainless steel. His Kitchen is
          painted a calming bluish green, like the ocean.

                          ATLAS
                You hungry?

          Lily shakes her head. Afraid to speak. Or else weep.

                          ATLAS (CONT'D)
                I'll show you to your room....


88        INT. ATLAS' HOUSE, GUEST ROOM - NIGHT                     88

          Opening the door to the guest room, Atlas lingers in the
          doorway as Lily enters. Points to the private bathroom-

                          ATLAS
                There's a shower in there if you need it.
                And- uh... here...

          He grabs a pair of old sweats and a t-shirt from the
          dresser. **The irony is not lost on either of them. The
          cosmic *role reversal* they never saw coming.** Finally-
          Tears welling-

                          LILY
                ... Thank you.

          Nodding, Atlas simply nods and closes the door.

Draft 3.3.23                                             91.

89     **INT. ATLAS' HOUSE, GUEST ROOM BATHROOM - NIGHT**          89

Weeping inside the shower, Lily sits with her legs curled
into her chest as the water falls down like rain. Crying
so hard, she barely makes a sound.

90     **INT. ATLAS' HOUSE, GUEST ROOM - MORNING**                 90

The sunlight gently kissing Lily awake, she lifts up in
bed, hearing a WARM BUSTLING from across the house.

91     **INT. ATLAS' HOUSE, KITCHEN - MORNING**                    91

Timidly peering into the kitchen, Lily finds **Atlas...**
making an impressive breakfast. His energy is calm. His
presence steady.

                          ATLAS
               Morning. Hope you're hungry.

                          LILY
          I am.

He slides her a glass of OJ. Lily watches as Atlas puts
the finishing touches on some gorgeous crepes, eggs, and
sausage-

                          ATLAS
          Coffee?

                          LILY
          Yes, please, thank you.

Lily watches as Atlas lays a perfect breakfast before
her. It's almost too pretty to eat.

                          ATLAS
          So I-uh... have to go in to work today.

Standing, Atlas grabs his jacket.

                    ATLAS (CONT'D)
          I'll be back as soon as I can. And I'll
          bring you something really good to eat,
          okay? Until then, raid the fridge, take
          whatever you need- Make yourself at home.

                          LILY
          Are you sure?

                          ATLAS
          So sure. Stay as long as you need.

He opens a drawer and pulls out a pen and paper and writes something on it before he leaves.

>                    ATLAS (CONT'D)
>          See you soon.

The door shuts quietly. Lily stands up and walks to the counter to read what he wrote. Three simple words that have so long bound them together: ***Strong and sturdy.***

92      **INT. ATLAS' HOUSE, LIVING ROOM – DAY TO NIGHT**          92

We transition from Day to Night as Lily sleeps, looks out the window, and just sits... in silence. Trying to figure out how this has become her life. Lily finally looks at her phone. Skipping through the MISSED CALLS and countless texts from Ryle- she lands on a text from Allysa, it's a photo of her and Rylee.

>                    ALLYSA (**TEXT**)
>          *Came by the shop with Rylee, but it's*
>          *closed. You okay? Can't get a hold of you*
>          *guys!*

Lily tosses her phone to the far end of the couch- Doing everything in her power not to just lose it again.

Needing a distraction she finally opens the DVR recordings and see's **multiple seasons of ELLEN have been recorded.** So damn sweet. She turns one on.

Lily watches Ellen, finally smiling.

>                    ATLAS (O.S.)
>          Hey.

She looks up to find Atlas with TAKEOUT BAGS from his own restaurant.

>                    LILY
>          Oh, hey- Didn't hear you come in.

Setting the food on the coffee table, Atlas sits beside her.

>                    ATLAS
>              (Re the TV)
>          Happy you found them.

Lily smiles. He knows her so well. He starts unpacking a ton of food.

Draft 3.3.23                                          93.

                          ATLAS (CONT'D)
                I wasn't sure what to bring you, so... I
                just went with a few fan favorites.

Lily nods gratefully.

                                                 CUT TO:

92A     LATER- They are both laughing. Food eaten. His feet are   92A
        on the table. Lily leans over and puts her head on his
        shoulder. It's innocent, like old times. His thumb
        brushes the outside of her shoulder.

                          LILY
                     (whispers)
                Atlas... I'm sorry I got so mad at you
                that night at the restaurant. You were
                right. I always knew you were right, deep
                down, I just... didn't want to admit it.
                     (a beat)
                You can say "I told you so" now.

                          ATLAS
                This isn't something I wanted to be right
                about...

He squeezes her shoulder and kisses her forehead. She
closes her eyes, soaking up the familiarity. Shit. It's
all too much for her. She covers her face with her hands-
gently pulling away from him.

                          LILY
                There's no Cassie is there?

Caught, Atlas submits.

                          ATLAS
                No. There isn't.

After a very stunned SILENCE-

                          LILY
                You... lied to me? Why would you lie to
                me?

                          ATLAS
                You were with someone.

                          LILY
                We had just started dating...

She falls SILENT. With grace and calm-

                    ATLAS
          I said what I needed to say. Because I
          didn't know how serious you were, and you
          looked really happy that night. And
          that's all I've ever wanted for you.

With a sigh, Atlas stares at the **HEART** on her collar
bone, *the bite mark there* - deeply regretting his lie.

Lily can feel the tears forming. She turns to leave but
he grabs her hand - gently.

                    ATLAS (CONT'D)
          Wait. Talk to me. Please.

She can't help it.

                    LILY
          Why did you never come back for me?

He wasn't expecting this.

                    ATLAS
          I did.

Lily is stunned.

                    ATLAS (CONT'D)
          When I got out of the marines the first
          time, I went back to Maine hoping to find
          you. I asked around and found out which
          college you went to. I walked around your
          campus the whole day looking for you.
          Finally, I saw you. You were sitting in a
          courtyard with a group of friends. You
          were laughing... you looked so happy. I
          had never felt that kind of happiness for
          another person. Just knowing you were
          okay...

Lily begins to cry.

                    ATLAS (CONT'D)
          I began walking towards you when a guy
          came up behind you. When you saw him, you
          smiled and kissed him. So I left.

She closes her eyes. She can't believe this.

                    LILY
          That was just a boy I dated for a few
          months...

                          ATLAS
              All I knew was that you were happy. But
              also, at that point in my life I still
              wasn't good enough for you. I had nothing
              to my name... nothing to offer but love,
              and you deserve so much more than that.

On Lily, grieving the life that could have been.

                          LILY
              More than love? Why do you have to be so
              fucking considerate?

They both smile. Fucking timing. He shrugs.

                          ATLAS
              So... what happens next?

Wiping the tears from her face, Lily takes a moment

                          LILY
              ... I have a lot to work through. It
              wouldn't be fair to you, to us, to drag
              you through all my shit, I care about you
              too much. I just wish our paths had
              crossed a little sooner.

Atlas nods, knowing she's right.

The **MUSIC BOX** *("Lily and Atlas' Theme)* playing faintly in
the background, one last time. The MUSIC UNDERSCORING as-

93      **INT/EXT. ATLAS' TRUCK / BOSTON GAS STATION - MORNING**      93

The next morning, Atlas pulls up next to Lily's car, left
at the gas station- The two lingering inside his truck-
Neither of them wanting to say goodbye. They hug. Atlas
offers a quiet confession-

                          ATLAS
              Lily, I know this is the last thing you
              need to hear right now, but I have to say
              it because I've walked away from you too
              many times without saying what I really
              want to say.
                   (Then)
              ... the night I first broke into that old
              house... I didn't go in there because I
              needed a place to stay...

Off Lily- confused.

Draft 3.3.23                                          96.

                              ATLAS (CONT'D)
                     ... I went in there to kill myself.

Having never heard this before, Lily sucks in a breath.

                              ATLAS (CONT'D)
                     I remember I was sitting on the living
                     room floor... and then your bedroom light
                     turned on.

CLOSE ON ATLAS. Remembering it like it was yesterday.

                              ATLAS (CONT'D)
                     I could see you, just barely through the
                     curtains of your window... They sorta
                     filtered you in a way that made you look
                     like an angel. And. I decided not to do
                     it. The very next day, you knocked on the
                     door. And left me some food.
                              (pointedly)
                     You saved my life...

The two stare at one another, wanting to reach out, to
hold each other... But they know they cannot. Should not.
Must not.

                              ATLAS (CONT'D)
                     I love you, Lily. *I never stopped...*
                     And in the future... If by some miracle
                     you ever find yourself in the position to
                     love again. Fall in love with me.

Lily simply nods...

With one last look goodbye, Lily climbs out of his truck
and watching as Atlas drives away and out of sight. The
**MUSIC BOX** playing... all the way to the final note.

                                                   SMASH TO:

94        **INT. LILY BLOOMS STORE - DAY**                      94

          The shop closed, we find Lily and Allysa sitting at the
          back of the store- Lily having just told her everything-

                              ALLYSA
                     Oh, Lily.

          Allysa falls quiet for a moment. Shaken to her core. Then-

                              ALLYSA (CONT'D)
                     I know Ryle's been through a lot, but...
                     I didn't know he was capable of this.

She's trying to make sense of it-

                    ALLYSA (CONT'D)
              Has he... ever told you about Emerson?

Surprised, Lily shakes her head. Allysa's voice quaking
with grief as she continues-

                    ALLYSA (CONT'D)
              I'm not trying to make any excuses...
              what he's done is inexcusable, I just...
              I think you deserve to know...
                    (OFF LILY)
              I've watched him, my entire life, I've
              seen how afraid he's been to open his
              heart to anyone, ever since we were kids.
              He's been dying inside, Lily. Little by
              little. Until he met you.

                    LILY
                    (softly)
              ... What happened? What happened to
              Emerson?

A beat-

                    ALLYSA
              Our dad... he used to have a gun. And.
              One day. Ryle and Emerson were... they
              playing in the house... pretending to be
              cowboys. And. They found it.

CLOSE ON LILY. Struck with horror. When-

                    ALLYSA (CONT'D)
              Ryle was only six years old and... he
              didn't even know he was holding a real
              gun... he thought it was just pretend...
              until it was too late.

Allysa breaks down. Haunted by what she is about to utter-

                    ALLYSA (CONT'D)
              Ryle shot him. Emerson. His best friend.
              His big brother. And... he's never been
              the same since.

With great compassion, Lily grabs Allysa's hands as she
continues to weep. Barely able to speak-

                    ALLYSA (CONT'D)
              My brother loves you... he loves you so
              much...
                    (MORE)

Draft 3.3.23                                    98.

                        ALLYSA (CONT'D)
            You have changed his entire life, you've
            made him someone I never thought he could
            be.
                    (OFF LILY)
            As his sister, I wish more than anything
            that you could find a way to forgive him.
            But as your best friend... I have to tell
            you that if you take him back... I will
            never speak to you again.


                        LILY
            You're the best friend I've ever had.

                        ALLYSA
            I'll be an even better auntie.

It takes a moment for her words to register, but when
they do, Lily starts sobbing. These two women wrapping
their arms around each other and weeping uncontrollably
over the mutual unending love and unspeakable anger they
both have for Ryle in this moment.


95      **EXT. BOSTON LUXURY BUILDING, ROOFTOP - DUSK**          95

Escaping onto the rooftop, Lily finds Ryle, across the
way, his back to her, staring out at the sunset.

                        LILY
            ... I told your sister what happened.

Ryle seems surprised to hear Lily's voice. But he doesn't
turn around. Approaching him carefully, Lily stands
beside him, watching the sky turn to pink, purple, gold.

                        LILY (CONT'D)
            And then... she told me about Emerson.

SILENCE. Ryle letting out a soft exhale. Exposed.
Vulnerable. Nowhere to hide. Finally, he turns to Lily-
Softly- Simply-

                        RYLE
            Most days I'm fine. But... every now and
            again... I just... I don't know... I get
            so angry that I... black out.
                    (voice quivering)
            I don't remember hitting you after I
            burned my hand. I don't remember pushing
            you down the stairs. But... I know that I
            did. I know it was me.

SILENCE. Lily gathering her strength. Readying to distill
her own Naked Truth. Finally- With grace and dignity-

                         LILY
             ... I'm sorry your childhood has affected
             you the way it has... and I'm sorry you
             can't handle that I had a childhood
             boyfriend who still exists... but nothing
             you've gone through and nothing I do
             gives you the right to lay one fucking
             finger on me...

Accepting every word, Ryle takes a heavy seat on one of
the loungers, still looking out at the horizon. Finally-

                         RYLE
             You're right.
                  (a heavy beat)
             I'm sorry... I'm so sorry.

SILENCE. A complicated silence. Then. Lily takes a heavy
seat next to him. After a beat- Quietly-

                         LILY
             I'm pregnant.

Bewildered by this news, Ryle lifts up to sitting. Then-

                         RYLE
             Lily...

Reaching out, he gently pulls Lily close. The pain of his
touch rippling through her. But she doesn't push him
away. She still loves him, after all, despite everything.

                         RYLE (CONT'D)
             Please...

He presses his lips desperately to hers. When she doesn't
push him away, his mouth comes back a second time. When
their lips meet a third time, they don't leave.

                         RYLE (CONT'D)
             One more try, that's all I'm asking for.

Looking tired, and in need of his touch, Lily gives in.
Knowing it's so wrong and so good and so painful.

                         RYLE (CONT'D)
             I love you.

Passionately, his hand gently wraps in her hair and in an
instant, she's transferred back to that night.

**FLASHES OF MEMORY:** Lily in the kitchen, his hand tugging
at her hair. Ryle pins Lily's wrists against the couch.
Ryle bites her HEART TATTOO...

Draft 3.3.23                                                      100.

BACK TO SCENE- ON THE ROOF- Lily becomes unresponsive.
Ryle feeling her freeze, he pulls back. And she doesn't
even have to say anything. Her eyes tell him that she can
no longer stand being touched by him.

WE HOLD HERE IN THIS MOMENT. As the sun sets in the sky.
The light fading on their love. In the very place it
first began. Right there. On a roof in Boston...

                    LILY
          Can you promise me something? Until this
          baby comes, and I decide whats best for
          us... please don't try to talk me into
          forgiving you. And please don't try to
          kiss me again. It's... very confusing.

She pulls from his chest and looks at him. Softly-

                    RYLE
          Promise.

MUSIC RISES. **"REVERIE"** by Isaac Gracie. The song from our
opening. And for the first time. We finally hear the
beautiful lyrics wash over us as- **LILY'S NINE MONTHS OF
PREGNANCY PROGRESSES:**

96     **INT. BOSTON HOSPITAL, ULTRASOUND ROOM - DAY**            96

       Getting an ultrasound, Lily can see on the screen that
       her BABY is going to be a GIRL.

97     **INT. LILY'S BOSTON TWO BEDROOM, NURSERY - DAY**          97

       Little by little, Lily transforms the second bedroom into
       a nursery- **Her BABY BUMP growing as time passes-** She
       paints a GARDEN MURAL on the wall with the help of Allysa-

98     **INT. RYLE'S LOFT (VARIOUS) - DAY AND NIGHT**             98

       Meanwhile, Ryle suffers the emptiness of his loft. All
       her things moved out. Filled with deep regret. He tries
       to call her, again and again, but she doesn't answer.

99     **INT. LILY'S BOSTON TWO BEDROOM, KITCHEN - NIGHT**        99

       We find Lily in the kitchen alone, drinking tea, her eyes
       on all the baby stuff she has to put together. She feels
       a little kick, and while it's so sweet, it's clear she
       has no one to share it with. OFF LILY. Suffering a wave
       of complicated emotion. She grabs her phone and...

Draft 3.3.23                                101.

**PRE-LAP:** DING-DONG!

100    **INT. LILY'S BOSTON TWO BEDROOM, FOYER – MORNING**    100

Approaching the door, Lily takes in a deep breath and-
Opens it- REVEALING Ryle holding flowers. *And dammit.*
He's wearing scrubs. He looks absolutely perfect.

                    RYLE
          Sorry, I... didn't want to show up empty
          handed.

He offers the flowers, Lily accepting them.

                    LILY
          The nursery's right back there.

Entering, Ryle looks nervous. They both do. Like
teenagers on their very first date. Stomachs in knots.

                    LILY (CONT'D)
          Something to drink?

                    RYLE
          Water, thank you.

101    **INT. LILY'S BOSTON TWO BEDROOM, KITCHEN – MORNING**    101

Escaping into the kitchen, pressing her back against the
wall, panting against every imaginable emotion. Wanting
to run to him, to feel his embrace. *It would be so easy.*

Pressing a fist against her mouth, she swallows back a
silent scream, keeping the full weight of her confusing
grief bottled. Then- From the other side of the apartment-

                    RYLE (O.S.)
          You still have that toolbox of yours?

Forcing a "cheery" voice- As if all is well-

                    LILY
          Yeah. Be right there.

102    **INT. LILY'S BOSTON TWO BEDROOM, NURSERY – MORNING**    102

The crib nearly assembled, we find Ryle on the ground,
tightening the screws with care. Lily watching him from a
rocking chair. Searching for "chit-chat"-

                         RYLE
              Allysa told me about the mural.

Lily looks to the GARDEN MURAL they painted on the wall-
Complete with almost every single fruit and vegetable
that can grow in a home garden.

                         RYLE (CONT'D)
              I didn't know you could paint like that.

                         LILY
              I can't. But it is amazing what you can
              do with a projector and some--

Suddenly, Lily's GASPS. Her hands moving to her stomach.

                         LILY (CONT'D)
              Oh my God! There she goes!

                         RYLE
              Really? Right now?

Crawling on all fours, Ryle plants himself at Lily's feet-
Lily immediately grabbing his hands and placing them on
her stomach without even thinking. They're both quiet for
a moment, both waiting for it to happen again.

                         RYLE (CONT'D)
              I don't feel anything.

                         LILY
              She's lazy, give it a minute.

They wait, a couple beats more- When they feel another
kick- Causing them both to chuckle-

                         LILY (CONT'D)
              You see- she's all like- *Meh.*

                         RYLE
              Might not have a soccer player on our
              hands, but- We'll still keep her.

As their smiles fade a bit, both suddenly feeling the
familiar comfort and complication of this moment.
Respectfully, Ryle pulls back his hand. But. He remains
at her feet. As if dutifully surrendering to his Queen.

                         RYLE (CONT'D)
              Naked truth?

CLOSE ON LILY. Nervous by this conversation.

Draft 3.3.23                                          103.

                          LILY
              Okay.

                          RYLE
              ... I don't know what you want from me.
              What role you want me to have. I'm trying
              to give you all the space you need, but
              at the same time I want to help more than
              you can possibly know. I want to be in
              our baby's life. I want to be your
              husband and I want to be good at it. But
              I have no idea what's going through your
              head. Okay. Now you go.

                          LILY
              ... I don't want to keep you from your
              child. But. What kind of mother would I
              be if I didn't have concern for the way
              you lose control? How do I know something
              won't set you off while you're alone with
              this baby?

Agony flooding his eyes- Adamantly-

                          RYLE
              I would never.

                          LILY
              Just like you *never intentionally* meant
              to hurt me?

With a sigh- Filled with shame- Shaking his head-

                          RYLE
              You are my wife... I'm supposed to be the
              one who protects you from the monsters,
              I'm not supposed to be one...

Ryle falls SILENT. Like a little boy reduced to a shell
of shame. Seeing this... Lily's shoulders soften.

                          LILY
              I don't believe you're a monster. But I
              do think you could become one, if the
              people around you, the ones who love you
              the most, keep looking the other way...
              pretending like you don't need help.

With a sigh, Ryle flops on his back, staring at the
ceiling. Then- Simply- Almost afraid to ask-

                          RYLE
              If I got help... is there still a chance
              that... you'd take me back?

Draft 3.3.23                                          104.

                         LILY
              ... Right now my only priority is having
              this baby.

                         RYLE
              One monumental, life-changing thing at a
              time. Got it.

Ryle makes his way to his feet. Pushing the crib against
the wall and placing the mattress on top. It's finished.

                         RYLE (CONT'D)
              I should get to work.

Lily tries to push herself out of the rocking chair, but
struggles- Ryle reaching for her hand to help her up.

Once she's standing, Ryle doesn't immediately release her
hand. The two only a few inches apart. With a sigh, Lily
presses her forehead against his chest and closes her
eyes. His cheek meets the top of her head and they stand
completely still, neither wanting to move. Then Ryle
releases her hands.

                         RYLE (CONT'D)
              Check on you later?

                         LILY
              'Kay.

And with that, Ryle takes his leave, Lily remaining in
the nursery. Her gaze falling on the GARDEN MURAL. And it
gives her a sense of hope.

103       **INT. LILY BLOOMS STORE - DAY**                      103

Entering her beloved store, Lily is immediately greeted
by ALLYSA, nursing baby Rylee in one hand and drinking a
latte in the other.

                         ALLYSA
              I don't want to scare you but you have
              great boobs and I want you to enjoy them
              while you can because my nipples feel
              like someone spilled hot sauce on them
              and then used them for a punching bag.

                         LILY
              Can't wait.

Draft 3.3.23                                        105.

                    ALLYSA
          Oh! Our order of red roses was damaged in
          shipment, but we've got the Levenberg
          funeral today and they specifically
          wanted red roses for the casket spray-
          What should we do?

Heading toward the office-

                    LILY
          Call the florist on Broadway, they owe me
          a favor.

                    ALLYSA
          Ooooh. So mob boss of you.

-But before Lily enters her office- WATER trickles down
her legs. Confused, she stares down at the PUDDLE on the
floor- Allysa still cluelessly firing off another
question.

                    ALYSSA (O.S.)
          Oh and about these invoices. Did you want
          me to pay them today or wait?

OFF LILY- Staring at the **WATER PUDDLE**, finally
registering what it is, right as we-

104   **INT. MASSACHUSETTS GENERAL, LILY'S ROOM - DAY**        104

          -Find Lily in the middle of intense labor- Ryle entering,
          wearing his scrubs, having just run from another side of
          the hospital, bursting with nerves and excitement- Taking
          his place at Lily's side.

          IN A SERIES OF QUICK CUTS- In a blur of pain and HEAVY
          BREATHING- Lily squeezing Ryle's hand with every push-

                    DOCTOR
          She's crowning- Just a few more pushes!

          PUSH and SQUEEZE and SWEAT and SCREAM-

                    RYLE
          There she is... she's here...

          Lily opens her eyes, the doctor holding the baby up.

          **FROM LILY'S POV-** We can only make out the outline of her,
          because Lily's eyes are full of too many tears.

Draft 3.3.23                                              106.

**BACK TO SCENE-** Just as- The BABY GIRL is placed on Lily's chest, the absolute greatest moment of her life- As Ryle cuts the umbilical cord...

104A    **LATER-** We find the INFANT CHILD on Lily's chest again,    104A
        but now she's been cleaned and swaddled in a blanket.
        Lily and Ryle can do nothing but stare at her.

                              LILY
                Look. She's trying to open her eyes.

                              RYLE
                Hi, Baby. It's us. It's Mommy and Daddy.

The BABY yawns and Lily and Ryle both smile at each other, having just fallen even more in love with her. In the QUIET that follows, the last NURSE leaves the room and they're finally alone.

                              LILY
                Here.

Lily hands the little bundle over, Lily laying her head on Ryle's shoulder. The two still staring at their child. Then- In a whisper-

                              RYLE
                Naked truth? She's so much prettier than
                Allysa and Marshall's baby.

The two laugh- Lily elbowing him.

                              RYLE (CONT'D)
                Kidding, kidding.
                     (a beat)
                What do you want to call her?

                              LILY
                I was thinking we could... name her after
                your brother.

In shock, Ryle tilts his head toward Lily. Holding back as best he can. Barely audible-

                              RYLE
                *Emerson?*

Nodding- Softly-

                              LILY
                We could call her Emma. Or Emmy.
                     (OFF RYLE)
                What do you think?

CONFIDENTIAL

                         RYLE
              ... It's perfect.

Touched, he leans down and kisses EMMY on her forehead.
After a beat, Lily pulls away from his shoulder so she
can watch him hold her. It's a beautiful thing. Seeing
Ryle's face. As if he would do anything to protect her.

**Seeing this- Lily finally forms her decision.**

                         LILY
         Ryle?
              (plainly, kindly)
         I want a divorce.

Her words hitting him like voltage, he winces and looks
back down at the baby, his shoulders hunched forward.

                         RYLE
              ... Please don't do this.

                         LILY
         ... I'm not making this decision for you
         or for me. *I'm doing it for her.*
              (a beat, simply)
         What would you do? If one of these days,
         this little girl looks up at you and
         says, "My boyfriend hit me." What would
         you say to her?

He pulls Emmy to his chest and buries his face against
the top of her blanket, unable to speak. Gently-

                         LILY (CONT'D)
         What if she came to you and said, "Daddy?
         My husband pushed me down the stairs. But
         he said it was an accident."

Ryle's shoulders begin to shake, and for the first time
since the day they met, he has TEARS. Real tears that
rush down his cheeks as he holds his daughter tightly.

Lily is now crying, too, but she keeps going.

                         LILY (CONT'D)
         What if... she came to you and said, "My
         husband held me down while I begged him
         to stop. But he swears he'll never do it
         again. What should I do?"

Kissing the baby's forehead, Ryle weeps.

Draft 3.3.23                                                    108.

                         LILY (CONT'D)
                Tell me. I need to know what you would
                say to our daughter if the person she
                loves, ever hurts her.

A sob breaks from his chest. As he offers the most Naked
Truth he could ever possibly muster...

                         RYLE
                I would beg her... to leave him.

He leans toward Lily and wraps an arm around her. His
mouth moving to Lily's ear as he cradles his wife and
daughter close to his chest.

                         RYLE (CONT'D)
                And I would beg her never to go back.
                *She's worth so much more.*

With that, they both become a mess of broken hearts and
shattered dreams. Holding each other. Holding their
daughter.

Then. Ryle hands the baby back to Lily and wipes his
eyes. He stands up, still trying to catch his breath.

He points toward the hallway, letting Lily know he needs
to go gather himself. He's sadder than we've ever seen
him as he walks toward the door and opens it, pausing,
turning to LOCK EYES WITH LILY... as if to thank her for
doing what he could never do. And then. He's gone.

Left alone in SILENCE, Lily stares upon the bundle in her
arms, her flesh and blood, her baby girl.

                         LILY
                It stops here. With you and me.

Leaning in, she kisses Emmy and offers her a very quiet
promise... a secret whisper only the walls can hear...

                         LILY (CONT'D)
                *It ends with us...*

105    **EXT. MAINE TWO-LANE HIGHWAY - EARLY MORNING**            105

       Swooping along a two-lane highway, we find Lily's car-

106    **INT/EXT. LILY'S CAR (MOVING) - EARLY MORNING**           106

       -As she makes another pilgrimage back to her hometown.
       BABY EMMY in the back. Sucking on her pacifier.

Draft 3.3.23                                              109.

107    **EXT. LILY'S MAINE HOME, DRIVEWAY - DAY**                107

Lily drives by her childhood home. She slows to a stop. A
SOLD sign in the front lawn. Her eyes fall to... The
condemned house now fixed up and beautiful. And next to
it the **MIGHTY OAK TREE.** Standing tall, sturdy and strong.
And. It gifts Lily the courage to–

108    **EXT. CEMETERY - DAY**                                   108

We find the three generations of Bloom's taking a little
walk together. Jenny holding her granddaughter. We don't
reveal where they are.

                    JENNY
          She looks so much like you.
               (To Emmy)
          YES YOU DO! You look just like mommy.

                    LILY
          She does, doesn't she? There's a little
          of her dad in there too.

Jenny doesn't quite know what to say.

                    LILY (CONT'D)
          It's okay mom. We can talk about it.

We can see Jenny letting her guard down. Finally allowing
reality to settle in.

                    JENNY
          How is he?

                    LILY
          Honestly, I don't know. He took a
          sabbatical from work and apparently he's
          getting real help. He knows it's over
          between us but he seems committed. Says
          he's doing it for her.

Silence. Jenny holds Emmy tight. Her armor starting to
crack. Emotion seeping through.

                    JENNY
          Your mamma is such a strong woman. You
          are so lucky.

                    LILY
          Oh mom...

Draft 3.3.23                                    110.

                        JENNY
           I remember when you were this small. I
           wanted so bad to protect you - to give
           you everything. To be better than my
           mother was. To show you... what it meant
           to be a strong woman.

She stops walking.

                        LILY
           But I ...

Jenny passes Emmy back to Lily. She breaks.


                        JENNY
           Your father... he was so gentle when we
           met... he was kind. The first time he hit
           me it felt like my world shattered.
           Fifteen seconds was all it took to
           completely change everything. But then he
           was so sorry, he swore it would never
           happen again. The second time, he was
           even more sorry. The third time... I was
           already losing sight of what was
           "normal."

Shaking her head, at a loss-

                        JENNY (CONT'D)
           And I... somehow I actually convinced
           myself that it was better for you if I
           stayed. But all I was teaching you was
           the wrong definition of what love is... I
           thought I was doing the right thing for
           you, for us...

Off LILY. She can't believe what she's hearing.

                        JENNY (CONT'D)
           ...but now look at you. You did what I
           never could. You found the strength
           somewhere deep down that no matter how
           many nights I sat holding you, praying
           for the courage to leave - I couldn't
           find...

Jenny looks at Lily in a way she never has.

                        JENNY (CONT'D)
           I know this is going to sound crazy, but
           that night you called me and told me you
           left him... It's helped me heal, too.

Draft 3.3.23                                                    111.

Jenny, finally acting as a mother should, wraps up Lily-holding her tightly. Barely audible-

                         JENNY (CONT'D)
            Thank you.

OFF LILY. Finally fully forgiving her mother. *For good.*

As we widen out to reveal we are at:

109   **EXT. CEMETERY, ANDREW BLOOMS RESTING PLACE – DAY**        109

      Where Lily stands in front of her father's grave for the
      very first time. Baby Emmy strapped to her torso, and
      Jenny standing a bit behind, Lily pulls the **NAPKIN** from
      her HOODIE JACKET... and we get the slightest glimpse
      that... ***she's finally finished the list***.

      Her voice shaking. Her lip quivering.

                         LILY
            Goodbye dad.

      With that, Lily bends over and places the **NAPKIN** near the
      headstone. Then. Summoning the kind of strength and
      surrender that is so rare, so powerful, it's cosmic-

      She straightens up. And. Walks away.

      We stay on the napkin, barely able to make out a few of
      the five things. As all three generations walk away.

      **MUSIC RISING–** UNDERSCORING AS WE-

                                                       FADE TO:

110   **EXT. BOYLSTON STREET (FARMERS MARKET) – DAY**             110

      Lily. Five years older. Five years wiser. Walking through
      the farmers market on Boylston Street on a bright, sunny
      day. We pan down to reveal she is holding hands with
      **EMMY,** now 5, looking happy and healthy.

      Rounding the corner, Lily spots Ryle near his car, his
      face lighting up when he sees them approaching. Emmy runs
      up to Ryle.

                         EMMY
            Daddy, guess what?

                         RYLE
            Oh-my-goodness- *What?*

He kneels down face to face with Emmy.

> EMMY
> I grew six whole inches- Mommy marked it
> on her wall!

Ryle glances up at Lily who whispers-

> LILY
> *Millimeters.*

> RYLE
> Wow! You are so big!

Lifting Emmy into his arms-

> RYLE  (CONT'D)
>       (To Lily)
> Did you get my email?

> LILY
> Yeah, about the playpen recall?

Ryle pops Emmy into her carseat. Lily throws her
overnight bag in the trunk.

> RYLE
> Didn't we buy one of those for her?

> LILY
> Yeah, but it broke like a month ago. I
> threw it in the dumpster.

Touching Emmy's chin with his fingers-

> RYLE
> Did you hear that, Emmy? Your mommy saved
> your life.

Emmy just laughs. Ryle kisses her forehead sweetly. Lily
watching them fondly. Assured that, despite his
brokenness... ***Ryle is a good dad.***

> LILY
> Okay, honey- Give me one last kiss.

Lily leans over, Emmy kisses her on the mouth. To Ryle-

> LILY (CONT'D)
> Have a good weekend.

> RYLE
> See ya Monday.

Draft 3.3.23                                113.

Ryle starts to buckling Emmy in the backseat- Lily heads
back the way she came...

She strolls through the market - taking in all the
beauty.

The sunlight through the trees. A STREET PERFORMER
creating GIANT BUBBLES with two sticks and a rope. The
bustling flower market. A BUSKER playing his guitar.

And from all this glorious poetry in motion... While she
stops to smell some flowers, Lily spots someone in the
crowd. A familiar face.

**Atlas.**

He hasn't seen her yet. But it's as if he can *feel* her
stare. His gaze finding hers within the sea of people.

The two LOCK EYES. As they did for the first time many
years ago.

ON ATLAS. As a remarkable grin spreads wide on his lips.

ON LILY. Smiling back. Looking more free and assured than
we have ever seen her. Eyes void of all fear.

Strong... And sturdy... Ready to dare to love again.

                                        **BLACKOUT.**