# Exhibit 136



## chat396857689450890941

**Thread Participants:** Justin B (Owner); [redacted] Jamey Heath; [redacted] Ange Giannetti; [redacted] Alex Saks Old #; [redacted] J B (Owner)

**Active Participants:** [redacted] Jamey Heath; [redacted] Ange Giannetti; [redacted] J B (Owner)

**First Message:** 4/30/2023 1:23:34 PM
**Last Message:** 4/30/2023 1:51:54 PM

---

**J B (Owner)**

Form Colleen

" I wanted to give my thoughts as a viewer of movies rather than a writer of books real quick.
THE FIRST KISS IS THE MOST IMPORTANT PART. Some movies put so little emphasis on it, but it's the thing we wait for, the build-up, the "What made them kiss at this point" moment. So the convo that leads up to that first kiss needs to be something emotionally impactful, even if it's just one sentence. Something that makes each of them give up fighting against this moment.
I think where everyone gets it wrong is they think it's the sexual attraction that we want to see, but it isn't. We know there's sexual attraction, we see it, but we want that first kiss to be powerful in so much more than a sexual way. As far as sex scenes you asked me about, there are readers who love to read those which is why I put them in the books, but as an author and a reader, I much prefer the stolen glances, hand grazes, things like that in a movie.
It's fun sitting alone and reading detailed sex scenes to some people, but not many want to be in a theater watching them. In movies, it's way more important we see those angsty looks and forbidden small touches/flirtation than any extended sex scene. Fade to black is always nice In movies. Some of these movies that focus on romance think women want to watch sex, but they couldn't be more wrong. We want to watch love and emotions and angst and buildup and then using our imagination from there is fine. "

4/30/2023 1:23:34 PM

---

**Ange Giannetti**

What she says about moment of first kiss SO TRUE!!
4/30/2023 1:29:13 PM

---

**Jamey Heath**

My first kiss with Natasha is a movie in itself. EPIC.... Too bad I didn't film it. We could have just used the footage instead.. Just sayin!
4/30/2023 1:51:39 PM

---

CONFIDENTIAL                                                                                                                         HEATH_000051557

EXHIBIT 6

■ **Ange Giannetti**
Emphasized "My first kiss with Natasha is a movie in itself. E..."

4/30/2023 1:51:54 PM

CONFIDENTIAL

HEATH_000051558