Exhibit 137

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 15 | Date Range: 7/7/2024 |

### Outline of Conversations

 **BL-FullMessages-0462522** · 15 messages on 7/7/2024 · Jenny Slate < > · ?B?
< >

BL-000020972

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0462522**

\#    ?B? <▮▮▮▮▮▮▮>    ◀ 7/7/2024, 1:36 PM
I know you don't see them I don't know why I still insist on replying 🙂. Almost done with the movie, leaving la now. Locked sound yesterday and finish color tomorrow and then it ships!

\#    ?B? <▮▮▮▮▮▮>    ◀ 7/7/2024, 1:37 PM
PGA mark is still TBD should know in the next day or two. Justin and co are at it again at Wayfarer, selling a book that I explicitly did not approve with my name big and exclusively on the cover, and a lookalike in my wig and wardrobe, and they have colleen listed as the author, even though she wouldn't sign the contact bc she didn't want to be apart of it either

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 1:38 PM
You're working so hard!!! I hope you're feeling good about it, hope you know that I am so grateful to you and deeply admire your talent and tenacity

>\#    ?B? <▮▮▮▮▮>    ◀ 7/7/2024, 1:38 PM
You always make me feel so nice 🙂. You make it easy. You are so terrific in they movie

>\#    ?B? <▮▮▮▮>    ◀ 7/7/2024, 1:39 PM
this*

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 1:38 PM
Ewwwww

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 1:38 PM
HOLY SHIT

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 1:38 PM
they are pigs

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 1:38 PM
Blake. I'm so sorry.

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 1:39 PM
I can't believe how greedy and brazen and dim they are

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 1:41 PM
It's so truly confounding. They are so desperate and greedy for the cheapest marks of fame, and they're not worthy adversaries, but they keep worming their way into these horrid battles. Like… What did they think would happen? didn't they expect that you most likely have really great lawyers, and that you yourself are incredibly smart, and that they could never get away with that? They are such dip shits.

\#    ?B? <▮▮▮▮▮>    ◀ 7/7/2024, 1:46 PM
I didn't even think about that . It's crazy how above reproach they feel

\#    ?B? <▮▮▮▮▮>    ◀ 7/7/2024, 1:48 PM
It's like he said to me about his previous sexual encounters when we were in my car with Sophia and my security Kevin (who was so spooke day him after this he wanted a background check and made sure I wa never alone w him) . He said, "have I always asked fro consent?… No. Have I always listened when they said no?… No."

\#    ?B? <▮▮▮▮▮>    ◀ 7/7/2024, 1:48 PM
People show you who they are, believe them the first time.

JS    Jenny Slate <▮▮▮▮▮>    ▶ 7/7/2024, 2:29 PM

---

    BL-000020973

Yeah. That is my central takeaway here. I also saw something in him, was aware of a general vibe that I'm not into, and I pushed past it. Never again! Lesson learned.

CONFIDENTIAL

BL-000020974