# Exhibit 141

EXHIBIT 45
Planet Depos, LLC

From: It Ends With Us 
Sent: Wed 6/21/2023 8:18:02 PM Eastern Daylight Time
To: Lizzy Talbot
Sent on behalf of: It Ends With Us
Subject: IEWU | SAFETY BULLETIN - Closed Set Protocols
Attachment: Closed Set Protocols.pdf

Hello,

Please see below and attached the Closed Set Protocols for the intimate scenes being filmed tomorrow.

SAFETY BULLETIN

**CLOSED SET PROTOCOLS**

The following guidelines are in companion to Union Simulated Sex and Nudity Protocols for the comfort and safety of all cast and crew in relation to intimate scenes. These should be distributed to all cast and crew before shooting intimate scenes.

The Closed Set protocols are as follows:

1) All outside monitors are to be turned off including Q-Take.
2) The Director/DP monitor is to be covered by a tent or with flags. Focus puller monitors are turned away or covered.
3) A list of who will be at the monitor will be communicated to the actors before the scene. Actors will be notified of any changes. All additional personnel will be asked to leave.
4) If there is nudity or simulated sex, a safety meeting will be held before the rehearsal.
5) If there is nudity, a member of the costume department will be assigned to fly in robes for each actor.
6) On "Cut" cameras are either unfocused, moved or covered.
7) For scenes of nudity 1st AD must include language which indicates to cast and crew when to uncover actor robes and when to recover.
Language as follows:
To uncover: "Pictures up", "Sound Speeds", "Marker", "Uncover", "Action", To cover: "Cut" "Covering Up", "All Clear".

No one but costume is to enter until "All Clear".

Closed Set Personnel can include the following:
Director, Producer, DP, 1st AD, Camera Operator (A+B if req), Grip, Focus Pullers, Writer, Script Supervisor, Intimacy Coordinator, Boom, Stunts, Hair and Make Up Standby, Costume Standby (to be present with robes).

Actor has the right to request additional support personnel to be present on set if required.

Any additional personnel for specific scenes to be specified and agreed with actors/1st AD/IC beforehand. These may include but not limited to:
SFX, VFX, Animal Handlers, Divers, Additional Fire Safety Personnel, Choreographer.

Best,
It Ends With Us
Production Office



Sent from Scenechronize

Elizabeth Talbot
INTIMACY FOR STAGE AND SCREEN

**SAFETY BULLETIN**

# CLOSED SET PROTOCOLS

The following guidelines are in companion to Union Simulated Sex and Nudity Protocols for the comfort and safety of all cast and crew in relation to intimate scenes. These should be distributed to all cast and crew before shooting intimate scenes.

The Closed Set protocols are as follows:

1) All outside monitors are to be turned off including Q-Take.
2) The Director/DP monitor is to be covered by a tent or with flags. Focus puller monitors are turned away or covered.
3) A list of who will be at the monitor will be communicated to the actors before the scene. Actors will be notified of any changes. All additional personnel will be asked to leave.
4) If there is nudity or simulated sex, a **safety meeting** will be held before the rehearsal.
5) If there is nudity, a member of the costume department will be assigned to fly in robes for each actor.
6) On "Cut" cameras are either unfocused, moved or covered.
7) For scenes of nudity 1st AD must include language which indicates to cast and crew when to uncover actor robes and when to recover.
Language as follows:
To uncover: **"Pictures up"**, **"Sound Speeds"**, **"Marker"**, **"Uncover"**, **"Action"**, To cover: **"Cut"** **"Covering Up"**, **"All Clear"**.

No one but costume is to enter until **"All Clear"**.

Closed Set Personnel can include the following:
Director, Producer, DP, 1st AD, Camera Operator (A+B if req), Grip, Focus Pullers, Writer, Script Supervisor, Intimacy Coordinator, Boom, Stunts, Hair and Make Up Standby, Costume Standby (to be present with robes).

Actor has the right to request additional support personnel to be present on set if required.

Any additional personnel for specific scenes to be specified and agreed with actors/1st AD/IC beforehand. These may include but not limited to:
SFX, VFX, Animal Handlers, Divers, Additional Fire Safety Personnel, Choreographer.