# Exhibit 142

**From:** It Ends With U[redacted]
**Sent:** Mon 5/22/2023 8:16:14 PM Eastern Daylight Time
**To:** Lizzy Talbo[redacted]
**Sent on behalf of:** It Ends With Us [redacted]
**Subject:** IEWU | Digital Sides - D7 OF 35 - 05/23/23
**Attachment:** IEWU_Sides D7_052323.pdf

EXHIBIT 46
Planet Depos, LLC

Hello,

Please see attached the Digital Sides for *It Ends With Us* Day 7 - Tuesday, May 23rd, 2023.

Thank you.

---

It Ends With Us
Production Office
[redacted]
[redacted]

Sent from Scenechronize

CONFIDENTIAL

24-CV-10049_0001426



27          **INT. BOSTON DIVE KARAOKE BAR - NIGHT**                      27

Allysa and Marshall onstage singing a karaoke duet THAT THE PRODUCTION CAN AFFORD TO LICENSE. The lyrics ironically washing over Ryle and Lily who sit quietly at a table together. Ryle has sobered up a little- his onesie now unzipped and tied around his waist, exposing a black t-shirt.

                    RYLE
          Hi.

                    LILY
          *Hi.*

The sexual tension is at a 12.

                    RYLE
          ... I've gone up to the roof a few times.
          Wondering if you might be up there. And
          then. I'm a bit relieved when you're not.

                    LILY
          I'm trying to cut down on trespassing and
          focus more on the business.

                    RYLE
          I've never talked to anyone like we did
          that night. It's made me want to do weird
          things that I've never done, like...

         RYLE (CONT'D)              LILY
     Ask you out on a date.     Eat lasagna?

                    LILY (CONT'D)
          Wait, wait, wait. Holdup... *You've never
          asked a woman on a date?*

                    RYLE
          Yeah. No. Well- yeah. No... Not
          technically.

                    LILY
          Any reason?

                    RYLE
          Yeah. But don't worry... I'm not gonna          *
          ask you. You're safe.                           *

                    LILY
              (a beat, sexy AF)
          ... *Am I?*

Putty in her hands-

Pink Rev. (05/12/23) 34.

                        RYLE
        Fuc- I'm not good at- And- You and my
        sister are... so- I don't know...
                (OFF LILY)
        We can just... be friends.

A beat. Offering a handshake, accepting his proposal-

                        LILY
        Friendship.

Taking her hand, the two seal their promise- Instant electricity flowing through their veins the moment they touch. His eyes drifting to her lips, wanting to kiss them. The duet coming to a close, the ROOM clapping for Allysa and Marshall. And- Suddenly, another SONG begins to sound **"I Want You to Want Me"**. Marshall yells to Ryle to join him.

                        MARSHALL
        Ryle, let's do this!

                        RYLE
                (to Lily)
        If you will excuse me I have a stage to
        die on.

Ryle hopping up and grabbing the mic- And- Singing his goddamn little heart out.

*He can't sing to save his life. It's terrible.* But in the most hilariously endearing way possible. Lily can't help but crush. Meanwhile, Allysa plops down beside Lily, she's seen this a thousand times.

                        ALLYSA
        So weird you know my brother.

                        LILY
        Barely- We met one time.

The two watch as the boys make adorable fools of themselves, dancing around, singing until they are hoarse. It's so fun.

                        RYLE
        "... I want you to want me / I need you
        to need me/ I'd love you..."

Sensing Lily's attraction- Allysa offers some advice-

                        ALLYSA
        He's certainly brilliant. But he's also a
        complete disaster.
                (MORE)

ALLYSA (CONT'D)
(OFF LILY, kindly)
*I'll only say it once... But... yes he's great. He's great in so many ways, but I'm more protective of your heart than his in this because... he can't commit and he's a man child and my therapist told me that I need to let other people make their own mistakes but it would be wrong of me to not give you this information so now you have it: he's a mess. I'm going to stop talking.*

LILY
(deflecting)
You're the only Kincaid for me.

Lily's heart betrays her as she and Ryle LOCK eyes again. He finishes the chorus as if he's singing directly to her. OFF LILY–

| 28 | OMITTED | 28 |

A29 **EXT. LILY'S CHILDHOOD HOME (MEMORY) - NIGHT** A29

We push in on the living room window as an **INDISCERNIBLE ARGUMENT** RISES from downstairs between Andrew and Jenny. The YELLING growing increasingly intense.

ANDREW (O.S.)
(heated, barely audible)
You want attention? I'll give you some fucking attention.

JENNY (O.S.)
Stop. Please... Please. Lily's sleeping.

B29 **INT. LILY'S MAINE HOME, STAIRCASE (MEMORY) - NIGHT** B29

YOUNG LILY as she peaks her head out over the staircase peering down to the argument below.

| 29 | OMITTED | 29 |

30 **EXT. LILY'S MAINE HOME, BACKYARD (MEMORY) - DAY** 30

Young Lily is clipping flowers (her outlet) around a large flowerbed. She lays down mulch and compost. Young Atlas picks a flower.

Pink Rev. (05/12/23) 50.

40      **EXT. BAR - NIGHT**                                            40

   LILY and Ryle slow dance in the bar. Patrons around them
   drinking and watching sports. Completely in their own
   world.

A40     OMITTED                                                         A40

B40     OMITTED                                                         B40

C40     OMITTED MOVED TO E41                                            C40

A41     OMITTED                                                         A41  *

B41     OMITTED                                                         B41  *

C41     **INT. LILY BLOOMS - DAY**                                      C41

   Ryle very seriously helps Lily do kintsugi. He is using         *
   laser focus to glue the pieces back together, while Lily,      *
   working alongside him, keeps subtly pawing at him. He
   bats her hands away.                                            *

D41     **EXT. BOSTON STREET - DAY**                                    D41

   Lily and Ryle walk hand in hand: talking, and talking,
   and talking.

E41     **INT. RYLE'S LOFT - NIGHT**                                    E41

   Lily sits on the couch watching Finding Nemo. Ryle in           *
   scrubs after a long surgery is asleep on her lap,
   transformed into a little boy. She notices his hand is
   shaking. She holds it and him while watching her show.          *

41      **INT. LILY BLOOMS - DAY - SUMMER**                             41

   Landing on a huge bouquet of RED ROSES and a large              *
   takeout box of Lasagna on the counter top right in front        *
   of Lily.                                                        *

   Rolling her eyes playfully, Allysa hands Lily a CARD.

   Opening the CARD, Lily finds two words: **"Dinner tonight.**
   **Where we first met. Wear something fancy. (Not pajamas)"**

Pink Rev. (05/12/23)

~~YOUNG LILY~~
~~Yeah. You?~~

~~He nods. Young Lily climbing on top of him- When-~~

              RYLE (V.O.)
             (PRE-LAP)
      Hey, Lily! You want a drink?

49   INT. BOSTON BAR - DAY - SUMMER   49

CLOSE ON LILY. Shaking from her thoughts of Atlas-

              LILY
      Uh, yeah- I'll take a wine.

PULL BACK TO REVEAL- A PACKED BAR during a Bruins game. Most everyone here in a ONESIE, including- Lily, Ryle, Allysa, and Marshall. To Lily- Objecting-

            MARSHALL
    You're in a onesie, Lily, you don't get
    free wine with a onesie!

              LILY
      Okay, fine, let's do this.

To the BARTENDER-

            MARSHALL
    Three *beers*, please, and a water for my
    lady-love.

He kisses Allysa - Lily and Ryle looking suspicious.

              LILY
      Wait. WHAT???

Outed, Allysa and Marshall glance at each other.

             ALLYSA
    We didn't plan on telling you here, but-

Suddenly, Marshall yells out-

            MARSHALL
      I'm gonna be a dad!

A few DRUNK PATRONS clap their hands- Raising their beers-

            PATRONS
    Woooo! / Right on, man! / Hell yeah!

CONFIDENTIAL

Pink Rev. (05/12/23)                                          66.

Ryle looks stunned. Lily grabs him by the hand.

                LILY
     Congratulations, Uncle Ryle.

The bartender slides over three beers and one water for Allysa- Ryle holding up his beer to cheers- Ryle, stunned and feeling so sentimental.

                RYLE
     To Allysa. You're eleven months younger
     than I am, but- You still teach me, every
     day, what being a grown up looks like.                    *

The four CLINK their glasses together and drink.

                LILY
       (so charmed)                                             *
     No adult says grown up.                                      *
       (to Allysa)                                              *
     I didn't realize you two were so close in
     age.

                ALLYSA
     Oh, yeah- Three kids in three years- I
     feel so sorry for our mom.

The mood shifts. Allysa gives Ryle an apologetic look.

                LILY
     *Three?* You have another sibling?

Ryle straightens up, looking a little triggered. Gingerly-

                ALLYSA
     Uh... yeah... we had an older brother.
     *Emerson.* But...

She looks to Ryle, as if to sheepishly ask permission to speak on the matter. And. He simply shakes his head.

                ALLYSA (CONT'D)
       (simply)
     He passed away when we were kids.

                LILY
       (a beat, struck)
     I'm so sorry to hear that...

CLOSE ON LILY. Wanting to ask more. But the look on Ryle's face makes her dare not.

Suddenly- The Bruins score and- THE BAR EXPLODES WITH CHEERS. Ryle finally relaxing again. Lily leaving it be.

**IN A SERIES OF QUICK CUTS-**

**WE WATCH THESE FOUR LIVE IT UP AT THE BAR IN THEIR ONESIES, LAUGHING AND DRINKING- RYLE GRABBING LILY AROUND THE WAIST AND KISSING HER AS-**

50      **INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**                50

-The two tumble into Lily's apartment, ripping at one another's onesies- Until they are both down to their underwear- Ryle kissing his way down Lily's torso. CLOSE ON LILY- As she arches her back in pure ecstasy.

                                            CUT TO BLACK:

51      **INT. LILY'S BOSTON STUDIO APARTMENT - MORNING**              51

Lily awakens, entangled in the sheets.

                    RYLE
          Good morning. You like frittata?

Lifting up, she finds Ryle in his boxers- In the open KITCHEN- pouring an egg mixture into a **CASSEROLE DISH-** And tossing it into the hot oven.

                    LILY
          Oooo, I didn't know you could cook.

POP! He opens a nice bottle of Champagne and pours two glasses-

                    RYLE
          I can't.

Joining her in bed with two champagne glasses and a jug of orange juice which he pours into their glasses.

                    RYLE (CONT'D)
          Cheers.

They both take big gulps of the bootleg mimosas- Then- **He stares at Lily's HEART TATTOO, caressing it-**

                    RYLE (CONT'D)
          This might possibly be my favorite part
          of you. What does it mean?

                    LILY
                (lying)
          Nothing really. Just. One of those silly
          things you do in high school.