# Exhibit 143

Scene 40_1_A Produced Natively