# Exhibit 144

Scene 40_1_B Produced Natively