# Exhibit 145

Scene 40_2_B Produced Natively