Case 1:24-cv-10049-LJL     Document 1230-147     Filed 01/20/26     Page 1 of 5

# Exhibit 146

**Thread Participants:** Justin B (Owner); JB (Owner); Alex Saks Old #;
**Active Participants:** Justin B (Owner); Alex Saks Old #
**First Message:** 5/30/2023 7:04:56 PM
**Last Message:** 5/30/2023 9:52:17 PM

**Justin B (Owner)**
what do you think …
📎 <__Library_SMS_Attach_1_da_10_at_0_E_1_new ro_1.pdf>
5/30/2023 7:04:56 PM

**Justin B (Owner)**
I feel like it's got everything.
5/30/2023 7:05:16 PM

**Alex Saks Old #**
Much much better in my opinion
5/30/2023 7:12:21 PM

**Alex Saks Old #**
I just read it real quick
5/30/2023 7:12:24 PM

**Justin B (Owner)**
Feels good-
5/30/2023 7:12:41 PM

**Alex Saks Old #**
He did answer the question tho, kind of.. that tripped me



new rooftop scene

You asked me for something recent and I gave it to you. If you were into it, I would take you downstairs to my bedroom and I would fuck you.

hare the sexiest SILENCE you've ever seen.
          LILY
How many women has this worked on?

Yellow Rev. (mm/dd/yy)
          RYLE
Would you believe me if I said you're the first?
          LILY
No. You didn't answered my question.
les.
          RYLE
There's no good answer to that question. Love isn't for me. Lust on the other hand...
          LILY
I'm not one to sleep with someone I just met.
E. Ryle looking down at her lips again.
          RYLE
Okay. Then. Well if you wouldn't sleep with someone you just met, exactly how far would you go?
e. This could go either way. Then. In a whisper-

5/30/2023 7:12:45 PM

Exhibit: 26
Witness: BALDONI
Date: 10/7/25
CSR #12019: Ashley Soevyn

CONFIDENTIAL        BALDONI_000031947



CONFIDENTIAL
BALDONI_000031948

**Justin B (Owner)**

Hey Jenny

First off, thank you for putting your all into the film. I recognize that the last few days of filming have been difficult, but I wanted you to know that the work is really great and I'm excited for what we're creating.

Equally important is that I was made aware of your concerns. I wanted you to know that they are fully received, I hear you, and adjustments will be made accordingly.

I appreciate your feedback and really looking forward to working with you at the end of the week.

Justin

Blake,

I really hope that baby B is okay and your symptoms are getting better. I'm so sorry you are going through this.

I want you to know that I've been made aware of your concerns and I hear you. They are fully received and adjustments will be made imminently.

Also, the dailies are looking wonderful and while the last two days were tough... I assure you that your work was fantastic.
I truly believe you are creating one of your most honest performances that will have a long lasting and powerful impact.

Look forward to working with you when you feel better.

Justin

5/30/2023 9:48:27 PM

**Alex Saks Old #**
Love both
5/30/2023 9:49:03 PM

**Justin B (Owner)**
Thanks - go ahead and share if they want to receive them
5/30/2023 9:51:20 PM

**Justin B (Owner)**
Appreciate you
5/30/2023 9:51:23 PM

**Alex Saks Old #**
I will ask them both tmrw when I speak w them
5/30/2023 9:52:05 PM

**Alex Saks Old #**
Loved "Appreciate you"
5/30/2023 9:52:09 PM

**Alex Saks Old #**
Thank you!
5/30/2023 9:52:17 PM