AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BLAKE LIVELY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-10049 |
| WAYFARER STUDIOS LLC et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Blake Lively             .

Date:   01/20/2026                          /s/ Sareen Armani
                                            *Attorney's signature*

                                   Sareen Armani (NY: 5563622; CA: 345148)
                                        *Printed name and bar number*

                                        Manatt, Phelps & Phillips, LLP
                                      2049 Century Park East, Suite 1700
                                             Los Angeles, CA 90067

                                                 *Address*

                                           sarmani@manatt.com
                                              *E-mail address*

                                               (310) 312-4118
                                              *Telephone number*

                                               (310) 312-4224
                                                *FAX number*