AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BLAKE LIVELY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-10049 |
| WAYFARER STUDIOS LLC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Blake Lively                                                                               .

Date:   01/20/2026                                                /s/ Katelyn A. Climaco
                                                                        *Attorney's signature*

                                                        Katelyn Climaco (NY: 5914304; CA: 355821)
                                                                *Printed name and bar number*

                                                        Manatt, Phelps & Phillips, LLP
                                                        2049 Century Park East, Suite 1700
                                                        Los Angeles, CA 90067
                                                                        *Address*

                                                        kclimaco@manatt.com
                                                                *E-mail address*

                                                        (310) 312-4284
                                                                *Telephone number*

                                                        (310) 312-4224
                                                                *FAX number*