# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

January 20, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

In accordance with Your Honor's Order dated January 17, 2026 (Dkt. No. 1229), Plaintiff Blake Lively hereby refiles public versions of (i) Exhibits 1-300 to her Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Dkt. Nos. 1063-1 to -150; 1071-1 to -150); (ii) Ms. Lively's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 1064); (iii) Ms. Lively's Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts (Dkt. No. 1074); and (iv) the Declarations of Don Saladino and Ms. Lively (Dkt. Nos. 1076, 1077).

Respectfully submitted,

/s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| 2049 Century Park East | Stephanie A. Roeser (admitted *pro hac vice*) |
| Los Angeles, California 90067 | Sarah E. Moses (admitted *pro hac vice*) |
| (310) 855-3000 | 2049 Century Park East, Suite 1700 |
| mgottlieb@willkie.com | Los Angeles, CA 90067 |
| | (310) 312-4000 |
| Kristin E. Bender | ehudson@manatt.com |
| 1875 K Street NW | sroeser@manatt.com |
| Washington, DC 20006 | smoses@manatt.com |
| (202) 303-1000 | |
| kbender@willkie.com | Matthew F. Bruno |
| | 7 Times Sq. |
| Aaron E. Nathan | New York, NY 10036 |
| Michaela A. Connolly | (212) 790-4500 |
| Melissa Taustine | mbruno@manatt.com |
| Willkie Farr & Gallagher LLP | |
| 787 7th Avenue New York, NY 10019 | |
| (212) 728-8000 | |

manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*