# Exhibit 150

**Thread Participants:** ▇ Jamey Heath (Owner); ▇ ; ▇ Jamey Heath (Owner)
**Active Participants:** ▇ Jamey Heath (Owner); ▇
**First Message:** 4/24/2024 12:02:14 AM
**Last Message:** 4/24/2024 11:54:25 PM

---

> Spoke to Josh. He will tell Blake tomorrow he cannot authorize her request re exitorial. it's a wayfarer movie. they have final cut and run process. we are only investors and releasing. Must get approval from you all. He understands.
> 4/24/2024 12:02:14 AM

**Jamey Heath (Owner)**
> ❤️ 🙏 ❤️
>
> Thank you for having the conversation. I appreciate you. And with that said, i'm always open and willing to hear your thoughts if we should make another decision with any of this
> 4/24/2024 12:03:56 AM

> Ok lets talk tomorrow. x
> 4/24/2024 12:08:38 AM

> Josh texted with BL - shut down SL or anyone in cutting room - she said ok. She understood. She did say her editor avail now tomorrow and can Josh ask if wayfarer ok to have editor come in with her and Oona look at some stuff (she likes Oona). I think this is the editor we said ok to before and was not avsil. Can I tell Josh you guys are ok with this as you were before?
> 4/24/2024 11:36:34 AM

> So i understand are you saying Shane coming into editorial as of now is conditionsl on this Josh phone call? and that's what I have to talk to him about? Cannot say ok to Shane now?
> 4/24/2024 1:20:00 PM

**Jamey Heath (Owner):** Justin needs to hear the feedback from you. As you know, this whole thing is incredibly overwhelming and troublesome. The fact that Blake has access to Josh during this process and we don't is not landing for him. So if this ask has come from Blake through Josh, it's not unreasonable that we have 1st hand conversations as well. That said, I heard your point and understand. I'm trying to manage both sides. Putting my own position aside. I think once we three speak he will sign off on it after hearing your thoughts since you're requesting we don't speak to Josh. You can articulate it from Sonys perspective to him.
*4/24/2024 1:27:57 PM*

Josh is the lifesaver here. That she will not engage with Justin / Wayfarer /me and he inherited this and now has to be the one to navigate her on all this is not his responsibility, the last thing he wants to do, but he's doing it because he thinks you have a hit movie. He does not have bandwidth to do same with Justin. If something specific to address of course he will. But the play by play and the what if's - he doesn't have the bandwidth - he's overseeing the marketing and release for 8 divisions in addition to all his corporate duties.
*4/24/2024 2:10:53 PM*

**Jamey Heath (Owner):** Hi. Call me asap please
*4/24/2024 7:01:44 PM*

You spoke to Todd yes?
*4/24/2024 11:29:55 PM*

**Jamey Heath (Owner):** I did. You?
*4/24/2024 11:51:18 PM*

yup.
*4/24/2024 11:51:33 PM*

**Jamey Heath (Owner):** Weird shit.
*4/24/2024 11:51:52 PM*

Everyday!
*4/24/2024 11:52:16 PM*

CONFIDENTIAL

HEATH_000034686

> **Jamey Heath (Owner)**
>
> Every fucking day.
> I don't know how all this got lost in translation. This one is quite baffling honestly. I mean, I just I'm trying to understand. Is Blake really that delusional? Does she actually believe that she has those extra days. Or is it just a ploy? Or was information not adequately given to her? Or is she just bat shit crazy and has no memory?
>
> I don't know it's all just extremely baffling
>
> 4/24/2024 11:54:25 PM

CONFIDENTIAL

HEATH_000034687