# Exhibit 151

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 5/26/2024 |

### Outline of Conversations

💬    **RR-FullMessages-0231089** · 2 messages on 5/26/2024 · Josh Greenstein <████████> · R Reynolds <████████>

19

CONFIDENTIAL

RR-SUBPOENA-000000085

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **RR-FullMessages-0231089**

**RR**  R Reynolds < ███████ >  ◀ 5/26/2024, 4:44 AM

I mean... Garfield! Congrats to you and your gang of merry Mad Max murderers over there. Incredible. I'm not rooting for any movie to lose because we all take the hit. But you really pulled off a marketing triumph with this. And marketing is my favourite discipline of all the martial arts. I hope I get the benefit of your black belt one of these days soon.

More importantly, Josh, I can't thank you enough for your level of integrity and leadership with the IEWU drama. You're not only backstopping a vastly better version of the film but you're making fans and allies left, right and center.

The behind the scenes stuff has been so confounding. If I read it in a script my main note would be to tone it down. This guy is genuinely touched in some very strange ways. Like, a melon-baller lobotomy makes more sense than his self-propelled, malignant stupidity and revolting behavior.

I can imagine there's almost no aspect of this which has been easy for you to navigate... But you've stood up for what's right in a system which more often than not favors what's easy.

You've protected my wife from so much and so often. And in protecting her, you've also preserved the film and its ability to not only work commercially but achieve a second and possibly better objective: giving voice to a vital issue affecting so many people.

No matter what, you have a lifetime supply of admiration, respect and friendship from me. If there is any way I can pay it forward, any time, say the word and I'll show up for you. Try me.

**JG**  Josh Greenstein < ███████ >  ▶ 5/26/2024, 12:09 PM

Thanks Ryan so happy to be in same conversation as  furiosa - crazy.

I really appreciate your kind words . I'm so impressed with how Blake has handled the situation . Her North Star is the movie and the fans and you can never go wrong with that as your driver . I tell my wife and daughters all the time you need to advocate for yourself especially in this world as a woman. No only does Blake do that for herself , but she is a creative force and a total bad ass. .
Her cut is better no question I have her back all the way.
Would be a dream to have both of you making movies at Sony in the future -
Hope you enjoy having biggest movie of summer ! And probably biggest r - rated opening of all time - you will actually have top 3 r rated movie openings of all time.🫡

CONFIDENTIAL

RR-SUBPOENA-000000086