# Exhibit 152

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 40 | Date Range: 5/19/2024 - 5/20/2024 |

**EXHIBIT 13**

**Outline of Conversations**

BL-FullMessages-0209948 · 40 messages between 5/19/2024 - 5/20/2024 · Colleen Hoover <▉▉▉▉▉> · ?B? <▉▉▉▉▉>

CONFIDENTIAL

BL_000039197

EXHIBIT 13

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0209948**

**CH**  **Colleen Hoover** <██████>   ▶ 5/19/2024, 8:33 PM
Okay awesome! Would love a preview call if you have time, I'm already being reached out to from wayfarer

**CH**  **Colleen Hoover** <██████>   ▶ 5/19/2024, 8:33 PM
And I just recently got a film agent, I don't have her info but she's with uta

**#**  **?B?** <██████>   ◀ 5/19/2024, 8:52 PM
Hey I'm about to take off for Rome.  Just tried you Xx

**CH**  **Colleen Hoover** <██████>   ▶ 5/19/2024, 9:34 PM
❤️ my empty living room. Be safe have fun!

Attached URL: https://p65-content.icloud.com/MFC41186BDC2FA481E0D3C687A8369D9A6462B2929B9962DEB971B12950D0C444.C01USN00
Attachment Title: IMG_5352.jpeg

[image redacted]

**#**  **?B?** <██████>   ◀ 5/19/2024, 9:35 PM
Stfu

**#**  **?B?** <██████>   ◀ 5/19/2024, 9:35 PM
This is insane. You need to live there forever.

**#**  **?B?** <██████>   ◀ 5/19/2024, 9:35 PM
Where is this??

**#**  **?B?** <██████>   ◀ 5/19/2024, 9:36 PM
My husband is from Vancouver so we're always looking in BC for places   He loves that part of the world so much

**CH**  **Colleen Hoover** <██████>   ▶ 5/19/2024, 9:37 PM
██████. I'm in love. I never want to leave

**CH**  **Colleen Hoover** <██████>   ▶ 5/19/2024, 11:14 PM
I loved Josh so much. We're chatting again tomorrow but I feel like he's a good one. Thanks for putting me in touch with him

**CH**  **Colleen Hoover** <██████>   ▶ 5/20/2024, 4:50 AM
Blake! Oh my gosh. Josh gave me a password to watch again because he wants me to get you my thoughts asap so I watched Justin's latest and yours side by side. I have a list of like 57 things I loved about yours more. You killed it! It's so hard in a theater to truly focus when you're nervous and people are talking but seeing all the improvements you

made solidified an already solid decision. I'm going to bed but will send you thoughts asap in the morning, I really believe in this adaptation and think with this weeks edits you're doing it's going to be life changing. My god, thank you. I'm sorry this is a day late, I know I told you it was great already, but I can't wait to type up all the why's and get them to you tomorrow.

\# **?B?** <██████████>  ◀ 5/20/2024, 7:28 AM
I can't stop reading this. This makes me so happy. SO happy. And I'm relieved you connected with Josh. He's been the only person I've been able to trust and rely on in this whole process. He came in late, but came in strong. We've got this. LFG

\# **?B?** <██████████>  ◀ 5/20/2024, 7:29 AM
(Let's Fuckin Go)

\# **?B?** <██████████>  ◀ 5/20/2024, 7:29 AM
❤️🏠

\# **?B?** <██████████>  ◀ 5/20/2024, 7:29 AM
Can't wait to get your notes.

\# **?B?** <██████████>  ◀ 5/20/2024, 7:29 AM
🙏🙏🙏

CH **Colleen Hoover** <██████████>  ▶ 5/20/2024, 3:44 PM
Just sent you my thoughts

\# **?B?** <██████████>  ◀ 5/20/2024, 3:46 PM
Amazing!! Opening now!!!

CH **Colleen Hoover** <██████████>  ▶ 5/20/2024, 3:46 PM
Man. I highlighted them and the highlighting didn't work I want you to see how much green there was 😊

\# **?B?** <██████████>  ◀ 5/20/2024, 3:52 PM
I am cackling

\# **?B?** <██████████>  ◀ 5/20/2024, 3:53 PM
SMELLING THE FOOD IN THE TIN FOIL

\# **?B?** <██████████>  ◀ 5/20/2024, 3:53 PM
all the things I've thought but never bothered to articulate bc you can only do so much for bad taste

\# **?B?** <██████████>  ◀ 5/20/2024, 3:53 PM
Such great notes so far. Sorry I'm live tweeting you. Going back to reading them

CH **Colleen Hoover** <██████████>  ▶ 5/20/2024, 4:10 PM
Laughed at "SMELLING THE FOOD IN THE TIN FOIL"

CH **Colleen Hoover** <██████████>  ▶ 5/20/2024, 4:10 PM
Laughed at "all the things I've thought but never bothered to …"

\# **?B?** <██████████>  ◀ 5/20/2024, 5:42 PM
His name 3 TIMES. Plus his picture.
He doesn't want just a Lily poster. And is insisting on "film by" as well as "directed by". Film by is a controversial credit created by auteur filmmakers. When they are the sole vision of the film in every facet.

Attached URL: https://p61-content.icloud.com/M55890501A04364536CDA882F3C59151E87411C9408D568178C8285904EB55F38.C01USN00Attachment Title: Screenshot 2024-05-20 at 11.40.31 PM.jpeg



Image: Screenshot 2024-05-20 at 11.40.31 PM.jpeg (239 KB)

| | | | |
|---|---|---|---|
| CH | Colleen Hoover <■> | ▶ | 5/20/2024, 5:43 PM |
| | Honestly it should just be you on the poster | | |
| CH | Colleen Hoover <■> | ▶ | 5/20/2024, 5:45 PM |
| | When me and Tarryn co wrote a book our foreign publishers insisted on making my name bigger than hers and I wouldn't sign the contract until they made them the same size. | | |
| CH | Colleen Hoover <■> | ▶ | 5/20/2024, 5:45 PM |
| | Things like this make me so angry, especially when it's men | | |
| # | ?B? <■> | ◀ | 5/20/2024, 5:46 PM |
| | Wow. That's really cool that you did that. | | |
| # | ?B? <■> | ◀ | 5/20/2024, 5:46 PM |
| | Yeah it's pretty upsetting. I NEVER care about a poster or billing/credit. But in this scenario, it actually hurts | | |
| CH | Colleen Hoover <■> | ▶ | 5/20/2024, 5:48 PM |
| | Loved "Yeah it's pretty upsetting. I NEVER care about a p…" | | |
| CH | Colleen Hoover <■> | ▶ | 5/20/2024, 5:49 PM |
| | They need better text reactions because hearts are too nice and !! Is too much so just pretend that's a huggy one | | |
| # | ?B? <■> | ◀ | 5/20/2024, 5:58 PM |
| | ?🤗? | | |
| >CH | Colleen Hoover <■> | ▶ | 5/20/2024, 6:04 PM |
| | Oh come on, show off | | |
| # | ?B? <■> | ◀ | 5/20/2024, 5:58 PM |
| | Huggy back at you | | |
| # | ?B? <■> | ◀ | 5/20/2024, 6:13 PM |
| | I just made it up. I'm a little too proud | | |
| # | ?B? <■> | ◀ | 5/20/2024, 6:13 PM |
| | It was a custom order for you. | | |
| # | ?B? <■> | ◀ | 5/20/2024, 6:13 PM |

But I'm gonna have to use it again.

\# ?B? <███████> ◀ 5/20/2024, 6:14 PM
And again

CONFIDENTIAL    BL_000039201