# Exhibit 153



**Message**

**From:** Colleen Hoover [ ]
**Sent:** 5/20/2024 5:01:59 PM
**To:** Greenstein, Josh [ ]
**Subject:** Thoughts
**Attachments:** blake's version.docx

Hi, Josh! Thank you for getting me access to Blake's version last night. It was so helpful! I put them directly in this email but also in a word file because the email is wonky. Just didn't know if you had Word.

I'm only sending this list to you for now so you can read and then you and I can discuss. I don't know Blake well enough at all, but I do think it's important she know all the things I loved about her changes. I write books so I can get wordy, so let me know if we don't need all of that info. I just thought if she trusted that I noticed her changes and what I love about them, she might be more willing to trust my suggestions, considering I've never worked in film before. And I'm also going to note if there are any of these things that are also thoughts I sent Justin so that we're clear it isn't a change Blake made.

Thank you!

1) On the opening shot, right after the camera lowers and settles on you around the 1:50:20 mark, Blake looks STUNNING. She looks sad and pensive and her expression shows she's thinking about something heavy. If there's a way to open on that and then hear her thoughts and move into the clips of flashbacks, that would be perfect for me. I'm also coming at this from the perspective of the millions of readers that read the book. There's something gratifying about an opening scene being the actual book's opening scene, and in the book she's sitting just like that on the roof having thoughts that it looks like Blake is having. When Wayfarer opens on the funeral scene, or the house scene with the mother, it's not in the book at all, so just that short sequence at the beginning with Blake's voiceover from the funeral coming in, and then the flashbacks while she's sitting there will set millions of readers up for a feeling of gratification and I do believe it'll make a difference in the tone that is currently, to me, a little confusing in Blake's version as it stands and cheesy at best in Wayfarer's version. Adjusting that confusion from Blake's and giving that audience the opening scene they're dying for will make such a big difference and it's such a small change.

2) I absolutely love the flashback between Lily's dad opening the door and Ryle slamming open the door to the rooftop happen together. That made me jump!

3) Love love love that he doesn't kick the chair five thousand times. Adjusting it to just seeing it once and hearing it once makes me hate him so much less in that scene and leaves me feeling more open to her not running the hell downstairs in that moment, but rather staying and wanting to get to know what's up with this guy who is upset.

4) In one of the first rooftop moments, she is folding the napkin but we don't see that something is written on the napkin. I had a note that I couldn't see the numbers, but then I see in that same scene later that there are numbers on it in a different flashback, but I'm not sure someone is going to know that's not just a tissue and she's been crying. Either way it works, some may realize the connection, some may think she just has a tissue, but I just wanted a split second more before she crumpled it.

EXHIBIT 14

5) After Ryle says he doesn't kiss on the mouth, in Blake's version she says, "Aww, bummer." LOVE THIS. It sets up a little sooner that she may find him attractive and that made me excited for whatever came next. It was such a small but important change that made a big difference for me on their connection.

6) Right before Ryle says, "I watched a little boy die tonight," is there a way to pause on his expression for an extra second? It just comes so soon after her admission about her dad, I want that extra second to visually adjust to the fact that something is troubling Ryle before he says it out loud. The subject is so heavy, I feel like a second to absorb her admission before his would prepare me for how heavily he leans into the trauma in his acting in that scene. It's a lot.

7) Okay, this is a note I sent to Wayfarer that was never adjusted so maybe there's a reason they chose not to change this scene. But it's the moment Lily says something like, "I can't imagine what that's going to do to that little boy," and Ryle says, "Destroy him for life, that's what it'll do." I just can't decide what bothers me so much about this scene, maybe because it's in the book and I feel like this is a scene that came straight from the book but doesn't work as well on film. And Lily's lines seem to get mixed up there and she laughs between the two sentences, so that feels out of place, but also Ryle's acting in the "It'll destroy him for life, that's what it'll do" is so intense right there. Is there a world in which that whole exchange could disappear and after Ryle tells her the store, she just stares at him sadly like she already is and then he pushes off the roof and goes to the chair? I feel like him just telling her what happened and her reacting with her facial expressions and not actual words is really nice there. I don't care that it's pulling a book line out, I think it might work better getting rid of that moment. Also, it's kind of on-the-nose because Lily is smart and wouldn't "wonder what that would do to a kid" because it's devastating and would obviously traumatize him and I don't Blake's version of Lily's character would say that.

8) Watching this whole "I want to have sex with you" scene actually works so much better without an audience. You know what I think my aversion to it is? It's that I wrote it and have always wished I'd have changed that in the book, so when I see it on camera I get those same feelings. That being said, and the fact it has to stay for the story to even work, I love Blake's reaction to it when he says it. And I love that she's encouraging him to tell her something shocking for a second time rather than in the first Wayfarer version, you kind of don't realize she's pushing for him to say something shocking. My only note here is that right after Justin confirms Blake's request for something shocking, he says, "shock you?" like it's a question. Is there a way to add a second to Justin's face as he's contemplating? It happens fast and it's jarring, but if we can stay on his expression a moment longer, it'll feel like he's actually contemplating saying it out loud and it'll make his line a little more forgiving for me.

9) Blake mentioned there's a line she might add in this scene after he says "I want to have sex with you" where they joke a little more and joke about carbs. It sounds like it could be a GREAT moment of levity, and I'm all for her addition of that and can't wait to see it added in. This was my least favorite scene the first time I watched it and all the minor adjustments being made to it are helping me digest it more. And I have to be honest, as much as I HATE moments like this between characters in both books and movies, there's a reason romance is the number one best selling genre. LOTS of people love this shit.

10) Blake added the "I actually realized you're a neurosurgeon" line after the kiss on the roof and I LOVE THIS ADDITION PLEASE DON'T TAKE IT OUT. It's the perfect levity right here and I understood it to be funny and her not actually thinking he's not a neurosurgeon. Someone suggested removing it in the focus group and it made my heart clench because I really enjoyed that change from Blake.

11) I didn't notice Blake cut the part with Ryle saying, "It was nice to meet you Lily Bloom" and her saying "You too Ryle Sigmund Kincaid." I actually wasn't crazy about that ending to the rooftop scene in Wayfarer's version and really REALLY loved how Blake took the ending of this scene and turned it into a flashback.

12) This was a note I sent Wayfarer and it may not even be important, but we're showing this to an audience of readers so wanted to flag it here too. When young Lily is writing in her journal, the second paragraph contains two "yours" that should be "you're" with the apostrophe. Not sure even 1% will notice that or care since she's a teen, but that's a reader pet peeve and may pull them out of the moment. I don't know if changing it in editing can happen or if we can focus a miniscule of a second less so readers don't have time to skim it like I did would help. But if they catch it, I can just see them leaning over to their friends to point out how smart they are that they caught it and it'll cause a disruption because readers love an opportunity to point out a spelling error lol

13) Another note I sent to Wayfarer that I noticed wasn't changed so wanted to flag it in case anyone agrees. Atlas smells the food he pulls from the trash can. He puts it right against his nose and it's such a strange move to me. Why does he smell it? Is there a way you could cut from him opening the trash can to young Lily's face and then back to the trash can to see him holding the food and walking away with it? We know he's pulling food out of the trash, but smelling it just felt so weird to me.

14) When young Lily is preparing for Atlas to get out of the shower, it feels like some of her scenes were shorter where she was doubting what she was wearing in Blake's version. I don't know if that was adjusted before from Wayfarer, but just wanted to note that I appreciated that, I think we can see when she checks the mirror that she is nervous and wants to look nice for him but her fidgeting for so long on the couch felt unlike Lily's confident character. Also, I was really confused how she went from one side of the couch to another and had to watch that three times to notice it was a mirror we were looking into instead of a doorway. Right at the end of the camera focusing on her through the mirror, she turns her head and then turns her head again when it's no longer a reflection but straight on. I think pulling out one of those head turns (because it's doubled up) will help the viewer realize it's a mirror shot and then a straight-on shot.

15) Blake's addition added a line where after Lily says her dad won't notice the clothes being gone, she says he doesn't really wear jeans or t-shirts. But it's not a t-shirt, it's more like a Polo type shirt. I think this line is a nice addition but wish he had on a t shirt so it wouldn't have tripped me up, or maybe there's a way she can say "my dad doesn't really wear jeans" and drop the tshirt part?

16) Wayfarer's newest version also added the phone convo between Lily and her mother as she's walking to pick up the keys to the flowershop, but it's a different one from Blake's. I like this scene and that we see her talking to her mother on the phone, it brings her connection with her mother back, but in Wayfarer's version at the end of the convo we're on Lily's mom when she says, "Well if you're going to do it, make it brave and bold." I actually had a note for them that I realize they are adding that because of the book, but it's another book moment that felt forced and cheesy on screen. HOWEVER, in Blake's version, you barely hear her say it as we're panned on Blake and I love that so much better. It's there for the readers who need to hear that line, but it's also not in-your-face like it was in Wayfarer's version. Also love when she says, "GOOGLE is worried about you, honey." That's such a cute line that made me love her mother more, so happy that's in there.

17) Okay. Karaoke scene. I love it so much more than the first version I saw, but I don't love it more than Wayfarer's last version I saw. I realize the majority of that is due to the lighting and sound quality that is being corrected. But I also feel like even with the voiceover from the other scene, it's confusing going from seeing him on the stage singing to being on the couch talking. Is there a way we could put just one second of a clip immediately after he's on the stage that maybe shows he and Lily doing something else, then sitting on the

couch, then seeing him on stage or however the progression continues? I feel like one more split second of an addition of the audience realizing this is a montage scene will pull out that confusion. Also, thank you for taking out and changing some of the scenes, the limes-in-the-mouth seemed to be missing here and I don't know why I didn't like that scene. Also, love the way the song holds in this whole scene, it feels more connected this way.

18) Loved the banter added right before they leave the karaoke bar. Yes, the sound and lighting were difficult, but once all of that is corrected that scene is going to be so much fun with the murder joke and the "don't fish where I swim" joke. Loved those. Romance readers love a good murder joke.

19) I love the addition when they're walking before the kiss in Blake's version where Ryle says, "but that was hours ago." It's cute and we need that before he aggressively begs her for a kiss, it would make me want to kiss a guy too, so I found Blake's version of the kiss setup way more believable and charming.

20) Love how the music in the kiss scene moves through and into the next one. Really good change here.

21) Blake mentioned in the gardening scene that young Atlas says, "I heard what happened with your dad last night" and she said it almost isn't clear that he's abusing her mother, but rather suggestive that he's molesting Lily and that feels like an entirely different movie. I like the possibility of having Alex come add "between your mom and dad" last night so that we know that's what he's referring to. If that's possible, I do agree with Blake that it's an important change that should be made.

22) Okay, I freaking LOVE the new placement of the cookie flashback for so many reasons. It feels so much better and gives you the same flashbacks but in fewer lengthy interruptions.

23) I love that it transitions from her dad kissing young lily's cheek and walking away, focusing on young Lily, then opening the current-day with the focus on current-Lily. Just such a great way to leave that flashback.

24) Right after Allysa turns on the Lily Bloom's sign, I'd love if there's a way to get a couple of seconds of Lily actually taking it in. This is a huge deal for her and I liked in one of the other versions that we got a tiny tad bit more of Lily here before she claps and runs toward her store. Blake's expression says so much about the moment in those seconds, I'd love to have that.

25) When Blake delivers the "loitering" line to Ryle, Wayfarer cut out where Justin says, "Good morning, Lily." I was sad they cut that because Ryle appears really cute and endearing in that scene, but Blake has that in there and I just want to beg to keep that because it works so well.

26) Okay, party scene. I like and dislike a couple of things about the changes, and LOVE some of them. I love that we don't get that long, drawn out scene between Lily and Ryle in the bedroom, but rather flashes of it. Great choice because that scene was so, so long. I love that we lost the scene where they walk into the room right after going upstairs from the party and Ryle growls before he kisses her. That growl was so off-putting, I didn't miss it at all. But what didn't quite work for me was the moment these flash-forward scenes start to come into play because I absolutely love the banter between Lily and Ryle when she says, "What are you, five?" I think if there's a way to start the flash-forwards to their sexy scenes after that line somewhere, it would give me the best of both worlds. I get to see and be invested in their convo before I'm taken out of it, and I think Blake is so cute when she says, "What are you five?" but when the flashbacks start before that, I get confused and I don't enjoy that line as much as I did previously. Other than that, THANKY YOU FOR GETTING RID OF HIM PUTTING PAJAMA PANTS ON HER OVER HER PANTY HOSE! Didn't miss that scene at all and it feels so much better to have that scene shortened. I also like that there's no music when he's pulling off

the boots in Blake's version. Those boots are amazing and trust me, women are just as turned on by the shoe ASMR as they are the sexy scenes in this cut lol

27) Oh, one more note on the change to the bedroom scene after the party. I love that Blake's version moves the "do you have anything I can wear" because it cuts out some unnecessary stuff and speeds it up just right.

28) Okay, let's talk about the dating montage after Ryle asks her to date him. I love the music in this version better. I love the scenes chosen and where the voiceover is and it sounds sexier with this music rather than cutesy in the other version. Feels more grown-up and believable. Great changes. Much preferred this montage scene.

29) When they're on the bed and she's telling him her mother is coming for dinner that night, their hands change a bit when it's angled on his face and angled on hers. I gave Wayfarer this note but not sure that Its even something you are able to change, but I thought maybe in the one or two moments where when the camera is angled on Blake's face, we could possibly zoom in a tiny bit more so we don't see their hands are in different positions from both angles.

30) I love that the scene of her looking into the mirror at the tattoo was moved to a different part of the movie. Because when she runs after him to say I love you too, her banter afterward as she's walking away is so adorable that the tattoo scene here just doesn't work for me. So thank you!

31) And I loved that in Blake's version this moving of the flashback and the tattoo scene because while in Wayfarer's version, it did go from a cooking scene to the restaurant scene, I almost felt that was TOO obvious. It made me EXPECT to see Atlas there. But in Blake's version, Atlas being there was a surprise because I'd already moved on from the flashback being way sooner, so it was such a lovely change that to me, acknowledges our viewers are intelligent and don't need such on-the-nose flashback to present-day transitions. These changes worked so, so well I could go on and on.

32) I like that the mother and Ryle's conversation was either cut or muted and we focus on her more than the details of his craniopagus separation, which honestly is discussed enough in the film already for it to have nothing to do with the plot.

33) THANK YOU FOR SHORTENING THE MAKEOUT SCENE BETWEEN YOUNG LILY AND ATLAS! It was bordering on uncomfortable in the other version. I also love the song placement better in Blake's version. I just felt this whole change was so, so much better.

34) When Atlas and Lily meet at the back of the restaurant to catch up, Blake's version added in a "You look so well" and I really like that and think it's important. She's not hitting on him, that's obvious. She's literally relieved to see he looks well and that he's even ALIVE because the last time she saw him he was on a stretcher.

35) I love the tattoo part being moved here because instead of going directly from the restaurant into the bar scene, we get a much needed moment of space. I love the music showing her working and transitioning into the bar scene. The reason I like it so much is because the same kind of melancholy song flows throughout, and the scene starts heavy with the tattoo and having just scene atlas, and then ends with Allysa telling them about the brother dying, and the other version with the happy music throughout was just...cheesier? I don't know, but this song and this transition work better for me and make it feel...smarter?

36) Let's talk the casserole scene. Oh, boy. First, I loved that Blake shortened the version of them chatting beforehand. It was too much with the music and the almost montage scene...it all felt very overkill. Blake's shortened version before moving into the smoke and frittata burning was better for me. MY GOD THE KITCHEN SCENE! Everything about it is better. We get more from both of them, more time to process, more time for him to gaslight her. It was great when he said "why were you standing there" because the first cut I saw was just so confusing, and I get they were trying to be ambiguous but this scene also still felt a little ambiguous but just the right amount of it. And I actually think Ryle's character in this scene is stronger and more believable. I just loved every change about this. Thank you, this is the most important scene in the whole book and I don't think it felt how it needed to feel until this version.

Confidential

SPE_BL0007884

37) After this scene, I love that we see her working with flowers. And even the type of work she's doing, fixing the cracked vase is such a beautiful nod to what's actually happening in this movie, and it gives us just the right amount of time to move from the abuse to the car scene.

38) I like that we stayed longer on them in the car and she brought up her whining about her week. She's trying to make him feel loved, overcompensating a little, which is what our natural reaction is when we want someone to think we aren't upset. Such a small addition but really loved it.

39) Okay, I mentioned to Blake in the restaurant scene that I noticed almost all of Marshall's questions were taken out. She explained it and I like this. But I do think it needs one or two seconds of edits and I've thought about it a lot. Wayfarer's scenes also weren't hitting for me, especially when they came back from Atlas walking away with Marshall's line of, "I have a mother. Everyone has a mom." I'm sure it was a funny joke, but to go from Atlas noticing this big thing to such a weird end of a joke was jarring. I love that this scene was cut, but I do wish that right before Atlas notices Lily's hand, we can get an actual question that's a clear question from Marshall to Atlas, so that when Atlas walks off without answering Marshall, we understand why Marshall seems confused. As it currently stands, their voices get quiet just a second too early and I think it would make a huge difference if we could get that line Marshall delivers a little louder before his voice fades where he says, "If you don't mind me asking..."
We will know he's asking Atlas a question and we'll know Atlas completely ignores him because he's worried about Lily and it'll be more rewarding when he walks off. Also love that you shortened how many times he looks at Lily before he notices the black eye because Atlas should notice that immediately like it is in this scene, so I love everything about this scene, I think that small adjustment will make it perfect.

40) The scene outside the restaurant after the fight is so great here, we get more of it without flashbacks thrown in, it puts the focus on Ryle and Lily more and what Ryle is actually upset about. And then how Blake moves into the flashback here of the ambulance and us seeing Lily sad in the rain with the police lights, the girls next to us actually gasped in the theater. It was so great hearing that reaction because they just fell in love with Atlas in the back of the restaurant and now they're seeing something awful might have happened and it all worked so well.

41) I love love love how the dad beating up atlas in this scene was muted. It was so graphic in the wayfarer version and honestly they added another scene where he's so bloody on the gurney that was even more jarring in a bad way. So happy all that is gone and it's not so dramatic in all the wrong ways.

42) Okay, I know this transition to show months have passed before we see Allysa super pregnant has been a challenge. The first version I saw had a tree. That conveyed nothing in that moment. The second version I saw was a city shot of the seasons changing. Hated it. It just looked like cloud shadows were moving fast and looked very cartoonish. Blake's version has her looking into a mirror from the flashback before walking into the store, and I actually like it a lot. This transition has been a challenge I think but I'm not sure it's because of what we're trying to point out here, but more so the combination of Allysa's huge red dress and the passage of time are both jarring. There's nothing we can do to remove the shock of that red dress (it is so gorgeous but it is jarring) that I actually think Blake's version of just looking in the mirror is the best transition and works. Because immediately we realize after seeing Allysa that time has passed. So I don't think it's the transition of time really, but the combination of the dress and the transition and there's nothing that can be done about the dress, so I think the scene is good as is.

43) This was a note I gave wayfarer that I'm hoping can be changed. When Atlas picks up the phone and they have the conversation about his number, he sets the phone down, but then sets it down again (although we don't see him set it down again, we only hear it.) Can that second time it looks like he's dropping the phone onto the counter be muted?

44) I love the shot Blake chose on this scene because in Wayfarer's version it shows him writing his number but it happens so fast, there's no way he'd be writing his number that quick. But Blake's is more believable.

45) Love Blake's addition of more Atlas in this scene. I like that he repeats the line, "I came by the next day..." It sort of shows how much he regrets not stopping again, and the way they look at each other is so great, and my favorite scene from the whole book is still there where she stops him before he walks out and he says, "I

know, I was there." Ahhhh this is my favorite scene in the movie and it just feels even better now that I'm not hung up on Atlas writing his phone number down in one second.

46) When Lily is asking Atlas if he's happy, I like Blake's version so much better. The playful banter toward the end that moves into the montage is so cute and feels good and makes us believe in her love for him more. Love, love, love.

47) When we're moving into the scene where Allysa has had her baby, I love that we aren't getting the hospital sounds AND a hospital visual. We aren't stupid. I like that it was changed to include the hospital sounds and sailboats instead.

48) Blake note just to change that sound when you say, "You're an uncle" where they cut out Ryle's line and subsequently messed up yours.

49) I like that in Blake's version there's an "I would marry you right now" added in because before that, it wasn't quite clear if Lily was jumping the gun by assuming he was proposing. I think this scene very much needed that line so that I wasn't thinking, "Dang, Lily, that's a big assumption." It feels warranted now.

50) Okay, THANK YOU for shortening that wedding scene. The whole setup and room were confusing and the audience being in a different room, it just brought up too many questions and it's lovely it's no longer there.

51) This is a note I've given wayfarer a couple of times because it's really bothering me. But in the scene where Ryle drops Lily's phone and he's explaining that he dropped her phone, then says he "found this," then says, "I called the number..." NO HE DID NOT CALL THAT NUMBER, he was literally out of the kitchen for fifteen seconds lol. We honestly don't even need him to say he called the number if we clearly see Atlas's name on the card he's holding. Heck, we don't even have to see what's written on the card because the audience is smart and they know it was Atlas's number in there. Can that one line of "I called the number" be taken out so we stay in that scene and aren't thinking...wow you work fast. Also, loved the changes in this scene to extend the expressions, it hits so much harder and is so intense.

52) In the scene when Ryle is helping Lily on the bed after she went down the stairs, I like the added addition of a couple of questions. The "What am I doing?" and "helping me" really show his gaslighting in that moment and make you realize she really does hope he's helping her, and lends credit to when she thanks him. Before, it was confusing why she says thank you and made me want to shake her but now that I've seen Ryle gaslighting her, I totally believe it.

53) Now my thoughts on the big scene where Ryle attacks her in the apartment after he makes her read from the magazine article. It's perfect. What Blake has done is perfect. It's believable, it's less harsh in all the right places, it's heartbreaking in all the right places, we aren't pulled out with the flashbacks. Loved it. Perfect. Please keep this version. That is all.

54) When she shows up at the restaurant, I was always so thrown off by the way she's walked into the doorway. I like that in Blake's version she's just standing there. AND OH MY GOD THANK YOU for having him hug her here. That hug is everything. The way he hugs her, the look he has right before he does it. People will rewind this scene. I do not understand why it wasn't in the first one.

55) The scene at the hospital where he asks about the tattoo is perfect now in Blake's version. Before, it was so odd that he was trying to smile and reminisce about her tattoo when it is literally covered in teeth marks. Taking out the "I didn't think you'd remember that" leaves it more ambiguous and heart-wrenching. In the other version, you just want to punch atlas for such a selfish question during that traumatizing event.

56) I noticed the "There is no cassie, is there" was completely removed. I questioned this at first but now it's grown on me and I prefer it. Mainly because Blake has added the ending scene where she asks if he's dating anyone and we get our answer there and I like that throughout, we still aren't quite sure if he even has a girlfriend. It isn't necessary that he lie about having the girlfriend in the beginning, and that's in there because he lies about it in the book, but in the book they also have an entire conversation about it so it's much more explained and believable. Whereas in Wayfarer's version, we're left thinking, "Why is there no cassie? Did she die? Why is Lily thinking about Atlas's girlfriend when she's just found out she's pregnant?" It was all very odd and just removing that was a genius move.

57) Blake and I spoke about this because it's a note I gave wayfarer that wasn't utilized and I know she's working on looking for this scene. But just so the note is here, when Atlas tells her about the suicide and seeing her in the window saved his life, there's a version where he says she brought him food and helped him and it saved her life. Rather than just seeing her pretty face in a window saved his life. I think it would be more powerful if we know he isn't referring to her looks as life-saving, but rather her help. If there's a world in which that version exists and looks okay, I think we need to use that, because right now it just seems superficial. But also I think we get his point, but the point could be better.

58) I sent this to Wayfarer, but when he's about to drop Lily off and we see the truck from behind, it looks so fake and bad. Can't we just open on them pulling up to the parking spot? Or will lighting editing eventually make this scene look better?

59) Blake and I discussed this and I think we're all in agreement that all the "I love you. I fucking love you, Lily" from Atlas are very unnecessary and jarring and almost cringe. He wouldn't do that at such a vulnerable moment. That wasn't in the book. The book had him hugging her and just saying the line, "If you every find yourself in the position to fall in love again, fall in love with me." And I think if the movie loses the additions of all the I LOVE YOU'S it will be SO powerful, especially when Atlas is just looking at her like he does in this scene, and that hug is so heartfelt. I can't wait to see Blake's edit on this scene, it's the one scene that will be so important to the readers because that's one of the most highlighted quotes in the book, but all the I love you's pull away from the impact of that quote.

60) Speaking of the quote. He feels like it's rushed here. In another version he gives it a pause before he says, "Fall in love with me" and I just love Brandon's voice in that one. In the dailies, there are a few times with this line it feels like he's rushing it but there's one where he just nails it and if there's a way we can get that in there that would be amazing. Not sure if it was changed due to the positions of them while hugging or if it'll work, but I don't know why I just feel it less when he rushes that line.

61) Oh man, when Ricochet starts to play....WOW! I hope we get that. It's so great. I hope Taylor gets to watch the version without all of Atlas's I love you's because then her song will be even more impactful. So good here.

62) I didn't think I liked the mother/daughter convo being moved to after the birth in Blake's version, but I actually prefer it now. I prefer it because in the place it sits now in Wayfarer's version, it doesn't inspire me. It makes me feel sad for her mother and worried for Lily that this is the advice she gets. I also didn't much care for the "and I loved him." It's like she's saying to Lily that she loves Ryle and it'll be harder for her if she leaves him, so it's a hard scene to swallow when you're already wanting Lily to stay far away from him. And then the next scene is Ryle showing up, so it makes it even harder to swallow. Having it moved later shows she had that convo with her mother, yet still chose to leave, and you feel both empathy for her mother in the graveyard scene and proud of Lily.

63) Thank you for removing the "I'm sorry, I'm sorry" lines from the crib scene with Ryle. It was too much.

64) I love the changes in the birth scene. This is literally THE MOST IMPORTANT SCENE in the book, and in that first version Lily was way too nice to him. Way, way to nice. Blake removed the kiss on the forehead from Ryle before he walks away and the comment, "It's okay" and I think that's so important that it's gone. She stood her ground at the hardest moment of her life and the last thing she needs to be doing is telling this man "it's okay" and allowing him to kiss her. Her resilience is what's so inspiring in this scene and I finally FELT that resilience in Blake's version.

65) I love that we don't see all the things she wrote on the napkin in this scene. I hated that she wrote nice things about her father in the first version. This scene works so much better. I did give a note to Wayfarer that they did change but noticed it wasn't in this scene. The tombstone says 2023 on death year and they changed it to 2021 on their version after my note because it's just jarring when it releases in 2024 and so much time has passed from his death.

66) I love the montage of the addition of her business thriving in the scene leading up to the Atlas and Lily ending.

Confidential

SPE_BL0007887

67) LOVE THIS. I absolutely melted when Brandon said, "not yet..." and the screen went black. The other version without them talking left me feeling hopeful, but this version actually made me scream for a part two and feel those feels. His expression in that scene is so great.

Sorry most of this is love, but I just wanted you to get ALL my thoughts.

Confidential

SPE_BL0007888