# Exhibit 154



**iMessage**
Sun, May 19 at 10:23 PM

Hahah!! lol

Great talking to you can't wait to compare notes

Mon, May 20 at 12:00 PM

> Sending you my thoughts now

> Sent. I'd like to get them to Blake as soon as possible so reach out whenever you have the chance to read them. Thank you!

Hi haven't gotten yet
Just sent u email

> Weird let me double check your email

> Sent again, yours came through as "dangerous spam" so maybe our emails hate each other

Mon, May 20 at 2:41 PM

CONFIDENTIAL                             Hoover 0090

EXHIBIT 15

Got it just read through send for sure I think they are great smart

Thu, May 23 at 6:53 PM

> Hey, Josh. Wondering if the plan tomorrow is the same. If so, I was going to work on writing something up tonight to send to you for thoughts? Unless you'd rather me just run it by Blake. Don't want to put you in any sort of position.
>
> I have a house full of people showing up tomorrow and wanted to get ahead of it

Hi!
Hold off spoke to Blake , we agreed let's have bake off , but just our version they aren't testing theirs again on Thursday - you want to come? Then we slam that through .

> When will it be?

CONFIDENTIAL    Hoover 0091

Thursday may 30th

> Yeah I can be there!

Awesome !!

I'll send you details

> My mother is traveling to Washington with me that week, could I bring her?

Of course !

> Fri, May 31 at 2:57 AM
>
> I'm busy from 9:00–11:00 tomorrow if you wanna chat after. But despite what the numbers and feedback say or don't say, I really think we need to choose a cut and move forward and as it stands I think Blake's is the stronger one to move forward with. It just checked a lot more boxes for me and I strongly feel she can work it to be the best film

CONFIDENTIAL    Hoover 0092

in edits so that we can ultimately get to the best film for the readers. I appreciate the work put into this by everyone but the back and forth at this point is going to hurt this movie beyond measure. let me know if there's anything I can do to convey my feelings wherever I need to convey them. I'm supposed to have a meeting with Sony marketing about book bonanza tomorrow but at this point I think I'm going to push it because I feel like if things aren't settled asap I need a backup plan for that event. Thanks for working so hard at this, feel free to reach out tomorrow if you need to. Otherwise, this is what I feel is best for the readers. And that's all I care about.

Fri, May 31 at 10:20 AM

Absolutly avail anytime to discuss

CONFIDENTIAL                                    Hoover 0093

Absolutly avail anytime to discuss - text me when free I call you we can discuss all

I'm free now

Sat, Jun 8 at 9:57 AM

I can't begin to imagine your mental state today. I hate even sending you this text. But if there's any way you can give me a firm yes or no today on if the movie is happening next weekend at BB, I have a matter of days to figure out how to pivot half of this event and I need to get my team started on that asap. Thank you!

Sat, Jun 8 at 11:31 AM

I just received a really nice text from Blake. She wants book bonanza to happen and wants this movie to happen, she said she was just frustrated last night, so hopefully she speaks to Tom today and there's some light at

the end of the tunnel ❤️

Mon, Jun 10 at 1:17 PM

> Hi. Not to nudge, but I'm in a meeting with 30 people at this hotel who are all preparing for this movie Saturday night. Is it confirmed?

Not yes Blake and Tom speaking today ,
We are reserving theatres to move forward as if

> Okay. We will move forward as if it's happening as well. There are so many moving parts to this, however we can make this happen with whatever version of the movie is shown would be ideal. Hopefully they have a productive convo. Do you know what time they're chatting?

Sun, Jun 16 at 7:07 PM

Congratulations heard it could not

CONFIDENTIAL                    Hoover 0095

have gone better !

> It was so great! Everyone loved Blake and the movie and even the transferring of all the people went well. Great weekend all around. Thank you for making it happen!
>
> Wed, Jun 19 at 8:02 PM

Hi - I know you are talking to Ange tomorrow about reminders of him , we want Sony to be your home !
You are the best !
Josh



Tue, Aug 6 at 9:29 PM

Josh, my mother wants to meet

CONFIDENTIAL     Hoover 0096

you! Where are you?

Tue, Aug 6 at 11:24 PM

I just got back to my hotel
Darn! Would love to meet your mom!

> Totally fine. I hope you had a great night! It was wonderful

I'm so happy you are happy
This is all you
You created this world -
Pretty fing cool ! Congrats

Fri, Aug 9 at 10:57 AM

> Thank you for everything, Josh. I know this one was extra stressful for many reasons but it's here! Keep me updated if there are any exciting numbers or news 🫶

Sat, Aug 10 at 2:36 AM

Ok 46 with some upside !!

CONFIDENTIAL                         Hoover 0097

Mon, Sep 23 at 12:45 PM

Hi colleen - give me a call when u have moment have some news for u. Josh

> Will do. I'm going through security at the airport right now but will call when we're in
>
> Read

Tue, Dec 17 at 8:33 PM

> Any thoughts on the Urus? Been looking at them online but I'm nervous its interior and infotainment system is meh like the dbx

> Also hi! Hope you're doing well and stress-free 😂

Hi - don't love the Lamborghini's, depends on what u r using for
weekend long drives
Every day car
Track?

> Not track, just to drive around for

CONFIDENTIAL                    Hoover 0098

> Not track, just to drive around for fun. I have a Lincoln nautilus for my everyday car, it's actually amazing 😂 but I have a ct5 blackwing I'm thinking of trading and the Urus is just so pretty

Pretty car , ferrari and Porsche better cars and hold value more

And drive the best

> Yes, waiting on that purosangue to not be a million dollars 😅

Delivered

CONFIDENTIAL                                    Hoover 0099