# Exhibit 155

# JONESWORKS
## NEW YORK | LOS ANGELES

**TO:** Justin Baldoni
**RE:** IT ENDS WITH US Master Press Schedule
**DATES:** Sunday, August 4 – Friday, August 9

**JONESWORKS CONTACT INFORMATION:**
Jennifer Abel (on-site)                                Cell: ▐▬▬▬▬▬
Matthew Mitchell (on-site)                          Cell: ▐▬▬▬▬▬
Matthew Gibson                                         Cell: ▐▬▬▬▬▬

**SONY CONTACT INFORMATION:**
Kimberly Wire (on-site)                               Cell: ▐▬▬▬▬▬

**GROOMING & STYLING:**
**Groomer:** Jennifer Brent (Cell: ▐▬▬▬▬ )
**Styling:** Savannah Mendoza (Cell: ▐▬▬▬▬ )

**SUNDAY, AUGUST 4**
*Travel to NYC*

**5:45AM CEST:** **Justin Departs for Stockholm Arlanda Airport via car service.**

        **Car Details:**
        Car Company: BLS
        Confirmation: 4633076*1
        Car Company Contact: ▐▬▬▬▬
        Car Type: SUV
        *Your car is booked under Henny Grace.*

        **Note:** An Airport Assistance Worldwide ( ▐▬▬▬ ) greeter will meet you upon arrival and escort you to your flight. Please note, the greeter reservation is booked under your alias, Henny Grace.

**9:10AM CEST:** **United Airlines Flight 69 Departs ARN to EWR.**

        United Airlines Flight 69
        Seat: 3A
        Record Locator: PS7B5M

**11:50AM ET:** **United Airlines Flight 69 arrives at Newark Liberty International Airport. Travel to hotel via car service.**

        **Note:** An Airport Assistance Worldwide ( ▐▬▬▬ ) greeter will meet you upon arrival and escort you to your SUV. Please note, the greeter reservation is booked under your alias, Henny Grace.

        ***The greeter will meet you outside of customs as greeters are not permitted gate access at Newark Airport.*

Exhibit: **50**
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

ABEL_000000154

# JONESWORKS®
NEW YORK | LOS ANGELES

**Car Details:**
Car Company: BLS
Confirmation: 4633078*1
Car Company Contact: █████████
Car Type: SUV
*Your car is booked under Henny Grace.*

**Hotel Details**
**Name:** Warren Street Hotel
**Address:** 86 Warren St New York, NY 10007
**Confirmation #:** 132091436
**Suite Type** Link [ HYPERLINK
"https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Furldefense.com
%2Fv3%2F__https%3A%2Fwww.firmdalehotels.com%2Fhotels%2Fnew-
york%2Fwarren-street-hotel%2Frooms-suites%2Fdeluxe-one-bedroom-
suites%2F__%3B!!JmoZiZGBv3RvKRSx!5j1M0Hh2QcJmVEsDejpLiX-
QZDjXxwZqJLfp4nS0En3JMlVRpbgeWJGuJ-T96qe1AdBqZZnGxpU-
2TCPe6lt9ChccHQdrSM%24&data=05%7C02%7CAudrey%40jonesworks.com%7C6e9
1173823164b654bea08dcb1af6524%7C3dcd211048134fee957ac0b8e4d6a059%7C0%7
C0%7C638580614139595359%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAw
MDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C
&sdata=56mBmHfx5KEMmu1msk8Qw7gQSSWlsGX%2FgtcJza%2F5ogo%3D&reserv
ed=0" \o "Original URL:
        https://urldefense.com/v3/__https://www.firmdalehotels.com/hotels/new-
york/warren-street-hotel/rooms-suites/deluxe-one-bedroom-
suites/__;!!JmoZiZGBv3RvKRSx!5j1M0Hh2QcJmVEsDejpLiX-
QZDjXxwZqJLfp4nS0En3JMlVRpbgeWJGuJ-T96qe1AdBqZZnGxpU-
2TCPe6lt9ChccHQ" ]
        **Hotel Phone #:** █████████
        *Please note, this hotel is booked under your alias, Henny Grace. You will have $300 per
        night in incidentals. No cash-outs, no spa, and no gift shop.*

**3:00PM ET:**     **Haircut with Jennifer Brent (Groomer) in your hotel suite.**
*(hold)*

**6:00PM ET:**     **Meeting with Jennifer and Matthew in your hotel suite.**

*10:30AM PT:*     *Jamey Travel to LAX for United Airlines Flight 1704 to Newark Liberty (EWR) via car
                service.*

                *Car Details*
                *Car Company: BLS*
                *Car Company Contact:* █████████
                *Confirmation #: 4632494*1*
                *Car Type: SUV*

*1:15PM PT:*     *Jamey Departs LAX to EWR on United Airlines Flight 1704.*

CONFIDENTIAL

# JONESWORKS®
— NEW YORK | LOS ANGELES —

United Airlines Flight 1704
Seat: 05D
Record Locator: B2V74X

9:38PM ET:    Jamey Arrival at Newark Liberty International Airport. Travel to hotel via car service.

Car Details
Car Company: BLS
Car Company Contact: ██████████
Confirmation #: 4632495*1
Car Type: SUV
***Upon arrival, please meet your chauffeur in baggage claim.

Hotel Details
Name: Warren Street Hotel
Address: 86 Warren St New York, NY 10007
Jamey Confirmation #: 132091437
Hotel Phone #: ████████

**MONDAY, AUGUST 5**
Global Press Junket, CBS Mornings Pre-interview, Jacob Burns Film Center Special Screening + Q&A

7:00AM CEST:    Emily & Natasha Travel to ARN for SAS Flight 903 to Newark Liberty (EWR) via car service.

Car Details
Car Company: CHABE
Car Company Contact: ██████████
Confirmation #: 0000827582
Car Type: SUV

10:45AM CEST:    Emily & Natasha Departs ARN to EWR on SAS Flight 903.

SAS Flight 903
Record Locators:
25JC6X (Natasha)
WYDMPA (Emily)

1:15PM ET:    Emily & Natasha Arrive at Newark Liberty International Airport. Travel to hotel via car service.

Car Details
Car Company: BLS
Car Company Contact: ██████████
Confirmation #: 4632504*1
Car Type: SUV
***Note: For international arrivals, please meet your chauffeur outside customs in the

ABEL_000000156

# JONESWORKS®
## ── NEW YORK | LOS ANGELES ──

*waiting area.*

**7:30AM ET:** Grooming & Styling in Hotel Suite.

**8:45AM ET:** Jennifer Abel and Matthew Mitchell will meet you at your hotel suite to prep for the "It Ends With Us" Global Press Junket.

**8:55AM ET:** Kimberly Wire (███████) from SONY will meet you at your hotel suite and escort to your Shooting Suite (Room #702) for the "It Ends With Us" Global Press Junket.

Virtual Junket Backdrop:



**Note:** You will be seated in a similar chair / couch set up with a green screen in the back and below is the full look that press will see.

**9:00AM-**
**9:12AM ET:**     Virtual On-Camera Interview for ELLE (UK)

**Interviewer:** TBC

**9:18AM-**
**9:28AM ET:**     Virtual On-Camera Interview for COSMOPOLITAN (UK)

**Interviewer:** Dusty Baxter-Wright

**9:30AM-**
**9:38AM ET:**     Virtual On-Camera Interview for EXTRA

**Interviewer:** Mona Kosar

**Producer:** Francesca Scarpaci

**9:40AM-**
**11:00AM ET:**     Virtual On-Camera Junket Style Interviews.

**Details:** Please note, all interviews are 4 minutes long (with a 1-minute turnaround) unless otherwise noted.

**CINEMABLEND** (4 minutes) | **Interviewer:** Riley Utley

# JONESWORKS®
— NEW YORK | LOS ANGELES —

**COLLIDER** (8 minutes) | Interviewer: TBC

**EFE NEWSWIRE** (8 minutes) | Interviewer: Monica Rubacalva

**MOVIEFONE/MADE IN HOLLYWOOD** (4 minutes) | Interviewer: TBC

**MOVIEPILOT.DE GERMANY** (8 minutes) | Interviewer: Esther Stroh

**PAY OR WAIT** (4 minutes) | Interviewer: Sharronda Williams

**SONY EXHIBITOR PARTNERSHIPS GENERIC** (4 minutes) | Interviewer: Lauren Brooks

**THE WRAP** (4 minutes) | Interviewer: Andi Ortiz

**AP** (8 minutes) | Interviewer: TBC

**ARD RADIO – GERMANY** (4 minutes) | Interviewer: Anna Wollner

**FANTÁSTICO- BRAZIL** (4 minutes) | Interviewer: TBC

**POPCORN PODCAST- AUSTRALIA** (4 minutes) | Interviewers: Tim Iffland & Leigh Livingstone

**SENSACINE- SPAIN** (4 minutes) | Interviewer: TBC

**TV INSIDER/TVGM** (4 minutes) | Interviewer: Avery Thompson

**11:00AM-** **Kimberly Wire (SONY) will escort you to your Hotel Suite.**
**11:05AM ET:**

**11:05AM-** **LUNCH.**
**11:45AM ET:**

**11:45AM-** **Grooming Touch- Ups in Hotel Suite.**
**11:55AM ET:**

**11:55AM-** **Kimberly Wire (SONY) will escort you back to Room #702.**
**12:00PM ET:**

**12:00PM-** **Virtual On-Camera Interview for ON AIR WITH MARIO LOPEZ.**
**12:10PM ET:**

The virtual interview will be conducted using the Zoom link below. Please note, **audio and video will be recorded.**

**Zoom Link:** *Forthcoming.*

**Interview Length:** 10 Minutes

CONFIDENTIAL

# JONESWORKS®
NEW YORK | LOS ANGELES

**Interviewer:** Mario Lopez

[ INCLUDEPICTURE



"https://ntvb.tmsimg.com/assets/assets/77758_v9_bb.jpg?w=360&h=480" \*
MERGEFORMATINET ]About Mario Lopez: Mario Lopez is an American actor and
television host. He has appeared on several television series, in films, and on Broadway.
He is known for his portrayal of A.C. Slater on Saved by t the Bell, Saved by the Bell: The
College Years, and the 2020 sequel series.

| | |
|---|---|
| **12:10PM-**<br>**12:15PM ET:** | **BREAK.** |
| **12:15PM-**<br>**12:30PM ET:** | **Virtual Interview for THE DALLAS MORNING NEWS.** |

**Interview Length:** 15 Minutes

**Interviewer:** Uwa Ede-Osifo

[ INCLUDEPICTURE "https://dmn-dallas-news-



prod.cdn.arcpublishing.com/resizer/v2/https%3A%2F%2Fs3.amazonaws.com%2
Farc-authors%2Fdmn%2F469fa351-8462-46cb-ba4c-
38fe7b0b5d80.jpeg?auth=30361ed05e7a11a3f3f7364cb76975ccf1c8cba0d215a07
60e45d9b191b17668&height=340&width=340&smart=true&quality=40" \*
MERGEFORMATINET ]About Uwa Ede-Osifo: Uwa is the breaking features reporter
at The Dallas Morning News. She previously reported for NBC News Digital and wrote
for Slate. She also has work published in Vulture and Time Out.

**12:30PM-**     **Virtual On-Camera Interview for FANDANGO/ROTTEN TOMATOES.**

## JONESWORKS
—— NEW YORK | LOS ANGELES ——

**12:38PM ET:**

**Interview Length:** 8 Minutes

**Interviewer:** Nikki Novak

**About Nikki Novak:** Nikki has been a red-carpet host and correspondent for E! Networks
[ INCLUDEPICTURE "https://m.media-

amazon.com/images/M/MV5BMTkyNzl0OTkwM15BMl5BanBnXkFtZTcwNzc
2NTg2OA@@._V1_.jpg" \* MERGEFORMATINET ]and Showtime. More
recently she appeared on the television shows Dexter (2006), Dirty Sexy Money (2007),
Gary Unmarried (2008) and Lie to Me (2009). Her first leading role came in the
independent feature Last Ounce of Courage (2012).

**12:38PM-**
**12:50PM ET:**

**Virtual On-Camera Interview for DEADLINE.**

**Interview Length:** 12 Minutes

**Interviewer:** Dessi Gomez

**About Dessi Gomez:** Dessi joined Deadline in 2024 from TheWrap, where she had been
an audience reporter for the past 2 1/2 years writing about
movies, television and book [ INCLUDEPICTURE

"https://media.licdn.com/dms/image/D5603AQF_yCQpOTfTHA/profile-
displayphoto-
shrink_200_200/0/1707372796836?e=2147483647&v=beta&t=bSYLSkVd-
Hg_r3YB5ymbzP6vdbfwbcczb5MmEG-K_yk" \* MERGEFORMATINET ]
adaptations with a focus on the young-adult genre. Before that she interned at the Los
Angeles Times and the South Bend Tribune. She graduated from the University of Notre
Dame with a major in American Studies and minors in Journalism and Gender Studies.

**12:50PM-**
**1:30PMET:**

**Virtual On-Camera Junket Style Interviews.**

**Details:** Please note, all interviews are 4 minutes long (with a 1-minute turnaround)
unless otherwise noted.

**ELLE.DE- GERMANY** (4 minutes) | Interviewer: Hannah Nagel

**GLAMOUR WEBSITE- BRAZIL** (4 minutes) | Interviewer: TBC

ABEL_000000160

# JONESWORKS®
## ——— NEW YORK | LOS ANGELES ———

**LCI- FRANCE** (4 minutes) | Interviewer: Delphine de Freitas

**SVT KULTURNYHETERNA- SWEDEN** (4 minutes) | Interviewer: Amanda Horne

**VEJA MAGAZINE- BRAZIL** (4 minutes) | Interviewer: TBC

**WUNDERWEIB.DE- GERMANY** (8 minutes) | Interviewer: Anna Budde

**1:30PM-**
**1:45PM ET:**      **Virtual On-Camera Interview for INTERNATIONAL ROUNDTABLE.**

**9HONEY- AUSTRALIA** | Interviewer: Karishma Sarkari

**COMING SOON- ITALY** | Interviewer: Adriano Ercolani

**EUROPA PRESS- SPAIN** | Interviewer: TBC

**IL SOLE 24 ORE- ITALY |** Interviewer: Filippo Brunamonti

**SENSACINE- MEXICO** | Interviewer: Cristina Ibañez

**TT- SWEDEN** | Interviewer: Gunnar Rehlin

**VERONICA SUPERGUIDE AD- NETHERLANDS** Interviewer: TBC

**1:45PM-**
**2:00PM ET:**      **Virtual On-Camera Junket Style Interviews.**

**Details:** Please note, all interviews are 4 minutes long (with a 1-minute turnaround) unless otherwise noted.

**CINEPOLIS- MEXICO** (4 minutes) | Interviewer: TBC

**SONY GENERIC** (8 minutes) | Interviewer: TBC

**2:00PM-**
**2:15PM ET:**      **Virtual On-Camera Interview for THE HOLLYWOOD REPORTER.**

**Interview Length:** 15 Minutes

**Interviewer:** Carly Thomas

[ INCLUDEPICTURE "https://www.hollywoodreporter.com/wp-content/uploads/2022/12/carly.jpg?w=400" \* MERGEFORMATINET ] About Carly Thomas: Carly Thomas has been an Associate Editor for online at The Hollywood Reporter since November 2022. After graduating from Elon University with a bachelor's degree in journalism, she worked for three years as a Digital Content Producer/Lead Digital Producer for WSOC-TV in Charlotte, North Carolina, where she was won an Emmy Award, as well as three Emmy

ABEL_000000161

# JONESWORKS
—— NEW YORK | LOS ANGELES ——

nominations, for her digital contribution to story coverage. She later moved to Los Angeles to pursue entertainment news at THR.

**2:15PMET:** **Junket Interviews Wrap.**

**2:15PM-**
**4:00PM ET:** **BREAK.**

**4:30PM ET:** **CBS Mornings Pre-Interview.**

**Producer:** Chandler Gould (cell: ██████████)

*Jennifer Abel will connect you directly with Chandler from CBS Mornings.*

**4:45PM ET:** **CBS Mornings Pre- Interview Wraps.**

**5:00PM ET:** **Justin Travels to the Jacob Burns Film Center via Car Service.**

*Distance: 36 miles*
*Estimated Travel Time: 1 Hour, 15 Minutes (Approx.)*

<u>Car Details:</u>
Car Company: BLS
Confirmation: 4630080*2
Car Company Contact: ██████████
Car Type: SUV
*Your car is booked under Henny Grace.*

<u>Location</u>:
Jacob Burns Film Center
364 Manville Rd
Pleasantville, NY 10570

**6:30PM ET:** **Justin Arrives at the Jacob Burns Film Center.**

**Arrival Instructions**: Please arrive through the back entrance. There will also be a private green room upon arrival.

**On-Site Contact**: Monica Castillo (cell: ██████████)

*Jennifer Abel and Matthew Mitchell from JONESWORKS will meet you on site. Carra Henry (cell:* ██████████ *from SONY will also be on-site.*

**6:50PM –**
**6:55PM ET:** **Photos at Step-and-Repeat.**

**7:00PM ET:** **On-Stage Introduction of IT ENDS WITH US Screening.**

ABEL_000000162

# JONESWORKS®
#### NEW YORK | LOS ANGELES

**Details**: Justin 10-min introduction of the film. Please note, the Jacob Burns Film Center will also have a photographer taking photos during the event as well.

**7:10PM ET:** **Jacob Burns Film Center Special Screening Begins.**
*(approx..)*

**7:30PM ET:** **Dinner at Nearby Restaurant.**

**9:15PM ET:** **Return to the Theatre for Post-Screening Q+A.**

**9:20PM ET:** **Post-Screening Q+A Begins.**

**Moderator:** Monica Castillo (Senior Film Programmer, Jacob Burns Center)



About Monica Castillo: Monica is a critic, journalist, and curator based in New York City. Before curating for the Paley Center for Media, her work has appeared in NPR, the New York Times, Los Angeles Times, Washington Post, Colorado Public Radio, NBC News, RogerEbert.com, The Wrap, Remezcla, Elle Magazine, Marie Claire, and Vulture among others. She is a member of the National Association of Hispanic Journalists, Online News Association, and the Critics Choice Association.

**Details**: The Jacob Burns Film Center will be recording the Q&A for social and their archives (no live stream).

**9:50PM ET:** **Q+A Wraps.**

Your car will be on hand to take you back to your hotel when you are ready to depart.

### TUESDAY, AUGUST 6
*IT ENDS WITH US Global Premiere*

*12:00PM ET:*    *Natasha Glam Begins.*

*1:30PM ET:*    *Emily Glam Begins.*

**3:00PM ET:** **Grooming & Styling in Hotel Room.**

**Note**: Jennifer will complete Natasha's glam first, then Emily's glam, then Justin's grooming.

**4:45PM ET:** **Justin Travels to AMC Lincoln Square for IT ENDS WITH US Global Premiere Red Carpet via Car Service.**

**Car Details**
Car Company: BLS
Confirmation #: 4629550*1

# JONESWORKS®
NEW YORK | LOS ANGELES

Car Company Contact: ████████
Car Type: SUV
*Your car will be on hand throughout the evening. Your car is booked under Henny Grace.*

**Location:**
AMC Lincoln Square
1998 Broadway
New York, NY 10023

**5:15PM ET:**   **Justin Arrives at AMC Lincoln Square for IT ENDS WITH US Global Premiere Red Carpet.**

*Jennifer Abel, Matthew Mitchell and Kimberly Wire will be on-site and greet you upon arrival.*

**Arrivals Overview Map**



**Press Wall**
[ INCLUDEPICTURE "/Users/jwemployee/Library/Group Containers/UBF8T346G9.ms/WebArchiveCopyPasteTempFiles/com.microsoft.Word/cid 533510*image001.png@01DAE4E4.F4156450" \* MERGEFORMATINET ]

**Red Carpet List**
- Sony Social
- ET
- ACCESS
- EXTRA

ABEL_000000164

# JONESWORKS®
#### —— NEW YORK | LOS ANGELES ——

- E
- AP
- The Hollywood Reporter
- People
- Reuters
- Deadline
- NTN24
- NY1
- Variety
- Urban Stems
- B&B Theaters
- The News Movement

**5:55PM ET:** **Escorted to Green Room Downstairs via Elevator.**

**6:50PM ET:** **Escorted via Elevator to the Auditorium for Introduction of the IT ENDS WITH US Global Premiere Screening.**

**6:55PM ET:** **IT ENDS WITH US Global Premiere Screening Introduction.**

**Details:** *forthcoming*

**7:00PM ET:** **IT ENDS WITH US Global Premiere Screening Begins.**

Upon conclusion of the screening, your car will be on hand to take you to the Empire Hotel for the afterparty.

**Location**
The Empire Rooftop
The Empire Hotel
44 W 63rd St.
New York, NY 10023

**9:30PM ET:** **Afterparty at the Empire Hotel Rooftop Begins.**

**WEDNESDAY, AUGUST 7**
*CBS Mornings, Access Hollywood, Chicago Tribune, The Wrap, Good Morning America, "The World's First Podcast with Erin & Sara Foster"*

**6:00AM ET:** **Grooming & Styling in Hotel Room.**

**7:20AM ET:** **Justin Travels to CBS Mornings Studio via Car Service.**

**Car Details**
Car Company: BLS
Confirmation #: 4630080*4
Car Company Contact: █████████

ABEL_000000165

# JONESWORKS
NEW YORK | LOS ANGELES

Car Type: SUV
*Your car is booked under Henny Grace.*

**Location:**
CBS MORNINGS
200 W 45th Street
New York, NY 10036
*Enter near the Lion King entrance*

**8:00AM ET:**    **Call Time at CBS Mornings Studios.**

*Jennifer Abel and Matthew Mitchell from JONESWORKS will meet you on-site and remain
for the duration of the interview. A SONY representative will also be on-site.*

**On-Site Contact:** Chandler Gould, Producer (cell: ██████████)

**8:00AM-**    **Touch-ups in Green Room.**
**8:20AM ET:**

**TIME TBC ET:**    **Live Green Room Tease.**

**8:38AM ET:**    **CBS Mornings In- Studio Live On-Camera Solo Appearance.**

**Interview Length:** *Forthcoming.*

**Interview Details:** As you are aware, you will conduct a LIVE on- camera interview for
CBS Mornings in support of IT ENDS WITH US. For awareness, they will air the film's
"Nice View" clip during your segment.

**Anchors:** Gayle King, Vlad Duthiers, and Jericka Duncan

About Gayle King: Gayle King is co-host of "CBS Mornings." An accomplished journalist,
 King interviews top newsmakers and delivers original reporting to
"CBS Mornings" and all CBS News broadcasts and platforms. She is
also editor-at-large of Oprah Daily, hosts [ INCLUDEPICTURE
"https://assets1.cbsnewsstatic.com/hub/i/2024/05/17/d693c0bb-
b38d-4ad5-870f-dd5853da02d8/headshot-600-gayle-king.jpg" \*
MERGEFORMATINET ]"Gayle King in the House," a live, weekly
radio show on SiriusXM and co-anchors with Charles Barkley, "King Charles," a weekly,
one-hour prime-time program on CNN.

About Vlad Duthiers: Vladimir Duthiers is a featured host of "CBS Mornings" and is part
of the team delivering the first look at the day's top stories. He also
serves as anchor for CBS News 24/7. His work ha [
INCLUDEPICTURE
"https://assets1.cbsnewsstatic.com/hub/i/2024/05/17/3cc5c61e-
c763-4c70-b6a7-88e5d76d4817/headshot-600-vlad-

ABEL_000000166

# JONESWORKS®
NEW YORK | LOS ANGELES

duthiers.jpg" \* MERGEFORMATINET ]s been featured on the "CBS Evening News," "CBS Sunday Morning," "48 Hours," "CBS Mornings" and all CBS News platforms. The Peabody Award- and Emmy Award-winning journalist has covered a wide range of breaking and feature stories since joining CBS News in 2014.

About Jericka Duncan: Jericka Duncan is a national correspondent and anchor of the



Sunday edition of the "CBS Weekend News." She's based in New York City. Duncan, who has been a CBS News correspondent since 2013, has reported such significant stories as accusations against R. Kelly, Bill Cosby and Harvey Weinstein; the shooting deaths of four Marines and [ INCLUDEPICTURE

"https://assets1.cbsnewsstatic.com/hub/i/2024/05/17/337612ab-27f5-4ab6-a94f-ebe0e5f66fad/headshot-600-jericka-duncan.jpg" \* MERGEFORMATINET ]a Navy sailor in Chattanooga; the 70th anniversary of D-Day and Normandy; as well as a variety of national breaking news stories. Duncan is an Emmy-nominated journalist who has received several awards for her reporting, including two National Edward R. Murrow Awards from the Radio Television Digital News Association and honors from the Associated Press and the Philadelphia Association of Black Journalists, which named her Journalist of the Year in 2012.

**TIME TBC ET:**   **CBS Mornings Wrap.**

Your car will be on hand once you're ready.

**10:00AM ET:**   **Access Hollywood On-Camera In-Person Taping Begins.**

**Location:** *Forthcoming.*

**On-Site Contact:** Matt Izzo, Producer (cell: ⬛⬛⬛⬛⬛ )

**Interview Details:** As you are aware, you are confirmed to participate in an in-person, on-camera interview with Access Hollywood in support of *IT ENDS WITH US*. This will run as a short broadcast segment as well as a longer-form digital piece. In addition to the interview, Access Hollywood will also look to capture b-roll.

**Interviewer:** *Forthcoming*

**Taping Length:** 45 minutes

**10:45AM ET:**   **Access Hollywood On-Camera In-Person Taping Wraps.**

*8:45AM ET:*   *Natasha Travel to EWR for United Airlines Flight 2304 to LAX.*

*Car Details*
*Car Company: BLS*
*Confirmation #: 4632506*1*

# JONESWORKS
NEW YORK | LOS ANGELES

Car Company Contact: ███████
Car Type: SUV

11:30AM ET:     Natasha Departs EWR to LAX on United Airlines Flight 2304.

United Airlines Flight 2304
Seat: 02F
Record Locator: CZFZNH

2:25PM PT:     Natasha Arrival at LAX.

Car Details
Car Company: BLS
Confirmation #: 4632508*1
Car Company Contact: ███████
Car Type: SUV

**1:00PM ET:      Chicago Tribune Virtual Interview Paired with Steve Begins.**

The discussion will be conducted via the TEAMS link below. Please note, the discussion
will be recorded, however no audio or video component will be published.

**Teams Link:** [ HYPERLINK "https://nam11.safelinks.protection.outlook.com/ap/t-
59584e83/?url=https%3A%2F%2Fteams.microsoft.com%2Fl%2Fmeetup-
join%2F19%253ameeting_M2Q4YjMwYzItNzllNC00YjdmLWJhZWEtYzY5YTRkN2F
jNDk0%2540thread.v2%2F0%3Fcontext%3D%257b%2522Tid%2522%253a%25226b5
ac858-9898-4648-9cc0-
07a5769959da%2522%252c%2522Oid%2522%253a%2522ad36905a-9d2d-4554-8f8a-
b8aed32aefbf%2522%257d&data=05%7C02%7CAudrey%40jonesworks.com%7Cf127e
0698243441a87a008dcb274d928%7C3dcd211048134fee957ac0b8e4d6a059%7C0%7C0
%7C638581462145417714%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwM
DAiLCJQIjoiV2luMzIiLCJBTil6Ik1haWWiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&s
data=ukEgUmNHo14PkDjav60OA1hFGmv3mxh7Bk0bnFgUjvk%3D&reserved=0" \o
"Original URL:
https://teams.microsoft.com/l/meetup-
join/19%3ameeting_M2Q4YjMwYzItNzllNC00YjdmLWJhZWEtYzY5YTRkN2FjNDk0
%40thread.v2/0?context=%7b%22Tid%22%3a%226b5ac858-9898-4648-9cc0-
07a5769959da%22%2c%22Oid%22%3a%22ad36905a-9d2d-4554-8f8a-
b8aed32aefbf%22%7d

C" ]
**Meeting ID:** 282 449 502 140
**Passcode:** HzUy9Z

**Interview Details:** As you are aware, you and Steve will complete a virtual interview
with Michael Phillips from the Chicago Tribune. The feature will focus on both Wayfarer
Studios and Wayfarer Theatres, your relationship as business partners, colleagues, and

CONFIDENTIAL

# JONESWORKS®
### —— NEW YORK | LOS ANGELES ——

friends committed to the same mission, in addition to *IT ENDS WITH US*. The anticipated run date is either August 8th or 9th.

**Interview Length:** 30 minutes

**Interviewer:** Michael Phillips

<u>About Michael Phillips</u>: Michael is the Chicago Tribune film critic. He previously wrote about theater, movies, arts and culture for the Los Angeles Times and other outlets. He has taught cinema studies and arts journalism around the nation, guest-hosts Filmspotting" on Chicago Public Radio, and lives in Logan Square with his wife, children and, for now, dog.



**1:30PM ET:**     **Chicago Tribune Virtual Interview Wraps.**

**1:30PM-
2:55PM ET:**     **BREAK.**

**3:00PM ET:**     **TheWrap Virtual Interview Begins.**

The on-camera virtual interview will be conducted using the Zoom link below. Please note, the interview may be recorded for transcript purposes only, no video will be published.

**Zoom Link:** [ HYPERLINK
"https://us04web.zoom.us/j/9137796585?pwd=osOQ4WhO7fY23vgebk8etb7rGF qKdo.1" ]
Meeting ID: 913 779 6585
Passcode: RrKWB9

*Matthew Mitchell from JONESWORKS will be listening silently on the link for the duration of the interview.*

**Interview Length:** 30 Minutes

**Interviewer:** Tess Patton

**About Tess Patton: T**ess joined TheWrap as the company's first reporting fellow in 2024. Tess is from Birmingham, Alabama and attended the University of Southern California, [ INCLUDEPICTURE



"https://annenberg.usc.edu/sites/default/files/styles/large/public/2024/05/09/2023-03-31%20Tess%20Patton18327.jpeg?itok=fjdOxWlG" \*
MERGEFORMATINET ]graduating with degrees in theatre and journalism. She also

ABEL_000000169

# JONESWORKS
#### NEW YORK | LOS ANGELES

served as the executive editor for Annenberg Media, closely overseeing coverage of campus protests amidst the Israel-Hamas War. Tess also has worked in video production for CNN, where she interned in 2023.

**3:30PM ET:**     **TheWrap Virtual Interview Wraps. Good Morning America Virtual Interview Begins.**

The on-camera virtual interview will be conducted using the Zoom link below. Please note, this interview will be **both video and audio-recorded**.

**Zoom Link:** *forthcoming*

*Matthew Mitchell from JONESWORKS will be listening silently on the link for the duration of the interview.*

**Interview Length**: 15 minutes

**Interview Details**: As you're aware, you will be completing an interview with Good Morning America for a digital feature in support of IT ENDS WITH US.

**Interviewer**: Angeline Jane Bernabe

**About Angeline Jane Bernabe**: Angeline is an entertainment/culture reporter for Good

 Morning America digital. Angeline holds a dual Bachelor's degree in Communications and Television, Film and Media Studies from California State University, Los Angeles. Her interests are broad and tends to gravitate toward stories that hold the powerful accountable. She loves telling other people's stories through video and applying traditional styles television storytelling to modern platforms like social media.

**3:45PM ET:**     **Good Morning America Virtual Interview Wraps.**

**4:30PM ET:**     **"The World's First Podcast with Erin & Sara Foster" On-Camera Interview Begins.**

**Zoom Link:** *forthcoming*

*This interview will be **both video and audio-recorded**, so please arrive camera ready. The video portion will only be used to create social clips. The full video will not be released.*

**Note:** Please record your audio either using voice notes or voice memo as an audio backup.

*Matthew Mitchell from JONESWORKS will be listening silently on the link for the duration of the interview.*

ABEL_000000170

# JONESWORKS®
## ———— NEW YORK | LOS ANGELES ————

**Interview Details:** As you are aware, you are confirmed to appear as a guest on "The World's First Podcast with Erin & Sara Foster". Your episode will look to go live on August 15th.

**Hosts:** Erin and Sara Foster

<u>About Erin Foster</u>: Erin is an American writer, performer and entrepreneur. Erin was a



writer on the NBC sitcom The New Normal. With her sister Sara Foster, she created the TV series Barely Famous on VH1. It is a mockumentary satire of reality TV, and first aired in March 2015. Erin is married to Simon Tikhman, and converted to Judaism prior to her marriage to Tikhman.

<u>About Sara Foster</u>: Sara is an American actress known for her recurring role as Jen Clark



on 90210, and for starring as Amy in the 2004 film D.E.B.S. and as Nancy in the 2004 film The Big Bounce. She briefly hosted Entertainment Tonight spin-off ET on MTV in 2002. Since 2010, Erin has been married to tennis player Tommy Haas. They have two daughters.

**About The Podcast**: Welcome to The World's First Podcast with Erin and Sara Foster, where conversations range in topic from friendship and sister dynamics to dating, anxiety, aging, motherhood, infertility, and more. The Foster sisters will let you in on what's happening in their lives and chat with people you may or may not know to help you navigate your daily life.

**6:00PM ET:** **"The World's First Podcast with Erin & Sara Foster" On-Camera Interview Wraps.**

---

**THURSDAY, AUGUST 8**
*TODAY Show LIVE Appearance; Travel to Chicago; Verve Romance Night Screening and Q&A*

**6:00AM ET:** **Grooming & Styling in Hotel Room.**

**7:20AM ET:** **Justin Travels to TODAY Show via Car Service.**

**Car Details**
Car Company: BLS
Confirmation #: 4630080*3
Car Company Contact: ▮▮▮▮▮▮▮
Car Type: SUV
*Your car is booked under Henny Grace.*

**Location**:
41 West 50th St
New York, NY 10020

ABEL_000000171

# JONESWORKS®
—— NEW YORK | LOS ANGELES ——

**8:00AM ET:**   **Justin Arrives at Rockefeller Plaza for TODAY Show LIVE In-Studio On-Camera Solo Appearance.**

**Arrival Instructions**: Your car will drop you off in the underground entrance. Once you go into the revolving doors from off the plaza, there will be a spiral staircase in the concourse area. You can head down that staircase, and at the bottom will be our security screening. Once checked in, the green room page will direct to the correct green room space.

**On-Site Contact**: Katie Ryan (cell: ▮▮▮▮▮▮▮▮ )

*Jennifer Abel and Matthew Mitchell from JONESWORKS will meet you on-site and remain for the duration of the interview. Lisa Zaks (cell: ▮▮▮▮▮▮▮ ) from SONY will also be on-site.*

**8:30AM ET:**   **TODAY Show LIVE In-Studio On-Camera Solo Appearance.**

**Interview Details**: As you are aware, you will conduct a LIVE on-camera interview for the TODAY Show during the 8AM-hour in support of IT ENDS WITH US. For awareness, they will air the film's "One Kiss" clip during your segment.

**Host:** *Forthcoming*

**8:40AM ET:**   **TODAY Show Interview Wraps.**

**8:45AM ET:**   **Walk from Studio 1A Across the Street to 30 Rock for TODAY.com Portrait Shots.**

**Location**
30 Rockefeller Plaza
New York, NY 10112

**Arrival Instructions**: Please note, you will be required to go through security check-in at 30 Rock. Please make sure to have your ID.

**9:15AM –**   **Portraits at 30 Rock Shoot.**
**9:35AM ET:**

**Photographer**: Dominick Fini

**9:35AM –**   **Off-Camera Interview for TODAY Show Digital.**
**9:55AM ET:**

**Interviewer**: Emily Sher

ABEL_000000172

# JONESWORKS
### — NEW YORK | LOS ANGELES —

**About Emily Sher**: Emily is a senior editor for TODAY Show Digital, sharing all the news, tips, stories and trends modern parents need to know. Throughout her career, she's covered everything from news and pop culture to fashion, beauty and food for NBC, The New York Times, NowThis News, Refinery29 and more.



**10:00AM ET:**   **Wrap TODAY.com at 30 Rock.**

Your car will be on hand once you're ready to take you back to your hotel and then transfer you to Newark Liberty International Airport, where an Airport Assistance Worldwide greeter will meet you upon arrival and escort you to your flight.

Airport Assistance Worldwide Contact #: 310-417-3620

*10:15AM ET:*   *Jamey Travels to EWR for United Airlines Flight 323 to ORD via car service.*

*Car Details*
*Car Company: BLS*
*Confirmation #: 13711338\*1*
*Car Company Contact:* █████████
*Car Type: SUV*

**1:00PM ET:**   **United Airlines Flight 323 Departs EWR to ORD.**

United Airlines Flight 323
Seat: TBC
Justin Baldoni Record Locator: TBC

**Note:** Jamey Heath will be on the same flight.
*Jamey Heath Record Locator: B2V74X*
*Jamey Heath Seat: 03A*

**2:35PM CT:**   **United Airlines Flight 323 Arrives at Chicago O'Hare International Airport. Travel to hotel via car service.**
**<span style="color:red">*Please note we are now on CENTRAL TIME*</span>**

**Note:** An Airport Assistance Worldwide greeter will meet you upon arrival and escort you to you to your SUV which will transfer you to the Peninsula Hotel. Sony Pictures Representative Rob Walton█████████████ will greet you upon arrival at the hotel.

**Car Details**
Car Company: BLS
Confirmation #: 4633082\*1
Car Company Contact: █████████
Car Type: SUV
*\*Your car is booked under Henny Grace.*

ABEL_000000173

# JONESWORKS®
NEW YORK | LOS ANGELES

**Hotel Details:**
**Name:** The Peninsula Chicago
**Address:** 108 E Superior St Chicago, IL 60611
**Confirmation #:** 12602SE299934
**Hotel Phone #:** ▉▉▉▉▉▉▉
*Please note, this hotel is booked under your alias, Henny Grace. You will have $300 per night in incidentals. No cash-outs, no spa, and no gift shop.*

2:15PM ET:    *Emily Travel to Newark Liberty (EWR) for SAS Flight 904 via car service.*

*Car Details*
*Car Company: BLS*
*Car Company Contact:* ▉▉▉▉▉▉
*Confirmation #: 4633058*1*
*Car Type: SUV*

5:15PM ET:    *Emily Departs EWR to ARN on SAS Flight 904.*

*SAS Flight 904*
*Record Locator: WYDMPA (Emily)*

7:10AM:       *Emily Arrives at ARN. Travel to Villa via car service.*
*(next day)*
*Car Details*
*Car Company: BLS*
*Car Company Contact:* ▉▉▉▉▉▉
*Confirmation #: 4633063*1*
*Car Type: SUV*

**3:30PM CT:   Grooming in Hotel Room.**
**Please note that Savannah will not continue to Chicago, she will prep and send along with us.

**4:15PM CT:   Justin Departs for Wayfarer Theaters via car service.**

**Car Details**
Car Company: Boston Coach Limousine
Confirmation #: *forthcoming*
Car Company Contact: ▉▉▉▉▉▉
Car Type: SUV
*Your car is booked under Henny Grace.*

**Location:**
Wayfarer Theaters
1850 2nd St
Highland Park, IL 60035

                                                     ABEL_000000174

# JONESWORKS®
NEW YORK | LOS ANGELES

**5:00PM CT:**    **Justin Arrives at Wayfarer Theatres.**

*Jennifer Abel and Matthew Mitchell from JONESWORKS will meet you on-site. Sony Pictures Representative Rob Walton (          ) will also be on-site.*

**5:15PM –**    **Taped Audio Interview for MELISSA FORMAN IN THE MORNING/LITE-FM (iHEART).**
**5:25PM CT:**

**Interviewer:** Melissa Forman

About Melissa Forman: Melissa grew up in Northbrook where she attended Glenbrook

North High School. She went on to graduate college from the University of Illinois at Urbana-Champaign. She has been one of only a few women to lead a morning radio show and the first woman in the country to simultaneously host both a show in the morning and in the afternoon drive. Melissa's radio career started in Champaign, Illinois where she worked as an intern and received her first break imitating Bart Simpson.

**5:30PM –**    **Taped In-Person Interview for GOOD DAY CHICAGO/WFLD-TV (FOX) Paired with Steve.**
**5:50PM CT:**

**Interviewer:** Jake Hamilton

About Jake Hamilton: Jake is an Emmy award winning entertainment reporter for "Good

Day Chicago". He began his film critic career at the age of 14 by writing multiple letters to the Houston Chronicle, all describing why he would be perfect for the position. While working for KHOU Hamilton was awarded his own segment, "Jake's Takes," where he now continues to cover film and interview actors and actresses on a weekly basis. In October 2010, Hamilton moved onward and upward, bringing "Jake's Takes" to FOX TV in Houston, where he won an Emmy for "Best On-Air Talent." In November 2013, Hamilton then made the giant move to Chicago, bringing "Jake's Takes" to the great team at "Good Day Chicago," for FOX-TV (WFLD-TV).

**6:30PM –**    **Intimate Meet & Greet with VIPs and Sweepstakes Winners.**
**7:00PM CT:**

**Details:** *Forthcoming.*

**7:15PM CT:**    **IT ENDS WITH US Screening in Theatre #1 Begins.**

**Details:** Tracey (Verve Romance) will introduce Justin and then Justin to introduce the film.

**7:30PM CT:**    **IT ENDS WITH US Screening in Theatre #2 Begins.**

**Details:** Tracey (Verve Romance) will introduce Justin and then Justin to introduce the film.

                                                                                       ABEL_000000175

# JONESWORKS
NEW YORK | LOS ANGELES

**7:35PM CT:**   **IT ENDS WITH US Screening in Theatre #3 Begins.**

**Details:** Tracey (Verve Romance) will introduce Justin and then Justin to introduce the film.

**9:25PM –**   **Post-Screening Q+A Panel #1 with Justin and Jamey.**
**9:40PM CT:**

**9:40PM –**   **Post-Screening Q+A Panel #2 with Justin and Jamey.**
**9:55PM CT:**

**Panel Lengths:** 15 minutes (each)

**Moderator:** Katie Shober



About Katie Shober: Katie is the creator of Beach Reads & Bubbly, an Instagram account and blog dedicated to sharing her favorite reads, and Beach Reads & Bubbly Bookclubs, spanning 200+ bookclubs with over 15K members meeting in person around the world. The account flourished after Katie began sharing fun and engaging reviews with friends, and it has grown into a wonderful community of smart and vivacious readers. She loves getting lost in a beach read, from sweet romances to twisty thrillers, and pairs each book with a tasty book-related cocktail. Katie's Beach Reads & Bubbly Instagram handle is ([ HYPERLINK "https://www.instagram.com/beachreadsandbubbly/?hl=en" ] – 185K Followers).

**10:00PM CT:**   **Wrap.**

Your car will be on hand once you're ready to take you back to your hotel.

## FRIDAY, AUGUST 9
*Chicago Press, Wayfarer Theaters Content Capture, Wayfarer Foundation Photo, Travel to Sweden*
*IT ENDS WITH US Theatrical Release*

**5:00AM CT:**   **Grooming in Hotel Room.**
**Please note that Savannah will not continue to Chicago, she will prep and send along with us.

**6:25AM CT:**   **Justin Departs for Nexstar Studios via car service.**

**Car Details**
Car Company: Boston Coach Limousine
Confirmation #: *forthcoming*
Car Company Contact: ███████
Car Type: SUV
*Your car is booked under Henny Grace.*

**Location**
Nexstar Studios

ABEL_000000176

# JONESWORKS®
### NEW YORK | LOS ANGELES

2501 W Bradley Place
Chicago, IL 60618

*Jennifer Abel and Matthew Mitchell from JONESWORKS will meet you on-site. Sony*
*Pictures Representative Rob Walton (▮▮▮▮▮▮) will also be on-site.*

**7:15AM –**
**7:25AM CT:**      **In-Studio, On-Camera LIVE Interview for WGN MORNING NEWS/WGN-TV.**

**Interviewer**: Dean Richards



**About Dean Richards:** Dean is WGN-TV's Emmy Award-winning entertainment reporter and critic. Dean joined WGN-TV as a staff announcer in 1991. In 2016, Dean was inducted into the WGN Radio Walk of Fame, which pays tribute to the station's legendary talent. On and off the air, Dean has been a tireless worker related to HIV/AIDS issues, hosting charitable functions for decades including "AIDS Run & Walk Chicago" and "Dance for Life Chicago." For over 25 years, Dean was part of the Jerry Lewis MDA Telethon benefitting the Muscular Dystrophy Association, many of those years as the telethon's co-host on WGN-TV. He has also hosted numerous events for Alzheimer's, hunger, homeless, and domestic violence organizations.

**7:45AM –**
**7:55AM CT:**      **In-Studio, On-Camera LIVE Interview for NewsNation's Morning in America.**

**Interviewer**: Anna Kooiman



**About Anna Kooiman:** Anna is an American news anchor and television panelist, working for NewsNation as a weekend anchor based in New York City since April, 2024. From 2011 to 2016, she was an anchor and reporter for Fox News based in New York City. From there, she moved to Australia, and was with News Corp's Australian division until 2022 as a substitute anchor and panelist on various news programs for Network Ten. Anna is married to her husband Tim and they have two children.

**TIME TBC:**      **Interview for WBBM-TV (CBS)**

**Interviewer**: Tom Barnas

**Location:** *forthcoming*

**10:30AM CT:**
**(approx.).**      **Travel to Wayfarer Theatres via car service.**

**Car Details**
Car Company: Boston Coach Limousine
Confirmation #: *forthcoming*
Car Company Contact: ▮▮▮▮▮▮
Car Type: SUV

# JONESWORKS
### NEW YORK | LOS ANGELES

*\*Your car is booked under Henny Grace.*

**Location**
Wayfarer Theaters
1850 Second Street
Highland Park, IL 60035

**11:00AM – 11:20AM CT:**   **Taped Interview for THE WEEKENDER/WLS-TV (ABC).**

**Interviewer**: Diane Pathieu

 **About Diane Pathieu**: Diane joined ABC 7 Chicago, the Number One station in the market, as a reporter in December, 2011. Diane is a native Chicagoan, born and raised in Rogers Park. She is a first-generation American; her family comes from Lebanon and Syria, and they are all fluent in the Assyrian language. Diane is happy to be back home and looks forward to helping serve her community. Diane is married, and in the process of turning her Cheesehead husband into an honorary Chicago sports fan.

**11:20AM – 11:50AM CT:**   **Promotional Content Capture at Wayfarer Theaters.**

**Details**: Wayfarer Theaters will look to capture content similar to what was filmed for the hologram at the theater. They will look to film Justin inside the theater showcasing the newly renovated space and sharing the theater's mission, as well as a "Welcome to Wayfarer Theaters" video, Justin by the hologram wall to showcase the newly renovated space, Justin talking about Wayfarer Theaters mission and how the theater engages the community through meaningful conversations.

**11:50AM CT:**   **Travel to Wayfarer Foundation for Photo Opp with Steve.**

**Location**
Wayfarer Foundation
350 Linden Avenue
Wilmette, IL. 60091

**12:30PM CT:**
*(approx.)*   **Wayfarer Foundation Photo Opp with Steve.**

Your car will be on hand to take you back to your hotel once you are ready to depart.

**6:30PM CT:**   **Travel to Chicago O'Hare International Airport for Lufthansa Airlines Flight 435 via car service.**

**Car Details**
Car Company: BLS
Car Company Contact: ▮▮▮▮▮▮▮
Confirmation #: 4633086*1
Car Type: SUV

ABEL_000000178

# JONESWORKS

NEW YORK | LOS ANGELES

*Your car is booked under Henny Grace.*

**Note**: An Airport Assistance Worldwide (███████) greeter will meet you upon arrival and escort you to your flight. Please note, the greeter reservation is booked under your alias, Henny Grace.

**9:25PM CT:**   **Lufthansa Airlines Flight 435 Departs ORD to MUC.**

Lufthansa Airlines Flight 435
Seat: 4H
Record Locator: 4YGFRN

## Saturday, August 10th

**12:55PM CET:**   **Lufthansa Airlines Flight 435 Arrives at Munich International Airport.**

**Note**: An Airport Assistance Worldwide ███████ greeter will meet you upon arrival and escort you to your connecting flight. Please note, the greeter reservation is booked under your alias, Henny Grace.

**2:35PM CET:**   **Lufthansa Airlines Flight 2418 Departs MUC to ARN.**

Lufthansa Airlines Flight 2418
Seat: 2C
Record Locator: 4YGFRN

**4:45PM CET:**   **Lufthansa Airlines Flight 2418 Arrives at Stockholm Arlanda Airport.**

**Note:** An Assistance Worldwide (███████) greeter will meet you upon arrival and escort you to your BLS SUV (Confirmation: 4633089*1), which will transfer you to your residence. Please note, the greeter reservation is booked under your alias, Henny Grace.

**Car Details**
Car Company: BLS
Car Company Contact: ███████
Confirmation #: 4633089*1
Car Type: SUV
*Your car is booked under Henny Grace.*

################

## TALKING POINTS

## "IT ENDS WITH US"

**LOGLINE**

ABEL_000000179

# JONESWORKS®
———— NEW YORK | LOS ANGELES ————

IT ENDS WITH US, the first Colleen Hoover novel adapted for the big screen, tells the compelling story of Lily Bloom (Blake Lively), a woman who overcomes a traumatic childhood to embark on a new life in Boston and chase a lifelong dream of opening her own business. A chance meeting with charming neurosurgeon Ryle Kincaid (Justin Baldoni) sparks an intense connection, but as the two fall deeply in love, Lily begins to see sides of Ryle that remind her of her parents' relationship. When Lily's first love, Atlas Corrigan (Brandon Sklenar), suddenly reenters her life, her relationship with Ryle is upended, and Lily realizes she must learn to rely on her own strength to make an impossible choice for her future.

Directed by Justin Baldoni and produced by Alex Saks, Jamey Heath, Blake Lively and Christy Hall. The film stars Blake Lively, Justin Baldoni, Jenny Slate, Hasan Minhaj, Amy Morton and Brandon Sklenar, from a screenplay by Christy Hall, based on the book by Colleen Hoover.

## POSITIONING

- Blake Lively and Justin Baldoni are starring in the film adaptation of Colleen Hoover's highest-selling novel *It Ends With Us*.
- This is the first film of the Colleen Hoover phenomena to be adapted for the big screen. She is also executive producing.
- Justin Baldoni is also directing and executive producing.
- As well as starring, Blake Lively is also producing.
- Brandon Sklenar is perfectly cast as the charismatic Atlas who brings an impressive emotional depth to the role, along with Jenny Slate and Hasan Minhaj, who both bring compassion and humor to the film.
- Teen versions of Atlas and Lily are played by up-and-coming actors Alex Neustaedter and Isabela Ferrer, who deliver exceptional performances.
- IT ENDS WITH US is a big, emotional, complicated story about breaking free from the past and empowering yourself and your future. The character of Lily Bloom has resonated with so many readers because her journey is relatable – her story isn't black and white. She has to make hard decisions that have lasting consequences.
- This is a story about Lily's journey from leaving a small town, moving to Boston and embarking on a whole new life. She leaves behind a complicated childhood and in doing so discovers her own resilience and strength, empowering her to stand up to adversity.
- It's more than just a love story or love triangle – it's the story of Lily learning how to take agency of her future.
- After growing up in a home where Lily witnessed her mother being abused by her father and vowing never to be in that position, she enters a relationship with Ryle and unwittingly finds herself following the same footsteps as her mother. Through this journey, Lily must learn to stand up for herself and that true strength lies within.
- The book connected with millions of readers and became a rare phenomenon in the publishing world – everyone knows someone who has read this book.
- After becoming a "BookTok" cultural phenomenon with over 2 billion views on her TikTok hashtag, Colleen Hoover is currently the best-selling novelist in the US with over 25 million books sold by the end of 2023. Hoover wrote five of the top 10 best-selling print books of any genre in 2022.
- Published in 43 foreign languages, *It Ends With Us* was the top selling print book of 2022, has been on the New York Times Best Seller List for over 135 weeks by the end of 2023.

## WHAT TO AVOID

ABEL_000000180

# JONESWORKS®
## ——— NEW YORK | LOS ANGELES ———

- Focus more on Lily's strength and resilience as opposed to describing the film as a story about domestic violence. Empowerment is not just about standing up to adversity, but also about having the power to overcome within oneself and grow from it and developing agency to shape the future.
- Avoid talking about this film that makes it feel sad or heavy – it's a story of hope.
- Avoid talking about the film being representative of every woman's story. There are many stories of domestic violence, and this is just one perspective that is inspired by Colleen Hoover's own experiences growing up.

## ONLY IF ASKED
*Any questions about the story not being an authentic representation of domestic violence:*
This is just one perspective that is inspired by Colleen Hoover's own deeply personal story of growing up in Texas.

*Any questions about the lack of diversity in the cast:*
We have such a wonderful cast who all bring something unique in telling this powerful story of one woman learning to take agency over her future. I'm so proud to be part of an incredible group of women who have to make this film that is inspired by Colleen Hoover's own deeply personal story of growing up in Texas.

## OVERALL GUIDANCE:

- Keep in mind that the journalists only use a small portion for their final pieces, so we need to provide sound bites and, at most, two to three sentence answers. Anything longer will be cut or misconstrued, especially given this sensitive topic and how quickly out-of-context answers spread on social. You can still get your messaging across, just with carefully chosen words.

- While IT ENDS WITH US is an emotional, complicated story, it is also about hope and breaking free from the past and empowering yourself and your future. We want to focus on the positive elements in interviews. Discussing abuse, how abusers or the abused are perceived outwardly, takes us down a path that is not only dark but will detract from the primary messaging.

- Digging too deeply into personal stories will not only take time, but they will not be picked up by the media and they will go unused. It also opens the door for journalists to direct the conversation away from the movie.

*Below is language from your own EPK interviews which are right on target, and a few answers we would suggest pivoting away from:*

**How did you first get attached this project?**
- Colleen Hoover and I shared the same agent (note: don't need name of agent or the fact that it isn't currently Colleen's agent) who gave me the book
- Looking for content for my company Wayfarer that would touch people and impact people in a real way
- Story starts on the rooftop, sexy and interesting with Ryle and Lily, then goes deeper with many layers, really powerful and different.
- I thought, "Oh wow, I haven't ever seen anything like this" – excited for the challenge of bringing this to the big screen

ABEL_000000181

# JONESWORKS
— NEW YORK | LOS ANGELES —

Stay away from:
- "And I remember getting in bed and my wife was on the other side. And she just sees me reading this, like, pink, flowery book" –need to stay to the point with less of the personal flourishes and be succinct
- "I think it will help so many people" – let people discover this/say this for themselves
- "Because we all have trauma. We've all been through something." – too dark, need to focus on this as entertainment, you can get into the complicated subject matter in other ways
- "The ripple effects will be unquantifiable" – we don't want to give this film too much weight before people see it, let people say this for themselves, don't want to create high expectations especially with social media who pick up on every word

**What is this movie about? What about this story speaks to you?**
- This is a movie about hope, about women empowerment, about taking agency of your own life.
- It speaks to the different choices that we can make as individuals.
- We all have the beautiful opportunity to make the choices that Lily makes, at some point in our lives, to say those words – It ends with us.
- Everyone who reads it feels something and can relate in some way, and I hope my movie will create that same experience.

Stay away from:
- "Women who have been in this situation in a way that I don't think I ever could understand as a male." – Feel free to focus on women and how it helped you to better understand the challenges they face. But comparing the woman and man experience gets complicated because it starts to sound like all men are abusers or men can't be abused.
- "And I remember being very clear that I knew after I read that book that I would never again ask the question, why did she stay?" This gets too far into the abuse, and your movie addresses this beautifully!

**When did you first reach out to Colleen and what happened in that exchange?**
- After I finished the book, I wrote Colleen an impassioned letter saying this is why I'm a filmmaker and why we make movies, to tell powerful stories like this.
- We exchanged beautiful notes back and forth – if you've never written to a romance novelist, I highly recommend it! I've saved all of our notes.
- She then saw my movie Five Feet Apart and told me I was absolutely the right person to make this film.
- Colleen Hoover was not yet a phenomenon that she is today, and I'm so honored to have been part of this from so early on

Stay away from:
- "Before it had become a global sensation, the book had already helped thousands of women leave situations like Lily was in. I knew that if we could find a way to adapt it, which we knew wasn't going to be easy, then we had the potential to impact millions of lives." This builds an expectation that will make it a target. Let audiences come to this conclusion. There's already been so many stories about how the book has touched lives, let the editors and audiences raise this messaging. You can say you're so proud to be part of this film because the book on which it's based has touched so many people. You can also say that this film will give this special and important story a broader audience.

ABEL_000000182



**Tell us about the enthusiastic fans – people love this book! Was it intimidating to try to meet their high expectations?**

- The fans have been a critical element of this project from Day One. We've listened to their input and been guided by their suggestions.
- It became this very symbiotic, reciprocal relationship where we just talked for hours in this focus group to find out what worked and what didn't – some things completely surprised us (but we don't want to give anything away so don't want to give examples)

**How did it feel taking on directing and being the star? How did that come about?**

- At first, I hesitated because I wondered whether this film should be directed by a woman. But the more I thought about it, the more I realized that this is a human story that has an impact on everyone.
- Around that time, Colleen told me she really wanted me to play Ryle. She saw it in me before I saw it in me, so I'm grateful for that.
- One of my favorite lines from her book as saying no one thing makes someone a bad person, and no one's innately bad. They may be very normal, charming people who have a bad side that no one else sees. So that gave me the freedom to play this character and find a way to relate to him.

**Stay away from:**

- "I realized a lot of fear was coming up. And I realized that that was a choice that was coming from fear, fear of what people might say or think and not from this place. . . . Fear that I wasn't going to be enough, fear that I wasn't sexy enough" You can express your general anxiety without divulging your raw emotions so strongly and your inner fears – you want to give quick answers, and can still be genuine and get your basic message across.
- "And it was through conversations with my family and my wife and my therapist and my best friends that I was like, No, I have to explore this." – Too personal, could make the interview digress.
- "I don't need to use method acting or trying to, you know, play this person who was so different than me. But in my research on domestic abuse, in my work with our partners at No more.org and their work with survivors, the more I dug in and the more I learned about abusers, the more I realized that these are men that are just like they're charming, that these are men that are charming and kind and sweet and the life of the party and funny. And oftentimes men that you would never expect to be abusers. There are men that are in pain. There are men that have not dealt with their trauma. They're men that feel deeply insecure about themselves or their relationship and have not done the work. But it doesn't mean that they're bad or that you can tell upfront that they're an abuser." Too long and gets too deep into the abuse when you want to let people see the movie and find out for themselves, also too much into the psychology for a short interview.

**Tell me about Blake being cast as Lily and why it was important to get it right.**

- Lily had to be a mix of confident and strong and funny and charismatic and sarcastic and also deep, and it takes a very unique person to be able to be all of those things.
- Lily also has to be relatable, someone you would know whom you would assume would lead a charmed life, but bad things can happen to anyone.
- We may look on the outside and ask why someone would stay in a toxic relationship, so we wanted to cast someone strong and confident to show there is no blame or judgment in these situations but instead compassion and understanding.

ABEL_000000183

# JONESWORKS®
—— NEW YORK | LOS ANGELES ——

- When I met Blake for the first time, it was just so clear. I remember leaving the meeting and saying, she is 100% Lilly.

**Stay away from:**

- "(When I met Blake, because she is so funny and smart and strong), I had this thought that. This can never happen to her, which is this little thing that popped into my head. Like it was like a doubt, almost as a filmmaker. Like what? People believe that. This strong, powerful woman could be in this situation." You don't need to use these words, because they will take the conversation down the "abuse" path. Also, it might be taken the wrong way.
- "I think the public talks about domestic abuse and the archaic conversation of why did she stay and the types of women and people who are in this situation for a long time. It's been equated with weakness." This focuses too much on abuse – you can touch on the subject matter without going too deep for junket interviews to get the audience in seats.
- "I knew that by casting somebody that was so smart and so funny and so confident that it would be very hard to imagine that that person could end up in an abusive relationship. And yet that was the exact reason why she was the perfect person to cast, because this movie shows that this can happen to anybody. Because doesn't discriminate. These relationships don't discriminate. They're complex. There's love there. There's insecurity there. There's fear there. But this is not a byproduct of somebody being weak or uneducated or somebody that doesn't have friends. This is something that happens on a daily basis to far too many people. And the more intelligent and the more confident and the more dynamic that the person we cast to play Lily is. I think the war I think the more compassion that we will have for people in that situation." Too long, we have to be careful not to make this too much about abuse and our perceptions of abusers and the abused, but to keep focused on the film and on hope and agency. Any time we go down these other paths, the journalists will dig deeper and we will lose our focus.

**Talk about your supporting cast.**

- Brandon plays Atlas, who is the heart and hope of the film, the reminder to Lily that she deserves better, and she deserves love. He had a rough childhood, and makes the higher choice, the more elevated choice. Unlike Ryle, he heals and becomes a safe space for Lily. He has a quiet strength. Brandon is beautiful in the film and plays the role with so much sensitivity and authenticity. His audition really moved us, that's how we knew he was the right one!
- Jenny Slate plays Ryle's sister and Lily's best friend. The most important ingredient in an emotional film is levity to create brightness and bring hope. So when I was thinking about Alyssa, who is this larger than life character, I wanted to find somebody who, without trying, could just make you smile every time she walked into a room. Who could make you laugh just with a look, but also had depth?

**Stay away from:**

- "And you know something that I wrote? I wrote a book for boys called Boys Will Be Human. And in the book I say, if us men can't learn to be safe spaces for ourselves, the world will never be a safe place for anybody." This gets too off-course; press will make the connection. The film messages this in the beautifully portrayed role of Atlas.
- "Atlas felt like a pit bull, but a pit bull that had been abused and then left at the shelter and that nobody wanted. But then somebody came and fed him and gave him love. And that pit bull became the most loyal, sweet, sensitive, caring animal that you could ever imagine. And I've met pit bulls like that in real life. At first you're afraid of them, and then

CONFIDENTIAL

# JONESWORKS®
###### —— NEW YORK | LOS ANGELES ——

you get to know them and they're like teddy bears. And to me, that's what Atlas
was." Takes the conversation off-course when you can very briefly explain as per above
without the metaphor.

**What is the message of the movie?**
- This is a story of hope and healing, of empowerment and the decisions we make.
- It's a grounded love story that deals with complexities that every human can relate to
  universally.

## NO MORE
- NO MORE served as content advisor on the film to help ensure that domestic and sexual
  violence were portrayed as accurately and sensitively as possible both within the script and
  throughout production.
- The organization has a partnership with Wayfarer Studios to use the power of art and
  entertainment to inform, support, and inspire greater progress in preventing gender-based
  violence and promoting healthy relationships.

## WAYFARER THEATERS

- Wayfarer Theaters is a movie theater based in Highland Park on Chicago's North Shore.
- The theater recently underwent extensive renovations to enhance visitor experience and create
  a community space for Highland Park residents and Chicagoans to both watch films and provide
  opportunities to learn about diverse perspectives.
- Through a meticulous curation process, Wayfarer Theaters' team is proud to program a diverse
  array of uplifting films and special events that enrich the soul and encourage conversation and
  community.
- The theater is governed by their core principles of honoring the nobility of all, justice, diversity
  and the oneness of humanity.
- Wayfarer Theaters was founded by Highland Park resident, businessman and
  philanthropist Steve Sarowitz and actor Justin Baldoni and is the sister company of Wayfarer
  Studios also founded by Sarowitz and Baldoni.
- In the first few months of opening, Wayfarer Theaters was named the fastest growing movie
  theater in the Chicago area in 2023.
- Recent Wayfarer Studios releases include "Ezra," "The Garfield Movie" and "It Ends with Us."
- In pursuit of a moviegoing experience that engages and uplifts, Wayfarer Theaters regularly
  offers talkbacks with community advocates, filmmakers and performers. Past appearances
  include Jane Goodall, Rainn Wilson, Justin Baldoni, Patricia Heaton, Penn Badgley and Geena
  Davis, who spoke to audiences about their projects to provide more context and discussion
  opportunities.
- Tickets to movie showtimes and special programming events can be purchased at
  wayfarertheaters.com

## WAYFARER STUDIOS

**About Wayfarer Studios:**

ABEL_000000185

# JONESWORKS®
— NEW YORK | LOS ANGELES —

Wayfarer Studios is an independent production studio actively developing, producing, and fully financing a slate of highly original, genre-defining, and globally impactful feature films, episodic television, documentaries, unscripted series, and podcasts. Co-founded by Justin Baldoni and Steve Sarowitz and led by CEO Jamey Heath, their work highlights the power of connection, debunking the typical studio model by championing inspirational stories which unite as true agents for social change. Wayfarer Studios current slate includes *It Ends With Us, EZRA, A Nice Indian Boy, CODE 3, The Senior, Empire Waist, PAC-MAN* and *Eleanor The Great* along with documentary features such as *Will & Harper, Racist Trees, The Herricanes,* and *Black Is Beautiful.* In 2021, Wayfarer started to launch the highly successful and 4 time Webby-nominated, The Man Enough Podcast. For more information, please visit [ HYPERLINK "https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.wayfarerstudios.c om%2F&data=05%7C02%7CAudrey%40jonesworks.com%7Cde9ceafd1dfd48908c2108dc6ef6 4b65%7C3dcd211048134fee957ac0b8e4d6a059%7C0%7C0%7C638507251319658157%7CUn known%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwi LCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=G2jLflL0BpXc8FJ7x8SIvqThSksNrRFR5EV YoiQZziU%3D&reserved=0" \h ].

**Wayfarer Studios Mission**: Highlight the power of connection, debunking the typical studio model by championing inspirational stories which unite as true agents for social change.

**Key Projects/Titles:**
1) It Ends with Us (Sony Pictures Entertainment)
2) The Garfield Movie (Sony Pictures Entertainment)
3) Pac-Man
4) Will & Harper (Netflix)
5) Eleanor the Great (TriStar Pictures/Sony Pictures Classics)
6) A Nice Indian Boy
7) The Senior
8) Black is Beautiful
9) Racist Trees
10) The Herricanes
11) The Man Enough Podcast

## IT ENDS WITH US
**In theaters August 9th/Sony Pictures Entertainment. The trailer debuted with 128.1M video views in the first 24 hours.**
- From New York Times bestselling author Colleen Hoover comes an empowering story about a woman who finds herself tangled in a complex web of love and difficult relationships and learns that the true strength to define who she is and what she wants in life lies within herself.
- Logline: Based on the 2016 novel of the same name, the film will follow Lily, a woman who moves to a new city following college graduation and meets and falls in love with a man named Ryle. Her newfound bliss isn't long lived, however, as a blast from the past comes back in the form of her ex-lover who turns her world upside down.
- Why Wayfarer Studios got involved: The HOPE that runs throughout this story is palpable. This is a multifaceted empowerment story about Lily's strength and agency. Focusing on the different choices everyone makes as individuals in an effort to better our futures and the futures of those around us. This is a common global experience.

ABEL_000000186

# JONESWORKS®
NEW YORK | LOS ANGELES

- Wayfarer Studios partnered with global non-profit organization, NO MORE, who is dedicated to ending domestic violence and sexual assault by increasing awareness, inspiring action and fueling culture change.
  - The team served as a content advisor for the development and production of "It Ends With Us."
  - The campaign aims to leverage this powerful film to increase awareness, encourage action to stop and prevent abuse and assault, and most importantly, promote healthy relationships

CONFIDENTIAL