# Exhibit 157

Message

**From:** Jennifer Abel  
**Sent:** 5/2/2024 7:25:41 PM  
**To:** Matthew Mitchell  
**Subject:** Re: UPDATE Justin - Trailer Event Launch on 5/6 - green room/dressing room

Bless you thank you

---

**From:** Matthew Mitchell <​>  
**Date:** Thursday, May 2, 2024 at 6:46 PM  
**To:** Jennifer Abel <​>  
**Subject:** Re: UPDATE Justin - Trailer Event Launch on 5/6 - green room/dressing room

Yes we did!

On May 2, 2024, at 3:19 PM, Jennifer Abel <​> wrote:

Just making sure you guys relayed the thing about the blue screen and the patterns etc? 😊

---

**From:** Matthew Mitchell <​>  
**Date:** Thursday, May 2, 2024 at 5:25 PM  
**To:** <​>, Maggin, Danni <​>  
**Cc:** <​>, WayfarerStudios <​>  
**Subject:** Re: UPDATE Justin - Trailer Event Launch on 5/6 - green room/dressing room

Hi there,
Yes! With the social content capture we are moving ahead with a stylist, they are FAST reaching out, we just spoke with them. Savannah Mendoza, we'd love her to arrive around 10:30am to get things out and set up ahead of his arrival

For Justin's drive-on can you please email Kenan Jackson ().

Thanks and please let us know if you have any questions!

Matthew Mitchell | JONESWORKS
www.jonesworks.com

---

**From:** <​>  
**Date:** Thursday, May 2, 2024 at 2:01 PM  
**To:** Matthew Mitchell <​>, "Maggin, Danni" <​>  
**Cc:** Team Baldoni <​>, WayfarerStudios <​>  
**Subject:** RE: UPDATE Justin - Trailer Event Launch on 5/6 - green room/dressing room

Thank you! I just sent through drive-ons for the three of you; please let me know if you don't receive. What is the best email for me to send Justin's drive-on to?

Confidential

JONESWORKS_00016763

I also just heard from the stylist's rep that Justin would now like a look for Monday, so wanted to double-check with you if that's the case?

Thanks again!

**Emily VanDerwerken**
Global Publicity | Sony Pictures Entertainment

Tel:

---

**From:** Matthew Mitchell <​>
**Sent:** Wednesday, May 1, 2024 3:26 PM
**To:** Vanderwerken, Emily <​>; Maggin, Danni <​>
**Cc:** Team Baldoni <​>; WayfarerStudios <​>
**Subject:** Re: UPDATE Justin - Trailer Event Launch on 5/6 - green room/dressing room

Hi Emily!
Thanks for the call. Ande will loop you in accordingly for Justin's grooming Monday and as we figure out styling for Book Bonanza, press junket dates, premiere and specific press hits! More to come and thank you for all your help.

For Monday's event, can you please provide drive-on access for:
Jennifer Abel
Matthew Gibson
And myself.

It's unlikely all 3 of us will attend but just to be on the safe side for now ☺. Thank you so much!

Matthew Mitchell | JONESWORKS
www.jonesworks.com

---

**From:** "" <​>
**Date:** Wednesday, May 1, 2024 at 2:30 PM
**To:** Matthew Mitchell <​>, "Maggin, Danni" <​>
**Cc:** Team Baldoni <​>, WayfarerStudios <​>
**Subject:** RE: UPDATE Justin - Trailer Event Launch on 5/6 - green room/dressing room

Sure, no problem! I'm on my cell if you want to chat:

---

**From:** Matthew Mitchell <​>
**Sent:** Wednesday, May 1, 2024 2:25 PM
**To:** Maggin, Danni <​>; Vanderwerken, Emily <​>
**Cc:** Team Baldoni <​>; WayfarerStudios <​>
**Subject:** UPDATE Justin - Trailer Event Launch on 5/6 - green room/dressing room

Emily – maybe you can give me a call? We now can cancel grooming and styling for Monday. Is that possible?

Matthew Mitchell | JONESWORKS
www.jonesworks.com

**From:** Matthew Mitchell <​>
**Date:** Wednesday, May 1, 2024 at 2:21 PM
**To:** "Maggin, Danni" <​>, "" <​>
**Cc:** Team Baldoni <​>, WayfarerStudios <​>
**Subject:** Justin - Trailer Event Launch on 5/6 - green room/dressing room

Danni and Emily –

Figured best to just have you two on this, please add more if needed. Will there be a space for Justin to have grooming/styling on the Lot Monday ahead of the event? Thinking 10:30/11am (ish) We're just working on the overall plan and logistics for that part.
Thank you!

Matthew Mitchell | JONESWORKS
www.jonesworks.com

---

**From:** Matthew Mitchell <​>
**Date:** Tuesday, April 30, 2024 at 11:36 AM
**To:** "Maggin, Danni" <​>, Jennifer Abel <​>, Team Baldoni <​>, WayfarerStudios <​>
**Cc:** "" <​>, "" <​>, "" <​>, "" <​>
**Subject:** Re: IEWU - Trailer Event Launch on 5/6

Thank you, we'll save everyone's inboxes and sidebar on those logistics 😊

Matthew Mitchell | JONESWORKS
www.jonesworks.com

---

**From:** "Maggin, Danni" <​>
**Date:** Tuesday, April 30, 2024 at 11:26 AM
**To:** Matthew Mitchell <​>, Jennifer Abel <​>, Team Baldoni <​>, WayfarerStudios <​>
**Cc:** "" <​>, "" <​>, "" <​>, "" <​>
**Subject:** RE: IEWU - Trailer Event Launch on 5/6

Hi!

The lovely Emily on here handles all glam and styling! If you loop her in with his glam folks or send her their agents info, she will start negotiating.

**From:** Matthew Mitchell <​>
**Sent:** Tuesday, April 30, 2024 10:57 AM
**To:** Maggin, Danni <​>; Jennifer Abel <​>; Team Baldoni <​>; WayfarerStudios <​>
**Cc:** Wire, Kimberly <​>; Michalak, Todd <​>; Cittadino, Marc <​>; Ross, Janessa <​>; Vanderwerken, Emily <​>
**Subject:** Re: IEWU - Trailer Event Launch on 5/6

Hi Danni!
Can you let us know budgets for grooming and styling for Monday? Thank you!

Matthew Mitchell | JONESWORKS
www.jonesworks.com



**From:** "Maggin, Danni" <​>
**Date:** Tuesday, April 30, 2024 at 10:28 AM
**To:** Jennifer Abel <​>, Matthew Mitchell <​>, Team Baldoni <​>, WayfarerStudios <​>
**Cc:** "" <​>, "" <​>, "" <​>, "" <​>, "" <​>
**Subject:** RE: IEWU - Trailer Event Launch on 5/6

Hi!
Great news!
Please keep us posted on his groomer and if he wants to arrive camera ready.
Yes, the folks on this email can answer questions about the concepts and the list.

Thank you!
Danni



**From:** Jennifer Abel <​>
**Sent:** Monday, April 29, 2024 7:30 PM
**To:** Matthew Mitchell <​>; Maggin, Danni <​>; Team Baldoni <​>; WayfarerStudios <​>
**Cc:** Wire, Kimberly <​>; Michalak, Todd <​>; Cittadino, Marc <​>; Ross, Janessa <​>; Vanderwerken, Emily <​>
**Subject:** Re: IEWU - Trailer Event Launch on 5/6

Hi Danni, we can confirm Justin, he's excited to be part of this!

Let's connect again tomorrow for more info on what these various elements will entail, the creative concepts for the shoot, etc. I see there is a placeholder for CH grooming, so if we can build some time in there for Justin in case he wants

us to bring in his groomer as well that would be great (we will ask, he may not need one since it's purely for social capture).

We would also love to have a sense of who will be in the room once finalized if you can copy us on that invite list when you share with Ashmi + team.

Thanks again! Excited for this!

---

**From:** Matthew Mitchell <​>
**Date:** Monday, April 29, 2024 at 6:25 PM
**To:** Maggin, Danni <​>, Team Baldoni <​>, WayfarerStudios <​>
**Cc:** <​>, <​>, <​>, <​>, <​>, <​>
**Subject:** Re: IEWU - Trailer Event Launch on 5/6

Hi Danni and team,
Thanks for sending this over, we're exploring and will get back to you soon!

Thanks again.

Matthew Mitchell | JONESWORKS
www.jonesworks.com

---

**From:** "Maggin, Danni" <​>
**Date:** Monday, April 29, 2024 at 3:44 PM
**To:** Team Baldoni <​>, WayfarerStudios <​>
**Cc:** "" <​>, "" <​>, "" <​>, "" <​>, "" <​>
**Subject:** IEWU - Trailer Event Launch on 5/6

Hi team!
Per our call today, below is the current run of show we're working on for Monday, 5/6.
I know he's finishing the movie so if he can't do all this time, that's ok – we will work with whatever he can give us!

Lots of details are still be ironed out but you can see the proposed lay of the land with Justin and Colleen.
Thank you!
Danni

TRAILER WATCH EVENT - RUN OF SHOW



**Trailer Screening Location:**   John Singleton Theater
**Talent:**   Colleen Hoover, Justin Baldoni
**Talent Drop Off:**   Sony Studios Madison Gate

3933-3969 Madison Ave, Culver City, CA 90232
**Reception Location:**      Calley Park, in front of the Norman Lear Commissary
**Number of Influecners:**   70-80 creators/influencers/media
**Guest Parking:**           Culver/Motor structure

| DATE/TIME | ITEM |
|---|---|

### Monday, May 6th

| | |
|---|---|
| 11:30AM | **CH** arrives on site camera-ready, escorted to social shoot |
| 12:15PM | **JB** arrives on the lot camera-ready, escorted to social shoot |
| **CH** and **JB** shoot together | |
| 12:45PM | Social shoot with **JB** solo |
| **CH** escorted to green room under Singleton Theater for International Print Generic interview | |
| 1:10PM | Print interview with **CH** complete; breaks for lunch |
| 1:15PM (separate from **CH**) | Social shoot with **JB** complete; breaks for lunch at Singleton green room |
| 1:45PM | Grooming touchups for **CH** followed by a quick meet & greet with moderator and roundtable participants |
| 2:20PM | **CH** and **JB** escorted to Singleton |
| Influencers will be seated at Singleton | |
| 2:30PM | **CH** introduces trailer; trailer plays |
| **JB** will be seated on top corner seat until called by moderator | |
| 2:35PM | Roundtable Q&A moderated by **XX** (25 mins) |
| **Panelists: TBC** Q&A recorded by crew NO AUDIENCE QUESTIONS | |
| 2:55PM | Moderator pauses discussion to introduce **JB** to the stage |
| 3:00PM | Q&A ends; themed reception for influencers begins on Calley Park |
| 3:15PM | Floral arranging demonstration begins with florist and **CH** + **JB** |
| Photographer & video crew capture moments for social | |
| 3:45PM | Photos with **CH** on step and repeat |
| Fans are welcome to bring their bouquets for photos | |
| 4:15PM | **CH** and **JB** wrap |
| Influencers continue to mingle | |
| 5:30PM | Reception ends |