# Exhibit 158

**Thread Participants:** ████ Justin Baldoni ; ████ Melissa Nathan (Owner); ████ (Owner)

**Active Participants:** ████ Justin Baldoni ; ████ Melissa Nathan (Owner)

**First Message:** 8/30/2024 11:44:00 AM

**Last Message:** 8/30/2024 12:04:12 PM

---

**Justin Baldoni**

How are you feeling about this "the truth hasn't come out yet"?
Seems to be getting more pick up now. Do you have any concerns or anything we should be worried about? I know that both my wife and I are both feeling like they could definitely be up to something over there.

8/30/2024 11:44:00 AM

**Melissa Nathan (Owner)**

I'm not feeling any type of way.
I think people are still looking because it became such a gigantic story.

But there is absolutely nothing else they can do they have missed every timing opportunity to do it.

We also know there was no truth to anything - so what can they say? Just continue speculative BS?

I am not worried and I promise you every single reporter knows I am working with you and not one person has even come to us for anything not even how are you feeling?

If I felt you were in danger for anything minor, I would tell you you know I'm not shy 😊

8/30/2024 11:57:24 AM

**Melissa Nathan (Owner)**

I think it has a lot to do with all the worry you felt previously for sure.
But people have moved on
And she looks absolutely horrendous .

I can't even think what her next move will be , it would have to be some positive movie news or a new announcement for a new hair mask

8/30/2024 11:58:18 AM

**Justin Baldoni**

Emphasized "I'm not feeling any type of way.
I think people a..."

8/30/2024 11:59:02 AM

NATHAN_000000293

**Justin Baldoni**
Laughed at "I think it has a lot to do with all the worry you ..."
8/30/2024 11:59:12 AM

**Melissa Nathan (Owner)**
It's a really good sign that no one media side has come to even ask anything.

But if I hear anything I promise to let you know .
8/30/2024 12:00:16 PM

**Justin Baldoni**
Ok thank you!
8/30/2024 12:00:56 PM

**Justin Baldoni**
Yeah, I just know her personality and this is the kind of person that genuinely believes she's right and that all of this is unjust
8/30/2024 12:01:10 PM

**Melissa Nathan (Owner)**
She fully does . I know it
8/30/2024 12:01:19 PM

**Justin Baldoni**
So those people seek "justice" at any costs. That's why I just have a hard time believing she's done
8/30/2024 12:03:24 PM

**Justin Baldoni**
But trusting you! And grateful for you
8/30/2024 12:03:34 PM

**Melissa Nathan (Owner)**
She looks abominable if she does anything against you. She knows it.
8/30/2024 12:04:03 PM

**Melissa Nathan (Owner)**
Loved "But trusting you! And grateful for you "
8/30/2024 12:04:08 PM

**Justin Baldoni**
❤️ ❤️ ❤️ ❤️ ❤️
8/30/2024 12:04:12 PM

CONFIDENTIAL