Exhibit 159



**Chat with "Justin Baldoni" <​███████████> on December 30, 2023**

Danny Greenberg <​███████████>Justin Baldoni
<​███████████>Danny Greenberg
<​███████████>

**Earliest item: 2023-12-30 12:55:13**
**Latest item: 2023-12-30 13:58:29**

---

**Saturday 30 December 2023**

---

Instant Message : Native Messages
From                                                         12:55:13
    Danny Greenberg <​███████████>

Just checking in to see how the week went. Here to talk if you need
me for anything.

---

Instant Message : Native Messages
From                                                         12:59:44
    Justin Baldoni <​███████████>

Hey man, had a really really bad week. She had the audacity to email
me directly and invite me to a meeting at her house alone if I chose.

She's refused a body, double which now Sony and Todd have to jump
in to make sure that happens because that's just setting me up for a
trap. Altnough she's making me have one.

She's rejected all my Story Boards for the sex scenes, so so so he has
to get involved because she's trying to keep all of both of our clothes
on for the big love scene, which is just ridiculous if you know the book.
The whole thing is just gigantic cluster fuck and yet I'm doing my
best to stay positive, although it's been very draining on me and time-
consuming over this break to be dealing with an actress who is
rewriting the writer and Director

I've gone through the whole script I'm giving her a 95% of what she
wants for peace but this is just a brutal experience .

---

Instant Message : Native Messages
From                                                         13:01:59
    Danny Greenberg <​███████████>



**Exhibits#:**

**Greenberg 04**

9/19/2025

Good you didn't go to her house. That is insanity. This whole thing is insanity. You have everyone behind you. And everyone knows how incredibly well you are handling this sicko. Hang in there Justin. You are going to win in the end here.

Instant Message : Native Messages
From
Justin Baldoni < ████████ 0>

13:02:18

We are all going to her house on Thursday as that's where she has said the meeting needs to take place

Instant Message : Native Messages
From
Justin Baldoni < ████████ >

13:02:27

She also doesn't want Jamey on set which we are fighting back on

Instant Message : Native Messages
From
Danny Greenberg < ████████ >

13:02:46

Good. You should. There has to be a line.

Instant Message : Native Messages
From
Danny Greenberg < ████████ >

13:03:13

I'll talk with Todd about that. And warren too if I need to.

Instant Message : Native Messages
From
Justin Baldoni < ████████ >

13:05:07

not right now, but feel free to check in with Todd next week. I'm doing my best to just stay positive and give her as many wins as possible to just finish this thing but it's gonna be tough at some point Warren needs to know that she is destroying her reputation.

Instant Message : Native Messages

CONFIDENTIAL

WME_00001170

From                                                                13:05:39
    Justin Baldoni < ▮▮▮▮▮▮ >

Where we will need the most help is during the Edit because I'm not
going to get everything she wants and I foresee that being a big issue
I won't even have time to barely show anybody the movie before I test
it that's what happens when you push the shoot to January

Instant Message : Native Messages
From                                                                13:54:14
    Danny Greenberg < ▮▮▮▮▮▮ >

Liked "Where we will need the most help is during the Edi…"

Instant Message : Native Messages
From                                                                13:58:07
    Danny Greenberg < ▮▮▮▮▮▮ >

You will get more out of the edit than you think. And we need to do
everything in our power to keep her away.

Instant Message : Native Messages
From                                                                13:58:29
    Justin Baldoni < ▮▮▮▮▮▮ >

Loved "You will get more out of the edit than you think. …"

**End Thread**

Thread Statistics

**Instant Message Count**
12

CONFIDENTIAL                                    WME_00001171