# Exhibit 160

| | |
|---|---|
| From: | Matthew Mitchell <​> |
| Sent: | Mon, 6 May 2024 12:48:49 -0400 (EDT) |
| To: | <​> |
| Cc: | "" <​>; <​>; Team Baldoni <​>; WayfarerStudios <​>; Shekinah <​> |
| Subject: | Re: JB Schedule: It End With Us Trailer Event Launch | Monday, May 6. |
| Attachments: | JB x It Ends With Us Trailer Launch Event[1][1].pdf |

You're likely already en route, but we wanted to bump up today's itinerary for you! See you soon!

Matthew Mitchell | JONESWORKS
www.jonesworks.com

---

**From:** Matthew Mitchell <​>
**Date:** Friday, May 3, 2024 at 11:52 PM
**To:** "" <​>
**Cc:** "" <​>, Kenan Jackson <​>, Team Baldoni <​>, WayfarerStudios <​>, Shekinah Reese <​>
**Subject:** UPDATED: JB Schedule: It End With Us Trailer Event Launch | Monday, May 6.

Hi Justin,

Below and attached please find an ==updated schedule== for Monday's **"It Ends With Us" Trailer Launch Event** at the Sony lot. Your **arrival time is still slated for 11:00AM PT**, with grooming and styling to begin at 11:10AM PT.

Please note that within the updated schedule, Sony has added an Entertainment Tonight paired interview with Colleen Hoover that will air timed to the trailer release.

Jen and I will meet you on-site and remain for the duration of the event. Please let us know if you have any questions or concerns.

Thank you,
Matthew and Team

## JONESWORKS

**TO:** Justin Baldoni
**RE:** "It Ends With Us" Trailer Launch Event
**DATE:** Monday, May 6th

**JONESWORKS CONTACT INFORMATION:**
Jennifer Abel (on-site)            Cell:
Matthew Mitchell (on-site)         Cell:

**SONY CONTACT INFORMATION:**
Kimberly Wire (on-site)            Cell:
Danni Maggin (on-site)             Cell:

**MONDAY, MAY 6TH**

**11:00AM PT:**    **Justin Arrives at the Sony Pictures Studio Lot.**

   **Location:**
   Sony Pictures Studio Lot - Madison Gate
   3933 Madison Ave
   Culver City, CA 90232

   *Jennifer Abel (Cell: ) and Matthew Mitchell (Cell: ) from JONESWORKS will meet you on-site and remain for the duration of the event.*

   **Arrival Details:** Please note, you will be asked to present your photo ID and drive-on email pass upon arrival. Kimberly Wire from Sony (Cell: ) will greet you upon arrival and a golf cart will transport you from the Madison Gate to your holding room. On the final pages of this schedule, please find a map of the Sony Pictures Studios lot for your reference.

CONFIDENTIAL                                                                                          BALDONI_000021868

**11:10AM PT:**   Grooming and Styling begins in holding room.

**Holding Room:** Stage 24

**Grooming:** Simone Frajnd   Cell:

**Styling:** Savannah Mendoza   Cell:

**Details:** Please note, as you and Savannah have recently worked together for your Well+Good Changemakers shoot and she has a solid sense of the direction you'd like to go with your style, there will not be a fitting prior to Monday's event. Rather, Savannah will bring 4-5 looks for you to try on-site in your holding room. She also will bring a business option for Tuesday's Milken panel.

**12:00PM PT:**   **Content Shoot Begins.**

**Shoot Length:** 1 Hour

**12:00PM- 12:30PM PT:**   Social Content Shoot Paired with Colleen Hoover.

**Details:** The social content shoot alongside Colleen will capture rapid fire questions, callouts to be stitched to various assets, as well as announcements surrounding tickets, one month countdown, now playing, etc. Below, please find a detailed breakdown of what content will be captured throughout the paired shoot.

*There will be a teleprompter available for reads.*

### RAPID FIRE QUESTIONS
Colleen and Justin answer a series of rapid-fire questions together to be used on social platforms.
- What's your favorite scene from the book?
- What are you most excited for the fans to see?
- Use one word to describe Blake Lively
- Use one word to describe Brandon Sklenar
- Why should fans see this movie?
- When should fans buy tickets?

### CALLOUTS TO BE STITCHED TO VARIOUS ASSETS
Hi I'm Colleen Hoover, author of IT ENDS WITH US and I'm Justin Baldoni, director and star of the IT ENDS WITH US MOVIE. Here's an exclusive look at our new film and don't miss it in theaters August 9.

Hi I'm Colleen Hoover, author of IT ENDS WITH US and I'm Justin Baldoni, director and star of the IT ENDS WITH US MOVIE. Take a behind-the-scenes look at our new film and don't miss it in theaters August 9.

### TICKETING
Hi I'm Colleen Hoover and I'm Justin Baldoni. Tickets are on sale now for our new movie IT ENDS WITH US.

### ONE MONTH COUNTDOWN
Hey! It's Justin and Colleen. Here to remind you that we are just one month away from IT ENDS WITH US hitting theaters. Get tickets now.

Hey! Our new movie IT ENDS WITH US comes to theaters in just ONE MONTH. Watch Lily's story come to life on the big screen August 9.

### NOW PLAYING
Hi! Our new movie IT ENDS WITH US is now playing exclusively in theaters. Grab your best friend and your tissue box. Get tickets now!

### COLLEEN AND JUSTIN Q&A EACH OTHER
Colleen to Justin: Was there a specific part of the book that made you decide to oversee the film adaptation?

Justin to Colleen: As a creator, are you ever overwhelmed by making choices/ decisions and/ or getting into creative ruts, and how do you get out of that?

Colleen to Justin: What's important for audiences to take away from this movie?

Justin to Colleen: What do you think book fans will love most about the movie?

### HOME ENT
Colleen: I'm Colleen Hoover
Justin: and I'm Justin Baldoni.
Colleen: IT ENDS WITH US is now available to buy or rent on digital.
Justin: Watch it now.

Justin: Don't miss our new film IT ENDS WITH US.
Colleen: Now available to buy or rent on digital.

Justin: IT ENDS WITH US is available to buy or rent now on digital.
Colleen: Watch IT ENDS WITH US tonight – buy or rent it now on digital.

**COMMENT RESPONSES**
*Forthcoming*

12:30PM- 1:00PM PT:   **Solo Social Content Shoot.**

**Details:** Following the paired social content shoot, you will move into a solo shoot which will capture an EPK interview, ticketing and now playing announcements, a Social Interview, Anatomy of Scenes breakdown, along with additional concepts that will be used for socials leading up to the film's release. Below, please find a detailed breakdown of what content will be captured throughout the solo shoot.

**EPK INTERVIEW**
1. For transcription purposes can you please introduce yourself and your roles on this film?
2. Let's start at the beginning, and can you tell me about how the film came about?
3. How did you learn of Colleen Hoover and her book IT ENDS WITH US?
4. With such a beloved text and a global fanbase, did you feel any extra pressure to honor expectations?
5. Why do you think the book has been so widely celebrated?
6. Describe the genesis of the film – how did this start?
7. What about this story cemented your choice to direct it? Do you have any personal connection to it?
8. What conversations did you have with Colleen during development/pre-production?
9. You are directing and acting– discuss how you managed your many roles throughout production.
10. Can you talk about how in the film adaptation it is structured with this notion that we are see Lily's recovered memories. Why was it crucial to depict them in it that way?
11. Describe your character, Ryle, and the type of person he is.
12. What made you want to take on this complicated character of Ryle?
13. Discuss working with screenwriter Christy Hall on adapting the book.
14. Can you talk about casting Blake Lively as Lily Bloom and why she was such a great fit for this role?
15. Let's talk about Atlas for a minute. What's his relationship to Lily? And why did you cast Brandon Sklenar?
16. Talk about working with this fantastic cast:
    a. Jenny Slate as Allysa
    b. Hasan Minhaj as Marshall
    c. Isabela Ferrer as young Lily
    d. Alex Neustaedter as young Atlas
17. When it comes to the look of the film especially the flower shop Lily Blooms, what were you going for when you were discussing the look of that set?
18. Why should audiences see It Ends With Us in theaters?
19. What kind of conversations do you hope audiences have after seeing the film?
20. What do you hope to inspire in audiences with this film?
21. For non-book fans, briefly explain the premise of the film.

**TICKETING**
Hi, I'm Justin Baldoni and I can't wait for you to see IT ENDS WITH US. It means so much to be able to bring this powerful story to the big screen. I hope you enjoy it as much as we enjoyed making it. Get your tickets now.

Hi I'm Justin Baldoni, director of IT ENDS WITH US. You'll also see me on screen as Ryle opposite of Blake Lively. Tickets are on sale now!

Hi I'm Justin Baldoni, director of IT ENDS WITH US. You'll also see me on screen as Ryle. Tickets are on sale now!

**NOW PLAYING**
I couldn't be more excited to let you know IT ENDS WITH US is now playing in theaters. It is an honor to be able to bring you this empowering story to the big screen. Enjoy.

Hi I'm Justin Baldoni. My new film IT ENDS WITH US is now playing in theaters. Get tickets now!

**SOCIAL INTERVIEW**
*Questions forthcoming*

**ANATOMY OF A SCENE - FILMMAKER FRIDAY**
Justin dives into key moments from the movie to talk about developing, scripting it and shooting it to be used as a filmmaker friday series.
- Scenes:
    - When Lily doesn't say anything at her dads funeral
    - Rooftop Scene
    - When Lily and Atlas hangout at her house for the first time as teens
    - When Ryle and Lily meet at the party
    - When Lily sees Atlas for the first time at the restaurant
    - The Ryle and Atlas fight in the restaurant
    - Aftermath of the stairs moment

**GENERAL QUESTIONS WHILE MAKING A BOUQUET**
Justin answers the following questions straight to camera as she makes a floral arrangement, for use on social.
- What book to screen moment is your favorite?
- What was the most rewarding part of being on the IEWU set?
- What's one secret that only you know about your character?
- What flowers would you put into a bouquet?
- Describe Lily in 3 words. (lean into strength, agency, etc)
- Who is a woman that inspires you?
- Divide the fandom: Audio books or physical books?
- What about this story in particular wanted you to tell this story and why did you feel like you needed to play the role of Ryle?
- How do you plan a scene? Do you storyboard? Can you talk about your approach?
- Do you have any advice or tips for aspiring filmmakers?

**PETALS**
Slo-mo coverage shots of "he loves me, he loves me not" type pulling the petals from a flower, eventually crumples the flower.

**HOME ENT**
Hello, I'm Justin Baldoni and don't miss my new film IT ENDS WITH US now available to buy or rent on digital. Watch it now.

I'm Justin Baldoni, director of IT ENDS WITH US. Check out this deleted scene and watch the film now available to buy or rent on digital.

| | |
|---|---|
| 1:00PM PT: | Content Shoot Wraps. Kimberly Wire (Sony) escorts Justin to holding room for lunch break. |
| 1:00PM - 1:30PM PT: | Lunch Break. |

Location:

Cutters Alley Room 417

| | |
|---|---|
| 1:30PM - 1:40PM PT: | Grooming touchups with Simone Frajnd (Cell: ▓▓▓▓). |

Location:

Cutters Alley Room 417

| | |
|---|---|
| 1:40PM PT: | Kimberly Wire (Sony) escorts Justin to Calley Park for photo capture and Entertainment Tonight interview paired with Colleen Hoover. |

Location:

Calley Park

**Details:** At this time, a photographer will capture photos of you and Colleen Hoover together in front of photo wall. Following the photo capture, the two of you will complete a paired interview with *Entertainment Tonight* host, Denny Directo.

**\*\*Please note, the interview will air timed to the trailer release. \*\***

**Interviewer:** Denny Directo, Host at Entertainment Tonight

**About Denny Directo:** Denny Directo is a correspondent at Entertainment Tonight. Directo previously served as a digital correspondent and producer for ET. He began his journalism career at ET in 2010 and became an integral part in the brand's success in the digital, social and livestreaming space. Hailing from Norco, California, Directo started his career after graduating from UC Santa Barbara, and connecting with a friend who gave him a tour of the lot, before telling him about a PA opportunity at Entertainment Tonight.

| | |
|---|---|
| 2:00PM PT: | Entertainment Tonight Interview Wraps. Kimberly Wire (Sony) escorts Justin to Cutters Alley Room 415. |
| 2:05PM PT - 2:20PM PT: | Meet and Greet with Moderator and Roundtable Participants. |

Location:

Cutters Alley Room 415

**Details:** Kimberly Wire (Sony) will escort you to Cutters Alley Room 415 for a quick meet and greet with the Roundtable Q&A Moderator and Participants. You will also be joined by Colleen Hoover.

| Time | Event |
|---|---|
| 2:20PM PT: | Kimberly Wire (Sony) escorts Justin to the John Singleton Theater. |

**Details:** Upon arrival, you will be seated discreetly in the back corner while you wait to surprise the audience.

**2:30PM PT:** "It Ends With Us" Trailer Screening.

**Location:**

John Singleton Theater

**Details:** Colleen will introduce the trailer, after which it will play for the audience of influencers.

**2:35PM PT:** Roundtable Q&A Begins.

**Q&A Details:** Please note, this Q&A will be recorded by a crew. There will be no audience questions. Please find "It Ends With Us" talking points on the final pages of this schedule for your reference.

**Moderator:** Denny Directo, Host at Entertainment Tonight (see more above)

**Influencer Panelists:** Kate Baker, Monica Patterson, Kierra Lewis

**2:55PM PT:** Denny introduces Justin as a surprise guest to join the conversation onstage.

**3:00PM PT:** Roundtable Q&A Wraps.

**Details:** Following the Q&A Discussion, Kimberly Wire (Sony) will escort you to the Influencer Reception.

**3:05PM PT:** Photo Capture of Justin and Colleen Hoover together in front of Photo Wall.

**3:05PM PT:** Influencer Reception Begins.

**Location:**

Calley Park

**Reception Length:** 1 Hour, 10 Minutes

**Details:** The reception will feature bouquet arranging stations, grazing stations, wine, and music. You and Colleen Hoover will be stationed at one of the bouquet arranging stations for the first round. Please feel free to mingle with guests for selfies, etc. Please note, a photographer and video crew will be on-site to capture moments for social.

**4:15PM PT:** END OF DAY.

**Details:** Kimberly Wire (Sony) will escort you to Madison Gate to exit the Sony lot.

**4:15PM PT- 5:30PM PT:** *FYI- Influencers Continue to Mingle.*

####################

SONY PICTURES STUDIOS MAP FOR REFERENCE:

*"IT ENDS WITH US" TALKING POINTS*

**LOGLINE**

IT ENDS WITH US, the first Colleen Hoover novel adapted for the big screen, tells the compelling story of Lily Bloom (Blake Lively), a woman who overcomes a traumatic childhood to embark on a new life in Boston and chase a lifelong dream of opening her own business. A chance meeting with charming neurosurgeon Ryle Kincaid (Justin Baldoni) sparks an intense connection, but as the two fall deeply in love, Lily begins to see sides of Ryle that remind her of her parents' relationship. When Lily's first love, Atlas Corrigan (Brandon Sklenar), suddenly reenters her life, her relationship with Ryle is upended, and Lily realizes she must learn to rely on her own strength to make an impossible choice for her future.

**POSITIONING**

- Blake Lively and Justin Baldoni are starring in the film adaptation of Colleen Hoover's highest-selling novel, *Colleen Hoover's It Ends With Us*.
- This is the first Colleen Hoover book to be adapted for the big screen. She is also executive producing.
- Justin Baldoni is also directing and executive producing.
- Producers are Alex Saks and Wayfarer Studios' Jamey Heath. Executive producers are Blake Lively, Colleen Hoover, Steve Sarowitz, Andrea Ajemian and Andrew Calof. Christy Hall has penned the screenplay and is also a producer.
- IT ENDS WITH US is a big, emotional, complicated story about breaking free from the past and empowering yourself and your future. The character of Lily Bloom has resonated with so many readers because her journey is relatable – her story isn't black and white. She has to make hard decisions that have lasting consequences.
- This is a story about Lily's journey from leaving a small town, moving to Boston and embarking on a whole new life. She leaves behind a complicated childhood and in doing so discovers her own resilience and strength, empowering her to stand up to adversity.
- It's more than just a love story or love triangle – it's the story of Lily learning how to take agency of her future.
- After growing up in a home where Lily witnessed her mother being abused by her father and vowing never to be in that position, she enters a relationship with Ryle and unwittingly finds herself following the same footsteps as her mother. Through this journey, Lily must learn to stand up for herself and that true strength lies within.
- The book connected with millions of readers and became a rare phenomenon in the publishing world – everyone knows someone who read this book.
- After becoming a "BookTok" cultural phenomenon with over 2 billion views on her TikTok hashtag, Colleen Hoover is currently the best-selling novelist in the US with over 25 million books sold by the end of 2023. Hoover wrote five of the top 10 best-selling print books of any genre in 2022.
- Published in 43 foreign languages, *It Ends With Us* was the top selling print book of 2022, has been on the New York Times Best Seller List for over 135 weeks by the end of 2023.

**WHAT TO AVOID**

- As it's still early in the campaign, try to avoid going too deep into the story or giving away too many details on the plot. Keep it topline and try to focus more on filming, working with fellow cast members, Justin as the director and lead.
- Focus more on Lily's strength and resilience as opposed to describing the film as a story about domestic violence. Empowerment is not just about standing up to adversity, but also about having the power to overcome within oneself and grow from it and developing agency to shape the future.
- Avoid talking about this film that makes it feel sad or heavy – it's a story of hope.

Matthew Mitchell | JONESWORKS
www.jonesworks.com

