# Exhibit 161

Message

| | |
|---|---|
| From: | Smalle, David [ ] |
| Sent: | 5/17/2024 10:41:42 PM |
| To: | Rothman, Tom [ ]; Greenstein, Josh [ ]; Misher, Danielle [ ]; Whitmore, Joe [ ]; Pan, Jack [ ]; Donnelly, Kate [ ]; Basil-Jones, Stephen [ ]; Phillips, Rose [ ]; Napoli, Stefanie [ ]; Wright, Bridgette [ ]; Hann, Gloria [ ]; Groff, Jason [ ]; Giannetti, Andrea [ ] |
| CC: | Plishner, Elias [ ]; Severson, Michael [ ]; Smalle, David [ ]; Dinh, Jeffrey [ ] |
| Subject: | IT ENDS WITH US Trailer - 24-hr Social Response (Domestic) |
| Attachments: | It Ends With Us Trailer 1 Domestic Social Report 05.17.24[31].pdf |

Hi Tom,

Following up with more detail on yesterday's hugely successful trailer launch for *It Ends with Us*. The social response is bigger than we could have imagined, and though we expect to see some online debate about the book's sensitive issues, the vast majority of the vocal fanbase is very excited for this movie.

**WHAT TO KNOW:** Deeply engaged core fanbases helped to drive a massive early response, which included 108.4M views (plus 19.7M on TikTok) – a total that dwarfs all comps, including nearly 5x *Crawdads*. Sentiment was also above 90% positive on fan-centric platforms. Emotional book readers anticipate a faithful adaptation of a powerful story, and they increasingly embrace our cast. The Taylor Swift track was also seen as a perfect choice. Some are debating the book's handling of domestic violence, including limited accusations that it "romanticizes" the issue, but readers are predominantly standing in support of the source material and eagerly await its big-screen debut. Opportunity outside the core will become clearer in the weeks to come.

## HEADLINES

- The launch drove massive early activity, reaching **108.4M views** in the first 24 hours, easily outpacing all comps. There were **nearly 2M social comments across platforms, with 96% total positivity**.
  o Fans of the book and talent were heavily engaged on Instagram (1.5M comments) and TikTok (300K comments).
- **Book readers responded emotionally** after seeing Lily's story come to life. They expressed a strong love for the story and an **increasing confidence** that the movie will capture everything they love about it.
  o Many quoted empowering lines from the trailer ("we break the pattern", "what would you say to her?") or mentioned that the flower shop was exactly as they had pictured it.
- **The core cast, including Blake, Justin and Brandon, received support** from their fans as well as readers. Some **debate persisted around** actors matching readers' visions of the younger characters from the book. However, pushback was much less frequent than after initial announcements, and many wondered how they ever could have doubted the cast.
- **"My Tears Ricochet" resonated strongly.** Fans of Taylor and the book felt the song was a perfect fit. The use of the song (along with Taylor Nation social support) boosted credibility and broadened the launch significantly – the song drove 44% of total volume on Twitter/X and 13% of organic discussion.
  o Comp title *Where the Crawdads Sing* also used a Taylor Swift song in its first trailer ("Carolina"), although it was an original song and as a result drove a larger share of social volume (81% vs. our 44%).
- **Most were thankful that the movie is accurately representing the complex themes of the book**, often sharing that the book helped them through their own experiences with domestic violence. Some on Twitter were less receptive to a movie about abuse, however, and **others accused Colleen Hoover of "romanticizing" the issue.**
- **The influencer event also made a splash,** amassing 270K Likes & 16K Comments/Shares. Fans eagerly engaged with surrounding content, appreciating that creators could share insider scoop.

Let us know if you have any questions.

David

Confidential

SPE_BL0001763

# It Ends With Us
### TRAILER I
24-HOUR SOCIAL REPORT – May 16, 2024

**DOMESTIC**



## HEADLINES

- The launch drove massive early activity, reaching **108.4M views** in the first 24 hours, easily outpacing all comps. There were **nearly 2M social comments across platforms, with 96% total positivity.**
    - Fans of the book and talent were heavily engaged on Instagram (1.5M comments) and TikTok (300K comments).
- **Book readers responded emotionally** after seeing Lily's story come to life. They expressed a strong love for the story and an **increasing confidence** that the movie will capture everything they love about it.
    - Many quoted empowering lines from the trailer ("we break the pattern", "what would you say to her?") or mentioned that the flower shop was exactly as they had pictured it.
- **The core cast, including Blake, Justin and Brandon, received support** from their fans as well as readers. **Some debate persisted around** actors matching readers' visions of the younger characters from the book. However, pushback was much less frequent than after initial announcements, and many wondered how they ever could have doubted the cast.
- **"My Tears Ricochet" resonated strongly.** Fans of Taylor and the book felt the song was a perfect fit. The use of the song (along with Taylor Nation social support) boosted credibility and broadened the launch significantly – the song drove 44% of total volume on Twitter/X and 13% of organic discussion.
    - Comp title *Where the Crawdads Sing* also used a Taylor Swift song in its first trailer ("Carolina"), although it was an original song and as a result drove a larger share of social volume (81% vs. our 44%).
- **Most were thankful that the movie is accurately representing the complex themes of the book**, often sharing that the book helped them through their own experiences with domestic violence. Some on Twitter were less receptive to a movie about abuse, however, and **others accused Colleen Hoover of "romanticizing" the issue.**
- **The influencer event also made a splash,** amassing 270K Likes & 16K Comments/Shares. Fans eagerly engaged with surrounding content, appreciating that creators could share insider scoop.

### VOLUME & POSITIVE SENTIMENT BY PLATFORM

| | Instagram | TikTok | Facebook | X | YouTube | Reddit |
|---|---|---|---|---|---|---|
| Volume | 1,488,903 | 292,587 | 108,350 | 40,946 | 1,925 | 866 |
| Positive | 98% | 94% | 99% | 49% | 97% | 36% |

### VIEWS (Global)

| TITLE | VIEWS |
|---|---|
| It Ends With Us | 108.4M |
| Where The Crawdads Sing | 23.4M |
| Anyone But You | 15.9M |
| Five Feet Apart | 6.1M |
| A Simple Favor | 1.7M |

### SOCIAL VOLUME & POSITIVE SENTIMENT

| TITLE | VOLUME (X) | Instagram | TikTok | X |
|---|---|---|---|---|
| Where The Crawdads Sing | 88,657 | 99% | 92% | 91% |
| It Ends With Us | 40,946 | 98% | 94% | 49% |
| Five Feet Apart | 24,633 | - | - | 88% |
| Anyone But You | 11,994 | 79% | 57% | 19% |
| A Simple Favor | 1,919 | - | - | 95% |

### SOCIAL AUDIENCE

| | GENDER | | ETHNICITY (index vs. norms) | | | FANSHIP | |
|---|---|---|---|---|---|---|---|
| | MALE | FEMALE | HISPANIC | BLACK | ASIAN | READER | NON |
| | 32% | 68% | +8% | -57% | +7% | 62% | 38% |
| Comp Avg | 32% | 68% | | | | | |

Prepared by MarketCast

Confidential                                                                                                    SPE_BL0001764

**It Ends With Us**
TRAILER I
24-HOUR SOCIAL REPORT – May 16, 2024

DOMESTIC



## KEY THEMES

### Story – 42%
- **Specific Moments:** Lively's empowering one-liners resonated, and readers were emotional about the intense moments teased. Some loved that the flower shop looked just like how the book described it.
- **Domestic Violence Themes:** Fans shared how the book helped them through their own experiences, often reacting emotionally to the trailer and expressing hope that the film will start conversations that will help others affected by abuse. Others didn't wish to support any depictions of domestic violence, regardless of the trailer's tone. This concern was inflated by shares on Twitter/X, and was nearly absent elsewhere.
- **Love Triangle** A few Swift fans were excited by the prospect of a love triangle, while other non-readers asked if that is the focus of the story.
- **Spoiler Concerns:** Many thought that the trailer gave away the full story.

### Book Reception – 23%
- **Book Praise** Fans reflected on their love of the book, with most thrilled about the adaptation.
- **Colleen Hoover** Fans of Hoover, especially on her Instagram account, expressed extreme excitement and congratulated her on the milestone. Some took issue with Hoover for 'romanticizing' trauma.
- **Book Criticism** Critics of Hoover shared disinterest due to complaints about the book's writing/quality.

### "My Tears Ricochet" – 13%
Swift fans liked that the song added more emotion & meaning to the trailer and were impressed that her accounts supported the launch. A small group didn't want the song associated with a polarizing book – this minor concern also appeared after Taylor's original song "Carolina" was used in the first trailer for *Where the Crawdads Sing*.

### Talent – 11%
- **Blake Lively** Most felt Lively was fitting as Lily after seeing the trailer, and Lively's fans were very supportive. A smaller group remained skeptical of her in the role, mostly due to age.
- **Ensemble** Females praised the casting as a whole. Some readers felt the cast was too old but remained open to them. The trailer converted many skeptics, with most now saying that the core cast can embody the book's characters.
- **Justin Baldoni** Females raved about his appearance, while his supporters applauded him for directing.
- **Brandon Sklenar** Readers were divided on whether Sklenar matched Atlas' persona and appearance as described in the book.

### Outright Interest – 11%
- **Excitement/Intent to See** Book fans (often 18-34) were won over by the trailer, now feeling that the casting & story will do a favorite book justice. Many shared intent to watch.
- **Advocates** Females began planning girls night trips to the theater.
- **General Interest** Book fans also shared strongly emotional reactions (😭, 😢).

Prepared by MarketCast

**It Ends With Us**
**TRAILER I**
24-HOUR SOCIAL REPORT – May 16, 2024

**DOMESTIC**



## SAMPLE COMMENTS: POSITIVE

### Story
- **Domestic Violence**
  - I hope this film is the splinter that disrupts the abuse cycle so many people are existing in. I hope it doesn't let them go back to their painful "normal", and they reach out for help. There's no such thing as deserving abuse. (IG)
  - this book helped me heal from my own abuse in a diff way idc what anyone says i'm so excited to see it 😭 (TT)
- **Specific Moments**
  - We break the pattern or the pattern break us (TW)
  - "As hard as this choice is, we break the pattern. Before the pattern breaks us" 😭😭 (TW)
  - THEY ADDED THE CHAIR SCENE!! 😭 (TT)
  - "We break the pattern or the pattern breaks us." 😭 (TT)
  - screaming, crying, "you tripped" 😭😭😭 (TT)
  - im dreading the "where did you get that magnet, lily?" scene 😭 (TT)
  - I remember crying reading that part in the book. Lily asking him what would he say to his daughter was heart wrenching. (YT)
  - YASSSSSSSSS, the flower shop is exactly how I pictured it (YT)
  - "We break the pattern, or the pattern breaks us." Now that is powerful. (YT)
  - "You fell" YEAHHHHH SUREEEEEEEE BUDDY. (YT)
- **Love Triangle**
  - @taylornation13 @ItEndsWithUs @blakelively @SonyPictures Folklore Love Triangle Stans rise!! (TW)

### Book Reception
- **Book Praise**
  - I LOVED this book 😭 (TW)
  - omg! feels like I'm reading the book again for the 4th time (TT)
  - I've got goosebumps! I hope this remains true to the essence of the book because it's a masterpiece. (YT)

### "My Tears Ricochet"
  - "I can go anywhere I want, anywhere I want just not home"…lyric always resonated. Perfect song choice for this (IG)
  - I may or may not have teared up due to my tears ricochet being used (TW)
  - My tears ricochet playing in the background 😭😭😭 (TT)

### Talent
- **Blake Lively**
  - STARRING BLAKE LIVELY!!!!!! 😭😭😭😭 (TW)
  - Blake is so perfect to be Lily!! So excited for thiiiisss! (YT)
  - My lovely Blake is back ♡ (FB)
- **Ensemble**
  - HOLY MOLY it's Justin and Blake 😭 Big up Justin, my Jane The Virgin homeboy 💚 (TW)
  - "Taylor, Black Lively and Colleen. I can not wait 😭 ♡" 🔗(IG)
- **Justin Baldoni**
  - Can't wait!! Would see it anyway but knowing it's a @justinbaldoni movie makes it all the better!! (IG)
  - JUSTIN BALDONI IS JUST TOO FINENDHDJDJXHDHDUDHZ (TW)
  - Justin baldoni as the villain AND director??? thank you for this generous gift (YT)

**It Ends With Us**
**TRAILER I**
24-HOUR SOCIAL REPORT – May 16, 2024

**DOMESTIC**



### Talent (cont.)
- **Brandon Sklenar**
  - *Atlas deep voice* 😩😩😩 *"hey lil" hit me in my chest ahhhhh I can't wait (TT)*
  - *Atlas noticing everything the same as in the book* 🥹(IG)
  - *I want to watch this solely because of Brandon Sklenar he is amazing in 1923 (TT)*

### Outright Interest
- **Excitement/Intent to See**
  - *This looks so much better than I thought! (I loved the book btw) now I'm really exited (TW)*
  - *Just release this movie now!!!!!!! I can't wait!!!!* 💗💗💗💗(IG)
  - *I'm officially so excited and looking forward for this* 😍😍📚 *(TT)*
- **Advocates**
  - *[Redacted] WE ARE GOING TO WATCH THIS (FB)*
  - *[Redacted] girls night??! (FB)*
  - *[Redacted] [Redacted] I'm gonna need a babysitter.* 🥹🥹 *(FB)*
- **General Interest**
  - *ok i had such low expectations but it actually looks good* 🥹🥹🥹🥹🥹 *(TW)*
  - 👀 *it looks good (TW)*
  - *And wow- I'm impressed with it* 👀 *(IG)*

## SAMPLE COMMENTS: MIXED/NEGATIVE

### Story
- **Domestic Violence**
  - *And let's see how many people glamourise abuse after this....it was a shit book and it's going to be a shit film. Why do we need to see stuff like this on screen?... (YT)*
  - *Y'all... y'all are feral over a domestic violence story? WHAT? Are y'all okay?? (TT)*
  - *you mean to tell me this whole time you guys were fawning over a book about... domestic violence? (TW)*
- **Spoiler Concerns**
  - *the way i just watched the whole movie in 2 minutes (TW)*
  - *the whole book was given away within this one trailer (TT)*
  - *THANKS FOR THE TRAILER...I've seen the whole movie now (YT)*
- **Love Triangle**
  - *wait a minute. its a LOVE TRIANGLE? (TW)*
  - *wait THIS IS SUPPOSED TO BE A LOVE TRIANGLE????? (TW)*
  - *I'm sorry this book was about a love triangle with an abuser. (TW)*

### Book Reception
- **Upset Book Readers**
  - *literally delete this (TW)*
  - *ugh now everyone will watch this garbage movie (TW)*
  - *why is nobody hating (TT)*
- **Colleen Hoover**
  - *one of the reasons i believe it ends with us is bad, is not the subject matter but rather how it was handled. DV is such a nuanced topic that colleen hoover was not the right author to have published that story. at the end of the day, coho fans love to fight with real DV victims. (TW)*
  - *hello here's a reason to not support c\*llen h\*\*ver https://t.co/xXIZ2Tc3sD (TW)*

Prepared by MarketCast

**It Ends With Us**
**TRAILER 1**
24-HOUR SOCIAL REPORT – May 16, 2024

**DOMESTIC**



- **Colleen Hoover (cont.)**
    - colleen hoover they can never make me like u (TT)
    - It's pr0blematic because of the author. These actors are great tho. (IG)
    - If Colleen Hoover has no haters I'm dead (RD)

**"My Tears Ricochet"**
- taylor why would you let them use my favorite song for this (TT)
- MY TEARS RICOCHET OMYYYYYY AND THE BOOK THAT GOT ME BACK TO READING CANT WAIT TO WATCH THIS! (YT)
- Not my tears ricochet… (RD)

**Talent**
- **Blake Lively**
    - I love Blake, but she just doesn't give me the vibe I need for Lilly. (TT)
    - Most of her roles are predictable. 😒 (IG)
    - Is it just me? I love blake but I cant see lily to her 🙁 even w riley and atlas. (FB)
- **Ensemble**
    - the casting couldn't be worse, just awful awful awful! (TW)
    - when i read the book atlas was the hot dark mysterious one and ryle was boring white boys wtf hollywood (TW)
    - Terrible casting choice overall (RD)
- **Brandon Sklenar**
    - What did they do to atlas (TW)
    - WHY DOESN'T HE LOOKS LIKE THE ATLAS AS I IMAGINED? STFU https://t.co/WaJC7NNzPf (TW)
    - ATLAS WHO 😂😂😂😂😂😂😂😂😂 (TW)