# Exhibit 162

**EXHIBIT 8**

# chat195444166547591779

**Thread Participants:** ████ Jamey Heath (Owner); ████ Justin; ████ Colleen Hoover; ████ Jamey Heath (Owner)

**Active Participants:** ████ Jamey Heath (Owner); ████ Justin; ████ Colleen Hoover

**First Message:** 5/6/2024 9:23:57 PM
**Last Message:** 5/6/2024 10:42:49 PM

---

**████ Justin**
Hi,
7:30
Picallili in culver city (audial fusion) 🎧
*5/6/2024 9:23:57 PM*

**████ Justin**
Check out Piccalilli
*5/6/2024 9:24:08 PM*

**████ Justin**
https://yelp.to/EI9Sgy68Uq
📎
<__Library_SMS_Attach_1_3f_15_8EE105_1_CDD2D7_1>
📎
<__Library_SMS_Attach_1_c8_08_AB2D77_1_8973A3_1>
*5/6/2024 9:24:13 PM*

**████ Colleen Hoover**
See you there!
*5/6/2024 9:24:23 PM*

**Jamey Heath (Owner)**
Perfect
*5/6/2024 9:25:02 PM*

**Jamey Heath (Owner)**
Be there in 10.
*5/6/2024 10:34:11 PM*

**████ Colleen Hoover**
We just got here and grabbed a table. It's pretty loud so we're outside on the patio 😊
*5/6/2024 10:37:29 PM*

**Jamey Heath (Owner)**
Ok. Thank you. Pulling up
*5/6/2024 10:42:49 PM*