# Exhibit 163

Message

| From: | B [                          ] |
|---|---|
| Sent: | 6/25/2024 3:11:30 AM |
| To: | |
| CC: | |
| Subject: | Blake Lively PGA - IT ENDS WITH US - Time Sensitive, Please |

Dear Producers Guild of America,

I'm writing you with meaningful urgency and also, respect. I'm sorry, but I'm asking for your attention to this in a crunched time period. I'm positive you have matters much more significant than this, but I bare my heart to you asking for you to take a look at my note, as this film, and my work in it *off camera* means more to me than anything I've done in my 20 year career.

There's been a recent update/change with regard to my official role in the upcoming film, IT ENDS WITH US, releasing AUGUST 9th. Just a few days ago, I was *officially granted* the title of *Producer*, after a year and a half of asking, and working tirelessly to prove the validity of that title. I've produced every moment of this film, from pre production, through production, into post, and now into marketing and worldwide release. I'm grateful that the contract has now been revised to reflect the immense work that I put in.

I'm writing to ask for the great honor of receiving the PGA tag. I don't take that lightly. In our household, that's the highest honor in film, so I understand the gravity of the ask. I also understand the absurdity of asking this late. Without the official title of Producer, my hands were tied, I couldn't apply when I wanted to. No crew could tick me in the box of "producers who should receive the tag" when polled. I'm pleading now because I'm confident with all my soul that if you saw what I did on this film, you would agree that this mark is, without question, deserved. I'll lay out how we got here below, because I appreciate that this isn't the way the process usually works.

You granted the PGA tag to two producers, Alex Saks and Jamey Heath, on April 18. I'm in full support of their tags. My understanding is that they both are in support of mine. I have a note from Alex below attached below, along with 16 other department heads, and Jamey, if asked, I'm sure would confirm the work I did.

So much has changed since they filed for their tag. The most significant being that the cut of the film that was selected to be released, is my cut. Which I'll lay out in more detail later. But I imagine you appreciate the gravity of that advancement alone since April 18.

As to not get too bogged down in more of the "why now?" details,  I'll focus on the facts of the work I did in each stage of production, bulleted out below. I apologize for how dense it is, but it's important to me to lay out all I've done when asking for such a significant consideration from you all at the PGA.

 I'm changing the font to make the read as easy as possible:

## Development/Pre-Production

-I lead the location shift from Boston to New Jersey and helped to solve all cost and schedule logistics associated

-I personally called and/or wrote emails to crew and put forth names for dept head roles. Including Hair, Makeup, Director of Photography, Costume Design, Transportation,  Security, Camera Operators, etc…

-I identified and onboarded freelance team members for the cast members (not just myself) to help achieve the goals for the screen including a fitness trainer, nutritionist, meal prep service, spray tanner, wig maker, hair colorist, etc…

-I reviewed and reshaped the creative of the production design for all key locations for all characters, also made changes to use existing elements of locations to save cost

-I called in favors with home design contacts to get items loaned, discounted or gifted to save production design costs

-I reviewed and reshaped the creative of the costume design for all characters

-I called in favors with fashion contacts to get items loaned, discounted or gifted to save costume design costs

-I reviewed and reshaped the creative of the prop and floral design for the key film element of the film (the protagonist is a florist)

-I did outreach to florists all over instagram and beyond, helping with the marketing activation to feature a florist in the film, and connected the best names with production

-I went through hundreds of casting tapes to help find the rest of the cast, including our stars Atlas, Young Lily, Young Atlas and Jenny Bloom.

-I rewrote the script to improve the role of Jenny Bloom after 3 actresses turned it down.

BL-000018396

-I personally identified and put forth Amy Morton to play Jenny Bloom after the rewrite of Jenny Bloom was implemented. Amy accepted our offer.

-I worked along side my agents, as well as other talent agencies to put forth names for Atlas, sending links to their work, and in many cases, reaching out to their teams directly to get interest and availability.

-I screen tested with all options for Atlas. When we struck out with those actors, we offered the role to our original choice, Brandon Skelnar, who then turned it down, so I had my team get involved in convincing him to do it. I wrote him a personal letter as well. He accepted the role.

-I gave the director references for the characters, dialogue and visuals

-I zoomed with every cast member to get their notes and ideas

-I then did significant rewrites of the script to incorporate all the notes of the cast, studio, distributor, author, director, and myself since our writer was not available at that time because she was on another job

-I also addressed scheduling, financial, location, weather and/or other logistical constraints in that rewrite

-I pushed the studio, distributor, and director to change the rating of the film from an R rating to a PG 13 because there was a significantly bigger market opportunity with PG-13 which the book captured. I argued that in order the replicate the book's success in the screen adaptation, we needed to serve the same age range of audience. The issue was the studio already had a deal in place with the distributor to deliver an R-Rated film. I had multiple conversations with all parties, helping to convince everyone of the shared bigger opportunity for all, resulting in everyone agreeing to make the film PG-13, which is where it stands today

## Production

-I constantly broke schedule and budget. In pre production, and then daily, and often *hourly* during production

-I unfortunately was responsible for the firing of our 1st AD, Julie, as we were not making our days for the first many weeks and I had the twenty years of experience to see that the days were not boarded well enough from the get go, and her experience was not appropriate for the film we were making

-I flagged security risks and pushed to execute getting the entire crew Crew Badges. I'd never been on a set without them, yet they were not put in place for this production. We were having breaches where fans were filming our monitors and uploading the scenes to TikTok because no one knew who was crew and who wasn't. Badges were in places days later.

-I flagged and had the production name changed to an alias as is standard in my experience. This changed all signs for locations, call sheets, transportation, etc, as the film's true title was all over every sign, identifier and correspondence. As a result of using the actual title, we were being flooded with unwanted security breaches, paparazzi, large crowds, and leaks.

-I helped to block the staging of every scene for shooting efficiency, oftentimes asking to block the night before so the crew could pre-light without wasting the time of pulling the cast from hair and makeup to rehearse.

-When we came back after the strikes, I was writing as we were shooting to meet real time hurdles and demands with regard to schedule, budget and creative needs.

-I reviewed and instated covid protocols when we had an outbreak and lost many key crew members.

-I managed the politics and HR concerns on a daily basis, acting as an intermediary to keep crew and cast engaged, safe, and on board.

-I shot listed with the director, DP, and 1st AD. Not usually all at once, just when it was asked of me. On round two of the film (we shot half of the film before the strikes and half after) I would speak to our 1st AD Chris Surgent every night for nearly an hour on my drive home and once I arrived home to assess and rework our schedule to help make our days, which we were struggling to make

-I was able to omit 3+ days of shooting via rethinking the schedule, changeovers, locations, stunts, weather and adapting the script to accommodate

-I was the director's partner in all creative and logistical concerns, helping to execute the best outcome for the film. I would push back when needed. I would support when needed. The film is and *was* always my top priority.

-I watched the monitor between every take, to be sure everything that ended up on screen, from every department, was best servicing the film, and lead the changes needed to get there when applicable

-when issues arose, I led the hiring of a freelance producer to help balance the set, the incredible Todd Black.

-I led hiring a new intimacy coordinator and intimacy doubles to help block out the sensitive scenes for both safety and shooting efficiency.

-I helped to manage the logistics and protections of a closed set. And when there were oversights, I stopped production to make sure the set was safe and complying with all players nudity riders and contracts.

-I made sure cast members had mini green rooms on set when I noticed the time we lost to cast leaving to go back to their more distant green rooms

-I called and led meetings with all department heads, the studio and the distributor when we had extenuating circumstances challenging our production plan, including the wildfires, as well as picketers from the Writer's Strike. I acted as a liaison between cast and their reps in finding solutions to finishing the film. And I also acted as an intermediary between the other

BL-000018397

actors, their reps and also crew members who were coming to me for guidance and help because they were concerned about being replaced with people who would cross the WGA picket line. I absolved them of their concerns of being replaced by standing in support of the WGA myself and not crossing a picket line myself.

## Post

-I have spent at minimum 10 hours a day, every day since April 22 on the post of this film. My longest days have been 22 hours, and that has happened MULTIPLE times. I realize this sounds like an exaggeration, especially because, for periods of that, I was shooting another film, or raising my 4 children, but anyone on this post process will verify, this is unfortunately true. I've been sleeping on average 1.5-3 hours a night for over 2 months to get this film recut, reworked and done
-I worked with the film's original editor Oona for 10 days in NY starting April 22 to be sure the director's goals and preferences for the film were understood and honored before starting with my own editors to expand the audience and commerciality of this film. The plan was to start with my editors on May 2, but it was key to me to honor all players, so I offered the extra 10 days to handle this most responsibly and thoughtfully
-I worked with my own editors May 2, onward. Running a room of sometimes 3 editors at once as we pushed to meet the tight timing for 3 test screenings and eventually picture lock. I remain working with one of my editors Alan Baumgarten, as we finish out the final details of the film.
-I brought on a new composer, the duo Rob Simonsen and Duncan Blickenstaff, personally reaching out to Rob and convincing him to join us with very limited time, trouble shooting financial and logistical hurdles to get him on board
-I hand selected 90% of the songs in the film, and worked alongside Season Kent our music Supervisor to find the rest, or shape the ones we do have with our music editor Robby. I also work with her to this day on budget considerations and switch out songs as needed to meet our budget
- I worked with Spring the head of clearances at Sony on song budget and clearances. I've personally called and emailed many of the artists to convince them to let us use their songs, and have also negotiated with them on pricing. 4 of the biggest artists included in our film, passed on the film until I personally called them, wrote letters to them, and then finalized with their representatives
-I've worked with our sound designers and mixers for multiple test screenings, and now the final mix, sitting in the Sony Mix stage until 2am working every detail. And I remain in the thick of that work, listening into mix sessions on my custom dolby headphones made for our mix stage, as well as coming out to LA next week for the final week of mix in person
-I've worked with our music editor Robby to be sure every moment of each song is coming in and out at the exact right spots and with the right emotion. Often coordinating between him, Season our music supervisor, and our composers, Rob and Duncan
-I've been on zoom for the cast's ADR their sessions
-I've been working on the VFX, overseeing every shot that makes it into the film
-I've been working with the graphics team helping to chose and shape the fonts of the title and credits
-I've worked with legal, the studio and the distributor on credits and cards
-I appealed to Columbia Pictures to grant Isabella Ferrer the "introducing card" marking only the 6th time they've granted that title in their 100 year history
-I'm about to dive into the DI in person this week and next week alongside Stefan from Company 3 for the color timing
-I've been in touch with our DP Barry on the resizing or digital shifts in shots to be sure his vision is executed
-I've brought the author of the book that the film is based on, into the fold, involving her intimately in the edit to be sure we are best honoring the book and the audience in order to capture the success of her novel in our film,
-I pushed for 3 test screenings of the cut I was asked to execute and oversee so I could capture audience feedback and scores, as well as our creative teams opinions to shape the cut for maximum commercial success.
-I also had multiple calls with the distributor of the film and Screen Engine who ran our test screenings to evaluate the scores and integrate their feedback as well
-I would personally read all 100+ pages of every booklet and score cards to learn from the feedback of every screening
-I re-edited the film each time utilizing the learnings from the audience, the creative team, the distributor, the author, and the other producers.
-I held my own "friends and family" tests with the top filmmakers I know, asking for their input
-the cut of the film that I led was selected as the version of the film that will be released on August 9th

## Marketing/PR/Release

-staring with the initial trailer, I called a meeting with Josh Greenstein (president of Sony) in February 2024 and the entire marketing team at Sony to lay out the angle of the campaign. There was no film for anyone to watch yet, so the trailer they made understandably didn't capture what the film would be. I walked them through the film, cited dailies and down to which take, with time codes where they could find footage to build the best trailer

BL-000018398

-once they resubmitted the trailer, I worked with them on every frame of the creative, factoring in any social sensitivities. I worked hand in hand with Bridgette Wright on this.

-I personally secured Taylor Swift to loan her song to our trailer and marketing efforts, which helped it to be the largest debut of a film led film trailer of all time. Wild! So proud.

-I speak with marketing and PR at Sony no less that 5 times a day every day for 2 months now. I often have zooms with upwards of 10 people on their teams. I've worked in person with them, via texts, via calls, via zoom, on the ground during press. I am available and reachable to every single team member and their assistants at all hours, 7 days a week. Anyone can and will confirm

-I'm working closely with the international teams on everything from posters, commercials, book covers, and beyond by territory

-I'm working closely with the digital team on everything from the Social media pages, down to the color palette, graphics, language, copy, cadence, and even what font is used and when and how

-I'm working with the publishing side on book covers, the look, layout and usage

-I helped to design our first major pr/marketing event which was two weekends ago in Dallas. I personally begged Tom Rothman (head of Sony) to allow me show the film to 3000 fans as an early preview. I had to first finish the film with all of his and the audiences notes from our previous preview which I pulled off in time so he agreed. I went over all the talking points and scripts for the panel and helped tee up the film and the cast.

-when my costar had a scheduling conflict and had to drop out of the event, I got on the phone separately with him, his agent and his publicist to get him back on board

-I got our cast and author to help me personally introduce all 14 theaters screening the film.

- I bought patches myself on amazon to hand out to fans to match our outfits as a pr push and social media activation.

-I identified and bought on a photographer Jade Green to capture the weekend of content

-I helped build a creative content day in or downtime in Dallas, overseeing the creative of the scripts, and content used

-I reviewed and approved the influencers we collaborated with

-I personally styled my costar Isabella Ferrer because she didn't have clothes for the shoot

-When we were struggling to find an image for the poster, I went through the film to find the best still to be used for our first poster and helped identify the best layout to frame it in

-I reviewed, gave feedback and then approved the theater standee for all theaters

-I am producing two content days this week with my husband and my production company Maximum Effort to grab more PR and marketing materials with 8 cast members and two producers and the author for release

-I've had calls with the international team to help adjust the release schedule by territory and led the conversation about adding on international press stops and tour dates given the success of the response of the film and materials thus far

-I've led the conversation to get started on a China cut in an effort to be accepted for release there, and will have a zoom with the decision makers for release in China in the coming weeks

-I'm helping to oversee the sets being built for our content days and looking ahead to our junkets for ways to reuse these sets for cost effectiveness as well as to inspire maximum press and influencer engagement

-I've been on the phone with cast's representatives, producers, show runners, tour managers, spouses, travel agents, and beyond to coordinate their schedules for press, going as far as successfully begging their bosses to release them for press for our film

-I've reached out to sponsors to host screening to help absorb marketing costs, ie Chanel who will be hosting a screening the day after the premiere for us

-I've personally reached out to sponsors to help with costs for our premiere and afterparty, helping to secure a deal with the Boulud group to host our party there, etc…


And I still have months ahead of me to finish this film, in both what you see on screen, as well as how we sell it to audiences the world over. As much as this tag means to me, and it means EVERYTHING, what I'm in fight of most is the film being *as great as it can possibly be*, so ultimately that's taken all my most eloquent energy. I think you get the idea though.

As promised, I'm including below letters from our department heads, in support of my application for the PGA mark. You'll find:

**Alex Saks**: PGA approved producer
**Barry Peterson**: Director of Photography (round 1 pre strikes)
**Tobias Schliessler**:  Director of Photography (round 2 post strikes)
**Chris Surgent**: 1st Assistant Director
**Eric Daman**: Costume Designer
**Robert Lugo**: Hair Dept Head
**Sarah Graalman**: Makeup Dept Head
**Andrea Ajemian**: Unit Production Manager/ Executive Producer
**Lisa Rodgers**: Post Production Supervisor
**Kami Agar**: Supervising Sound Editor

BL-000018399

**Season Kent**: Music Supervisor
**Rob Simonsen & Duncan Blickenstaff**: Composers
**Alan Baumgarten**: Editor
**Colleen Hoover**: Author/ Executive Producer
**Ange Giannetti**: EVP Columbia Pictures
**Josh Greenstein**:  President of Sony Motion Picture Group
**Todd Black**: Executive Producer


To be clear, while asking to be granted the PGA mark myself, I do believe that both Alex Saks and Jamey Heath should keep the PGA mark they received. They were both there every single day in every meeting and decision.

At this time, you will not find a letter from the director Justin Baldoni, or the other PGA producer Jamey Heath. Jamey and Justin will not be contesting my mark, they just, as of this moment, won't be writing a letter to you all like the rest of the department heads did.

I imagine if you reached out to them, they would confirm the extent of my involvement. Please don't take my word for it though, please take the rest of our department heads below, who you are more than welcome to reach out to at any time. Please do. Their contact info is included in their letters.

Finally, I thank you for reading all this. It's taken every bit of me, practically, logistically, creatively, and emotionally. So thank you for considering this. I also know and appreciate, again, this is not how this mark grant goes down.

I wish I was given the credit for my work sooner so I was able to be given a fair shot at applying the right way. I know precedent is important, and on that, my dear friend Bradley Cooper gave me a pep talk about pushing for this, citing -and he told me I could mention the to you all- that a similar situation happened to him on NIGHTMARE ALLEY. He was hired as an actor, but ended up extensively producing the film, and a month before release he was given Producer credit. He applied for a hail mary PGA mark with the support of the film's crew, was granted it. So I am hoping and praying that it's possible here as well.

As a woman in this industry for 20 years, and the mother of 3 daughters, a big reason I'm pushing to be acknowledged truthfully and accurately for the work I've done on this film is because I believe that it's an important thing in this day and age for a woman to be given credit for the work she did. It's as simple as that. I earned it 50x over again on this job. But I may not get credit for it. And that hurts, not just for me, but for all the women who are told they can't be given credit because "there are already too many female producers". We do the work anyway. We have to fight exponentially harder to be acknowledged. And each of our fight paves the way for the next female producer.

So I implore you at the Producers Guild of America to look into all the facts here. Please don't take my word for it. Please do the work. I'm sorry to ask this of you this late in the game, but as you see, I wasn't able to sooner. I promise you, you will be granting a tag to someone who gave everything of herself to this film, to earn this honor. And it's something I will cherish for life.

I hope you will join me in standing for what's right and true with regard to who has earned the PGA mark for the film, IT ENDS WITH US, while we still have time. We lock and ship picture *imminently*, so I thank you for your attention to this in such limited time.

It's in your hands now. I can sleep well knowing I did all I can do.

Thank you again for your time and consideration.

With respect and gratitude,

Blake "Lively" Reynolds


CONFIDENTIAL

BL-000018400

**SAKS**

PICTURE COMPANY

To The Producers Guild of America:

My name is Alex Saks and I'm a producer on the film *It Ends with Us.* In the past eight years I have produced over 20 films, many of which have applied for the PGA mark, but when I started my career I was actually Mark Gordon's assistant when he and Hawk Koch first conceptualized the mark. I set their meetings with every studio head, took notes on phone calls, and then, after years of hard work, saw it come to fruition with great pride.

All of that is to say, I am well-versed in the role of the producer on films of all shapes and sizes and I hold immense honor and understanding for the mark itself. The more films I make the more confident I am in my certainty that no two follow the same path. *It Ends with Us,* in particular, has had an exceptionally, extraordinary and unique path, which is why I write to you today.

As I wrote in my application, I joined the film IT ENDS WITH US in November of 2022. Blake Lively quickly followed suit less than two months later. From her earliest interactions on the film with our director and myself as both an Executive Producer and our lead actress, it was clear that Blake's creative contributions were that of a partner and would likely far surpass her contractually obligated roles.

From intense script development prior to the commencement of pre-production, to being a critical voice in the casting process, to understanding and helping us work through numerous financial and logistical issues vis a vis the schedule and department budgets as they pertained to creative outcomes, there was no conversation too small or inconsequential for Blake's involvement. Blake is a producer. It's in her blood. It's in her bones. She is a workhorse. She picks up the phone. She reads the pages. She examines the schedules. She studies location photos. She is present on set for shot listing and reblocking of scenes. She sends inspiration images for set design and costumes and let me be clear, not just her character's sets, not just her costumes, for the entire film's. A lot of times, we worked remotely in prep so take the next colloquialism with a grain of salt, but Blake delights in being the first to arrive and the last to leave.

On set, Blake's producorial nature was even more strongly felt because she was present, weighing in on all of the aforementioned, but also and perhaps, most surprisingly, thinking about the crew and overall production in an effort to create the best and most efficient working environment for all. From conversations about our crew badges to remaining covid safety protocols, there was no problem she didn't want to help solve.

When we wrapped the first half of shooting, I remember sharing with her how tremendous it was to work alongside someone so consistently committed to the pursuit of excellence--creatively and professionally speaking. It is what I aspire to do as a producer daily, but truthfully, it's not always easy. The job is exhausting, as we know, but Blake simply cannot exist any other way and that is contagious and awe-inspiring.

BL-000018401

When we came back in January of 2024 for the second round of shooting post strikes, Blake's involvement was just as, if not, more present and even then, I remember feeling like her credits on the film left something to be desired vis a vis her actual contributions to the film. But, we had an extremely challenging amount of work to accomplish, not to mention, the hardest creative work of the film to shoot and as is true to her character, she put her head down and focused on the work. We worked as a team with our ADs, other producers, DP and even the studios to build a schedule and framework to complete the film in a way that both honored the quality of what we had already shot, but also, could elevate it further. Camera, set, costume and logistical ideas abounded from us all, especially Blake.

At long last, we entered post-production and perhaps, because the insanity of production had calmed, it became that much clearer in both retrospect and the assessment of all that was ahead, how incredibly involved we both needed and wanted Blake to be. Not only has Blake been actively picture editing the film, reviewing research, selecting music (and by that I mean, calling artists directly) for both the film and the trailer, watching playback and VFX work, but she's also in lock step with Sony's head of marketing strategizing on all things marketing and publicity for our upcoming two month campaign. She is speaking to our cast and clearing their availability, directly.  The work and the hustle just does not stop and neither does that commitment to excellence.

In the last week, it was agreed upon by our entire team that Blake be granted the producer credit she so clearly deserves and did, originally, request. Having gotten to know her over the last 18 months I can now say that it is just typical of her maturity and conscientiousness to strive to build something of worth knowing that she would not necessarily be given the credit. Blake has been a tremendous asset to this film and I feel endlessly fortunate to have had her at my side. It is with all of the above in mind, that I respectfully request she be granted the p.g.a. mark she so clearly deserves.

Would be more than delighted to speak further at any point.

With tremendous gratitude and respect,

Alex Saks

BL-000018402

# Tobias Schliessler ASC
Director of Photography

To : Producers Guild of America                                                     06/20/2024
    11150 West Olympic Blvd.
    Los Angeles, CA

Re : Letter of Support for Blake Lively

To whom it may concern,

I am writing this letter to support Blake Lively's credit as " PRODUCER - PRODUCED BY " on the upcoming motion picture " IT ENDS WITH US. "

I had the pleasure of working with Blake on IEWU as the Director of Photography when Director of Photography Barry Peterson unfortunately wasn't available to finish the movie due to a schedule conflict.

As I started pre production, I realized immediately that Blake had taken on the role of a producer on every level of the production. From rewriting the script to enhance the story to adapting it for schedule and budget demands. Blake had the same influence when it came to location choices, costumes, art department and every aspect that involved the production creatively and financially to make the movie better. Her tremendous work ethic carried over into the shooting phase. Her dedication to the movie was never ending. Every shoot day Blake had late night meetings after wrap or before call with our First Assistant Director Christopher Surgent to improve the shooting schedule in order to make our work more efficient and creatively to make the best movie possible. Even as far as helping director Justin Baldoni and myself daily with great suggestions on coverage to be able to finish the movie on schedule and on budget.

In short, after all my years of being so lucky to work with the best producers in our business, I can honestly say Blake's contribution merits the producer credit.

Please feel free to contact me anytime if you have further questions.

Sincerely,

Tobias Schliessler ASC

BL-000018403

June, 20, 2024

To whom it may concern at the PGA,

I'm Barry Peterson, Director of Photography on the movie "It Ends With Us." I am writing to support the petition for Blake Lively to receive the p.g.a. mark.

I worked with Blake during early prep, the initial photography segment, and now her involvement in post-production. I've observed Ms. Lively in early pre-production making great aesthetic decisions, as well as making story additions and subtractions with budget conciseness for the betterment of the movie. Blake has brought a level of passion well beyond acting that this film will greatly benefit from.

Sincerely,

Barry Peterson
Director of Photography

BL-000018404

To Whom it May Concern,

My name is Chris Surgent and I was the First Assistant Director on the film It Ends With Us. I am writing in support of Blake Lively receiving credit as a producer on the film.  Blake was actively engaged in the shooting schedule and day to day efficiency of shooting beyond the normal involvement of a lead actress. This often involved long and involved conversations off the clock regarding scheduling and planning on a daily basis. She often helped me streamline our schedule in coordination with creative choices and decisions involving locations and staging. She played a crucial role in reordering the schedule on the day, in real time for efficiencies considering changeovers, stunt rehearsals and shooting.  It was also her idea in pre-production to have intimacy doubles available on set for choreographing and rehearsing of intimate sequences. The time this saved production is incalculable. She was instrumental in our decision to move our production to LA in order to safely complete our rooftop work by extending her availability to the project, as well as weighing in and approving the construction and rigging of a stunt wall. All in all, Blake was fully committed to maximizing the efficiency of our shooting schedule, as well handling issues and problems that arose during production. Any suggestions I received from her were improvements and helped move the schedule and shooting forward in positive ways.

Sincerely,
Chris Surgent

BL-000018405

The Producers Guild of America
11150 W Olympic Blvd
Los Angeles, CA 90064

June 24, 2024

To Whom it May Concern,

For the majority of 2024 and into 2025 I worked on the film "It Ends With Us" as an Executive
Producer and Unit Production Manager. My duties included everything related to line
producing and production management. During that time, I worked very closely with the
producing team.

When I received an email from the PGA months ago regarding who should receive the PGA
mark, Blake Lively was not listed as a possibility that I could select. However, she is now
receiving a producer credit and it is of my opinion that she should also receive the PGA mark.
Along with being our lead actress, Blake was very involved on all creative decisions throughout
production and post-production as a producer. It is my opinion that her producorial
contributions to the project made the movie so much better. She was involved during
production with decisions related to creative script changes, choices of props, set dressing
ideas, color schemes, and everything in my opinion that a great producer should be involved
with.

I've been a member of the PGA for years and take the PGA mark very seriously, and it's of my
opinion that Blake Lively should definitely receive the PGA mark for the film "It Ends With Us."
If you have any questions, feel free to reach out to me directly at                    or

Thank you for your time.

Sincerely,

Andrea Ajem

Andrea Ajemian
Executive Producer/UPM
"It Ends With Us"

BL-000018406

6.21.24

To The Producers Guild of America,

My name is Andrea Giannetti. I am an EVP at Columbia Pictures and have supervised over 70 films during my 34 years working for the studio.

I am writing this letter to ask you to please grant the p.g.a. mark to Blake Lively for her producing role on *It Ends With Us* (IEWU).

Columbia Pictures is distributing IEWU and is an investor in the film. Wayfarer Studios is the financier and responsible for overseeing all aspects of making the film. Given Columbia's role as distributor, I was not asked to participate in the p.g.a mark process. However, since Blake has recently been given the Producer credit by Wayfarer Studios, I want to share my personal experience of Blake's work on the film with the PGA.

Blake signed on to star in IEWU in late December 2022. Blake jumped in immediately with Wayfarer, the director, and producers to start the pre-production process of assembling crew, locations, wardrobe, scheduling, etc. My early role was primarily focused on script and cast.

Blake rightly knew the script still needed work. In addition to all the pre-production work she was doing, she worked diligently for weeks on end to make sure we had a script that we could all be proud of and that fans of the book would love. Her years of experience, creativity and skill as a filmmaker elevated the screenplay in every way.

She contributed to casting lists and poured through hundreds of casting tapes, working side by side with the director and her fellow producers to assemble an incredible supporting cast.

When faced with production issues such as short days or difficult locations, it was likely Blake who would find the solves either on set and/or in the script so we could make the tight shooting days to stay on budget. Her hard work, incredible taste, skills, and creative contributions can be seen throughout the process to bring this film to the screen. From script, casting, wardrobe, set design, blocking, right down to covid safety protocols for the crew! (Plus, as a fun side note, she found the best snacks, bites, eats, cinnamon buns in any town we were shooting in, and brought them to set.)

In post, Blake's commitment to the movie has been inspiring. She has worked tirelessly, (from many different time zones), through all of post to make the best cut of the movie possible. After each preview, she read every single card and poured through the research reports, finding many of the solves we needed. Likewise, her contributions to all other aspects of post from score, song choices, the mix, color timing, and more, have all been immeasurable and invaluable.

Simply put, Blake's producing contribution to *It Ends With Us* is in every single frame of this movie and she should be recognized for it by the PGA.

Respectfully,


Andrea Giannetti

BL-000018407

Alan Baumgarten



June 20, 2024

Dear Producers Guild Committee,

I am writing in support of Blake Lively's producer credit being considered for p.g.a. recognition on the feature film *IT ENDS WITH US*. I was brought in as an Editor by the Studio to work directly with Blake to create a new version of the cut. Blake and I worked very closely, with many days at a stretch of very long hours, re-working the film with a different tone and style. The new cut was chosen by the Studio to become the final version of the film and I am continuing to work closely with Blake on it until it is completed.

Blake has been making final decisions on all aspects of post-production: extensive re-working of picture cuts, previews, sound mixing, ADR, music spotting and scoring, as well as visual effects design and approval.

On the music side, Blake was responsible for bringing in a new composer and she selected, and was instrumental in obtaining the licensing rights to, several major songs that are an integral part of the film.

There was no part of the process in which Blake was not involved on a day-to-day basis. The film would not be what it is without her immersive involvement and decision making on every level.

Please contact me if any additional information is needed.

Thank you,

Alan Baumgarten, ACE

[ HYPERLINK "mailto: ]

CONFIDENTIAL

To whom it may concern at the PGA,                    6/20/24


This is Lisa Rodgers, I am the Post Supervisor on the film "It Ends With Us".
I am writing to support the petition for Blake Lively to receive the p.g.a.
mark along with Alex Saks and Jamey Heath.  For the last three months of
the post process Ms. Lively has been involved in reshaping every aspect of
the film including the final locked edit, the sound, the VFX, the score and
the song choices.  She was very conscious of the budget and would discuss
any concerns or issues that occurred during post and would come up with
solutions to discuss with the studio and return to me with a decision how to
proceed.  She hired a new editor who she has been working with around the
clock to re-edit and lock the film.  She made all the decisions on where and
when the last few previews would take place.  She has been fully involved
with ADR and sound effects editing and has been making all the final
decisions on the mixing stage. She has been overseeing all the approvals of
VFX.  She has brought her impeccable taste for music to the table by
choosing all the songs in the film and making every creative decision
regarding the score cues.  We could not have finished this film without Ms.
Lively's tireless hands on involvement and her true dedication and passion
to make the best film possible during these final four months of post.

Sincerely,

*Lisa Rodgers*

Lisa Rodgers

CONFIDENTIAL                                                    BL-000018409

# KAMI ASGAR

Supervising Sound Editor |  � |  ▉

**06/21/2024**

### To Whom It May Concern;

I'm writing on behave of Ms. Blake Lively in her pursuit of a producer credit on the feature film "It Ends With Us".

Over my 30+ year career I have worked on countless features with wide range of people credited as producers. Some very involved and many absent from any involvement. Ms. Lively is one the few that I can say has been incredibly involved with every aspect of bringing this movie to the finish line. Although I was not involved with the shoot, I have been involved with this film as it progressed through the post process. Starting with the editing process Ms. Lively choregraphed how the story should unfold, making shot by shot editorial choices with her picture editor. Making sure the audience is captivated by the amazing performances through-out the movie. As this movie is an adaptation of a popular novel, she utilized audience test screening to hone-in on the complexity of telling this story. On the sound side of post, Ms. Lively working with the entire sound crew, personally made the choices of how each scene needed to be constructed, balancing the soundscape so that the sound helps tell the story and the emotions of movie and not get in the way of it. Ms. Lively personally brought on composer Rob Simonsen to score the movie and has guided him to meticulously weave a score that fits the movie.

As I mentioned, I have worked with a lot of producers, and Ms. Lively is on a very short list of people that are that present, involved, and sacrifice so much of their personal time to produce a movie. Many people are hands off and don't advocate for their projects, but Ms. Lively chooses to get in the trenches and work hard to get what she believes will make the movie better, and will be the first person to accept fault and is open to hear from her crew how to best move forward. Speaking for my entire crew, It has been nothing but an absolute pleasure working with Ms. Lively.

CONFIDENTIAL
BL-000018410

Sincerely,

**Kami Asgar**

2

BL-000018411

To whom it may concern,

My name is Colleen Hoover, author of the novel It Ends With Us, and executive producer on the film adaptation by the same name. I'm writing to recommend Blake Lively be recognized as a Producer on the film It Ends With Us.

I have witnessed firsthand Blake's heavy involvement on this film in every stage, from rewriting the early script to having major input during the production phase. Blake has been extremely sensitive to the source material, so much so that she has personally ensured that I have input and firsthand experience during the various stages of production. Because of this, I was able to meet and chat with her in pre-production and I was able to witness in production how hands-on she was with each scene. But it is in the post-production phase where I had the most time with her and personally witnessed how much of her effort went into the completion of this film. She spent weeks and countless hours and late nights editing, and as of this letter, continues to do so as she is working to lock in sound. I was with her during many of those sixteen+ hour days and personally watched her painstakingly go through every frame of the entire movie, ensuring it became the project we hoped it could be.

She has also worked so hard on preparing this film for promotion and was able to edit a cut in time to be viewed at a charity event in Dallas this past weekend, where over 2,500 people were in attendance. She herself showed up and personally spoke to each of the ten theaters full of people to welcome them and let them know how much this film means to her and how much of her heart has gone into the making of the film.

She is not simply an executive producer or an actress on this film, because without Blake's effort, input, care and hard work on the development of this film in all its phases, I am positive It Ends With Us would not be of the same quality it currently is. I believe her role as a Producer on this film should be recognized, and as the author of the book, it has been an honor to be on this journey with her and be able to witness firsthand her passion for this entire project.

Sincerely,

Colleen Hoover

June 19, 2024
Producers Guild of America
11150 West Olympic Blvd, Suite 980
Los Angeles, CA 90064

To Whom It May Concern,

We are writing to vouch for Blake Lively regarding her significant work on *It Ends With Us*. We were brought on board a few weeks ago by her to rescore the project, and she has been instrumental in producing the final version.

As the composers, we have worked solely and closely with Blake to realize her vision. She's been clear and instructive and has made decisive contributions that have profoundly impacted the project's direction and quality.

We fully support Blake and her contributions to *It Ends With Us*. Please feel free to contact us if you need any additional information.

Sincerely,

Rob Simonsen

Duncan Blickenstaff

Composers, *It Ends With Us*

2302 Observatory Ave, Los Angeles, CA 90027
www.robsimonsen.com

BL-000018413

# Eric Daman



June 20. 2024

Producers Guild of America
1501 Broadway, Suite 1710
New York, NY 10036

Dear Members of the Guild,

I am writing in support of Blake Lively's petition for recognition by the P.G.A as a Producer on
the film It Ends With Us. I can attest as the Costume Designer of the film and a department
head that her contributions to the production of the film went far well above the role of actor.
She was thoroughly involved in creating a successful, cohesive vision to the look of the film.
From consulting on character costume development and style, not only for her character but
all of the lead and supporting roles. Ms. Lively's counsel extended far beyond my department
into a fuller scope of production concerns that I would deem consistent with that of a
producer.

In my past 20+ years of production experience only directors and producers have shown the
creative input and collaboration demonstrated by Ms Lively. She was consistently involved in
creative meetings with the Director and Production Designer regarding set design choices.,
guidance on locations, and prop selections.

Further, in an effort to make our shooting days smoother Ms. Lively would meet with our  AD
team to map out shooting schedules, offering problem solving ways to schedule, shoot or
combine scenes so that we could complete our days.

Therefore based on my personal witnessing of  her considerable input, contributions and
creative management I strongly support Ms.Lively's petition to the P.G.A.

Sincerely Yours,

*Eric Daman*

Eric Daman
Costume Designer

To the Producers Guild Of America -

My name is Josh Greenstein . I am the President of the Sony Motion Picture Group. I am writing this letter to ask that you please consider granting the PGA mark to Blake Lively for her producing role in IT ENDS WITH US . We are Distributing and Marketing the film and have a sizeable financial investment. Blake has recently been given Producer credit by Wayfarer - who is a co-financier as well and oversaw the production .

I can only speak to what I have seen with my own eyes and Blake is the definition of a producer.  In the post process Blake's creativity and drive are an inspiration . She has worked tirelessly and collaboratively on every aspect of the film, from schedule, score, mix, edit, and of course the budget. Blake pushed us all to screen the movie several times in front of a test audience and dove into every card and every detail of the findings to improve the movie.

On the marketing and distribution front , Blake has been an incredible partner. She has been involved in every decision when it comes to dating the movie and determining the release pattern as well as our international efforts . She might be the best marketer of any producer I have worked with in my 25 year career (even way better than her husband ). We have marketing calls daily and I am continually surprised and impressed with her grasp and mastery of the marketplace and the audience. She pushed us to make the trailer great, got us a Taylor Swift song, and helped launch the trailer to one of the biggest trailer debuts we have ever had.

I could go on and on, but I strongly feel Blake is the definition of what being a producer is all about and I implore you to give her the PGA mark .

Best ,

Josh Greenstein
President of Sony Motion Picture Group

BL-000018415

June 19, 2024
Producers Guild of America
11150 West Olympic Blvd, Suite 980
Los Angeles, CA 90064

To Whom It May Concern,

We are writing to vouch for Blake Lively regarding her significant work on *It Ends With Us*. We were brought on board a few weeks ago by her to rescore the project, and she has been instrumental in producing the final version.

As the composers, we have worked solely and closely with Blake to realize her vision. She's been clear and instructive and has made decisive contributions that have profoundly impacted the project's direction and quality.

We fully support Blake and her contributions to *It Ends With Us*. Please feel free to contact us if you need any additional information.

Sincerely,

Rob Simonsen

Duncan Blickenstaff

Composers, *It Ends With Us*

2302 Observatory Ave, Los Angeles, CA 90027
www.robsimonsen.com

BL-000018416

To Whom It May Concern,

I am writing to highly recommend Blake Lively for her outstanding contributions to the film It Ends With Us. As the head of the hair department, I have had the pleasure of working closely with Blake and have witnessed her immense talent and dedication.

Blake played a significant role both on and behind the screen, bringing her creative inputs and expertise to shape the show's overall look. She consistently ensured that all the elements aligned perfectly, creating a cohesive and visually appealing aesthetic.

What truly sets Blake apart is her ability to foster a sense of support and inclusivity among everyone working behind the camera. She has a unique talent for making everyone feel valued, respected, and included. Blake's open and approachable nature encourages open communication, and she has been instrumental in maintaining a positive and collaborative work environment.

Throughout the production process, Blake's attention to detail and proactive approach have been remarkable. She regularly communicates with every department, ensuring that we stay on track and that all aspects of the production run smoothly. Her keen eye for detail allows her to identify areas where adjustments can be made to enhance the overall quality and uniqueness of the show.

Blake's professionalism and willingness to go the extra mile have also made her a reliable resource for her colleagues. Whether it involves hair, clothes, props, or production-related questions, Blake is always available to provide guidance and support.

Please feel free to contact me if you require any further information or references regarding Blake's outstanding work.

Sincerely,
Robert Lugo
Head of Hair Department
It Ends With Us

BL-000018417

June 21, 2024

Dear Producers Guild of America,

I'm writing on behalf of Blake Lively and her application for membership to the Producers Guild of America.  I am a Music Supervisor currently working with Blake on The Sony Pictures Feature Film *IT ENDS WITH US*.  I have been involved with the film since the post production process and in that time Blake has been instrumental to the creative process.  Musically speaking, she has creatively helped to set the overall musical tone of the film.  She helped to creatively choose the composer, spotted the film with him on where score should appear in the film, discussed the creative direction, tone and instrumentation.  She has reviewed every score demo and given notes. As far as the songs, Blake has personally hand-picked and placed several songs in the film.  She has worked closely with me to review song options, especially those needed to meet the budget.  I have been Music Supervising feature films for over 15 years and in this time have worked with many hands-on creative producers.  Blake is one of those producers.  I've first hand seen her in editorial working on film edits to enhance the story, sitting with music editorial re-editing songs and even sitting on the dub stage with our re-recording mixers giving thoughts and notes on the film until late hours into the night.  She cares about the creative process, she asserts her creative opinion when she strongly believes in positive change and overall has collaborated with our entire post production team to help make this film the best it can be.  I am in support of her receiving this P.G.A. title and I hope you will be too.


Sincerely,

Season Kent
Music Supervisor

BL-000018418

Dear PGA,

My name is Todd Black, and I was brought on after the strikes to finish the feature film It Ends with Us starring Blake Lively and directed by Justin Baldoni. Wayfarer Entertainment was the production company, along with Columbia Pictures acting as the studio. As Executive Producer, I came aboard for the remainder of production, to support Blake Lively in her achieving her vision in the most creative and economical way possible. I tried to serve her and Justin's vision, while addressing any of Wayfarer and Sony's needs.

We ultimately wrapped the picture and went into post production. During the post process, I helped Blake achieve her creative desires for how the film should look, in conjunction with participating in Justin's directorial vision and cut.

Blake's vision, both with the picture cut and the songs and score were implemented in the final version of the film. She has been instrumental in not only the actual editorial picture changes, but also the mix, score, color-timing, marketing, publicity and advertising thus far.

She has a true creative vision of this film and its huge potential to a worldwide audience, in my opinion. All of her choices have elevated the film to a whole other level, since I have been on the pictures as an Executive Producer.

If you have any questions, feel free to call me or email me.

Best,

Todd Black



BL-000018419