# Exhibit 164

Message

| | |
|---|---|
| From: | Giannetti, Andrea [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1B617940562A42BAAD39DE71E0E1C246-SLADAGI] |
| Sent: | 6/23/2024 1:38:19 AM |
| To: | Blake Lively [████████████████] |
| Subject: | PGA Letter |
| Attachments: | blake pga.docx |

Blake,

Attached is my letter for the pga for the good fight!

If you need this on stationary I can redo it on Monday.

Ange

6.21.24

To The Producers Guild of America,

My name is Andrea Giannetti. I am an EVP at Columbia Pictures and have supervised over 70 films during my 34 years working for the studio.

I am writing this letter to ask you to please grant the p.g.a. mark to Blake Lively for her producing role on *It Ends With Us* (IEWU).

Columbia Pictures is distributing IEWU and is an investor in the film. Wayfarer Studios is the financier and responsible for overseeing all aspects of making the film. Given Columbia's role as distributor, I was not asked to participate in the p.g.a mark process. However, since Blake has recently been given the Producer credit by Wayfarer Studios, I want to share my personal experience of Blake's work on the film with the PGA.

Blake signed on to star in IEWU in late December 2022. Blake jumped in immediately with Wayfarer, the director, and producers to start the pre-production process of assembling crew, locations, wardrobe, scheduling, etc. My early role was primarily focused on script and cast.

Blake rightly knew the script still needed work. In addition to all the pre-production work she was doing, she worked diligently for weeks on end to make sure we had a script that we could all be proud of and that fans of the book would love. Her years of experience, creativity and skill as a filmmaker elevated the screenplay in every way.

She contributed to casting lists and poured through hundreds of casting tapes, working side by side with the director and her fellow producers to assemble an incredible supporting cast.

When faced with production issues such as short days or difficult locations, it was likely Blake who would find the solves either on set and/or in the script so we could make the tight shooting days to stay on budget. Her hard work, incredible taste, skills, and creative contributions can be seen throughout the process to bring this film to the screen. From script, casting, wardrobe, set design, blocking, right down to covid safety protocols for the crew! (Plus, as a fun side note, she found the best snacks, bites, eats, cinnamon buns in any town we were shooting in, and brought them to set.)

In post, Blake's commitment to the movie has been inspiring. She has worked tirelessly, (from many different time zones), through all of post to make the best cut of the movie possible. After each preview, she read every single card and poured through the research reports, finding many of the solves we needed. Likewise, her contributions to all other aspects of post from score, song choices, the mix, color timing, and more, have all been immeasurable and invaluable.

Simply put, Blake's producing contribution to *It Ends With Us* is in every single frame of this movie and she should be recognized for it by the PGA.

Respectfully,

Andrea Giannetti

Confidential

SPE_WF0000158