# Exhibit 166

**From:** Andrea Ajemian <██████████>
**To:** Alex Saks <██████████>
**Subject:** For Blake - letter for PGA
**Date:** Mon, 24 Jun 2024 14:09:21 -0400
**Attachments:** PGA_BlakeLivelyLetter_AA.pdf

Exhibit: 19
Witness: SAKS
Date: 9/24/25
CSR#12019: Ashley Soevyn

Hi Alex,

Hope you are well. Please forward this to Blake and wish her my best. I listed my email and cell on the letter in case the PGA has any questions but I feel confident they'll give her the PGA mark.

Excited for the film to come out in theaters.

Talk soon,
Andrea :)


Andrea Ajemian

██████████

The Producers Guild of America



June 24, 2024

To Whom it May Concern,

For the majority of 2024 and into 2025 I worked on the film "It Ends With Us" as an Executive Producer and Unit Production Manager. My duties included everything related to line producing and production management. During that time, I worked very closely with the producing team.

When I received an email from the PGA months ago regarding who should receive the PGA mark, Blake Lively was not listed as a possibility that I could select. However, she is now receiving a producer credit and it is of my opinion that she should also receive the PGA mark. Along with being our lead actress, Blake was very involved on all creative decisions throughout production and post-production as a producer. It is my opinion that her producorial contributions to the project made the movie so much better. She was involved during production with decisions related to creative script changes, choices of props, set dressing ideas, color schemes, and everything in my opinion that a great producer should be involved with.

I've been a member of the PGA for years and take the PGA mark very seriously, and it's of my opinion that Blake Lively should definitely receive the PGA mark for the film "It Ends With Us." If you have any questions, feel free to reach out to me directly at ███████ or ███████.

Thank you for your time.

Sincerely,

*Andrea Ajemian*

Andrea Ajemian
Executive Producer/UPM
"It Ends With Us"

AS000890