# Exhibit 167

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 6/20/2024 |

## Outline of Conversations

 **BL-FullMessages-0915174** • 10 messages on 6/20/2024 • Sarah Graalman <█████> • ?B? <█████>

CONFIDENTIAL                                                                                              BL-000020002

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0915174**

**SG** — Sarah Graalman <░░░░░>  ▶ 6/20/2024, 11:09 PM
Hi! Here is a PDF of the letter. Sorry to text late— I wanted you to have it asap. If you need anything more, let me know. Excited to see this film.

**SG** — Sarah Graalman <░░░░░>  ▶ 6/20/2024, 11:09 PM
Attached URL: https://p60-content.icloud.com/M2F1970E417B3457F37F73906D6DE082E15F941FCFD67AE04F88D066F15114A9A.C01USN00Attachment Title: Letter to PGA from Sarah Graalman.pdf

*Attachment: Letter to PGA from Sarah Graalman.pdf (62 KB)*

**#** — ?B? <░░░░░>  ◀ 6/20/2024, 11:09 PM
Thank you so so so much!

**SG** — Sarah Graalman <░░░░░>  ▶ 6/20/2024, 11:09 PM
No problem! It was very easy to do. It was all very true!

**SG** — Sarah Graalman <░░░░░>  ▶ 6/20/2024, 11:14 PM
Oh! For premiere: myself and Mel Licata (my assistant from IEWU.) Fun!

**#** — ?B? <░░░░░>  ◀ 6/20/2024, 11:15 PM
Amazing. Please send Mel my best!

**SG** — Sarah Graalman <░░░░░>  ▶ 6/20/2024, 11:29 PM
Loved "Amazing. Please send Mel my best!"

**#** — ?B? <░░░░░>  ◀ 6/20/2024, 11:45 PM
Wow your letter literally made me emotional. Thank you so so so much

**SG** — Sarah Graalman <░░░░░>  ▶ 6/20/2024, 11:55 PM
You are welcs! It is all very true. Happy to help 😍

**#** — ?B? <░░░░░>  ◀ 6/20/2024, 11:56 PM
🙏❤️

To Members of P.G.A (Producers Guild of America)
From Sarah Graalman
Dept Head Makeup for 'It Ends With Us'

To Whom it May Concern-

During summer 2023, and January of 2024, I served as Department Head for the makeup team on the film 'It Ends With Us', a Sony film being released this coming August.

I worked alongside Vivian Baker (Blake Lively's personal makeup artist) and Blake daily during both prep and filming. It was a happy and fruitful collaboration. Even during prep, Blake was instrumental in the look and design elements of not only her makeup design and track, but loved discussing and planning the character development and overall look of the film. From 'Young Lily's' look and beyond, her signature is apparent on the entire movie.

I was in the trailer every morning and was on set for every scene-- if you'd asked me who the producers were on "It Ends With Us', I would have mentioned Blake at the top of the list-- from helping us find the correct vendors (spray tanners, waxers, technicians) to the right people to reach out to for products, as well as trouble-shooting any issues-- all recommendations and contacts came from Blake's contacts and her vast knowledge of the industry.

My job and creative contributions to this film were more successful and smooth because Blake was there with us, every step of the way. I hope this letter is helpful in stating her job and involvement throughout the production as one of our fearless producers.

Sincerely,
Sarah Graalman

Local 798 Hair & Makeup Union

CONFIDENTIAL
BL-000020004