# Exhibit 168

# Tobias Schliessler ASC
## Director of Photography

To : Producers Guild of America  
11150 West Olympic Blvd.  
Los Angeles, CA

06/20/2024

Re : Letter of Support for Blake Lively

To whom it may concern,

I am writing this letter to support Blake Lively's credit as " PRODUCER - PRODUCED BY " on the upcoming motion picture " IT ENDS WITH US. "

I had the pleasure of working with Blake on IEWU as the Director of Photography when Director of Photography Barry Peterson unfortunately wasn't available to finish the movie due to a schedule conflict.

As I started pre production, I realized immediately that Blake had taken on the role of a producer on every level of the production. From rewriting the script to enhance the story to adapting it for schedule and budget demands. Blake had the same influence when it came to location choices, costumes, art department and every aspect that involved the production creatively and financially to make the movie better. Her tremendous work ethic carried over into the shooting phase. Her dedication to the movie was never ending. Every shoot day Blake had late night meetings after wrap or before call with our First Assistant Director Christopher Surgent to improve the shooting schedule in order to make our work more efficient and creatively to make the best movie possible. Even as far as helping director Justin Baldoni and myself daily with great suggestions on coverage to be able to finish the movie on schedule and on budget.

In short, after all my years of being so lucky to work with the best producers in our business, I can honestly say Blake's contribution merits the producer credit.

Please feel free to contact me anytime if you have further questions.

Sincerely,

*Tobias Schliessler*

Tobias Schliessler ASC  
███████████████  
███████