# Exhibit 169

**From:** Jamey Heath <​>
**Sent:** Tue, 18 Jun 2024 21:58:30 -0400 (EDT)
**To:** Michael Marshall <​>; imene meziane <​>; Joseph Lanius <​>
**Subject:** IEWU Blake Lively Credit

Hi Michael, Hope you're well.

I'm writing from Japan as I'm here on business for the week in case we need to speak further.

We have agreed to give Blake a Producer Credit on the film. She would not be getting the PGA Mark as that is not applicable.

While we don't have a signed agreement from her, I'll let you determine how to best implement the language wherever needed. I suggest she get a shared card with Christy Hall (the writer) as she too has a Producer Credit. Either way we are agreeing for this credit to be in 3rd position after Alex Saks and myself and who do have the PGA Mark. Due to the nature of the sensitivity of this particular project, I believe Josh and Ange will discuss the position of her credit but wanted to flag the condition for you for which we have agreed to it.

Let me know if you have any further questions or concerns.

Jamey



**Jamey Heath**
CEO
Wayfarer Studios

CONFIDENTIAL                                                                                                                                                    WAYFARER_000140828