# Exhibit 172

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 9 | Date Range: 5/17/2024 |

## Outline of Conversations



iMessage Chat: chat542756835315873435 · 9 messages on 5/17/2024 · Custodian: Abel, Jennifer <■■■> · Custodian: Abel, Jennifer <■■■> · Justin Baldoni <■■■> · Matthew Mitchell <■■■>

**Exhibit: 58**
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

### iMessage Chat: chat542756835315873435

**Justin Baldoni** — 5/17/2024, 10:46 AM
Morning guys,
Just as a heads up- ryan has blocked me, wayfarer and Emily lol
Prob Jamey too. So not sure if that's something the public can find out.
We should have a plan for IF she does the same when movie comes out.
I've been really sitting in a good place despite all of this but that one was tough as it's just so petty.
Some hits hurt and then I am back up and okay - but just want you guys to have a plan. Plans make me feel more at ease. Do I think she will - prob not. Is there fear in me... yes. But I'm working through it daily.
Appreciate you both

**Custodian: Abel, Jennifer** — 5/17/2024, 10:49 AM
HE BLOCKED YOU?! Is he a 12 year old girl?! Ugh. This kind of behavior is ridiculous, and part of the whole plan to keep chipping away at you because they know you will notice this kind of stuff and then likely acquiesce more to her demands. We can put the plan down on paper and work with Jamey and Ashmi to make sure we have all of the documentation needed of what happened on set, who witnessed what and who would be our Allies to go on background if needed to shut down her claims, and then a timeline of everything wayfarer did to ensure it was a safe set, etc. We will get through this together!!

**Justin Baldoni** — 5/17/2024, 10:50 AM
Yes. Thank you
Blocked me and wayfarer

**Justin Baldoni** — 5/17/2024, 10:50 AM
And Emily

**Justin Baldoni** — 5/17/2024, 10:51 AM
They are so worried about their own image the way they would do it is to plant seeds like that - give crumbs so the fans would go digging. It's the Taylor model.

**Justin Baldoni** — 5/17/2024, 10:51 AM
So they aren't accountable for a leak.
That's why she told Sony "other people have stories" to get her way.

**Custodian: Abel, Jennifer** — 5/17/2024, 10:52 AM
Yep. We know that model all too well.

**Justin Baldoni** — 5/17/2024, 10:52 AM
It's why I wanted to hire a person to help me document everything.

BUT-

I can't live in that fear. Not willing to.
But I need you guys to very much have a real plan so I can feel at ease.

JA  Custodian: Abel, Jennifer <▮▮▮▮▮▮▮>   ◂ 5/17/2024, 10:52 AM
Liked "It's why I wanted to hire a person to help me docu..."

Confidential

JONESWORKS_00013487