# Exhibit 173

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 15 | Date Range: 5/22/2024 |

### Outline of Conversations



**iMessage Chat: chat542756835315873435** • 15 messages on 5/22/2024 • Custodian: Abel, Jennifer <■■■> • Custodian: Abel, Jennifer <■■■> • Justin Baldoni <■■■> • Matthew Mitchell <■■■>

Confidential                                                                                                                   JONESWORKS_00013488

**Messages in chronological order** (times are shown in GMT -04:00)

## iMessage Chat: chat542756835315873435

**JB — Justin Baldoni** — 5/22/2024, 10:02 PM
Just wanted to check in…
How are things going?

*Receipts · Custodian: Abel, Jennifer [R:5/22/2024, 10:02 PM]*

**JA — Custodian: Abel, Jennifer** — 5/22/2024, 10:05 PM
Going well! How are you hanging in?

**JB — Justin Baldoni** — 5/22/2024, 10:07 PM
In Mexico getting stem cells and a nervous system reset

*Receipts · Custodian: Abel, Jennifer [R:5/22/2024, 10:07 PM]*

**JA — Custodian: Abel, Jennifer** — 5/22/2024, 10:07 PM
Oh wow!!

**JB — Justin Baldoni** — 5/22/2024, 10:07 PM
Haven't been checking press or trailer but that thing today was insane

*Receipts · Custodian: Abel, Jennifer [R:5/22/2024, 10:07 PM]*

**JA — Custodian: Abel, Jennifer** — 5/22/2024, 10:08 PM
It's so good. The response has been incredible.

**JB — Justin Baldoni** — 5/22/2024, 10:09 PM
I don't wanna focus at all on it, but I still wanna make sure you guys have a plan in case she does something crazy. I'm putting all of my energy into the opposite - believe in the goodness of the human heart

*Receipts · Custodian: Abel, Jennifer [R:5/22/2024, 10:09 PM]*

**JA — Custodian: Abel, Jennifer** — 5/22/2024, 10:09 PM
Yes we got you, and at the same time, focusing on the positive as well.

**JA — Custodian: Abel, Jennifer** — 5/22/2024, 10:10 PM
Such as… the team just securing a filmmaker feature for you with entertainment weekly on the making of the film. And that's only the beginning as we continue to ramp up 😊

**JB — Justin Baldoni** — 5/22/2024, 10:11 PM
What would make me feel better is for you guys to have a plan for what happens if and when she decides to unfollow me on IG or block like her husband.
It would Just help me, knowing that you guys have a plan and feel fine because you know what happens after that happens with fans and all that stuff .

*Receipts · Custodian: Abel, Jennifer [R:5/22/2024, 10:11 PM]*

**JB — Justin Baldoni** — 5/22/2024, 10:11 PM
And that is the last time il say or ask of it. The rest will just be positive and focusing on the good.

*Receipts · Custodian: Abel, Jennifer [R:5/22/2024, 10:11 PM]*

Confidential
JONESWORKS_00013489

JB  **Justin Baldoni** <​█​>  ▶ 5/22/2024, 10:12 PM
Emphasized "Such as… the team just securing a filmmaker featur…"

Receipts • Custodian: Abel, Jennifer <​█​> [R:5/22/2024, 10:12 PM]

JB  **Justin Baldoni** <​█​>  ▶ 5/22/2024, 10:12 PM
Wow that's beautiful

Receipts • Custodian: Abel, Jennifer <​█​> [R:5/22/2024, 10:12 PM]

JA  **Custodian: Abel, Jennifer** <​█​>  ◀ 5/22/2024, 10:12 PM
Liked "What would make me feel better is for you guys to …"

JB  **Justin Baldoni** <​█​>  ▶ 5/22/2024, 10:12 PM
Was hoping this insane trailer would help secure bigger stuff

Receipts • Custodian: Abel, Jennifer <​█​> [R:5/22/2024, 10:12 PM]