# Exhibit 174

## Short Message Report

Conversations: 1  
Total Messages: 7

Participants: 4  
Date Range: 6/17/2024

### Outline of Conversations



iMessage Chat: ▇▇▇▇▇▇ · 7 messages on 6/17/2024 · Custodian: Abel, Jennifer <▇▇▇▇▇▇> · Custodian: Abel, Jennifer <▇▇▇▇▇▇> · Stephanie Jones <▇▇▇▇▇▇> · System Message <>

Exhibit: 6  
Witness: SAROWITZ  
Date: 10/3/25  
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

---

**iMessage Chat:** [redacted]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  —  6/17/2024, 3:25 PM
And sorry such a busy morning!! I just got off of an hour call with Justin lol

*Receipts • Stephanie Jones <[redacted]> [D 6/17/2024, 3:25 PM]*

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  —  6/17/2024, 3:26 PM
They want us to recommend a couple of great lawyers just to be armed with them if we need, Steve sarowitz will be paying for this lol. Wanted to check with you before I do… obviously Marty Singer, Bryan Freedman are people that come to mind. But lmk what you think!

*Receipts • Stephanie Jones <[redacted]> [D 6/17/2024, 3:26 PM]*

**SJ** — **Stephanie Jones** <[redacted]>  —  6/17/2024, 3:27 PM
marty for sure not bryan as he's not well respected

*Receipts • Custodian: Abel, Jennifer <[redacted]> [R 6/17/2024, 3:27 PM]*

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  —  6/17/2024, 3:27 PM
But he's a killer

*Receipts • Stephanie Jones <[redacted]> [D 6/17/2024, 3:27 PM]*

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  —  6/17/2024, 3:27 PM
And would bury Blake

*Receipts • Stephanie Jones <[redacted]> [D 6/17/2024, 3:27 PM]*

**SJ** — **Stephanie Jones** <[redacted]>  —  6/17/2024, 3:27 PM
yes but he will have to check conflicts make sure he's never worked or repped blake or ryan in past

*Receipts • Custodian: Abel, Jennifer <[redacted]> [R 6/17/2024, 3:27 PM]*

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  —  6/17/2024, 3:28 PM
Yes we can make them do that leg work.

*Receipts • Stephanie Jones <[redacted]> [D 6/17/2024, 3:28 PM]*