# Exhibit 175

**Thread Participants:** [redacted] Jamey Heath; [redacted] Mitz Toskovic (Owner); Mitz Toskovic (Owner)
**Active Participants:** [redacted] Jamey Heath; [redacted] Mitz Toskovic (Owner)
**First Message:** 6/17/2024 12:48:07 PM
**Last Message:** 6/17/2024 3:26:45 PM

---

**Mitz Toskovic (Owner)**
Why is there a suitcase here at the office ? Did you need this?
6/17/2024 12:48:07 PM

**Mitz Toskovic (Owner)**
Yes!! It should use google authenticator. It was supposed to default to that
6/17/2024 2:10:47 PM

**Mitz Toskovic (Owner)**
Im resetting it. Should put you back to the first window. But it need like 15 mins to connect with support
6/17/2024 2:13:11 PM

**Jamey Heath**
Can you just turn off my 2 step
6/17/2024 2:14:38 PM

**Mitz Toskovic (Owner)**
I will try
6/17/2024 2:15:05 PM

**Mitz Toskovic (Owner)**
Are you getting emails? Can you reply approved on the email I jsut sent? Frame will reset your authentication
6/17/2024 2:32:18 PM

**Jamey Heath**
Got a big job for you
6/17/2024 3:14:59 PM

**Mitz Toskovic (Owner)**
Yes!
6/17/2024 3:18:16 PM

**Jamey Heath**

I need you to start putting a timeline doc.
Try to get as close to dates as possible. We can fill in the.
Links when I get back. But..
When Justin and Blake met to write. AJ maybe had in calendsr
Can you access?
When we shot the first karaoke scene (it's when I showed her the video of Tasha)
When ange visited the first time and had the "make up trailer convo that apparently looked at her"
When we shot the graveyard scene.
When Justin met with trainer.
When Justin had convo with Blake and Ryan regarding asking about her weight.
When we had the convo when we went back in Blake's house with ange and Todd.
Essentially anything we can get either the date and alleged incident or the general time frame and we can narrow in later. Something chronological. Best you can. Consult with Reese where needed. The doc can be have gaps but at least let's get something started.

6/17/2024 3:24:19 PM

**Jamey Heath**

Whatever you can remember whatever Reese remembers whatever AJ may remember. Anything at all. Also when we got letter from Blake.
Just anything that tells the story chronologically, and then we would just continue to build it

6/17/2024 3:26:45 PM

CONFIDENTIAL
TOSKOVIC_000000678