# Exhibit 176

| | |
|---|---|
| From: | Jennifer Abel <​█​> |
| Sent: | Wed, 31 Jul 2024 00:17:49 -0400 (EDT) |
| To: | Mitz Toskovic <​█​>; "█" <​█​> |
| Cc: | Jamey Heath <​█​>; Tera Hanks <​█​> |
| Subject: | Re: TIMELINE |
| Attachments: | TIMELINE _1dsT6bbbEgacFSjd6a5pqeUaZU1q82goAbXLh-a6NF5w.xlsx |

**Exhibit: 17**
**Witness: HEATH**
**Date: 10/8/25**
CSR#12019: Ashley Soevyn

It opens for me! Thanks for sending mitz. Will review with fresh eyes tomorrow.

From: Mitz Toskovic <​█​>
Sent: Tuesday, July 30, 2024 9:11:26 PM
To: melissa█ <​█​>
Cc: Jennifer Abel <​█​>; Jamey Heath <​█​>; Tera Hanks <​█​>
Subject: TIMELINE

Hi Melissa,

My name is Mitz, I work closely with jamey at Wayfarer Studios. I'm sure we will chat more later this week. Looking forward to meeting you.

We've started putting a timeline of events over the last 2 years.

This is a WIP and needs some cleaning up but sharing with you so you can start to get up to speed.

Please let me know if you have any questions!

@Jennifer Abel let me know best way to share this with you. For some reason google sheets doesnt like your email.

Talk soon,



Mitz Tošković
█

WAYFARER

**DOCUMENT PRODUCED IN NATIVE FORMAT**

HEATH_000046883