# Exhibit 178

Message

**From:** Colleen Hoover
**Sent:** 7/14/2024 3:59:55 AM
**To:** Giannetti, Andrea                                    Greenstein, Josh
**Subject:** Phone call today

EXHIBIT 30

Josh and Ange,

I thought it would be better to get my thoughts out in an email to both of you.

First and foremost, I'm excited for the movie and all that comes with it. And I'm extremely grateful for all that has gone into it. In no way do I want to deny support for this film, especially after being invited by Blake to have a small hand in seeing it through.

I will say that I'm concerned about everything happening behind-the-scenes and the positions I've been put in, which is why I feel much more comfortable having this conversation over email.

Ange, you mentioned the book in our brief convo before I got cut off, but I want to make it clear that my publisher pulled his book. I'm not sure what anyone heard or was told, but based on some unhappy texts I received from Justin's agent, they're assuming I had the book pulled and I don't want there to be any confusion. I did not request they pull it. In fact, I had already approved it. But after seeing the file that went to print was not at all the file they sent me for approval, not even close, I let my publisher know I wouldn't be promoting it as I felt lied to regarding what the content was supposed to be. What they did after that was their choice, but I know there's some misinformation out there so I hope you understand when I ask that any future communication from this point forward regarding this movie go through email. It isn't personal, I promise. It's just to protect myself in these sticky situations of he said, she said.

As for the premiere, I feel I have been asked to make huge decisions and I'm honestly not comfortable with it anymore. In a way, I feel like a scapegoat, as though I'm being used as an excuse for anyone having to deliver unfavorable news to Wayfarer. I have felt backed into a corner more than once with the choices I've been asked to make.

Am I going to be comfortable if Justin is there? No, things are beyond uncomfortable at this point. But my comfort isn't my priority.

I'm used to being neutral, but this is a situation that has required some firm decisions on everyone's part and I don't like upsetting people or choosing sides. Can I promise I'll go if he and his team are all there? I can't promise that. I go back and forth every day between continuing to show up for this movie or going into hiding because it's all causing me anxiety and bringing attention that I'm not prepared for/used to. Of course in a perfect world we'd set it all aside and everyone could smile for the cameras, but feelings have been hurt and boundaries have been crossed. I can see where Blake is coming from if she chooses not to attend, because if I were in her shoes, I'm not so sure I would be able to stomach seeing someone else accept credit and accolades for what was also a huge massive effort on her part, and having to share what should be a celebratory moment with people you absolutely can't celebrate with.

Based on what I have seen and know, I would personally choose to support her that night in whatever her decision ends up being. What I don't want is Sony's decision or Justin's attendance or lack thereof to be placed solely on my shoulders. And I definitely don't want to be a scapegoat.

I don't know what else to add. I do hope to see you guys at the premiere, but if that ends up not happening for any reason, please know that I will only ever have positive things to say publicly. Aside from the issues at hand, it really has been a wonderful experience, and you guys did the book such justice and I'm forever and truly grateful for that.

Thanks for understanding,

Colleen Hoover

Confidential

SPE_BL0008207