# Exhibit 179



**Extraction Report** - Apple iPhone


www.cellebrite.com

Chats (1)

Native Messages

██████████ (1)



| # | | Deleted | * |
|---|---|---------|---|
| 1 | **Name:** ██████████ <br> **Start Time:** 11/01/2023 20:22:19(UTC+0) <br> **Last Activity:** 21/08/2024 04:58:27(UTC+0) <br> **Number of attachments:** 39 <br> **Source:** Native Messages <br> **Account:** ██████████ <br> **Chat Type:** Unknown <br> **Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x117F4C91 (Table: chat, message, handle, Size: 316985344 bytes) <br> **Body file:** chat-0.txt <br><br> **Participants:** <br><br> Jennifer Abel* (owner) <br><br> _$!<Other>!$_* (owner) <br><br> Jamey Heath* | | |

From: ██████████ Jennifer Abel (owner)
To: ██████████ Jamey Heath

Jamey! Or should I say grandpa?!? Congrats!!!!!
**Priority:** Normal

11/01/2023 20:22:19(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x2694934 (Table: message, handle, Size: 316985344 bytes)



From: ██████████ Jamey Heath
To: ██████████ Jennifer Abel (owner)

Call me Grandpa!  Or better yet Papa!  That's my name!
I've retired Jamey!
Thank you Jen!!!
**Priority:** Normal

11/01/2023 20:23:02(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x26943A5 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

JW0001911

1

JONESWORKS_00008055

# Pages Ending in JONESWORKS_00008056 to JONESWORKS_00008073 Intentionally Omitted



From: ▮▮▮▮ Jennifer Abel (owner)
To: ▮▮▮▮ Jamey Heath

So we are in a good place

Priority: Normal

17/06/2024 19:37:21(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD863B99 (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮ Jamey Heath
To: ▮▮▮▮ Jennifer Abel (owner)

That's great!
I'm glad you spoke to him. Thank you for the update.

And I told him today again, not to share anything with anyone anymore.

I learned this morning that after we had dinner with Colleen after the press day on the Sony Lot. Where Justin wanted to share with her everything. I wasn't for it which is why i accompanied to try and curb it. But afterwards she shared it all with Brandon. (Apparently they became friends). And shared with him that she went out to dinner with us and she didn't feel good afterwards. Like Justin was trying to bring her on his side. That it felt like he was trying to turn her off from Blake. I'm sure he took that and told Blake. So
Now she knows that he's talking about it. This is what's fanning the fire also. I think he gets it. But needs to hear over again.
Anyway.. thank you for update. On the plane. We will get though it.

Priority: Normal

17/06/2024 19:43:36(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD864F83 (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮ Jennifer Abel (owner)
To: ▮▮▮▮ Jamey Heath

Wow... well that makes sense.

Priority: Normal

17/06/2024 19:47:35(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD865D17 (Table: message, handle, Size: 316985344 bytes)



From: ▮▮▮▮ Jennifer Abel (owner)
To: ▮▮▮▮ Jamey Heath

We definitely need to keep reminding him that he needs to not share anything outside of our small circle

Priority: Normal

17/06/2024 19:47:55(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD865ABC (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL                                             JW0001930

Confidential                                             JONESWORKS_00008074



From: ▇▇▇▇ Jamey Heath
To: ▇▇▇▇▇ Jennifer Abel (owner)

Agreed!
Thank you Jen

Priority: Normal

17/06/2024 19:49:40(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD8657C0 (Table:
message, handle, Size: 316985344 bytes)

From: ▇▇▇▇ Jennifer Abel (owner)
To: ▇▇▇▇▇ Jamey Heath

Just heard back from Sony— they were just made aware of the Blake ask as well, they are finding out more info but apparently Blake wants to get some of the actors together to shoot content on behalf of the film. I told Sony that if that's the case and if it's going to be used in any official capacity for the film on socials or otherwise then we need to find a way for Justin to be included… that we can't have fans starting to guess why Justin is left out of this stuff.

Priority: Normal

20/06/2024 19:06:00(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD94AF6D (Table: message, handle, Size: 316985344 bytes)



From: ▇▇▇▇ Jennifer Abel (owner)
To: ▇▇▇▇▇ Jamey Heath

Will keep you posted once I know more

Priority: Normal

20/06/2024 19:06:08(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD64A9A3 (Table:
message, handle, Size: 316985344 bytes)



From: ▇▇▇▇ Jamey Heath
To: ▇▇▇▇▇ Jennifer Abel (owner)

Thank you! Yikes.
Thats great you found that out.
Yes agreed, Justin should do something even if it's simply doing something at home and adding it to the reel. So it seems like he's a part of it.  They must recognize the overall value for optics.
Ok keep me posted.

Priority: Normal

20/06/2024 21:08:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xD95AF83 (Table: message, handle, Size: 316985344 bytes)



From: ▇▇▇▇ Jennifer Abel (owner)
To: ▇▇▇▇▇ Jamey Heath

Morning! If it's not too early lmk if I can give you a ring

Priority: Normal

25/06/2024 15:18:54(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xDA674E8 (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

JW0001931

Confidential

JONESWORKS_00008075



From:            Jamey Heath
To:              Jennifer Abel (owner)

Hi.  Give me 10. I'll call you

Priority: Normal

25/06/2024 15:19:24(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xDA67242 (Table:
message, handle, Size: 316985344 bytes)



From:            Jennifer Abel (owner)
To:              Jamey Heath

Liked "Hi.  Give me 10. I'll call you "

Priority: Normal

25/06/2024 15:19:30(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xDA68F0F (Table:
message, handle, Size: 316985344 bytes)



From:            Jamey Heath
To:              Jennifer Abel (owner)

Hi girl,  hope you're solving America's crimes!

Are you avail for a quick chat at some point this am?

Priority: Normal

27/06/2024 15:17:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xDAD0CF3 (Table: message, handle, Size: 316985344 bytes)



From:            Jennifer Abel (owner)
To:              Jamey Heath

Yes I can chat now! On my way to the courthouse ha

Priority: Normal

27/06/2024 15:29:10(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xDAD036A (Table: message,
handle, Size: 316985344 bytes)



From:            Jennifer Abel (owner)
To:              Jamey Heath

On a call I'll buzz you back

Priority: Normal

10/07/2024 20:05:45(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xDD6479E (Table:
message, handle, Size: 316985344 bytes)