# Exhibit 180

## chat68185626873144152

**Thread Participants:** [redacted] Tera Hanks McMaster (Owner); [redacted] Justin Baldoni ; [redacted] ; [redacted] Tera Hanks (Owner)
**Active Participants:** [redacted] Justin Baldoni ; [redacted]
**First Message:** 6/21/2024 6:01:09 PM
**Last Message:** 6/21/2024 8:05:56 PM

---

**[redacted] Justin Baldoni**
Jen- Tera would love you guys to connect about optics
*6/21/2024 6:01:09 PM*

**[redacted]**
Hi! Of course— for Forbes?
*6/21/2024 6:01:54 PM*

**[redacted]**
Tera you can give me a ring at any time!
*6/21/2024 6:02:35 PM*

**[redacted] Justin Baldoni**
No just in general
We were talking about using hospital and recovery as a way to stay out of content
*6/21/2024 6:04:28 PM*

**[redacted]**
Happy to chat more. But let's be careful to not lean in to heavily there either.
*6/21/2024 6:04:55 PM*

**[redacted]**
Thanks for the chat tera! Justin— we connected, I filled her in on all. We will just continue to take it day by day and not take our eye off the prize. Let's not do anything preemptively until we have more clarity on what is actually happening with content being captured as we have numerous solutions and ideas of how to combat this without you needing to lean into you being sick or not available. More to come here and we will continue to stay close. X
*6/21/2024 8:04:08 PM*

**[redacted] Justin Baldoni**
Loved "Thanks for the chat tera! Justin— we connected, I …"
*6/21/2024 8:05:56 PM*

CONFIDENTIAL
HANKS_000000021