# Exhibit 181

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 20 | Date Range: 6/7/2024 |

### Outline of Conversations



iMessage Chat: chat422252330260966865 · 20 messages on 6/7/2024 · Custodian: Abel, Jennifer <■■■■■■■> · Custodian: Abel, Jennifer <■■■■■■■> · Matthew Mitchell <■■■■■■■> · Stephanie Jones <■■■■■■■>

Exhibit: 36
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **iMessage Chat: chat422252330260966865**

JA  **Custodian: Abel, Jennifer <▉▉▉▉▉>**  ◀ 6/7/2024, 3:48 PM

Matt and steph just fyi — my texts with Justin. He likely has texted you the same but so you can see my response as well regarding doing press for the film. Matt, let's keep EW, Forbes, Harper's as warm as possible and keep tracking their drop dead deadlines. We don't need to do anything in the next week or so to give him some downtime but I don't want to lose opps. Xx

JA  **Custodian: Abel, Jennifer <▉▉▉▉▉>**  ◀ 6/7/2024, 3:48 PM



Image: files/Image/IMG_1980.PNG (608 KB)



Image: files/Image/IMG_1979.PNG (634 KB)

JA  **Custodian: Abel, Jennifer <▉▉▉▉▉>**  ◀ 6/7/2024, 3:50 PM



Image: files/Image/IMG_1981.PNG (575 KB)

| | | | |
|---|---|---|---|
| SJ | **Stephanie Jones** <​███​> <br> He said he got stem cells in cabo so that's prob why he has an infection now | ▶ | 6/7/2024, 4:01 PM |
| | Receipts • Custodian: Abel, Jennifer <​███​> [R 6/7/2024, 4:02 PM] | | |
| SJ | **Stephanie Jones** <​███​> <br> jesus | ▶ | 6/7/2024, 4:01 PM |
| | Receipts • Custodian: Abel, Jennifer <​███​> [R 6/7/2024, 4:02 PM] | | |
| JA | **Custodian: Abel, Jennifer** <​███​> <br> YEP | ◀ | 6/7/2024, 4:02 PM |
| SJ | **Stephanie Jones** <​███​> <br> idiot | ▶ | 6/7/2024, 4:02 PM |
| | Receipts • Custodian: Abel, Jennifer <​███​> [R 6/7/2024, 4:02 PM] | | |
| JA | **Custodian: Abel, Jennifer** <​███​> <br> who goes to Mexico for this | ◀ | 6/7/2024, 4:02 PM |
| SJ | **Stephanie Jones** <​███​> <br> you don't get stem cells in mexico | ▶ | 6/7/2024, 4:02 PM |
| | Receipts • Custodian: Abel, Jennifer <​███​> [R 6/7/2024, 4:02 PM] | | |
| SJ | **Stephanie Jones** <​███​> <br> like what | ▶ | 6/7/2024, 4:02 PM |
| | Receipts • Custodian: Abel, Jennifer <​███​> [R 6/7/2024, 4:02 PM] | | |
| JA | **Custodian: Abel, Jennifer** <​███​> <br> And then agrees to post about it and so he gets it for free | ◀ | 6/7/2024, 4:02 PM |
| MM | **Matthew Mitchell** <​███​> <br> Liked "He said he got stem cells in cabo so that's prob w…" | ▶ | 6/7/2024, 4:03 PM |
| | Receipts • Custodian: Abel, Jennifer <​███​> [R 6/7/2024, 4:03 PM] | | |
| MM | **Matthew Mitchell** <​███​> | ▶ | 6/7/2024, 4:04 PM |

When it's free it's for him...we know that. He does the sketchiest shit to his body outside the US....but then says the reaction is due to stress. NO BABY BOY, IT'S BECAUSE YOU GOT A JENKY ASS PROCEDURE BY SOME STRANGE ASS DOCTOR IN MEXICO! YOU GET WHAT YOU PAID FOR.

Receipts • Custodian: Abel, Jennifer < > [R:6/7/2024, 4:04 PM]

**MM** **Matthew Mitchell** < >   ▶ 6/7/2024, 4:04 PM
Ok I'm done my rant now and I wish him a quick recovery 😊

Receipts • Custodian: Abel, Jennifer < > [R:6/7/2024, 4:04 PM]

**JA** **Custodian: Abel, Jennifer** < >   ◀ 6/7/2024, 4:04 PM
LOL get it out here before he texts you 😊

**MM** **Matthew Mitchell** < >   ▶ 6/7/2024, 4:04 PM
Laughed at "LOL get it out here before he texts you 😊"

Receipts • Custodian: Abel, Jennifer < > [R:6/7/2024, 4:04 PM]

**SJ** **Stephanie Jones** < >   ▶ 6/7/2024, 4:04 PM
Laughed at "When it's free it's for him...we know that. He does..."

Receipts • Custodian: Abel, Jennifer < > [R:6/7/2024, 4:05 PM]

**SJ** **Stephanie Jones** < >   ▶ 6/7/2024, 4:06 PM
Matthew i'm dying

Receipts • Custodian: Abel, Jennifer < > [R:6/7/2024, 4:07 PM]

**MM** **Matthew Mitchell** < >   ▶ 6/7/2024, 4:08 PM
I just can't sometimes, he's truly his own worst enemy and self saboteur.

Receipts • Custodian: Abel, Jennifer < > [R:6/7/2024, 4:08 PM]

**SJ** **Stephanie Jones** < >   ▶ 6/7/2024, 4:26 PM
Jen - Melissa has not included us on any emails or texts about anything so I don't think we should go out of our way to be inclusive.

Receipts • Custodian: Abel, Jennifer < > [R:6/7/2024, 4:26 PM]