# Exhibit 183

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 7 | Date Range: 6/24/2024 |

### Outline of Conversations

 iMessage Chat: chat542756835315873435 · 7 messages on 6/24/2024 · Custodian: Abel, Jennifer <​████​> · Custodian: Abel, Jennifer <​████​> · Justin Baldoni <​████​> · Matthew Mitchell <​████​>

Exhibit: 28
Witness: BALDONI
Date: 10/7/25
CSR#12019: Ashley Soevyn

Confidential

JONESWORKS_00013502

Messages in chronological order (times are shown in GMT -04:00)

### iMessage Chat: chat542756835315873435

**JB — Justin Baldoni** ▶ 6/24/2024, 12:52 PM

Hey guys -
One thing I think I want to do is the Dr amen show. Matt I know you have your feelings about it but his practice saved my friend Marinda's life a few months ago.
With everything going on- I want to have an offensive move showing my neuro divergence and some of the attributes that come with it so that I can start talking about it. Most anything that I have been 'accused of' is social awkwardness and impulsive speech and I think me sitting down with him and just looking at my brain and talking about some of the these things will be helpful for me.

Receipts • Custodian: Abel, Jennifer [R 6/24/2024, 1:20 PM]

**MM — Matthew Mitchell** ▶ 6/24/2024, 1:01 PM

I understand why you want to do it, we'll look into it further to see steps to move it forward with consultation and the Scan My Brain youtube/pod.

Receipts • Custodian: Abel, Jennifer [R 6/24/2024, 1:20 PM]

**JB — Justin Baldoni** ▶ 6/24/2024, 1:02 PM

I have the contact - Il forward to you

Receipts • Custodian: Abel, Jennifer [R 6/24/2024, 1:20 PM]

**JB — Justin Baldoni** ▶ 6/24/2024, 1:03 PM

Maybe good to have a chat with them and get the lowdown -

Receipts • Custodian: Abel, Jennifer [R 6/24/2024, 1:20 PM]

**MM — Matthew Mitchell** ▶ 6/24/2024, 1:09 PM

Exactly we want to see all that it entails, what they'd want from you with support, etc. and get all the nitty gritty info 😊.
We'll connect with Natalie and come back to you!

Receipts • Custodian: Abel, Jennifer [R 6/24/2024, 1:20 PM]

**JB — Justin Baldoni** ▶ 6/24/2024, 1:11 PM

Loved "Exactly we want to see all that it entails, what t…"

Receipts • Custodian: Abel, Jennifer [R 6/24/2024, 1:20 PM]

**JB — Justin Baldoni** ▶ 6/24/2024, 1:19 PM

Also - if I am going to the premier 🎬 we need to get these fittings done. Emily leaves on July 2nd so hers would have to be done before then as well
We would do them in ojai

Receipts • Custodian: Abel, Jennifer [R 6/24/2024, 1:20 PM]