# Exhibit 184

Message

| | |
|---|---|
| **From:** | Greenstein, Josh [ ▉ ] |
| **Sent:** | 7/16/2024 10:20:05 PM |
| **To:** | Napoli, Stefanie [ ▉ ] |
| **Subject:** | FW: It Ends With Us: Weekly Analytics Report (7/16/24) |

Interesting

---

**From:** Smalle, David < ▉ >
**Date:** Tuesday, July 16, 2024 at 10:48 AM
**To:** Greenstein, Josh < ▉ >, Whitmore, Joe < ▉ >,
Misher, Danielle < ▉ >, Wright, Bridgette < ▉ >,
Pan, Jack < ▉ >, Porter, Laura < ▉ >, Plishner, Elias
< ▉ >, Napoli, Stefanie < ▉ >, Hann, Gloria
< ▉ >, Maggin, Danni < ▉ >, Donnelly, Kate
< ▉ >, Basil-Jones, Stephen < ▉ >, Phillips, Rose
< ▉ >, Groff, Jason < ▉ >
**Cc:** Severson, Michael < ▉ >, Dinh, Jeffrey < ▉ >
**Subject:** Re: It Ends With Us: Weekly Analytics Report (7/16/24)

Just to follow up in this smaller group, search volume and our fan-driven metrics look REALLY good. As we'd expect at this point, non-fans aren't really engaging as much, though search activity and some social responses do tell us some people want to know what the movie is really about. The Blake and Colleen endorsements and WOM are really helping with fans, and hopefully can convert somewhats. However, it seems unlikely more story or being more transparent about the DV subject matter will help non-fans and casual moviegoers. Really leaning into FOMO and building up the global phenomenon of the book seems to be the most realistic path, and it's more likely they're going to come *after* opening weekend once it's cultural.

David

---

**From:** Kim, Henry < ▉ >
**Date:** Tuesday, July 16, 2024 at 10:34 AM
**Subject:** It Ends With Us: Weekly Analytics Report (7/16/24)

Hi Josh and Team – Below are some insights surrounding digital activity for *It Ends With Us* across the last week:

## WHAT TO KNOW:
**Ballooning search volume twice that of Crawdads is a sign that the campaign is making an impact, and activity on fan-centric social platforms continues to suggest the core female fanbase is firmly on our side. Lower Twitter/X activity (used as a sign of non-fan, broader moviegoer engagement) and minor indications of story confusion highlight the ongoing need to amplify FOMO to pique the interest of those hesitating to take their first steps into the flower shop.**

---

## CAMPAIGN HEALTH
- **Already-solid digital metrics experienced additional growth as the core campaign kicked off.**
-     Weekly search grew by 26% in response to media, with **volume easily leading all comps (about 3x that of *Challengers* and 2x *Where the Crawdads Sing*).**

Confidential

- **Social activity on Instagram and TikTok was strong and fan-driven,** surpassing that of *Challengers,* which generated substantial buzz during its campaign.
- However, **Twitter/X activity was at the bottom of comp set,** much smaller compared to *Where the Crawdads Sing,* indicating non-readers are not yet fully engaged.

## AUDIENCE INSIGHTS
- The search pattern continues to show strongest interest in **large to mid-size markets with a White skew. By contrast,** *Crawdads* **saw a strong skew towards smaller markets in the Southeast.**
- Top markets include Myrtle Beach-Florence, SC; Salt Lake City, UT; Green Bay, WI; Nashville, TN.

## THEMATIC INSIGHTS
- **Talent Praise:** The cast, especially <u>Blake Livley's portrayal of Lily</u>, generated substantial praise from fans. There has been a **significant decrease in casting concerns.**
- **Positive Early Screening Buzz:** <u>The early screening post</u> from Blake was met with overwhelmingly positive feedback, particularly among book fans.
- **Domestic Violence Narrative:** The nuanced portrayal of domestic violence, coupled with <u>Colleen's endorsement</u>, continues to galvanize core fans into advocates, amplifying awareness around the movie.
- **Plot Confusion:** Some non-readers were **confused about the story,** as evidenced by direct comments and related search terms (*"what's it ends with us about?"*).

## Top Performing Owned Posts
o      **Instagram** — Posts focusing on the **characters' emotional arcs** and the **cast's deep investment in their roles** resonated strongly (<u>We Pick Up the Pieces</u> & <u>Portraying Lily</u>).
o      **TikTok** – The **"reply to comment" post performed exceptionally well,** with 6M views and 60K engagements.

More detail can be found below, including specific conversation themes and sample comments. Please let us know of any questions.

Best,
Henry

---

## WEEKLY SEARCH VOLUME



SPE_BL0003131

## DAILY SEARCH TREND



It Ends With Us

-34    -33    -52    -31    -30    -29    -28

Crazy Rich Asians —— Five Feet Apart —— Little Women —— Where The Crawdads Sing —— Don't Worry Darling
Ticket To Paradise —— Anyone But You —— Challengers —— It Ends With Us

## SEARCH FINGERPRINT (ATLAS) & TOP DMAS



| DMA | DMA Rank | Title DMA Search Index |
|---|---|---|
| Florence-Myrtle Beach, SC | 99 | 1.70 |
| Salt Lake City, UT | 30 | 1.40 |
| Green Bay-Appleton, WI | 69 | 1.36 |
| Nashville, TN | 29 | 1.34 |
| Omaha, NE | 72 | 1.27 |
| Springfield, MO | 74 | 1.26 |
| Roanoke-Lynchburg, VA | 71 | 1.26 |
| Charleston, SC | 89 | 1.26 |
| Fresno-Visalia, CA | 55 | 1.24 |
| Phoenix, AZ | 11 | 1.23 |
| Wichita-Hutchinson, KS | 70 | 1.23 |
| Ft. Myers-Naples, FL | 54 | 1.22 |
| Harrisburg-Lancaster-Lebanon-York, PA | 42 | 1.21 |
| Providence, RI-New Bedford, MA | 52 | 1.21 |
| Lexington, KY | 63 | 1.20 |
| Chattanooga, TN | 88 | 1.20 |

## WEEKLY SOCIAL VOLUME & SENTIMENT BY PLATFORM

| PLATFORM | SOCIAL VOLUME | POSITIVE | NEGATIVE | MIXED |
|---|---|---|---|---|
| Instagram | 66,234 | 96% | 4% | <1% |
| TikTok | 38,432 | 85% | 12% | 3% |
| Facebook | 2,240 | 98% | 2% | <1% |
| Twitter/X | 766 | 59% | 32% | 9% |

## WEEKLY SOCIAL CONVERSATION vs COMPS (TWITTER)

SPE_BL0003133

| TITLE | SOCIAL VOLUME | ORGANIC | POSITIVE | NEGATIVE | MIXED |
|---|---|---|---|---|---|
| Don't Worry Darling | 112,632 | 32% | 25% | 19% | 56% |
| Challengers | 102,959 | 42% | 98% | 2% | <1% |
| Where the Crawdads Sing | 15,628 | 2% | 99% | <1% | <1% |
| Five Feet Apart | 4,290 | 27% | 93% | 4% | 4% |
| Anyone But You | 1,212 | 22% | 87% | 4% | 9% |
| It Ends With Us | 766 | 53% | 59% | 32% | 9% |

## WEEKLY SOCIAL CONVERSATION THEMES

**Outright Interest**
- **Excitement/Intent** - Many book fans planned to re-read the book ahead of time and asked when tickets go on sale.
- **Acted as Advocates** – Audiences, primarily females, actively tagged others to make girls night plans.
- **Emotional Reactions** – A subset of audiences anticipated this would be a roller coaster of emotions.
- **General Interest** – A few thought the movie looked good.

**Talent**
- **Blake Lively** - Fans raved about Lively portraying Lily with only a small group of audiences expressing concerns over her age.
- **Ensemble** – A subset of book fans remained skeptical about Justin Baldoni and Brandon Sklenar.
- **Colleen Hoover** – A few voiced criticisms towards Colleen Hoover due to her writing of domestic violence and an assault allegation against her son.

**Story**
- **Plot Confusion** – Non-readers wanted clarity on the story after seeing marketing pieces.
- **Domestic Violence Narrative** – While core fans appreciated the nuanced context in marketing, some worried that it would romanticize abuse.

**Book Reception**
- **Book Praise** – Many fans expressed love for the book.
- **Upset Book Readers** – A few were frustrated that the book was being adapted despite its controversies.

**Early Reviews**
A few raved about the film after the surprise screening and recommended it to others.

**Taylor Swift Song**

SPE_BL0003134

Some Swift fans who disliked Colleen Hoover were upset about the collaboration.

**Ad Fatigue**
Some mentioned getting served numerous YouTube ads for the film and were 'already tired' of seeing marketing for it.

**SAMPLE COMMENTS**

**Outright Interest**
- **Excitement/Intent**
- *I will go to the movies alone to go see the It Ends With Us movie happily ☐ (TW)*
- *Re-reading It Ends With Us before the movie comes out (TW)*
- *When will they release the tickets? (FB)*
- *I loved the book, now it's time to see the movie!! (FB)*
- *Wasn't a big fan of the book but seeing the visual of it all in the trailer peaked my interest. Can't wait. (TT)*
- *My roommate and I do book club and we just finished the book in preparation for the movie!! Can't wait to see it!! (TT)*
- *Sameee I got tshirts made for me and my gfs so we can wear them at the movies on the day of the premiere 👻🎽🎽 Lily Bloom tshirt (RD)*
- **Acted as Advocates**
- *Woah woah was that Ned??? (TW)*
- *I can't wait ☐☐☐☐☐ (FB)*
- *ONE...MORE...MONTH!!! (FB)*
- *lets go see this!!!! (TT)*
- *☐🖼(IG)*
- *cinema date when this is out?? (IG)*
- **Emotional Reactions**
- *I just re read this story to prepare myself for this movie and it's gonna be an EVENT ! My heart is ready for the kaleidoscope of emotions 😊😊(TT)*
- *Wow. This movie. The cast. All of it. The emotions. It's going to be a moving journey! (IG)*
- *they made it ends with us a movieeeee omg im ab to cry (TW)*
- *& you better believe that every time the "It Ends With Us" trailer pops up on my IG I'm going to watch the WHOLE THING! Ugh, Blake Lively gives me all the feels!!!! 💜👆 (TW)*

**Talent**
- **Blake Lively**
- *Pinch me one of my fave authors with the Blake lively for an adaptation of a book that means so much to me .. like WHAT (IG)*
- *She is beauty, she is grace ☐☐☐(IG)*
- *Serena Van der Woodsen coded😊😊(IG)*
- *is so good to see Blake in this project, she is our perfect Lily and I can't wait to see this movie and love even more Lily and Atlas (IG)*
- *Congrats @blakelively !! Can't wait to see this movie August 9th🌀🍏👋(IG)*
- *Ugh, Blake. ☐ Forever my Girl crush. (TT)*
- *didnt like the book but I'll watch the film just for her (TT)*
- *Blake Lively will make a wonderful Lily Bloom! (RD)*
- *Blake being cast as Lily was one of last year's highlights for me. She's my favorite and I love that she gets to bring life to Lily Bloom on the big screen ☐(FB)*
- **Ensemble**
- *I can't wait for the book to come to life with these awesome actors!!!👋👋👋↟⋆(FB)*
- *I'm dying to know the tea. I was a big fan of Justin on Jane the Virgin (RD)*
- *Counting down the days ... can't wait to see this movie - Atlas just wow 💜(RD)*

SPE_BL0003135

- *Justin and Blake, love them and the story seems interesting. Definitely can't wait to watch!!! (YT)*
- *People be going crazy over blaming the cast and everything. Dude I would tell there can't be any better cast than Blake, Justin and Brandor for Lily, Ryle and Atlas. They re so perfect for the characters themselves ❤(IG)*

**Early Reviews**
- *It was amazing. I was lucky to see an early screening. Cannot wait for August 9th to see it again. (FB)*
- *This movie is so good you guys. I can't wait to see it again! (FB)*
- *Best surprise ever!!! Cannot thank you all enough for making this happen!!! LOVED THE MOVIE and cannot wait to see it again soon!!! (IG)*
- *I absolutely loved it. So happy I was fortunate to go to the early screening. Cannot wait to see it again in August. (FB)*
- *It's an incredible movie! Can't wait for everyone to see it! ❤(IG)*
- *You and @isabela.ferrer embodied Lily Bloom in every way I imagined and that's all anyone who's held this book close to their heart could ask for. THANK YOU from the bottom of this Lily's healed heart. (IG)*
- *It was amazing! You were amazing! The movie is amazing! ☺thank you @colleenhoover & @blakelively! @sar_morr (IG)*
- *Thank you for an awesome experience! It was the best surprise, and I can't wait to watch the movie again! (IG)*
- *It was so great seeing you all there!! And the movie was amazing ☺(IG)*
- *Loved, loved, loved the movie! (FB)*

**Story**
- **Domestic Violence Narrative**
- *It Ends With Us. #ItEndsWithUs I don't think I've seen a film about domestic violence on the big screens before. This is good. Let us as a society continue shedding a light on this. (TW)*
- *have your tissues ready. Everyone was crying in the theater when we watched it. I'm glad you were able to overcome your situation and hope you continue to thrive. (FB)*
- *My mom had to make the same choice. You're so strong to make something so powerfully important in response to this experience. (IG)*
- *☐ ❤the story that needed to be told. Women need this. ❤(IG)*

Henry Kim | **SONY PICTURES** | Senior Analyst, Marketing Analytics and Insights

SPE_BL0003136