# Exhibit 185



**Monday 22 July 2024**

Instant Message : Native Messages
From
    Justin Baldoni <​>                                    10:40:41

Just missed a call from wme- was that you?

Instant Message : Native Messages
From
    Danny Greenberg <​>                                  10:40:49

Yes

Instant Message : Native Messages
From
    Justin Baldoni <​>                                    10:42:42

Tried you back



Instant Message : Native Messages
From
    Justin Baldoni <​>                                    10:43:35



CONFIDENTIAL

Exhibits#: Greenberg 15
9/19/2025

WME_00001251

FYI I'm in Sweden until premier - didn't know if you knew

**Instant Message : Native Messages**
From
   Justin Baldoni <████████>
   10:43:48

9 hours ahead

**Instant Message : Native Messages**
From
   Justin Baldoni <████████>
   10:56:48

By the way - just wanna thank you again for having my back on that call with Ryan. I shared what you said with Emily and that really meant a lot to both of us someone in this business had a backbone enough to stand up for me



**Instant Message : Native Messages**
From
   Danny Greenberg <████████>
   10:57:50

Loved "By the way - just wanna thank you again for having..."

**Instant Message : Native Messages**
From
   Danny Greenberg <████████>
   10:57:58

Always. It felt good doing it.

**Instant Message : Native Messages**
From
   Justin Baldoni <████████>
   10:59:33

I do think we just need to figure out the logistics of the premiere and get the real scoop on if they're really not gonna take a photo with me as I don't want to be thrown into a cast and producers picture and then have their faces all weird.

I'd rather just get there early and then go inside, but I know that PR is very clear that they want me to be a part of a cast photo

CONFIDENTIAL                                                                                         WME_00001252



CONFIDENTIAL
WME_00001253