# Exhibit 186

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4
 5   BLAKE LIVELY,
 6                  Plaintiff,
 7      vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)
                            25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                     Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                   **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JENNIFER ABEL
20               Los Angeles, California
21              Thursday, September 25, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 17

1    few things.

2              One, it's important that you listen to my

3    question, let me finish, and then you'll answer

4    audibly, not with an mm-hmm, uh-huh, so the court

5    reporter can take down your answers.  I will give

6    you the same courtesy of finishing, just so we have

7    a clear transcript.

8              And if you don't understand my question,

9    please ask me for clarification.  Otherwise, I'm

10   going to assume that you understood it and we'll

11   proceed from there.

12             Is there any reason that you can't give

13   your best testimony today?

14        A    No, there's not.

15        Q    Ms. Abel, where do you work now?

16        A    I have my own company, RWA

17   Communications.

18        Q    And did you start RWA?

19        A    Yes.

20        Q    When did you start RWA?

21        A    September 1st, 2024.

22        Q    And what is RWA?

23        A    It's a public -- public relations firm.

24        Q    Generally speaking, can you tell me what

25   it does?

CONFIDENTIAL

```
                                          Page 18

 1          A     Sure.   I handle public communications,

 2    public relations on behalf of entertainment, mainly,

 3    clients.

 4          Q     Entertainment, mainly.   Any other types

 5    of clients?

 6          A     Entrepreneurs.

 7          Q     Anything else?

 8          A     No.

 9          Q     Okay.   Going back to where you were

10    before RWA, were you at Jonesworks?

11          A     Yes.

12          Q     And did you make the decision to join

13    Jonesworks in 2020?

14          A     Yes.

15          Q     Why did you decide to come to Jonesworks?

16          A     I was contacted by a recruiter, who asked

17    if I would be interested in leaving my current -- my

18    previous firm, PMK, and so I -- I was interviewed.

19          Q     And what was your initial title at

20    Jonesworks?

21          A     Vice president.

22          Q     And what was your position as vice

23    president?

24          A     I was to oversee the talent department in

25    Los Angeles.
```

CONFIDENTIAL

Page 302

1                    REPORTER'S CERTIFICATE

2            I, ASHLEY SOEVYN, a Certified Shorthand

3      Reporter of the State of California, do hereby

4      certify:

5            That the foregoing proceedings were taken

6      before me at the time and place herein set forth;

7      at which time the witness was put under oath by me;

8            That the testimony of the witness, the

9      questions propounded, and all objections and

10     statements made at the time of the examination were

11     recorded stenographically by me and were thereafter

12     transcribed;

13           That a review of the transcript by the

14     deponent was/ was not requested;

15           That the foregoing is a true and correct

16     transcript of my shorthand notes so taken.

17           I further certify that I am not a relative

18     or employee of any attorney of the parties, nor

19     financially interested in the action.

20           I declare under penalty of perjury under

21     the laws of California that the foregoing is true

22     and correct.  Dated this 26th day of September,

23     2025.

24

25           ASHLEY SOEVYN