# Exhibit 187

**From:** Danny Greenberg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EEF0361ECF8749B2A1571DEBAEE3370A-DANNY GREEN]
**Sent:** 7/24/2024 12:22:49 PM
**To:** Jennifer Abel [ ]
**CC:** Jamey Heath [ ]; Matthew Mitchell [ ]
**Subject:** Re: Timely//Few things

Thanks Jennifer. Should have some more premiere information later today or tomorrow. Here to discuss all whenever works for everyone.

Sent from my iPhone

On Jul 24, 2024, at 9:23 AM, Jennifer Abel < > wrote:

**EXTERNAL**

Jamey & Danny— appreciate you both keeping us in the loop and updated in real time regarding the potential situation...

Just wanted to send a friendly reminder if you could please share with us the legal letter that was sent by BL and her team—per our conversation, we will go through point by point and draft context surrounding each situation. We can then flag what we are missing that would be helpful to arm us in the case we need to refute any of the claims.

Jamey, understand that you are also compiling info on the various incidents which will be helpful to ensure we are in the know on everything—we will need potential witnesses, locations/context, people who could be in our corner to speak on background to refute any claims, and provide additional color surrounding the atmosphere on set. To reiterate our strategy, we should not be to do anything proactive that could light our own fire unnecessarily—while it isn't ideal to be on the defense, due to the ambiguity & uncertainty of what could potentially be claimed, we will just need to be prescriptive in immediately refuting whatever is made public with facts, third party sourcing on background, and if necessary, a legal response.

Please also keep us posted on where conversations net out with Sony and the premiere—Until then, we are moving forward business as usual. I communicated this previously, but just to arm you further in your conversations, it's an easy thing to orchestrate a staggered arrival to ensure there is no crossing of paths on the carpet, screening, and JB can easily skip the afterparty.

Here for any questions in the meantime and we will standby—

Thank you,

-Jennifer

Jennifer Abel | JONESWORKS
www.jonesworks.com


Exhibits#:
Greenberg 27
9/19/2025

CONFIDENTIAL                                              WME_00001300

JONESWORKS observes 'Summer Fridays' from Memorial Day to Labor Day. While our offices will be closing at 1pm PT/ET, we will still be checking email periodically and are reachable via phone for any timely matters.

CONFIDENTIAL

WME_00001301