# Exhibit 188

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 6 | Date Range: 7/24/2024 |

### Outline of Conversations



iMessage Chat: ▮▮▮▮ • 6 messages on 7/24/2024 • Custodian: Abel, Jennifer <▮▮▮▮> • Custodian: Abel, Jennifer <▮▮▮▮> • Stephanie Jones <▮▮▮▮> • System Message <>

Exhibit: 14
Witness: ABEL
Date: 9/25/25
CSR#12019: Ashley Soevyn

Confidential

JONESWORKS_00012591

Messages in chronological order (times are shown in GMT -04:00)

| | | | |
|---|---|---|---|
| 🍎 | **iMessage Chat:** ▮▮▮▮ | | |
| SJ | **Stephanie Jones** <▮▮▮▮> <br> fyi since our zoom with matthew he has gotten two opps for austin in last few days | ▶ | 7/24/2024, 2:02 PM |
| | Receipts • Custodian: Abel, Jennifer <▮▮▮▮> [R:7/24/2024, 2:02 PM] | | |
| SJ | **Stephanie Jones** <▮▮▮▮> <br> i sent him one off and ▮▮▮ also was happy | ▶ | 7/24/2024, 2:02 PM |
| | Receipts • Custodian: Abel, Jennifer <▮▮▮▮> [R:7/24/2024, 2:02 PM] | | |
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮> <br> Oh that's so good! | ◀ | 7/24/2024, 2:16 PM |
| | Receipts • Stephanie Jones <▮▮▮▮> [D:7/24/2024, 2:16 PM] | | |
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮> <br> Also— I just got off the phone with Tera and she was asking for our Recs for a potential crisis comms team if they wanted to bring someone in to work hand in hand with us if needed. She mentioned hiltzik which she said you guys all worked together for ▮▮ but I said I would connect with you for best recos. | ◀ | 7/24/2024, 2:23 PM |
| | Receipts • Stephanie Jones <▮▮▮▮> [D:7/24/2024, 2:23 PM] | | |
| SJ | **Stephanie Jones** <▮▮▮▮> <br> def not hiltzik. he's not strong. who do you rec? i think actum could be amazing or shawn sachs team. | ▶ | 7/24/2024, 2:31 PM |
| | Receipts • Custodian: Abel, Jennifer <▮▮▮▮> [R:7/24/2024, 2:43 PM] | | |
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮> <br> I've only ever worked with hiltzik or Shawn Sachs. Not familiar with actum but I trust your recs here!! | ◀ | 7/24/2024, 2:44 PM |
| | Receipts • Stephanie Jones <▮▮▮▮> [D:7/24/2024, 2:44 PM] | | |