# Exhibit 191

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - x
 4   STEPHANIE JONES AND         :
 5   JONESWORKS LLC,             :
 6      Plaintiffs,              : Civ. Action No.
 7      v.                       : 1:25-cv-00779-LJL
 8   JENNIFER ABEL, MELISSA      :
 9   NATHAN, JUSTIN BALDONI,     :
10   WAYFARER STUDIOS LLC,       :
11   AND JOHN DOES 1-10,         :
12         Defendants.           :
13   - - - - - - - - - - - - x
14
15        Videotaped Deposition of STEPHANIE JONES
16                  New York, New York
17              Tuesday, September 16, 2025
18                      9:16 A.M.
19            CONFIDENTIAL - ATTORNEYS' EYES ONLY
20
21
22   Job No.: 594347
23   Pages: 1 - 280
24   Reported By: Anita M. Trombetta, RMR, CRR,
25   California CSR No. 14647
```

| | | |
|---|---|---|
| 1 | It was -- | 10:17:17 |
| 2 | Q   And what happened -- and what happened in | 10:17:18 |
| 3 | 2023 that was the reason that you halted referring | 10:17:21 |
| 4 | business to her? | 10:17:26 |
| 5 | A   An associate of one of my clients had a | 10:17:27 |
| 6 | hotel room at the Setai, and a very young aspiring | 10:17:44 |
| 7 | singer was found dead in the bathtub.  And it was | 10:17:55 |
| 8 | my understanding that she was handling crisis for | 10:18:04 |
| 9 | that associate of my client's.  And that's when I | 10:18:09 |
| 10 | stopped recommending her. | 10:18:23 |
| 11 | Q   Do you recall when in 2023 that you | 10:18:24 |
| 12 | stopped recommending her? | 10:18:28 |
| 13 | A   I don't recall exactly when that happened | 10:18:31 |
| 14 | in 2023.  I know that also the incident happened | 10:18:41 |
| 15 | before -- well before it was in the press. | 10:18:45 |
| 16 | Q   You know that the incident happened before | 10:18:52 |
| 17 | it was in the press; is that correct? | 10:18:55 |
| 18 | A   The press -- it's my understanding based | 10:18:56 |
| 19 | on conversations and also the press that it had | 10:19:01 |
| 20 | happened at a prior date but somehow hadn't gotten | 10:19:08 |
| 21 | out in the press, yes. | 10:19:11 |
| 22 | Q   And what about that situation bothered you | 10:19:13 |
| 23 | so much that you stopped referring business to | 10:19:17 |
| 24 | her? | 10:19:19 |
| 25 | A   She had made a phone call to someone on | 10:19:19 |

| | | |
|---|---|---|
| 1 | Q  What -- what did you tell your client? | 10:21:17 |
| 2 | A  This is unethical.  This isn't the way we | 10:21:20 |
| 3 | operate. | 10:21:24 |
| 4 | And I had read, you know, about it and it | 10:21:28 |
| 5 | was awful.  And I was -- the girl was really | 10:21:34 |
| 6 | young, so I was upset that she was trying to | 10:21:39 |
| 7 | change her name. | 10:21:42 |
| 8 | And I said, as a mom, also, it was just | 10:21:42 |
| 9 | like, what are we doing.  And it just -- yeah. | 10:21:45 |
| 10 | Q  What about the services that she was | 10:21:50 |
| 11 | providing, what about those bothered you? | 10:21:55 |
| 12 | A  I'm sorry, I don't -- I'm not following. | 10:21:58 |
| 13 | What do you mean? | 10:22:01 |
| 14 | Q  Maybe I'm mischaracterizing it.  So let me | 10:22:02 |
| 15 | step back and ask it a different way, is it fair | 10:22:06 |
| 16 | to say that you were upset that Melissa Nathan | 10:22:11 |
| 17 | took on that person as a client in that situation? | 10:22:13 |
| 18 | ATTORNEY TAHLER:  Objection. | 10:22:19 |
| 19 | A  No.  I was upset that she was trying to do | 10:22:19 |
| 20 | something unethical. | 10:22:27 |
| 21 | Q  And what was unethical? | 10:22:28 |
| 22 | A  I guess the girl's name was different on | 10:22:32 |
| 23 | her birth certificate, but she was known by her | 10:22:43 |
| 24 | artist name, if you will, I guess.  I don't really | 10:22:45 |
| 25 | know, but I know that she was trying to -- it | 10:22:49 |

| | | |
|---|---|---|
| 1 | bothered me that she was trying to misrepresent | 10:22:52 |
| 2 | who the girl was to create confusion. | 10:22:56 |
| 3 | Q  And in terms of misrepresenting who the | 10:22:58 |
| 4 | girl was, you're referring to the girl's name; is | 10:23:02 |
| 5 | that correct? | 10:23:05 |
| 6 | ATTORNEY TAHLER:  Objection. | 10:23:07 |
| 7 | A  I don't remember the exact details of all | 10:23:07 |
| 8 | the things that she wanted us to serve as a source | 10:23:17 |
| 9 | for, meaning Jonesworks, but I do remember telling | 10:23:21 |
| 10 | my client we should not be a second source at all, | 10:23:27 |
| 11 | and this is because we're not privy to any of | 10:23:32 |
| 12 | this.  And I -- I knew Melissa hadn't called me to | 10:23:34 |
| 13 | ask me because she knew I wouldn't have done that. | 10:23:43 |
| 14 | And there were several things that she was | 10:23:51 |
| 15 | asking the team to serve as a source on, and we | 10:23:54 |
| 16 | should not have been sources.  But she was doing | 10:23:58 |
| 17 | it under the guise of, like, protecting our client | 10:24:01 |
| 18 | because of his association with him, the client | 10:24:05 |
| 19 | she was representing. | 10:24:07 |
| 20 | Q  And did your client not want that? | 10:24:10 |
| 21 | ATTORNEY TAHLER:  Objection. | 10:24:12 |
| 22 | A  If I recall, he was very upset.  I was | 10:24:13 |
| 23 | upset.  I was emotional on the call with him.  And | 10:24:25 |
| 24 | he was very upset that she had called someone on | 10:24:32 |
| 25 | my team as well and told me he was going to handle | 10:24:39 |

1  it.                                                          10:24:44
2      Q  Is that why you were upset, because your              10:24:45
3  client was upset?                                            10:24:53
4          ATTORNEY TAHLER:  Objection.                         10:24:54
5      A  No, I've already answered earlier that I              10:24:55
6  was upset at what she was asking us to do, because           10:24:58
7  it was unethical.                                            10:25:01
8      Q  Right.                                                10:25:02
9          And when you say what she was asking you             10:25:03
10 to do was to serve as a source of some kind,                 10:25:06
11 correct?                                                     10:25:09
12         ATTORNEY TAHLER:  Objection.                         10:25:10
13     A  Correct.                                              10:25:10
14     Q  And what did she want your company to                 10:25:10
15 serve as a source about?  I know you testified to            10:25:14
16 the name, but was there something else that she              10:25:18
17 wanted you to act as a source on?                            10:25:22
18     A  Yeah, I had said earlier that I didn't                10:25:24
19 remember exactly what all those details were, but            10:25:27
20 that there were several things in addition to                10:25:29
21 saying her name wasn't this, it was that, was one            10:25:35
22 that sticks out to me that I recall.                         10:25:38
23     Q  Did you ever do any research on what this             10:25:42
24 young woman's real name was?                                 10:25:44
25     A  Yes.                                                  10:25:46

| | | |
|---|---|---|
| 1 | A   I met her when she was working at CAA. | 11:40:50 |
| 2 | And then she went to work at Westbrook, | 11:40:53 |
| 3 | Will Smith's company. | 11:40:56 |
| 4 | Q   And what was her role at Westbrook, if you | 11:40:57 |
| 5 | know? | 11:41:02 |
| 6 | A   I believe that she was -- I think she | 11:41:02 |
| 7 | might have been president there also. | 11:41:06 |
| 8 | Q   Do you know whether or not Tera Hanks was | 11:41:15 |
| 9 | involved in making the decision to bring on | 11:41:17 |
| 10 | Melissa Nathan as a crisis person? | 11:41:22 |
| 11 | A   I can't remember the exact verbatim of her | 11:41:27 |
| 12 | text to me, but it was just to me.  And I believed | 11:41:32 |
| 13 | that she said "we," so I assume that she was. | 11:41:36 |
| 14 | Q   Did you ever tell her, whether it in | 11:41:51 |
| 15 | writing or orally, that she was making a mistake | 11:41:57 |
| 16 | by bringing in Melissa Nathan? | 11:42:00 |
| 17 | A   I believe that I texted her and put it in | 11:42:04 |
| 18 | writing, and then I believe we had a call as well, | 11:42:14 |
| 19 | where I shared -- knowing that she was a mom of | 11:42:17 |
| 20 | five girls, I shared with her what I had witnessed | 11:42:21 |
| 21 | Melissa doing that I felt was really unethical | 11:42:37 |
| 22 | with a friend, an associate of my client's. | 11:42:40 |
| 23 | And I said this is someone who is trying | 11:42:47 |
| 24 | to -- said something to the effect of this is | 11:42:50 |
| 25 | someone who is trying to, like -- I just -- I said | 11:42:59 |

| | | |
|---|---|---|
| 1 | this is something to the effect of:  You're a mom | 11:43:11 |
| 2 | of five girls.  This is a woman who was literally | 11:43:15 |
| 3 | trying to pretend like this young dead artist in a | 11:43:18 |
| 4 | hotel room didn't exist.  And -- and it's not | 11:43:23 |
| 5 | someone we want to work with.  It's really bad. | 11:43:30 |
| 6 | 　　　　And I hoped that appealing to her being a | 11:43:41 |
| 7 | mom of five girls, which we talked a lot about in | 11:43:44 |
| 8 | the time I knew her, that she would understand how | 11:43:50 |
| 9 | deeply unethical Melissa was, and that surely that | 11:43:52 |
| 10 | would make her realize this isn't someone we want | 11:43:58 |
| 11 | to align Justin with. | 11:44:01 |
| 12 | 　　　　And I also texted Justin.  I am someone | 11:44:08 |
| 13 | who speaks up.  I don't care if my client is rich. | 11:44:11 |
| 14 | I don't care if they're famous.  They're often | 11:44:16 |
| 15 | surrounded by "yes" people. | 11:44:19 |
| 16 | 　　　　And I -- I texted Justin.  I think that I | 11:44:22 |
| 17 | tried to call him as well and he didn't answer. | 11:44:26 |
| 18 | And he texted me back that he was letting Jamey | 11:44:31 |
| 19 | make the decision because it was too heavy for him | 11:44:38 |
| 20 | to hold. | 11:44:41 |
| 21 | 　　Q   Other than the situation with your | 11:44:43 |
| 22 | client's associate -- do you mind if I refer to | 11:44:54 |
| 23 | that situation as the Miami situation? | 11:44:59 |
| 24 | 　　A   The dead girl in a jacuzzi, face down, who | 11:45:02 |
| 25 | was in her 20s, sure. | 11:45:05 |

| | | |
|---|---|---|
| 1 | JONESWORKS_39988 through 39991. | 15:43:18 |
| 2 |   THE WITNESS: Stephanie Jones 5. | 15:42:43 |
| 3 |   (Stephanie Jones Exhibit 5, marked for | 15:42:43 |
| 4 | identification.) | 15:42:43 |
| 5 | BY ATTORNEY FREEDMAN: | 15:42:43 |
| 6 |  Q It's a text message between yourself and | 15:43:14 |
| 7 | Scooter Braun -- a text message string between | 15:43:41 |
| 8 | yourself and Scooter Braun, dated August 15th. | 15:43:48 |
| 9 |   Do you need a minute to look at it? | 15:44:03 |
| 10 |  A Yeah, let me just refresh my memory on | 15:44:04 |
| 11 | this. | 15:44:06 |
| 12 |   (Document review.) | 15:44:12 |
| 13 |   (Reporter clarification.) | 15:44:21 |
| 14 |   THE WITNESS: I'm just reading out loud, | 15:44:22 |
| 15 | sorry. | 15:44:24 |
| 16 |   (Reviewing document sotto voce.) | 15:44:57 |
| 17 |  A Okay. | 15:44:57 |
| 18 |  Q On August 15th, 2024, did you communicate | 15:44:57 |
| 19 | to Scooter Braun that Melissa Nathan was planting | 15:45:00 |
| 20 | stories so that she could kill them? | 15:45:03 |
| 21 |  A I believe this was after -- yes, it was | 15:45:19 |
| 22 | after I returned from my trip. And, yes, I do | 15:45:30 |
| 23 | remember -- I believe that. | 15:45:35 |
| 24 |  Q What stories were you referring to? | 15:45:38 |
| 25 |  A On -- I believe it was August 9th, Jen, on | 15:45:44 |

| | | |
|---|---|---|
| 1 | a text with my client, Wayfarer, said that Leslie | 15:45:57 |
| 2 | Sloane or Blake's publicist.  I can't recall the | 15:46:04 |
| 3 | exact message, but that Sony, as well as Leslie | 15:46:07 |
| 4 | Sloane, Blake Lively's publicist, had heard that I | 15:46:12 |
| 5 | had leaked something to the Daily Mail and it had | 15:46:19 |
| 6 | broken up the truce or something to that effect. | 15:46:23 |
| 7 | And then I don't know if Jamey's text came | 15:46:27 |
| 8 | before that or after that, but Jamey Heath texted | 15:46:31 |
| 9 | me something of, like, my name in quotes. | 15:46:34 |
| 10 | Stephanie Jones, we just heard that Stephanie | 15:46:36 |
| 11 | Jones -- again something similar to leaking | 15:46:39 |
| 12 | something to the Daily Mail. | 15:46:43 |
| 13 | Q  Were you trying to get Scooter Braun to | 15:46:51 |
| 14 | fire Melissa Nathan? | 15:46:55 |
| 15 | ATTORNEY TAHLER:  Objection. | 15:46:56 |
| 16 | A  Are we still on the same -- oh, by sending | 15:46:57 |
| 17 | that text? | 15:47:03 |
| 18 | Q  Saying -- telling Scooter that Melissa | 15:47:03 |
| 19 | Nathan was planting stories so that she could kill | 15:47:06 |
| 20 | them, was the purpose of sending that to Scooter | 15:47:10 |
| 21 | Braun to try to get him to fire her? | 15:47:12 |
| 22 | A  I was telling Scooter what I believed to | 15:47:16 |
| 23 | be true because it is something that I speculated | 15:47:21 |
| 24 | in the past as well.  And I believed that given | 15:47:25 |
| 25 | she is constantly talking to Daily Mail -- and I | 15:47:29 |

1    don't know if she used to work there, if her                15:47:35
2    sister used to work there, but she had a deep               15:47:38
3    connection with Daily Mail, and that would be one           15:47:40
4    of her go-to places she would always go to.  And            15:47:42
5    the fact that they were blaming me for it because           15:47:46
6    -- when I knew I hadn't, and I was on family                15:47:48
7    vacation, I thought she was, A, behind my Business          15:47:51
8    Insider piece.  I felt strongly that she was,               15:47:57
9    which we've since found out was right.                      15:48:01
10         And I -- I knew that she was the one who              15:48:03
11   had gone to Daily Mail or Jen, but I felt firmly            15:48:05
12   that it was Melissa because the inquiry we got was          15:48:10
13   about three influencers or a number of influencers          15:48:17
14   who were on the carpet or who noticed that Blake            15:48:22
15   and Justin didn't pose together on the carpet.              15:48:26
16         And it just so happened to be, which I                15:48:33
17   think I noted, that Henry on our social team had            15:48:35
18   sent those.  Out of all the ones that were out              15:48:40
19   there, he had curated a few, and those were the             15:48:43
20   ones that were in the story.                                15:48:46
21         And it was my belief that Henry had                   15:48:47
22   forwarded them to Jen and Jen had shared them and           15:48:49
23   -- in order to get a big retainer from Justin and           15:48:53
24   justify that she needed to come on board, my                15:48:56
25   assumption was that she took those social media             15:48:59

1  posts to the Daily Mail and had them do a story so                15:49:05
2  she could say, look, you urgently need to hire me                  15:49:11
3  now, it's -- you know, there is this Daily Mail.                   15:49:14
4      And I think they also knew that Justin                         15:49:18
5  wasn't following closely, nor was Jamey, nor was                   15:49:20
6  Tera, which articles were saying what and they                     15:49:23
7  tried to portray that this article was negative                    15:49:27
8  about Blake and broken the truce and I had done                    15:49:30
9  it. And it wasn't true, it was false. That was a                   15:49:33
10 lie.                                                               15:49:35
11      And I couldn't think of any other                             15:49:37
12 explanation as to why they would want to lie and                   15:49:39
13 blame me for something like that, unless they were                 15:49:42
14 behind it. And I also knew that she wanted to get                  15:49:44
15 hired by Justin. And there were, you know, lots                    15:49:47
16 of texts, chats about this that we later                           15:49:51
17 discovered.                                                        15:49:55
18   Q  In this text string, you are commenting on                    15:50:01
19 the Business Insider piece and you say 53 -- you                   15:50:03
20 had 53 people text you how bad ass you are.                        15:50:07
21      Do you see that?                                              15:50:12
22   A  Yes.                                                          15:50:13
23   Q  Is that true?                                                 15:50:14
24   A  I don't recall. I just -- I had gotten a                      15:50:16
25 lot of incoming texts and people were trying to                    15:50:19

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2       I, ANITA M. TROMBETTA, RMR, CRR, and Certified
3    California Shorthand Reporter, the officer before
4    whom the foregoing deposition was taken, do hereby
5    certify that the foregoing transcript is a true
6    and correct record of the testimony given; that
7    said testimony was taken by me stenographically
8    and thereafter reduced to typewriting under my
9    direction; that reading and signing was requested
10   [or not requested, as appropriate]; and that I am
11   neither counsel for, related to, nor employed by
12   any of the parties to this case and have no
13   interest, financial or otherwise, in its outcome.
14        IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 17th day of
16   September, 2025.
17   My commission expires: 10.07.2025
18
19
20
21   _____
22   Anita M. Trombetta, RMR, CRR
23
24
25
```