# Exhibit 192

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 22 | Date Range: 7/26/2024 |

## Outline of Conversations

💬 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇/System Message chatroom • 22 messages on 7/26/2024 • Breanna Butler (▇▇▇▇▇) • Katherine Case (▇▇▇▇▇▇▇) • Katie Case (▇▇▇▇▇) • System Message (System Message)

CONFIDENTIAL                                                                                                                                         KCASE-000005073

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | | |
|---|---|---|
| 💬 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆/System Message chatroom | |
| KC | **Katie Case** (▆▆▆▆▆▆) | 7/26/2024, 7:44 AM |
| | So last night wasn't 2 hours it was 2 lol | |
| KC | **Katie Case** (▆▆▆▆▆▆) | 7/26/2024, 7:44 AM |
| | So last night wasn't 3 hours it was 2 lol | |
| KC | **Katie Case** (▆▆▆▆▆▆) | 7/26/2024, 7:46 AM |
| | When you're online give me a call and we can run through it | |
| KC | **Katie Case** (▆▆▆▆▆▆) | 7/26/2024, 8:11 AM |
| | [url:'https://p72-content.icloud.com/M3DF4DCC7931064B786AAF856E86BB42335D09792892AED00887EF9E19AB23ECF.C01USN00'] | |

*Attachment: __Library_SMS_Attachments_98_08_EEBC4716-E603-48D1-84E8-332AF7984AB9_Screenshot 2024-07-25 at 8.44.24_PM.heic (52 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** (▆▆▆▆▆▆) | 7/26/2024, 11:29 AM |
| | I do think we need to bother Melissa with the wayfarer studios scope because it was brought to her specifically by Jen Abel… | |
| KC | **Katie Case** (▆▆▆▆▆▆) | ▆▆▆▆ |
| | What do you think | |
| BB | **Breanna Butler** (▆▆▆▆▆▆) | ▆▆▆▆ |
| | Yes she needs to take a look at it | |
| BB | ▆▆▆▆▆▆ (▆▆▆▆▆▆) | ▆▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |
| KC | ▆▆▆▆▆▆ (▆▆▆▆▆▆) | ▆▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆ | |
| KC | ▆▆▆▆▆▆ (▆▆▆▆▆▆) | ▆▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆ | |
| KC | **Katie Case** (▆▆▆▆▆▆) | ▆▆▆▆ |
| | Sorry also can you chat with Jen Abel at 12:30 | |
| BB | **Breanna Butler** (▆▆▆▆▆▆) | ▆▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |
| KC | ▆▆▆▆▆▆ (▆▆▆▆▆▆) | ▆▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |
| KC | ▆▆▆▆▆▆ (▆▆▆▆▆▆) | ▆▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆ | |
| KC | ▆▆▆▆▆▆ (▆▆▆▆▆▆) | ▆▆▆▆ |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | |



CONFIDENTIAL

# Page Ending in KCASE-000005076 Intentionally Omitted



CONFIDENTIAL

KCASE-000005077