# Exhibit 194

## Short Message Report

| Conversations: 1 | Participants: 5 |
| --- | --- |
| Total Messages: 89 | Date Range: 7/29/2024 |

### Outline of Conversations



[REDACTED] **chatroom** • 89 messages on 7/29/2024 • Breanna Butler ([REDACTED]) • Carolina ([REDACTED]) • Katherine Case ([REDACTED]) • Katie Case ([REDACTED]) • Melissa Nathan ([REDACTED])

**Messages in chronological order** (times are shown in GMT -04:00)

[REDACTED] **chatroom**

MN **Melissa Nathan** ([REDACTED]) 7/29/2024, 9:03 AM
I'm getting ready to go to [REDACTED] house. I'm leaving here at 8 am..
I don't have time to talk to you about CT now I have to talk Later

MN **Melissa Nathan** ([REDACTED]) 7/29/2024, 9:03 AM
What I do need is an updated where we are on all clients

MN **Melissa Nathan** ([REDACTED]) 7/29/2024, 9:03 AM
So I can run that through with him

MN **Melissa Nathan** ([REDACTED]) 7/29/2024, 9:05 AM
Definitely secured Justin

I don't know why we haven't heard back from the lawyer on the sports one I did

And I also need anything else in writing that you need me to bring after [REDACTED]

KC **Katie Case** ([REDACTED]) 7/29/2024, 9:14 AM
Carolina or Breanna can you guys please update the list I sent to Melissa on Wednesday — I can forward you the thread. I'm heard to a breakfast meeting and I'm not at my computer.

Totally fine to not chat [REDACTED] this AM! Our call is at noon PT is it ok to chat before then if you can?

KC **Katie Case** ([REDACTED]) 7/29/2024, 9:18 AM
Just sent the thread

KC **Katie Case** ([REDACTED]) 7/29/2024, 9:18 AM
Needs to be updated with the clients from the weekend

MN **Melissa Nathan** ([REDACTED]) 7/29/2024, 9:20 AM
I will be there at 10-12
I [REDACTED] and do calls
Will have to speak directly after

KC **Katie Case** ([REDACTED]) 7/29/2024, 9:20 AM
That's totally fine!! Thank you!

BB **Breanna Butler** ([REDACTED]) 7/29/2024, 9:22 AM
Yes am updating

BB **Breanna Butler** ([REDACTED]) 7/29/2024, 9:32 AM
MN - because your morning is busy let's do this: 1. Me/KC/CH will do team call without you, to walk through process of what junior needs to be doing what for organizational and new biz purposes so we can avoid last minute scramble

2. Then I think the 4 of us have a quick chat today or tomorrow to go over new biz, some internal flags and just general check in as we need it

MN **Melissa Nathan** ([REDACTED]) 7/29/2024, 9:33 AM
Ok great
Let's do that

BB **Breanna Butler** ([redacted]) 7/29/2024, 9:39 AM
Lastly, do you have any notes/updates from yesterday's call with Justin so me and KC can jump in and lead?

MN **Melissa Nathan** ([redacted]) 7/29/2024, 9:40 AM
Not really just real shit I sent to katie but can explain later

BB **Breanna Butler** ([redacted]) 7/29/2024, 9:58 AM
Ok

BB **Breanna Butler** ([redacted]) 7/29/2024, 10:08 AM
Also, before I forget, Zoe sent a really sweet note to me on Friday night saying how she has loved so much working with us thus far. Is very interested in potential hiring opportunity and what would this process look like…

MN **Melissa Nathan** ([redacted]) 7/29/2024, 10:11 AM
I chatted her as well

C [redacted] ([redacted]) 7/29/2024, 11:08 AM
[redacted]

KC [redacted] ([redacted]) 7/29/2024, 11:10 AM
[redacted]

KC [redacted] ([redacted]) 7/29/2024, 11:11 AM
[redacted]

C [redacted] ([redacted]) 7/29/2024, 11:14 AM
[redacted]

C [redacted]) 7/29/2024, 11:15 AM
[redacted]

KC [redacted] ([redacted]) 7/29/2024, 11:15 AM
[redacted]

KC [redacted]) 7/29/2024, 11:15 AM
[redacted]

MN [redacted] ([redacted]) 7/29/2024, 11:35 AM
[redacted]

C [redacted] ([redacted]) 7/29/2024, 11:35 AM
[redacted]

MN [redacted]) 7/29/2024, 11:35 AM
[redacted]

C [redacted]) 7/29/2024, 11:36 AM
[redacted]

C [redacted]) 7/29/2024, 11:36 AM
[redacted]

MN [redacted]) 7/29/2024, 11:36 AM
[redacted]

MN [redacted] ([redacted]) 7/29/2024, 11:36 AM
[redacted]

MN [redacted]) 7/29/2024, 11:36 AM
[redacted]

C [redacted]) 7/29/2024, 11:36 AM
[redacted]

C [redacted]) 7/29/2024, 11:36 AM
[redacted]

C [redacted]) 7/29/2024, 11:36 AM
[redacted]

MN [redacted]) 7/29/2024, 11:37 AM
[redacted]

C [redacted] ([redacted]) 7/29/2024, 11:37 AM
[redacted]

C [redacted]) 7/29/2024, 11:37 AM
[redacted]

MN [redacted] 7/29/2024, 11:37 AM

MN [redacted] 7/29/2024, 11:37 AM

C [redacted] 7/29/2024, 11:38 AM

C [redacted] 7/29/2024, 11:39 AM

C [redacted] 7/29/2024, 11:39 AM

C [redacted] 7/29/2024, 11:40 AM

MN [redacted] 7/29/2024, 11:40 AM

I

C [redacted] 7/29/2024, 11:41 AM

MN [redacted] 7/29/2024, 11:41 AM

C [redacted] 7/29/2024, 11:41 AM

KC

C

C

C

BB

C

C

C

C

C

KC

KC

KC

C

7/29/2024, 12:40 PM

KC
BB
BB
7/29/2024, 1:18 PM
7/29/2024, 1:18 PM
7/29/2024, 1:18 PM
7/29/2024, 1:18 PM
7/29/2024, 1:18 PM
7/29/2024, 1:18 PM
7/29/2024, 1:19 PM
7/29/2024, 1:21 PM
7/29/2024, 1:22 PM
7/29/2024, 1:22 PM
7/29/2024, 1:22 PM

CONFIDENTIAL KCASE-000000575

C [redacted] 7/29/2024, 1:22 PM

C [redacted] 7/29/2024, 2:07 PM

KC [redacted] 7/29/2024, 2:07 PM

MN [redacted] ([redacted]) 7/29/2024, 2:21 PM
[redacted]

BB [redacted] 7/29/2024, 2:21 PM

MN [redacted] 7/29/2024, 2:21 PM

MN [redacted] 7/29/2024, 2:21 PM

C [redacted] ([redacted]) 7/29/2024, 2:21 PM
[redacted]

MN [redacted] 7/29/2024, 2:21 PM