# Exhibit 195

# Exhibit 195

# chat912757019456371569

**Thread Participants:** ███ Jamey Heath; Jennifer Able; ███ Henny Grace (Owner); J B (Owner)
**Active Participants:** ███ Henny Grace (Owner); ███ Jennifer Able
**First Message:** 8/2/2024 9:15:37 AM
**Last Message:** 8/2/2024 10:02:11 AM

---

**Henny Grace (Owner)**
Morning
Not in love with the document they sent -
Not sure I'm feeling the protection I felt on the call
8/2/2024 9:15:37 AM

**Jennifer Able**
This is the first time I've personally gone through scenario planning with them so I think let's let them discuss the thinking behind the document and the actual process and protocol of how they implement these things. That's the most important part of this is how quickly they can shut things down and place stories in your favor. Be honest on this call and let's give real feedback to each point.
8/2/2024 9:19:48 AM

**Henny Grace (Owner)**
Yeah, just feels very much like there is much defense and also them feeling strong like she's going to do something just a bit concerning what everyone had originally thought
8/2/2024 9:24:18 AM

**Henny Grace (Owner)**
*Edited*
Yeah, just feels very much like there is not much defense and also them feeling strong like she's going to do something just a bit concerning what everyone had originally thought
8/2/2024 9:24:27 AM

**Jennifer Able**
The truth is your defense. You have done nothing wrong and there is over a year worth of facts and paper trails and people who can go on background as your defense. This document is an overview. And I think as the situation evolved, and as it has become realized the great lengths she has gone to in order to cut you out of not just the film but promo, the premiere, etc, we need to prepare as if she will also go through any great lengths with press. It's a good thing if we all prepare for the worst outcome because then if and when it's not as bad, we are OVER prepared.
8/2/2024 9:40:35 AM

CONFIDENTIAL    BALDONI_000016442



> **Henny Grace (Owner)**
> Please get the lawyer hired asap.
> 8/2/2024 10:00:45 AM

> **Jennifer Able**
> It's my understanding Steve is already all over that but I'm here to help!
> 8/2/2024 10:02:11 AM

CONFIDENTIAL

BALDONI_000016443