# Exhibit 196

| | |
|---|---|
| **From:** | Katie Case < ████ > |
| **Sent:** | Sun, 4 Aug 2024 19:51:19 -0400 (EDT) |
| **To:** | Melissa Nathan < ████ > |
| **Subject:** | For this call -- |

These are the items noted in her "I won't come to work unless these are adhered to"

### Protections for Return to Production

In order for Blake Lively (BL) to be able to return to production on the Film, **each** of the following protections must be agreed to in writing and met without fail going forward:

1. An intimacy coordinator must be present at all times when BL is on set.

2. There must be a closed set during the rehearsal or filming of any scene involving simulated sex or nudity and any observation via remote monitors shall l

3. There is to be no spontaneous improvising of any scenes involving physical touching, simulated sex, or nudity. Scenes involving kissing, depictions of s

4. Physical touching and/or comments on BL's physical appearance must only be done/made in connection with the character and scene work, not as to B

    a. There are to be no discussions of personal experiences with sex or nudity, including as it relates to conduct with spouses or others.

5. No one will enter, attempt to enter, interrupt, pressure, or request entrance to BL's trailer while she is in a state of undress for any reason.

6. There shall be no rehearsal or filming of any nudity and/or simulated sex without the Nudity Rider in place. Any such footage previously shot without the

7. BL may have a representative of her choosing present with her on set for the remainder of the rehearsal and shooting days, including while on a closed s

8. If BL is exposed to COVID-19, she must be provided notice as soon as possible after Wayfarer or any producer or production executive becomes aw

9. There shall be no retaliation of any kind against BL for raising concerns about the conduct described in this letter or for these requirements. Any change

10. Sony must have a mutually-approved representative on set for the remainder of the rehearsal and shooting days, including on a closed set, to actively su

11. Wayfarer will engage an additional, experienced A-level producer, approved by Ms. Lively, to actively supervise the production, including monitoring t

12. Wayfarer must empower any existing third party producer with appropriate and customary authority to actively supervise the production, including moni

13. Wayfarer will engage an A-list stunt double, approved by Ms. Lively, to rehearse and perform any scenes involving the character "Lily" that depicts rap

14. Any rehearsal or shooting involving Ms. Lively, or any other performer depicting the character of "Lily," that involves nudity (including partial nudity) o

15. Any and all day players must be engaged through customary industry talent agencies and not through personal connections of the director and/or produ

16. Hold an all-hands, in-person meeting before production resumes which will include the director, all producers, the Sony representative, the newly-engag