# Exhibit 198



**Chat with "Danny Greenberg" <■■■■■■■■> on August 4, 2024**

■■■■■■
Danny Greenberg <■■■■■■■■>Patrick Whitesell
<■■■■■■■■■■>Patrick Whitesell
<■■■■■■■■>

**Earliest item: 2024-08-04 16:52:28**
**Latest item: 2024-08-04 17:30:13**

**Sunday 04 August 2024**

Instant Message : Native Messages
From                                                    16:52:28
   Danny Greenberg <■■■■■■■>

Off tomorrow to NYC to this shit show. Kind of quiet now, but Justin's
crisis team ready for a war with her. They have all kinds of garbage on
her. My guess is if this blows up, RR will call you to make me clip our
guy. I'll put the over / under on that by next Monday. Maybe we'll get
lucky and it stays quiet but unlikely. Movie is going to work. That's it
for now brother.



Instant Message : Native Messages
From                                                    17:30:13
   Patrick Whitesell <■■■■■■■>

Ok.

Good luck

Fun times.

**End Thread**

Thread Statistics
                    **Instant Message Count**
         2



**Exhibits#:**

**Greenberg 28**
9/19/2025

CONFIDENTIAL                                          WME_00001318