# Exhibit 199

| | |
|---|---|
| From: | Jennifer Abel <​█​> |
| Sent: | Tue, 14 May 2024 21:00:00 -0400 (EDT) |
| To: | Justin Baldoni <​█​> |
| Cc: | Jamey Heath <​█​>; Team Baldoni <​█​>; WayfarerStudios <​█​>; Kenan Jackson <​█​> |
| Subject: | FW: IT ENDS WITH US | Guidance Based on EPK & Talking Points |
| Attachments: | Justin Talking Points.docx; It Ends With Us.docx |

Hi Justin,

As you know, Jamey, Matt & I did a call with the Sony publicity team (Danni & Kimberly) to go over some of their feedback once they had a chance to listen to the EPK interview that you gave during the trailer event.

Attached in the first document is their specific feedback to some of your questions. Overall, we agree with their POV, but we never want you to feel like you can't be authentic or speak from your heart. Your advocacy in this space is important, and was a driving factor to why you wanted to do this film in the first place, which we don't want to lose sight of.

Their main concern is TIME—as you know, majority of your interviews at the junket and for talk shows will average around 3-5 minutes at the most. So they wanted to provide some guidance of how to better approach the questions so that your point comes across without spending too much time in your personal reflections that could steer the interview away from the main point they want to hit; **that this is a entertaining blockbuster film, 'movie of the summer', that EVERYONE will enjoy... regardless of your own experiences (or lack thereof) with abuse.**

We would recommend taking some time to digest this and then we can discuss internally as a group—we can then do another call with you & Sony PR (maybe right before Book Bonanza?) to go over with them directly if you would find that helpful.

Please let us know your thoughts once you've had a chance to go over—thank you!

-Jennifer

Jennifer Abel | JONESWORKS
www.jonesworks.com

Exhibit: 49
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL                                                                                                      ABEL_000000665

# IT ENDS WITH US
## Guidance based on EPK Interview

**OVERALL GUIDANCE:**
- Keep in mind that the journalists only use a small portion for their final pieces, so we need to provide sound bites and, at most, two to three sentence answers. Anything longer will be cut or misconstrued, especially given this sensitive topic and how quickly out-of-context answers spread on social. You can still get your messaging across, just with carefully chosen words.
- While IT ENDS WITH US is an emotional, complicated story, it is also about hope and breaking free from the past and empowering yourself and your future. We want to focus on the positive elements in interviews. Discussing abuse, how abusers or the abused are perceived outwardly, takes us down a path that is not only dark but will detract from the primary messaging.
- Digging too deeply into personal stories will not only take time, but they will not be picked up by the media and they will go unused. It also opens the door for journalists to direct the conversation away from the movie.

*Below is language from your own EPK interviews which are right on target, and a few answers we would suggest pivoting away from:*

**How did you first get attached this project?**
- Colleen Hoover and I shared the same agent (note: don't need name of agent or the fact that it isn't currently Colleen's agent) who gave me the book
- Looking for content for my company Wayfarer that would touch people and impact people in a real way
- Story starts on the rooftop, sexy and interesting with Ryle and Lily, then goes deeper with many layers, really powerful and different.
- I thought, "Oh wow, I haven't ever seen anything like this" – excited for the challenge of bringing this to the big screen

Stay away from:
- "And I remember getting in bed and my wife was on the other side. And she just sees me reading this, like, pink, flowery book" –need to stay to the point with less of the personal flourishes and be succinct
- "I think it will help so many people" – let people discover this/say this for themselves
- "Because we all have trauma. We've all been through something." – too dark, need to focus on this as entertainment, you can get into the complicated subject matter in other ways
- "The ripple effects will be unquantifiable" – we don't want to give this film too much weight before people see it, let people say this for themselves, don't want to create high expectations especially with social media who pick up on every word

**What is this movie about? What about this story speaks to you?**
- This is a movie about hope, about women empowerment, about taking agency of your own life.
- It speaks to the different choices that we can make as individuals.
- We all have the beautiful opportunity to make the choices that Lily makes, at some point in our lives, to say those words – It ends with us.

- Everyone who reads it feels something and can relate in some way, and I hope my movie will create that same experience.

Stay away from:
- "Women who have been in this situation in a way that I don't think I ever could understand as a male." – Feel free to focus on women and how it helped you to better understand the challenges they face. But comparing the woman and man experience gets complicated because it starts to sound like all men are abusers or men can't be abused.
- "And I remember being very clear that I knew after I read that book that I would never again ask the question, why did she stay?" This gets too far into the abuse, and your movie addresses this beautifully!

### When did you first reach out to Colleen and what happened in that exchange?
- After I finished the book, I wrote Colleen an impassioned letter saying this is why I'm a filmmaker and why we make movies, to tell powerful stories like this.
- We exchanged beautiful notes back and forth – if you've never written to a romance novelist, I highly recommend it! I've saved all of our notes.
- She then saw my movie Five Feet Apart and told me I was absolutely the right person to make this film.
- Colleen Hoover was not yet a phenomenon that she is today, and I'm so honored to have been part of this from so early on

Stay away from:
- "Before it had become a global sensation, the book had already helped thousands of women leave situations like Lily was in. I knew that if we could find a way to adapt it, which we knew wasn't going to be easy, then we had the potential to impact millions of lives." This builds an expectation that will make it a target. Let audiences come to this conclusion. There's already been so many stories about how the book has touched lives, let the editors and audiences raise this messaging. You can say you're so proud to be part of this film because the book on which it's based has touched so many people. You can also say that this film will give this special and important story a broader audience.

### Tell us about the enthusiastic fans – people love this book! Was it intimidating to try to meet their high expectations?
- The fans have been a critical element of this project from Day One. We've listened to their input and been guided by their suggestions.
- It became this very symbiotic, reciprocal relationship where we just talked for hours in this focus group to find out what worked and what didn't – some things completely surprised us (but we don't want to give anything away so don't want to give examples)

### How did it feel taking on directing and being the star? How did that come about?
- At first, I hesitated because I wondered whether this film should be directed by a woman. But the more I thought about it, the more I realized that this is a human story that has an impact on everyone.
- Around that time, Colleen told me she really wanted me to play Ryle. She saw it in me before I saw it in me, so I'm grateful for that.
- One of my favorite lines from her book as saying no one thing makes someone a bad person, and no one's innately bad. They may be very normal, charming people who have a bad side

that no one else sees. So that gave me the freedom to play this character and find a way to relate to him.

Stay away from:
- "I realized a lot of fear was coming up. And I realized that that was a choice that was coming from fear, fear of what people might say or think and not from this place... Fear that I wasn't going to be enough, fear that I wasn't sexy enough" You can express your general anxiety without divulging your raw emotions so strongly and your inner fears – you want to give quick answers, and can still be genuine and get your basic message across.
- "And it was through conversations with my family and my wife and my therapist and my best friends that I was like, No, I have to explore this." – Too personal, could make the interview digress.
- "I don't need to use method acting or trying to, you know, play this person who was so different than me. But in my research on domestic abuse, in my work with our partners at No more.org and their work with survivors, the more I dug in and the more I learned about abusers, the more I realized that these are men that are just like they're charming, that these are men that are charming and kind and sweet and the life of the party and funny. And oftentimes men that you would never expect to be abusers. There are men that are in pain. There are men that have not dealt with their trauma. They're men that feel deeply insecure about themselves or their relationship and have not done the work. But it doesn't mean that they're bad or that you can tell upfront that they're an abuser." Too long and gets too deep into the abuse when you want to let people see the movie and find out for themselves, also too much into the psychology for a short interview.

**Tell me about Blake being cast as Lily and why it was important to get it right.**
- Lily had to be a mix of confident and strong and funny and charismatic and sarcastic and also deep, and it takes a very unique person to be able to be all of those things.
- Lily also has to be relatable, someone you would know whom you would assume would lead a charmed life, but bad things can happen to anyone.
- We may look on the outside and ask why someone would stay in a toxic relationship, so we wanted to cast someone strong and confident to show there is no blame or judgment in these situations but instead compassion and understanding.
- When I met Blake for the first time, it was just so clear. I remember leaving the meeting and saying, she is 100% Lilly.

Stay away from:
- "(When I met Blake, because she is so funny and smart and strong), I had this thought that. This can never happen to her, which is this little thing that popped into my head. Like it was like a doubt, almost as a filmmaker. Like what? People believe that. This strong, powerful woman could be in this situation." You don't need to use these words, because they will take the conversation down the "abuse" path. Also, it might be taken the wrong way.
- "I think the public talks about domestic abuse and the archaic conversation of why did she stay and the types of women and people who are in this situation for a long time. It's been equated with weakness." This focuses too much on abuse – you can touch on the subject matter without going too deep for junket interviews to get the audience in seats.
- "I knew that by casting somebody that was so smart and so funny and so confident that it would be very hard to imagine that that person could end up in an abusive relationship. And yet that was the exact reason why she was the perfect person to cast, because this movie

shows that this can happen to anybody. Because doesn't discriminate. These relationships don't discriminate. They're complex. There's love there. There's insecurity there. There's fear there. But this is not a byproduct of somebody being weak or uneducated or somebody that doesn't have friends. This is something that happens on a daily basis to far too many people. And the more intelligent and the more confident and the more dynamic that the person we cast to play Lily is. I think the war I think the more compassion that we will have for people in that situation." Too long, we have to be careful not to make this too much about abuse and our perceptions of abusers and the abused, but to keep focused on the film and on hope and agency. Any time we go down these other paths, the journalists will dig deeper and we will lose our focus.

### Talk about your supporting cast.
- Brandon plays Atlas, who is the heart and hope of the film, the reminder to Lily that she deserves better, and she deserves love. He had a rough childhood, and makes the higher choice, the more elevated choice. Unlike Ryle, he heals and becomes a safe space for Lily. He has a quiet strength. Brandon is beautiful in the film and plays the role with so much sensitivity and authenticity. His audition really moved us, that's how we knew he was the right one!
- Jenny Slate plays Ryle's sister and Lily's best friend. The most important ingredient in an emotional film is levity to create brightness and bring hope. So when I was thinking about Alyssa, who is this larger than life character, I wanted to find somebody who, without trying, could just make you smile every time she walked into a room. Who could make you laugh just with a look, but also had depth?

Stay away from:
- "And you know something that I wrote? I wrote a book for boys called Boys Will Be Human. And in the book I say, if us men can't learn to be safe spaces for ourselves, the world will never be a safe place for anybody." This gets too off-course; press will make the connection. The film messages this in the beautifully portrayed role of Atlas.
- "Atlas felt like a pit bull, but a pit bull that had been abused and then left at the shelter and that nobody wanted. But then somebody came and fed him and gave him love. And that pit bull became the most loyal, sweet, sensitive, caring animal that you could ever imagine. And I've met pit bulls like that in real life. At first you're afraid of them, and then you get to know them and they're like teddy bears. And to me, that's what Atlas was." Takes the conversation off-course when you can very briefly explain as per above without the metaphor.

### What is the message of the movie?
- This is a story of hope and healing, of empowerment and the decisions we make.
- It's a grounded love story that deals with complexities that every human can relate to universally.

CONFIDENTIAL
ABEL_000000669

# IT ENDS WITH US

August 9, 2024

(UPDATED 4/25/24)

**LOGLINE**
IT ENDS WITH US, the first Colleen Hoover novel adapted for the big screen, tells the compelling story of Lily Bloom (Blake Lively), a woman who overcomes a traumatic childhood to embark on a new life in Boston and chase a lifelong dream of opening her own business. A chance meeting with charming neurosurgeon Ryle Kincaid (Justin Baldoni) sparks an intense connection, but as the two fall deeply in love, Lily begins to see sides of Ryle that remind her of her parents' relationship. When Lily's first love, Atlas Corrigan (Brandon Sklenar), suddenly reenters her life, her relationship with Ryle is upended, and Lily realizes she must learn to rely on her own strength to make an impossible choice for her future.

**POSITIONING**
Blake Lively and Justin Baldoni are starring in the film adaptation of Colleen Hoover's highest-selling novel, *Colleen Hoover's It Ends With Us*.

This is the first film of the Colleen Hoover phenomena to be adapted for the big screen. She is also executive producing.

Justin Baldoni is also directing and executive producing.

Producers are Alex Saks and Wayfarer Studios' Jamey Heath. Executive producers are Blake Lively, Colleen Hoover, Steve Sarowitz, Andrea Ajemian and Andrew Calof. Christy Hall has penned the screenplay and is also a producer.

IT ENDS WITH US is a big, emotional, complicated story about breaking free from the past and empowering yourself and your future.  The character of Lily Bloom has resonated with so many readers because her journey is relatable – her story isn't black and white.  She has to make hard decisions that have lasting consequences.

This is a story about Lily's journey from leaving a small town, moving to Boston and embarking on a whole new life. She leaves behind a complicated childhood and in doing so discovers her own resilience and strength, empowering her to stand up to adversity.

It's more than just a love story or love triangle – it's the story of Lily learning how to take agency of her future.

After growing up in a home where Lily witnessed her mother being abused by her father and vowing never to be in that position, she enters a relationship with Ryle and unwittingly finds herself following the same footsteps as her mother.  Through this journey, Lily must learn to stand up for herself and that true strength lies within.

The book connected with millions of readers and became a rare phenomenon in the publishing world – everyone knows someone who read this book.

After becoming a "BookTok" cultural phenomenon with over 2 billion views on her TikTok hashtag, Colleen Hoover is currently the best-selling novelist in the US with over 25 million books sold by the end of 2023. Hoover wrote five of the top 10 best-selling print books of any genre in 2022.

Published in 43 foreign languages, *It Ends With Us* was the top selling print book of 2022, has been on the New York Times Best Seller List for over 135 weeks by the end of 2023.

### WHAT TO AVOID

As it's still early in the campaign, try to avoid going too deep into the story or giving away too many details on the plot. Keep it topline and try to focus more on filming, working with fellow cast members, Justin as the director and lead.

Focus more on Lily's strength and resilience as opposed to describing the film as a story about domestic violence. Empowerment is not just about standing up to adversity, but also about having the power to overcome within oneself and grow from it and developing agency to shape the future.

Avoid talking about this film that makes it feel sad or heavy – it's a story of hope.

CONFIDENTIAL

ABEL_000000671