# Exhibit 200

Message

| | |
|---|---|
| From: | Maggin, Danni [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=46C53A24A59F4CF6BFF55F2BE79B1844-DPEARLBERG2] |
| Sent: | 8/5/2024 8:15:23 PM |
| To: | Johnson, Jacob [                              ] |
| CC: | Hann, Gloria [                       ]; Misher, Danielle [                              ] |
| Subject: | IEWU - Josh Call |

Hi Jacob,

I just alerted Josh about this but Justin is basically alluding to 'raping' Atlas out of Lily when talking to the Dallas Morning News.
We cut the tape but he is a moron.
Josh said he shouldn't do any more press but he has a lot left so maybe we can talk asap.

Jacob - he said he wants to do a call with Justin and his publicists - will you see if that's what he still wants?

The quote from Dallas interview "for me what that scene was more about was Ryle feeling like he had lost all power and feeling so insecure and jealous that the only way in his mind that he could show her how much he loved her was um and I won't say the word that we used in developing it, but what was essentially to force any love she had for atlas out of her. so Ryle's motivation, if you're talking about character motivation, or why he did what he did, from the filmmaking perspective and from the actor perspective, was um he was trying to, in his twisted mind, love... atlas out of her. there's another word we used and I'm sure in your imagination you can go there."

Exhibit: 55
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn