# Exhibit 201

## Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 45 | Date Range: 8/4/2024 - 8/5/2024 |

**Outline of Conversations**



/System Message chatroom · 45 messages between 8/4/2024 - 8/5/2024 · Breanna Butler ( ▮ ) · Jamey Heath ( ▮ ) · Jen Abel ( ▮ ) · Jen Abel - NEW ( ▮ ) · Katherine Case ( ▮ ) · Katie Case ( ▮ ) · Matthew Mitchell ( ▮ ) · Melissa Nathan ( ▮ ) · System Message (System Message)



EXHIBIT
Case 6
9/5/25  TD

CONFIDENTIAL

KCASE-000001079
KCASE-000001079

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **/System Message chatroom**

**KC** Katie Case ( ) — 8/4/2024, 9:33 PM
Language for review:

This story was important to tell, not just because of the subject matter, but also because of the tremendous love the fans have for it. We chose Blake for that reason — I knew she was the only actor who could bring what we needed to this film and are beyond grateful she thought the same. Working in a dual capacity as director and actor is complex. You definitely navigate obstacles you don't expect, be it creative differences or ways of working. When it's all said and done we are all undeniably proud of this project, its message, how we brought Colleen's story to life, and what we've created for the fans.

**JA** Jen Abel ( ) — 8/5/2024, 9:18 AM
Just kicked off the junket— for Elle uk he said exactly like what we discussed about navigating complex character and as a director managing personalities and the natural friction on set and how that can create something beautiful etc

**KC** Katie Case ( ) — 8/5/2024, 9:18 AM
PERFECT

**KC** Katie Case ( ) — 8/5/2024, 9:18 AM
love to hear it!!

**BB** Breanna Butler ( ) — 8/5/2024, 9:27 AM
Amazing!! Apologies I missed last nights call but heard it was really productive

**JA** Jen Abel ( ) — 8/5/2024, 9:32 AM
He used the word friction which Sony wasn't happy with but I think it's important to get ahead of it and not have it look like he's shying away from it

**KC** Katie Case ( ) — 8/5/2024, 9:34 AM
I agree. Friction is fine — again he's not the first person to experience friction on set and contextualized around the dual experience of directing and acting it's very appropriate.

**JA** Jen Abel ( ) — 8/5/2024, 9:34 AM
Liked "I agree. Friction is fine — again he's not the fir…"

**MM** Matthew Mitchell ( ) — 8/5/2024, 9:35 AM
We love that word!

**JA** Jen Abel ( ) — 8/5/2024, 9:49 AM
Is it helpful if we text notes here as we go or we can compile and send as an email when we wrap? Ie. Cinemablend interview with Riley utley he talked about the importance of having a safe set during the sex scenes and hiring an intimacy coordinator from day 1 and a female and also how much Blake had control of these scenes

**KC** Katie Case ( ) — 8/5/2024, 9:49 AM
Yes please

**JA** Jen Abel ( ) — 8/5/2024, 9:49 AM
Yes pls notes in real time? Or comprehensive email eod

**KC** Katie Case ( ) — 8/5/2024, 9:49 AM
Good to know the lay of the land overall

**KC** Katie Case ( ) — 8/5/2024, 9:50 AM
Notes in real time!

CONFIDENTIAL

KCASE-000001080
KCASE-000001079

| | | | |
|---|---|---|---|
| JA | **Jen Abel** (███) | | 8/5/2024, 9:50 AM |
| | Liked "Notes in real time!" | | |
| KC | **Katie Case** (███) | | 8/5/2024, 9:56 AM |
| | FYI: https://www.usmagazine.com/entertainment/news/jenny-slate-fell-deeply-in-love-with-blake-lively-on-the-set-of-it-ends-with-us/ (https://www.usmagazine.com/entertainment/news/jenny-slate-fell-deeply-in-love-with-blake-lively-on-the-set-of-it-ends-with-us/) | | |
| JA | **Jen Abel** (███) | | 8/5/2024, 10:37 AM |
| | Cosmo uk— interview with dusty Baxter wright. Talked about the challenges of being a director and getting everyone on board and how sometimes words get stuck and there are tough situations and friction creates beautiful art. | | |
| KC | **Katie Case** (███) | | 8/5/2024, 10:37 AM |
| | Liked "Cosmo uk— interview with dusty Baxter wright. Talk…" | | |
| JA | **Jen Abel** (███) | | 8/5/2024, 10:40 AM |
| | He's also speaking to the intimacy coordinator and bringing them on early and how important it was to be a woman, and also bringing on a female stunt coordinator and how important it was for everyone to feel safe and how involved Blake was. He talked about taking a step back and letting the women take over and he was more of the actor in the moment. He didn't want them to feel like they were shot by a man | | |
| KC | **Katie Case** (███) | | 8/5/2024, 10:41 AM |
| | LOVE THIS. Super important and plays into the overall feminist POV. Excellent. | | |
| JA | **Jen Abel** (███) | | 8/5/2024, 10:42 AM |
| | Loved "LOVE THIS. Super important and plays into the over…" | | |
| JA | **Jen Abel** (███) | | 8/5/2024, 10:42 AM |
| | He's doing a really great job | | |
| KC | **Katie Case** (███) | | 8/5/2024, 10:43 AM |
| | So happy to hear that! People really do love him. I'm so glad he can be reminded of that today ♥ | | |
| MN | **Melissa Nathan** (███) | | 8/5/2024, 10:46 AM |
| | Loved "He's also speaking to the intimacy coordinator and…" | | |
| MN | **Melissa Nathan** (███) | | 8/5/2024, 10:46 AM |
| | Really great lines there | | |
| BB | **Breanna Butler** (███) | | 8/5/2024, 10:50 AM |
| | This is great, and really strong | | |
| JA | **Jen Abel** (███) | | 8/5/2024, 12:10 PM |
| | [url:'https://p42-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00'] | | |

CONFIDENTIAL

KCASE-000001081
KCASE-000001079



Image: __Library_SMS_Attachments_98_08_FC477E95-0054-4D20-91F9-E372B67E4FEB_IMG_2533.jpeg (329 KB)

| | | | |
|---|---|---|---|
| MN | Melissa Nathan ( ) | | 8/5/2024, 12:11 PM |
| | Loved an image | | |
| KC | Katie Case ( ) | | 8/5/2024, 12:11 PM |
| | Loved an image | | |
| KC | Katie Case ( ) | | 8/5/2024, 12:12 PM |
| | We spoke with our digital team this morning — I'm going to send a note on this now in our email thread. | | |
| JA | Jen Abel ( ) | | 8/5/2024, 12:12 PM |
| | Ok great. Regarding rate talk to Jamey | | |
| KC | Katie Case ( ) | | 8/5/2024, 12:12 PM |
| | Yes for sure | | |
| MN | Melissa Nathan ( ) | | 8/5/2024, 12:12 PM |
| | I will- jumping on the call with her soon | | |
| JA | Jen Abel ( ) | | 8/5/2024, 12:56 PM |
| | In his interview with Nikki Novak of fandango|rotten tomatoes he spoke about the challenges of directing as well | | |
| MN | Melissa Nathan ( ) | | 8/5/2024, 12:57 PM |
| | Loved "In his interview with Nikki Novak of fandango|rott…" | | |
| KC | Katie Case ( ) | | 8/5/2024, 12:57 PM |
| | Loved "In his interview with Nikki Novak of fandango|rott…" | | |
| JA | Jen Abel ( ) | | 8/5/2024, 2:23 PM |
| | Incredible interview with Carly Thompson of the Hollywood reporter— about bringing on an intimacy coordinator early in pre production and a female stunt coordinator and taking a step back and letting the experts at no more advise and ensuring the tougher scenes of violence didn't have the male gaze and also allowing for Blake to have control | | |
| KC | Katie Case ( ) | | 8/5/2024, 2:30 PM |
| | YES!! Perfect | | |
| MN | Melissa Nathan ( ) | | 8/5/2024, 2:30 PM |
| | Perfect | | |

CONFIDENTIAL

KCASE-000001082
KCASE-000001079

| | | |
|---|---|---|
| KC | **Katie Case** ( ▮▮▮▮ )<br>How did the rest of the day go? Or is it still going? | 8/5/2024, 6:23 PM |
| KC | **Katie Case** ( ▮▮▮▮ )<br>I'm assuming well! | 8/5/2024, 6:23 PM |
| MM | **Matthew Mitchell** ( ▮▮▮▮ )<br>Going still at a screening event but day went well overall. Very positive | 8/5/2024, 6:24 PM |
| KC | **Katie Case** ( ▮▮▮▮ 6)<br>Awesome! He was in good hands 😊 | 8/5/2024, 6:24 PM |
| MN | **Melissa Nathan** ( ▮▮▮▮ )<br>Loved "Going still at a screening event but day went well…" | 8/5/2024, 7:11 PM |
| KC | **Katie Case** ( ▮▮▮▮ )<br>Flagging this from Deux Moi: | 8/5/2024, 7:33 PM |

[url:'https://p53-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



Image: __Library_SMS_Attachments_67_07_075A28B5-36D1-460D-B7A2-C6430ACA177E_IMG_2681.PNG (82 KB)

CONFIDENTIAL

KCASE-000001083
KCASE-000001079