# Exhibit 202

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 74 | Date Range: 8/2/2024 - 8/5/2024 |

### Outline of Conversations

 **iMessage Chat:** ▮▮▮▮▮ · 74 messages between 8/2/2024 - 8/5/2024 · Custodian: Abel, Jennifer <▮▮▮▮▮> · Custodian: Abel, Jennifer <▮▮▮▮▮> · Kimberly Sony <▮▮▮▮▮>

Exhibit: 52
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **iMessage Chat:** [redacted]

**KS** — **Kimberly Sony** <[redacted]>  8/2/2024, 4:28 PM
Let me ask Ari!

Receipts • Custodian: Abel, Jennifer <[redacted]> [R 8/2/2024, 4:29 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  8/2/2024, 4:29 PM
Loved "Let me ask Ari!"

**KS** — **Kimberly Sony** <[redacted]>  8/2/2024, 6:55 PM
The podcast is 1.5 hours? Wow

Receipts • Custodian: Abel, Jennifer <[redacted]> [R 8/2/2024, 6:55 PM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  8/2/2024, 6:55 PM
Ugh yes. But I think it's good for him to do

Receipts • Kimberly Sony <[redacted]> [D 8/2/2024, 6:55 PM]

**KS** — **Kimberly Sony** <[redacted]>  8/5/2024, 8:21 AM
Ari is looking into this

Receipts • Custodian: Abel, Jennifer <[redacted]> [R 8/5/2024, 8:22 AM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  8/5/2024, 8:22 AM
Great thanks!

Receipts • Kimberly Sony <[redacted]> [D 8/5/2024, 8:22 AM]

**KS** — **Kimberly Sony** <[redacted]>  8/5/2024, 9:19 AM
He's doing great! Really good job 😊
I would only say maybe don't mention friction on set so it doesn't open any doors

Receipts • Custodian: Abel, Jennifer <[redacted]> [R 8/5/2024, 9:19 AM]

**KS** — **Kimberly Sony** <[redacted]>  8/5/2024, 9:25 AM
And shorter answers 😊

Receipts • Custodian: Abel, Jennifer <[redacted]> [R 8/5/2024, 9:29 AM]

**KS** — **Kimberly Sony** <[redacted]>  8/5/2024, 9:48 AM
Do you want me to mention (1) no friction (2) not mention ending of movie too much
I don't want to ruin his roll either 😊

Receipts • Custodian: Abel, Jennifer <[redacted]> [R 8/5/2024, 9:48 AM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  8/5/2024, 9:48 AM
I already did

Receipts • Kimberly Sony <[redacted]> [D 8/5/2024, 9:48 AM]

**JA** — **Custodian: Abel, Jennifer** <[redacted]>  8/5/2024, 9:48 AM
We are texting 😊

Receipts • Kimberly Sony <[redacted]> [D 8/5/2024, 9:48 AM]



**KS — Kimberly Sony** — 8/5/2024, 9:48 AM
Wonderful
Thank you xx

Receipts • Custodian Abel Jennifer | R 8/5/2024, 9:48 AM

**JA — Custodian: Abel, Jennifer** — 8/5/2024, 9:48 AM
He's looking at his phone too but I wanted to be careful how much "feedback" we are giving with the mic

Receipts • Kimberly Sony | D 8/5/2024, 9:48 AM

**KS — Kimberly Sony** — 8/5/2024, 9:50 AM
Totally understand

Receipts • Custodian Abel Jennifer | R 8/5/2024, 9:51 AM

**KS — Kimberly Sony** — 8/5/2024, 9:53 AM
I love that answer

Receipts • Custodian Abel Jennifer | R 8/5/2024, 9:53 AM

**JA — Custodian: Abel, Jennifer** — 8/5/2024, 9:53 AM
SAME

Receipts • Kimberly Sony | D 8/5/2024, 9:53 AM

**JA — Custodian: Abel, Jennifer** — 8/5/2024, 9:53 AM
we worked on it haha

Receipts • Kimberly Sony | D 8/5/2024, 9:53 AM

**KS — Kimberly Sony** — 8/5/2024, 9:54 AM
Loved "we worked on it haha"

Receipts • Custodian Abel Jennifer | R 8/5/2024, 9:54 AM

**KS — Kimberly Sony** — 8/5/2024, 9:59 AM
Trying to get you an updated grid

Receipts • Custodian Abel Jennifer | R 8/5/2024, 10:06 AM

**KS — Kimberly Sony** — 8/5/2024, 9:59 AM
I have the same one you do

Receipts • Custodian Abel Jennifer | R 8/5/2024, 10:06 AM

**KS — Kimberly Sony** — 8/5/2024, 10:12 AM
I think you said Pay or Wait but I said Made in Hollywood 😬

Receipts • Custodian Abel Jennifer | R 8/5/2024, 10:16 AM

**JA — Custodian: Abel, Jennifer** — 8/5/2024, 10:16 AM
Haha got it I realized my mistake

Receipts • Kimberly Sony | D 8/5/2024, 10:16 AM

Confidential
JONESWORKS_00015999

**KS** — Kimberly Sony <■>  8/5/2024, 10:21 AM
I will tell you candidly but defer to you on how to tell Justin
A bit too much therapy 🙂

Receipts • Custodian: Abel, Jennifer <■> [R 8/5/2024, 10:22 AM]

**JA** — Custodian: Abel, Jennifer <■>  8/5/2024, 10:22 AM
Just going to tell him to shorten

Receipts • Kimberly Sony <■> [D 8/5/2024, 10:22 AM]

**JA** — Custodian: Abel, Jennifer <■>  8/5/2024, 10:22 AM
When he thinks like that he doesn't go into the stories

Receipts • Kimberly Sony <■> [D 8/5/2024, 10:22 AM]

**KS** — Kimberly Sony <■>  8/5/2024, 10:22 AM
Thank you
Hope you don't mind my comments!

Receipts • Custodian: Abel, Jennifer <■> [R 8/5/2024, 10:22 AM]

**JA** — Custodian: Abel, Jennifer <■>  8/5/2024, 10:22 AM
Not at all!

**KS** — Kimberly Sony <■>  8/5/2024, 10:22 AM
Well done and be recognized it!

Receipts • Custodian: Abel, Jennifer <■> [R 8/5/2024, 10:22 AM]

**KS** — Kimberly Sony <■>  8/5/2024, 10:28 AM
Also the saving lives thing but not sure how much you can get him off that 🙂

Receipts • Custodian: Abel, Jennifer <■> [R 8/5/2024, 10:28 AM]

**JA** — Custodian: Abel, Jennifer <■>  8/5/2024, 10:28 AM
Yeah that's a tough one... we worked on it but I'll remind him

**KS** — Kimberly Sony <■>  8/5/2024, 10:28 AM
Thank you

Receipts • Custodian: Abel, Jennifer <■> [R 8/5/2024, 10:28 AM]

**KS** — Kimberly Sony <■>  8/5/2024, 10:34 AM
Beautiful answers

Receipts • Custodian: Abel, Jennifer <■> [R 8/5/2024, 10:35 AM]

**JA** — Custodian: Abel, Jennifer <■>  8/5/2024, 10:36 AM
I was holding my breath through that entire interview

Receipts • Kimberly Sony <■> [D 8/5/2024, 10:36 AM]

**KS** — Kimberly Sony <■>  8/5/2024, 10:37 AM
Let's take friction out of his vocabulary if we can 🙂

Receipts • Custodian: Abel, Jennifer <■> [R 8/5/2024, 10:38 AM]

**JA** — Custodian: Abel, Jennifer <■>  8/5/2024, 10:38 AM
Yes I will remind him.

**KS** — Kimberly Sony  8/5/2024, 10:38 AM
It's just clickbait
Not that what he's saying is bad

**KS** — Kimberly Sony  8/5/2024, 10:53 AM
That hospital baby answer was too long 😬
But appreciate hear trying to stay positive

**JA** — Custodian: Abel, Jennifer  8/5/2024, 10:53 AM
We have the allow him SOME storytelling please 😊

**KS** — Kimberly Sony  8/5/2024, 10:54 AM
Loved "We have the allow him SOME storytelling please 😊"

**KS** — Kimberly Sony  8/5/2024, 11:11 AM
Will he be okay to cut his lunch short

**JA** — Custodian: Abel, Jennifer  8/5/2024, 11:11 AM
Yes

**KS** — Kimberly Sony  8/5/2024, 11:12 AM
Because Mario needs to go at noon sharp

**KS** — Kimberly Sony  8/5/2024, 11:12 AM
Loved "Yes"

**JA** — Custodian: Abel, Jennifer  8/5/2024, 11:12 AM
Copy

**KS** — Kimberly Sony  8/5/2024, 11:56 AM
Keep us posted x

**KS** — Kimberly Sony  8/5/2024, 12:20 PM
Sorry what program is this? No More? This is too much about abuse 😬

**JA** — Custodian: Abel, Jennifer  8/5/2024, 12:21 PM
I have no idea actually

JA — **Custodian: Abel, Jennifer** <■■■> — 8/5/2024, 12:21 PM
I don't know how this came up?

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:21 PM
Can we chat with him about this after this one

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:21 PM]

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:21 PM
Or can you so I don't cause problems for him

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:21 PM]

JA — **Custodian: Abel, Jennifer** <■■■> — 8/5/2024, 12:21 PM
Yes do you want to flag for JPL to pause

JA — **Custodian: Abel, Jennifer** <■■■> — 8/5/2024, 12:22 PM
To pause after this interview

JA — **Custodian: Abel, Jennifer** <■■■> — 8/5/2024, 12:23 PM
This must have been something that he did separately with No More that he was referring to when getting the "inspiration" to play Ryle

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:23 PM
But it went way off track

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:23 PM]

JA — **Custodian: Abel, Jennifer** <■■■> — 8/5/2024, 12:23 PM
Odd questions

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:23 PM
I think you know 😉

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:23 PM]

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:23 PM
He needs to pivot
His other answers were great about abuse and the violence

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:23 PM]

JA — **Custodian: Abel, Jennifer** <■■■> — 8/5/2024, 12:24 PM
Yes this is the first one that he spoke about

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:24 PM
Agree

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:25 PM]

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:25 PM
And keep those answers very short

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:25 PM]

KS — **Kimberly Sony** <■■■> — 8/5/2024, 12:31 PM
Asking them to hold this

Receipts • Custodian: Abel, Jennifer <■■■> [R 8/5/2024, 12:31 PM]

Confidential
JONESWORKS_00016002

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 12:31 PM
Liked "Asking them to hold this"

Receipts • Kimberly Sony <█████> [D 8/5/2024, 12:31 PM]

**KS** — **Kimberly Sony** <█████> — 8/5/2024, 12:51 PM
The other interview that worries me is the "Ryle wanted to r** Atlas out of her" (but he didn't use that word)

Receipts • Custodian Abel Jennifer <█████> [R 8/5/2024, 12:51 PM]

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 12:52 PM
The Dallas one

**KS** — **Kimberly Sony** <█████> — 8/5/2024, 12:52 PM
I think it was an earlier one?

Receipts • Custodian Abel Jennifer <█████> [R 8/5/2024, 12:53 PM]

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 12:53 PM
Hes getting a little rogue lol

**KS** — **Kimberly Sony** <█████> — 8/5/2024, 1:26 PM
Challenging worked much better than friction

Receipts • Custodian Abel Jennifer <█████> [R 8/5/2024, 1:29 PM]

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 1:29 PM
Yes

**KS** — **Kimberly Sony** <█████> — 8/5/2024, 2:11 PM
Still have generic to do after this

Receipts • Custodian Abel Jennifer <█████> [R 8/5/2024, 2:12 PM]

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 2:12 PM
Liked "Still have generic to do after this"

**KS** — **Kimberly Sony** <█████> — 8/5/2024, 2:14 PM
To be sure I understand, he wants to depart Chicago the morning of the 10th have a few hours layover in NY and then depart NY later that day?

Receipts • Custodian Abel Jennifer <█████> [R 8/5/2024, 2:15 PM]

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 2:16 PM
Not sure of the flight options available but yes, ORD-NY (whichever airport that makes sense), then NY-Sweden.

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 2:16 PM
On Saturday

**JA** — **Custodian: Abel, Jennifer** <█████> — 8/5/2024, 2:16 PM
And he's interested in any theater visits, if good for theater partners. AMC? He can pop in and surprise fans