# Exhibit 205

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 32 | Date Range: 8/9/2024 |

### Outline of Conversations

 • 32 messages on 8/9/2024 • Danny Greenberg < ▮▮▮▮▮ > • Home < ▮▮▮▮▮ >



SPE_BL0009642

**Messages in chronological order** (times are shown in GMT -07:00)

---

💬

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 6:55 AM |
| | Try me when up | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 7:23 AM |
| | I'm up xx | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 8:15 AM |
| | Sorry about that craziness. safe flight. will text. xxx | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 8:16 AM |
| | Loved "Sorry about that craziness. safe flight. will text…" | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 4:51 PM |
| | Throw some numbers at me momma! | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 4:51 PM |
| | On the plane sweating the gossip. | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 4:54 PM |
| | Well. So far it's jinda amazing. remember we wanted to beat 17.4m. they are projecting possibly 40m!!!!!!!!! | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 4:55 PM |
| | and maybe 42. sat night tells us story. | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 4:56 PM |
| | Incredible. Congratulations. You worked so hard on this. So very proud of your work. Best of the best!  Sony lucky to have you! | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 5:01 PM |
| | Babe we were in this together all the waaaaay. congrats to you. i would have died on vine w/out you!!! | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 5:03 PM |
| | Well it did start with a general meeting we set for you and Justin.  😊 Nice when that actually becomes something. So happy we pulled this off. | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 5:12 PM |
| | so fucking happy. | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 5:13 PM |
| | I guess if B and J make no statements it's just noise. And ultimately just dies down. Right? | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 5:14 PM |
| | yup exactly. | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 5:16 PM |
| | Im a little concerned about Steve S. He was really aggressive when I spoke with him. I've been texting Jamey to make sure he is managed and to make sure he speaks  with me before doing anything nuclear. | |

| | | |
|---|---|---|
| H | **Home** < > | 8/9/2024, 5:19 PM |
| | just because you can do something doesnt mean you should!! | |

| | | |
|---|---|---|
| DG | **Danny Greenberg** < > | 8/9/2024, 5:20 PM |

SPE_BL0009643

Well of course.

| DG | **Danny Greenberg** < > | 8/9/2024, 5:21 PM |

Those two will never be fully out of the woods with him. Not the kind of guy you want to feel about you the way he feels about them.

| H | **Home** < > | 8/9/2024, 5:27 PM |

call me when u land

| DG | **Danny Greenberg** < > | 8/9/2024, 5:48 PM |

Ok. 8:30

| DG | **Danny Greenberg** < > | 8/9/2024, 8:27 PM |

Tried u

| H | **Home** < > | 8/9/2024, 9:27 PM |

46m!!!!!!!!

| DG | **Danny Greenberg** < > | 8/9/2024, 9:29 PM |

It's unreal

| DG | **Danny Greenberg** < > | 8/9/2024, 9:29 PM |

I'm pushing for 59

| H | **Home** < > | 8/9/2024, 9:29 PM |

unreal!!!

| DG | **Danny Greenberg** < > | 8/9/2024, 9:30 PM |

50

| DG | **Danny Greenberg** < > | 8/9/2024, 10:44 PM |

Are u a happy happy girl??

| DG | **Danny Greenberg** < > | 8/9/2024, 10:44 PM |

Does tom remember u walking into his office and saying we are making this movie.

| H | **Home** < > | 8/9/2024, 10:49 PM |

I am SO happy.
And. I reminded him on the red carpet Tues night that very fact. I actually said "we wouldn't have this movie w/out me.".
Hand to God those words actually came out of my mouth. 😬

| DG | **Danny Greenberg** < > | 8/9/2024, 10:49 PM |

Good for u!

| DG | **Danny Greenberg** < > | 8/9/2024, 10:49 PM |

Love it

| H | **Home** < > | 8/9/2024, 10:50 PM |

Shy I aint.

SPE_BL0009644