Exhibit 206



**Chat with "Danny Greenberg" <​███████> on August 10, 2024**

███████
Danny Greenberg <███████>Patrick Whitesell
<███████>Patrick Whitesell
<███████>

**Earliest item: 2024-08-10 10:59:49**
**Latest item: 2024-08-10 13:24:00**

**Saturday 10 August 2024**

Instant Message : Native Messages
From                                                    10:59:49
       Danny Greenberg <███████>

Think we are on a good path here. There is a truce between the
publicists on both sides. Everyone expects to ride out the gossip which
should pass and enjoy the success. I had to dial down the billionaire at
the premiere who was ready for serious battle.

Justin is aware how helpful you've been to me and us.

Here's his email if you want to congratulate him.

███████

Thanks P!

Instant Message : Native Messages
From                                                    11:06:49
       Patrick Whitesell <███████>

Great news.

Great job navigating

Instant Message : Native Messages
From                                                    11:10:54
       Danny Greenberg <███████>

Thank you!.. Wish I had more PW action! Thats on me. I'll find it!

**Exhibits#:**

**Greenberg 30**
9/19/2025



Instant Message : Native Messages
From
  Patrick Whitesell < ██████████ >

Let's do it!!

13:24:00

**End Thread**

Thread Statistics

**Instant Message Count**

4