# Exhibit 207

| | |
|---|---|
| **From:** | Jennifer Abel < > |
| **Sent:** | Wed, 7 Aug 2024 15:06:37 -0400 (EDT) |
| **To:** | Katie Case < >; Jamey Heath < > |
| **Cc:** | Melissa Nathan < >; Breanna B < > |
| **Subject:** | Re: Social / Digital Mitigation / Remediation |

Thanks Katie—just for clarity so we understand. Does this cover your initial fee + what we discussed in terms of social media mitigation and proactive fan posting to counter the narrative, or is this in ADDITION to the 15K previously agreed upon fee for TAG and does NOT include what we discussed with MN earlier regarding social manipulation (from the separate team based in Hawaii...).

In short, is the total fee incurred by Wayfarer 30K, or is there more required to ensure we are properly protected?

Thank you.

---

**From:** Katie Case < >
**Date:** Wednesday, August 7, 2024 at 2:50 PM
**To:** Jamey Heath < >, Jennifer Abel < >
**Cc:** Melissa Nathan < >, Breanna B < >
**Subject:** Social / Digital Mitigation / Remediation

Hi all,

I hope everyone is well. Following up on the social/digital conversation this morning, with specifics re: social and digital mitigation and remediation.

The team will focus on the social and digital elements – boosting SEO efforts and updating with new content to enforce SEO efforts, monitoring and directly influencing forums that are working against Justin and Wayfarer to adjust the narrative in real time, and collate assets and background to work in conjunction with Jen and her team, as well as TAG PR.

The integral part here is to execute all without fingerprints.

*Specific efforts include:*

- Monitor and report forums, threads, sites, links, and more that are working against Wayfarer Studios, Justin, and the overall narrative, as well as derogatory comments.
- Leverage relationships with Discord, Reddit, X, IG, TikTok, YouTube, etc. to expose behavior of Blake and other parties, both current and past and engage directly with communities to adjust or influence the conversations taking place in real time.
- Utilize CTR manipulation and contextual links to push up positive PR to change subject matter opinion on the first page of Google.
- Work to remove links that are harmful to Wayfarer Studios, Justin, and the narrative alongside the appropriate teams.
- Disavow and report outdated or cached non-relevant links, and cleanup spam and/or negative links that are ranked within the SERPs as needed.
- Properly and strategically monitor damaging Reddit/Subreddits, X, Discord, etc. – including threads related to concerning opposition and manage the narrative. This can be done with legacy admin for each platform. As part of this, expert admins will also monitor and protect peripheral elements like Wikipedia, fan pages, and more to ensure threads and narratives are handled appropriately.
- Actively sway the algorithm with one SEO charged hub/site, created and overseen by the team.
- Taking down full Reddit and all social accounts as needed.
- Organically engaging with audiences in the right way, starting threads with theories the team approves of, and asking questions that no longer place Wayfarer and Justin on the back foot.
- Changing the overall narrative and helping keep it on track.

The social team are now worried about Blake activating the Taylor Swift fan base, which is a major concern. With this in mind and to ensure Justin and the studio are 100% protected moving forward, they have now changed the fee to $30,000 per month due to the uptick in social chatter.

Please let us know either way, as well as if you have any questions.

Thank you,
Katie

Exhibit: 13
Witness: NATHAN
Date: 9/29/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL

NATHAN_000003780