# Exhibit 209

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 18 | Date Range: 10/21/2024 |

## Outline of Conversations

 **Conversation 001775** • 18 messages on 10/21/2024 • Breanna ⬚Redacted⬚ • Melissa Nathan ⬚Redacted⬚ • Self ⬚Redacted⬚

ATTORNEYS' EYES ONLY                                                                                                    STREET 3.000492

**Messages in chronological order** (times are shown in GMT -05:00)

---

 **Conversation 001775**

B | **Breanna** Redacted | 10/21/2024, 8:58 AM
Morning Jed - wanted to connect us together re: ▇ and next steps. I'm working on a scope of services to have on hand. Is there any specific language from your end to include?

J | **Self** Redacted | 10/21/2024, 9:34 AM
I'd use whatever you included in the ▇ or ▇ language but essentially (per our ▇ call), this is a full digital assessment and subsequent strategy that deploys a 360° digital campaign to cover any and all conceivable issues. Keep it vague - we don't even know exactly how deep his issues are but judging from our call…he does.

B | **Breanna** Redacted | 10/21/2024, 9:46 AM
Ok thank you

J | **Self** Redacted | 10/21/2024, 9:46 AM
Loved "Ok thank you "

B | **Breanna** Redacted | 10/21/2024, 10:29 AM
And Jed, how much are you charging for your services so we can plug in?

B | **Breanna** Redacted | 10/21/2024, 11:56 AM
Just sent you both the scope for review. Left fees blank until confirmed from your end, Jed. 🆕I texted ▇ asking for proper email address to send through our scope and engagement letter but yet to hear back

MN | **Melissa Nathan** Redacted | 10/21/2024, 12:04 PM
BB
We are going to do 15 and 15

B | **Breanna** Redacted | 10/21/2024, 12:33 PM
Ok sounds good

B | **Breanna** Redacted | 10/21/2024, 12:33 PM
And neither of you have an email for this team, right? He still hasn't gotten back to me to send through

B | **Breanna** Redacted | 10/21/2024, 12:34 PM
And 3 months minimum?

MN | **Melissa Nathan** Redacted | 10/21/2024, 1:05 PM
No, let me ask Jay who introduced me

B | **Breanna** Redacted | 10/21/2024, 1:39 PM
Ok thank you - and confirming 3 months minimum?

MN | **Melissa Nathan** Redacted | 10/21/2024, 1:45 PM
Yes ma'am

B | **Breanna** Redacted | 10/21/2024, 6:02 PM
Should we propose 4:30 pst / 7:30 est?

J | **Self** Redacted | 10/21/2024, 6:05 PM
Who is ▇ and I will have very little time at 6:30 but let's make it happen.

ATTORNEYS' EYES ONLY

STREET 3.000493

MN **Melissa Nathan** Redacted    10/21/2024, 6:06 PM
I have no idea

B **Breanna** Redacted    10/21/2024, 6:07 PM
Also it's an email of hers that he looped in so i don't even know if she is getting

MN **Melissa Nathan** Redacted    10/21/2024, 6:07 PM
Thanks, Nathan

ATTORNEYS' EYES ONLY                                STREET 3.000494