# Exhibit 210

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 15 | Date Range: 11/19/2024 |

## Outline of Conversations

 **Conversation 002174** · 15 messages on 11/19/2024 · ▪ ▪ Redacted ▪ · Melissa Nathan · Redacted · Self ▪

**Messages in chronological order** (times are shown in GMT -06:00)

---

###  Conversation 002174

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 11:56 AM
🙂 hope all is good your end .

We've held the other story because it was ridiculous but I did check in with the National enquirer anyway just to make sure that you are all set and they've moved on.

Just received this for [redacted]. If she wants to have someone handle media requests, we are happy to jump in.

We handle a lot of high profile [redacted] or if there is someone you want us to forward this to her, please let us know.

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 11:56 AM
<Attachment - image/heic - Screenshot 2024-11-19 at 12.53.56.heic>

*Attachment: Screenshot 2024-11-19 at 12.53.56.heic (50 KB)*

**J**  **Self** [redacted]  11/19/2024, 11:59 AM
[redacted]

I have the forensic guys rewriting the [redacted]..it has been weaponized (algorithmically) by [redacted] and some [redacted] - we are suppressing those articles too.

We all need a call.

**■**  [redacted] [Redacted]  11/19/2024, 1:30 PM
Please include [redacted] in all communications

**J**  **Self** [redacted]  11/19/2024, 1:44 PM
Melissa can you add [redacted] this thread?

**J**  **Self** [redacted]  11/19/2024, 1:45 PM
[redacted] - please share [redacted] contact info here or feel free to add…we have very real intel coming in from all sources that we need to make sure you are protected and we scrub.

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 1:46 PM

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 1:46 PM
[redacted] hi!

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 1:46 PM
I know you can't see the above

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 1:47 PM
🙂

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 1:47 PM
<Attachment - image/heic - Screenshot 2024-11-19 at 12.53.56.heic>

*Attachment: Screenshot 2024-11-19 at 12.53.56.heic (50 KB)*

**MN**  **Melissa Nathan** [Redacted]  11/19/2024, 1:47 PM

ATTORNEYS' EYES ONLY

Re upping

MN **Melissa Nathan** Redacted                                                                                11/19/2024, 1:47 PM

I hope all is good your end .

We've held the other story because it was ridiculous but I did check in with the National enquirer anyway just to make sure that you are all set and they've moved on.

Just received this for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ If she wants to have someone handle media requests, we are happy to jump in.

We handle a lot of high profile ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ or if there is someone you want us to forward this to her, please let us know.

J   **Self** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                                                                     11/19/2024, 1:50 PM

Hi ▇▇▇

I have the forensic guys rewriting the ▇▇▇▇ image metadata…it has been weaponized (algorithmically) by ▇▇ and ▇▇▇▇▇▇ - we are suppressing those posts/links/articles too.

We all need a quick call to lock comms protocol…our group handles troubling concerns for ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ Want to make sure we have all hands on to elevate all strategy for ▇▇

J   **Self** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                                                                     11/19/2024, 1:51 PM

Also ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (or share contact info for Melissa to add, please?)

ATTORNEYS' EYES ONLY                                                                                                                STREET 3.000201