# Exhibit 211

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 20 | Date Range: 10/28/2024 - 11/12/2024 |

## Outline of Conversations

 **Conversation 002137** • 20 messages between 10/28/2024 - 11/12/2024 • [Redacted]
Breanna [Redacted] • Melissa Nathan [Redacted] • Self [Redacted]

**Messages in chronological order** (times are shown in GMT -05:00)

 | MN | Melissa Nathan [Redacted] | 10/28/2024, 3:49 PM |

| B | Breanna [Redacted] | 10/28/2024, 5:10 PM |

| B | Breanna [Redacted] | 10/28/2024, 5:10 PM |

*Attachment: F45E785F-971A-481D-A139-1C95641E985A.pluginPayloadAttachment (9 KB)*

| B | Breanna [Redacted] | 10/28/2024, 5:10 PM |

Also flagging this that just broke

| J | Self [Redacted] | 10/28/2024, 5:14 PM |

Thank you B! Handling the digital on this as we speak - [Redacted] We will all monitor and manage.

| MN | Melissa Nathan [Redacted] | 10/29/2024, 10:57 AM |

We have a plan.
Story won't run without us knowing- I've asked for a request for comment.
Jumping on the phone for about two hours now, but I'm free after that .

| J | Self [Redacted] | 10/29/2024, 10:57 AM |

Loved [Redacted]
We have a plan. …"

| MN | Melissa Nathan [Redacted] | 10/30/2024, 12:27 PM |

Please do let us know if you'd like us to continue - we have a team on hold but just need feedback either way! Thanks so much

| ▇ | [Redacted] | 10/30/2024, 6:28 PM |

Let's try to talk tomorrow. This is a crazy week. I'm not especially worried about these stories because they are so far-fetched. I'm more excited about seeing the kind of work that you can do manipulating the SEO.

| J | Self [Redacted] | 10/30/2024, 6:32 PM |

Loved [Redacted]

| J | Self [Redacted] | 10/30/2024, 6:32 PM |

Let's discuss that - I'm most excited about that and what we found.

| MN | Melissa Nathan [Redacted] | 10/31/2024, 10:57 AM |

Sounds good to us.
We will cancel the secondary call [Redacted]
And just work on SEO

| J | Self [Redacted] | 10/31/2024, 3:54 PM |

You had a chance to watch [Redacted] I made sure we included the piece about you, specifically and have the

various teams heavily clipping and algorithm boosting it for you and all keywords I've got trending for you. This is how we do it brother!!

| | | | |
|---|---|---|---|
| MN | **Melissa Nathan** Redacted | | 11/12/2024, 3:55 PM |
| MN | **Melissa Nathan** Redacted <Attachment - image/heic - Screenshot 2024-11-12 at 12.55.24.heic> | | 11/12/2024, 3:55 PM |

*Attachment: Screenshot 2024-11-12 at 12.55.24.heic (100 KB)*

▪ Redacted — 11/12/2024, 4:11 PM
Yeah. It would be good to suppress this story

J  Self ← Redacted — 11/12/2024, 5:02 PM
Ok - I'll handle that and setup an algorithm to manage concerns related.

▪ Redacted — 11/12/2024, 6:24 PM

J  Self ← Redacted — 11/12/2024, 6:26 PM

▪ Redacted — 11/12/2024, 6:30 PM