Exhibit 213

Message

| | |
|---|---|
| **From:** | ████████████████████ |
| on behalf of | |
| **Sent:** | 11/19/2024 5:41:04 PM |
| **To:** | Melissa N█ |
| **CC:** | Jed Wallace ███████████████████████ |
| | ████████████ Breanna ████████████ |
| **Subject:** | Re: article - ███████████████ |

Perfect. I'll start firing them off there. We have a few good ones now



On Tue, Nov 19, 2024 at 6:40?PM Melissa N███████████ wrote:
I just shot you a text with us on

Thank you very much
Sent from my iPhone

On 19 Nov 2024, at 18:37, ██████████████████ wrote:

?
The piece hasn't been published yet. Best to get you pieces that have been published correct?

Jed, can you and I start a text thread and I will feed you great published pieces?



On Tue, Nov 19, 2024 at 6:35?PM Jed Wallace ████████████ wrote:
This is exactly the kind of content (in theory, until I read them) that our team can elevate across all algorithmically driven platforms. Can you resend with the articles attached so I can share with the team(s) and get into the system?

ATTORNEYS' EYES ONLY

This was forwarded without attachments but once we have them, we can do our thing.

Jed Wallace
Founder
**Street Relations, Inc.**
████████████████

On Nov 19, 2024, at 5:29?PM, ████████████████████
wrote:

?

████████████████.

On Nov 19, 2024, at 6:23?PM, ██████████
████████████████ wrote:

?

████████████

On Nov 19, 2024, at 1:15?PM, ██████████
████████████████████ wrote:

?

████████████



ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY