Exhibit 215

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 31 | Date Range: 6/4/2024 - 6/20/2024 |

### Outline of Conversations



**Conversation 001675** · 31 messages between 6/4/2024 – 6/20/2024 · ▇▇▇▇ Redacted
Redacted · Melissa Nathan Redacted · Self Redacted



**Messages in chronological order** (times are shown in GMT -06:00)

---

 **Conversation 001675**

| | | |
|---|---|---|
| ▓ | ████████ [Redacted]  Good morning favorite team | 6/4/2024, 6:52 AM |
| | Let's pls talk asap when u are up | |
| MN | Melissa Nathan [Redacted]  Good morning !  Missed your call last night as I was asleep …  I can chat in 30 mins ? | 6/4/2024, 6:58 AM |
| ▓ | ████████ [Redacted]  No worries let's do it | 6/4/2024, 6:58 AM |
| ▓ | ████████ [Redacted]  Jed u free | 6/4/2024, 7:04 AM |
| ▓ | ████████ [Redacted]  Jed with the kids this morning | 6/4/2024, 7:35 AM |
| | Melissa call when free pls | |
| J | Self [Redacted]  My favorite family - I've got the plan for infrastructure. Talk first / I'll make sure the rest works. | 6/4/2024, 7:39 AM |
| | It's on but will need the most absolute secure process and upfront infrastructure. I've got it - family!! | |
| ▓ | ████████ [Redacted]  Loved "My favorite family - I've got the plan for infrast…" | 6/4/2024, 7:39 AM |
| ▓ | ████████ [Redacted]  Melissa may I have a quick SOW to share with him | 6/4/2024, 8:26 AM |
| | Going to him with an all in rate for u Jed and Freedman | |
| | The dream team | |
| MN | Melissa Nathan [Redacted]  Sure !  Let me get something quickly together | 6/4/2024, 8:27 AM |
| ▓ | ████████ [Redacted]  Loved "Sure !  Let me get something quickly together " | 6/4/2024, 8:27 AM |
| MN | Melissa Nathan [Redacted]  SOW: | 6/4/2024, 8:57 AM |

•Manage multipart strategy- Legal/Crisis PR/Media/Digital

•Using strong media relationships we will work with full team to create new stories / headlines and to show the lengths of extortion over the time period

•Work with legal to ensure all and any statements and any storylines are approved from a legal standpoint

•Creation of statement / statements if need be

ATTORNEYS' EYES ONLY

• Serve as incoming team for all media enquiries solely for this matter

• Work alongside digital team to use any materials for placement

• Oversee forensics team who will initiate searches asap on the other party to mine and harvest all intelligence

• All relevant information found use to create external campaign to show her agenda, her credibility and point friendly reporters towards this ghost platform we create

• Have the full deep fringe teams working on digital and physical investigation elements in including law enforcement

• Use our team of specialists to build all the digital (Reddit, site, X, 4 Chan, discord, etc) messaging to trend and dominate in client's favor

• Part of this scope will be to rebuild important relationships with legal entities, judges and law enforcement both domestically and internationally

| | | |
|---|---|---|
| **Redacted** | 6/4/2024, 8:57 AM | |
| Loved "SOW: | | |
| • Manage multipart strategy- Legal/Crisis P…" | | |

| | |
|---|---|
| **Redacted** | 6/4/2024, 8:57 AM |
| ? | |

MN · Melissa Nathan · **Redacted** · 6/4/2024, 8:57 AM
Laughed at "? "

| | |
|---|---|
| **Redacted** | 6/20/2024, 9:40 AM |
| The band is band together | |

MN · Melissa Nathan · **Redacted** · 6/20/2024, 9:41 AM
We never disbanded

| | |
|---|---|
| **Redacted** | 6/20/2024, 9:41 AM |
| Jed can we confirm when ▌actually dropped | |

Page six will go up with it asap

| | |
|---|---|
| **Redacted** | 6/20/2024, 9:41 AM |
| Emphasized "We never disbanded" | |

MN · Melissa Nathan · **Redacted** · 6/20/2024, 9:46 AM
I need to know when ▌so I can run a new press run plzxx

| | |
|---|---|
| **Redacted** | 6/20/2024, 9:46 AM |
| No for sure don't want to make it worse! | |

MN · Melissa Nathan · **Redacted** · 6/20/2024, 9:48 AM
I had ▌removed from TMZ

| | |
|---|---|
| **Redacted** | 6/20/2024, 9:48 AM |
| Loved "I had ▌removed from TMZ " | |

J · Self · **Redacted** · 6/20/2024, 9:49 AM
Loved "I had ▌removed from TMZ "

ATTORNEYS' EYES ONLY

| DS | ████████ Redacted | 6/20/2024, 9:49 AM |
| | Emphasized an audio message | |
| DS | ████████ Redacted | 6/20/2024, 9:52 AM |
| | <Attachment - image/tiff - IMG_4757.tiff> | |
| | | |
| | *Attachment: IMG_4757.tiff (2 MB)* | |
| DS | ████████ Redacted | 6/20/2024, 9:52 AM |
| | ▢ | |
| MN | Melissa Nathan ┊ Redacted | 6/20/2024, 9:52 AM |
| | Loved an image | |
| J | Self ┊ Redacted | 6/20/2024, 9:53 AM |
| | I'm on that MPack | |
| DS | ████████ Redacted | 6/20/2024, 9:53 AM |
| | Loved "I'm on that MPack" | |
| MN | Melissa Nathan ┊ Redacted | 6/20/2024, 10:12 AM |
| | I have a bunch of reporters good to go on the drop | |
| J | Self ┊ Redacted | 6/20/2024, 10:30 AM |
| | Signal please | |

ATTORNEYS' EYES ONLY