# Exhibit 216

To: █████████████████

From: The Agency Group (TAG) PR LLC

Subject: Scope of Work

Date: 8/16/24

## OVERVIEW

TAG PR will work closely with the ████████████ team to design and implement a comprehensive communications strategy focused on enhancing, protecting, and expanding █████████████████ global profile – with a particular focus on the US and North America markets.

As part of our efforts, we will curate a long-term strategy, an independent profile in top tier publications, pinpoint key opportunities for interviews, appearances, and partnerships, and act as strategic advisors when it comes to any outward facing opportunities as they relate to projects, updates, partnerships, and otherwise.

Our proactive media strategy will highlight the various angles and narratives important to █████████████, to establish proactive visibility amongst key audiences, while continually monitoring and reacting to any negative or potentially negative emerging narratives, working in tandem with your personal management and legal team.

Our approach will include the following elements:

## MESSAGING & BRAND BUILDING

The Agency will shape, advance, and protect █████████████ profile, reputation, projects, partnerships, and otherwise through proactive engagement with key media globally and regionally across Europe and Italy.

As part of this, TAG PR will:

- Establish specific communications goals and priorities.
- Define target audiences and identify areas of focus and sensitivity.
- Shape and redefine ████████████ profile in proximity to its role  as a leading company in the luxury, fashion, and business spaces  through proactive engagement with key media, based on his desire and interest.
- Managing all media relations to ensure ██████████ is positioned in a positive light as a business leader, executive, and premier figure in the worlds of fashion and creativity.
- Organize a timeline for 2024 and beyond to establish key moments and determine appropriate opportunities, as well as high profile targets and long-term goals in line with █████████████ timeline.
- Manage and oversee relevant coverage and correct inaccuracies, as necessary, especially and including items re: business, ██████████ personal life, and otherwise.
- Review, refine, and create all communications materials and incorporate consistent, unified messaging, including but not limited to, bios, talking points, announcement messaging, statements, event and appearance materials, promotional language, and more.
- Monitor press coverage and social conversations in real time.

- Perform media training and prep sessions by drafting and reviewing talking points, facilitating mock interview experiences, and providing training manuals. Ensuring executives are comfortable, supported, and fully prepared before speaking with media, attending events and red carpets, or other pivotal moments.
- Secure industry-focused opportunities and pitch interviews, as the team sees fit, to plug upcoming projects, announcements, collaborations, successes, and other newsworthy items to continually broaden the company's public profile in the US, North America, and otherwise.

## MEDIA RELATIONS & STRATEGIC PRESS

- Identify and expand relationships with key reporters in entertainment, fashion, culture, luxury market, and business – focusing on both standalone profiles, editorials and in trend pieces.
- Monitor relevant coverage and social conversations while flagging, correcting, and updating as needed, adding statements, and background items, and more in real time.
- Ensure ██████ and other key executive voices are called upon and included as an expert and commentator on matters of fashion, culture,, and business across US, and international press.
- Solidify, strengthen, and expand the overall awareness of ██████████ profile.
- Secure industry-focused podcasts and pitch potential written interviews, as the team sees fit, to plug upcoming projects, announcements, collaborations, successes, and other newsworthy items.
- Place stories across global, regional, and local news as it relates to upcoming notable moments and/or storylines for increased coverage and SEO purposes.

## Crisis

The Agency will provide crisis communications and crisis support as needed. This includes:

- Support ████████ and legal teams with independent strategic counsel and perspective in addressing any potential crisis.
- Curate statements, background information, and responses for press reflecting the company and legal's key messaging.
- Present various scenarios for different audiences, regions, and outlets, and facilitate strategy for monitoring and response.
- Catalog third-party validators of the company to build credibility around the narrative and help shape perception in the press.
- Provide input on specific press inquiries and liaise with reporters to mitigate negative stories/correct inaccuracies.
- Monitor coverage and social conversations in real time.

## FEES & EXPENSES

- **Agency Fee:** $25,000/mo | **Expenses**: As Incurred
  *Will connect with digital on fee to push out positive digital.*

ATTORNEYS' EYES ONLY