# Exhibit 219

# Short Message Report

| Conversations: 1 | Participants: 8 |
|---|---|
| Total Messages: 113 | Date Range: 8/8/2024 - 8/9/2024 |

## Outline of Conversations



**iMessage Chat: Justin Baldoni <​>, Mitz Wayfarer <​>, James Knobloch <​>, Jarriesse Blackmon <​>, Henry JW Social <​>, Custodian: Abel, Jennifer <​>** • 113 messages between 8/8/2024 - 8/9/2024 • Custodian: Abel, Jennifer <​> • Henry JW Social <​> • James Knobloch <​> • Jamey Heath <​> • Jarriesse Blackmon <​> • Justin Baldoni <​> • Melissa Nathan <​> • Mitz Wayfarer <​>

**Messages in chronological order** (times are shown in GMT -04:00)

| | iMessage Chat: Justin Baldoni <▮>, Mitz Wayfarer <▮>, James Knobloch <▮>, Jarriesse Blackmon <▮>, Henry JW Social <▮>, Custodian: Abel, Jennifer <▮> | |
|---|---|---|
| JB | Justin Baldoni <▮> | ▶ 8/8/2024, 10:37 AM |
| JB | Justin Baldoni <▮> | ▶ 8/8/2024, 10:37 AM |
| JB | Justin Baldoni <▮> | ▶ 8/8/2024, 10:38 AM |
| JB | Justin Baldoni <▮> | ▶ 8/8/2024, 10:39 AM |
| JB | Justin Baldoni <▮0> | ▶ 8/8/2024, 10:39 AM |
| JB | Justin Baldoni <▮> | ▶ 8/8/2024, 10:39 AM |
| JB | Justin Baldoni <▮> | ▶ 8/8/2024, 10:39 AM |
| JK | James Knobloch <▮><br>Ok our team is working on this | ▶ 8/8/2024, 10:54 AM |
| JK | James Knobloch <▮><br>Here's the first round of content for you to approve JB — this would all be for IG stories: | ▶ 8/8/2024, 11:36 AM |
| JK | James Knobloch <▮> | ▶ 8/8/2024, 11:36 AM |
| JK | James Knobloch <▮> | ▶ 8/8/2024, 11:36 AM |
| JK | James Knobloch <▮> | ▶ 8/8/2024, 11:37 AM |
| JK | James Knobloch <▮> | ▶ 8/8/2024, 11:37 AM |
| JB | Justin Baldoni <▮><br>Cut off some of the top of the Marielle post | ▶ 8/8/2024, 2:14 PM |
| JB | Justin Baldoni <▮><br>Not loving the matcha one- maybe set it to music -<br>"Macho man" and instead we say I'm a matcha man- make it funny<br>It's too serious right now | ▶ 8/8/2024, 2:14 PM |
| JB | Justin Baldoni <▮><br>Lovely meeting the women of X coffee shop - thanks for letting me make a matcha | ▶ 8/8/2024, 2:15 PM |

| | | | |
|---|---|---|---|
| JK | **James Knobloch** <■> <br> Thanks JB, we'll get these updates to you shortly | ▶ | 8/8/2024, 2:16 PM |
| JB | **Justin Baldoni** <■> <br> Sorry to ask- Where are we at with premier after party stuff? Shouldn't we have posted that already | ▶ | 8/8/2024, 2:16 PM |
| JK | **James Knobloch** <■> <br> We have the carpet asset above for your review (will reshare) and the after party ready for your review. | ▶ | 8/8/2024, 2:17 PM |
| JK | **James Knobloch** <■> | ▶ | 8/8/2024, 2:18 PM |
| JK | **James Knobloch** <■> | ▶ | 8/8/2024, 2:18 PM |
| JK | **James Knobloch** <■> <br> Updated Access Stories: | ▶ | 8/8/2024, 2:37 PM |
| JB | **Justin Baldoni** <■> <br> Sorry WiFi slow and can't download | ▶ | 8/8/2024, 2:38 PM |
| JK | **James Knobloch** <■> | ▶ | 8/8/2024, 2:40 PM |
| JK | **James Knobloch** <1■> <br> For the matcha making, we replaced the video audio with the song, and updated the caption to: <br> Just call me a "Matcha" Man 😊 | ▶ | 8/8/2024, 2:40 PM |
| JB | **Justin Baldoni** <■> <br> Also are you guys going through and approving tagged photos and posts of me that are supportive ? I'm Not seeing that | ▶ | 8/8/2024, 2:40 PM |
| JK | **James Knobloch** <■> <br> For the photo with you and all the ladies, updated caption to: <br> Lovely meeting the women of Ground Central coffee shop — thanks for letting me practice my matcha making skills! ☕ | ▶ | 8/8/2024, 2:40 PM |
| JB | **Justin Baldoni** <■> <br> But could be WiFi | ▶ | 8/8/2024, 2:40 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> We land in less than an hour and we can look then | ◀ | 8/8/2024, 2:40 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> They aren't downloading for me either | ◀ | 8/8/2024, 2:41 PM |
| JK | **James Knobloch** <■> <br> And for the "put her on camera" one, it's trimmed to start at "to anyone from access watching this…" | ▶ | 8/8/2024, 2:41 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Unwatermarked premiere photos! Wayfarer and family 🙂 | ◀ | 8/8/2024, 3:29 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> https://app.cimediacloud.com/mediaboxes/ad648c4d78d7403b9ccad6cae0a5b0e5 | ◀ | 8/8/2024, 3:29 PM |

**JB — Justin Baldoni** — 8/8/2024, 3:30 PM
Hey just landed
What is the Tik Tok strategy.
I'd like you guys to start posting me ONLY talking about domestic violence and clips and why this movie is so important

**JK — James Knobloch** — 8/8/2024, 3:44 PM
We can definitely focus on just those topics for TikTok — the next pieces we wanted to post on there (and also on IG Reels) are the carpet/screening video, the afterparty video, and this IEWU asset/caption:

**JK — James Knobloch** — 8/8/2024, 3:44 PM

**JK — James Knobloch** — 8/8/2024, 3:44 PM
Copy: ??? ????? ???'?? ???? ??????? ???. ♡

#ItEndsWithUsMovie hits the big screen tonight. get tickets now.

**JA — Custodian: Abel, Jennifer** — 8/8/2024, 3:44 PM
Let's post something about DV first

**JK — James Knobloch** — 8/8/2024, 3:58 PM
Would love to post this interview clip along with this drafted caption:

**JK — James Knobloch** — 8/8/2024, 3:59 PM

**JK — James Knobloch** — 8/8/2024, 3:59 PM
It's easy to ask, especially as men, "Why do women stay?", but the real question we need to ask is, "Why do men harm?" This journey has taught me so much, but the most profound lessons have come from the brave stories of survival and strength that have been shared with me.

**JK — James Knobloch** — 8/8/2024, 4:00 PM
We'd tag CBSmornings, the anchors, and no more

**JB — Justin Baldoni** — 8/8/2024, 4:11 PM
Let's change my bio and link to a resource for survivors please -

**JB — Justin Baldoni** — 8/8/2024, 4:11 PM
On TikTok and Aug

**JB — Justin Baldoni** — 8/8/2024, 4:11 PM
IG

**JB — Justin Baldoni** — 8/8/2024, 4:11 PM
Nomore.org

**JB — Justin Baldoni** — 8/8/2024, 4:12 PM
If you or someone you know is experiencing domestic violence. Help is available. Visit @nomore for more info 👇

**JK — James Knobloch** — 8/8/2024, 4:14 PM
We can definitely do that — your link goes to a link tree so we can make no more the top link there. I'll just make sure that works for the character count and can make those changes right now.

**JB — Justin Baldoni** — 8/8/2024, 4:16 PM
Can we lose the link tree and just make it no more

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:16 PM
I wouldn't do that JB

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:16 PM
Too drastic too soon

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:16 PM
Make it top link within linktree the first thing you see

**JB** — Justin Baldoni <■■■>  —  8/8/2024, 4:17 PM
Ok.
Jen what about adding it to the top of link tree.
Also how's this for caption

"It's easy to ask, especially as men, 'Why do women stay?' But the real question we need to ask is, 'Why do men harm?' This was not an easy story to tell, and yet it was profoundly important. I've learned so much. I'm so grateful for all the support and the partnership with my friends and the charitable partner to this film, nomore.org."

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:17 PM
Then let's start rolling out the content to support

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:17 PM
"We are so grateful"

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:17 PM
Rest is good

**JK** — James Knobloch <■■■>  —  8/8/2024, 4:17 PM
I would just suggest changing it from the website to their account since we can't post URLs in captions.

**JB** — Justin Baldoni <■■■>  —  8/8/2024, 4:18 PM
Adding jamey for his thoughts

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:18 PM
Yes just tag  no more not the link in caption

**JB** — Justin Baldoni <■■■>  —  8/8/2024, 4:18 PM
I would add Melissa to this thread

**JK** — James Knobloch <■■■>  —  8/8/2024, 4:25 PM
Linktree is updated, as is the bio for instagram.

**JK** — James Knobloch <■■■>  —  8/8/2024, 4:25 PM
For TikTok, we have a much shorter character limit.

**JK** — James Knobloch <■■■>  —  8/8/2024, 4:26 PM
This is at the exact limit if this works for you JB:

**JK** — James Knobloch <■■■>  —  8/8/2024, 4:26 PM
If you/someone you know is experiencing domestic violence, help is available. 👇

**JB** — Justin Baldoni <■■■>  —  8/8/2024, 4:45 PM
No, I thought Jen said to not put the caption in my bio?

**JA** — Custodian: Abel, Jennifer <■■■>  —  8/8/2024, 4:46 PM
Keep linktree and just make it the top link

**JB** — Justin Baldoni <■■■> — 8/8/2024, 4:46 PM
But caption in IG bio should stay what it used to be yes? Was a spiritual quote.

Or should caption in bio just say NoMore.org

**JA** — Custodian: Abel, Jennifer <■■■> — 8/8/2024, 4:47 PM
I actually like how it looks now that I've seen it.

**JB** — Justin Baldoni <■■■> — 8/8/2024, 4:47 PM
Ok

**JA** — Custodian: Abel, Jennifer <■■■> — 8/8/2024, 4:47 PM
It doesn't feel performative now that you've done major substantial press on the topic

**JK** — James Knobloch <■■■> — 8/8/2024, 4:54 PM
I agree. And are you ok with the shortened version of the bio for TikTok?

**JK** — James Knobloch <■■■> — 8/8/2024, 4:55 PM
If you/someone you know is experiencing domestic violence, help is available. 👇

**JB** — Justin Baldoni <■■■> — 8/8/2024, 4:55 PM
Yes

**JK** — James Knobloch <■■■> — 8/8/2024, 4:59 PM
And we'll do the interview clip with your updated caption now

**JK** — James Knobloch <■■■> — 8/8/2024, 4:59 PM
With Jen's suggested edit

**JB** — Justin Baldoni <■■■> — 8/8/2024, 5:00 PM
There's also this

**JB** — Justin Baldoni <■■■> — 8/8/2024, 5:00 PM
https://www.instagram.com/reel/C-aSaodR41w/?igsh=NmNkOXZweHd3emRi

**JA** — Custodian: Abel, Jennifer <■■■> — 8/8/2024, 5:01 PM
That would be good to reshare

**JK** — James Knobloch <■■■> — 8/8/2024, 5:01 PM
And yes had that one earmarked for our next round of story shares

**JB** — Justin Baldoni <■■■> — 8/8/2024, 5:04 PM
Stories yes

**JK** — James Knobloch <■■■> — 8/8/2024, 6:29 PM
The DV clip from CBS mornings has been up for about an hour, and if you're aligned, we'd like to post this "tonight" asset next:

**JK** — James Knobloch <■■■> — 8/8/2024, 6:29 PM

**JK** — James Knobloch <■■■> — 8/8/2024, 6:29 PM
Copy: ??? ????? ???'?? ???? ??????? ???. ♡

#ItEndsWithUsMovie hits the big screen tonight. get tickets now.

**JB** — Justin Baldoni <■■■> — 8/8/2024, 6:36 PM

| | | |
|---|---|---|
| | Up to Jen | |
| JH | **Jamey Heath** <■> <br> That's good for me | ▶ 8/8/2024, 6:36 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Yes | ◀ 8/8/2024, 6:45 PM |
| JK | **James Knobloch** <■> <br> Thanks all! | ▶ 8/8/2024, 6:49 PM |
| JB | **Justin Baldoni** <■> <br> Did we share the Forbes story as well? | ▶ 8/8/2024, 7:02 PM |
| JK | **James Knobloch** <■> <br> This one? | ▶ 8/8/2024, 7:03 PM |
| JK | **James Knobloch** <■> | ▶ 8/8/2024, 7:03 PM |
| JK | **James Knobloch** <■> <br> Yes! Shared to your stories from Wayfarer and included the link earlier today. | ▶ 8/8/2024, 7:04 PM |
| JK | **James Knobloch** <■> <br> Coordinated with their team | ▶ 8/8/2024, 7:04 PM |
| JB | **Justin Baldoni** <■> | ▶ 8/8/2024, 7:04 PM |
| HS | **Henry JW Social** <■> <br> Love that!!! So cute guys 🙂 | ▶ 8/8/2024, 7:04 PM |
| JK | **James Knobloch** <■> <br> Yall are such goals | ▶ 8/8/2024, 7:04 PM |
| JB | **Justin Baldoni** <■> <br> She's off to Sweden | ▶ 8/8/2024, 7:08 PM |
| JB | **Justin Baldoni** <■> <br> Great on Forbes and we tagged him? | ▶ 8/8/2024, 7:16 PM |
| JK | **James Knobloch** <■> <br> Jeff Conway? Yes he's tagged | ▶ 8/8/2024, 7:19 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Justin do you want to shoot a quick video that you're almost to Wayfarer theaters and how excited you are to see everyone and celebrate this beautiful film?! | ◀ 8/8/2024, 7:25 PM |
| JB | **Justin Baldoni** <■> | ▶ 8/8/2024, 7:29 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Great guys please post asap | ◀ 8/8/2024, 7:30 PM |
| JK | **James Knobloch** <■> <br> Haha love it. How about a simple, "can't wait to see you all!" And we'll tag everyone. | ▶ 8/8/2024, 7:31 PM |

| | | | |
|---|---|---|---|
| JA | **Custodian: Abel, Jennifer** <■> <br> Tag who | ◀ | 8/8/2024, 7:31 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Everyone for the screening event | ◀ | 8/8/2024, 7:31 PM |
| JK | **James Knobloch** <■> <br> Wayfarer, jamey, iweu, Travis | ▶ | 8/8/2024, 7:31 PM |
| JK | **James Knobloch** <■> <br> Anyone else? | ▶ | 8/8/2024, 7:32 PM |
| JB | **Justin Baldoni** <■> <br> Verve romance | ▶ | 8/8/2024, 7:34 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Verve and also tag the moderator | ◀ | 8/8/2024, 7:34 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Please post now because we are 10 min away | ◀ | 8/8/2024, 7:34 PM |
| JA | **Custodian: Abel, Jennifer** <■> <br> Amazing comments on the cbs post guys. | ◀ | 8/8/2024, 7:40 PM |
| JK | **James Knobloch** <■> <br> Wanted to make sure you saw this one, JB 🖤 | ▶ | 8/8/2024, 8:59 PM |
| JK | **James Knobloch** <■> <br> https://www.instagram.com/p/C-bgwKFRaRO/?igsh=MWhrcGY0czg2ODFoag== | ▶ | 8/8/2024, 8:59 PM |
| JB | **Justin Baldoni** <■> | ▶ | 8/9/2024, 1:36 AM |