Exhibit 220

## Short Message Report

| Conversations: 1 | Participants: 8 |
|---|---|
| Total Messages: 109 | Date Range: 8/9/2024 |

## Outline of Conversations



**Messages in chronological order** (times are shown in GMT -04:00)

---

 iMessage Chat: Justin Baldoni <▮▮▮▮▮>, Jamey Heath <▮▮▮▮▮>, Mitz Wayfarer
<▮▮▮▮▮>, James Knobloch <▮▮▮▮▮>, Jarriesse Blackmon <▮▮▮▮▮>, Henry JW
Social <▮▮▮▮▮>, Custodian: Abel, Jennifer <▮▮▮▮▮>

| | | |
|---|---|---|
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:27 AM |
| | Hey team where are we at with the premier party video edit | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:28 AM |
| | Also- very much need Tik Tok strategy - please discuss with Jen | |
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮▮> | ◀ 8/9/2024, 11:28 AM |
| | We discussed this morning | |
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮▮> | ◀ 8/9/2024, 11:28 AM |
| | They are on it | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:30 AM |
| | Also/ I need you guys to really be on all the stories I'm tagged in.<br>I think you should let all people dm me so you can see peoples reactions to film and I can be reposting everything.<br>These next 36 hours are crucial and we need to be on it. Looking at everything. Finding the most emotional and<br>touching content from survivors supporting this film  and reposting.<br>Need you  to be finding survivors sharing their stories and amplifying them on my page and TikTok. | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:30 AM |
| | All systems must be go. Thanks all | |
| JK | **James Knobloch** <▮▮▮▮▮> | ▶ 8/9/2024, 11:31 AM |
| | Yes, we've been going through all your tagged stories and doing lots of reposting, and will continue to do so! | |
| JK | **James Knobloch** <▮▮▮▮▮> | ▶ 8/9/2024, 11:31 AM |
| | For the premier party, can resend for your review: | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:31 AM |
| | No- you haven't -  Sorry. | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:31 AM |
| | Because you can only see tagged stores from people I know or verified people p | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:32 AM |
| | You need to let everyone dm me and then you can see the tags | |
| JK | **James Knobloch** <▮▮▮▮▮> | ▶ 8/9/2024, 11:32 AM |
| | We're seeing tagged stories from all accounts through your notifications, not only from your direct messages. | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:33 AM |
| | When I ran my own account this is what I did so I am reposting and resharing people who don't have a check mark and<br>who I haven't messaged before. Also I'm seeing many of these are unread.<br>Not trying to be hard but this is game time and need the best. | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:34 AM |
| | You won't get a notification that I am tagged in a story unless we open it up to everything in my DM's | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:34 AM |
| | But I'm more than happy to be wrong | |
| JB | **Justin Baldoni** <▮▮▮▮▮> | ▶ 8/9/2024, 11:35 AM |

JONESWORKS_00014513

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 11:35 AM
    We're getting them here, JB:

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 11:35 AM

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 11:36 AM
    Everyone who tags you in a story shows here, I've already been through hundreds this week, and we're curating good
    ones to repost.

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 11:39 AM
    And here's that afterparty reel again for you:

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 11:39 AM

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:49 AM
    Ok I'm wrong then which is wonderful! Thank you !

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:50 AM
    For this reel what's important to me is the song Andy sang - where there is love

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:50 AM
    That should be underneath it all

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 11:50 AM
    We were actually going to do that as a standalone asset, but we could add his live audio to it instead!

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:50 AM
    U fortunately Don't like the video - to me it's missing all the heart and love that was there

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:50 AM
    That should be the only thing coming across

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:51 AM
    I don't care about any it ends with us stuff - I care about showing who we really are and the love that was in that room

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 11:55 AM

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:58 AM
    Better but now show other things

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:58 AM
    Show me and friends, me talking to gabby, people having fun as well- intercut -

JB  **Justin Baldoni** < ▮ >                                                    ▶ 8/9/2024, 11:59 AM
    Start with Andy singing "where there is love "
    And allow the voices in the room to come in as well

JK  **James Knobloch** < ▮ >                                                    ▶ 8/9/2024, 12:08 PM
    working on this for you now!

HS    **Henry JW Social <          >**                                                    ► 8/9/2024, 12:17 PM

Hey JB, updated cut for that video coming shortly. in the meantime, here's 2 caption options.. 1 a reflective version, the 2nd just a quote:

1) There's nothing in this world stronger than love. To have this moment together—with my family, my friends—it's humbling to sit back and reflect on this journey. The countless hours, late nights, long flights, and everything it took to bring this story to life pushed us all to dig deep. We asked tough questions, sought out the hard answers, and challenged ourselves in ways we never imagined. But in the end, the greatest gift is knowing I've been blessed to do it all with these incredible humans by my side.

2)
"Love gives life to the lifeless. Love lights a flame in the heart that is cold. Love brings hope to the hopeless and gladdens the hearts of the sorrowful. In the world of existence there is indeed no greater power than the power of love" — Abdu'l-Bahá

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 12:36 PM

Not to distract from the above captions, but just wanted to share this with you, JB — came across it in our recent round of monitoring and reposting and just thought it was an especially lovely one 😊

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 12:36 PM

https://www.instagram.com/stories/bookthoughtswithsteph/3430603959184363090?igsh=aG91b3RwNm9iYzFi

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 12:37 PM

And Gabi's post, too, was so beautiful:

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 12:37 PM

https://www.instagram.com/p/C-bgwKFRaRO/?igsh=MWhrcGY0czg2ODFoag==

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 12:37 PM

Updated cut for the party video coming shortly

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 1:23 PM

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 1:23 PM

And here are those caption options again:

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 1:24 PM

1)
There's nothing in this world stronger than love. To have this moment together—with my family, my friends—it's humbling to sit back and reflect on this journey. The countless hours, late nights, long flights, and everything it took to bring this story to life pushed us all to dig deep. We asked tough questions, sought out the hard answers, and challenged ourselves in ways we never imagined. But in the end, the greatest gift is knowing I've been blessed to do it all with these incredible humans by my side.

2)
"Love gives life to the lifeless. Love lights a flame in the heart that is cold. Love brings hope to the hopeless and gladdens the hearts of the sorrowful. In the world of existence there is indeed no greater power than the power of love" — Abdu'l-Bahá

JB    **Justin Baldoni <          >**                                                    ► 8/9/2024, 1:48 PM

A little too much of gabby - start with Andy singing
Then cut to me and Emily as you have it
Anything romantic and sweet with us
hugging and talking to people

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 2:09 PM

coming up!

JK    **James Knobloch <          >**                                                    ► 8/9/2024, 2:35 PM

                                                    JONESWORKS_00014515

JB    **Justin Baldoni** < ▮▮▮▮ >                                              ▶ 8/9/2024, 2:48 PM
Is There one shot of me kneeling over and speaking to gabby or anything with us
Maybe instead of the 2nd dancing shot of people

JK    **James Knobloch** < ▮▮▮▮ >                                            ▶ 8/9/2024, 2:49 PM
I'm 99% sure there is — will confirm and make that edit!

JK    **James Knobloch** < ▮▮▮▮ >                                            ▶ 8/9/2024, 3:04 PM

JB    **Justin Baldoni** < ▮▮▮▮ >                                              ▶ 8/9/2024, 3:08 PM
Not really- close
I want to hear "where there is love" at the top- it's starts cut off
- Andys mouth shouldBe singing the lyrics at the top - it's not synced
-is there a shot of just me and gabby - It's all too close together with Emily as well ,don't need both. So maybe focus
more on the shot of me and gabby and Emily and take out 2nd one of photo
Or cut to Andy singing to gabby and frank
It should end with me and Emily - not Andy -

JB    **Justin Baldoni** < ▮▮▮▮ >                                              ▶ 8/9/2024, 3:08 PM
Going dark for a bit - be back

JK    **James Knobloch** < ▮▮▮▮ >                                            ▶ 8/9/2024, 3:09 PM
I think we can do most of that, but I don't think we have video of Andy singing that particular part of the song. I'll see
what we can do.

JK    **James Knobloch** < ▮▮▮▮ >                                            ▶ 8/9/2024, 5:01 PM
Hi Justin, I know you're offline for a bit, so please just get back us know when you can. H 's the latest edit — for clarity,
here are the changes in this version, per your feedback:

- Clip starts with Andy singing "Where there is love" and audio is synced
- Clip of you, Emily, and Gabbie speaking to one another has been extended, and the second clip of just Emily and
Gabbie posing for the photo has been removed.
- Clip now ends with you and Emily dancing

JK    **James Knobloch** < ▮▮▮▮ >                                            ▶ 8/9/2024, 5:01 PM

JB    **Justin Baldoni** < ▮▮▮▮ >                                              ▶ 8/9/2024, 6:42 PM
https://www.instagram.com/reel/C-d1FfkSsNQ/?utm_source=ig_web_copy_link

JA    **Custodian: Abel, Jennifer** < ▮▮▮▮ >                                   ◀ 8/9/2024, 6:44 PM
This is so good.  Justin I think it's a little much for you to post but I think wayfarer should post it. JB are you aligned?

JB    **Justin Baldoni** < ▮▮▮▮ >                                              ▶ 8/9/2024, 6:44 PM
Video of after party much better -
But should we post that on opening  night or this weekend sometime?

Also can we find some important fan / survivor reactions tonight and edit a video to post tomorrow that shows their
reactions to the film and say something like -

"THIS is why we made it ends with us "

JB    **Justin Baldoni** < ▮▮▮▮ >                                              ▶ 8/9/2024, 6:44 PM
Yes wayfarer should - and maybe on TikTok as well

HS    **Henry JW Social** < ▮▮▮▮ >                                            ▶ 8/9/2024, 6:47 PM

U got it JB ?

JK    **James Knobloch <​ ​>                                                    ▶ 8/9/2024, 6:47 PM**
We definitely don't need to post the party video tonight — we can slate it in over the weekend for sure.

We can also source reaction content over the weekend and cut together a montage of sorts.

And yes, agreed on ET — I will pass that along to WS social and we can share their post to stories, if you're aligned.

JB    **Justin Baldoni <​ ​>                                                    ▶ 8/9/2024, 7:39 PM**

HS    **Henry JW Social <​ ​>                                                    ▶ 8/9/2024, 7:51 PM**
Hey JB! Coming in blurry on my end for some reason - any chance you could upload to the shared album? Or try sending again with wifi 🙏

HS    **Henry JW Social <​ ​>                                                    ▶ 8/9/2024, 8:04 PM**
I love this video. I think this amazing for IG stories and A TikTok in feed post. Caption:

Full circle. Don't ever be too embarrassed to chase your dreams 🖤

HS    **Henry JW Social <​ ​>                                                    ▶ 8/9/2024, 8:04 PM**
Let us know if you're aligned and I'll post!

JB    **Justin Baldoni <​ ​>                                                    ▶ 8/9/2024, 8:06 PM**
For TikTok, would you cut it up a little bit so that it moved a little faster?

HS    **Henry JW Social <​ ​>                                                    ▶ 8/9/2024, 8:06 PM**
Absolutely

HS    **Henry JW Social <​ ​>                                                    ▶ 8/9/2024, 8:07 PM**
in that case, could actually do IG reel as well. This is a beautiful video, wouldn't hesitate to post in-feed for IG. Just need to keep under 90 seconds obviously

JB    **Justin Baldoni <​ ​>                                                    ▶ 8/9/2024, 8:20 PM**
Immediately go see what I just posted in my shared folder that Jennifer caught!

JB    **Justin Baldoni <​ ​>                                                    ▶ 8/9/2024, 8:21 PM**
Can you guys edit that in a funny style really quickly and let's post that to my main feed and also as a TikTok video. I think we need some lightheartedness and some humor today.

JB    **Justin Baldoni <​ ​>                                                    ▶ 8/9/2024, 8:22 PM**
Dear mom…I've finally made it.
With love,
Ralph

HS    **Henry JW Social <​ ​>                                                    ▶ 8/9/2024, 8:28 PM**
Working on this now! Will circle back shortly JB ?

HS    **Henry JW Social <​ ​>                                                    ▶ 8/9/2024, 8:54 PM**

JA    **Custodian: Abel, Jennifer <​ ​>                                         ◀ 8/9/2024, 8:57 PM**
Few notes— let's take out the part where he says "it's been a tough week" and can we make quicker cuts and put some music under it too? Thx!

HS    **Henry JW Social** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:14 PM

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:16 PM
      Do we want to try the Curb Your Enthusiasm music?

HS    **Henry JW Social** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:19 PM

MW    **Mitz Wayfarer** < ▓▓▓ >                                                    ▶ 8/9/2024, 9:22 PM
      😂😂

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:22 PM
      lol

HS    **Henry JW Social** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:23 PM
      Lmk if you approve and I'll get that posted on IG and TikTok!

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:30 PM
      I think it's great, but can you at the very end cut to the picture where she's pointing at me and I'm putting my hand up
      like I don't know who I am?

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:30 PM
      I think that's a better button

HS    **Henry JW Social** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:34 PM

JK    **James Knobloch** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:35 PM
      This is the greatest thing I've ever had on my phone during an intermission break lol.

JK    **James Knobloch** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:35 PM
      Love this final version!

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:36 PM
      Right after "I know you" at the end- cut before i talk.

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 9:36 PM
      Also captions would be funny with this

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 10:11 PM
      Ready?

HS    **Henry JW Social** < ▓▓▓ >                                                  ▶ 8/9/2024, 10:14 PM

JB    **Justin Baldoni** < ▓▓▓ >                                                  ▶ 8/9/2024, 10:15 PM
      Ha cute

      You guys are the experts- don't prefer with our without captions

HS    **Henry JW Social** < ▓▓▓ >                                                  ▶ 8/9/2024, 10:16 PM
      I like with captions. Especially because we don't see your face in the beginning, so having the text "is he famous" makes
      the 3 second hook better.

HS    **Henry JW Social** < ▓▓▓ >                                                  ▶ 8/9/2024, 10:17 PM

Because these girls (clearly) aren't famous. So adding captions helps!

| | | |
|---|---|---|
| HS | **Henry JW Social** < > | ► 8/9/2024, 10:21 PM |

Let us know if you're aligned and we'll post with that caption!

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 10:25 PM |

Post!

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 10:25 PM |

IG and TikTok feed please
And tag Chicago ohaire

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 10:38 PM |

All good?

| | | |
|---|---|---|
| JK | **James Knobloch** < > | ► 8/9/2024, 10:41 PM |

I think henry might've fallen asleep but I'll get this posted now

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** < > | ◄ 8/9/2024, 10:41 PM |

😊😊 thanks james

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** < > | ◄ 8/9/2024, 10:42 PM |

Then I think we chill a bit on the posting... just my thoughts. Let these current post live for a day and then pick back up Sunday/Monday with fan reactions of the film. Let's cool it on the praising of Blake content.

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 10:44 PM |

Praising of Blake ? Are we posting that?

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** < > | ◄ 8/9/2024, 10:46 PM |

Not as standalone. Meaning that with the reposting of your interviews with the DV soundbites, a few also included your comments about Blake, which was necessary and important. But as we move out of that news cycle I think we focus on fan reactions after the weekend and lean into more dv commentary/reactions. The team has been reposting a lot of fan content from opening which is great, so I think we can lean away from the interview stuff now. Just my POV.

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 10:48 PM |

Yes, that's definitely focus now only on Funn reactions and specifically I would love to find reactions from domestic violence survivors

| | | |
|---|---|---|
| JK | **James Knobloch** < > | ► 8/9/2024, 10:49 PM |

Aligned with that shift, Jen. And video is posted on both TT and IG.

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** < > | ◄ 8/9/2024, 10:49 PM |

And yes the team has found some good survivor reactions too already and I'm sure there will be a lot more following this weekend.

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 11:17 PM |

https://www.tiktok.com/t/ZPRoEAf5H/

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 11:17 PM |

This is why I made the film. Can we reshare somehow to amplify? Stories. Maybe

| | | |
|---|---|---|
| JB | **Justin Baldoni** < > | ► 8/9/2024, 11:19 PM |

Jen- what do you think about maybe me going live with her this weekend? What if I did something totally unique like I did during the pandemic and went live and just spoke to survivors about their experience.

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** < > | ◄ 8/9/2024, 11:22 PM |

I love that idea. Truly. But I think we need to give it a little breather... meaning, wait a day or two before you do that. This is a marathon not a sprint. So maybe on Monday you can do that and get some reactions from those who saw it

over the weekend. I think the next thing you post is something about coming back to Sweden with your family, and thanking everyone for their love and support this week of the film and something reflective about how you could have never anticipated the fan response… along those lines. Then wait a day, and then go live. Thoughts?

JB    **Justin Baldoni <▮▮▮▮▮>**                                                    ▶ 8/9/2024, 11:30 PM
      Great.
      Il snap a pic from my flight to Sweden - taking off now
      Thanks all!

JA    **Custodian: Abel, Jennifer <▮▮▮▮▮▮>**                                        ◀ 8/9/2024, 11:31 PM
      Get some sleep!

JH    **Jamey Heath <▮▮▮▮▮>**                                                       ▶ 8/9/2024, 11:39 PM
      Catching up.
      1000 percent. Take a beat. Breathe between.

JONESWORKS_00014520