# Exhibit 222

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 53 | Date Range: 8/13/2024 |

## Outline of Conversations



**iMessage Chat:** ▓▓▓▓▓▓ · 53 messages on 8/13/2024 · Custodian: Abel, Jennifer <▓▓▓▓▓> · Custodian: Abel, Jennifer <▓▓▓▓▓▓> · ▓▓▓▓▓ <▓▓▓▓▓> · System Message <>

Confidential

**Messages in chronological order** (times are shown in GMT -04:00)

🍎 **iMessage Chat:** ▓▓▓▓▓▓▓▓▓

JJ ▓▓▓▓▓▓ <▓▓▓▓▓▓>                                    ▶ 8/13/2024, 12:01 PM
Oh my GOD

Receipts • Custodian: Abel, Jennifer <▓▓▓▓▓▓▓ [R:8/13/2024, 12:01 PM]

JJ ▓▓▓▓▓▓ <▓▓▓▓▓▓>                                    ▶ 8/13/2024, 12:01 PM
https://www.tiktok.com/t/ZTNtFL43Y/

Receipts • Custodian: Abel, Jennifer ▓▓▓▓▓▓▓▓> [R:8/13/2024, 12:01 PM]

JA **Custodian: Abel, Jennifer** <▓▓▓▓▓▓>           ◀ 8/13/2024, 12:01 PM
YES

JJ ▓▓▓▓▓▓ <▓▓▓▓▓▓>                                    ▶ 8/13/2024, 12:02 PM


*Attachment: files/Audio/Audio Message_1063.caf (143 KB)*

Receipts • Custodian: Abel, Jennifer <▓▓▓▓▓▓ [R:8/13/2024, 12:02 PM]

JA **Custodian: Abel, Jennifer** <▓▓▓▓▓▓>           ◀ 8/13/2024, 12:06 PM
I want to officially incorporate nightmare cunt and demon cunt into my vocabulary.

JA **Custodian: Abel, Jennifer** <▓▓▓▓▓▓>           ◀ 8/13/2024, 12:06 PM
UNBELIEVABLE

JA **Custodian: Abel, Jennifer** <▓▓▓▓▓▓>           ◀ 8/13/2024, 12:06 PM
She's doing this to herself

JJ ▓▓▓▓▓▓ <▓▓▓▓▓▓>                                    ▶ 8/13/2024, 12:07 PM
She's a suicide bomber at this point

Receipts • Custodian: Abel, Jennifer <▓▓▓▓▓▓ [R:8/13/2024, 12:07 PM]

JA **Custodian: Abel, Jennifer** <▓▓▓▓▓▓>           ◀ 8/13/2024, 12:07 PM
You're not going to believe the latest…

JJ ▓▓▓▓▓▓ <▓▓▓▓▓▓>                                    ▶ 8/13/2024, 12:28 PM

Confidential



Image: files/Image/IMG_3974.jpeg (131 KB)



Image: files/Image/IMG_3975.jpeg (111 KB)



Receipts • Custodian: Abel, Jennifer < ███████ > [R:8/13/2024, 12:28 PM]

JJ    ███████ < ███████ >                                    ▶ 8/13/2024, 12:36 PM

They're so evil

Receipts • Custodian: Abel, Jennifer < ███████ > [R:8/13/2024, 12:37 PM]

JJ    ███████ < ███████ >                                    ▶ 8/13/2024, 12:36 PM

Confidential



Image: files/Image/IMG_3976.jpeg (369 KB)

Receipts • Custodian: Abel, Jennifer < ██████████ > [R:8/13/2024, 12:37 PM]

**JA**  **Custodian: Abel, Jennifer <** ██████████ **>**                   ◀ 8/13/2024, 12:37 PM
Yep. That was reduced down from Sexual predator

**JJ**  ██████████ < ██████████ >                                         ▶ 8/13/2024, 12:37 PM
At least borderline abusive is out there so she can't go in with predator

Receipts • Custodian: Abel, Jennifer < ██████████ > [R:8/13/2024, 12:37 PM]

**JJ**  ██████████ < ██████████ >                                         ▶ 8/13/2024, 12:37 PM
Why did this people article drop today?

Receipts • Custodian: Abel, Jennifer < ██████████ > [R:8/13/2024, 12:37 PM]

**JJ**  ██████████ < ██████████ >                                         ▶ 8/13/2024, 12:37 PM
I could never do your job

Receipts • Custodian: Abel, Jennifer < ██████████ > [R:8/13/2024, 12:37 PM]

**JJ**  ██████████ < ██████████ >                                         ▶ 8/13/2024, 12:37 PM
The level of evil I would stoop to

Receipts • Custodian: Abel, Jennifer < ██████████ > [R:8/13/2024, 12:38 PM]

**JJ**  ██████████ < ██████████ >                                         ▶ 8/13/2024, 4:00 PM
BOOST

Receipts • Custodian: Abel, Jennifer < ██████████ > [R:8/13/2024, 4:00 PM]

**JJ**  ██████████ < ██████████ >                                         ▶ 8/13/2024, 4:00 PM
https://www.tiktok.com/t/ZTNtrEonc/

Receipts • Custodian: Abel, Jennifer < ██████████ > [R:8/13/2024, 4:00 PM]

**JA**  **Custodian: Abel, Jennifer <** ██████████ **>**                   ◀ 8/13/2024, 4:00 PM
Hahahahhahaha

**JJ**  ██████████ < ██████████ >                                         ▶ 8/13/2024, 6:26 PM
Just now

Confidential

JONESWORKS_00014817



*Image: files/Image/IMG_3987.jpeg (86 KB)*

Receipts · Custodian: Abel, Jennifer ◁ ███████ ▷ [R:8/13/2024, 6:26 PM]

JA  **Custodian: Abel, Jennifer** ◁ ███████ ▷                    ◀ 8/13/2024, 6:26 PM
STOP IT

JA  **Custodian: Abel, Jennifer** ◁ ███████ ▷                    ◀ 8/13/2024, 6:26 PM
It's unbelievable

JJ  ███████ ◁ ███████ ▷                                          ▶ 8/13/2024, 6:39 PM
You know what? She's just being so supportive right now. I'm LEAVING YOU FOR HER. It worked. She sold me. She's my soul mate

Receipts · Custodian: Abel, Jennifer ◁ ███████ ▷ [R:8/13/2024, 6:39 PM]

JJ  ███████ ◁ ███████ ▷                                          ▶ 8/13/2024, 6:39 PM
She's my best friend

Receipts · Custodian: Abel, Jennifer ◁ ███████ ▷ [R:8/13/2024, 6:39 PM]

JJ  ███████ ◁ ███████ ▷                                          ▶ 8/13/2024, 6:39 PM
The sister I never had

Receipts · Custodian: Abel, Jennifer ◁ ███████ ▷ [R:8/13/2024, 6:39 PM]

JJ  ███████ ◁ ███████ ▷                                          ▶ 8/13/2024, 6:39 PM
The mother I always wanted

Receipts · Custodian: Abel, Jennifer ◁ ███████ ▷ [R:8/13/2024, 6:39 PM]

JA  **Custodian: Abel, Jennifer** ◁ ███████ ▷                    ◀ 8/13/2024, 6:42 PM
I HATE YOU

JA  **Custodian: Abel, Jennifer** ◁ ███████ ▷                    ◀ 8/13/2024, 6:42 PM
You and your AI tits

Confidential

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:42 PM
Who cares? I have Steph and she loves me

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:42 PM]

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:42 PM
WE DONT NEED YOU JEN

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:42 PM]

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:42 PM
Laughed at "You and your AI tits"

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:42 PM]

JA  **Custodian: Abel, Jennifer <████████>**             ◀ 8/13/2024, 6:42 PM
WARMEST REGARDS

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:43 PM
Did you see Blake post that survivors link?

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:43 PM]

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:43 PM
Dead

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:43 PM]

JA  **Custodian: Abel, Jennifer <████████>**             ◀ 8/13/2024, 6:43 PM
Oh yes

JA  **Custodian: Abel, Jennifer <████████>**             ◀ 8/13/2024, 6:43 PM
It's so sick

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:43 PM
So cold

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:43 PM]

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:43 PM
Just some stats and a link

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:43 PM]

JA  **Custodian: Abel, Jennifer <████████>**             ◀ 8/13/2024, 6:43 PM
Im thinking about having Justin share it

JA  **Custodian: Abel, Jennifer <████████>**             ◀ 8/13/2024, 6:43 PM
😊

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:43 PM
Ahahaha no keep him away from her

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:43 PM]

JJ  ███████ <████████>                                  ▶ 8/13/2024, 6:44 PM
Keep him silent

Receipts • Custodian: Abel, Jennifer <████████> [R:8/13/2024, 6:44 PM]



JONESWORKS_00014820