# Exhibit 224

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 5 |
| Total Messages: 45 | Date Range: 8/8/2024 - 8/9/2024 |

**Outline of Conversations**

 ▮▮▮/System Message chatroom · 45 messages between 8/8/2024 - 8/9/2024 · Breanna Butler (▮▮▮) · Katherine Case (▮▮▮) · Katie Case (▮▮▮) · Melissa Nathan (▮▮▮) · System Message (System Message)



CONFIDENTIAL

KCASE-000000728
KCASE-000000728

**Messages in chronological order** (times are shown in GMT -04:00)

| | | /System Message chatroom |
|---|---|---|
| KC | **Katie Case** ( )<br>I'm on with Jamey | 8/8/2024, 8:56 PM |
| BB | **Breanna Butler** ( )<br>Just you? | 8/8/2024, 8:57 PM |
| BB | **Breanna Butler** ( )<br>Idk if he could cease and desist if that girl is posting about something she heard | 8/8/2024, 8:58 PM |
| KC | **Katie Case** ( )<br>Yes can I merge someone in please | 8/8/2024, 8:58 PM |
| BB | **Breanna Butler** ( )<br>They also have to expect some<br>People will speculate from a less than favorable standpoint | 8/8/2024, 8:58 PM |
| BB | **Breanna Butler** ( )<br>Yes | 8/8/2024, 8:58 PM |
| KC | **Katie Case** ( )<br>Thank you SO much Bre | 8/8/2024, 9:07 PM |
| KC | **Katie Case** ( )<br>I wouldn't ask on anyone else | 8/8/2024, 9:07 PM |
| KC | **Katie Case** ( )<br>But if I say one thing they'll disagree lol | 8/8/2024, 9:07 PM |
| BB | **Breanna Butler** ( )<br>Of course! That was simple, they're starting to overthink | 8/8/2024, 9:07 PM |
| KC | **Katie Case** ( )<br>I agree and I said what you said BUT you know… lol just sent them some language | 8/8/2024, 9:11 PM |
| KC | **Katie Case** ( )<br>Thank you Bre 🖤🖤 | 8/8/2024, 9:11 PM |
| KC | **Katie Case** ( )<br>Good morning! ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ And how your call went with Leslie? | 8/9/2024, 10:23 AM |
| BB | **Breanna Butler** ( )<br>Yes please! | 8/9/2024, 10:23 AM |
| BB | **Breanna Butler** ( )<br>Any new movement on JB / updates from Sara / Leslie so we can keep across? | 8/9/2024, 12:01 PM |
| KC | **Katie Case** ( )<br>I'd like to start prepping materials if he's going to be obliterated on Sunday lol | 8/9/2024, 12:08 PM |
| BB | **Breanna Butler** ( )<br>Yes agree - so we can prepare heading into weekend | 8/9/2024, 12:12 PM |

CONFIDENTIAL

KCASE-000000729
KCASE-000000728





Image: _Library_SMS_Attachments_85_05_CEA5F50C-7B8F-45D5-986D-3539CA18A82A_tmp.gif (557 KB)

| | | |
|---|---|---|
| MN | **Melissa Nathan ()** <br> Also, I really have some shit updates on Justin, but I'd rather do it when Breanna is out so we get on the phone or together | 8/9/2024, 12:51 PM |
| KC | **Katie Case ()** <br> That's so disappointing | 8/9/2024, 12:51 PM |
| KC | **Katie Case ()** <br> But yes! Breanna when you're done call us and we can chat | 8/9/2024, 12:52 PM |
| BB | **Breanna Butler ()** <br> Yes just wrapping up here | 8/9/2024, 12:58 PM |
| BB | **Breanna Butler ()** <br> Did daily mail not come for comment? <br><br> I also think apart from another longer story, he leaks texts from her saying she didn't read the book and hates Colleen's dialogue and give to TMZ | 8/9/2024, 1:48 PM |
| KC | **Katie Case ()** <br> Yes 100% | 8/9/2024, 1:49 PM |
| MN | **Melissa Nathan ()** <br> Still on phone | 8/9/2024, 1:49 PM |
| BB | **Breanna Butler ()** <br> Anything? | 8/9/2024, 3:39 PM |
| MN | **Melissa Nathan ()** <br> Just got off phone sorry yes a lot of updates | 8/9/2024, 3:40 PM |
| KC | **Katie Case ()** <br> [url:'https://p47-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00'] | 8/9/2024, 4:49 PM |

Attachment: _Library_SMS_Attachments_eb_11_015AB666-D0DE-4E6F-9418-77CDBA7A1F3F_Open TikTok profile.HEIC (22 KB)

| | | |
|---|---|---|
| KC | **Katie Case ()** <br> Thank the lord for Jed | 8/9/2024, 4:50 PM |

| | | | |
|---|---|---|---|
| BB | **Breanna Butler** (████████) | | 8/9/2024, 5:00 PM |
| | Thank god | | |
| MN | **Melissa Nathan** (████████ ████████) | | 8/9/2024, 5:04 PM |
| BB | **Breanna Butler** (████████) | | 8/9/2024, 5:05 PM |
| | Is the Justin thing a priority for tonight? Sara's piece isn't good but we don't know if there's a strategy to put something fresh out from his end this weekend or Monday | | |

CONFIDENTIAL

KCASE-000000732
KCASE-000000728



> Daily mail broke a story saying Blake calling Justin abusive. I don't buy it I think it's a way for her to get more control and attention of the movie
>
> DN
> Sadly it won't work.. his work in the past is well known

CONFIDENTIAL

KCASE-000000763
KCASE-000000763