# Exhibit 225

# Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 166 | Date Range: 8/8/2024 - 8/9/2024 |

## Outline of Conversations



▬▬▬/System Message chatroom • 166 messages between 8/8/2024 - 8/9/2024 • ▬▬▬ • Alyx Sealy (▬▬▬) • Carolina Hurley (▬▬▬) • Dervla (▬▬▬) • Katie Case (▬▬▬) • Rylie Long (▬▬▬) • System Message (System Message) • Zoe Cate (▬▬▬) •

CONFIDENTIAL

BBKOSLOW-000003330

**Messages in chronological order** (times are shown in GMT -04:00)

---

**/System Message chatroom**

**KC** — Katie Case ( ) — 8/8/2024, 8:33 PM
Is that Jenna Renfield girl the one who said she has ties to studios or is that another one

**D** — Dervla ( ) — 8/8/2024, 8:33 PM
Sofie moon scout

**KC** — Katie Case ( ) — 8/8/2024, 8:34 PM
Got it thank you

**KC** — Katie Case ( ) — 8/8/2024, 8:38 PM
Can we keep a SUPER close eye out on further mentions of this

**KC** — Katie Case ( ) — 8/8/2024, 8:38 PM
[url:'https://p46-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



Image: __Library_SMS_Attachments_55_05_8490188E-D9F4-46CF-AE09-04F74E415687_IMG_2656.JPEG (192 KB)

**KC** — Katie Case ( ) — 8/8/2024, 8:38 PM
It's obviously bullshit but we can't let this spread

**D** — Dervla ( ) — 8/8/2024, 8:38 PM
Yes

**D** — Dervla ( ) — 8/8/2024, 9:08 PM
https://perezhilton.com/ryan-reynolds-cause-blake-lively-feud-justin-baldoni-it-ends-with-us-director/

Attachment: __Libr_1(419) (185 KB)

Attachment: __Library_SMS_Attach_1_25_05_DA3018_1_886858_1 (4 KB)

**D** — Dervla ( ) — 8/8/2024, 9:32 PM
https://x.com/scottmendelson/status/1821708484427055176?s=42&t=jViqTZARji93-nMEMLLmJQ

*Attachment: __Libr_1(420) (19 KB)*

**D** — **Dervla (▮▮▮▮▮)** — 8/8/2024, 9:32 PM
puck reporter responding to the prev tweet

**KC** — **Katie Case (▮▮▮▮▮)** — 8/8/2024, 9:35 PM
Honestly… let them debate amongst themselves lol

**ZC** — **Zoe Cate (▮▮▮▮▮)** — 8/8/2024, 11:59 PM
https://www.tiktok.com/t/ZTNpxXEWU/

*Attachment: __Libr_1(421) (19 KB)*

*Attachment: __Libr_1(422) (6 KB)*

*Attachment: __Libr_1(423) (155 KB)*

**ZC** — **Zoe Cate (▮▮▮▮▮)** — 8/9/2024, 12:01 AM
https://www.tiktok.com/t/ZTNpxSN21/

*Attachment: __Libr_1(424) (214 KB)*

*Attachment: __Libr_1(425) (19 KB)*

*Attachment: __Libr_1(426) (6 KB)*

**ZC** — **Zoe Cate (▮▮▮▮▮)** — 8/9/2024, 12:01 AM
Talks about how Blake is being tone deaf by promoting her hair brand during this movie about domestic violence and that that is why Justin is taking a back seat because he doesn't want to be associated and wants to focus on the sensitive topics

**ZC** — **Zoe Cate (▮▮▮▮▮)** — 8/9/2024, 12:23 AM
https://www.tiktok.com/t/ZTNpQLQ5R/

*Attachment: __Libr_1(427) (19 KB)*

*Attachment: __Libr_1(428) (6 KB)*

*Attachment: __Libr_1(429) (162 KB)*

**ZC** — **Zoe Cate (▮▮▮▮▮)** — 8/9/2024, 12:23 AM
This woman was on set with Justin during 5 feet apart and speaks to how wonderful Justin is

**ZC** — **Zoe Cate (▮▮▮▮▮)** — 8/9/2024, 11:08 AM
https://people.com/justin-baldoni-blake-lively-direct-it-ends-with-us-sequel-8693095

*Attachment: __Libr_1(430) (3 KB)*

*Attachment: __Libr_1(431) (237 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████████)<br>https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792 | 8/9/2024, 11:12 AM |

*Attachment: __Libr_1(432) (8 KB)*

*Attachment: __Libr_1(433) (106 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** (█████████)<br>Thank you! | 8/9/2024, 11:13 AM |
| ZC | **Zoe Cate** (█████████)<br>I can do a round up after I make an agenda ███ | 8/9/2024, 11:13 AM |
| ZC | **Zoe Cate** (█████████)<br>Oh oops just saw Dervla's email. I can do the round up now! | 8/9/2024, 11:16 AM |
| KC | **Katie Case** (█████████)<br>Loved "Oh oops just saw Dervla's email. I can do the roun…" | 8/9/2024, 11:17 AM |
| ZC | **Zoe Cate** (█████████)<br>https://open.spotify.com/episode/2pycIJeeR2Utj9Wn7TRSZP | 8/9/2024, 11:34 AM |

*Attachment: __Libr_1(434) (89 KB)*

*Attachment: __Libr_1(435) (1 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████████)<br>I can listen later | 8/9/2024, 11:34 AM |
| ZC | **Zoe Cate** (█████████)<br>https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818 | 8/9/2024, 11:38 AM |

*Attachment: __Libr_1(436) (1 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** (█████████)<br>Don't worry I'm listening | 8/9/2024, 11:45 AM |
| ZC | **Zoe Cate** (█████████)<br>https://www.dailymail.co.uk/tvshowbiz/article-13725951/Blake-Lively-claims-Ryan-Reynolds-wrote-iconic-scene.html | 8/9/2024, 12:02 PM |

*Attachment: __Libr_1(437) (4 KB)*

*Attachment: __Libr_1(438) (103 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████████)<br>███████████████████████████████████████ | 8/9/2024, 12:07 PM |

*Attachment: __Libr_1(439) (11 KB)*

*Attachment: __Libr_1(440) (95 KB)*

| | | |
|---|---|---|
| AS | **Alyx Sealy** (▇) <br> Great flag thank you! | 8/9/2024, 12:17 PM |
| # | ▇ <br> https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html | 8/9/2024, 1:18 PM |

*Attachment: __Libr_1(441) (68 KB)*

*Attachment: __Libr_1(442) (1 KB)*

| | | |
|---|---|---|
| # | ▇ <br> Please keep watch | 8/9/2024, 1:18 PM |
| ZC | **Zoe Cate** (▇) <br> Liked "Please keep watch " | 8/9/2024, 1:29 PM |
| ZC | **Zoe Cate** (▇) <br> https://uproxx.com/movies/the-it-ends-with-us-director-justin-baldoni-sequel-blake-lively-director/ | 8/9/2024, 1:29 PM |

*Attachment: __Libr_1(443) (4 KB)*

*Attachment: __Libr_1(444) (941 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (▇) <br> https://pagesix.com/2024/08/09/entertainment/it-ends-with-us-director-justin-baldoni-says-blake-lively-should-direct-the-sequel-amid-feud-rumors/ | 8/9/2024, 1:51 PM |

*Attachment: __Libr_1(445) (6 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** (▇) <br> Thanks! Any pickup on the daily mail piece? Particularly language that Justin was chauvinistic etc? | 8/9/2024, 1:51 PM |
| ZC | **Zoe Cate** (▇) <br> https://www.today.com/popculture/movies/blake-lively-justin-baldoni-it-ends-with-us-controversy-drama-rcna165897 | 8/9/2024, 1:53 PM |

*Attachment: __Libr_1(446) (170 KB)*

*Attachment: __Libr_1(447) (8 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (▇) <br> I haven't seen any pick up yet, but I will keep looking | 8/9/2024, 1:53 PM |
| KC | **Katie Case** (▇) <br> Thank you! | 8/9/2024, 1:54 PM |
| ZC | **Zoe Cate** (▇) <br> https://www.thedailybeast.com/obsessed/blake-lively-it-ends-with-us-scandal-what-is-the-big-feud | 8/9/2024, 2:12 PM |

*Attachment: __Libr_1(448) (144 KB)*

*Attachment: __Library_SMS_Attach_1_52_02_7DC4A9_1_6DA2F4_1 (17 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** (█████) <br> Thanks! Still nothing re the bad stuff right? | 8/9/2024, 2:13 PM |
| ZC | **Zoe Cate** (█████) <br> Nope | 8/9/2024, 2:13 PM |
| ZC | **Zoe Cate** (█████) <br> I'll just Reddit and X right now | 8/9/2024, 2:14 PM |
| ZC | **Zoe Cate** (█████) <br> But nothing in the media | 8/9/2024, 2:14 PM |
| KC | **Katie Case** (█████) <br> Wait sorry - that stuff is just on Reddit and x? | 8/9/2024, 2:14 PM |
| KC | **Katie Case** (█████) <br> Or it's also not on Reddit or x | 8/9/2024, 2:14 PM |
| ZC | **Zoe Cate** (█████) <br> No no I just need to check Reddit and x again | 8/9/2024, 2:14 PM |
| KC | **Katie Case** (█████) <br> Ok PHEW | 8/9/2024, 2:14 PM |
| ZC | **Zoe Cate** (█████) <br> Sorry sorry!!! | 8/9/2024, 2:15 PM |
| KC | **Katie Case** (█████) <br> Don't be | 8/9/2024, 2:15 PM |
| ZC | **Zoe Cate** (█████) <br> ███████████████ | 8/9/2024, 2:23 PM |

*Attachment: __Libr_1(449) (9 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████) <br> ███████████████ | 8/9/2024, 2:26 PM |

*Attachment: __Libr_1(450) (125 KB)*

*Attachment: __Libr_1(451) (11 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████) <br> ███████████████ | 8/9/2024, 2:26 PM |

*Attachment: __Libr_1(452) (2 KB)*

*Attachment: __Libr_1(453) (159 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████) <br> ███████████████ | 8/9/2024, 2:27 PM |

*Attachment: __Libr_1(454) (3 KB)*

| | | |
|---|---|---|
| | *Attachment: __Libr_1(455) (154 KB)* | |
| ZC | **Zoe Cate (▇▇▇▇▇▇)**<br>https://x.com/TheRochaSays/status/1821977955301781956 | 8/9/2024, 2:34 PM |
| | *Attachment: __Libr_1(456) (789 bytes)* | |
| | *Attachment: __Libr_1(457) (51 KB)* | |
| KC | **Katie Case (▇▇▇▇▇▇)**<br>Who is this man? Lol | 8/9/2024, 2:36 PM |
| # | ▇▇▇▇▇▇<br>I was just going to ask lol but 30k followers | 8/9/2024, 2:36 PM |
| ZC | **Zoe Cate (▇▇▇▇▇▇)**<br>I have no clue but he has 30K followers | 8/9/2024, 2:36 PM |
| KC | **Katie Case (▇▇▇▇▇▇)**<br>That's not bad | 8/9/2024, 2:36 PM |
| ZC | **Zoe Cate (▇▇▇▇▇▇)**<br>Emphasized "I was just going to ask lol but 30k followers " | 8/9/2024, 2:36 PM |
| D | **Dervla (▇▇▇▇▇▇)**<br>Tatiana follows him | 8/9/2024, 2:36 PM |
| KC | **Katie Case (▇▇▇▇▇▇)**<br>Oh good | 8/9/2024, 2:36 PM |
| KC | **Katie Case (▇▇▇▇▇▇)**<br>Zoe could we get a Justin roundup please? | 8/9/2024, 2:54 PM |
| ZC | **Zoe Cate (▇▇▇▇▇▇)**<br>Yes! | 8/9/2024, 2:55 PM |
| KC | **Katie Case (▇▇▇▇▇▇)**<br>Thank you! | 8/9/2024, 2:56 PM |
| # | ▇▇▇▇▇▇<br>Can we please separate by speciation coverage and stories that are pickup from the daily mail piece re: him being toxic and abusive on set | 8/9/2024, 3:03 PM |
| ZC | **Zoe Cate (▇▇▇▇▇▇)**<br>Yes | 8/9/2024, 3:08 PM |
| KC | **Katie Case (▇▇▇▇▇▇)**<br>Loved "Yes" | 8/9/2024, 3:08 PM |
| # | ▇▇▇▇▇▇<br>Can we please separate by speculation coverage and stories that are pickup from the daily mail piece re: him being toxic and abusive on set | 8/9/2024, 3:12 PM |
| ZC | **Zoe Cate (▇▇▇▇▇▇)**<br>https://www.tiktok.com/t/ZTNpwuPnV/ | 8/9/2024, 3:45 PM |

*Attachment: __Libr_1(458) (159 KB)*

*Attachment: __Libr_1(459) (6 KB)*

*Attachment: __Libr_1(460) (19 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** ( ▇ ) | 8/9/2024, 3:45 PM |
| | Calls out Justin for being an Israel supporter and says "his entire brand is a farce" and he's manipulative | |
| KC | **Katie Case** ( ▇ ) | 8/9/2024, 3:46 PM |
| | Jesus Christ | |
| ZC | **Zoe Cate** ( ▇ ) | 8/9/2024, 4:02 PM |
| | I haven't seen any pick up off the daily mail article | |
| KC | **Katie Case** ( ▇ ) | 8/9/2024, 4:09 PM |
| | Loved "I haven't seen any pick up off the daily mail arti…" | |
| ZC | **Zoe Cate** ( ▇ ) | 8/9/2024, 4:37 PM |
| | https://www.tiktok.com/t/ZTNpEj7on/ | |

*Attachment: __Libr_1(461) (19 KB)*

*Attachment: __Libr_1(462) (202 KB)*

*Attachment: __Libr_1(463) (6 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate** ( ▇ ) | 8/9/2024, 4:37 PM |
| | TikTok about the daily mail article. She doesn't give an opinion just summarizes the article | |
| KC | **Katie Case** ( ▇ ) | 8/9/2024, 4:38 PM |
| | Urg GODDAMIT thank you please keep a really sharp eye on this | |
| KC | **Katie Case** ( ▇ ) | 8/9/2024, 4:38 PM |
| | Does this girl have a lot of followers | |
| CH | **Carolina Hurley** ( ▇ ) | 8/9/2024, 4:39 PM |
| | We should save some of these newsy tik toks for that social outreach Dervla Zoe | |
| D | **Dervla** ( ▇ ) | 8/9/2024, 4:39 PM |
| | Oh ya I've been making a running list I'll add them | |
| CH | **Carolina Hurley** ( ▇ ) | 8/9/2024, 4:39 PM |
| | Perf | |
| ZC | **Zoe Cate** ( ▇ ) | 8/9/2024, 4:39 PM |
| | 4k. Her video has no real engagereal engagement yet | |
| KC | **Katie Case** ( ▇ ) | 8/9/2024, 4:40 PM |
| | Thank god ok thank you | |
| ZC | **Zoe Cate** ( ▇ ) | 8/9/2024, 4:49 PM |
| | https://www.tiktok.com/t/ZTNpEySgY/ | |

*Attachment: __Libr_1(464) (182 KB)*

*Attachment: __Libr_1(465) (19 KB)*

*Attachment: __Libr_1(466) (6 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:49 PM |
| | Overview of the situation. Nothing new but it's from a verified account so thought I'd share | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:49 PM |
| | Comment from that TikTok [url:'https://p59-content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00'] | |

*Attachment: __Library_SMS_Attachments_ef_15_03E0E8F8-3537-44DD-8C92-29A3BB0569D1_ Open TikTok profile.heic (22 KB)*

| | | |
|---|---|---|
| KC | **Katie Case (⬛)** | 8/9/2024, 4:49 PM |
| | Thank the lord for social and digital mitigation lol | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:53 PM |
| | Colleen Hoover has gone private on TikTok | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:54 PM |
| | Not sure if that's important | |
| KC | **Katie Case (⬛)** | 8/9/2024, 4:54 PM |
| | It's very important | |
| KC | **Katie Case (⬛)** | 8/9/2024, 4:54 PM |
| | Great scope! | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:54 PM |
| | People who followed her before are saying she's deleting videos about the movie | |
| KC | **Katie Case (⬛)** | 8/9/2024, 4:55 PM |
| | Have they said which ones specifically | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:55 PM |
| | No I'm trying to figure that out rn | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:55 PM |
| | I'll let you know if I find anything | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:55 PM |
| | I wish I had followed her!! | |
| KC | **Katie Case (⬛)** | 8/9/2024, 4:58 PM |
| | I don't even have TikTok so you're one step ahead of me 😄 | |
| ZC | **Zoe Cate (⬛)** | 8/9/2024, 4:59 PM |
| | https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/ | |

Attachment: __Libr_1(467) (6 KB)

**KC** — **Katie Case** ( ■■■■■ )  8/9/2024, 5:09 PM
Need very close monitoring on this please

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:09 PM
Liked "Need very close monitoring on this please"

**D** — **Dervla** ( ■■■■■ )  8/9/2024, 5:09 PM
https://perezhilton.com/justin-baldoni-borderline-abusive-toward-blake-lively-it-ends-with-us-set/

Attachment: __Libr_1(468) (190 KB)

Attachment: __Library_SMS_Attach_1_31_01_CFC041_1_7D93D5_1 (4 KB)

**KC** — **Katie Case** ( ■■■■■ )  8/9/2024, 5:10 PM
Thank you 🪦

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:23 PM
https://www.tiktok.com/t/ZTNpoADRc/

Attachment: __Libr_1(469) (6 KB)

Attachment: __Libr_1(470) (19 KB)

Attachment: __Libr_1(471) (164 KB)

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:23 PM
TikTok about the daily mail article. Says that the reason he was praising Blake was bc he realized that this news was gonna break and he had to do damage control. She predicts that his PR team is gonna make him release a statement saying he was a method actor

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:25 PM
https://www.tiktok.com/t/ZTNpom6e8/

Attachment: __Libr_1(472) (19 KB)

Attachment: __Libr_1(473) (144 KB)

Attachment: __Libr_1(474) (6 KB)

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:25 PM
This is her response to someone commenting that it seem like a pr stunt from Blake and Ryan's team. She admits that it's definitely all alleged and she can't wait to see what reputable sources cover it and if Blake or Justin will speak on it

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:26 PM
People are commenting saying they don't totally believe it and it seems like a hit piece

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:26 PM
No one believes it bc it's daily mail

**ZC** — **Zoe Cate** ( ■■■■■ )  8/9/2024, 5:28 PM
[url:'https://p63-

content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00'
]

*Attachment: __Library_SMS_Attachments_6f_15_AB3947E5-CECA-4A06-B8BB-C94EDA7DB2CB_Open TikTok profile.heic (16 KB)*

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:28 PM
[url:'https://p61-content.icloud.com/M440F66B38904B2577CDE94680B2E396E89111D4DEC4269A0275A42CBD80CAD72.C01USN00'
]

*Attachment: __Library_SMS_Attachments_72_02_B77DCBC8-4183-4CA4-AE4B-CF34BF1F22F5_Open TikTok profile.heic (43 KB)*

**#**    **▉**    8/9/2024, 5:29 PM
Thank you - where are these from

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:30 PM
https://www.tiktok.com/t/ZTNporwEL/

*Attachment: __Libr_1(475) (183 KB)*

*Attachment: __Libr_1(476) (19 KB)*

*Attachment: __Libr_1(477) (6 KB)*

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:30 PM
This TikTok

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:30 PM
She has 95k followers

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:30 PM
The sentiment on TikTok is most people aren't believing it. There is a small % that think if it's true it's bc he was method acting

**KC**    **Katie Case ( ▉ )**    8/9/2024, 5:33 PM
Loved "The sentiment on TikTok is most people aren't beli…"

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:42 PM
https://open.spotify.com/episode/3oA4SaRxQRIht1zOdbyjLB?si=jX6n1RWQQdedIRCOXgmFsg

*Attachment: __Libr_1(478) (1 KB)*

*Attachment: __Libr_1(479) (114 KB)*

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:42 PM
They talk about the controversy on this episode

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:42 PM
Listening now

**ZC**    **Zoe Cate ( ▉ )**    8/9/2024, 5:45 PM

Claudia is questioning Justin. She is saying people are defending him bc he is an advocate for women but if he is such an advocate for women why did every single woman on the cast unfollow him.

**ZC** — Zoe Cate ( ) — 8/9/2024, 6:07 PM
https://x.com/ZSharf/status/1822020815774200247

*Attachment: __Libr_1(480) (11 KB)*

**ZC** — Zoe Cate ( ) — 8/9/2024, 6:15 PM

*Attachment: __Libr_1(481) (970 bytes)*

*Attachment: __Libr_1(482) (109 KB)*

**ZC** — Zoe Cate ( ) — 8/9/2024, 6:41 PM
https://www.tiktok.com/t/ZTNseSYD2/

*Attachment: __Libr_1(483) (6 KB)*

*Attachment: __Libr_1(484) (185 KB)*

*Attachment: __Libr_1(485) (19 KB)*

**ZC** — Zoe Cate ( ) — 8/9/2024, 6:41 PM
This TikTok says that Justin hyping Colleen and Blake up is suspicious. Wondering what he is hiding and saying shouldn't he want to direct the movie. The account has 50k

**ZC** — Zoe Cate ( ) — 8/9/2024, 6:41 PM
Comments are all defending him

**KC** — Katie Case ( ) — 8/9/2024, 6:43 PM
Ok well i went to college with Jackie and let's just say I do not take her seriously as a journalist LOL

**KC** — Katie Case ( ) — 8/9/2024, 6:43 PM

**KC** — Katie Case ( ) — 8/9/2024, 6:43 PM
Loved "https://x.com/ZSharf/status/1822020815774200247"

**D** — Dervla ( ) — 8/9/2024, 6:43 PM
Laughed at "Ok well i went to college with Jackie and let's ju…"

**ZC** — Zoe Cate ( ) — 8/9/2024, 6:43 PM
Hahah

**KC** — Katie Case ( ) — 8/9/2024, 6:43 PM
Disliked "This TikTok says that Justin hyping Colleen and Bl…"

**KC** — Katie Case ( ) — 8/9/2024, 6:43 PM
That's us lol

| | | |
|---|---|---|
| AS | **Alyx Sealy** (⬛)<br>Laughed at "That's us lol" | 8/9/2024, 6:44 PM |
| ZC | **Zoe Cate** (⬛)<br>People are bashing her on Reddit saying her takes always suck | 8/9/2024, 6:44 PM |
| ZC | **Zoe Cate** (⬛)<br>And yet again I fell for it | 8/9/2024, 6:44 PM |
| KC | **Katie Case** (⬛)<br>Lolol we all do | 8/9/2024, 6:44 PM |
| KC | **Katie Case** (⬛)<br>Any pickup on the post story? | 8/9/2024, 6:44 PM |
| ZC | **Zoe Cate** (⬛)<br>I'll stop being naive eventually | 8/9/2024, 6:44 PM |
| ZC | **Zoe Cate** (⬛)<br>Not yet | 8/9/2024, 6:45 PM |
| ZC | **Zoe Cate** (⬛)<br>Monitoring closely | 8/9/2024, 6:45 PM |
| ZC | **Zoe Cate** (⬛)<br>I'll send another round up by EOD | 8/9/2024, 6:46 PM |
| KC | **Katie Case** (⬛)<br>Amazing thank you 🙌 | 8/9/2024, 6:47 PM |
| ZC | **Zoe Cate** (⬛)<br>https://www.the-sun.com/entertainment/12160271/it-ends-with-us-justin-balboni-blake-lively-feud/<br><br>*Attachment: __Libr_1(486) (7 KB)*<br><br>*Attachment: __Libr_1(487) (253 KB)* | 8/9/2024, 7:01 PM |
| KC | **Katie Case** (⬛)<br>Thank you! | 8/9/2024, 7:04 PM |
| KC | **Katie Case** (⬛)<br>Can you guys please keep a sharp sharp eye on this | 8/9/2024, 7:04 PM |
| KC | **Katie Case** (⬛)<br>This is the kind of story we're worried about | 8/9/2024, 7:04 PM |
| D | **Dervla** (⬛)<br>Liked "Can you guys please keep a sharp sharp eye on this…" | 8/9/2024, 7:04 PM |
| ZC | **Zoe Cate** (⬛)<br>Liked "Can you guys please keep a sharp sharp eye on this…" | 8/9/2024, 7:04 PM |
| ZC | **Zoe Cate** (⬛)<br>https://www.vox.com/culture/366523/blake-lively-drama-justin-baldoni-it-ends-with-us-hoover-movie-feud | 8/9/2024, 7:06 PM |

*Attachment: __Libr_1(488) (212 KB)*

*Attachment: __Libr_1(489) (6 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate (███)** | 8/9/2024, 7:09 PM |
| | https://perezhilton.com/justin-baldoni-talks-challenge-working-with-complex-personalities-it-ends-with-us-amid-blake-lively-beef/ | |

*Attachment: __Libr_1(490) (191 KB)*

*Attachment: __Library_SMS_Attach_1_da_10_357FBF_1_098B34_1 (4 KB)*

| | | |
|---|---|---|
| KC | **Katie Case (███)** | 8/9/2024, 7:09 PM |
| | Emphasized "https://perezhilton.com/justin-baldoni-talks-chall…" | |
| KC | **Katie Case (███)** | 8/9/2024, 7:09 PM |
| | It took me YEARS don't worry lol | |
| ZC | **Zoe Cate (███)** | 8/9/2024, 7:11 PM |
| | https://www.tiktok.com/t/ZTNsR1pDS/ | |

*Attachment: __Libr_1(491) (244 KB)*

*Attachment: __Libr_1(492) (19 KB)*

*Attachment: __Libr_1(493) (6 KB)*

| | | |
|---|---|---|
| ZC | **Zoe Cate (███)** | 8/9/2024, 7:12 PM |
| | This pop culture account with 90k followers mentions how TikTok has sided with Justin | |
| ZC | **Zoe Cate (███)** | 8/9/2024, 7:12 PM |
| | Loved "It took me YEARS don't worry lol" | |
| KC | **Katie Case (███)** | 8/9/2024, 7:15 PM |
| | I love that | |
| KC | **Katie Case (███)** | 8/9/2024, 7:15 PM |
| | In fairness though… she's like "wear florals" to see a movie about domestic violence 🧘 | |
| ZC | **Zoe Cate (███)** | 8/9/2024, 7:16 PM |
| | She's like "grab your girl friends and put on your cutest dress" | |
| ZC | **Zoe Cate (███)** | 8/9/2024, 7:16 PM |
| | This movie is not giving girls night out to me | |
| ZC | **Zoe Cate (███)** | 8/9/2024, 7:17 PM |
| | Also the cross promotion with her new hair care brand is tone deaf as well | |
| KC | **Katie Case (███)** | 8/9/2024, 7:18 PM |
| | Emphasized "She's like "grab your girl friends and put on your…" | |
| KC | **Katie Case (███)** | 8/9/2024, 7:18 PM |
| | Correct! Even if we weren't on her side I'd like sis… | |

CONFIDENTIAL

BBKOSLOW-000003343

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████████) | 8/9/2024, 7:20 PM |
| | I'm just confused who's advising her because it doesn't take a genius to know that it's a bad look | |
| KC | **Katie Case** (█████████) | 8/9/2024, 7:20 PM |
| | Emphasized "I'm just confused who's advising her because it do…" | |
| ZC | **Zoe Cate** (█████████) | 8/9/2024, 7:31 PM |
| | ███████████████████████████████████████ | |

Attachment: __Libr_1(494) (149 KB)

Attachment: __Library_SMS_Attach_1_33_03_0CC827_1_863ADB_1 (15 KB)

| | | |
|---|---|---|
| D | **Dervla** (█████████) | 8/9/2024, 7:50 PM |
| | https://youtu.be/1iZ3M619EiE?si=_2YXbswi8HcUE-pS | |

Attachment: __Libr_1(495) (159 KB)

Attachment: __Libr_1(496) (2 KB)

| | | |
|---|---|---|
| ZC | **Zoe Cate** (█████████) | 8/9/2024, 7:51 PM |
| | https://www.youtube.com/watch?v=gIFoFvAK3Xs | |

Attachment: __Libr_1(497) (2 KB)

Attachment: __Libr_1(498) (255 KB)
CONFIDENTIAL                                                                                                                                                    BBKOSLOW-000003344

# Pages Ending in BBKOSLOW-000003345 to BBKOSLOW-000003392 Intentionally Omitted



**KeilaniHope**

It feels like a certain peoples PR team got ahead and leaked the story to the daily mail to justify them trying to take over the film.

16m    Reply        

— View 1 reply ⌄