# Exhibit 226

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 62 | Date Range: 8/9/2024 |

**Outline of Conversations**

 ▢ ▇▇▇▇▇▇▇▇▇▇▇/System Message chatroom • 62 messages on 8/9/2024 • Breanna Butler (▇▇▇) • Katherine Case (▇▇▇▇) • Katie Case (▇▇▇) • System Message (System Message)



EXHIBIT
Case 15
9/5/25 TD

CONFIDENTIAL

KCASE-000001093
KCASE-000001093

**Messages in chronological order** (times are shown in GMT -04:00)

| | | | |
|---|---|---|---|
| 💬 | | /System Message chatroom | |
| BB | **Breanna Butler** ( ) <br> We need to speak with their PR team on this asap - I thought they were going to be on as well | | 8/9/2024, 10:04 AM |
| BB | **Breanna Butler** ( ) <br> Longer lead stories need to be pitched soon I would think | | 8/9/2024, 10:05 AM |
| KC | **Katie Case** ( ) <br> I think so too! | | 8/9/2024, 10:05 AM |
| KC | **Katie Case** ( ) <br> And it's ok this will be helpful | | 8/9/2024, 10:06 AM |
| BB | **Breanna Butler** ( ) <br> Idk if she was just saying this but MN told CH Justin is really blowing up - but it may have been to get out of 4pm call with this Rob Wade guy from Fox. Have you heard anything more? | | 8/9/2024, 12:02 PM |
| BB | **Breanna Butler** ( ) <br> [url:'https://p33-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00'] | | 8/9/2024, 12:02 PM |

Attachment: __Library_SMS_Attachments_99_09_2BC9A05B-4B94-49CC-B4F2-7A0F5125810A_Screenshot 2024-08-09 at 12.02.10_PM.heic (62 KB)

| | | | |
|---|---|---|---|
| KC | **Katie Case** ( ) <br> Wait why etf | | 8/9/2024, 12:09 PM |
| KC | **Katie Case** ( ) <br> Wait why wtf | | 8/9/2024, 12:09 PM |
| KC | **Katie Case** ( ) <br> I'd actually say the tide is shifting sentiment wise | | 8/9/2024, 12:09 PM |
| KC | **Katie Case** ( ) <br> Plus the movie is out today people will see it and move on it's what's happening with don't worry darling | | 8/9/2024, 12:09 PM |
| BB | **Breanna Butler** ( ) <br> Exactly | | 8/9/2024, 12:10 PM |
| KC | **Katie Case** ( ) <br> Another great example to use for SWOT | | 8/9/2024, 12:13 PM |
| KC | **Katie Case** ( ) <br> 12 PM on Friday and we have no insight about a potential crisis on Sunday morning | | 8/9/2024, 12:13 PM |
| BB | **Breanna Butler** ( ) <br> I know, also to Jedd's voice note was he given the direction to backend this online as all part of marketing? I don't know if that's super strong. At this point, I am done caring about the 17 different spins we could do but he seems to be moving forward on positioning this as a brilliant marketing scheme, which I don't really know if, that would be so brilliant | | 8/9/2024, 12:15 PM |
| BB | **Breanna Butler** ( ) | | 8/9/2024, 12:15 PM |

CONFIDENTIAL

KCASE-000001094
KCASE-000001093

        I mean whatever

**KC** — Katie Case — 8/9/2024, 12:15 PM
I disagree that's the best move tbh

**KC** — Katie Case — 8/9/2024, 12:17 PM
Because I almost want to play into the Blake and ryan over extended themselves narrative

**KC** — Katie Case — 8/9/2024, 12:17 PM
But I'm also at the point where I don't care lol sorry but this story is going to run out of steam at 5 PM today

**BB** — Breanna Butler — 8/9/2024, 12:25 PM
Me too and same

**KC** — Katie Case — 8/9/2024, 12:28 PM
Which is why we need to know about Sunday lol

**KC** — Katie Case — 8/9/2024, 1:18 PM
Fuck 🫠

**KC** — Katie Case — 8/9/2024, 1:19 PM
Finishing up a call will call you right back

**BB** — Breanna Butler — 8/9/2024, 1:23 PM
And what our plan of attack is now

**KC** — Katie Case — 8/9/2024, 1:24 PM
Just tried you back!

**BB** — Breanna Butler — 8/9/2024, 1:49 PM
We didn't miss anything from daily mail that had this shit in it right

**KC** — Katie Case — 8/9/2024, 1:49 PM
No we didn't

**KC** — Katie Case — 8/9/2024, 1:52 PM
Is there a chance.... Knock on wood here — is there a change that story gets buried in the deluge

**BB** — Breanna Butler — 8/9/2024, 1:54 PM
What do you mean

**KC** — Katie Case — 8/9/2024, 1:57 PM
There's so many dumb articles about this is there a chance no one pays attention to the daily mail one

**BB** — Breanna Butler — 8/9/2024, 2:03 PM
True ugh can we just know what the plan is?!!!

**BB** — Breanna Butler — 8/9/2024, 2:03 PM
And he clearly has no idea

**KC** — Katie Case — 8/9/2024, 2:03 PM
Again... this is the problem

**KC** — Katie Case — 8/9/2024, 2:03 PM
I would actually like to enjoy one weekend 😩😩😩

CONFIDENTIAL

KCASE-000001095
KCASE-000001093

| | | | |
|---|---|---|---|
| BB | **Breanna Butler (** ▇ **)**<br>Me too! Lol | | 8/9/2024, 2:04 PM |
| KC | **Katie Case (** ▇ **)**<br>Again looking at this optimistically a Friday afternoon amongst all these other articles isn't the worst thing in the world | | 8/9/2024, 2:05 PM |
| BB | **Breanna Butler (** ▇ **)**<br>As we go see this film tonight too lol | | 8/9/2024, 2:06 PM |
| KC | **Katie Case (** ▇ **)**<br>HAHAHAHAHA I know | | 8/9/2024, 2:06 PM |
| KC | **Katie Case (** ▇ **)**<br>While we have time (lol) I might start putting together the swot xhart | | 8/9/2024, 2:06 PM |
| KC | **Katie Case (** ▇ **)**<br>While we have time (lol) I might start putting together the swot chart | | 8/9/2024, 2:06 PM |
| BB | **Breanna Butler (** ▇ **)**<br>I mean an hour plus later still no info | | 8/9/2024, 2:30 PM |
| KC | **Katie Case (** ▇ **)**<br>I know | | 8/9/2024, 2:30 PM |
| KC | **Katie Case (** ▇ **)**<br>I wonder if they had Jed suppress the link because I can't even find that story | | 8/9/2024, 2:30 PM |
| BB | **Breanna Butler (** ▇ **)**<br>That could be true but at this point there has to be counter strategy to enact | | 8/9/2024, 2:38 PM |
| KC | **Katie Case (** ▇ **)**<br>You're absolutely correct | | 8/9/2024, 2:38 PM |
| KC | **Katie Case (** ▇ **)**<br>No need to play whack a mole if we don't need to | | 8/9/2024, 2:38 PM |
| BB | **Breanna Butler (** ▇ **)**<br>Like this is crazy! Lol | | 8/9/2024, 3:09 PM |
| BB | **Breanna Butler (** ▇ **)**<br>But also whatever I guess | | 8/9/2024, 3:09 PM |
| KC | **Katie Case (** ▇ **)**<br>🗿 | | 8/9/2024, 3:44 PM |
| BB | **Breanna Butler (** ▇ **)**<br>She just called me am on with her | | 8/9/2024, 3:44 PM |
| KC | **Katie Case (** ▇ **)**<br>Do you want to patch me in? | | 8/9/2024, 3:44 PM |
| KC | **Katie Case (** ▇ **)**<br>You and I have to promise each other to enjoy our evenings | | 8/9/2024, 4:08 PM |

CONFIDENTIAL

KCASE-000001096
KCASE-000001093

**KC** — Katie Case ( ) — 8/9/2024, 5:17 PM
I'm sorry I'm the third girly pop interrupting your pee 😊

**BB** — Breanna Butler ( ) — 8/9/2024, 5:36 PM
She just said she has to go meet this Warren guy from the ambulance chasing law firm and then she'll call me. So there's no rush or priority on this tonight and we should not do anything this evening if asked last minute

**KC** — Katie Case ( ) — 8/9/2024, 5:36 PM
Emphasized "She just said she has to go meet this Warren guy f..."

**KC** — Katie Case ( ) — 8/9/2024, 5:36 PM
You're correct !!!

**KC** — Katie Case ( ) — 8/9/2024, 5:37 PM
[url:'https://p29-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

Attachment: __Library_SMS_Attachments_77_07_B6B297CA-2CF1-4F10-9648-1118625DFB5D_Audio Message.caf (67 KB)

**BB** — Breanna Butler ( ) — 8/9/2024, 5:38 PM
Do you think there was a fuckup somewhere that she's not telling us?

**KC** — Katie Case ( ) — 8/9/2024, 5:38 PM

Attachment: __Library_SMS_Attachments_9a_10_749CA6F0-22A6-412D-B687-139BF59551AB_Audio Message.caf (7 KB)

**BB** — Breanna Butler ( ) — 8/9/2024, 5:38 PM
I'm dead at blading and texting

**KC** — Katie Case ( ) — 8/9/2024, 5:40 PM

Attachment: __Library_SMS_Attachments_94_04_5B78EB54-3EC3-4EC2-B2BB-2E57BBE3E8F0_Audio Message.caf (25 KB)

**BB** — Breanna Butler ( ) — 8/9/2024, 5:45 PM
No that she did maybe - I just find the whole thing so odd that we aren't reacting

**KC** — Katie Case ( ) — 8/9/2024, 5:51 PM

Attachment: __Library_SMS_Attachments_33_03_70F70BA2-D93C-457B-8671-6E1BD31F73A0_Audio Message.caf (33 KB)

CONFIDENTIAL

KCASE-000001097
KCASE-000001093