# Exhibit 227

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 8/11/2024 |

## Outline of Conversations

 **BL-FullMessages-0878102** • 2 messages on 8/11/2024 • Ange Gianetti <​█​> • ?B? <​█​>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0878102**

**?B?** <​█​> ◀ 8/11/2024, 12:25 AM

Thank you for the notes 🙏 I appreciate it. We'll get a 5. I'm possessed.

This was a horrifying shoot. And the only way for me to make peace with that was the work and the success of the film. And EVERYONE rallied behind that in the end and I'm so grateful for everyone's hard work, yours included.

I couldn't be happier with how it turned out, the film, and the reception.

I was sitting here today thinking about that first call in dec 2022. Thank you for reaching out to Warren and bringing me into this film. I wouldn't have done it had I known what it would've been like, and what a loss that would've been in the long run.

You know what they say… what doesn't kill you makes you 50 million opening weekend.

**AG**   **Ange Gianetti** <​█​> ▶ 8/11/2024, 2:05 AM

Blake 50m dollars!! Your blood sweat tears brilliant smarts heart and soul in every single frame. My God. It's incredible. Thank you 50m times and it's only Sat night. 😄😄😄