# Exhibit 229

Message

| | |
|---|---|
| From: | Greenstein, Josh [████████████████] |
| Sent: | 6/22/2024 9:24:29 PM |
| To: | Blake Lively (██████████) [██████████] |
| Subject: | PGA |

To the Producers Guild Of America -

My name is Josh Greenstein. I am the President of the Sony Motion Picture Group. I am writing this letter to ask that you please consider granting the PGA mark to Blake Lively for her producing role in IT ENDS WITH US. We are Distributing and Marketing the film and have a sizeable financial investment. Blake has recently been given Producer credit by Wayfarer - who is a co-financier as well and oversaw the production.

I can only speak to what I have seen with my own eyes and Blake is the definition of a producer. In the post process Blake's creativity and drive are an inspiration. She has worked tirelessly and collaboratively on every aspect of the film, from schedule, score, mix, edit, and of course the budget. Blake pushed us all to screen the movie several times in front of a test audience and dove into every card and every detail of the findings to improve the movie.

On the marketing and distribution front, Blake has been an incredible partner. She has been involved in every decision when it comes to dating the movie and determining the release pattern as well as our international efforts. She might be the best marketer of any producer I have worked with in my 25 year career (even way better than her husband). We have marketing calls daily and I am continually surprised and impressed with her grasp and mastery of the marketplace and the audience. She pushed us to make the trailer great, got us a Taylor Swift song, and helped launch the trailer to one of the biggest trailer debuts we have ever had.

I could go on and on, but I strongly feel Blake is the definition of what being a producer is all about and I implore you to give her the PGA mark.

Best,

Josh Greenstein
President of Sony Motion Picture Group

CONFIDENTIAL
BL-000016252