# Exhibit 230

Exhibit: 13
Witness: SAKS
Date: 9/24/25
CSR#12019: Ashley Soevyn

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 6/15/2024 - 6/16/2024 |

## Outline of Conversations

**BL-FullMessages-0898888** • 5 messages between 6/15/2024 - 6/16/2024 • Alex Saks <[redacted]> • ?B? <[redacted]>



**Messages in chronological order** (times are shown in GMT -04:00)

**BL-FullMessages-0898888**

# ?B? <[REDACTED]> ◄ 6/15/2024, 8:24 PM
On our way! Late. Wanna start ordering anything?

AS **Alex Saks** <[REDACTED]> ► 6/15/2024, 8:25 PM
All good! Yes! We literally just ordered a bevy of apps. Take your time. Will see you soon!

AS **Alex Saks** <[REDACTED]> ► 6/15/2024, 8:26 PM
Attached URL: https://p50-content.icloud.com/MF9623336890B2EFBB231D3F36C730EBA62A1EC3D474D7D99EA5F923A34C2764A.C01USN00
Attachment Title: IMG_6847.HEIC

*Attachment: IMG_6847.HEIC (1003 KB)*

AS **Alex Saks** <[REDACTED]> ► 6/15/2024, 8:26 PM
Attached URL: https://p56-content.icloud.com/MF9623336890B2EFBB231D3F36C730EBA62A1EC3D474D7D99EA5F923A34C2764A.C01USN00
Attachment Title: 74019038256__97B62194-6FEC-4C9F-913B-16367BDEDFAD.HEIC

*Attachment: 74019038256__97B62194-6FEC-4C9F-913B-16367BDEDFAD.HEIC (2 MB)*

AS **Alex Saks** <[REDACTED]> ► 6/16/2024, 3:04 AM
Dropping my friends and going to head to zzz. Been dragging them around all weekend sightseeing and such 🤣. Thank you for the kindest invitation to come celebrate, cant wait for more in the coming months and loved getting to have dinner with you. The cut is EXCELLENT. Like I said, the best thus far. Truly beautiful, beautiful work, Blake. I think this last leg of the journey is going to be really sweet for everyone and that's because of you. Colleen might be the mother, but you're the fucking fairy godmother for everyone. I am always at your disposal for whatever you need, creatively or otherwise. Am incredibly proud of this film. 💜💜💜💜