# Exhibit 231

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 12 | Date Range: 8/15/2024 |

### Outline of Conversations

 iMessage Chat: Bre Tag PR <■■■■■■>, Melissa Nathan <■■■■■■>, Custodian: Abel, Jennifer <■■■■■■> · 12 messages on 8/15/2024 · Bre Tag PR <■■■■■■> · Custodian: Abel, Jennifer <■■■■■■> · Melissa Nathan <■■■■■■>

Exhibit: 73
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

**Messages in chronological order** (times are shown in GMT -04:00)

---

**iMessage Chat: Bre Tag PR** <████>, **Melissa Nathan** <████>, **Custodian: Abel, Jennifer** <████>

**BP** — **Bre Tag PR** <████>  ▶ 8/15/2024, 12:45 PM
I just had a convo with Tatiana from Variety about another client of ours, She brought up the Justin stuff as she saw the SONY/THR article last night and was appalled. Off the record, she said she'd be interested doing a piece on the fact that people are overlooking the violation that occurred. An outside editor who had nothing to do with the film, had a cut that was shown at a screening. How is the union not getting involved? This is Wayfarer property. Referenced something similar happened with Zach Snyder's cut over that whole Justice League debacle. Would be more industry focused piece on a lot of stuff that's already out there....just a thought to run by you. We work closely with her so trust her immensely.

**BP** — **Bre Tag PR** <████>  ▶ 8/15/2024, 12:46 PM
And position it as precedent for other directors, setting standards to avoid it happening again, etc.

**MN** — **Melissa Nathan** <████>  ▶ 8/15/2024, 12:46 PM
I love this

**BP** — **Bre Tag PR** <████>  ▶ 8/15/2024, 12:46 PM
And super hands off

**JA** — **Custodian: Abel, Jennifer** <████>  ◀ 8/15/2024, 12:47 PM
I like it

**BP** — **Bre Tag PR** <████>  ▶ 8/15/2024, 3:57 PM
People back on this meeting about Justin's behavior. Have another source that said a meeting to take place at B&R's apartment to discuss JB's behavior.

Also, am speaking with Tatiana shortly re: details on what other piece would look like

**JA** — **Custodian: Abel, Jennifer** <████>  ◀ 8/15/2024, 4:16 PM
This just isn't true

**JA** — **Custodian: Abel, Jennifer** <████>  ◀ 8/15/2024, 4:17 PM
The meeting was a post-strike return to production meeting

**JA** — **Custodian: Abel, Jennifer** <████>  ◀ 8/15/2024, 4:17 PM
It was not a planned meeting to "discuss Justin's behavior"

**JA** — **Custodian: Abel, Jennifer** <████>  ◀ 8/15/2024, 4:17 PM
We've got to kill that

**BP** — **Bre Tag PR** <████>  ▶ 8/15/2024, 4:23 PM
Separately, I connected with Tatiana again. The piece would be more focused on industry aspects like the whole violation with bringing in outside editors, and look at what a potential sequel would look like, he owns the rights, it's his rug he to do what he wants from an economical/industry perspective. If we're willing, she would like to speak with Jamey completely on background just to get a confirmation that the situation with the editors happened and get a little bit more context

**JA** — **Custodian: Abel, Jennifer** <████>  ◀ 8/15/2024, 4:47 PM
Ok got it. Can we get a little more specific on what she would be asking him? We can bring it up when we speak with him in a few