# Exhibit 232

## Short Message Report

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 112 | Date Range: 8/15/2024 - 8/16/2024 |

## Outline of Conversations



▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓/System Message chatroom • 112 messages between 8/15/2024 - 8/16/2024 • ▓▓▓▓▓▓▓ • Jen Abel (▓▓▓▓▓▓▓) • Katie Case (▓▓▓▓▓▓▓) • Matthew Mitchell (▓▓▓▓▓▓▓) • Nathan Melissa (▓▓▓▓▓▓▓) • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 | [redacted] | System Message chatroom

\# | [redacted] — 8/15/2024, 8:06 PM
I see your point for sure, but Tatiana somewhat operates on her own so there would be some separation. Not super concerned but we can sleep on it

KC | Katie Case ([redacted]) — 8/15/2024, 8:07 PM
Plus... they're definitely in cahoots with THR we'll take Variety lol

MM | Matthew Mitchell ([redacted]) — 8/15/2024, 8:07 PM
Fair. I hear you. Just wanted to pose the question 🙏

\# | [redacted] — 8/15/2024, 8:09 PM
We do not want to go nuclear, but feeling he really wants something out there and feel something like this is more hands off than doing some bigger takedown of Blake which could backfire

KC | Katie Case ([redacted]) — 8/15/2024, 8:09 PM
This is also something someone knowledgeable of the industry eg Tatiana, would stumble upon on their own.

KC | Katie Case ([redacted]) — 8/15/2024, 8:38 PM
We have a few edits too but Jen we'll wait until we have their feedback to incorporate. There are a few items we'd like to shift but nothing major.

KC | Katie Case ([redacted]) — 8/15/2024, 8:52 PM
Can we start with "I'm very sorry to hear this, and appreciate you sharing with me" vs. "I'm very sorry you feel like that."

\# | [redacted] — 8/16/2024, 1:48 PM
https://www.tiktok.com/t/ZTNWNb9VD/

*Attachment: __Libr_1(18) (27 KB)*

*Attachment: __Libr_1(19) (7 KB)*

*Attachment: __Libr_1(20) (140 KB)*

JA | Jen Abel ([redacted]) — 8/16/2024, 1:49 PM
I love him

JA | Jen Abel ([redacted]) — 8/16/2024, 1:49 PM
Thank god he posted. We have made it.

\# | [redacted] — 8/16/2024, 1:50 PM
I know I'm obsessed

MM | Matthew Mitchell ([redacted]) — 8/16/2024, 1:51 PM
It's the chest for me!

MM | Matthew Mitchell ([redacted]) — 8/16/2024, 1:51 PM
https://www.tiktok.com/t/ZTNWN39FM/

*Attachment: __Libr_1(21) (67 KB)*

*Attachment: __Libr_1(22) (19 KB)*

**JA** — Jen Abel ( ███ )  8/16/2024, 1:54 PM
And then somehow things like this still find their way into my algorithm…

**JA** — Jen Abel ( ███ )  8/16/2024, 1:54 PM
https://www.tiktok.com/t/ZTNWNgW2a/

*Attachment: __Libr_1(23) (50 KB)*

*Attachment: __Libr_1(24) (19 KB)*

**#** — ███  8/16/2024, 1:59 PM
🕰

**JA** — Jen Abel ( ███ )  8/16/2024, 2:04 PM
Ugh I have no idea why JB wants to hop on a call… is there anything out there I might have missed? Lol

**#** — ███  8/16/2024, 2:05 PM
Nothing that we've seen! More recaps, a few headlines saying "despite the drama, film is massive success"

**JA** — Jen Abel ( ███ )  8/16/2024, 2:05 PM
Yeah… same ok good

**KC** — Katie Case ( ███ )  8/16/2024, 2:06 PM
I'm thinking perhaps the Colleen response? But sorry guys today's a bit of a nightmare scheduling wise as a few of our team are on planes! Hence the shorter window of time!

**JA** — Jen Abel ( ███ )  8/16/2024, 2:06 PM
No it's good, we need to set boundaries

**JA** — Jen Abel ( ███ )  8/16/2024, 2:07 PM
There's nothing to do for the Colleen response

**JA** — Jen Abel ( ███ )  8/16/2024, 2:07 PM
Just leave it alone. Do you guys agree!

**KC** — Katie Case ( ███ )  8/16/2024, 2:07 PM
I agree 100% she doesn't deserve anything else. Oh no colleeen you're facing the consequences of your own actions oh no!!! OH NO!!!

**JA** — Jen Abel ( ███ )  8/16/2024, 2:08 PM
OH NO.

**JA** — Jen Abel ( ███ )  8/16/2024, 2:08 PM
lol

**MM** — Matthew Mitchell ( ███ )  8/16/2024, 2:08 PM
Emphasized "I agree 100% she doesn't deserve anything else. Oh…"

**KC** — Katie Case ( ███ )  8/16/2024, 2:08 PM
Also didn't Leslie tell you guys she was helping out both Colleen and Isabella?! Or did I make that up lol

**MM** — Matthew Mitchell ( ███ )  8/16/2024, 2:09 PM
This is a KC response I didn't even know I needed! 😊

**KC**    **Katie Case** (▓▓▓▓▓)    8/16/2024, 2:09 PM
Hahahahahahaa OH NO is the theme of today 😄

**NM**    **Nathan Melissa** (▓▓▓▓▓)    8/16/2024, 2:10 PM
When KC flips guys she flips
Don't let the Michigan friendliness blind you

She's worse than jen and I ever could be

**NM**    **Nathan Melissa** (▓▓▓▓▓)    8/16/2024, 2:10 PM
Trust me

**KC**    **Katie Case** (▓▓▓▓▓)    8/16/2024, 2:11 PM
Oh my gosh that's not true 😄😄

**NM**    **Nathan Melissa** (▓▓▓▓▓)    8/16/2024, 2:11 PM
Fully is

**KC**    **Katie Case** (▓▓▓▓▓)    8/16/2024, 2:11 PM
I just don't like Colleen trying to be like woe is me I wanted to wear pretty dresses and get haircare and people got mad at me and it's your fault Justin!

**MM**    **Matthew Mitchell** (▓▓▓▓▓)    8/16/2024, 2:13 PM
Emphasized "When KC flips guys she flips
Don't let the Michig…"

**MM**    **Matthew Mitchell** (▓▓▓▓▓)    8/16/2024, 2:13 PM
It's the "gosh" that sets you apart. I love it so much.

**KC**    **Katie Case** (▓▓▓▓▓)    8/16/2024, 2:14 PM
I very much hold on to my midwesterness 😄😄

**KC**    **Katie Case** (▓▓▓▓▓)    8/16/2024, 2:14 PM
Just wait until you guys get a "holy cow" or "holy smokes" LOL

**#**    ▓▓▓▓▓    8/16/2024, 2:48 PM
I just feel it's overshadowing such a big moment to placate to these BL/RR assholes who have created this drama and did all of this

**JA**    **Jen Abel** (▓▓▓▓▓)    8/16/2024, 2:48 PM
Agree

**#**    ▓▓▓▓▓    8/16/2024, 2:48 PM
A hugely successful week, crossing 100M. - that's key for industry people to read for future work

**#**    ▓▓▓▓▓    8/16/2024, 2:48 PM
Future investors, etc. don't want to hear more about the drama

**#**    ▓▓▓▓▓    8/16/2024, 2:52 PM
Also, Page Six calling me right now saying they have story that RR might be getting in trouble with WGA. May need to go off camera to call her back to get details in a bit

**JA**    **Jen Abel** (▓▓▓▓▓)    8/16/2024, 2:52 PM
Ok

**KC**    **Katie Case** (▓▓▓▓▓)    8/16/2024, 2:53 PM
Emphasized "Also, Page Six calling me right now saying they ha…"

| | | | |
|---|---|---|---|
| # | ▮▮▮▮▮ | | 8/16/2024, 2:58 PM |
| | https://www.dailymail.co.uk/femail/article-13750913/blake-lively-backlash-disturbing-ends-movie-feud-justin-baldoni.html | | |

*Attachment: __Libr_1(25) (1 MB)*

*Attachment: __Libr_1(26) (4 KB)*

| | | | |
|---|---|---|---|
| # | ▮▮▮▮▮ | | 8/16/2024, 2:58 PM |
| | Fans pissed that the film partnered with her Betty Booze as most domestic violence occurs when people are drinking | | |
| # | ▮▮▮▮▮ | | 8/16/2024, 2:58 PM |
| | They're just finding all angles now | | |
| # | ▮▮▮▮▮ | | 8/16/2024, 2:59 PM |
| | P6 calling back | | |
| JA | Jen Abel (▮▮▮▮▮) | | 8/16/2024, 2:59 PM |
| | Oh wow | | |
| JA | Jen Abel (▮▮▮▮▮) | | 8/16/2024, 2:59 PM |
| | I think you should bring this up | | |
| JA | Jen Abel (▮▮▮▮▮) | | 8/16/2024, 2:59 PM |
| | Or I can | | |
| MM | Matthew Mitchell (▮▮▮▮▮) | | 8/16/2024, 2:59 PM |
| | This was bound to come out, it's so true | | |
| # | ▮▮▮▮▮ | | 8/16/2024, 2:59 PM |
| | Ok great - im on with her now if you want to bring it up | | |
| KC | Katie Case (▮▮▮▮▮) | | 8/16/2024, 3:00 PM |
| | Emphasized "Fans pissed that the film partnered with her Betty…" | | |
| KC | Katie Case (▮▮▮▮▮) | | 8/16/2024, 3:00 PM |
| | All you Jen! | | |
| KC | Katie Case (▮▮▮▮▮) | | 8/16/2024, 3:02 PM |
| | https://www.instagram.com/reel/C-c1DXkuJYR/?igsh=MWxhOGI3YWIyMmN4ZQ== | | |

*Attachment: __Libr_1(27) (30 KB)*

*Attachment: __Libr_1(28) (31 KB)*

*Attachment: __Libr_1(29) (44 KB)*

| | | | |
|---|---|---|---|
| KC | Katie Case (▮▮▮▮▮) | | 8/16/2024, 3:03 PM |
| | This was posted august 9 | | |
| # | ▮▮▮▮▮ | | 8/16/2024, 3:09 PM |
| | Ok - she's just still digging around but coming to us if there's anything we point her to. 1. Could he get in trouble? What are the repercussions here? He has no credit on the film but allegedly contributed? 2. Refeences the People article with the screenwriter so didn't know what RR did, thought it was ad libbed 3. Appears no one was | | |

CONFIDENTIAL                                                                                                         BBKOSLOW-000006073

alerted to his involvement 📎 4. Writing during the writers strike - was he doing this during the strike?

| # | ▮▮▮▮▮ | 8/16/2024, 3:10 PM |

Not sure there's much we can give / she said she'll stay close as her story unfolds, but those were toppling points

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:10 PM |

Interesting people are catching onto this

| NM | Nathan Melissa (▮▮▮▮) | 8/16/2024, 3:11 PM |

Blake herself did this fyi
She said on the RC in an interview that he wrote

So point her to this on background

| JA | Jen Abel (▮▮▮▮) | 8/16/2024, 3:11 PM |

Liked "Blake herself did this fyi
She said on the RC in …"

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:12 PM |

Emphasized "Blake herself did this fyi
She said on the RC in …"

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:22 PM |

She's baiting them

| JA | Jen Abel (▮▮▮▮) | 8/16/2024, 3:22 PM |

Agree

| # | ▮▮▮▮▮ | 8/16/2024, 3:23 PM |

Exactly

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:35 PM |

RYLE SUPPLEMENTS

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:35 PM |

Matthew

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:35 PM |

I am

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:35 PM |

DECEASED

| NM | Nathan Melissa (▮▮▮▮) | 8/16/2024, 3:40 PM |

Game ON holly
F[url:'https://p44-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

Attachment: __Library_SMS_Attachments_76_06_805377D2-C1A5-49B6-978B-AC88BAF2908A_IMG_2751.HEIC (1 MB)

| KC | Katie Case (▮▮▮▮) | 8/16/2024, 3:41 PM |

"And beyond…."

| | | |
|---|---|---|
| MM | **Matthew Mitchell** (███) <br> Emphasized an image | 8/16/2024, 3:41 PM |
| JA | **Jen Abel** (███) <br> Hahahaha | 8/16/2024, 3:43 PM |
| JA | **Jen Abel** (███) <br> Those bangs | 8/16/2024, 3:43 PM |
| MM | **Matthew Mitchell** (███) <br> Jen I like your new look | 8/16/2024, 3:44 PM |
| JA | **Jen Abel** (███) <br> Team any feedback to the wash po copy I sent over? The no more team wants to send that over asap | 8/16/2024, 4:51 PM |
| KC | **Katie Case** (███) <br> I only had one slight change which I just sent back! | 8/16/2024, 5:22 PM |
| MM | **Matthew Mitchell** (███) <br> Loved "I only had one slight change which I just sent bac…" | 8/16/2024, 5:34 PM |
| KC | **Katie Case** (███) <br> Hi guys! For the video, wanted to brainstorm here before going back to Justin. <br><br> These are our thoughts: <br><br> - Remove "it's been very hard" because we don't want anything to be misrepresented. <br> - Adjust to "all people who have gone to see the movie, thank you for showing up." So it's not gendered. <br> - For the ending, we suggest changing the language after "this is always what it was about," to the following: "Let's please be mindful. Let's be kind. Let's celebrate everyone who worked on this film and created something so special and did a phenomenal job. Everyone deserves to be celebrated. Thank you so, so much." | 8/16/2024, 5:57 PM |
| JA | **Jen Abel** (███) <br> I hate it | 8/16/2024, 5:58 PM |
| KC | **Katie Case** (███) <br> 😊😊😊 | 8/16/2024, 5:59 PM |
| JA | **Jen Abel** (███) <br> lol sorry | 8/16/2024, 5:59 PM |
| MM | **Matthew Mitchell** (███) <br> It's too slow and too long | 8/16/2024, 5:59 PM |
| NM | **Nathan Melissa** (███) <br> My WiFi has been awful and not even on purpose | 8/16/2024, 5:59 PM |
| JA | **Jen Abel** (███) <br> Let me transcribe this and rewrite the script and then would love your guys input from there | 8/16/2024, 5:59 PM |
| NM | **Nathan Melissa** (███) <br> This is going to backfired | 8/16/2024, 5:59 PM |
| NM | **Nathan Melissa** (███) <br> This is going to backfire | 8/16/2024, 5:59 PM |
| JA | **Jen Abel** (███) | 8/16/2024, 5:59 PM |

Liar

**NM** — Nathan Melissa ( ██████ )   8/16/2024, 6:00 PM
You will never know

**MM** — Matthew Mitchell ( ██████ )   8/16/2024, 6:00 PM
DEAD

**JA** — Jen Abel ( ██████ )   8/16/2024, 6:00 PM
I bet holly always has good WiFi

**MM** — Matthew Mitchell ( ██████ )   8/16/2024, 6:00 PM
Laughed at "I bet holly always has good WiFi"

**KC** — Katie Case ( ██████ )   8/16/2024, 6:00 PM
LOLZ

**NM** — Nathan Melissa ( ██████ )   8/16/2024, 6:00 PM
Laughed at "I bet holly always has good WiFi"

**MM** — Matthew Mitchell ( ██████ )   8/16/2024, 6:01 PM
"Bangs for days Holly"

**MM** — Matthew Mitchell ( ██████ )   8/16/2024, 6:01 PM
oh wait…that sounds bad ooooops 😂😭

**NM** — Nathan Melissa ( ██████ )   8/16/2024, 6:02 PM
Says spox for Justin Baldoni

**JA** — Jen Abel ( ██████ )   8/16/2024, 6:25 PM
Ok how's this

**JA** — Jen Abel ( ██████ )   8/16/2024, 6:25 PM
Hey, everyone.

I just wanted to make a video. I'm not going to ignore what's happening. It's been a crazy week and a half and im so honored, we all are here at Wayfarer, that this film that we have all poured our lives into is being so well received all over the world.

And I just want to say thank you. To everyone who's gone to see this movie, to all the women who are going to see this movie, to the men who are accompanying them. Thank you. Thank you for showing up.

We would not be here if it weren't for Colleen who trusted us with her story, and for our partners at no more who put so much time into guiding us. I underestimated how prevalent this issue is, and I especially want to say thank you to all of you who are coming out and sharing your stories. That is why we made the movie. That's it.

I always said, if there was just one person who saw this film, read this story, and felt brave enough to leave their abusive relationship, it would have been worth it. And to those who have sent messages, left comments, dms, everything, I can't even begin to tell you how much this has all touched me and our team. Thank you.

But with that, I just want to remind everybody that that's what we should be focused on, the bravery, the strength, the education, the resources. That's what this is all about. The noise is starting to overpower the message and I want to urge all of us to refocus on the issue. Without the women in this film, the entire cast, the crew, everyone involved, none of this would be possible. Everyone deserves to be celebrated right now.

That's all I wanted to say. I hope everyone has a wonderful weekend, go see the film if you haven't already, and remember to lead with kindness. Thank you again from the bottom of my heart.

**KC** — **Katie Case** ( ▉ )  8/16/2024, 6:27 PM
Very slight edits! Do we think… does mentioning Colleen poke the bear?

Hey, everyone.

I just wanted to make a video. I'm not going to ignore what's happening. It's been a crazy week and a half and im so honored, we all are here at Wayfarer, that this film that we have all poured our lives into is being so well received all over the world.

And I just want to say thank you. To everyone who's gone to see this movie, to all people who have gone to see the movie. Thank you. Thank you for showing up.

We would not be here if it weren't for Colleen who trusted us with her story, and for our partners at no more who put so much time into guiding us. I underestimated how prevalent this issue is, and I especially want to say thank you to all of you who are coming out and sharing your stories. That is why we made the movie. That's it.

I always said, if there was just one person who saw this film, read this story, and felt brave enough to leave their abusive relationship, it would have been worth it. And to those who have sent messages, left comments, dms, everything, I can't even begin to tell you how much this has all touched me and our team. Thank you.

But with that, I just want to remind everybody that that's what we should be focused on, the bravery, the strength, the education, the resources. That's what this is all about. The noise is starting to overpower the message and I want to urge all of us to refocus on the issue. Without the people in this film, the entire cast, the crew, everyone involved, none of this would be possible. Everyone deserves to be celebrated right now.

That's all I wanted to say. I hope everyone has a wonderful weekend, go see the film if you haven't already, and remember to lead with kindness. Thank you again from the bottom of my heart.

**JA** — **Jen Abel** ( ▉ )  8/16/2024, 6:27 PM
I think we need to lead with Colleen

**JA** — **Jen Abel** ( ▉ )  8/16/2024, 6:28 PM
You don't want to specifically say "the women in this film"? I feel like we need that since only the women are getting hate no?

**KC** — **Katie Case** ( ▉ )  8/16/2024, 6:29 PM
https://www.tmz.com/2024/08/16/blake-lively-not-addressing-feud/

*Attachment: __Libr_1(30) (3 KB)*

*Attachment: __Libr_1(31) (193 KB)*

**KC** — **Katie Case** ( ▉ )  8/16/2024, 6:29 PM
Interesting timing

**KC** — **Katie Case** ( ▉ )  8/16/2024, 6:31 PM
I opened it up to "people" because the crew have spoken out in support of him, and hasan and the guy from greys anatomy were really kind too. Just wanted to broaden it out because in fairness, he's been super vocal on this being a female led film already.

**MM** — **Matthew Mitchell** ( ▉ )  8/16/2024, 6:33 PM
Loved "Very slight edits! Do we think… does mentioning Co…"

**KC** — **Katie Case** ( ▉ )  8/16/2024, 6:35 PM
Sent EW in the main thread because it's important to show how much she's back peddling right now!

**MM** **Matthew Mitchell** (███████) 8/16/2024, 6:36 PM

I find it curious that these are also dropping late in the day ET on a summer Friday. It's like they were pressured to write, didn't want to, but said ok we'll get something up so they buried it on Friday afternoon. Right?

**KC** **Katie Case** (███████) 8/16/2024, 6:37 PM

You're 100% correct this is ODD. Timing wise I mean. They should've pushed back on the haircare timing thing days ago.

CONFIDENTIAL                                                                                                           BBKOSLOW-000006078