# Exhibit 233

```
Message
From:          Katie Case [                    ]
on behalf of   Katie Case
Sent:          8/8/2024 1:07:21 PM
To:            Melissa N <                >[                    ]
CC:            Jamey Heath <                    >[            ]; Jed Wallace
               <            >[            ]
Subject:       Re: Jamey/ Jed
Attachments:   Tag.WS.JB_Digital_Consulting_Project (1).pdf
```

To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.

And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.

On Thu, Aug 8, 2024 at 11:01?AM Melissa N <                > wrote:

> Hi Jamey,
>
> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>
> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>
> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>
> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>
> Thanks so much
> Melissa
>
> Sent from my iPhone

Confidential