# Exhibit 234

Message

| | |
|---|---|
| From: | Bill Pay [▮] |
| on behalf of | Bill Pay |
| Sent: | 9/16/2024 9:37:51 PM |
| To: | ▮ <▮> [▮] |
| Subject: | Your payment from Wayfarer Studios, LLC is on its way! |

# Wayfarer Studios, LLC

Hi Street Relations, Inc.,

The check will arrive around 09/23/24. This date is an estimate based on USPS delivery speed. The payment is for these invoices:

| Invoice # | Due Date | Amount | Payment Amount |
|---|---|---|---|
| #001TAG.JBWS | 09/01/24 | $30,000.00 | $30,000.00 |
| Total: | | | $30,000.00 |

In the future, to receive this payment directly into your bank account, create your free account with our service provider:

**Sign Up Now**

If the button above doesn't work, copy and paste the following link into your web browser:

https://app-signup.us.bill.com/NetworkNodeSignup?pni=0196815570888497&action=PayBill&node=nno01NAXVHXGPDL5h0gI

Have questions about the payment? Contact Wayfarer Studios, LLC at +▮.

Thank you,
Wayfarer Studios, LLC

For your security, double check all email links before clicking them to make sure they're safe. Our links always start with https://app01.us.bill.com, http://www.bill.com or http://www.cashflow.bill.com.

Confidential

STREET 1.000084

Be cautious when sharing your information by email or phone.

Please don't reply to this automated email.

Bill Pay is a service provided by BILL Operations, LLC
To learn more about BILL Operations's privacy policy, read **Privacy Statement.**
© 2024 BILL Operations, LLC
ip-10-118-158-59.101.37 76c25c25 OTID0068-15 P01

Confidential