# Exhibit 235



Confidential