Exhibit 237

## ✅ Baha'i Brothers



**Thread Participants:** Roy Steiner; Steve Sarowitz; Jamey Heath (Owner); Cyrus Sigari; JB; Frank Zamani; James LaRue; Payam Zamani; Brad LaRue; Jason LaRue; Ben Behrouzi; Siamak Hariri; Nima; Darius Himes; Douglas Henck; and 16 others

**Active Participants:** Roy Steiner; JB; Payam Zamani; Darius Himes; Adam J. T. Robarts; Navid; André Segovia; Rainn Wilson; Julian MacQueen; Daryn; ST; Sean Hinton; Omid Djalili

**First Message:** 5/26/2024 2:34:45 AM
**Last Message:** 5/26/2024 7:34:24 PM

---

**Julian MacQueen**
13,000 listened to their podcast. the numbers are not too worrisome but the logic is good to understand..
5/26/2024 2:34:45 AM

**JB**
Rainn, you should comment that you'd like to come on their show and discuss. Then we all upvote it and they can't ignore it.
5/26/2024 1:22:57 PM

**Omid Djalili**
*Reply*
Fantastic idea.
5/26/2024 1:27:52 PM

**Omid Djalili**
Go on together. Not watched all of it yet but 15 mins in he seemed very informed other than calling the faith a cult.
5/26/2024 1:28:43 PM

**Roy Steiner**
He is very well informed, but In the last few minutes, they seem to almost mock our commitment to love and unity. So strange for a follower of Jesus?
5/26/2024 1:32:06 PM

**Omid Djalili**
We forgive him 😊
5/26/2024 1:32:46 PM

Exhibit: 10
Witness: SAROWITZ
Date: 10/3/25
CSR#12019: Ashley Soevyn

SAROWITZ_000000744

**JB**
Old you should do the same -
5/26/2024 1:32:47 PM

**André Segovia**
I appreciate the quality of this interview
—I wish we had quality Baha'i History/Interview content
like this

I appreciate his knowledge of World Religous History
—I bet a good number of Bahai's I know wouldn't be able
to go toe-to-toe with these level of conversations

I appreciate his insights on the real hypocrisies that a
generality of Bahai's are quick to offer in the spirit/hopes
of welcoming friends to the Faith
5/26/2024 1:33:36 PM

**Omid Djalili**
*Reply*
If that's my new name I'll take it 😄
5/26/2024 1:33:54 PM

**JB**
Siri thinks it's your new name
5/26/2024 1:34:09 PM

**t Rainn Wilson**
Damn good idea!
5/26/2024 1:34:28 PM

**Rainn Wilson**
There's a part 2
5/26/2024 1:35:02 PM

**Omid Djalili**
Send!
5/26/2024 1:35:13 PM

**Omid Djalili**
*Edited*
Adam Robarts is brilliant at this sort of thing. In the late
80s he destroyed a young Christian and sent him reeling
with sword 🗡 of truth and the shield 🛡 of irony. ON
TELEVISION. He circumambulated for the rest of the
interview
5/26/2024 1:37:27 PM

**Omid Djalili**
*Edited*
Adam alone with people walking around him firing tough
questions at him about the faith. It was called BELIEF I
think.
5/26/2024 1:38:43 PM

SAROWITZ_000000745

**Rainn Wilson**

https://youtu.be/3G78lKv401k?si=68M-XT_hvtlWRBfx

📎 <We con_1_>



**Cultish: The Baha'i Faith: A Critical Examination, Pt. 2**
We continue our discussion on the Baha'i cult with our guest Steve Matthews as we dive into what the Baha'is believe, and then offer a critique and Christian...

5/26/2024 1:39:33 PM

**André Segovia**

So far a major crux for debate is around how they define "cult"..

Also this Apologia church is all about defending..
—it's inspiring for really leveling up our game on proofs a la Child of the Covenant, Adib Taherzadeh status

5/26/2024 1:40:13 PM

**Omid Djalili**

Rainn and Justin would make mincemeat of them.

5/26/2024 1:41:55 PM

CONFIDENTIAL

**JB**

Hey gentlemen, on a separate note I'm sorry I have not been very active on this thread.

As Jamey, Steve and Rainn know… I've been going through what is arguably the most difficult and intense test of my entire life. Calamity is my providence type stuff. A test literally designed to be worst case scenarios from my unique fears and insecurities.
I've had a year and a half of deep fear and pain and struggle and stress. Jamey has been a warrior and by my side it with me and has also experienced a fair amount of it.
I believe the next two weeks are going to find their way towards resolution of sorts , but I would love to ask this group specifically for daily prayers this week.  it could be as simple as a remover of difficulty or protection prayer with my / our name on it.
I hope to one day be able to share with you the spiritual lessons I have learned during this process from a place of joy and gratitude. I recently have started to shift the energy to a place of how loved I must be to be experiencing this. But all I can say is that Hollywood is a dark and evil place and I've been given a very unique test as someone who has for years tried to be a light in it.

I appreciate and love you all and thank you for thinking of me during this next few weeks (whenever you can remember .)

5/26/2024 1:52:27 PM

**Julian MacQueen**

Coming your way Justin.
5/26/2024 1:55:28 PM

**Darius Himes**

*Reply*
Hang in there brother. Sending you love and light and brotherly support.

5/26/2024 1:58:41 PM

**Sean Hinton**

daily prayers coming your way Justin hang in there: "I know that thou art in difficulty, but this difficulty is conducive to the everlasting felicity and this weakness is followed by the supreme strength."

5/26/2024 2:01:38 PM

**JB**

Thank you gents
5/26/2024 2:01:56 PM

**Roy Steiner**

The concourse is being called to assist you Justin
5/26/2024 2:02:39 PM

**Payam Zamani**
*Recalled*
🚫 Deleted by the sender
5/26/2024 2:08:29 PM

**Payam Zamani**
Done!
5/26/2024 2:08:51 PM

**Payam Zamani**
Crisis are always followed by victories....so good things are right around the corner.
5/26/2024 2:10:09 PM

**Adam J. T. Robarts**
Beseeching our beloved Haydn to intercede on your behalf Justin! 🔔♡
5/26/2024 2:11:08 PM

**Rainn Wilson**
Prayers coming. I can back up JUSTIN by saying that he has been going through a LIVING hell of a test - in the world of movie making it is astounding and complex and insidious. 💯
5/26/2024 2:14:55 PM

**Rainn Wilson**
Jaw dropping - but I feel like the page is turning soon...
5/26/2024 2:15:26 PM

**Daryn**
Justin, I will continue to keep you in my prayers ❤
5/26/2024 2:21:58 PM

**JB**
Love you all. Thank you brothers
5/26/2024 3:06:07 PM

**Payam Zamani**
📎 <665a102f-a9e4-4bbe-9567-90cb7acab722.mp4>
5/26/2024 3:07:14 PM

**Julian MacQueen**
*Reply*
Well that is a mind blower. How cool
5/26/2024 3:08:41 PM

**Julian MacQueen**
📎 <4c8571bd-dc26-442a-bdee-f5269e5de644.mp4>
5/26/2024 3:09:53 PM

SAROWITZ_000000748



**Payam Zamani**

5/26/2024 3:24:35 PM

**JB**
Congrats Payam- proud daddy moment
5/26/2024 3:25:06 PM

**Navid**
Justin, you are, and will be in my thoughts and prayers.
Stay assured. "This place where you are now, God circled
on a map for you."
5/26/2024 3:26:11 PM

**ST**
*Reply*
Dear Justin, thank you for the courage to share your tests.
Remembering you in my prayers every day. Lots of love
5/26/2024 4:17:23 PM

**Adam J. T. Robarts**
*Reply*
O Omid! There are some things better left unsaid! Being
televised while being thrown to the lions is one of them-
thankfully that was before PTSD was available to us . I
think we should allow time at the next gathering for Justin
to lead the brothers in sharing war stories...meanwhile
prayers and more prayers🙏. I will be in Haifa 20-28 June
and happy to take prayer requests if anyone wants to DM
me. 🙏♡
5/26/2024 6:24:36 PM

**Omid Djalili**
Good point Shane. It's great that we can share
vulnerability here.
5/26/2024 6:45:13 PM

**Omid Djalili**
*Reply*
You were brilliant. And thanks for the Haifa heads up!
5/26/2024 6:45:45 PM

CONFIDENTIAL

**André Segovia**

*Edited; Reply*
How do we get one of those awesome hats!?!
5/26/2024 7:34:24 PM

CONFIDENTIAL