# Exhibit 239

## Conversation Details

**Custodian:** Steven Sarowitz

**Custodian Phone Number:** [redacted]

**Message Count:** 25

**Start Date/Time (UTC):** 2025-01-05 11:28:46

**Attachment Count:** 2

**End Date/Time (UTC):** 2025-01-05 23:58:09

**Participants:** Justin Baldoni ([redacted]), Jamey Heath ([redacted]), Jason Sunshine ([redacted]), Bryan Freedman ([redacted]), Jen Abel ([redacted]), Melissa Nathan ([redacted]), Sage Steele ([redacted]), Summer Benson ([redacted]), Mitra ([redacted]), Steven Sarowitz ([redacted])

---

> It's a good start. Should she also point out that other women were hurt by Nlake included the assistant director and editors and the wives of the men Blake falsely accused?
> 
> *2025-01-05 11:28:46*

> Also should Sage address the fact that the Times recklessly included personal information that endangered the safety of Jen and Melissa?
> 
> *2025-01-05 11:30:09*

> Lastly what about the Times doubling down on its lies and calumny EVEN after we provided detailed proof that the allegations it had previously published were false?
> 
> *2025-01-05 11:31:55*

**Sage Steele** ([redacted])

> I think it's good to add that the NYT included their personal information... which goes along with the death threats that I mentioned.
> 
> *2025-01-05 11:51:49*

**Sage Steele** ([redacted])

> And I can add "many women who are part of the production ..." not sure I should go too much deeper there based on trying to make it look organic / like I don't have too much insider info
> 
> *2025-01-05 11:54:58*

**Sage Steele** ([redacted])

> And yes to NYT doubling down
> 
> *2025-01-05 11:55:19*

> Sounds good
> 
> *2025-01-05 11:55:27*

> I agree on other women being vague
> 
> *2025-01-05 11:55:47*

**Sage Steele** ([redacted])

Sage - V2

*2025-01-05 12:24:13*

---

**Exhibit: 17**
**Witness: SAROWITZ**
**Date: 10/3/25**
**CSR#12019: Ashley Soevyn**

Sage Steele (█████████)

2025-01-05 12:34:20

> Looking good. A few minor suggestions. Instead of team blake, change to Blake's team. Also do you want to add the wives of the men who were falsely accused as well?

2025-01-05 13:26:01

Jen Abel (█████████)

Sharing some notes as well

2025-01-05 14:17:02

Jen Abel (█████████)

Made a few notes in red— completely up to you to include, of course rewrite in your own words.

2025-01-05 14:17:29

Jen Abel (█████████)

2025-01-05 14:17:30

Jamey Heath (█████████)

I think leave the wives out. It feels too manipulative. Also, I think you change "Blakes team has alleged there was an "invasion of privacy" ... suggesting that Justin & Jamey would barge into Blake's trailer while she was breastfeeding. Again, look at the texts - BL INVITED THEM into her trailer — so they could keep working while she was feeding her baby! The text messages prove it - text messages that the NYT CHOSE to omit.

2025-01-05 14:18:06

Jen Abel (█████████)

I edited this part as well— need to make the distinction that she invited him in while PUMPING

2025-01-05 14:20:19

Jen Abel (█████████)

women are calling this out online

2025-01-05 14:20:27

> Looks good to me

2025-01-05 15:12:11

Jen Abel (█████████)

Sharing sages video here for the team to review:

2025-01-05 23:53:18

Jen Abel (█████████)

https://share.icloud.com/photos/0decSMPuFx6u-yenm9q5cRHRg

2025-01-05 23:53:19

> Can you resend not playing for me

2025-01-05 23:57:02

Jen Abel:

> It takes a while to load. Sage do you mind sending directly here in case me copying is slowing this down

2025-01-05 23:57:20

Sage Steele:

> Sure

2025-01-05 23:57:28

Sage Steele:

> Wonder if it is slower bc it's an iCloud link and not everyone has iPhones

2025-01-05 23:57:56

Sage Steele:

> I'm a tech idiot though. Who knows.

2025-01-05 23:58:09

CONFIDENTIAL
SAROWITZ_000001243