# Exhibit 240

**From:** Admin <■■■>
**Sent:** Thu, 2 Jan 2025 13:43:33 -0500 (EST)
**To:** D <■■■>; Steve Sarowitz <■■■>; Summer Benson <■■■>; '■■■' <■■■>; Melissa Nathan <■■■>
**Cc:** '■■■' <■■■>; Toskovic Mitz <■■■>; Jamey Heath <■■■>
**Subject:** Re: Introduction

Calendar invite with zoom link sent to hold the time on calendars.

Elyse

Get Outlook for iOS

---

**From:** Admin <■■■>
**Sent:** Thursday, January 2, 2025 12:34:00 PM
**To:** D <■■■>; Steve Sarowitz <■■■>; Summer Benson <■■■>; <■■■>; Melissa Nathan <■■■>
**Cc:** bfreedman@lftcllp.com <■■■>; Toskovic Mitz <■■■>; Jamey Heath <■■■>
**Subject:** Re: Introduction

Confirming that 3:00CT works for all?

Elyse

Get Outlook for iOS

---

**From:** D <■■■>
**Sent:** Thursday, January 2, 2025 12:04 PM
**To:** Steve Sarowitz <■■■>
**Cc:** Admin <■■■>
**Subject:** Re: Introduction

3 CT today works for me.

On Thu, Jan 2, 2025, 12:47 PM Steve Sarowitz <■■■> wrote:

> Sorry 3 PM today is available after all, my mistake
>
> ---
>
> **From:** Steve Sarowitz
> **Sent:** Thursday, January 2, 2025 11:27 AM
> **To:** Admin <■■■>; D <■■■>
> **Cc:**
> **Subject:** RE: Introduction
>
> Tomorrow is a little worse for me because I am flying to Houston for a funeral. Also 3 PM Central today is not good s we have another call.
>
> ---
>
> **From:** Admin <■■■>
> **Sent:** Thursday, January 2, 2025 11:14 AM
> **To:** Steve Sarowitz <■■■>; D <■■■>
> **Cc:**
> **Subject:** Re: Introduction

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the c...

Exhibit: 1
Witness: SAROWITZ
Date: 10/3/25
CSR#12019: Ashley Soevyn

Good morning,

Steve is available to speak the following times. Please let me know what is best for all. Please note that all times listed are in CT:

Today, Thursday January 2nd:

2:00, 3:00 or 4:00CT

Tomorrow, Friday January 3rd:

2:00, 3:00 or 4:00CT

Thank you,

Elyse

Get Outlook for iOS

---

**From:** Steve Sarowitz <■■■■■>
**Sent:** Thursday, January 2, 2025 11:09:55 AM
**To:** D <■■■■■>
**Cc:** ■■■■■ <■■■■■>; Admin <■■■■■>
**Subject:** RE: Introduction

David, meet Bryan Freedman, the attorney who is running Wayfarer Studios case against the NY Times and Blake Lively. Bryan, David is the person who can make Sage's video go viral.

David, I spoke with Bryan and we are both on board with engaging your services ASAP to do this.

Elyse, can you please set up a meeting later today or tomorrow with Bryan, David and me to discuss?

Bryan, who else would you like in this meeting?

CONFIDENTIAL

SAROWITZ_000000940

Steve Sarowitz

Co-Chairman

Wayfarer Studios

■

One planet, One people, Please...

CONFIDENTIAL

SAROWITZ_000000941