# Exhibit 244

| | |
|---|---|
| **From:** | "Gottlieb, Michael" <​█​> |
| **Sent:** | Mon, 23 Dec 2024 13:06:09 -0500 (EST) |
| **To:** | "█" <​█​> |
| **Cc:** | "Hudson, Esra" <​█​>; "█" <​█​> |
| **Subject:** | Cease and Desist Demand |
| **Attachments:** | Cease and Desist Letter to B. Freeman 12-23-24.pdf |

Dear Mr. Freedman,

Please see the attached correspondence.

Respectfully,

Mike Gottlieb

**Michael Gottlieb**
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: █ | Fax: █
█ | vCard | www.willkie.com bio

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

CONFIDENTIAL

WAYFARER_000143706