# Exhibit 248

## Conversation Details

| | |
|---|---|
| **Custodian:** Steven Sarowitz | **Custodian Phone Number:** ▮ |
| **Message Count:** 11 | **Start Date/Time (UTC):** 2025-01-02 06:14:00 |
| **Attachment Count:** 0 | **End Date/Time (UTC):** 2025-01-02 21:49:52 |

**Participants:** Rainn Wilson (▮), Rainn Wilson (▮), Rainn Wilson (▮), Steven Sarowitz (▮)

---

**Rainn Wilson (▮)**
> I feel like this is fair

2025-01-02 06:14:00

**Rainn Wilson (▮)**
> https://www.cnn.com/2025/01/01/entertainment/video/justin-baldoni-blake-lively-wagmeister-dnt-sitroom-digvid?cid=ios_app

2025-01-02 06:14:00

> Right now I am in the mindset of my name is Onigo Montoya. You killed my friends career prepare to...

2025-01-02 12:51:29

> I watched it, not bad. The NYT doubled down on their lies, so thru are in trouble

2025-01-02 12:56:12

> They

2025-01-02 12:56:19

**Rainn Wilson (▮)**
> In their article?

2025-01-02 15:41:45

**Rainn Wilson (▮)**
> Off to Africa!

2025-01-02 18:32:08

> Enjoy. I emailed you the NYT article

2025-01-02 18:52:02

**Rainn Wilson (▮)**
> https://people.com/justin-baldoni-sues-new-york-times-over-blake-lively-article-8767912#comments

2025-01-02 21:33:54

CONFIDENTIAL SAROWITZ_000001216



CONFIDENTIAL SAROWITZ_000001217