# Exhibit 249

**chat640393799902673418**  1/3/2025  👤11  💬53  📎6

**Participants:** Steve Sarowitz; Jamey Heath; Jennifer Abel (Owner); Bryan Freedman; Mitra; Justin Baldoni; Summer Bryan freedman Office; Sage Steele; Jason Sunshine; Spencer Freedman; Melissa Nathan

**First Message:** 1/3/2025 12:25:48 PM
**Last Message:** 1/3/2025 4:15:34 PM

---

**Bryan Freedman**
Sage is on copy. In order to use her, we need to start with a video that can go viral. That will get her in organically. No news outlet sees or wants to explain the connection without it. Who can work with her. I'm buried so please help here.
*1/3/2025 12:25:48 PM*

**Justin Baldoni**
Justin here
Happy to brainstorm
*1/3/2025 12:27:00 PM*

**Mitra**
I assume you'll want the pr team but I'm happy to jump in wherever I can be useful
*1/3/2025 12:27:27 PM*

**Justin Baldoni**
One idea could be I give her the texts with me and the personal trainer - and she makes a video about it showing that he was actually my trainer and overseeing my health and diet - completely undercutting her fat shaming story. She'd be the only one with the texts
*1/3/2025 12:27:55 PM*

**Summer Bryan freedman Office**
I can jump in too where helpful
*1/3/2025 12:28:13 PM*

**Sage Steele**
Hi guys :)
Yes…was thinking a video would be the best, most organic, and genuine way for me to do this.
*1/3/2025 12:28:18 PM*

**Mitra**
Loved "Hi guys :)
Yes…was thinking a video would be the …"
*1/3/2025 12:28:32 PM*

**Sage Steele**
Loved "One idea could be I give her the texts with me and…"
*1/3/2025 12:28:36 PM*

Exhibit: 77
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL                                                                                                                          ABEL_000019529

**Jamey Heath**
I think we have a zoom to discuss different options.
1/3/2025 12:28:45 PM

**Jamey Heath**
This is Jamey.
1/3/2025 12:28:56 PM

**Mitra**
Hi Sage, nice to meet you
1/3/2025 12:29:01 PM

**Sage Steele**
I think I have most people's contacts lined up with cell numbers... but not everyone's!
Can we all confirm who's who? :)

This is Sage 😀
1/3/2025 12:30:04 PM

**Mitra**
Reply
Mitra :-)
1/3/2025 12:30:27 PM

**Jason Sunshine**
This is Jason Sunshine—attorney at Bryan's firm. Nice to meet you Sage
1/3/2025 12:30:32 PM

**Justin Baldoni**
Justin
1/3/2025 12:30:32 PM

**Summer Bryan freedman Office**
Hi Sage! This is Summer Benson with Bryan's office
1/3/2025 12:30:37 PM

**Mitra**
Reply
Co-counsel
1/3/2025 12:30:55 PM

CONFIDENTIAL

ABEL_000019530

**Bryan Freedman**

All, here is my idea given The Today Show.

1. We have nothing to hide and we create a website with all the texts.

2. We release 200-300 per day

3. We get advertisers or sponsors and donate that money to victims of DM.

4. We apologize this has become about personalities and not principals like supporting the survivors and stopping the violence. That's why we will bring good to this situation and keep the message on point and if people want to focus on the drama then at least the DV community will benefit.

5. We have nothing to hide and are all about truth. We have receipts.

1/3/2025 12:36:43 PM

**Bryan Freedman**

Example of what was really going on

It's Jamey saying this:

"just gonna say this and then go to bed, you were not able to control Blake I was not able to control Blake Alex has not been able to control Blake. Ange cannot control Blake. Todd is not been able to control Blake. Her lawyer doesn't control Blake her manager doesn't control her agent doesn't control Blake, nobody can control what you cannot control. We stop pointing fingers at everybody else who cannot control the very person that we and no one else can control. We are all in bed with a fucking monster, and we are all trying to deal with the monster. this is not because they don't have balls if that's the case you didn't have balls if that's the case I didn't have balls, it's not as simple as having balls. We are dealing with a monster and everyone is trying to navigate it."

1/3/2025 12:37:17 PM

**Bryan Freedman**

The real time pain:

1/3/2025 12:38:07 PM

**Bryan Freedman**

📎 <__Library_SMS_Attachments_53_03_5181D7B4-F7C3-4CFC-8752-76B7CD41D9C0_AUDIO_7678.m4a>

1/3/2025 12:38:10 PM

**Bryan Freedman**

Let's go!!!!!!!!!!

1/3/2025 12:38:20 PM

**Jason Sunshine**
Loved "Let's go!!!!!!!!!!"
1/3/2025 12:38:42 PM

**Summer Bryan freedman Office**
Emphasized "Let's go!!!!!!!!!!"
1/3/2025 12:39:34 PM

**Mitra**
Emphasized "All, here is my idea given The Today Show.

1. We…"
1/3/2025 12:43:08 PM

**Mitra**
Loved "Let's go!!!!!!!!!!"
1/3/2025 12:43:32 PM

**Sage Steele**
Loved an audio message
1/3/2025 12:44:03 PM

**Sage Steele**
I am blown away by hearing this voice text. Justin, it's absolutely incredible how you were able to balance your pain in that moment with such grace, class and positivity. You CHOSE to handle it that way. You chose to take the highroad, and uplift the people around you despite everything else.
It so much about your character, and I think that's what people need to know. That's what people need to hear.
1/3/2025 12:47:17 PM

**Justin Baldoni**
Loved "I am blown away by hearing this voice text. Justin…"
1/3/2025 12:51:01 PM

**Justin Baldoni**
I think it would be great to have a zoom consultation and throw some ideas around. Jamey and I want to be really mindful to not stoop to their level or play the tabloid game. So let's all hop on a zoom when we can and figure out how to do this with grace and in a way different way that one would expect from people being smeared and attacked in such an atrocious way.
1/3/2025 12:52:34 PM

**Sage Steele**
Happy to do so .. does 3 or 4pm ET work for anyone?
1/3/2025 12:56:17 PM

**Steve Sarowitz**
Yes. Fyi this is Steve
1/3/2025 12:58:22 PM

CONFIDENTIAL

ABEL_000019532

**Summer Bryan freedman Office**
Liked "Happy to do so .. does 3 or 4pm ET work for anyone…"
1/3/2025 1:10:06 PM

**Justin Baldoni**
Jamey and I are in italy - it's 7pm here
1/3/2025 1:12:17 PM

**Bryan Freedman**
Let's do it. Pick the time. I am with the Menendez family today meeting with the new DA but that should be 1-4. Otherwise I can walk out of the family meeting
1/3/2025 1:23:09 PM

**Mitra**
Liked "Happy to do so .. does 3 or 4pm ET work for anyone…"
1/3/2025 1:23:43 PM

**Mitra**
Sounds like 12 pst/3 est lines up for Sage and Bryan and Steve, and may not be too late for Jamey and Justin. If that works for everyone else I can be flexible.
1/3/2025 1:43:18 PM

**Jennifer Abel (Owner)**
Works for me if it also works for bryan etc
1/3/2025 1:43:56 PM

**Summer Bryan freedman Office**
Works for me also
1/3/2025 1:44:31 PM

**Jamey Heath**
Works for us
1/3/2025 1:46:27 PM

**Jason Sunshine**
Likewise
1/3/2025 1:46:44 PM

**Sage Steele**
Reacted 😀 to "Let's do it. Pick the time. I am with the Menendez…"
1/3/2025 1:48:33 PM

**Sage Steele**
Reply
No idea how that 😀 emoji got there
1/3/2025 2:00:18 PM

**Sage Steele**
🙈●
1/3/2025 2:00:44 PM



**Sage Steele**
Talk soon
1/3/2025 2:00:49 PM

**Jennifer Abel (Owner)**
We can use this link for NOON PT/3PM ET

Join Zoom Meeting
1/3/2025 2:03:30 PM

**Jennifer Abel (Owner)**
https://us05web.zoom.us/j/4218993624?pwd=eGfWiVVMX1fG7j5vLUd9QSI9Wocv61.1

<__Library_SMS_Attach_1_89_09_E48998_1_C319DE_1>
1/3/2025 2:03:30 PM

**Jennifer Abel (Owner)**
1/3/2025 2:03:30 PM

**Summer Bryan freedman Office**
Thanks, Jen
1/3/2025 2:04:52 PM

**Jamey Heath**
https://www.tiktok.com/t/ZTYvgmSQb/

<__Library_SMS_Attach_1_22_02_A218A1_1_5F17B7_1>

<__Library_SMS_Attach_1_d7_07_E4BEDF_1_2940F3_1>
1/3/2025 3:42:13 PM

**Jamey Heath**
This is worth watching....
1/3/2025 3:42:20 PM

**Justin Baldoni**
She breaks it down amazing (2nd video)- a friend of mine who was named in the lawsuit as a video that was a part of smere campaign and she confirms we hadn't spoken either
1/3/2025 4:15:34 PM

**Justin Baldoni**
https://www.tiktok.com/@ustheremingtons

<__Library_SMS_Attach_1_5f_15_799E87_1_55F41D_1>

<__Library_SMS_Attach_1_8a_10_9795C1_1_12871C_1>
1/3/2025 4:15:34 PM

CONFIDENTIAL