# Exhibit 250

## Conversation Details

| | |
|---|---|
| **Custodian:** Steven Sarowitz | **Custodian Phone Number:** ▮ |
| **Message Count:** 38 | **Start Date/Time (UTC):** 2025-01-06 00:04:00 |
| **Attachment Count:** 1 | **End Date/Time (UTC):** 2025-01-06 20:26:33 |

**Participants:** Justin Baldoni (▮), Jamey Heath (▮), Jason Sunshine (▮), Bryan Freedman (▮), Jen Abel (▮), Melissa Nathan (▮), Sage Steele (▮), Summer Benson (▮), Mitra (▮), Steven Sarowitz (▮)

---

**Sage Steele (▮)**

> https://www.dropbox.com/scl/fi/w3z57b8q7zhzdn5umaxhy/Video-Jan-05-2025-6-22-42-PM.mov?rlkey=y3enfyy6cjev88qc8zz2oe8vk&st=6i3hrxpm&dl=0

2025-01-06 00:04:00

**Sage Steele (▮)**

> Let me know if you guys got the dropbox link I sent instead

2025-01-06 00:12:34

> I can see it now it just took a bit

2025-01-06 00:13:05

> Looks good to me. I defer to Jen and Melissa

2025-01-06 00:31:57

**Jason Sunshine (▮)**

> I really like it

2025-01-06 00:48:15

**Jason Sunshine (▮)**

> It's very genuine

2025-01-06 00:48:21

**Jen Abel (▮)**

> Hi sorry juggling globes but just watched and wow sage thank you so much for doing this. I definitely want to get everyone's collective thoughts especially justin and jamey, but just a couple things— I almost think it would be good with you opening with more about your heart, being a mother, why this resonates with you and of course what you already say being a journalist and having your own experience being up against giants, etc right at the top. Knowing people's short attention span, that connection I think will be important. I also just want to clarify the point about Kjersti Flaa, the NYT did correct this within the article after she contacted them about this, but they didn't run a retraction, and just quietly changed within the article. In her words, the damage was already done by the times not doing their due diligence nor running a proper retraction which is why she got death threats etc. a small thing but wanted to flag.

2025-01-06 00:52:00

Jen Abel

And I also defer to legal if you need to mention that you have a connection with bryan if that's something that viewers will call out and so if best to get ahead of? Not sure if necessary but wanted to ask the q

2025-01-06 00:52:59

Jason Sunshine

Replied to a message: Yes, so important. Multiple women getting death threats due to zeal of NYT/BL to "stand up for women"

2025-01-06 00:59:17

Jen Abel

Replied to a message: Liked "Yes, so important. Multiple women getting death th..."

2025-01-06 00:59:33

Jason Sunshine

Replied to a message: BL totally comfortable destroying the lives of women who don't have bodyguards and gated estates

2025-01-06 01:01:05

Sage Steele

I like starting with the woman/mom side

2025-01-06 01:01:57

Jen Abel

❤️ to "I like starting with the woman/mom side"

2025-01-06 01:02:11

Mitra

Fantastic. Sage. Re: legal, will let Bryan give the final answer. To me the most important part is your *why* as a woman and journalist. If you don't mind me giving a few notes I listed and jotted down a few things.

2025-01-06 02:17:50

Mitra

(Not the most important part of the video, but most important as in why you're speaking on it)

2025-01-06 02:18:25

Sage Steele

https://www.dropbox.com/scl/fi/jk9l0hczhku6on4x8jb5h/Video-Jan-06-2025-3-29-24-AM.mov?rlkey=td2bp6dc4qtqobs60btn5neeh&st=j885j6go&dl=0

2025-01-06 15:14:59

Sage Steele

Lotsa technical issues ... I can have the shot worked on a bit to tighten it up and make it look better.. but take a look. Thanks

2025-01-06 15:15:57

Sage Steele (

Also - can re-record in daytime if we agree that would be better

2025-01-06 15:44:30

Bryan Freedman (

I agree. I also think that you should say at some point that your interested in this not because your lawyer is involved in the case but because when you started to do the research and saw what the stories were saying that the disconnect and irresponsible and plainly inaccurate reporting was shocking. That it reminded you of Duke Lacrosse where there was a rush to judgement that destroyed people's lives even to this day. And add some other similar situations. Whatever happened to " let's get all the facts" Baldoni's team is willing to put all the texts out. They seem to have nothing to hide. Let's start there

2025-01-06 16:03:00

Sage Steele (

So you do want me to mention you?

2025-01-06 18:50:55

Bryan Freedman (

I would mention it just so you get in front of it. Fans are smart

2025-01-06 18:51:40

Sage Steele (

Yes.... I agree. Just wasn't sure so did it without.

2025-01-06 18:52:12

Sage Steele (

Will add

2025-01-06 18:52:16

Sage Steele (

Anyone else?

2025-01-06 18:52:20

Sage Steele (

With final suggestions?

2025-01-06 18:52:32

Mitra (

Has Jamey given you his notes yet? I know there is something that he would want to correct factually. I can send you mine, which is just my opinion as I'm viewing it (defer to others and also your personal style), with a couple of corrections.

2025-01-06 19:50:00

Sage Steele (

No - please send along asap! Was just about to start taping again!

2025-01-06 19:50:42

> Unless you're talking about the ones from yesterday before I recorded the second one

2025-01-06 19:50:53

Mitra (█)

> Glad I caught you! I'm going to send it now

2025-01-06 19:51:08

Mitra (█)

> Sage:
> - Brief intro: the accusations offend you as a woman, + the reporting offends you as a journalist
>   - "I know journalism is dead. But facts matter." Love that. Move from end of video to intro.
>   - Can jump to about 2:40 ("Let's focus on the lack of journalistic integrity by the NY Times") and most of what comes before that can be moved to the end.
> - Where you say why wouldn't they smear her earlier, during production etc.? people will answer that by saying they had an interest in making sure the film was made, and a success. Maybe the point is why would he *ever* do anything to harm the film? Wayfarer was co-financier. Justin was director and one of the leads.
> - When you say Times chose to leave out or chose to ignore evidence, important to say that they had it. Their article said they had and had reviewed thousands of pages (*confirm*)
> - Not only did they omit but they manipulated both texts themselves (emoji) and important context - that again, they claim they had reviewed.
> - I wouldn't say he gushed over her. Implies he was into her, which feeds into her SH narrative (lingering kisses, etc.).
> - I actually think closing out with your personal experiences is great vs. starting with too much because of attention span. Still mention in beginning because it's essential to set tone and explain why you'd be covering this story, but can leave much of it for the end.
> - Text messages prove that she was comfortable feeding / pumping in front of him (them). NY Times complaint says she even breastfed in meetings. Nobody barged in on her. Invited. And importantly, she obviously was not uncomfortable doing so in front of them so to include that as part of her SH allegations it makes you wonder if she's lying about other things.
> - "1% would go directly to supporters of DV" is technically inaccurate. 1% was "earmarked" and that was a dealbreaker term for Justin.

2025-01-06 19:55:19

Mitra (█)

> With the exception of the factual corrections they're just my personal suggestions.

2025-01-06 19:57:58

Sage Steele (█)

> Thank you. Anyone else? 🙏

2025-01-06 20:07:25

Sage Steele (█)

> It's definitely a "process" mentally to tape them ... and I want make sure I can get this to you immediately!

2025-01-06 20:08:44

Jamey Heath

> Sage it's great. Take the notes best you can. Now just be you. It's more authentic being you. even with a few hiccups here and there. Still on plane.

2025-01-06 20:13:37

Justin Baldoni

> Hey sage - There's a lot of cooks oj the kitchen - for that I apologize as so many care and that's so wonderful. We have been traveling and just got to Sweden. I'm putting very crazy kids down and will watch. I believe jamey is on a plane so I would encourage none recording until he lands as his voice is most important right now. As I've said - I'm not quite emotionally sober yet (getting there though which I'm very proud of haha) I think more than anything I just want to make sure that this has the highest frequency and integrity possible. And so Long as the facts are accurate I would say that you were brought on by Brian because you are wonderful and intuitive and empathetic in ways other journalists aren't. Lean into those attributes and the rest will come. Raw real and organic is what people respond to know which is why if we have a fighting chance in the public eye it's because that's who we are and who I have been my whole life. Speak from the heart. One of my first projects was a web doc series on the unboxed in LA. A gentlemen on the street told me - What comes from the heart hits the heart. It's the most important ingredients anything we make.

2025-01-06 20:16:34

Justin Baldoni

> Sorry for all typos - couldn't edit someone must have a android (steve) 😉 "Unhoused"

2025-01-06 20:17:58

> I resemble that remark!

2025-01-06 20:22:07

Jamey Heath

> Thanks all. I did speak with Sage last night. She's got the facts right. I think less pin pointed absolute facts are better anyway. I saw the earlier versions, I think we're good. Let's let her do her thing now. It won't have everything as it shouldn't. Subsequent ones will cover more.

2025-01-06 20:26:33

CONFIDENTIAL                                                                                                       SAROWITZ_000001257