# Exhibit 251

## Sage Bryan Melissa Summer

🗓 1/3/2025  👤5  💬6  📎2

**Participants:** JA (Owner); Bryan Freedman; Melissa Nathan; Sage Steele; System Message; Summer Bryan freedman Office;

**First Message:** 1/3/2025 12:32:21 PM
**Last Message:** 1/3/2025 3:35:03 PM

---

**System Message**
*System*
You created the group.
Invite friends to your group via the group link
1/3/2025 12:32:21 PM

**System Message**
*System*
1/3/2025 12:33:17 PM

> **JA (Owner)**
> Sage, sharing the top line talking points here — now that you've gone through the complaint we definitely want you to infuse your own input and what you gravitated towards the most as well.
> 1/3/2025 12:33:19 PM

> **JA (Owner)**
> 📎 <Talking_points_SS.docx>
> 1/3/2025 12:33:31 PM

**Sage Steele**
👍 ❤️ 👍
1/3/2025 12:33:51 PM

> **JA (Owner)**
> https://www.hollywoodreporter.com/news/general-news/norwegian-journalist-kjersti-flaa-interview-blake-lively-justin-baldoni-1236098489/
> 📎 <Attachment>
> 1/3/2025 3:35:03 PM

Exhibit: 78
Witness: ABEL
Date: 9/26/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL    ABEL_000019514

### Talking points:

### NO SMEAR = NO RETALIATION:

- The alleged "smear campaign" Lively and team are accusing Baldoni and team of hinges on an August 16th text exchange in which Nathan allegedly shared a link to [ HYPERLINK "https://www.dailymail.co.uk/femail/article-13749783/Blake-Lively-cancelled-interview-Ends-film.html" ] written by the Daily Mail with Abel. The text exchange shows Abel responding, "Wow," followed by, "You really outdid yourself with this one," to which Nathan allegedly replied, "That's why you hired me, right? I'm the best." Had the NYT properly investigated or simply did their due diligence as they claim from "reviewing thousands of messages", they would have called out that the text in question was in fact ALTERED, with a key emoji insinuating sarcasm removed, which changes the entire context of the response.
- There are multiple OMITTED text messages and pages of clear correspondence where the parties in question clearly state that they are NOT responsible for the backlash received by BL's OWN INTERVIEWS. Why did the NYT not include? The NYT did not include as it fails to fit the narrative that they worked closely on with BL and publicist Leslie Sloane.



AUGUST 16 — COMPLAINT / THE TRUTH — 14

CONFIDENTIAL

ABEL_000019515



- In fact, as additional written correspondence proves, there are multiple conversations with journalists who agreed to go on record to prove that it was LESLIE SLOANE, BL's trusted long-time rep, who was the one who started planting stories with the media.
- Baldoni was consistent, as evident in multiple pages of correspondence with him and his team, in saying that he wanted to ensure that his team was not planting negative stories, nor facilitating any bot campaigns. In response, he is assured over and over again by his PR team that the negative feedback was in fact organic, as a result of BL's own interviews and actions—actions which include, promoting her haircare line, having her alcohol line sponsor the afterparty, refusing to speak to the domestic violence community and storyline.
- Additionally, the PR team points out that internet users are resurfacing old interviews Lively did over the course of her career where she displays cruel, rude, and unflattering behavior towards reporters when promoting previous projects. All of which, is also organic.



CONFIDENTIAL

ABEL_000019517



## BL INVASION OF PRIVACY-REFUTED BY JB & BL TEXTS

- The NYT, in cahoots with Team Lively, printed as fact with no due diligence or investigative reporting, that Baldoni and Jamey Heath, producer with Wayfarer Studios, entered into her trailer multiple times when she was breastfeeding—this is refuted with text messages between BL and Baldoni where she clearly INVITES him into her trailer while pumping. This was later weaponized against him in her complaint.
- As proven in writing, it was in fact BL who set the tone of describing her character's clothing as wanting it to be "much sexier". Baldoni was providing creative input as director, to her character's wardrobe while on set, not objectifying her personally as it is alleged in BL's claims.

CONFIDENTIAL

ABEL_000019518

 

## JUSTIN AND THE EDITORS WERE CUT OUT OF THE FILM

- What is most heartbreaking is the pages of text messages between Baldoni and his editors proving that they were actively cut out of the film, and were even prevented from seeing BL's cut of the film, which was the cut that made it into theaters. Yet, Baldoni remained positive and "took the high road," offering support to his editors who said they didn't want to see the final cut of the film for the first time at the premiere.
- There is proof throughout that Baldoni and Wayfarer were being sidelined consistently throughout the making of the film and into the marketing campaign, leading up to not knowing the week of the premiere if he would even be "allowed" to attend.
    - In the complaint there is inclusion of the PGA letter and a letter to Sony written by producer Jamey Heath's describing how they were extorted to recommending her for a mark because she was continuing to threaten to not promote the film upon release.
    - Texts throughout the complaint between Baldoni and team also confirm he was cut out of the music choices, VFX, and had no input on the final cut.

## HOME BIRTH VIDEO//ALLEDGED PORNOGRAPHIC CONTENT

- The NYT failed to investigate before printing the defamatory claims that Baldoni and Heath were showing "pornographic" images and videos of their wives to BL and cast and crew. The video in question is in fact a home birth of Heath and his wife, with no nudity shown, which was shown while on set when discussing the birthing scene of the film. BL asked if Heath received permission from his wife before showing the video and Heath confirmed he had.

- Exact still shown:



Still of video referenced

## INTIMACY COORDINATOR

- BL's accusations of improvised kissing, impromptu sex scenes and the lack of an intimacy coordinator on set is blatantly false. As texts show, Baldoni had texted BL about hiring an intimacy coordinator at the start of production (April), in which BL declined the meeting leaving Baldoni to be the messenger to relay feedback to ensure they stayed on their production schedule.



## DOMESTIC VIOLENCE MESSAGING

- Justin partnered with the global domestic violence awareness organization NO MORE prior to BL even being cast. This element was important to Baldoni from the start.
- As per the complaint: Wayfarer partnered with Sony to co-finance and distribute the Film. That agreement included, at Wayfarer's and Baldoni's assistance, a requirement that 1% of the Film's proceeds be donated to survivors of domestic violence. That 1% was ultimately earmarked for the organization "No More", with which Baldoni had wanted to partner as early as September 2022.
- What the NYT reported from BL's claim, that Baldoni went rogue from the "agreed upon marketing plan" to discuss DV as means to cover up what was being accused is

categorically false. As evident in written correspondence throughout the complaint, Baldoni was sidelined in all marketing conversations as BL took over control of the film, but he remained firm in instructing his team to always elevate the DV community as "this is why he made the film." There is also written correspondence between Baldoni and his team that proves that his team pushed back on discussed talking points during marketing conversations saying that Baldoni will never NOT speak to his advocacy or the intentions behind why he made the film.

CONFIDENTIAL
ABEL_000019521