# Exhibit 252

**From:** Michael L <███████>
**Sent:** Fri 1/3/2025 7:13:08 PM (UTC-06:00)
**To:** Melissa Nathan <███████>
**Cc:** Roza Kalantari <███████>, Jed Wallace <███████>, Spencer Freedman <███████>, Bryan Freedman <███████>, Rylie L <███████>, Jennifer Abel <███████>, Dervla M <███████>
**Subject:** Re: WEBSITE

Melissa -

Rylie started a Signal group on this which I added you into. Roza has some questions on this. When are you free this weekend/Monday to go over?

Michael

> On Jan 3, 2025, at 1:17 PM, Melissa Nathan <███████> wrote:
>
> RK
> Adding all.
>
> Please do start on a website build, something clean, great looking - with all donations going to DV.
>
> We will release all texts exchanges & voice notes /voice messages
>
> Melissa Jen Jamey Justin Blake Leslie SJ etc etc
>
> We have nothing to hide - and not only do we have nothing to hide but, we are disgusted that this has come to this.
>
> So, we want to show full transparency and release the truth BUT also make sure the DV community benefits.
>
> Spencer please meet Roza who Jed and I know very well - let's all Jump on a call today.
>
> THANK YOU

Confidential