# Exhibit 253

## chat117327019187508025

**Thread Participants:** Steve Sarowitz; Jamey Heath; Jennifer Abel (Owner); Bryan Freedman; Mitra; Justin Baldoni; Summer Bryan freedman Office; Melissa Nathan; Sage Steele; Jason Sunshine

**Active Participants:** Steve Sarowitz; Jamey Heath; Jennifer Abel (Owner); Mitra; Sage Steele; Jason Sunshine

**First Message:** 1/5/2025 3:04:26 AM
**Last Message:** 1/5/2025 9:18:26 PM

---

**Sage Steele**
📎 <__Library_SMS_Attachments_1d_13_F9FD0C56-00C1-43AC-AB2E-D66A80BE3CF9_FILE_5035.docx>
*1/5/2025 3:04:26 AM*

**Sage Steele**
Sage - Take 1
Have at it.

Recording today - tone, etc will be better understood at that time.
*1/5/2025 3:04:26 AM*

**Steve Sarowitz**
It's a good start. Should she also point out that other women were hurt by Nlake included the assistant director and editors and the wives of the men Blake falsely accused?
*1/5/2025 6:28:49 AM*

**Steve Sarowitz**
Also should Sage address the fact that the Times recklessly included personal information that endangered the safety of Jen and Melissa?
*1/5/2025 6:30:10 AM*

**Steve Sarowitz**
Lastly what about the Times doubling down on its lies and calumny EVEN after we provided detailed proof that the allegations it had previously published were false?
*1/5/2025 6:31:56 AM*

**Sage Steele**
I think it's good to add that the NYT included their personal information... which goes along with the death threats that I mentioned.
*1/5/2025 6:51:50 AM*

Exhibit: 43
Witness: NATHAN
Date: 9/29/25
CSR#12019: Ashley Soevyn

**Sage Steele**
And I can add "many women who are part of the production ..."

not sure I should go too much deeper there based on trying to make it look organic / like I don't have too much insider info
*1/5/2025 6:54:59 AM*

**Sage Steele**
And yes to NYT doubling down
*1/5/2025 6:55:19 AM*

**Steve Sarowitz**
Sounds good
*1/5/2025 6:55:27 AM*

**Steve Sarowitz**
I agree on other women being vague
*1/5/2025 6:55:48 AM*

**Sage Steele**
Sage - V2
*1/5/2025 7:24:14 AM*

**Sage Steele**
📎 <__Library_SMS_Attachments_c9_09_A45A90BF-680C-4CEC-9316-D4DB0C13D4DA_FILE_0995.docx>
*1/5/2025 7:29:35 AM*

**Steve Sarowitz**
Looking good. A few minor suggestions. Instead of team blake, change to Blake's team. Also do you want to add the wives of the men who were falsely accused as well?
*1/5/2025 8:26:03 AM*

**Jennifer Abel (Owner)**
Sharing some notes as well
*1/5/2025 9:16:59 AM*

**Jennifer Abel (Owner)**
📎 <__Library_SMS_Attachments_3b_11_DFD84A2F-BE71-4968-8DDF-B87FA96C8EED_FILE_0995.docx>
*1/5/2025 9:17:29 AM*

**Jennifer Abel (Owner)**
Made a few notes in red— completely up to you to include, of course rewrite in your own words.
*1/5/2025 9:17:29 AM*

**Jamey Heath**
I think leave the wives out. It feels too manipulative.

Also, I think you change
"Blakes team has alleged there was an "invasion of privacy" ... suggesting that Justin & Jamey would barge into Blake's trailer while she was breastfeeding. Again, look at the texts - BL INVITED THEM into her trailer — so they could keep working while she was feeding her baby! The text messages prove it - text messages that the NYT CHOSE to omit.
1/5/2025 9:18:07 AM

**Jennifer Abel (Owner)**
I edited this part as well— need to make the distinction that she invited him in while PUMPING
1/5/2025 9:20:17 AM

**Jennifer Abel (Owner)**
women are calling this out online
1/5/2025 9:20:27 AM

**Steve Sarowitz**
Looks good to me
1/5/2025 10:12:13 AM

**Jennifer Abel (Owner)**
Sharing sages video here for the team to review:
1/5/2025 6:53:17 PM

**Jennifer Abel (Owner)**
https://share.icloud.com/photos/0decSMPuFx6u-yenm9q5cRHRg

<__Library_SMS_Attachments_0e_14_at_0_B7FB951B-E882-4DF1-A61C-DA66514DAE2D_usually-try-to-avoid.MOV>
1/5/2025 6:53:17 PM

**Steve Sarowitz**
Can you resend not playing for me
1/5/2025 6:57:03 PM

**Jennifer Abel (Owner)**
It takes a while to load. Sage do you mind sending directly here in case me copying is slowing this down
1/5/2025 6:57:29 PM

**Sage Steele**
Sure
1/5/2025 6:57:38 PM

**Sage Steele**
Wonder if it is slower bc it's an iCloud link and not everyone has iPhones
1/5/2025 6:57:55 PM

CONFIDENTIAL

NATHAN_000019472

**Sage Steele**
I'm a tech idiot though.  Who knows .
1/5/2025 6:58:10 PM

**Sage Steele**
https://www.dropbox.com/scl/fi/w3z57b8q7zhzdn5umaxhy/Video-Jan-05-2025-6-22-42-PM.mov?rlkey=y3enfyy6cjev88qc8zz2oe8vk&st=6i3hrxpm&dl=0

<__Library_SMS_Attach_1_a7_07_EE014C_1_203C40_1>

<__Library_SMS_Attach_1_12_02_A87791_1_3B7C75_1>
1/5/2025 7:04:00 PM

**Sage Steele**
Let me know if you guys got the dropbox link I sent instead
1/5/2025 7:12:34 PM

**Steve Sarowitz**
I can see it now it just took a bit
1/5/2025 7:13:05 PM

**Steve Sarowitz**
Looks good to me. I defer to Jen and Melissa
1/5/2025 7:31:59 PM

**Sage Steele**
Happy to tweak/re-record after I get back from dinner...
1/5/2025 7:35:58 PM

**Jason Sunshine**
I really like it
1/5/2025 7:48:11 PM

**Jason Sunshine**
It's very genuine
1/5/2025 7:48:21 PM

CONFIDENTIAL

NATHAN_000019473

**Jennifer Abel (Owner)**
Hi sorry juggling globes but just watched and wow sage thank you so much for doing this. I definitely want to get everyone's collective thoughts especially justin and jamey, but just a couple things— I almost think it would be good with you opening with more about your heart, being a mother, why this resonates with you and of course what you already say being a journalist and having your own experience being up against giants, etc right at the top. Knowing people's short attention span, that connection I think will be important. I also just want to clarify the point about Kjersti Flaa, the NYT did correct this within the article after she contacted them about this, but they didn't run a retraction, and just quietly changed within the article. In her words, the damage was already done by the times not doing their due diligence nor running a proper retraction which is why she got death threats etc. a small thing but wanted to flag.
1/5/2025 7:51:57 PM

**Jennifer Abel (Owner)**
And I also defer to legal if you need to mention that you have a connection with bryan if that's something that viewers will call out and so if best to get ahead of? Not sure if necessary but wanted to ask the q
1/5/2025 7:52:59 PM

**Jason Sunshine**
*Reply*
Yes, so important. Multiple women getting death threats due to zeal of NYT/BL to "stand up for women"
1/5/2025 7:59:16 PM

**Jennifer Abel (Owner)**
Liked "Yes, so important. Multiple women getting death th…"
1/5/2025 7:59:32 PM

**Jason Sunshine**
*Reply*
BL totally comfortable destroying the lives of women who don't have bodyguards and gated estates
1/5/2025 8:01:04 PM

**Sage Steele**
I like starting with the woman/mom side
1/5/2025 8:01:57 PM

**Jennifer Abel (Owner)**
Loved "I like starting with the woman/mom side"
1/5/2025 8:02:11 PM

**Mitra**
Fantastic. Sage.  Re: legal, will let Bryan give the final answer. To me the most important part is your *why* as a woman and journalist. If you don't mind me giving a few notes I listed and jotted down a few things.
1/5/2025 9:17:51 PM

**Mitra**
(Not the most important part of the video, but most important as in why you're speaking on it)
1/5/2025 9:18:26 PM

CONFIDENTIAL

NATHAN_000019475