# Exhibit 254

# chat341714904349254191

| | |
|---|---|
| **Thread Participants:** | Bryan Freedman; Elizabeth Rosner; Melissa Nathan (Owner); (Owner) |
| **Active Participants:** | Bryan Freedman; Elizabeth Rosner; Melissa Nathan (Owner) |
| **First Message:** | 1/16/2025 2:47:44 PM |
| **Last Message:** | 1/16/2025 8:17:22 PM |

---

**Elizabeth Rosner**
Hi, emailed you both the below:
1/16/2025 2:47:44 PM

**Elizabeth Rosner**
Hi everyone,

Thank you again for sending us the suit and statements. We are working on more stories, and I am doing a deep dive into possible outcomes. I wanted to share what we have posted so far. More to come....

everyone,

Thank you again for sending us the suit and statements. We are working on more stories, and I am doing a deep dive into possible outcomes. I wanted to share what we have posted so far. More to come....

Justin Baldoni Sues Blake Lively and Ryan Reynolds for $400 Million Alleging Defamation, Extortion over It Ends With Us
1/16/2025 2:50:01 PM

**Elizabeth Rosner**
https://people.com/justin-baldoni-sues-blake-lively-ryan-reynolds-8768821
📎
<__Library_SMS_Attach_1_aa_10_223203_1_7EF2DB_1>
📎
<__Library_SMS_Attach_1_11_01_AB2D01_1_436F38_1>
1/16/2025 2:50:03 PM

**Elizabeth Rosner**
Justin Baldoni Claims Ryan Reynolds and Taylor Swift Pressured Him to Accept Blake Lively's It Ends With Us Rewrite: Complaint
1/16/2025 2:50:03 PM

**Elizabeth Rosner**
https://people.com/justin-baldoni-claims-blake-lively-ryan-reynolds-taylor-swift-pressured-him-8775745
📎
<__Library_SMS_Attach_1_41_01_2B0DA3_1_65C117_1>
📎
<__Library_SMS_Attach_1_13_03_689250_1_119893_1>

1/16/2025 2:50:03 PM

**Elizabeth Rosner**
Justin Baldoni Alleges Blake Lively Joked About His Nose on It Ends With Us Set, Told Him He 'Should Get Plastic Surgery'

1/16/2025 2:50:04 PM

**Elizabeth Rosner**
https://people.com/justin-baldoni-alleges-blake-lively-joked-about-his-nose-it-ends-with-us-plastic-surgery-8775759
📎
<__Library_SMS_Attach_1_a6_06_EAEBE7_1_5A4D8B_1>
📎
<__Library_SMS_Attach_1_75_05_13E66C_1_82A232_1>

1/16/2025 2:50:05 PM

**Elizabeth Rosner**
Justin Baldoni Alleges Blake Lively Never Read "It Ends with Us" Book Before Making Movie: It 'Worried' Her Colleagues

1/16/2025 2:50:05 PM

**Elizabeth Rosner**
https://people.com/justin-baldoni-says-blake-lively-never-read-it-ends-with-us-book-before-making-film-lawsuit-8775743
📎
<__Library_SMS_Attach_1_85_05_681E3E_1_99EE9A_1>
📎
<__Library_SMS_Attach_1_db_11_3AF63E_1_8B77F7_1>

1/16/2025 2:50:06 PM

**Elizabeth Rosner**

1/16/2025 2:50:06 PM

**Elizabeth Rosner**
Justin Baldoni's Team Blasts Blake Lively amid $400 Million Lawsuit: 'We Have Received Death Threats'

1/16/2025 3:33:23 PM

**Elizabeth Rosner**
https://people.com/justin-baldoni-team-blasts-blake-lively-says-theyve-received-death-threats-amid-lawsuits-8775969

<__Library_SMS_Attach_1_10_00_D7E6CA_1_5BD798_1>

<__Library_SMS_Attach_1_cc_12_C04E7F_1_68B203_1>

1/16/2025 3:33:24 PM

**Elizabeth Rosner**
Blake Lively Compared Self to Khaleesi in Alleged Texts to Justin Baldoni, Called Ryan Reynolds, Taylor Swift Her Dragons: Complaint

1/16/2025 4:04:42 PM

**Elizabeth Rosner**
https://people.com/blake-lively-compared-herself-to-khaleesi-in-texts-to-justin-baldoni-lawsuit-8776041

<__Library_SMS_Attach_1_9a_10_4EBAF0_1_D2476C_1>

<__Library_SMS_Attach_1_9c_12_D80703_1_38A270_1>

1/16/2025 4:04:43 PM

**Melissa Nathan (Owner)**
ER.
You really are a true loyal friend that is interested in telling the truth

And none of us will ever forget it

I owe you the biggest hug when I see you

1/16/2025 4:17:39 PM

**Elizabeth Rosner**
Loved "ER.
You really are a true loyal friend that is in…"

1/16/2025 4:17:54 PM

**Elizabeth Rosner**
We have like
2
More
Stories going up Hahha

1/16/2025 4:18:02 PM

**Elizabeth Rosner**
And I'm working on a deep dive for tomorrow or Monday re: outcomes

1/16/2025 4:18:24 PM

**Melissa Nathan (Owner)**
Loved "And I'm working on a deep dive for tomorrow or Mo…"
1/16/2025 4:35:05 PM

**Elizabeth Rosner**
Justin Baldoni Claims in Lawsuit That Blake Lively Named It Ends with UsAfterparty Drink After Film's Abuser
1/16/2025 5:04:12 PM

**Elizabeth Rosner**
https://people.com/justin-baldoni-claims-blake-lively-named-it-ends-with-us-party-drink-after-film-abuser-8775762
📎
<__Library_SMS_Attach_1_73_03_BF4BB3_1_74B48A_1>
📎
<__Library_SMS_Attach_1_ef_15_257391_1_98C74B_1>
1/16/2025 5:04:13 PM

**Elizabeth Rosner**
Random!
Ryan Reynolds Seen Out for Walk Same Day Justin Baldoni Filed $400 Million Lawsuit Against Him and Blake Lively
1/16/2025 5:14:26 PM

**Elizabeth Rosner**
https://people.com/ryan-reynolds-out-for-walk-amid-justin-baldoni-lawsuit-blake-lively-8766036
📎
<__Library_SMS_Attach_1_00_00_6F8517_1_8F03AC_1>
📎
<__Library_SMS_Attach_1_a5_05_CAEFAC_1_3E1707_1>
1/16/2025 5:14:26 PM

**Elizabeth Rosner**
Justin Baldoni Claims Blake Lively Urged Isabela Ferrer to 'Shun' Him Despite Her Allegedly Calling IEWU Set 'Safe': Complaint
1/16/2025 5:41:58 PM

**Elizabeth Rosner**
https://people.com/justin-baldoni-lawsuit-blake-lively-urged-isabela-ferrer-shun-him-8776102
📎
<__Library_SMS_Attach_1_55_05_D2B84D_1_E507B2_1>
📎
<__Library_SMS_Attach_1_c9_09_896F33_1_5C6382_1>
1/16/2025 5:42:01 PM

**Elizabeth Rosner**
Check email
1/16/2025 8:13:03 PM

**Bryan Freedman**
Thank you for being excellent!!!
1/16/2025 8:13:52 PM

**Elizabeth Rosner**
Just doing my job!!!
1/16/2025 8:17:20 PM

**Elizabeth Rosner**
Loved "Thank you for being excellent!!!"
1/16/2025 8:17:22 PM

CONFIDENTIAL
NATHAN_000021296