# Exhibit 255

## Website

📅 1/18/2025  👤 17  💬 53  📎 9

**Participants:** Jamey Heath; [redacted] JA; [redacted] Coqo Pop (Owner); [redacted] SRINC; [redacted] Mel US; [redacted] Jason Sunshine; System Message; [redacted] Bryan Freedman; [redacted] Dervla; [redacted] Alyx Sealy; [redacted] Breanna Koslow; [redacted] (Butler); [redacted] Summer Benson; [redacted] Rylie Long; [redacted] Michael Lawrence; 1 [redacted] Mitz Toskovic; and 3 others

**First Message:** 1/18/2025 10:21:12 PM
**Last Message:** 1/18/2025 11:58:46 PM

---

**[redacted] SRINC**
, Happy Saturday!! There are a few important logistical questions from legal (Jason Sunshine and ) about the best and most efficient way to share a video file. Can you or one of your engineers connect with them am walk them through questions? Thank you!!
*1/18/2025 10:21:12 PM*

**Coqo Pop (Owner)**
Hi sure
*1/18/2025 10:21:52 PM*

**Coqo Pop (Owner)**
Right now we have many videos that we being stored in Dropbox and we have shared access too. Is this a video that can be shared via Dropbox?
*1/18/2025 10:22:44 PM*

**Coqo Pop (Owner)**
Or is it a highly sensitive video?
*1/18/2025 10:23:01 PM*

**[redacted] SRINC**
It is - this is very sensitive (just for now) but  and Jason will explain. Thank you!!
*1/18/2025 10:23:25 PM*

**Coqo Pop (Owner)**
Ok sure just let me know when you are free to talk
*1/18/2025 10:24:47 PM*

**System Message**
*System*
SRINC added Jason Sunshine.
*1/18/2025 10:26:06 PM*

**Jason Sunshine**
Hi all
*1/18/2025 10:26:12 PM*

**Jason Sunshine**
So what's needed now? This seems fine with me. Not sure what is the next step
*1/18/2025 10:26:24 PM*

**SRINC**
Welcome !! Meet !
1/18/2025 10:26:46 PM

**SRINC**
📎 <Voice Message 1_18_25, 9_27_PM.m4a>
1/18/2025 10:27:57 PM

**Coqo Pop (Owner)**
Hi! You can do a wetransfer to individual email with an expiring link
1/18/2025 10:29:05 PM

**Jason Sunshine**
Would you like me to do it? Do you have access to this Dropbox?

Jed, I haven't been in touch with Bryan about what his plan is on this side of it
1/18/2025 10:30:11 PM

**Coqo Pop (Owner)**
I have a Dropbox we can put it in if you don't want a ton of people having access to it.
1/18/2025 10:30:47 PM

**SRINC**
📎 <Voice Message 1_18_25, 9_30_PM.m4a>
1/18/2025 10:30:50 PM

**Coqo Pop (Owner)**
What you can do immediately if you would like is - you can wetransfer if to me and I can hold it on my computer until we're ready to send it somewhere. That way it's not on any Dropbox or shared file storage
1/16/2025 10:34:17 PM

**SRINC**
I love that - then nuke the transfer link and keep it super private. Then you can help whomever send / or remotely send the file.

That cool ,   and ?
1/18/2025 10:36:44 PM

**Jamey Heath**
Hi Roza, you already have access to it now.  There's a folder inside then"context" folder and the sub folder is "output"
1/18/2025 10:37:19 PM

**Jamey Heath**
It's living there now.
1/18/2025 10:37:31 PM

**SRINC**
📎 <Voice Message 1_18_25, 9_37_PM.m4a>
1/18/2025 10:37:36 PM

**Jason Sunshine**
Ok I just spoke to Theresa. We are both in agreement that this will be more powerful and more interesting if it's not so clear it's being pushed by our side for specific purpose
1/18/2025 10:38:55 PM

**Jason Sunshine**
Perhaps we cut the first clip and start with the script. Maybe also the date
1/18/2025 10:39:08 PM

**JA**
The writer we want to send this to is based in NY so we are speaking with her first thing in the am. So there's time tonight to finesse and get this right
1/18/2025 10:43:23 PM

**JA**
I think it's obvious that it's coming from our side regardless. Plus we mention the video within our complaint. I defer to legal here but I don't think that's a big deal from a Pr perspective since we've been promising this via Bryan for a while now
1/18/2025 10:44:08 PM

**Jason Sunshine**
It's not primarily a legal question honestly
1/18/2025 10:44:39 PM

**Mel US**
We are allowed to show the truth and fight so it doesn't matter if it's coming from us BUT we will push for the reporter to say
Obtained by People
1/18/2025 10:45:07 PM

**Coqo Pop (Owner)**
*Reply*
Let me check
1/18/2025 10:46:08 PM

**Coqo Pop (Owner)**
Ok I have access
1/18/2025 10:52:16 PM

**Jamey Heath**
Just spoke to Jason and Theresa. Gonna take one more Quick Look at a couple language. Otherwise, let's keep the front
1/18/2025 10:57:20 PM

**Jamey Heath**
Hey all. We're sticking with the language as is. It's ready to go.
Thank you Theresa and Jason for the consultation.
1/18/2025 11:06:05 PM

**Jamey Heath**
Roza, did you see the file in the folder?
1/18/2025 11:06:22 PM

**Coqo Pop (Owner)**
I did yes
1/18/2025 11:06:39 PM

**JA**
We just spoke to people mag. They can take a look at it right away but need to vet by their legal etc before posting which won't happen till tomorrow and then everyone has a skeleton team due to the holiday. I'm unclear with the link stuff so can someone just send us the link here that we can share with the writer? Thanks so much
1/18/2025 11:09:02 PM

**SRINC**
📎 <Voice Message 1_18_25, 10_10_PM.m4a>
1/18/2025 11:10:33 PM

**Jason Sunshine**
Jed I think you would know best as to how to actually effectuate the transfer when we decide on a game plan
1/18/2025 11:12:30 PM

**SRINC**
📎 <Voice Message 1_18_25, 10_14_PM.m4a>
1/18/2025 11:14:45 PM

**Jamey Heath**
Sorry guys I think that we might be over complicating this with all due respect. The link can be sent via WeTransfer doesn't have to be attached to anyone's WeTransfer you just copy the link open up wetransfer.com attach the link to it. Send it to an email, they will get a notification and they download it from there. It will not be attached to any sort of dropbox any other folder they would just get the link to the actual file. We're not trying to hide essentially where it's coming from. Everyone's gonna know it's coming from us so why cannot legal just send it via WeTransfer, which is on file transferring system and let it be done.
1/18/2025 11:17:08 PM

**Jamey Heath**
Sorry, I'm speaking into Siri and it probably didn't make sense
1/18/2025 11:17:19 PM

**JA**
with what Jed said, do you want to send directly to the writer in the way that describes? That seems the best.
1/18/2025 11:17:34 PM

**JA**
1/18/2025 11:17:41 PM

**SRINC**
📎 <Voice Message 1_18_25, 10_18_PM.m4a>
1/18/2025 11:18:48 PM

**SRINC**
Make sense ?
1/18/2025 11:20:59 PM

**Mel US**
1/18/2025 11:21:23 PM

**Mel US**
Can we just have one link because she's waiting for it and I just spoke to her again and I told her she needs to put it up tomorrow otherwise we're going to give it to TMZ because it's a smoking gun and a scoop. I don't want to wait till after Trump.
1/18/2025 11:21:46 PM

**Mel US**
Bryan is also going to attribute the video to him
1/18/2025 11:21:52 PM

**Mel US**
Which I am completely 100% in agreement with because the whole point about this is that we are not hiding
1/18/2025 11:22:06 PM

**Mel US**
"As given by Bryan freedman"
1/18/2025 11:22:16 PM

**Coqo Pop (Owner)**
Yes, exactly what Jed said and Jamey you are saying - with the WeTransfer We are only sending the individual video file that can then be downloaded by the recipient which is the safest method.

Anyone can send the video via wetransfer but I am happy to do it, or do it anon.
1/18/2025 11:23:01 PM

**SRINC**
📎 <Voice Message 1_18_25, 10_23_PM.m4a>
1/18/2025 11:23:06 PM

**SRINC**
📎 <Voice Message 1_18_25, 10_23_PM(2).m4a>
1/18/2025 11:23:59 PM

**Jamey Heath**
I think my favorite thing about Jed... Is his commitment to voice notes... Why type when you can speak should be his slogan
1/18/2025 11:24:35 PM

**SRINC**
📎 <Voice Message 1_18_25, 10_25_PM.m4a>
1/18/2025 11:25:29 PM

**Coqo Pop (Owner)**
Wetransfer has been sent and she has downloaded the video.
1/18/2025 11:58:46 PM

CONFIDENTIAL
SKYLINE_000000209