# Exhibit 256

# f49e9efe-8238-485c-975f-878b0b9cb9e0

**Thread Participants:** [redacted] Melissa US Phone (Owner); Alison Boshoff

**Active Participants:** [redacted] Melissa US Phone (Owner); Alison Boshoff

**First Message:** 1/21/2025 1:46:26 AM
**Last Message:** 1/21/2025 3:23:04 PM

---

**Alison Boshoff**
I'd love to write about the website. Will it be all emails and WhatsApp's between jb blake you Jen etc? And will it be coming this week or next? Wondering if I can do a story in the column Friday. Also on the sexual harassment claims the complaint refers a lot to filmed footage. Does this unedited footage still exist? Hope you are bearing up xxx
1/21/2025 1:46:26 AM

**Melissa US Phone (Owner)**
Hi and yes it's everything
Videos
Footage
Etc
1/21/2025 2:41:56 PM

**Melissa US Phone (Owner)**

1/21/2025 2:42:15 PM

**Melissa US Phone (Owner)**
https://www.dailymail.co.uk/tvshowbiz/article-14308745/Blake-Lively-Justin-Baldoni-bombshell-clip-reveals-truth-abusee.html
1/21/2025 2:42:26 PM

**Alison Boshoff**
Ive just been seeing this. Its just beautiful because very simply and uncontestably it proves a lie in her initial complaint!
1/21/2025 2:43:13 PM

CONFIDENTIAL
NATHAN_000025354

**Alison Boshoff**
tell me about the website plans if you can! is when, what address, etc etc. xxx
1/21/2025 2:43:55 PM

**Melissa US Phone (Owner)**
A huge lie! I mean that in itself being sexual harrasment when there are so many women and men who actually suffer with that is not right
1/21/2025 2:43:57 PM

**Melissa US Phone (Owner)**
I will!
Honestly, I think it's a really strong PR move and it's something that no one has ever done before
1/21/2025 2:44:12 PM

**Melissa US Phone (Owner)**
So if we can do something around that...
1/21/2025 2:44:26 PM

**Alison Boshoff**
I agree its an absolute revolution and i am here for it!
1/21/2025 2:44:45 PM

**Melissa US Phone (Owner)**
♥
1/21/2025 2:45:37 PM

**Alison Boshoff**
btw im meeting nicola for lunch on the patio at the polo lounge friday 28th feb. LMK if you are able to/would like to join. if not lets do a cocktail if that works?
1/21/2025 2:45:48 PM

**Melissa US Phone (Owner)**
Yes, absolutely I love Nic. She's my fave.
1/21/2025 2:47:01 PM

**Alison Boshoff**
Great! I ll call them tomorrow and see if they can make it a three! xxx
1/21/2025 2:47:32 PM

**Melissa US Phone (Owner)**
Amazing
1/21/2025 2:52:23 PM

**Alison Boshoff**
comments on the story are great!
1/21/2025 3:22:48 PM

**Alison Boshoff**
lmk when you can on the website! and see you soon xxx
1/21/2025 3:23:04 PM

CONFIDENTIAL                                                                         NATHAN_000025355