# Exhibit 257

**Thread Participants:** [redacted] Melissa Nathan (Owner); [redacted] Popcorned Planet; (Owner)
**Active Participants:** [redacted] Melissa Nathan (Owner); [redacted] Popcorned Planet
**First Message:** 1/21/2025 1:29:35 PM
**Last Message:** 1/21/2025 9:08:40 PM

---

**Melissa Nathan (Owner)**
Hi!
It's Melissa. Just so you have me
1/21/2025 1:29:35 PM

**Popcorned Planet**
Got you
1/21/2025 1:29:45 PM

**Melissa Nathan (Owner)**
Let's chat in the afternoon?
And feel free to use the video and you can say that Bryan freedman sent it to you .
We are being so truthful, so we don't care that anything is coming from us honestly !
1/21/2025 1:30:13 PM

**Popcorned Planet**
Already posted!
1/21/2025 1:30:33 PM

**Popcorned Planet**
Blake Lively CAUGHT Lying About Justin Baldoni - Full Video Evidence From It Ends With Us REVEALED!
1/21/2025 1:30:42 PM

**Popcorned Planet**
https://youtu.be/PIX7Clu_ZSU
📎
<__Library_SMS_Attach_1_84_04_68DF56_1_FF983C_1>
📎
<__Library_SMS_Attach_1_54_04_A521B8_1_ED0366_1>
1/21/2025 1:30:43 PM

**Melissa Nathan (Owner)**
Oh amazing - !
Sorry this morning has just been so crazy and I'm also helping out on this charitable thing with the fires
And taking my kid to school and trying to un ruin my life from a celebrity
1/21/2025 1:31:05 PM

**Melissa Nathan (Owner)**
Loved "https://youtu.be/PIX7Clu_ZSU"
1/21/2025 1:31:08 PM

**Popcorned Planet**
Understood - You are West Coast?
1/21/2025 1:31:40 PM

**Popcorned Planet**
You wanna chat afternoon today or tomorrow
1/21/2025 1:31:49 PM

**Melissa Nathan (Owner)**
Yes- 3 pm PT?
1/21/2025 1:32:02 PM

**Popcorned Planet**
I'm EST, and I'll be finishing my live around then, so I'll text you after between 3-4pm pst
1/21/2025 1:32:51 PM

**Melissa Nathan (Owner)**
Ok perfect
1/21/2025 1:32:59 PM

**Popcorned Planet**
Sorry, available now - or can set time tomorrow
1/21/2025 8:49:23 PM

**Melissa Nathan (Owner)**
Shall we set up time tomorrow?
1/21/2025 9:07:51 PM

**Melissa Nathan (Owner)**
We just issuing this statement in response to her bullshit
1/21/2025 9:07:56 PM

**Melissa Nathan (Owner)**
Prior to filing her lawsuit in court, Ms. Lively went to The New York Times in an effort to publicly destroy Justin Baldoni. When Mr. Baldoni exercises his right to publicly defend himself by putting forth actual facts and evidence, for Ms Lively and team this instantly becomes morally and ethically wrong. Ms. Lively wants very different standards to apply to her but fortunately, truth and authenticity apply to everyone and can never be wrong. Looking at the video and the evidence to come, I can understand why Ms. Lively would now, not want this to play out in public.
1/21/2025 9:08:00 PM

**Popcorned Planet**
Liked "Shall we set up time tomorrow?"
1/21/2025 9:08:40 PM