# Exhibit 258

**Thread Participants:** ▉▉▉ Melissa Nathan (Owner); ▉▉▉ Sara Nathan; ▉▉▉ Melissa Nathan (Owner); Melissa Nathan (Owner)
**Active Participants:** ▉▉▉ Melissa Nathan (Owner); ▉▉▉ Sara Nathan
**First Message:** 1/21/2025 11:07:29 AM
**Last Message:** 1/21/2025 3:37:22 PM

---

**Sara Nathan**
https://www.instagram.com/stories/noitscaroleena/
📎 <88738CF0-DE2E-416D-A5CE-B0FA2C017EE4.pluginPayloadAttachment>
📎 <__Library_SMS_Attach_1_c8_08_0F7879_1_F985BF_1>
*1/21/2025 11:07:29 AM*

**Sara Nathan**
Jesus
*1/21/2025 11:07:29 AM*

**Melissa Nathan (Owner)**
On zooms already
*1/21/2025 12:06:39 PM*

**Sara Nathan**
Of course
*1/21/2025 12:08:06 PM*

**Sara Nathan**
Is Carolina still working with you ?
*1/21/2025 1:06:43 PM*

**Melissa Nathan (Owner)**
https://www.dailymail.co.uk/tvshowbiz/article-14308745/Blake-Lively-Justin-Baldoni-bombshell-clip-reveals-truth-abusee.html
📎 <F4F35226-4B85-4672-8126-253B6DDF9BEA.pluginPayloadAttachment>
📎 <91DA297D-25E0-45C7-A356-2AFFBEBC696E.pluginPayloadAttachment>
📎 <451E856F-FDF4-4BE0-BC14-8FC6C2680362.pluginPayloadAttachment>
📎 <B6E8A704-353E-439B-9F9C-C4706B445ECE.pluginPayloadAttachment>
📎 <48AB7250-93F9-471D-A7A0-8E799CCFC76F.pluginPayloadAttachment>
📎 <6DD1BCEC-0A6C-44CC-BFB4-8520FE7E1B68.pluginPayloadAttachment>
*1/21/2025 1:07:22 PM*

**Melissa Nathan (Owner)**
Yes
*1/21/2025 1:07:22 PM*



**Sara Nathan:** Ooh well done — 1/21/2025 1:07:35 PM

**Melissa Nathan (Owner):** It's going everywhere — 1/21/2025 1:07:42 PM

**Sara Nathan:** Good! — 1/21/2025 1:07:46 PM

**Melissa Nathan (Owner):** Apparently, it's 2000 views a minute — 1/21/2025 1:07:48 PM

**Sara Nathan:** Did you send to P6? — 1/21/2025 1:07:50 PM

**Melissa Nathan (Owner):** And it's the banner — 1/21/2025 1:07:54 PM

**Melissa Nathan (Owner):** No, who should I send it to? — 1/21/2025 1:07:59 PM

**Sara Nathan:** Alexandra D'Aluisio <[redacted]> — 1/21/2025 1:09:25 PM

**Sara Nathan:** Emphasized "Apparently, it's 2000 views a minute" — 1/21/2025 1:09:35 PM

**Sara Nathan:** <__Library_SMS_Attach_1_f1_01_57B0C9_1_IMG_5555.heic> — 1/21/2025 1:42:02 PM

**Sara Nathan:** What's the name of your plastic surgeon again — 1/21/2025 2:16:42 PM

**Melissa Nathan (Owner):** <MY362D53E7D762B3E82B2986CF7B6CA73604E2AD7F9F9672B5FA203499F8B67E55.21F788CE698EE1A9.C01USN00> — 1/21/2025 2:17:12 PM

**Melissa Nathan (Owner)**

<MY362D53E7D762B3E82B2986CF7B6CA73604E2AD7F9F9672B5FA203499F8B67E55.21F788CE698EE1A9.C01USN00>

1/21/2025 3:23:22 PM

**Sara Nathan**
How a lawyer let them do this
1/21/2025 3:37:22 PM

CONFIDENTIAL

NATHAN_000026629