Exhibit 259

**Thread Participants:** ▮▮▮▮ Elizabeth Rosner ; ▮▮▮▮ Melissa Nathan (Owner)
**Active Participants:** ▮▮▮▮ Elizabeth Rosner ; ▮▮▮▮ Melissa Nathan (Owner)
**First Message:** 1/22/2025 3:52:36 PM
**Last Message:** 1/22/2025 5:26:33 PM

**Elizabeth Rosner**
Do you have a comment re: Blake's new letter
1/22/2025 3:52:36 PM

**Melissa Nathan (Owner)**
You mean the way they asked the court to gag the lawyer ??
1/22/2025 3:54:01 PM

**Elizabeth Rosner**
Yes;I'm sick and just woke up
1/22/2025 3:54:18 PM

**Melissa Nathan (Owner)**
Sources close to Baldoni believe it's grossly unfair to impose a gag order after Justin has been defamed by the New York Times in an article that they say has cost him three jobs and hundreds of millions of dollars. All Justin wants to do, the source says, "is release videos and text messages to prove the allegations are false. The source adds, it is "unbelievable" that Blake Lively would go on a takedown campaign against Justin and then immediately turn around and say she wants a gag order so that Justin can't defend himself
1/22/2025 3:54:20 PM

**Elizabeth Rosner**
Ty
1/22/2025 3:54:26 PM

**Melissa Nathan (Owner)**
Oh feel better  x
1/22/2025 3:55:18 PM

**Elizabeth Rosner**
Ty. Sending in your statement now
1/22/2025 3:55:36 PM

**Elizabeth Rosner**
Can we put this in quotes to use it? Otherwise we'll need to use partial
1/22/2025 4:03:40 PM

**Melissa Nathan (Owner)**
Use it however you want to
1/22/2025 4:04:10 PM

NATHAN_000025388

**Elizabeth Rosner**

Thank you 🖤

1/22/2025 4:04:55 PM

**Elizabeth Rosner**

I literally woke u  when you texted me and im looking at our stories today

1/22/2025 5:25:37 PM

**Elizabeth Rosner**

We're  being really rude to Ryan  and  Blake lll

1/22/2025 5:26:13 PM

**Elizabeth Rosner**

https://people.com/ryan-reynolds-harvard-business-school-talk-amid-justin-baldoni-legal-battle-8778736

📎
<__Library_SMS_Attach_1_eb_11_9A3D5A_1_3EEE9C_1>
📎
<__Library_SMS_Attach_1_89_09_939F60_1_2D08C7_1>

1/22/2025 5:26:16 PM

**Elizabeth Rosner**

"Amid on going legal battle," we didn't need to mention in it the headline lmao

1/22/2025 5:26:33 PM

CONFIDENTIAL