Exhibit 260

# Website

**Participants:**  📅 2/1/2025  👤 17  💬 407  📎 34

Jamey Heath; ██████ JA; +1 ████ Coqo Pop (Owner); Bryan Freedman; ████ SRINC; Summer Benson; +████ Mel US; ████ Michael Lawrence; ████- Mitz Toskovic; ████ Theresa Troupson; Jason Sunshine; ████ Mitra Ahouraian; ████ Dervla; ████ Alyx Sealy; ████ Breanna Koslow (Butler); and 2 others

**First Message:** 2/1/2025 9:14:50 AM
**Last Message:** 2/1/2025 11:16:01 PM



**Coqo Pop (Owner)**
Hi  do you want both of these PDFs on the website or just one?
2/1/2025 9:14:50 AM

**Summer Benson**
Not sure what exactly Theresa sent over, but the website should include the amended complaint and the timeline.
2/1/2025 9:17:51 AM

**Summer Benson**
They were filed as two separate PDFs
2/1/2025 9:18:08 AM

**Coqo Pop (Owner)**
Yes that's what is there
2/1/2025 9:18:23 AM

**Summer Benson**
Great, thank you!
2/1/2025 9:18:32 AM



**Coqo Pop (Owner)**

2/1/2025 9:18:40 AM



**Coqo Pop (Owner)**

2/1/2025 9:18:43 AM

**Summer Benson**

That's right

2/1/2025 9:19:00 AM

**Coqo Pop (Owner)**

Ok next question are we putting the website live ?

2/1/2025 9:19:26 AM

CONFIDENTIAL

**Coqo Pop (Owner)**
And for the title of these docs would you like it to read:
1) amended complaint
2) timeline
2/1/2025 9:20:20 AM

**Summer Benson**
So it matches the filing, Amended Complaint and Timeline of Relevant Events. Defer to the group, but I understand that it should go live.
2/1/2025 9:22:31 AM

**Coqo Pop (Owner)**
Ok I just need someone who is authorized whoever they may be to give us the green light to go live - don't want to jump the gun
2/1/2025 9:23:23 AM

**Theresa Troupson**
The website isJUST the PDFs right
2/1/2025 9:24:42 AM

**Coqo Pop (Owner)**
Yes just those 2 PDFs
2/1/2025 9:25:05 AM

**Theresa Troupson**
Can I get a link to see and then we should be good
2/1/2025 9:25:31 AM

**Coqo Pop (Owner)**
Just give me a few mins just adding the titles
2/1/2025 9:25:50 AM

**Bryan Freedman**
*Reply*
Standing by
2/1/2025 9:54:29 AM

**Jamey Heath**
Can you send me the website and the password to look at please?
2/1/2025 10:19:00 AM

**Coqo Pop (Owner)**
Yes, I need like 30 minutes. We're setting up back in technology and then also making sure that we have enough bandwidth. Finalizing the edit, setting up a locked down vercel (staging) instance and we're good to preview safely
2/1/2025 10:28:50 AM

SKYLINE_000000237



**Coqo Pop (Owner)**

*Edited*
Yes, I need like 30 minutes. We're setting up back end technology and then also making sure that we have enough bandwidth. Finalizing the edit, setting up a locked down vercel (staging) instance and we're good to preview safely

2/1/2025 10:29:02 AM

**Coqo Pop (Owner)**

https://the-lawsuit-info-git-preview-the-skyline-agency.vercel.app/?_vercel_share=6uM0AfP4OEMwFHd N5Njx38haydFiAmuM

2/1/2025 12:20:31 PM

**Coqo Pop (Owner)**

Sorry that took longer than 30 mins
2/1/2025 12:20:56 PM

**Jason Sunshine**

That looks great! And it's all cloaked in the litigation privilege

2/1/2025 12:21:10 PM

**Jamey Heath**

That's amazing. Looks great.
Very clean, not flashy.
It will be downloadable?
2/1/2025 12:23:16 PM

**Coqo Pop (Owner)**

Yes
2/1/2025 12:24:41 PM

**Coqo Pop (Owner)**

Do you guys see all the pages ?
2/1/2025 12:24:49 PM

**Jamey Heath**

Only the 1st of each
2/1/2025 12:25:01 PM

**Coqo Pop (Owner)**

Or just the first page
2/1/2025 12:25:06 PM

**Coqo Pop (Owner)**

Ok
2/1/2025 12:25:07 PM

**SRINC**

Only first
2/1/2025 12:25:10 PM

CONFIDENTIAL



**Jason Sunshine**
Rosa sending you a revised document that has one additional redaction
2/1/2025 12:25:14 PM

**Coqo Pop (Owner)**
Ok
2/1/2025 12:25:20 PM

**Jason Sunshine**
We missed the daily mail reporter again lol
2/1/2025 12:25:23 PM

**Jamey Heath**
😩
2/1/2025 12:26:26 PM

**Coqo Pop (Owner)**
No problem just send it over
2/1/2025 12:26:37 PM

**SRINC**
📎 <Voice Message 2_1_25, 11_27_AM.m4a>
2/1/2025 12:27:17 PM

**Coqo Pop (Owner)**
You guys already sharing it?
2/1/2025 12:27:55 PM

**Jason Sunshine**
Sending in 1 sec redaction in processing my
2/1/2025 12:28:38 PM

**SRINC**
📎 <Voice Message 2_1_25, 11_28_AM.m4a>
2/1/2025 12:28:40 PM

**Jason Sunshine**
Processing
2/1/2025 12:28:41 PM

**Jason Sunshine**
How should I send Rosa?
2/1/2025 12:31:16 PM

**Coqo Pop (Owner)**
Can you upload in the same Dropbox in a new folder ?
2/1/2025 12:31:33 PM

**Coqo Pop (Owner)**
Or a new Dropbox link?
2/1/2025 12:31:40 PM

**Jason Sunshine**
Could you send link?
2/1/2025 12:31:42 PM

SKYLINE_000000239



**Jason Sunshine**
I can add it
2/1/2025 12:31:45 PM

**Theresa Troupson**
It's probably small enough to email since we reduced the pdf size
2/1/2025 12:32:02 PM

**Jason Sunshine**
Yeah
2/1/2025 12:32:07 PM

**Theresa Troupson**
2/1/2025 12:32:08 PM

**Coqo Pop (Owner)**
Ok email it
2/1/2025 12:32:52 PM

**Coqo Pop (Owner)**
No problem whatever is easier
2/1/2025 12:32:59 PM

**Jason Sunshine**
Email is easier stand by
2/1/2025 12:33:07 PM

**Coqo Pop (Owner)**
Thank you
2/1/2025 12:33:58 PM

**Coqo Pop (Owner)**
is it just one of the PDFs not both?
2/1/2025 12:36:33 PM

**Jason Sunshine**
Just one
2/1/2025 12:36:43 PM

**Jason Sunshine**
I think
2/1/2025 12:36:49 PM

**Jason Sunshine**
Let me confirm
2/1/2025 12:36:51 PM

**Coqo Pop (Owner)**
Ok so timeline is redacted correctly?
2/1/2025 12:37:02 PM

CONFIDENTIAL

**Mitra Ahouraian**

*Reply*
Yes, please tell them to use that and if they link to anything it should be our web site and not anything that came from the court records themselves
2/1/2025 12:40:28 PM

**SRINC**
📎 <Voice Message 2_1_25, 11_41_AM.m4a>
2/1/2025 12:41:32 PM

**Coqo Pop (Owner)**
Should we change the title that says TIMELINE
2/1/2025 12:42:37 PM

**Coqo Pop (Owner)**
To The lawsuit info?
2/1/2025 12:42:43 PM

**Coqo Pop (Owner)**



2/1/2025 12:43:10 PM

**Coqo Pop (Owner)**
Uploaded the new doc should refresh in a few mins
2/1/2025 12:43:31 PM

**Jamey Heath**
I prefer lawsuit info.
What you think?
2/1/2025 12:45:22 PM

**JA**
Lawsuit info
2/1/2025 12:45:32 PM

**Jason Sunshine**
Roza the timeline is fine
2/1/2025 12:47:57 PM

SKYLINE_000000241



**Jason Sunshine**
Yes lawsuit info
2/1/2025 12:48:09 PM

**Coqo Pop (Owner)**
Ok perfect
2/1/2025 12:49:48 PM

**Coqo Pop (Owner)**
https://the-lawsuit-info-git-preview-the-skyline-agency.vercel.app
2/1/2025 12:50:10 PM

**Coqo Pop (Owner)**
Updated the amended complain with the new PDF and changed title
2/1/2025 12:50:27 PM

**Jamey Heath**
Looks good to me.
Unless anyone has any objections, I'm good to go.
2/1/2025 1:00:17 PM

**Jason Sunshine**
When can we launch?
2/1/2025 1:02:23 PM

**Coqo Pop (Owner)**
Whenever you guys want
2/1/2025 1:02:35 PM

**Jason Sunshine**
What's the url?
2/1/2025 1:02:51 PM

**Jamey Heath**
If legal says we're good to go you have my approval.
2/1/2025 1:03:14 PM

**Jason Sunshine**
These are filed documents and I don't see any risk whatsoever with posting them
2/1/2025 1:04:47 PM

**Jason Sunshine**
But the authority lies above my pay grade lol
2/1/2025 1:04:56 PM

**Jamey Heath**
Great. We are not monetizing off of it. It's simply a landing page to have access to legal documents that are already public so with that let's go live.
2/1/2025 1:05:55 PM

SKYLINE_000000242

**SRINC**
Need approval from the terminator
2/1/2025 1:06:07 PM

**SRINC**
*Edited*
Need approval from the terminator ?
2/1/2025 1:06:44 PM

**SRINC**
Sorry left off the ?…like leaving off ☺
2/1/2025 1:07:01 PM

**Jason Sunshine**
We're nudging him
2/1/2025 1:07:39 PM

**Michael Lawrence**
On Page 154 of the timeline is the screenshot TAG PR asked to swap due to the "BRAT" Inspired logo - who can I send the correct one to?
2/1/2025 1:57:06 PM

**Jason Sunshine**
Not easy to swap images. Redacting something is different. We're using a file stamped copy of the document
2/1/2025 1:58:41 PM

**Mitz Toskovic**
FYI - Tera's name is included in the amended complaint in the Stephanie jones text to Jen Abel
2/1/2025 1:58:51 PM

**Jason Sunshine**
Big deal? She's president of studio
2/1/2025 1:59:14 PM

**Mitz Toskovic**
I agree. Defer to Jamey if we should redact.
2/1/2025 1:59:43 PM

**1 Michael Lawrence**
*Reply*
Can you just cover off the Green TAG PR group name then? And indicate it is the team chat another way?
2/1/2025 2:00:03 PM

**Michael Lawrence**
We removed that one a while ago so not sure how it snuck back in
2/1/2025 2:00:19 PM

**Jason Sunshine**
Just dealing with hundreds of images. Definitely not on purpose
2/1/2025 2:01:12 PM

CONFIDENTIAL

**Bryan Freedman**

Let's launch this thing. It's not going to be perfect and we can make changes. Let's get it rolling.

2/1/2025 2:02:22 PM

**Jamey Heath**

Hey all Jason if we can redact Tera's name with no issue then let's please do so otherwise if it can't be and it's a problem, then we can leave it as is. I spoke to her and she understands and is fine but if it's possible, let's let's do it if we can

2/1/2025 2:04:43 PM

**Jason Sunshine**

I will redact right now. Stand by roza

2/1/2025 2:05:18 PM

**A Jason Sunshine**

Michael what page let me see what I can do

2/1/2025 2:05:27 PM

**Coqo Pop (Owner)**

Just let me know what I need to update

2/1/2025 2:05:48 PM

**1 Michael Lawrence**

*Reply*
Thank you - 154. Just a black box over the green bubble is fine

2/1/2025 2:05:55 PM

**Jason Sunshine**

Jen what page for Tera

2/1/2025 2:06:22 PM

**Mitz Toskovic**

Somewhere around the time we bring on Nathan in the complaint
Idk page number I just saw a TikTok where she is mentioned

2/1/2025 2:07:11 PM

**Jason Sunshine**

Oh Mitz sorry for some reason I thought it was Jen

2/1/2025 2:07:42 PM

**Mitz Toskovic**

All good, do you need me to find it? Or you know whereabout it is

2/1/2025 2:08:53 PM

**Jason Sunshine**

Helpful if you could find. Waiting on the newly redacted timeline to ocr

2/1/2025 2:09:06 PM



**Jason Sunshine**

Otherwise I will dig

2/1/2025 2:09:11 PM

**Mitz Toskovic**

I'll pull it up

2/1/2025 2:09:17 PM

**Bryan Freedman**

We need to launch it. It's never going to be perfect. The next question is whether we can control the crash. If we can we can take a page out of tik tok

2/1/2025 2:09:23 PM

**Bryan Freedman**

It becomes genius

2/1/2025 2:09:50 PM

**Jason Sunshine**

*Reply*
3 min will be sending to roza

2/1/2025 2:10:12 PM

**SRINC**

📎 <Voice Message 2_1_25, 1_10_PM.m4a>

2/1/2025 2:10:13 PM

**Jamey Heath**

What do you mean? "the crash"

2/1/2025 2:11:19 PM

**Coqo Pop (Owner)**

*Reply*
What do you mean by take a page out of TikTok

2/1/2025 2:11:51 PM

**Bryan Freedman**

One small step for mankind one giant leap for being Kind

2/1/2025 2:13:23 PM

**Coqo Pop (Owner)**

I agree

2/1/2025 2:13:55 PM

**Coqo Pop (Owner)**

Let em have it

2/1/2025 2:14:02 PM

**SRINC**

📎 <Voice Message 2_1_25, 1_14_PM.m4a>

2/1/2025 2:14:22 PM



**Jamey Heath**
OK cool. All right well it's good to go on my end if we can get Tera's name redacted that would be great otherwise let's roll.
2/1/2025 2:15:31 PM

**JA**
Can you pls send the link here once live so we can share with media
2/1/2025 2:15:34 PM

**JA**
Want to make sure to only send once live so let us know
2/1/2025 2:15:49 PM

**Coqo Pop (Owner)**
are you dtill sending a new version
2/1/2025 2:17:13 PM

**Coqo Pop (Owner)**
Still
2/1/2025 2:17:16 PM

**Jason Sunshine**
Roza it's sending
2/1/2025 2:21:50 PM

**Coqo Pop (Owner)**
2/1/2025 2:22:11 PM

**Jason Sunshine**
Done. Sent
2/1/2025 2:22:59 PM

**Jamey Heath**
Let's go!
2/1/2025 2:25:22 PM

**JA**
Nice work team! Pls send link once live!
2/1/2025 2:27:04 PM

**Mitra Ahouraian**
We were also redacting two different documents with the same images so it might've happened on one and missed on the other. The human eye is definitely not perfect even though we had multiple eyes on it. 😬
2/1/2025 2:27:04 PM

**Mitra Ahouraian**
Nice!
2/1/2025 2:27:32 PM

**Coqo Pop (Owner)**
Waiting for doc to come thru
2/1/2025 2:30:06 PM

**Coqo Pop (Owner)**
you sending a new doc ?
2/1/2025 2:33:37 PM

**Jason Sunshine**
Roza
2/1/2025 2:35:58 PM

**Jason Sunshine**
The doc was too big
2/1/2025 2:36:02 PM

**Jason Sunshine**
It was rejected
2/1/2025 2:36:04 PM

**Jason Sunshine**
Splitting it up
2/1/2025 2:36:06 PM

**Coqo Pop (Owner)**
Can you put it in dropbox
2/1/2025 2:36:49 PM

**Coqo Pop (Owner)**
Prob easier
2/1/2025 2:36:58 PM

**Coqo Pop (Owner)**
https://www.dropbox.com/scl/fo/p1hp23qw098g7thjd62nf/
AM3D0Y379mNSvWOzhNfN9vU?rlkey=9oa421209s5hdio
uyz28dec1g&st=0t52ggfm&dl=0
2/1/2025 2:37:23 PM

**Jason Sunshine**
I think one just went through
2/1/2025 2:37:25 PM

**Jason Sunshine**
Waiting on other
2/1/2025 2:37:28 PM

**Coqo Pop (Owner)**
Ok got one
2/1/2025 2:37:41 PM

**Jason Sunshine**
Ok second should be there too
2/1/2025 2:37:54 PM

SKYLINE_000000247



**Jason Sunshine**
What's the URL gonna be?
2/1/2025 2:49:21 PM

**Coqo Pop (Owner)**
Thelawsuitinfo.com
2/1/2025 2:51:23 PM

**Bryan Freedman**
Itendswithtruth.com
2/1/2025 2:52:44 PM

**Bryan Freedman**
I am fine with either
2/1/2025 2:52:55 PM

**Coqo Pop (Owner)**
We were told not to use it ends with truth because it's too close to the movie
2/1/2025 2:53:12 PM

**Bryan Freedman**
Good point
2/1/2025 2:53:25 PM

**Jason Sunshine**
Doesn't wayfarer own the copyright though
2/1/2025 2:53:31 PM

**SRINC**
It's already Thelawsuitinfo.com…has been since the beginning. That's all set.
2/1/2025 2:53:36 PM

**Jamey Heath**
Let's go with the 1st please.
Lawsuit.com. It's less theatrical.  But I love you Bryan
2/1/2025 2:53:42 PM

**Coqo Pop (Owner)**
We can place hold that for something else we do own that url
2/1/2025 2:53:42 PM

**Bryan Freedman**
Let's roll
2/1/2025 2:53:46 PM

**SRINC**
Thelawsuitinfo.com

Cannot change that now - well, it could but would be another few steps.
2/1/2025 2:54:36 PM

CONFIDENTIAL

**Coqo Pop (Owner)**
https://the-lawsuit-info-git-preview-the-skyline-agency.vercel.app
2/1/2025 2:54:53 PM

**Jamey Heath**
Let's roll
2/1/2025 2:54:55 PM

**Coqo Pop (Owner)**
Uploaded both new docs should we launch?
2/1/2025 2:55:18 PM

**Jamey Heath**
Let's launch.
Approved. Approved. Let's go. As Bryan stated it'll never be perfect. But it's close to it.
Let's go live and share it with relevant ones.
2/1/2025 2:56:36 PM

**Jamey Heath**
Roza,
I see that the URL has a longer copy. Will it be searchable or can we go straight to it just by putting thelawsuitinfo.com? Or will it require the actual URL that you just posted here?
2/1/2025 3:06:02 PM

**Coqo Pop (Owner)**
The URL I posted here is just the staging link. It's not live. It's just for our review.
2/1/2025 3:07:03 PM

**Coqo Pop (Owner)**
thelawsuitinfo.com will be what we will use
2/1/2025 3:07:31 PM

**Coqo Pop (Owner)**
It should be live in a few mins
2/1/2025 3:07:39 PM

**Jamey Heath**
Thank you!
2/1/2025 3:08:08 PM

**JA**
Confirming it's live?
2/1/2025 3:14:05 PM

**Coqo Pop (Owner)**
Yes we are live
2/1/2025 3:14:27 PM

**Coqo Pop (Owner)**
https://thelawsuitinfo.com
2/1/2025 3:14:33 PM

CONFIDENTIAL



**Jason Sunshine**
How do we blast this out
2/1/2025 3:14:39 PM

**SRINC**
On it
2/1/2025 3:14:45 PM

**Mel US**
Still a dead link to me
2/1/2025 3:14:47 PM

**JA**
On it
2/1/2025 3:14:47 PM

**Jason Sunshine**
Works for me
2/1/2025 3:14:55 PM

**JA**
Same
2/1/2025 3:14:59 PM

**Jamey Heath**
Still dead for me
2/1/2025 3:15:02 PM

**Coqo Pop (Owner)**
https://thelawsuitinfo.com
2/1/2025 3:15:04 PM

**Coqo Pop (Owner)**
Refresh
2/1/2025 3:15:07 PM

**Summer Benson**
Works on my end
2/1/2025 3:15:08 PM

**SRINC**
Live
2/1/2025 3:15:11 PM

**Jason Sunshine**
Thanks Roza
2/1/2025 3:15:14 PM

**Mel US**
Not me
2/1/2025 3:16:04 PM

**Summer Benson**
Thanks, Roza!
2/1/2025 3:16:33 PM

CONFIDENTIAL



CONFIDENTIAL

SKYLINE_000000251

**Mitz Toskovic**

Some images aren't loading. Is this happening for anyone else?



2/1/2025 3:19:19 PM

**Mitra Ahouraian**

*Reply*
No. Jason has the final.

2/1/2025 3:19:51 PM

**Jamey Heath**

Mitz. Mine shows the whole image
2/1/2025 3:20:15 PM

**Mitra Ahouraian**

*Reply*
Sorry, I'm really behind on these messages and got the alert

2/1/2025 3:20:25 PM

CONFIDENTIAL

**Mitz Toskovic**



2/1/2025 3:20:31 PM

**Theresa Troupson**

Mine shows the images

2/1/2025 3:21:16 PM

**SRINC**

Mine too

2/1/2025 3:21:30 PM

**Summer Benson**

All images showing up for me

2/1/2025 3:21:42 PM

**SRINC**

Let's keep an eye on heavy traffic too.

2/1/2025 3:21:42 PM

CONFIDENTIAL

SKYLINE_000000253

**Mitz Toskovic**

Idk I've refreshed a bunch



2/1/2025 3:22:43 PM

**Mitz Toskovic**

Natasha also can't see the images

2/1/2025 3:23:14 PM

**Jamey Heath**

Everyone on my phone it's showing the images on my wife sitting next to me. It does not show. The images is not give me images. Some images are there on my wife's phone somewhere or not and I'm noticing on my phone. A different amount of images are showing different ones are not actually.

2/1/2025 3:23:48 PM

**Mitra Ahouraian**

Four images missing for me at the top

2/1/2025 3:23:58 PM

**Jamey Heath**

OK, that case we should not go live with this yet. Let's figure out the technical aspect of what's going on first?

2/1/2025 3:24:57 PM

**Mitra Ahouraian**

And a lot missing on the amended complaint

2/1/2025 3:25:12 PM

**Jamey Heath**

*Edited*

OK, that case we should not go live with this yet. Let's figure out the technical aspect of what's going on first?I

2/1/2025 3:25:38 PM

CONFIDENTIAL

SKYLINE_000000254

**Jamey Heath**

*Edited*

OK, that case we should not go live with this yet. Let's figure out the technical aspect of what's going on first.

2/1/2025 3:25:46 PM

**Mitra Ahouraian**

Who is looking on their phone and who is looking on their computer?

2/1/2025 3:25:47 PM

**Mitra Ahouraian**

I'm on my phone

2/1/2025 3:25:53 PM

**Jamey Heath**

We're almost there. We're ready to go live shortly so let's just slow down five minutes and make sure it's all clean. We're just around the corner. Roza, please let us know when you figured it out so we don't just keep on bombarding you with texts. I'm sure you can see there's an issue somewhere and we'll standby.

2/1/2025 3:27:45 PM

**Coqo Pop (Owner)**

It's already live so we have to pull it offline

2/1/2025 3:28:13 PM

**JA**

We sent this to media

2/1/2025 3:28:20 PM

**JA**

Pls don't pull it

2/1/2025 3:28:25 PM

**Coqo Pop (Owner)**

I don't see missing images on my end

2/1/2025 3:28:31 PM

**Jamey Heath**

We have to take it off-line if it's not accurate to people are going to have wrong stuff. It's better for me to have a site. That's not working then for them to have a site that is flawed.

2/1/2025 3:28:41 PM

**Jamey Heath**

*Edited*

We have to take it off-line if it's not accurate to people are going to have wrong stuff. It's better for us to have a site. That's not working then for them to have a site that is flawed.

2/1/2025 3:28:59 PM

SKYLINE_000000255



**SRINC**
📎 <Voice Message 2_1_25, 2_29_PM.m4a>
2/1/2025 3:29:04 PM

**Jamey Heath**
*Edited*
We have to take it off-line if it's not accurate to people are going to have wrong stuff. It's better for us to have a site. That's working than for them to have a site that is flawed.
2/1/2025 3:29:49 PM

**Mitz Toskovic**
Can we send the PDFs to media in the meantime … it's the same info
2/1/2025 3:30:04 PM

**Coqo Pop (Owner)**
So we're taking it down?
2/1/2025 3:30:42 PM

**JA**
It's working for me
2/1/2025 3:30:53 PM

**Mitz Toskovic**
It's still not working for me
2/1/2025 3:31:08 PM

**Mitz Toskovic**
Evert 6th or 7th image is missing

That's a lot
2/1/2025 3:31:57 PM

**Theresa Troupson**
I am seeing every single image
2/1/2025 3:32:09 PM

**Coqo Pop (Owner)**
We've tested on several devices and all images show.
2/1/2025 3:32:11 PM

**SRINC**
📎 <Voice Message 2_1_25, 2_32_PM.m4a>
2/1/2025 3:32:12 PM

**Coqo Pop (Owner)**
Also there's a download link
2/1/2025 3:32:26 PM

**Jamey Heath**
Hey Roza, is it possible that because it's just barely gone live that it's taking a second to catch up with itself?
2/1/2025 3:32:43 PM

CONFIDENTIAL

**Coqo Pop (Owner)**
Yes or settings on peoples phones
2/1/2025 3:32:58 PM

**SRINC**
📎 <Voice Message 2_1_25, 2_32_PM(2).m4a>
2/1/2025 3:32:59 PM

**Coqo Pop (Owner)**
Which we really have no control over
2/1/2025 3:33:04 PM

**Mitra Ahouraian**
*Reply*
A lot of missing messages on mine. And it looks very strange because there are a big blank spaces
2/1/2025 3:33:08 PM

**Theresa Troupson**
Some of the blank spaces are just images bumping down to the next page
2/1/2025 3:33:37 PM

**SRINC**
Let's remember, they are huge files and it's simply not ever going to be perfect - but it should stay love and people will get the content.
2/1/2025 3:34:16 PM

**Coqo Pop (Owner)**
Downloading is best no images will be lost.
2/1/2025 3:34:38 PM

**Mitra Ahouraian**
*Reply*
No, def blank.
2/1/2025 3:34:51 PM

**Mitra Ahouraian**



2/1/2025 3:35:10 PM

**Mitz Toskovic**



2/1/2025 3:35:16 PM

SKYLINE_000000258

**Jamey Heath**

I'm sorry guys. Everyone has been working hard on this of course now we have a little document that we are pointing people to that will not be accurate. I've got three devices right now. I'm looking at and it's all inconsistent. This cannot go out as it is so unless we can get this fixed, we are taking it down. There is no chance we are having something like this evidence that we are presenting to the world and have people Read things that are not accurate. I'm very strong about this so either it has to go down or we have to have it fixed there is no in between.

2/1/2025 3:36:00 PM

**Theresa Troupson**

Can we change the links to download only? Should work better then?

2/1/2025 3:36:36 PM

**Coqo Pop (Owner)**

That's why adding the actual timeline is important

2/1/2025 3:36:46 PM

**Jamey Heath**

That's a good idea Theresa let's do that have it so it's only downloadable until we can figure this out.

2/1/2025 3:37:00 PM

**Coqo Pop (Owner)**

Ok I'll pull it down.

2/1/2025 3:37:03 PM

**SRINC**

Well I just saw it hit on TMZ - so pull and fix asap.

2/1/2025 3:37:17 PM

**Theresa Troupson**

Make the links download only

2/1/2025 3:37:32 PM

**SRINC**

📎 <Voice Message 2_1_25, 2_37_PM.m4a>

2/1/2025 3:37:39 PM

**Jamey Heath**

And then afterwards can't we just have it be one 2 PDF files that's viewable so you click on it and then it's just 2 long PDF's embedded and that way the files can't be missing from a single document that's viewable?

2/1/2025 3:39:25 PM

**Coqo Pop (Owner)**

Website is down

2/1/2025 3:42:06 PM

**SRINC**

Let's get it solved and right back up!!! Thank you!!!!!!

2/1/2025 3:42:34 PM



**Jamey Heath**
Hey Roza, can you ring me please?
2/1/2025 3:42:51 PM

**Jason Sunshine**
From too much traffic
2/1/2025 3:43:15 PM

**Jason Sunshine**
?
2/1/2025 3:43:17 PM

**SRINC**
Sure
2/1/2025 3:43:26 PM

**Coqo Pop (Owner)**
lol
2/1/2025 3:43:31 PM

**Coqo Pop (Owner)**
One second
2/1/2025 3:43:33 PM

**SRINC**
📎 <Voice Message 2_1_25, 2_44_PM.m4a>
2/1/2025 3:44:13 PM

**Jamey Heath**
I'm not quite getting something.
If I go to my bank account and want to look at a statement, I click on the statement and the PDF opens up and it's just one file with all the images there

Why can't this be something similar where you click on timeline or the complaint and it just opens up as a single PDF that can then be viewed ?  It's would essentially be one long image.

I realize I'm not an expert in that, but I'm trying to make sense of it.
2/1/2025 3:47:30 PM

**Coqo Pop (Owner)**
Jamey just tried calling you
2/1/2025 3:47:59 PM

**Coqo Pop (Owner)**
Call me
2/1/2025 3:48:01 PM

**Coqo Pop (Owner)**
2/1/2025 3:48:06 PM

SKYLINE_000000260

**SRINC**
That's what we want!!
2/1/2025 3:48:07 PM

**Jamey Heath**
Hey, I just spoke with Roza.
Site will be back live in a few minutes with only downloadable PDFs. That way people have access to it and the site is up and running and then in the meantime, work out how it will be viewable on the site itself.
2/1/2025 3:57:41 PM

**SRINC**
People are getting upset - happy to get it back up.
2/1/2025 4:00:22 PM

**Coqo Pop (Owner)**
Should be back up
2/1/2025 4:01:13 PM

**Jamey Heath**
Jed, with all due respect to all of them, they'll be just fine. Let them be upset.
2/1/2025 4:01:13 PM

**Coqo Pop (Owner)**
https://thelawsuitinfo.com
2/1/2025 4:01:15 PM

**Coqo Pop (Owner)**
Doing hard cache refresh
2/1/2025 4:01:27 PM

**Coqo Pop (Owner)**
3k live on site right now
2/1/2025 4:01:33 PM

**SRINC**
*Reply*
Oh I hear you brother - just keeping you posted.
2/1/2025 4:03:34 PM

**Mitz Toskovic**
Don't mean to be a stick in the mud but…the images are still missing.
I opened the complaint PSF (which I hadn't opened previously) and it's still missing images
2/1/2025 4:03:41 PM

**Mitra Ahouraian**
I'm still getting all the blanks. How do you refresh cache on your phone?
2/1/2025 4:03:47 PM

**Mitz Toskovic**

*Edited*
Don't mean to be a stick in the mud but…the images are still missing.
I opened the complaint PDF (which I hadn't opened previously) and it's still missing images

2/1/2025 4:03:57 PM

**Jamey Heath**

I just downloaded the PDF and images are missing even as a download

2/1/2025 4:04:46 PM

**Mitz Toskovic**

Same

2/1/2025 4:04:55 PM

**Mitra Ahouraian**

Same. And my two cents is that gapes of missing evidence is a problem. Things travel fast.

2/1/2025 4:06:04 PM

**Sunshine**

That's so weird!

2/1/2025 4:07:30 PM

**Jason Sunshine**

Roza is it a problem with the file? It's the same one we filed!

2/1/2025 4:07:45 PM

**Mitra Ahouraian**

For those that are not having an issue, are you looking on your phone or on your computer? It might be a problem with the mobile version.

2/1/2025 4:08:25 PM

**Coqo Pop (Owner)**

We're trying to find a quick solution
2/1/2025 4:08:50 PM

**Jamey Heath**

I'm on my computer, my phone and my iPad.. all the same thing.  My wife's are different as well.

2/1/2025 4:09:24 PM

**Coqo Pop (Owner)**

But essentially we need to upload the pages one by one
2/1/2025 4:09:31 PM

**Coqo Pop (Owner)**

…
2/1/2025 4:09:41 PM

**Coqo Pop (Owner)**

On the phone with Dev team right now
2/1/2025 4:09:48 PM

**Jamey Heath**
Everyone online that has the document via the filing hasn't had this problem. So let's direct people to that for now.
2/1/2025 4:10:21 PM

**Coqo Pop (Owner)**
do you see the images on your computer ?
2/1/2025 4:11:58 PM

**Jamey Heath**
Or can we simply upload the same exact file we used for the "filing" and have that live on the website.
2/1/2025 4:12:17 PM

**Jason Sunshine**
Jamey, that basically is what we used with the addition of a few redactions as requested
2/1/2025 4:12:39 PM

**Jason Sunshine**
This was literally from the same file on my computer
2/1/2025 4:12:46 PM

**Coqo Pop (Owner)**
do you see the images on your computer?
2/1/2025 4:13:56 PM

**Jamey Heath**
Some are there and some are missing
2/1/2025 4:14:10 PM

**Jamey Heath**
Also, FYI, when I download them on my computer, both names are "50_Redacted". The other is "50_1_Redacted"

The file names should say
Amended complaint and Timeline.
2/1/2025 4:16:07 PM

**Jason Sunshine**
That's the docket number
2/1/2025 4:16:31 PM

**Jason Sunshine**
I agree they should be renamed
2/1/2025 4:16:39 PM

**Coqo Pop (Owner)**
What do you want to rename them to?
2/1/2025 4:16:45 PM

**Jamey Heath**
Amended complaint and timeline of relevant event events
2/1/2025 4:17:02 PM



**Jamey Heath**
*Edited*
Amended complaint and timeline of relevant events
2/1/2025 4:17:12 PM

**Coqo Pop (Owner)**
OK, I think we fix the issue
2/1/2025 4:18:07 PM

**Coqo Pop (Owner)**
OK, give it a few minutes. We're uploading the new documents and then also changing the name of the file.
2/1/2025 4:20:06 PM

**Coqo Pop (Owner)**
4500 visitors
2/1/2025 4:21:44 PM

**Coqo Pop (Owner)**
Pushing the update now
2/1/2025 4:21:53 PM

**Mitz Toskovic**
It's working for me
2/1/2025 4:25:07 PM

**Mitz Toskovic**
📎 <Attachment>
2/1/2025 4:25:23 PM

**Coqo Pop (Owner)**
Praise the lord
2/1/2025 4:25:37 PM

**Jason Sunshine**
It's working
2/1/2025 4:25:41 PM

**Summer Benson**
Working
2/1/2025 4:25:43 PM

JA
Nice work Roza!!!
2/1/2025 4:25:52 PM

**Jason Sunshine**
Yes thank you Roza!!!
2/1/2025 4:25:59 PM

**Coqo Pop (Owner)**
Panic at the disco
2/1/2025 4:26:04 PM

CONFIDENTIAL



**Coqo Pop (Owner)**
2/1/2025 4:26:09 PM

**SRINC**
📎 <Voice Message 2_1_25, 3_26_PM.m4a>
2/1/2025 4:26:10 PM

**Jamey Heath**
Standby please
2/1/2025 4:26:38 PM

**Jamey Heath**
All four devices in my home are all synced up exactly the same and I see everything
2/1/2025 4:27:24 PM

**SRINC**
Boom
2/1/2025 4:27:41 PM

**Coqo Pop (Owner)**
See all images???
2/1/2025 4:27:43 PM

**Jamey Heath**
All images. It looks clean.
I don't have to fire AT&T or Spectrum   Thank goodness
All right, let's go live if it's not already live already
2/1/2025 4:28:17 PM

**Coqo Pop (Owner)**
Woo woo woo !!! Ok the second/third compression worked 😂
2/1/2025 4:28:28 PM

**Jason Sunshine**
Working perfectly for me
2/1/2025 4:28:39 PM

**Coqo Pop (Owner)**
That's a heavy doc nice work guys. I hope everyone enjoys it haha
2/1/2025 4:28:43 PM

**Coqo Pop (Owner)**
Praise the lord lol. lol
2/1/2025 4:29:01 PM

**Coqo Pop (Owner)**
Should we write something like for best visibility view on desktop?
2/1/2025 4:29:21 PM

**Jamey Heath**
Thanks Roza.
Thanks for working through it and not throwing your hands up.  I appreciate it.

2/1/2025 4:29:22 PM

**Coqo Pop (Owner)**
Oh my God, I never give up never never never if I had to sit here and write it out line by line I would

2/1/2025 4:29:39 PM

**Jamey Heath**
I don't think we need to. It looks just fine as a PDF and it's downloadable.  Also, I like that there are now four clickable buttons. It's all very clear.

2/1/2025 4:30:09 PM

**Jamey Heath**
Thank you for changing the name of the file

2/1/2025 4:30:17 PM

**SRINC**
📎 <Voice Message 2_1_25, 3_31_PM.m4a>

2/1/2025 4:31:05 PM

**Coqo Pop (Owner)**



2/1/2025 4:44:23 PM

**Coqo Pop (Owner)**
Did you guys see earlier that Candice Owens was saying that she's the one that initially started the timeline haha

2/1/2025 4:46:44 PM

**Coqo Pop (Owner)**
Pretty sure this timeline out does hers.
2/1/2025 4:47:04 PM

**Jason Sunshine**
Today?
2/1/2025 4:47:06 PM

**Coqo Pop (Owner)**
Yes this morning lol
2/1/2025 4:47:11 PM

**JA**
Ha yes
2/1/2025 4:47:24 PM

**Coqo Pop (Owner)**
I'm like just you wait haha
2/1/2025 4:47:26 PM

**Coqo Pop (Owner)**
https://x.com/cjournalist24/status/1882520903281705180?s=46
2/1/2025 4:49:27 PM

**Coqo Pop (Owner)**
Should we launch the shirts and donate to domestic violence?
2/1/2025 4:49:43 PM

**Jamey Heath**
I think you're kidding... but no thanks
2/1/2025 4:51:00 PM

**Coqo Pop (Owner)**
I am lol
2/1/2025 4:51:20 PM

**Jamey Heath**
:)
2/1/2025 4:52:29 PM

**Coqo Pop (Owner)**
Here's her clip about the timeline
2/1/2025 4:54:34 PM

**Coqo Pop (Owner)**
https://www.tiktok.com/t/ZP8YL6j4C/
2/1/2025 4:54:35 PM

**SRINC**
It's included on today's report too - and for the people playing at home... the terminator getting massive props from the various communities on the overall amend and post timeline strategy. Real magic.
2/1/2025 4:55:48 PM

SKYLINE_000000267

**Jamey Heath**

Hey guys, I'm looking at the PDF and the website version of the timeline, and I noticed that so many of the texts are quite blurry and although I can still make them out, they're much more blurry than the original document. Is that due to the file being smaller and maybe not as high Resolution? Also, I noticed I can't make out the timestamps very clearly. Maybe not an issue but just wanted to ask the question.

2/1/2025 5:06:44 PM

**SRINC**

Great question!!
2/1/2025 5:07:34 PM

**Coqo Pop (Owner)**

We're going to see if we can optimize the PDFs without losing quality

2/1/2025 5:20:45 PM

**Coqo Pop (Owner)**

Any issues you guys see please send them here
2/1/2025 5:21:02 PM

**Coqo Pop (Owner)**

I have three developers working on this
2/1/2025 5:21:20 PM

**SRINC**

📎 <Voice Message 2_1_25, 4_22_PM.m4a>
2/1/2025 5:22:20 PM

**Coqo Pop (Owner)**

Updated the PDFs again and pushed live
2/1/2025 5:40:55 PM

**Coqo Pop (Owner)**

Also, don't wanna mess with it too much because we don't wanna lose any images

2/1/2025 5:41:06 PM

**Jamey Heath**

Thanks Roza, It might look a little better, but mostly the same. It actually might just be that we are using the document that came back after filing it with the case number on it. And the return PDF is lower quality than our original sent to them. Therefore, it is what it is unless we replaced it with our original. Which isn't a good idea. Thanks for working on it.

2/1/2025 5:44:31 PM

**Jason Sunshine**

How many viewers so far?
2/1/2025 5:57:46 PM



**Jason Sunshine**

So many!!!!

2/1/2025 6:08:54 PM



**Jason Sunshine**

Jesus

2/1/2025 6:10:19 PM

**Coqo Pop (Owner)**

2/1/2025 6:10:28 PM

**Mitz Toskovic**

Does that equate to people? Or is that how many times someone clicked on the link (in total)

2/1/2025 6:10:45 PM

**Mitz Toskovic**

*Edited*

820k 💀Does that equate to people? Or is that how many times someone clicked on the link (in total)

2/1/2025 6:11:10 PM

**Coqo Pop (Owner)**

A request is basically any user interaction so either a click view

2/1/2025 6:12:30 PM

**Coqo Pop (Owner)**

I was gonna ask you guys do you want us to create social media pages for this website and put some of the content on there as posts and then link it to the website we can do that for Instagram, Twitter, TikTok, Facebook

2/1/2025 6:58:06 PM

**Coqo Pop (Owner)**

*Edited*

I was going to ask you guys do you want us to create social media pages for this website and put some of the content on there as posts and then link it to the website we can do that for Instagram, Twitter, TikTok, Facebook

2/1/2025 6:58:17 PM

**SRINC**

Not yet - let it breathe tonight and we will revisit those paths next. You are awesome!!!

2/1/2025 7:00:43 PM

**Coqo Pop (Owner)**

Ok sounds good and also if we do wanna incorporate the visual timeline format like this please let me know. I have three people, including myself that are ready to start uploading the content piece by piece on the website.

2/1/2025 7:04:44 PM

CONFIDENTIAL



**Coqo Pop (Owner)**

05.08.2019

**JUSTIN OPTIONS THE BOOK IT ENDS WITH US FROM COLLEEN HOOVER**

09.23.2022

**WAYFARER PARTNERS WITH SONY TO CO-FINANCE AND DISTRIBUTE THE FILM**

12.30.2022

BLAKE LIVELY AGREES TO STARRING

2/1/2025 7:04:50 PM



**Mitra Ahouraian**

*Reply*
Not may call but I personally love this. Looks so clean.

2/1/2025 7:11:34 PM

**Coqo Pop (Owner)**

The really nice thing about this is it's very easy to digest but above that it is easy to share easy to Tag for SEO purposes and makes it very simple for people that don't want to dig through a PDF to follow

2/1/2025 7:15:21 PM

**Coqo Pop (Owner)**

But up to you guys it would just be a bonus in addition to what we already have

2/1/2025 7:15:48 PM

**Jason Sunshine**

*Reply*
Same

2/1/2025 7:15:53 PM

**Jason Sunshine**

How many viewers now Roza?

2/1/2025 7:17:39 PM

**Jason Sunshine**

In riveted by this

2/1/2025 7:17:48 PM

CONFIDENTIAL

**Coqo Pop (Owner)**
16,767 in the last 30 minutes, recorded total of 37K and 218K events
2/1/2025 7:20:03 PM

**Coqo Pop (Owner)**
I love the Internet
2/1/2025 7:20:08 PM

**JA**
*Reply*
Agree
2/1/2025 7:20:45 PM

**Coqo Pop (Owner)**



2/1/2025 7:21:33 PM

**Jamey Heath**
Let's leave it all as is folks.
We can revisit and consider if needed later.  But it's doing what we want it to do exactly as we need it to.  I am happy with the fact that it looks more like a place to host documents rather than looking like a performative website with a lot of architectural design.
Let's let it breathe for a bit.
2/1/2025 7:33:43 PM

**SRINC**
so the way BaldoniFiles people are trying to fight back is they registered social media for thelawsuitinfo
https://www.reddit.com/r/BaldoniFiles/comments/1ifknoj/she_is_my_hero_of_the_day/

For your team
2/1/2025 8:09:57 PM

CONFIDENTIAL

SKYLINE_000000272

**SRINC**

Let them think they have a win. lol

Unhinged -
Well, this is unhinged too

2/1/2025 8:11:39 PM

**Mitra Ahouraian**

Who wants to tell her she's not a party to the lawsuit? 🫠

2/1/2025 8:12:28 PM

**Coqo Pop (Owner)**

What a psycho

2/1/2025 8:14:23 PM

**Coqo Pop (Owner)**

If you don't want to see it don't look.

2/1/2025 8:14:46 PM

**Coqo Pop (Owner)**

I should have grabbed the handles when we got the url lol
oh well

2/1/2025 8:15:12 PM

**Mitra Ahouraian**

Perhaps, but it's ok. Every single thing they try to do
backfires. Looking forward to the comments.

2/1/2025 8:15:52 PM

**Coqo Pop (Owner)**

Or I can just … steal them from her

2/1/2025 8:16:01 PM

**Coqo Pop (Owner)**

😬

2/1/2025 8:16:16 PM

**JA**

I was going to say. If they remain inactive we can go to
our IG reps and take over the name. It's easy and we do it
all the time.

2/1/2025 8:16:37 PM

**Mitra Ahouraian**

*Reply*
If that's a thing I continue to be impressed by you guys

2/1/2025 8:16:45 PM

**Jamey Heath**

I love it!  Let those who need to express their disdain for
us and love for the other team do it and wear proudly.
They're allowed.  Just as we love when people sing for
us, some will sing for them.  Bring it on.  We are not
dissuaded or even affected.  Have at it!

2/1/2025 8:17:11 PM

CONFIDENTIAL

**Coqo Pop (Owner)**

There are internet "sleuths" and there are internet sleuths. 😎

2/1/2025 8:17:57 PM

**Jamey Heath**

Heard!

2/1/2025 8:19:11 PM

**Coqo Pop (Owner)**

I got the TikTok

2/1/2025 8:38:16 PM

**SRINC**

📎 <Voice Message 2_1_25, 7_39_PM.m4a>

2/1/2025 8:39:38 PM

**Coqo Pop (Owner)**

It won't do anything for SEO if there's nothing on it so we're good there.

2/1/2025 8:40:45 PM

**Coqo Pop (Owner)**

Plus we have no SEO on the site - there's no content on the site

2/1/2025 8:41:05 PM

**Coqo Pop (Owner)**

*Edited*

Plus we have no SEO on the site - there's no content on the site but if we do want this let me know so we can add the tabs and do onsite

2/1/2025 8:42:31 PM

**Coqo Pop (Owner)**



2/1/2025 8:49:15 PM

**Coqo Pop (Owner)**

2.44M Requests
79K Active Users Recorded
19K in the last 30 minutes

2/1/2025 8:49:22 PM

**SRINC**

📎 <Voice Message 2_1_25, 7_49_PM.m4a>

2/1/2025 8:49:57 PM

SKYLINE_000000274

**Mel US**

*Reply*

Is there a way ( bracing myself for  ) that we can use those numbers on the side somewhere sort of nonchalantly.

Almost like organic that they're just there and they keep going up and up and up obviously we want to use the real numbers but I think it's a story that will just make it on its own without us placing it if we have that just on the side

2/1/2025 8:50:35 PM



Coqo Pop (Owner)

2/1/2025 8:52:41 PM

**SRINC**

📎 <Voice Message 2_1_25, 7_55_PM.m4a>

2/1/2025 8:55:04 PM

**Jason Sunshine**

Are we at millions of views?

2/1/2025 10:53:40 PM

**Jason Sunshine**

It seems like it's getting SO much attention

2/1/2025 10:53:50 PM

SKYLINE_000000275



**Coqo Pop (Owner)**
2/1/2025 11:01:42 PM

**Coqo Pop (Owner)**
People are on lives reviewing the doc line by line
2/1/2025 11:05:57 PM

**Coqo Pop (Owner)**
https://x.com/theduiguyplus/status/188586740923355997
3?s=46
2/1/2025 11:09:21 PM

**Coqo Pop (Owner)**
This guy did a lot on the JD case - 2k viewers right now
this is just one of many
2/1/2025 11:09:58 PM

**SRINC**
There have been over 100 IRL read streams - it's a
massive moneymaker for creators. And the sentiment
profoundly JB favored…that's the real indication. Either
way it makes money, but the support tells the tale. Well
done, family.
2/1/2025 11:11:52 PM

**Coqo Pop (Owner)**
I wonder what BL and RR are doing right now
2/1/2025 11:13:00 PM

**Jason Sunshine**
Freaking out lol
2/1/2025 11:13:11 PM

SKYLINE_000000276



**Coqo Pop (Owner)**
I am sure.
2/1/2025 11:14:02 PM

**Coqo Pop (Owner)**
But I want to know - are they crying? Screaming ? Yelling all of the above ?
2/1/2025 11:14:50 PM

**Coqo Pop (Owner)**
Wonder how their vacation is going
2/1/2025 11:16:01 PM

CONFIDENTIAL