Exhibit 261

| From: | Melissa N < > |
| Sent: | Mon, 23 Dec 2024 09:23:21 -0500 (EST) |
| To: | |
| Subject: | Fwd: NBC request for comment |

Sent from my iPhone

Begin forwarded message:

**From:** Bryan Freedman < >
**Date:** 23 December 2024 at 06:21:43 GMT-8
**To:** Chloe Melas < >
**Subject: Re: NBC request for comment**

Chloe -

Johnny Depp did not retain TAG for the trial as you are well aware.

Please put in who he did retain, Matthew Hiltzik and Hiltzik strategies - feel free to forward this email to him as we know you will.

Given your close relationship with Stephanie Jones and your withholding the truth, I would tread lightly if I were you since your the next one to be sued. I'm excited about that.

I won't let Stephanie Jones use you in the same way she's used you for all of her other clients.

You can use this on record statement from me:

"TAG PR must be the most powerful group of publicists the world has ever seen for it to be able to completely change the perception of both Amber Heard and Blake Lively. The only correlation between both individuals was that for decades every move they have made has been out there for everyone to see, widely filmed and documented for the public to make up their own minds - which they did, organically. All you have to do is watch the interviews that still remain if they have not already been scrubbed by their crisis pr teams (which is apparently their crisis teams next move since that's what crisis teams do, they protect their clients)"

**Bryan Freedman**

Bryan J. Freedman, Esq.
Liner Freedman Taitelman + Cooley LLP
1801 Century Park West, Fifth Floor
Los Angeles, California 90067

Office Phone
                    Cell-Phone

www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Dec 23, 2024, at 6:10 AM, Melissa N < > wrote:

CONFIDENTIAL

NATHAN_000013177

Adding Bryan.

Sent from my iPhone

On 23 Dec 2024, at 05:11, Melas, Chloe (NBCUniversal) <​                    ​> wrote:

Jen and Melissa,

Amber Heard says she also experienced a smear campaign. She does not get into specifics. Wanted to see if you all had a response. She does not name Tag or reference Justin. But I wanted to cc you both.

Thank you,

Chloe

CONFIDENTIAL