# Exhibit 262

**From:** u=Bryan Freedman/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FB7B510A9DB744CD8099690A72196310-AB425B70-F1
**Sent:** Wed, 5 Feb 2025 13:33:08 -0500 (EST)
**To:** "Adam Reiss"
**Cc:** ; "Jon Miller" ; "Andrew Herzig" ; "Kim Harris" ; "Jason Sunshine" ; "Theresa Troupson" ; "Summer Benson" ; "Melissa Nathan" ; "Jennifer Abel"
**Bcc:** "Jed Wallace"
**Subject:** Re: Baldoni

You're a liar and dishonest and we are drafting letters and a lawsuit against you personally. You have had that transcript from the court hearing and have defamed our client intentionally. I will never ever let up going after you for the rest of my career. Someone better make this right immediately. Your hanging up the phone, your arrogance and your incompetence will never be tolerated. I am coming after you in every legal way possible. To my team start drafting.

Bryan J. Freedman, Esq.
Liner Freedman Taitelman + Cooley LLP
1801 Century Park West, Fifth Floor
Los Angeles, California 90067

Office Phone
Cell-Phone

www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

> On Feb 4, 2025, at 6:00 PM, Reiss, Adam (NBCUniversal) < > wrote:
>
> Let me know when you are free to discuss.
>
> **From:** Jennifer Abel < >
> **Date:** Tuesday, February 4, 2025 at 8:58 PM
> **To:** Reiss, Adam (NBCUniversal) < >
> **Cc:** Melissa Nathan < >, Bryan Freedman < >
> **Subject:** [EXTERNAL] Re: Baldoni
>
> I'm not available to chat however. Can you please amend the article in the meantime? Thank you.
>
> Get Outlook for iOS
>
> **From:** Reiss, Adam (NBCUniversal) < >
> **Sent:** Tuesday, February 4, 2025 5:55 PM
> **To:** Jennifer Abel
> **Subject:** Baldoni
>
> Jennifer,
>
> Can you send me your cell please….
>
> Adam Reiss

Exhibit: 18
Witness: SAROWITZ
Date: 10/3/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL                                                                                                    WAYFARER_000150148



NBC News
Reporter/Producer

CONFIDENTIAL                                                                                           WAYFARER_000150149