# Exhibit 263

**Thread Participants:** Melissa Nathan (Owner); Jason Sunshine; Melissa Nathan (Owner)
**Active Participants:** Melissa Nathan (Owner); Jason Sunshine
**First Message:** 2/6/2025 10:43:19 PM
**Last Message:** 2/6/2025 10:53:41 PM

---

**Jason Sunshine**
Did tmz ever get back to you
2/6/2025 10:43:19 PM

**Jason Sunshine**
I gather they didn't run the story
2/6/2025 10:43:27 PM

**Melissa Nathan (Owner)**
Nope ! Didn't get back to me
2/6/2025 10:43:48 PM

**Melissa Nathan (Owner)**
I'm just going through all the scenarios in my head and I feel like whatever fake documents this says they're also going to use it in their amended complaint
2/6/2025 10:43:58 PM

**Jason Sunshine**
It feels like if these were real documents, TMZ would've run with it. They obviously have serious doubts.
2/6/2025 10:44:34 PM

**Jason Sunshine**
We'll see if their lawyers actually use this in the amended complaint
2/6/2025 10:44:39 PM

**Melissa Nathan (Owner)**
I agree. But what are they planning for next week?
2/6/2025 10:44:48 PM

**Jason Sunshine**
If these are real HR complaints, that should not be that hard to determine in all of the evidence is pointing otherwise
2/6/2025 10:44:57 PM

**Jason Sunshine**
I think they're gonna sue Bryan probably Jed not sure who else or what else
2/6/2025 10:45:03 PM

Exhibit: 30
Witness: NATHAN
Date: 9/29/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL

NATHAN_000022027
NATHAN_000022027

**Jason Sunshine**
*Edited*
If these are real HR complaints, that should not be that hard to determine but all of the evidence is pointing otherwise
2/6/2025 10:45:18 PM

**Melissa Nathan (Owner)**
i'm going to sportsman bet you that they are going to add someone from the set
An actress
2/6/2025 10:45:46 PM

**Jason Sunshine**
You think as a plaintiff?
2/6/2025 10:46:38 PM

**Melissa Nathan (Owner)**
Yes
2/6/2025 10:46:45 PM

**Jason Sunshine**
That would be a wild and would indeed catch me off guard
2/6/2025 10:46:48 PM

**Melissa Nathan (Owner)**
I KNOW
2/6/2025 10:46:54 PM

**Jason Sunshine**
You really think that Jenny Slate wants to do that
2/6/2025 10:46:57 PM

**Melissa Nathan (Owner)**
No because BF went ballistic on her lawyer and manager today and they swore no
2/6/2025 10:47:19 PM

**Jason Sunshine**
But her allegations are such garbage. He called her sexy ones that's not sexual harassment for legal purposes.
2/6/2025 10:47:23 PM

**Jason Sunshine**
Wait, what exactly did Bryan say to her manager and lawyer?
2/6/2025 10:47:38 PM

**Jason Sunshine**
Who else could it be Isabelle Ferrera has an all legend anything in pro
2/6/2025 10:47:44 PM

**Jason Sunshine**
Hasn't alleged
2/6/2025 10:47:48 PM



**Jason Sunshine:** Improper
2/6/2025 10:47:52 PM

**Melissa Nathan (Owner):** He said that her career would be over if she backs this horse sort of thing and they said she had no intention…. But who knows
2/6/2025 10:48:30 PM

**Jason Sunshine:** She also just simply hasnt alleged anything that serious
2/6/2025 10:49:11 PM

**Melissa Nathan (Owner):** They are desperate
2/6/2025 10:49:30 PM

**Jason Sunshine:** Blake should just drop her lawsuit
2/6/2025 10:49:56 PM

**Jason Sunshine:** This is all so fucking stupid
2/6/2025 10:50:00 PM

**Melissa Nathan (Owner):** The most stupid ever, a waste of time and resources
2/6/2025 10:50:14 PM

**Jason Sunshine:** She better be careful or muffin will come after her
<__Library_SMS_Attach_1_57_07_D65135_1_IMG_7301.heic>
2/6/2025 10:52:00 PM

CONFIDENTIAL

NATHAN_000022029
NATHAN_000022027



Jason Sunshine
Loved an image
2/6/2025 10:53:28 PM

Jason Sunshine
Laughed at "Followed by Charlie"
2/6/2025 10:53:41 PM

CONFIDENTIAL

NATHAN_000022030
NATHAN_000022027