# Exhibit 264

| | |
|---|---|
| **From:** | Bryan Freedman <■> |
| **Sent:** | Tue, 11 Feb 2025 03:26:38 -0500 (EST) |
| **To:** | Gary Baum <■> |
| **Cc:** | Jason Sunshine <■>; Theresa Troupson <■> |
| **Subject:** | Re: Hollywood Reporter inquiry – Lively/Baldoni/Wallace |

Off the record- You're wrong and could not have anything credible to support these assertions. I know because of I never worked with him on these, I know you are relying on non credible sources. There is a conflict of interest when a media company/publisher, takes in tens of millions in dollars in advertising and fails to disclose it while attempting to write a story that favors those advertisers. I have shed The NY Times for defamation and there are 3 other defamation cases pending. I have authority to sue PMC, THR and you personally if you print untruths, I also have violations of journalistic ethics given the failure to disclose the financial inventive that Penske and you personally have received. Reputation Protection services never did a thing. It never operated but in any event, print anything wrong and you will be sued and it will be devastating. Pam McClintock has a personal relationship with Ryan. We have witnesses. I will sue and I will change the incompetence and targeting that PMC has exhibited. You may also be aware of health issues with certain people you are attacking. That will not play well. Gary, be careful. I am coming hard. Off the record.

When I respond, it will be a serious piece on you and PMC. All off the record. I have asked for financial income received from Disney, Marvel and THR from Penske. You have refused to provide. I will serve a third party subpoena. Jason please draft. Add Gary individually. Off the record.

Bryan J. Freedman, Esq. Liner Freedman Taitelman + Cooley LLP
1801 Century Park West, Fifth Floor
Los Angeles, California 90067

Office Phone
■            Cell-Phone
■
www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

On Feb 10, 2025, at 8:22 PM, Gary Baum <■> wrote:

Bryan, I've re-read your response several times. I honestly don't follow re: Marvel/Disney/PMC and my own purported motivations.

What's the connection to this coverage?

**The Hollywood REPORTER** | **Gary Baum**
*Senior Writer*

11355 WEST OLYMPIC BOULEVARD, LOS ANGELES, CA 90064
■

**From:** Bryan Freedman <■>
**Sent:** Monday, February 10, 2025 7:36 PM
**To:** Gary Baum <■>
**Subject:** Re: Hollywood Reporter inquiry – Lively/Baldoni/Wallace

Gary, your facts are not even remotely accurate and you actually know it. For transparency, you need to disclose how much money Marvel and Disney have paid Penske Media Corporation and The Hollywood Reporter so that your motivation is clear to the readers. Social media influencers are extremely smart and will see through what you're trying to do. You will be on the wrong side of history.

Bryan J. Freedman, Esq.
Liner Freedman Taitelman + Cooley LLP
1801 Century Park West, Fifth Floor

Los Angeles, California 90067

Office Phone

Cell-Phone

www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

> On Feb 10, 2025, at 6:58 PM, Gary Baum < > wrote:
>
> Bryan, Jed:
>
> This is a reminder of the deadline -- tomorrow at 10a. I can be reached here or on my cell at         .
>
> Get Outlook for iOS

**From:** Gary Baum < >
**Sent:** Friday, February 7, 2025 3:34:29 PM
**To:** Jed Wallace < >; Bryan Freedman < >
**Subject:** Hollywood Reporter inquiry – Lively/Baldoni/Wallace

Bryan, Jed:

My colleague Winston and I published coverage of the defamation filing on Wednesday:

https://www.hollywoodreporter.com/business/business-news/blake-lively-sued-defamation-jed-wallace-1236127820/

I'm now at work on follow-up coverage pertaining to Jed and his work. It'll encompass previously publicized legal actions, dating back to the dispute involving Bam Margera. (Bryan has represented "Jackass" franchise producer Dickhouse.) If Jed or any representative wishes to provide any further response to them, please let me know. I'd also like to request here to speak generally about his professional activities.

Separately, I've learned that Jed worked on behalf of at least one Bravo unscripted show cast member amid Bryan's recent "reality reckoning" campaign. Please advise if inaccurate or if there's any further context.

I have a few other questions:

1. Have you both worked together in the past on activities related to Electronic Reputation Protection Services, a subsidiary of Bryan's legal practice?
2. Attorney Christopher Frost and his client Christian Lanng previously told me on the record that Christian was subject to a social media manipulation campaign amid a lawsuit in which Bryan represented the other side. They said Bryan and his firm hired third parties to pursue this endeavor. Was Jed one of these third parties?
3. Jed was described in the Bam Margera litigation by attorneys for defendant Paramount Pictures as "a leading expert in developing and assisting in the execution of treatment and recovery plans." Is this an accurate and fair description? If so, what if any relevant training and pertinent experience does Jed possess in addiction treatment?

THR's reporting deadline is 10am on Tuesday.

Thanks,
Gary (cell:            )



**Gary Baum**
*Senior Writer*

11355 WEST OLYMPIC BOULEVARD, LOS ANGELES, CA 90064

CONFIDENTIAL

NATHAN_000018116