# Exhibit 265

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
    _____
 3  BLAKE LIVELY,                  )
                                   )
 4          Plaintiff,             )
                                   )
 5       vs.                       ) No. 1:24-CV-10049-LJL
                                   ) (Consolidated with
 6  WAYFARER STUDIOS LLC, a        ) 1:25-cv-00449-LJL)
 7  Delaware Limited Liability     )
    Company, JUSTIN BALDONI, an    )
 8  individual, JAMEY HEATH, an    )
 9  individual, STEVE SAROWITZ, an )
    individual, IT ENDS WITH US    )
10  MOVIE LLC, a California        )
11  Limited Liability Company,     )
12  MELISSA NATHAN, an individual,) HIGHLY CONFIDENTIAL -
    THE AGENCY GROUP PR LLC, a    ) ATTORNEYS' EYES ONLY
13  Delaware Limited Liability     )
    Company, JENNIFER ABEL, an     )
14  individual, JED WALLACE, an    )
    individual, and STREET         )
15  RELATIONS INC., a California   )
16  Corporation,                   )
                                   )
17          Defendants.            )
    _____)
18  (RELATED CONSOLIDATED CASE.)   )
    _____)
19    REMOTE VIDEOTAPED DEPOSITION OF ANDREW T. CHRISOMALIS
20                   New York, New York
21               Wednesday, September 24, 2025
22
23  Reported by:
24  RENEE A. PACHECO, RPR, CLR, CSR No. 11564
25  Job No. 7624620                        PAGES 1 - 236
```

Page 1

```
 1   BY MR. KALTGRAD:
 2       Q   Yes, if you understand it.  Go ahead.
 3       A   Unusual.  I'm not sure what you mean by
 4   unusual activity, I guess.
 5       Q   All right.  We'll -- we'll get into a           09:48AM
 6   little more detail.  Did Betty Booze or Betty Buzz
 7   shut down social media accounts at any time in 2024?
 8       A   I don't recall if we actually shut down,
 9   fully down or not.  I don't recall that.  I guess
10   what do you mean by shut down?                          09:48AM
11       Q   Well, were they somehow taken offline?
12       A   I don't -- I don't recall that.  I don't
13   think so.
14       Q   Was there a decision at any time to refrain
15   from posting any content on the social media           09:49AM
16   accounts of Betty Buzz or Betty Booze at any time in
17   2024?
18       A   Yes, to my recollection, yes.
19       Q   And when was that exactly, to your best
20   estimate?                                              09:49AM
21       A   In -- it would have been in the month of
22   August 2024, as far as I can recall.
23       Q   And that was for both Betty Buzz and Betty
24   Booze?
25       A   I would imagine.  I can't 100 percent          09:49AM
```

Page 32

```
 1    confirm that, but I would bet, yes.
 2         Q    And what prompted that decision?
 3         A    What prompted it was -- some amplified
 4    negativity that was occurring on our site -- on the
 5    sites.                                                    09:50AM
 6         Q    On the social media sites?
 7         A    Yes.
 8         Q    And what do you mean by amplified
 9    negativity?
10         A    Sort of loud and voluminous, atypical,          09:50AM
11    negative commentary.
12         Q    And why are you saying atypical?
13         A    Because we had run those same handles for
14    virtually three years prior and had not experienced
15    anything of the sort that we had experienced             09:50AM
16    beginning in August of 2024.
17         Q    Okay.  So you had -- in August of 2024 you
18    were seeing an increase in negativity on the social
19    media sites for those brands; is that right?
20         A    Yes.                                            09:50AM
21         Q    And why did that make you stop posting
22    content just because you were seeing nega- --
23    negativity?
24              MR. BRUNO:  Objection to form.
25              THE DEPONENT:  It was quite significant and    09:51AM
```

Page 33

```
1    that we had discussed earlier.
2        Q    And you also said that you were unable to
3    do any brand activation.  Why were you unable do
4    that?
5        A    Well, I think said we were unable do a          11:54AM
6    brand spot led by Blake, who's our biggest brand
7    asset, and we were unable to do it because the brand
8    had gone, you know, dark from that perspective of
9    doing a big produced spot because of, you know,
10   quite frankly, the very negative sentiment and        11:54AM
11   amplified commentary and vitriol and hate that was
12   on -- you know, that was on the Internet and
13   amplified, you know, by social media and the
14   content, et cetera, that we had talked about
15   earlier.                                               11:54AM
16            So the decision was made not to produce,
17   you know, significant marketing spots with our
18   biggest asset, who's Blake and the face of the brand
19   and cofounder.
20       Q    The second bullet point here says (as         11:55AM
21   read):
22            "Given BL's busy schedule
23             during the key RTD summer season,
24             time for trade engagement has been
25             limited both in person and virtual           11:55AM
```

Page 117

1        I, the undersigned, a Certified Shorthand
2   Reporter of the State of California, Registered
3   Professional Reporter, Certified Live Note Reporter, do
4   hereby certify:
5        That the foregoing proceedings were taken
6   before me at the time and place herein set forth; that
7   any witnesses in the foregoing proceedings, prior to
8   testifying, were duly sworn; that a record of the
9   proceedings was made by me using machine shorthand
10  which was thereafter transcribed under my direction;
11  that the foregoing transcript is a true record of the
12  testimony given.
13       Further, that if the foregoing pertains to the
14  original transcript of a deposition in a Federal Case,
15  before completion of the proceedings, review of the
16  transcript [ ] was [ ] was not requested.
17  I further certify I am neither financially interested
18  in the action nor a relative or employee of any
19  attorney or party to this action.
20       IN WITNESS WHEREOF, I have this date
21  subscribed my name this 25th day of September, 2025.
22
23  *(signature: Renee A Pacheco)*
24       RENEE A. PACHECO
25       CSR No. 11564 RPR, CLR

Page 233