# Exhibit 268-1



October 1, 2024

*Confidential*

CONFIDENTIAL

# EXECUTIVE SUMMARY

**Betty B Macro Thesis and Strategic Goals**

- **Category – Macro Perspective**
  - The adult "low and no" alcohol category is very attractive as it plays into key macro themes that provide a meaningful opportunity to scale in the near term:
    1. *Rate of Purchase:* Targeting weekly and repeat consumption
    2. *Target Consumer:* Millennials and Gen Z (by 2030, this cohort could represent nearly 50% of all retail spend)
    3. *Product Promise:* Category balances taste, health and convenience
  - *Take away:* Make Betty B the first to scale adult super premium low and no beverage brand
- **Strategic Interest**
  - Attractive to large strategic players across the alcoholic and non-alcoholic beverage spectrum (e.g. Pernod Ricard, Diageo, AB In Bev, Coca-Cola, Pepsi etc.); they are prioritizing winning in the 'low and no' category
  - *Take away: S*everal large deep pocketed strategics are motivated to win in "low and no" beverage category
- **Geographical focus of Buyers**
  - US is the largest volume and profit pool in the world
  - *Take away:* Demonstrate Betty B's ability to scale (in certain channels/accounts and certain regions/markets) in the US



2

BL-000037971_A

# EXECUTIVE SUMMARY

**Betty B Macro Thesis and Strategic Goals (cont'd)**

- **Strategic M&A - Timing**

  - Several strategics have innovated into the category but are beginning to realize that their innovations are not gaining real traction

  - Based on our discussions with the Executive Leadership and M&A teams at several strategics, they will look to acquire independent brands during the next 12-24 months

  - *Take away:* Redacted - Non-Responsive

- **Why Betty B?**

  - The branding, opportunity, execution and RTM (Product Market Fit) is crystal clear for **Booze**

  - The branding, opportunity, execution and RTM (Product Market Fit) is unclear for Buzz

  - *Take away:* Focus on scaling Betty Booze (while showing some promise for Buzz as a side car/supporting role that a potential buyer leverages depending on their priorities and capabilities)

- **How much will they pay?**

  - Attractive M&A targets will need to achieve: ~1+mm cases in the US, demonstrate untapped growth potential and have healthy 50+% Gross Profit

  - *Take away:* At $40mm Net Revenue (~1mm cases) should be Hundreds of Millions of Dollars for Betty B - (preponderance of value on Booze with Buzz as a side car/supporting role whose ultimate value depends on which buyer for Booze emerges)



3

BL-000037972_A



# EXECUTIVE SUMMARY

**Betty Booze**

- **Glass Half Full**

  - Betty Booze has several factors that support the brand's ability to achieve scale including a crystal-clear product market fit (BL as founder, branding, opportunity, execution and RTM) which have all translated to initial sales traction nationally

    - Betty Booze is a Top 6 brand at Total Wine and is competing with brands in the Top 10 that are doing 1+mm cases nationally and Betty Booze is significantly outperforming other celebrity RTD brands at Total (Sprinter and Gin and Juice)

    - During H1 2024, we built a national distribution footprint with Southern Glazer's and others (Fedway in NJ, Horizon in MA, Empire in GA, etc.)

    - Booze has started gaining key retail listings (Whole Foods, Sprouts, Wegmans, Kroger, Albertsons, etc.) – and thus has grown from 235 doors (Total Wine) to 6,000 doors currently – just in the last few months!

  - To translate this early success to scale, we need to drive Brand Awareness and Trial



4

BL-000037973_A



# EXECUTIVE SUMMARY

**Betty Booze**

- **Glass Half Empty**

  - With only 1 brand marketing activation (Boulud spot in May 2024) this year, search interest on google for Betty Booze has dropped significantly during Summer 2024 (vs Summer 2023)

  - Given BL's busy schedule during the key RTD summer season, time for trade engagement has been limited - both in-person and virtual events

  - We have experienced a loss of market share at Total Wine (from 6% last Summer to 4% currently i.e. from Top 5 to Top 6 position) despite the launch of the Tequila Variety Pack – share loss has been primarily to Surfside (vodka based non-carbonated RTD Tea)

  - Vodka based RTD's represent 2/3rd of RTD Spirits category & Vodka based non-carbonated teas alone are driving 1/3rd of overall category growth – Betty Booze has no Vodka based RTD (working to remedy asap)

    - Vodka ties to brand positioning – as outlined on slides to follow



5

BL-000037974_A



# EXECUTIVE SUMMARY

**Betty Booze**

- **Goal – All-In Right Now**

  - $40mm sales with ~1mm cases by end of 2026

  - We expect to end the year at 125k cases ($5.5MM Gross Revenue)

    - Versus initial plan 200k cases ($9MM Gross Revenue)

      - While significantly off plan, this estimate still represents very respectable year one performance – particularly given Southern Glazer's onboarded right prior to the Summer (and listings have long lead times – 6-12 months in many cases)

    - 3x 2023 total of 40k cases (Gross Revenue $1.8MM)

  - 2025 goal is to achieve 500k cases ($22MM Gross Revenue) – which would be CAAP positive

  - For every 50k cases we miss on Betty Booze it is an additional $700k of capital need



6

BL-000037975_A



# EXECUTIVE SUMMARY

**Betty Booze**

- **Actions**
  - Innovation
    - Innovate into vodka based RTD's including non-carbonated teas (liquid development in progress)
  - Brand Marketing
    - 4 Tentpoles per year working with BL & MEM
    - Launch Influencer Program (can include both Booze and Buzz) to drive always-on engagement across both segments
    - Execute "in the wild" opportunities with Booze
  - Customer Insights
    - Focus Group Brand Study in October to deep dive on the customer dynamics (how often, when, what else, likes, dislikes, etc.)
  - Analyze & Optimize SKU Assortment
    - Closely monitor sell-through data to understand which flavors / pack configurations are gaining traction to help prioritize push and pull – including working capital
  - Trade Engagement
    - Leverage BL reach to evangelize key gatekeepers – touching 1000s of sales personnel (top to bottom) – at distributors and accounts…..make them partners on the journey!
  - Distribution Growth
    - Continue to grow footprint of Accounts Sold – which will increase availability and be a key driver for scale



7

BL-000037976_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Glass Half Full**

  - Some green shoots in certain accounts / channels

    - Premium Grocery Retail: Betty Buzz is continuing to grow in Premium grocery retail in the mixer aisle e.g. Whole Foods (+77% growth vs last year in units/store/sku/week)

    - E-Commerce: At Amazon - where we are not confined to a defined 'mixer' or 'soft drinks' categorization as we are in brick-and-mortar retail - we have continued to steadily grow our business. 2024 YTD sales have already surpassed 2023 sales ($1.45mm) with ROAS doubling (currently 4.3x) vs 2023

      - Betty Buzz was the no. 3 best selling soft drink on Amazon Prime Day in July beating Coke, Pepsi and Dr Pepper

    - Differentiated Product: Mocktails have shown early signs of positive traction since launch on Amazon during July Prime Day and could be a path to future scale as a differentiated no alcohol offering (with potential on premise opportunity)

    - On-Premise: We have expanded our presence across Darden properties to include Seasons 52, Capital Grille in addition to Yard House (we will do 2x 2023 volume at Darden in 2024)



8

BL-000037977_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Glass Half Empty**

  - Despite some green shoots, Product Market Fit is unclear at scale for Buzz – brand has not sufficiently eroded Fever-Tree and Q market share in premium mixer category (sub 10% share) - nor is the brand able to compete with Poppi / Olipop on function & scale in the soft drinks category (huge and risky bet required which seems foolish)

  - After accounting for COGS (high – particularly given product ingredients and current scale), sales & distribution costs and broker fees, Buzz margins are 25% and below that in the 'distributor' channel (which services 50% of our account universe including Whole Foods) only breaking even there with the glass bottles

  - Swapping glass for cans will not work as the cost of the liquid itself is high due to using high juice content and real sweeteners (agave) instead of high fructose corn syrup or stevia. Therefore, our price point at retail for cans would be too high ($11–12 per 4-pack) vs competition ($7–9 per 4-pack)

  - With Fever-Tree focusing on market share and keeping price relatively low in the premium mixer category ($5-6 per 4-pack vs $8-9 for Buzz), velocity in price conscious mainstream grocer retail e.g. Safeway Albertsons has remained sub-par for Buzz (below 1 u/s/w vs 2 u/s/w for Fever-Tree) (with no renewed opportunities at Kroger and Publix)



9

BL-000037978_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Glass Half Empty (cont'd)**

  - Cost of keeping Buzz:

    - The brand needs to achieve 400k cases to be self-sufficient (i.e. cover costs including limited A&P) – we will achieve 230k cases in 2024

    - We estimate it will cost us approx. $1-2mm per annum in capital need and 2.5 years at the current pace to achieve self-sufficiency

  - Cost of closing Buzz

    - For completeness, we looked at the cost of closing Buzz and estimate that this will cost in the region of $2mm to have an orderly wind-down

  - Production schedule, business plan and impact on working capital

    - Production schedule is built to plan - finite shelf-life mandates precision planning and sales execution, hence working capital management is challenging with risk of inventory write off



10

BL-000037979_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Current Strategy**

  - On balance we think we should keep Buzz as it supports the macro thesis, complements BL as founder, avoids negative PR from a wind down; also leaves optionality for a future buyer to lean into the no alcohol category depending on their priorities and operational set up (distribution route-to-market, production scale & efficiencies, etc. – depend on buyer)

  - Our current strategy is to keep it simple with Buzz – maintain and drive higher velocity in current distribution (don't look to expand distribution or invest in stand alone Buzz marketing) - while improving profitability

  - While we want to keep the limited investment strategy on Buzz from both a human capital and $ capital perspective, there is a potential upside scenario where we see an uptick in velocity that leads to $75MM of gross revenue in 2028



11

# EXECUTIVE SUMMARY

**Betty B Company**

- **Business Plan and Capital Need**

  - The business needs $10mm of equity capital to reach break-even based on current business plan

    - Redacted - Non-Responsive is in late-stage discussions for this investment

    - We need to close this round during October to meet our current liabilities

  - We will need an additional $7mm in equity capital thereafter to repay current debt – we plan to raise this after we close the above but before Q2 2026

- **Betty B Company Team**

  - Betty B Company has only 5 dedicated employees (CEO, CMO, Senior Brand Manager, VP of Supply Chain and Director of Supply Chain) – all working across *both* Booze and Buzz

    - We have finalized a new CMO candidate to replace current head of marketing

  - Betty B benefits enormously from sharing resources with Redacted - Non-Responsive – greatly lowering our required investment needed to be a national brand. This setup allows the brand to have national coverage with 25 employees for the equivalent cost of <15 FTE's (a national brand requires minimum national coverage of this nature). No additional hiring is planned



12

BL-000037981_A

# EXECUTIVE SUMMARY

## What do we need to win in 2025 & 2026 from BL/MEM

- Dinner with [ **Redacted - Non-Responsive** ] (in New York or Miami ASAP)
- 4 Tentpole moments during key selling weeks (MEM/BL)
- Booze / Buzz in the wild
- BL social media UGC / influencer resharing
- 10 trade zooms per year (20 mins per zoom)
- 10-20 of selfie audio notes per month (20 mins per month)
- 3 in-person Happy Hours (Meet and Greet) per year – for key accounts in key markets e.g. NY, CA, FL, TX, NJ, IL, MA (45 mins x 3)



13

BL-000037982_A

# EXECUTIVE SUMMARY – BETTY BOOZE
# YTD RESULTS





# EXECUTIVE SUMMARY – BETTY BUZZ
# YTD RESULTS



165k Cases Shipped YTD Through August
+41% YoY
+11% vs Original Goal



$5.8MM in Gross Revenue Through August
+55% YoY
+13% vs Original Goal

15

# EXECUTIVE SUMMARY – YTD CONSOLIDATED RESULTS



246k Cases Shipped YTD Through August
+69% YoY
(13%) vs Original Goal



$9.4MM in Gross Revenue Through August
+86% YoY
(16%) vs Original Goal

16

BL-000037985_A

# Table of Contents

1)   Betty B Macro Thesis and Strategic Goals
2)   Betty Booze
   1)   Glass Half Full
   2)   Glass Half Empty
   3)   Goal and Strategic Actions
3)   Betty Buzz
   1)   Glass Half Full
   2)   Glass Half Empty
   3)   Current Strategy
4)   Betty B Company – Business Plan and Capital Needs
5)   Betty B Team
6)   Impact of recent events

Appendix



17



# 1. Betty B Macro Thesis and Strategic Goal

CONFIDENTIAL

BL-000037987_A

# WHAT IS THE BETTY B MACRO THESIS?



CONFIDENTIAL

# NO and LOW Alcoholic Beverages are on the rise

**1. Macro Thesis and Strategic Goal**

- Adult low and no alcohol product consumption is growing.

  - Around 64% of low and no alcohol drinkers consume these products weekly, showcasing **strong potential for repeat purchases** in the low and no alcohol beverage market.

- **Millennials and Gen Z** are driving the low and no alcohol beverage market forward.

- US consumers cite a variety of reasons for choosing low and no alcohol drinks including **taste, health, convenience, and social reasons.**



20

BL-000037989_A

Betty B

First to scale adult super premium
low and no beverage brand





BL-000037990_A

**1. Macro Thesis and Strategic Goal**

# OUR OBJECTIVE?



22

CONFIDENTIAL

BL-000037991_A

**1. Macro Thesis and Strategic Goal**

## 2 x Twelve Month sprints

## 2025 & 2026

## Focused on scaling Betty Booze

Redacted - Non-Responsive



23

BL-000037992_A

# Redacted - Non-Responsive

CONFIDENTIAL

# Redacted - Non-Responsive

CONFIDENTIAL

BL-000037994_A

*Every strategic we have spoken to has complemented our branding, positioning and vision…*

*…they need the brand to demonstrate the ability to scale (in certain channels/accounts and certain regions/markets) for it to make sense for their business*

*(we do not need to scale in every channel and market)*



26

BL-000037995_A

1. Macro Thesis and Strategic Goal

# WHAT ARE THEIR KEY THRESHOLDS?



27

CONFIDENTIAL

BL-000037996_A

**1. Macro Thesis and Strategic Goal**

*~1mm cases in the US (Spirits RTD)*

*(which is also our break-even number)*

*with*

*Untapped growth potential*

*and*

*Healthy 50+% Gross Profit Margin*



28

BL-000037997_A

1. Macro Thesis and Strategic Goal

# WHY FOCUS ON BOOZE / RTD SPIRITS SEGMENT?



CONFIDENTIAL

BL-000037998_A

**1. Macro Thesis and Strategic Goal**

The branding, opportunity, execution and RTM (PRODUCT MARKET FIT) is **unclear** for Buzz

The branding, opportunity, execution and RTM (PRODUCT MARKET FIT) is **crystal clear** for Booze



30

BL-000037999_A

1. Macro Thesis and Strategic Goal

# HOW MUCH WILL THE BUYERS PAY?



CONFIDENTIAL

BL-000038000_A

1. Macro Thesis and Strategic Goal

# At $40mm Net Revenue
# (~1mm cases)
# should be **_Hundreds of Millions of Dollars_**

## (the preponderance of value here is on Booze with Buzz as a side car/supporting role whose ultimate value depends on which buyer for Booze emerges)



32

BL-000038001_A



## 2. BETTY BOOZE

CONFIDENTIAL

BL-000038002_A



2. (a) BETTY BOOZE GLASS HALF FULL

CONFIDENTIAL

BL-000038003_A

**2a. Betty Booze Glass Half Full**

# BL AS FOUNDER WITH MASSIVE GLOBAL AUDIENCE



35

BL-000038004_A

# Our Founder

**2a. Betty Booze Glass Half Full**



**Blake Lively**

201 posts     45.8M followers     520 following

**Founded by A-list Hollywood actress Blake Lively**

**At the Top of her Game**

**Tastemaker and fashion icon**

36

BL-000038005_A

2a. Betty Booze Glass Half Full

# LARGE AND GROWING CATEGORY



37

BL-000038006_A

**2a. Betty Booze Glass Half Full**

|  | **Current US Retail $** |  | **Expected Growth Rate** |
|---|---|---|---|

**Premium Spirits Based RTD** ➡ **$3.6 Billion 52MM 9L Cases** ➡ **2028 $6.4 Billion +10% CAGR 92MM 9L Cases**

Source: Shanken, Nielsen, Grand View Research, Euromonitor



STRICTLY CONFIDENTIAL    38

BL-000038007_A

2a. Betty Booze Glass Half Full

# MULTIPLE BRANDS HAVE SCALED
# IN 3 YEARS



39

BL-000038008_A

2a. Betty Booze Glass Half Full

# In addition to High Noon & Cutwater, Several others have hit >1M cs/year in 3-4 years



| Brand | Size at Year 3 (Cases) |
|---|---|
| NÜTRL Vodka. Seltzer. Real Juice. | 2.7M |
| Crown Royal | 1M |
| Surfside | 1M |
| mom water | 1M |
| LONG DRINK | 467k in Year 3 1M in Year 4 |

Cases (000s)

1 Mil Cases

Nutrl — Crown Royal — Mom Water — Surfside — Long Drink

40

# PRODUCT MARKET FIT



BL-000038010_A

2a. Betty Booze Glass Half Full

# Product Market Fit is Strong

## ***(need to further strengthen by extending into largest sub-segment of vodka)



42

BL-000038011_A

# Betty Booze is Well Positioned vs. Competition...

## Super Premium & Differentiated Positioning



  

 

43

BL-000038012_A

# ...with an Award-Winning Liquid and Packaging...

2a. Betty Booze Glass Half Full







**Elite Daily**
"**I officially get the hype around Betty Booze.** This taste-test was a pleasant surprise and proof that a lot of TLC went into making this brand as delicious as possible."

**USA TODAY**
"It's a thirst quencher... **There's nothing that tastes like it** coming from White Claw or High Noon or any of the RTD brands out there."

**Tasting Table.**
"I can say with every ounce of air in my cocktail-loving chest that this is, hands down, **the best canned beverage I've ever had.**"

44

BL-000038013_A

# ...and Delivers High Margins

2a. Betty Booze Glass Half Full

Attractive Margins

✓ For Betty B

✓ For Retailers

✓ For Distributors

**Win-Win-Win**



45

BL-000038014_A

2a. Betty Booze Glass Half Full

# BRAND MARKETING GENERATING EARNED MEDIA



46

BL-000038015_A



BL-000038016_A

2a. Betty Booze Glass Half Full

# BRAND MARKETING DRIVING SEARCH INTEREST



48

BL-000038017_A

# Tentpole moments have resulted in Google Trends (search interest) for Betty Booze

2a. Betty Booze Glass Half Full



2a. Betty Booze Glass Half Full

# BRAND MARKETING CREATING
# ENGAGEMENT ON SOCIAL MEDIA



CONFIDENTIAL

BL-000038019_A

2a. Betty Booze Glass Half Full

# Betty Booze is already the #2 RTD on Instagram

**blakelively** ✓

**45.8M Followers**

**bettybuzz** ✓

**307k Followers**



 

| | HANDLE | FOLLOWERS |
|---|---|---|
| 1 | White Claw | 229,000 |
| **2** | **Betty Booze** | **148,000** |
| 3 | Sprinter | 105,000 |
| 4 | Cutwater | 105,000 |
| 5 | High Noon | 96,000 |
| 6 | Surfside | 57,400 |
| 7 | Mom Water | 54,300 |
| 8 | Long Drink | 53,600 |
| 9 | Two Chicks | 36,600 |
| 10 | Nutrl | 17,400 |

*Plus amplification from Blake & Betty Buzz (~46M followers combined!)*

51

BL-000038020_A

2a. Betty Booze Glass Half Full

Redacted - Non-Responsive **AND BRAND IMAGERY BRINGING THE PRODUCT TO LIFE IN-STORE AT TOTAL**



CONFIDENTIAL

BL-000038021_A






2a. Betty Booze Glass Half Full







BL-000038022_A

2a. Betty Booze Glass Half Full

# TOP 6 BRAND AT TOTAL AND SIGNIFICANTLY OUTPERFORMING OTHER CELEBRITY RTD BRANDS



54

CONFIDENTIAL



BL-000038024_A

**2a. Betty Booze Glass Half Full**

# Competing against top brands at Total

### #6 RTD Spirit brand at Total Wine

| Brand | Market Share ($) |
|---|---|
| High Noon (Gallo) | 49% |
| Cutwater (AB INBEV) | 16% |
| Nutrl (AB INBEV) | 7% |
| Long Drink | 7% |
| Surfside | 7% |
| Betty Booze | 4% |
| Mom Water | 3% |
| Sunny D | 3% |
| Two Chicks | 2% |
| Jack Daniel's (Brown Forman) | 2% |
| Total Top 10 | 100% |

All other brands in the Top 10 are projected
to do **1mm or more cases nationally**
across all retailers



Note: Total Wine and More, Nielsen data 6/25/23 – 7/20/24, Retail $ value

CONFIDENTIAL

BL-000038025_A

2a. Betty Booze Glass Half Full

# WE BUILT A
# NATIONAL DISTRIBUTION NETWORK



57

Betty Booze went from
1 Customer with 230 stores
across 25 states

.... to a fully **NATIONAL** network of
Wine & Spirits Distributors which
reaches 100,000+ Accounts!

(currently in 6,000 accounts)

Signed National Partnership with Southern
Glazer's Wine & Spirits (March 2024)





58

BL-000038027_A

# EARLY LISTINGS IN KEY RETAILERS



CONFIDENTIAL

BL-000038028_A



## 2024 Confirmed Listings

2a. Betty Booze Glass Half Full

### Currently in 6,000 doors

| NATIONAL ACCOUNTS | | REGIONAL ACCOUNTS | | |


Current – 1,500+ PODs


Current – 50+ PODs


Current – MA


Current – NY, NJ, CT


Current – IA, MN


Fall 2024 – 1,500+ PODs


Current – 100+ PODs


Current – MA


Current – WI


Current – KY


Fall 2024 – 140+ PODs


Current – 500+ PODs


Current – NY,NJ, MA


Current – CA


Current – CA


Current – 140+ PODs

Note – POD = Point of Distribution, a placement of a SKU

60

BL-000038029_A



## 2. (b) BETTY BOOZE GLASS HALF EMPTY

61

CONFIDENTIAL

BL-000038030_A

2b. Betty Booze Glass Half Empty

# Only 1 Tentpole This Year for Booze
# VS 4 Last Year



62

BL-000038031_A



# Recapping 2024 Booze Marketing Plan on a Page

2b. Betty Booze Glass Half Empty

*All initiatives supported with PR, Social Media, Influencers and In-Store Programming*



63

CONFIDENTIAL

2b. Betty Booze Glass Half Empty

# SEARCH INTEREST HAS REDUCED COMPARED TO LAST YEAR



64

CONFIDENTIAL