# Exhibit 268-2



**While average search interest in Nutrl and Cutwater during Summer 2024 has remained broadly consistent with their Summer 2023 averages; search interest in Betty Booze is down significantly (1/5th) of Summer 2024**

2b. Betty Booze Glass Half Empty



Average Search Interest

Note: Average search interest is indexed based on Betty Booze, Nutrl and Cutwater for each period
Summer 2023 – 25 June 2023 to 30 September 2023
Summer 2024 – 23 June 2024 to 27 August 2024

65

BL-000038034_A

**2b. Betty Booze Glass Half Empty**

**Aviation Gin during the first 3 years of RR involvement (Feb'18 – Jan'21) had 2.3x average search interest vs Betty Buzz in its first 3 years (Sept'21 – Aug'24) and 3.7x Betty Booze since launch (June'23)**



Average Google Search Interest

66

BL-000038035_A

# Which had an impact on sales

2b. Betty Booze Glass Half Empty

Both Betty Booze sales and search interest in Summer 2024 are significantly lower than Summer 2023

- Avg. Weekly Sales at Total Wine Summer 2023 was 800 cases vs 500 cases in 2024
- Avg. Search Interest Summer 2023 was 2.4x Summer 2024



Summer 2023: Sales v Search Interest on Google Trends

Summer 2024: Sales v Search Interest on Google Trends

67

BL-000038036_A

2b. Betty Booze Glass Half Empty

# LIMITED TRADE ENGAGEMENT
# WITH BL DURING KEY
# SUMMER/LAUNCH PERIOD



68

BL-000038037_A

## 'BL selfie' engagement per below. Planning additional engagement including voice/audio for ease

2b. Betty Booze Glass Half Empty

| | Ask | Status |
|---|---|---|
| **Selfie Videos** | Total Wine | ✓ Complete 17 April 2024 |
| | Majestic | ✓ Complete 17 April 2024 |
| | SGWS – New York | ✓ Complete 15 May 2024 |
| | SGWS – Florida | ✓ Complete 15 May 2024 |
| | SGWS - Illinois | ✓ Complete 15 May 2024 |
| | SGWS - California | ✓ Complete 15 May 2024 |
| | SGWS – Control States | ✓ Complete 15 May 2024 |
| | SGWS – National Retail Chains | ✓ Complete 15 May 2024 |
| | SGWS – National On-Premise Chains | ✓ Complete 15 May 2024 |
| | Green light – Texas | ✓ Complete 15 May 2024 |
| | Horizon – MA (& RI) | ✓ Complete 15 May 2024 |
| | Fedway – New Jersey | ✓ Complete 15 May 2024 |
| | SGWS Regions – East Region | ✓ Complete 7 June 2024 |
| | SGWS Regions – West Region | ✓ Complete 7 June 2024 |
| | SGWS Regions – Central Region | ✓ Complete 7 June 2024 |
| | SGWS Regions – East Region | ✓ Complete 7 June 2024 |
| | Betty Blooms (for press) | ✓ Complete 31 July 2024 |
| | Princess Cruises | ✓ Complete 12 September 2024 |

69

BL-000038038_A

# Looking to execute in-person engagement in the coming months

**2b. Betty Booze Glass Half Empty**

| | Ask | Target Month | Status |
|---|---|---|---|
| **In Person Road Show for Distributors and Top Local / Regional Chains** | Majestic Wine Happy Hour | December (2023) | ✓  Complete December 2023 |
| | NYC (Total) Wine Happy Hour – Fouquet | March | ✓  Complete 14 March 2024 |
| | NY Appearance | April | October 18 (NYCWFF + National Call with SGWS) |
| | NJ Appearance | April | In Discussion / Awaiting Avails |
| | South FL (1 Day) | May | Subject to future travel to market – replace with Virtual Tasting for now |
| | TX (2 Account Visits) | May | ✓  Complete 14 June 2024 |
| | Los Angeles (1 Day) | May | Subject to future travel to market – replace with Virtual Tasting for now |
| | Mid-West (IL) | TBC (Optional based on existing travel) | Subject to future travel to market – replace with Virtual Tasting for now |

70

BL-000038039_A



# NJ Happy Hour is Critical



- *Top 5 RTD Market in the US*

- *Surfside (RTD) will do <u>1.5MM cases</u> a year in NJ alone!*

- *Fedway, our distributor, is strong and dedicated to the brand*

- *Fedway invested along side us in Out of Home Advertising for the NJ Shore Launch this Summer*



71

BL-000038040_A

## Looking to execute virtual (Zoom) engagement in the coming months

2b. Betty Booze Glass Half Empty

| Ask | Target Month | Status |
|---|---|---|
| SGWS Executive Kick Off | March | ✓  Complete 27 March 2024 |
| FL Distributor Team (SGWS) | Late April – Early May | Awaiting Avails – may now replace with National Zoom on Oct 18 |
| CA Distributor Team (SGWS) | Late April – Early May | Awaiting Avails – may now replace with National Zoom on Oct 18 |
| IL Distributor Team (SGWS) | Late April – Early May | Awaiting Avails – may now replace with National Zoom on Oct 18 |
| National Retail Team (SGWS) | Late April – May | TBD |
| National On-Premise Team (SGWS) | Late April – May | TBD |
| NJ Distributor Team (Fedway) | Late April – May | In Discussion / Awaiting Avails – as an interim prior to in-person |
| MA Distributor Team (Horizon) | Late April – May | In Discussion / Awaiting Avails |
| GA Distributor Team (Empire) | Late April – May | In Discussion / Awaiting Avails |
| Total Wine "Meet the Maker" | July | October 8 |
| Whole Foods - National Buying & Marketing Team | n/a | TBD |
| Sprouts - National Buying & Marketing Team | n/a | TBD |

**Virtual Events for Distributors and Top National Chains (6 – 10 Virtual Tastings)**

72

BL-000038041_A

2b. Betty Booze Glass Half Empty

# VARIETY PACK HAS UNDERPERFORMED AT TOTAL WINE VS THE CATEGORY AVERAGE AS PERCENTAGE OF TOTAL BUSINESS



73

BL-000038042_A



# At Total Wine Betty Booze Variety Pack Under Performing vs Category Benchmarks as a Percentage of Total Business

2b. Betty Booze Glass Half Empty

**Category Retail 9L Cases**

155,789, 37%
267,113, 63%

■ Single Flavor  ■ Multi-Packs

**Betty Booze 9L Cases**

2,436, 22%
8,634, 78%

■ Single Flavor  ■ Multi-Packs

63% of RTD Sales are through variety packs at Total Wine, however, Betty Booze has seen slower adoption related to the variety pack since its launch in late May. Higher inventory levels of original skus at Total Wine explains a portion of this gap which adds noise in the data



BL-000038043_A

2b. Betty Booze Glass Half Empty

# LOSS OF MARKET SHARE
# AT
# TOTAL WINE



75

BL-000038044_A

# Betty Booze market share at Total Wine

2b. Betty Booze Glass Half Empty

## Market Share
## Launch to Year End 2023

| Brand | % Market Share of Top 10 |
|---|---|
| HIGH NOON COCKTAIL | 50% |
| CUTWATER COCKTAIL | 16% |
| NUTRL COCKTAIL | 7% |
| LONG DRINK COCKTAIL | 6% |
| Betty Booze | 6% |
| SURFSIDE COCKTAIL | 4% |
| MOM WATER COCKTAIL | 3% |
| SUNNY D COCKTAIL | 3% |
| BACARDI COCKTAIL | 2% |
| TWO CHICKS COCKTAIL | 2% |
| Total Top 10 | 100% |

Note: Total Wine and More, Nielsen data 6/25/23 – 12/31/23, Retail $ value

## Market Share
## Launch to Present

| Brand | % Market Share of Top 10 |
|---|---|
| HIGH NOON COCKTAIL | 49% |
| CUTWATER COCKTAIL | 16% |
| SURFSIDE COCKTAIL | 8% |
| NUTRL COCKTAIL | 7% |
| LONG DRINK COCKTAIL | 7% |
| Betty Booze | 4% |
| MOM WATER COCKTAIL | 3% |
| SUNNY D COCKTAIL | 3% |
| TWO CHICKS COCKTAIL | 2% |
| BACARDI COCKTAIL | 1% |
| Total Top 10 | 100% |

Note: Total Wine and More, Nielsen data 6/25/23 – 9/14/24, Retail $ value

A large portion of share for the whole category has been taken by Surfside (non-carbonated). Their volumes have exploded over the last 12 months



76

BL-000038045_A

2b. Betty Booze Glass Half Empty

# 2024 PLAN MISSED



CONFIDENTIAL

BL-000038046_A

## Velocity over the last 2 months has significantly decreased vs plan. The summer is the most important time for RTDs

**2b. Betty Booze Glass Half Empty**

The charts on this page are looking at Depletions – sales from our distributor to retailers. Our financial model is built off of Shipments – our sales to distributors



**2024 Cumulative Cases Sold by Month vs Plan**

■ Actual Case Velocity  ■ Forecasted Case Velocity

In August, our velocity significantly dropped off (hence plan gap)

The summer is RTD season – for competitive brands **nearly 50% of sales occur between May and August**

235 represents the number of Total Wine stores

| | | | | | Forecasted | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Accounts | 235 | 235 | 235 | 800 | 1,800 | 2,800 | 3,800 | 4,800 | 5,800 | 6,800 | 6,800 | 6,800 |
| Case Velocity | 1.5x | 1.8x | 2.8x | 0.7x | 0.9x | 1.3x | 1.3x | 1.3x | 1.1x | 0.8x | 0.6x | 1.1x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 |
| Cases Sold | 1,410 | 1,645 | 3,231 | 2,240 | 6,120 | 18,480 | 19,760 | 24,000 | 31,900 | 20,400 | 17,364 | 35,700 |
| Cumulative Cases Sold | 1,410 | 3,055 | 6,286 | 8,526 | 14,646 | 33,126 | 52,886 | 76,886 | 108,786 | 129,186 | 146,550 | 182,250 |

Case Velocity is based off of depletions (distributor sales to retailers)

| | | | | Actuals | | | | |
|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
| Accounts | 235 | 235 | 235 | 564 | 1,597 | 2,681 | 4,493 | 5,225 |
| Case Velocity | 1.0x | 1.5x | 1.7x | 1.4x | 2.1x | 0.8x | 0.6x | 0.4x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 |
| Cases Sold | 973 | 1,374 | 1,940 | 3,269 | 13,393 | 10,868 | 11,155 | 8,457 |
| Cumulative Cases Sold | 973 | 2,347 | 4,288 | 7,557 | 20,950 | 31,818 | 42,973 | 51,430 |

In September we surpassed 6,000 accounts sold

78

BL-000038047_A

# We have lowered our shipment forecast from 200k cases to 125k cases in 2024

**2b. Betty Booze Glass Half Empty**





- The lower forecast is a result of limited brand marketing to date thus far in 2024 impacting in store velocity as well as a later launch then anticipated with SGWS

- There is additional risk to this number as we have limited brand marketing engagement planned for the remained of the year

79

BL-000038048_A



# 2. (c) BOOZE GOAL AND ACTIONS

80

BL-000038049_A

2c. Betty Booze Goal and Actions

# WHAT IS OUR BUSINESS GOAL FOR BOOZE?



81

BL-000038050_A

2c. Betty Booze Goal and Actions



**$40MM sales ~1m cases Target Goal - 2026**





82

# WE NEED TO FISH WHERE THE FISH ARE



83

BL-000038052_A



2c. Betty Booze Goal and Actions

**Vodka is still by far the largest RTD category roughly 4x larger than Tequila (the second largest)**

**Vodka + Tea is responsible for ~33% of the entire category's growth**

**Vodka + Tea segment +200+% YoY**

**Non-carbonated cocktails account for ~60% of the category's growth**

**Betty Booze Vodka + Tea?**

8%
4%
5%
16%
67%

▪ Vodka  ▪ Tequila  ▪ Whiskey  ▪ Gin  ▪ Other



84

BL-000038053_A

# KEY TO INNOVATE INTO
# VODKA BASED RTD'S INCLUDING
# NON-CARBONATED TEAS



85

BL-000038054_A

# Why Vodka as an ingredient?

**2c. Betty Booze Goal and Actions**







- **Neutral flavor**: Vodka's neutral flavor means it won't overpower the other flavors of your dish/drink allowing the other flavors to shine

- **Emulsifies:** Vodka can act as a natural emulsifier, helping to keep liquids together that would otherwise separate when mixed, *like in everyone's favorite Spicy Rigatoni Vodka* – with possible collab with Mario Carbone

- **Enhancing Flavor:** Vodka also brings a subtle umami flavor and a silky mouthfeel providing a balance to certain flavor profiles (including balancing sweetness).

86

CONFIDENTIAL

2c. Betty Booze Goal and Actions



# Why Tea as an ingredient?

- Black tea brings bold layered herbal flavors.

- Allows us to leverage and highlight some of our signature flavors including **Meyer Lemon** and **Agave**

- Marketing opportunity as **"Betty Palmer"**



87

BL-000038056_A

2c. Betty Booze Goal and Actions

# NEED TO HAVE CONSISTENT AND ONGOING ENGAGEMENT TO DRIVE SEARCH INTEREST



88

BL-000038057_A







89

BL-000038058_A

*In addition to Tentpoles, Launch Betty B Influencer Program*

*(can include -covering both Booze and Buzz)*

*to drive always-on engagement*



90

BL-000038059_A

2c. Betty Booze Goal and Actions

# NEED TO DO SOME STUNTY STUFF
# WITH BOOZE



91

BL-000038060_A

2c. Betty Booze Goal and Actions



**IN THE WILD WITH BOOZE**

**Redacted - Non-Responsive**



92

2c. Betty Booze Goal and Actions

# NEED TO BETTER UNDERSTAND OUR CUSTOMER



93

CONFIDENTIAL



BL-000038063_A

2c. Betty Booze Goal and Actions

# NEED TO BETTER TO UNDERSTAND SKU MIX



95

BL-000038064_A

**Based On Current Depletions It Is Too Early To Tell SKU Performance For Future SKU Optimization**

2c. Betty Booze Goal and Actions



The chart on this page is looking at Depletions – sales from our distributor to retailers

- Tequila Variety Pack
- Sparkling Tequila Smoky Pineapple
- Tequila with Lime Shiso

- Bourbon with Apple Ginger Sour Cherry
- Bourbon with Oak Smoked Lemonade
- Sparkling Tequila with Oak Smoked Lemonade

96

BL-000038065_A

2c. Betty Booze Goal and Actions

# NEED TO FOCUS ALL-IN ON TRADE!



97

BL-000038066_A

**Pyramid of Trade Priorities:**



2c. Betty Booze Goal and Actions

*Evangelize key gatekeepers – touching 1000s of sales personnel (top to bottom)*

*Note – Our engagement plan is to follow*

98



BL-000038067_A

2c. Betty Booze Goal and Actions

# WE NEED TO GROW DISTRIBUTION



99



# Velocity and Distribution Growth Will Allow us to Achieve our 2025 Goal

**2c. Betty Booze Goal and Actions**

### 2025 Accounts Sold and Cases Sold by Month

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts | 7,000 | 7,500 | 8,000 | 9,000 | 10,000 | 11,000 | 11,500 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Case Velocity | 0.9x | 1.2x | 2.1x | 2.8x | 7.2x | 10.0x | 11.0x | 8.8x | 6.4x | 4.4x | 3.2x | 4.0x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 |
| Cases Sold | 4,200 | 6,000 | 14,000 | 16,800 | 48,000 | 91,667 | 84,333 | 70,400 | 64,000 | 35,200 | 25,600 | 40,000 |
| Cumulative Cases Sold | 4,200 | 10,200 | 24,200 | 41,000 | 89,000 | 180,667 | 265,000 | 335,400 | 399,400 | 434,600 | 460,200 | 500,200 |

- Impacting the summer for RTDs is paramount – Summer is equivalent to OND for traditional spirits
- An additional 4k accounts along with stronger velocity is needed next year to achieve our 2025 goal



100

BL-000038069_A

# 2026 - The Path to Achieve 1MM Cases...

**2c. Betty Booze Goal and Actions**



**2026 Accounts Sold and Cases Sold by Month**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts | 12,000 | 12,500 | 13,000 | 13,500 | 14,000 | 14,500 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Case Velocity | 0.2x | 0.3x | 0.5x | 0.7x | 1.8x | 2.5x | 2.8x | 2.2x | 1.6x | 1.1x | 0.8x | 1.0x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 |
| **Cases Sold** | 11,003 | 15,282 | 34,768 | 38,512 | 102,698 | 184,663 | 168,107 | 134,486 | 122,260 | 67,243 | 48,904 | 76,412 |
| **Cumulative Cases Sold** | 11,003 | 26,286 | 61,054 | 99,565 | 202,264 | 386,927 | 555,034 | 689,520 | 811,780 | 879,023 | 927,927 | 1,004,339 |



- Velocity during the summer is critical to achieve our plan of 1mm cases
- Strong velocity will drive volume as well as account growth

101

BL-000038070_A

**2c. Betty Booze Goal and Actions**

## Achieving 15,000+ accounts will not be easy

## The most efficient path is through chain authorizations

## Leveraging BL in buyer engagement will fast track listings in these chains as we did with Betty Buzz and RR on Aviation



102

BL-000038071_A

# Below are our top chain targets for next year

**2c. Betty Booze Goal and Actions**

## These accounts have hundreds to thousands of locations nationally

| Expand Current Distribution | New Listings |
|---|---|














103

BL-000038072_A

# What do we need to win in
# 2025 & 2026 from BL/MEM?



104

BL-000038073_A

2c. Betty Booze Goal and Actions

# KEY IS TO FOCUS ON <u>TRADE ENGAGEMENT</u>



105

CONFIDENTIAL

BL-000038074_A

# What do we need to win in 2025 & 2026 from BL/MEM?

2c. Betty Booze Goal and Actions

- Dinner with [Redacted - Non-Responsive] (in New York or Miami ASAP)

- 4 Tentpole moments during key selling weeks (MEM / BL)

- Booze / Buzz seen in the wild

- BL social media UGC/influencer resharing

- 10 trade zooms per year (20 mins per zoom)

- 10-20 of selfie audio notes per month (20 mins per month)

- 3 in-person Happy Hours (Meet and Greet) per year – for key accounts in key markets e.g. NY, CA, FL, TX, NJ, IL, MA (45 mins x 3)



106



# 3. BETTY BUZZ

107

BL-000038076_A



# 3. (a) BETTY BUZZ GLASS HALF FULL

108

CONFIDENTIAL

BL-000038077_A

3a. Betty Buzz Glass Half Full

# BL AS FOUNDER WITH MASSIVE GLOBAL AUDIENCE



109

BL-000038078_A





BL-000038079_A



3a. Betty Buzz Glass Half Full

# BUZZ PERFORMANCE AT WHOLEFOODS



112

BL-000038081_A

# Betty Buzz x Whole Foods Partnership



3a. Betty Buzz Glass Half Full











- **Whole Foods is one of our top US Retail partners - selling almost 25,000 cases in 2023 (600,000 bottles)!**

- **Whole Foods is expected to do 44,000 cases in 2024 +76% YoY. Outside of Amazon, Whole Foods is our largest customer with ~20% of our overall Betty Buzz business**

- Our Whole Foods UK & Canada partnership has been just as strong

113

BL-000038082_A

# Whole Foods Head Global Buyer Visited Our Office in June

3a. Betty Buzz Glass Half Full

**Redacted - Non-Responsive**

- The Whole Foods head global beverage buyer spent several hours our office in June

- The buyer is a massive supporter of the brand

- She is committed to growing the partnership

114

BL-000038083_A



**Betty Buzz @ Whole Foods – Strong growth vs. 2023**
**We are selling +73% Units/Store/Week more than a year ago**

3a. Betty Buzz Glass Half Full

| | YTD 2024 | YTD 2023 | +/- % |
|---|---|---|---|
| $ Sales | $1,210,643 | $685,583 | 77% |
| Units/Store/Week/SKU | 2.4x | 1.4x | 73% |

Note: Whole Foods sell through Data
Note: Nielsen YTD week-ending Aug 31st 2024

115

BL-000038084_A

3a. Betty Buzz Glass Half Full

# Business Outside of Whole Foods is Also Growing



116

BL-000038085_A

# Performance at Safeway/Albertsons has slightly improved since we swapped Tonic for Grapefruit

3a. Betty Buzz Glass Half Full



| | Last 8 Weeks | Last 8 Week YAGO | +/- % |
|---|---|---|---|
| $ Sales | $167,695 | $139,803 | 20% |
| Units/Store/Week/SKU | 0.7x | 0.6x | 17% |

Earlier this year the buyer for Safeway/Albertsons, gave us the opportunity to swap Grapefruit (our best performing SKU) for Tonic (our worst performing SKU). Since then, we have seen a healthy increase in the business

Note: Safeway/Albertsons sell through Data
Note: Nielsen, Last 8-weeks ending, Aug 31st, 2024

117

BL-000038086_A



# Through August – Shipments have been impressive

3a. Betty Buzz Glass Half Full

|  | YTD 2024 | YTD 2023 | +/- % |
|---|---|---|---|
| UNFI | 42,464 | 39,720 | 7% |
| KeHe | 38,170 | 29,340 | 30% |
| Amazon | 22,523 | 12,092 | 86% |
| Canada | 18,917 | – | – |
| Total Wine | 10,185 | 4,455 | 129% |
| Misfits | 7,515 | 2,100 | 258% |
| UK | 8,257 | 1,630 | 407% |
| Darden | 6,840 | 3,690 | 85% |
| On-Premise Distributor | 5,300 | 6,847 | (23%) |
| Hy-Vee | 2,160 | 2,070 | 4% |
| Other | 2,834 | 15,434 | (82%) |
| **Total** | **165,165** | **117,378** | **41%** |

- UNFI – is predominately led by Whole Foods
- KeHe – is led by Safeway/Albertsons. Growth in 2024 is led by our swap of Grapefruit for Tonic
- Amazon – Growth from a full year of having the business (launched July 2023)
- Canada – new business – we partnered with Sobey's and Whole Foods
- Total Wine – artificially low number in 2023 as their inventory levels were high heading into 2023
- Misfits – Launched Summer 2023
- Other – includes Publix and Kroger shipments in 2023 – we were discontinued in 2023



Note: Betty Buzz shipment data through August

118

BL-000038087_A



# Grapefruit is driving growth for the brand

| | YTD 2024 | YTD 2023 | +/- % |
|---|---|---|---|
| Grapefruit | 50,701 | 24,866 | 104% |
| Lemon Lime | 40,324 | 29,920 | 35% |
| Ginger Beer | 39,484 | 35,822 | 10% |
| Meyer Lemon | 17,060 | 11,969 | 43% |
| Tonic | 13,850 | 14,802 | (6%) |
| Apple Ginger Mocktail | 2,061 | – | – |
| Oak Lemonade Mocktail | 1,685 | – | – |
| **Total** | **165,165** | **117,378** | **41%** |

- Grapefruit's growth is due to our new listing at Safeway/Albertsons as well as Amazon and expanded distribution with Darden and Canada

- Lemon Lime is driven by Whole Foods

- Tonic will continue to lose volume as we swapped Tonic for Grapefruit at Safeway/Albertsons
  - Currently the only major accounts that have Tonic are Whole Foods, Sprouts and Total Wine



Note: Betty Buzz shipment data through August

119

BL-000038088_A

3a. Betty Buzz Glass Half Full

# BUZZ PERFORMANCE ON AMAZON



120

CONFIDENTIAL

BL-000038089_A



# Betty Buzz 2024  amazon

3a. Betty Buzz Glass Half Full

**FOCUS PERIOD July Prime Day**
*Supported with Blake Content, Media & PR*



**FOCUS PERIOD**
Oct Deals Day

→ Limited 360 Activation due to recent events

**FOCUS PERIOD Nov & Dec Holidays**
*Supported with Media & PR*

| Always On PR & Media | | | | | | | Always On | | | | |

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

|  | 2023 Full Year | 2024 YTD | 2024 Full Year |
|---|---|---|---|
| Net Revenue (MM's) | $1.36 | $1.45 | $2.49 |
| Digital Ad Spend (MM's) | $0.69 | $0.34 | $0.47 |
| ROAS | 2.0x ➡ | 4.3x | 5.3x |

**2024 YTD Review**

➢ 2024 YTD sales have equaled 2023 sales with HALF the digital dollars spent
➢ 2024 YTD ROAS is over twice 2023 levels
➢ Mocktails launch was a success (see following slides)
➢ Plan assumed a significant ramp in ROAS from August
➢ However reduced brand marketing and lack of 360 Activation especially during October for Deals Day is likely to impact Full Year performance
➢ Amazon SKU mix on following page

121

3a. Betty Buzz Glass Half Full

# EARLY SIGNS OF POSITIVE TRACTION WITH MOCKTAILS



122

BL-000038091_A



# Mocktails have shown early promise on Amazon and could provide an avenue for growth in the future

3a. Betty Buzz Glass Half Full

**While still early days, the two mocktail flavors represented 22% of sales in August on Amazon (42% in July due to the Prime Day feature and push)**

We will monitor repeat rates and assess both the size of the opportunity and potential unit economics in retail and on-premise for the Mocktails for future deployment

Asahi, Suntory, Constellation have all mentioned their interest in the Mocktails category

Currently mocktails are not a deep market...but it's growing...



Units Sold
by Flavor Profile

August 2024

9%
18%
12%
13%
13%
10%
3%
9%
15%

- ○ Citrus Variety - Cans
- ● Citrus Variety - Bottles
- ◐ Sparkling Grapefruit
- ◓ Sparkling Lemon Lime
- ○ Original Variety
- ◑ Ginger Beer
- ● Tonic Water
- ○ Lemon Club Soda
- ◑ Apple Ginger Sour Cherry
- ◓ Oak Smoked Lemonade

**61% of YTD Business on Amazon is through Cans vs just 25% last year**

**Original variety pack (Tonic, Ginger Beer and Lemon Lime) and Tonic Water (standalone) are underperforming on Amazon and we are looking to cycle through current inventory and exit these SKUs on Amazon**



*Can design is being updated and new flavor names and colors are FPO

123

BL-000038092_A

3a. Betty Buzz Glass Half Full

# PERFORMANCE AT DARDEN



124

CONFIDENTIAL

BL-000038093_A

## Betty Buzz X Darden Overview and Recap

3a. Betty Buzz Glass Half Full



**GRAPEFRUIT PALOMA**

11.29   200 cal



**BETTY BUZZ GRAPEFRUIT SODA**

6.99



PATRÓN PALOMA
16   210 cal

Noble Paloma

Casa Noble Reposado Tequila, lime juice, coconut, Betty Buzz Grapefruit Soda, hibiscus chili lime salt.

**Betty Buzz Sparkling Grapefruit is listed on the menu at three Darden chains nationally:**

- **Yard House – 88 Locations**
- **Seasons 52 – 42 Locations**
- **Capital Grille – 60 Locations**

**Betty Buzz and Darden partnership has been a success – on track to deliver over 10,000+ physical cases in 2024**

- **2x 2023 Volume**

125

BL-000038094_A

3a. Betty Buzz Glass Half Full

# INTERNATIONAL MARKETS ROLL OUT
# HAS PROMISE FOR THE FUTURE



126

BL-000038095_A



# Betty Buzz: International

 3a. Betty Buzz Glass Half Full

## *14% of Total Betty Buzz Business in 2024*

Early indicators show good velocity vs competition, however we are keeping investment and ambition simple and limited to avoid distraction from US market

    

### *UK - 330ml cans*   *Canada - 9oz Glass*   *France  - 330ml cans*

 

 

 



 



127

BL-000038096_A