# Exhibit 268-3

# 2024 Key Partners



3a. Betty Buzz Glass Half Full

### Mark and Spencer Launch



### Whole Foods UK Summer



### Le Grand Epicerie



### Deliveroo Launch



### Sobeys Launch



### Majestic Launch



CONFIDENTIAL

BL-000038097_A



# Where we are winning Value vs Volume ...

3a. Betty Buzz Glass Half Full



- Betty Buzz pricing on average is 1.5x competitors (Fever Tree and San Pelligrino)

- We are not beating our competitors when it comes to volume sales.

- However, Betty Buzz competes on $ Value sales against our competitive set (e.g. Majestic UK $ sales of Betty Buzz Ginger Beer are in line with Fever-Tree Ginger Beer.



*Majestic Wines sale data

STRICTLY CONFIDENTIAL          129

BL-000038098_A



# 3. (b) BETTY BUZZ GLASS HALF EMPTY

130

CONFIDENTIAL

3b. Betty Buzz Glass Half Empty

# PRODUCT MARKET FIT IS UNCLEAR



131

BL-000038100_A

 **Lack of Product Market Fit at scale as a Premium Mixer**

3b. Betty Buzz Glass Half Empty

## Premium Mixers

**Market Leaders**

 

**Betty Buzz Custom 9oz Bottles**

    

- We were born as more than a premium mixer
- However, after 3 years in the market, we have established ourselves as the no. 3 in the premium mixer market and have not made sufficient in-roads into eroding Fever-Tree and Q share
- As the market is relatively small (sub-$500m) and price sensitive, limited value of no. 3
- Further, Fever Tree is now valued at 40% of its 2023 Market Cap (Current Market Cap $1.5bn). Q Mixers has spent Tens of Millions of Dollars with no exit in sight

132

BL-000038101_A



# Lack of Product Market Fit at scale as a Sparkling Non-Alc "Refreshment"

**3b. Betty Buzz Glass Half Empty**

### Sparkling Non-Alc "Refreshment"

**Market Leaders**



**Betty Buzz 12oz Cans**



- Functional brands like Olipop and Poppi are dominating the premium sparkling non-alc refreshment category (priced at $7.99 for 4-pack)
  - They are marketed as the healthier version of classic sodas
- Both Olipop and Poppi have invested several tens of millions of dollar capital to scale in retail and on Amazon (reached $200+mm in gross sales and have not been acquired yet)
- It is a very challenging category, and we do not want to play in it



133

BL-000038102_A



# Product Market Fit in Mocktails is unclear at this early stage

**3b. Betty Buzz Glass Half Empty**

## Mocktails

**Key Players**



- Competitor brands have adaptogens to add a functional / mood management claim (e.g. Kin, De Soi)

- The use of "mood management" claims has led to a premium price ($16 per 4-pack)

- While Betty Buzz Mocktails have shown some early signs of traction on Amazon, the depth and scale of the opportunity is uncertain – we are exploring a Limited Time (12 week) Offer with a premium retailer (e.g. Whole Foods, Sprouts) at a $12 per 4-pack price point to test the waters

134

BL-000038103_A

3b. Betty Buzz Glass Half Empty

# LOW MARGIN /
# UNIT ECONOMICS CURRENTLY



135

CONFIDENTIAL

BL-000038104_A



## Unit Economics for Betty Buzz remains challenging especially in the Distributor Channel

3b. Betty Buzz Glass Half Empty

| $/case | Betty Buzz 9oz Direct (e.g. Total Wine, Darden) | Betty Buzz 9oz Distributor (e.g. Whole Foods) | Betty Buzz 9oz Amazon | Betty Buzz 12oz Amazon | Betty Buzz 12oz (Mocktails) Amazon | Betty Booze (All SKUs) |
|---|---|---|---|---|---|---|
| **% of Buzz Net Revenue** | **10%** | **50%** | **20%** | **20%** | **n.a.** | **n/a** |
| *GP Margin* | 43% | 28% | 64% | 72% | 64% | 48% |
| *GP% post Sales & Distribution & Broker Fees %* | 25% | 0% | 14% | 19% | 17% | 38% |

Note:
Betty Buzz Direct business opportunity is limited at our current scale but the right strategic could leverage their overall scale to transition the distributor business and drive synergies
Betty Booze unit economics excludes Best Bev Incentive benefit



136

BL-000038105_A

**3b. Betty Buzz Glass Half Empty**

# CANNOT REPLACE GLASS
# WITH CANS



137

BL-000038106_A



# Real Ingredients Weigh Down Margin

**3b. Betty Buzz Glass Half Empty**

- Swapping Glass for Cans is not the answer as retailers see the glass as a differentiator.

- Additionally, we would have to pay additional listing fees.

- We are not able to compete with other brands that are in cans because of high liquid costs
  - Our high juice content and real ingredients make achieving a competitive price point extremely difficult
  - Competitive brands use Stevia vs Agave (Olipop & Poppi) to save money on COGS or use juice flavoring instead of real juice  (Fever Tree 7.5% juice in their Grapefruit vs 24% in our Grapefruit)



138

BL-000038107_A

3b. Betty Buzz Glass Half Empty

# LIMITED SHORT-TERM OPPORTUNITIES TO IMPROVE UNIT ECONOMICS



139

BL-000038108_A



**3. Betty Buzz**

**Potential levers for margin enhancement are primarily dependent on substantial volume increases which our current business plan does not anticipate:**

Price – Given the 40-50% premium to other premium mixer brands, retailers have raised concerns with any further price increases. However, on a cost per ounce we are comparable with Fever Tree

Promotion – Most retailers have a minimum requirement for a yearly promotional calendar and we have generally scaled down to the minimum levels.

COGS – Higher volumes (c. 200k cases per production site) are needed to materially benefit from volume breaks. We have taken action where possible including insourcing a number of ingredients purchases to benefit from scale benefit across Buzz and Booze e.g. Agave, Ginger juice, Meyer Lemon juice, etc.



140

BL-000038109_A

# COST OF KEEPING BUZZ



141

BL-000038110_A

**3b. Betty Buzz Glass Half Empty**

At a Brand Level – Betty Buzz becomes "self-efficient" (CAAP neutral) at 400k cases (~$13mm of net revenue). Approx double our current business.

We anticipate another **$1-2mm** per year needs to be spend on the brand in 2025-2027 to get it to that level

Keeping Buzz creates optionality to pursue the "no and low" macro thesis - a potential attraction for a buyer



*CAAP Neutral*

**$13MM net revenue ~400k cases**

Note: CAAP stands for Contribution After Advertising and Promotion – Gross Profit less A&P. Redacted - Non-Responsive

Note: Does not include full Betty B SG&A

BL-000038111_A

**3b. Betty Buzz Glass Half Empty**

# COST OF CLOSING BUZZ



143

BL-000038112_A



3b. Betty Buzz Glass Half Empty

- Given the cost of running Betty Buzz and its uncertain exit opportunities we have considered a possible scenario where we wind down Betty Buzz during 2024 (i.e. stop selling and marketing) and focus our limited resources both dollar and human to Betty Booze alone

- Estimated Costs for "Soft Landing" - $2.0mm
  - Dollars to be spent on wind down of committed marketing spends ($0.7mm), product discounting/returns/destruction ($1.0mm), misc. SG&A ($300k)

- Most contracts, both customer and vendor, have 90-day notice periods
  - If we were to make that decision, we would have to give notice and we expect a period of 180 days to fully wind down the business. This will involve:
    - Product returns
    - Cleaning up A/R and A/P
    - Wind down committed marketing spends



144

BL-000038113_A

**3b. Betty Buzz Glass Half Empty**

# PRODUCTION SCHEDULE IS BUILT TO PLAN AND GIVEN PRODUCT WITH A FINITE
# SHELF-LIFE, WORKING CAPITAL MANAGEMENT IS CHALLENGING & THERE IS RISK OF INVENTORY WRITE OFF



145

BL-000038114_A

## After Peaking in H1 2023, it has taken us 12 months to bring down our inventory levels to a more normalized level

3b. Betty Buzz Glass Half Empty



Days of Sales in Inventory (US 9oz Bottles)

- Our co-packers for Betty Buzz 9oz need us to commit to production 90 days out

- We also have to submit a rolling 12 month forecast to hold a tentative place on the production line schedules

- Customers order with 21-day lead times and most distributors for soft drinks demand 75% of shelf life remaining when we sell-in i.e. we typically only have 90-120 days to sell stock after production

- We started ramping inventory for 9oz glass for Betty Buzz during 2022 to meet our initial business plan for Betty Buzz with inventory days peaking during H1 2023 when we were building inventory to support the Publix listing (largest customer for Fever Tree in the US)

- As we have scaled back our ambition with Betty Buzz, it has taken several quarters to work down the inventory levels and we are finally getting to a more normalized level of inventory in H2 2024

- We are now keeping production schedules extremely tight and are forecasting modest growth assumption

146

BL-000038115_A



# 3. (c) BETTY BUZZ CURRENT STRATEGY

147

CONFIDENTIAL

BL-000038116_A

**3c. Betty Buzz Current Strategy**

# RATIONALE FOR KEEPING BUZZ



148

BL-000038117_A



- Supports Low and No Macro thesis

- Complements BL as founder

- Wind down will likely create noise and negative PR

# Redacted - Non-Responsive



149

BL-000038118_A

# Redacted - Non-Responsive

CONFIDENTIAL

BL-000038119_A

# Redacted - Non-Responsive

CONFIDENTIAL

# CURRENT STRATEGY



152

BL-000038121_A





**"Hold Serve"**
*Upside Potential to Achieve*
*$75MM of Revenue in 5 Years*

**Limit Investment – Human and $ Capital – for Modest Growth**
**With potential upside (see appendix)**



153

BL-000038122_A



## 4. Betty B COMPANY
## BUSINESS PLAN AND CAPITAL NEED

154

BL-000038123_A

# Betty B Holdings P&L

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 228,299 | 352,000 | 776,250 | 1,332,154 | 1,780,799 | 2,305,547 |
| | | | | | | |
| Gross Revenue | $8,210,150 | $13,867,290 | $32,580,779 | $57,027,129 | $76,873,459 | $100,035,573 |
| Discounting | (1,296,023) | (1,746,901) | (3,461,967) | (5,959,095) | (7,695,129) | (9,984,324) |
| Early Payment | (56,238) | (53,360) | (59,708) | (71,650) | (85,980) | (103,175) |
| Slotting | (174,666) | (145,406) | (144,046) | (172,855) | (207,426) | (248,911) |
| FET | (109,496) | (337,500) | (1,350,000) | (2,700,000) | (3,780,000) | (5,027,400) |
| **Net Revenue** | **$6,573,726** | **$11,584,123** | **$27,565,058** | **$48,123,530** | **$65,104,925** | **$84,671,763** |
| COGS | $3,224,076 | $5,510,915 | $13,834,776 | $23,421,464 | $30,391,935 | $38,064,845 |
| COGS - Logistics | 356,771 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 |
| Total COGS | $3,580,848 | $5,655,975 | $13,979,776 | $23,566,464 | $30,536,935 | $38,209,845 |
| **Gross Profit** | **$2,992,878** | **$5,928,148** | **$13,585,282** | **$24,557,066** | **$34,567,990** | **$46,461,918** |
| Gross Profit Margin % | 46% | 51% | 49% | 51% | 53% | 55% |
| A&P | $4,672,096 | $6,200,000 | $7,600,000 | $9,600,000 | $11,600,000 | $12,600,000 |
| Selling & Distribution | 1,955,883 | 2,256,105 | 4,110,230 | 6,408,107 | 8,269,809 | 10,341,271 |
| **Total CAAP** | **($3,635,100)** | **($2,527,957)** | **$1,875,052** | **$8,548,959** | **$14,698,181** | **$23,520,647** |
| Salaries | $4,122,289 | $3,419,726 | $3,211,825 | $3,276,062 | $3,341,583 | $3,441,830 |
| Payroll Taxes | 191,448 | 244,490 | 227,858 | 232,415 | 237,063 | 244,175 |
| Benefits & Insurance | 270,849 | 322,104 | 334,094 | 340,776 | 347,591 | 358,019 |
| T&E | 690,530 | 477,474 | 480,306 | 489,912 | 499,710 | 514,701 |
| Total Salaries and T&E | $5,275,116 | $4,463,795 | $4,254,083 | $4,339,164 | $4,425,948 | $4,558,726 |
| Accounting | $160,083 | $100,000 | $102,500 | $104,550 | $106,641 | $108,774 |
| Company Insurance | 127,956 | 142,000 | 145,550 | 148,461 | 151,430 | 154,459 |
| IT | 247,985 | 200,000 | 205,000 | 209,100 | 213,282 | 217,548 |
| Legal | 414,955 | 180,000 | 184,500 | 188,190 | 191,954 | 195,793 |
| Office Expense | 140,126 | 197,500 | 202,438 | 206,486 | 210,616 | 214,828 |
| Broker Fees | 279,257 | 719,638 | 903,206 | 1,301,622 | 1,658,494 | 2,089,471 |
| Consultants | 212,508 | 220,000 | 165,000 | 168,300 | 171,666 | 175,099 |
| Consultants - Sales Mgt | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| Consultants - Digital | 169,815 | 200,000 | 205,000 | 209,100 | 213,282 | 217,548 |
| Processing Fees | 26,908 | 44,500 | 45,613 | 46,525 | 47,455 | 48,404 |
| Research and Development | 133,161 | 125,000 | 128,125 | 130,688 | 133,301 | 135,967 |
| Other SG&A | $2,092,754 | $2,308,638 | $2,466,931 | $2,893,021 | $3,278,122 | $3,737,891 |
| **EBITDA** | **($11,002,970)** | **($9,300,389)** | **($4,845,961)** | **$1,316,773** | **$6,994,112** | **$15,224,030** |

- Betty Booze achieves 1mm cases

- Salaries and other overhead costs decrease in 2024 due to sharing costs with Redacted - Non-Responsive Redacted - Non-Responsive

- Accounting and Legal fees were high in 2023 due to revising the company's corporate structure to accommodate investor flexibility in alcohol

- See appendix for brand level income statements

Betty B is cash flow positive

155

# Current business plan requires $10mm plus repayment of debt

4. Betty B Company Business Plan and Capital Need

| Cash Flow Projections | 2023A | 2024LE | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| **Cash Flow** | | | | | | |
| EBITDA | ($11,002,970) | ($9,300,389) | ($4,845,961) | $1,316,773 | $6,994,112 | $15,224,030 |
| (Increase) / Decrease in Working Capital | (1,197,837) | 426,910 | (2,618,668) | (2,502,704) | (1,840,202) | (2,918,591) |
| Cash Flow from Operations | ($12,870,377) | ($8,873,479) | ($7,464,629) | ($1,185,931) | 5,153,910 | $12,305,438 |
| Capital Expenditure | $0 | $0 | $0 | $0 | $0 | $0 |
| **FCF** | **($12,870,377)** | **($8,873,479)** | **($7,464,629)** | **($1,185,931)** | **$5,153,910** | **$12,305,438** |
| | | | | | | |
| Beginning Cash Balance | $10,249,481 | $453,104 | $8,217,125 | $227,496 | $854,065 | $3,895,475 |
| FCF | (12,870,377) | (8,873,479) | (7,464,629) | (1,185,931) | 5,153,910 | 12,305,438 |
| Equity Infusion | A 3,074,000 | C 10,000,000 | 0 | D 7,000,000 | 0 | 0 |
| Loan | 0 | B 7,000,000 | 0 | E 2,000,000 | 0 | 0 |
| Interest on Loan | | (362,500) | (525,000) | (187,500) | (112,500) | 0 |
| Repayment of Loan | 0 | 0 | 0 | (7,000,000) | (2,000,000) | 0 |
| Ending Cash Balance | $453,104 | $8,217,125 | $227,496 | $854,065 | $3,895,475 | $16,200,913 |

A & B  Completed

**C**

**2024 Q4**
- Funding: $10mm Equity Capital
- Anticipated Closing: Oct 31st 2024
- Uses of Funds: Growth Capital
- Redacted - Non-Responsive
- Runway: Mar 2026

**D**

**2026 H1**
- Funding: $7mm Equity Capital
- Anticipated Closing: Q2 2026
- Uses of Funds: Repayment of existing shareholder debt
- Source: TBD

**E**

**2026 Q2**
- Funding: Revolver $2mm Revolving Loan facility
- Anticipated Closing: Q2 2026
- Uses of Funds: Working capital needs
- Source: Banking Line of Credit
- Runway: Fully Funded

156

BL-000038125_A

# Betty B needs to close $10mm by the end of October



157

BL-000038126_A

## Betty B Cash Need is Largely Determined by the Success of Betty Booze

4. Betty B Company Business Plan and Capital Need

| Betty Booze Cases Sold | 500,000 (Current Modeled Scenario) | 450,000 | 400,000 | 350,000 | 300,000 |
|---|---|---|---|---|---|
| Betty Booze Net Revenue | $18,598,500 | $16,738,650 | $14,878,800 | $13,018,950 | $11,159,100 |
| Betty B Cash Need | $12,000,000 | $12,700,000 | $13,400,000 | $14,100,000 | $14,800,000 |
| Delta vs Current Projections | – | $700,000 | $1,400,000 | $2,100,000 | $2,800,000 |

Assuming we maintain the same level of forecasted A&P spends for every 50k 9L cases we are short of our Betty Booze goal the business will require an additional $700k



158

BL-000038127_A

# Betty B Holdings Balance Sheet

4. Betty B Company Business Plan and Capital Need

| Balance Sheet | 2023A | 2024LE | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Current Assets: | | | | | | |
| Excess Cash | $453,104 | $8,217,125 | $227,496 | $854,065 | $3,895,475 | $16,200,913 |
| Accounts Receivable | 1,355,294 | 1,487,834 | 4,155,713 | 7,321,115 | 9,894,554 | 12,894,118 |
| Inventory | 3,046,650 | 1,905,277 | 2,657,514 | 2,296,054 | 2,997,585 | 3,766,825 |
| Prepaid expenses | 35,041 | 35,041 | 35,041 | 35,041 | 35,041 | 35,041 |
| Total Current Assets | $4,890,089 | $11,645,277 | $7,075,763 | $10,506,275 | $16,822,655 | $32,896,897 |
| Property, Plant and Equipment | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 |
| Total Non-Current Assets | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 |
| Total Assets | $5,980,710 | $12,735,898 | $8,166,384 | $11,596,896 | $17,913,276 | $33,987,518 |
| Current Liabilities: | | | | | | |
| Accounts Payable | $2,347,194 | $1,765,271 | $2,566,719 | $2,867,958 | $4,302,725 | $5,152,938 |
| Accrued Liabilities | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 |
| Total Current Liabilities | $2,569,578 | $1,987,655 | $2,789,103 | $3,090,342 | $4,525,109 | $5,375,322 |
| Loan Payable | $0 | $7,000,000 | $7,000,000 | $2,000,000 | $0 | $0 |
| Total Non-Current Liabilities | $0 | $7,000,000 | $7,000,000 | $2,000,000 | $0 | $0 |
| Total Liabilities | $2,569,578 | $8,987,655 | $9,789,103 | $5,090,342 | $4,525,109 | $5,375,322 |
| Shareholders Equity: | | | | | | |
| Class A | $24,268,917 | $34,268,917 | $34,268,917 | $41,268,917 | $41,268,917 | $41,268,917 |
| Retained Earnings | (20,857,785) | (30,520,675) | (35,891,636) | (34,762,362) | (27,880,751) | (12,656,721) |
| Total Shareholders Equity | $3,411,132 | $3,748,242 | ($1,622,719) | $6,506,555 | $13,388,166 | $28,612,196 |
| Total Liabilities and Shareholders' Equity | $5,980,710 | $12,735,898 | $8,166,384 | $11,596,896 | $17,913,276 | $33,987,518 |



159

BL-000038128_A



5. Betty B COMPANY TEAM

160

CONFIDENTIAL

BL-000038129_A



- Betty B Company has 5 dedicated employees

  - CEO, CMO, Senior Brand Manager, VP of Supply Chain and Director Supply Chain (working across both Buzz and Booze)

  - We have identified a potential new CMO

- Betty B benefits enormously from sharing resources with | Redacted - Non-Responsive | – greatly lowering our required investment needed to be a national brand.  This setup allows the brand to have national coverage with 25 employees for the equivalent cost of <15 FTE's (a national brand requires minimum national coverage of this nature).  No additional hiring is planned



161

BL-000038130_A



# 6. IMPACT OF RECENT EVENTS

162

BL-000038131_A



**6. Impact of Recent Events**

## Negative sentiment has primarily centered on social, with negative sentiment reducing recently

### August 2024 onwards Social Sentiment Tracker

**SENTIMENT KEY**

| | |
|---|---|
| GREEN | No negative comments |
| YELLOW | Insignificant, Very Few, Negative-neutral comments |
| ORANGE | As many negative comments as positive comments |
| RED | Overwhelmingly negative |

| Handle | Post | Date | # of Likes | # of Comments | # of Negative | Percentage (Negative Overall) | Percentage (Negative Comments) | Reason for Negativity | Sentiment |
|---|---|---|---|---|---|---|---|---|---|
| BOTH | IEWU Premiere | 08/07/2024 | 1780 | 411 | 310+ | 14% | 75% | Domestic Violence Advocacy in connection with Booze (tone-deaf) | |
| BOTH | Betty Blooms Carousel | 08/08/2024 | 4396 | 106 | 86 | 2% | 81% | Domestic Violence Advocacy in connection with Booze (tone-deaf) | |
| @bettybuzz | Betty Blooms Floral Arrangement | 08/08/2024 | 834 | 32 | 20 | 2% | 62% | DV/Team Justin | |
| BOTH | Betty Blooms Reel | 08/09/2024 | 750 | 113 | 90 | 10% | 79% | Domestic Violence Advocacy in connection with Booze (tone-deaf) | |
| @bettybuzz | Mocktail Highlight | 08/13/2024 | 600 | 150 | 97 | 13% | 64% | Promoting brands in relationship to DV, "Mean Girl" founder | |
| @bettybuzz | Back To School | 09/04/2024 | 347 | 41 | 27 | 7% | 65% | "Mean Girl" founder, "bump" references, cancelled | |
| @bettybooze | Crisp Flavor Static Post | 09/08/2024 | 178 | 13 | 12 | 6% | 92% | tone deaf, bully, "bump" references | |
| @bettybuzz | Ginger Beer Highlight | 09/10/2024 | 329 | 25 | 12 | 3% | 48% | "bump" references, cancelled for being tone deaf | |
| @bettybuzz | Charcuterie Static Post | 09/16/2024 | 274 | 20 | 6 | 2% | 30% | "bump" references, light DV | |
| @bettybooze | Cocktail Plus Up Recommendation | 09/16/2024 | 128 | 15 | 5 | 3% | 33% | Asking for BL to apologize, "bump" references | |

CONFIDENTIAL



# Betty Buzz has not seen a decline in Daily Sales or Daily ROAS from the negative sentiment on Amazon

**6. Impact of Recent Events**





CONFIDENTIAL

BL-000038133_A



## However, the "noise" does create heightened scrutiny from trade buyers who will show less goodwill

6. Impact of Recent Events





The buyers from Kroger and Princess Cruises have expressed concern about the recent noise in the press – stating they will be closely monitoring our sell through



165



**APPENDIX**

166

BL-000038135_A



# Betty Booze 5 Year Financial Model

Appendix

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 40,040 | 125,000 | 500,000 | 1,000,000 | 1,400,000 | 1,862,000 |
| Gross Revenue | $1,781,558 | $5,541,250 | $22,165,000 | $44,330,000 | $62,062,000 | $82,542,460 |
| Discounting | – | (554,125) | (2,216,500) | (4,433,000) | (5,895,890) | (7,841,534) |
| Early Payment | – | – | – | – | – | – |
| Slotting | – | – | – | – | – | – |
| FET | (109,496) | (337,500) | (1,350,000) | (2,700,000) | (3,780,000) | (5,027,400) |
| **Net Revenue** | **$1,672,062** | **$4,649,625** | **$18,598,500** | **$37,197,000** | **$52,386,110** | **$69,673,526** |
| COGS | $574,406 | $1,974,795 | $9,588,600 | $18,410,112 | $24,743,191 | $31,592,106 |
| COGS - Logistics | 43,281 | – | – | – | – | – |
| **Total COGS** | **$617,687** | **$1,974,795** | **$9,588,600** | **$18,410,112** | **$24,743,191** | **$31,592,106** |
| **Gross Profit** | **$1,054,375** | **$2,674,830** | **$9,009,900** | **$18,786,888** | **$27,642,919** | **$38,081,421** |
| Gross Profit Margin % | 63% | 58% | 48% | 51% | 53% | 55% |
| A&P | $1,462,394 | $3,688,750 | $5,000,000 | $7,000,000 | $9,000,000 | $10,000,000 |
| Selling & Distribution | 17,118 | 500,000 | 1,960,000 | 3,841,600 | 5,270,675 | 6,869,798 |
| **Total CAAP** | **($425,137)** | **($1,513,920)** | **$2,049,900** | **$7,945,288** | **$13,372,244** | **$21,211,623** |

| $/Case | 2023LE | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Gross Revenue | $44.49 | $44.33 | $44.33 | $44.33 | $44.33 | $44.33 |
| Discounting | – | (4.43) | (4.43) | (4.43) | (4.21) | (4.21) |
| FET | (2.73) | (2.70) | (2.70) | (2.70) | (2.70) | (2.70) |
| **Net Revenue** | **$41.76** | **$37.20** | **$37.20** | **$37.20** | **$37.42** | **$37.42** |
| COGS | $14.35 | $15.80 | $19.18 | $18.41 | $17.67 | $16.97 |
| COGS - Logistics | 1.08 | – | – | – | – | – |
| **Total COGS** | **$15.43** | **$15.80** | **$19.18** | **$18.41** | **$17.67** | **$16.97** |
| **Gross Profit** | **$26.33** | **$21.40** | **$18.02** | **$18.79** | **$19.74** | **$20.45** |
| A&P | $36.52 | $29.51 | $10.00 | $7.00 | $6.43 | $5.37 |
| Selling & Distribution | 0.43 | 4.00 | 3.92 | 3.84 | 3.76 | 3.69 |
| **Total CAAP** | **($10.62)** | **($12.11)** | **$4.10** | **$7.95** | **$9.55** | **$11.39** |
| A&P % of Net Revenue | 87% | 79% | 27% | 19% | 17% | 14% |
| CAAP % of Net Revenue | (25%) | (33%) | 11% | 21% | 26% | 30% |
| EBITDA % of Net Revenue | (25%) | (37%) | 10% | 20% | 24% | 29% |

- Betty Booze Gross Profit margin is higher in 2023 and 2024 due to [ **Redacted - Non-Responsive** ]



- Betty Booze margins reset in 2025+ after [ Redacted - Non-Responsive ]

167



## Achieving the 2024 LE

Appendix

**2024 Betty Booze Gross Revenue Bridge**

168

BL-000038137_A



# Betty Buzz 5 Year Financial Model

Appendix

- We have modeled a very conservative approach to the Betty Buzz business plan in an effort to closely monitor and focus cash investment in the brand

- The actual scope of our ambition is greater than the below 5-year plan as outlined on the following section

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 188,259 | 227,000 | 276,250 | 332,154 | 380,799 | 443,547 |
| | | | | | | |
| Gross Revenue | $6,428,592 | $8,326,040 | $10,415,779 | $12,697,129 | $14,811,459 | $17,493,113 |
| Discounting | (1,296,023) | (1,192,776) | (1,245,467) | (1,526,095) | (1,799,239) | (2,142,790) |
| Early Payment | (56,238) | (53,360) | (59,708) | (71,650) | (85,980) | (103,175) |
| Slotting | (174,666) | (145,406) | (144,046) | (172,855) | (207,426) | (248,911) |
| FET | – | – | – | – | – | – |
| **Net Revenue** | **$4,901,664** | **$6,934,498** | **$8,966,558** | **$10,926,530** | **$12,718,815** | **$14,998,236** |
| COGS | $2,649,671 | $3,536,180 | $4,246,176 | $5,011,352 | $5,648,745 | $6,472,739 |
| COGS - Logistics | 313,490 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 |
| Total COGS | $2,963,161 | $3,681,180 | $4,391,176 | $5,156,352 | $5,793,745 | $6,617,739 |
| **Gross Profit** | **$1,938,503** | **$3,253,318** | **$4,575,382** | **$5,770,178** | **$6,925,070** | **$8,380,497** |
| *Gross Profit Margin %* | *40%* | *47%* | *51%* | *53%* | *54%* | *56%* |
| A&P | $3,209,701 | $2,511,250 | $2,600,000 | $2,600,000 | $2,600,000 | $2,600,000 |
| Selling & Distribution | 1,938,765 | 1,756,105 | 2,150,230 | 2,566,507 | 2,999,133 | 3,471,473 |
| **Total CAAP** | **($3,209,962)** | **($1,014,037)** | **($174,848)** | **$603,671** | **$1,325,937** | **$2,309,025** |



169





BL-000038139_A



# Strong Shared Resources

Appendix

= Dedicated Betty B Holdings overhead

= Shared overhead to reduce costs to Betty B Holdings (shared personnel are split 50/50)

CONFIDENTIAL

BL-000038140_A

*Incentive Trip for top SGWS Team for meeting goals*    Appendix

# Betty B x Wrexham Trip Itinerary

| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|
| Flight to London - you plus 1 (business class) | Morning off

Lunch at Chiltern Firehouse

Afternoon Helicopter tour of London

Dinner at Galvin at Windows | Transport to Wrexham in Luxury car

Lunch at the Levant Kitchen in Wrexham

Tour of Wrexham AFC

Check in to the four star Grosvenor Hotel

Private dinner with Shaun Harvey and | Morning off

Afternoon tour of historic Wrexham

Enjoy dinner and take in a Wrexham match in the Betty B suite

Drinks at the legendary Turf Tavern and Vault | Flight home (business class) |



BL-000038141_A

**Betty B October and November Events/Activations**

Appendix

| Date | Activation | Brand | BL Involvement | Details |
|------|-----------|-------|----------------|---------|
| September 21st | Chicago Gourmet: Chef's get Pickled | Booze | No | Beverage sponsorship at a chefs pickleball tournament brought to you by Southern's Chicago Gourmet Festival |
| September 26th | Chicago Gourmet: Tacos and Tequilla | Booze | No | Beverage sponsorship through Chicago Gourmet at the Tacos and Tequilla event hosted by Chefs Rick Bayless & Marcos Carbajal |
| October 8th | Meet the Maker | Both, emphasize on Booze | Yes | Total Wine and More internal sales Zoom dedicated to Betty Booze |
| October 8 & 9 | Prime Big Deals Day | Buzz | No | Brand led activations along with support from Amazon including Buzzworthy Deal placements |
| October 18th | Betty BOOze Harvest Happy Hour | Booze (Buzz will be served) | Yes | *Full run of show to come |
| October 18th – 20th | NYCWFF Grand Tasting Pavilion | Booze | No | Utilizing the lemonade stand, sample the Betty Booze portfolio to consumers attending the grand tasting pavilion at the NYCWFF |
| October 30th | Total Wine's Halloween Happy Hour | Both | No | A Betty B happy hour for Total Wine employees at their headquarters |



173

BL-000038142_A

**Betty B October and November Events/Activations**

Appendix

| November 1-3 | Austin Food and Wine | Both | No | A dedicated Betty Booze table to sample the portfolio to consumers/ticket holders, as well as Betty Buzz inclusion at and Princess Cruise Lines activation |
| Pending: Week of Nov 11 | Bourbon influencer and press mailer | Booze | No | A bourbon barrel made of chocolate with the new peach bourbon can inside. Crafted by Butter Love and Hardwork, who did our Valentines Day mailers. |
| Pending: Week of Nov 11 | Betty Booze Bourbon Cabin Getaway (press and influencers) | Booze | No | A 24-hour retreat for select local press and influencers to experience Betty Booze's bourbons in the Catskills. Activities include a candle making class (peach, goney and mint scents), evening bonfire to showcase the smokiness of the bourbons, bedazzling Betty Booze koozies and a portfolio tasting. |
| Pending: Week of Nov 11 | Micro influencer bourbon seeding | Booze | No | Sending approximately 100 micro influencers the new bourbon variety pack to sample and create UGC with |



CONFIDENTIAL

BL-000038143_A

*In addition to Tentpoles, Launch Betty B Influencer Program (covering both Booze and Buzz)*

Appendix

*to drive always-on engagement*

**PROGRAM OVERVIEW:**

**WHAT:** Create a constant conversation that results in scaled brand awareness and ultimately trial.

**WHO:** Build relationships with brand advocates that champion the brand on social media.
- Brand advocates have existing credibility as curators of cool and premium goods.
- Consumers begin to make the connection between these aspirational influencers and Betty Booze as the alcoholic beverage that they consume.

**HOW:** Activate touchpoints across multiple channels - influencer advocacy, content, mailers, and events.



**GENERIC INFLUENCER FUNNEL EXAMPLE:**

BRAND AWARENESS

**EVENTS**
Influencer events designed for content generation

**AMBASSADORS**
Product placement with mid-tier Influencers

**INFLUENCER PARTNERS**
Macro Influencer Content advocating for product (with sales links/WTB)

**MAILERS**
Mailers to key influencers tell campaign story

**GIFTING**
Micro Influencer Content with WTB messaging

**PAID ADS**
Repurposed influencer content for paid ads

PRODUCT PURCHASE

"XYZ PRODUCT"

175

BL-000038144_A

Appendix

# SPRINTER VODKA | GIN & JUICE

How Kylie Jenner and Snoop Dogg are Marketing Their RTDs

2024

STRICTLY CONFIDENTIAL

BL-000038145_A



BL-000038146_A

# OVERVIEW

### Sprinter by Kylie Jenner
Strategy Breakdown

Sprinter was launched in March 2024

Brand marketing appears to be based on 2 key tactics:

- Kylie Jenner
- Leveraging Influential Friends and Family

Outside of the initial launch in March, we do not see extensive influencer efforts like we've seen with her skincare line or Kim's SKIMS line.



BL-000038147_A

# SELF-DRIVEN PROMO

### CENTERING KYLIE JENNER

- Kylie centers herself - posting on personal and brand accounts.

- During **launch week in March Kylie posted 8x (Reels/Stills)**, hosted a large launch party, and documented BTS at the warehouse.

- **During key RTD months (May-September) Kylie posted in-feed 14 times mentioning Sprinter.**

- Brand Marketing aims to show that Kyle has integrated the product into her life - doesn't only post promotional imagery
  - Ex; In carousels, she showcases Sprinter as a part of her daily life , among photos of her out with her friends and family, enjoying it BTS on makeup shoots, etc.
  - Intention appears to be to show that it is product she and her friends drink because it seamlessly fits into their elevated lifestyle without direct call out that feels "salesy"

- Launched and wore merch 3 months into product being in market



STRICTLY CONFIDENTIAL

BL-000038148_A

# FAMOUS FRIENDS X FAMILY

**BRAND MARKETING HAS EXTENDED TO INCLUDE KYLIE'S FRIENDS & FAMILY AND SHOWS INTEGRATING SPRINTER INTO THE KARDASHIAN ECOSYSTEM.**

- All of the Kardashians (outside of Kourtney) as well as Kylie's famous friend group, have posted with the drinks.

- Kendall and Kourtney are regularly seen with Kylie's drinks and have included the brand in major "to be seen" events, such as all of their birthdays.

- Kylie leveraged her friends in Sprinter's summer campaign efforts, showing Kylie and friends enjoying the drinks together.

  - Stassi has over 10M followers on IG and Victoria has 1.8M.



CONFIDENTIAL

# INFLUENCERS

## INFLUENCERS USED PREDOMINANTLY FOR LAUNCH

- Macro-Influencers were sent launch boxes upon announcement - they claimed to love it but more honest reviews came out later from big influencers where it was clear they did not like the taste.

  Here are some of the launch reviewers:
  - Tianna Robillard (2.2M TikTok)
  - James Charles (38.9M)
  - Elliot (1.5M TT)

- Unpaid nor gifted review:
  - Remi Cruz (577K TT)
  - Additional "normal people" reviews

- Kylie does NOT currently use any UGC on the Sprinter Instagram page and rarely reposts UGC on stories.

- It seems as if Sprinter's awareness strategy is dependent on Kylie's fame as there is not much Influencer Marketing being done. They are growing more slowly at 128k followers on Instagram - the lowest of all Jenner/Kardashian brands
  - In comparison, SKIMS has a multi-tier and extensive influencer program that has allowed the brand to exist beyond Kim Kardashian's name.



STRICTLY CONFIDENTIAL

BL-000038150_A