# Exhibit 268-4



CONFIDENTIAL
BL-000038151_A

# OVERVIEW

## Gin & Juice by Dr. Dre and Snoop Dogg
Strategy Breakdown

Gin & Juice was launched in February 2024

Gin & Juice is primarily leveraging the Founder's cultural ecosystem - specifically sports and music.

Marketing strategy appears to be based on 4 key tactics:
- Leaning into cultural events
- Partnerships with major sports entities
- Awareness through Founder's famous friends
- Leveraging Snoop Dogg's celebrity

Brand Marketing does not don't talk about taste or quality outside of a few key callouts on the website but rather leans into culture moments as a way to make the brand feel important and relevant.



STRICTLY CONFIDENTIAL

# CULTURE/EVENTS

**Snoop and Dre are capitalizing on events to grow brand awareness.**

Culture/Events

- Gin & Juice centers diversity and cultural impact through the events they sponsor. The beverage brand sponsors events (most recently an Eastside Golf Event) that uplifts BIPOC communities.

- They sponsor events with large activations and enlist celebrity talent to meet and greet. This feels like "friends of the brand" but the friends of this brand happen to be some of the most renowned actors and musicians from the 90's.

- They also use merch and branded stage items to merge what they do best (music) and connect living a lavish lifestyle with the brand.
    a. Ex; Snoop can often be seen wearing Gin & Juice sweatshirts at branded musical appearances.



# PARTNERSHIPS

## SPORTS PARTNERSHIPS REACH NEW AUDIENCES

- They've leaned into sports - basketball, golf, the Olympics, and football, wrestling - partnering with different organizations to cement the brand within the context of sports greatness.

- They go beyond their reach by aligning with brand like the Yankees for OOH and collaborative efforts




# FAMOUS FRIENDS

**SNOOP/DRE'S FRIENDS/FAM INTEGRATE GIN & JUICE INTO THEIR VERY WELL-KNOWN ECOSYSTEM**

- Similarly to Kylie, they don't leverage influencers as much as they leverage their famous friends. Eminem, Dre, Lebron, etc.

- From Shaq and sports legends, to Eminem and music titans, their friends not only show up to events, they drink the brand and will do meet and greets at brand-lead events.



STRICTLY CONFIDENTIAL

# SELF-DRIVEN PROMO

## CENTERING THE BRAND AROUND SNOOP DOGG

- Snoop has centered Gin & Juice in every one of his media appearances, musical appearances, and leverages guest appearances to put his brand in the spotlight.

- Gin & Juice on Fallon

- Promotional Content

- Giveaway/Sweepstake Content

- Musical Events

- Partner Events (WrestleMania)





CONFIDENTIAL

BL-000038157_A



# Betty Buzz Growth Scenario

- Given the premium price positioning of Betty Buzz vs the category, the current Betty Buzz business plan has been built conservatively i.e. assumes modest top-line growth (achieving $18.6mm Gross Revenue in 5 years) with focused cash/capital investment

- National retailers like Whole Foods, Safeway/Albertsons, Sprouts, Amazon and many more have partnered with Betty Buzz as they recognize that our brand is resonating with consumers
  - The Whole Foods buyer said that Betty Buzz is a leading brand for the "convenience health seeker" consumer – very influential shoppers

- Trends that scale at Whole Foods tend to translate to the whole market in time - the expectations therefore of our retail partners and ours is that the Betty Buzz opportunity (breadth of distribution and brand velocity) will increase significantly in the coming years

- Hence our high growth scenario goal to achieve over $75+mm in Gross Revenue in 5 years without the need to 'pay' for growth today

- We have not assumed this in our business plan, but we are working tirelessly to unlock the brand's full potential, while remaining conservative in how we deploy capital towards Betty Buzz



189

BL-000038158_A



# 2024 – 2028 Betty Buzz Gross Revenue Bridge

Gross Revenue Bridge 2024 - 2028

All figures in $MM

- 2024: $8.3
- US - Retail: $3.6
- US - E-Commerce: $4.7
- International: $0.8
- 2028: $17.5
- 2028 - High Scenario: $75.0

- The following pages outline the assumptions to get to the 2028 business plan and how Betty Buzz can achieve $75MM in revenue by 2028

Note: US – Retail is our Distributor and Direct business

190

CONFIDENTIAL

BL-000038159_A



# Betty Buzz - US Retail

| Year | 2024 - Business Plan | 2028 - Business Plan | 2028 - High Scenario |
|---|---|---|---|
| No. of authorized doors | 7,000 | 7,000 | 14,000 |
| Compliance | 85% | 90% | 90% |
| No. of weeks | 52 | 52 | 52 |
| No. of SKUs | 3.0 | 4.0 | 4.5 |
| Velocity (units/store/week/SKU) | 1.0 | 1.3 | 3.0 |
| Gross Revenue $ / case | 28.8 | 29.2 | 29.2 |
| **Gross Revenue** | **$4.4** | **$8.1** | **$43.0** |

- The business plan assumes modest velocity growth while adding one additional SKU in the same number of stores over the next 5 years

- In the High Scenario:
    - We have increased the number of stores with the slotting fee from new account growth funded by the additional revenue
    - Assumed our current velocity at Whole Foods becomes our national retail velocity by 2028
        - 3 units/store/SKU/week is also approximately Fever Tree velocity in grocery nationally



Note: US – Retail is our Distributor and Direct business

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038160_A



# Betty Buzz - E-Commerce

| Conservative Scenario | 2024 | 2028 | 2028 - High Scenario |
|---|---|---|---|
| Digital Advertising ($MM) | 0.6 | 0.6 | 0.6 |
| Ad ROAS | 2.8 | 4.2 | 10.0 |
| Gross Revenue from Digital Advertising ($MM) | $1.5 | $2.3 | $5.5 |
| *Gross Revenue from Digital Advertising (%)* | *55%* | *31%* | *27%* |
| Gross Revenue from Organic ($MM) | $1.3 | $5.2 | $14.6 |
| *Gross Revenue from Organic (%)* | *45%* | *69%* | *73%* |
| **Amazon Gross Revenue ($MM)** | **$2.8** | **$7.5** | **$20.1** |

- In the business plan, we have assumed our ROAS would be in the 50th percentile (4.2 current ROAS)

- The top 25% of beverage brands on Amazon have an ad ROAS of 12+, we have assumed 10 in the High Scenario

- In both scenarios the assumed split of Organic Sales vs Sales from Digital Advertising of 73% vs 27% respectively is broadly consistent with industry benchmarks and is in line with YTD performance on Amazon



192



## Betty Buzz - International

| Year | 2024 - Business Plan | 2028 - Business Plan | 2028 - High Scenario |
|---|---|---|---|
| No. of authorized doors | 950 | 1,200 | 4,350 |
| No. of weeks | 42 | 52 | 52 |
| No. of SKUs | 4.0 | 4.0 | 4.0 |
| Velocity (units/store/week/SKU) | 1.3 | 1.6 | 2.7 |
| Gross Revenue $ / case | $30.39 | $29.28 | $29.28 |
| **Gross Revenue** | **$1.1** | **$1.9** | **$11.9** |

- The business plan assumes a modest account and velocity growth over the next 5 years in international markets

- The High Scenario assumes getting approximately 1,000 stores in Canada as well as additional markets which we are opening in 2024 – UK, EU, and the Middle East



193



# Betty Buzz Business Plan Upside

| Betty Buzz | Business Plan 2028 | High Scenario 2028 |
|---|---|---|
| US - Retail | $8.1 | $43.0 |
| Amazon | $7.5 | $20.1 |
| International | $1.9 | $11.9 |
| **Total** | **$17.5** | **$75.0** |

- Our Betty Buzz business plan assumes modest velocity and account growth for Betty Buzz to achieve $17.5MM in gross revenue by 2028

- Betty Buzz can achieve $75MM in gross revenue by 2028 as we continue increasing brand awareness and trial leading to higher velocity and account growth



Note: US – Retail is our Distributor and Direct business

194



CONFIDENTIAL

BL-000038164_A