# Exhibit 269-1



# Betty B Update
## May 8, 2025

*Confidential*

Exhibit
Betty B 12



# Congratulations
*Blake!*



BL-000038171_A

# Table of Contents

1. Executive Summary

2. Betty Booze
   2.1   2025 RTD Category Updates
   2.2   2025 Betty Booze Plan
   2.3   2024 Betty Booze Performance

3. Betty Buzz (Non-Alc)
   3.1   2024 Betty Buzz Performance
   3.2   2025 Mixer Category Updates
   3.3   2025 Betty Buzz Plan

4. 2025 Plan Summary

5. Financials
   5.1   2024 Financials
   5.2   5-Year Financials

6. Appendix
   6.1   BL Trade Engagement – 2024-2025 YTD Summary
   6.2   On-Premise Programming



3

BL-000038172_A



# 1. Executive Summary



4
STRICTLY CONFIDENTIAL

BL-000038173_A



# Agenda

- New Board Member Introductions

- Team Update
  - Nish Gupte resigned as CEO effective 2/28/25
  - Andrew Chrisomalis, Board Chairman, has assumed Nish's responsibilities
  - Kenrik Mannion joins as COO and Board Member
    - Long time COO of prior company, Davos Brands, **Redacted - Non-Responsive**
  - CMO – position eliminated
    - Katie Moslak, Chief of Staff, assumes day-to-day lead marketing role

- Key Agenda Item is to align on the strategic direction and approve the 2025 Plan including financing plan



5



# Executive Summary

**Betty Booze (RTD)**

**Alcoholic RTDs remain a dynamic & promising bright spot for growth – and represent a deep pool of opportunity**

- Total spirits-based RTDs are demonstrating explosive growth - RTD volume approached 70 million cases in 2024, up from less than 10 million cases in 2019 according to Impact Databank.
- Despite RTDs being a very competitive Category, many brands – including High Noon, Cutwater, Nutrl, Crown Royal, Surfside, Mom Water and The Long Drink have hit over 1 Million cases per year in 3-4 years – demonstrating that RTDs are a robust category with a robust size of the prize.

**Looking back, in 2024, we met our 6,000 account target for Betty Booze. However, velocity and re-orders were weaker than expected**

- We attribute this to quiet H2 Marketing and being priced at a ~50% premium to market leaders at $14.99 / 4-Pack
- Betty Booze remains the most profitable area of the Betty B business - delivering an average of $15.75 of profit per case in 2024

**For 2025, we must drive Betty Booze velocity at Scale, as the #1 Priority moving forward**

**Key Actions being:**
- Tap into the strong momentum in the Vodka Tea RTD space by launching 2 flavors of Vodka Iced Tea this Spring
- Immediately re-price the portfolio ($11.99 midpoint vs. $14.99) – to be closer in line with the category ($9.99 – $11.99 on average)
- Lean into our ownable positioning of "No Artificial Anything" and champion that message throughout the key Summer selling season



6

BL-000038175_A



# Executive Summary

**Betty Buzz (Non-Alcoholic)**

**Conversations with Strategics and Market Activity have echoed the opportunity in low-alc RTDs as an anchor for the No & Low Proposition – but caution against non-alc Mixers**

- The recent Fever-Tree & Molson Coors deal leads us to believe that even with $150mm U.S. revenue – Fever-Tree does not see a path to gaining real profitability in the US as an independent Mixer player – which would be even harder for Betty Buzz with a fraction of Fever-Tree's scale (FTUSA 10M cases vs. Betty Buzz at 200k cases).

**After conducting a detailed channel profitability analysis, for 2024, excluding any write-downs, Betty Buzz lost ($3.79) / case across all channel and was profitable in only Direct to Retail sales & On Premise Sales through Distributors. Betty Buzz Average Profit per case listed below including all direct selling costs:**

- Direct to Retail (Total Wine, BevMo): $1.70 / case
- On-Premise via Distributors: $2.53 / case

- Retail via Distributors: ($6.66) / case
- Amazon (after factoring in all Amazon + Agency costs) : ($6.51) / case
- International: ($0.38) / case

**When comparing Buzz formats, Buzz glass and Buzz 12oz cans have the lowest Gross Profit. Mocktails are an avenue for a more sustainable Betty Buzz Gross Profit (target of 35-40+% GP), but size of category and consumer pull at scale is unproven.**



7

BL-000038176_A



# Executive Summary

**In Summary - The Punchline**

Lack of marketing activation & slower velocity than expected have created a stockpile of expiring product – which has a negative balance sheet impact of $6mm across 2024-25 and a negative cash impact of $2.4mm in 2025 – with an additional potential of $2mm total risk

Going forward, Management recommends **winding down the Betty Buzz Mixer business** (Glass & 12oz) to focus our resources on Betty Booze and Betty Buzz Mocktails
- US & International Buzz customers wind down through August 2025

**Betty Buzz brand will transition to Mocktails**
- Current customers (Total Wine & Whole Foods) in 2025 will serve as a case study to inform a potential Mocktail expansion strategy in 2026 (Target and On-Premise)

**Our #1 Brand priority – Betty Booze – will be the key focus for activation going forward**

- Tap into the strong momentum in the Vodka Tea RTD space by launching 2 flavors of Vodka Iced Tea this Spring
- Immediately re-price the portfolio ($11.99 midpoint vs. $14.99) – to be closer to the category ($9.99 – $11.99 on average)
- Lean into our ownable positioning of "No Artificial Anything" and champion that message throughout the key Summer selling season

In an effort to conserve resources we have rationed overheads and adjusted allocation with [ **Redacted - Non-Responsive** ]
Betty B is leveraging a full sales and back-office team while paying a fraction of the costs, just 15% of shared overhead – see details in Financial Section

8

BL-000038177_A



**2.1**
**2025 RTD**
**Category Updates**



9
STRICTLY CONFIDENTIAL

BL-000038178_A

# The RTD Category Remains Dynamic & Growing - Representing a Deep Pool of Opportunity



- Total spirits-based RTDs are demonstrating explosive growth - **RTD volume approached 70 million cases in 2024,** up from less than 10 million cases in 2019 according to Impact Databank.

- Total RTD Sales are **up +17% to $3.1B** this year (Nielsen L52W ending 12/7/24)

- Premixed Spirits-Based Cocktails are dominating the Spirits industry – and now represent **14.2% of the total spirits market.**

- Vast majority of RTD sales are from 4-packs at **$9.99-$11.99** and 8-packs at $19.99

- **Vodka Teas up +444%** in Sales vs LY and growing 20x faster than Vodka RTDs overall according to Nielsen (L52W ending 12/7/24).



10

# Several RTD Brands (including High Noon & Surfside) have hit +1 Million cs/year in 3-4 years of launch



| Brand | Size at Year 3 (Cases) |
|---|---|
| NÜTRL Vodka.Seltzer.Real Juice. | 2.7M |
| Crown Royal | 1M |
| Surfside | 1M |
| mom water | 1M |
| LONG DRINK | 467k in Year 3 1M in Year 4 |



11

BL-000038180_A

# The "No & Low" Thesis is more Relevant than Ever



- The "no & low" alcohol trend continues – with the US being a key driver of growth globally

- Betty B portfolio is well positioned with Mocktails and low-ABV Booze

- "Zebra Striping" – alternating alcoholic & non-alcoholic drinks – is gaining popularity with over 25% of drinkers adopting the practice



12

BL-000038181_A



# 2.2
# 2025 Betty Booze Plan



13
STRICTLY CONFIDENTIAL

BL-000038182_A



*Our 2 biggest Priorities to* **drive Betty Booze velocity at Scale** *in 2025*

1. Win with **Vodka Iced Tea as the #1 Betty Booze Priority**
   - Focus Spring/Summer Marketing Activation on Tea
   - Critical Product Message: **"No Artificial Anything"** vs. Category leader with artificial sweeteners

2. **Immediately re-price the Booze portfolio** ($11.99 midpoint vs. $14.99) – to be in line with the category

14

BL-000038183_A

# #1 Priority: Vodka Iced Tea Launch will be the Cornerstone of the Portfolio & Full Marketing Focus this Spring/Summer













*All line priced at $11.99 4pks & $17.99 for Variety 6pk*

15

BL-000038184_A

# 4-Packs Priced Competitively to launch at $11.99 on average nationally






BL-000038185_A

# Vodka Iced Tea Opportunity

**Vodka Tea RTDs are winning**
- *Vodka Teas up +444% in Sales vs LY*
- *Growing 20x faster than Vodka RTDs overall*
- *Hard tea is <u>expected to rise by 18%</u> in the US by 2028, according to IWSR.*

**Leading Vodka Teas use ARTIFICIAL Ingredients**
*Opportunity to elevate with a premium, natural offering*

**Opportunity to Launch at $11.99**
*to drive Trial & Velocity at a lower price point*

**Tea can help us WIN SUMMER at major Retailers like**







Source – Nielsen last 52 weeks ending 12/07/24

17

CONFIDENTIAL

BL-000038186_A

# #2 Priority: Immediate Price Reductions across the Portfolio will Drive Trial & Velocity

**All Single Flavor 4-Packs**



**Former RSP**

**$14.99**

**New RSP**

**$11.99**

Only +$1 above vs. High Noon 4pk @ $10.99 Avg



**Variety 6-Packs**



**Former RSP**

**$21.99**



**New RSP**

**$17.99**

-$2 below vs. High Noon 8pk @ $19.79 Avg Surfside 8pk @ $19.41 Avg

 

*Source: Nielsen Average Price L52W 2024-03-02 to 2025-02-22*

18



*Additional*
*Betty Booze tactics*
*will include:*

- Special On-Premise pricing to incite trial and move the current Booze inventory, without impacting Brand Equity
    - On-Premise Channel pricing is permissible in these states: CA, FL, IL, GA, AZ & NV

- Execute strong 2025 Sales Plans with Existing National Chains and attack new opportunity in Independent Retail

- Engage and drive SGWS – as we have a clear RTM and competitive advantage with them as our national partner

19

BL-000038188_A

# 2025 Betty Booze Sales Plan Builds



| | Stores | PODs | Weeks | Unit Velocity (u/s/s/w) | Cases |
|---|---|---|---|---|---|
| Kroger | 520 | 2 | 52 | 0.7 | 6,129 |
| Whole Foods | 241 | 4 | 52 | 0.7 | 5,681 |
| Albertsons | 191 | 5 | 52 | 0.7 | 5,628 |
| Walmart | 171 | 3 | 52 | 0.7 | 3,023 |
| Sprouts | 54 | 2 | 52 | 0.7 | 636 |
| **Current National Chains Total (Original SKUs)** | **1,177** | | | | **21,098** |
| Total Wine Original SKUs | 250 | 8 | 52 | 0.9 | 15,600 |
| Total Wine Tea SKUs | 250 | 2 | 30 | 5.0 | 12,500 |
| Independents - Original SKUs | 8,000 | 3.0 | 40 | 0.4 | 64,000 |
| Independents - Tea SKUs | 8,000 | 1.5 | 24 | 2.0 | 96,000 |
| On Premise - Original SKUs | | | | | 14,400 |
| On Premise - Tea SKUs | | | | | 5,000 |
| Sell Through Volume - Original SKUs | | | | | 115,098 |
| Sell Through Volume - Tea SKUs | | | | | 113,500 |
| **Total Sell-Through Volume** | | | | | **228,598** |
| Depletion Volume - Original SKUs | | | | | 115,098 |
| Depletion Volume - Tea SKUs | | | | | 125,000 |
| **Total Depletion Volume** | | | | | **240,098** |
| Shipment Volume - Original SKUs | | | | | 108,950 |
| Shipment Volume - Tea SKUs | | | | | 137,500 |
| **Total Shipment Volume** | | | | | **246,450** |

← Represents current listings at national chains – no additional listings assumed

← Tea cannibalize some of the Original SKUs at Total Wine but Total Wine business is still growing

← Betty Booze launched in 2024 in ~5,000 independent accounts with an average of 3 PODs per account

← This includes business with Princess Cruises

← We expect some destocking on our original SKUs at distributors - as year-end distributor inventory was above target

20

BL-000038189_A

# The Power of Independent Retail:
# New Jersey Example



- *NJ is a largely Independent Market*

- *But a __Top 5 RTD Market__ in the US*

- *__Surfside__ (RTD) will do __1.5 MILLION cases a year in NJ alone!__*

- *Fedway, our distributor, is strong and dedicated to the brand*

- *Huge Opportunity to launch __Tea @ $9.99 in NJ Independents__*



21

# On-Premise is becoming a larger Opportunity for RTDs

**44%**

**of RTD drinkers have consumed RTDs in the On Premise**

**Betty Booze's <u>complex flavors could be a key differentiator</u> with On Trade Operators looking for new & interesting flavors**




**Key Channel Targets:**
- Recreation & Entertainment
- Hotels: Roof, Pool & Patios
- Country Clubs & Golf
- Casual Restaurants










22

BL-000038191_A

# SGWS is Engaged & Incentivized to Help us Achieve our 2025 Commercial Goals

*Betty Booze 2025 National Focus Calendar*

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | **Innovation:** Vodka Half & Half Roll Out<br><br>**Nationally Tracked Program**<br><br>**On/Off-P Broad Distribution** Distribution New PODs Drive including innovation<br><br>**Display (Memorial Day)** – Vodka Half & Half Push | | **Nationally Tracked Program**<br><br>**On/Off-P Volume:** YTD Goal Achieved<br><br>**Display** (4th of July) | | **Nationally Tracked Program**<br><br>**On/Off-P Broad Distribution**<br><br>Distribution New PODs Drive | | | |



**And SGWS needs Betty Booze to win in the "Low" in the "No & Low" Space!**

23



**Marketing Activation will be focused on driving Consumer Awareness, Trial & Velocity at Scale**






- *Tea as the #1 Brand Priority for Spring/Summer*

- *Hero Brand Message:*



- *Social Media & Influencer programs to drive awareness & trial in store*

- *Maximizing trade programming – POS, displays & over 2,000 tastings with new & existing customers*

24

CONFIDENTIAL

# Vodka Iced Tea 360° Marketing Launch Plan

### ENGAGING CREATIVE
Compelling, PR-worthy, social-first content in partnership with Maximum Effort

### PR
Drive national buzz before, during and after launch, communicating why Betty Booze is THE summer drink stock-up destination.

### INFLUENCER PROGRAM
Generate awareness and create real-life use use cases with influential creators

### SOCIAL MEDIA
Compelling content that drives scaled brand awareness – creating a digital world that is outside in the sun, playful, and on the go.

### LAUNCH EVENT
A media and influencer event that celebrates the launch with Blake Lively, generating heightened demand leading up to the launch.

### IN-STORE DISPLAYS
Show-stopping End Cap displays that force shoppers to stop what they're doing and escape with Betty Buzz to summer mocktail sipping.

### IN-STORE SAMPLING
Sampling from our very own in-store lemonade stand during launch at select stores.

### EMAIL & TEXT
Leveraging our database of over 65,000 subscribers to announce the launch of new VODKA ICED TEAS and drive sales

CONFIDENTIAL

BL-000038194_A



# Vodka Iced Tea
## *Launch Creative*
## concepted by

### MAXIMUM EFFORT

# PR Launch Event

*Private Media & Influencer event, hosted by Blake, to celebrate the Launch of Vodka Iced Teas*










BL-000038196_A



BL-000038197_A

# Betty B Creator Examples



**CLARKE PEOPLES**

NYC/CHI | DBA
790.7K



**ELI RALLO**

NYC/HOU | DBA
1M



**LIV SCHREIBER**

NYC | DBA
150K



**MEREDITH HAYDEN**

NYC | WME
280K



**BRETT CHODY**

LA/NYC | NONE
142K



**PAIZLEY LAURA**

LA | DBA
307K



**BRANFLAKEZZ**

NYC | DBA
1M



**UCHE MOXAM**

LA | DBA
265K



**CARLY WEINSTEIN**

NYC | DBA
520K



**GRAYDON CUTLER**

BOS | WME
464K

CONFIDENTIAL

# Summer Events & Partnerships

*Summer-themed activations that highlight new Vodka Teas and the entire Betty Booze portfolio.*

**Betty Booze
Lemonade Stand Tour**



**Collaboration with
Dominque Ansel Bakery (NYC)**





CONFIDENTIAL

# Range of Vodka Iced Tea Display Assets for Maximum Visibility









BL-000038200_A



… and Evergreen Portfolio Retail Display Assets for Year Round Visibility

# Over 2,500 Retail Samplings in 2025



*GOAL: Sample over 60,000 customers though consumer and retail tastings.*












CONFIDENTIAL

BL-000038202_A

# Early National On-Premise Chain Wins



*Betty Booze listed on Menu at Pool, Lobby Bar & In Room.*



*Betty Booze mandated for Grab & Go across Property.*



*Betty Booze or Buzz required on menu at all properties.*

CONFIDENTIAL

BL-000038203_A

# Early National On-Premise Chain Wins

**Blake Lively's Betty Booze and Betty Buzz Join Princess Cruises' 'Love Line Premium Liquors' Collection**





*Betty Booze on all ships within the Premium Liquor Package.*

CONFIDENTIAL

BL-000038204_A

# Current On-Premise Chain RFPs
### *(Pitching In Progress)*

**Recreation & Concessionaire**

          

**Hotels & Resorts**

            

**Casual Bars & Dining**

          

BL-000038205_A

# …and a range of

## *On-Premise Account Programming*

## to drive local adoption in Dining, Hotels, Resorts, Golf and More…

*(See Detail in Appendix)*

BL-000038206_A

# 2025 Marketing A&P Budget

| Betty B 2025 A&P | Booze | Buzz | Total Betty B |
|---|---|---|---|
| Agency Fees / Creative / PR | | | |
| Production | | | |
| Consumer Tastings & Trade Events | **Redacted - Non-Responsive** | | |
| Paid Media & Influencer | | | |
| POS / Shipping / Warehousing | | | |
| Website/CRM | | | |
| **Brand A&P** | $ 2,494,500 | $ 544,000 | $ 3,038,500 |
| Trade A&P - incl Distributor Programming | **Redacted - Non-Responsive** | | |
| **Trade A&P - incl Distributor Programming** | $ 1,405,500 | $ 98,075 | $ 1,503,575 |
| **Grand Total** | $ 3,900,000 | $ 642,075 | $ 4,542,075 |

Note: Betty Buzz A&P budget has been reduced to include committed spends and spends essential to sell through remaining inventory

BL-000038207_A



**2.3**
**2024 Betty Booze**
**Brand Performance**



39
STRICTLY CONFIDENTIAL

BL-000038208_A

# Significant Betty Booze Marketing Activation with Social, PR, CRM, Events and Trade Programming in 2024



Video Content Piece



200 Press Hits & Billions of Impressions



Email & CRM



+2,000 Samplings



In Store Displays



Combined 450K Social Media Following



Award winning packaging & Industry Award Recognition



Consumer Events & Pop Ups



Influencers



BL Trade Engagement (Details in Appendix)

40

# BL Trade Engagement: 2024-2025 YTD Summary









- 5 In-Person Events

- 9 Zoom Calls

- 41 Selfie Videos

*41*

BL-000038210_A

# We looked back and found that quieter H2 2024 Marketing Led to a Decline in Consumer Search Interest



CONFIDENTIAL

BL-000038211_A



**In Q1 2025, Nielsen results showed that Betty Booze Q4 Retail Sales in new Chain listings were weaker than planned**

*We believe our premium price point (~50% higher vs. market leaders) contributed to our slower velocity*

**Unit Velocity (Units / Store / Week)**

Source – Nielsen last 4 weeks ending 11/30/24


0.5x


0.2x


0.2x


0.2x

Albertsons SAFEWAY
0.1x

BevMo!
0.1x

*Velocity varied between*
*0.1x – 0.5x units per store per week*
*Below our projected National Average of 1.5x*

43

BL-000038212_A



# Although we met our 6,000 Account Distribution Objective in 2024, Re-orders were lower than expected at our $14.99 & $21.99 price points

We sold into a total of **~6,000 accounts** since our May distribution drive

Only 33% of total accounts have ordered more than once since May



All Single
Flavor 4-Packs
**$14.99**

Variety
6-Packs
**$21.99**



Note – The chart above excludes chain warehouse accounts
Note – Purchase is when an account orders from a distributor – this can be multiple times within a month. Also, this stat is brand level – if an account purchases 1 label and then purchases a second label at another date then this would count as two purchases

44



# The Result: Betty Booze missed the 2024 Shipment Plan by 19k cases (-$900k in Revenue)



106k Cases Shipped in 2024
+165% YoY
(-15%) vs October LE



$4.6MM in Gross Revenue in 2024
+160% YoY
(-16%) vs October LE

45

BL-000038214_A



# 2024-25 Betty Booze Write-Offs

Slower velocity than expected and the category's short selling season resulted in write-offs of expiring product stock in 2024 and 2025.

|  | Balance Sheet Impact (2024 & 2025) | Of which Cash Portion (2025) |
|---|---|---|
| Booze | $2.2mm | $1mm |

- Note: Betty Booze carries an additional $1mm potential risk of cash in 2025 and corresponding 2025 balance sheet, depending on rate of sale.



46

BL-000038215_A



# 3.1
# 2024 Betty Buzz (Non-Alc)
# Brand Performance



47
STRICTLY CONFIDENTIAL

BL-000038216_A



# Betty Buzz 2024 Topline was broadly on Plan



222k Cases Shipped
+18% YoY
(-2%) vs October LE



$7.9MM in Gross Revenue
+22% YoY
(-6%) vs October LE



48

CONFIDENTIAL

BL-000038217_A



# Betty Buzz Retail Sales (Nielsen) were largely on Plan until Q4, after which we started seeing declines in growth





49



# Similarly with Amazon, Betty Buzz started to see declines in H2 2024





**Betty Buzz on Amazon**
July 1 - August 15 vs August 16 - December 31 YoY

- The brand was performing well on Amazon prior to the negative PR - growing +78% YoY in revenue

- Since the onset of the negative PR the brand is down -34% YoY, a swing of -112%

|  | 2023 | 2024 | +/-% |
|---|---|---|---|
| July 1 - August 15 | $372,673 | $663,876 | 78% |
| August 16 - December 31 | $1,060,850 | $700,438 | (34%) |

50





# 2024 Betty Buzz Profitability by Channel

Despite landing broadly on topline plan in 2024, Betty Buzz lost $3.79/case as a whole across all channels in 2024 after accounting for Slotting, Discounting, COGs, Freight and Direct SG&A. By contrast, Betty Booze delivers over $14/case of profit.



| | On Premise via Distributors | Direct to Retail | International | E-Commerce | Retail via Distributors | Total | Booze Total |
|---|---|---|---|---|---|---|---|
| Example Customers | | | | | | | |
| Cases Sold (6x4pks) | | | | | | 221,812 | 105,887 |
| Profit Delivered per case | | Redacted - Non-Responsive | | | | ($3.79) | $14.32 |
| % of Total Buzz Vol Mix | | | | | | 100% | |

Note: The above excludes any write-offs

51



# Betty Buzz Actual & Projected GP by Format

  

|  | Mixer 9oz Glass (2024 Actuals) | Current Mocktails in 12oz Standard Cans (Projected) | Future Mocktails in 12oz Sleek Cans (Projected) |
|---|---|---|---|
| GP Post Freight (per case) | ($5.48) | $9.13 | $15.83 |
| GP % Post Freight | (30%) | 24% | 41% |

**PUNCHLINE:** *Buzz Mixers have the lowest Gross Profit.*
*Mocktails are an avenue for a more sustainable Betty Buzz GP in 2025 and beyond.*
*However, the size of category and consumer pull of Mocktails at scale is unproven.*



52

BL-000038221_A



# 3.2
# 2025 Non-Alc Mixer
# Category Update

53
STRICTLY CONFIDENTIAL

BL-000038222_A

# Recent Fever-Tree & Molson Coors Deal (Jan 30, 2025)





- Fever-Tree has been the #1 leading Premium Mixer in the US (and globally) for nearly a decade.

- Molson Coors acquired an 8.5% equity stake in the Fever-Tree Parent Entity in the UK for GBP 71m ($88.5M).

- Fever-Tree granted Molson Coors an exclusive license to produce, distribute and market Fever Tree in the US across all channels starting February 1st 2025 in exchange for $24mm and future royalty payments. (They appear to be eliminating the US Fever-Tree team).

- <u>PUNCHLINE</u>: This leads us to believe that even with $150mm U.S. revenue – Fever-Tree does not see a path to gaining real profitability in the US as an independent Mixer player – which would be even harder for Betty Buzz with a fraction of Fever-Tree's scale (FTUSA 10M cases vs. Betty Buzz at 200k cases).



54

CONFIDENTIAL

BL-000038223_A

# Q Mixers (#2 Premium Mixer Brand) has seen steep declines in 2024 Nielsen – after years of significant investment







Q Total $ Sales: (27%) vs. LY

Q Glass $ Sales: (41%) vs. LY

*Nielsen Data L52W w/e 2024-02-03 to 2025-01-25*

**Punchline:** This indicates that even across Mixer formats & with significant price pulsing, there is limited consumer demand for multiple premium Mixer brands at scale.

55

BL-000038224_A

# Strategic Outlook on Non-Alc Mixer Business

*Recent conversations with Strategics have echoed the **opportunity in RTDs** as an anchor for the No & Low Proposition – **but caution against Mixers***



- Neither Carbonated Soft Drink Companies or Alcohol strategics see significant potential within Mixers

- Mocktails are a small and growing category but largely untested – unclear category size and ultimate opportunity – and therefore should be approached cautiously with our limited time and capital

- **Booze must be our #1 priority to win**



56

BL-000038225_A



# 3.3
# 2025 Betty Buzz Plan



STRICTLY CONFIDENTIAL

BL-000038226_A



*Given the risk/reward profile of the Mixer Business,*
*our recommendation is to* **wind down the current Buzz Mixer Business (Glass & 12oz Cans)** *to focus resources on Booze as our #1 Priority*

1. Sell through as much of the near-expiring pipeline as possible with existing customers, avoiding additional write-downs. **Any Buzz no & low marketing will aid this effort over the next few months**

2. Wind down Buzz Amazon, US and International Customers through August 2025

3. In this evolution, **Buzz will live on as Mocktails** - a higher margin, higher value, less commoditized product offering

4. We will test our two current Mocktail flavors in standard 12oz cans with Total Wine & Whole Foods in 2025 (production completed) – and garner key learnings to inform a potential expansion with Target and the On-Premise in 2026 - with new flavors in 12oz sleek cans

58



# Betty Buzz Write-Offs and Wind Down Costs

We anticipate a total financial balance sheet impact of $3.8mm across 2024-25, as a result of write-offs related to the Betty Buzz business.

| | Balance Sheet Impact (2024 & 2025) | Of which Cash Portion (2025) |
|---|---|---|
| Buzz | $3.8mm | $1.0mm |

The $3.8mm Balance Sheet Impact includes:
- Shut down costs (i.e. Equipment, termination penalties, raw materials)
- Product write-offs (expiring & obsolete finished goods)

In addition to the above, Betty Buzz carries an additional $1mm potential risk of cash in 2025 and corresponding 2025 balance sheet, depending on sell through in 2025.



59

BL-000038228_A

# 2025 Mocktail Performance at Retail will garner learnings and inform a longer term strategy for 2026 and Beyond

Both Mocktail Flavors will launch at Whole Foods and Total Wine this April





Potential to Launch Mocktails at Target in July 2026 could be an opportunity for greater volumes and improved GP




|  | Current Mocktails in 12oz Standard Cans (Projected) | Future Mocktails in 12oz Sleek Cans (Projected) |
|---|---|---|
| GP Post Freight (per case) | $9.13 | $15.83 |
| GP % Post Freight | 24% | 41% |



60

BL-000038229_A