# Exhibit 269-2




# 4.1
# 2025 Plan Summary



61
STRICTLY CONFIDENTIAL

# 2025 Commercial Plan on a Page



**Booze @ 250k**



**Buzz @ 103k**

### Betty Booze as #1 Priority

- Assumes: Growing Distribution from 6k accounts to 9.5k total accounts

- Existing Nat'l Chains: Double velocity (0.3 → 0.7 units/store/SKU/week) to a normalized Chain level

- Total Wine: Double velocity (1.0 → 1.3 units/store/SKU/week) – closer to H1 2024 levels, but below 2023

- Other Retailers: Grow distribution by +60% (5k → 8k accounts) and double current velocity to 0.7 units/store/SKU/week

### Total Capital Need

- Cash Flow plan in following section
- **$6.5mm** of additional equity – close in Q2 2025
- Convert all existing current debt to equity **$6mm**

*Punchline:*

*Betty Booze is #1 Priority and primary driver of profitable growth. New Tea Flavors account for approx ~50% of 2025 Volume.*

*The Betty Buzz Mixer business will wind down through 2025 and transition to Mocktails through H2 2025.*



62

BL-000038231_A



# 5.1
# 2024 Financials (Audited)



63
STRICTLY CONFIDENTIAL

BL-000038232_A



# Consolidated 2024 Year End Results



328k Cases Shipped
+43% YoY
(-7%) vs October LE



$12.5MM in Gross Revenue
+52% YoY
(-10%) vs October LE



64

BL-000038233_A

# 2024 Income Statement – Betty B Holdings

*(Audited Financials)*



| | 2024 Actuals | 2024 Revised Budget | +/- % |
|---|---|---|---|
| Cases Sold | 327,699 | 352,000 | (7%) |
| Gross Revenue | $12,503,671 | $13,867,290 | (10%) |
| Discounting | (2,830,118) | (1,945,667) | 45% |
| FET | (285,888) | (337,500) | (15%) |
| **Net Revenue** | **$9,387,665** | **$11,584,123** | **(19%)** |
| COGS | $5,047,776 | $5,510,975 | (8%) |
| COGS - Other Includes Write Offs | 3,307,782 | 145,000 | 2,181% |
| Total COGS | $8,355,558 | $5,655,975 | 48% |
| **Gross Profit** | **$1,032,107** | **$5,928,148** | **(83%)** |
| *Gross Profit Margin %* | *11%* | *51%* | |
| A&P | $5,371,032 | $6,400,000 | (16%) |
| Selling & Distribution | 3,040,907 | 2,256,105 | 35% |
| **Total CAAP** | **($7,379,832)** | **($2,727,957)** | **171%** |
| Salaries | $3,392,520 | $3,419,726 | (1%) |
| Payroll Taxes | 172,681 | 244,490 | (29%) |
| Benefits & Insurance | 190,295 | 322,104 | (41%) |
| T&E | 380,702 | 477,474 | (20%) |
| Total Salaries and T&E | $4,136,198 | $4,463,795 | (7%) |
| Accounting | $204,549 | $100,000 | 105% |
| Company Insurance | 140,690 | 142,000 | (1%) |
| IT | 175,001 | 200,000 | (12%) |
| Legal | 140,945 | 180,000 | (22%) |
| Office Expense | 143,196 | 197,500 | (27%) |
| Broker Fees | 603,303 | 719,638 | (16%) |
| Consultants | 111,179 | 220,000 | (49%) |
| Consultants - Sales Mgt | 180,000 | 180,000 | – |
| Processing Fees | 41,922 | 44,500 | (6%) |
| Research and Development | 153,478 | 125,000 | 23% |
| Other SG&A | $1,894,263 | $2,108,638 | (10%) |
| **EBITDA** | **($13,410,293)** | **($9,300,389)** | **44%** |

- Revenue
  - Miss related to Betty Booze as we saw slower than expected reorder rates through Q4
  - Discounting was higher related to Betty Buzz
    - Discounting includes returns of unsellable product for both Betty Booze and Betty Buzz

- COGS
  - Product COGS – on plan on a per case basis
  - Write Offs – Approx 80% relates to expiring Betty Buzz stock as well as some of the wind down costs associated with Betty Buzz mixer business

- Selling and Distribution
  - Betty Buzz experienced higher than expected shipping costs on international shipping as well as other shipping costs

- SG&A
  - Salaries and other overhead costs shared with **Redacted - Non-Responsive**

Note: 2024 Revised Budget is the plan presented in October 2024

65



# Betty B Combined – 2024 EBITDA Bridge Revised Plan to Actual



CONFIDENTIAL

BL-000038235_A

# 2024 Income Statement – Betty Booze

*(Audited Financials)*



| | 2024 Actuals | 2024 Revised Budget | +/- % |
|---|---|---|---|
| Cases Sold | 105,887 | 125,000 | (15%) |
| | | | |
| Gross Revenue | $4,632,745 | $5,541,250 | (16%) |
| Discounting | (805,042) | (554,125) | 45% |
| FET | (285,888) | (337,500) | (15%) |
| **Net Revenue** | **$3,541,815** | **$4,649,625** | **(24%)** |
| COGS | $1,597,358 | $1,974,795 | (19%) |
| COGS - Other Includes Write Offs | 1,005,171 | – | – |
| Total COGS | $2,602,529 | $1,974,795 | 32% |
| **Gross Profit** | **$939,286** | **$2,674,830** | **(65%)** |
| *Gross Profit Margin %* | *27%* | *58%* | |
| A&P | $3,000,539 | $3,688,750 | (19%) |
| Selling & Distribution | 538,432 | 500,000 | 8% |
| **Total CAAP** | **($2,599,685)** | **($1,513,920)** | **72%** |
| Broker Fees | 99,433 | $205,413 | (52%) |
| Other SG&A | $99,433 | $205,413 | (52%) |
| **EBITDA** | **($2,699,118)** | **($1,719,333)** | **57%** |

- Revenue
  - Miss related to slower than expected reorder rates through Q4

- Discounting
  - Includes returns of unsellable product

- COGS
  - Product COGS – on plan
  - Write Offs – Relates to expiring stock

- Selling and Distribution
  - Adverse to plan due to higher warehousing costs as larger amounts of product sat in warehouses longer than planned

- Note – EBITDA on this page excludes any corporate SG&A allocation



Note: 2024 Revised Budget is the plan presented in October 2024

67

BL-000038236_A

# 2024 Income Statement – Betty Buzz

*(Audited Financials)*



| | 2024 Actuals | 2024 Budget | +/- % |
|---|---|---|---|
| Cases Sold | 221,812 | 227,000 | (2%) |
| | | | |
| Gross Revenue | $7,870,926 | $8,326,040 | (5%) |
| Discounting | (2,025,076) | (1,391,542) | 46% |
| **Net Revenue** | **$5,845,850** | **$6,934,498** | **(16%)** |
| COGS | $3,450,418 | $3,536,180 | (2%) |
| COGS - Other Includes Write Offs | 2,302,611 | 145,000 | 1,488% |
| Total COGS | $5,753,029 | $3,681,180 | 56% |
| **Gross Profit** | **$92,821** | **$3,253,318** | **(97%)** |
| *Gross Profit Margin %* | *2%* | *47%* | |
| | | | |
| A&P | $2,170,493 | $2,511,250 | (14%) |
| Selling & Distribution | 2,502,475 | 1,756,105 | 43% |
| **Total CAAP** | **($4,580,148)** | **($1,014,037)** | **352%** |
| Broker Fees | 503,870 | $514,225 | (2%) |
| Consultants - Sales Mgt | 180,000 | $180,000 | – |
| Consultants - Digital | 200,000 | $200,000 | – |
| Other SG&A | $883,870 | $894,225 | (1%) |
| **EBITDA** | **($5,464,018)** | **($1,908,262)** | **186%** |

Note: 2024 Revised Budget is the plan presented in October 2024

- Revenue
  - Higher discounting vs plan from a larger portion of sales on Amazon at a discount

- Discounting
  - Includes returns of unsellable product

- COGS
  - Product COGS – on plan
  - Write Offs – 80+% relates to expiring stock and the wind down of the Betty Buzz mixer business

- Selling and Distribution
  - Betty Buzz experienced higher than expected shipping costs on international shipping as well as other shipping costs

- Note – EBITDA on this page excludes any corporate SG&A allocation

68

BL-000038237_A

# 2024 Balance Sheet
# Betty B Holdings
*(Audited Financials)*



| | Dec 2024 Balance Sheet |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Cash | $2,249,073 |
| Short-Term Investments | 5,001,687 |
| Accounts Receivable | 767,610 |
| Inventory | 2,608,604 |
| Prepaid Expense | 57,043 |
| Due From Related Entities | 44,692 |
| Total Current Assets | $10,728,709 |
| | |
| Property and Equipment, net | 767,001 |
| Other Assets | |
| Deposits | 231,930 |
| Office Lease | 96,943 |
| Deferred Loan Costs, net | 3,739 |
| Total Other Assets | 332,612 |
| | |
| Total Assets | $11,828,322 |
| | |
| **LIABILITIES & MEMBERS' EQUITY** | |
| Current Liabilities | |
| Accounts Payable and Accrued Expense | $4,553,740 |
| Accrued Purchases | (12,173) |
| Promotional Reserve | 613,515 |
| Due To Related Entities | 68,812 |
| | |
| Total Current Liabilities | $5,223,894 |
| | |
| Capital Lease Obligation | 114,178 |
| Long-Term Debt | 6,000,000 |
| | |
| Total Long-Term Liabilities | 6,114,178 |
| | |
| Members' Equity | |
| Capital Contributions | 34,120,436 |
| Equity Based Compensation | 970,020 |
| Retained Earnings | (34,600,206) |
| | |
| Total Members' Equity | 490,250 |
| | |
| Total Liabilities and Members' Equity | $11,828,322 |



69

BL-000038238_A

# 2024 Cash Flow
# Betty B Holdings

*(Audited Financials)*
*Note – excludes T-bills*



|  | Dec 2024 Statement of CF |
|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net Loss | $ (14,093,085) |
| Adjustments to Reconcile Net Loss to Net Cash Used in Operating Activities | |
| Depreciation and Amortization - COGS | 95,294 |
| Depreciation and Amortization - Other | 46,988 |
| Equity Based Compensation | 554,312 |
| Bad Debt Expense | 121,364 |
| Change in Inventory Reserve | 2,053,135 |
| Accretion of Discount on Short-Term Investments | (2,336) |
| Office Lease | 94,917 |
| Amortization of Deferred Loan Costs | 2,364 |
| Increase (Decrease) in Cash Attributable to Change in Assets and Liabilities: | |
| Accounts Receivable | 590,112 |
| Inventory | (1,398,106) |
| Prepaid Expense | 4,554 |
| Due From Related Entities | 57,799 |
| Accounts Payable and Accrued Expense | 2,160,080 |
| Accrued Purchases | 175,207 |
| Promotional Reserve | 439,379 |
| Due To Related Entities | 63,615 |
| Net Cash Used in Operating Activities | (9,034,407) |
| | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Purchase of Short-Term Investments | (4,999,351) |
| Purchase of Property and Equipment | (68,012) |
| Net Cash Used in Investing Activities | (5,067,363) |
| | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Payments on Capital Lease Obligation | (104,688) |
| Proceeds from Long-Term Debt | 6,000,000 |
| Capital Contributions | 10,000,000 |
| Net Cash Used in Financing Activities | 15,895,312 |
| | |
| NET CHANGE IN CASH | 1,793,542 |
| | |
| CASH AT BEGINNING OF PERIOD | 455,528 |
| | |
| CASH AT END OF PERIOD | $ 2,249,070 |

70



BL-000038239_A



## 5.2
## 5-Year Financials



STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038240_A

# 5 Year Model – Income Statement – Betty B



| | 2025F | 2026F | 2027F | 2028F | 2029F |
|---|---|---|---|---|---|
| Cases Sold | 350,360 | 768,720 | 1,160,772 | 1,537,829 | 2,097,268 |
| Gross Revenue | $13,150,947 | $27,578,685 | $41,556,126 | $54,827,451 | $74,329,276 |
| Discounting | (2,601,003) | (4,161,245) | (6,036,844) | (7,837,159) | (10,379,682) |
| Early Payment | (39,518) | (17,035) | (22,998) | (29,897) | (38,866) |
| Slotting | (48,180) | (40,884) | (55,194) | (71,752) | (93,278) |
| FET | (665,415) | (2,025,000) | (3,065,850) | (4,063,433) | (5,547,309) |
| **Net Revenue** | **$9,796,831** | **$21,334,520** | **$32,375,241** | **$42,825,211** | **$58,270,142** |
| COGS | $5,531,423 | $10,458,602 | $14,968,438 | $18,969,133 | $24,691,960 |
| COGS - Other | 1,721,689 | – | – | – | – |
| COGS - Write Offs (Non-Cash) | 1,247,825 | – | – | – | – |
| Total COGS | $8,500,937 | $10,458,602 | $14,968,438 | $18,969,133 | $24,691,960 |
| **Gross Profit** | **$1,295,894** | **$10,875,918** | **$17,406,802** | **$23,856,078** | **$33,578,182** |
| *Gross Profit Margin %* | *13%* | *51%* | *54%* | *56%* | *58%* |
| A&P | $4,542,075 | $4,975,000 | $5,475,000 | $6,725,000 | $7,725,000 |
| Selling & Distribution | 2,641,398 | 3,778,799 | 5,589,998 | 7,257,306 | 9,698,189 |
| **Total CAAP** | **($5,887,579)** | **$2,122,119** | **$6,341,805** | **$9,873,772** | **$16,154,992** |
| Salaries | $1,952,313 | $2,010,882 | $2,051,100 | $2,112,633 | $2,112,633 |
| Payroll Taxes | 128,030 | 131,871 | 134,509 | 138,544 | 138,544 |
| Benefits & Insurance | 189,468 | 195,152 | 199,055 | 205,027 | 205,027 |
| T&E | 225,961 | 232,739 | 237,394 | 244,516 | 244,516 |
| Total Salaries and T&E | $2,495,772 | $2,570,645 | $2,622,058 | $2,700,720 | $2,700,720 |
| Accounting | $208,640 | $212,813 | $217,069 | $221,410 | $221,410 |
| Company Insurance | 143,504 | 146,374 | 149,301 | 152,287 | 152,287 |
| IT | 178,501 | 182,071 | 185,712 | 189,427 | 189,427 |
| Legal | 143,764 | 143,764 | 146,639 | 149,572 | 149,572 |
| Office Expense | 107,397 | 109,545 | 111,736 | 113,971 | 113,971 |
| Broker Fees | 364,577 | 346,495 | 462,846 | 589,446 | 751,424 |
| Consultants | 83,384 | 85,052 | 86,753 | 88,488 | 88,488 |
| Consultants - Sales Mgt | 90,000 | – | – | – | – |
| Consultants - Digital | 66,667 | – | – | – | – |
| Processing Fees | 42,760 | 43,616 | 44,488 | 45,378 | 45,378 |
| Research and Development | 156,548 | 156,548 | 159,679 | 162,872 | 162,872 |
| Other SG&A | $1,585,742 | $1,426,276 | $1,564,224 | $1,712,851 | $1,874,829 |
| **EBITDA** | **($9,969,093)** | **($1,874,803)** | **$2,155,523** | **$5,460,201** | **$11,579,443** |

- After 2025, Betty Buzz financial contribution is exclusively mocktails, at a very conservative level
  - Target alone would do more business with the mocktails, and with the greater volume comes higher margin

- COGS – Other – accounts for additional cash write offs on Betty Booze (expiring) and the wind down of the Betty Buzz mixer business including non-cash write offs

- Of the shared resources (salaries and other overhead) Betty B pays just 15% of the combined expenses, with the remaining amount (85%) paid for by **Redacted - Non-Responsive**

**Redacted - Non-Responsive**

Note: Betty Buzz and Betty Booze each carry an additional $1mm potential risk ($2mm total), depending on rate of sale.

72

BL-000038241_A

# Overhead Savings



|  | 2024 Actuals | 2025 Budget | +/-% |
|---|---|---|---|
| Salaries | $3,392,520 | $1,952,313 | (42%) |
| Payroll Taxes | 172,681 | 128,030 | (26%) |
| Benefits & Insurance | 190,295 | 189,468 | (0%) |
| T&E | 380,702 | 225,961 | (41%) |
| **Total Salaries and T&E** | **$4,136,198** | **$2,495,772** | **(40%)** |

- In 2024 – shared resources were split 50/50 with Redacted - Non-Responsive

- In 2025 - as a result of splitting shared salaries and overhead based on Gross Profit, Betty B will pay 15% of the shared expenses in 2025 – with the remaining amount (85%) paid for by **Redacted - Non-Responsive** Redacted - Non-Responsive
  - This results in a $1.6mm savings vs. 2024

- Betty B receives the benefit of a full sales and back-office team while only paying a fraction of the costs



73

BL-000038242_A

# 5 Year Model – Income Statement – Betty Booze



|  | 2025F | 2026F | 2027F | 2028F | 2029F |
|---|---|---|---|---|---|
| Cases Sold | 246,450 | 750,000 | 1,135,500 | 1,504,975 | 2,054,559 |
| | | | | | |
| Gross Revenue | $9,274,725 | $26,726,925 | $40,406,250 | $53,332,613 | $72,385,986 |
| Discounting | (1,837,066) | (4,033,481) | (5,864,363) | (7,612,933) | (10,088,188) |
| FET | (665,415) | (2,025,000) | (3,065,850) | (4,063,433) | (5,547,309) |
| Net Revenue | $6,772,244 | $20,668,444 | $31,476,038 | $41,656,247 | $56,750,489 |
| COGS | $3,717,665 | $10,022,278 | $14,391,182 | $18,233,708 | $23,755,030 |
| COGS - Other | 739,747 | – | – | – | – |
| COGS - Write Offs (Non-Cash) | – | – | – | – | – |
| Total COGS | $4,457,412 | $10,022,278 | $14,391,182 | $18,233,708 | $23,755,030 |
| Gross Profit | $2,314,832 | $10,646,165 | $17,084,855 | $23,422,539 | $32,995,459 |
| Gross Profit Margin % | 34% | 52% | 54% | 56% | 58% |
| A&P | $3,900,000 | $4,750,000 | $5,250,000 | $6,500,000 | $7,500,000 |
| Selling & Distribution | 1,232,250 | 3,675,000 | 5,452,671 | 7,082,352 | 9,475,298 |
| Total CAAP | ($2,817,418) | $2,221,165 | $6,382,184 | $9,840,186 | $16,020,161 |
| Broker Fees | 144,249 | 310,295 | 413,977 | 525,915 | 668,834 |
| Other SG&A | $144,249 | $310,295 | $413,977 | $525,915 | $668,834 |
| EBITDA | ($2,961,668) | $1,910,870 | $5,968,208 | $9,314,271 | $15,351,327 |

| $/Case | 2025F | 2026F | 2027F | 2028F | 2028F |
|---|---|---|---|---|---|
| Gross Revenue | $37.63 | $35.64 | $35.58 | $35.44 | $35.23 |
| Discounting | (7.45) | (5.38) | (5.16) | (5.06) | (4.91) |
| FET | (2.70) | (2.70) | (2.70) | (2.70) | (2.70) |
| Net Revenue | $27.48 | $27.56 | $27.72 | $27.68 | $27.62 |
| COGS | $15.08 | $13.36 | $12.67 | $12.12 | $11.56 |
| COGS - Other | 3.00 | – | – | – | – |
| Total COGS | $18.09 | $13.36 | $12.67 | $12.12 | $11.56 |
| Gross Profit | $9.39 | $14.19 | $15.05 | $15.56 | $16.06 |
| A&P | $15.82 | $6.33 | $4.62 | $4.32 | $3.65 |
| Selling & Distribution | 5.00 | 4.90 | 4.80 | 4.71 | 4.61 |
| Total CAAP | ($11.43) | $2.96 | $5.62 | $6.54 | $7.80 |

- In 2024, Betty Booze was forecasted to do 500k cases in 2025. We have decreased this number to take a more conservative approach but will still need to move fast and execute successfully

- COGS – Other – includes the cash write offs of expired Betty Booze product

- Gross Profit decreased vs prior plan due to lowering the price on the Original Flavors of Betty Booze from $14.99 a 4-pack to $11.99 a 4-pack as well

- Note – EBITDA on this page excludes any corporate SG&A allocation



74

BL-000038243_A

# 5 Year Model – Income Statement – Betty Buzz



| | 2025F | 2026F | 2027F | 2028F | 2029F |
|---|---|---|---|---|---|
| Cases Sold | 103,910 | 18,720 | 25,272 | 32,854 | 42,710 |
| | | | | | |
| Gross Revenue | $3,876,222 | $851,760 | $1,149,876 | $1,494,839 | $1,943,290 |
| Discounting | (763,937) | (127,764) | (172,481) | (224,226) | (291,494) |
| Early Payment | (39,518) | (17,035) | (22,998) | (29,897) | (38,866) |
| Slotting | (48,180) | (40,884) | (55,194) | (71,752) | (93,278) |
| FET | – | – | – | – | – |
| **Net Revenue** | **$3,024,588** | **$666,076** | **$899,203** | **$1,168,964** | **$1,519,653** |
| COGS | $1,813,758 | $436,324 | $577,256 | $735,424 | $936,930 |
| COGS - Other | 981,942 | – | – | – | – |
| COGS - Write Offs (Non-Cash) | 1,247,825 | – | – | – | – |
| Total COGS | $4,043,525 | $436,324 | $577,256 | $735,424 | $936,930 |
| **Gross Profit** | **($1,018,937)** | **$229,753** | **$321,947** | **$433,540** | **$582,723** |
| *Gross Profit Margin %* | *(34%)* | *34%* | *36%* | *37%* | *38%* |
| A&P | $642,075 | $225,000 | $225,000 | $225,000 | $225,000 |
| Selling & Distribution | 1,409,148 | 103,799 | 137,327 | 174,954 | 222,892 |
| **Total CAAP** | **($3,070,160)** | **($99,047)** | **($40,380)** | **$33,586** | **$134,831** |
| Broker Fees | 220,328 | 36,200 | 48,870 | 63,531 | 82,590 |
| Consultants | – | – | – | – | – |
| Consultants - Sales Mgt | 90,000 | – | – | – | – |
| Consultants - Digital | 66,667 | – | – | – | – |
| Processing Fees | – | – | – | – | – |
| Research and Development | – | – | – | – | – |
| Other SG&A | $376,994 | $36,200 | $48,870 | $63,531 | $82,590 |
| **EBITDA** | **($3,447,155)** | **($135,246)** | **($89,249)** | **($29,945)** | **$52,241** |

| $/Case | 2025F | 2026F | 2027F | 2028F | 2028F |
|---|---|---|---|---|---|
| Gross Revenue | $37.30 | $45.50 | $45.50 | $45.50 | $45.50 |
| Discounting | (7.35) | (6.83) | (6.83) | (6.83) | (6.83) |
| FET | – | – | – | – | – |
| **Net Revenue** | **$29.11** | **$35.58** | **$35.58** | **$35.58** | **$35.58** |
| COGS | $17.46 | $23.31 | $22.84 | $22.38 | $21.94 |
| COGS - Other | 9.45 | – | – | – | – |
| Total COGS | $38.91 | $23.31 | $22.84 | $22.38 | $21.94 |
| **Gross Profit** | **($9.81)** | **$12.27** | **$12.74** | **$13.20** | **$13.64** |
| A&P | $6.18 | $12.02 | $8.90 | $6.85 | $5.27 |
| Selling & Distribution | 13.56 | 5.54 | 5.43 | 5.33 | 5.22 |
| **Total CAAP** | **($29.55)** | **($5.29)** | **($1.60)** | **$1.02** | **$3.16** |

- 2025 reflects the wind down of the Betty Buzz mixer business - including the associated costs

- 2026 and beyond shows only the Betty Buzz mocktail business – on a very limited scale basis

- Hence, this is a very conservative plan; Target alone would do more business with the mocktails, and with the greater volume comes higher margin

- Note – EBITDA on this page excludes any corporate SG&A allocation

75

# 5 Year Model – Cash Flow



| Cash Flow Projections | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| Cash Flow | | | | | |
| EBITDA ex. Inventory Write Off | ($8,721,268) | ($1,874,803) | $2,155,523 | $5,460,201 | $11,579,443 |
| (Increase) / Decrease in Working Capital | 116,584 | (1,100,895) | (1,120,930) | (1,070,099) | (1,720,109) |
| Cash Flow from Operations | ($8,604,684) | ($2,975,698) | $1,034,594 | $4,390,102 | $9,859,335 |
| Capital Expenditure | $0 | $0 | $0 | $0 | $0 |
| FCF | ($8,604,684) | ($2,975,698) | $1,034,594 | $4,390,102 | $9,859,335 |
| Beginning Cash Balance | $6,844,790 | $4,552,606 | $1,576,908 | $2,611,502 | $7,001,604 |
| FCF | (8,604,684) | (2,975,698) | 1,034,594 | 4,390,102 | 9,859,335 |
| Equity Infusion | 12,500,000 | 0 | 0 | 0 | 0 |
| Loan | 0 | 0 | 0 | 0 | 0 |
| Interest on Loan | (187,500) | 0 | 0 | 0 | 0 |
| Repayment of Loan | (6,000,000) | 0 | 0 | 0 | 0 |
| Ending Cash Balance | $4,552,606 | $1,576,908 | $2,611,502 | $7,001,604 | $16,860,938 |

- 2025
  - Assumes $6.5mm of new equity
  - Assumes conversion of all outstanding debt to equity
  - No debt outstanding



Note: Betty Buzz and Betty Booze each carry an additional $1mm potential risk ($2mm total), depending on rate of sale.

76

CONFIDENTIAL

BL-000038245_A

# 5 Year Model – Balance Sheet



| Balance Sheet | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| Current Assets: | | | | | |
| Excess Cash | $4,552,606 | $1,576,908 | $2,611,502 | $7,001,604 | $16,860,938 |
| Accounts Receivable | 497,336 | 3,334,594 | 4,975,236 | 6,564,346 | 8,900,080 |
| Inventory | 893,626 | 1,459,623 | 1,492,514 | 1,891,398 | 2,462,169 |
| Prepaid expenses | 169,545 | 169,545 | 169,545 | 169,545 | 169,545 |
| Total Current Assets | $6,113,113 | $6,540,669 | $9,248,797 | $15,626,892 | $28,392,733 |
| Property, Plant and Equipment | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 |
| Depreciation | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 |
| Total Non-Current Assets | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 |
| Total Assets | $7,203,734 | $7,631,290 | $10,339,418 | $16,717,513 | $29,483,354 |
| Current Liabilities: | | | | | |
| Accounts Payable | $986,890 | $3,289,249 | $3,841,854 | $4,759,747 | $5,946,145 |
| Accrued Liabilities | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 |
| Total Current Liabilities | $1,209,274 | $3,511,633 | $4,064,238 | $4,982,131 | $6,168,529 |
| Total Non-Current Liabilities | ($550,000) | ($550,000) | ($550,000) | ($550,000) | ($550,000) |
| Total Liabilities | $659,274 | $2,961,633 | $3,514,238 | $4,432,131 | $5,618,529 |
| Shareholders Equity: | | | | | |
| Class A | $46,768,917 | $46,768,917 | $46,768,917 | $46,768,917 | $46,768,917 |
| Retained Earnings | (40,224,457) | (42,099,260) | (39,943,737) | (34,483,535) | (22,904,092) |
| Total Shareholders Equity | $6,544,460 | $4,669,657 | $6,825,180 | $12,285,382 | $23,864,825 |
| Total Liabilities and Shareholders' Equity | $7,203,734 | $7,631,290 | $10,339,418 | $16,717,513 | $29,483,354 |



77

BL-000038246_A



6. Appendix

CONFIDENTIAL

BL-000038247_A



# Betty B Holdings LLC
## Current Organization Chart



**2** = Dedicated Betty B Holdings overhead

**23** = Shared overhead to reduce costs to Betty B Holdings (shared personnel are split Betty B 15% / [ Redacted - Non-Responsive ])

 Note – [ Redacted - Non-Responsive ], Chief of Staff, has assumed day-to-day lead marketing role

79

# 6.1
# 2024-25 Summary
# BL Trade Engagement



80
STRICTLY CONFIDENTIAL

BL-000038249_A

## 2024-25 YTD through February
## BL Trade Engagement Summary

- 5 In-Person Events

- 9 Zoom Calls (incl 2 with influencers)

- 41 Selfie Videos



81

BL-000038250_A

# (5) In Person Events

| | Ask | Target Month | Status |
|---|---|---|---|
| **In Person Road Show for Distributors and Top Local / Regional Chains** | Majestic Wine Happy Hour | December (2023) | Complete December 2023 |
| | NYC (Total) Wine Happy Hour – Fouquet | March | Complete 14 March 2024 |
| | TX (2 Account Visits) | May | Complete 14 June 2024 |
| | NY Appearance - NYWF | April | Complete 18 October 2024 |
| | SGWS Leadership Dinner [Redacted - Non-Responsive] | November | Complete 5 November 2024 |
| | NJ | April | In Discussion / Awaiting Avails |
| | IL | May | Subject to future travel to market |
| | MA | May | Subject to future travel to market |
| | Los Angeles (1 Day) | TBC (Optional based on existing travel) | Subject to future travel to market |



82

BL-000038251_A

# (9) Zooms

| | Ask | Target Month | Status |
|---|---|---|---|
| **Virtual Events for Distributors and Top National Chains (6 – 10 Virtual Tastings)** | SGWS Executive Kick Off | March | ✓ Complete 27 March 2024 |
| | **Amazon Influencer Zoom (Buzz) | July | ✓ Complete 12 July 2024 |
| | Total Wine "Meet the Maker" | July | ✓ Complete 8 October 2024 |
| | FL Distributor Team (SGWS) | Late April – Early May | ✓ Replaced with National Call - Complete 18 October 2024 |
| | CA Distributor Team (SGWS) | | |
| | IL Distributor Team (SGWS) | | |
| | NJ Distributor Team (Fedway) | Late April – May | ✓ Replace with National Call - Complete 18 October 2024 ✓ (included Idaho, New Jersey, Texas, Georgia, Tennessee, Mass, Rhode Island, Northern Virginia, Southern Virginia, Connecticut, Wisconsin, Maine) |
| | MA Distributor Team (Horizon) | | |
| | GA Distributor Team (Empire) | | |
| | National Retail Team (SGWS) | Late April – May | ✓ Complete 19 November 2024 (combined NRS and NAOP team) |
| | National On-Premise Team (SGWS) | | |
| | **Holiday Influencer Zoom | December | ✓ Complete 3 December 2024 |
| | IMI Agency Kick off | January | ✓ Complete 23 January 2025 |
| | SGWS California | January | ✓ Complete 23 January 2025 |



83

BL-000038252_A

# (41) BL Selfie Videos

| | Ask | Status |
|---|---|---|
| **Selfie Videos (18)** | Total Wine | Complete 17 April 2024 |
| | Majestic | Complete 17 April 2024 |
| | SGWS – New York | Complete 15 May 2024 |
| | SGWS – Florida | Complete 15 May 2024 |
| | SGWS - Illinois | Complete 15 May 2024 |
| | SGWS - California | Complete 15 May 2024 |
| | SGWS – Control States | Complete 15 May 2024 |
| | SGWS – National Retail Chains | Complete 15 May 2024 |
| | SGWS – National On-Premise Chains | Complete 15 May 2024 |
| | Green light – Texas | Complete 15 May 2024 |
| | Horizon – MA (& RI) | Complete 15 May 2024 |
| | Fedway – New Jersey | Complete 15 May 2024 |
| | SGWS Regions – East Region | Complete 7 June 2024 |
| | SGWS Regions – West Region | Complete 7 June 2024 |
| | SGWS Regions – Central Region | Complete 7 June 2024 |
| | SGWS Regions – East Region | Complete 7 June 2024 |
| | Betty Blooms (for press) | Complete 31 July 2024 |
| | Princess Cruises | Complete 12 September 2024 |



84

BL-000038253_A

# (41) BL Selfie Videos - Con't

| | Ask | Status |
|---|---|---|
| **Selfie Videos** (18) | Misfits (Buzz) | Complete 10 October 2024 |
| | The Fresh Market (Buzz) | Complete 10 October 2024 |
| | Whole Foods | Complete 11 October 2024 |
| | Sprouts | Complete 11 October 2024 |
| | Mollie Stones | Complete 11 October 2024 |
| | Bristol Farms | Complete 11 October 2024 |
| | ABS Co Southwest | Complete 11 October 2024 |
| | ABS Co Seattle | Complete 11 October 2024 |
| | Publix | Complete 11 October 2024 |
| | Raleys | Complete 11 October 2024 |
| | Gelsons | Complete 11 October 2024 |
| | Walmart | Complete 14 November 2024 |
| | BevMo | Complete 14 November 2024 |
| | Wegmans | Complete 14 November 2024 |
| | ABS Co – IM Division | Complete 14 November 2024 |
| | Jewel Osco | Complete 14 November 2024 |
| | Save Mart | Complete 14 November 2024 |
| | Kroger (Buzz) | Complete 14 November 2024 |



85

# (41) BL Selfie Videos - Con't

|  | Ask | Status |
|---|---|---|
| **Selfie Videos** | Binny's | Complete 22 November 2024 |
|  | Kroger | Complete 8 January 2025 (was done last year but Sophia forgot to upload) |
|  | Ralphs | Complete 8 January 2025 (was done last year but Sophia forgot to upload) |
|  | Darden | Complete 8 January 2025 (was done last year but Sophia forgot to upload) |
|  | Delta | Complete 10 January 2025 |



86

BL-000038255_A



# 6.2
# On-Premise
# Programming

87
STRICTLY CONFIDENTIAL

BL-000038256_A

# Casual Dining: Betty Buckets



**Group Serve**

**Concept:** For a select period of time, offer a bucket of a variety of premium Betty Booze cocktails, or 6 of any single Booze flavor. This is perfect for weekend brunch, late night menus, happy hours, patio days or as a shareable option for groups.

**Serve Ideas:**
**Lemonade Bucket:** Betty Booze Sparkling Tequila Oak Smoked Lemonade, Sparkling Bourbon Oak Smoked Lemonade, & NEW Vodka Iced Tea with Meyer Lemonade.
When: Summer, Happy Hour

**Iced Tea Bucket:** 3 Vodka Iced Tea with Meyer Lemonade, 3 Vodka Iced Tea with Passion Fruit
When: Summer, Brunch, Happy Hour

**Variety Bucket:** Any 6 Betty Booze flavors.
When: Year Round, Happy Hour, Brunch

**No & Low Bucket:** 3 Betty Booze Cocktails + 3 Betty Booze Mocktails

**POS Available:**
Branded Buckets

STRICTLY CONFIDENTIAL

# Casual Dining: **Betty Booze+**



**Single Serve**

**Concept:** Nothing better than an easy serve with a bumped up and Booze-y flavor profile. With a Betty+ menu, you can serve Betty Booze with plus ups like a delicious rim, or a side-car shooter of booze making our cans ready to be cracked, sipped and enjoyed the customer's way.

**Serves:**
**Betty+ Rim:** Take our Sparkling Tequila cocktails, rim the can with tajin, salt and a lime wedge and serve.

**Betty+ A Buddy (Cocktail & A Side Car):** A Betty side car takes our cocktails from Booze to Boozier. Add any Tequila, Bourbon, or Vodka shooter to our cocktails for a Boozier beverage!



STRICTLY CONFIDENTIAL

BL-000038258_A



# Pool: Poolside Post-Up Serves

**Group /Single Serve**

**Concept:** We're putting the "fresh" in "refreshments." Real-ingredient Betty Booze will show up where canned cocktails are bound to be a hit: poolside! By offering drink programming poolside, we can make a delicious splash no matter what your perfect pool day looks like.  Perfect for brunch, lunch, and beyond.

**Serve Ideas:**

**Betty Buckets – Sparkling Spirits**
- An on-menu offering of 6 Betty Booze cocktails, chilled to perfection and delivered by cooler to your cabana or pool chair for easy sipping with friends, coworkers and more.

**Betty Buckets – Booze-y Iced Tea**
- Our Vodka Iced Tea Meyer Lemonade and Vodka Iced Tea Passionfruit are bound to be a crushable favorite, and with no bubbles, this bucket goes down smoothly

**Betty Floats**
- Betty Booze can be added to an ice cream of your choice for a delicious booze-y summer drink.

**Pop of Betty**
- Served in larger than life Betty-branded wine glasses: just Betty Booze, a little ice, and your favorite popsicle will make every guests nostalgic.

.

**POS:**
- Branded ice buckets
- Branded straws
- Branded napkins

STRICTLY CONFIDENTIAL

BL-000038259_A

## Pool: Betty Loves a Pool Day



**Bigger Build**

**Concept:** Betty Bo is your perfect poolside +1. We help to create the perfect pool day with branded POS and ideas that help facilitate the perfect combination of sun, swim & sips.

**Poolside Plus Ups:**
Add a mixologist/pooltender
- Someone onsite will be on-hand to pour drinks from our poolside serve list and talk guests through fun popsicle/ice cream + Betty Booze flavor combinations.

Poolside Small-Bites Pairing Menu
- Offer any of our serves alongside a poolside small bites menu that scream summer (but elevated): mini hotdogs, charcuterie board bites (cheese, cracker, meats, fruit), sliders, mini kebabs, etc.

Make Your Own
- Roll out a bar cart that includes everything you need to make a Booze-y Betty Float or a Pop of Betty: popsicles, different ice creams, and fresh fruit garnish options. Guests can get crafty with their own Booze/frozen-treat combos for the perfect chilled sip.
.

**POS Available to Order:**
- Branded ice buckets
- Branded towels
- Branded pillows
- Branded Pool Floats

STRICTLY CONFIDENTIAL

BL-000038260_A

# In Room: Booze Service



**Single Serves**

**Concept:** Imagine having a cocktail that doesn't lose it's flair once it leaves the restaurant? Oh. We have that! Our made-to-travel cocktails are perfect room service add-ons.

**Serve Ideas:**

**Breakfast & Brunch with Booze**
- **Booze-y Brunch**: Fresh croissants, bagels + lox, eggs benedict + *Betty Booze Vodka Iced Teas*
- **Sweet Breakfast**: French toast, pancakes, berry compote + *Betty Booze Sparkling Bourbon Cocktails*
- **Savory Start**: Avocado toast, poached eggs, feta cheese + *Betty Booze Sparkling Tequila Cocktails*

**Booze & All-Day Dining Pairings**
- **Charcuterie & Wine Board:** Assorted cheeses, cured meats, nuts, grapes + *Betty Booze Sparkling Bourbon Apple Ginger Sour Cherry*
- **Gourmet Burger & Fries:** Wagyu or plant-based burger + *Betty Booze Vodka Iced Teas*
- **Seafood Platter:** Shrimp cocktail, oysters, sushi + *Betty Booze Sparkling Tequila Lime Shiso*
- **Plus 3:** Your Choice of Salad, Sandwich, and Sip (*Any Betty Booze Cocktail*)

STRICTLY CONFIDENTIAL

BL-000038261_A

# Grab 'N' Go:
## Gourmet On-The-Go



**Single/ Group Serve**

**Concept:** Gourmet Cocktails To-Go? Yes please. Betty Booze provides a premium and convenient beverage options that can go with your customer, wherever the day takes them.

**Serve Ideas:**

**Prepackaged Snack + Booze**
- **Brunch:** Cooler Bag with Vodka Iced Tea & To-Go style continental breakfast options: pastries, muffins, bagels, cream cheese. Breakfast sandwiches etc.
- **Lunch:** Single Serve Booze cans with prepackaged sandwiches and salads
- **Picnic:** Cooler Bag with 4-6 Booze Cocktails, with prepackaged charcuterie, veggie plates, or snack packs (nuts, chips, cut fruit, etc)
- **Dinner:** Vodka Iced Tea with prepacked hot food - burger, hot dogs, fries

**POS Available to Order:**
- Branded Tote Bags
- Branded Coolers
- Branded Koozies

STRICTLY CONFIDENTIAL

BL-000038262_A

# VIP / Check In: Sparkling Moments



**Elevated Add-Ons**

**Concept:** Treat your guests with a delicious refreshment upon arrival, in room or at check-in. Betty Booze was made for the check-in experience: hard to spill while handling bags and stays chilled while exploring your room/hotel grounds.

**Serve Ideas:**

**Welcome Refreshments**
- A complimentary glass or can of a Sparkling Betty Booze cocktail of your choice (a guest loves options!)
- A cooler of chilled Betty Booze in the room with a welcome note
- Chilled Betty Booze & small cheese pairing platter (goat cheese, brie, crackers)
- Complimentary Betty Booze station (our cocktails, garnishes & glassware)

**Elevated Experiences**
- Complimentary Booze at the Spa
- Chilled Booze to arrive in-room post Corporate or Bridal event
- Chilled Booze Bar with chocolate covered strawberries pairing gift box
- Booze in cooler of hotel-provided car service

STRICTLY CONFIDENTIAL

BL-000038263_A

# Golf: Tee Up To-Go



**Single/ Group Serve**

**<u>Concept:</u>** An elevated and convenient option that tee's up delicious flavor and grabbable, glove-ready cocktail option perfect for bachelor parties, group outings, corporate events and single riders.

**<u>Serve Ideas:</u>**

**Tee Time Twosome**
Snag a buy one, get one of our Betty Booze Vodka Iced Tees before you tee off!

**Back 9 Bucket**
A cooler of Betty Booze Cocktails available to grab by the bucket. 6 cocktails come chilled, allowing you to round out your game with a little spirit(s)!

**Boozey Ball Flight**
A fun, themed to-go serving of an assortment of 3 Betty Booze cocktails on a turf-covered flight board.

STRICTLY CONFIDENTIAL

BL-000038264_A



# Golf: Bet-tee Time

**Group Serve**

**Concept:** Betty B and Golfing... a match made in heaven. Provide to-go cocktails and/or mocktails for events that require you to move while you "Booze".

**Serve Ideas:**

**BOOZE-Y BETTY CART COOLER**
Create golf cart cooler Betty Booze branded for easy hitching up to a golf cart. Like Buckets of Betty but Cooler Bags of Betty that allow for casual drinking on the course.

**(plus up) BOOZE-Y BETTY CART GAMES**
Golf cart cooler + Betty Golf Cart Games - playful games to ease the tension of an awkward corporate outing or pump up the party at a Bachelor party.

**ALT:** half/half Betty Booze Cocktails + Betty Buzz Mocktails
**ALT:** Betty Buzz Mocktails only for a non-alc outing

**POS Available to Order:**
- Branded cart cooler bags
- Branded (potentially co-branded) koozies
- Betty Booze drinking/ golf game cards



BETTY BOOZE

Praying for Birdies, Blue Skies and Booze.

# Suites: Garnish Boards



**Suite Serves**

**Concept:**

**Garnish Board Add-On**
Serve a bucket of Betty along side a board of fresh fruits, herbs, spices, rimming sugars, bitters and more!

**Garnish Trolley**
Your very own mini farmers market on wheels, full of the freshest garnishes for you Betty Booze cocktails – think baskets of lemon, lime and oranges, bouquets of mint and rosemary, barrels of apples, jars of sour cherries...

**POS:**
- Branded wooden garnish boards
- Garnish trolley (production upon request)

STRICTLY CONFIDENTIAL

# Courtside: Ultimate Serve



**Single Serve**

**Concept:** Lunch boxes aren't just for kids... introducing the Betty Booze *Ultimate Serve* providing guests with refreshing cocktails AND gourmet snacks courtside.

**Serves:**

**Happy Hour**
Two Betty Booze cocktails of your choice paired with assorted nuts and olives

**The Classic Combo**
Two Betty Booze cocktails of your choice paired with pretzels and potato chips

**The Courtside Couple**
A "match" made in heaven: two Betty Booze cocktails of your choice + mini chocolate chip cookies and grapes

**Tea Time**
Both Betty Booze Vodka Iced Teas paired with finger sandwiches and macaroons

**POS:**
- Betty Booze Can Trays

STRICTLY CONFIDENTIAL

BL-000038267_A

# Courtside: Courtside Coolers



Group Serve/Grab N Go

**Concept:** Refreshments courtside? Yes please. We believe in showing up wherever and whenever folks might be working up a thirst! Whether you're watching a match, playing in a friendly pick-up game or hosting a corporate outing, our Courtside Coolers we're designed to keep our cocktails and mocktails cold onsite for easy grab n go!

## Options:
- Stock with Betty Booze cocktails for lower-alcohol, refreshing drinks that fit the courtside or on-court occasions
- Stock with both Betty Booze cocktails and Betty Booze mocktails giving folks equally delicious, flavor-forward options whether they're drinking or not!

## POS:
- Betty Booze Cooler
- Betty Booze Disposable Cups
- Betty Booze Koozies

STRICTLY CONFIDENTIAL

BL-000038268_A



BL-000038269_A