# Exhibit 270

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
2

3        BLAKE LIVELY,

4                Plaintiff,

         v.                              Case No.
5                                        1:24-cv-10049-LJL

6        WAYFARER STUDIOS LLC, a
         Delaware Limited Liability
7        Company, et al.

8                Defendants.

9

10       * * * * * * * * * * * * * * * * * * * * * * * *

11                       *** CONFIDENTIAL ***

12

13                   VIDEOTAPED DEPOSITION OF:

14                         ARON CULOTTA

15

16                 Thursday, November 20, 2025
                         10:01 a.m. (CST)
17                    New Orleans, Louisiana

18

19

20

21

22

23

24
         Reported by:   YOLANDA J. PENA, CCR, RPR
25                      No. 2017002 in and for the
                        State of Louisiana


                                                      Page 1
```

```
 1                    REPORTER'S PAGE
 2            I, YOLANDA J. PENA, Certified Court Reporter in
 3       and for the State of Louisiana, (CCR #2017002),
 4       Registered Professional Reporter (RPR #970346), the
 5       officer, as defined in Rule 28 of the Federal Rules of
 6       Civil Procedure and/or Article 1434(B) of the
 7       Louisiana Code of Civil Procedure, do hereby state on
 8       the record:
 9            That due to the interaction in the spontaneous
10       discourse of the proceeding, double dashes (--) have
11       been used to indicate pauses, changes in thought,
12       and/or talkovers; that same is the proper method for a
13       transcription of proceedings, and that the double
14       dashes (--) do not indicate that words or phrases have
15       been left out of this transcript;
16            That any spelling of words and/or names which
17       could not be verified through reference material have
18       been denoted with the parenthetical "(phonetic)";
19            That the parenthetical "(sic)" is used to denote
20       when a witness stated a word or phrase that appears
21       odd or erroneous to show that it was quoted exactly as
22       it stands.
23
24                              YOLANDA PENA, CCR, RPR
25
```

Page 100

```
 1            Q.   Let's say 50 percent.
 2            A.   50 percent.  Again, it depends, but I would
 3       say in the literature and for -- for annotations of
 4       this type, 50 percent would often be called something
 5       like moderate agreement.
 6            Q.   Look at paragraph 54 of your report.  The
 7       first sentence ends, it says -- well, I'll read the
 8       first sentence.  "My analysis indicates that
 9       Top-Comments for videos in August that were aligned
10       with the 'key messaging points' of the campaign (i.e.,
11       they elevate negative content about Ms. Lively or
12       positive content about Mr. Baldoni) consistently
13       generated a higher Top-Comment Share than expected."
14                 Do you see that?
15            A.   Yes, sir.
16            Q.   Expected by who?  What -- what are you
17       referring to in there?
18            A.   So this would be a -- more of a statistical
19       argument about the average or -- the average type --
20       excuse me, the average top-comment share that one sees
21       in this specific dataset.
22            Q.   So when you say higher than expected, does
23       that just mean higher than average?
24            A.   Not simply higher than average, but we perform
25       statistical tests to determine whether that is a
```

Page 50

```
 1     statistically significant deviation.
 2          Q.   Okay.  So when you say higher than expected,
 3     are you saying significantly -- significant deviation?
 4          A.   Yes.  We are -- we are indicating significant
 5     deviation from the mean for these.
 6          Q.   Okay.  Significant deviation from the average
 7     of the top-comment share, correct?
 8          A.   Correct.
 9          Q.   That's what you're referring to?
10          A.   Yes, sir.
11          Q.   In your analysis of the comments, did you
12     consider that at the time period you're looking at
13     Blake Lively was promoting an alcohol brand at the same
14     time as the premiere of a movie about domestic
15     violence?  Did that play into your analysis at all?
16                    MS. BENDER:  Objection.
17          A.   I wouldn't say I treated that differently from
18     other events in the data.
19     BY MR. KALTGRAD:
20          Q.   Did you consider it at all?
21                    MS. BENDER:  Objection.
22          A.   Only to the extent that it appeared in the
23     data I was examining.
24     BY MR. KALTGRAD:
25          Q.   And how did you address it?  How did that
```

```
1              MR. KALTGRAD:  Dr. Culotta, I'm now
2        looking at --
3              THE VIDEOGRAPHER:  We are going back on
4        the record.
5              MR. KALTGRAD:  Oh, I'm sorry.
6              THE VIDEOGRAPHER:  The time is 11:21.
7        You're all good.
8    BY MR. KALTGRAD:
9        Q.   Dr. Culotta, I'm now looking at paragraph 54
10   of your report.  If you could, turn there.  And towards
11   the bottom of paragraph 54, it says, "Both the
12   anti-Lively and pro-Baldoni average comment shares are
13   a statistically significant deviation from the mean,
14   suggesting there was a concerted effort to seed and/or
15   elevate these comments."
16             On what basis do you draw the conclusion that
17   a deviation from the mean means a concerted effort to
18   seed and/or elevate the comments?
19       A.   So I guess there would be two -- two primary
20   issues here.  One, the -- such a large deviation from
21   the mean is an indicator of anomalous behavior, right,
22   something that is not typical of a TikTok user.
23             But the second reason has to do with this top
24   comment idea in the first place via the interface,
25   right.  So on TikTok, of course, it's very video-based,
```

```
 1      and typically, one is scrolling through videos.  So the
 2      user effort required to first open up the comment
 3      section, scroll to a comment, and upvote it is just,
 4      from a user perspective, a very kind of unusual thing
 5      to do at that level of frequency.
 6              So both the anomalous statistics that I talk
 7      about as well as kind of the anomalous engagement with
 8      the platform itself, both serve as indicators that this
 9      was done through a concerted effort.
10         Q.   How much of a standard deviation would have to
11      occur to reach the conclusion that there was concerted
12      effort?
13         A.   Again, there's no strict threshold here.  I
14      did a statistical test to determine the significance
15      level of that deviation, and that's in footnote 145.
16      And all of those are your confident very small p
17      values, which serves to indicate that they were extreme
18      outliers.
19         Q.   And when you say "deviation from the mean,"
20      you're referring to the mean top comment share for
21      August for the four different categories that you've
22      listed there, right?
23         A.   It's the mean over all -- over all top
24      comments in August.
25         Q.   And that's reflected in Figure 1?
```

Page 59

```
 1          A.   Yes, sir.  That's the 9.2 percent in Figure 1.
 2          Q.   How did you calculate the top comment share
 3     mean?
 4          A.   So for every top comment in August, each one
 5     has a top-comment share value, and I simply averaged
 6     those over all of the top comments collected for
 7     August.
 8          Q.   Is it your opinion that unless there is a --
 9     strike that.
10               Are you offering the opinion that if there is
11     a standard deviation from the mean for either
12     anti-Lively, pro-Baldoni, pro-Lively, or
13     unsure/unrelated categories, that would equate to a
14     concerted effort to seed or elevate the comments?
15               MS. BENDER:  Objection.
16          A.   I'm not offering that one standard deviation
17     is -- is a threshold, necessarily.
18               THE REPORTER:  I'm sorry.  Can you
19          repeat that?
20          A.   I'm not offering that one standard deviation
21     is a threshold.  What I am saying is that this
22     significant deviation from the mean combined with the
23     modality of the app itself contextually serve as -- as
24     strong evidence of a concerted effort here.
25     BY MR. KALTGRAD:
```

Page 60

1    upvotes that comments received minus the number of
2    downvotes that comments received.
3        Q.   And how is it calculated exactly?  Do you
4    know?
5        A.   So the exact algorithm is not publicly
6    published by Reddit.  Part of the reason is they're
7    trying to prevent manipulation of that metric.  But
8    what we do know is -- is, as I said, it's roughly that
9    difference between upvotes and downvotes.
10       Q.   And you were offering the opinion that because
11   there was a high comment score on a specific Reddit
12   thread in August 14th, 2024, that's evidence of some
13   kind of manipulation; is that right?
14            MS. BENDER:  Objection.
15       A.   I would say the Reddit analysis is broader
16   than that specific thing, but yes, I would say the
17   extreme outlier activity we see on August 14th is a
18   strong indicator of potential inauthentic activity.
19   BY MR. KALTGRAD:
20       Q.   Are you aware of any peer-reviewed study
21   showing that a comment score on Reddit is indicative of
22   social media manipulation?
23       A.   Again, I think some of the literature we
24   discussed earlier that focuses on anomalous engagement
25   metrics would -- would support this type of analysis.

Page 76

```
 1      BY MR. KALTGRAD:
 2          Q.   Okay.  The third one isn't even close, right?
 3          A.   I guess I would say that 6500 is slightly more
 4      than half of 12,000 and that 12,000 is less than half
 5      of 27,000.
 6          Q.   I'm going to your report now.  Paragraph 81,
 7      you say, "The activity that I analyzed and observed
 8      collectively demonstrates evidence of artificial or
 9      manipulating activity."
10               And from what I can tell, the next several
11      pages describes comments that you coded as anti-Lively
12      or pro-Bal- -- pro-Baldoni that got lots of upvotes and
13      comments that you coded as pro-Lively that got lots of
14      downvotes.
15               Is that a fair summary?
16                    MS. BENDER:  Objection.
17          A.   That's certainly part of -- of what I did
18      there, yeah.
19      BY MR. KALTGRAD:
20          Q.   Okay.  So these upvotes and downvotes, how
21      does that lead to evidence of artificial or
22      manipulating activity?
23          A.   Sure.  So I think particularly, if I look at,
24      for example, Figure 12, which is looking at every
25      comment in this four-month period -- and as a reminder,
```

1     this is over 450,000 comments from all of Fauxmoi, not
2     just those related to Ms. Lively or related folks.
3             So what I'm showing here is the distribution
4     of comment scores for all comments in this four-month
5     period, so it's a very large dataset.  And these red
6     triangles are indicating comments that are related to
7     either Ms. Lively or Mr. Baldoni.
8             And what this graph is showing is that if you
9     look at these extreme -- these very extreme comments,
10    including the highest-scoring one, which is that red
11    triangle at the very top left, as well as the red
12    triangles all the way at the other side of the graph,
13    what this is showing is that not only are these
14    comments extreme outliers in terms of this Reddit
15    score, but also that the sentiment attached to these
16    are also aligned with the goals of the alleged
17    campaign.
18            In other words, everything -- I'm sorry.
19    Everything with the high positive score, the vast
20    majority of those are either anti-Lively or
21    pro-Baldoni, whereas on the other side of the graph,
22    the vast majority are either pro-Lively or
23    anti-Baldoni.
24       Q.  So you've got scores that are high that you've
25    coded as anti-Lively.  How do you make the leap to

Page 89

```
 1    coordinated activity from that?
 2        A.   So it's a little bit like these -- the same
 3    rationale in the TikTok analysis, right.  So I have --
 4    again, I want to emphasize -- extreme outliers here in
 5    these red scores that would be very difficult to obtain
 6    without any coordination combined with the sentiment
 7    consistency around what is -- has a high versus low
 8    score.
 9        Q.   Why do you say it would be very difficult to
10    obtain without coordination?  What's that based on?
11        A.   Several things.  I mean, in part having worked
12    for a long time with this type of data, but also, the
13    fact that when we look at the actual comments and posts
14    themselves, I do see, of course, a distribution of
15    sentiment, pro-/anti-Lively, that one would expect.
16             So the fact that -- the comments themselves
17    seem to have that heterogeneity, yet the concentration
18    on the extreme tails of this graph are instead very
19    homogenous in their sentiment direction.
20        Q.   Did you analyze the timing of upvotes or
21    downvotes in any way?
22        A.   I didn't look at the time of specific upvotes,
23    but I do have the time stamp of when that
24    upvote/downvote or Reddit score was captured.
25        Q.   You next look at the "little bump" YouTube
```

Page 90

```
 1      secondly, to look at the presence of particular terms,
 2      such as the term "bully," that appeared in those
 3      comments.
 4           Q.   What expertise do you have that a layperson
 5      would not have to look at comments and the timing?
 6           A.   Well, for sure, there's a lot that goes into
 7      collecting, cleaning, and analyzing the data in order
 8      to answer those types of questions, as well as the text
 9      analysis to pull out particular words of interest in
10      the -- in the data.
11           Q.   And what particular words did you pull out?
12           A.   So in this case, we were looking at the word
13      "bully" and a couple variants of it.
14           Q.   Are you aware of any peer-reviewed study that
15      says that pulling out terms and comments, looking at
16      the timing is indicative of online manipulation?
17                MS. BENDER:  Objection.
18           A.   So yes, I would say -- I would say that the
19      literature we cite in this report, some of which we've
20      discussed, looks at anomalous engagement and language
21      behaviors as signals of inauthenticity.  I would say
22      that this analysis falls into that camp.
23      BY MR. KALTGRAD:
24           Q.   Okay.  So you've seen -- what did your
25      analysis -- you know, what did your analysis reveal
```

1      about the term "bully"?
2           A.   My analysis shows -- and this would be on --
3      let me get the figure here.  This will be Figure 17,
4      which is looking at the -- the fraction of comments on
5      this video on YouTube that contain the word "bully" for
6      each hour of this time range of interest, and what it's
7      showing is that -- several things.
8                First of all, prior to this video being linked
9      on Reddit and prior to it -- prior to the timing of
10     the -- the TAG suggestion that we just discussed,
11     number one, there was almost no engagement on this
12     video in terms of the number of comments for over four
13     days.  And number two, the volume of comments using the
14     word "bully" increased sharply after that suggestion to
15     send the -- the video to Mr. Wallace.
16          Q.   Are you offering the opinion that any
17     defendant added content -- added a comment with the
18     word "bully"?
19          A.   Again, I'm not analyzing any one specific
20     comment.  I'm saying this pattern that I'm observing in
21     this figure is consistent with a connection between the
22     work of -- of the defendants and the observed language
23     I see here.
24          Q.   Well, you say -- you pulled out a lot of
25     comments with the word "bully."  My question is, are

Page 95