# Exhibit 271

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>          Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, a Delaware Limited Liability Company, JUSTIN BALDONI, an individual, JAMEY HEATH, an individual, STEVE SAROWITZ, an individual, IT ENDS WITH US MOVIE LLC, a California Limited Liability Company, MELISSA NATHAN, an individual, THE AGENCY GROUP PR LLC, a Delaware Limited Liability Company, JENNIFER ABEL, an individual, JED WALLACE, an individual, and STREET RELATIONS INC., a California Corporation<br><br>          Defendants. | Case No. 1:24-cv-10049-LJL |

## AMENDED EXPERT REPORT OF PROFESSOR ASHLEE HUMPHREYS

### October 29, 2025

Confidential

# TABLE OF CONTENTS

I.   QUALIFICATIONS..................................................................................... 1

II.  ASSIGNMENT ........................................................................................ 3

III. SUMMARY OF OPINIONS ................................................................... 4

IV. BACKGROUND...................................................................................... 6

   A. Blake Lively.................................................................................... 6

   B. Justin Baldoni, Wayfarer, et al................................................... 7

   C. Case Background .......................................................................... 8

      i.   *It Ends With Us* ...................................................................... 8

      ii.  Defendants' retaliation campaign targeting Ms. Lively ............. 9

      iii. The filing of the present lawsuit ............................................... 9

      iv. Bryan Freedman ..................................................................... 10

V.  ACADEMIC BACKGROUND ON REPUTATIONS AND REPUTATIONAL HARM.
    ......................................................................................................... 10

   A. Reputation and reputational damage......................................... 10

   B. Person brands and brand value ................................................. 11

      i.   Reputation is harmed when negative associations are connected to a person's
reputation ................................................................................ 13

      ii.  Negative, sensational, and/or false information have strong cognitive effects........ 14

      iii. Negative associations can cause both immediate and long-lasting harm when they
remain available in the public sphere........................................ 17

      iv. Strategic communications ....................................................... 19

   C. Repairing reputational harm ...................................................... 23

      i.   Repairing reputation in a complex media system ................... 23

      ii.  Media exposure and counter-attitudinal attitude change ......... 26

PART 1 – ONLINE NARRATIVE PRIOR TO LAWSUIT FILING ..................................... 29

VI. MS. LIVELY'S REPUTATION WAS DAMAGED PRIOR TO THE FILING OF THE
LAWSUIT.................................................................................................. 30

   A. The retaliation campaign elevated conversation about several negative topics related to
Ms. Lively in August 2024 ......................................................... 30

      i.   Indicators of a retaliation campaign......................................... 30

      ii.  Narratives elevated by the retaliation campaign introduced new negative
associations and strengthened existing negative associations with Ms. Lively ....... 31

B. During the campaign period, a rise in the volume of conversation about Ms. Lively occurred alongside increasing negative sentiment toward Ms. Lively ........................... 32

C. Online and traditional media featuring campaign narratives about Ms. Lively generated millions of impressions ........................................................................... 34

D. Harm to Ms. Lively's reputation that occurred during the campaign period is evident in search engine data, tabloid coverage, and social media discussions ................................. 36

    i. Google Trends data indicates interest in Ms. Lively increased in August 2024...... 36

    ii. Tabloid coverage influenced consumer perception of Ms. Lively, including through articles placed by the Defendants ............................................................ 38

    iii. Highly viewed social media posts repeat the campaign narratives in negative posts about Ms. Lively ............................................................................ 44

    iv. Comparison of associations before and after the retaliation campaign ................. 47

E. Negative associations that were introduced during the initial campaign period persisted following the filing of Ms. Lively's lawsuit ........................................................ 51

    i. The Defendants coordinated to place social media posts perpetuating the negative associations with Ms. Lively in January 2025 ........................................ 51

    ii. The broader public reaction on social media continued to perpetuate the campaign narratives and negativity toward Ms. Lively ........................................ 53

    iii. The associations of the retaliation campaign continued after the filing of Ms. Lively's lawsuit ............................................................................. 56

VII. HARM TO MS. LIVELY'S REPUTATION HAS PERSONAL AND PROFESSIONAL CONSEQUENCES ................................................................... 60

PART 2 – DEFAMATORY STATEMENTS ........................................................... 64

VIII. THE AT-ISSUE STATEMENTS ................................................................. 65

IX. IMPRESSIONS MODEL ........................................................................... 65

A. Calculating impressions .......................................................................... 65

B. Online news ......................................................................................... 67

C. Social media ........................................................................................ 68

D. Television ........................................................................................... 70

E. Total impressions ................................................................................. 70

F. My calculation is conservative ................................................................. 71

X. IMPACT ASSESSMENT ........................................................................... 73

A. The audience of the At-Issue Statements were receptive to the defamatory claims......... 73

    i. Prior statements and social media content created a receptive audience for the At-Issue Statements ................................................................. 73

| | ii. | Mr. Freedman's notoriety positioned him to many audiences as an informed and trusted source ...................................................................................................... 74 |
|---|---|---|
| | iii. | Mr. Baldoni and Wayfarer's reputation for feminism and progressive activism leant additional credibility to the At-Issue Statements .................................................. 76 |
| | iv. | The At-Issue Statements appeared in/on trusted publications and shows .............. 77 |
| | v. | Mr. Freedman's statements have been endorsed by prominent and influential people ................................................................................................................................. 79 |
| | vi. | Mr. Freedman was endorsed by other social media users ...................................... 81 |
| | vii. | Comments on posts containing the At-Issue Statements indicate viewers were broadly receptive to the defamatory claims .......................................................... 82 |
| B. | The At-Issue Statements damaged Ms. Lively's reputation................................................ 86 |
| | i. | The defamatory claims were spread widely through prominent sources................ 86 |
| | ii. | The defamatory claims have been incorporated into the overall discussion of Ms. Lively ................................................................................................................... 90 |

**XI. DAMAGES MODEL** ........................................................................................................ **101**

A. Modeling reputational repair on social media ................................................................ 102

    i.    Goals of a reputational repair campaign ................................................................ 102

    ii.   Determining the target audience ............................................................................ 103

    iii.  Media mix and channel costs .................................................................................. 104

    iv.  Attitude change multiplier ..................................................................................... 106

B. Costs of the corrective campaign .................................................................................... 107

**APPENDIX A – PROFESSOR HUMPHREYS' CV** ................................................................ **108**

**APPENDIX B – LAST FOUR YEARS' TESTIMONY** ......................................................... **121**

**APPENDIX C – MATERIALS CONSIDERED** ..................................................................... **122**

**APPENDIX D – IMPRESSIONS OF PLANTED CONTENT** .............................................. **154**

**APPENDIX E – CAMPAIGN TERMS IMPRESSIONS CALCULATION** ....................... **157**

**APPENDIX F – THE AT-ISSUE STATEMENTS** ................................................................. **170**

**APPENDIX G – IMPRESSIONS MODEL** ........................................................................... **173**

**APPENDIX H – DAMAGES MODEL** ................................................................................... **186**

Expert Report of Professor Ashlee Humphreys

Confidential

## I. QUALIFICATIONS

1. I am a Professor of Integrated Marketing Communications at Medill School of Journalism and Professor of Marketing at the Kellogg School of Management, Northwestern University. I hold a Doctorate in Marketing from the Kellogg School of Management with a concentration in Cultural Sociology and a Bachelor of Arts degree in Economics and Philosophy from Northwestern University.

2. I have been on the faculty at Northwestern University for 17 years, regularly teaching classes on social media, consumer and marketing research, crisis communication, and reputation repair. I instruct students on both the strategic and analytical tasks of Marketing, which include assessing the impact of social media campaigns and strategically directing a portfolio of social media tools to pursue managerial goals involving persuasion, advertising, market growth, and branding. I have instructed over 2,000 students throughout my career, many of whom go on to careers in marketing, including jobs in public relations at companies such as Edelman, Weber Shandwick, and many others.

3. I regularly produce published, peer-reviewed research about digital media, social media, and marketing strategy. I am the author of *Social Media: Enduring Principles*, a review and synthesis of the empirical social science research on social media. I also have conducted research in online search and search engine optimization, including a project in which I use text analysis to identify consumer goals that, when matched, can optimize advertising spending and increase click-through rates. In this work, I have developed and refined the method of automated text analysis, which I use to analyze textual data—a method I helped introduce to the study of Marketing.

4. My broader research focus concerns legitimacy and the role of institutions in markets.

Confidential

My dissertation research examined how markets are created through shifts in social structure using the case of casino gambling in America. This research ("Megamarketing: The Creation of Markets as a Social Process," *Journal of Marketing*, 2010) was selected as a lead article in the *Journal of Marketing*, the highest impact peer-reviewed journal in Marketing.[1]

5.      I serve in several high-level editorial positions in my field, including as a co-Editor of *Marketing Letters*, and as an Associate Editor at *Journal of Marketing*, *Journal of Consumer Research*, and the *Journal of Marketing Research* (ad hoc). These are some of the top journals in the field of Marketing.

6.      I have received several accolades for my research. I was a winner of the Sheth Foundation Award in 2025, given by the *Journal of Marketing* for long-term impact in Marketing, a runner up for the Sheth award in 2023, and a runner up for the Maynard Award for best paper in Marketing in 2010. I have also won the Sidney J. Levy award in 2010 for the contribution of my dissertation research to Consumer Culture Theory. In addition, I was selected as a Marketing Science Institute (MSI) Scholar in 2020, one of a select group of 35 Marketing Scholars who are counted "amongst the most prominent marketing scholars in the world," according to Barbara Kahn, MSI's Executive Director.[2]

7.      My full CV and list of matters in which I have testified are attached as Appendix A and Appendix B, respectively. I am being paid $900/hour for my work on this matter.[3] Neither my compensation nor that of my team is in any way dependent on the outcome of the case.

---

[1]    Web of Science, https://www.scimagojr.com/journalrank.php?category=1406.
[2]    https://www.msi.org/articles/2020-msi-scholars-announced/.
[3]    I was assisted in the preparation of this report by a team of research assistants, whom I directed and supervised. Throughout my report, I use the word "I" to refer to work conducted by myself or work my team implemented under my direction and which I reviewed.

## II. ASSIGNMENT

8.      I was engaged by counsel on behalf of Blake Lively to analyze the impact to Ms. Lively's reputation, if any, from the retaliation campaign[4] that was orchestrated by the Defendants to manipulate online discussion of Ms. Lively in August 2024. I have been asked to consider activity that occurred across both social and other digital media, such as online news, in my analysis. In addition, I have reviewed the Expert Report of Dr. Dina Mayzlin, who I understand was retained by counsel for the plaintiff in this matter.[5]

9.      I have also been asked (1) to calculate the number of impressions of the allegedly-defamatory[6] statements ("At-Issue Statements") made about Ms. Lively by Mr. Baldoni's attorney, Bryan Freedman ("Impressions Model"), (2) to analyze the reputational impact, if any, of the At-Issue Statements by evaluating the public response to them ("Impact Assessment"), and (3) to estimate the costs to repair Ms. Lively's reputation based on the impact of those impressions ("Damages Model"). The At-Issue Statements were published in December 2024 and January 2025.

10.      The analysis detailed in this report provides an estimate of the impressions of the At-Issue Statements and their reputational impact in order to assess reputational harm. I have based my analysis on the information provided to me by Counsel, my expertise in the fields of Social Media, Consumer Research, and Marketing, and my independent research. I reserve the right to supplement my analysis should additional information become available to me.

---

[4]     Throughout this report, I use the phrase "retaliation campaign" to mean the allegedly coordinated PR and crisis campaign organized by Defendants against Ms. Lively. I base this portion of my analysis on the assumption that a retaliation campaign did occur. I understand that Dr. Dina Mayzlin, another expert retained by the Plaintiff in this matter, has found evidence that a retaliation online campaign against Ms. Lively occurred in August 2024.

[5]     Expert Report of Dina Mayzlin, October 17, 2025, ("Mayzlin Report").

[6]     Throughout this report, when I use the phrase "defamatory," I mean "allegedly-defamatory" and am basing my opinion on the assumption that these statements are defamatory.

## III.SUMMARY OF OPINIONS

11.     After reviewing the data provided in this case, performing independent research and analysis, and based on my own professional background, prior research, education, and more than a decade and a half of experience in the field of Marketing, I conclude the following with a reasonable degree of certainty:

**A. Ms. Lively's reputation was harmed by a retaliation campaign that occurred in August 2024.**

   a. I understand that Dr. Mayzlin found that a retaliation campaign was initiated in early August 2024. This campaign introduced new negative associations and/or strengthened existing negative associations with Ms. Lively, constituting harm to her reputation and brand.

   b. Dr. Mayzlin found a notable increase in the frequency with which the terms "bully," "mean girl," and "tone deaf" appeared in posts about Ms. Lively as compared to the months before the campaign. Following the onset of the retaliation campaign, online and traditional media that associated Ms. Lively with these terms generated over 176 million impressions.

   c. This increase in negative associations with Ms. Lively is further evidenced by the rapid increase in negative sentiment in social media posts associated with Ms. Lively, the proliferation of negative tabloid articles about Ms. Lively, and an increase in consumer searches linking Ms. Lively to the associations introduced and/or amplified by the retaliation campaign.

   d. The negative associations that were introduced and/or strengthened during the campaign period persisted after Ms. Lively filed her initial Complaint. Online posts and comments repeated these negative associations following the filing of Ms. Lively's suit, including many from prominent and influential figures with large online followings.

   e. Ms. Lively is a well-known person whose person brand has meaning and value in the public sphere. Like all brands, the value of Ms. Lively's person brand is determined by the associations people hold with it. The introduction and widespread circulation of negative associations in August 2024 harmed Ms. Lively's reputation and her person brand. A diminished person brand results in fewer and/or less desirable professional opportunities for Ms. Lively because she may be perceived to be less effective as an endorser of products and services to a broad audience.

Confidential

    f.  I understand that Ms. Lively also suffered personal consequences, such as physical and emotional suffering in response to attacks on her character during and following the retaliation campaign.

**B. The At-Issue Statements from late 2024 and early 2025 about Ms. Lively received more than 116 million impressions**

    a.  The At-Issue Statements were circulated throughout the media system including major online news sites such as *The New York Times*, broadcast on major TV networks such as CNN and Fox, and appeared in posts on social media platforms such as TikTok, Instagram, YouTube, X, and Facebook.

    b.  My estimate of the number of impressions of the At-Issue Statements is based on a conservative calculation, which does not account for numerous places the statements appeared, such as Reddit posts, international online news articles, and alternative social media platforms.

**C. The At-Issue Statements had an impact on Ms. Lively's reputation**

    a.  The At-Issue Statements were made to an audience that was largely receptive to believing them.

        i.  The retaliation campaign in August 2024 created a receptive audience for the At-Issue Statements by activating congruent, but distinct, negative associations toward Ms. Lively in the months that preceded the statements.

        ii.  Consumers were more likely to be receptive to the defamatory statements due to Mr. Freedman's position as a prominent celebrity attorney who has been publicly endorsed by many of his high-profile clients. Indeed, Mr. Freedman was often presented as an informed and trusted source of information about Ms. Lively's allegations in social media posts, including by numerous online influencers. Mr. Freedman's connection to Mr. Baldoni and the other Defendants also increased receptivity to the At-Issue Statements, particularly given Mr. Baldoni's reputation for being an outspoken advocate for feminism and contemporary masculinity.

        iii.  Consumer comments in social and digital media that contained the At-Issue Statements indicate that many consumers were receptive to the defamatory claims.

    b.  The At-Issue Statements harmed Ms. Lively's reputation by introducing new negative associations and/or strengthening existing negative associations with her in the public sphere.

        i.  The defamatory claims were spread widely in traditional and online media, and many posts that reproduce the At-Issue Statements are accompanied by consumer comments that affirm and endorse the defamatory claims.

Confidential

    ii.  The defamatory claims came to represent a measurable share of online discussion about Ms. Lively, which was not the case prior to the publication of the statements. Following the publication of the At-Issue Statements, the seventh most used hashtag in posts mentioning Ms. Lively was #BlakeLivelyIsALiar. Additionally, the defamatory claims appeared in a notable amount of posts and comments on Reddit and X mentioning Ms. Lively and comments on Ms. Lively's Instagram posts.

    iii.  Negative associations such as the claim that Ms. Lively is a "liar" and that she made "false accusations" rose dramatically after the At-Issue statements, constituting a distinct set of reputation-damaging associations.

c.  Ms. Lively's reputation was harmed by the At-Issue Statements, which also damaged her person brand. As was the case with the retaliation campaign, the harm to Ms. Lively's person brand decreases the demand for her endorsement, makes her less marketable to a broad audience, and causes harm to her existing businesses. While I did calculate harm to her reputation and personal brand, I did not include direct harm to Ms. Lively's businesses in my damages calculation.

**D. A reputational repair campaign to counteract the damage to Ms. Lively's reputation from the At-Issue Statements would cost between $14,625,160 and $24,375,267.**

a.  A reputational repair campaign addresses the number and source of impressions of the defamatory publications, the impact of those impressions on the audience, and the costs of correcting those impressions targeted to that audience. Such a campaign would attempt to change attitudes by sharing new, positive corrective messages about Ms. Lively from audience-trusted sources based on the number of impressions from the defamatory statements.

b.  To change existing attitudes, corrective messages would need to be seen between three and five times, as indicated by peer-reviewed research on attitude change. Additionally, the corrective message would need to come from sources that the audience trusts, such as social media influencers.

c.  My assessment of damage is tied directly to the At-Issue Statements in this case and not others. While there are other negative associations about Ms. Lively within the public sphere, including those circulated by the Defendants and through the retaliation campaign, I do not account for those in my calculation of damages.

## IV. BACKGROUND

### A. Blake Lively

12.    Blake Lively is an actress and entrepreneur who first gained popularity in 2005 in her breakout role in *The Sisterhood of the Traveling Pants*, a coming-of-age film based on the novel

by the same name. Ms. Lively continued to gain popularity as a series regular on *Gossip Girl* (2007-2012), a drama from The CW depicting the lives of a group of teenagers from an elite New York City high school.[7] Ms. Lively has since starred in several films including *The Age of Adaline*, *Cafe Society*, *A Simple Favor*, and *Another Simple Favor*.[8]

13.    Ms. Lively has produced several films and started several business pursuits. Ms. Lively founded a line of non-alcoholic sparkling beverages called Betty Buzz in 2021 which sold over 2.5 million bottles in its first seven months.[9] She expanded her beverage offerings in 2023 with the launch of Betty Booze, a range of sparkling canned cocktails.[10] In 2024, she launched a beauty brand, Blake Brown Beauty, consisting of seven haircare products.[11] Ms. Lively is married to the actor Ryan Reynolds.[12]

### B. Justin Baldoni, Wayfarer, et al.

14.    Justin Baldoni is an American actor, director, producer, and entrepreneur who first rose to prominence in 2014 for his role on The CW's *Jane the Virgin*, which ran for five seasons.[13] In 2019, Mr. Baldoni made his feature film directorial debut with *Five Feet Apart*, grossing over 90 million.[14] He is also the author of the book "Man Enough: Undefining My Masculinity," a personal account and exploration of masculinity.[15] He lives in e ____.[16]

---

7    https://www.britannica.com/biography/Blake-Lively; https://www.imdb.com/name/nm0515116/bio/.
8    https://www.imdb.com/name/nm0515116/.
9    https://www.forbes.com/sites/jeffconway/2022/05/17/blake-lively-talks-betty-buzz-and-dominating-the-mixer-drink-industry/.
10    https://thetab.com/2024/08/01/blake-lively-ryan-reynolds-side-hustles.
11    https://thetab.com/2024/08/01/blake-lively-ryan-reynolds-side-hustles.
12    https://www.architecturaldigest.com/story/inside-blake-lively-ryan-reynolds-real-estate-portfolio.
13    https://www.imdb.com/name/nm1682573/bio/.
14    https://www.boxofficemojo.com/release/rl3825501697/.
15    https://manenough.com/.
16    https://www.imdb.com/name/nm1682573/bio/; Deposition of Justin Baldoni, October 6, 2025, 19:10-12.

15.     Mr. Baldoni is a co-founder of Wayfarer Studios, a production studio that advertises itself

as striving to "harness the power of storytelling to champion inspirational stories that act as true

agents for social change."[17] Among Wayfarer's notable projects are *The Garfield Movie*, *Clouds*,

and *It Ends With Us*.[18] Through Wayfarer, Mr. Baldoni has also expanded his book "Man

Enough" into an audio and visual podcast.[19]

### C. Case Background

#### i. *It Ends With Us*

16.     "It Ends With Us" is a romance novel written by Colleen Hoover that was adapted into a

film. The story follows Lily Bloom, a Boston-based florist whose life changes when she meets

Ryle Kincaid, a neurosurgeon with an aversion to vulnerability.[20] The plot deals with themes of

domestic violence through Lily's upbringing with an abusive father and her relationship with

Ryle, focusing on Lily's ultimate efforts to break the cycle of violence.[21] The novel is Ms.

Hoover's most successful work, initially reaching the bestseller list following its 2016 release

and reappearing years later during the COVID-19 pandemic as it caught traction on TikTok.[22]

17.     The film adaptation of the novel, which stars Ms. Lively (Lily Bloom) and Mr. Baldoni

(Ryle Kincaid), grossed over $350 million worldwide, making it the most successful romantic

drama since 2018's *A Star is Born*.[23] Mr. Baldoni directed the film, with production credits going

to, among others, Ms. Lively, Steve Sarowitz, and Jamey Heath.[24]

---

[17]     https://www.wayfarerstudios.com/.
[18]     https://www.wayfarerstudios.com/#projects.
[19]     https://www.wayfarerstudios.com/#projects.
[20]     https://www.colleenhoover.com/products/it-ends-with-us.
[21]     https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-biggest-box-office-since-star-is-born-1235996877/; https://www.colleenhoover.com/products/it-ends-with-us.
[22]     https://www.nytimes.com/2024/08/11/business/media/it-ends-with-us-box-office.html.
[23]     https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-biggest-box-office-since-star-is-born-1235996877/; https://www.boxofficemojo.com/title/tt10655524/.
[24]     https://www.rottentomatoes.com/m/it_ends_with_us/cast-and-crew.

Confidential

### ii.    Defendants' retaliation campaign targeting Ms. Lively

18.    I understand that Mr. Baldoni hired Melissa Nathan, a crisis PR specialist in reputation management and personal branding, and her company The Agency Group PR LLC ("TAG") on July 31, 2024.[25] I also understand that in the weeks surrounding the release of the film there was an increase in online discourse related to Ms. Lively, Mr. Baldoni's relationship to Ms. Lively, and the cast more generally.[26]

19.    The Second Amended Complaint describes communications between Mr. Baldoni and TAG, which include plans to allegedly turn public opinion against Ms. Lively through, among other methods, inauthentic online commentary that advances narratives in a manner designed to appear to come from organic (or non-manipulated) sources.[27] Per the Second Amended Complaint, TAG allegedly assured Mr. Baldoni that Ms. Lively would be "destroy[ed]" and "buried" through their "social manipulation" plan.[28]

### iii.    The filing of the present lawsuit

20.    On December 20, 2024, Ms. Lively filed her initial Complaint.[29] On December 21, 2024, *The New York Times* published an article with the headline "'We Can Bury Anyone': Inside a Hollywood Smear Machine," after which Ms. Lively, Mr. Baldoni, and the various disputes between them became a common topic of discussion in the media and online.[30]

---

[25]    Second Amended Complaint, ¶ 29.
[26]    See, for example, https://www.salon.com/2024/08/09/it-ends-with-us-controversy/.
[27]    Second Amended Complaint, ¶ 30.
[28]    Second Amended Complaint, ¶ 36.
[29]    Second Amended Complaint, ¶ 294.
[30]    https://www.nytimes.com/2024/12/21/business/media/blake-lively-justin-baldoni-it-ends-with-us.html; See also: https://x.com/mega2e/status/1870493578864349566, https://www.newyorker.com/culture/critics-notebook/blake-lively-justin-baldoni-and-the-collapse-of-the-hollywood-metoo-era, https://open.spotify.com/episode/1zICBvgHB2mAYltkCQ2lBP.

### iv.    Bryan Freedman

21.    Bryan Freedman is Mr. Baldoni's attorney and a founder of the law firm Liner Freedman

Taitelman + Cooley LLP.[31] Mr. Freedman has represented some of the biggest names in

entertainment including, among others, Julia Roberts, Quentin Tarantino, and the Michael

Jackson Estate, as well as Megyn Kelly and Perez Hilton.[32]

## V. ACADEMIC BACKGROUND ON REPUTATIONS AND REPUTATIONAL HARM

### A. Reputation and reputational damage

22.    Reputation is fundamentally a social concept; one's reputation is determined by the social

esteem held among a bounded group of people, up to and including the public sphere at large.[33]

A reputation has value in the sense that it gives someone social standing and respect in society.

Scholars on the subject have conceptualized reputation as a type of property—something that has

economic value—and as dignity—something that has moral value.[34] Reputation is determined in

the sphere of generalized public opinion, which encompasses individual beliefs but is more than

the sum of them, a "generalized perception."[35] What a person thinks their friends, family,

coworkers, and other members of their community think is an important determinant of that

individual's beliefs, particularly if one does not initially have strong opinions about an issue or

person. A reputation can shift over time based on the beliefs of a subset of society.

23.    Over time, as people take cues from those around them who believe differently, public

---

[31]    https://lftcllp.com/lawyers/bryan-j-freedman/.
[32]    https://lftcllp.com/lawyers/bryan-j-freedman/.
[33]    Weber, Max (1922/1978), *Economy and Society: An Outline of Interpretive Sociology*, Vol. 2: University of California press.
[34]    Ardia, David S. (2010) "Reputation in a Networked World: Revisiting the Social Foundations of Defamation Law," *Harvard Civil Rights-Civil Liberties Law Review*, 45(2), 261-328, p. 261.
[35]    Weber, Max (1922/1978), *Economy and Society: An Outline of Interpretive Sociology*, Vol. 2: University of California press; Sharman, Jason C. (2007) "Rationalist and constructivist perspectives on reputation." *Political Studies* 55, no. 1: 20-37.

opinion and generalized associations can shift.[36] If someone is receptive to a claim—if it is congruent with their other beliefs and/or if the claim comes from a source they trust—they may only need to be exposed to it once to believe that claim.[37] If they are less receptive to the claim, exposure and repetition, again from a trusted source, can eventually change attitudes.[38] An individual's receptivity to a claim is based on the way people process new information, form beliefs, and integrate beliefs with prior knowledge.[39]

### B. Person brands and brand value

24.    When people are well-known in the public sphere, their reputation is tied to their value as a person brand. Human, or person, brands are "well-known persona[e] who [are] the subject of marketing communications efforts," and have been shown to enhance consumers' feelings of autonomy and relatedness to the brand and others.[40] Starting from attachment theory, scholars have researched the ways in which consumers and audiences form attachments to people—who themselves become brands—through exposure in a media system.[41] Person brands are both

---

[36]    Dewenter, Ralf, Melissa Linder, and Tobias Thomas (2019), "Can Media Drive the Electorate? The Impact of Media Coverage on Voting Intentions," *European Journal of Political Economy*, 58, 245-61; Huang, J., et al. (2021). "Large-scale quantitative evidence of media impact on public opinion toward China," *Humanities and Social Sciences Communications,* 8(1): 1-8.

[37]    Heider, Fritz (1946), "Attitudes and Cognitive Organization," *The Journal of Psychology*, 21 (1), 107-12, Hummon, Norman P and Patrick Doreian (2003), "Some Dynamics of Social Balance Processes: Bringing Heider Back into Balance Theory," *Social networks*, 25 (1), 17-49.

[38]    Cialdini, Robert B (1987), *Influence : The Psychology of Persuasion*, Vol. 3: A. Michel Port Harcourt, Chapter 3; Sterrett, David, Dan Malato, Jennifer Benz, Liz Kantor, Trevor Tompson, Tom Rosenstiel, Jeff Sonderman, and Kevin Loker (2019), "Who Shared It?: Deciding What News to Trust on Social Media," *Digital Journalism*, 7 (6), 783-801.

[39]    Ajzen, I. (1985). From intentions to actions: A theory of planned behavior. In J. Kuhl & J. Beckmann (Eds.), Action control: From cognition to behavior. Berlin, Heidelber, New York: Springer-Verlag. (pp. 11–39); Heider, Fritz (1958). The psychology of interpersonal relations. John Wiley & Sons Inc.; Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3 (1), 97-122.

[40]    Thomson, M. (2006). "Human Brands: Investigating Antecedents to Consumers' Strong Attachments to Celebrities." *Journal of Marketing*, 70(3), 104–119, p. 104.

[41]    Dyer (1979) Heavenly Bodies: Film Stars and Society; Thomson, M. (2006). "Human Brands: Investigating Antecedents to Consumers' Strong Attachments to Celebrities." *Journal of Marketing*, 70(3), 104–119; Parmentier, Marie-Agnès, Eileen Fischer, and A Rebecca Reuber (2013), "Positioning Person Brands in Established Organizational Fields," Journal of the Academy of Marketing Science, 41 (3), 373-87; Fournier,

Confidential

biographical people and brands—constellations of meaning—and these two elements form interdependences as the actions of biographical people can affect their brand value.[42]

25.    Brand value can be represented as the aggregate of associations with a brand.[43] If those associations change, brand value can be diminished. Person brands derive their brand value from these associations, as they develop and shape cultural, social, and symbolic capital.[44] Cultural capital can be embodied in tastes and values, objectified in ownership of material objects, and institutionalized in the form of credentials and awards.[45] Person brands have cultural capital to the extent that they have embodied tastes that help them guide organizational decisions such as hiring, product design, and strategic positioning that is culturally resonant. For example, when a person brand joins a top fashion house, they may refresh its identity and direct its aesthetics in line with their vision.[46] Social capital is both the quantity and quality of social connections, both weak and strong ties, that serve as a resource for the person brand.[47]

26.    Person brands also possess symbolic capital—"accumulated prestige, celebrity, [and]

S., & Eckhardt, G. M. (2019). "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619.

[42]    Fournier, S., & Eckhardt, G. M. (2019). "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619.

[43]    Keller, K.L. (1993) "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity." *Journal of Marketing*, 57:1, 1-22.

[44]    Brooks, Gillian, Jenna Drenten, and Mikolaj Jan Piskorski (2021). "Influencer Celebrification: How Social Media Influencers Acquire Celebrity Capital," *Journal of Advertising*, 50 (5), 528-47; Parmentier, Marie-Agnès, Eileen Fischer, and A Rebecca Reuber (2013). "Positioning Person Brands in Established Organizational Fields," *Journal of the Academy of Marketing Science*, 41 (3), 373-87; Parmentier, Marie-Agnès and Eileen Fischer (2021), "Working It: Managing Professional Brands in Prestigious Posts," *Journal of Marketing*, 85 (2), 110-28; Parmentier, Marie-Agnès, and Eileen Fischer (2012), "How athletes build their brands," *International Journal of Sport Management and Marketing*, 11(1-2), 106-24; Fournier, S., & Eckhardt, G. M. (2019). "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619.

[45]    Bourdieu, P., Richardson, J. (1986) "The Forms of Capital." *A Handbook of Theory and Research for the Sociology of Education*, Westport, CT: Greenwood, pp. 241-58, p. 242.

[46]    Parmentier, Marie-Agnès and Eileen Fischer (2021), "Working It: Managing Professional Brands in Prestigious Posts," *Journal of Marketing*, 85 (2), 110-28.

[47]    Brooks, Gillian, Jenna Drenten, and Mikolaj Jan Piskorski (2021), "Influencer Celebrification: How Social Media Influencers Acquire Celebrity Capital," *Journal of Advertising*, 50 (5), 528-47.

consecration of honour"[48]—which arises when their economic, social, or cultural capital is
widely recognized as legitimate and respected.[49] In essence, symbolic capital reflects the value
that others assign to their status, authority, or achievements within a given field and is closely
tied to reputation.[50] Precisely because person brands are both *people* and *brands*, their social,
cultural and symbolic capital are intertwined as they are viewed externally by the public. They
are simultaneously holders of social connections (social capital), embodied tastes (cultural
capital) *and* holders of honor and prestige when these forms of capital are judged collectively
(symbolic capital).

### i.    Reputation is harmed when negative associations are connected to a person's reputation

27.    Person brands can become devalued following unpredictable or unforeseen events that
introduce or strengthen negative associations in the public sphere.[51] Fournier and Eckhardt, for
example, find that mortality, hubris, unpredictability, and social embeddedness underlie the
value of person brands and have the potential to build or diminish brand value. As Fournier and
Eckhardt say, "the meaning and daily manifestations of person-brands are inherently socially
embedded in a web of relationships that the person-brand cannot control, escape, or ignore."[52]
That is, if an unpredictable event occurs or a claim is made about the person, it affects their

[48]    Bourdieu, P. (1993) *The Field of Cultural Production: Essays on Art and Literature*. Columbia University Press, New York, p.7.
[49]    Üstüner, Tuba and Craig J. Thompson (2012) "How Marketplace Performances Produce Interdependent Status Games and Contested Forms of Symbolic Capital." *Journal of Consumer Research*, 38, (5), 796 - 814; Bourdieu, P., & Wacquant, L. (1992). *An Invitation of Reflexive Sociology*. Chicago: University of Chicago; Bourdieu, P., & Wacquant, L. (2013). "Symbolic capital and social classes." *Journal of Classical Sociology*, 13(2), 292-302.
[50]    Bourdieu, P., & Wacquant, L. (1992). *An Invitation of Reflexive Sociology.* Chicago: University of Chicago; Bourdieu, P., & Wacquant, L. (2013). "Symbolic capital and social classes." *Journal of Classical Sociology*, 13(2), 292-302.
[51]    Dyer (1979) *Heavenly Bodies: Film Stars and Society*; Gamson (1994) *Claims to Fame: Celebrity in Contemporary America*.
[52]    Fournier, S., & Eckhardt, G. M. (2019) "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619, p. 611.

brand due to their embeddedness within a social system.[53] The damage to a person brand can be severe and lasting, and this damage can persist, *even when* they are not at fault.[54] It can persist *even when* their primary fans or followers do not believe the claims[55] and *even after* being corrected.[56] Loss of value for a person brand, particularly a person brand that has a general popular following, can be harmed even if only a subset of the public believes the negative claims.[57] Person brands have social and cultural capital.[58] This capital can become harmed, thereby affecting their overall brand value to a popular audience.

### ii.  Negative, sensational, and/or false information have strong cognitive effects

28.     Understanding the negative impact of false information on reputation also requires understanding how humans process and retain information. Information that is negative, sensational, and/or false spreads further and faster than information that is ordinary or positive.[59] Research shows that not only does negative and sensational information travel farther and faster, but it is also "stickier" and more likely to be remembered.[60]

---

[53]   Fournier, S., & Eckhardt, G. M. (2019) "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619.

[54]   David, John (2016), *How to Protect (or Destroy) Your Reputation Online: The Essential Guide to Avoid Digital Damage, Lock Down Your Brand, and Defend Your Business*: Red Wheel/Weiser.

[55]   Luedicke, Marius K, Craig J Thompson, and Markus Giesler (2010), "Consumer Identity Work as Moral Protagonism: How Myth and Ideology Animate a Brand-Mediated Moral Conflict," *Journal of consumer research*, 36 (6), 1016-32.

[56]   Thorson, Emily. "Belief echoes: The persistent effects of corrected misinformation." *Political Communication* 33, no. 3 (2016): 460-480.

[57]   Centola, Damon Joshua Becker, Devon Brackbill, and Andrea Baronchelli (2018). "Experimental evidence for tipping points in social convention." *Science*, 360(6393), 1116-1119; Moscovici, Serge, Bernard Personnaz (1980). "Studies in social influence: V. Minority influence and conversion behavior in a perceptual task." *Journal of Experimental Social Psychology*, 16(3), 270-282.

[58]   Brooks, Gillian, Jenna Drenten, and Mikolaj Jan Piskorski (2021), "Influencer Celebrification: How Social Media Influencers Acquire Celebrity Capital," *Journal of Advertising*, 50 (5), 528-47, Parmentier, Marie-Agnès, Eileen Fischer, and A Rebecca Reuber (2013), "Positioning Person Brands in Established Organizational Fields," *Journal of the Academy of Marketing Science*, 41 (3), 373-87.

[59]   Taylor, S.E., (1991), "Asymmetrical Effects of Positive and Negative Events: The Mobilization-Minimization Hypothesis," *Psychological Bulletin*, 110(1): 67-85; Skurnik, I., (2005), "Special Session Summary Rumors, Refutations, and Conflicts of Interest: Problems in Dealing With Unreliable Information," *Association for Consumer Research*, pg. 274-276.

[60]   Taylor, S.E., (1991), "Asymmetrical Effects of Positive and Negative Events: The Mobilization-Minimization Hypothesis," *Psychological Bulletin*, 110(1): 67-85; Vosoughi, S., Roy, D., and Aral, S., (2018), "The spread

29.     Gossip and rumors are often driven by highly sensational and negative information.

Rumor or gossip emerges when a topic is perceived as both relatively important (i.e. involves a

prominent person or persons), but also ambiguous.[61] People gossip to make sense of this

ambiguity, and social gossip often involves ambiguity around appropriate social roles and social

boundaries.[62] Gossip is one key way that people share reputational information[63] and has been

shown to be a form of indirect aggression.[64] Research shows that people are most likely to gossip

about celebrities, negative information, and moral topics.[65] Perceived transgressions of social

boundaries such as gender roles receive particularly harsh penalties in terms of reputational

evaluation and gossip.[66] For example, when women violate stereotypical expectations of warmth

or agency, these violations become noteworthy to observers and a topic of reputational

evaluation.[67]

30.     In the contemporary information environment, gossip often occurs online. The rapid

dissemination of ideas is driven by the target, valance, and content of the information.

of true and false news online," *Science*, 359: 1146-1151, pg. 1147-1148; Skurnik, I., (2005), "Special Session Summary Rumors, Refutations, and Conflicts of Interest: Problems in Dealing With Unreliable Information," *Association for Consumer Research*, pg. 274-276.

61    Allport, G. W., & Postman, L. (1946). "An analysis of rumor." *Public opinion quarterly*, *10*(4), 501-517.
62    Beersma, Bianca; Van Kleef, Gerben A (2012) "Why People Gossip: An Empirical Analysis of Social Motives, Antecedents, and Consequences", *Journal of Applied Social Psychology*, 2012, Vol.42(11), p. 2640-2670.
63    Feinberg, M., Willer, R., Stellar, J., Keltner, D. (2012) "The Virtues of Gossip: Reputational Information Sharing as Prosocial Behavior." *Journal of Personality and Social Psychology*, Vol. 102(5): 1015-30.
64    Emile Jeuken, Bianca Beersma, Femke S. ten Velden, and Maria T. M. Dijkstra, (2015), "Aggression as Motive for Gossip During Conflict: The Role of Power, Social Value Orientatio, and Counterpart's Behavior," Negotiation and Conflict Management Research 8(3). 137-152.
65    Lee J, Kralik JD, Kwon J, Jeong J (2022) "How 'who someone is' and 'what they did' influences gossiping about them." *PLOS ONE* 17(7): e0269812.
66    Rudman, L. A., & Glick, P. (2002). "Prescriptive gender stereotypes and backlash toward agentic women." Journal of Social Issues, 57(4), 743–762.; Eagly, A. H., & Karau, S. J. (2002). "Role congruity theory of prejudice toward female leaders." Psychological Review, 109(3), 573–598.; Brescoll, V. L. (2011). "Who takes the floor and why: Gender, power, and volubility in organizations." Administrative Science Quarterly, 56(4), 622–641.; Brescoll, V. L., & Uhlmann, E. L. (2008). "Can an angry woman get ahead? Status conferral, gender, and expression of emotion in the workplace." Psychological Science, 19(3), 268–275.; Kennedy, J. A., McDonnell, M.-H., & Stephens, N. (2016). "Does gender raise the ethical bar? Exploring the punishment of ethical violations at work." Working paper on SSRN.
67    Ibid.

Confidential

Information that spreads online, where sensational news is more likely to "go viral," receives increased dissemination and attention due to its novelty.[68] Information, gossip, and rumors that spread online benefit from the lack of traditional geographic boundaries, allowing for user engagement such as commenting and sharing, which further disseminates the information to other users.[69]

31.    Repeated exposure to information also increases the likelihood it is remembered and believed due to the *illusory truth effect*, a well-established psychological principle whereby repeated information is more likely to feel familiar, and thus more likely to be believed.[70] The illusory truth effect has been shown to apply even when the information is highly implausible or known to be false.[71] Information encountered online is more likely to be trusted when it comes from individuals perceived as credible or familiar, such as celebrities, influencers, or people within one's personal network.[72] When someone is familiar, their statements are more likely to be accepted at face value, even without independent verification.[73] This trust can transfer to the information they share, leading others to believe and repeat it simply because of who said it, rather than what was said. In the case of online information, these effects may be magnified when a trusted celebrity or influencer's message is then shared or repeated by people within

---

[68]    Vosoughi, S., Roy, D., and Aral, S. (2018). "The spread of true and false news online." *Science*, 359: 1146-1151, pg. 1147-1148.

[69]    Buchanan, T. & Benson, V. (2019). "Spreading Disinformation on Facebook: Do Trust in Message Source, Risk Propensity, or Personality Affect the Organic Reach of 'Fake News'?," *Social Media and Society*, 1-9.

[70]    Udry, White, & Barber (2022). "The effects of repetition spacing on the illusory truth effect." *Cognition*, 225(1):105157.

[71]    Hassan, A., & Barber, S. J. (2021). "The effects of repetition frequency on the illusory truth effect." *Cognitive Research: Principles and Implications*, 6: 1-12; Lacassagne, D., Béna, J., & Corneille, O. (2022). "Is Earth a perfect square? Repetition increases the perceived truth of highly implausible statements." *Cognition*, 223: 105052; Fazio, L. K., Brashier, N. M., Payne, B. K., & Marsh, E. J. (2015). "Knowledge does not protect against illusory truth," *Journal of Experimental Psychology: General,* 144: 993-1002.

[72]    Turcotte, Jason, Chance York, Jacob Irving, Rosanne Scholl, & Raymond Pingree (2015). "News Recommendations from Social Media Opinion Leaders." *Journal of Computer-Mediated Communication*, 20(5), 520–535.

[73]    Metzger, Miriam J., Andrew J. Flanagin, & Ryan B. Medders (2010). "Social and Heuristic Approaches to Credibility Evaluation Online." *Journal of Communication*, 60(3), 413–439.

one's social network.[74]

### iii. Negative associations can cause both immediate and long-lasting harm when they remain available in the public sphere

32.     Understanding the modern media ecosystem requires understanding how social media platforms filter and display content, how digital platforms – web, video, and social media – disseminate information, and how information is related to retained online, remaining in the public sphere in perpetuity.

33.     The public sphere is the arena of social connection and information sharing where public opinion is shaped.[75] A century ago, the public sphere may have been the public square or the local newspaper and celebrity coverage may have been centered in tabloid press.[76] In today's world, the public sphere is constituted by a complex media system of both online and offline media.[77] Information in the public sphere persists over time and can be a reservoir of meanings and connections that endure into the future, shaping public opinion.[78]

34.     When a prominent person or media entity makes a statement, it enters the public sphere via the media system, a network of platforms and people that circulate information.[79] Once a

---

[74]    Metzger, Miriam J., Andrew J. Flanagin, & Ryan B. Medders (2010). "Social and Heuristic Approaches to Credibility Evaluation Online." *Journal of Communication*, 60(3), 413–439.

[75]    https://opentextbc.ca/mediastudies101/chapter/habermas-public-sphere/.

[76]    McCombs, Maxwell E., and Donald L. Shaw (1972). "The Agenda-Setting Function of Mass Media." *Public Opinion Quarterly* 36:2, 176–187; Bumsoo Kim, Han Lin, Yonghwan Kim, (2024). "Interplay of agenda setters in the digital age: The associative issue network between news organizations and political YouTube channels." *Computers in Human Behavior*, Volume 155; McCombs, Maxwell E., and Donald L. Shaw (1993). "The evolution of agenda-setting research: Twenty-five years in the marketplace of ideas." *Journal of communication* 43:2, 58-67.

[77]    Baym, N. K., & Boyd, D. (2012). "Socially Mediated Publicness: An Introduction." *Journal of Broadcasting & Electronic Media*, *56*(3), 320–329; Boyd, D. (2010). "Social network sites as networked publics: Affordances, dynamics, and implications." In *Networked Self: Identity, Community, and Culture on Social Network Sites* (pp. 47-66). Routledge.

[78]    Baym, N. K. (2015). *Personal connections in the digital age*. John Wiley & Sons.

[79]    Chadwick, A. (2017) *The Hybrid Media System: Politics and Power*: Oxford University Press; Curran, J., Shanto I., Lund, A.B., and Salovaara-Moring, I. (2009) "Media System, Public Knowledge and Democracy: A Comparative Study," *European Journal of Communication* 24(1): 5-26; Gans, H.J. (2004) *Deciding What's News: A Study of CBS Evening News, NBC Nightly News, Newsweek, and Time*: Northwestern University

claim is made by a prominent person or organization, it is circulated in a media system. Unlike earlier eras where information may fade and be forgotten, information now lives on in the archive that is the internet, and the information is often consistently available in the online information network through search and sharing.[80]

35.     As illustrated in Figure 1, the media system includes both traditional and social media, coverage by major print, tabloid, and broadcast news outlets; podcasts and radio; social media posts on TikTok, X, and other platforms; and, in some instances, re-coverage of the claims themselves in traditional journalism or social media,[81] to say nothing of word-of-mouth conversation and other informal channels such as rumor or gossip.[82] There is a feedback loop between the traditional media outlets and social media, leading to the increased spread of ideas.[83] Social media accounts for an increasingly large share of consumers' media consumption.[84]

Press.

[80]   Langlois, G., & Slane, A. (2017) "Economies of reputation: the case of revenge porn", *Communication and Critical/Cultural Studies*, 14(2): 120–138.

[81]   Pfeffer, Jürgen, Thomas Zorbach, and Kathleen M Carley (2014), "Understanding Online Firestorms: Negative Word-of-Mouth Dynamics in Social Media Networks," *Journal of Marketing Communications*, 20:1-2, 117-28; Tuchman, Gaye (1978), *Making News: A Study in the Construction of Reality*, New York: Free Press; Curran, J., Shanto I., Lund, A.B. and Salovaara-Moring, I. (2009) "Media System, Public Knowledge and Democracy: A Comparative Study," *European Journal of Communication*, 24(1): 5-26; Messner, Marcus and Marcia Watson Distaso (2008), "The Source Cycle: How Traditional Media and Weblogs Use Each Other as Sources," *Journalism Studies*, 9 (3), 447-63.

[82]   Rosnow, R.L. and Fine, G.A. (1976) *Rumor and Gossip: The Social Psychology of Hearsay*: Elsevier.

[83]   Pfeffer, J., Zorbach, T., and Carley, K.M. (2014). "Understanding Online Firestorms: Negative Word-of-Mouth Dynamics in Social Media Networks," Journal of Marketing Communications, 20 (1-2): 117-28.

[84]   See, for example, https://www.oberlo.com/statistics/how-much-time-is-spent-with-different-forms-of-media; https://www.statista.com/topics/1536/media-use/; and https://www.emarketer.com/content/digital-media-makes-up-nearly-two-thirds-of-consumers-total-time-spent-with-media.

Confidential

**Figure 1.  The Media System**



36.      In the age of digital connectivity, a person's reputation exists in the public sphere that exists online as information circulates, but also in the information that is stored in archives, social media posts, online news stories, and videos. Online information, in many if not most cases, remains accessible for a long period of time to anyone with internet access.[85] Even if information is proven to be false, it may persist on websites, social media posts, and even in the underlying data of LLMs like ChatGPT, such that the general public could continue to be exposed to, and believe, false information.

### iv.      Strategic communications

37.      The strategic actions of firms and individuals shape information available and accessible

---

[85]      Baym, Nancy K. (2015) *Personal connections in the digital age*. John Wiley & Sons.

in the public sphere, thereby shaping public opinion.[86] Strategic communication is defined as

"the purposeful use of communication by an organization to fulfill its mission."[87] Hallahan et al.

(2007) explain, that strategic communication "implies that people will be engaged in deliberate

communication practice on behalf of organizations, causes, and social movements."[88] A number

of fields are involved in studying aspects of strategic communication: marketing, advertising,

public relations, and management.

38.     Through strategic communication, individuals and organizations affect shared beliefs of

the public.[89] The media plays an important role in the strategic communication process by

conveying messages put forward by individuals and organizations. In addition to issuing

statements directly to the public, strategic communications works through intermediaries of the

media and other conduits that relay the message to the public. Strategic attempts change attitudes

occur through a process called two-step flow[90] whereby the individual or organization

communicates the message to intermediaries through press conferences, press releases, and

---

[86]  McCombs, Maxwell E., and Donald L. Shaw (1972). "The agenda-setting function of mass media." *Public Opinion Quarterly, 36*(2), 176-187; McCombs, Maxwell E., and Donald L. Shaw (1993). "The evolution of agenda-setting research: Twenty-five years in the marketplace of ideas." *Journal of communication* 43:2, 58-67; Gamson, William A., and Andre Modigliani (1989). "Media discourse and public opinion on nuclear power: A constructionist approach." *American journal of sociology* 95, no. 1: 1-37; Benford, Robert D., and David A. Snow (2000). "Framing processes and social movements: An overview and assessment." *Annual review of sociology* 26, no. 2000: 611-639. Huang, J., Cook, G. G., & Xie, Y. (2021). Large-scale quantitative evidence of media impact on public opinion toward China. *Humanities and Social Sciences Communications, 8*(1), 1-8.

[87]  Hallahan, Kirk & Holtzhausen, Derina & Ruler, Betteke & Verčič, Dejan & Sriramesh, Krishnamurthy. (2007). "Defining Strategic Communication." *International Journal of Strategic Communication*, 1, 3-35, p.3.

[88]  Hallahan, Kirk & Holtzhausen, Derina & Ruler, Betteke & Verčič, Dejan & Sriramesh, Krishnamurthy. (2007). "Defining Strategic Communication." *International Journal of Strategic Communication*, 1, 3-35, p.4.

[89]  Humphreys, Ashlee (2010), "Megamarketing: The Creation of Markets as a Social Process," *Journal of Marketing, 74* (2), 1-19 (lead article); Kotler, P. (1986), "Global standardization—courting danger," *Journal of Consumer Marketing, 3*(2), 13-15; Maciel, A. F., & Fischer, E. (2020), "Collaborative market driving: How peer firms can develop markets through collective action," *Journal of Marketing, 84*(5), 41-59. Huang, J., Cook, G. G., & Xie, Y. (2021). Large-scale quantitative evidence of media impact on public opinion toward China. *Humanities and Social Sciences Communications*, *8*(1), 1-8. Elsbach, K. D. (1994). Managing organizational legitimacy in the California cattle industry: The construction and effectiveness of verbal accounts. *Administrative science quarterly*, 57-88.

[90]  Katz & Lazarsfeld (1955), *Personal Influence*, New York: Free Press.

making other public statements in public meetings and hearings. Those messages are picked up by intermediaries—who may include experts, influential speakers and other sources—and can ultimately shape public opinion.[91] Experts and influential speakers are those who have gained the trust of some percent of the public.[92] Modern strategic communication utilizes not only mainstream media like online news, print, or television but also a wide range of intermediaries such as social media influencers, blogs, podcasts, and online communities.[93]

39.    Prior research has found that framing—how an individual, company, or policy is conveyed—affects public perceptions by aligning a target individual or policy with a set of stigmatized concepts or categories.[94] For example, referring to someone as an "illegal immigrant" vs. an "undocumented worker" highlights their status as a criminal rather than a member of an economy. In this way, framing has systematic and measurable effects on public opinion. Examples include reporting on "gambling" versus "gaming," "fracking" versus "hydraulic fracturing," or reporting a proposed policy change as the "death tax" vs. an "estate tax." Often these frames work by activating deeply held human cognitive associations such as stereotypes based on gender or race and cultural binaries (e.g., "good" vs. "bad").[95] For example,

[91]    Gamson, W. A., & Modigliani, A. (1989), "Media discourse and public opinion on nuclear power: A constructionist approach," *American journal of sociology*, 95(1), 1-37.

[92]    Traberg, Cecilie Steenbuch & Sander van der Linden (2022), "Birds of a feather are persuaded together: Perceived source credibility mediates the effect of political bias on misinformation susceptibility," *Personality and Individual Differences*, 185: 111269; Whitehead Jr, J. L. (1968). "Factors of source credibility," *Quarterly Journal of Speech*, 54(1), 59-63; Pornpitakpan, C. (2004), "The persuasiveness of source credibility: A critical review of five decades' evidence," *Journal of applied social psychology*, 34(2), 243-281.

[93]    Borchers, N. S. (2019). "Social media influencers in strategic communication," *International Journal of Strategic Communication*, 13(4), 255-260.

[94]    Bitektine, A. (2011), "Toward a theory of social judgments of organizations: The case of legitimacy, reputation, and status," *Academy of management review*, 36(1), 151-179; Huff, A. D., Humphreys, A. & Wilner, S. J. (2021), "The politicization of objects: Meaning and materiality in the U.S. cannabis market," *Journal of Consumer Research*, 48(1), 22-50; Humphreys, A. & Latour, K. A. (2013), "Framing the game: Assessing the impact of cultural representations on consumer perceptions of legitimacy," *Journal of Consumer Research*, 40(4), 773-795.

[95]    Benford, R. D. & Snow, D. A. (2000), "Framing processes and social movements: An overview and assessment," *Annual review of sociology*, 26(1), 611-639; Ferree, M. M., & Merrill, D. A. (2000), "Hot

information that is framed as violating a gender norm has greater impact on attitudes.[96]

40.    Strategic communications can also be leveraged to change attitudes from positive to negative, often by providing new, negative associations or strengthening existing negative associations. For example, Bill Ackman, a hedge fund manager, admitted to spending some $50 million to wage a campaign against Herbalife, a multi-level supplements seller.[97] This campaign involved calling the company "a pyramid scheme" and speaking against the company in social media posts and press interviews, as well as "detailed and lengthy public letters."[98] Herbalife ended up paying $200 million in an Federal Trade Commission (FTC) settlement a year later, which involved the FTC investigating Mr. Ackman's statements about the company.[99]

41.    Other intermediaries in the social system also play a role in strategic communication and carrying frames to the public. Experts and influencers have power in their ability to share some information (and not other information), persuade the public through trust in their expertise, and guide public attention to some aspects of products and services over other aspects.[100] Further,

movements, cold cognition: Thinking about social movements in gendered frames," *Contemporary Sociology*, 29(3), 454-462; Gibbons, S. (2022). "Gender on the agenda: Media framing of women and women of color in the 2020 U.S. presidential election." *Newspaper Research Journal*, *43*(1), 102-128; Rohrbach, Tobias, Loes Aaldering, Daphne Joanna Van der Pas (2023) "Gender differences and similarities in news media effects on political candidate evaluations: a meta-analysis." *Journal of Communication*, Volume 73(2), Pages 101–112.

[96]    See, for example, Rudman, L. A., & Glick, P. (2002). "Prescriptive gender stereotypes and backlash toward agentic women." Journal of Social Issues, 57(4), 743–762.; Eagly, A. H., & Karau, S. J. (2002). "Role congruity theory of prejudice toward female leaders." Psychological Review, 109(3), 573–598.; Brescoll, V. L. (2011). "Who takes the floor and why: Gender, power, and volubility in organizations." Administrative Science Quarterly, 56(4), 622–641.; Brescoll, V. L., & Uhlmann, E. L. (2008). "Can an angry woman get ahead? Status conferral, gender, and expression of emotion in the workplace." Psychological Science, 19(3), 268–275.; Kennedy, J. A., McDonnell, M.-H., & Stephens, N. (2016). "Does gender raise the ethical bar? Exploring the punishment of ethical violations at work." Working paper on SSRN.

[97]    See, for example, https://www.thestreet.com/investing/bill-ackman-says-hes-spent-50-million-on-herbalife-battle-12780619.

[98]    https://www.npr.org/2024/01/24/1225216895/bill-ackman-wall-street-harvard-dei-plagiarism-penn-college-free-speech.

[99]    https://www.wsj.com/articles/prosecutors-interview-people-tied-to-ackman-in-probe-of-potential-herbalife-manipulation-1426196822.

[100]    Cialdini, Robert B (1987), *Influence*: *The Psychology of Persuasion, Vol. 3*: A. Michel Port Harcourt; Cialdini, Robert B, Demaine, Linda J, Sagarin, Brad J, et. al (2006), "Managing social norms for persuasive

both traditional and social media play a profound role in agenda setting—defining what aspects

of an important issue are reported and keeping issues in the public sphere.[101]

42.    Changing public attitudes through strategic communication occurs when the individual or

organization creates and shares a message with intermediaries between the individual and the

members of the public such as the media, thought leaders, celebrities, NGOs, trade associations,

and regulators. In some cases, the individual or organization may speak directly to the public, but

not all individual and organizational efforts at persuasion (i.e., advertising) are direct. Instead, in

complex media systems, individuals and organizations can also endeavor to persuade by shaping

the broader social system through strategic communications.

## C. Repairing reputational harm

### i.    Repairing reputation in a complex media system

43.    When reputational harm has occurred, strategic communication can also be used to

correct it. Traditional approaches to rectifying reputational harm involve attempts to repair

reputation in the public sphere, through strategic communications, which can include the

placement of positive messages in traditional media forms such as TV, news, magazines, and

through public appearances[102] or in social media. However, social media has complicated these

traditional approaches in a few ways. Some aspects of social media such as filter bubbles and

echo chambers have fragmented the public sphere such that it is unclear how or where reputation

---

impact" *Social Influence* Vol. 1; McCombs, Maxwell E. & Donald L. Shaw (1972), "The agenda-setting function of mass media." *Public opinion quarterly,* 36(2): 176-187.

[101]    McCombs, Maxwell E. & Donald L. Shaw (1972), "The agenda-setting function of mass media." *Public opinion quarterly,* 36(2): 176-187.

[102]    Ardia, D. S. (2010). "Reputation in a Networked World: Revisiting the Social Foundations of Defamation Law." Harvard Civil Rights-Civil Liberties Law Review, 45(2), 261-328; McCombs, Maxwell E., and Donald L. Shaw, "The Agenda-Setting Function of Mass Media," *Public Opinion Quarterly* 36, no. 2 (1972): 176–187; McCombs, Maxwell E., and Donald L. Shaw (1993). "The evolution of agenda-setting research: Twenty-five years in the marketplace of ideas." Journal of communication 43, no. 2: 58-67.

Confidential

repair can and should take place. Secondly, trust in traditional media has declined across the ideological spectrum.[103] Whereas legitimate sources of news once went unquestioned, assessing trust of the source is now a primary concern of users when assessing claims both in social and traditional media—and this is true regardless of political ideology.[104] Finally, increasing polarization[105] in the American context, both politically and culturally, means that attitudes about many topics have become more entrenched and therefore harder to change.[106] In this section, I provide a brief overview of the concepts necessary for understanding how reputational harm can occur, and be repaired, through social media.

44.    Notwithstanding increased challenges, it remains possible to repair reputational damage on social media and in the current fragmented information system. As Ardia (2010) notes:

> Although the global communication networks that are the hallmarks of our networked society have brought new reputational challenges, they also provide novel solutions to prevent and ameliorate those harms. One such solution is to enlist, through legal and social incentives, the help of private online intermediaries such as content hosts and search providers. These intermediaries play a central role in community governance and are often in a position to recognize and respond to reputational harms.[107]

45.    Reputational repair campaigns have been used successfully to remediate damaged reputations in the past. For example, Martha Stewart's reputation suffered as a result of an insider trading scandal and her ultimate conviction and sentencing to prison in 2004.[108] Ms.

---

[103]    https://www.pewresearch.org/fact-tank/2021/08/30/partisan-divides-in-media-trust-widen-driven-by-a-decline-among-republicans/.

[104]    https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/.

[105]    https://www.pewresearch.org/politics/interactives/political-polarization-1994-2017/.

[106]    Conover, Michael, Jacob Ratkiewicz, Matthew Francisco, Bruno Gonçalves, Filippo Menczer, and Alessandro Flammini. (2011) "Political polarization on Twitter." In *Proceedings of the International AAAI Conference on Web and Social Media,* Vol. 5, No. 1, pp. 89-96; Prior, Markus (2013). "Media and political polarization." *Annual Review of Political Science* 16: 101-127.

[107]    Ardia, D. S. (2010), "Reputation in a Networked World: Revisiting the Social Foundations of Defamation Law." *Harvard Civil Rights-Civil Liberties Law Review*, 45(2), 261-328, p. 264.

[108]    https://www.nytimes.com/2004/03/06/business/martha-stewart-verdict-overview-stewart-found-guilty-lying-

Confidential

Stewart's reputational repair efforts included television advertisements addressing the scandal,[109] public relations efforts,[110] and support from other trusted influencers.[111] These efforts were largely successful in repairing Ms. Stewart's reputation, as evidenced by largely positive coverage since her scandal; major endorsement deals, (e.g., Sketchers[112] and Kohler[113]);  and high-profile media engagement, such as hosting part of the Paris Olympics in 2024.[114] Other individuals who have undergone successful reputation repair campaigns include Justin Bieber[115] and Robert Downey Jr., as evidenced by their return to brand promotions[116] and major motion pictures,[117] respectively.[118]

46.     The audience for the original reputational harm persists on social media and may have limited exposure to traditional media.[119] Given the fracture of media audiences in the last 10 years, new forms of media are required to reach what was formerly a relatively unified "public" of news readers, tabloid readers, and TV viewers. Accordingly, an attempt to repair reputational harm must now account for new channels of communication alongside traditional channels, and

---

sale-stock.html.

[109]    https://knowledge.wharton.upenn.edu/article/brand-rehab-how-companies-can-restore-a-tarnished-image/; https://nypost.com/2005/08/02/past-perfect-oh-no-martha-ads-paint-her-as-lovable-screw-up/.

[110]    https://www.nbcnews.com/id/wbna7038465.

[111]    https://www.sfgate.com/news/article/Time-well-spent-Martha-Stewart-leaves-prison-2694543.php.

[112]    https://www.marthastewart.com/martha-stewart-skechers-commercial-super-bowl-lix-8788822.

[113]    https://www.kohler.com/en/press-room/martha-stewart-cast-iron-ambassador-press-release.

[114]    https://www.nbcnews.com/id/wbna7038465; https://www.businessinsider.com/martha-stewart-career-timeline-model-empire-prison#in-2020-stewart-caused-an-online-frenzy-when-she-posted-a-poolside-thirst-trap-on-instagram-13; https://www.marthastewart.com/martha-stewart-snoop-dogg-paris-olympics-2024-8690204.

[115]    See, for example, https://www.inc.com/graham-winfrey/justin-bieber-s-manager-on-the-secret-to-better-branding.html.

[116]    https://people.com/justin-bieber-reacts-to-wife-hailey-bieber-nyc-billboard-11808995 and https://www.forbes.com/sites/conormurray/2025/07/10/justin-bieber-announces-music-comeback-new-album-reportedly-drops-friday/, archived at https://archive.ph/6Xcts.

[117]    https://www.imdb.com/name/nm0000375/ and https://fandomwire.com/primitive-war-2-director-reveals-robert-downey-jr-s-influence-that-sets-up-the-sequel/.

[118]    https://www.nytimes.com/2008/04/20/movies/20carr.html.

[119]    https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/.

for the importance of sources in the communication process.[120]

47.    Social media is a hybrid of mass and face-to-face communication.[121] In mass media like television or news, one source sends messages to many readers or viewers (known as one-to-many communication). In face-to-face distribution of rumors, messages are transmitted from one person to another, usually one at a time. In social media, messages are transmitted both through hubs (one-to-many) and dyadically, creating chains of messages called information cascades.[122] The time it takes for the message to move from one person to another in the information cascade is typically a day for traditional media but can be only a few hours to seconds for online communication, leading to rapid dissemination of both true and false news.[123]

### ii.    Media exposure and counter-attitudinal attitude change

48.    To understand how to assess the costs for repairing reputational harm, one must understand the process of attitude change, also known as persuasion.[124] A reputation repair campaign should target the audience(s) that have been exposed to and are likely to have believed the harmful information. Several factors influence this process, including how entrenched the belief is to the audience, as well as the source and format of the persuasion campaign.

49.    For someone who holds no attitude about someone or something, a single exposure to a

---

[120]    Austin, L., Fisher Liu, B., & Jin, Y. (2012). "How Audiences Seek Out Crisis Information: Exploring the Social-Mediated Crisis Communication Model." *Journal of Applied Communication Research*, *40*(2), 188–207; Wang, Yuyan, Jeong-Nam Kim, & Bey-Ling Sha (2021). "When public relations meets social media: A systematic review…" Public Relations Review, 47(4), 102081. Map of 2006–2020 research trends.

[121]    Humphreys, A. (2015). *Social Media: Enduring Principles*, Oxford University Press.

[122]    Humphreys, A. (2015). *Social Media: Enduring Principles*, Oxford University Press.

[123]    Pfeffer, J., Zorbach, T., and Carley, K.M. (2014). "Understanding Online Firestorms: Negative Word-of-Mouth Dynamics in Social Media Networks." *Journal of Marketing Communications*, 20 (1-2): 117-28; Vosoughi, S., Roy, D., and Aral, S. (2018). "The spread of true and false news online," *Science*, 359: 1146-1151.

[124]    Cialdini R. B., R. E. Petty, J. T. Cacioppo. (1981). "Attitude and Attitude Change." *Annual Review of Psychology*, 32, 357-404.

Confidential

message from a reasonably credible source is likely to be enough to change attitudes.[125] However, for someone with an existing belief, source and message quality become important, and changing that belief requires more than a few exposures from a single source.[126] Due to confirmatory bias,[127] people are likely to attend to information that confirms or is congruent with their existing beliefs and ignore or discount information that is counter to them. The more entrenched the belief, the more exposures are required to change attitudes.[128]

50.　　In addition, source, message, and even media type can play a role in how many exposures it requires to change attitudes.[129] Information is more likely to change attitudes if it comes from a trusted source.[130] Further, changing an attitude that is counter to one's existing set of beliefs—particularly when those beliefs are entrenched and/or when the initial impression is created through a format assumed to be trustworthy—is exceedingly hard and typically requires multiple messages from multiple trusted sources.[131]

---

[125] Cialdini R. B., R. E. Petty, J. T. Cacioppo. (1981). "Attitude and Attitude Change." *Annual Review of Psychology*, 32, 357-404.

[126] Cialdini R. B., R. E. Petty, J. T. Cacioppo. (1981). "Attitude and Attitude Change." *Annual Review of Psychology*, 32, 357-404.

[127] Tversky, Amos, and Daniel Kahneman (1974). "Judgment under Uncertainty: Heuristics and Biases: Biases in judgments reveal some heuristics of thinking under uncertainty." *Science* 185, no. 4157: 1124-1131.

[128] Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3 (1), 97-122; Olson, J.M. and Zanna, M.P. (1993). "Attitudes and attitude change." *Annual review of psychology*, 44(1), pp.117-154.

[129] Albarracin, D., and Shavitt, S. (2018). "Attitudes and attitude change." *Annual Review of Psychology*, 69, 299–327; Cialdini R. B., R. E. Petty, J. T. Cacioppo (1981). "Attitude and Attitude Change." *Annual Review of Psychology*, 32, 357-404. See, also, Meyers-Levy, J., & Malaviya, P. (1999). "Consumers' Processing of Persuasive Advertisements: An Integrative Framework of Persuasion Theories." *Journal of Marketing*, 63(4_suppl1), 45-60.

[130] Pornpitakpan, Chanthika (2004). "The persuasiveness of source credibility: A critical review of five decades' evidence." *Journal of applied social psychology* 34(2): 243-281; Hovland, Carl I., and Walter Weiss (1951). "The influence of source credibility on communication effectiveness." *Public opinion quarterly* 15(4): 635-650.

[131] Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3(1), 97-122; Wegener, Duane T., Natalie D. Smoak, Richard E. Petty, and Leandre R. Fabrigar. "Multiple routes to resisting attitude change." In *Resistance and persuasion*, pp. 13-38. Psychology Press, 2004.; Petty, Richard E., Duane T. Wegener, and Leandre R. Fabrigar (1997). "Attitudes and attitude change." *Annual review of psychology* 48, no. 1: 609-647.

51.     With traditional media sources, a repair campaign must account for the new and complex technological infrastructure for communication. A trusted source means a person or entity that is trusted by the targeted user or reader, not necessarily a source that would be deemed trustworthy by the public at large.

52.     On social media, attitude change can be even more complex. Filter bubbles mean that users are likely to see only information that is congruent with their beliefs and behaviors[132] and that comes from selective media sources that viewers trust.[133] Due to homophily (the tendency to like people who are similar), we tend to know and follow others who have the same attitudes that we do. This kind of filter bubble exacerbates problems of confirmation bias because, as Garrett (2009)[134] notes, multiple messages coming from multiple sources about the same event or fact create the impression for the user that the event is indeed true and that the belief is universally held.

53.     Persuasion online now also includes influencers, social networking platforms, and live video in addition to search and display advertising. Remediation for reputational harm entails working with multiple sources that consumers trust to counter false claims. Social capital (i.e., how many people you know) and status (i.e., legitimacy) of a source is important. Messages that come from sources with no social capital (e.g., no followers) do not have the same strength as those that come from sources with considerable social capital.[135] Because people typically do not

---

[132]    Pariser, Eli (2011), *The Filter Bubble: What the Internet Is Hiding from You.*. New York: Penguin Press.
[133]    https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/.
[134]    Garrett, R. K. (2009). "Echo chambers online? Politically motivated selective exposure among Internet news users." *Journal of computer-mediated communication*, 14(2), 265-285.
[135]    Kruglanski, A. W., and Gigerenzer, G. (2011). "Intuitive and deliberate judgments are based on common principles": Correction to Kruglanski and Gigerenzer (2011). *Psychological Review*, 118(3), 522–522. https://doi.org/10.1037/a0023709.

Confidential

trust unfamiliar sources online,[136] known and trusted sources are particularly important when communicating messages attempting to change attitudes online.[137] In this sense, attitude change requires the message to come from *inside* the filter bubble and requires the inclusion of a number of trusted sources within the echo chamber to influence opinion.

54.    Additionally, attitude change is complicated when counter-narratives continue to exist alongside corrective messaging. When people are already invested in a particular narrative, corrective messages can create cognitive dissonance. In response, individuals often defend their original beliefs and resist correction.[138] This is compounded by confirmation bias, where individuals preferentially seek out and trust information that aligns with their preexisting views, making them more resistant to corrections.[139] In contrast to the novelty and sensational nature of false information, corrective messages are typically more fact-based and nuanced, which may make them less engaging or viral.[140] Further, the mere presence of a counter-narrative can create a perception of uncertainty or equivalence (e.g., "both sides have a point"), weakening the impact of corrective messages. Placing messages with trusted sources can help to overcome the obstacles faced when the false narrative continues to spread alongside corrective messages.

## PART 1 – ONLINE NARRATIVE PRIOR TO LAWSUIT FILING

55.    In this part of my report, I assess the impact of the Defendants' retaliation campaign on

---

[136] Metzger, M. J., and Flanagin, A. J. (2013). Credibility and trust of information in online environments: The use of cognitive heuristics. *Journal of Pragmatics*, 59, 210–220.

[137] Liu, Shixi, Cuiqing Jiang, Zhangxi Lin, Yong Ding, Rui Duan, and Zhicai Xu (2015), "Identifying Effective Influencers Based on Trust for Electronic Word-of-Mouth Marketing: A Domain-Aware Approach," *Information Sciences*, 306, 34-52.

[138] Ross, L., & Lepper, M. (1979). "Biased assimilation and attitude polarization: The effects of prior theories on subsequently considered evidence." *Journal of Personality and Social Psychology,* 37(11), 2098–2109; Kunda, Z. (1990). "The case for motivated reasoning." *Psychological bulletin*, 108(3).

[139] Tversky, Amos, and Daniel Kahneman (1974). "Judgment under Uncertainty: Heuristics and Biases: Biases in judgments reveal some heuristics of thinking under uncertainty." *Science* 185, no. 4157: 1124-1131.

[140] Vosoughi, S., Roy, D., and Aral, S., (2018), "The spread of true and false news online," *Science*, 359: 1146-1151, p. 1149-1150.

Confidential

Ms. Lively's reputation. This campaign took place in August 2024, meaning it preceded the

filing of her initial Complaint in December 2024 and the publication of the At-Issue Statements

in December 2024 and January 2025. I rely on both my own research and analysis in addition to

work performed by Dr. Dina Mayzlin, who, as noted above, I understand is another expert

retained by the Plaintiff in this matter.

### VI. MS. LIVELY'S REPUTATION WAS DAMAGED PRIOR TO THE FILING OF THE LAWSUIT

56.     To assess whether and to what extent Ms. Lively's reputation was harmed by the

retaliation campaign, I consider the volume, sentiment, and content of posts published about Ms.

Lively on X, Reddit, and YouTube. I also review popular social media posts across other

platforms, assess Google search data, and review tabloid coverage of her during this time.

Through these analyses, I assess what impact, if any, the retaliation campaign had on Ms.

Lively's reputation, both before and after the filing of Ms. Lively's initial Complaint in

December 2024. Finally, I discuss how the introduction of new negative associations and/or the

strengthening of existing negative associations harmed Ms. Lively's reputation and discuss some

of the likely professional and personal impacts.

#### A. The retaliation campaign elevated conversation about several negative topics related to Ms. Lively in August 2024

##### i.    Indicators of a retaliation campaign

57.     An online campaign impacts the reputation of a person brand if the campaign leads to

increased volume of conversation, an increase in negative consumer sentiment toward the

subject, and the introduction of new negative associations and/or the strengthening of existing

negative associations with that person brand. Dr. Mayzlin's assignment, as relevant to my

analysis, was "to evaluate whether there is evidence of manipulation of online conversations

allegedly financed and/or executed by Defendants" related to Ms. Lively.[141]

58.     Dr. Mayzlin found that there was evidence of a "retaliation campaign," which "appears to

have begun in August 2024 with the objective of seeding and amplifying negative information

about" Ms. Lively.[142] She noted that that "online conversations can be strategically created or

shaped by individuals, firms, or coordinated actors" and that "these actors can surreptitiously

manipulate online conversations to discredit individuals or brands."[143] Indeed, she found

"evidence that the Defendants manipulated online conversations about Ms. Lively."[144]

### ii.    Narratives elevated by the retaliation campaign introduced new negative associations and strengthened existing negative associations with Ms. Lively

59.     I understand that Dr. Mayzlin conducted her analysis of the retaliation campaign by

reviewing the prevalence of four major narratives about Ms. Lively that were "seeded" and

"amplified"[145] on X, YouTube, and Reddit in August 2024:

- "Production members lost their jobs due to [Ms. Lively's] takeover and insisted upon involvement – including loss of budget due to rescheduling shoot days when [Ms. Lively] refused to show up"

- "When [Ms. Lively] wasn't able to get her way on set or behind the scenes, she involved her husband to create an imbalance [sic] of power between her and [Mr. Baldoni]. [Mr. Reynolds] went so far as to use his power to call agents and agencies, Sony, and other key players so that [Ms. Lively] would get her way"

- "[Ms. Lively]'s less than favorable reputation in the industry spans decades and has been reported – there were issues on Gossip Girl, the Town, A Simple Favor, and more"

- "There is a clear, likely motive due to the film's value and fanbase, in which [Ms. Lively] is attempting to bully her way into buying the rights for It Starts With Us"[146]

---

[141]    Mayzlin Report, ¶7.
[142]    Mayzlin Report, ¶12.
[143]    Mayzlin Report, ¶46.
[144]    Mayzlin Report, ¶34.
[145]    Mayzlin Report, ¶12.
[146]    Mayzlin Report, ¶67; Second Amended Complaint, Exhibit D.

60.    As outlined in detail below, Dr. Mayzlin also found that these campaign narratives were widely discussed online in August 2024 and that, conversely, there was no meaningful volume of discussion of any of these narratives prior to this time.[147] Additionally, Dr. Mayzlin found that the discussion of the campaign narratives was associated with increased negative sentiment about Ms. Lively.[148]

61.    I also understand that Dr. Mayzlin found an increase in the association of Ms. Lively with certain illustrative negative phrases connected to the narratives of the retaliation campaign. In particular, she "analyzed the volume trend over time" in her dataset for each: "mean girl," "bully," and "tone deaf."[149] Accordingly, I focus my analysis of the impact of the retaliation campaign on Ms. Lively's reputation regarding these four campaign narratives as well as the negative associations of "mean girl," "bully," and "tone deaf."

**B.  During the campaign period, a rise in the volume of conversation about Ms. Lively occurred alongside increasing negative sentiment toward Ms. Lively**

62.    Dr. Mayzlin reviewed the volume and sentiment of online discussion of Ms. Lively over time. The overall volume of discussion about a topic can be informative for understanding reputational harm because the greater the volume of discussion, the more consumers participate in and/or are exposed to information that shapes attitudes on reputation. The sentiment of posts is helpful in assessing the potential reputational impact of the retaliation campaign because it offers insight into the positivity or negativity of the associations and the degree to which they spread. If Ms. Lively's reputation was harmed, I would expect to see an increase in the overall volume of discussion about her alongside an increase in negative sentiment toward her.

---

[147]    Mayzlin Report, ¶84.
[148]    Mayzlin Report, ¶84.
[149]    Mayzlin Report, ¶58.

63.     Dr. Mayzlin found that the volume of online discussion about Ms. Lively on X, Reddit, and YouTube sharply increased in August, rising from a weekly count of fewer than 1,800 posts in the week ending July 14, 2024, to nearly 80,000 posts during the week ending in August 18, 2024, which was "consistent with the onset of the 'retaliation campaign.'"[150] Dr. Mayzlin also found that negative sentiment toward Ms. Lively increased over this same period.[151] As noted above, the increase in negative sentiment also coincided with the emergence of negative associations that related to the campaign narratives.

64.     Dr. Mayzlin found that the volume of posts about Ms. Lively mentioning the terms "mean girl," "bully," and/or "tone-deaf" also increased sharply in August 2024.[152] She found that the portion of the online conversation about Ms. Lively using the term "mean girl" jumped from almost no portion of the conversation in May, June, and July, to nearly four percent in mid-August.[153] The prevalence of the term "tone deaf" similarly increased significantly in mid-August, peaking the week of August 18 at nearly three percent of all posts about Ms. Lively.[154] The term "bully" also noticeably increased the same week and persisted into early 2025.[155]

65.     The rapid increase in discussion of Ms. Lively, coupled with the introduction of these negative associations, suggests that the August 2024 time period likely had a significant impact on Ms. Lively's reputation. Many people were exposed to and/or engaged in conversations about her during this time, and the negative associations of "mean girl," "bully," and "tone deaf" were prevalent in the overall conversation about Ms. Lively. As discussed above, research shows that

---

[150]    Mayzlin Report, ¶56.
[151]    Mayzlin Report, ¶65, 76, 79, Figure 9, and Figure 10.
[152]    Mayzlin Report, ¶59. Based on my analysis in Section X.B below and my expertise in text analysis, 4% is a notable portion of the conversation relative to other keywords.
[153]    Mayzlin Report, Figure 4.
[154]    Mayzlin Report, Figure 6.
[155]    Mayzlin Report, Figure 5.

negative information is "stickier" than positive information in that it makes a more lasting impression on the people who hear or see it.[156] This effect is amplified on social media because people are more receptive to the statements when they observe multiple people in their network sharing and endorsing them.[157]

### C. Online and traditional media featuring campaign narratives about Ms. Lively generated millions of impressions

66.    As noted above, Dr. Mayzlin found that beginning in August 2024, negative themes began to emerge online that associated Ms. Lively with terms such as "bully," "mean girl," and "tone deaf."[158] To assess the impact of these themes, I collected posts on social media networks and TV broadcasts that associated Ms. Lively with one or more of the terms "bully," "mean girl," and "tone deaf"[159] and calculated the number of impressions on these posts.

67.    Calculating the number of impressions requires itemizing and then summing the impressions from each source that contained the content of interest: in this case, posts associating Ms. Lively with the terms "bully," "mean girl," or "tone deaf." To do so, I gathered and summed the impressions from: (a) social media, such as TikTok and X, (b) online websites and/or articles, and (c) traditional media like television that contained one of the keywords and reference to Ms. Lively.[160]

68.    In total, after August 2024, online and traditional media that associated Ms. Lively with

---

[156]    Taylor, S.E., (1991), "Asymmetrical Effects of Positive and Negative Events: The Mobilization-Minimization Hypothesis," *Psychological Bulletin*, 110(1): 67-85; Vosoughi, S., Roy, D., and Aral, S., (2018), "The spread of true and false news online," *Science*, 359: 1146-1151, pg. 1147-1148; Skurnik, I., (2005), "Special Session Summary Rumors, Refutations, and Conflicts of Interest: Problems in Dealing With Unreliable Information," *Association for Consumer Research*, pg. 274-276.
[157]    Pfeffer, J., Zorbach, T., and Carley, K.M. (2014), "Understanding Online Firestorms: Negative Word-of-Mouth Dynamics in Social Media Networks," Journal of Marketing Communications, 20 (1-2): 117-28.
[158]    Mayzlin Report, ¶59.
[159]    I include in my analysis minor variations on these terms (*e.g.,* "bullying," "mean girlies").
[160]    For more detail on the calculation of impressions, refer to Section IX.A below.

one or more of these terms generated over 176 million impressions,[161] as summarized in Figure 2.[162]

Figure 2. Impressions of media linking Ms. Lively to the negative terms "bully," "mean girl," and "tone deaf"

| Source | Impressions |
|---|---|
| TikTok | 103,176,555 |
| YouTube | 27,391,813 |
| Instagram | 8,721,199 |
| Facebook | 6,873,200 |
| X | 19,384,014 |
| TV News | 11,192,000 |
| **Total** | **176,738,781** |

69.     My estimate of the number of impressions of posts and broadcasts associating Ms. Lively with one of the above terms is conservative for several reasons. First, as discussed in more detail below, it is challenging to search online video content through standard search tools. As a result, locating and verifying online video content is time-consuming and incomplete, meaning many instances of video-based dissemination are likely omitted from my impression estimate. I also do not include posts from platforms that do not report impression metrics, such as Reddit. Finally, I have not included in my calculation instances of Ms. Lively being associated with these negative phrases without the inclusion of the term itself. For example, posts that describe Ms. Lively as a

---

[161]   I calculated impressions for posts on social media platforms based on metrics provided by the platforms themselves. Specifically, I rely on view counts made directly available by the platform for each of TikTok, YouTube, Instagram, Facebook, and X. For TV News, I rely on public reports of viewership for each program. More detail on my impressions calculation for each platform is available in Section IX, below.

[162]   A full list of posts and broadcasts included in this analysis is included as Appendix E. Posts were found through searches online, e.g., through searches on various platforms and Google searches that specified the keyword, platform (e.g. tiktok.com), and timeframe. They were then checked to ensure that the post contained the keyword used in reference to Ms. Lively.

Confidential

"tyrant,"[163] "as "rude,"[164] or as being "out of touch"[165] in her marketing of *It Ends With Us* are not included in my assessment, even though they express the same substance as the key phrases. Nonetheless, the substantial number of impressions of posts that establish associations between Ms. Lively and the terms "mean girl," "bully," or "tone deaf" is another indicator that the retaliation campaign in August 2024 had negative impacts on Ms. Lively's reputation.

### D. Harm to Ms. Lively's reputation that occurred during the campaign period is evident in search engine data, tabloid coverage, and social media discussions

70.     In this section, I conduct additional analyses to further assess the harm to Ms. Lively's reputation in August 2024. I first review Google Trends data to assess how search interest in Ms. Lively evolved during the campaign period and whether or not the campaign topics represented a noticeable share of search interest in Ms. Lively. I then review tabloid media coverage of Ms. Lively to assess the spread and impact of articles about Ms. Lively on her reputation, including articles that I understand were written in coordination with the Defendants. I next review posts on social media platforms to assess the extent to which the new negative associations appear elsewhere. Finally, I compare terms associated with Ms. Lively before and after the retaliation campaign in August 2024.

### i. Google Trends data indicates interest in Ms. Lively increased in August 2024

71.     One method of measuring the volume of interest in Ms. Lively is via Google Trends, which is a free tool that allows users to compare relative search interest on up to five different search terms and topics. Data on Google Trends are presented on a relative scale from 0 to 100, indexed to the peak search volume achieved during the period of interest.[166] Google Trends also

---

163     E.g., https://www.youtube.com/watch?v=sM98NYMS9R0 .
164     E.g., http://tiktok.com/@metroentertainment/video/7403709890486684960.
165     E.g., https://www.tiktok.com/@calabasaswings/video/7403089893598956832.
166     https://support.google.com/trends/answer/4365533?hl=en.

provides information about other terms frequently searched with the term or topic of interest,

providing information about the topics people associate with certain search queries.[167]

72.    I performed a Google Trends search for "Blake Lively" as a topic covering the period

from January 1, 2004, (the earliest period that data is made available through Google Trends) to

August 6, 2025. As shown in Figure 3 below, consumer search interest in Ms. Lively first

increased in June 2005, directly following the May 31, 2005, release date of her first film, *The*

*Sisterhood of the Travelling Pants*.[168]

**Figure 3. Search interest for the "Blake Lively (American Actress)" topic from**
**2004 to 2025**



73.    In the more than 20 years since Ms. Lively first rose to prominence, the period of time

with the second[169] largest volume of consumer search interest in Ms. Lively took place during

---

167    https://support.google.com/trends/answer/4355000?hl=en&sjid=8172751319134865217-NC.

168    https://trends.google.com/trends/explore?date=all&q=blake%20lively&hl=en. I also attempted a search of
       "Blake Lively" as a search term, finding no qualitative difference between the two
       (https://trends.google.com/trends/explore?date=all&q=blake%20lively,%2Fm%2F06_bq1&hl=en).

169    Following an alleged leak of sensitive photos of Ms. Lively and other celebrities in 2011 there was a spike in
       searches of anomalous proportions, but I did not see evidence to suggest significant interest in or discussion
       of these photos continued into the interim decade. See, https://www.dailymail.co.uk/tvshowbiz/article-
       1393181/Blake-Lively-nude-pics-Photos-100-fake-says-Gossip-Girl-star.html. During mid-2011 when the
       leak occurred, top associated topics included photography and nude photography, see
       https://trends.google.com/trends/explore?date=2011-06-01%202011-07-01&q=%2Fm%2F06_bq1&hl=en-
       GB. These terms did not appear in later years, see, https://trends.google.com/trends/explore?date=2014-01-
       01%202024-01-01&q=%2Fm%2F06_bq1&hl=en-GB.

Confidential

August 2024.[170] During that month, the increase in searches began on August 6 and peaked on August 17 with searches at a rate around four times higher than the first week of August before the increase, as shown in Figure 4 below.

**Figure 4. Search interest for Blake Lively in August 2024[171]**



74.    That consumer interest in Ms. Lively as measured by Google Trends data reached its highest point in over a decade – a period of time that includes many widely discussed career and personal milestones for Ms. Lively – is remarkable and is reflective of the significant impact that online media during this period is likely to have had on Ms. Lively's reputation.

ii.    **Tabloid coverage influenced consumer perception of Ms. Lively, including through articles placed by the Defendants**

75.    Tabloids and other celebrity-focused publications have long been a key outlet for celebrity news and gossip, as noted in Section V above. As discussed, tabloid readers are influenced by stories in these publications, even if they understand the credibility provided by tabloids is different than that provided by "credible" or "serious" news publications.[172] Public

---

[170]    https://trends.google.com/trends/explore?date=all&q=blake%20lively&hl=en.
[171]    https://trends.google.com/trends/explore?date=2024-08-01%202024-08-31&q=blake%20lively&hl=en.
[172]    Foos, F., & Bischof, D. (2022). "Tabloid media campaigns and public opinion: Quasi-experimental evidence on Euroscepticism in England." *American Political Science Review*, *116*(1), 19-37.

relations efforts for celebrities often include efforts to influence tabloid media coverage, which is consumed and internalized by the public. I understand that during campaign period, the Defendants played a role in the publication of negative tabloid stories about Ms. Lively.[173] In this subsection, I first review several specific stories about Ms. Lively and then consider the overarching themes of tabloid stories about Ms. Lively during August 2024.

76.     One article that I understand was published in coordination with the Defendants is an August 27, 2024, article in *Variety* titled "'It Ends With Us' Sequel in Doubt Amid Blake Lively-Justin Baldoni Feud: 'There's Probably No World Where They Work Together Again'."[174] The article quotes "insider sources" that suggest Ms. Lively inserted herself into a directorial and writing role, which was "news to Baldoni."[175] The article also mentions the criticism Ms. Lively has faced for the way she marketed the film. These allegations relate to the campaign narratives discussed previously, such as Ms. Lively's attempt to "bully" others for control of *It Ends With Us*.

77.     Articles in the *Daily Mail* that I understand were developed in coordination with the Defendants are also critical of Ms. Lively. One article, published on August 17, 2024, refers to Ms. Lively as being "embroiled in controversy" and speculates that she is "'relying' on her best friend Taylor Swift to help get her through the recent media 'storm,' and is hoping to 'use their friendship' to distract from the drama."[176] The article also calls Ms. Lively's promotion of the

---

[173]   An estimate of the impressions generated by these articles as well as other content I understand was developed in coordination with the Defendants can be found in Appendix D. I understand this may not be an exhaustive list. Further, this estimate does not include impressions generated from social media shares of the tabloid articles. See, for example, https://x.com/Daily_MailUS/status/1824771655693992239, https://x.com/DailyMail/status/1826070385663610936, and https://x.com/Variety/status/1828462980415267285.
[174]   BBKOSLOW-000006800.
[175]   https://variety.com/2024/film/news/it-ends-with-us-sequel-in-doubt-blake-lively-justin-baldoni-feud-1236114099/.
[176]   NATHAN_000003433; Case Deposition, 259: 2-15; https://www.dailymail.co.uk/tvshowbiz/article-

Confidential

movie "tone-deaf."[177] Another *Daily Mail* story I understand was developed in coordination with the Defendants, published on August 20, 2024, asserts: "Lively's launch of her new film, It Ends With Us, has been an unmitigated disaster."[178] The article brings up the criticism of Ms. Lively's promotion of the film, referencing the "wear your florals" quote, and includes a list of other controversies and "bitchy comments" from Ms. Lively.[179]

78.     I also understand the Defendants discussed sharing a *Daily Mail* article discussing a recently resurfaced 2016 interview with Ms. Lively.[180] The reporter, Kjersti Flaa who was quoted describing the "uncomfortable" interview that "made her want to QUIT her job" in the *Daily Mail* article circulated internally among the Defendants.[181] The YouTube video of the interview was popular, and was viewed over 7.2 million times.[182] Several other publications also published articles about the interview including *Buzzfeed*,[183] the *New York Post*,[184] and *Page Six*.[185]

79.     I understand that TAG and Ms. Abel engaged with multiple tabloid journalists in late July and August 2024 to assist in placing stories affecting the narratives regarding Ms. Lively in the media, including by influencing coverage to be more favorable as to Mr. Baldoni by contrast. For example, Ms. Abel assisted in providing information to, and placing information with, reporters,

---

13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html.

[177]   BBKOSLOW-000008194; KCASE-000002821; Koslow Deposition, 312:2-8; https://www.dailymail.co.uk/tvshowbiz/article-13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html.

[178]   https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html, archived at https://archive.ph/wBYGw.

[179]   https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html, archived at https://archive.ph/wBYGw.

[180]   KCASE-000003354.

[181]   https://www.dailymail.co.uk/femail/article-13742877/reporter-blake-lively-interview-quit-ends-feud.html.

[182]   https://www.youtube.com/watch?v=F2-2RBi1qzY.

[183]   https://www.buzzfeednews.com/article/stephaniesoteriou/rude-2016-blake-lively-interview-journalist-quit.

[184]   https://nypost.com/2024/08/14/entertainment/reporter-calls-out-blake-lively-for-uncomfortable-interview.

[185]   https://pagesix.com/2024/08/16/parents/blake-lively-interviewer-reveals-infertility-after-bump-comment/.

Confidential

including a friend who wrote for People Magazine, Fox News, In Touch, and US Weekly at the

end of July 2024.[186] Ms. Nathan was in contact with the Daily Mail, NY Post, TMZ, and Deux

Moi to discuss the "situation… involving Justin and Blake".[187]

80.    I further understand that certain phrases that appeared in coverage in news and tabloid

articles were pushed into the public domain as part of a strategic communications strategy by the

Defendants, including references to "friction" on the set of *It Ends With Us*[188] and the notion that

Mr. Baldoni was "navigating complex personalities."[189] These phrases appeared in a number of

articles, allowing the Defendants to "get ahead or to normalize" narratives to navigate questions

about what happened on the set of *It Ends With Us*.[190] Articles in *Elle,*[191] *People,*[192] *Today,*[193] *E*

*Online,*[194] PerezHilton.com,[195] *Collider,*[196] *TMZ,*[197] *Yahoo,*[198] *Buzzfeed,*[199] and others use the

"friction" and "complex personalities" language in discussing Ms. Lively. Mr. Baldoni's

interview with *Elle* about the "friction" on the set were also posted to TikTok where two clips

together received over 1.6 million views.[200] These planted tabloid articles also tie into the

---

[186]    Deposition of Jennifer Abel, 234:24-238:7; JONESWORKS_00013779.
[187]    Deposition of Melissa Nathan, 177:17-184:21 (acknowledging communications with Deux Moi, Daily Mail, NY Post, TMZ); 188:6-191:17 (acknowledging proactive call to Deux Moi to "make her aware of" a situation involving "Justin and Blake"); JONESWORKS_00015395 (discussion with Sara Nathan from NY Post editing language of article); NATHAN_000001924 (discussion with Deux Moi); JONESWORKS_00016275  (Abel texts Nathan in response to Hollywood Reporter and Daily Mail articles sent, "I can tell you've done a lot of work here").
[188]    KCASE-000001079/BBKOSLOW-000002985.
[189]    KCASE-000002821; KCASE-000001079/BBKOSLOW-000002985.
[190]    Abel Deposition, 169:25-170:4; 185:7-21.
[191]    https://www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/#r3z-addoor.
[192]    https://people.com/justin-baldoni-friction-making-it-ends-with-us-with-blake-lively-8693848.
[193]    https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792.
[194]    https://www.eonline.com/news/1405962/justin-baldoni-details-working-with-complex-personalities-on-it-ends-with-us.
[195]    https://perezhilton.com/justin-baldoni-talks-challenge-working-with-complex-personalities-it-ends-with-us-amid-blake-lively-beef/.
[196]    https://collider.com/it-ends-with-us-feud-blake-lively-justin-baldoni/.
[197]    https://www.tmz.com/2024/08/12/blake-lively-justin-baldoni-feud/.
[198]    https://www.yahoo.com/entertainment/ends-us-cast-drama-behind-174742487.html.
[199]    https://www.buzzfeed.com/larryfitzmaurice/justin-baldoni-friction-making-it-ends-with-us.
[200]    https://www.tiktok.com/@elleuk/video/7408205773366447393 and https://www.tiktok.com/@elleuk/video/7402270193398861088.

campaign narratives, gendered frames, and spread negative associations about Ms. Lively
throughout the media system.

81.    News and tabloid articles about Ms. Lively were frequently published during the time
period of the retaliation campaign. Negative articles about Ms. Lively were published in a range
of media outlets, including *Daily Mail, Us Weekly, Page Six, TMZ, and World of Reel.*[201] In
addition to the "little bump" interview, other older interviews resurfaced in the same period,
notably some in which Ms. Lively used the word "tranny," garnering a "barrage of criticism" on
social media,[202] and playing into the campaign narratives. As discussed in Section V, media
frames that activate gender stereotypes and highlight perceived moral transgressions tend to be
highly sticky and widely circulated, as in patterns of rumor or gossip.

82.    Another common theme from this stretch of reporting on Ms. Lively was the assertion
that she had "sidelined" Mr. Baldoni in the production of *It Ends With Us,*[203] which also relates
to the campaign narratives. *Us Weekly* reported that there were "two camps" on the set of the
film — "team Blake and team Justin" — setting the tone for "the negative experience behind the
scenes."[204] According to *World of Reel*, Ms. Lively "took over" Mr. Baldoni's editing process
despite his version of the film scoring higher with audiences with the help of her husband who
"basically took over the movie and buddied up with author Colleen Hoover to see that their cut

---

[201]    See, for example, https://www.usmagazine.com/entertainment/news/inside-blake-lively-and-justin-baldonis-
it-ends-with-us-feud/; https://www.dailymail.co.uk/tvshowbiz/article-13755441/Blake-Lively-slur-
transgender.html; https://pagesix.com/2024/08/16/entertainment/justin-baldoni-felt-sidelined-by-blake-lively-
on-it-ends-with-us-set-report/; https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-
with-blake-lively-over-final-cut.

[202]    https://www.dailymail.co.uk/tvshowbiz/article-13755441/Blake-Lively-slur-transgender.html.

[203]    https://pagesix.com/2024/08/16/entertainment/justin-baldoni-felt-sidelined-by-blake-lively-on-it-ends-with-
us-set-report/; https://www.usmagazine.com/entertainment/news/inside-blake-lively-and-justin-baldonis-it-
ends-with-us-feud/.

[204]    https://www.usmagazine.com/entertainment/news/inside-blake-lively-and-justin-baldonis-it-ends-with-us-
feud/.

won."[205]

83.     Comments on tabloid articles also reiterate the "mean girl," "bully," and "tone deaf" themes from the retaliation campaign. For example, one user stated that it "sounds like she is the bully. A cry bully."[206] Another user stated "Yeah, but that is her pb. She has no clue. That is why the film will tank and she is trying to direct blame at him. typical bully."[207] Other comments describe Ms. Lively as a "mean girl," stating "Mean girls are a dime a dozen, she got identified"[208] and "She's a mean girl!"[209] In other comments, Ms. Lively was described as a "tone-deaf bubblehead," as "shallow, blinkered, tone-deaf, and deeply commercially oriented," and that her actions were "disgusting and completely tone deaf."[210] One comment goes on at length, calling for Ms. Lively to be "cancelled" because she is a "mean girl": "Blake Lively is a conceited, manipulative, mean girl to all but her small core of friends. She thinks just talking to someone one time makes them a friend. She acts like everyone wants to be her friend but I would bet there are many who don't speak out for fear of not getting jobs. She has been like this forever but over time, truth wins out. She should be cancelled because she is a shallow fake and not a talented actress."[211]

84.     Taken together, the increase in negative tabloid articles about Ms. Lively, along with the comments on the articles, reflect and further spread the negative associations with Ms. Lively stemming from the identified campaign topics.

---

[205]  https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-with-blake-lively-over-final-cut.
[206]  https://www.dailymail.co.uk/reader-comments/p/comment/link/3800924869.
[207]  https://www.dailymail.co.uk/reader-comments/p/comment/link/3803653917.
[208]  https://www.dailymail.co.uk/reader-comments/p/comment/link/3855594039.
[209]  https://www.dailymail.co.uk/reader-comments/p/comment/link/3854375631.
[210]  https://www.dailymail.co.uk/reader-comments/p/comment/link/3746481439;
       https://www.dailymail.co.uk/reader-comments/p/comment/link/3805230513;
       https://www.dailymail.co.uk/reader-comments/p/comment/link/3814440361.
[211]  https://www.dailymail.co.uk/reader-comments/p/comment/link/3802573881.

### iii.    Highly viewed social media posts repeat the campaign narratives in negative posts about Ms. Lively

85.    Once initiated, the campaign narratives, and their related negative associations, spread across a range of social media platforms. To supplement Dr. Mayzlin's analysis discussed above, I also reviewed posts from August 2024 on Instagram, TikTok, and YouTube to qualitatively assess whether consumers were receptive to the campaign narratives that appeared on those platforms.

86.    On Instagram, several posts from this time period include the notion that Ms. Lively was a "mean girl" and dissected content like the "little bump" interview. For example, in a reel posted on August 17, 2024, one former reporter with over 13,000 followers said Ms. Lively had a "mean girl vibe" for the way she acted during the "little bump" interview in a post that received 540,000 views.[212] Another post from August 15, 2024, by an account typically "highlighting the work of The Prince and Princess of Wales" received 224,000 views[213] on a video post with the caption "Blimey, Blake Lively, […] It's high time people see you for the mean girl and the unkind, anti-women you've always been."[214] Other posts on Instagram critique the marketing of *It Ends With Us*, calling Ms. Lively "tone deaf,"[215] racking up thousands of views. One such video by the host of a marketing podcast[216] was viewed over 1.4 million times and alleges that Ms. Lively "destroyed four brands," in reference to her beverage and haircare brands.[217]

87.    Many TikTok posts also repeated concepts from the identified campaign topics, including criticizing Ms. Lively's "tone deaf" marketing of *It Ends With Us*. For example, one popular

---

[212]    https://www.instagram.com/reel/C-yCZvlP8MV/.
[213]    https://www.instagram.com/prprinsessa/reels/.
[214]    https://www.instagram.com/reel/C-sdQazOKiK/.
[215]    See, for example, https://www.instagram.com/reel/C-qnKqHJ3Qu/, https://www.instagram.com/reel/DAfJcZOJVjE/, and https://www.instagram.com/reel/C_Avus8p2lk/.
[216]    https://www.instagram.com/zoeunlimited/reels/.
[217]    https://www.instagram.com/reel/DAPwTmJRTr5/.

TikTok that received 4.5 million views accuses Ms. Lively of having the "audacity to show up to the premiere and tell your audience and have influencers promote it like it's the sequel to Barbie" and of using the film as an "opportunity to promote your hair care line."[218] Another TikTok with 1.4 million views and over 163,000 likes contrasts the marketing of *It Ends With Us* with *Pretty Women* over 30 years earlier to criticize Ms. Lively.[219] Another video with nearly 1 million views and 26,000 likes simply overlays the critique "girl this movie is about domestic violence, this is not the Barbie movie" over a short clip of Ms. Lively promoting the movie.[220] Another video discusses how her "entire feed" is about *It Ends With Us* and that "the consensus is that a lot of us are upset about in how the subject matter of this movie has been handled in the press tour," specifically calling out Ms. Lively for saying "wear your florals."[221] Many other videos similarly shared clips of Ms. Lively promoting the movie with negative messages posted on top of them or in the caption.[222]

88.    Similar videos proliferated on YouTube as well. One video by an account called The Comments Section, titled "Is This The REAL Blake Lively" received over 1.5 million views and is tagged with a "#meangirls" hashtag. The video has over 5,000 comments, many of which repeat the notion that Ms. Lively is a bully and a mean girl. One of the top comments, which received more than 1,200 likes, explains "This isn't an example of 'girl boss' energy. This is bullying, mean girl energy to make someone else feel 'less than.'"[223] Another commentor indicated their view of Ms. Lively had changed: "That was so disappointing. I see Blake in a

---

[218]    https://www.tiktok.com/@lovingsingle/video/7402395689029782815.
[219]    https://www.tiktok.com/@devotedly.yours/video/7403827171648654623.
[220]    https://www.tiktok.com/@pinkponypolitics/video/7402295569705635103.
[221]    https://www.tiktok.com/@madisenbeaty/video/7403193600298732843.
[222]    See, for example, https://www.tiktok.com/@calabasaswings/video/7406468878240386336,
    https://www.tiktok.com/@itsmissloulita/video/7404104841351400736,
    https://www.tiktok.com/@sboshmafu/video/7402551540612926726.
[223]    https://www.youtube.com/watch?v=M-OZdg1jbbk&lc=Ugz68DN-QjSLLkScB8B4AaABAg.

different light."[224] Another stated, "Nepo babies are the absolute worst. Mean girl energy? Nah, straight up just a MEAN GIRL."[225]

89.    Another YouTube video with over 2.7 million views fictionalizes the encounter by depicting a host mocking Ms. Lively, insinuating that she is self-centered while "doing press for *It Ends With Us*."[226] Another video, with over 1.9 million views, titled "blake lively is speedrunning the end of her career right now," begins with the simple statement, "If I had to sum up this entire video in a word, it would be tone-deaf."[227] The video's host accuses Ms. Lively of being tone-deaf in her promotion of It Ends With Us and trying to "profit" off of domestic violence. There are over 6,600 comments on the video, many of which express negative sentiment toward Ms. Lively. For example, one comment reads, "The "congrats on your little bump" comment is such high school bully behavior it made me have war flashbacks to junior year," receiving over 7,500 likes. Another commentor remarked: "Blake is tone deaf, blind and mute at this point."[228] Several commentors claimed Ms. Lively wanted to have "a Barbie moment."[229] Another comment on the video explained that her opinion of Ms. Lively had soured:

> I wasn't at all surprised by Colleen Hoover not taking the themes of her story seriously because she sucks as a writer and her books are full of rampant abuse apologia, but Blake Lively was definitely a surprise. **I barely knew anything about her before this, and it instantly tanked my opinion from positively neutral to 'wow this person sucks'.** And then everything else made it infinitely worse.[230]

---

224    https://www.youtube.com/watch?v=M-OZdg1jbbk&lc=Ugzje7aUw1B26TSug9F4AaABAg.
225    https://www.youtube.com/watch?v=M-OZdg1jbbk&lc=Ugw9Xgd-cNyJUrewiC54AaABAg.
226    https://www.youtube.com/shorts/nzd0PVdgoiA.
227    https://www.youtube.com/watch?v=J7jyvDCTyjQ.
228    https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgyUI31ydQm_
        liFIdx94AaABAg.A7SD9nfzgZuA7SGRgT6cCg
229    See, for example. https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgwyXnicTxlv5VmvrtZ4AaABAg,
        https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgwTLutqx22Mu-OlR2h4AaABAg, and
        https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgzKVhQPkzwSXLlgQFx4AaABAg.
230    Emphasis added.
        https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgzrUGqfIlVix9hsS5l4AaABAg&pp=0gcJCSMANp

Confidential

90.     The scope of discussion tying Ms. Lively to the campaign narratives is exemplified by the presence of a high volume of negative social media posts, many of which received comments repeating negative associations about Ms. Lively. The sheer volume and severity of negative posts about Ms. Lively is clear evidence that reputational harm has occurred.

### iv.    Comparison of associations before and after the retaliation campaign

91.     Analyzing search terms associated with Ms. Lively can also reveal the degree to which negative associations increased in relation to her name and brand. Google Trends enables an analysis of what terms people associate with Ms. Lively and how those changed during the retaliation campaign period as compared to the period immediately before the retaliation campaign. Prior to the retaliation campaign, Google Trends data indicate that consumer searches primarily associated Ms. Lively with various films and movies she had starred in; other celebrities, including Taylor Swift, Hugh Jackman, and Gigi Hadid; and her husband, Ryan Reynolds, as shown in Figure 5 below.[231]

---

G00pGi.

[231]    These associations are similar to those identified prior to August 2024 by Dr. Mayzlin on Reddit, X, and YouTube. Mayzlin Report, ¶62 and Figure 7.

Confidential

Figure 5.  Google Trends top and rising topics and queries associated with Blake Lively in July 2024[232]

| Top Topics | Top Queries | Rising Topics | Rising Queries |
|---|---|---|---|
| Ryan Reynolds | blake | Post-credits scene | olin |
| Deadpool | blake lively | Premiere | blake lively olin |
| Deadpool & Wolverine | ryan reynolds blake lively | X-Men | was blake lively in deadpool |
| Deadpool | blake reynolds | Credit | blake lively and gigi hadid |
| Taylor Swift | ryan reynolds | Olin Reynolds | blake lively ladypool |
| Hugh Jackman | deadpool | Emma Corrin | cast of deadpool 3 blake lively |
| It Ends with Us | deadpool blake lively | Closing credits | girl deadpool |
| Lady Deadpool | blake and ryan | Catsuit | olin reynolds |
| Gossip Girl (2007) | blake lively movie | Olin Corporation | who played lady deadpool |
| Gigi Hadid | ryan reynolds and blake lively | Olin Corporation | gambit |
| Deadpool | blake lively kids | Wesley Snipes | blake lively deadpool premiere |
| Scarlett Johansson | blake lively movies | Dogpool | olin name |
| It Ends with Us | wolverine | Blade | who plays lady deadpool |
| Green Lantern | lady deadpool | Gambit | blake livly |
| Wolverine | blake lively lady deadpool | Gigi Hadid | blake lively gigi hadid deadpool wolverine |

92.     In contrast, as shown in Figure 6 below, the top and rising topics and associations on

Google Trends in the month of August 2024 show many terms emerging from the campaign

narratives. The overwhelmingly negative nature of the fastest growing queries indicates that

people were likely seeking out content that was the target of the retaliation campaign. For

---

232     https://trends.google.com/trends/explore?date=2024-07-01%202024-07-31&geo=US&q=%2Fm%2F06_bq1&hl=en.

Confidential

example, Google lists negative associations such as "bitch," which increased by 1,850% in search interest over the prior period, and "plantation," which increased by 1,300% increase, as rising terms associated with searches for Ms. Lively during the campaign period. Other rising topics and queries are associated with the "little bump" interview, such as Parker Posey and Kjersti Flaa. Among the related queries that saw the greatest increase in the same time period are "parker posey blake lively,"[233] "blake lively rude," and "blake lively backlash."[234]

---

[233]  This query is related to Ms. Lively's "little bump" interview, which featured Ms. Lively and Ms. Posey being interviewed by Ms. Flaa. Separate Google Trends searches for Parker Posey and Kjersti Flaa reveal August 2024 as by far the highest concentration of searches for either, by a difference of 40 and 93 percentage points, respectively. See, https://trends.google.com/trends/explore?date=all&q=parker%20posey&hl=en; https://trends.google.com/trends/explore?date=all&q=kjersti%20flaa&hl=en.

[234]  https://trends.google.com/trends/explore?date=2024-08-06%202024-08-23&q=blake%20lively&hl=en.