**Figure 6. Google Trends top and rising topics associated with Blake Lively in August 2024, following the retaliation campaign[235]**

| Top Topics | Top Queries | Rising Topics | Rising Queries |
|---|---|---|---|
| It Ends with Us | blake lively | Parker Posey | justin baldoni and blake lively drama |
| Ryan Reynolds | blake | Kjersti Flaa | parker posey |
| Justin Baldoni | blake reynolds | Drama | parker posey blake lively |
| Interview | ryan reynolds | Drama | blake lively it ends with us drama |
| It Ends with Us | blake lively ryan reynolds | Interview | blake lively it ends with us interview |
| Deadpool & Wolverine | it ends with us | Feud | kjersti flaa |
| Drama | it ends with us blake lively | Nepo baby | blake lively backlash |
| Deadpool | blake lively movie | Controversy | blake lively britney spears dress |
| Gossip Girl (2007) | deadpool | Justin Baldoni | blake lively justin baldoni feud |
| Taylor Swift | blake lively deadpool | Bitch | kjersti flaa blake lively interview |
| Deadpool | blake lively movies | Cafe Society | blake lively nepo baby |
| Deadpool | blake lively interview | Hair care | blake lively drama |
| Scarlett Johansson | justin baldoni | Plantation | blake lively and justin baldoni feud |
| Leighton Meester | justin baldoni blake lively | Domestic violence | blake lively justin baldoni drama |
| Hugh Jackman | blake lively drama | Hairstyling product | blake brown hair care |

93.     In some cases, consumer discussion of Ms. Lively in conjunction with these negative topics was so prevalent that Ms. Lively became associated with the negative search term itself, even absent mention of her explicitly. For instance, a search for "tone deaf" reveals Ms. Lively is ranked as 4th most popular related topic,[236] and "bully" which shows the query "blake lively

---

[235]    https://trends.google.com/trends/explore?date=2024-08-01%202024-08-31&q=%2Fm%2F06_bq1&hl=en.
[236]    https://trends.google.com/trends/explore?date=2024-08-06%202024-08-23&q=tone%20deaf. Neither Ms. Lively nor Mr. Reynolds appear in the related topics or queries in the period preceding the retaliation

Confidential

bully" is the 7th ranking rising related query.[237] The rapid increase in online searches for Ms. Lively in conjunction with the narratives amplified by the alleged campaign indicates a rise in negative associations with Ms. Lively in the public sphere.

94.       In sum, the negative associations identified in the retaliation campaign were widely disseminated in discussions of Ms. Lively on social media, thereby becoming widely discussed and circulated in the public sphere. Moreover, as discussed above, these associations were shared among a large, receptive audience through both social networks and in tabloid media, which further amplified the impact of the negative coverage, resulting in harm to her person brand and reputation.

### E.  Negative associations that were introduced during the initial campaign period persisted following the filing of Ms. Lively's lawsuit

95.       Since the filing of her initial Complaint on December 20, 2024, Ms. Lively has been the subject of widespread media coverage and online consumer discussion. The negative associations that were introduced and/or strengthened in the period prior to the filing of Ms. Lively's Complaint persisted in the period that followed, including through social media influencers that worked in coordination with the Defendants to push negative messages about Ms. Lively.

### i.  The Defendants coordinated to place social media posts perpetuating the negative associations with Ms. Lively in January 2025

96.       Evidence indicates that social media posts from influencers that were negative toward Ms. Lively were coordinated by the Defendants following Ms. Lively's lawsuit. For example,

---

[237]    campaign. See, https://trends.google.com/trends/explore?date=2024-07-01%202024-08-05&q=tone%20deaf. https://trends.google.com/trends/explore?date=2024-08-01%202024-08-31&q=bully&hl=en. Ms. Lively does not appear among the related queries or topics in the preceding month. See, https://trends.google.com/trends/explore?date=2024-07-01%202024-07-31&q=bully&hl=en.

Confidential

text messages reveal that the influencer and journalist Sage Steele developed a video in conjunction with the Defendants Steve Sarowitz, Jamey Heath, Jennifer Abel, Justin Baldoni, and Melissa Nathan, among others, including Mr. Baldoni's attorney, Mr. Freedman.[238] In the text messages, dated January 3, 2025, Mr. Freedman notes that "Sage is on copy" and that "[i]n order to use her, we need to start with a video that can go viral. That will get her in organically."[239] The group then had a "brainstorm" about what points Ms. Steele should make in her video to discredit Ms. Lively.[240]

97.    Another set of text messages, three days later, kick off with Ms. Steele sending a video to the group, soliciting feedback on the content of the video, and resending a new version.[241] Suggestions include the idea that "BL totally comfortable destroying the lives of women who don't have bodyguards and gated estates" and discussing the "little bump" interviewer.[242] Mr. Freedman adds:

> I also think you should say at some point that your [sic] interested in this not because your lawyer is involved in the case but because when you started to do the research and saw what the stories were saying that the disconnect and irresponsible and plainly inaccurate reporting was shocking. That it reminded you of Duke Lacrosse where there was a rush to judgement that destroyed people's lives even to this day. And add in some similar situations. Whatever happened to 'let's get all the facts' Baldoini's team is willing to put all the texts out. They seem to have nothing to hide. Let's start there.[243]

98.    Ms. Steele ultimately published a video on January 7, 2025 across a range of social media

---

[238]    SAROWITZ_000001020.
[239]    SAROWITZ_000001020.
[240]    SAROWITZ_000001020.
[241]    SAROWITZ_000001253.
[242]    SAROWITZ_000001253.
[243]    SAROWITZ_000001253.

Confidential

platforms, including YouTube,[244] Instagram,[245] TikTok,[246] X,[247] and Facebook.[248] She also made audio of the video available on Podcast platforms.[249] In this video, Ms. Steele critiques Ms. Lively and the New York Times and makes many of the points that were included in her discussion with the defendants, including referencing her supposed personal interest in the conflict between Ms. Lively and Mr. Baldoni, citing her relationship with Mr. Freedman, talking about the "little bump" interviewer, and discussing the text messages released by Mr. Baldoni and his team. She also states that she "thinks Blake is abusing her power," which is "so disappointing because it ends up hurting other women."[250]

99.    This video was popular. It received over 200,000 views and 1,100 comments on YouTube,[251] over 330,000 views on Instagram,[252] and over 1.5 million views on TikTok.[253]

      ii.    **The broader public reaction on social media continued to perpetuate the campaign narratives and negativity toward Ms. Lively**

100.    The impact of the retaliation campaign on Ms. Lively's reputation can also be seen on other social media platforms such as TikTok, where popular posts continued to reinforce the negative associations that were introduced in August 2024. One post captioned "sorry but Blake Lively has always given mean girl vibes…" features a 3-minute compilation of interviews from

---

[244]    https://www.youtube.com/watch?v=2gMIYXxsNwg.
[245]    https://www.instagram.com/reel/DEiZu-9xGMB/?hl=en.
[246]    https://www.tiktok.com/@officialsagesteele/video/7457284296856866091.
[247]    https://x.com/sagesteele/status/1876752992164044966?lang=en.
[248]    https://www.facebook.com/17841401462773682/videos/917775630132577/.
[249]    See, for example, https://open.spotify.com/episode/1HvHMVCkWxm9JIpPHZPfFC, https://podcasts.apple.com/gt/podcast/shame-on-blake-lively-the-new-york-times/id1754460914?i=1000683220818, and https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP?srsltid=AfmBOop45gTTiLvFh_w-8r5fOTKTDsXLyBjSQUawJx0p_b720J3FId98.
[250]    https://www.youtube.com/watch?v=2gMIYXxsNwg.
[251]    https://www.youtube.com/watch?v=2gMIYXxsNwg.
[252]    https://www.instagram.com/sagesteele/reels/.
[253]    https://www.tiktok.com/@officialsagesteele. A full account of the impressions generated by Ms. Steele's posts can be found in Appendix D.

throughout Ms. Lively's career intended to show her in a negative light and received 12.1 million views.[254] One commenter wrote "Blake Lively is an awful human being! A straight up Mean Girl who thinks she's better & smarter than everyone else… but she's NOT!"[255] Another comment on the same video stated "Ultimate mean girl," garnering 22,100 likes.[256] Many other users commented on Ms. Lively being a "mean girl", for example, "wow I never realized she was such a mean girl"[257] and "Okay who let the mean girl in? That's supposed to stop after high school at the latest."[258] Other commentors called Ms. Lively a bully: "Blake bullied Princess Kate during her cancer treatments 😡😡 I'll never watch Blake again"[259] and "She's a straight up bully 🙄".[260] Referencing one of the interviews included in the video, another commenter wrote "The cookie one is especially sad bc the interviewer was trying super hard to be professional and she was being so rude," receiving 17,000 likes.[261]

101.    Another video, captioned "The Downfall of Blake Lively and Ryan Reynolds" covered the release of new evidence in the case and received 7.4 million views and nearly 15,000 comments.[262] Several commentors on the post repeated the ideas that Ms. Lively is a bully, receiving tens of thousands of likes:

- "It sounds like she's used to intimidating people and she finally met someone who won't back down," (58,000 likes).[263]

---

[254]    https://www.tiktok.com/@pop.diaries/video/7456540313121721630.
[255]    https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODczNTI3MzU2MTk4MTc0Mg.
[256]    www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1NzYxMDE1Mzk3MTEzOTM1OQ
[257]    www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODY4NTMyNTI2NDUzNjM1MQ
[258]    https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODUyOTY2MDM5NDMyNDc3OQ.
[259]    https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODQwMjMyMjMyYxNzk3NTU5NA.
[260]    https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODQ3OTE4MjYxNzg3MTE1MA.
[261]    www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1NzU4NTI0NTY0YzNzk3ODkxMA.
[262]    https://www.tiktok.com/@bee.better.company/video/7462611161788239110.
[263]    www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=

Confidential

- "Her EGO will destroy her .. and then she will blame everyone else," (44,000 likes).[264]
- "It makes me mad as a woman. False accusations make us all lose credit," (21,000 likes).[265]

102.    Other commenters asserted that TikTok as a platform had turned against Ms. Lively, one writing that "Blake is screaming crying throwing up that TikTok did not go away" receiving 24,800 likes,[266] another that "Blake hates TikTok so bad right now," receiving 52,900 likes.[267] The account posting these videos, bee.better.company, is a popular influencer account on TikTok with over 1.6 million followers.[268]

103.    Other popular TikTok, YouTube, and Instagram influencer accounts also posted content related to the themes of retaliation campaign about Ms. Lively, including withoutacrystalball, who has over 160,000 followers on Instagram[269]and PopcornedPlanet, who has over 946,000 subscribers on YouTube.[270] Both of these accounts have a significant volume of posts about Ms. Lively and the promotion of and other news around *It Ends With Us*, often casting Ms. Lively in a negative light.[271] As with bee.better.company's account, comments on their posts also repeat the idea that Ms. Lively is a mean girl and a bully. For example, one comment on a January 2025 post by withoutacrystalball ends with the note, "She seems like a mean girl/bully that thinks

---

NzQ2MjYxNTMzMTQzOTAxODc4Mw.
[264]    www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=
NzQ2MjYyOTk5MTAxNDI2OTcwMg.
[265]    www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=
NzQ2MzIwNDQ2NzE1OTA4OTk2Ng.
[266]    www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=
NzQ2Mjc0ODkyNDYzOTY5MTU2Mg.
[267]    www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=
NzQ2MjYxODE1NjY2ODA2MDQ0Ng.
[268]    https://www.tiktok.com/@bee.better.company.
[269]    https://www.instagram.com/withoutacrystalball. As of October 8, 2025.
[270]    https://www.youtube.com/popcornedplanet. As of October 8, 2025.
[271]    See, for example, https://www.youtube.com/@PopcornedPlanet/search?query=blake%20lively,
https://www.instagram.com/p/DFlhDhYv4SY/, https://www.instagram.com/p/DFRjWrLx7iN/?hl=en,
https://www.instagram.com/p/DGBF_YQRUQ-/?hl=en, and
https://www.instagram.com/p/DGDye4Nxw62/?hl=en&img_index=1.

Confidential

she's better than everyone else."[272] Similarly, a comment on a January 2025 video by PopcornedPlanet explained, "Blake is a mean girl that weaponizes incompetence and then plays victim.  SHe is not that complicated."[273]

104.    Additionally, popular accounts from public figures also echo the narratives of the retaliation campaign to millions of followers. Mainstream influencers such as Megyn Kelly, Perez Hilton, and Candace Owens have all posted content to their followers across platforms and media types disparaging Ms. Lively, as detailed in the following section.

### iii.    The associations of the retaliation campaign continued after the filing of Ms. Lively's lawsuit

105.    The negative associations that were amplified by the retaliation campaign continued to frame discussion as new information circulated after the filing of Ms. Lively's lawsuit. The lasting impact of the retaliation campaign is evident on Reddit, for example. After the filing of Ms. Lively's lawsuit, new subreddits favorable to Mr. Baldoni were created and these continued to recirculate and discuss negative associations. For example, the subreddit r/TeamJustinBaldoni was created on January 14, 2025, and currently has over 14,000 subscribers.[274] Although the stated goal of the group is to support Mr. Baldoni, many of the top posts on the subreddit are negative posts about Ms. Lively rather than being about Mr. Baldoni. For example, one top post with over 675 upvotes and 75 comments is the full text of an article titled "Your Free Speech is Under Attack by Ryan Reynolds and Blake Lively."[275] Other popular posts repeat the narratives

---

[272]    https://www.instagram.com/p/DFt0dZyxbQ1/c/17953903679778336/.
[273]    https://www.youtube.com/watch?v=VLFu-QK7z2k&lc=UgxPD7QCS-LLxcp-pX54AaABAg.
[274]    https://www.reddit.com/r/teamjustinbaldoni/.
[275]    https://www.reddit.com/r/teamjustinbaldoni/comments/1mm074w/your_free_speech_is_under_attack_by_ryan_reynolds/.

Confidential

that Ms. Lively is a bully[276] and a "mean girl."[277]

106.    Another subreddit called r/ItEndsWithLawsuits was created on January 23, 2025, and currently has over 26,000 members.[278] The subreddit focuses on the lawsuit, describing itself as "For people that can't look away from the train wreck that is It Ends With Us." Several top posts feature TikTok videos that are similar to those outlined above, and many posts include the same negative narratives about Ms. Lively, as shown in Figure 7 below.

---

[276]    See, for example, https://www.reddit.com/r/teamjustinbaldoni/comments/1mxrd91/blake_lively_is_the_bully_isnt_it_ironic_says_tter/.
[277]    See, for example, https://www.reddit.com/r/teamjustinbaldoni/comments/1mdm4ge/humiliated_blake_lively_refuses_to_accept_real/.
[278]    https://www.reddit.com/r/ItEndsWithLawsuits/.

**Figure 7. Top posts in the r/itendswithlawsuits subreddit are negative toward Ms. Lively[279]**



[279]    https://www.reddit.com/r/ItEndsWithLawsuits/, captured August 28, 2025.

107.    Other posts repeat the campaign narratives, including calling Ms. Lively a "mean girl"[280] and a "bully."[281] Again, the popularity of forums such as these is indicative of the persistence of the negative associations and reputational harm toward Ms. Lively initially formed during the August 2024 time period. The persistence of negative associations, particularly "mean girl" and "bully" is also evident from the volume analysis in Dr. Mayzlin's report. Dr. Mayzlin found that the prevalence of each of these terms in online conversations about Ms. Lively remained elevated through the end of her analysis in February 2025.[282]

108.    The harm to Ms. Lively's reputation among the general public is also evident in public polling. YouGov[283] conducted a nationally representative poll to measure familiarity with and attitudes about Ms. Lively.[284] The poll found a 30% increase in negative attitudes toward her between June and September 2024.[285] The increase in the percentage of those who dislike her (indicated in by the blue striped bars in Figure 8 below) remained constant through the end of 2024.[286] Consumer attitudes toward Ms. Lively grew even more negative in 2025. The percentage of people who were familiar with Ms. Lively and reported "disliking" her nearly

280    See, for example, https://www.reddit.com/r/ItEndsWithLawsuits/comments/1ksu678/hollywood_hairstylist_justin_anderson_and_kristen/.
281    See, for example, https://www.reddit.com/r/ItEndsWithLawsuits/comments/1klvijt/imo_a_number_of_blake_supporters_rally_around_her/.
282    Mayzlin Report, ¶57, Figure 4, Figure 5.
283    YouGov is an online research and data analytics company with more than 29 million registered panel members. YouGov has been recognized as a leader in the market research industry. https://today.yougov.com/about.
284    Attitude was measured with the options Really like, Like, Don't like or Really don't like, and familiarity was measured by asking respondents if they had ever heard of Ms. Lively. https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-blake-lively. I calculated the percent of dislikes as the number of people who had a negative opinion of Ms. Lively (don't like + really don't like) over the number of people who had heard of her.
285    https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-blake-lively. I have adjusted the YouGov figures to consider the share of negative sentiment as a percentage of respondents who indicated they were familiar with Ms. Lively. The YouGov website presents negative sentiment as a percentage of all respondents.
286    https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-blake-lively.

Confidential

doubled from 8.2% to 16.2% between the end of 2024 and the polling period of April to June 2025, as shown by the red bars in the figure.[287]

**Figure 8.  Share of respondents who are familiar with Ms. Lively and view her negatively[288]**



109.     This pattern of change indicates that negative sentiment toward Ms. Lively that was seeded during the onset of the retaliation campaign in August grew even more severe following the filing of Ms. Lively's lawsuit (and, as discussed in detail below, the publication of the At-Issue Statements about Ms. Lively).

## VII. HARM TO MS. LIVELY'S REPUTATION HAS PERSONAL AND PROFESSIONAL CONSEQUENCES

110.     I understand that the harm to Ms. Lively's reputation due to the retaliation campaign has already impacted her both professionally and personally. As discussed in this section, I also expect that the fallout from the reputational harm Ms. Lively has suffered will continue to unfold over time. Reputation represents a key component of a person brand's value. When the general

---

[287]    https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-blake-lively.
[288]    https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-blake-lively.

Confidential

public views a person brand as likable, trustworthy, and positive, that perception becomes a form of symbolic capital that can be leveraged for professional opportunities.[289]

111.    Audiences who feel positively toward the person brand are more likely to support her projects, recommend her to others, and remain engaged with her career over time.[290] In Ms. Lively's case, consumer goodwill serves to amplify her personal and professional marketability. In this way, the public's perception of a person brand directly impacts the social, cultural, and symbolic capital that drives career opportunities.[291]

112.    The reputation of a person brand in the entertainment industry can shape almost every aspect of an individual's professional career because it directly affects how casting directors, studios, audiences, and collaborators perceive the person. Like in other workplace settings, directors and producers want actors with reputations for being professional and easy to work with on set. A reputation for being a "bully" who "took control of the movie" is likely to be negatively viewed by potential employers and partners. High profile examples of person brands who are "difficult" set a cultural template for how the public understands and responds to these archetypes.

---

[289]    Brooks, Gillian, Jenna Drenten, and Mikolaj Jan Piskorski (2021), "Influencer Celebrification: How Social Media Influencers Acquire Celebrity Capital," *Journal of Advertising*, 50 (5), 528-47.

[290]    McCracken, G. (1986). "Culture and consumption: A theoretical account of the structure and movement of the cultural meaning of consumer goods." *Journal of Consumer Research*, 13(1), 71–84; Fournier, S., & Eckhardt, G. M. (2019). "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619; Parmentier, Marie-Agnès and Eileen Fischer (2021), "Working It: Managing Professional Brands in Prestigious Posts," *Journal of Marketing*, 85 (2), 110-28; Parmentier, Marie-Agnès, and Eileen Fischer (2012), "How athletes build their brands," *International Journal of Sport Management and Marketing*, 11(1-2), 106-24; Thomson, M. (2006). "Human Brands: Investigating Antecedents to Consumers' Strong Attachments to Celebrities." *Journal of Marketing*, 70(3), 104–119.

[291]    See also Parmentier, Marie-Agnès, Eileen Fischer, and A Rebecca Reuber (2013). "Positioning Person Brands in Established Organizational Fields," *Journal of the Academy of Marketing Science*, 41 (3), 373-87; Parmentier, Marie-Agnès and Eileen Fischer (2021), "Working It: Managing Professional Brands in Prestigious Posts," *Journal of Marketing*, 85 (2), 110-28; Fournier, S., & Eckhardt, G. M. (2019). "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619.

113.    Actors and actresses in leading roles on movies and TV shows often play an integral role in promoting and marketing those projects. The widespread conversation about Ms. Lively's allegedly tone deaf marketing of *It Ends With Us* is harmful to her reputation in that it may give movie studios concern about her ability to appropriately serve as the marketing spokesperson for future movie projects. Further, the scale of the negative reputation campaign may cause movie studios to fear that Ms. Lively is a "risky" choice, which may cause them to avoid hiring her for fear of future public controversies overshadowing the work or otherwise alienating viewers.

114.    Beyond acting opportunities, Ms. Lively's reputation also potentially impacts her ability to pursue other business endeavors. Person brands often leverage their popularity and visibility in the public sphere to take on brand endorsements and/or develop and market their own branded products.[292] For example, Jennifer Garner and Samuel L. Jackson have been longstanding spokespersons for Capital One, appearing in several ad campaigns for the bank's credit card brand over the past decade.[293] Other person brands have launched their own brands, bringing in millions of dollars in revenue, such as Jessica Alba's Honest Company;[294] Reese Witherspoon's book club and production company, Hello Sunshine;[295] and George Clooney's Casamigos tequila brand.[296] These brands have been successful, in part, due to the endorsement value of the celebrity's reputation, allowing the celebrity themselves to serve as trusted and appealing spokespersons for the brand.[297] As discussed in Section V, the value of celebrity endorsers lies in their positive associations in the public sphere, embodied in their reputation and ability to appeal

---

[292]    Israeli, Ayelet, Jill Avery, and Leonard A. Schlesinger (2024). "The Meteoric Rise of Skims." Harvard Business School, 524-067.
[293]    https://www.ispot.tv/brands/7PE/capital-one-banking.
[294]    https://variety.com/2024/biz/news/jessica-alba-steps-down-the-honest-company-1235965784/.
[295]    https://time.com/collection/time100-companies/5953581/hello-sunshine/.
[296]    https://www.casamigos.com/en-us/our-story.
[297]    https://hbr.org/2024/05/what-makes-a-successful-celebrity-brand.

to a wide audience—the symbolic capital embodied in their person brand. When these symbolic assets are diminished, their professional opportunities become more limited, and their endorsement becomes worth less.

115.    I understand that Ms. Lively has also suffered a range of personal consequences related to the wave of negative online attention she received in August 2024, including both physical and emotional suffering.[298] Ms. Lively testified that she experienced "digital harassment" from what she viewed as a social media plan to harm her reputation.[299] Further, she felt that she alone was held responsible for the marketing of the film, explaining it "was very odd, because an actor doesn't normally hold the responsibility of the entire marketing of a film."[300]

116.    Ms. Lively went on to testify it felt like her "character was being assassinated." She explained, suddenly "I was a mean girl, that I was a bully […] my character was being attacked," and that "any context-free negative moment from [her] past" was "dredged up."[301] Ms. Lively explained these character attacks and the negative social campaign led to the physical and emotional suffering she experienced, also impacted her family's emotional well-being, including that of her husband, children, mother, and siblings.[302]

117.    In addition, Mr. Reynolds also has a successful movie career and several highly successful branded product lines, including consumer products like Aviation Gin[303] and Mint Mobile,[304] the soccer club Wrexham,[305] and a production company Maximum Effort.[306] He is

---

[298]    Deposition of Blake Lively, 261:22-262:4.
[299]    Deposition of Blake Lively, 137:7-13, 137:23-138:1.
[300]    Deposition of Blake Lively, 252-53:13-3.
[301]    Deposition of Blake Lively, 202:3-14.
[302]    Deposition of Blake Lively, 220:4-20.
[303]    https://fortune.com/2018/08/10/ryan-reynolds-aviation-gin-owner/.
[304]    https://qz.com/t-mobile-acquires-mint-mobile-ryan-reynolds-roaming-1851449754.
[305]    https://www.espn.com/soccer/story/_/id/44940499/how-ryan-reynolds-co-bought-wrexhams-path-promotion.
[306]    https://www.hollywoodreporter.com/business/business-news/maximum-effort-marketing-ryan-reynolds-george-dewey-mntn-deal-1236155837/.

often used as an example of a successful and accomplished celebrity businessman.[307] Reputational harm to Ms. Lively could have spillover effects to her husband, although I do not focus on harm to Mr. Reynolds' reputation for purposes of this report.

118.    The nature of the Wayfarer Parties' "untraceable" campaign affects my ability to measure and trace the full spread of social and traditional media narratives that are damaging to Ms. Lively and attributable to the retaliation campaign. Additionally, I do not have access to recently received deposition testimony in this case, some of which I understand was completed approximately one week prior to my report submission, and I also understand that document production for materials that may have been relevant to my analysis have been produced as recently as October 10. For these reasons, I reserve the right to supplement this report to supplement and address quantifiable reputational harm as additional information comes to light.

119.    In sum, the retaliation campaign promoted specific, identifiable frames associated with Ms. Lively, and these became widely circulated during and after the period of the campaign. They became the lens through which the general public integrated new information and had a lasting negative impact on Ms. Lively's reputation. They further provided a receptive audience for future, congruent claims about Ms. Lively, which I examine in the next section.

### PART 2 – DEFAMATORY STATEMENTS

120.    In this part of my report, I analyze the impact the At-Issue Statements made by Mr. Freedman had on Ms. Lively's reputation. Specifically, I assess the number of impressions of the At-Issue Statements ("Impressions Model"), the public response to the statements and their likely impact on Ms. Lively's reputation ("Impact Assessment") and the cost to repair Ms.

---

[307] See, for example, https://macleans.ca/society/the-power-list-ryan-reynolds/ and https://hbr.org/2024/05/what-makes-a-successful-celebrity-brand.

Lively's reputation based on the harm caused by the At-Issue Statements ("Damages Model").

## VIII. THE AT-ISSUE STATEMENTS

121.    I understand that Ms. Lively alleges that certain remarks made by Mr. Freedman following the filing of her lawsuit were defamatory.[308] The At-Issue Statements assert that, among other things, Ms. Lively made false accusations against Mr. Baldoni, Wayfarer Studios, and its representatives, and that she pushed a self-serving agenda in her accusations to take control of the film.[309] They also explicitly state that Ms. Lively's allegations of sexual harassment are false and that, in actuality, no sexual harassment occurred (collectively, the "defamatory claims").[310] Additionally, I understand that Mr. Freedman has continued to make public statements about Ms. Lively following the filing of this lawsuit, which repeat similar themes about Ms. Lively making false accusations and being a "bully."[311]

122.    The At-Issue Statements were made directly to reporters and press outlets, specifically (1) a December 21, 2024 statement to the New York Times; (2) a January 7, 2025 interview with Megyn Kelly; (3) two January 18, 2025 statements to *Deadline*; and (4) a January 25, 2025 statement to *Page Six*.[312]

## IX. IMPRESSIONS MODEL

### A. Calculating impressions

123.    To calculate the impressions of the At-Issue Statements, I gathered and summed the

---

[308]    *Lively v. Wayfarer, et al.*, Second Amended Complaint, ¶ 450.
[309]    Second Amended Complaint, ¶ 451.
[310]    As with the defamatory statements, this phrase should be understood to mean "allegedly-defamatory" and I am basing my opinion on the assumption that these claims are defamatory.
[311]    *Lively v. Wayfarer, et al.*, 24-cv-10049 (S.D.N.Y.), Dkt. 546–47 (reflecting statements regarding Ms. Lively). While I understand that counsel has filed a motion for sanctions in connection with these statements, my analysis does not rely on the ultimate disposition of the motion, and is instead based on the substance of the statements made.
[312]    See Appendix F.

impressions for each instance in which some or all of the At-Issue Statement appeared.[313] These instances included: (1) the originating source, and (2) the dissemination of the at-issue statement on (a) social media, such as TikTok and X, (b) online websites and/or articles, and (c) traditional media like television.

124.    Scholarship on media viewership has provided two ways to measure audiences: as people and as impressions. Old, or traditional, media, such as television, tends to be measured in reach, or people.[314] New media like social and digital media tend to be measured in impressions.[315] When measuring impressions, one individual may receive multiple impressions across different types of media.[316] That is, some people may receive multiple exposures to a statement while others may receive only one exposure. I assume that for traditional media, one viewer represents one impression.

125.    To model the total number of impressions in social and digital media, one calculates and adds the number of impressions that occur at each level in the network.[317] Thus, I measure the impressions of each source as follows:

- *Originating source*. In this case, the At-Issue Statements, detailed in Appendix F, originated from a December 21, 2024 statement to the New York Times, a January 7, 2025 interview with Megyn Kelly, two January 18, 2025 statements to *Deadline* and a January 25, 2025 statement to *Page Six*. Impressions are measured in accordance with the source of the initial publication.

---

[313]    Specifically, I included in my analysis any instance in which either (1) the full At-Issue Statement was reproduced, or (2) a portion of an At-Issue Statement that included the defamatory claims (i.e., that Ms. Lively lied, made false accusations, or pushed a self-serving agenda). See, Appendix F.

[314]    Gensch, Dennis and Paul Shaman (1980), "Models of Competitive Television Ratings," *Journal of Marketing Research*, 17 (3), 307-15, Picard, Robert G (1988), "Measures of Concentration in the Daily Newspaper Industry," *Journal of Media Economics*, 1 (1), 61-74.

[315]    https://theraveagency.com/blog/finding-the-value-in-twitter-impressions.

[316]    https://sproutsocial.com/insights/reach-vs-impressions/.

[317]    Vosoughi, S., Roy, D., and Aral, S., (2018), "The spread of true and false news online," *Science*, 359: 1146-1151.

Confidential

- *Social media.* Social media impressions are measured based on the reported or estimated number of views from each platform.

- *Online news impressions.* Online news viewership is measured by the estimated number of visits to the article.

- *Television impressions.* Television impressions are measured by the ratings of the program the statement appeared in.

- *Total impressions.* Total impressions are calculated as the sum of impressions across the above mentioned platforms for which there exists reliable data.

126.    The Impressions Model details the number of times the At-Issue Statements were seen. I include in my calculation partial republications of the At-Issue Statements if the portion of the statement included a clear reproduction of one or more of the defamatory claims.

### B. Online news

127.    To estimate the number of online news impressions, I use the views reported by the platform or use SEMRush,[318] a third-party tool used by digital marketing and advertising professionals to measure views. While website owners can directly measure their web views, non-owners can use third-party tools that provide measures of web traffic for competitors.[319] These tools collect and report data from over 200 million internet users daily and report statistics such as total visits, unique visitors, and time on the site.

128.    To determine the number of impressions of an at-issue statement that was published in an online news article, I collected:

- the number of unique monthly visitors to the part of the website on which the article was published[320]

---

[318] https://www.semrush.com/company/.
[319] https://www.semrush.com/blog/analyzing-competitors-traffic/.
[320] Specifically, I collect the number of unique monthly visits from the most specific subfolder available on SEMRush for each website. Subfolders are directory folders that exist within the main website organizing related content. For example, a website (website.com) might have subfolder for posts related to entertainment

Confidential

- the bounce rate (*i.e.,* the percentage of people who visit the website but leave within 10 seconds or perform no other action such as scrolling or clicking on links)[321]

- the article's position on the page on the day it was published.[322]

129.    To calculate the number of impressions of an individual article, I divide the number of unique monthly visits by 30 to get a daily estimate.[323] This step is conservative because it includes traffic for only one day. I then take that figure and multiply it by the bounce rate to remove users who visited the website but took no further action such as a click. I then summed views for each article to calculate total impressions from online news. Figure 9 below shows the equation I used to calculate web impressions for online news (3,559,144 impressions).

**Figure 9. Equation 1**

**Web Impressions = Sum[(Unique Monthly Visitors Each Month)\*(1-bounce rate) from the month of publication]/30**

**C. Social media**

130.    To calculate social media impressions, I aggregate views across social networks that disseminated the At-Issue Statements such as X, Facebook, Instagram, TikTok, and YouTube.

131.    *Facebook.* Facebook is a social network where users can post text, photos, and videos. Facebook directly reports the number of times a video has been viewed.[324] On some videos and posts without videos, no view count is recorded; for these, I estimated impressions using the

---

[321] https://www.semrush.com/blog/bounce-rate/. The bounce rate for the specific subfolder used in my tally of impressions is the rate used for the calculation.

(website.com/entertainment).

[322] I used the Internet Archive (https://web.archive.org/) to confirm that the article was at the top of the landing page of the subfolder used in my calculation on the day of the article's publication. In instances where I could not identify evidence that an article containing an at-issue statement appeared at the top of the web page, the article was excluded from my analysis.

[323] In some cases, SEMRush had traffic estimates to a particular webpage for a single day. As this is already a daily estimate, I did not divide these daily estimates by 30 when performing my calculation.

[324] On Facebook, a view is registered when a video has played for 3 seconds. See, https://www.facebook.com/business/news/Coming-Soon-Video-Metrics.

Confidential

mean observed impression rate of 2.5% from the other Facebook posts in consideration.[325] According to these metrics, the At-Issue Statements were viewed 6,280,592 times on Facebook.

132.    *Instagram.* The At-Issue Statements were also disseminated in Instagram videos and posts. Instagram directly reports the number of times a video has been viewed.[326] For Instagram posts consisting of still images, which do not display view counts, I estimated impressions as 6% of the posting account's total follower count.[327] According to these metrics, the At-Issue Statements were viewed 10,556,868 times on Instagram.

133.    *X.* Formerly known as Twitter, X is a social media platform where users share short posts, videos, photos and links.[328] X provides direct metrics on post views, allowing me to use view count as a measure of impressions. On X, the At-Issue Statements were viewed 5,165,207 times.

134.    *TikTok.* TikTok, a short-form video platform operated by ByteDance Ltd.,[329] similarly provides statistics on the number of times a video was viewed. The view count for a video is displayed on the user's home page. On TikTok, the At-Issue Statements were viewed 41,544,100 times.

135.    *YouTube.* YouTube, an online video-sharing platform, also offers public metrics showing

---

[325]    I calculated the mean views to followers ratio for the Facebook videos for which this information was available. To be conservative, I have relied on this 2.5% figure to estimate impressions, as it is lower than the reported rate for Instagram (6%) and the minimum of 5% reported for X (Wang et al 2016).

[326]    On Instagram, a view is registered when a video has played for 3 seconds. See, https://help.instagram.com/1562166204102854, accessed at https://web.archive.org/web/20240302195841/https://help.instagram.com/1562166204102854.

[327]    See, https://www.rivaliq.com/blog/instagram-stories-benchmark-report/#title-stories-reach-rate; *see also:* https://www.rivaliq.com/blog/instagram-stories-benchmark-report/#title-methodology, https://www.socialinsider.io/social-media-benchmarks/instagram. I have relied on an impressions rate of 6%, as the majority of posts included in my Impressions Model are from accounts with greater than 200,000 followers.

[328]    https://help.x.com/en/resources/new-user-faq.
[329]    https://www.ebsco.com/research-starters/computer-science/tiktok-media-app.

how many times a video has been watched. I used these publicly available view counts as a measure of impressions for videos containing the At-Issue Statements in either the video or the caption of the video. On YouTube, these videos were viewed 4,129,619 times.

### D. Television

136.    The Internet Archive's TV News Archive allows users to search the closed captioning of TV news broadcasts. To identify broadcasts that republished the At-Issue Statements, I performed a search for keywords appearing in the At-Issue Statements and reviewed each of the results to determine if the broadcast included a republication of an at-issue statement. The search yielded a total of 30 broadcasts, which included programs on NBC, MSNBC, FOX, CNN, CBS, BBC News, and ABC. To estimate the number of impressions these programs received, I consulted public reports of viewership for each program,[330] which are usually derived from Nielsen, the leading source for audience measurement.[331] A table showing the broadcasts considered, the ratings estimate, and the source of the rating estimate is included as Appendix G. On television, the At-Issue Statements were viewed 45,714,000 times.

### E. Total impressions

137.    Total impressions are the sum of impressions calculated for each channel that disseminated the At-Issue Statements. This includes the aggregate of:

- estimated impressions for online news stories;
- direct video view data and estimated post view data from Facebook;
- direct video view data and estimated post view data from Instagram;

---

[330]    For example, https://ustvdb.com/networks/nbc/shows/today/; data from the date published closest to the broadcast was used, if two dates with data available were equally spaced I used the lower figure to be conservative.

[331]    https://www.experian.com/blogs/marketing-forward/tv-measurement-2024/.

- direct post view data from X;
- direct video view data from TikTok;
- direct video view data from YouTube; and
- ratings data from television broadcasts.

138.    To calculate the total impressions estimate across media, I aggregated views/impressions for all channels. Based on this data, I have calculated a total of **116,959,530** impressions of the At-Issue Statements. The table in Figure 10 below summarizes the results of the Impressions Model, which can be found in full in Appendix G.

**Figure 10.  Total Impressions**

| Source Type | Impressions |
|---|---|
| Online News | 3,559,144 |
| TV | 45,714,000 |
| TikTok | 41,544,100 |
| YouTube | 4,129,619 |
| X | 5,165,207 |
| Instagram | 10,566,868 |
| Facebook | 6,280,592 |
| **TOTAL** | **116,959,530** |

### F.  My calculation is conservative

139.    The methodology and conclusions of my Impressions Model are conservative, as there are many repetitions and republications of the At-Issue Statements that I have not included in my calculations. In this section, I enumerate some of the other places where the At-Issue Statements have been spread that have not been included in my assessment, along with other reasons my calculation is conservative.

140.    My calculation of impressions for news articles is intentionally limited in scope and, as a

Confidential

result, underrepresents the total number of impressions. The estimate is based on a single day of

traffic data which is derived by dividing the monthly unique visitor counts for the month of the

article's publication, adjusted to exclude bounce rates, by thirty. This approach is conservative

because it excludes any impressions accumulated after the article's publication date.

Furthermore, articles that were not prominently positioned near the top of the subfolder

homepage are excluded from the calculation.

141.    In addition to the methodological limitations described above, my impressions

calculation does not account for impressions or engagements across a range of additional

platforms where the statements were also circulated. These include podcasts, Reddit threads, and

content shared on other social media platforms, such as Rumble or Bluesky. Additionally, I did

not consider syndication or online clips of the TV News segments included in my Impressions

Model. As noted above, I also understand that Mr. Freedman has continued to make statements

about Ms. Lively, which, while not at-issue in this matter, repeat the defamatory claims,

including the notions that Ms. Lively has made false accusations and that she is a "bully."[332] I do

not include the impressions derived from his ongoing statements in my calculation, despite

circulation of those statements in widely viewed publications, including *TMZ* and *People*

*Magazine*.

142.    The overall impression count is also conservative due to the relative inaccessibility of

online video content through standard search tools. Identifying instances where the At-Issue

Statements are repeated in video form through keyword searches is significantly more

challenging than searching text-based posts. Videos are often poorly indexed, lack searchable

transcripts, or are embedded on platforms with limited search functionality. As a result, locating

---

[332]    *Lively v. Wayfarer, et al.*, 24-cv-10049 (S.D.N.Y.), Dkt. 546–47.

and verifying online video content is time-consuming and incomplete, meaning many instances of video-based dissemination are likely omitted from my final impression count.

## X.  IMPACT ASSESSMENT

143.    As explained in Section VI, the At-Issue Statements about Ms. Lively generated more than 100 million impressions across online news, social media, and television. I next consider the impact of those statements on the consumers who were exposed to them based on the context in which they were seen. In particular, I consider whether the audience of the At-Issue Statements was receptive to them based on Mr. Freedman's position, profile, and credentials, his connection to Mr. Baldoni and the other Defendants, the credibility of the venues in which the statements were disseminated, and the endorsements of the statements by other trusted and well-known figures. Further, I consider the degree to which consumers formed associations between the defamatory claims and Ms. Lively and discuss how those associations harmed her reputation.

### A.  The audience of the At-Issue Statements were receptive to the defamatory claims

#### i.    Prior statements and social media content created a receptive audience for the At-Issue Statements

144.    As discussed above, Ms. Lively's reputation was harmed by the retaliation campaign that began in August 2024. This campaign introduced and/or strengthened negative associations with Ms. Lively that increase consumer receptivity to the At-Issue Statements. In particular, the widely discussed allegations that Ms. Lively was leveraging her influence and resources to attempt to surreptitiously take control of *It Ends With Us* creates the conditions under which consumers are more receptive to the At-Issue Statements that make similar, congruent claims (e.g., that Ms. Lively was using "allegations of sexual harassment" to become the "de facto director"). Indeed, as discussed previously, it is well-established that consumers who are

repeatedly exposed to similar information about a subject are more likely to believe it (the "illusory truth effect"). More generally, consumers who came to view Ms. Lively more negatively as a result of the retaliation campaign are also more likely to be receptive to additional negative information about Ms. Lively, such as that contained within the At-Issue Statements.

### ii. Mr. Freedman's notoriety positioned him to many audiences as an informed and trusted source

145.    Mr. Freedman is an attorney who is known publicly for his many high-profile clients and the numerous highly publicized matters he has handled. He was listed as one of *Mediaite*'s Most Influential in News Media 2023.[333] Mr. Freedman has represented some of the biggest names in the entertainment industry, including, among others, Seth Rogen, Julia Roberts, Robert Downey Jr., Christopher Nolan, Quentin Tarantino, Mariah Carey, Alanis Morisette, Tucker Carlson, and Kevin Spacey.[334] In the New York Times' 2023 coverage of Mr. Carlson's hiring of Mr. Freedman, the newspaper referred to him as a "top Hollywood lawyer" known to for his "track record of getting multimillion-dollar settlements for TV stars."[335]

146.    Notably, Mr. Freedman regularly receives public endorsement from his well-known client base. This includes endorsements from public figures such as Deborah Dugan, the former chief executive of the Recording Academy, the organization behind the Grammys,[336] musician FKA Twigs,[337] as well as Chris Harrison, the former host of "The Bachelor."[338]

[333]   https://lftcllp.com/lawyers/bryan-j-freedman/.
[334]   https://lftcllp.com/lawyers/bryan-j-freedman/; https://www.hollywoodreporter.com/business/business-news/entertainment-lawyer-bryan-freedman-hollywood-dark-knight-1235919993/.
[335]   https://www.nytimes.com/2023/04/25/business/media/carlson-lemon-lawyer-freedman.html.
[336]   https://www.hollywoodreporter.com/business/business-news/entertainment-lawyer-bryan-freedman-hollywood-dark-knight-1235919993/.
[337]   https://www.hollywoodreporter.com/business/business-news/entertainment-lawyer-bryan-freedman-hollywood-dark-knight-1235919993/.
[338]   https://www.latimes.com/la-influential/story/2024-07-07/bryan-freedman-hollywood-lawyer (accessed at https://archive.is/wEzm2).

147.   As discussed above, information that comes from trusted or credible sources is more likely to be believed than other information. Because Mr. Freedman has a reputation and history as a high-profile, successful attorney for media figures, and because he is presented as having specialized knowledge about the conflict between Mr. Baldoni and Ms. Lively, his public statements carry additional credibility in the eyes of consumers.

148.   Mr. Freedman has discussed the case with the press a number of times in his capacity as Mr. Baldoni's lawyer.[339] As Mr. Baldoni's attorney, Mr. Freedman has access to information unavailable to the general public regarding the case and he has, on numerous occasions, been presented as an informed source in his public appearances.[340] For example, in one of Mr. Freedman's appearances on the Megyn Kelly show, Ms. Kelly stated that Mr. Freedman was back to "bring you the story straight from the source's mouth" and that "there's no one better to talk to about what actually happened here than the man who represents Justin Baldoni."[341]

149.   Media coverage of Mr. Freedman also positioned him as a credible source. One article, highlighted Mr. Freedman's reputation for litigating in the court of public opinion to position himself as a defender of the underdog.[342] It went on to describe Mr. Freedman's strategy in this matter as betting on the belief that "people prefer to identify with scrappy outsiders against

---

[339]   See for example: https://www.hollywoodreporter.com/movies/movie-news/blake-lively-sues-justin-baldoni-sexual-harassment-1236092214/; https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/; https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/; https://pagesix.com/2025/01/25/celebrity-news/justin-baldonis-lawyer-says-he-wont-be-bullied-into-silence-by-petrified-blake-lively-ryan-reynolds-after-gag-order-request/; https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-us-editors-about-blake-lively/.

[340]   See for example regarding reputability of lawyers in public statements: https://socialmediablawg.blogs.pace.edu/2021/06/26/why-it-matters-lawyers-the-spread-of-misinformation-and-social-media/; https://www.tiktok.com/@adrianne.louie/video/7457887853083708718.

[341]   https://www.megynkelly.com/watch/ep-1092-justin-baldonis-lawyer-says-he-wont-settle-with-blake-lively-and-what-comes-next-in-the-case/.

[342]   https://www.hollywoodreporter.com/business/business-news/justin-baldoni-attorney-bryan-freedman-cant-lose-1236142321/.

institutional insiders," and in his capacity as Mr. Baldoni's attorney, that Mr. Freedman's

framing of Ms. Lively, half of "one of Hollywood's most powerful couples" and as the "popular

mean girl" has proven effective.[343] It also noted that Mr. Freedman's "passion appears genuine,

even personal," and that this is "often a winning strategy" in the court of public opinion.[344]

### iii. Mr. Baldoni and Wayfarer's reputation for feminism and progressive activism leant additional credibility to the At-Issue Statements

150.    The At-Issue Statements are also leant additional credibility because of the association

between Mr. Freedman and Mr. Baldoni. Prior to the conflict with Ms. Lively, Mr. Baldoni's

public image was built around values of integrity, empathy, and social responsibility.[345] He

positioned himself as an advocate for cultural change and has led many discussions of feminism

and modern masculinity.[346] He has also conducted public philanthropy, including supporting and

promoting initiatives that focus on community service and social justice, such as support for the

homeless population in Los Angeles and for domestic abuse victims.[347] Additionally, his

bestselling book *Man Enough* is a reflection on masculinity, vulnerability, gender expectations,

and personal growth,[348] which serves to position him to his fan base as authentic.

151.    Mr. Baldoni, and Mr. Freedman by extension, are associated with the Wayfarer Studios, a

---

[343] https://www.hollywoodreporter.com/business/business-news/justin-baldoni-attorney-bryan-freedman-cant-lose-1236142321/.

[344] https://www.hollywoodreporter.com/business/business-news/justin-baldoni-attorney-bryan-freedman-cant-lose-1236142321/.

[345] https://www.forbes.com/sites/marianneschnall/2022/01/12/interview-with-justin-baldoni-undefining-what-it-means-to-be-man-enough-and-enacting-social-change-through-media/, archived at https://archive.ph/WHQwZ.

[346] See, for example, https://www.ted.com/speakers/justin_baldoni, https://variety.com/2017/tv/news/justin-baldoni-talk-show-the-mens-room-1202488304/ and https://www.forbes.com/sites/marianneschnall/2022/01/12/interview-with-justin-baldoni-undefining-what-it-means-to-be-man-enough-and-enacting-social-change-through-media/, archived at https://archive.ph/WHQwZ.

[347] https://www.vice.com/en/article/this-los-angeles-block-party-is-all-about-helping-the-homeless/ and https://variety.com/2024/film/news/it-ends-with-us-justin-baldoni-nonprofit-wayfarer-studios-no-more-1236107116/.

[348] https://manenough.com/man-enough-undefining-my-masculinity/.

Confidential

production company "actively developing, producing, and fully financing a slate of highly

original, genre-defining, and globally impactful feature films, episodic television, documentaries,

unscripted series, and podcasts" with a focus on using stories to "serve as true agents for social

change."[349] The positive associations of Mr. Baldoni, Wayfarer Studios, and the other

Defendants lend additional credibility to the At-Issue Statements, which is likely to increase

consumer receptivity toward them.

### iv.    The At-Issue Statements appeared in/on trusted publications and shows

152.    The At-Issue Statements were directly quoted in mainstream media outlets that tend to be

trusted by their readerships, such as *The New York Times, The Hollywood Reporter,* and

*Deadline.* The placement of direct quotations from Mr. Freedman in mainstream media sources

serves to increase audience trust in their truth value if they are receptive to Mr. Freedman (or his

associates, such as Mr. Baldoni) as a trusted source. *The New York Times,* for example, is one of

the most widely read news outlets in the United States and has a net positive trust score among

Americans.[350] *The Hollywood Reporter* describes itself as "the premier destination & most

widely trusted resource for entertainment news, reviews, videos & more."[351] Similarly, *Deadline

Hollywood*, known as *Deadline*, describes itself as "the authoritative source for breaking news in

the entertainment industry." *Deadline* goes on to note it "is regularly included on lists of top

entertainment websites" and that "its postings regularly receive more reader comments than all

of the entertainment industry news sites combined."[352]

---

[349]    https://www.wayfarerstudios.com/.
[350]    Specifically, *The New York Times* "percentage point difference between the percentages who say each source
         is trustworthy or very trustworthy and the percentage who say it is untrustworthy or very untrustworthy" was
         +14. https://today.yougov.com/politics/articles/52272-trust-in-media-2025-which-news-sources-americans-
         use-and-trust.
[351]    https://x.com/thr.
[352]    https://deadline.com/about-dhd/.

Confidential

153.    A third-party analysis of each of *The New York Times, The Hollywood Reporter* and *Deadline* "rate[s] them high for factual reporting due to proper sourcing and a clean fact-check record."[353] Many consumers report in online comments that they view both *The Hollywood Reporter* and *Deadline* as key trustworthy industry publications, commenting that *The Hollywood Reporter* and *Deadline* are "the golden standard" for reporting on the film industry, along with *Variety*.[354] One commenter explained: "Do I think [*The Hollywood Reporter*] makes stuff up like US Weekly or the tabloids do? No, it's not that type of publication."[355] Another commenter explained that reporting by *The Hollywood Reporter* helps to legitimize information, commenting: "just the fact that THR is publishing gives the story weight."[356]

154.    The At-Issue Statements were also discussed and played on several TV news networks, including the major cable news channels (CNN, Fox News, and MSNBC) as well as the major broadcasting networks (ABC, CBS, and NBC.) These networks are the most watched news channels in the U.S. according to Pew Research.[357] The three major broadcast networks are widely trusted by Americans.[358] The At-Issue Statements also appeared on BBC news coverage, which is a highly trusted news source, according to Pew.[359]

155.    Similarly, the At-Issue Statements appeared on major "new media" platforms, such as Megyn Kelly's website. Ms. Kelly has over 3.7 million subscribers on YouTube[360] and 3.6

---

[353]    https://mediabiasfactcheck.com/hollywood-reporter; https://mediabiasfactcheck.com/deadline-hollywood/; https://mediabiasfactcheck.com/new-york-times/.
[354]    https://www.reddit.com/r/movies/comments/hun828/what_website_do_you_recommend_to_follow_legit/ and https://www.reddit.com/r/DC_Cinematic/comments/bsnlev/discussion_what_are_the_most_reliable_and_leas t/.
[355]    https://www.disboards.com/threads/can-we-trust-hollywood-reporter-and-its-sources-on-who-becomes-disney%E2%80%99s-next-ceo.3968554/.
[356]    https://www.reddit.com/r/SaintMeghanMarkle/comments/1jo72s1/comment/mkpu1n2/.
[357]    https://www.pewresearch.org/journalism/feature/news-media-tracker/.
[358]    https://www.pewresearch.org/journalism/feature/news-media-tracker/.
[359]    https://www.pewresearch.org/journalism/feature/news-media-tracker/.
[360]    https://www.youtube.com/c/MegynKelly.

million followers on X,[361] and is well-known.[362]

> ### v.    Mr. Freedman's statements have been endorsed by prominent and influential people

156.    Mr. Freedman's long list of well-known and influential clients – many of whom have publicly and enthusiastically endorsed his statements regarding this matter – increases the likelihood that many consumers will view him as a trusted authority on legal matters and, accordingly, be receptive to the At-Issue Statements.

157.    Social media influencers covering this matter have also framed Mr. Freedman as a credible source of information about the matter. For example, Perez Hilton, a social media influencer covering celebrity gossip, has asserted that one reason the people may be drawn to the case is that it "represents a real life David and Goliath."[363] He credits Mr. Freedman for his defense of the underdog and his willingness to speak out in public, stating that "Bryan Freedman doubled down and was adamant that he won't be bullied by Reynolds and Lively's Court requested gag order."[364] One commenter on the video posted that "Justin needs vindication and Mr. Freedman will get him that,"[365] another stating that "[Mr. Hilton's] David and Goliath reference was spot on."[366] In another video, Perez Hilton stated that Mr. Freedman's statements to the media about Ms. Lively were "extremely relevant" to the case and "not different than what any other attorney does."[367] He has repeatedly made similar statements, such as "Bryan Freedman is adamant that he's got all of the truth on his side and the points will be proven," and that he is now "firmly on the side of the truth and Baldoni because [he does] believe he is telling

---

[361]    https://x.com/megynkelly.
[362]    https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-megyn-kelly.
[363]    https://www.youtube.com/watch?v=GQqxdeqs4wY.
[364]    https://www.youtube.com/watch?v=GQqxdeqs4wY.
[365]    https://www.youtube.com/watch?v=GQqxdeqs4wY&lc=UgyMr8j5lLMU3V9WGgV4AaABAg.
[366]    https://www.youtube.com/watch?v=GQqxdeqs4wY&lc=Ugxp7u7gmx5YHqja4rB4AaABAg.
[367]    https://www.youtube.com/watch?v=2h-Ml5nPYCw.

Confidential

the truth, the unedited, real truth."[368] One commenter on one of Perez Hilton's videos wrote that "[Baldoni's] attorney is a genius,"[369] another that they "love Bryan Freedman's genuine concern for Justin and the lies being told about him."[370]

158.    Candace Owens, another influencer that has publicly commented on the case, has also endorsed Mr. Freedman and his public statements.[371] Ms. Owens also endorsed Mr. Freedman's credibility, stating that she "doesn't think this is going to be very good for [Blake Lively]" because "[Mr. Freedman's] language … is a strong vote for me, is a strong vote that the public in the end is going to realize that Blake Lively was being manipulative."[372] In another video, she stated "I like Bryan Freedman, he seems like a tiger and I can just sense he's telling the truth."[373] One commenter on one of Ms. Owens' videos wrote "Brian won me over when he said.. we will sue her into oblivion," receiving nearly 8,000 likes.[374]

159.    The At-Issue Statements have also been endorsed by Megyn Kelly, a former client of Mr. Freedman.[375] In a TikTok video posted on January 7, 2025 by The Megyn Kelly Show, Mr. Freedman stated that he and Mr. Baldoni's team would be suing Ms. Lively "into oblivion."[376] Ms. Kelly described Mr. Freedman as an attorney who "fights for the ostracized loner who's getting dumped on," exactly as Mr. Freedman's public persona suggests.[377] Mr. Freedman

---

[368]    https://www.youtube.com/watch?v=6WsXUMztWzY; https://www.youtube.com/watch?v=GQqxdeqs4wY.
[369]    https://www.youtube.com/watch?v=6WsXUMztWzY&lc=Ugw7vEZvbCArsgdhAwB4AaABAg.
[370]    https://www.youtube.com/watch?v=GQqxdeqs4wY&lc=UgyMr8j5lLMU3V9WGgV4AaABAg.
[371]    See for example: https://www.tiktok.com/@candaceoshow/video/7460684437638941982;
         https://www.tiktok.com/@candaceoshow/video/7462967281748856095.
[372]    https://www.youtube.com/watch?v=7ngL8oCWbsQ.
[373]    https://www.tiktok.com/@candaceoshow/video/7460684437638941982.
[374]    www.tiktok.com/@candaceoshow/video/7462967281748856095?cid=
         NzQ2Mjk5NzAxMTY1MTk4NjE4NA.
[375]    See for example: https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-
         us-editors-about-blake-lively/.
[376]    https://www.tiktok.com/@megynkellyshow/video/7457306648286186783.
[377]    https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-us-editors-about-
         blake-lively/.

Confidential

continues that the suit is "full of evidence, admissions, documents, which prove exactly what [Ms. Lively] did and how she bullied her way through the process to take over the movie and used her PR people to try and destroy Justin."[378] One comment, with 113,000 likes, said "If a lawyer is THIS direct…girl runnn."[379] Another that "when a lawyer sounds this confident, it should be taken very very seriously. He knows exactly what he's saying. This means there's so much evidence truly to back this up."[380] Another commenter claiming to be an attorney wrote, "a lawyer here, we don't tell this to the press lightly," with 42,400 likes.[381]

### vi.    Mr. Freedman was endorsed by other social media users

160.    Mr. Freedman's public appearances discussing the case have also garnered attention from other social media users. One TikTok user stated that "Justin Baldoni's attorney Brian [sic] Freedman is really out here giving a master class to all these other attorneys on how you're supposed to go outside and do interviews on behalf of your client."[382] Commenters on the video also expressed their belief that Mr. Freedman was credible, stating, "He's a phenomenal lawyer and really good PR skills"[383] and "the way he speaks it's as if it's personal lol I want someone like this on my team."[384] Another commenter attributed their trust in Mr. Freedman to an endorsement from another celebrity, stating that they "saw a video of a journalist from one of the big media companies and she said when she saw him representing Justin, he's gonna be in great

---

[378] https://www.tiktok.com/@megynkellyshow/video/7457306648286186783.
[379] www.tiktok.com/@megynkellyshow/video/7457306648286186783?cid=NzQ1NzQwNTc0OTMzNTQwOTQ1MA.
[380] www.tiktok.com/@megynkellyshow/video/7457306648286186783?cid=NzQ2MDQxMjgwMTIwNDY2NzE0Mg.
[381] www.tiktok.com/@megynkellyshow/video/7457306648286186783?cid=NzQ1NzM2NjE2MTA1MjAwOTIxNw.
[382] https://www.tiktok.com/@adrianne.louie/video/7457887853083708718.
[383] www.tiktok.com/@adrianne.louie/video/7457887853083708718?cid=NzQ1NzkzNjM5Mjc0MzMyMjQxNA.
[384] www.tiktok.com/@adrianne.louie/video/7457887853083708718?cid=NzQ1Nzk3OTQ3Nzk0ODkwODMxOA.

Confidential

hands because she was represented by him before."[385]

161.    News Nation also posted a TikTok version of an interview Mr. Freedman did with the

network in January 2025 where numerous users made positive statements about Mr. Freedman,

including "I like this lawyer,"[386] "Great lawyer and I believe Justin Baldoni,"[387] and "This

lawyer is on point. Justin is the victim."[388]

162.    In summary, Mr. Freedman was regularly presented as a credible source of information

by online influencers and other members of the media. This framing was echoed regularly by

consumers commenting on videos about Mr. Freedman, which indicates that, for many

consumers, Mr. Freedman and the At-Issue Statements about Ms. Lively were likely to be

viewed as credible.

### vii.    Comments on posts containing the At-Issue Statements indicate viewers were broadly receptive to the defamatory claims

163.    Commenters on posts containing the At-Issue Statements indicate that they find the

statements to be credible and that they believe the defamatory claims. For example, one

commenter on a YouTube video of Mr. Freedman's appearance on The Megyn Kelly Show

explained they viewed Mr. Freedman highly, stating, "Justin and his team[…] did the right thing

to hire Freedman. This man is brilliant. He's not just smart, he's fierce as well. I hope they get

justice they deserve."[389] Another declared, "I agree with what Baldoni's lawyer is saying."[390]

One post on X in response to one of the At-Issue Statements noted, "I agree with his lawyers'

---

[385]    www.tiktok.com/@adrianne.louie/video/7457887853083708718?cid=
         NzQ1OTA1MTA2NDgzNjE3ODY5Ng.
[386]    https://www.tiktok.com/@newsnationnow/video/7457012502493187358.
[387]    www.tiktok.com/@newsnationnow/video/7457012502493187358?cid=
         NzQ1NzE2NzAyOTY4Nzk5MzEzNA.
[388]    www.tiktok.com/@newsnationnow/video/7457012502493187358?cid=
         NzQ1NzA0NDA3ODQzNTY0ODI2NA.
[389]    https://www.youtube.com/watch?v=Q4yniMqrlgI&lc=UgyjzgYrWhilbpZLajd4AaABAg.
[390]    https://www.instagram.com/p/DD2M87iTWKs/c/18084979354493811/.

Confidential

takes. There is too much published evidence that calls her claims into question, which brings all her claims into question."[391] One poster even shared Mr. Freedman's statement with the message "I trust him," as seen in Figure 11 below.

**Figure 11.  X user indicates trust in Mr. Freedman[392]**



164.    Another user similarly shared one of the At-Issue Statements with the added message "I believe the same thing." as shown in Figure 12 below.

---

391    https://x.com/dont_be_common/status/1870531831562744185.
392    https://x.com/5CHRIS_8/status/1870615740551938395.

Confidential

Figure 12. X user indicates they believe the At-Issue Statement[393]



165.    Some commenters repeated the specific claims from the At-Issue Statements, including

that Ms. Lively is a liar. One such post compared her to "proven" liar Amber Heard: "Blake

Lively is Amber Heard in the making. […] She was proven to be a pathological liar! Let's wait

till ALL comes out! He is innocent until proven guilty. As of right now Blake Lively has been

proven to be a bully! Look at her past interviews!"[394] A commenter on a TikTok video that

included the At-Issue Statements repeated the notion that she is a liar, writing: "What do u think

now, when evidence showing Baldoni did nothing wrong and Lively was just lying ALOT??"[395]

Commenters also express a disbelief in Ms. Lively's allegations of sexual harassment. One

---

[393]    https://x.com/LaIndiiuu/status/1870565220613280151.
[394]    https://x.com/paperkrums/status/1870859158825677037.
[395]    www.tiktok.com/@robandhaley/video/7451721565428796714?cid=NzQ1NTIzNzA0ODgwNDUyNDgyMg.

Confidential

comment, for example, explained "But it doesn't even sound like he was sexually harassing her."[396] Another user on TikTok questioned, "Sexual harassment?! So why did she continue with the movie, do a press tour, involved her husband? Then to later file this suit? And not even stick up about abuse that women go through"[397] to which another user simply replied: "its a lie."[398]

166.    Other commenters simply noted that they did not believe Ms. Lively, implying they believed the defamatory claim that Ms. Lively lied about her allegations of sexual harassment. Exemplary comments include the following:

- "I don't believe her for a second..."[399]

- "Just because a woman files a complaint doesn't mean we all need to believe her. It's clear she's using this lawsuit to change her own narrative of being a rude, entitled bully. Blake is beyond disgusting."[400]

- "How in the world would she think ANYONE would believe this????"[401]

- "sorry I don't believe Blake's story at all."[402]

- "Don't believe her"[403]

- "Why is she lying?"[404]

- "Sorry i can't believe her"[405]

167.    The example comments above indicate that people exposed to the defamatory claims about Ms. Lively often trusted Mr. Freedman, repeated the defamatory claims, and did not view

---

[396] https://www.instagram.com/p/DD2PtezBIF2/c/18051113095872791/.
[397] www.tiktok.com/@people/video/7450882344799505694?cid=NzQ1MDg4OTQ3Mzk0NjIwNzAxOA.
[398] www.tiktok.com/@people/video/7450882344799505694?cid=NzQ1MDk4NDg4OTUxODY1NDIzOQ.
[399] https://www.youtube.com/watch?v=-qcRGWgL9Ow&lc=Ugxa_DuG4lOjrg9PhV14AaABAg.
[400] https://www.youtube.com/watch?v=-qcRGWgL9Ow&lc=UgxG8tkYeM-U-UYRFoR4AaABAg.
[401] www.tiktok.com/@dailymail/video/7450903492358573358?cid=NzQ1MDk2Mzk3ODE4NjA5NzQzOA.
[402] www.tiktok.com/@bbcnews/video/7451985672899956001?cid=NzQ1MjgzMTUxMTEwNTMwNzM5OA.
[403] https://www.instagram.com/p/DD2vZe_vbNo/c/18014339429474425/.
[404] https://www.instagram.com/p/DD2vZe_vbNo/c/18027150743574421/.
[405] https://www.instagram.com/p/DD2PtezBIF2/c/17886640788163876/.

Confidential

Ms. Lively as credible.

### B. The At-Issue Statements damaged Ms. Lively's reputation

168.    In this section, I assess the dissemination and consumer reaction to the defamatory claims and the extent to which consumers have formed new, and/or strengthened existing, negative attitudes with Ms. Lively related to these claims, thereby damaging her reputation and person brand in the public sphere.

### i.    The defamatory claims were spread widely through prominent sources

169.    In addition to the spread of the At-Issue Statements, other influential people have also spread the defamatory claims about Ms. Lively in social media posts that have generated millions of impressions. For example, as detailed below, Ms. Owens, Mr. Hilton, and Ms. Kelly, each of whom have large online followings, have frequently discussed Ms. Lively, accused her of being a liar, and asserted that no sexual harassment occurred—opinions which they formed, at least in part, because of the At-Issue Statements. Coming from these sources, who are trusted by their respective audiences, the negative associations are more likely to be believed as credible.

170.    Ms. Owens has 4.8 million followers on TikTok,[406] 5.6 million followers on Instagram,[407] and 4.5 million subscribers on YouTube.[408] One TikTok about the conflict between Mr. Baldoni and Ms. Lively in which Ms. Owens asserts that she believes Ms. Lively is "100% wrong" and describes filings in her Complaint as "doctored correspondences" received 3.6 million views.[409] In another video which received 2.6 million views, Ms. Owens tells Ms. Lively to drop the

---

[406]    https://www.tiktok.com/@candaceoshow?lang=en.
[407]    https://www.instagram.com/realcandaceowens/?hl=en.
[408]    https://www.youtube.com/@RealCandaceO.
[409]    https://www.tiktok.com/@candaceshow/video/7457758049760005407?lang=en.

  
lawsuit, implying it is improbable that she is telling the truth about being sexually assaulted.[410]

171.    Perez Hilton has over 550,000 followers on YouTube and over 920,000 followers on

Instagram.[411] Mr. Hilton has posted hundreds of videos about the "It Ends With Us saga," as he

calls it, on his YouTube channel.[412] Many of his videos about Ms. Lively, both about this matter

and generally, continually repeat the notion that Ms. Lively is a liar. One post, for example, titled

"Blake Lively Is NOT The Aggressor, She Claims" received 42,000 views,[413] and comments on

the video repeat the notion that Ms. Lively lied about being sexually harassed. One comment that

received 225 likes reads: "By the way, whatever happened to the Sexual Harassment claims? Did

she forget that she made those up, and has yet to provide any evidence?"[414]

172.    Similarly, Megyn Kelly's coverage of the At-Issue Statements and the larger conflict

between Mr. Baldoni and Ms. Lively has repeated the defamatory claims to millions of people.

Ms. Kelly has over 3.7 million subscribers on YouTube,[415] 2.1 million followers on her show's

Instagram page,[416] and 3.6 million followers on X.[417] One Instagram Reel that was seen over

490,000 times includes several assertions that Ms. Lively has lied in her allegations against Mr.

Baldoni and asserts that Ms. Lively's actions towards Mr. Baldoni are "not any way nice, fair,

nice, or just."[418] Many commenters agreed, with one declaring, "Blake couldn't tell the truth if

her life depended on it."[419]

173.    The At-Issue Statements were also recirculated by other users, some of whom have large

---

[410] https://www.tiktok.com/@candaceoshow/video/7460684437638941982.
[411] https://www.instagram.com/theperezhilton/?hl=en.
[412] https://www.youtube.com/@PerezHilton/search?query=lively.
[413] https://www.youtube.com/watch?v=N0faMJqIefA.
[414] https://www.youtube.com/watch?v=N0faMJqIefA.
[415] https://www.youtube.com/c/MegynKelly.
[416] https://www.instagram.com/megynkellyshow/?hl=en.
[417] https://x.com/megynkelly.
[418] https://www.instagram.com/reel/DI4jtndobKL/.
[419] https://www.instagram.com/p/DI4jtndobKL/c/18032277179649516/.

Confidential

followings themselves. In addition to influential people repeating the defamatory claims about
Ms. Lively, TikTok videos repeating the claims amassed millions of views. For example, one
TikTok references Mr. Freedman's appearance on The Megyn Kelly Show and repeats the claim
that Ms. Lively lied about sexual harassment having occurred.[420] This video has 11,000,000
views and over 800,000 likes. Another TikTok with over 50,000 views and 4,800 likes discusses
the legal processes, including in the caption, "she's a lying liar who continues to lie" alongside
the "lying face" emoji, featuring a Pinocchio-esque long nose.[421]

174.    Another post with 21.9 million views presents an interview with Ms. Lively as evidence
that her lawsuit is insincere and tells viewers that Mr. Baldoni "hired a really great attorney and
he's not done," citing Mr. Freedman's appearance on the Megyn Kelly show.[422] One commenter
on the post said, "She still creates her own narrative, completely self-serving. She forgets her
own lies," receiving over 55,000 likes.[423] Another wrote, "She was about to gaslight the
interviewer until Colleen stepped in," receiving 47,100 likes.[424]

175.    The defamatory claims also spread on Instagram and X. As discussed in detail below, on
X, one of the most popular hashtags in discussion of Ms. Lively was "#BlakeLivelyIsALiar,"
which further perpetuates the defamatory claims. One user on X, for example, posted "Blake
Lively is a liar" in a post that generated over 16,000 views, as shown in Figure 13 below.

---

[420]    https://www.tiktok.com/@justplainzack/video/7457368476358036782.
[421]    https://www.tiktok.com/@stephwithdadeets/video/7506539214650068255.
[422]    https://www.tiktok.com/@mariannenafsu/video/745737682790911516.
[423]    www.tiktok.com/@mariannenafsu/video/7457376827909115167?cid=
NzQ1NzM4MDMzNDAxMjAwNzIxMQ.
[424]    www.tiktok.com/@mariannenafsu/video/7457376827909115167?cid=NzQ1Nzc2OTE1MzY3Nzg1MzQ4Ng.

Confidential

Figure 13. X post calling Ms. Lively a liar[425]



**Mistie**
@Mistie_Mo

No matter what the outcome is Blake Lively is a liar. She ruined Justin Baldonis life for no good reason. This will always be my opinion. She's a horrible fucking person. And obviously has no shame in who she is deep down. Black heart beating black blood.

12:10 PM · Jun 24, 2025 · **16.2K** Views

176.    A post on Instagram, promoting an episode of the podcast "All About TRH," called Ms. Lively a liar in response to her placement on the TIME 100 Most Influential list, stating "Only in Hollyweird can being a liar land you on a 'Most Influential' list. Blake Lively named one of TIME's 100 while caught in a legal mess with Justin Baldoni."[426] The All About TRH Podcast account has over 44,000 followers.[427] The same post was also shared to X where it received over 40,000 views.[428]

177.    Another video, which received over 10,000 views across posts on Instagram[429] and TikTok,[430] repeats multiple times that Ms. Lively "is a big liar" and references Mr. Freedman as a source of information. One TikTok, explaining that Mr. Baldoni was in attendance for Ms. Lively's deposition in this matter, implied she was a liar trying to "fit whatever narrative she's trying to fit" while "under oath with a penalty of perjury."[431] The video received over 1.1 million views, and many commenters echoed the claim that she is a liar:

[425]    https://x.com/Mistie_Mo/status/1937543940447797592.
[426]    https://www.instagram.com/p/DIgwz9BRRX7/.
[427]    https://www.instagram.com/allabouttrhpodcast/
[428]    https://x.com/AllAboutTRH/status/1912523156281085958.
[429]    https://www.instagram.com/reel/DLN_Rv0M7SZ/.
[430]    https://www.tiktok.com/@staceymcgunnigle/video/7518167012699426078.
[431]    https://www.tiktok.com/@justplainzack/video/7533312105609465143.

- "She's literally a compulsive liar, she will not care she's under oath"[432]

- "Under oath or not, I believe she would still lie"[433]

- "She's an actress she will lie to their faces"[434]

- "Smart on his part. She's a pathological liar. Now she'll have to work harder."[435]

- "Great move he can give them info on the go when she lies"[436]

178.    The At-Issue Statements became widely circulated in online news and social media,
generating more than 100 million impressions across different sources. The defamatory claims
were widely discussed by both influential people with large followings and by many others
online. Given their sources and the receptive environment, the At-Issue Statements shifted
associations with Ms. Lively in the public sphere, introducing new, negative associations such as
that she was a "liar" and the belief that she was a person who fabricates claims of sexual
harassment to further her own agenda.

      ii.    **The defamatory claims have been incorporated into the overall discussion of
Ms. Lively**

179.    In addition to being widely spread, an analysis of the overall conversation about Ms.
Lively in the period following the publication of the At-Issue Statements indicates that the
defamatory claims were incorporated into the overall discussion of Ms. Lively.

180.    An analysis of Reddit and X posts about Ms. Lively illustrates how the conversation

---

[432] www.tiktok.com/@justplainzack/video/7533312105609465143?cid=
NzUzMzMyMjgwODY4MTg3NDE4OQ.

[433] www.tiktok.com/@justplainzack/video/7533312105609465143?cid=
NzUzMzM0ODY3MjIwNjg2NTE4Mw.

[434] www.tiktok.com/@justplainzack/video/7533312105609465143?cid=
NzUzMzQ1MzUyNzMwMzE0NDIxMA.

[435] www.tiktok.com/@justplainzack/video/7533312105609465143?cid=
NzUzMzQxODM3MTUwMjg1MDgyOQ.

[436] www.tiktok.com/@justplainzack/video/7533312105609465143?cid=
NzUzMzMzODg2MDc3Mjc3MDU4Mg.

Confidential

about Ms. Lively shifted following the At-Issue Statements to incorporate an association with

being a "liar".[437] To assess the prevalence of an association with lying, I gathered posts about

Ms. Lively between October 1, 2024, and February 28, 2025, from Reddit and X.[438] I then

searched for any posts that included one or more of a list of keywords related to the defamatory

claims about Ms. Lively.[439] I divided the posts into before and after periods relative to the first

At-Issue Statement on December 21, 2024, and searched for the prevalence of these keywords

related to the defamatory claims. I then reviewed samples of posts from each of X and Reddit

that contained one or more of the terms associated with the defamatory claims to assess whether

the post actually included a defamatory claim.[440]

---

[437]   I used Brandwatch, an industry-leading historical social media database, to search and analyze social media posts. Brandwatch is an Official X Partner, meaning it has access to all historical public posts and a real-time feed to the X platform (see, https://www.brandwatch.com/datanetworks/x/.) Brandwatch also is an Official Reddit Partner, meaning it has access to all historical public posts and comments and a real-time feed to the Reddit platform (see, https://www.brandwatch.com/partnerships/reddit/.) Brandwatch allows users to identify posts of interest by designing queries containing words and phrases linked together using Boolean operators (i.e., AND, OR, and NOT). https://consumer-research-help.brandwatch.com/hc/en-us/articles/360012098098-Query-Operators.

[438]   My Brandwatch query for identifying posts about Ms. Lively was as follows:
*"Blake Lively" OR blakelively\* OR #\*blake\*lively\* OR #blakelively\**
I limited the Brandwatch search to posts of the English language published since October 2024.

[439]   The keywords in my analysis were: "liar," "lied," "lies," "self serving," "selfish," "false accusations," "false allegations," "fake," "delulu," "delusional," "faker," "not believable," "amber heard," "amberheard." I added "amber heard" and "amberheard" to my analysis after noticing their high frequency in posts about Ms. Lively and the way that posts were using the allusion to the Ms. Heard's case to call Ms. Lively a liar. My Brandwatch query for these keywords was as follows:
*lie OR lied OR lies OR lying OR liar OR liars OR "self serving" OR "self-serving" OR selfish\* OR fake\* OR delulu OR delusional\* OR unbeliev\* OR "not believable" OR "isn't believable" OR "false accusation" OR "false accusations" OR "false allegation" OR "false allegations" OR amberheard OR "amber heard"*
Reposts are excluded from the tabulation of the X posts (only original posts, replies, and quotes are included). The search was conducted using the search bar within Brandwatch dashboard (https://brandwatch-reviews-help.brandwatch.com/hc/en-us/articles/360020006658-Dashboards).

[440]   Specifically, I reviewed four sets of posts in total, which were comprised of a random selection of 400 posts from each of the before and after periods for X and Reddit. A sample of approximately 400 observations per group provides a 95% confidence interval with about a ±5 percentage-point margin of error for large populations, which is the benchmark for reliable manual evaluation. For the X before period, only 96 posts matched one or more of the keywords, so I reviewed each of these 96 posts instead of a sample. For the Reddit before period, only 208 posts matched one or more of the keywords, so I reviewed each of these 208 posts instead of a sample. I reviewed each post to note whether it includes an accusation that Ms. Lively was a liar, selfish, self-serving, or had uttered false allegations/accusations. I then calculated the true percentage of relevant posts that actually included a defamatory claim for the before period, and for the after period, I estimated this percentage by multiplying the share of relevant posts identified in the sample by the total population size.

Confidential

181.    In the period preceding the At-Issue Statements, online discussion of Ms. Lively rarely associated her with dishonesty. On both X and Reddit, less than 0.1% of posts include the defamatory claims prior to the At-Issue Statements. However, following the At-Issue Statements, the share of posts containing a defamatory claim increased substantially, rising to 4% of X posts and 1.9% of Reddit posts and comments (as shown in Figure 14 below). The increases in frequency of these themes is statistically significant.[441]

**Figure 14.  The prevalence of the defamatory claims increased significantly following the At-Issue Statements**



---

[441]    I tested whether the proportion of posts containing defamatory claims significantly increased between the before and after periods for each platform using two-proportion two-sided z-tests. For Reddit, the proportion increase is highly significant ($z \approx 14.86$, $p \approx 0.000$). For X, the proportion increase is likewise highly significant ($z \approx 19.91$, $p \approx 0.000$). In both cases, the probability that such differences arose by chance is vanishingly small, indicating a statistically robust post-period increase in defamatory content.

Confidential

182.     An analysis of the most common hashtags associated with Ms. Lively also shows how the At-Issue Statements were incorporated into the public's perception of her. In the period prior to the At-Issue Statements, the top hashtags used in X posts and retweets referencing Ms. Lively related primarily to her professional work, including her performance in *It Ends With Us* and discussion of *Deadpool*.[442] Following the publication of the At-Issue Statements, this rapidly changed. As shown in Figure 15, the hashtag #BlakeLivelyIsALiar began to appear during the period of time in which the At-Issue Statements were published (shown in red).

**Figure 15.  The #BlakeLivelyIsALiar hashtag rose to prominence during the period of time when the At-Issue Statements were made[443]**



183.     From December 21, 2024 through February 28, 2025, two of the ten most commonly

---

442     Data for this analysis is included in my backup data in the file titled "top hashtags_after period.csv."
443     Data for this analysis is included in my backup data in the file titled "blakelivelyisaliar hashtag daily volume.csv."

appearing hashtags on posts referencing Ms. Lively were #blakelivelyisabully at number six and #blakelivelyisaliar at number seven, both of which reference the defamatory claims.[444] Other popular hashtags related to the defamatory claims in this same post-lawsuit period include #amberheard, #blakethesnake, and #boycottbettybuzz.[445] As with the #blakelivelyisaliar hashtag, none of these hashtags were frequently used in the period before the At-Issue Statements.[446] The sudden use of these hashtags at such a high frequency indicates a fundamental shift in the overall perception of Ms. Lively.

184.    One indication that the At-Issue Statements had a substantial impact on Ms. Lively's reputation is the fact that many people go on to proactively repeat them elsewhere. In this case, there are myriad examples of users repeating the defamatory claims on Ms. Lively's Instagram account. To assess this measure of the extent to which the defamatory claims have impacted consumer perceptions of Ms. Lively, I analyzed posts on Ms. Lively's Instagram account since December 2024.[447] There were nine posts in total that had fully enabled comments during this time period.[448] Comments on these posts comprised the dataset of this analysis.

185.    I performed a keyword analysis of those nine posts, searching for comments that included one or more of a list of keywords related to the defamatory claims made by Mr. Freedman about Ms. Lively.[449] Of the 19,340 total comments on the nine posts from Ms. Lively's Instagram, 784

---

[444]    Data for this analysis is included in my backup data in the file titled "top hashtags_after period.csv."
[445]    Data for this analysis is included in my backup data in the file titled "top hashtags_after period.csv."
[446]    Data for this analysis is included in my backup data in the file titled "top hashtags_before period.csv."
[447]    I consider comments posted on or after December 21, 2024. The most recent comment considered in my analysis was from August 13, 2025.
[448]    Other posts had comments but were evidently restricted with only very few, all of which were positive.
[449]    The keywords in my analysis were: "liar," "lied," "lies," "self serving," "selfish," "false accusations," "false allegations," "fake," "delulu," "delusional," "faker," "not believable," "amber heard," "amberheard." My query for these keywords was as follows:
*lie OR lied OR lies OR lying OR liar OR liars OR "self serving" OR "self-serving" OR selfish\* OR fake\* OR delulu OR delusional\* OR unbeliev\* OR "not believable" OR "isn't believable" OR "false accusation" OR "false accusations" OR "false allegation" OR "false allegations" OR amberheard OR "amber heard"*

contained one of the keywords, a rate of 4% overall.[450] In my experience performing linguistic and keyword analysis, this is a meaningful percentage of the overall comments on Ms. Lively's posts.[451] Moreover, I consider this to be a conservative estimate of the frequency at which users' comments demonstrate receptivity to the At-Issue Statements given the range of highly negative comments I encountered that did not include the keywords, for instance:

- "Blake, the only way you can begin to save yourself is by seeking help and checking into a mental health facility. It's clear that you're struggling, and the story you've fabricated about SH is only damaging your reputation further. The truth is catching up with you, exposing you and the people enabling this."[452]

- "Biggest C in Hollywood. I'll be shocked if any man will ever work with her again. She's the girl who cries wolf when a man shuts her down."[453]

186.    Further, my estimate is an undercount because of the inherent difficulties in making a keyword search comprehensive due to the variety of ways that consumers could share their opinions in comments, and the fact that they do not always attribute their negative comments to a source or reason. For example, when one commenter writes "Blake, we will never forgive. We will never forget,"[454] it is not explicitly clear what they will never forgive or forget, but the comment implies a set of fixed beliefs about Ms. Lively. Comments like these are negative but

[450]    Data for this analysis is included in my backup data in the file titled "all instagram posts with query matches.csv." Instagram limits the ability to load all comments on large or highly engaged posts. The platform often stops rendering additional comments or returns an error after a certain number of "load more replies" interactions. Accordingly, all comments were collected whenever feasible; where that was not possible, top-level comments (excluding replies) were retrieved. For two particularly high-traffic posts where even top-level comments could not be fully accessed, as many as possible were collected before the interface ceased loading. My conclusions hold even when restricting the analysis to the defamatory statement period and the period immediately thereafter. Specifically, the share of posts containing one or more of these keywords is 7% from December 21, 2024 - February 28, 2025. As a benchmark, I also found that 3.3% of the comments mentioned Ryan Reynolds or his Instagram handle (*ryan OR reynolds OR ryanreynolds OR vancityreynolds*) and 5.6% mentioned Justin Baldoni or his Instagram handle (*justinbaldoni OR baldoni OR justin*), indicating that 4% is a strong association.
[451]    Humphreys, A., & Wang, R. J. H. (2018). Automated text analysis for consumer research. *Journal of Consumer Research, 44*(6), 1274-1306.
[452]    https://www.instagram.com/p/DDfwLB2OJgq/c/17980814150731287/?hl=en.
[453]    https://www.instagram.com/p/DJ_8TOrgE4_/c/17967464909929287/?hl=en.
[454]    https://www.instagram.com/p/DJ_8TOrgE4_/c/18018512330721096/?hl=en.

Confidential

would not be flagged by my keyword analysis.

187.    I identified hundreds of examples of consumers asserting that Ms. Lively is delusional and a liar, that they will boycott her work, that nothing can ever change their opinion, or otherwise demonstrating that they have been receptive to the defamatory claims. One user went so far as to directly quote Mr. Freedman: "'They (blake and ryan) have an interesting ability to go on victory tours whether they win or lose. So it doesn't even matter. I could see her losing in the case and going on a victory tour. But that's what we're dealing with.' - Bryan Freedman."[455]

188.    Many comments on Ms. Lively's Instagram posts reflect similar themes. For instance, one user wrote "You have zero credibility,"[456] receiving over 22,000 likes on the comment, another saying "Why apologize when you can file a frivolous lawsuit?"[457] receiving over 4,000 likes. Other comments included "Lies & Deceit! Blake & Ryans new names in Disneys new movie!"[458] and "It's heartbreaking to see my favorite actress turn out to be the bully. Honestly devastating. You did Baldoni so wrong."[459]

189.    Many users also echoed the claim that Ms. Lively is delusional, phrases like "Delulu Lively."[460] Users allege that Ms. Lively is lying, that she has mental health issues, and she is "fake." For example, one post says, "Keep in mind this all started with SH claims that have been demonstrably false and she has seemingly forgotten she even made them."[461] Users making these claims assert that in these lawsuits Ms. Lively has revealed her true amoral self, for instance:

---

[455]    https://www.instagram.com/p/DJdFCbHp8mC/c/18083488114757421/?hl=en.
[456]    https://www.instagram.com/p/DDpUVxGvnEG/c/18477261565039673/?hl=en.
[457]    https://www.instagram.com/p/DDpUVxGvnEG/c/18058936285903182/?hl=en.
[458]    https://www.instagram.com/p/DJK8ubxS4Jt/c/17868518979332372/?hl=en.
[459]    https://www.instagram.com/p/DJHtCaRCeB7/c/18096097213590433/?hl=en.
[460]    See for example: https://www.instagram.com/p/DDCqaz7Ip-J/c/18119350792439225/?hl=en;
         https://www.instagram.com/p/DJHtCaRCeB7/c/17893717377278459/?hl=en;
         https://www.instagram.com/p/DDfwLB2OJgq/c/18069826685316085/?hl=en.
[461]    https://www.instagram.com/p/DJ_8TOrgE4_/c/18024765878518816/?hl=en.

Confidential

- "How does it feel that the whole world have seen you guys( Blake & Ryan.) your true colours, damn it's so petty! Why is it so hard to apologise and say sorry it was our ego!"[462]

- "Blake, the only way you can begin to save yourself is by seeking help and checking into a mental health facility. It's clear that you're struggling, and the story you've fabricated about SH is only damaging your reputation further. The truth is catching up with you, exposing you and the people enabling this."[463]

- "Damn. Simply not acknowledging all the hate hoping everyone will eventually doubt their reality.?.!. Top tier gaslighting"[464]

- "You may subpoena all the poor real people who give us real facts and find fake evidence to falsely accuse people and missuse law but get this in mind there is no where in the whole world where people will like you, we will never forget . You can live in your own bubble pay whatever money you are left with to have fake fans but you will know we will never want to see your face ever again."[465]

190.    Other comments on Ms. Lively's Instagram posts include similar claims that because of the belief that she is an amoral liar, consumers will never change their opinion of her, that they will never want to watch any future projects of hers, and that nobody will ever want to work with her again. Some of these examples include:

- "Every word that comes out of your mouth is so fake . I am telling you if someone even pays me to change my mind on you I won't."[466]

- "No matter if you win this case, you are forever marked"[467]

- "Blake, we will never forgive. We will never forget."[468]

- "Justin Baldoni never had a bad word spoken about him until you came along. The public supports him 100%! However this ends , your finished."[469]

---

[462]    https://www.instagram.com/p/DJdFCbHp8mC/c/18081738502849267/?hl=en.
[463]    https://www.instagram.com/p/DDfwLB2OJgq/c/17980814150731287/?hl=en.
[464]    https://www.instagram.com/p/DDpUVxGvnEG/c/18287029318174729/?hl=en.
[465]    https://www.instagram.com/p/DJ_8TOrgE4_/c/18051614162204708/?hl=en.
[466]    https://www.instagram.com/p/DJ_8TOrgE4_/c/18070952204019920/?hl=en.
[467]    https://www.instagram.com/p/DJ_8TOrgE4_/c/18083740603841004/?hl=en.
[468]    https://www.instagram.com/p/DJ_8TOrgE4_/c/18018512330721096/?hl=en.
[469]    https://www.instagram.com/p/DJdFCbHp8mC/c/17953833248828006/?hl=en.

- "No one likes you Blake go fall off the planet any way you can"[470]

- "Biggest C in Hollywood. I'll be shocked if any man will ever work with her again. She's the girl who cries wolf when a man shuts her down."[471]

- "I haven't watched because of Blake. I won't buy anything she sells or is related to."[472]

- "Let's hit them where it hurts ….. let's make sure the pairs next films are box office fails"[473]

- "YOUR CAREER IS OVER BLAKE!"[474]

- "You're cancelled. You have already lost. Even if you win."[475]

- "THE ENTIRE PLANET HATES BLAKE LIVELY AND RYAN REYNOLDS"[476]

191.    Taken together, the number of negative consumer comments that repeat the defamatory claims indicate that consumers were broadly receptive to the At-Issue Statements, and that those claims contributed to the harm to Ms. Lively's reputation. This is evident from even a brief look through her Instagram where most posts have limited, controlled comments, and the rest are overrun by extremely negative comments. Especially when juxtaposed alongside the actual content of these posts, the negative comments are striking. Figure 16 below shows a screenshot from a post on Ms. Lively's account promoting her film *Another Simple Favor* with other members of the cast, and the comments that accompany it. Figure 17 below is a post of Ms. Lively promoting her line of sodas and mocktails, and some of the completely unrelated comments from consumers.

---

[470] https://www.instagram.com/p/DDfwLB2OJgq/c/17880532269215562/?hl=en.
[471] https://www.instagram.com/p/DJ_8TOrgE4_/c/17967464909929287/?hl=en.
[472] https://www.instagram.com/p/DJdFCbHp8mC/c/18029845604474870/?hl=en.
[473] https://www.instagram.com/p/DJK8ubxS4Jt/c/18085065289680545/?hl=en.
[474] https://www.instagram.com/p/DFqhOqZRc3z/c/17914058768983453/?hl=en.
[475] https://www.instagram.com/p/DJ_8TOrgE4_/c/17976229838865335/?hl=en.
[476] https://www.instagram.com/p/DDfwLB2OJgq/c/18447597421078466/?hl=en.