**Figure 16.  A user commenting on a post from Ms. Lively's Instagram promoting her film**
***Another Simple Favor***[477]



---

[477]     https://www.instagram.com/p/DJ_8TOrgE4_/c/18051614162204708/?hl=en.

**Figure 17. Users' comments on Ms. Lively's post promoting her soda and mocktail company[478]**



192.    Based on my expertise in reputation, social media, and marketing, and my analysis above, I can conclude that Ms. Lively's reputation has been harmed by the At-Issue Statements. The At-Issue Statements themselves originate from Mr. Freedman, a widely known attorney who is viewed by many consumers as a trusted source for information about Ms. Lively's allegations. They are also associated with Mr. Baldoni, who has a longstanding reputation as a feminist and advocate for modern masculinity. Consumers and online influencers have demonstrated receptivity to At-Issue Statements, either by affirming their belief in the defamatory claims or by

---

[478]    https://www.instagram.com/p/DDpUVxGvnEG/?hl=en.

Confidential

going on to repeat those claims themselves in online comments and posts.

193.    In fact, untold numbers of online comments repeat the defamatory claims, which indicates that many consumers were receptive to the At-Issue Statements and that those statements drove attitudinal change toward Ms. Lively. Among posts mentioning Ms. Lively on X, the hashtag #BlakeLivelyIsALiar was the seventh most used hashtag in the period following the At-Issue Statements, which was coupled with the introduction of the defamatory claims into the general conversation about Ms. Lively.

194.    As discussed previously, reputational harm to a public figure like Ms. Lively will damage her person brand, which will in turn decrease the demand for her endorsement, make her a less desirable candidate for new acting roles, and cause harm to her existing businesses.[479] I expect that the same or similar consequences that Ms. Lively has suffered and/or is likely to suffer in the future due to the retaliation campaign will be amplified by the At-Issue Statements.

### XI.    DAMAGES MODEL

195.    As detailed in the academic section, reputational harm occurs in the public sphere. The At-Issue Statements in this case introduced new negative associations with Ms. Lively's person brand that became widely disseminated online to a receptive audience. Repair of Ms. Lively's reputation must therefore also occur in the public sphere. Reputational repair campaigns through strategic communication are a mainstay of public relations[480] and are constituted by attempts to change attitudes that were created by the initial reputation-damaging claims. In this case, the reputational repair campaign would aim to correct existing attitudes related to the representation

---

[479]    I do not include in my assessment of reputational damage the second-order impact that harm to Ms. Lively's reputation has on her acting career or other business interests.
[480]    https://pracademy.co.uk/insights/public-relations-as-reputation-management/.

Confidential

of Ms. Lively in the At-Issue Statements. The cost of a reputation repair campaign is therefore one proxy for harm to Ms. Lively's reputation from the At-Issue Statements.

196.    This section details the methodology for calculating the costs to repair reputation damage based on standard practices in public relations and strategic communications. The costs to repair Ms. Lively's reputation are based on the calculation of the number of impressions of the At-Issue Statements found in the Impressions Model.

### A. Modeling reputational repair on social media

#### i.    Goals of a reputational repair campaign

197.    The goal of the corrective campaign is to counteract the harm done to Ms. Lively's reputation by the At-Issue Statements. In this case, a corrective campaign would involve placing corrective messaging and attempting to change existing attitudes through repeated exposure to the message, a common method in persuasive communication.[481]

198.    In my opinion, and given the academic literature summarized, the sources of spread of the defamatory publications, and the targeted audience, a campaign to repair Ms. Lively's reputational damage would have to include (i) hiring influencers whom the audience regards as trusted sources, (ii) ensuring that the audience is exposed to the message multiple times in order to create attitude change, and (iii) extending the campaign for a long enough time to allow for dissemination, given the multifaceted nature of effective corrective repair through online channels. A holistic traditional and social media campaign that includes these integrated

---

[481]    Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3 (1), 97-122; Wegener, Duane T., Natalie D. Smoak, Richard E. Petty, and Leandre R. Fabrigar (2004). "Multiple routes to resisting attitude change." In *Resistance and persuasion*, pp. 13-38. Psychology Press,; Petty, Richard E., Duane T. Wegener, and Leandre R. Fabrigar (1997). "Attitudes and attitude change." *Annual review of psychology* 48, no. 1: 609-647.

elements is therefore the most effective way to repair reputational damage in this case.[482]

199.    An effective campaign to repair reputational damage is typically multi-pronged and includes a mix of platforms and people. A typical social media campaign will combine display and video advertising, along with hiring influencers to promote a message via blogs or newsletters and on their podcasts, YouTube, and other channels. Because the source—and not just the message—is so critical to attitude change, particularly on social media, it is important to work with credible and likeable sources likely to gain traction with the intended audience. The social media campaign in this case should be combined with traditional media campaigns such as television ads, to match the source of the misimpressions about Ms. Lively.

200.    My methodology for a successful reputation repair campaign includes three key components: determining the target audience by calculating the proportion of the wider audience who was receptive to the At-Issue Statements; determining the mix of corrective media based on the original sources of dissemination of the At-Issue Statements; and calculating the amount of exposure required to change the minds of the targeted audience. Below I explain each of these aspects of the methodology and their support in the academic literature and accepted practice.

ii.    **Determining the target audience**

201.    The target audience for a repair campaign are consumers who viewed and were receptive to the At-Issue Statements. In this case, the At-Issue Statements were published by a variety of media outlets and were shared broadly on social media. The At-Issue Statements were attributed to Mr. Freedman, a well-known and highly regarded attorney who, as discussed above, was

---

[482]    Shankar, V., and Kushwaha, T. (2020). "Omnichannel Marketing: Are Cross-Channel Effects Symmetric?" *International Journal of Research in Marketing,* 38(2), 290-310; Payne, E. M., Peltier, J. W., & Barger, V. A. (2017). "Omni-channel marketing, integrated marketing communications and consumer engagement: A research agenda." *Journal of Research in Interactive Marketing*, 11(2), 185–197.

likely to be viewed as someone with access to private information about Ms. Lively's allegations. Accordingly, it's likely that most consumers who were exposed to the At-Issue Statements would have been receptive to his claims about Ms. Lively.

202.    However, because the At-Issue Statements were made in the context of a highly-publicized and polarizing lawsuit, I have also considered overall consumer sentiment toward Ms. Lively as an additional measure of receptivity. Consumers who view Ms. Lively in a strongly positive manner are less likely to be receptive to Mr. Freedman's defamatory claims. Consumer polling data from YouGov discussed above indicates that as of April 2, 2025 Ms. Lively was viewed favorably by 44.8% of U.S. adults.[483] Accordingly, I incorporate a rate of 55.2% to reflect the percentage of receptive impressions to the At-Issue Statements. I therefore calculate the number of receptive impressions to be corrected as 64,914,839.

### iii.    Media mix and channel costs

203.    To allocate media budget and media spend across each platform, I use the initial sources of impressions made by the defamatory publications. In particular, I allocate spending for corrective messages based on the percentages in which impressions of the At-Issue Statements were generated across different media.

204.    To calculate costs, I use the industry standard of the cost per thousand impressions, otherwise known as cost per mille (CPM), for each medium.[484] I calculated costs of advertising as CPM multiplied by the target number of impressions of each channel or platform. I used published industry standards for CPM for different channels and platform. In general, I matched the source of impressions to the corrective method, as listed below:

---

[483]    https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-blake-lively.
[484]    https://agencyanalytics.com/kpi-definitions/cost-per-thousand-cpm.

- *Online news impressions*: corrected through native advertising

- *X, Facebook, TikTok, YouTube, and Instagram impressions*: corrected through trusted influencer social media posts on their respective accounts

- *Television impressions:* corrected through equivalent advertising space on broadcast television.

205.    For each channel, I used the average CPM for that particular medium (X influencer, broadcast tv advertisement, etc.). I then calculated how much it would cost to generate the number of impressions required to counter the defamatory claims. A breakdown of the channels and rates used and the target impressions for each can be found in Appendix H.

206.    While the content of the corrective messaging does not impact cost, I note that the purpose of the content is to share new, positive associations with Ms. Lively.[485] These could include credible endorsements of her new or forthcoming projects, lifestyle content related to her person brand, or any other messages that build positive associations with her reputation. The key focus of such a campaign would be to build positive associations to offset the negative associations introduced by the At-Issue Statements. Correction through online news channels, for example, can be constituted by advertorial campaigns that share positive information through editorial-like channels rather than "advertisements" or display ads per se.[486]

207.    My methodology includes accounting for impression rates on social media posts, whereby only a portion of followers of an account may actually see each individual post.[487] Taking impression rate into consideration is necessary because the number of followers is a

---

[485]    Tybout, A. M., Calder, B. J., & Sternthal, B. (1981). "Using information processing theory to design marketing strategies." *Journal of Marketing Research*, 18(1), 73–79.

[486]    https://hbr.org/2015/07/comparing-the-roi-of-content-marketing-and-native-advertising and https://cxl.com/blog/advertorials/.

[487]    Humphreys, Ashlee and Rebecca Jen-Hui Wang (2018), "Automated text analysis for consumer research," *Journal of Consumer Research, 44*(6): 1274–1306.

measure of reach that only represents the potential impressions of a message. Although a message may be available to all followers, it is not necessarily seen by all followers for a variety of reasons: only a subset of followers will sign on that day, they may follow multiple accounts that compete for attention, or ranking algorithms may not prioritize the content. For these reasons, information scientists incorporate an impression rate when calculating social media impressions, which represents the chance that the message was seen by a follower.[488]

208.    For each social media platform, I based my calculation on existing research on views per follower and similar measures of engagement. Social media analytics companies measure these rates and provide impression rate information for a wide variety of clients and purposes.[489]

### iv.    Attitude change multiplier

209.    As covered in the aforementioned literature, an existing attitude is not changed by one impression alone. As such, in order to effectively change attitudes, a campaign must serve multiple impressions per person in the target audience. This is true in traditional media,[490] but it is particularly true in the crowded attention marketplace of social media. While prior research has found that it requires about 3 to 5 impressions to change an attitude in traditional advertising exposure, on social media the number of exposures may be even higher.[491]

210.    Taking into account the attention environment and the strong, polarized nature of

---

[488]    Wang, L., Ramachandran, A., & Chaintreau, A. (2016). "Measuring Click and Share Dynamics on Social Media: A Reproducible and Validated Approach." *Proceedings of the International AAAI Conference on Web and Social Media*, 10(2), 108-113; Danny Sullivan, *Just Like Facebook, Twitter's New Impression Stats Suggest Few Followers See What's Tweeted*, MarTech (July 11, 2014), https://martech.org/facebook-twitter-impressions/.

[489]    See for example: https://www.rivaliq.com/; https://www.hootsuite.com/platform/analytics; https://sproutsocial.com/features/premium-analytics/.

[490]    Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3 (1), 97-122.

[491]    Garrett, R. K. (2009). "Echo chambers online?: Politically motivated selective exposure among Internet news users." *Journal of computer-mediated communication*, 14(2), 265-285.

Confidential

attitudes (as discussed in the introduction to the reputation repair model above), I estimate that a message would need to be seen approximately 3 to 5 times *from a credible source* before it would lead to attitude change.

### B. Costs of the corrective campaign

211.    Figure 18 below shows the total estimated costs of a corrective campaign. I include two costs: an estimate that incorporates an attitude change multiplier of 3 (at an estimated cost of $14,625,160) and a second estimate, which incorporates an attitude change multiplier of 5 (at an estimated cost of $24,375,267). As detailed above, it is my opinion that a multiplier of at least 3 would constitute the minimum corrective campaign to run, given the importance of multiple exposures and the likelihood that the audience will receive them and be affected by them.[492]

**Figure 18. Total Cost for Corrective Campaign**

| Ad Messaging Multiplier | Cost |
| --- | --- |
| 3x | $14,625,160 |
| 5x | $24,375,267 |

Dated: October 29, 2025

*Ashlee Humphreys*

Professor Ashlee Humphreys

---

[492]    Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3 (1), 97-122; Housholder, Elizabeth & Lamarre, Heather. (2014). "Facebook Politics: Toward a Process Model for Achieving Political Source Credibility Through Social Media." *Journal of Information Technology & Politics*, 11. 368-382; Weiss, Robert Frank (1969), "Repetition of Persuasion," *Psychological Reports*, 25 (2), 669-70.

Confidential

## APPENDIX A – PROFESSOR HUMPHREYS' CV

### ASHLEE HUMPHREYS

Integrated Marketing Communications
Medill School of Journalism
Northwestern University

1870 Campus Drive
MTC 3-109
Evanston, IL 60208

### EDUCATION

**Ph.D.**, Marketing, Kellogg School of Management, Northwestern University.
**B.A.**, Economics, Philosophy, Northwestern University.

### EMPLOYMENT

Northwestern University
Medill School of Journalism, Media, and Integrated Marketing Communications
    *Professor, September 2022 to present*
    *Associate Professor, September 2015 to 2022*
    *Assistant Professor, September 2008 to 2015*
Kellogg School of Management, Joint Appointment
    *Professor, September 2022 to present*
    *Associate Professor, January 2019 to 2022*

### BOOK

Humphreys, Ashlee (2016), *Social Media: Enduring Principles*, Oxford University Press. 2nd edition, forthcoming, 2023.

### ONGOING

Digital Satisfaction Index, https://www.performics.com/about-us/intent-lab/.

### JOURNAL PUBLICATIONS

Epp, Amber and Ashlee Humphreys (2025), "Collaborating with Generative AI in Consumer Culture Research," *Journal of Consumer Research*, 52 (1), 32-48.

Corciolani, M., Giuliani, E., Humphreys, A., Nieri, F., Tuan, A. and Zajac, E.J. (2023), Lost and Found in Translation: How Firms Use Anisomorphism to Manage the Institutional Complexity of CSR. J. Manage. Stud. https://doi.org/10.1111/joms.12877.

Berger, Grant Packard, Reihane Boghrati, Ming Hsu, Ashlee Humphreys, Andrea Luangrath, Sarah Moore, Gideon Nave, Christopher Olivola, Matthew Rocklage, (2022), Wisdom from Words: Marketing Insights from Text Analysis, *Marketing Letters*, 1-13.

Confidential

Carpenter, Greg S. and Ashlee Humphreys, (2022) "If it's famous, it must be good: The social construction of brand value in the US wine market," The Routledge Handbook of Wine and Culture, 372-381.

Lamberton, Cait and Ashlee Humphreys, "Social Media: From Classic Psychological Theories to New Opportunities," *APA Handbook of Consumer Psychology*, 489-511.

Humphreys, Ashlee (2021), "The Textuality of Markets," *AMS Review* 11, no. 3: 304-315.

Gonsalves, Chahna, S Ludwig, K de Ruyter, A Humphreys, (2021) "Writing for impact in service research," *Journal of Service Research* 24 (4), 480-499.

Pamuksuz, Utku, Joseph T. Yun, A Humphreys, (2021) "A Brand-New Look at You: Predicting Brand Personality in Social Media Networks with Machine Learning," *Journal of Interactive Marketing*, 56 (1), 1-15.

Huff, Aimee, Ashlee Humphreys and Sarah Wilner, (2021), "The Politicization of Objects: Meaning and Materiality in the U.S. Cannabis Market," *Journal of Consumer Research*.

Humphreys, Ashlee, Mathew Isaac, and Becky Hui-Jen Wang, (2021), "Construal Matching in Online Search: Applying Text Analysis to Illuminate the Consumer Decision Journey," *Journal of Marketing Research 58 (6),* 1101-1119.

Debenedetti, A, D Philippe, D Chaney, A Humphreys (2021), "Maintaining Legitimacy in Contested Mature Markets through Discursive Strategies: The Case of Corporate Environmentalism in the French Automotive Industry," *Industrial Marketing Management* 92, 332-343.

Berger, Jonah, Ashlee Humphreys, Stephan Ludwig, Wendy Moe, and David Schweidel, (2020), "Uniting the tribes: Using Text for Marketing Insight," *Journal of Marketing*, *84*(1), pp.1-25.

Corciolani, Matteo, Kent Grayson, and Ashlee Humphreys, (2020), "Do more experienced critics review differently?: How field-specific cultural capital influences the judgments of cultural intermediaries." *European Journal of Marketing* 54, no. 3 (2020): 478-510.

Carpenter, Gregory S. and Ashlee Humphreys (2019), "What the Wine Industry Understands About Connecting with Consumers," *Harvard Business Review*, March 5, 2019. https://hbr.org/2019/03/what-the-u-s-wine-industry-understands-about-connecting-with-customers.

Humphreys, Ashlee and Gregory S. Carpenter (2018), "Status Games: Market Driving

Confidential

Through Social Influence in the U.S. Wine Industry," *Journal of Marketing*, https://doi.org/10.1509/jm.16.0179.

Humphreys, Ashlee and Rebecca Jen-Hui Wang (2017), "Automated Text-Analysis for Consumer Research," *Journal of Consumer Research*, Volume 44, Issue 6, 1 April 2018, Pages 1274–1306.

Humphreys, Ashlee and Craig J. Thompson (2014), "Branding Disaster: Reestablishing Trust through the Ideological Containment of Systemic Risk Anxieties," *Journal of Consumer Research*, 44 (4) (lead article).

Humphreys, Ashlee (2014), "How is Sustainability Structured?: The Discursive Life of Environmentalism," *Journal of Macromarketing*, 34 (3).

Humphreys, Ashlee and Kathy LaTour (2013), "Framing the Game: Assessing the Impact of Cultural Representations on Consumer Perceptions of Legitimacy," *Journal of Consumer Research*, 40 (4).

Humphreys, Ashlee (2010), "Semiotic Structure and the Legitimation of Consumption Practices: The Case of Casino Gambling," *Journal of Consumer Research*, 37 (3), 490-510.

Humphreys, Ashlee (2010), "Megamarketing: The Creation of Markets as a Social Process," *Journal of Marketing*, 74 (2), 1-19 (lead article).

Humphreys, Ashlee and Kent Grayson (2008), "The Intersecting Roles of Consumer and Producer: A Critical Perspective on Co-Production, Co-Creation and Prosumption," *Sociology Compass*, 2, 1-18.

Humphreys, Ashlee (2006), "The Consumer as Foucauldian 'Object of Knowledge,'" *Social Science Computer Review*, 24 (3), 296-309.

## CONTRIBUTION STATEMENT

My research concerns *how institutions shape consumer norms, values, and practices.* My contributions to consumer behavior come from using institutional theory and the method of automated text analysis to investigate market emergence. In "Semiotic Structure and the Legitimation of Consumption Practices: The Case of Casino Gambling," (*Journal of Consumer Research*, 2010), I investigate the cultural process by consumption practices are legitimated over time. Through text analysis of newspaper reporting, I show that a gradual change in the language used to discuss casino gambling paved the way for market emergence. This work won the Sidney J. Levy award for outstanding work in CCT in 2010. In "Megamarketing: Market Creation as a Social Process," published in the *Journal of Marketing* (2010), I complement this approach by applying these insights to understand megamarketing. This research was published as the lead article in the *Journal of Marketing* and was runner-up for the Harold H. Maynard Award for best article of the year.

Confidential

With Kathy LaTour, I extend this understanding to individual cognitive structures to understand how media framing shapes perceptions of legitimacy on an implicit, individual level (Humphreys and LaTour 2013). In "Branding Disaster: Reestablishing Trust through the Ideological Containment of Systemic Risk Anxieties," with Craig Thompson, we show how this process contains consumer anxieties about risk following a crisis, in a comparative analysis of the Exxon vs. BP oil spills (Humphreys and Thompson 2014) that innovates by adding visual content analysis. This article was selected as lead article in the *Journal of Consumer Research*.

My current work continues to investigate market emergence and change, but has expanded include the areas of social media and sustainability. I also continue to be a leader in the method of automated text analysis in consumer research by publishing and leading workshops and seminars for scholars in both consumer psychology and CCT.

## BOOK CHAPTERS

Carpenter, Greg and Ashlee Humphreys (forthcoming), "If it's Famous, It Must Be Good; The Social Construction of Brand Value in the US Wine Market,"  *Routledge Handbook of Wine and Culture,* ed. Jennifer Smith-Maguire.

Humphreys, Ashlee (2019), "Consumer Behavior and E-Commerce," Handbook for Marketing Strategy, ed. Bodo Schlegelmilch and Russell Winer.

Humphreys Ashlee. (2019) "Automated Text Analysis" In *Handbook of Market Research*. Homburg C., Klarmann M., Vomberg A. (eds). New York, NY: Springer.

Humphreys, Ashlee (2017), "Social Media," Routledge Handbook of Consumer Behavior, Tina Lowrey and Michael Solomon eds.: London: Routledge.

Humphreys, Ashlee (2010), "Co-Producing Experiences," in *Medill on Media Engagement*, Edward Malthouse and Abe Peck, eds. New York: Pine Forge Press.

Humphreys, Ashlee (2009), "Stacking the Deck: Gambling in Film and the Legitimation of Casino Gambling," in *Explorations in Consumer Culture Theory*, John F. Sherry and Eileen Fischer, eds. New York: Routledge.

## OTHER PUBLICATIONS

Carpenter, Gregory and Ashlee Humphreys, "What the Wine Industry Understands About Connecting with Consumers," *Harvard Business Review*, March 3, 2019, https://hbr.org/2019/03/what-the-u-s-wine-industry-understands-about-connecting-with-customers.

Humphreys, Ashlee and Mathew S. Isaac, "The Development of a Digital Satisfaction Scale (DSS) and Index (DSI) to Evaluate Consumers' Satisfaction with Their Online Experiences," Chicago, IL: Intent Lab. Available at: http://www.performics.com/about/digital-satisfaction-index/.

Foerstner, Abigail, Ashlee Humphreys, and Ellen Shearer (2013), "Energizing Media Coverage of Energy Issues: The Impact of Different Reporting Frames on Audience Engagement and Understanding," Washington, DC: Lounsbery Foundation.

Humphreys, Ashlee (2012), "Megamarketing" in *Encyclopedia of Management*, Volume 9, Marketing, New York: Wiley.

Humphreys, Ashlee (2010), "Advertising," in *World Book Encyclopedia*. Chicago, IL: World Book.

## WORKS IN PROGRESS

"Shifting the Shape: Strategic Shaping and the Symbolic Management of Risk," with Matteo Corciolani, Elisa Giuliani, Ashlee Humphreys, Dalli Daniele, and Annamaria Tuan (submitted the *Academy of Management Journal*)

Humphreys, Ashlee with Andrew Smith, "Professional Contests and the Institutionalization of Social Media" (2nd Round, *Journal of Marketing*)

Humphreys, Ashlee, "The Access/Ownership Distinction in Everyday Consumption Practices," (draft available).

Humphreys, Ashlee, "Do Brands Like Us? The Perceived Liking of the Brand for the Self and Brand Attraction" with Lora Harding (manuscript in preparation).

Humphreys, Ashlee and Mathew S Isaac, "Digital Satisfaction," (draft available).

## REFEREED PROCEEDINGS

Huff, Aimee, Ashlee Humphreys and Sarah Wilner, (2018) "Markets and Meaning: The Role of Product Form in Legitimacy, the case of Marijuana," Advances in Consumer Research, Vol. 43.

Giuliani, Elisa, A Humphreys, D Dalli, A Tuan, M Corciolani (2018), "Strategic CSR Framing by Firms in Emerging Markets," *Academy of Management Proceedings* 2018 (1), 15922

Humphreys, Ashlee and Kathy LaTour (2011), "Together We Stand, Divided We Fall: Categorization and the Process of Legitimation*," Advances in Consumer Research*, Vol. 39, 172-176.

Harding, Lora and Ashlee Humphreys (2010), "Self-Brand Attraction: An Interpersonal Attraction Approach to Brand Relationships," *Advances in Consumer Research*, Vol. 37, 68-69.

Humphreys, Ashlee and Robert V. Kozinets (2009), "The Construction of Value in Attention Economies," *Advances in Consumer Research*, Vol. 36, 689.

Confidential

Humphreys, Ashlee (2009), "Legitimation and Semiotic Structure," *Advances in Consumer Research*, Vol. 36, 135-138.

Mick, David Glen and Ashlee Humphreys (2008), "Consumer Freedom from Consumer Culture Theory Perspectives," *Advances in Consumer Research - North American Conference Proceedings*, Vol. 35, 18-19.

Humphreys, Ashlee (2008), "Understanding Collaboration and Collective Production: New Insights on Consumer Co-Production," *Advances in Consumer Research*, Vol. 35, 63-66.

Humphreys, Ashlee and Markus Giesler (2007), "Access Versus Ownership in Consumer Research," *Advances in Consumer Research*, Vol. 34, 696-698.

## **ACADEMIC CONFERENCE PRESENTATIONS**

"Markets and Meaning: The Role of Product Form in Legitimacy, the case of Marijuana," Austin, TX. October 2018.

"The Politicization of Objects," Consumer Culture Theory Conference, Odense, Denmark, July 2018.

"Professional Contests and the Institutionalization of Social Media," Baltimore, MD, October 2014.

"Wine Worlds," European Marketing Association Conference, Istanbul, Turkey, July 2013.

"Sustainability and Social Class," European Association of Consumer Research, Barcelona, Spain, June 2013.

"Oil Spills as Disaster Myths: Grotesque Realism in Postmodern Consumer Culture," Consumer Culture Theory Conference, Oxford University, August 2012.

"Consumer Culture Theory in Marketing Research," American Marketing Association Winter Educator's Conference, Las Vegas, NV, February 2011.

"The Discursive Life of Environmentalism," Consumer Culture Theory Conference, Evanston, IL, August 2011.

"Together We Stand, Divided We Fall: Categorization and the Process of Legitimation," Association for Consumer Research, St. Louis, MO, October 2010.

"Legitimacy and the Cultural Diffusion of Casino Gambling, 1976-2006," Association for Consumer Research, San Francisco, CA, October 2008.

Confidential

"Attention Economies and the Construction of Value: The Case of YouTube," with Robert V. Kozinets, Association for Consumer Research, San Francisco, CA, October 2008.

"Attention Economies and the Construction of Value: The Case of YouTube," with Robert V. Kozinets, International Communication Association, Montreal, Quebec, May 2008.

"Consumer Freedom from Consumer Culture Theory Perspectives," with David Mick, Association for Consumer Research, Memphis, TN, October 2007.

"Managing Co-production: The Case of Wikipedia," with Kent Grayson, Association for Consumer Research, Memphis, TN, October 2007.

"Philosophy and Consumption: Discussions on Trust and Brands," with Shona Bettany, Susan Dobscha, Marcus Giesler, Kent Grayson, Ashlee Humphreys, Krittinee Nuttavuthisit, Rob Kleine, Jonathan Schroeder, Alladi Venkatesh, Clara Gustafsson, Association for Consumer Research, Memphis, TN, October 2007.

"Stacking the Deck: Gambling in Film and the Legitimization of Casino Gambling," Consumer Culture Theory Conference, Toronto, ON, May 2007.

"The Access/Ownership Distinction in the Media Marketplace," with Markus Giesler, Association for Consumer Research, Orlando, FL, October 2006.

"The Access/Ownership Distinction in Consumer Behavior," Session Chair, Association for Consumer Research, Orlando, FL, October 2006.

"Commodity Fission," Circulations Conference, York University, March 2005.


**INVITED TALKS**

"Automated Text Analysis," 11th Triennial Invitational Choice Symposium, Cambridge, MD, May 2019.

"The Politicization of Objects," Pontifical Catholic University of Chile, April 2019.

"The Politicization of Objects," Guelph University, Guelph, ON, March 2019.

"Automated Text Analysis and Social Media," University of Manitoba, February 2019.

"The Emergence of Social Media as a Professional Field," MORS, Kellogg School of Management, September 2018, Northwestern University.

"Digital Satisfaction Index (DSI)," Marketing Science Institute Trustees Meeting,

Confidential

November 2016, San Francisco.

"Levels of Analysis and Matching Theory with Data," Association of Consumer Research Doctoral Consortium, October 2016, Berlin, Germany.

"The Discursive Life of Environmentalism...and what it means for Corporate Social Responsibility," University of Wyoming, Laramie, Wyoming, August 2016.

"Publishing Sociological Research in Marketing," Macromarketing Doctoral Consortium, July 2016, Dublin, Ireland.

"Professional Contests and the Emergence of Social Media as an Institutional Field," York University, Toronto, Canada, May 2016.

"The Emergence of Social Media as an Institutional Field," Kern Conference, April 2016, Rochester, NY.

"Professional Contests and the Emergence of Social Media as an Institutional Field," Concordia University, Montreal, Canada, March 2016.

"The Emergence of Social Media as an Institutional Field," SKEMA, Lille, France, December 2015.

"Market Creation as a Social Process," "Marketplace Mutations: New Perspectives on Consumer and Firm Behaviors that are Transforming the Market," Wilfred Laurier University, Waterloo, ON, May 2015.

"Writing the Book on Social Media: The Legitimation of Social Media as a Professional Field," 3rd Annual Digital Marketing Conference, Jinan University, Guangzhou, China, May 2015.

"Writing the Book on Social Media: The Legitimation of Social Media as a Professional Field," HEC Paris Marketing Camp, Paris, France, April 2015.

Automated Content Analysis in Marketing Research, Association of Consumer Research, Baltimore, MA, October 2014.

Consumption and Markets Workshop, "Oil Spills as Disaster Myths," University of California, Irvine, Irvine, CA, March 2014.

Qualitative Data Analysis Workshop, "Macro Approaches to Data Collection," Tucson, AZ, June 2013.

Kellogg Attitudes Motivation Processes Group (KAMP), "Framing the Game," Kellogg School of Management, Evanston, IL, April 2013.

Confidential

Thought Leaders in Services Management, "Consumer Perceptions of Service Constellations: Implications for Service Innovation," Nijmegen, Netherlands, June 2012.

Chicago Consumer Culture Community (C4), "Sustainability and Social Class," Chicago, IL, April 2012.

University of Arizona, "Wine Worlds," Tucson, Arizona, March 2012.

Association of Health Care Journalists, "Journalism and Social Media," Chicago, IL, September 2012.

University of Innsbruck, "Access as a Consumer Institution and Orientation," Innsbruck, Austria, May 2011.

Rochester Institute of Technology, "The Discursive Life of Environmentalism," Rochester, NY, April 2011.

University of Wisconsin, "The Discursive Life of Environmentalism," Madison, WI, March, 2011.

Queen's University, "Left out of the Green Revolution? Sustainability and Social Class in the United States," Kingston, Ontario, September 2010.

Chicago Consumer Culture Community (C4), "Words, Words, Words: The Use of Automated Content Analysis in Consumer Research," October 2009

Medill Board of Advisors Meeting, "Chip-less Cookies and Cream-less Oreos: Applying Attitudes Research to Understand Audience Interest," Evanston, IL. October 2009.

American Bar Association, "Social Networking 101," Chicago, IL. March, 2009.

## TEACHING
KSM 461 Critical Thinking in Social, Digital, and Mobile Media (MBA), 2020-Present
IMC 466 Social Media (Master's Level), 2014-Present
IMC 401 Marketing Research (Master's Level), 2018
IMC 400 Consumer Insight (Master's Level), 2016
IMC 300/301 Consumer Insight, 2008-2018
IMC 466 Global Perspectives, 2012-2016
IMC 440 Summer Residency Projects, 2008-Present
IMC 455 Online Consumer Insight, Winter 2013
IMC 455 Consumer Insight (Master's Level), Fall 2014

## ADVISING
Russel Nelson, University of Irvine, 2015 (Committee Member)
Lez Trujillo Torres, University of Illinois Chicago (Committee Member)
Alex Mitchell, Queens University (External Committee Member)

Confidential

## SERVICE
*Service to the Field*

> *Journal of Consumer Research,* ERB
> > *Associate Editor,* 2016-2018, 2020-Present
> > *Editorial Board,* 2008-present
> *Journal of Marketing,* ERB
> > *Associate Editor,* 2020-Present
> > *Editorial Board,* 2018-Present
> > *Reviewer,* 2010-Present
> *Journal of Marketing Research*
> > *Associate Editor (ad hoc),* 2020-Present
> > *Reviewer*, 2016-Present
> *Journal of Business Research*
> > Guest Editor, Fall 2019
> *AMS Review,* ERB
> > *Editorial Board,* 2019-Present.
> *Journal of Interactive Marketing,* ERB
> > *Editorial Board,* 2018-Present
> *Journal of Consumer Culture*
> > Reviewer 2009-Present
> *Consumption, Markets, and Culture*
> > Editorial Review Board 2010-Present
> > Reviewer 2008-Present
> *Marketing Theory*
> > Reviewer 2007-2009
> *Sociological Forum*
> > Reviewer 2010
> *American Behavioral Scientist*
> > Reviewer 2010-Present
> *Association for Consumer Research Conference*
> > Reviewer 2008-2010
> > Program Committee 2011-Present
> > Special Session Curator, 2013
> *European Science Foundation*
> > Grant Reviewer 2010, 2012
> *Chicago Consumer Culture Community*
> > Organizer 2010-Present
> *Consumer Culture Theory Conference,* Program Committee
> > Reviewer 2008-2010
> > Program Committee 2011-2013
> Dissertation Committee Member, Russell Nelson, "Competitive Dynamics in New Markets: Measuring Innovation, Successful Strategies, and the Role of Social Media," University of Irvine, September 2013.

Confidential

Dissertation Committee Member, Lez Trujllo Torres, University of Illinois, Chicago, May 2019
Dissertation Committee Member, Alex Mitchell, Queens University, June 2018

*Service to Northwestern*

Chapin Fellow, Chapin Humanities Residential College 2012-2017
Senior Thesis Advisor
    Stanley Polit, School of Education and Social Policy, 2010
    Ashley Heyer, School of Education and Social Policy, 2010

*Service to Medill*

MSIMC Curriculum Committee
    2008-Present
Strategic Planning Committee
    2019
Committee to Evaluate Procedures for Promotion
    2019
MSJ Curriculum Committee
    2008-2011
IMC Undergraduate Curriculum Committee
    2008-2012
IMC Faculty Search Committee
    2000-2010
Digital Magazine Search Committee
    2011-2012
*Medill Matters* Co-Editor
    2010-2012

## SHORT BIO

Ashlee Humphreys is Associate Professor at the Medill School of Journalism, Media, and Integrated Marketing Communications, Northwestern University. Her research uses a sociological perspective to examine core topics in marketing management and consumer behavior and has been published in *Journal of Marketing*, *Journal of Consumer Research*, *Journal of Marketing Research* and *Sociology Compass*. Professor Humphreys has been elected both an MSI Scholar (2020) and MSI Young Scholar (2015) and has won the Sidney J. Levy award for best research from a dissertation in CCT. She received her PhD in Marketing from Kellogg School of Management at Northwestern University in 2008.  Her current research interests include the role of institutions in markets, processes of co-production, and the development of online communities, and she serves as an Associate Editor at the *Journal of Marketing* and the *Journal of Consumer Research*.

## MEMBERSHIPS

Association for Consumer Research

Confidential

American Marketing Association
American Sociological Association

## HONORS AND AWARDS

MSI Scholar, 2020

MSI Young Scholar, 2015

ASG Faculty Honor Roll, Northwestern University, Evanston, IL, 2012.

Harold H. Maynard Award, Runner-up, *Journal of Marketing*, American Marketing Association, 2010.

Sidney J. Levy Award, Consumer Culture Theory Conference, 2010.

## PRESS COVERAGE

"Winemakers Tell Us What We Want," *The Australian*, April 16, 2019.

"It Takes Status To Succeed In The U.S. Wine Business, Says Two Academic Researchers," Thomas Pellechia, *Forbes,* March 9, 2019. https://www.forbes.com/sites/thomaspellechia/2019/03/09/it-takes-status-to-succeed-in-the-u-s-wine-business-says-two-academic-researchers/.

"A Retail Dilemma: Consumers Believe In Pictures As Digital Trust Declines," Laura Heller, *Forbes*, 21, 2019. https://www.forbes.com/sites/lauraheller/2019/02/21/a-retail-dilemma-consumers-believe-in-pictures-as-digital-trust-declines.

"How What You Say Reveals More Than You Think," *Knowledge@Wharton*, February 16, 2018. https://knowledge.wharton.upenn.edu/article/say-reveals-think/.

"Contractor BP Wants You to Think the Gulf Is OK," Jason Plautz, *National Journal*, April 20, 2015.

"Media coverage creates oil spill amnesia — so don't read this!," *Grist*, http://grist.org/list/media-coverage-creates-oil-spill-amnesia-so-dont-read-this/.

"Place Your Bets," Merrill Perlman, *Columbia Journalism Review*, September 30, 2013.

"Gaming versus Gambling," Michael Finney*, Consumer Talk*, KGO 810, Saturday 21, 2013.

"Why are consumers more likely to participate in online gaming than gambling?" *e! Science News*, September 10, 2013.

"Medill Energy Report Sparks Debate," Mike Smith, Huffington Post, April 29, 2013.

Confidential

"Chicago Chapter Learns about Social media for Working Journalists," Pia Christensen, *Health Journalism*, Association of Health Care Journalists, September 27, 2012.


www.ashleehumphreys.com

Confidential

## APPENDIX B – LAST FOUR YEARS' TESTIMONY

**Fenner, et al. v. General Motors LLC, Robert Bosch GmbH, Robert Bosch LLC,** Case No. 1:17-cv-11661-TLL-PTM, District Court for the Eastern District of Michigan

**E Jean Carroll vs. Donald J. Trump,** Case No. 1:22-cv-10016 District Court for the Southern District of New York

**E Jean Carroll vs. Donald J. Trump (in his personal capacity),** No. 1:20-cv-7311, District Court for the Southern District of New York

**Ruby Freeman and Wandrea Moss vs. Rudoph W. Giuliani,** No. 1:21-cv-03354, District Court for the District of Columbia

**GR Opco, LLC v. Eleven IP Holdings LLC, et al.,** Case No. 1:22-cv-24119, District Court for the Southern District of Florida

**Apple Inc., v. Zerodensity Yazilim Anonim Sirketi,** Case No. 1:24-cv-00284, District Court for the Eastern District of Virginia

**Mark Andrews, v. Dinesh D'Souza, True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, D'Souza Media LLC, Salem Media Group, Inc., Regnery Publishing, Inc., and John Does,** No.: 1:22-cv-04259-SDG, District Court for the Northern District of Georgia, Atlanta Division

**Beast Investments, LLC, v. Celebrity Virtual Dining, LLC, Virtual Concepts Holdings, Inc., and Virtual Dining Concepts, LLC,** No.:653908/2023, Supreme Court of the State of New York, County of New York

**Kai Spears, v. The New York Times Company,** No.: 7:23-cv-000692-LSC, Northern District of Alabama, Western Division

**Rachel Delocache Williams v. Netflix, Inc**., CA 22-1132-CFC-EGT, District Court for the District of Delaware

Confidential

# APPENDIX C – MATERIALS CONSIDERED

**Legal Filings and Depositions**
- Deposition Transcript of Alexandria Saks, September 24, 2025
- Deposition Transcript of Andrea Giannetti, September 23, 2025
- Deposition Transcript of Andrew Chrisomalis, September 24, 2025
- Deposition Transcript of Ashley Soevyn, October 3, 2025
- Deposition Transcript of Blake Lively, July 31, 2025
- Deposition Transcript of Breanna Koslow, September 9, 2025
- Deposition Transcript of Danny Greenberg, September 19, 2025
- Deposition Transcript of Elizabeth Talbot, August 21, 2025
- Deposition Transcript of Family Hive LLC, September 29, 2025
- Deposition Transcript of Gordon Duren, September 23, 2025
- Deposition Transcript of Isabela Ferrer, September 30, 2025
- Deposition Transcript of Jamey Heath, October 8, 2025
- Deposition Transcript of Jamey Heath, October 9, 2025
- Deposition Transcript of Jed Wallace, October 9, 2025
- Deposition Transcript of Jed Wallace, October 10, 2025
- Deposition Transcript of Jennifer Abel, September 25, 2025
- Deposition Transcript of Jennifer Abel, September 26, 2025
- Deposition Transcript of Jenny Slate, September 26, 2025
- Deposition Transcript of Josh Greenstein, September 30, 2025
- Deposition Transcript of Justin Baldoni, October 6, 2025
- Deposition Transcript of Justin Baldoni, October 7, 2025
- Deposition Transcript of Justine Harris, September 30, 2025
- Deposition Transcript of Katherine Case, September 5, 2025
- Deposition Transcript of Kevin Alexander, September 29, 2025
- Deposition Transcript of Leslie Sloane, September 26, 2025
- Deposition Transcript of Margaret Colleen Hoover, September 29, 2025
- Deposition Transcript of Melissa Nathan, September 29, 2025
- Deposition Transcript of Shelley Anne Carroll, September 25, 2025
- Deposition Transcript of Stephanie Jones, September 16, 2025
- Deposition Transcript of Steve Sarowitz, October 3, 2025
- Deposition Transcript of Tera Hanks, September 8, 2025
- Deposition Transcript of Vivian Baker, September 12, 2025
- Deposition Transcript of Warren Zavala, September 18, 2025
- Expert Report of Dina Mayzlin, October 17, 2025
- Lively v. Wayfarer, et al., 24-cv-10049 (S.D.N.Y.), Dkt. 546–47
- Lively v. Wayfarer, et al., 24-cv-10049, Second Amended Complaint

**Bates Stamped Documents**
- BBKOSLOW-000008194
- BBKOSLOW-000006800

Confidential

- KCASE-000002821
- KCASE-000003354
- KCASE-000001079/BBKOSLOW-000002985
- NATHAN_000003433
- SAROWITZ_000001020
- SAROWITZ_000001253

**Academic Articles**
- Albarracin, D., and Shavitt, S. (2018). "Attitudes and attitude change." *Annual Review of Psychology*, 69, 299–327
- Allport, G. W., & Postman, L. (1946). "An analysis of rumor." *Public opinion quarterly*, 10(4), 501-517
- Ardia, David S. (2010). "Reputation in a Networked World: Revisiting the Social Foundations of Defamation Law." *Harvard Civil Rights-Civil Liberties Law Review*, 45(2), 261-328
- Austin, L., Fisher Liu, B., & Jin, Y. (2012). "How Audiences Seek Out Crisis Information: Exploring the Social-Mediated Crisis Communication Model.*" Journal of Applied Communication Research*, 40(2), 188–207
- Baym, N. K., & Boyd, D. (2012). "Socially Mediated Publicness: An Introduction." *Journal of Broadcasting & Electronic Media,* 56(3), 320–329
- Beersma, Bianca; Van Kleef, Gerben A (2012). "Why People Gossip: An Empirical Analysis of Social Motives, Antecedents, and Consequences." *Journal of Applied Social Psychology*, 42(11), 2640-2670
- Benford, R. D. & Snow, D. A. (2000). "Framing processes and social movements: An overview and assessment." *Annual review of sociology*, 26(1), 611-639
- Bitektine, A. (2011). "Toward a theory of social judgments of organizations: The case of legitimacy, reputation, and status." *Academy of management review*, 36(1), 151-179
- Borchers, N. S. (2019). "Social media influencers in strategic communication," *International Journal of Strategic Communication*, 13(4), 255-260
- Bourdieu, P., & Wacquant, L. (2013). "Symbolic capital and social classes." *Journal of Classical Sociology*, 13(2), 292-302
- Bowles, H. R., Babcock, L., & Lai, L. (2007). "Social incentives for gender differences in the propensity to initiate negotiations: Sometimes it does hurt to ask." *Organizational Behavior and Human Decision Processes*, 103(1), 84–103
- Brescoll, V. L. (2011). "Who takes the floor and why: Gender, power, and volubility in organizations." *Administrative Science Quarterly*, 56(4), 622–641
- Brescoll, V. L., & Uhlmann, E. L. (2008). "Can an angry woman get ahead? Status conferral, gender, and expression of emotion in the workplace." *Psychological Science*, 19(3), 268–275
- Brooks, Gillian, Jenna Drenten, and Mikolaj Jan Piskorski (2021). "Influencer Celebrification: How Social Media Influencers Acquire Celebrity Capital." *Journal of Advertising*, 50(5), 528-47
- Buchanan, T. & Benson, V., (2019). "Spreading Disinformation on Facebook: Do Trust in Message Source, Risk Propensity, or Personality Affect the Organic Reach of 'Fake News'?" *Social Media and Society*, 1-9

Confidential

- Bumsoo Kim, Han Lin, Yonghwan Kim, (2024). "Interplay of agenda setters in the digital age: The associative issue network between news organizations and political YouTube channels." *Computers in Human Behavior*, Volume 155
- Cacioppo, John T and Richard E Petty (1980). "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3 (1), 97-122
- Centola, Damon Joshua Becker, Devon Brackbill, and Andrea Baronchelli (2018). "Experimental evidence for tipping points in social convention." *Science*, 360(6393), 1116-1119
- Cialdini R. B., R. E. Petty, J. T. Cacioppo. (1981). "Attitude and Attitude Change." *Annual Review of Psychology*, 32, 357-404
- Cialdini, Robert B, Demaine, Linda J, Sagarin, Brad J, et. al (2006). "Managing social norms for persuasive impact." *Social Influence*, Vol. 1
- Conover, Michael, Jacob Ratkiewicz, Matthew Francisco, Bruno Gonçalves, Filippo Menczer, and Alessandro Flammini (2011). "Political polarization on Twitter." In *Proceedings of the International AAAI Conference on Web and Social Media*, 5(1), 89-96
- Curran, J., Shanto I., Lund, A.B., and Salovaara-Moring, I. (2009). "Media System, Public Knowledge and Democracy: A Comparative Study." *European Journal of Communication,* 24(1): 5-26
- Damon Centola, Joshua Becker, Devon Brackbill, and Andrea Baronchelli (2018). "Experimental evidence for tipping points in social convention." *Science*, 360(6393), 1116-1119
- Dewenter, Ralf, Melissa Linder, and Tobias Thomas (2019). "Can Media Drive the Electorate? The Impact of Media Coverage on Voting Intentions," *European Journal of Political Economy*, 58, 245-61
- Eagly, A. H., & Karau, S. J. (2002). "Role congruity theory of prejudice toward female leaders." *Psychological Review*, 109(3), 573–598
- Elsbach, K. D. (1994). "Managing organizational legitimacy in the California cattle industry: The construction and effectiveness of verbal accounts." *Administrative Science Quarterly*, 57-88
- Emile Jeuken, Bianca Beersma, Femke S. ten Velden, and Maria T. M. Dijkstra, (2015). "Aggression as Motive for Gossip During Conflict: The Role of Power, Social Value Orientatio, and Counterpart's Behavior," *Negotiation and Conflict Management Research*, 8(3), 137-152
- Fazio, L. K., Brashier, N. M., Payne, B. K., & Marsh, E. J. (2015). "Knowledge does not protect against illusory truth," *Journal of Experimental Psychology: General*, 144: 993-1002
- Feinberg, M., Willer, R., Stellar, J., Keltner, D. (2012). "The Virtues of Gossip: Reputational Information Sharing as Prosocial Behavior." *Journal of Personality and Social Psychology*, 102(5): 1015-30
- Ferree, M. M., & Merrill, D. A. (2000). "Hot movements, cold cognition: Thinking about social movements in gendered frames." *Contemporary Sociology*, 29(3), 454-462

Confidential

- Foos, F., & Bischof, D. (2022). "Tabloid media campaigns and public opinion: Quasi-experimental evidence on Euroscepticism in England." *American Political Science Review*, 116(1), 19-37
- Fournier, S., & Eckhardt, G. M. (2019). "Putting the Person Back in Person-Brands: Understanding and Managing the Two-Bodied Brand." *Journal of Marketing Research*, 56(4), 602–619
- Gamson, W. A., & Modigliani, A. (1989). "Media discourse and public opinion on nuclear power: A constructionist approach." *American journal of sociology*, 95(1), 1-37
- Garrett, R. K. (2009). "Echo chambers online?: Politically motivated selective exposure among Internet news users." *Journal of computer-mediated communication*, 14(2), 265-285
- Gensch, Dennis and Paul Shaman (1980). "Models of Competitive Television Ratings." *Journal of Marketing Research*, 17 (3), 307-15
- Gibbons, S. (2022). "Gender on the agenda: Media framing of women and women of color in the 2020 U.S. presidential election." *Newspaper Research Journal*, 43(1), 102-128
- Hallahan, Kirk & Holtzhausen, Derina & Ruler, Betteke & Verčič, Dejan & Sriramesh, Krishnamurthy (2007). "Defining Strategic Communication." *International Journal of Strategic Communication,* 1. 3-35.
- Heider, Fritz (1946), "Attitudes and Cognitive Organization." *The Journal of Psychology*, 21 (1), 107-12
- Housholder, Elizabeth & Lamarre, Heather (2014). "Facebook Politics: Toward a Process Model for Achieving Political Source Credibility Through Social Media." *Journal of Information Technology & Politics*, 11. 368-382.
- Hovland, Carl I., and Walter Weiss (1951). "The influence of source credibility on communication effectiveness." *Public opinion quarterly*, 15(4): 635-650
- Huang, J., et al. (2021). "Large-scale quantitative evidence of media impact on public opinion toward China." *Humanities and Social Sciences Communications*, 8(1): 1-8
- Huff, A. D., Humphreys, A. & Wilner, S. J. (2021), "The politicization of objects: Meaning and materiality in the U.S. cannabis market." *Journal of Consumer Research*, 48(1), 22-50
- Hummon, Norman P and Patrick Doreian (2003). "Some Dynamics of Social Balance Processes: Bringing Heider Back into Balance Theory." *Social networks*, 25(1), 17-49
- Humphreys, A. & Latour, K. A. (2013). "Framing the game: Assessing the impact of cultural representations on consumer perceptions of legitimacy." *Journal of Consumer Research*, 40(4), 773-795
- Humphreys, Ashlee (2010). "Megamarketing: The Creation of Markets as a Social Process." *Journal of Marketing*, 74 (2), 1-19 (lead article)
- Humphreys, Ashlee and Rebecca Jen-Hui Wang (2018), "Automated text analysis for consumer research." *Journal of Consumer Research*, 44(6): 1274–1306
- Israeli, Ayelet, Jill Avery, and Leonard A. Schlesinger (2024). "The Meteoric Rise of Skims." *Harvard Business School Teaching Note,* 524-067.
- Keller, K.L. (1993). "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity." *Journal of Marketing*, 57:1, 1-22

Confidential

- Kennedy, J. A., McDonnell, M.-H., & Stephens, N. (2016). "Does gender raise the ethical bar? Exploring the punishment of ethical violations at work." *Working paper on SSRN*
- Kotler, P. (1986). "Global standardization—courting danger." *Journal of Consumer Marketing*, 3(2), 13-15
- Kruglanski, A. W., and Gigerenzer, G. (2011). "Intuitive and deliberate judgments are based on common principles": Correction to Kruglanski and Gigerenzer (2011). *Psychological Review*, 118(3), 522–522
- Kunda, Z. (1990). "The case for motivated reasoning." *Psychological bulletin*, 108(3)
- Lacassagne, D., Béna, J., & Corneille, O. (2022). "Is Earth a perfect square? Repetition increases the perceived truth of highly implausible statements," *Cognition*, 223: 105052
- Langlois, G., & Slane, A. (2017) "Economies of reputation: the case of revenge porn." *Communication and Critical/Cultural Studies,* 14(2): 120–138
- Lee J, Kralik JD, Kwon J, Jeong J (2022). "How 'who someone is' and 'what they did' influences gossiping about them." *PLOS ONE* 17(7): e0269812.
- Liu, Shixi, Cuiqing Jiang, Zhangxi Lin, Yong Ding, Rui Duan, and Zhicai Xu (2015). "Identifying Effective Influencers Based on Trust for Electronic Word-of-Mouth Marketing: A Domain-Aware Approach," *Information Sciences*, 306, 34-52
- Luedicke, Marius K, Craig J Thompson, and Markus Giesler (2010). "Consumer Identity Work as Moral Protagonism: How Myth and Ideology Animate a Brand-Mediated Moral Conflict." *Journal of consumer research*, 36 (6)
- Maciel, A. F., & Fischer, E. (2020). "Collaborative market driving: How peer firms can develop markets through collective action." *Journal of Marketing*, 84(5), 41-59
- McCombs, Maxwell E., and Donald L. Shaw (1972). "The Agenda-Setting Function of Mass Media," *Public Opinion Quarterly*, 36(2), 176–187
- McCombs, Maxwell E., and Donald L. Shaw (1993). "The evolution of agenda-setting research: Twenty-five years in the marketplace of ideas." *Journal of communication*, 43(2), 58-67
- McCracken, G. (1986). "Culture and consumption: A theoretical account of the structure and movement of the cultural meaning of consumer goods." *Journal of Consumer Research*, 13(1), 71–84
- Messner, Marcus and Marcia Watson Distaso (2008). "The Source Cycle: How Traditional Media and Weblogs Use Each Other as Sources." *Journalism Studies*, 9(3), 447-63
- Metzger, M. J., and Flanagin, A. J. (2013). "Credibility and trust of information in online environments: The use of cognitive heuristics." *Journal of Pragmatics*, 59, 210–220
- Metzger, Miriam J., Andrew J. Flanagin, & Ryan B. Medders (2010). "Social and Heuristic Approaches to Credibility Evaluation Online." *Journal of Communication*, 60(3), 413–439
- Meyers-Levy, J., & Malaviya, P. (1999). "Consumers' Processing of Persuasive Advertisements: An Integrative Framework of Persuasion Theories." *Journal of Marketing*, 63(4_suppl1), 45-60.
- Moscovici, Serge, Bernard Personnaz (1980). "Studies in social influence: V. Minority influence and conversion behavior in a perceptual task." *Journal of Experimental Social Psychology*, 16(3), 270-282

Confidential

- Olson, J.M. and Zanna, M.P. (1993). "Attitudes and attitude change." *Annual review of psychology*, 44(1), 117-154
- Parmentier, Marie-Agnès and Eileen Fischer (2021). "Working It: Managing Professional Brands in Prestigious Posts." *Journal of Marketing*, 85 (2), 110-28
- Parmentier, Marie-Agnès, and Eileen Fischer (2012). "How athletes build their brands." *International Journal of Sport Management and Marketing*, 11(1-2), 106-24
- Parmentier, Marie-Agnès, Eileen Fischer, and A Rebecca Reuber (2013). "Positioning Person Brands in Established Organizational Fields," *Journal of the Academy of Marketing Science*, 41(3), 373-87
- Payne, E. M., Peltier, J. W., & Barger, V. A. (2017). "Omni-channel marketing, integrated marketing communications and consumer engagement: A research agenda." *Journal of Research in Interactive Marketing*, 11(2), 185–197
- Petty, Richard E., Duane T. Wegener, and Leandre R. Fabrigar (1997). "Attitudes and attitude change." *Annual review of psychology*, 48(1), 609-647
- Pfeffer, J., Zorbach, T., and Carley, K.M. (2014). "Understanding Online Firestorms: Negative Word-of-Mouth Dynamics in Social Media Networks." *Journal of Marketing Communications*, 20 (1-2): 117-28
- Picard, Robert G (1988). "Measures of Concentration in the Daily Newspaper Industry." *Journal of Media Economics*, 1(1), 61-74
- Pornpitakpan, C. (2004). "The persuasiveness of source credibility: A critical review of five decades' evidence." *Journal of applied social psychology*, 34(2), 243-281
- Prior, Markus (2013). "Media and political polarization." *Annual Review of Political Science*, 16: 101-127
- Rohrbach, Tobias, Loes Aaldering, Daphne Joanna Van der Pas (2023). "Gender differences and similarities in news media effects on political candidate evaluations: a meta-analysis." *Journal of Communication*, 73(2), 101–112
- Ross, L., & Lepper, M. (1979). "Biased assimilation and attitude polarization: The effects of prior theories on subsequently considered evidence." *Journal of Personality and Social Psychology*, 37(11), 2098–2109
- Rudman, L. A., & Glick, P. (2002). "Prescriptive gender stereotypes and backlash toward agentic women." *Journal of Social Issues*, 57(4), 743–762
- Shankar, V., and Kushwaha, T. (2021). "Omnichannel Marketing: Are Cross-Channel Effects Symmetric?" *International Journal of Research in Marketing*, 38(2), 290-310
- Sharman, Jason C. (2007) "Rationalist and constructivist perspectives on reputation." *Political Studies*, 55(1), 20-37
- Skurnik, I., (2005). "Special Session Summary Rumors, Refutations, and Conflicts of Interest: Problems in Dealing With Unreliable Information." *Association for Consumer Research*, 274-276
- Sterrett, David, Dan Malato, Jennifer Benz, Liz Kantor, Trevor Tompson, Tom Rosenstiel, Jeff Sonderman, and Kevin Loker (2019). "Who Shared It?: Deciding What News to Trust on Social Media." *Digital Journalism*, 7(6), 783-801
- Taylor, S.E., (1991). "Asymmetrical Effects of Positive and Negative Events: The Mobilization-Minimization Hypothesis." *Psychological Bulletin*, 110(1): 67-85
- Thomson, M. (2006). "Human Brands: Investigating Antecedents to Consumers' Strong Attachments to Celebrities." *Journal of Marketing*, 70(3), 104–119

Confidential

- Thorson, Emily (2016). "Belief echoes: The persistent effects of corrected misinformation." *Political Communication,* 33(3), 460-480
- Traberg, Cecilie Steenbuch & Sander van der Linden (2022). "Birds of a feather are persuaded together: Perceived source credibility mediates the effect of political bias on misinformation susceptibility." *Personality and Individual Differences*, 185: 111269
- Turcotte, Jason, Chance York, Jacob Irving, Rosanne Scholl, & Raymond Pingree (2015). "News Recommendations from Social Media Opinion Leaders.*" Journal of Computer-Mediated Communication*, 20(5), 520–535
- Tversky, Amos, and Daniel Kahneman (1974). "Judgment under Uncertainty: Heuristics and Biases: Biases in judgments reveal some heuristics of thinking under uncertainty." *Science*, 185(4157), 1124-1131.
- Tybout, A. M., Calder, B. J., & Sternthal, B. (1981). "Using information processing theory to design marketing strategies." *Journal of Marketing Research*, 18(1), 73–79
- Udry, White, & Barber (2022). "The effects of repetition spacing on the illusory truth effect," *Cognition,* 225(1):105157
- Üstüner, Tuba and Craig J. Thompson, (2012). "How Marketplace Performances Produce Interdependent Status Games and Contested Forms of Symbolic Capital." *Journal of Consumer Research*, 38 (5), 796 - 814
- Vosoughi, S., Roy, D., and Aral, S., (2018). "The spread of true and false news online." *Science*, 359, 1146-1151
- Wang, L., Ramachandran, A., & Chaintreau, A. (2016). "Measuring Click and Share Dynamics on Social Media: A Reproducible and Validated Approach." *Proceedings of the International AAAI Conference on Web and Social Media*, 10(2), 108-113
- Wang, Yuyan, Jeong-Nam Kim, & Bey-Ling Sha (2021). "When public relations meets social media: A systematic review…" *Public Relations Review*, 47(4), 102081
- Weiss, Robert Frank (1969). "Repetition of Persuasion." *Psychological Reports*, 25(2), 669-70
- Whitehead Jr, J. L. (1968). "Factors of source credibility," *Quarterly Journal of Speech*, 54(1), 59-63

**Books**
- Ajzen, I. (1985). "From intentions to actions: A theory of planned behavior." In J. Kuhl & J. Beckmann (Eds.), *Action control: From cognition to behavior*. Berlin, Heidelber, New York: Springer-Verlag
- Baym, N. K. (2015). *Personal connections in the digital age*. John Wiley & Sons
- Bourdieu, P. (1993) *The Field of Cultural Production: Essays on Art and Literature*. Columbia University Press, New York
- Bourdieu, P., & Wacquant, L. J. D. (1992). *An Invitation of Reflexive Sociology*. Chicago: University of Chicago
- Bourdieu, Pierre, Richardson, J. (1986) "The Forms of Capital." In *Handbook of Theory and Research for the Sociology of Education*, Westport, CT: Greenwood
- Boyd, D. (2010). "Social network sites as networked publics: Affordances, dynamics, and implications." In *Networked Self: Identity, Community, and Culture on Social Network Sites*, Routledge

Confidential

- Chadwick, A. (2017). *The Hybrid Media System: Politics and Power,* Oxford University Press
- Cialdini, Robert B (1987). *Influence: The Psychology of Persuasion, Vol. 3*: A. Michel Port Harcourt
- David, John (2016). *How to Protect (or Destroy) Your Reputation Online: The Essential Guide to Avoid Digital Damage, Lock Down Your Brand, and Defend Your Business*: Red Wheel/Weiser
- Dyer (1979). *Heavenly Bodies: Film Stars and Society*
- Gamson (1994). *Claims to Fame: Celebrity in Contemporary America*
- Gans, H.J. (2004). *Deciding What's News: A Study of CBS Evening News, NBC Nightly News, Newsweek, and Time*, Northwestern University Press
- Heider, Fritz (1958). *The psychology of interpersonal relations*, John Wiley & Sons Inc.
- Humphreys, A. (2015). *Social Media: Enduring Principles*, Oxford University Press
- Katz & Lazarsfeld (1955). *Personal Influence*, New York: Free Press
- Pariser, Eli (2011). *The Filter Bubble: What the Internet Is Hiding from You*, New York: Penguin Press.
- Rosnow, R.L. and Fine, G.A. (1976). *Rumor and Gossip: The Social Psychology of Hearsay*, Elsevier
- Tuchman, Gaye (1978). *Making News: A Study in the Construction of Reality*, New York: Free Press
- Weber, Max (1922/1978). *Economy and Society: An Outline of Interpretive Sociology, Vol. 2*, University of California press
- Wegener, Duane T., Natalie D. Smoak, Richard E. Petty, and Leandre R. Fabrigar (2004). "Multiple routes to resisting attitude change." In *Resistance and persuasion*, Psychology Press

**Websites**
- https://agencyanalytics.com/kpi-definitions/cost-per-thousand-cpm
- https://apnews.com/article/blake-lively-justin-baldoni-harassment-complaint-10a90da60d7a325f33f3fa6bbf263e29
- https://archive.is/vpdEs
- https://archive.is/wEzm2
- https://archive.org/details/CNNW_20241223_140000_CNN_News_Central/start/3350/end/3410
- https://archive.org/details/CNNW_20241223_160000_CNN_Newsroom_With_Pamela_Brown/start/2594/end/2654
- https://archive.org/details/CNNW_20241223_180000_CNN_News_Central/start/2201/end/2261
- https://archive.org/details/CNNW_20241223_200000_CNN_News_Central/start/2838/end/2898
- https://archive.org/details/CNNW_20241223_210000_The_Lead_With_Jake_Tapper/start/3253/end/3313
- https://archive.org/details/CNNW_20241224_060000_The_Source_With_Kaitlan_Collins/start/2712/end/2772

Confidential

- https://archive.org/details/CNNW_20250204_040000_Laura_Coates_Live/start/3357/end/3417
- https://archive.org/details/FBC_20250306_160000_Varney__Company/start/1140/end/1200
- https://archive.org/details/FOXNEWSW_20250105_160000_MediaBuzz/start/3350/end/3410
- https://archive.org/details/FOXNEWSW_20250204_040000_Fox_News_at_Night/start/3120/end/3180
- https://archive.org/details/FOXNEWSW_20250208_000000_The_Ingraham_Angle/start/2760/end/2820
- https://archive.org/details/FOXNEWSW_20250316_220000_The_Big_Weekend_Show/start/2673/end/2733
- https://archive.org/details/KGO_20241224_050000_ABC_World_News_Tonight_With_David_Muir/start/1017/end/1077
- https://archive.org/details/KGO_20241224_083700_Nightline/start/323/end/383
- https://archive.org/details/KGO_20241224_150000_Good_Morning_America/start/2340/end/2400
- https://archive.org/details/KGO_20250201_083700_Nightline/start/600/end/660
- https://archive.org/details/KNTV_20241222_013000_NBC_Nightly_News_With_Lester_Holt/start/963/end/1023
- https://archive.org/details/KNTV_20241222_140000_Sunday_Today_With_Willie_Geist/start/664/end/724
- https://archive.org/details/KNTV_20241222_233000_NBC_Nightly_News_With_Lester_Holt/start/941/end/1001?q=baldoni+categorically+flse
- https://archive.org/details/KNTV_20241223_110000_Early_Today/start/860/end/920
- https://archive.org/details/KNTV_20241223_150000_Today/start/2065/end/2125
- https://archive.org/details/KNTV_20241223_200000_NBC_News_Daily/start/537/end/597
- https://archive.org/details/KNTV_20241224_150000_Today/start/2031/end/2091
- https://archive.org/details/KNTV_20250102_150000_Today/start/2540/end/2600
- https://archive.org/details/KNTV_20250104_130000_Today/start/1448/end/1508
- https://archive.org/details/KNTV_20250117_120000_Early_Today/start/1171/end/1231
- https://archive.org/details/KNTV_20250117_123000_Early_Today/start/1206/end/1266
- https://archive.org/details/KNTV_20250523_140000_Today/start/2040/end/2100
- https://archive.org/details/KPIX_20241223_113000_CBS_News_Mornings/start/988/end/1048
- https://archive.org/details/KQED_20241223_223000_BBC_News_America/start/978/end/1038
- https://archive.org/details/MSNBCW_20241223_110000_Morning_Joe/start/13069/end/13129
- https://archive.org/details/MSNBCW_20241223_150000_MSNBC_Reports/start/2479/end/2539
- https://archive.org/details/MSNBCW_20241223_190000_MSNBC_Reports/start/3284/end/3344

Expert Report of Professor Ashlee Humphreys                    130

Confidential

- https://archive.org/details/MSNBCW_20241224_130000_Jonathan_Lemire_Reports/start/4843/end/4903
- https://archive.org/details/MSNBCW_20241224_150000_MSNBC_Reports/start/2167/end/2227
- https://archive.org/details/MSNBCW_20241224_190000_MSNBC_Reports/start/2029/end/2089
- https://archive.org/details/MSNBCW_20250102_110000_Morning_Joe/start/13961/end/14021
- https://archive.ph/6Xcts
- https://archive.ph/GRXgP
- https://archive.ph/wbYGw
- https://archive.ph/WHQwZ
- https://brandwatch-reviews-help.brandwatch.com/hc/en-us/articles/360020006658-Dashboards
- https://collider.com/it-ends-with-us-feud-blake-lively-justin-baldoni/
- https://consumer-research-help.brandwatch.com/hc/en-us/articles/360012098098-Query-Operators
- https://cxl.com/blog/advertorials/
- https://dailymail.co.uk/tvshowbiz/article-13755441/Blake-Lively-slur-transgender.html
- https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/
- https://deadline.com/about-dhd/
- https://ew.com/amber-heard-blake-lively-justin-baldoni-johnny-depp-crisis-firm-8765866
- https://ew.com/blake-lively-accuses-justin-baldoni-sexual-harassment-retaliation-it-ends-with-us-8765519
- https://ew.com/blake-lively-sisterhood-of-the-traveling-pants-costars-offer-support-8765649
- https://ew.com/comedian-hannah-berner-clarifies-timing-of-netflix-blake-lively-joke-8767167
- https://fandomwire.com/primitive-war-2-director-reveals-robert-downey-jr-s-influence-that-sets-up-the-sequel/
- https://fortune.com/2018/08/10/ryan-reynolds-aviation-gin-owner/
- https://hbr.org/2015/07/comparing-the-roi-of-content-marketing-and-native-advertising
- https://hbr.org/2024/05/what-makes-a-successful-celebrity-brand
- https://help.x.com/en/resources/new-user-faq
- https://keynesdigital.com/ctv-advertising-rates/
- https://knowledge.wharton.upenn.edu/article/brand-rehab-how-companies-can-restore-a-tarnished-image/
- https://lftcllp.com/lawyers/bryan-j-freedman/
- https://macleans.ca/society/the-power-list-ryan-reynolds/
- https://manenough.com/
- https://manenough.com/man-enough-undefining-my-masculinity/
- https://martech.org/facebook-twitter-impressions/
- https://marxcommunications.com/what-does-impressions-mean-on-twitter/
- https://mediabiasfactcheck.com/deadline-hollywood/

Confidential

- https://mediabiasfactcheck.com/hollywood-reporter
- https://mediabiasfactcheck.com/new-york-times/
- https://newormedia.com/blog/cpm-benchmarks-by-the-industry/
- https://nypost.com/2005/08/02/past-perfect-oh-no-martha-ads-paint-her-as-lovable-screw-up/
- https://nypost.com/2024/08/14/entertainment/reporter-calls-out-blake-lively-for-uncomfortable-interview
- https://oaaa.org/wp-content/uploads/2022/10/2022_01-Solomons-US-Major-Media-CPM-ComparisonvOAAA.pdf
- https://open.spotify.com/episode/1HvHMVCkWxm9JIpPHZPfFC
- https://open.spotify.com/episode/1zICBvgHB2mAYltkCQ2lBP
- https://opentextbc.ca/mediastudies101/chapter/habermas-public-sphere/
- https://pagesix.com/2024/08/13/celebrity-news/blake-lively-approved-final-cut-of-it-ends-with-us-amid-feud/
- https://pagesix.com/2024/08/16/entertainment/justin-baldoni-felt-sidelined-by-blake-lively-on-it-ends-with-us-set-report
- https://pagesix.com/2024/08/16/parents/blake-lively-interviewer-reveals-infertility-after-bump-comment
- https://pagesix.com/2025/01/25/celebrity-news/justin-baldonis-lawyer-says-he-wont-be-bullied-into-silence-by-petrified-blake-lively-ryan-reynolds-after-gag-order-request/
- https://people.com/justin-baldoni-friction-making-it-ends-with-us-with-blake-lively-8693848
- https://people.com/justin-baldoni-sweden-trip-amid-friction-with-it-ends-with-us-cast-8694730
- https://people.com/justin-bieber-reacts-to-wife-hailey-bieber-nyc-billboard-11808995
- https://people.com/ryan-reynolds-reveals-he-s-ready-for-more-kids-with-blake-lively-the-more-the-merrier-8681574
- https://perezhilton.com/justin-baldoni-talks-challenge-working-with-complex-personalities-it-ends-with-us-amid-blake-lively-beef/
- https://podcasts.apple.com/gt/podcast/shame-on-blake-lively-the-new-york-times/id1754460914?i=1000683220818
- https://pracademy.co.uk/insights/public-relations-as-reputation-management/
- https://press.foxnews.com/2025/01/fox-news-delivers-highest-rated-january-in-cable-news-history-and-marks-23-years-at-number-one
- https://qz.com/t-mobile-acquires-mint-mobile-ryan-reynolds-roaming-1851449754
- https://socialmediablawg.blogs.pace.edu/2021/06/26/why-it-matters-lawyers-the-spread-of-misinformation-and-social-media/
- https://sproutsocial.com/features/premium-analytics/
- https://sproutsocial.com/insights/influencer-pricing/
- https://sproutsocial.com/insights/reach-vs-impressions/
- https://support.google.com/trends/answer/4355000?hl=en&sjid=8172751319134865217-NC
- https://support.google.com/trends/answer/4365533?hl=en
- https://theraveagency.com/blog/finding-the-value-in-twitter-impressions
- https://thetab.com/2024/08/01/blake-lively-ryan-reynolds-side-hustles

Confidential

- https://time.com/collection/time100-companies/5953581/hello-sunshine/
- https://today.yougov.com/about
- https://today.yougov.com/politics/articles/52272-trust-in-media-2025-which-news-sources-americans-use-and-trust
- https://today.yougov.com/topics/entertainment/explore/actor/Blake_Lively
- https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-blake-lively
- https://today.yougov.com/topics/entertainment/trackers/fame-and-popularity-megyn-kelly
- https://trends.google.com/trends/explore?date=2011-06-01%202011-07-01&q=%2Fm%2F06_bq1&hl=en-GB
- https://trends.google.com/trends/explore?date=2014-01-01%202024-01-01&q=%2Fm%2F06_bq1&hl=en-GB
- https://trends.google.com/trends/explore?date=2024-07-01%202024-07-31&geo=US&q=%2Fm%2F06_bq1&hl=en
- https://trends.google.com/trends/explore?date=2024-07-01%202024-07-31&q=bully&hl=en
- https://trends.google.com/trends/explore?date=2024-07-01%202024-08-05&q=tone%20deaf
- https://trends.google.com/trends/explore?date=2024-08-01%202024-08-31&q=%2Fm%2F06_bq1&hl=en
- https://trends.google.com/trends/explore?date=2024-08-01%202024-08-31&q=blake%20lively&hl=en
- https://trends.google.com/trends/explore?date=2024-08-01%202024-08-31&q=bully&hl=en
- https://trends.google.com/trends/explore?date=2024-08-06%202024-08-23&q=blake%20lively&hl=en
- https://trends.google.com/trends/explore?date=2024-08-06%202024-08-23&q=tone%20deaf
- https://trends.google.com/trends/explore?date=all&q=blake%20lively,%2Fm%2F06_bq1&hl=en
- https://trends.google.com/trends/explore?date=all&q=blake%20lively&hl=en
- https://trends.google.com/trends/explore?date=all&q=kjersti%20flaa&hl=en
- https://trends.google.com/trends/explore?date=all&q=parker%20posey&hl=en
- https://ustvdb.com/networks/abc/shows/good-morning-america/#google_vignette
- https://ustvdb.com/networks/abc/shows/nightline/
- https://ustvdb.com/networks/abc/shows/world-news-tonight-david-muir/#google_vignette
- https://ustvdb.com/networks/bbc/
- https://ustvdb.com/networks/cbs/shows/mornings/#google_vignette
- https://ustvdb.com/networks/cnn/shows/laura-coates-live/
- https://ustvdb.com/networks/cnn/shows/lead-jake-tapper/
- https://ustvdb.com/networks/cnn/shows/news-central/
- https://ustvdb.com/networks/cnn/shows/newsroom/#google_vignette
- https://ustvdb.com/networks/cnn/shows/source-kaitlan-collins/#google_vignette
- https://ustvdb.com/networks/fbn/shows/varney-co/
- https://ustvdb.com/networks/fox-news/shows/big-weekend/

Confidential

- https://ustvdb.com/networks/fox-news/shows/ingraham-angle/
- https://ustvdb.com/networks/fox-news/shows/night-trace-gallagher/
- https://ustvdb.com/networks/msnbc/shows/early-today/
- https://ustvdb.com/networks/msnbc/shows/morning-joe/#google_vignette
- https://ustvdb.com/networks/msnbc/shows/reports-live/#google_vignette
- https://ustvdb.com/networks/msnbc/shows/way-too-early-jonathan-lemire/#google_vignette
- https://ustvdb.com/networks/nbc/shows/news-daily/#google_vignette
- https://ustvdb.com/networks/nbc/shows/nightly-news-lester-holt/#google_vignette
- https://ustvdb.com/networks/nbc/shows/sunday-today-willie-geist/#google_vignette
- https://ustvdb.com/networks/nbc/shows/today/
- https://variety.com/2017/tv/news/justin-baldoni-talk-show-the-mens-room-1202488304/
- https://variety.com/2024/biz/news/jessica-alba-steps-down-the-honest-company-1235965784/
- https://variety.com/2024/film/news/it-ends-with-us-justin-baldoni-nonprofit-wayfarer-studios-no-more-1236107116/
- https://variety.com/2024/film/news/it-ends-with-us-sequel-in-doubt-blake-lively-justin-baldoni-feud-1236114099/
- https://web.archive.org/
- https://web.archive.org/web/20240302195841/https://help.instagram.com/1562166204102854
- https://web.archive.org/web/20241221161759/https://www.hollywoodreporter.com/
- https://web.archive.org/web/20241221172134/https://www.apnews.com/
- https://web.archive.org/web/20241222020047/https://www.eonline.com/
- https://web.archive.org/web/20241222031322/https://www.businessinsider.com/
- https://web.archive.org/web/20241222090254/https://www.businessinsider.com/
- https://web.archive.org/web/20241222111159/https://www.eonline.com/
- https://web.archive.org/web/20241222130138/https://ew.com/
- https://web.archive.org/web/20241222223637/https://www.businessinsider.com/
- https://web.archive.org/web/20241223002806/https://www.eonline.com/
- https://web.archive.org/web/20241223054823/https://ew.com/
- https://web.archive.org/web/20241223075819/https://www.dailymail.co.uk/home/index.html
- https://web.archive.org/web/20241223112425/https://www.dailymail.co.uk/home/index.html
- https://web.archive.org/web/20241223163929/https://www.eonline.com/ca
- https://web.archive.org/web/20241223183548/https://www.dailymail.co.uk/news/index.html
- https://web.archive.org/web/20241224020955/https://www.businessinsider.com/
- https://web.archive.org/web/20241224061846/https://ew.com/
- https://web.archive.org/web/20241225050106/https://www.eonline.com/
- https://web.archive.org/web/20241228101427/https://ew.com/
- https://web.archive.org/web/20250125230331/https://pagesix.com/
- https://web.archive.org/web/20250501073956/https://www.eonline.com/news/

Confidential

- https://www.architecturaldigest.com/story/inside-blake-lively-ryan-reynolds-real-estate-portfolio
- https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP
- https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP?srsltid=AfmBOop45gTTiLvFh_w-8r5fOTKTDsXLyBjSQUawJx0p_b720J3FId98
- https://www.boxofficemojo.com/release/rl3825501697/
- https://www.boxofficemojo.com/title/tt10655524/
- https://www.brandwatch.com/datanetworks/x/
- https://www.brandwatch.com/partnerships/reddit/
- https://www.britannica.com/biography/Blake-Lively
- https://www.businessinsider.com/blake-lively-lawsuit-against-justin-baldoni-5-bombshells-2024-12
- https://www.businessinsider.com/blake-lively-lawsuit-justin-baldoni-lawsuit-pr-law-experts-2024-12
- https://www.businessinsider.com/blake-lively-sues-it-ends-with-us-costar-justin-baldoni-2024-12
- https://www.businessinsider.com/colleen-hoover-backs-blake-lively-on-instagram-justin-baldoni-lawsuit-2024-12
- https://www.businessinsider.com/martha-stewart-career-timeline-model-empire-prison#in-2020-stewart-caused-an-online-frenzy-when-she-posted-a-poolside-thirst-trap-on-instagram-13
- https://www.buzzfeed.com/larryfitzmaurice/justin-baldoni-friction-making-it-ends-with-us
- https://www.buzzfeednews.com/article/stephaniesoteriou/rude-2016-blake-lively-interview-journalist-quit
- https://www.casamigos.com/en-us/our-story
- https://www.colleenhoover.com/products/it-ends-with-us
- https://www.dailymail.co.uk/femail/article-13723621/blake-lively-justin-baldoni-feud-drama.html
- https://www.dailymail.co.uk/femail/article-13742877/reporter-blake-lively-interview-quit-ends-feud.html
- https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html
- https://www.dailymail.co.uk/news/article-14220065/Blake-Livelys-sister-breaks-silence-six-word-statement-Justin-Baldoni.html
- https://www.dailymail.co.uk/news/article-14220641/Justin-Baldoni-wedding-apology-Blake-Lively.html
- https://www.dailymail.co.uk/news/article-14221279/Justin-Baldoni-awkwardly-fumbles-way-Blake-Lively-questions-resurfaced-video.html
- https://www.dailymail.co.uk/reader-comments/p/comment/link/3746481439
- https://www.dailymail.co.uk/reader-comments/p/comment/link/3800924869
- https://www.dailymail.co.uk/reader-comments/p/comment/link/3802573881

Confidential

- https://www.dailymail.co.uk/reader-comments/p/comment/link/3803653917
- https://www.dailymail.co.uk/reader-comments/p/comment/link/3805230513
- https://www.dailymail.co.uk/reader-comments/p/comment/link/3814440361
- https://www.dailymail.co.uk/reader-comments/p/comment/link/3854375631
- https://www.dailymail.co.uk/reader-comments/p/comment/link/3855594039
- https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html
- https://www.dailymail.co.uk/tvshowbiz/article-13740163/justin-baldoni-friction-ends-feud-rumors-blake-lively.html
- https://www.dailymail.co.uk/tvshowbiz/article-13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html
- https://www.dailymail.co.uk/tvshowbiz/article-13755441/Blake-Lively-slur-transgender.html
- https://www.dailymail.co.uk/tvshowbiz/article-1393181/Blake-Lively-nude-pics-Photos-100-fake-says-Gossip-Girl-star.html
- https://www.dailymail.co.uk/tvshowbiz/article-14221559/amber-heard-speaks-blake-lively-justin-baldoni-feud.html
- https://www.digitalspy.com/movies/a61873035/it-ends-with-us-justin-baldoni-friction/
- https://www.disboards.com/threads/can-we-trust-hollywood-reporter-and-its-sources-on-who-becomes-disney%E2%80%99s-next-ceo.3968554/
- https://www.ebsco.com/research-starters/computer-science/tiktok-media-app
- https://www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/
- https://www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/#r3z-addoor
- https://www.emarketer.com/content/digital-media-makes-up-nearly-two-thirds-of-consumers-total-time-spent-with-media
- https://www.eonline.com/news/1405962/justin-baldoni-details-working-with-complex-personalities-on-it-ends-with-us
- https://www.eonline.com/news/1411454/blake-lively-sues-justin-baldoni-for-sexual-harassment
- https://www.eonline.com/news/1411455/justin-baldoni-responds-to-blake-livelys-sexual-harassment-legal-complaint
- https://www.eonline.com/news/1411456/blake-livelys-legal-complaint-against-justin-baldoni-includes-alleged-texts-about-smear-campaign
- https://www.eonline.com/news/1411457/justin-baldoni-dropped-by-talent-agency-after-blake-livelys-sexual-harassment-complaint
- https://www.eonline.com/news/1411458/blake-livelys-complaint-against-justin-baldoni-mentions-hailey-bieber-leighton-meester-and-more
- https://www.eonline.com/news/1411460/blake-lively-gets-support-from-colleen-hoover-gwyneth-paltrow-and-more-amid-justin-baldoni-complaint
- https://www.eonline.com/news/1411476/blake-lively-says-justin-baldoni-secretly-sent-her-to-weight-loss-specialist-instead-of-throat-doctor
- https://www.eonline.com/news/1411490/blake-lively-says-her-ryan-reynolds-kids-were-traumatized-by-alleged-justin-baldoni-smear-campaign

Confidential

- https://www.eonline.com/news/1411499/blake-livelys-it-ends-with-us-costar-brandon-skelnar-breaks-silence-on-justin-baldoni-allegations
- https://www.eonline.com/news/1411506/justin-baldoni-sued-by-former-publicist-days-after-blake-lively-complaint
- https://www.eonline.com/news/1412872/justin-baldoni-reveals-texts-from-ryan-reynolds-in-newly-launched-website
- https://www.eonline.com/news/1416837/blake-lively-and-anna-kendricks-friendship-history
- https://www.espn.com/soccer/story/_/id/44940499/how-ryan-reynolds-co-bought-wrexhams-path-promotion
- https://www.experian.com/blogs/marketing-forward/tv-measurement-2024/
- https://www.forbes.com/sites/conormurray/2024/08/14/why-fans-think-it-ends-with-us-stars-blake-lively-justin-baldoni-are-feuding-as-baldoni-reportedly-hires-crisis-pr/
- https://www.forbes.com/sites/jeffconway/2022/05/17/blake-lively-talks-betty-buzz-and-dominating-the-mixer-drink-industry/
- https://www.foxbusiness.com/lifestyle/blake-lively-sparkling-mixer-betty-buzz
- https://www.hollywoodreporter.com/business/business-news/entertainment-lawyer-bryan-freedman-hollywood-dark-knight-1235919993/
- https://www.hollywoodreporter.com/business/business-news/justin-baldoni-attorney-bryan-freedman-cant-lose-1236142321/
- https://www.hollywoodreporter.com/business/business-news/maximum-effort-marketing-ryan-reynolds-george-dewey-mntn-deal-1236155837/
- https://www.hollywoodreporter.com/movies/movie-news/blake-lively-sues-justin-baldoni-sexual-harassment-1236092214/
- https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-biggest-box-office-since-star-is-born-1235996877/
- https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/
- https://www.hootsuite.com/platform/analytics
- https://www.imdb.com/name/nm0000375/
- https://www.imdb.com/name/nm0515116/
- https://www.imdb.com/name/nm0515116/bio/
- https://www.imdb.com/name/nm1682573/bio/
- https://www.inc.com/graham-winfrey/justin-bieber-s-manager-on-the-secret-to-better-branding.html
- https://www.ispot.tv/brands/7PE/capital-one-banking
- https://www.justjared.com/2024/08/13/justin-baldoni-addresses-friction-on-it-ends-with-us-set/
- https://www.kohler.com/en/press-room/martha-stewart-cast-iron-ambassador-press-release
- https://www.lifeandstylemag.com/posts/justin-baldoni-on-friction-amid-it-ends-with-us-feud-rumors/
- https://www.marthastewart.com/martha-stewart-skechers-commercial-super-bowl-lix-8788822

Confidential

- https://www.marthastewart.com/martha-stewart-snoop-dogg-paris-olympics-2024-8690204
- https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-us-editors-about-blake-lively/
- https://www.megynkelly.com/watch/ep-1092-justin-baldonis-lawyer-says-he-wont-settle-with-blake-lively-and-what-comes-next-in-the-case/
- https://www.modash.io/blog/tiktok-pricing-guide
- https://www.modash.io/blog/youtube-influencer-pricing
- https://www.msi.org/articles/2020-msi-scholars-announced/
- https://www.nbcnews.com/id/wbna7038465
- https://www.newyorker.com/culture/critics-notebook/blake-lively-justin-baldoni-and-the-collapse-of-the-hollywood-metoo-era
- https://www.npr.org/2024/01/24/1225216895/bill-ackman-wall-street-harvard-dei-plagiarism-penn-college-free-speech
- https://www.nytimes.com/2004/03/06/business/martha-stewart-verdict-overview-stewart-found-guilty-lying-sale-stock.html
- https://www.nytimes.com/2008/04/20/movies/20carr.html
- https://www.nytimes.com/2023/04/25/business/media/carlson-lemon-lawyer-freedman.html
- https://www.nytimes.com/2024/08/11/business/media/it-ends-with-us-box-office.html
- https://www.nytimes.com/2024/12/21/business/media/blake-lively-justin-baldoni-it-ends-with-us.html
- https://www.nytimes.com/interactive/2024/12/21/us/statement-to-the-new-york-times.html
- https://www.oberlo.com/statistics/how-much-time-is-spent-with-different-forms-of-media
- https://www.pewresearch.org/fact-tank/2021/08/30/partisan-divides-in-media-trust-widen-driven-by-a-decline-among-republicans/
- https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/
- https://www.pewresearch.org/journalism/feature/news-media-tracker/
- https://www.pewresearch.org/politics/interactives/political-polarization-1994-2017/
- https://www.quintly.com/blog/twitter-impressions-and-reach-definition-and-how-to-track
- https://www.radiotimes.com/movies/it-ends-with-us-justin-baldoni-friction-newsupdate/
- https://www.rivaliq.com/
- https://www.rivaliq.com/blog/instagram-stories-benchmark-report/#title-methodology
- https://www.rivaliq.com/blog/instagram-stories-benchmark-report/#title-stories-reach-rate
- https://www.rivaliq.com/blog/tiktok-benchmark-report/#title-views-per-follower
- https://www.rivaliq.com/product/
- https://www.rottentomatoes.com/m/it_ends_with_us/cast-and-crew
- https://www.salon.com/2024/08/09/it-ends-with-us-controversy/
- https://www.scimagojr.com/journalrank.php?category=1406
- https://www.semrush.com/blog/analyzing-competitors-traffic/