Confidential

- https://www.semrush.com/blog/bounce-rate/
- https://www.semrush.com/company/
- https://www.sfgate.com/news/article/Time-well-spent-Martha-Stewart-leaves-prison-2694543.php
- https://www.socialinsider.io/social-media-benchmarks/instagram
- https://www.statista.com/topics/1536/media-use/
- https://www.ted.com/speakers/justin_baldoni
- https://www.thecut.com/article/it-ends-with-us-blake-lively-justin-baldoni-feud-rumors-explained.html
- https://www.thestreet.com/investing/bill-ackman-says-hes-spent-50-million-on-herbalife-battle-12780619
- https://www.tmz.com/2024/08/12/blake-lively-justin-baldoni-feud/
- https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792
- https://www.tweetbinder.com/blog/twitter-impressions/
- https://www.unilad.com/film-and-tv/news/it-ends-with-us-justin-baldoni-speaks-out-blake-lively-785745-20240815
- https://www.usmagazine.com/entertainment/news/inside-blake-lively-and-justin-baldonis-it-ends-with-us-feud/
- https://www.vice.com/en/article/this-los-angeles-block-party-is-all-about-helping-the-homeless/
- https://www.wayfarerstudios.com/
- https://www.wayfarerstudios.com/#projects
- https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-with-blake-lively-over-final-cut
- https://www.wsj.com/articles/prosecutors-interview-people-tied-to-ackman-in-probe-of-potential-herbalife-manipulation-1426196822
- https://www.yahoo.com/entertainment/ends-us-cast-drama-behind-174742487.html
- https://www.yahoo.com/entertainment/justin-baldoni-says-friction-while-212011241.html

**Social Media**
- http://tiktok.com/@metroentertainment/video/7403709890486684960
- http://twitter.com/bejeweledpaige/statuses/188002897315092497
- http://twitter.com/Deltaco27/statuses/1823917952816583164
- http://twitter.com/imurmastermind/statuses/1874469561371906543
- http://twitter.com/LizCrokin/statuses/1824613700113686913
- http://twitter.com/mazemoore/statuses/1885947337350029426
- http://twitter.com/PerezHilton/statuses/1824239689517195631
- http://twitter.com/PerezHilton/statuses/1824632168028483736
- http://twitter.com/PerezHilton/statuses/1826468186176586157
- http://twitter.com/Shnowyyy/statuses/1823537881295561096
- http://twitter.com/The_Realnez/statuses/1874552901789692322
- http://twitter.com/TMZ/statuses/1824491494167724352

Confidential

- https://www.facebook.com/100093046995284/videos/megyn-kelly-slams-blake-lively-for-bullying-megynkellyshow-blakelively-ryanreyno/1847572355822851/
- https://www.facebook.com/17841401462773682/videos/917775630132577/
- https://www.facebook.com/951theriver/posts/justin-baldoni-responds-to-blake-livelys-sexual-harassment-lawsuit-claims-as-cat/1410061300335543
- https://www.facebook.com/accesshollywood/videos/1316310812717897/
- https://www.facebook.com/accesshollywood/videos/blake-lively-files-lawsuit-against-justin-baldoni-as-it-ends-with-us-director-su/1110127863711567/
- https://www.facebook.com/accesshollywood/videos/sisterhood-of-the-traveling-pants-stars-send-blake-lively-support-amid-justin-ba/1114947313112079/
- https://www.facebook.com/babedotnet/posts/his-lawyer-said-the-allegations-are-categorically-false/994293329407439/
- https://www.facebook.com/bbcnews/posts/according-to-a-legal-filing-lively-accused-mr-baldoni-and-his-team-of-attacking-/1052670260230299/
- https://www.facebook.com/bbcnews/posts/justin-baldonis-legal-team-told-the-bbc-the-allegations-are-categorically-false/1051643793666279/
- https://www.facebook.com/business/news/Coming-Soon-Video-Metrics
- https://www.facebook.com/CBSMornings/videos/blake-lively-accuses-it-ends-with-us-costar-of-sexual-harassment-in-complaint/1122133892687378/
- https://www.facebook.com/enews/videos/blake-lively-seen-for-first-time-in-over-a-month-amid-justin-baldoni-legal-battl/643375904712687/
- https://www.facebook.com/enews/videos/blake-livelys-attorneys-slam-more-attacks-from-justin-baldonis-legal-team/1003866415140342/
- https://www.facebook.com/enews/videos/is-it-ends-with-us-brandon-sklenar-team-blake-lively-or-team-justin-baldoni/1140894497508977/
- https://www.facebook.com/EntertainmentTonight/videos/inside-blake-livelys-lawsuit-against-co-star-justin-baldoni/1724818111632019/
- https://www.facebook.com/GoodMorningAmerica/videos/blake-lively-has-filed-a-complaint-accusing-her-costar-and-director-justin-baldo/1307622876924048/
- https://www.facebook.com/lawandcrime/videos/13-shocking-details-in-blake-livelys-sexual-harassment-complaint/566580773001444/
- https://www.facebook.com/MegynKelly/videos/new-video-and-details-emerge-showing-serial-fraudster-blake-livelys-past-actions/637699522314364/
- https://www.facebook.com/MegynKelly/videos/ryan-reynolds-and-blake-livelys-actions-and-why-they-will-get-sued-with-justin-b/8964328550324648/
- https://www.facebook.com/MegynKelly/videos/she-is-not-in-a-good-position-she-cares-about-her-reputation-and-i-am-sure-she-w/1610208279651887/
- https://www.facebook.com/mizhollywd/photos/blake-lively-has-accused-her-it-ends-with-us-director-and-co-star-justin-baldoni/1164169255434019/?_rdr
- https://www.facebook.com/officialbenshapiro/videos/blake-lively-continues-to-dig-herself-into-a-hole/2429529180712860/
- https://www.facebook.com/officialbenshapiro/videos/will-blake-lively-ever-recover-from-this-with-megyn-kelly/616566590861296/
- https://www.facebook.com/parademag/posts/a-lawyer-for-baldoni-called-livelys-accusations-categorically-false/957387832912988/

Expert Report of Professor Ashlee Humphreys            140

Confidential

- https://www.facebook.com/PerezHilton/videos/blake-lively-effed-up-against-me-mistake-in-her-nevada-response-perez-hilton/2974425092742061/
- https://www.facebook.com/photo.php?fbid=972430338090827&id=100059716081151&set=a.653248480009016
- https://www.facebook.com/photo/?fbid=1065061215649871&set=pcb.1065061338983192
- https://www.facebook.com/PopFactions/posts/justinbaldonis-lawyer-calls-blakelivelys-lawsuit-a-desperate-attempt-to-fix-her-/1324733421943030/
- https://www.facebook.com/reel/1084994890398387
- https://www.facebook.com/reel/1109563714137257
- https://www.facebook.com/reel/2280469348992243
- https://www.facebook.com/reel/586566113964776
- https://www.facebook.com/reel/609562528278138
- https://www.facebook.com/reel/766173042380609
- https://www.facebook.com/theh3podcast/videos/throwback-to-blake-livelys-really-bizarre-interviews-these-interviews-both-surfa/1086045373278470/
- https://www.facebook.com/ThePerezHilton/videos/-justinbaldoni-blakelively-ryanreynolds/1558849575517041/
- https://www.facebook.com/thewestaustralian/posts/justin-baldoni-lawyer-has-accused-blake-lively-of-making-categorically-false-ac/914056987500172/
- https://www.facebook.com/TMZ/videos/heather-mcdonald-thinks-ryan-reynolds-is-the-real-bully-in-justin-blake-drama/1335387677480499/
- https://www.facebook.com/watch/?v=1150132443311732
- https://www.facebook.com/watch/?v=1739253666856399
- https://www.facebook.com/watch/?v=2758485401028356
- https://www.facebook.com/watch/?v=311838885289032
- https://www.facebook.com/watch/?v=490346930291592
- https://www.facebook.com/watch/?v=534626182422209
- https://www.facebook.com/watch/?v=557839194016933
- https://www.facebook.com/watch/?v=633552612420383
- https://www.facebook.com/watch/?v=987930903413569
- https://www.facebook.com/wnbj39/videos/hollywood-is-shaken-as-blake-lively-accuses-co-star-justin-baldoni-of-sexual-har/1595015161116421/
- https://www.facebook.com/work180official/posts/in-a-statement-to-tmz-blake-lively-says-i-hope-that-my-legal-action-helps-pull-b/1168395585289579/
- https://www.instagram.com/alizalichtxo/reel/DD2waqBR4BP/
- https://www.instagram.com/allabouttrhpodcast/
- https://www.instagram.com/bbcnews/p/DD61A_gxrS3/
- https://www.instagram.com/bbcnews/reel/DD7hZFWs10o/
- https://www.instagram.com/cbsnews/p/DD3EmczyGkD/
- https://www.instagram.com/goodmorningamerica/reel/DECtMZ4ON0n/?locale=en
- https://www.instagram.com/hollywoodreporter/p/DD2CRC8zQ8J/?hl=en
- https://www.instagram.com/megynkellyshow/?hl=en
- https://www.instagram.com/megynkellyshow/reel/DN6aV3KkY3M/

Confidential

- https://www.instagram.com/mwnlifestyle/p/DD4Rt4QOxUv/
- https://www.instagram.com/nofilterwithzack/reel/DEa9URQSdSy/
- https://www.instagram.com/nofilterwithzack/reel/DEGdtReSORr/
- https://www.instagram.com/p/DD24C3STSG0/
- https://www.instagram.com/p/DD2CHc0Rw6o/
- https://www.instagram.com/p/DD2CRC8zQ8J/
- https://www.instagram.com/p/DD2dy4yJr7H/
- https://www.instagram.com/p/DD2KmDXs4gK/
- https://www.instagram.com/p/DD2M87iTWKs/
- https://www.instagram.com/p/DD2M87iTWKs/c/18084979354493811/
- https://www.instagram.com/p/DD2nkpdhvw8/
- https://www.instagram.com/p/DD2nu0hPo1u/
- https://www.instagram.com/p/DD2PtezBIF2/c/17886640788163876/
- https://www.instagram.com/p/DD2PtezBIF2/c/18051113095872791/
- https://www.instagram.com/p/DD2Uf66NLSk/
- https://www.instagram.com/p/DD2vZe_vbNo/
- https://www.instagram.com/p/DD2vZe_vbNo/c/17920300242011126/
- https://www.instagram.com/p/DD2vZe_vbNo/c/18014339429474425/
- https://www.instagram.com/p/DD2vZe_vbNo/c/18027150743574421/
- https://www.instagram.com/p/DD2WvRAJvqa/
- https://www.instagram.com/p/DD46s7PvBKK/
- https://www.instagram.com/p/DD5jy2WPri9/?hl=en
- https://www.instagram.com/p/DD5nbJ9Tyba/
- https://www.instagram.com/p/DD76aQ_MDjE/
- https://www.instagram.com/p/DD78rLfTpro/?img_index=2
- https://www.instagram.com/p/DD7QJ4RTZNn/
- https://www.instagram.com/p/DD7sSEjNq3s/
- https://www.instagram.com/p/DD7UG8lRlYG/
- https://www.instagram.com/p/DD95UpjxLzz/
- https://www.instagram.com/p/DD9sKRTqaHc/
- https://www.instagram.com/p/DD9UvmFIssV/
- https://www.instagram.com/p/DD9VPtJoCuo/
- https://www.instagram.com/p/DDCqaz7Ip-J/c/18119350792439225/?hl=en
- https://www.instagram.com/p/DDfwLB2OJgq/c/17880532269215562/?hl=en
- https://www.instagram.com/p/DDfwLB2OJgq/c/17980814150731287/?hl=en
- https://www.instagram.com/p/DDfwLB2OJgq/c/18069826685316085/?hl=en
- https://www.instagram.com/p/DDfwLB2OJgq/c/18447597421078466/?hl=en
- https://www.instagram.com/p/DDpUVxGvnEG/?hl=en
- https://www.instagram.com/p/DDpUVxGvnEG/c/18058936285903182/?hl=en
- https://www.instagram.com/p/DDpUVxGvnEG/c/18287029318174729/?hl=en
- https://www.instagram.com/p/DDpUVxGvnEG/c/18477261565039673/?hl=en
- https://www.instagram.com/p/DE5UTTjMSwy/
- https://www.instagram.com/p/DED48-vS6SY/
- https://www.instagram.com/p/DEIOfgAt-hg/

Confidential

- https://www.instagram.com/p/DEP1ts4M5ka/
- https://www.instagram.com/p/DFlhDhYv4SY/
- https://www.instagram.com/p/DFqhOqZRc3z/c/17914058768983453/?hl=en
- https://www.instagram.com/p/DFRjWrLx7iN/?hl=en
- https://www.instagram.com/p/DFt0dZyxbQ1/c/17953903679778336/
- https://www.instagram.com/p/DGBF_YQRUQ-/?hl=en
- https://www.instagram.com/p/DGDye4Nxw62/?hl=en&img_index=1
- https://www.instagram.com/p/DI4jtndobKL/c/18032277179649516/
- https://www.instagram.com/p/DIgwz9BRRX7/
- https://www.instagram.com/p/DJ_8TOrgE4_/c/17967464909929287/?hl=en
- https://www.instagram.com/p/DJ_8TOrgE4_/c/17976229838865335/?hl=en
- https://www.instagram.com/p/DJ_8TOrgE4_/c/18018512330721096/?hl=en
- https://www.instagram.com/p/DJ_8TOrgE4_/c/18024765878518816/?hl=en
- https://www.instagram.com/p/DJ_8TOrgE4_/c/18051614162204708/?hl=en
- https://www.instagram.com/p/DJ_8TOrgE4_/c/18070952204019920/?hl=en
- https://www.instagram.com/p/DJ_8TOrgE4_/c/18083740603841004/?hl=en
- https://www.instagram.com/p/DJdFCbHp8mC/c/17953833248828006/?hl=en
- https://www.instagram.com/p/DJdFCbHp8mC/c/18029845604474870/?hl=en
- https://www.instagram.com/p/DJdFCbHp8mC/c/18081738502849267/?hl=en
- https://www.instagram.com/p/DJdFCbHp8mC/c/18083488114757421/?hl=en
- https://www.instagram.com/p/DJHtCaRCeB7/c/17893717377278459/?hl=en
- https://www.instagram.com/p/DJHtCaRCeB7/c/18096097213590433/?hl=en
- https://www.instagram.com/p/DJK8ubxS4Jt/c/17868518979332372/?hl=en
- https://www.instagram.com/p/DJK8ubxS4Jt/c/18085065289680545/?hl=en
- https://www.instagram.com/p/DJkrLNMzSFc/?img_index=8
- https://www.instagram.com/pedestriantv/p/DD3YGJIT-zx/
- https://www.instagram.com/prprinsessa/reels/
- https://www.instagram.com/realcandaceowens/?hl=en
- https://www.instagram.com/reel/C_Avus8p2lk/
- https://www.instagram.com/reel/C-qnKqHJ3Qu/
- https://www.instagram.com/reel/C-sdQazOKiK/
- https://www.instagram.com/reel/C-yCZvlP8MV/
- https://www.instagram.com/reel/DAfJcZOJVjE/
- https://www.instagram.com/reel/DAPwTmJRTr5/
- https://www.instagram.com/reel/DD2PtezBIF2/
- https://www.instagram.com/reel/DD2Q_RFvmQm/
- https://www.instagram.com/reel/DD2SmJ_x9o_/
- https://www.instagram.com/reel/DD5ZR33sCkp/
- https://www.instagram.com/reel/DD7bUNBu6lH/
- https://www.instagram.com/reel/DD9-2ZSO_-j/
- https://www.instagram.com/reel/DE7-4LsyNOP/
- https://www.instagram.com/reel/DEiZu-9xGMB/?hl=en
- https://www.instagram.com/reel/DF9WBCZx-EY
- https://www.instagram.com/reel/DFBnsy2OSLU/

Confidential

- https://www.instagram.com/reel/DHJOjZVOygz/
- https://www.instagram.com/reel/DI4jtndobKL/
- https://www.instagram.com/reel/DLN_Rv0M7SZ/
- https://www.instagram.com/reel/DM2MWIvosWM/
- https://www.instagram.com/sagesteele/reels/
- https://www.instagram.com/sonniabatta/reel/C-yCZvlP8MV/
- https://www.instagram.com/thedailybeast/p/DD-FEB9zWMg/
- https://www.instagram.com/theperezhilton/?hl=en
- https://www.instagram.com/zoeunlimited/reels/
- https://www.reddit.com/r/DC_Cinematic/comments/bsnlev/discussion_what_are_the_mo st_reliable_and_least/
- https://www.reddit.com/r/ItEndsWithLawsuits/
- https://www.reddit.com/r/ItEndsWithLawsuits/comments/1klvijt/imo_a_number_of_blak e_supporters_rally_around_her/
- https://www.reddit.com/r/ItEndsWithLawsuits/comments/1ksu678/hollywood_hairstylist _justin_anderson_and_kristen/
- https://www.reddit.com/r/movies/comments/hun828/what_website_do_you_recommend_ to_follow_legit/
- https://www.reddit.com/r/teamjustinbaldoni/
- https://www.reddit.com/r/teamjustinbaldoni/comments/1mdm4ge/humiliated_blake_livel y_refuses_to_accept_real/
- https://www.reddit.com/r/teamjustinbaldoni/comments/1mm074w/your_free_speech_is_ under_attack_by_ryan_reynolds/
- https://www.reddit.com/r/teamjustinbaldoni/comments/1mxrd91/blake_lively_is_the_bull y_isnt_it_ironic_says_tter/
- https://www.threads.com/@sagesteele/post/DEiaZPeRV7s
- https://www.tiktok.com/@_camcamcan/video/7403387648561237290
- https://www.tiktok.com/@.filmch3rry/video/7405004854021688618
- https://www.tiktok.com/@0fryp0/video/7404890422448803105
- https://www.tiktok.com/@adrianne.louie/video/7457887853083708718
- https://www.tiktok.com/@alizalichtxo/video/7404141938972167455
- https://www.tiktok.com/@alizalichtxo/video/7450988420127575338
- https://www.tiktok.com/@auntkaren0/video/7466957857645202719
- https://www.tiktok.com/@baconeggy_peggypew/video/7471002058288565547
- https://www.tiktok.com/@bbcnews/video/7451210617886657825
- https://www.tiktok.com/@bbcnews/video/7451985672899956001
- https://www.tiktok.com/@bbcsounds/video/7533911319473442070
- https://www.tiktok.com/@bbieberfever._jb/video/7406668647030197534
- https://www.tiktok.com/@bee.better.company
- https://www.tiktok.com/@bee.better.company/video/7462611161788239110
- https://www.tiktok.com/@brennasbakery/video/7403556333796085034
- https://www.tiktok.com/@brittanylylaofficial/video/7403111122385079594
- https://www.tiktok.com/@calabasaswings/video/7403089893598956832
- https://www.tiktok.com/@calabasaswings/video/7404224889642847520

Confidential

- https://www.tiktok.com/@calabasaswings/video/7406468878240386336
- https://www.tiktok.com/@candaceoshow
- https://www.tiktok.com/@candaceoshow/video/7457758049760005407
- https://www.tiktok.com/@candaceoshow/video/7460684437638941982
- https://www.tiktok.com/@candaceoshow/video/7462967281748856095
- https://www.tiktok.com/@catching.fun/video/7458278522742918446
- https://www.tiktok.com/@cbseveningnews/video/7451081663871782174
- https://www.tiktok.com/@cbsmornings/video/7451652879745551646
- https://www.tiktok.com/@cbsmornings/video/7452021745466248479
- https://www.tiktok.com/@cbsnews/photo/7451639491195850026
- https://www.tiktok.com/@clipcrzy4yt/video/7450879312267627822
- https://www.tiktok.com/@cloutchatmedia/video/7464499995375373601
- https://www.tiktok.com/@coffeewithcharlotte/video/7403541144635854123
- https://www.tiktok.com/@dailymail/video/7450903492358573358
- https://www.tiktok.com/@dailymail/video/7451645843662310702
- https://www.tiktok.com/@devotedly.yours/video/7403827171648654623
- https://www.tiktok.com/@devotedly.yours/video/7450891208806763806
- https://www.tiktok.com/@dibarazzi/video/7473214143823220010
- https://www.tiktok.com/@dr.zoe.shesacrowd/video/7403340193517915408
- https://www.tiktok.com/@emilycschwartz/video/7450875551658675487
- https://www.tiktok.com/@entertainmenttonight/video/7450885088042028318
- https://www.tiktok.com/@entertainmenttonight/video/7451359051604069662
- https://www.tiktok.com/@fanaticmedia_/video/7517289853252324630
- https://www.tiktok.com/@ginabear1981/video/7456679086539197738
- https://www.tiktok.com/@gma/video/7451599200367676718
- https://www.tiktok.com/@gma/video/7452703985708043566
- https://www.tiktok.com/@h3_podcast/video/7408264155339214112
- https://www.tiktok.com/@hazel.talks.gossip/video/7451540172518214942
- https://www.tiktok.com/@https_cyberkim/video/7454050759160712478
- https://www.tiktok.com/@independent_usa/video/7403438099532991774
- https://www.tiktok.com/@itsmissloulita/photo/7402006956111662369
- https://www.tiktok.com/@itsmissloulita/video/7404104841351400736
- https://www.tiktok.com/@itsmissloulita/video/7406409280225660193
- https://www.tiktok.com/@joysparkleshine/video/7451295307146759470
- https://www.tiktok.com/@joysparkleshine/video/7451347444484345131
- https://www.tiktok.com/@justbri_always/video/7403580304826420511
- https://www.tiktok.com/@justbri_always/video/7459171217090563370
- https://www.tiktok.com/@justplainzack/video/7457368476358036782
- https://www.tiktok.com/@justplainzack/video/7533312105609465143
- https://www.tiktok.com/@katrynwrites/video/7472875912279625002
- https://www.tiktok.com/@ky_mom_79/video/7403790836074319146
- https://www.tiktok.com/@ladymisskay_/video/7404165143791258910
- https://www.tiktok.com/@lilian_sanchezb/video/7401384895819304223
- https://www.tiktok.com/@lovingsingle/video/7402395689029782815

Confidential

- https://www.tiktok.com/@lovingsingle/video/7404316247015329055
- https://www.tiktok.com/@lyltokyo/video/7403006470003920159
- https://www.tiktok.com/@madisenbeaty/video/7403193600298732843
- https://www.tiktok.com/@mandykayschendel/video/7451818880177098026
- https://www.tiktok.com/@mariannenafsu/video/7457376827909115167
- https://www.tiktok.com/@meangirlpod/video/7406307829604306218
- https://www.tiktok.com/@megynkellyshow/video/7457306648286186783
- https://www.tiktok.com/@megynkellyshow/video/7543738049549683998
- https://www.tiktok.com/@missxtinab/video/7404263281952705834
- https://www.tiktok.com/@moviesandmanis/video/7403748232678870304
- https://www.tiktok.com/@msnbc/video/7451784725477281066
- https://www.tiktok.com/@nbcnews/video/7451272514296237354
- https://www.tiktok.com/@newsnationnow/video/7457012502493187358
- https://www.tiktok.com/@officialsagesteele
- https://www.tiktok.com/@officialsagesteele/video/7457284296856866091
- https://www.tiktok.com/@people/video/7450882344799505694
- https://www.tiktok.com/@pinkponypolitics/video/7402295569705635103
- https://www.tiktok.com/@pop.diaries/video/7456540313121721630
- https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODczNTI3MzU2MTk4MTc0MTc0Mg
- https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODQ3OTE4MjYxNzg3MTE1MA
- https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODQwMjMyMjYxNzk3NTU5NA
- https://www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODUyOTY2MDM5NDMyNDc3OQ
- https://www.tiktok.com/@popculturetea789/video/7469055988419661089
- https://www.tiktok.com/@readchoi/video/7403521915593297182
- https://www.tiktok.com/@realtoktimes/video/7403164871925222698
- https://www.tiktok.com/@receiptdigger/video/7467848313354669343
- https://www.tiktok.com/@robandhaley/video/7451721565428796714
- https://www.tiktok.com/@sboshmafu/video/7402551540612926726
- https://www.tiktok.com/@shannonhillnews/video/7472056584688930078
- https://www.tiktok.com/@spillsesh_yt/video/7403084712291421470
- https://www.tiktok.com/@sports.entertainment77/video/7404965074948885765
- https://www.tiktok.com/@sports.entertainment77/video/7406100599554542854
- https://www.tiktok.com/@sports.entertainment77/video/7406500944793357573
- https://www.tiktok.com/@staceymcgunnigle/video/7518167012699426078
- https://www.tiktok.com/@stephwithdadeets/video/7461764522626354474
- https://www.tiktok.com/@stephwithdadeets/video/7470668851458411818
- https://www.tiktok.com/@stephwithdadeets/video/7506539214650068255
- https://www.tiktok.com/@sweetandsaltylin/video/7532889211054066975
- https://www.tiktok.com/@taylorgossipvibes/video/7458507542000323871
- https://www.tiktok.com/@taylorgossipvibes/video/7471867456785616158

Confidential

- https://www.tiktok.com/@thatwaswildpod/video/7470600424228130091
- https://www.tiktok.com/@thegmansour/video/7403382359027993902
- https://www.tiktok.com/@thenewsmovement/photo/7451980065379831070
- https://www.tiktok.com/@theredcoquette/video/7403484998612913451
- https://www.tiktok.com/@thesimplysimone/video/7450879640308075818
- https://www.tiktok.com/@thetvandmoviequeen/video/7402428820034211115
- https://www.tiktok.com/@thisisdanabowling/video/7497112188755135786
- https://www.tiktok.com/@tiktig82/video/7467903718638259463
- https://www.tiktok.com/@yamishkatv/video/7420633815900638506
- https://www.tiktok.com/@yamishkatv/video/7467391519088020778
- https://www.tiktok.com/@yleniasopinions/video/7403286903279160608
- https://www.tiktok.com/@zaila_collection/video/7406003134113352976
- https://www.tiktok.com/@zoeunlimited/video/7418219074603273502
- https://www.tiktok.com/search?q=%23blakelivelyisaliar&t=1754944192461
- https://www.youtube.com/@PerezHilton/search?query=lively
- https://www.youtube.com/@PopcornedPlanet/search?query=blake%20lively
- https://www.youtube.com/@RealCandaceO
- https://www.youtube.com/c/MegynKelly
- https://www.youtube.com/live/twp3BNWQ0BU
- https://www.youtube.com/popcornedplanet
- https://www.youtube.com/shorts/nzd0PVdgoiA
- https://www.youtube.com/shorts/oBJonkSs-VA
- https://www.youtube.com/watch?app=desktop&v=YkbyKYaiwRg
- https://www.youtube.com/watch?v=_T-vKuBIJcs
- https://www.youtube.com/watch?v=-qcRGWgL9Ow&lc=
- https://www.youtube.com/watch?v=-qcRGWgL9Ow&lc=Ugxa_DuG4lOjrg9PhV14AaABAg
- https://www.youtube.com/watch?v=-qcRGWgL9Ow&lc=UgxG8tkYeM-U-UYRFoR4AaABAg
- https://www.youtube.com/watch?v=0E3Q9POxssA
- https://www.youtube.com/watch?v=0wAH6PllOOY
- https://www.youtube.com/watch?v=12lFC-5hBbU
- https://www.youtube.com/watch?v=1RiX_2-VLyg
- https://www.youtube.com/watch?v=2gMIYXxsNwg
- https://www.youtube.com/watch?v=2h-Ml5nPYCw
- https://www.youtube.com/watch?v=3cHghWdBXAk
- https://www.youtube.com/watch?v=3p9Qm7LGrng
- https://www.youtube.com/watch?v=4Oi4Ly1nDVQ
- https://www.youtube.com/watch?v=5CFen30FRNQ
- https://www.youtube.com/watch?v=5jCcKu-1tTQ
- https://www.youtube.com/watch?v=5NxKwJnHD0A
- https://www.youtube.com/watch?v=5T28wu6HlMU
- https://www.youtube.com/watch?v=68lXahcQtIY
- https://www.youtube.com/watch?v=6pUeMFiRlds

Confidential

- https://www.youtube.com/watch?v=6s5YKo5Regc
- https://www.youtube.com/watch?v=6WsXUMztWzY
- https://www.youtube.com/watch?v=6WsXUMztWzY&lc=Ugw7vEZvbCArsgdhAwB4A aABAg
- https://www.youtube.com/watch?v=6yiKOZJjmjI
- https://www.youtube.com/watch?v=78kPeD4ZRw8
- https://www.youtube.com/watch?v=7ngL8oCWbsQ
- https://www.youtube.com/watch?v=7OxKeH4SnnM
- https://www.youtube.com/watch?v=808LxrJJIaQ
- https://www.youtube.com/watch?v=83UWkugKE28
- https://www.youtube.com/watch?v=Agf6a2xSCCk
- https://www.youtube.com/watch?v=BKEyQzRRjys
- https://www.youtube.com/watch?v=BuUMD-0jhrw
- https://www.youtube.com/watch?v=ct9JVSbQVKI
- https://www.youtube.com/watch?v=d7QXja97Gf4
- https://www.youtube.com/watch?v=DwsbVFr7ANA
- https://www.youtube.com/watch?v=E2iQXZ1aTfk
- https://www.youtube.com/watch?v=F2-2RBi1qzY
- https://www.youtube.com/watch?v=fdWRR6yArb8
- https://www.youtube.com/watch?v=fIhmPkaD5ZY
- https://www.youtube.com/watch?v=GhjRPjsLsi0
- https://www.youtube.com/watch?v=gj_zYwv7ulw
- https://www.youtube.com/watch?v=gQjHLo8kg9w
- https://www.youtube.com/watch?v=GQqxdeqs4wY
- https://www.youtube.com/watch?v=GQqxdeqs4wY&lc=Ugxp7u7gmx5YHqja4rB4AaA BAg
- https://www.youtube.com/watch?v=GQqxdeqs4wY&lc=UgyMr8j5lLMU3V9WGgV4Aa ABAg
- https://www.youtube.com/watch?v=IjEV2wg7Qxo
- https://www.youtube.com/watch?v=ijr5bMvQWQI
- https://www.youtube.com/watch?v=J7jyvDCTyjQ
- https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgwTLutqx22Mu-OlR2h4AaABAg
- https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgwyXnicTxlv5VmvrtZ4AaAB Ag
- https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgyUI31ydQm_liFIdx94AaABA g.A7SD9nfzgZuA7SGRgT6cCg
- https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgzKVhQPkzwSXLlgQFx4AaA BAg
- https://www.youtube.com/watch?v=J7jyvDCTyjQ&lc=UgzrUGqfIlVix9hsS5l4AaABAg &pp=0gcJCSMANpG00pGi
- https://www.youtube.com/watch?v=jhBSqg4Ubc8
- https://www.youtube.com/watch?v=juB77OYTx08
- https://www.youtube.com/watch?v=Kagte8nvZnM

Confidential

- https://www.youtube.com/watch?v=kUpmiZw29-s
- https://www.youtube.com/watch?v=lArht7dBUg8
- https://www.youtube.com/watch?v=M-OZdg1jbbk&lc=Ugw9Xgd-cNyJUrewiC54AaABAg
- https://www.youtube.com/watch?v=M-OZdg1jbbk&lc=Ugz68DN-QjSLLkScB8B4AaABAg
- https://www.youtube.com/watch?v=M-OZdg1jbbk&lc=Ugzje7aUw1B26TSug9F4AaABAg
- https://www.youtube.com/watch?v=M-OZdg1jbbk
- https://www.youtube.com/watch?v=me5UDZby-oA
- https://www.youtube.com/watch?v=MuCyRA4XAyo
- https://www.youtube.com/watch?v=MvGf6_P88CU
- https://www.youtube.com/watch?v=N0faMJqIefA
- https://www.youtube.com/watch?v=NxBASQXV5E8
- https://www.youtube.com/watch?v=NXmq1WGnOL8
- https://www.youtube.com/watch?v=OasooLSnyFs
- https://www.youtube.com/watch?v=Oh70XZ-wT4U
- https://www.youtube.com/watch?v=OnEGAcsFy-o
- https://www.youtube.com/watch?v=PR6xEq2l5Yg
- https://www.youtube.com/watch?v=Q_udFpwwy74
- https://www.youtube.com/watch?v=Q4rmrn3Qa3c
- https://www.youtube.com/watch?v=Q4yniMqrlgI
- https://www.youtube.com/watch?v=Q4yniMqrlgI&lc=UgyjzgYrWhilbpZLajd4AaABAg
- https://www.youtube.com/watch?v=QBo6tK9qRaA
- https://www.youtube.com/watch?v=qMrb3FT2gDY
- https://www.youtube.com/watch?v=QOhmvhKXYso
- https://www.youtube.com/watch?v=Qvj3WOSFYYo
- https://www.youtube.com/watch?v=rs-i3m5zPH8
- https://www.youtube.com/watch?v=sM98NYMS9R0
- https://www.youtube.com/watch?v=So60ehEvhHE
- https://www.youtube.com/watch?v=SsSBYw83TJs
- https://www.youtube.com/watch?v=TcM404xE78M
- https://www.youtube.com/watch?v=TSrz_JvGcxo
- https://www.youtube.com/watch?v=tUzLFODCZuE
- https://www.youtube.com/watch?v=uGKNhzhEAQo
- https://www.youtube.com/watch?v=UNJEhTiNOrk
- https://www.youtube.com/watch?v=v2OGwByAIQU
- https://www.youtube.com/watch?v=VaorU6_P4uk
- https://www.youtube.com/watch?v=veBwSaOWvr8
- https://www.youtube.com/watch?v=vHqce01-zg0
- https://www.youtube.com/watch?v=VjzsNAn21hg
- https://www.youtube.com/watch?v=VLFu-QK7z2k&lc=UgxPD7QCS-LLxcp-pX54AaABAg
- https://www.youtube.com/watch?v=vzDsaQfN160

Confidential

- https://www.youtube.com/watch?v=VZhKVuc8xIc
- https://www.youtube.com/watch?v=wB1evxkisdw
- https://www.youtube.com/watch?v=wQpaaYz06iE
- https://www.youtube.com/watch?v=xduHryXb47A
- https://www.youtube.com/watch?v=XGiVTUQAvuA
- https://www.youtube.com/watch?v=xRKuEAppEuM
- https://www.youtube.com/watch?v=xy4JwD-E33c
- https://www.youtube.com/watch?v=YXl_5OMypV8
- https://www.youtube.com/watch?v=ZeBhfJcEg88
- https://www.youtube.com/watch?v=ZH_wJUY2bNQ
- https://www.youtube.com/watch?v=zw35Hd9J6YU
- https://x.com/5CHRIS_8/status/1870615740551938395
- https://x.com/AllAboutTRH/status/1876747448712089783
- https://x.com/AllAboutTRH/status/1912523156281085958
- https://x.com/andysignore/status/1879963720966893842
- https://x.com/aubreyvision/status/1823484536107237378
- https://x.com/bungarsargon/status/1892191955393663196
- https://x.com/Daily_MailUS/status/1824771655693992239
- https://x.com/Daily_MailUS/status/1880826420470907035/photo/1
- https://x.com/DailyMail/status/1826070385663610936
- https://x.com/DailyMail/status/1874415118655586482
- https://x.com/DEADLINE/status/1880793360899928302
- https://x.com/Dharaura1/status/1880917106755281147
- https://x.com/dont_be_common/status/1870531831562744185
- https://x.com/drugproblem/status/1902060511023526281
- https://x.com/F1FanRSA/status/1874489426451263491
- https://x.com/FemCondition/status/1875202862445420791
- https://x.com/filmfare/status/1870715270828101681?lang=ar
- https://x.com/FlorioGina/status/1871236542355869758
- https://x.com/GabrielDivina2/status/1823369798769946743
- https://x.com/gimpdiculous/status/1874536478468161812
- https://x.com/ItsMeKhaya_/status/1886140642927018465
- https://x.com/jameslb157/status/1880829684499534100
- https://x.com/JDessaigne/status/1874512315934241197
- https://x.com/justplainzack/status/1880116658184024283
- https://x.com/kiarajade2001/status/1902817483783917705
- https://x.com/LadyColinCampb/status/1900889541344391661
- https://x.com/LaIndiiuu/status/1870565220613280151
- https://x.com/LesNew5/status/1870496842120921285
- https://x.com/LindaSm39300331/status/1874521086144168252
- https://x.com/LizCrokin/status/1824618500431724917
- https://x.com/LizCrokin/status/1888828588960436400
- https://x.com/mariagarrett21/status/1922842427292782734
- https://x.com/mega2e/status/1870493578864349566?

Confidential

- https://x.com/MeghansMole/status/1871640656172761570
- https://x.com/MeghansMole/status/1891510955818791016
- https://x.com/megynkelly
- https://x.com/MegynKellyShow/status/1876750995645964337
- https://x.com/MegynKellyShow/status/1893076645528924186
- https://x.com/Mistie_Mo/status/1937543940447797592
- https://x.com/MrsTrueCrime/status/1824660759172841588
- https://x.com/Mystifeye/status/1916225150665511258
- https://x.com/NewsiniApp/status/1880798070654263432
- https://x.com/NewsiniApp/status/1880798399227732206
- https://x.com/PageSix/status/1883270538228879375
- https://x.com/paperkrums/status/1870859158825677037
- https://x.com/PopBase/status/1870478849341071388?lang=en
- https://x.com/Quin4Trump/status/1875464778690265594
- https://x.com/realmelanieking/status/1891266207493378434
- https://x.com/realmelanieking/status/1900258927658623415
- https://x.com/realmelanieking/status/1901796562453372967
- https://x.com/RNN_RoyalNews/status/1890609227661562169
- https://x.com/sage1411/status/1879894977926570326
- https://x.com/sagesteele/status/1876752992164044966?lang=en
- https://x.com/SapienAssassin/status/1892952603199148494
- https://x.com/SapienAssassin/status/1898088493294780423
- https://x.com/SaraFoxx1/status/1891344404423536753
- https://x.com/shittyshiv/status/1823418528613196145
- https://x.com/smithson_kit/status/1880998052674306307
- https://x.com/spiritualshift_/status/1882494811082797256
- https://x.com/spiritualshift_/status/1890902467451482579
- https://x.com/spiritualshift_/status/1892642914804891838
- https://x.com/spiritualshift_/status/1903154642881745088
- https://x.com/spiritualshift_/status/1923511620778766687
- https://x.com/StephanieSidley/status/1891357967468958093
- https://x.com/TaraBull808/status/1870553149456679090
- https://x.com/theanchoragent/status/1880802279412117607
- https://x.com/TheFabBookLover/status/1906759687585800698
- https://x.com/ThePerezHilton/status/1880070359460020706
- https://x.com/thr
- https://x.com/THR/status/1876758515433529750
- https://x.com/THR/status/1877060201871978546
- https://x.com/TinaTweeker/status/1874865743407247612
- https://x.com/TMZ/status/1883226938359022058
- https://x.com/Variety/status/1828462980415267285
- https://x.com/Variety/status/1870483480314073476
- https://x.com/WeSmirch/status/1881007545201946958
- https://x.com/XOQueenEsther/status/1886578087665541323

Confidential

- https://x.com/XoxoAudrey4ever/status/1891089973236924678
- https://x.com/xxsmnrsxx/status/1885752064036229129
- https://x.com/Zain72170560/status/1880809849019339246
- https://youtu.be/6GYhQEvaqn0?t=70
- https://www.youtube.com/watch?v=2gMIYXxsNwg__
- www.tiktok.com/@adrianne.louie/video/7457887853083708718?cid=NzQ1Nzk3OTQ3Nzk0ODkwODMxOA
- www.tiktok.com/@adrianne.louie/video/7457887853083708718?cid=NzQ1NzkzNjM5Mjc0MzMyMjQxNA
- www.tiktok.com/@adrianne.louie/video/7457887853083708718?cid=NzQ1OTA1MTA2NDgzNjE3ODY5Ng
- www.tiktok.com/@bbcnews/video/7451985672899956001?cid=NzQ1MjgzMTUxMTEwNTMwNzM5O
- www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=NzQ2Mjc0ODkyNDYzOTY5MTU2Mg
- www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=NzQ2MjYxNTMzMTQzzOTAxODc4Mw
- www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=NzQ2MjYxODE1NjY2ODA2MDQ0Ng
- www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=NzQ2MjYyOTk5MTAxNDI6OTTcwMg
- www.tiktok.com/@bee.better.company/video/7462611161788239110?cid=NzQ2MzIwNDQ2NzE1OTTA4OTk2Ng
- www.tiktok.com/@candaceoshow/video/7462967281748856095?cid=NzQ2Mjk5NzAxMTY1MTk4NjE4NA
- www.tiktok.com/@dailymail/video/7450903492358573358?cid=NzQ1MDk2Mzk3ODE4NjA5NzQzOA
- https://www.tiktok.com/@elleuk/video/7402270193398861088
- https://www.tiktok.com/@elleuk/video/7408205773366447393
- www.tiktok.com/@justplainzack/video/7533312105609465143?cid=NzUzMzM0ODY3MjIwNjg2NTE4Mw
- www.tiktok.com/@justplainzack/video/7533312105609465143?cid=NzUzMzMyMjgwODY4MTg3NDE4OQ
- www.tiktok.com/@justplainzack/video/7533312105609465143?cid=NzUzMzMzODg2MDc3Mjc3MDU4Mg
- www.tiktok.com/@justplainzack/video/7533312105609465143?cid=NzUzMzQ1MzUyNzMwMzE0NDIxMA
- www.tiktok.com/@justplainzack/video/7533312105609465143?cid=NzUzMzQxODM3MTUwMjg1MDgyOQ
- www.tiktok.com/@mariannenafsu/video/7457376827909115167?cid=NzQ1Nzc2OTE1MzY3Y3Nzg1MzQNg
- www.tiktok.com/@mariannenafsu/video/7457376827909115167?cid=NzQ1NzM4MDM1zNDAxMjAwNzIxMQ
- www.tiktok.com/@megynkellyshow/video/7457306648286186783?cid=NzQ1NzM2NjE2MTA1MjAwOTIxNw

Confidential

- www.tiktok.com/@megynkellyshow/video/7457306648286186783?cid=NzQ1NzQwNT
  c0OTMzNTQwOTQ1MA
- www.tiktok.com/@megynkellyshow/video/7457306648286186783?cid=NzQ2MDQxMj
  gwMTIwNDY2NzE0Mg
- www.tiktok.com/@newsnationnow/video/7457012502493187358?cid=NzQ1NzA0NDA
  3ODQzNTY0ODI2NA
- www.tiktok.com/@newsnationnow/video/7457012502493187358?cid=NzQ1NzE2NzAy
  OTY4Nzk5MzEzNA
- www.tiktok.com/@officialsagesteele/video/7457284296856866091
- www.tiktok.com/@people/video/7450882344799505694?cid=NzQ1MDg4OTQ3Mzk0Nj
  IwNzAxOA
- www.tiktok.com/@people/video/7450882344799505694?cid=NzQ1MDk4NDg4OTUxxO
  DY1NDIzOQ
- www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1NzU4NTI0MT
  YzNzk3ODkxMA
- www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1NzYxMDE1Mz
  k3MTEzOTM1OQ
- www.tiktok.com/@pop.diaries/video/7456540313121721630?cid=NzQ1ODY4NTMyNT
  I2NDUzNjM1MQ
- www.tiktok.com/@robandhaley/video/7451721565428796714?cid=NzQ1NTIzNzA0OD
  gwNDUyNDgyMg

Expert Report of Professor Ashlee Humphreys                                    153

Confidential

## APPENDIX D – IMPRESSIONS OF PLANTED CONTENT

Tabloid Articles Coordinated with Defendants

| Date | Article Link | Impressions |
|------|-------------|-------------|
| 08-17-2024 | https://www.dailymail.co.uk/tvshowbiz/article-13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html | 140,760 |
| 08-20-2024 | https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html | 64,624 |
| 08-27-2024 | https://variety.com/2024/film/news/it-ends-with-us-sequel-in-doubt-blake-lively-justin-baldoni-feud-1236114099/ | 45,882 |
| | | *251,266* |

Sage Steele Social Media Posts and Podcast Episodes

| Date | Post Link | Impressions |
|------|-----------|-------------|
| 01-07-2025 | https://www.youtube.com/watch?v=2gMIYXxsNwg__ | 213,700 |
| 01-07-2025 | https://www.instagram.com/reel/DEiZu-9xGMB/?hl=en | 332,000 |
| 01-07-2025 | www.tiktok.com/@officialsagesteele/video/7457284296856866091 | 1,500,000 |
| 01-07-2025 | https://open.spotify.com/episode/1HvHMVCkWxm9JIpPHZPfFC | n/a |
| 01-07-2025 | https://podcasts.apple.com/us/podcast/shame-on-blake-lively-the-new-york-times/id1754460914?i=1000683220818 | n/a |
| 01-07-2025 | https://www.threads.com/@sagesteele/post/DEiaZPeRV7s | 44,570 |
| 01-08-2025 | https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP | n/a |
| 01-07-2025 | https://www.facebook.com/17841401462773682/videos/917775630132577/ | 332,000 |
| 01-07-2025 | https://x.com/sagesteele/status/1876752992164044966?lang=en | 539,100 |
| | | *2,961,370* |

Tabloid Articles Repeating Planted Phrases

| Date | Article Link | Impressions |
|------|-------------|-------------|
| 08-09-2024 | https://www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/ | 3,602 |
| 08-09-2024 | https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792 | 1,887 |
| 08-09-2024 | https://perezhilton.com/justin-baldoni-talks-challenge-working-with-complex-personalities-it-ends-with-us-amid-blake-lively-beef/ | 3,568 |
| 08-09-2024 | https://www.eonline.com/news/1405962/justin-baldoni-details-working-with-complex-personalities-on-it-ends-with-us | 86,286 |
| 08-12-2024 | https://www.tmz.com/2024/08/12/blake-lively-justin-baldoni-feud/ | 251,663 |
| 08-13-2024 | https://www.yahoo.com/entertainment/justin-baldoni-says-friction-while-212011241.html | 525,821 |
| 08-13-2024 | https://collider.com/it-ends-with-us-feud-blake-lively-justin-baldoni/ | 127,223 |
| 08-13-2024 | https://pagesix.com/2024/08/13/celebrity-news/blake-lively-approved-final-cut-of-it-ends-with-us-amid-feud/ | 129,596 |
| 08-13-2024 | https://people.com/justin-baldoni-sweden-trip-amid-friction-with-it-ends-with-us-cast-8694730 | 696,600 |
| 08-13-2024 | https://www.buzzfeed.com/larryfitzmaurice/justin-baldoni-friction-making-it-ends-with-us | 6,911 |
| 08-13-2024 | https://www.dailymail.co.uk/tvshowbiz/article-13740163/justin-baldoni-friction-ends-feud-rumors-blake-lively.html | 140,760 |
| 08-13-2024 | https://www.justjared.com/2024/08/13/justin-baldoni-addresses-friction-on-it-ends-with-us-set/ | 12,875 |
| 08-14-2024 | https://www.digitalspy.com/movies/a61873035/it-ends-with-us-justin-baldoni-friction/ | 6,428 |
| 08-14-2024 | https://www.forbes.com/sites/conormurray/2024/08/14/why-fans-think-it-ends-with-us-stars-blake-lively-justin-baldoni-are-feuding-as-baldoni-reportedly-hires-crisis-pr/ | 24,871 |
| 08-14-2024 | https://www.lifeandstylemag.com/posts/justin-baldoni-on-friction-amid-it-ends-with-us-feud-rumors/ | 4,008 |
| 08-14-2024 | https://www.thecut.com/article/it-ends-with-us-blake-lively-justin-baldoni-feud-rumors-explained.html | 23,848 |
| 08-15-2024 | https://www.radiotimes.com/movies/it-ends-with-us-justin-baldoni-friction-newsupdate/ | 2,525 |

Confidential

| Date | Article Link | Impressions |
|------|------|------|
| 08-15-2024 | https://www.unilad.com/film-and-tv/news/it-ends-with-us-justin-baldoni-speaks-out-blake-lively-785745-20240815 | 1,805 |
| | | **2,050,277** |

"Little Bump" Interview Content

| Date | Post Link | Impressions |
|------|------|------|
| 08-09-2024 | https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html | 140,760 |
| 08-08-2024 | https://www.dailymail.co.uk/femail/article-13723621/blake-lively-justin-baldoni-feud-drama.html | 64,624 |
| 08-14-2024 | https://www.dailymail.co.uk/femail/article-13742877/reporter-blake-lively-interview-quit-ends-feud.html | 64,624 |
| 08-10-2024 | https://www.youtube.com/watch?v=F2-2RBi1qzY | 7,221,078 |
| | | **7,491,086** |

Confidential

## APPENDIX E – CAMPAIGN TERMS IMPRESSIONS CALCULATION

| Source | Date | Link | Impressions |
|---|---|---|---|
| **TV** | | | |
| **Fox News at Night** | 2025-02-23 | https://archive.org/details/FOXNEWSW_20250204_040000_Fox_News_at_Night/start/3120/end/3180 | 1,816,000 |
| **The Big Weekend Show** | 2025-03-16 | https://archive.org/details/FOXNEWSW_20250316_220000_The_Big_Weekend_Show/start/2673/end/2733 | 1,811,000 |
| **The Ingraham Angle** | 2025-02-07 | https://archive.org/details/FOXNEWSW_20250208_000000_The_Ingraham_Angle/start/2760/end/2820 | 3,471,000 |
| **Fox Business** | 2025-03-06 | https://archive.org/details/FBC_20250306_160000_Varney__Company/start/1140/end/1200 | 270,000 |
| **Laura Coates Live** | 2025-02-03 | https://archive.org/details/CNNW_20250204_040000_Laura_Coates_Live/start/3357/end/3417 | 430,000 |
| **Today Show** | 2025-05-23 | https://archive.org/details/KNTV_20250523_140000_Today/start/2040/end/2100 | 2,575,000 |
| **Nightline** | 2025-02-01 | https://archive.org/details/KGO_20250201_083700_Nightline/start/600/end/660 | 819,000 |
| | | **TV SUBTOTAL** | **11,192,000** |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| **TikTok** | | | |
| _Camcamcan | 2024-08-15 | https://www.tiktok.com/@_camcamcan/video/7403387648561237290 | 92,000 |
| .Filmch3rry | 2024-08-19 | https://www.tiktok.com/@.filmch3rry/video/7405004854021688618 | 18,700,000 |
| **Aliza Licht XO** | 2024-08-17 | https://www.tiktok.com/@alizalichtxo/video/7404141938972167455 | 24,500 |
| **Aliza Licht XO** | 2024-12-21 | https://www.tiktok.com/@alizalichtxo/video/7450988420127575338 | 11,400 |
| **BaconEggy_Peggy Pew** | 2025-02-13 | https://www.tiktok.com/@baconeggy_peggypew/video/7471002058288565547 | 14,500 |
| **Bbieberfever._jb** | 2024-08-24 | https://www.tiktok.com/@bbieberfever._jb/video/7406668647030197534 | 33,300 |
| **BrennasBakery** | 2024-08-15 | https://www.tiktok.com/@brennasbakery/video/7403556333796085034 | 2,900,000 |
| **Brittany Lyla Official** | 2024-08-14 | https://www.tiktok.com/@brittanylylaofficial/video/7403111122385079594 | 1,800 |
| **Calabasas Wings** | 2024-08-17 | https://www.tiktok.com/@calabasaswings/video/7404224889642847520 | 188,800 |
| **Catching Fun** | 2025-01-10 | https://www.tiktok.com/@catching.fun/video/7458278522742918446 | 22,100 |
| **Clout Chat Media** | 2025-01-27 | https://www.tiktok.com/@cloutchatmedia/video/7464499995375373601 | 16,200 |
| **Coffee With Charlotte** | 2025-08-15 | https://www.tiktok.com/@coffeewithcharlotte/video/7403541144635854123 | 1,300 |
| **Dibarazzi** | 2025-02-19 | https://www.tiktok.com/@dibarazzi/video/7473214143823220010 | 3,200,000 |
| **Dr. Zoe Shes a crowd** | 2024-08-15 | https://www.tiktok.com/@dr.zoe.shesacrowd/video/7403340193517915408 | 8,349 |
| **Fanatic Media** | 2025-06-18 | https://www.tiktok.com/@fanaticmedia_/video/7517289853252324630 | 894,700 |
| **FRYP** | 2024-08-19 | https://www.tiktok.com/@0fryp0/video/7404890422448803105 | 17,700,000 |
| **H3 Podcast** | 2024-08-28 | https://www.tiktok.com/@h3_podcast/video/7408264155339214112 | 44,000 |
| **Hazel.Talks.Gossip** | 2024-12-23 | https://www.tiktok.com/@hazel.talks.gossip/video/7451540172518214942 | 639,600 |
| **https_Cyberkim** | 2024-12-29 | https://www.tiktok.com/@https_cyberkim/video/7454050759160712478 | 5,300,000 |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| Independent_USA | 2024-08-15 | https://www.tiktok.com/@independent_usa/video/7403438099532991774 | 3,600,000 |
| Its Miss Loulita | 2024-08-11 | https://www.tiktok.com/@itsmissloulita/photo/7402006956111662369 | 4,600,000 |
| Its Miss Loulita | 2024-08-23 | https://www.tiktok.com/@itsmissloulita/video/7406409280225660193 | 139,500 |
| Joy Sparkle Shine | 2024-12-22 | https://www.tiktok.com/@joysparkleshine/video/7451295307146759470 | 1,100,000 |
| Joy Sparkle Shine | 2024-12-22 | https://www.tiktok.com/@joysparkleshine/video/7451347444484345131 | 5,700,000 |
| JustBri_Always | 2024-08-15 | https://www.tiktok.com/@justbri_always/video/7403580304826420511 | 51,700 |
| JustBri_Always | 2025-01-12 | https://www.tiktok.com/@justbri_always/video/7459171217090563370 | 159,400 |
| Katryn Writes | 2025-02-18 | https://www.tiktok.com/@katrynwrites/video/7472875912279625002 | 337,800 |
| Ky_mom_79 | 2024-08-16 | https://www.tiktok.com/@ky_mom_79/video/7403790836074319146 | 35,800 |
| Lady Miss Kay | 2024-08-17 | https://www.tiktok.com/@ladymisskay_/video/7404165143791258910 | 302,600 |
| Lilian_SanchezB | 2024-08-10 | https://www.tiktok.com/@lilian_sanchezb/video/7401384895819304223 | 377,400 |
| Loving Single | 2024-08-17 | https://www.tiktok.com/@lovingsingle/video/7404316247015329055 | 61,000 |
| Iyltokyo | 2024-08-14 | https://www.tiktok.com/@lyltokyo/video/7403006470003920159 | 673,500 |
| Mean Girl Pod | 2024-08-23 | https://www.tiktok.com/@meangirlpod/video/7406307829604306218 | 28,400 |
| Megyn Kelly Show | 2025-08-28 | https://www.tiktok.com/@megynkellyshow/video/7543738049549683998 | 1,200,000 |
| Miss Xtina B | 2024-08-17 | https://www.tiktok.com/@missxtinab/video/7404263281952705834 | 674,900 |
| Movies and Manis | 2024-08-16 | https://www.tiktok.com/@moviesandmanis/video/7403748232678870304 | 144,400 |
| Pop.Diaries | 2025-01-05 | https://www.tiktok.com/@pop.diaries/video/7456540313121721630 | 13,200,000 |
| Pop Culture Tea 789 | 2025-02-08 | https://www.tiktok.com/@popculturetea789/video/7469055988419661089 | 191,200 |
| ReadChoi | 2024-08-15 | https://www.tiktok.com/@readchoi/video/7403521915593297182 | 587,900 |
| RealTok Times | 2024-08-14 | https://www.tiktok.com/@realtoktimes/video/7403164871925222698 | 1,800,000 |
| Receipt Digger | 2025-02-05 | https://www.tiktok.com/@receiptdigger/video/7467848313354669343 | 2,252 |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Shannon Hill** | 2025-02-16 | https://www.tiktok.com/@shannonhillnews/video/7472056584688930078 | 34,700 |
| **Spill Sesh** | 2024-08-14 | https://www.tiktok.com/@spillsesh_yt/video/7403084712291421470 | 891,200 |
| **Sports.Entertainm ent77** | 2024-08-19 | https://www.tiktok.com/@sports.entertainment77/video/7404965074948885765 | 3,200,000 |
| **Sports.Entertainm ent77** | 2024-08-22 | https://www.tiktok.com/@sports.entertainment77/video/7406100599554542854 | 1,400,000 |
| **Sports.Entertainm ent77** | 2024-08-23 | https://www.tiktok.com/@sports.entertainment77/video/7406500944793357573 | 140,500 |
| **Steph With Da Deets** | 2025-02-12 | https://www.tiktok.com/@stephwithdadeets/video/7470668851458411818 | 334,800 |
| **SweetandSaltyLin** | 2025-07-30 | https://www.tiktok.com/@sweetandsaltylin/video/7532889211054066975 | 8,354 |
| **Taylor Gossip Vibes** | 2025-01-10 | https://www.tiktok.com/@taylorgossipvibes/video/7458507542000323871 | 144,800 |
| **Taylor Gossip Vibes** | 2025-02-15 | https://www.tiktok.com/@taylorgossipvibes/video/7471867456785616158 | 12,700 |
| **That Was Wild Pod** | 2025-02-12 | https://www.tiktok.com/@thatwaswildpod/video/7470600424228130091 | 61,900 |
| **The G Mansour** | 2024-08-15 | https://www.tiktok.com/@thegmansour/video/7403382359027993902 | 44,500 |
| **The Red Coquette** | 2024-08-15 | https://www.tiktok.com/@theredcoquette/video/7403484998612913451 | 103,200 |
| **The TV and Movie Queen** | 2024-08-12 | https://www.tiktok.com/@thetvandmoviequeen/video/7402428820034211115 | 6,800,000 |
| **This Is Dana Bowling** | 2025-04-25 | https://www.tiktok.com/@thisisdanabowling/video/7497112188755135786 | 1,700,000 |
| **Tiktig82** | 2025-02-05 | https://www.tiktok.com/@tiktig82/video/7467903718638259463 | 316,100 |
| **Yamishkatv** | 2024-09-30 | https://www.tiktok.com/@yamishkatv/video/7420633815900638506 | 326,800 |
| **Yamishkatv** | 2025-02-03 | https://www.tiktok.com/@yamishkatv/video/7467391519088020778 | 443,600 |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Ylenias Opinions** | 2024-08-15 | https://www.tiktok.com/@yleniasopinions/video/7403286903279160608 | 211,400 |
| **Zaila_Collection** | 2024-08-22 | https://www.tiktok.com/@zaila_collection/video/7406003134113352976 | 2,200,000 |
| **Zoe Unlimited** | 2024-09-24 | https://www.tiktok.com/@zoeunlimited/video/7418219074603273502 | 41,700 |
| | | **TikTok SUBTOTAL** | **103,176,555** |
| **YouTube** | | | |
| **Aems** | 2024-09-09 | https://www.youtube.com/watch?v=3cHghWdBXAk | 17,407 |
| **Alli Beth Stuckey** | 2025-01-08 | https://www.youtube.com/watch?v=gj_zYwv7ulw | 91,710 |
| **Ammy Robinson** | 2024-08-12 | https://www.youtube.com/watch?v=TSrz_JvGcxo | 70,793 |
| **Ammy Robinson** | 2024-08-24 | https://www.youtube.com/watch?v=jhBSqg4Ubc8 | 51,643 |
| **Ammy Robinson** | 2024-10-27 | https://www.youtube.com/watch?v=MvGf6_P88CU | 142,809 |
| **Ammy Robinson** | 2025-02-14 | https://www.youtube.com/watch?v=OasooLSnyFs | 54,002 |
| **Angelika Oles** | 2024-09-04 | https://www.youtube.com/watch?v=12lFC-5hBbU | 93,546 |
| **Anna Oop** | 2024-08-26 | https://www.youtube.com/watch?v=tUzLFODCZuE | 239,787 |
| **Anna Oop** | 2025-03-22 | https://www.youtube.com/watch?v=fdWRR6yArb8 | 67,669 |
| **AshleyB TV** | 2025-08-29 | https://www.youtube.com/watch?v=UNJEhTiNOrk | 29,421 |
| **Ben Shapiro** | 2025-01-17 | https://www.youtube.com/watch?v=NXmq1WGnOL8 | 1,105,784 |
| **Bopping** | 2024-08-19 | https://www.youtube.com/watch?v=d7QXja97Gf4 | 2,449,000 |
| **Candace Owens** | 2025-01-08 | https://www.youtube.com/watch?v=7ngL8oCWbsQ | 1,396,194 |
| **Candace Owens** | 2025-01-22 | https://www.youtube.com/watch?v=1RiX_2-VLyg | 1,242,283 |
| **Candace Owens** | 2025-02-06 | https://www.youtube.com/watch?v=5T28wu6HlMU | 2,025,518 |
| **Candace Owens** | 2025-02-12 | https://www.youtube.com/watch?v=PR6xEq2l5Yg | 1,840,060 |
| **Candace Owens** | 2025-07-01 | https://www.youtube.com/watch?v=Q_udFpwwy74 | 1,333,639 |
| **Curious Club** | 2024-09-29 | https://www.youtube.com/watch?v=vzDsaQfN160 | 37,868 |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Curious Club** | 2025-01-25 | https://www.youtube.com/watch?v=uGKNhzhEAQo | 27,500 |
| **D'Angelo** | 2024-08-22 | https://www.youtube.com/watch?v=J7jyvDCTyjQ | 1,981,834 |
| **Dan Wootton Outspoken** | 2025-02-28 | https://www.youtube.com/watch?v=XGiVTUQAvuA | 57,915 |
| **Eiriks** | 2024-08-26 | https://www.youtube.com/watch?v=6pUeMFiRlds | 98,199 |
| **Eiriks** | 2025-01-26 | https://www.youtube.com/watch?v=VaorU6_P4uk | 617,034 |
| **Eiriks** | 2025-04-04 | https://www.youtube.com/watch?v=7OxKeH4SnnM | 46,489 |
| **Film Cooper** | 2024-08-31 | https://www.youtube.com/watch?v=me5UDZby-oA | 1,071,234 |
| **Itz Keisha** | 2024-08-18 | https://www.youtube.com/watch?v=3p9Qm7LGrng | 385,101 |
| **Kall Me Kris** | 2025-01-29 | https://www.youtube.com/watch?v=Oh70XZ-wT4U | 664,214 |
| **Kjersti Flaa** | 2025-12-24 | https://www.youtube.com/watch?v=kUpmiZw29-s | 153,849 |
| **Kjersti Flaa** | 2024-08-19 | https://www.youtube.com/watch?v=MuCyRA4XAyo | 994,535 |
| **Kjersti Flaa** | 2025-02-07 | https://www.youtube.com/watch?v=rs-i3m5zPH8 | 132,692 |
| **kyeluh** | 2024-08-21 | https://www.youtube.com/watch?v=GhjRPjsLsi0 | 79,156 |
| **Lauren G** | 2024-08-20 | https://www.youtube.com/watch?v=IjEV2wg7Qxo | 2732 |
| **Lost Beyond Pluto** | 2025-02-17 | https://www.youtube.com/watch?v=83UWkugKE28 | 32,197 |
| **Megan Kelly** | 2025-01-17 | https://www.youtube.com/watch?v=xduHryXb47A | 779,051 |
| **Megan Kelly** | 2025-06-11 | https://www.youtube.com/watch?v=wB1evxkisdw | 147,343 |
| **Megyn Kelly** | 2025-02-13 | https://www.youtube.com/watch?v=6yiKOZJjmjI | 1,388,851 |
| **Megyn Kelly** | 2025-08-28 | https://www.youtube.com/watch?v=VjzsNAn21hg | 201,225 |
| **Memelord** | 2025-02-10 | https://www.youtube.com/watch?v=6s5YKo5Regc | 78,566 |
| **Michelle McDaniel** | 2024-08-17 | https://www.youtube.com/watch?v=gQjHLo8kg9w | 357,801 |
| **Michelle McDaniel** | 2024-08-24 | https://www.youtube.com/watch?v=xy4JwD-E33c | 276,158 |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Next Film** | 2024-08-20 | https://www.youtube.com/watch?v=ijr5bMvQWQI | 291,228 |
| **Next Season** | 2024-08-22 | https://www.youtube.com/watch?v=wQpaaYz06iE | 57,344 |
| **OSSA** | 2024-09-03 | https://www.youtube.com/watch?v=E2iQXZ1aTfk | 106,563 |
| **Perez Hilton** | 2024-08-12 | https://www.youtube.com/watch?v=4Oi4Ly1nDVQ | 9,406 |
| **Perez Hilton** | 2025-01-16 | https://www.youtube.com/watch?v=fIhmPkaD5ZY | 74,688 |
| **Perez Hilton** | 2025-02-13 | https://www.youtube.com/watch?v=5NxKwJnHD0A | 90,320 |
| **Perez Hilton** | 2025-02-26 | https://www.youtube.com/watch?v=NxBASQXV5E8 | 99,314 |
| **Perez Hilton** | 2025-03-19 | https://www.youtube.com/watch?v=VZhKVuc8xIc | 12,635 |
| **Perez Hilton** | 2025-07-15 | https://www.youtube.com/watch?v=5jCcKu-1tTQ | 22,144 |
| **Perez Hilton** | 2025-07-24 | https://www.youtube.com/watch?v=TcM404xE78M | 37,750 |
| **Perez Hilton** | 2025-07-24 | https://www.youtube.com/watch?v=OnEGAcsFy-o | 44,114 |
| **Popcorned Planet** | 2024-08-15 | https://www.youtube.com/live/twp3BNWQ0BU | 293,033 |
| **Popcorned Planet** | 2024-09-06 | https://www.youtube.com/watch?v=68lXahcQtIY | 70,874 |
| **Popcorned Planet** | 2025-07-23 | https://www.youtube.com/watch?v=808LxrJJIaQ | 140,458 |
| **Popcorned Planet** | 2024-08-16 | https://www.youtube.com/watch?v=Agf6a2xSCCk | 166,719 |
| **Popcorned Planet** | 2025-06-17 | https://www.youtube.com/watch?v=v2OGwByAIQU | 121,949 |
| **Popcorned Planet** | 2025-01-16 | https://www.youtube.com/watch?v=Kagte8nvZnM | 271,998 |
| **Shirley Lo** | 2024-09-03 | https://www.youtube.com/watch?v=ZH_wJUY2bNQ | 77,275 |
| **SLOAN** | 2025-01-19 | https://www.youtube.com/watch?v=DwsbVFr7ANA | 645,361 |
| **Spill Sesh** | 2024-08-22 | https://www.youtube.com/watch?v=Qvj3WOSFYYo | 315,922 |
| **Swoop** | 2024-10-28 | https://www.youtube.com/watch?v=_T-vKuBIJcs | 970,037 |
| **The Celebrity Expert - FilMonger** | 2024-08-20 | https://www.youtube.com/watch?app=desktop&v=YkbyKYaiwRg | 23,809 |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| **The Comment Section** | 2024-08-19 | https://www.youtube.com/watch?v=M-OZdg1jbbk | 1,582,676 |
| **The Straits Times** | 2024-08-22 | https://www.youtube.com/watch?v=BKEyQzRRjys | 3,387 |
| | | **YouTube SUBTOTAL** | **27,391,813** |
| **X** | | | |
| **All About TRH** | 2025-01-07 | https://x.com/AllAboutTRH/status/1876747448712089783 | 488,000 |
| **Andy Signore** | 2025-01-16 | https://x.com/andysignore/status/1879963720966893842 | 19,800 |
| **Aubrey Vision** | 2024-08-13 | https://x.com/aubreyvision/status/1823484536107237378 | 253,900 |
| **B. Ungar-Sargon** | 2025-02-19 | https://x.com/bungarsargon/status/1892191955393663196 | 112,600 |
| **Bejeweled Paige** | 2025-01-16 | http://twitter.com/bejeweledpaige/statuses/1880028973150924972 | 2,000,000 |
| **Daily Mail** | 2025-01-01 | https://x.com/DailyMail/status/1874415118655586482 | 5,448 |
| **Deltaco 27** | 2024-08-14 | http://twitter.com/Deltaco27/statuses/1823917952816583164 | 851,800 |
| **Drug Problem** | 2025-03-18 | https://x.com/drugproblem/status/1902060511023526281 | 157,700 |
| **F1 Fan RSA** | 2025-01-01 | https://x.com/F1FanRSA/status/1874489426451263491 | 341 |
| **Fem Condition** | 2025-01-03 | https://x.com/FemCondition/status/1875202862445420791 | 255,200 |
| **Florio Gina** | 2024-12-23 | https://x.com/FlorioGina/status/1871236542355869758 | 218,100 |
| **Gabriel Divina 2** | 2024-08-13 | https://x.com/GabrielDivina2/status/1823369798769946743 | 4,000,000 |
| **Gimp Diculous** | 2025-01-01 | https://x.com/gimpdiculous/status/1874536478468161812 | 232 |
| **Im Ur Mastermind** | 2025-01-01 | http://twitter.com/imurmastermind/statuses/1874469561371906543 | 572 |
| **Its Me Khaya** | 2025-02-02 | https://x.com/ItsMeKhaya_/status/1886140642927018465 | 95,300 |
| **J. Dessaigne** | 2025-01-01 | https://x.com/JDessaigne/status/1874512315934241197 | 767 |
| **Just Plain Zack** | 2025-01-17 | https://x.com/justplainzack/status/1880116658184024283 | 84,800 |
| **Kiara Jade 2001** | 2025-03-25 | https://x.com/kiarajade2001/status/1902817483783917705 | 202,400 |

Expert Report of Professor Ashlee Humphreys

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| Lady Colin Campbell | 2025-03-15 | https://x.com/LadyColinCampb/status/1900889541344391661 | 28,300 |
| Les New 5 | 2024-12-21 | https://x.com/LesNew5/status/1870496842120921285 | 455,700 |
| Linda Sm 39300331 | 2025-01-01 | https://x.com/LindaSm39300331/status/1874521086144168252 | 230 |
| Liz Crokin | 2025-02-10 | https://x.com/LizCrokin/status/1888828588960436400 | 60,800 |
| Liz Crokin | 2024-08-17 | https://x.com/LizCrokin/status/1824618500431724917 | 151,400 |
| LizCrokin | 2024-08-16 | http://twitter.com/LizCrokin/statuses/1824613700113686913 | 716,300 |
| Maria Garrett 21 | 2025-05-14 | https://x.com/mariagarrett21/status/1922842427292782734 | 48,600 |
| Maze Moore | 2025-02-02 | http://twitter.com/mazemoore/statuses/1885947337350029426 | 2,000,000 |
| Meghans Mole | 2025-02-17 | https://x.com/MeghansMole/status/1891510955818791016 | 754,700 |
| Meghans Mole | 2024-12-24 | https://x.com/MeghansMole/status/1871640656172761570 | 212,900 |
| Megyn Kelly Show | 2025-02-21 | https://x.com/MegynKellyShow/status/1893076645528924186 | 148,800 |
| Megyn Kelly Show | 2025-01-07 | https://x.com/MegynKellyShow/status/1876750995645964337 | 29,500 |
| Mrs. True Crime | 2024-08-17 | https://x.com/MrsTrueCrime/status/1824660759172841588 | 25,600 |
| Mystifeye | 2025-04-26 | https://x.com/Mystifeye/status/1916225150665511258 | 29,800 |
| Page Six | 2025-01-25 | https://x.com/PageSix/status/1883270538228879375 | 294,000 |
| Perez Hilton | 2024-08-15 | http://twitter.com/PerezHilton/statuses/1824239689517195631 | 5,500 |
| Perez Hilton | 2024-08-21 | http://twitter.com/PerezHilton/statuses/1826468186176586157 | 5,900 |
| Perez Hilton | 2024-08-16 | http://twitter.com/PerezHilton/statuses/1824632168028483736 | 7,200 |
| Perez Hilton | 2025-01-16 | https://x.com/ThePerezHilton/status/1880070359460020706 | 96,700 |
| Queen Esther | 2025-02-04 | https://x.com/XOQueenEsther/status/1886578087665541323 | 70,900 |
| Quin 4 Trump | 2025-01-04 | https://x.com/Quin4Trump/status/1875464778690265594 | 628 |
| Real Melanie King | 2025-02-16 | https://x.com/realmelanieking/status/1891266207493378434 | 176,200 |

Confidential

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Real Melanie King** | 2025-03-13 | https://x.com/realmelanieking/status/1900258927658623415 | 688,300 |
| **Real Melanie King** | 2025-03-17 | https://x.com/realmelanieking/status/1901796562453372967 | 71,700 |
| **RNN Royal News** | 2025-02-14 | https://x.com/RNN_RoyalNews/status/1890609227661562169 | 110,500 |
| **Sage 1411** | 2025-01-16 | https://x.com/sage1411/status/1879894977926570326 | 33,500 |
| **Sapien Assassin** | 2025-02-21 | https://x.com/SapienAssassin/status/1892952603199148494 | 212,300 |
| **Sapien Assassin** | 2025-03-07 | https://x.com/SapienAssassin/status/1898088493294780423 | 33,700 |
| **Sara Foxx 1** | 2025-02-17 | https://x.com/SaraFoxx1/status/1891344404423536753 | 32,200 |
| **Shitty Shiv** | 2024-08-13 | https://x.com/shittyshiv/status/1823418528613196145 | 306,000 |
| **Shnowyyy** | 2024-08-14 | http://twitter.com/Shnowyyy/statuses/1823537881295561096 | 616,400 |
| **Spiritual Shift** | 2025-02-20 | https://x.com/spiritualshift_/status/1892642914804891838 | 56,400 |
| **Spiritual Shift _** | 2025-01-23 | https://x.com/spiritualshift_/status/1882494811082797256 | 242,900 |
| **Spiritual Shift _** | 2025-05-16 | https://x.com/spiritualshift_/status/1923511620778766687 | 53,400 |
| **Spiritual Shift _** | 2025-02-15 | https://x.com/spiritualshift_/status/1890902467451482579 | 22,900 |
| **Spiritual Shift _** | 2025-03-21 | https://x.com/spiritualshift_/status/1903154642881745088 | 104,700 |
| **Stephanie Sidley** | 2025-02-17 | https://x.com/StephanieSidley/status/1891357967468958093 | 1,700,000 |
| **The _ Real Nez** | 2025-01-01 | http://twitter.com/The_Realnez/statuses/1874552901789692322 | 644 |
| **The Fab Book Lover** | 2025-03-31 | https://x.com/TheFabBookLover/status/1906759687585800698 | 73,500 |
| **THR** | 2025-01-07 | https://x.com/THR/status/1876758515433529750 | 195,900 |
| **THR** | 2025-01-08 | https://x.com/THR/status/1877060201871978546 | 24,500 |
| **Tina Tweeker** | 2025-01-02 | https://x.com/TinaTweeker/status/1874865743407247612 | 552 |
| **TMZ** | 2024-08-16 | http://twitter.com/TMZ/statuses/1824491494167724352 | 40,200 |
| **TMZ** | 2025-01-25 | https://x.com/TMZ/status/1883226938359022058 | 220,800 |