| Source | Date | Link | Impressions |
|---|---|---|---|
| **Xoxo Audrey 4ever** | 2025-02-16 | https://x.com/XoxoAudrey4ever/status/1891089973236924678 | 68,100 |
| **Xxsmnrsxx** | 2025-02-01 | https://x.com/xxsmnrsxx/status/1885752064036229129 | 408,300 |
| | | **X SUBTOTAL** | **19,384,014** |
| **Facebook** | | | |
| **All Time Entertainment** | 2025-08-21 | https://www.facebook.com/watch/?v=987930903413569 | 4,600 |
| **Ben Shapiro** | 2025-02-06 | https://www.facebook.com/watch/?v=633552612420383 | 43,000 |
| **Ben Shapiro** | 2025-01-17 | https://www.facebook.com/officialbenshapiro/videos/will-blake-lively-ever-recover-from-this-with-megyn-kelly/616566590861296/ | 36,000 |
| **Ben Shapiro** | 2025-02-14 | https://www.facebook.com/officialbenshapiro/videos/blake-lively-continues-to-dig-herself-into-a-hole/2429529180712860/ | 29,000 |
| **Cheezburger** | 2024-12-10 | https://www.facebook.com/watch/?v=1150132443311732 | 320,000 |
| **Crazy Karens** | 2025-08-30 | https://www.facebook.com/100093046995284/videos/megyn-kelly-slams-blake-lively-for-bullying-megynkellyshow-blakelively-ryanreyno/1847572355822851/ | 24,900 |
| **E! News** | 2025-01-08 | https://www.facebook.com/enews/videos/blake-livelys-attorneys-slam-more-attacks-from-justin-baldonis-legal-team/1003866415140342/ | 49,000 |
| **ICONICHIPSTER. COM** | 2024-08-16 | https://www.facebook.com/watch/?v=311838885289032 | 4,700 |
| **Mean Girl** | 2024-08-23 | https://www.facebook.com/watch/?v=490346930291592 | 76,700 |
| **Megyn Kelly** | 2025-08-28 | https://www.facebook.com/watch/?v=557839194016933 | 937,000 |
| **Megyn Kelly** | 2025-02-13 | https://www.facebook.com/MegynKelly/videos/new-video-and-details-emerge-showing-serial-fraudster-blake-livelys-past-actions/637699522314364/ | 323,000 |
| **Megyn Kelly** | 2025-01-07 | https://www.facebook.com/MegynKelly/videos/ryan-reynolds-and-blake-livelys-actions-and-why-they-will-get-sued-with-justin-b/8964328550324648/ | 1,300,000 |
| **Megyn Kelly** | 2025-06-11 | https://www.facebook.com/MegynKelly/videos/she-is-not-in-a-good-position-she-cares-about-her-reputation-and-i-am-sure-she-w/1610208279651887/ | 246,000 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Perez Hilton** | 2025-07-25 | https://www.facebook.com/watch/?v=2758485401028356 | 30,000 |
| **Perez Hilton** | 2025-08-20 | https://www.facebook.com/PerezHilton/videos/blake-lively-effed-up-against-me-mistake-in-her-nevada-response-perez-hilton/2974425092742061/ | 169,000 |
| **Radar Online** | 2025-01-13 | https://www.facebook.com/watch/?v=1739253666856399 | 573,600 |
| **The H3 Podcast** | 2025-02-13 | https://www.facebook.com/theh3podcast/videos/throwback-to-blake-livelys-really-bizarre-interviews-these-interviews-both-surfa/1086045373278470/ | 1,300,000 |
| **The TV and Movie Queen** | 2024-09-11 | https://www.facebook.com/watch/?v=534626182422209 | 6,700 |
| **TMZ** | 2025-01-28 | https://www.facebook.com/TMZ/videos/heather-mcdonald-thinks-ryan-reynolds-is-the-real-bully-in-justin-blake-drama/1335387677480499/ | 1,400,000 |
| | | **Facebook SUBTOTAL** | **6,873,200** |
| **Instagram** | | | |
| **Aliza Licht xo** | 2024-12-21 | https://www.instagram.com/alizalichtxo/reel/DD2waqBR4BP/ | 95,500 |
| **Brittany Lyla Official** | 2024-08-14 | https://www.instagram.com/reel/C-qnKqHJ3Qu/ | 1,599 |
| **Colonel Kurtz 99** | 2025-02-12 | https://www.instagram.com/reel/DF9WBCZx-EY | 33,000 |
| **Mean Girl Pod** | 2024-08-23 | https://www.instagram.com/reel/C_Avus8p2lk/ | 85,100 |
| **Megyn Kelly Show** | 2025-08-28 | https://www.instagram.com/megynkellyshow/reel/DN6aV3KkY3M/ | 481,000 |
| **No Filter with Zack** | 2024-12-27 | https://www.instagram.com/nofilterwithzack/reel/DEGdtReSORr/ | 1,100,000 |
| **No Filter with Zack** | 2025-01-04 | https://www.instagram.com/nofilterwithzack/reel/DEa9URQSdSy/ | 5,300,000 |
| **No Filter with Zack** | 2025-01-17 | https://www.instagram.com/reel/DE7-4LsyNOP/ | 263,000 |
| **Sonnia Batta** | 2024-08-17 | https://www.instagram.com/sonniabatta/reel/C-yCZvlP8MV/ | 540,000 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Steph With Da Deets** | 2025-03-13 | https://www.instagram.com/reel/DHJOjZVOygz/ | 454,000 |
| **Zoe Unlimited** | 2024-09-29 | https://www.instagram.com/reel/DAfJcZOJVjE/ | 368,000 |
| **Instagram SUBTOTAL** | | | **8,721,199** |
| **GRAND TOTAL** | | | **176,738,781** |

## APPENDIX F – THE AT-ISSUE STATEMENTS

| |
|---|
| "It is shameful that Ms. Lively and her representatives would make such **serious and categorically false accusations against Mr. Baldoni , Wayfarer Studios and its representatives**, as yet another desperate attempt to 'fix' her negative reputation which was garnered from her own remarks and actions during the campaign for the film; interviews and press activities that were observed publicly, in real time and unedited, which allowed for the internet to generate their own views and opinions.<br>**These claims are completely false,** outrageous and intentionally salacious with an intent to publicly hurt and rehash a narrative in the media. Wayfarer Studios made the decision to proactively hire a crisis manager prior to the marketing campaign of the film, to work alongside their own representative with Jonesworks employed by Stephanie Jones, due to the multiple demands and threats made by Ms. Lively during production which included her threatening to not showing up to set, threatening to not promote the film, ultimately leading to its demise during release, if her demands were not met.<br>It was also discovered that Ms. Lively enlisted her own representative, Leslie Sloan with Vision PR, who also represents Mr. Reynolds, to plant negative and completely fabricated and false stories with media, even prior to any marketing had commenced for the film, which was another reason why Wayfarer Studios made the decision to hire a crisis professional to commence internal scenario planning in the case they needed to address.<br>The representatives of Wayfarer Studios still did nothing proactive nor retaliated, and only responded to incoming media inquiries to ensure balanced and factual reporting and monitored social activity.<br>What is pointedly missing from the cherry-picked correspondence is the evidence that there were no proactive measures taken with media or otherwise; just internal scenario planning and private correspondence to strategize which is standard operating procedure with public relations professionals."[493] |
| "After my clients filed a comprehensive lawsuit packed with almost 200 pages of undeniable facts and documentary evidence which crushed their false allegations of a smear campaign by providing doctored communications to the *New York Times*, **Blake and her legal team have just one heinous pivot left, and that is to double down on the revoltingly false sexual allegations against Mr. Baldoni**," the hard hitting and media savvy attorney told Deadline."[494] |
| "The mere fact that Ms. Lively feels that she can publicly destroy Mr. Baldoni's reputation in an attempt to devastate his future career and then deny him or his team their own ability to defend theirselves [sic] against her is preposterous. Mr. Baldoni never once publicly attempted to call |

493 Freedman statement to the New York Times: See Statement to The New York Times from Bryan Freedman, attorney for Justin Baldoni, Wayfarer Studios and all its representatives, the New York Times (Dec. 21, 2024), https://www.nytimes.com/interactive/2024/12/21/us/statement-to-the-new-york-times.html.

494 Freedman statement to Deadline: See Dominic Patten, Justin Baldoni's Lawyer Decries "Revoltingly False Sexual Allegations" From Blake Lively As Lawsuits Fly; Brands At Business Heart Of Dispute, Deadline (Jan. 18, 2025, 5:44 pm), https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/.

| |
|---|
| Ms. Lively out for her own many wrongdoings during filming, he kindly addressed all her concerns during filming in the correct manner despite the fact that he wholly disagreed, he himself was committed to do things differently and to keep the peace as she specifically admitted to in her own lawsuit. We will not only continue to defend our clients against **Blake's power, privilege and all out lies**, but we will now fight even harder for the voiceless in the DV community who are unfairly suffering while **she continues to push on her own self-serving and selfish vendetta in the media.**"[495] |
| "The irony is not lost on anyone that Ms. Lively is so petrified of the truth that she has moved to gag it," Freedman said in a statement to Page Six. "The immense power that she wielded in Hollywood built on pure fear of her husband and their powerful friends came to an end the moment Ms. Lively planned a mass distribution of a disturbingly false and well calculated hit piece in the New York Times."<br>"Ms. Lively did this with the sole intent to ruin the lives of innocent individuals, and then went the extra mile to place blame on a fictitious smear campaign, all because she quite simply could not accept that the public had organically seen through her facade."<br>"When you accuse innocent individuals of something so disturbing as sexual harassment without thinking of the destruction it would cause to not only them, but the entire domestic violence community, this is where accountability for such mean spirited actions must be taken," the message continued.<br>Freedman closed: "We will always respect the court; however, we will never be bullied by those suggesting we cannot defend our clients with pure, unedited facts. All we want is for people to see the actual text messages that directly contradict her allegations, video footage that clearly shows **there was no sexual harassment** and all the other powerful evidence that directly contradicts **any false allegations of sexual harassment** and subsequent smear campaign. It seems that in a time of universal deceit, telling the truth is a revolutionary act."[496] |
| BRYAN FREEDMAN: "It's -- I -- I've never seen it before, in my 30-plus-year career in Hollywood. And an executive producer is below a producer in the film world. An executive producer signed up to be an executive producer and -- and -- and that's it. And -- and an actress. And that's what she was supposed to be. As -- as the time progressed in this film, she decided that she wanted to be a producer. She, you know, applied to be a producer. She went and got, you -- you know, the dailies. She started to make edits. She wanted to be part of the editing team. There were people hired -- like human beings actually hired to do the editing job, who had done work as editors. She wanted to be part of that team. The next thing you know, she took over the editing. She started making threats that she wouldn't promote the movie, that she wanted to be in control of marketing of the movie, that she -- she would do nothing, in terms of promotion, unless she was the actual editor. She came up with her own cut of the film, which is -- you -- you know, |

495 Freedman statement to Deadline: See Dominic Patten, Justin Baldoni's Lawyer Decries "Revoltingly False Sexual Allegations" From Blake Lively As Lawsuits Fly; Brands At Business Heart Of Dispute, Deadline (Jan. 18, 2025, 5:44 pm), https://deadline.com/2025/01/blake-lively-justin-baldoni-lawyer-latest-1236260673/.

496 Freedman statement to Page Six: See BreAnna Bell, Justin Baldoni's lawyer says he won't be 'bullied' into silence by 'petrified' Blake Lively, Ryan Reynolds after gag order request, Page Six (Jan. 25, 2025, 4:45 pm), https://pagesix.com/2025/01/25/celebrity-news/justin-baldonis-lawyer-says-he-wont-be-bullied-into-silence-by-petrified-blake-lively-ryan-reynolds-after-gag-order-request/.

> you have a director who has a cut, and she had a competing cut of the film. And -- and -- and for an executive producer to have a competing cut of a film is -- is incredibly bizarre. But when she starts threatening people and saying, I'm not going to promote the film, I'm not going to do anything unless you use my cut, that's when it starts to be awfully -- you know, awfully incendiary. And -- **and, you know,** and -- and **the concern really is that she used these allegations of sexual harassment, and she used these allegations of bullying to try and leverage her position so she could be the de facto director in the case**. And, you know, as you'll hear in the voice note, as you'll see in the evidence, she had Justin sitting in a basement in his own movie with his friends and family during the premiere of the movie, which should have been the biggest night of his career. He was sitting in the basement."[497]

*Emphasis added throughout.*

[497] Freedman interview with Megyn Kelly: See Meg Storm, Exclusive: See Justin Baldoni's Text Messages with His 'It Ends with Us' Editors from Blake Lively Lawsuit (Jan. 7, 2005), MegynKelly.com, https://www.megynkelly.com/2025/01/07/justin-baldoni-text-messages-with-it-ends-with-us-editors-about-blake-lively/ (at 5:18).

## APPENDIX G – IMPRESSIONS MODEL

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Online News** | | | |
| **Associated Press News** | 2024-12-21 | https://apnews.com/article/blake-lively-justin-baldoni-harassment-complaint-10a90da60d7a325f33f3fa6bbf263e29 | 295,401 |
| **Business Insider** | 2024-12-21 | https://www.businessinsider.com/blake-lively-sues-it-ends-with-us-costar-justin-baldoni-2024-12 | 240,970 |
| **Business Insider** | 2024-12-24 | https://www.businessinsider.com/blake-lively-lawsuit-justin-baldoni-lawsuit-pr-law-experts-2024-12 | 240,970 |
| **Business Insider** | 2024-12-22 | https://www.businessinsider.com/colleen-hoover-backs-blake-lively-on-instagram-justin-baldoni-lawsuit-2024-12 | 240,970 |
| **Business Insider** | 2024-12-21 | https://www.businessinsider.com/blake-lively-lawsuit-against-justin-baldoni-5-bombshells-2024-12 | 240,970 |
| **Daily Mail** | 2024-12-23 | https://www.dailymail.co.uk/news/article-14220065/Blake-Livelys-sister-breaks-silence-six-word-statement-Justin-Baldoni.html | 234,185 |
| **Daily Mail** | 2024-12-23 | https://www.dailymail.co.uk/news/article-14220641/Justin-Baldoni-wedding-apology-Blake-Lively.html | 234,185 |
| **Daily Mail** | 2024-12-23 | https://www.dailymail.co.uk/tvshowbiz/article-14221559/amber-heard-speaks-blake-lively-justin-baldoni-feud.html | 234,185 |
| **E! Online** | 2024-12-22 | https://www.eonline.com/news/1411454/blake-lively-sues-justin-baldoni-for-sexual-harassment | 94,306 |
| **E! Online** | 2025-05-01 | https://www.eonline.com/news/1416837/blake-lively-and-anna-kendricks-friendship-history | 109,694 |
| **E! Online** | 2024-12-21 | https://www.eonline.com/news/1411455/justin-baldoni-responds-to-blake-livelys-sexual-harassment-legal-complaint | 94,306 |
| **E! Online** | 2024-12-21 | https://www.eonline.com/news/1411456/blake-livelys-legal-complaint-against-justin-baldoni-includes-alleged-texts-about-smear-campaign | 94,306 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **E! Online** | 2024-12-23 | https://www.eonline.com/news/1411460/blake-lively-gets-support-from-colleen-hoover-gwyneth-paltrow-and-more-amid-justin-baldoni-complaint | 94,306 |
| **E! Online** | 2024-12-24 | https://www.eonline.com/news/1411490/blake-lively-says-her-ryan-reynolds-kids-were-traumatized-by-alleged-justin-baldoni-smear-campaign | 94,306 |
| **E! Online** | 2024-12-25 | https://www.eonline.com/news/1411506/justin-baldoni-sued-by-former-publicist-days-after-blake-lively-complaint | 94,306 |
| **E! Online** | 2024-12-22 | https://www.eonline.com/news/1411457/justin-baldoni-dropped-by-talent-agency-after-blake-livelys-sexual-harassment-complaint | 94,306 |
| **E! Online** | 2024-12-23 | https://www.eonline.com/news/1411458/blake-livelys-complaint-against-justin-baldoni-mentions-hailey-bieber-leighton-meester-and-more | 94,306 |
| **E! Online** | 2024-12-23 | https://www.eonline.com/news/1411476/blake-lively-says-justin-baldoni-secretly-sent-her-to-weight-loss-specialist-instead-of-throat-doctor | 94,306 |
| **E! Online** | 2024-12-24 | https://www.eonline.com/news/1411499/blake-livelys-it-ends-with-us-costar-brandon-skelnar-breaks-silence-on-justin-baldoni-allegations | 94,306 |
| **E! Online** | 2025-02-02 | https://www.eonline.com/news/1412872/justin-baldoni-reveals-texts-from-ryan-reynolds-in-newly-launched-website | 90,603 |
| **Entertainment Weekly** | 2024-12-22 | https://ew.com/blake-lively-sisterhood-of-the-traveling-pants-costars-offer-support-8765649 | 104,191 |
| **Entertainment Weekly** | 2024-12-23 | https://ew.com/amber-heard-blake-lively-justin-baldoni-johnny-depp-crisis-firm-8765866 | 104,191 |
| **Entertainment Weekly** | 2024-12-21 | https://ew.com/blake-lively-accuses-justin-baldoni-sexual-harassment-retaliation-it-ends-with-us-8765519 | 104,191 |
| **Entertainment Weekly** | 2024-12-28 | https://ew.com/comedian-hannah-berner-clarifies-timing-of-netflix-blake-lively-joke-8767167 | 104,191 |
| **Hollywood Reporter** | 2024-12-21 | https://www.hollywoodreporter.com/movies/movie-news/blake-lively-sues-justin-baldoni-sexual-harassment-1236092214/ | 10,062 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **Page Six** | 2025-01-25 | https://pagesix.com/2025/01/25/celebrity-news/justin-baldonis-lawyer-says-he-wont-be-bullied-into-silence-by-petrified-blake-lively-ryan-reynolds-after-gag-order-request/ | 125,061 |
| | | **Online News SUBTOTAL** | **3,559,144** |
| **TV** | | | |
| **ABC** | 2024-12-24 | https://archive.org/details/KGO_20241224_150000_Good_Morning_America/start/2340/end/2400 | 2,456,000 |
| **ABC** | 2024-12-24 | https://archive.org/details/KGO_20241224_083700_Nightline/start/323/end/383 | 840,000 |
| **ABC** | 2024-12-23 | https://archive.org/details/KGO_20241224_050000_ABC_World_News_Tonight_With_David_Muir/start/1017/end/1077 | 7,118,000 |
| **BBC News America** | 2024-12-23 | https://archive.org/details/KQED_20241223_223000_BBC_News_America/start/978/end/1038 | 115,000 |
| **CBS** | 2024-12-23 | https://archive.org/details/KPIX_20241223_113000_CBS_News_Mornings/start/988/end/1048 | 1,823,000 |
| **CNN** | 2024-12-23 | https://archive.org/details/CNNW_20241223_180000_CNN_News_Central/start/2201/end/2261 | 307,000 |
| **CNN** | 2024-12-23 | https://archive.org/details/CNNW_20241223_200000_CNN_News_Central/start/2838/end/2898 | 307,000 |
| **CNN** | 2024-12-23 | https://archive.org/details/CNNW_20241223_140000_CNN_News_Central/start/3350/end/3410 | 307,000 |
| **CNN** | 2024-12-23 | https://archive.org/details/CNNW_20241223_160000_CNN_Newsroom_With_Pamela_Brown/start/2594/end/2654 | 379,000 |
| **CNN** | 2024-12-23 | https://archive.org/details/CNNW_20241223_210000_The_Lead_With_Jake_Tapper/start/3253/end/3313 | 576,000 |
| **CNN** | 2024-12-23 | https://archive.org/details/CNNW_20241224_060000_The_Source_With_Kaitlan_Collins/start/2712/end/2772 | 400,000 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **FOX** | 2025-01-05 | https://archive.org/details/FOXNEWSW_20250105_160000_MediaBuzz/start/3350/end/3410 | 1,200,000 |
| **MSNBC** | 2024-12-24 | https://archive.org/details/MSNBCW_20241224_130000_Jonathan_Lemire_Reports/start/4843/end/4903 | 398,000 |
| **MSNBC** | 2025-01-02 | https://archive.org/details/MSNBCW_20250102_110000_Morning_Joe/start/13961/end/14021 | 647,000 |
| **MSNBC** | 2024-12-23 | https://archive.org/details/MSNBCW_20241223_110000_Morning_Joe/start/13069/end/13129 | 647,000 |
| **MSNBC** | 2024-12-24 | https://archive.org/details/MSNBCW_20241224_190000_MSNBC_Reports/start/2029/end/2089 | 235,000 |
| **MSNBC** | 2024-12-23 | https://archive.org/details/MSNBCW_20241223_150000_MSNBC_Reports/start/2479/end/2539 | 235,000 |
| **MSNBC** | 2024-12-24 | https://archive.org/details/MSNBCW_20241224_150000_MSNBC_Reports/start/2167/end/2227 | 235,000 |
| **MSNBC** | 2024-12-23 | https://archive.org/details/MSNBCW_20241223_190000_MSNBC_Reports/start/3284/end/3344 | 235,000 |
| **NBC** | 2024-12-23 | https://archive.org/details/KNTV_20241223_110000_Early_Today/start/860/end/920 | 340,000 |
| **NBC** | 2025-01-17 | https://archive.org/details/KNTV_20250117_120000_Early_Today/start/1171/end/1231 | 340,000 |
| **NBC** | 2025-01-17 | https://archive.org/details/KNTV_20250117_123000_Early_Today/start/1206/end/1266 | 340,000 |
| **NBC** | 2024-12-23 | https://archive.org/details/KNTV_20241223_200000_NBC_News_Daily/start/537/end/597 | 1,300,000 |
| **NBC** | 2024-12-22 | https://archive.org/details/KNTV_20241222_233000_NBC_Nightly_News_With_Lester_Holt/start/941/end/1001?q=baldoni+categorically+flse | 6,209,000 |
| **NBC** | 2024-12-21 | https://archive.org/details/KNTV_20241222_013000_NBC_Nightly_News_With_Lester_Holt/start/963/end/1023 | 6,209,000 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **NBC** | 2024-12-22 | https://archive.org/details/KNTV_20241222_140000_Sunday_Today_With_Willie_Geist/start/664/end/724 | 2,364,000 |
| **NBC** | 2025-01-02 | https://archive.org/details/KNTV_20250102_150000_Today/start/2540/end/2600 | 2,538,000 |
| **NBC** | 2025-01-04 | https://archive.org/details/KNTV_20250104_130000_Today/start/1448/end/1508 | 2,538,000 |
| **NBC** | 2024-12-23 | https://archive.org/details/KNTV_20241223_150000_Today/start/2065/end/2125 | 2,538,000 |
| **NBC** | 2024-12-24 | https://archive.org/details/KNTV_20241224_150000_Today/start/2031/end/2091 | 2,538,000 |
| | | **TV SUBTOTAL** | **45,714,000** |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **TikTok** | | | |
| **BBC News** | 2024-12-24 | https://www.tiktok.com/@bbcnews/video/7451985672899956001 | 180,600 |
| **BBC News** | 2024-12-22 | https://www.tiktok.com/@bbcnews/video/7451210617886657825 | 292,000 |
| **BBC Sounds** | 2025-08-02 | https://www.tiktok.com/@bbcsounds/video/7533911319473442070 | 18,700 |
| **CBS Evening News** | 2024-12-22 | https://www.tiktok.com/@cbseveningnews/video/7451081663871782174 | 6,700,000 |
| **CBS Mornings** | 2024-12-24 | https://www.tiktok.com/@cbsmornings/video/7452021745466248479 | 119,400 |
| **CBS Mornings** | 2024-12-23 | https://www.tiktok.com/@cbsmornings/video/7451652879745551646 | 162,000 |
| **CBS News** | 2024-12-23 | https://www.tiktok.com/@cbsnews/photo/7451639491195850026 | 531,800 |
| **clipcrzy4yt** | 2024-12-21 | https://www.tiktok.com/@clipcrzy4yt/video/7450879312267627822 | 16,000 |
| **Daily Mail** | 2024-12-21 | https://www.tiktok.com/@dailymail/video/7450903492358573358 | 5,100,000 |
| **Daily Mail** | 2024-12-23 | https://www.tiktok.com/@dailymail/video/7451645843662310702 | 7,400,000 |
| **devotedly.yours** | 2024-12-21 | https://www.tiktok.com/@devotedly.yours/video/7450891208806763806 | 424,600 |
| **Emily Schwartz** | 2024-12-21 | https://www.tiktok.com/@emilycschwartz/video/7450875551658675487 | 544,900 |
| **Entertainment Tonight** | 2024-12-22 | https://www.tiktok.com/@entertainmenttonight/video/7451359051604069662 | 4,200,000 |
| **Entertainment Tonight** | 2024-12-21 | https://www.tiktok.com/@entertainmenttonight/video/7450885088042028318 | 10,200,000 |
| **Good Morning America** | 2024-12-23 | https://www.tiktok.com/@gma/video/7451599200367676718 | 52,500 |
| **Good Morning America** | 2024-12-26 | https://www.tiktok.com/@gma/video/7452703985708043566 | 516,300 |
| **Mandy Kay Schendel** | 2024-12-23 | https://www.tiktok.com/@mandykayschendel/video/7451818880177098026 | 165,300 |
| **MSNBC** | 2024-12-23 | https://www.tiktok.com/@msnbc/video/7451784725477281066 | 178,600 |
| **NBC News** | 2024-12-22 | https://www.tiktok.com/@nbcnews/video/7451272514296237354 | 500,400 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **People** | 2024-12-21 | https://www.tiktok.com/@people/video/7450882344799505694 | 3,500,000 |
| **Rob and Haley** | 2024-12-23 | https://www.tiktok.com/@robandhaley/video/7451721565428796714 | 467,400 |
| **Steph With Da Deets** | 2025-01-19 | https://www.tiktok.com/@stephwithdadeets/video/7461764522626354474 | 131,300 |
| **The News Movement** | 2024-12-24 | https://www.tiktok.com/@thenewsmovement/photo/7451980065379831070 | 39,000 |
| **The Simply Simone** | 2024-12-21 | https://www.tiktok.com/@thesimplysimone/video/7450879640308075818 | 103,300 |
| | | **TikTok SUBTOTAL** | **41,544,100** |
| **YouTube** | | | |
| **Access Hollywood** | 2024-12-23 | https://www.youtube.com/watch?v=lArht7dBUg8 | 2,661 |
| **Access Hollywood** | 2024-12-22 | https://www.youtube.com/watch?v=QOhmvhKXYso | 17,000 |
| **Brute India** | 2024-12-23 | https://www.youtube.com/watch?v=SsSBYw83TJs | 194,396 |
| **CNN** | 2024-12-23 | https://youtu.be/6GYhQEvaqn0?t=70 | 85,443 |
| **Dave Neal** | 2025-01-19 | https://www.youtube.com/watch?v=ct9JVSbQVKI | 48,083 |
| **E! News** | 2024-12-22 | https://www.youtube.com/watch?v=78kPeD4ZRw8 | 206,261 |
| **E! News** | 2024-12-21 | https://www.youtube.com/watch?v=vHqce01-zg0 | 330,000 |
| **E! News** | 2024-12-24 | https://www.youtube.com/watch?v=zw35Hd9J6YU | 128,859 |
| **Law&Crime Network** | 2025-01-06 | https://www.youtube.com/watch?v=xRKuEAppEuM | 629,125 |
| **Law&Crime Network** | 2024-12-23 | https://www.youtube.com/watch?v=YXl_5OMypV8 | 461,728 |
| **Megyn Kelly** | 2025-01-07 | https://www.youtube.com/watch?v=0wAH6PllOOY | 1,100,000 |
| **Megyn Kelly** | 2025-01-07 | https://www.youtube.com/watch?v=Q4yniMqrlgI | 705,457 |
| **NBC News** | 2024-12-21 | https://www.youtube.com/shorts/oBJonkSs-VA | 34,215 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **NBC News** | 2024-12-24 | https://www.youtube.com/watch?v=-qcRGWgL9Ow&lc= | 64,228 |
| **TODAY** | 2024-12-23 | https://www.youtube.com/watch?v=0E3Q9POxssA | 75,122 |
| **Us Weekly** | 2025-01-01 | https://www.youtube.com/watch?v=5CFen30FRNQ | 1,503 |
| **Us Weekly** | 2025-01-03 | https://www.youtube.com/watch?v=BuUMD-0jhrw | 1,585 |
| **Us Weekly** | 2024-12-23 | https://www.youtube.com/watch?v=juB77OYTx08 | 11,632 |
| **Us Weekly** | 2024-12-24 | https://www.youtube.com/watch?v=Q4rmrn3Qa3c | 8,477 |
| **Us Weekly** | 2025-01-02 | https://www.youtube.com/watch?v=QBo6tK9qRaA | 14,875 |
| **Us Weekly** | 2024-12-30 | https://www.youtube.com/watch?v=qMrb3FT2gDY | 3,935 |
| **Us Weekly** | 2024-12-23 | https://www.youtube.com/watch?v=So60ehEvhHE | 1,463 |
| **Us Weekly** | 2024-12-23 | https://www.youtube.com/watch?v=veBwSaOWvr8 | 1,409 |
| **Us Weekly** | 2024-12-24 | https://www.youtube.com/watch?v=ZeBhfJcEg88 | 2,162 |
| | | **YouTube SUBTOTAL** | **4,129,619** |
| **X** | | | |
| **Daily Mail** | 2025-01-18 | https://x.com/Daily_MailUS/status/1880826420470907035/photo/1 | 4,000 |
| **Deadline** | 2025-01-18 | https://x.com/DEADLINE/status/1880793360899928302 | 15,800 |
| **Dharaura1** | 2025-01-19 | https://x.com/Dharaura1/status/1880917106755281147 | 513 |
| **filmfare** | 2024-12-22 | https://x.com/filmfare/status/1870715270828101681?lang=ar | 4,465 |
| **Jameslb157** | 2025-01-19 | https://x.com/jameslb157/status/1880829684499534100 | 1558 |
| **Newsini** | 2025-01-19 | https://x.com/NewsiniApp/status/1880798070654263432 | 289 |
| **Newsini** | 2025-01-19 | https://x.com/NewsiniApp/status/1880798399227732206 | 299 |
| **PageSix** | 2025-01-25 | https://x.com/PageSix/status/1883270538228879375 | 293,900 |
| **PopBase** | 2024-12-21 | https://x.com/PopBase/status/1870478849341071388?lang=en | 4,500,000 |
| **Smithson_kit** | 2025-01-19 | https://x.com/smithson_kit/status/1880998052674306307 | 1,556 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **TaraBull808** | 2024-12-21 | https://x.com/TaraBull808/status/1870553149456679090 | 182,000 |
| **TheAnchor** | 2025-01-19 | https://x.com/theanchoragent/status/1880802279412117607 | 319 |
| **Variety** | 2024-12-21 | https://x.com/Variety/status/1870483480314073476 | 159,900 |
| **WeSmirch** | 2025-01-19 | https://x.com/WeSmirch/status/1881007545201946958 | 376 |
| **Zain72170560** | 2025-01-19 | https://x.com/Zain72170560/status/1880809849019339246 | 232 |
| | | **X SUBTOTAL** | **5,165,207** |
| **Facebook** | | | |
| **951 The River** | 2024-12-23 | https://www.facebook.com/951theriver/posts/justin-baldoni-responds-to-blake-livelys-sexual-harassment-lawsuit-claims-as-cat/1410061300335543 | 45 |
| **Access Hollywood** | 2024-12-22 | https://www.facebook.com/accesshollywood/videos/1316310812717897/ | 13,000 |
| **Access Hollywood** | 2024-12-23 | https://www.facebook.com/accesshollywood/videos/sisterhood-of-the-traveling-pants-stars-send-blake-lively-support-amid-justin-ba/1114947313112079/ | 22,000 |
| **Access Hollywood** | 2025-01-01 | https://www.facebook.com/accesshollywood/videos/blake-lively-files-lawsuit-against-justin-baldoni-as-it-ends-with-us-director-su/1110127863711567/ | 20,000 |
| **Babe** | 2024-12-23 | https://www.facebook.com/babedotnet/posts/his-lawyer-said-the-allegations-are-categorically-false/994293329407439/ | 35,538 |
| **BBC News** | 2024-12-23 | https://www.facebook.com/bbcnews/posts/according-to-a-legal-filing-lively-accused-mr-baldoni-and-his-team-of-attacking-/1052670260230299/ | 1,548,462 |
| **BBC News** | 2024-12-22 | https://www.facebook.com/bbcnews/posts/justin-baldonis-legal-team-told-the-bbc-the-allegations-are-categorically-false/1051643793666279/ | 1,548,462 |
| **BBC Sounds** | 2025-08-02 | https://www.facebook.com/reel/1084994890398387 | 19,546 |
| **CBS Mornings** | 2024-12-23 | https://www.facebook.com/reel/1109563714137257 | 57,000 |
| **CBS Mornings** | 2024-12-23 | https://www.facebook.com/CBSMornings/videos/blake-lively-accuses-it-ends-with-us-costar-of-sexual-harassment-in-complaint/1122133892687378/ | 81,231 |
| **E! News** | 2025-01-27 | https://www.facebook.com/enews/videos/blake-lively-seen-for-first-time-in-over-a-month-amid-justin-baldoni-legal-battl/643375904712687/ | 88,000 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| E! News | 2025-02-17 | https://www.facebook.com/enews/videos/is-it-ends-with-us-brandon-sklenar-team-blake-lively-or-team-justin-baldoni/1140894497508977/ | 108,000 |
| Entertainment Tonight | 2024-12-22 | https://www.facebook.com/reel/609562528278138 | 216,000 |
| Entertainment Tonight | 2024-12-21 | https://www.facebook.com/reel/2280469348992243 | 533,000 |
| Entertainment Tonight | 2024-12-23 | https://www.facebook.com/EntertainmentTonight/videos/inside-blake-livelys-lawsuit-against-co-star-justin-baldoni/1724818111632019/ | 1,400,000 |
| Firstpost | 2024-12-23 | https://www.facebook.com/reel/766173042380609 | 91,385 |
| Firstpost | 2024-12-23 | https://www.facebook.com/reel/586566113964776 | 91,385 |
| Good Morning America | 2024-12-24 | https://www.facebook.com/GoodMorningAmerica/videos/blake-lively-has-filed-a-complaint-accusing-her-costar-and-director-justin-baldo/1307622876924048/ | 10,000 |
| Law and Crime | 2024-12-23 | https://www.facebook.com/lawandcrime/videos/13-shocking-details-in-blake-livelys-sexual-harassment-complaint/566580773001444/ | 24,000 |
| Miz Hollywd | 2024-12-21 | https://www.facebook.com/mizhollywd/photos/blake-lively-has-accused-her-it-ends-with-us-director-and-co-star-justin-baldoni/1164169255434019/?_rdr | 124 |
| PARADE Magazine | 2024-12-21 | https://www.facebook.com/parademag/posts/a-lawyer-for-baldoni-called-livelys-accusations-categorically-false/957387832912988/ | 7,742 |
| Pop Factions | 2024-12-21 | https://www.facebook.com/PopFactions/posts/justinbaldonis-lawyer-calls-blakelivelys-lawsuit-a-desperate-attempt-to-fix-her-/1324733421943030/ | 736 |
| The Independent | 2024-12-23 | https://www.facebook.com/photo/?fbid=1065061215649871&set=pcb.1065061338983192 | 253,846 |
| The Perez Hilton | 2024-12-21 | https://www.facebook.com/ThePerezHilton/videos/-justinbaldoni-blakelively-ryanreynolds/1558849575517041/ | 6,600 |
| The West Australian | 2024-12-22 | https://www.facebook.com/thewestaustralian/posts/justin-baldonis-lawyer-has-accused-blake-lively-of-making-categorically-false-ac/914056987500172/ | 10,078 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **WNBJ39** | 2024-12-24 | https://www.facebook.com/wnbj39/videos/hollywood-is-shaken-as-blake-lively-accuses-co-star-justin-baldoni-of-sexual-har/1595015161116421/ | 185 |
| **WORK180** | 2024-12-24 | https://www.facebook.com/work180official/posts/in-a-statement-to-tmz-blake-lively-says-i-hope-that-my-legal-action-helps-pull-b/1168395585289579/ | 305 |
| **Yahoo Entertainment** | 2024-12-21 | https://www.facebook.com/photo.php?fbid=972430338090827&id=100059716081151&set=a.653248480009016 | 93,923 |
| | | **Facebook SUBTOTAL** | **6,280,592** |
| **Instagram** | | | |
| **abcnews_au** | 2024-12-22 | https://www.instagram.com/p/DD5nbJ9Tyba/ | 72,000 |
| **abcnews_au** | 2025-05-12 | https://www.instagram.com/p/DJkrLNMzSFc/?img_index=8 | 72,000 |
| **accesshollywood** | 2024-12-25 | https://www.instagram.com/p/DD5jy2WPri9/?hl=en | 102,000 |
| **accesshollywood** | 2024-12-23 | https://www.instagram.com/p/DD76aQ_MDjE/ | 102,000 |
| **alizalichtxo** | 2024-12-21 | https://www.instagram.com/reel/DD2SmJ_x9o_/ | 37,900 |
| **apnews** | 2024-12-21 | https://www.instagram.com/p/DD2WvRAJvqa/ | 96,000 |
| **bbcnews** | 2024-12-23 | https://www.instagram.com/bbcnews/p/DD61A_gxrS3/ | 1,764,000 |
| **bbcnews** | 2024-12-23 | https://www.instagram.com/bbcnews/reel/DD7hZFWs10o/ | 1,700,000 |
| **BBCsounds** | 2025-08-02 | https://www.instagram.com/reel/DM2MWIvosWM/ | 33,900 |
| **bravo_boo** | 2024-12-21 | https://www.instagram.com/reel/DD2Q_RFvmQm/ | 39,900 |
| **businessinsider** | 2024-12-24 | https://www.instagram.com/p/DD95UpjxLzz/ | 198,000 |
| **cablgram** | 2024-12-22 | https://www.instagram.com/p/DD46s7PvBKK/ | 3,372 |
| **cbsmornings** | 2024-12-24 | https://www.instagram.com/reel/DD9-2ZSO_-j/ | 45,400 |
| **cbsmornings** | 2024-12-23 | https://www.instagram.com/reel/DD7bUNBu6lH/ | 87,200 |
| **cbsnews** | 2024-12-23 | https://www.instagram.com/p/DD7UG8lRlYG/ | 150,000 |
| **cbsnews** | 2024-12-22 | https://www.instagram.com/cbsnews/p/DD3EmczyGkD/ | 150,000 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **entertainmenttonight** | 2024-12-21 | https://www.instagram.com/p/DD2M87iTWKs/ | 396,000 |
| **entertainmenttonight** | 2024-12-21 | https://www.instagram.com/p/DD2nu0hPo1u/ | 396,000 |
| **entertainmenttonight** | 2024-12-23 | https://www.instagram.com/p/DD7QJ4RTZNn/ | 396,000 |
| **entertainmenttonight** | 2024-12-31 | https://www.instagram.com/p/DEP1ts4M5ka/ | 396,000 |
| **entertainmenttonight** | 2024-12-22 | https://www.instagram.com/reel/DD5ZR33sCkp/ | 928,000 |
| **entertainmenttonight** | 2024-12-21 | https://www.instagram.com/reel/DD2PtezBIF2/ | 628,000 |
| **etalkctv** | 2024-12-21 | https://www.instagram.com/p/DD2dy4yJr7H/ | 24,300 |
| **goodmorningamerica** | 2024-12-26 | https://www.instagram.com/goodmorningamerica/reel/DECtMZ4ON0n/?locale=en | 716,000 |
| **hollywoodlife** | 2024-12-28 | https://www.instagram.com/p/DEIOfgAt-hg/ | 84,000 |
| **hollywoodlife** | 2024-12-26 | https://www.instagram.com/p/DED48-vS6SY/ | 84,000 |
| **hollywoodreporter** | 2024-12-21 | https://www.instagram.com/hollywoodreporter/p/DD2CRC8zQ8J/?hl=en | 168,000 |
| **hollywoodreporter** | 2024-12-21 | https://www.instagram.com/p/DD2CRC8zQ8J/ | 168,000 |
| **kaleidoscopenews** | 2024-12-21 | https://www.instagram.com/p/DD24C3STSG0/ | 2,538 |
| **mwnlifestyle** | 2024-12-22 | https://www.instagram.com/mwnlifestyle/p/DD4Rt4QOxUv/ | 1,698 |
| **nbcnews** | 2024-12-21 | https://www.instagram.com/p/DD2nkpdhvw8/ | 258,000 |
| **paperazzi** | 2024-12-21 | https://www.instagram.com/p/DD2Uf66NLSk/ | 43,560 |
| **pedestriantv** | 2024-12-21 | https://www.instagram.com/pedestriantv/p/DD3YGJIT-zx/ | 10,800 |
| **popfaction** | 2024-12-21 | https://www.instagram.com/p/DD2CHc0Rw6o/ | 36,600 |

| Source | Date | Link | Impressions |
|---|---|---|---|
| **scoopwhoop** | 2024-12-24 | https://www.instagram.com/p/DD9VPtJoCuo/ | 144,000 |
| **skynews** | 2024-12-21 | https://www.instagram.com/p/DD2vZe_vbNo/ | 156,000 |
| **Stephwithdadeats** | 2025-01-19 | https://www.instagram.com/reel/DFBnsy2OSLU/ | 87,900 |
| **thedailybeast** | 2024-12-24 | https://www.instagram.com/thedailybeast/p/DD-FEB9zWMg/ | 28,320 |
| **thenewsmovement** | 2024-12-24 | https://www.instagram.com/p/DD9sKRTqaHc/ | 6,960 |
| **TMZ.TV** | 2024-12-24 | https://www.instagram.com/p/DD7sSEjNq3s/ | 288,000 |
| **tribunedit** | 2024-12-24 | https://www.instagram.com/p/DD9UvmFIssV/ | 20,820 |
| **usatoday** | 2024-12-23 | https://www.instagram.com/p/DD78rLfTpro/?img_index=2 | 222,000 |
| **variety** | 2024-12-21 | https://www.instagram.com/p/DD2KmDXs4gK/ | 162,000 |
| **voxdotcom** | 2025-01-16 | https://www.instagram.com/p/DE5UTTjMSwy/ | 59,700 |
| **Instagram SUBTOTAL** | | | **10,566,868** |
| **GRAND TOTAL** | | | **116,959,530** |

## APPENDIX H – DAMAGES MODEL

*3x Attitude Change Multiplier*

Original Defamatory Impressions:[498] 116,959,530
Attitude Change Multiplier:[499] 3x
Receptivity Rate:[500] 55%
Impression Rates: TikTok[501] (12%), Instagram, Facebook,[502] and Twitter[503] (6%), YouTube[504] (100%)

| Impression Source | Original Defamatory Impressions[505] | Discounted Impressions[506] | Target Impressions[507] | Adjusted Target Impressions[508] | CPM[509] | Total Cost[510] |
|---|---|---|---|---|---|---|
| Online News | 3,559,144 | 1,964,647 | 5,893,942 | 5,893,942 | $10.00[511] | $58,939 |
| TV | 45,714,000 | 25,234,128 | 75,702,384 | 75,702,384 | $10.00[512] | $757,024 |
| TikTok Influencer | 41,544,100 | 22,932,343 | 68,797,030 | 537,476,794 | $10.00[513] | $5,374,768 |
| YouTube Influencer | 4,129,619 | 2,279,550 | 6,838,649 | 6,838,649 | $45.00[514] | $307,739 |
| X Influencer | 5,165,207 | 2,851,194 | 8,553,583 | 142,559,713 | $2.00[515] | $285,119 |
| Facebook Influencer | 6,280,592 | 3,466,887 | 10,400,661 | 173,344,350 | $20.00[516] | $3,466,887 |
| Instagram Influencer | 10,566,868 | 5,832,911 | 17,498,733 | 291,645,557 | $15.00[517] | $4,374,683 |
| | **116,959,530** | **64,561,661** | **193,684,982** | **1,233,461,389** | | **$14,625,160** |

498 The impressions estimate from the Impressions Model, see Appendix G.
499 Discussed in Section XI A iv.
500 https://today.yougov.com/topics/entertainment/explore/actor/Blake_Lively.

501 One study conducted by Rival IQ analyzed 374,000 videos posted on TikTok between January and December 2023 from over 2,000 active TikTok handles with a minimum of 1,000 followers across 14 different content industries including beauty, media, influencers, sports and higher education. The study found a median of 12.8 views per 100 followers per video which I rely on in my analysis as a benchmark rate of views per follower. See, https://www.rivaliq.com/blog/tiktok-benchmark-report/#title-views-per-follower. Rival IQ is a social media analytics and competitive benchmarking tool that businesses use to assess media performance. Rival IQ provides metrics and profile and post tracking on Instagram, Facebook, Twitter, YouTube, and TikTok https://www.rivaliq.com/product/.

502 Rival IQ conducted a study to measure follower engagement on Instagram by analyzing over 125,000 Instagram stories and over 539,000 frames posted between June and November 2023. The study included 1,470 Instagram handles with a minimum of 1,000 followers and at least one Story published during each month of the time frame. For non-Story posts, the reach rate — the number of viewers of a post divided by the number of followers of that account, expressed as a percentage — for accounts with fewer than 10,000 followers was 19%, 10% for accounts with 10,000 to 50,000 followers, 7% for the 50,000 to 200,000 follower range, and 6% for accounts with over 200,000 followers. See, https://www.rivaliq.com/blog/instagram-stories-benchmark-report/#title-stories-reach-rate; *see also:* https://www.rivaliq.com/blog/instagram-stories-benchmark-report/#title-methodology, https://www.socialinsider.io/social-media-benchmarks/instagram. I have relied on an impressions rate of 6%, as the majority of posts included in my Impressions Model are from accounts with greater than 200,000 followers. As a conservative measure, Facebook is assumed to be the same as Instagram despite the observed 2.5% impressions rate among the posts containing Mr. Freedman's At-Issue Statements.

503 Impression rates can vary widely by post, with some X posts garnering tens of thousands of impressions and others from the same account getting only a few hundred. Overall, research has found that impression rates on X are estimated at between 1.3% to 2.6% for typical users, though the range can vary widely depending on numerous factors. Buzzfeed had an average 22% rate, but X suggested 30% may be reached. See, *How to calculate Twitter Impressions and Reach*, TweetBinder Blog, https://www.tweetbinder.com/blog/twitter-impressions/; Keith Peterson, *What Does Impressions Mean on Twitter – Trigger Visibility Through Impressions*, Marx Communications (Mar. 15, 2023), https://marxcommunications.com/what-does-impressions-mean-on-twitter/. See also, Wang, L., Ramachandran, A., & Chaintreau, A. (2016). Measuring Click and Share Dynamics on Social Media: A Reproducible and Validated Approach. Proceedings of the International AAAI Conference on Web and Social Media, 10(2), 108-113; and Garett Sloane, *Twitter Tells Brands They Can Reach 30% of Their Followers for Free*, Adweek (July 11, 2014), https://www.adweek.com/performance-marketing/twitter-tells-brands-they-can-reach-30-their-followers-free-158886/ (accessed at: https://archive.is/vpdEs), https://www.quintly.com/blog/twitter-impressions-and-reach-definition-and-how-to-track, https://martech.org/facebook-twitter-impressions/. The at-issue X posts had an average impressions rate of 1.8%, squarely in the expected range listed above. To be conservative in calculating corrective costs, however, I have applied the same 6% impression rate as on Facebook and Instagram for pricing X posts in the corrective campaign.

504 I was not able to identify an impressions rate for YouTube influencers. Accordingly, to be conservative, I assume a 100% impression rate in my calculation.

505 These are the output of the Impressions Model, see Appendix G.

506 The number of impressions discounted by the 55% receptivity rate.

507 The number of impressions allocated to the media type calculated using the following formula: Discounted Impressions * Attitude Change Multiplier.

508 The number of impressions allocated to the media type, taking into account the impression rate.

509 Ad cost per 1,000 impressions.

510 Costs were calculated using the following formula: (Adjusted Impressions / 1000) * CPM.

511 CPM cost is based on the midpoint of Native Ads. https://newormedia.com/blog/cpm-benchmarks-by-the-industry/.

512 CPM cost is based on 30-second TV commercial price. See, https://keynesdigital.com/ctv-advertising-rates/ and https://oaaa.org/wp-content/uploads/2022/10/2022_01-Solomons-US-Major-Media-CPM-ComparisonvOAAA.pdf.

513 CPM cost is based on > 1 million follower accounts. https://www.modash.io/blog/tiktok-pricing-guide.

*5x Attitude Change Multiplier*

Original Defamatory Impressions: 116,959,530
Attitude Change Multiplier: 5
Receptivity Rate: 55%
Impression Rates: TikTok (12%), Instagram, Facebook and Twitter (6%), YouTube (100%)

| Impression Source | Original Defamatory Impressions | Discounted Impressions | Target Impressions | Adjusted Target Impressions | CPM | Total Cost |
|---|---|---|---|---|---|---|
| Online News | 3,559,144 | 1,964,647 | 9,823,237 | 9,823,237 | $10.00 | $98,232 |
| TV | 45,714,000 | 25,234,128 | 126,170,640 | 126,170,640 | $10.00 | $1,261,706 |
| TikTok Influencer | 41,544,100 | 22,932,343 | 114,661,716 | 895,794,656 | $10.00 | $8,957,947 |
| YouTube Influencer | 4,129,619 | 2,279,550 | 11,397,748 | 11,397,748 | $45.00 | $512,899 |
| X Influencer | 5,165,207 | 2,851,194 | 14,255,971 | 237,599,522 | $2.00 | $475,199 |
| Facebook Influencer | 6,280,592 | 3,466,887 | 17,334,435 | 288,907,250 | $20.00 | $5,778,145 |
| Instagram Influencer | 10,566,868 | 5,832,911 | 29,164,556 | 486,075,928 | $15.00 | $7,291,139 |
| | **116,959,530** | **64,561,661** | **322,808,304** | **2,055,768,982** | | **$24,375,267** |

[514] CPM cost is based on the midpoint of 1M+ subscriber accounts. https://www.modash.io/blog/youtube-influencer-pricing.
[515] https://sproutsocial.com/insights/influencer-pricing/.
[516] https://sproutsocial.com/insights/influencer-pricing/.
[517] CPM cost is based on > 1 million follower accounts. https://www.modash.io/blog/tiktok-pricing-guide.