# Exhibit 274

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency     GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**     KEVIN KISH, DIRECTOR

651 Bannon Street, Suite 200 | Sacramento | CA | 95811
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

December 30, 2024

Esra Hudson
,

RE:     **Notice to Complainant's Attorney**
        CRD Matter Number: 202412-27269003
        Right to Sue: Lively / Wayfarer Studios LLC et al.

Dear Esra Hudson:

Attached is a copy of your **amended** complaint of discrimination filed with the Civil Rights Department (CRD) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq.

Pursuant to Government Code section 12962, CRD will not serve these documents on the employer. You or your client must serve the complaint.

The amended complaint is deemed to have the same filing date of the original complaint. This is not a new Right to Sue letter. The original Notice of Case Closure and Right to Sue issued in this case remains the only such notice provided by the CRD. (Cal. Code Regs., tit. 2, § 10022.)

Be advised that the CRD does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,


Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
Civil Rights Department
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Blake Lively  CRD No. 202412-27269003

Complainant,

vs.

Wayfarer Studios LLC
,

Justin Baldoni
,

Jamey Heath
,

Steve Sarowitz
,

Melissa Nathan
,

The Agency Group PR LLC
,

Jennifer Abel
,

RWA Communications LLC
,

Jed Wallace
,

Street Relations Inc.
,

It Ends With Us Movie LLC
,

-1-
*Complaint – CRD No. 202412-27269003*

Date Filed: December 20, 2024
Date Amended: December 30, 2024

CRD-ENF 80 RS (Revised 2024/05)

Respondents

**1.** Respondent **Wayfarer Studios LLC** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

**2.** Complainant is naming **Justin Baldoni** individual as Co-Respondent(s).
Complainant is naming **Jamey Heath** individual as Co-Respondent(s).
Complainant is naming **Steve Sarowitz** individual as Co-Respondent(s).
Complainant is naming **Melissa Nathan** individual as Co-Respondent(s).
Complainant is naming **The Agency Group PR LLC** business as Co-Respondent(s).
Complainant is naming **Jennifer Abel** individual as Co-Respondent(s).
Complainant is naming **RWA Communications LLC** business as Co-Respondent(s).
Complainant is naming **Jed Wallace** individual as Co-Respondent(s).
Complainant is naming **Street Relations Inc.** business as Co-Respondent(s).
Complainant is naming **It Ends With Us Movie LLC** business as Co-Respondent(s).

**3**. Complainant **Blake Lively**, resides in the City of **,** State of **.**

**4**. Complainant alleges that on or about **December 20, 2024**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's sex/gender, sexual harassment-hostile environment.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment and as a result was other adverse action(s).

**Additional Complaint Details:** Complainant Blake Lively alleges that Respondents Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, the Agency Group PR LLC, Jennifer Abel, RWA Communications LLC, Jed Wallace, Street Relations Inc., and/or It Ends With Us Movie LLC engaged in a variety of conduct in violation of California Government Code section 12940 (the "FEHA") and Title VII of the Civil Rights Act of 1964 ("Title VII").  The conduct includes: sexual harassment; retaliation; failure to investigate, prevent, and/or remedy harassment; and aiding and abetting harassment and retaliation.  Please see attached complaint for specific details.

Date Filed: December 20, 2024
Date Amended: December 30, 2024

CRD-ENF 80 RS (Revised 2024/05)

VERIFICATION

I, **Esra Hudson**, am the **Attorney** in the above-entitled complaint.  I have read the foregoing complaint and know the contents thereof.  The matters alleged are based on information and belief, which I believe to be true.

On December 30, 2024, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Los Angeles, CA**

-3-
*Complaint – CRD No. 202412-27269003*

Date Filed: December 20, 2024
Date Amended: December 30, 2024

CRD-ENF 80 RS (Revised 2024/05)