# Exhibit 277



**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial:

February 15, 2025

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mitchell Schuster, Esq.
Kevin Fritz, Esq.
Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, New York 10017

      Re:    *Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL

Dear Counsel:

      As you know, this firm represents Blake Lively with respect to the matter *Lively v. Wayfarer Studios LLC et al.*, United States District Court for the Southern District of New York, Case No. 1:24-cv-10049-LJ. In connection with that matter, please find enclosed copies of the following:

- Dismissal and Notice of Rights, EEOC Charge No. 480-2025-01541
- Dismissal and Notice of Rights, EEOC Charge No. 480-2025-01542
- Notice of Filing of Discrimination Complaint, CRD Charge 202412-27269003
- Notice of Case Closure and Right to Sue, CRD Charge 202412-27269003
- Notice of Amended Complaint of Discrimination, CRD Matter No. 202412-27269003

      Please do not hesitate to reach out if you have any questions.

Sincerely,

Esra A. Hudson

Enclosures

403720603.2

Manatt, Phelps & Phillips, LLP   2049 Century Park East, Suite 1700, Los Angeles, California 90067   Tel: 310.312.4000  Fax: 310.312.4224



```
                Tracking #:
                  9589 0710 5270 0688 9986 72        $4.10
                Return Receipt                      $19.05
           Total
           _____
                                                    $19.05
           Grand Total:
           _____
                                                    $19.05
           Credit Card Remit
                Card Name: VISA
                Account #: XXXXXXXXXXXX7371
                Approval #: 06444I
                Transaction #: 830
                AID: A0000000031010     Contactless
                AL: VISA CREDIT
           _____

                  In a hurry? Self-service kiosks offer
                  quick and easy check-out. Any Retail
                     Associate can show you how.

           Text your tracking number to 28777 (2USPS)
           to get the latest status. Standard Message
           and Data rates may apply. You may also
           visit www.usps.com USPS Tracking or call
                        1-800-222-1811.
```