# Exhibit 278

# JB PR (W/O JB)

**Thread Participants:** Jamey Heath; Katie Case; Melissa Nathan (Owner); Jen Abel New number; Breanna Butler; Matthew Mitchell; Jen Abel DO NOT USE; (Owner)

**Active Participants:** Katie Case; Melissa Nathan (Owner); Breanna Butler; Matthew Mitchell; Jen Abel DO NOT USE

**First Message:** 8/7/2024 8:34:00 AM
**Last Message:** 8/7/2024 11:13:35 PM

---

**Breanna Butler**
Morning - flagging that the NotSkinnyButNotFat Instagram account has posted several stories questioning why Justin was not doing press alongside BL/cast. She recently had Ryan on last week as a guest for her podcast
8/7/2024 8:34:00 AM

**Breanna Butler**
Nothing bad just speculation
8/7/2024 8:34:05 AM

**Breanna Butler**
And about to watch Colleen Hoover on Today show in 3 minsAlso, are there any embargoed pieces from Justin's press day which should keep watch for / any upcoming breaks we know of?
8/7/2024 8:39:09 AM

**Katie Case**
Emphasized "And about to watch Colleen Hoover on Today show in..."
8/7/2024 8:39:28 AM

**Jen Abel DO NOT USE**
Great Justin is on cbs this morning live right now
8/7/2024 8:42:49 AM

**Jen Abel DO NOT USE**
Press from the junket will be breaking today/tomorrow
8/7/2024 8:43:01 AM

**Jen Abel DO NOT USE**
Here's our schedule for today and rest of the week so you guys can track as well
📎 <__Library_SMS_Attach_1_2c_12_DAACAE_1_JB x l_1.docx>
8/7/2024 8:43:34 AM

**Matthew Mitchell**
Forbes is today too
8/7/2024 8:43:43 AM

**Katie Case**
Loved "Press from the junket will be breaking today/tomor…"
8/7/2024 8:44:13 AM

**Katie Case**
Liked "Great Justin is on cbs this morning live right now"
8/7/2024 8:44:17 AM

**Katie Case**
Loved an attachment
8/7/2024 8:44:23 AM

**Katie Case**
Liked "Forbes is today too"
8/7/2024 8:44:26 AM

**Jen Abel DO NOT USE**
Justin wants you melissa to thank the deux moi ladies for how they have been so supportive and covering the movie 😂
8/7/2024 9:49:50 AM

**Katie Case**
Emphasized "Justin wants you melissa to thank the deux moi lad…"
8/7/2024 10:04:52 AM

**Melissa Nathan (Owner)**
Morning everyone.
I will, I actually have a call in with her today.

My concerns start today.
8/7/2024 10:16:08 AM

**Matthew Mitchell**
Thr acknowledges how Hoovers novel drew criticism. This speaks to why he's been separate too!
8/7/2024 10:18:15 AM

**Matthew Mitchell**
https://www.hollywoodreporter.com/movies/movie-reviews/it-ends-with-us-review-blake-lively-colleen-hoover-1235967117/
📎
<__Library_SMS_Attach_1_79_09_1CD2A5_1_754CCD_1>
📎
<__Library_SMS_Attach_1_df_15_040C9E_1_38B69F_1>
8/7/2024 10:18:17 AM

**Katie Case**
Yes! Perfect.
8/7/2024 10:21:18 AM

**Katie Case**
Emphasized "Morning everyone. I will, I actually have a call i…"
8/7/2024 10:21:22 AM

**Jen Abel DO NOT USE**
Not a very good review though so let's not push this out lol
8/7/2024 10:28:57 AM

**Katie Case**
We won't, but good to have just in case as part of our arsenal.
8/7/2024 10:49:36 AM

**Katie Case**
Good excerpts from the Washington Post: https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/ (https://www.washingtonpost.com/entertainment/movies/2024/08/07/it-ends-with-us-movie-hoover/)

1. Yet, as a director, Baldoni is even more of a seducer than his own paper-perfect character. He knows that wounded, brooding sex symbols like Ryle are an irresistible erotic trope stretching from Jane Eyre's Mr. Rochester to "Fifty Shades of Grey's" pommel-horse-riding billionaire Christian Grey. Fans pant for romantic male leads who blur the line between passionate and aggressive — and that murk is exactly what the story explores. How can an extravagant gesture double as a red flag? How do emotionally smart girls who've vowed never to repeat their parents' mistakes wind up doing just that — and how long will it take them to recognize it?

2. Baldoni more generously recognizes that he's playing a human work-in-progress, but we rarely have a sense of what's happening underneath his smolder, perhaps because Ryle hasn't had enough therapy to know.
8/7/2024 11:33:08 AM

**Matthew Mitchell**
Liked "Good excerpts from the Washington Post: https://ww…"
8/7/2024 11:33:42 AM

**Jen Abel DO NOT USE**
Loved "Good excerpts from the Washington Post: https://ww…"
8/7/2024 11:34:38 AM

CONFIDENTIAL

NATHAN_000000558

**Matthew Mitchell**
https://www.tiktok.com/t/ZTNgDyL8Y/

📎 <__Library_SMS_Attach_1_11_01_1ED777_1_E71A18_1>

📎 <__Library_SMS_Attach_1_52_02_15B893_1_EA8D9F_1>

8/7/2024 12:09:28 PM

**Katie Case**
Thank you! We're keeping an eye on her, she's posted a few things about this.

8/7/2024 12:10:33 PM

**Katie Case**
📎 <__Library_SMS_Attach_1_50_00_73F1AC_1_Screen_1.HEIC>

8/7/2024 12:23:41 PM

**Katie Case**
Sending as an FYI, though we know Melissa is speaking with her today.



8/7/2024 1:32:56 PM

**Jen Abel DO NOT USE**
Can we source to them that it's literally nothing no beef just the canned content when he was out of the country etc?

8/7/2024 1:56:14 PM

**Katie Case**
Liked "Can we source to them that it's literally nothing …"

8/7/2024 2:01:09 PM

**Melissa Nathan (Owner)**
Yes waiting for the call but I'm sure she's been briefed
8/7/2024 2:06:06 PM

**Melissa Nathan (Owner)**
The other side too
8/7/2024 2:06:10 PM

**Katie Case**
https://wegotthiscovered.com/celebrities/the-it-ends-with-us-press-tour-saw-one-major-player-missing-and-fans-have-questions/
📎 <18DFFFE3-4F76-4333-B6E0-C70C82C4E434.pluginPayloadAttachment>
📎 <__Library_SMS_Attach_1_4f_15_BB7712_1_57581E_1>
8/7/2024 2:34:08 PM

**Katie Case**
First press piece on this — while this is a minor outlet, we'd like to discuss how to engage asap and shut this down with our proposed language. We can also provide suggested language if you prefer to reach out Jen/Matthew.
8/7/2024 2:34:08 PM

**Breanna Butler**
Especially if we know less than favorable piece is likely coming
8/7/2024 2:35:25 PM

**Jen Abel DO NOT USE**
We need to change this guys
8/7/2024 2:39:12 PM

**Jen Abel DO NOT USE**
It says this within. The headline is clickbait
8/7/2024 2:39:35 PM

**Jen Abel DO NOT USE**
The fact that Justin Baldoni was missing from the press tour might be suspicious, but it might not necessarily mean there's any drama there. The actor was recently hospitalized and unable to attend some events due to an undisclosed infection, which he posted about on his Instagram (https://www.instagram.com/p/C8DBYugvM8K/?utm_source=ig_embed&ig_rid=bd588e4a-4431-486d-8d57-7dabab9759c4) in early June. He has also addressed his role as Ryle Kincaid, noting the differences between him and the character, so Baldoni's absence from the press events might be an attempt to not glamorize the film's domestic violence issue. Baldoni previously expressed (https://www.news18.com/movies/justin-baldoni-says-a-lot-of-fear-came-up-when-he-decided-to-play-ryle-in-it-ends-with-us-8982878.html)
, "Ryle was a complex character, I had a lot of fear come up to play this person who is so different than who I am. I had never gone to the places that Ryle does in the film."
8/7/2024 2:39:38 PM

**Melissa Nathan (Owner)**
Have you received one email enquiry
8/7/2024 2:41:13 PM

**Jen Abel DO NOT USE**
No
8/7/2024 2:41:32 PM

**Melissa Nathan (Owner)**
this is speculation and gossip.
It's a bloggy thing as you know.

We can start to tee this up in a major as to JB and his travels and all - or speak to Belloni about how good he did in media

But , the minute we start pushing out stories considering that you have not received one request for comment isn't the wisest move right now.
8/7/2024 2:44:03 PM

**Breanna Butler**
And as right now it's speculation with no exact details being included in the rumor mill, it will peak interest
8/7/2024 2:44:50 PM

**Jen Abel DO NOT USE**
I trust you guys but one article that leads with "avoiding others like the plague" I feel opens the floodgates
8/7/2024 2:45:03 PM

**Breanna Butler**
We'll connect with them to chat but flagging they may push back without having a substantial fact to correct headline
8/7/2024 2:46:05 PM

**Jen Abel DO NOT USE**
I defer to you guys
8/7/2024 2:46:27 PM

**Breanna Butler**
Flagging The Sun article. Complete regurgitation of what's circulating online - verbatim usage of Instagram posts and TikTok's which is why social help to quiet/kill this will be so helpful.

But it's key to note there's nothing new here -
8/7/2024 4:03:21 PM

**Breanna Butler**
https://www.the-sun.com/entertainment/12138149/fans-suspect-justin-baldoni-is-feuding-with-cast/

<__Library_SMS_Attach_1_68_08_F3123E_1_ECBAED_1>

<__Library_SMS_Attach_1_10_00_FEFE33_1_6099BC_1>
8/7/2024 4:03:24 PM

**Jen Abel DO NOT USE**
Let's please start having social kill asap
8/7/2024 4:03:55 PM

**Jen Abel DO NOT USE**
And pls send strategy as we discussed now that this has evolved, if it makes sense for him to get ahead of this
8/7/2024 4:04:25 PM

**Breanna Butler**
Also includes social posts of people reiterating being away

"I know Justin is so cool yall are missing him," the user wrote.
"He was sick, celebrated their anniversary, his wife's birthday. He is posting not doing the group tours."
8/7/2024 4:04:34 PM

**Breanna Butler**
Yes sending shortly
8/7/2024 4:04:42 PM

**Breanna Butler**
We are starting to hear things from our friendlies in the last 20 mins, daily mail, TMZ, NYP. So need to shift messaging we're exploring for tomorrow
8/7/2024 4:19:16 PM

**Breanna Butler**
And potentially getting ahead of this / Belloni item
8/7/2024 4:19:37 PM

**Jen Abel DO NOT USE**
Please draft direction we need to take
8/7/2024 4:22:02 PM

**Breanna Butler**
Just sent email
8/7/2024 4:43:24 PM

**Melissa Nathan (Owner)**
On great so 3:30pm works PT
8/7/2024 5:36:21 PM

**Melissa Nathan (Owner)**
For a call
8/7/2024 5:36:24 PM

**Jen Abel DO NOT USE**
Let's do it please can you guys send a zoom link I've texted Jamey to make sure he can join.
8/7/2024 5:38:28 PM

**Breanna Butler**
Confirming us here + Justin + Jamey for call? We'll send cal invite and zoom link
8/7/2024 5:41:43 PM

**Jen Abel DO NOT USE**
Yes pls
8/7/2024 5:42:01 PM

**Katie Case**
This is interesting: https://vm.tiktok.com/ZGevyVcsv/

Screenshots of her theories which aren't correct, but are calling out Blake and Ryan for acting insidiously.
📎
<__Library_SMS_Attach_1_e3_03_133D2D_1_Screen_1.HEIC>
📎
<__Library_SMS_Attach_1_ea_10_7B75E7_1_Screen_1.HEIC>
8/7/2024 7:41:57 PM

**Katie Case**

We also just pulled a sentiment report for the day for a holistic look at socials overall on X, YouTube, Facebook, IG, etc.

Again, this is specifically analyzing social chatter related to Justin--independently and in relation to It Ends with Us, Blake Lively, and the #itendswithus hashtag.

As yesterday, sentiment remained overwhelmingly positive or neutral at a combined 83%. Words most associated with Justin included "premiere," "review," "director," "lead role," "red carpet,", and various characters and premiere attendees from photo roundups. The only word perhaps of note is "drama," although this phrase does refer to the film's genre and was cited frequently in review headlines and social posts.

8/7/2024 7:47:06 PM

**Jen Abel DO NOT USE**

That's great. Please send the drafted messaging when you can so we can share with him tonight but he feels good about the call and feels protected

8/7/2024 7:47:47 PM

**Jen Abel DO NOT USE**

Appreciate you guys

8/7/2024 7:47:52 PM

**Katie Case**

Absolutely, we'll send in the next several minutes. And so happy to hear that, it's what we're here for ♥

8/7/2024 7:48:37 PM

**Matthew Mitchell**

https://www.tiktok.com/t/ZTNgb2NUj/

📎
<__Library_SMS_Attach_1_a5_05_C0B248_1_051025_1>

📎
<__Library_SMS_Attach_1_a7_07_0F4F28_1_A789B1_1>

8/7/2024 11:13:18 PM

**Matthew Mitchell**

Some interesting theories in comments that it's a marketing ploy to drum up interest in the film. Because EVERYONE unfollowed him the idea is it's a stunt of sorts instead of real issues.

8/7/2024 11:13:18 PM

**Matthew Mitchell**

Sorry if you've seen this and I'm behind on it! 😅

8/7/2024 11:13:35 PM