# Exhibit 282

**chat53357112543905593**

**Thread Participants:** [redacted] Jamey Heath; [redacted] Ange Giannetti; Henny Grace (Owner); Alex Saks Old #; [redacted] J B (Owner)

**Active Participants:** [redacted] Jamey Heath; [redacted] Ange Giannetti; Henny Grace (Owner); Alex Saks Old #

**First Message:** 12/18/2022 2:02:55 PM
**Last Message:** 12/18/2022 9:36:44 PM

---

**Ange Giannetti**
Sent this to warren this am to explain its not just 26 week post and we're done. We need a month for prints and shipping etc. so laid this out which now he gets why we can't make xmas if don't go first.
*12/18/2022 2:02:55 PM*

**Alex Saks Old #**
Ok great
*12/18/2022 2:03:10 PM*

**Ange Giannetti**
Yes:
Shooting time: 30 days March 27 - May 8

Stop date hold period:
May 9 - 27

Post: 26 weeks. NO rest/break for Justin wrapping goes right to editorial
May 22nd - Nov 17

4 weeks printing and shipping
Nov 20-14th (and there is thanksgiving in there so tight)
Ready for release dec 15th
*12/18/2022 2:03:13 PM*

**Ange Giannetti**
Typo there in end. It's Nov 20 to DEC 14th for prints and shipping which he knows.
*12/18/2022 2:04:14 PM*

**Henny Grace (Owner)**
Oof- that looks tough on me
*12/18/2022 2:08:57 PM*

**Alex Saks Old #**
If we start w the kids you'd have buffer before you start your cut
*12/18/2022 2:09:56 PM*

**Alex Saks Old #**
we'd wrap may 15th in this version so you would have a week of down time before your cut
*12/18/2022 2:10:34 PM*

**Henny Grace (Owner):** Yeah I always take at least a week off
12/18/2022 2:13:53 PM

**Alex Saks Old #:** Yep you'll have that
12/18/2022 2:14:06 PM

**Alex Saks Old #:** And possibly could get you two if we start w kids
12/18/2022 2:14:12 PM

**Henny Grace (Owner):** None of it matters unless they're actually going to push the movie right?
12/18/2022 2:14:14 PM

**Alex Saks Old #:** The other movie you mean?
12/18/2022 2:14:24 PM

**Henny Grace (Owner):** Yep
12/18/2022 2:14:29 PM

**Alex Saks Old #:** Yes, 100%
12/18/2022 2:14:32 PM

**Ange Giannetti:** I should have said I just put in no break for you to make it like you are doing everything to accommodate Blake and really going extra mile here. We would figure that out and with 26 weeks we can.
12/18/2022 2:18:40 PM

**Alex Saks Old #:** Yes totally
12/18/2022 2:18:50 PM

**Henny Grace (Owner):** Loved "I should have said I just put in no break for you ..."
12/18/2022 2:22:27 PM

**Henny Grace (Owner):** Just got off the phone with Colleen, she said Blake is her dream Lily, and she couldn't believe it
12/18/2022 2:58:08 PM

**Alex Saks Old #:** Awwww
12/18/2022 2:58:18 PM

**Ange Giannetti:** That is FANTASTIC!
12/18/2022 2:58:32 PM

**Alex Saks Old #**
Blake will love hearing that
12/18/2022 2:58:37 PM

**Henny Grace (Owner)**
And also, I have a lot of marketing ideas that are unconventional ange prepare a marketing team 😊
12/18/2022 2:58:53 PM

**Ange Giannetti**
Yes. After we close we can tell her.
12/18/2022 2:59:01 PM

**Alex Saks Old #**
Laughed at "Yes. After we close we can tell her."
12/18/2022 2:59:07 PM

**Ange Giannetti**
Liked "And also, I have a lot of marketing ideas that are…"
12/18/2022 2:59:15 PM

**Henny Grace (Owner)**
I wanna do a TikTok search for young Lilli and atlas
12/18/2022 2:59:18 PM

**Henny Grace (Owner)**
Emphasized "Yes. After we close we can tell her."
12/18/2022 2:59:24 PM

**Henny Grace (Owner)**
Close it! Lol
12/18/2022 2:59:34 PM

**Jamey Heath**
Tomorrow is gonna be "moving day". All hands on deck. I feel like we are at then end of the soccer match. Let's call on Messi
12/18/2022 3:01:53 PM

**Ange Giannetti**
Sorry. I don't understand sports metaphors.
12/18/2022 3:05:03 PM

**Jamey Heath**
Btw. I'm at home with my daughter, husband, and wife with a visit from her midwife (that delivered Justin's kids, and my kids) going through the process for her home birth at my house. It's very magical. This all to say, the energy of bringing life into the world is surrounding us. We are birthing Blake into this roll.
12/18/2022 3:06:04 PM

**Ange Giannetti**
Loved "Btw. I'm at home with my daughter, husband, and wi…"
12/18/2022 3:08:44 PM

**Ange Giannetti**
Now that I get. Beautiful.
12/18/2022 3:09:15 PM

**Henny Grace (Owner)**
And they are due the same time
12/18/2022 3:12:13 PM

**Jamey Heath**
Yes sir
12/18/2022 4:05:07 PM

**Ange Giannetti**
Wtf is existential? From Aaron just now. Calling him:

Been on the phone all morning with the multiple parties involved with Proxy. The bottom line is that going behind your film is not an option for us. The director, the financiers ( Endeavor Content) and FilmNation all feel we need to start shooting as soon as possible and can not be shooting in the summer. With that said, we do feel we could start shooting March 27th for our 35 day shoot. We will look into shooting 6 days to help finish asap. We are also speaking to the bond company today about how big a buffer we would need. And we are front loading all her work to have her shot out as soon as possible. Sadly, she's in nearly every scene but we hope to have a few days without her so she can get to you right away. It's everyone's intention to try and make this work out for her and you guys. I know you feel you guys need to go first, but from our side it's existential that we go first…
12/18/2022 4:17:44 PM

**Henny Grace (Owner)**
Wow
This seems crazy to me - it's an indie with no release date
12/18/2022 4:20:17 PM

**Jamey Heath**
They don't have a release date??? They don't have theatrical distribution!!!? Why is is "existential" that they go first.
12/18/2022 4:20:21 PM

**Jamey Heath**
Either way. It doesn't change anything for them to go 2nd as it does us.
12/18/2022 4:20:54 PM

**Henny Grace (Owner):** Are they willing to lose her?
*12/18/2022 4:21:18 PM*

**Henny Grace (Owner):** Emily just said/ are we willing to stand out ground and let her go and go all in ....and play poker ....
*12/18/2022 4:22:32 PM*

**Ange Giannetti:** in 30 years I have never heard this.
*12/18/2022 4:22:49 PM*

**Henny Grace (Owner):**
I think it's this European snobby director.

I know she wants the time to get in shape. But I think we should hop on a call and re group.

Alex is at the spa
*12/18/2022 4:23:38 PM*

**Jamey Heath:** Guys let's continue to have this conversation, at the end of the day it shows how much we have tried to make it work. And then, tomorrow, we have to stand ground. And let them know we have to move on.
*12/18/2022 4:23:57 PM*

**Henny Grace (Owner):** Question/ With that above schedule / would we make V day?
*12/18/2022 4:24:58 PM*

**Ange Giannetti:** We can't make Valentine's Day even with that schedule.
*12/18/2022 4:30:40 PM*

**Henny Grace (Owner):** Let's regroup and strategies
*12/18/2022 4:34:25 PM*

**Henny Grace (Owner):** Strategize
*12/18/2022 4:34:29 PM*

**Alex Saks Old #:** I'm avail
*12/18/2022 5:07:50 PM*

**Alex Saks Old #:** They're all afraid of their director
*12/18/2022 5:07:58 PM*

**Alex Saks Old #:** Who thinks he's a fancy auteur
*12/18/2022 5:08:04 PM*

**Alex Saks Old #**: But isn't yet
*12/18/2022 5:08:09 PM*

**Alex Saks Old #**: Loved "Btw. I'm at home with my daughter, husband, and wi…"
*12/18/2022 5:09:17 PM*

**Alex Saks Old #**: I think she needs to choose
*12/18/2022 5:10:39 PM*

**Alex Saks Old #**: And if she chooses them we have to figure out the second window or not…
*12/18/2022 5:10:51 PM*

**Alex Saks Old #**: They have still not given a reason as to why they can't go second. Because there isn't one
*12/18/2022 5:11:38 PM*

**Alex Saks Old #**: Aside from the director which is why we weren't hearing from Aaron
*12/18/2022 5:11:52 PM*

**Jamey Heath**: Correct!
*12/18/2022 5:12:10 PM*

**Henny Grace (Owner)**: Alex, can you get your hands on the script? Do you know what the budget?
*12/18/2022 5:12:13 PM*

**Alex Saks Old #**: I'm sure I can get the script
*12/18/2022 5:12:36 PM*

**Alex Saks Old #**: Budget number probably tougher but possibily
*12/18/2022 5:13:11 PM*

**Alex Saks Old #**: But their financier and film nation are not driving this
*12/18/2022 5:13:24 PM*

**Alex Saks Old #**: It's Aaron being afraid of the director
*12/18/2022 5:13:37 PM*

**Henny Grace (Owner)**
Got it -
Yeah let's rest on this today.
12/18/2022 5:13:42 PM

**Alex Saks Old #**
I bet Aaron convinced the director they should wait for Blake
12/18/2022 5:13:51 PM

**Alex Saks Old #**
And the director is going to flip out now
12/18/2022 5:14:01 PM

**Alex Saks Old #**
If that whole bit about casting another actress was true
12/18/2022 5:14:37 PM

**Henny Grace (Owner)**
Tomorrow we may need to make them choose - the problem is they're going to tell Blake the Director is going to go with another woman if she doesn't do their move you first, which is going to make Blake feel not valuable to this: "cool" filmmaker. I believe us trying and kindness will win.
12/18/2022 5:14:37 PM

**Alex Saks Old #**
Trying meaning have a release next spring?
12/18/2022 5:15:12 PM

**Ange Giannetti**
Warren told Tom in an email their movie was 17m
12/18/2022 5:15:15 PM

**Henny Grace (Owner)**
No meeting were trying and bending over backwards to figure this out for them
12/18/2022 5:15:41 PM

**Alex Saks Old #**
The other movie has not tried to help at all
12/18/2022 5:15:48 PM

**Alex Saks Old #**
We already cut her shooting days
12/18/2022 5:15:58 PM

**Alex Saks Old #**
They're still at needing her 7 weeks
12/18/2022 5:16:09 PM

**Ange Giannetti**
And moved location.
12/18/2022 5:16:12 PM

CONFIDENTIAL
BALDONI_000017032

**Alex Saks Old #**
But also won't go earlier than 3/27
12/18/2022 5:16:21 PM

**Ange Giannetti**
You're hearing other movie 34 days? I'm going on that.
12/18/2022 5:16:39 PM

**Alex Saks Old #**
Yeah going off what you heard
12/18/2022 5:16:58 PM

**Alex Saks Old #**
Ange I would ask if they can go before 3/27 and condense their schedule as a whole, I don't think working Blake 6 days is smart unfortunately 2.5 months post partum
12/18/2022 5:22:02 PM

**Alex Saks Old #**
Their bond should only require 10 days
12/18/2022 5:22:09 PM

**Ange Giannetti**
Having my head of production lay out and vet a Valentine's Day release which I think might work but no wiggle room at all. And fyi spoke to Tom he thinks too many risks going second on too many fronts. He does not want us to put the pick scenario to her yet - says wait and we will all coordinate tomorrow best way forward. Chairman in this only helps us.
12/18/2022 5:31:10 PM

**40 Alex Saks Old #**
Copy
12/18/2022 5:31:26 PM

**Henny Grace (Owner)**
Loved "Having my head of production lay out and vet a Val…"
12/18/2022 5:31:31 PM

**Alex Saks Old #**
Sounds great!!
12/18/2022 5:31:48 PM

**Ange Giannetti**
Liked "Sounds great!!"
12/18/2022 5:31:58 PM

**Jamey Heath**
Sorry I was at a block party all day.

All this sounds good.
I think No matter what going 2nd is not even an option we can consider.

Yes let's rest and regroup mañana.

12/18/2022 8:11:50 PM

**Ange Giannetti**
Here is the proxy script. The other movie Blake wants to do.
📎 <__Library_SMS_Attach_1_ac_12_at_0_8_1_Proxy_1.pdf>

12/18/2022 9:09:47 PM

**Ange Giannetti**
Oh!!! See here the directors wife wrote the script. Spoke to Aaron again. He said if movie doesn't happen now and first, movie will fall apart as director has another movie in the fall. No start date and Aaron had no details. Does this guy blow his wife's movie? Plot thickens.

12/18/2022 9:14:04 PM

**Alex Saks Old #**
He won't be finished w post to prep a movie in the fall

12/18/2022 9:14:40 PM

**Jamey Heath**
Oh man. What a plot.
12/18/2022 9:16:16 PM

**Jamey Heath**
It's honestly gonna come down to her choosing. It's unfortunately very clear.

12/18/2022 9:17:05 PM

**Alex Saks Old #**
His last movie was also written by his wife
12/18/2022 9:17:30 PM

**Alex Saks Old #**
I don't see him never doing it…
12/18/2022 9:17:41 PM

**Henny Grace (Owner)**
She wants the street cred Vanessa Kirby got.

I wish someone could tell her chasing industry street cred isn't the way to go. Do this movie and then make your cool indie.

12/18/2022 9:21:05 PM

**Alex Saks Old #**
Yepp, also Vanessa Kirbys biggest post pieces of a woman role is the female supporting role in napoleon 😌
12/18/2022 9:23:34 PM

**Alex Saks Old #**
Mission impossible preceded pieces
12/18/2022 9:23:54 PM

**Jamey Heath**
Just bought my ticket to NY for the red eye tonight. Gonna go and speak to Blake in the morning and set her straight.
12/18/2022 9:34:18 PM

**Jamey Heath**
[facepalm emoji image]
12/18/2022 9:34:21 PM

**Alex Saks Old #**
No you didn't
12/18/2022 9:34:47 PM

**Jamey Heath**
I'm kidding
12/18/2022 9:35:39 PM

**Jenny Grace (Owner)**
Of course he didn't.
12/18/2022 9:35:41 PM

**Alex Saks Old #**
I don't know!! You guys are dedicated gentlemen!!
12/18/2022 9:36:03 PM

**Jamey Heath**
It's all I can stand not to. But of course not. I still believe she'll get there

12/18/2022 9:36:44 PM

CONFIDENTIAL

BALDONI_000017036