# Exhibit 284

## Short Message Report

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 10 | Date Range: 6/4/2023 |

## Outline of Conversations

💬    **35** PII    10 messages on 6/4/2023
     PII Sam Cooper • PII Karen Garner • PII Paris Reise •
     PII Jenny Slate • PII System Message

**Messages in chronological order** (times are shown in GMT +00:00)

| | 35 [PII] - chat [PII] |
|---|---|

**SC** — [PII] **Sam Cooper** — 6/4/2023, 5:23 PM
Hi! We just sent through your schedule ahead of your EPK/Content Capture on set tomorrow. We also wanted to get your thoughts on the EPK questions and concepts we sent for approval. Sharing them in the doc attached with our feedback in red. Let us know your thoughts and happy to go through these over the phone with you if easier. Thank you!
~/Library/SMS/Attachments/dd/13/E545A7CE-7E5D-4783-99B3-6C0A7D015894/JS IEWU EPK_Social Requests.docx

*Attachment: JS IEWU EPK_Social Requests.docx.DOCX (11 KB)*

**JS** — [PII] **Jenny Slate** — 6/4/2023, 5:29 PM
Hey guys- i don't want to do anything with Justin, i don't want to talk about him, like…nothing. And the same goes for Jamey, who is truly unprofessional. I also haven't read the book, so def no q's about that. I'm just not sure how visible i want to be in this campaign, and looking over this list, I'm wondering if actually we SHOULD wait a beat. What is Blake going to do? I'll ask her myself on Tues.

**JS** — [PII] **Jenny Slate** — 6/4/2023, 5:32 PM
But this has been a really gross and disturbing shoot, and I'm one of many who feel this way, and Blake and i have both complained directly to Ange at Sony, (and they agree w us btw). Justin is truly a false ally and I'm unwilling to do anything that promotes the image that he's crafting as a "male feminist"…like…honestly i have no words to describe what a fraud he is.

**AC** — [PII] **Alex Crotin** — 6/4/2023, 5:34 PM
Let's pull the plug on this. We can circle back post production and consider it then

**JS** — [PII] **Jenny Slate** — 6/4/2023, 5:34 PM
Ok cool

**JS** — [PII] **Jenny Slate** — 6/4/2023, 5:35 PM
Thank you. I honestly have never ever encountered anything like this dude

**AC** — [PII] **Alex Crotin** — 6/4/2023, 5:36 PM
He sounds….

**JS** — [PII] **Jenny Slate** — 6/4/2023, 5:36 PM
He's the biggest clown and the most intense narcissist

**AC** — [PII] **Alex Crotin** — 6/4/2023, 5:36 PM
Oy. Sorry J.

**JS** — [PII] **Jenny Slate** — 6/4/2023, 5:37 PM
Lots of lessons learned!