# EXHIBIT A

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/13/2023 |

## Outline of Conversations

 **BL-FullMessages-0462029** • 4 messages on 10/13/2023 • Jenny Slate ▉▉▉▉▉▉ • ?B?

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **BL-FullMessages-0462029**

**?B?** ◀ 10/13/2023, 12:54 PM

Wow! Congratulations. What a nice silver lining to this time. I've been soaking up every moment possible w my babies. And I'm also dreading going back to our film. I keep getting hits of the experience in really upsetting ways. So I'm appreciating every moment until we're back.

**> JS    Jenny Slate** ▶ 10/13/2023, 1:04 PM

Oh man. Like…it's a real "don't even get me started" kind of feeling. And I only have one scene left! You have so much more. I'm sorry for that. Sometimes I get so angry at myself for ignoring signs in Justin that I should have taken seriously in terms of "wait…is this person ACTUALLY in line w a feminist perspective?" The plus side is that I will ever make again this mistake again. I will say though, I wanted to work with YOU, and that was definitely the right instinct! But yeah. Wow. What a one of a kind shitshow.

**Redacted - Non-Responsive**

**Redacted - Non-Responsive**