# Exhibit 290

| | |
|---|---|
| **Thread Participants:** | ▆▆▆ Melissa Nathan (Owner); ▆▆▆ Mario Perez hilton; (Owner) |
| **Active Participants:** | ▆▆▆ Melissa Nathan (Owner); ▆▆▆ Mario Perez hilton; System Message System Message |
| **First Message:** | 1/30/2025 3:07:03 AM |
| **Last Message:** | 1/30/2025 3:15:12 PM |

---

**▆▆▆ Mario Perez hilton**
Hey. When you wake up…
1/30/2025 3:07:03 AM

**▆▆▆ Mario Perez hilton**



r/ColleenHoover • 6 mo. ago
Motor-Cow9809

**Ok I know a lot of the inside drama for IEWU and I just don't know who to share it with so here we are**

I'm obviously using a throwaway, but I know someone who worked on the movie for most of its run, who would have gotten these details piping hot, not some grapevine situation. They told me first hand what they know. I'll give bullet points.

- Supposedly, Blake felt that Justin made her uncomfortable on set. One instance in particular they said was that Justin told Blake she looked "Sexy" in what she was wearing on set. I don't know the context around it.
- Apparently Justin wasn't happy with the original editors cut of the movie, so he hired his own team to do his version of the movie. Blake wanted to do her own version of the movie as a result, but Sony said no.
- Blake goes to Sony and threatens to go to the NY Times with a story that says Justin was sexually harassing her on set, if they don't let her have her own version.
- Sony freaks out and says okay whatever you want.
- Justin is banned from the Sony lot. (I don't think forever, just for the run of the movie but I could be wrong).
- Blake hires T Swift's music video editors to do HER version while she's filming in Italy for something
- Blake has a friends & family screening to get thoughts, with lots of A listers - Ben Affleck, Bradley Cooper (I think) etc etc.
- Everyone is like ???? this movie makes no fucking sense
- Blake realizes she needs to hire an experienced film editor to fix it
- Blake uses a T Swift song in the movie that the studio loves having in there
- T swift finds out that the original composer for the movie is someone she worked with in the past that was mean to her, and she says it's either me or him
- Sony fires that composer to keep the t swift song

I think that's everything I know.

1/30/2025 3:07:11 AM

**▆▆▆ Mario Perez hilton**
https://www.reddit.com/r/popculture/comments/1id8an9/omg_reddit_post_from_alleged_it_ends_with_us/
📎
<__Library_SMS_Attach_1_65_05_954A1B_1_4DE90C_1>
📎
<__Library_SMS_Attach_1_0e_14_301DA5_1_498356_1>

1/30/2025 3:07:17 AM

**▆▆▆ Mario Perez hilton**
This is going very viral.
1/30/2025 3:07:19 AM

**▆▆▆ Mario Perez hilton**
Is any of this true?
1/30/2025 3:07:26 AM

**Mario Perez hilton**
Particularly the part about Taylor having the film's composer fired?
1/30/2025 3:07:44 AM

**Melissa Nathan (Owner)**
Yes one sec this is so weird let me get goin notes on this but bear with me because look at this
1/30/2025 10:17:56 AM

**Melissa Nathan (Owner)**
https://www.tiktok.com/t/ZT22CBcP6/

<__Library_SMS_Attach_1_68_08_553C58_1_BB8137_1>

<__Library_SMS_Attach_1_97_07_AC29CE_1_AD5ACD_1>

<__Library_SMS_Attach_1_ca_10_AAE51A_1_90D172_1>

<__Library_SMS_Attach_1_ba_10_FF31A5_1_F961E3_1>
1/30/2025 10:18:00 AM

**Mario Perez hilton**
Le gusta "Yes one sec this is so weird let me get goin notes…"
1/30/2025 10:19:19 AM

**Melissa Nathan (Owner)**
I am HAPPY for you to say this to that

Source close says - Blake and Ryan need to know that the other side has texts from Leslie Sloane to reporters that SHOW attempting to place stories about Justin from JULY !

She started this.
1/30/2025 10:19:45 AM

**Melissa Nathan (Owner)**
Off record

Sources close say they are taken aback themselves- and if correct

This is def a real insider - and Sony never told us she threatened to go to ny times so if true and this happened that's crazy.

A large percentage of this is true of what she did at the time - but no one would've known this apart from a real insider so it's really mind blowing
1/30/2025 10:23:38 AM

CONFIDENTIAL                                                       NATHAN_000020425

**Melissa Nathan (Owner):** According to this timeline from Reddit that would mean she made the NYT threat in May... wtf
*1/30/2025 10:23:59 AM*

**Mario Perez hilton:** Le encanta "I am HAPPY for you to say this to that

Source cl..."
*1/30/2025 10:24:38 AM*

**Melissa Nathan (Owner):** And just for a separate piece

You can say insiders confirmed that
There was never morality clause in the wayfarer deal with Colleen Hoover.

So I'm just assuming she backed the wrong horse and she's had enough
*1/30/2025 10:24:55 AM*

**Melissa Nathan (Owner):** Reply
No one knows we have these text messages because it's a smoking gun, but I'm happy for you to start teasing it
*1/30/2025 10:25:11 AM*

**Mario Perez hilton:** Ohhhh! Yes!!!
*1/30/2025 10:25:19 AM*

**Mario Perez hilton:** Yay!
*1/30/2025 10:25:22 AM*

**Mario Perez hilton:** I love multiple posts!
*1/30/2025 10:25:29 AM*

**Mario Perez hilton:** Will get on these later!
*1/30/2025 10:25:36 AM*

**Melissa Nathan (Owner):** Reply
Why would we agree with the court to dismiss her when she was the person that actually did this?
*1/30/2025 10:25:37 AM*

**Mario Perez hilton:** Loved "Why would we agree with the court to dismiss her w..."
*1/30/2025 10:25:45 AM*

**Melissa Nathan (Owner)**
And- off the record again because you're in my circle of BF trust

I saw that Taylor story come out yesterday my 15 year PR instincts told me that it was just them writing a story because that's an obvious story just to be next you know for a filler
1/30/2025 10:27:04 AM

**Melissa Nathan (Owner)**
So I kind of ignored it
1/30/2025 10:27:08 AM

**Melissa Nathan (Owner)**
But then I have been given 100% confirmation by materials I've seen with my own eyes of why this is true

And then I'm assuming ( assuming ) that Leslie placed the New York Post story saying they are best friends

Which is the most childish bullshit in the world anyway because these women are nearly 40?
1/30/2025 10:27:52 AM

**Mario Perez hilton**
Ya. Daily Mail is like roulette.
1/30/2025 10:27:57 AM

**Mario Perez hilton**
50 / 50.
1/30/2025 10:28:05 AM

**Melissa Nathan (Owner)**
I love them truly, and I've kind of grown up in it because I'm British so I love them but you know I also know how this works like you do. I know what the next story would be.

So I had to find out for myself, and oh my God, I properly found out
1/30/2025 10:28:21 AM

**Mario Perez hilton**
Le gusta "I love them truly, and I've kind of grown up in it…"
1/30/2025 10:29:37 AM

**Mario Perez hilton**
1/30/2025 3:06:14 PM

**System Message System Message**
*System; Recalled*
This message has been deleted
1/30/2025 3:06:31 PM



**Melissa Nathan (Owner):** lol what did you un send !! (1/30/2025 3:07:34 PM)

**Mario Perez hilton:** 😛 (1/30/2025 3:07:50 PM)

**Mario Perez hilton:** 🚨 #BlakeLively #LeslieSloane #JustineBaldoni (1/30/2025 3:07:53 PM)

**Mario Perez hilton:** That (1/30/2025 3:07:54 PM)

**Melissa Nathan (Owner):** lol (1/30/2025 3:08:00 PM)

**Mario Perez hilton:** I meant to send to myself (1/30/2025 3:08:03 PM)

**Mario Perez hilton:** Working on the first video (1/30/2025 3:08:07 PM)

**Mario Perez hilton:** going over what you said (1/30/2025 3:08:12 PM)

**Mario Perez hilton:** so i was accurate (1/30/2025 3:08:17 PM)

**Mario Perez hilton:** i send headlines and captions for my videos on my laptop to my phone (1/30/2025 3:08:37 PM)

**Melissa Nathan (Owner):** Feel free to use me as a tool :) I do that myself with statements (1/30/2025 3:08:55 PM)

**Mario Perez hilton:** 😉 (1/30/2025 3:09:02 PM)

**Mario Perez hilton:** i just did a search (1/30/2025 3:09:22 PM)



**Mario Perez hilton:** and no media outlet reported the leslie letter / news yet
1/30/2025 3:09:33 PM

**Mario Perez hilton:** Yay!
1/30/2025 3:09:35 PM

**Melissa Nathan (Owner):** Nope! I can't see it
But it's on pacer
1/30/2025 3:10:10 PM

**Mario Perez hilton:** Mine will be up within minutes
1/30/2025 3:10:21 PM

**Mario Perez hilton:** I had a busy morning
1/30/2025 3:10:24 PM

**Melissa Nathan (Owner):** <__Library_SMS_Attach_1_67_07_C16C79_1_cv0044_1.pdf>
1/30/2025 3:10:27 PM

**Mario Perez hilton:** Recording my Patreon show
1/30/2025 3:10:30 PM

**Mario Perez hilton:** and then had a zoom with a company about some business stuff
1/30/2025 3:10:39 PM

**Melissa Nathan (Owner):** Loved "and then had a zoom with a company about some busi…"
1/30/2025 3:15:12 PM