# Exhibit 291

## Prayers and support

**Thread Participants:** Ahmed Musiol (Owner); Jamey Heath; Cyrus Sigari; Justin Baldoni; Travis VanWinkle; Andy Grammer; Rainn Wilson; Adam Mondschein; Ahmed Musiol (Owner);

**Active Participants:** Justin Baldoni; Rainn Wilson;

**First Message:** 1/4/2024 2:34:55 PM
**Last Message:** 1/4/2024 2:38:50 PM

---

**Justin Baldoni**
Jamey and I are heading over to Blake's now with other producers for the big meeting. First time we have seen each other in person since her safety allegations. Would appreciate any prayers for protection and strength / calm.
1/4/2024 2:34:55 PM

Praying for strength and protection and angels all around you. 🙏🙏🙏🙏
1/4/2024 2:37:16 PM

**Justin Baldoni**
Loved "I love you both deeply. As we all send love and pr…"
1/4/2024 2:38:24 PM

**Justin Baldoni**
Loved "Praying for strength and protection and angels all…"
1/4/2024 2:38:27 PM

**Rainn Wilson**
sitting now for some prayers
1/4/2024 2:38:50 PM