# Exhibit 292



**SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS DAILY CONTRACT (DAY PERFORMER) FOR THEATRICAL MOTION PICTURES**

THE PERFORMER MAY NOT WAIVE ANY PROVISION OF THIS CONTRACT WITHOUT THE WRITTEN CONSENT OF SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS (HEREINAFTER "SAG-AFTRA")

Company: It Ends With Us Movie LLC
Date: 5/20/24
Date Employment Starts: 5/20/24
Performer Name: ADAM MONDSCHEIN
Production Title: It Ends With Us
Address: [redacted]
Production Number: N/A
Telephone No.: [redacted]
Role: VO Actor
Social Security #: _
Daily Rate $: [redacted]
Citizen of U.S. Yes [X] No [ ]
Weekly Conversion Rate: _
Wardrobe supplied by Performer Yes [ ] No [ ]

If so, number of outfits ___ @ $___
(formal) ___ @ $___
Date of Performer's next engagement ___

**Complete for "Drop-And-Pick-Up" Deals ONLY:**

Firm recall date on _____ or
On or after _____
("On or after" recall only applies to pick-up as Weekly Performer)
As [ ] Day Performer [ ] Weekly Performer
*Means date specified or within 24 hours thereafter

The employment is subject to all the provisions and conditions applicable to the employment of DAY PERFORMER contained or provided for in the current SAG-AFTRA Agreement for Independent Producers of Theatrical Motion Pictures as the same may be supplemented and/or amended.

The Performer [ ] (does) [X] (does not) hereby authorize the Producer to deduct from the compensation hereinabove specified an amount equal to _____ percent of each installment of compensation due the Performer hereunder, and to pay the amount so deducted to the Motion Picture and Television Relief Fund of America, Inc.

Special Provisions:

PRODUCER _____
PERFORMER _A. Mondschein_ (signature)
BY _____
BY _____

Production time reports are available on the set at the end of each day. Such reports shall be signed or initialed by the performer. Attached hereto for your use is the Declaration Regarding Income Tax Withholding.

**NOTICE TO PERFORMER: IT IS IMPORTANT YOU RETAIN A COPY OF THIS CONTRACT FOR YOUR RECORDS**

Created With Tiny Scanner

CONFIDENTIAL
Day Performer Contract Theatrical 6.18

AM 000540

# INVOICE

To: Wayfarer Studios



Moonlit Voices, Inc.

Phone

INVOICE # 103
DATE: 03/03/2022

Make all checks payable to Moonlit Voices, Inc.

**THANK YOU FOR YOUR BUSINESS!**

| NAME | JOB | PAYMENT TERMS | TOTAL DUE |
|---|---|---|---|
| Adam Mondschein | Acting Coach (Justin Baldoni) | | |

CONFIDENTIAL

A.M.000541

# INVOICE

To: Wayfarer Studios



Moonlit Voices, Inc.

Phone

INVOICE # 102
DATE: 12/23/2022

Make all checks payable to Moonlit Voices, Inc.

**THANK YOU FOR YOUR BUSINESS!**

| NAME | JOB | PAYMENT TERMS | TOTAL DUE |
|---|---|---|---|
| Adam Mondschein | Acting Coach (Justin Baldoni) | | |

CONFIDENTIAL

A.M.000542

# INVOICE

To: Wayfarer Studios

| NAME | JOB | PAYMENT TERMS | TOTAL DUE |
|---|---|---|---|
| Adam Mondschein | Acting Coach (Justin Baldoni) | | |



Moonlit Voices, Inc.

Phone

INVOICE # 104
DATE: 04/03/2023

Make all checks payable to Moonlit Voices, Inc.

**THANK YOU FOR YOUR BUSINESS!**

CONFIDENTIAL

A.M.000543





| NAME | JOB | PAYMENT TERMS | TOTAL DUE |
|---|---|---|---|
| Adam Mondschein | Acting Coach (Justin Baldoni) | ███ | ███ |

INVOICE # 105
DATE: 04/25/2023

CONFIDENTIAL

A.M.000544

**Kristy Carlson** <​█​>   Fri, Apr 21, 2023 at 2:08 PM
To: █
Cc: Cassidy Thornton <​█​>

Hi Adam,

So nice to connect with you just now. As discussed, we would love to offer you the role of the 'Doctor' (scene attached) in IT ENDS WITH US, a feature film to be directed by Justin Baldoni for Sony. As you may know 'Lily' will be played by Blake Lively.

18. DOCTOR

Fee/Guarantee: █ (SAG daily scale) per day with a 1-day guarantee

Total Guarantee: █

Approx. date (subject to change): May 22

Dressing facility: Private dressing room per SAG

Credit: Guaranteed end crawl

Looking forward to your thoughts!

Kind regards,

kristy

📄 **DOCTOR - ADAM MONDSCHEIN[1].pdf**
99K

CONFIDENTIAL                                                                                                                          A.M.000545