# Exhibit 293



# DAILY PREP SCHEDULE
### a.o. 4/25/2023 @ 7:00 PM
*\*ALL MEETINGS ARE EASTERN STANDARD TIME UNLESS OTHERWISE NOTED\**
Changes/additions marked in BLUE

---

**Wednesday, April 26, 2023**　　　　　　　　　　　　　　　　　　　　　　　　　　　**2.0 WEEKS OUT**

***OOO:*** A. Saks

| | | |
|---|---|---|
| **ALL DAY** | **BOSTON B-ROLL SPRING SHOOT** | |
| **9:30 AM** | **SET DEC SHOW & TELL (IN PERSON)** <br> J. Baldoni, M. Villa, A. Ajemian, J. Sacco, R. Barnes, A. S. Morales, C. Stewart | |
| **10:00 AM** | **PANAVISION VISIT (OFF SITE)** <br> B. Peterson, E. Walsh | |
| **12:00 PM to 3:00 PM** | **SCRIPT WORK / REHEARSAL (IN PERSON)** <br> Address: 15 Exchange Pl, 3rd Floor | |
| **12:30 PM to 2:00 PM** | **CONFERENCE ROOM UNAVAILABLE** | |
| **3:00 PM to 4:00 PM** | **REHEARSAL w/ "LILY" & "ALLYSA" (HYBRID)** <br> Address: 15 Exchange Pl, 3rd Floor | |
| **4:00 PM to 5:00 PM** | **REHEARSAL w/ "LILY" & "ATLAS" (HYBRID)** <br> Address: 15 Exchange Pl, 3rd Floor | |
| **5:00 PM** | **ART DEPT TAPE DOWN ROOF FLOORPLAN** | |
| **5:00 PM to 7:00 PM** | **"LILY" COSTUME FITTING** <br> E. Daman. J. O'Brien | |

**Thursday, April 27, 2023**　　　　　　　　　　　　　　　　　　　　　　　　　　　**1.8 WEEKS OUT**

***OOO:*** A. Saks, R. Barnes (Prod. Designer)

| | | |
|---|---|---|
| **TBD AM** | **VEGAS MEETING (HYBRID)** <br> J. Baldoni, J. Heath, A. Saks, A. Ajemian, J. Sacco, B. Brickey, J. Bloom, F. Zotter, B. Peterson, TBD | |
| **11:00 AM to 4:00 PM** | **"LILY" & "RYLE" REHEARSAL (IN PERSON)** <br> Address: 15 Exchange Pl, 3rd Floor | |
| **3:15 PM** | **INTIMACY MEETING** <br> J. Baldoni, L. Talbot, "Lily" | |
| **2:00 PM** | **WAYFARER WEEKLY PRODUCTION MEETING (VIA ZOOM)** <br> Wayfarer Execs, J. Heath, M Villa, A. Ajemian, J. Sacco, N. Pizzino | |
| **5:00 PM to 6:00 PM** | **STUNT/ABUSE CHOREOGRAPHY MEETING** <br> J. Baldoni, R. Farfel | |

15 Exchange Place, Jersey City, NJ 07302

| Friday, April 28, 2023 | | 1.6 WEEKS OUT |
|---|---|---|

**START:** J. Alcantara (Gaffer), M. Yurich (Key Grip)
**OOO:** A. Saks, R. Barnes (Prod. Designer)

| | | |
|---|---|---|
| 9:30 AM | **WALKTHRU OF PARLAY STUDIOS, STAGE A** | |
| | A. Ajemian, J. Sacco, J. Bloom, F. Zotter | |
| 10:30 AM to 1:30 PM | **SCHEDULING MEETING (IN PERSON)** | |
| | J. Baldoni, J. Bloom, B. Peterson | |
| 11:00 AM to 1:00 PM | **"LILY" BELLY FITTING (OFF SITE)** | |
| | G. Pikulski, B. Schmidt | |
| 2:00 PM | **IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM)** | |
| | Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa, Sony Execs | |
| TBC PM | **G&E MEETING (IN PERSON)** | |
| | B. Peterson, J. Alcantara, M. Yurich | |

| Sunday, April 30, 2023 |
|---|

**TRAVEL:** Payroll Accountant OH to NJ, TBC B. Lively HMU Team to NJ

| | | |
|---|---|---|
| 10:00 AM | **COSTUME FITTING FOR "ALLYSA"** | |
| | A. Saks, E. Daman, J. O'Brien | |

| Monday, May 1, 2023 | | 1.4 WEEKS OUT |
|---|---|---|

**START:** B. Jiao (BG Casting), J. Oates (Best Grip), J. Wellberry (Best Elec.), D. E. Griffin (Key Rig Grip), D. Woods (Best Rig Grip),
     R. Rodriguez (Rig Gaffer), P. Russell (Best Rig Elec.), S. Reeves (Transpo Co-Capt), L. Rizer (2nd 2nd AD),
     D. Andazola (Charge Scenic), T. Janicki (Scenic Foreperson), M. Janicki (Scenic Industrial)

| | | |
|---|---|---|
| **TBC 8 AM LV** | **TECH SCOUT DAY 1** | |

| Tuesday, May 2, 2023 | | 1.2 WEEKS OUT |
|---|---|---|

**START:** Z. Kim (Set Costumer)

| | | |
|---|---|---|
| **TBC 8 AM LV** | **TECH SCOUT DAY 2** | |
| TBD | **CAMERA TEST PACKAGE PREP (PANAVISION)** | |
| | E. Walsh, A. Uribe, Z. Sainz | |

| Wednesday, May 3, 2023 | | 1.0 WEEK OUT |
|---|---|---|

**START:** D. Mura (Set Costumer), TBC S. Fitzgerald (Video Assist), R. Lugo (Hair Dept Head), MU Dept Head

| | | |
|---|---|---|
| TBD | **CAMERA TEST (PARLAY STUDIOS)** | |

| Thursday, May 4, 2023 | | 0.8 WEEK OUT |
|---|---|---|

| | | |
|---|---|---|
| 2:00 PM | **IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM)** | |
| | Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa, Sony Execs | |

| Friday, May 5, 2023 | | 0.6 WEEK OUT |
|---|---|---|

| | | |
|---|---|---|
| 2:00 PM (TBC) | **IEWU WEEKLY PRODUCTION MEETING (VIA ZOOM)** | |
| | Wayfarer Execs, A. Saks, A. Ajemian, J. Sacco, M. Villa, Sony Execs | |
| TBD | **RESPECT IN THE WORKPLACE MEETING** | |
| TBD PM | **PRODUCTION MEETING (HYBRID)** | |

| | |
|---|---|
| **TBD** | **LOGISTICS MEETING** |

| **Monday, May 8, 2023** | **0.6 WEEK OUT** |
|---|---|

*START:* S. Brzycki (Truck Costumer)
*TRAVEL:* TBD Crew NJ to LV

| | |
|---|---|
| **ALL DAY** | **CAMERA CHECKOUT (PANAVISION)** |
| | E. Walsh, A. Uribe |

| **UPCOMING MEETINGS / TO BE SCHEDULED** |
|---|

| | |
|---|---|
| May 9-12 | CAMERA CHECKOUT (PANAVISION) |
| May 10-12 | G&E CHECKOUT |
| May 15 | FIRST DAY OF NJ PRINCIPAL PHOTOGRAPHY |
| TBD | SUPPORTING CAST HMU LOOKS |
| TBD | BG HMU/COSTUMES MEETING |
| TBD | GRAPHICS MEETING |
| TBD | PRINCIPAL CAST COSTUME BOARD REVIEW |
| TBD | LOCATIONS REVIEW MEETING |
| TBD | DAILIES/POST WORKFLOW CALL |
| TBD | MEETING w/ EDITOR (VIA ZOOM) |