Exhibit 294

# BLAKEL, INC.

### f/s/o Blake Lively

# Invoice

c/o ML Management Partners, LLC
888 Seventh Avenue 4th Floor
New York, NY 10106

**Date: 03/06/24**
**Invoice #: 013024REVISED**

**To**: IT ENDS WITH US MOVIE, LLC

FEIN: █████

via email: ███████████

| Date | Job | Due Date |
|------|-----|----------|
| 2/9/2024 | Assitant & Meal Allowance Period 01/06/24-02/09/24 | Upon Receipt |

| Period End | Description | Line Total |
|------------|-------------|-----------:|
| 01/06/24 | Meal Allowance 01/01-01/06/24 (1 day) | $ 200.00 |
| 01/13/24 | Meal Allowance 01/7-01/13/24 | 1,000.00 |
| 01/20/24 | Meal Allowance 01/14-01/20/24 | 1,000.00 |
| 01/27/24 | Meal Allowance 01/21-01/27/24 | 1,000.00 |
| 02/07-02/09 | Meal Allowance 02/07 & 02/08 (3 days) | 600.00 |
| 01/06/24 | Assistant Period 01/01-01/06/24 (1 day) | 300.00 |
| 01/13/24 | Assistant Period 01/07-01/13/24 | 1,500.00 |
| 01/20/24 | Assistant Period 01/14-01/20/24 | 1,500.00 |
| 01/27/24 | Assistant Period 01/21-01/27/24 | 1,500.00 |
| 02/07-02/09 | Assistant Period 02/07-02/08/24 (3 days) | 900.00 |
| 01/01-02/09 | Assitant Kit rental (phone/laptop @$50 weekly) | 200.00 |
| | **USD $** | **9,700.00** |

WIRE INSTRUCTIONS:

CITY NATIONAL BANK
400 PARK AVENUE
NEW YORK, NY 10022
ACCOUNT NAME: █████
SWIFT: █████
ACCOUNT █████
ROUTING █████

CONFIDENTIAL