# Exhibit 295

| | |
|---|---|
| **From:** | Andrea Ajemian < > |
| **Sent:** | Wed, 6 Mar 2024 18:05:12 -0500 (EST) |
| **To:** | Jamey Heath < > |
| **Cc:** | M Fox < >; Jamey Heath < >; John Logan Pierson < >; Imene Meziane < >; Joseph Lanius < >; Victoria Rickham < > |
| **Subject:** | Re: Blake Lively - Invoice |
| **Attachments:** | REVISED ASSISTANT & MEAL ALLOWANCE BLAKEL IT ENDS WITH US.pdf |

Hi Jamey, JL, Imene, and Joseph,

We've paid Blake and team's per diem from the LA trip. We still do not have confirmation that her assistant has authorized payment for the LA hotel rooms, nor has our card been credited for the $17,000 plus. Helga is checking on that and will keep you posted.

We received the attached invoice for Blake's assistant, and for Blake's meal allowances throughout production. This is contractual. There is a $200 charge on here for her assistant's kit. We didn't pay a kit during Phase 1 and I don't believe it's in the contract.

However, Jamey, do you want us to push back and ask them to take this off? Or do you want us to just pay it and be done with it?

Thanks
Andrea

On Mar 6, 2024, at

CONFIDENTIAL
HEATH_000045200