# Exhibit 296

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 5 | Date Range: 6/24/2024 |

## Outline of Conversations

💬 **BL-FullMessages-0907856** · 5 messages on 6/24/2024 · Ange Gianetti <​█████​> · B <​█████​> · Josh Greenstein <​█████​> · ?B? <​█████​>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0907856**

\# **?B?** <▓▓▓▓▓> ◀ 6/24/2024, 1:47 PM

Morning Josh and Ange. Great call w the team today re pr and marketing.

Just checking in on Wayfarer letter status. The PgA has been altered and are expecting my letter with all letters immediately. I have 18 letters. All but theirs

AG **Ange Gianetti** <▓▓▓▓▓> ▶ 6/24/2024, 1:58 PM

I just heard from Jamey at Wayfarer. Are you avail to talk?

\# **?B?** <▓▓▓▓▓> ◀ 6/24/2024, 2:16 PM

Yes

JG **Josh Greenstein** <▓▓▓▓▓> ▶ 6/24/2024, 2:59 PM

Fucking dummies

\# **?B?** <▓▓▓▓▓> ◀ 6/24/2024, 3:00 PM

Yep