# Exhibit 297

# chat73817091681893398

**Thread Participants:** Jamey Heath (Owner); ▮▮▮ ; ▮▮▮ Josh Jamey Heath (Owner)
**Active Participants:** ▮▮▮ Josh Greenstein
**First Message:** 5/3/2024 1:01:19 AM
**Last Message:** 5/3/2024 1:13:43 AM

---

**Josh Greenstein**
You guys don't want to play ball - you are going to delay and greatly hurt the movie .
Good luck
*5/3/2024 1:01:19 AM*

**Josh Greenstein**
That is only if u want to make this date - we are going to need to push . Finish director cut and we can have multiple previews down the road
*5/3/2024 1:13:43 AM*

CONFIDENTIAL

HEATH_000051764