# Exhibit 299

**THE AGENCY GROUP PR**

To: ███████████
From: The Agency Group (TAG) PR LLC
Subject: Scope of Work
Date: 10/21/24

## OVERVIEW

TAG PR will work closely with you and your team to design and implement a comprehensive communications strategy focused on protecting, managing and enhancing your personal brand. In tandem with our digital team, we will identify, vet and orchestrate meaningful opportunities and moments for engagement creating fresh narratives to further re-direct public discourse from the recent controversy and its key players.

As part of our efforts, we will coordinate alongside your staff to develop messaging for upcoming appearances, planned media interviews, and other public-facing commitments, facilitate introductions and new relationships with key media across innovation, entertainment, human interest, business and philanthropy, secure positive pieces through background commentary and support, correct and update inaccurate headlines and misinformation throughout articles, and assist in the cleanup and expansion of your online presence.

Our approach will include the following elements:

## BRANDING & MESSAGING

- Shape, advance, and protect the profile and reputation of ███████████ through proactive engagement with key media
- Establish specific communications goals and priorities
- Define target audiences and identify areas of focus and sensitivity.
- Review, refine, and create existing communications materials and incorporate consistent, unified messaging including but not limited to, bios, talking points, press releases, announcement messaging, statements, event and appearance materials, promotional language, and more.
- Organize a timeline to establish key moments and determine easily accessible opportunities as well as high profile targets.
- Catalog third-party validators to shape perception in the press and public
- Build a fact-checking document which outlines true/false narratives in coverage to correct and more accurately represent your interests in the media

## MEDIA RELATIONS & STRATEGIC PRESS

- Establish relationships with key reporters across sectors outside of the political realm including, innovation, entertainment, human interest, business and philanthropy via deskside conversations and off record meetings
- Strengthen relationships with reporters and outlets who have shown an interest in covering you in the past
- Monitor relevant coverage and social conversations while flagging, correcting, and updating as needed - adding statements and/or additional background information for context
- Secure background stories using positive facts, references and third-party commentary, as well as more forward-facing opportunities pending comfort and necessity. Our goal is to use favorable information and

ATTORNEYS' EYES ONLY

- rhetoric surrounding ▮▮▮ and his endeavors and limit the amount of on-record statements and commitments.
- Manage media relations to ensure the personal brand and related projects are positioned in a positive light
- Curate statements, background information, talking points and other responses for press
- Place stories across global, regional, and local news as it relates to upcoming notable moments and/or storylines for increased coverage and SEO purposes.
- Conduct prep sessions, as necessary, by drafting and reviewing talking points and facilitating a mock interview experience

## CRISIS

- Provide independent strategic counsel and perspective in addressing any future crisis while mitigating potential fallout
- Curate statements, background information, and responses for press reflecting core values and key messaging
- Present various scenarios for different audiences, regions, and outlets, and facilitate strategy for monitoring and response.
- Catalog third-party validators to build credibility around the narrative and help shape perception in the press.
- Provide input on specific press inquiries and liaise with reporters to mitigate negative stories/correct inaccuracies.
- Monitor coverage and social conversations in real time.

## SOCIAL & DIGITAL

The digital team will run a full assessment to determine a subsequent strategy that deploys a 360-degree digital campaign to cover any and all conceivable issues. The audit will be of websites, social media, Google and Yahoo search with the purpose to recommend and implement appropriate strategy across various channels in addition to execution guidance.

Efforts will include site optimizations, basic content creation and keyword monitoring to better rank within search engines. In addition, the digital team will perform development tasks as needed including but not limited to, website updates, adjustments, and bug fixes, in order to boost the SEO efforts as well as updating with new content to enhance SEO efforts.

The social and digital team will work alongside the PR team to help amplify positive press as it occurs, and highlight news to communities, in forums and otherwise. For social media, the team will claim, create, monitor, manage and optimize various online platforms including, social media pages, Wikipedia, Google Knowledge Panel, to include Instagram, X, TikTok, Facebook, YouTube, Snapchat, Tumblr, Reddit, Discord, etc. to enhance and expand digital footprint and online presence with the appropriate branding.

Deliverables include:
- Initial Audit and Report
- Online Branding Strategy and Management: Media Cleanup
    - Guidance for digital content creation and distribution
    - Monitor and optimize social media, online branding and PR
    - Content Audit and Adjustments Recommendations
    - Monitor and report forums and other sides that are working against the brand or derogatory links
    - Using CTR manipulation and Contextual links to push up Positive PR to change subject matter opinion on the 1st page of Google

ATTORNEYS' EYES ONLY

STREET 3.000306

## SOCIAL & DIGITAL CONTD.

- o Disavow and report outdated or cached non relevant links
- o Cleanup spam or negative links that are ranked within the SERPS's
- Search Engine Optimization: Audit & Strategy
  - o Website Optimizations & Updates
    - Basic SEO practice implementation on all pages
    - Content updates and enhancements
    - SEO Corrections that stem from initial report & audit
    - Improvements to menu and overall website responsiveness
    - Improvements to website speed within the confines of plugins and assets

## FEES & EXPENSES

- **Term:** Three months minimum | **Agency Fee:** $15K/month for PR // $15K/month for Digital
- **Expenses**: As Incurred

ATTORNEYS' EYES ONLY

STREET 3.000307