# Exhibit 300

**TABLE OF ABBREVIATIONS**

| Term | Definition |
|---|---|
| Abel | Defendant Jennifer Abel |
| Action | *Blake Lively v. Wayfarer Studios LLC*, No. 1:24-cv-10049-LJL |
| ALA | Lively's Actor Loan-Out Agreement |
| Ayoub | Claire Ayoub |
| Baker | Vivian Baker |
| Baldoni | Defendant Justin Baldoni |
| Betty Booze | Lively's cocktail brand |
| Blake Brown | Lively's hair care brand |
| Birth Scene | Scene in which Lively's character, Lily Bloom, gives birth, filmed May 22, 2023 |
| California State Lawsuit | Defamation and breach of contract action initiated on January 31, 2025 by Wayfarer, Baldoni, Heath, Sarowitz, Nathan, TAG, Abel, Wallace, Street Relations and RWA Communications against The New York Times Company, formerly pending in the Superior Court of California (Los Angeles County), Case No. 24-STCV-34662 |
| Carroll | Anne Carroll |
| Case | Katie Case |
| Conspiracy Claim | Count XV of Second Amended Complaint |
| Contract Claims | Counts VIII, IX of Second Amended Complaint |
| CRA | Contract Rider Agreement |
| CRD Complaint | Lively's administrative complaint filed with the California Civil Rights Department, dated December 20, 2024 |
| Dance Scene | Scene in which Lively's and Baldoni's characters dance, filmed May 23, 2023 |

| Term | Definition |
|---|---|
| December 21 Statement | Freedman's December 21, 2024 statement to *The New York Times* on behalf of Defendants |
| Defamation Claim | Count XIV of Second Amended Complaint |
| Defamatory Statements | The December 21 Statement, January 7 Statement, January 18 Statement, and January 25 Statement, taken together |
| Defendants or Wayfarer Defendants | Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel |
| Dkt. No. | Docket Entry in this Action |
| Distribution Agreement | Co-Financing Distribution Agreement between Wayfarer and IEWUM, on the one hand, and Columbia Pictures Industries, Inc. on the other, dated as of November 7, 2022 |
| Ex. or Exhibit | Exhibit to Declaration of Michael J. Gottlieb in Support of Lively's Memorandum of Law in Opposition to Wayfarer Defendants' Motion for Summary Judgment |
| FAC | Wayfarer Parties' First Amended Complaint, dated January 31, 2025 (Dkt. No. 50) |
| Failure-to-Prevent Claim | Count VI of Second Amended Complaint |
| False Light Claim | Count XII of Second Amended Complaint |
| FEHA | California's Fair Employment and Housing Act, Cal. Government Code § 12940 *et seq.* |
| Ferrer | Isabela Ferrer |
| Film | The motion picture based on Hoover's best-selling novel, *It Ends With Us* |
| Freedman | Bryan Freedman, counsel for Defendants |
| Freyd Report | Ex. 96, Expert Report of Jennifer Freyd, dated October 17, 2025 |
| Giannetti | Andrea "Ange" Giannetti |
| Greenberg | Danny Greenberg |

| Term | Definition |
|---|---|
| Greenstein | Josh Greenstein |
| Hall | Christy Hall |
| Hanks | Tera Hanks |
| Heath | Defendant Jamey Heath |
| Hoover | Colleen Hoover |
| HR | Human Resources |
| IEWUM | Defendant It Ends With Us Movie LLC |
| January 7 Statement | Freedman's January 7, 2025 statement on Megyn Kelly's podcast regarding Lively's allegations |
| January 18 Statement | Freedman's January 18, 2025 statement to Deadline regarding Lively's allegations |
| January 25 Statement | Freedman's January 25, 2025 statement to New York Post's Page Six regarding Lively's allegations |
| Jones | Stephanie Jones |
| Jonesworks | Jonesworks, LLC |
| Lively | Plaintiff Blake Lively |
| MJP | Defendants' Motion for Judgment on the Pleadings, filed September 26, 2025 (Dkt. No. 813) |
| MJP Opposition or Opp. | Lively's Memorandum in Law in Opposition to Defendants' Motion for Judgment on the Pleadings (Dkt. No. 1053) |
| MSJ | Defendants' Motion for Summary Judgment, filed November 12, 2025 (Dkt. No. 952), Memorandum of Law in Support of the Wayfarer Parties' Motion for Summary Judgment, filed November 13, 2025 (Dkt. No. 955), and all declarations and exhibits attached thereto |
| Nathan | Defendant Melissa Nathan |
| Offer Letter | Wayfarer's offer letter to Lively for the role of Lily Bloom in the Film |

| Term | Definition |
|---|---|
| PGA | Producers Guild of America |
| Phase One | Phase one of filming, May 15, 2023 through June 27, 2023 |
| Phase Two | Phase two of filming, January 5, 2024 through February 9, 2024 |
| Plank | Liz Plank |
| PR | Public Relations |
| Retaliation Claims | Counts II, IV, V of Second Amended Complaint |
| Reynolds | Ryan Reynolds |
| Robbins Report | Ex. 124, Expert Report of Michael Robbins, dated October 16, 2025 |
| Saks | Alexandria "Alex" Saks |
| SAG | Screen Actors Guild |
| Sarowitz | Defendant Steve Sarowitz |
| Sexual Harassment Claims | Counts I, III, XIII of Second Amended Complaint |
| CRA | Lively's Protections for Return to Production transmitted to Wayfarer on November 9, 2023 |
| Second Amended Complaint | Lively's Second Amended Complaint, dated July 30, 2025 (Dkt. No. 520) |
| Slate | Jenny Slate |
| Sony | Sony Pictures Entertainment Inc. or Columbia Pictures Industries, Inc. |
| Street Relations | Street Relations Inc. |
| TAG | Defendant The Agency Group PR LLC |
| Timeline | A timeline of alleged incidents related to Lively drafted by Wayfarer personnel |
| Title VII | Title VII of the Civil Rights Act of 1964 (42 U.S.C § 2000e) |

- 5 -

| Term | Definition |
|---|---|
| Wallace | Jed Wallace |
| Wayfarer | Defendant Wayfarer Studios LLC |
| WME | William Morris Endeavor Entertainment, LLC |
| 17 Protections | Protections requested by Lively within the CRA |