

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

January 20, 2026

**VIA ECF**

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

      Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

      The Wayfarer Parties will be refiling materials that have been unsealed on the public docket, as directed by this Court's January 17, 2026 Order. (Dkt. 1229). Certain exhibits associated with the Wayfarer Parties' summary judgment motion cannot be filed on the docket due to their size or format—namely WF MSJ Exhibits 38, 40, 163, 194, 199, 218, 229, 238, 245, 258, 264, 266, 267, and 284. Pursuant to this Court's Orders (Dkts. 1110, 1237), the Wayfarer Parties will provide CDs with copies of these exhibits to the Clerk's Office so that they can be made available to the public.

      Respectfully submitted,

/s/ Jonathan P. Bach
Jonathan P. Bach
Alexandra A.E. Shapiro
Alice Buttrick
Jason A. Driscoll
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
Email: jbach@shapiroarato.com
      ashapiro@shapiroarato.com
      abuttrick@shapiroarato.com
      jdriscoll@shapiroarato.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted pro hac vice)

Hon. Lewis J. Liman
January 20, 2026

                        Ellyn S. Garofalo (admitted pro hac vice)
                        Kim S. Zeldin (admitted pro hac vice)
                        1801 Century Park West, 5th Floor
                        Los Angeles, CA 90067
                        Tel: (310) 201-0005
                        Email: bfreedman@lftcllp.com
                                egarofalo@lftcllp.com
                                kzeldin@lftcllp.com

                        MEISTER SEELIG & FEIN PLLC
                        Mitchell Schuster
                        Kevin Fritz
                        125 Park Avenue, 7th Floor
                        New York, NY 10017
                        Tel: (212) 655-3500
                        Email: ms@msf-law.com
                                kaf@msf-law.com

                        AHOURAIAN LAW
                        Mitra Ahouraian (admitted pro hac vice)
                        2029 Century Park East, 4th Floor
                        Los Angeles, CA 90076
                        Tel: (310) 376-7878
                        Email: mitra@ahouraianlaw.com

                        *Attorneys for the Wayfarer Parties*