USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BLAKE LIVELY,

                    Plaintiff,

   -v-

WAYFARER STUDIOS LLC, JUSTIN BALDONI,
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
US MOVIE LLC, MELISSA NATHAN, THE AGENCY
GROUP PR LLC, and JENNIFER ABEL,

                    Defendants.

------------------------------------------------------------------X

24-cv-10049 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     The Court has issued an opinion and order, *see* Dkt. No. 1237, explaining the decisions reflected in its bottom-line sealing order of January 16, 2026, *see* Dkt. No. 1129. In re-filing their materials, the Parties should be aware that there are a few minor discrepancies between the opinion and order and the January 16 order. In each instance, the Court has directed additional material to be unsealed. The discrepancies are noted in the opinion. Where there is a discrepancy, the parties shall follow the sealing instructions in the opinion rather than those in the bottom-line sealing order.

     SO ORDERED.

Dated: January 20, 2026
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge