**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>     v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>                    Defendants. | No. 24-cv-10049 (LJL) (lead case)<br>No. 25-cv-449 (LJL) (case) |
| JENNIFER ABEL,<br><br>                    Third-Party Plaintiff,<br><br>     v.<br><br>JONESWORKS LLC,<br><br>                    Third-Party Defendant. | |

**PLAINTIFF BLAKE LIVELY'S SUPPLEMENTAL RESPONSE TO DEFENDANTS'
REVISED RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

176. Lively requested that there was "to be no spontaneous improvising of any scenes involving physical touching, simulated sex, or nudity." SAC Ex. A, ¶ 3.

**Plaintiff's Response 176**: Disputed that the quoted language appears in the cited paragraph. Undisputed that Lively requested there "to be no spontaneous improvising of any scenes involving physical touching, simulated sex, or nudity." Ex. 32 at WAYFARER_000140992.

**Plaintiff's Amended Response 176**: Undisputed.

190. Jenny Slate, another female actor, privately admitted that she, too, had made personal, sexual comments on set. Ex. 95, BL-000020770 at -73.

**Plaintiff's Response 190**: Disputed. The cited source does not support the assertion that Slate made "personal, sexual comments on set." Wayfarer Ex. 95 at BL-000020771.

**Plaintiff's Amended Response 190**: Disputed. The cited source does not support the assertion that "Slate made personal, sexual comments on set." Rather, Ms. Slate referenced a "remark" she made to Ms. Lively and apologized if it came off as inappropriate. Ms. Lively responded that, "in the moment, it actually wasn't you that was strange, it was JB. You didn't know we all slept in bed together. He did. And when you said that he said, 'oh yeah. Terrible for sex.' It was so odd that he said that instead of just laughing like I did." Wayfarer Ex. 95 at BL-000020773.

219. In another December 2023 revision, Lively directed Baldoni's character to say: "I'm a ripped neurosurgeon for chrissake. Have you seen anyone who looks like me who *isn't* on a daytime soap." Ex. 283, AS000244 at -248 (attached to AS000215).

**Plaintiff's Response 219**: Disputed because Wayfarer Ex. 126 does not include the quoted language "I'm a ripped neurosurgeon for chrissake. Have you seen anyone who looks like me who isn't on a daytime soap."

**Plaintiff's Amended Response 219**: Disputed that Lively "directed Baldoni's character to say 'I'm a ripped neurosurgeon for chrissake. Have you seen anyone who looks like me who isn't on a daytime soap,'" which is not supported by the cited evidence. Wayfarer Ex. 283 is an email from Lively attaching a portion of the script, but it does not indicate that Lively directed Baldoni to take any specific action or that the quoted language was proposed by Lively.

255.  On July 24, 2024, Heath and Jen Abel agreed that "we should not be [doing] anything proactive" in response to the swirling press rumors. Ex. 282, JONESWORKS_00017397.

**Plaintiff's Response 255**: Disputed. The document Defendants cite does not contain the quoted language. Wayfarer Ex. 163, at BL-000006410. Also disputed for the reasons set forth in Plaintiff's Response ¶ 254.

**Plaintiff's Amended Response 255**: Disputed as unsupported by the cited evidence. Further disputed on the grounds that Defendants planned to, and did, take proactive measures to retaliate against Ms. Lively and to sully her reputation. For example, a plethora of evidence instead supports that Wayfarer, Baldoni, Heath, Abel, Nathan, and TAG strategized and executed on a plan to "bury" Lively, which included "get[ting] ahead of the narrative," pushing out "key messaging points" that were negative about Lively, and placing or amplifying negative stories about Lively in the press and on social media. Exs. 46 at NATHAN_000005504; 47; 48; 49; 50 at JONESWORKS_00016238; 51; 52, Abel 9/26 Tr. 173:5–16, 187:16–188:1; 53; 54; 55; 56; 57, Case Tr. 259: 2–15; 58 at Vituscka000016; 59; 60; 61; 62, Koslow Tr. 312:2–8; 63; 64; 65; Wayfarer Ex. 224.

350.  Through the administrative complaint she provided, Lively and/or her agents told *The New York Times* and other media Baldoni had suggestively told Lively her neck "smells so

good" during a shot. Ex. 252, CRD ¶ 32. Video captured of the scene demonstrates that statement was false. Ex. 284, Scene 40_2_B at 1:38.

**Plaintiff's Response 350**: Undisputed that Lively's CRD complaint alleges that during a slow dance scene for a montage with no sound recorded, Mr. Baldoni "leaned forward and slowly dragged his lips from [Lively's] ear and down [Lively's] neck as he said, 'it smells so good,'" which was not part of the script, *see* Wayfarer Ex. 252 at ¶ 32, and Lively respectfully refers the Court to the cited source for its complete contents and disputes any summary or interpretation inconsistent therewith. Disputed that "[v]ideo captured of the scene demonstrates that statement was false," which the cited evidence does not support. To the contrary, the evidence cited by Defendants is video footage from the scene in which Lively's character gives birth. *See* Wayfarer Ex. 74, at WAYFARER_000140494; *see also* Lively Decl. ¶ 19.

**Plaintiff's Amended Response 350**: Undisputed that Lively's CRD complaint alleges that during a slow dance scene for a montage with no sound recorded, Baldoni "leaned forward and slowly dragged his lips from [Lively's] ear and down [Lively's] neck as he said, 'it smells so good,'" which was not part of the script, *see* Wayfarer Ex. 252 at ¶ 32, and Lively respectfully refers the Court to the cited source for its complete contents and disputes any summary or interpretation inconsistent therewith. Disputed that "[v]ideo captured of the scene demonstrates that statement was false," which the cited evidence does not support. *See* Wayfarer Ex. 284; *see also* Lively Decl. ¶ 19. The cited evidence shows Baldoni improvising during the scene by repeatedly leaning in toward Lively, attempting to kiss her, kissing her forehead, rubbing his face and mouth against her neck, putting his thumb to her mouth and flicking her lower lip, caressing her, and leaning into her neck and saying "it smells good." Lively Decl. ¶ 19; Exs. 143, 144, 145; 23, Carroll Tr. 69:2–20; 124, Robbins Report at 24 n.65–66 ("Mr. Baldoni testified that he did not

try to kiss Ms. Lively during the scene . . . Reviewing the scene, it looks to me like that is exactly what he tried to do. Her reactions during shooting seem to show some discomfort."); 17, Robbins Tr. 47:15–48:3.