UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BLAKE LIVELY                                                    :
                                                                :
                    Plaintiff,                                  :
                                                                :
            -v-                                                 :   No. 24-cv-10049-LJL
                                                                :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                           :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                            :
WITH US MOVIE LLC, MELISSA NATHAN,                              :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,                         :
JED WALLACE, STREET RELATIONS, INC.                             :
                                                                :
                    Defendants.                                 :
------------------------------------------------------------------x

### DECLARATION OF MITRA AHOURAIAN IN SUPPORT OF
### THE WAYFARER PARTIES' MOTION FOR SUMMARY JUDGMENT

I, Mitra Ahouraian, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am an attorney with Ahouraian Law, attorneys of record for Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC ("TAG"), and Jennifer Abel (collectively, the "Wayfarer Parties").

2.  Exhibit 74 hereto is a true and correct copy of an excerpt of video files produced in discovery in this litigation in the form of a physical hard drive bearing Bates number WAYFARER_000140494. A true and correct copy of Exhibit 74 is accessible at the following URL: https://www.dropbox.com/scl/fo/6kld6d7u7y30yw9i0prre/ANLNj6W-j0FEUC6MnnhlfwE?rlkey=hucgv4hgjyeqjfxeuob8nrzip&st=2froilt8&dl=0

3.  Exhibit 104 hereto is a true and correct copy of an excerpt of video files produced in discovery in this litigation in the form of a physical hard drive bearing Bates number

1

WAYFARER_000140494. A true and correct copy of Exhibit 104 is accessible at the following URL:

https://www.dropbox.com/scl/fo/dx5feec3hcgd14a96pcfj/AGfI_cPeE5bJHfYgnod1NPI?rlkey=gvy4s5y5ojiihp8ulwlssqnnr&st=dv538azc&dl=0

    4.  Exhibit 107 hereto is a true and correct copy of an excerpt of video files produced in discovery in this litigation in the form of a physical hard drive bearing Bates number WAYFARER_000140494. A true and correct copy of Exhibit 107 is accessible at the following URL:

https://www.dropbox.com/scl/fo/4wiwcj7vm039t8jresf7d/AP1TB6WDWtVXRU5wGgBZwHg?rlkey=99zl3tt5xomd6ayurujewfrr7&st=tmnvlhqd&dl=0

    5.  Exhibit 110 hereto is a true and correct copy of an excerpt of video files produced in discovery in this litigation in the form of a physical hard drive bearing Bates number WAYFARER_000140494. A true and correct copy of Exhibit 110 is accessible at the following URL:

https://www.dropbox.com/scl/fo/9iuyvo35em7s4vuvn3nwb/AA9y6rdHOb59uyvzKvwE-E0?rlkey=iee8jnezdb5yj5r6xl2ctjnjt&st=3tqy27x8&dl=0

    6.  Exhibit 280 hereto is a true and correct copy of an excerpt of video files produced in discovery in this litigation in the form of a physical hard drive bearing Bates number WAYFARER_000140494. A true and correct copy of Exhibit 280 is accessible at the following URL:  https://www.dropbox.com/scl/fo/1r7ef026ao2q9e8sek339/AC91H4-ymJ4YgkNxn0fxwK4?rlkey=ov5rp113l15yd80e8nfuvghnv&st=811g700z&dl=0

    7.  Exhibit 281 hereto is a true and correct copy of five excerpts of video files produced in discovery in this litigation in the form of a physical hard drive bearing Bates number

WAYFARER_000140494. The five excerpts have been combined into a single video file. A true and correct copy of Exhibit 281 is accessible at the following link: https://www.dropbox.com/scl/fo/hygbxjd6240pd7kgj5g0v/AO_t1AtU-VpynJEcLlaGWfQ?rlkey=ykznno2ce9ibru0m69jqwxycm&st=t65v5u83&dl=0

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2025
Los Angeles, CA

By: /s/ Mitra Ahouraian
AHOURAIAN LAW
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com