UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BLAKE LIVELY                                                     :
                                                                 :
                          Plaintiff,                             :
                                                                 :
                  -v-                                            :  No. 24-cv-10049-LJL
                                                                 :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                             :
WITH US MOVIE LLC, MELISSA NATHAN,                               :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,                          :
JED WALLACE, STREET RELATIONS, INC.                              :
                                                                 :
                          Defendants.                            :
-----------------------------------------------------------------x

**DECLARATION OF ALEXANDRA A.E. SHAPIRO
IN SUPPORT OF THE WAYFARER PARTIES'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

ALEXANDRA A.E. SHAPIRO declares pursuant to 28 U.S.C. § 1746:

1.  I am a member of the law firm Shapiro Arato Bach LLP, counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jameu Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel. I respectfully submit this Declaration in support of the Wayfarer Parties' Motion for Summary Judgment.

2.  The purpose of this declaration is to submit and identify for the Court true and correct copies of the following pleadings, documents, and testimony referenced in the Wayfarer Parties' Motion for Summary Judgment.

3.  The attachment to this declaration lists, by exhibit number and description, the exhibits attached hereto. Each of these documents is a true and correct version. In certain instances, only excerpts of certain transcripts have been included.

2

4.       Some of the exhibits cannot be filed via ECF because of their size and/or format. The Wayfarer Parties will provide those exhibits directly to the other parties and the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  New York, NY
       November 12, 2025

                              */s/ Alexandra A.E. Shapiro*
                              Alexandra A.E. Shapiro

# Attachment A

| Exhibit # | Name |
|---|---|
| 1 | WAYFARER_000139049, Wayfarer Studios Employee Handbook |
| 2 | Oct. 9, 2025 Jamey Heath Depo. Tr. Excerpts |
| 3 | Second Amended Complaint |
| 4 | Oct. 8, 2025 Jamey Heath Depo. Tr. Excerpts |
| 5 | Oct. 6, 2025 Justin Baldoni Depo. Tr. Excerpts |
| 6 | Oct. 3, 2025 Steve Sarowitz Depo. Tr. Excerpts |
| 7 | WAYFARER_000041408, J. Baldoni 2024 Biography |
| 8 | Oct. 7, 2025 Justin Baldoni Depo. Tr. Excerpts |
| 9 | WAYFARER_000141660, Feb. 1, 2019 Email |
| 10 | Sept. 29, 2025 Margaret Colleen Hoover Depo. Tr. Excerpts |
| 11 | Sept. 24, 2025 Alexandria Saks Depo. Tr. Excerpts |
| 12 | Sept. 23, 2025 Andrea Giannetti Depo. Tr. Excerpts |
| 13 | Sept. 26, 2025 Jenny Slate Depo. Tr. Excerpts |
| 14 | WAYFARER_000141663, Apr. 11, 2019 Email |
| 15 | WAYFARER_000141666, Apr. 11, 2019 Email |
| 16 | WAYFARER_000141667, Apr. 12, 2019 Email |
| 17 | WAYFARER_000141669, Apr. 2, 2019 Emails |
| 18 | WAYFARER_000141671, Jul. 9-11, 2019 Emails |
| 19 | WAYFARER_000141658, Sept. 16, 2022 Email |
| 20 | SPE_BL0000343, Sept. 27, 2022 Email |
| 21 | SPE_BL0005500, Feb. 4, 2023 It Ends With US Preliminary Publicity Strategy Cover Letter |
| 22 | SPE_BL0005501, It Ends With Us Preliminary Publicity Strategy |
| 23 | SPE_BL0000001, Nov. 14, 2022 Financing Agreement between Wayfarer and Columbia |
| 24 | July, 31 2025 Blake Lively Depo. Tr. Excerpts |
| 25 | HEATH_000028774, Dec. 31, 2022 Email |
| 26 | HEATH_000046097, Dec. 16, 2022 Email |
| 27 | HEATH_000046098, Dec. 16, 2022 Lively Offer Letter |
| 28 | HEATH_000045678, Mar. 17, 2023 Updated B. Lively Offer Letter |
| 29 | HEATH_000045645, Apr. 27, 2023 B. Lively Executed IEWU/Lively Escrow Agreement |
| 30 | WAYFARER_000030416, Apr. 21, 2023 Wire Transfer Cover Letter |
| 31 | WAYFARER_000030417, Apr. 21, 2023 Wire Transfer |
| 32 | HEATH_000045662, May 4, 2023 Email |
| 33 | Sept. 18, 2025 Warren Zavala Depo. Tr. Excerpts |
| 34 | Oct. 6, 2025 Justin Stone Deposition Transcipt |
| 35 | WAYFARER_000129261, Aug. 22, 2022 Draft It Ends With Us Screenplay |
| 36 | BL-000009247, Apr. 8, 2023 Text messages |
| 37 | BL-000009253, Apr. 8, 2023 B. Lively Revised First Meeting Scene Draft |
| 38 | BL-000013115, May 5, 2023 J. Baldoni Notes on A. Giannetti script |
| 39 | BL-000018396, June 25, 2024 Email |
| 40 | BL-000008806, Feb, 8, 2023 Audio message - Native |

| | |
|---|---|
| 41 | BL-000008801, Feb. 8-9, 2023 Text messages |
| 42 | BL-000008819, Feb. 16-17, 2023 Text messages |
| 43 | BL-000021371, Feb. 17, 2023 Text messages |
| 44 | BL-000008821, Feb. 17-18, 2023 Text messages |
| 45 | BL-000018765 , Apr. 12, 2023 Text messages |
| 46 | BL-000018767, Apr. 12, 2023 Text messages |
| 47 | BL-000009345, Apr. 13-14, 2023 Text messages |
| 48 | BL-000009349, Apr. 14-15, 2023 Text messages |
| 49 | WAYFARER_000142463, Aug. 8, 2024 "Blake Lively Says 'Nobody Knows' Ryan Reynolds Wrote a Sciene in It Ends With Us as Svreenwriter Weighs In" PEOPLE Article |
| 50 | BL-000011703, Aug. 11, 2024 Email |
| 51 | HEATH_000034943, Wayfarer Employee Handbook |
| 52 | 24-CV-10049_0002891, Apr. 28, 2023 Elizabeth Talbot LLC Executed Loan-Out Payroll Form |
| 53 | BL-000009220, Apr. 4-5, 2023 Text messages |
| 54 | BALDONI_000018766, Apr. 5, 2023 Text messages between J. Baldoni and A. Saks |
| 55 | BALDONI_000010363, May 4, 2023 Email from L. Talbot to J. Baldoni |
| 56 | BL-000013564, May 5, 2023 Email |
| 57 | BALDONI_000010377, May 4, 2023 Email from L. Talbot to J. Baldoni |
| 58 | Aug. 21, 2025 Elizabeth Talbot Depo. Tr. Excerpts |
| 59 | 24-CV-10049_0001869, May 5, 2023 Email |
| 60 | 24-CV-10049_0001816, May 9, 2023 Email |
| 61 | WAYFARER_000122708 , May 8, 2023 Lively Nudity Rider |
| 62 | 24-cv-10049_0001822 , May 8, 2023 Baldoni Nudity Rider |
| 63 | WAYFARER_000140131, May 5-12, 2023 It Ends With Us Daily Prep Schedule |
| 64 | BALDONI_000003760, Apr. 26, 2023 Cover Email from It Ends with Us to J. Baldoni attaching Prep Schedule |
| 65 | BALDONI_000003761, Apr. 26, 2023 Daily Prep Schedule |
| 66 | WAYFARER_000142434, May 4, 2023 Zoom Link from W. Lisa to L. Duran and N. Pizzino |
| 67 | WAYFARER_000142796, MSK "Respect in the Workplace" Presentation |
| 68 | 24-CV-10049_0002324, May 1, 2023 It Ends With Us Preliminary Crew List |
| 69 | 24-CV-10049_0001427, May 23, 2023 It Ends With Us Daily Call Sheet |
| 70 | Sept. 25, 2025 Shelley Anne Carroll Depo. Tr. Excerpts |
| 71 | WAYFARER_000141293, June 14, 2023 Email from J. Heath and J. Baldoni to Crew |
| 72 | SPE_WF0000311, Aug. 29, 2023 Text messages |
| 73 | 24-CV-10049_0003314, May 22, 2023 It Ends With Us Daily Call Sheet |
| 74 | Omitted |
| 75 | Sept. 30, 2025 Isabela Ferrer Depo. Tr. Excerpts |
| 76 | BALDONI_000016437, June 11, 2023 Text message from J. Baldoni to J. Heath |
| 77 | 24-CV-10049_0001089, June 18, 2023 Ferrer Rider |

| | |
|---|---|
| 78 | BALDONI_000031938, July 11, 2023 Text messages from I. Ferrer to J. Baldoni |
| 79 | RR-SUBPOENA-000000049, Feb. 28, 2023 Text message |
| 80 | BL-000018761, Apr. 24-25, 2023 Text messages |
| 81 | BALDONI_000031127, Dec. 28, 2023 Email from A. Saks to T. Black |
| 82 | BALDONI_000015397, Aug. 14, 2024 Text messages between J. Baldoni and J. Abel |
| 83 | BL-000021593, Apr. 25, 2023 Text messages |
| 84 | BALDONI_000018544, Apr. 28, 2023 Text messages between J. Baldoni and A. Giannetti |
| 85 | BALDONI_000018780, Apr. 30, 2023 Text messages between J. Baldoni and C. Hoover |
| 86 | SAROWITZ_000000898, Jan 4-9, 2025 Emails between M. Hunter-Hart and J. Abel |
| 87 | Sept. 12, 2025 Vivian Baker Depo. Tr. Excerpts |
| 88 | BL-000026031, Jan. 11, 2024 B. Lively Safety Protections List for IEWU |
| 89 | BL-000021208, Dec. 4-5, 2024 Text messages |
| 90 | BL-000011537, May 26, 2023 Text message |
| 91 | Lively's Second Amended Responses to Wayfarer's Second Set of ROGs |
| 92 | BL-000033431, May 26, 2023 Text messages |
| 93 | BL-000007955, May 26-27, 2023 Text messages |
| 94 | BL-000011615, June 4, 2023 Text messages |
| 95 | BL-000020770, May 28-29, 2023 Text messages |
| 96 | WAYFARER_000149780, Feb. 6, 2025 Email from C. Barnes-Slater to B. Freedman |
| 97 | NATHAN_00003767, July 30, 2024 Timeline of Events Cover Letter |
| 98 | SPE_BL0002023, May 29, 2023 Text messages |
| 99 | WAYFARER_000141469, May 30, 2023 Text messages between J. Baldoni and A. Saks |
| 100 | BL-000020779, June 1, 2023 Text messages |
| 101 | BL-000011555, July 19, 2023 Text message |
| 102 | BL-000021967, Aug. 29-30, 2023 Text messages |
| 103 | WAYFARER_000140991, Nov. 9, 2023 Email from L. Strasberg to I. Meziane and J. Lanius |
| 104 | Omitted |
| 105 | BL-000011518, May 17, 2023 Text messages |
| 106 | BL-000007943, May 17, 2023 Text messages |
| 107 | Omitted |
| 108 | BL-000009166, Mar. 29, 2023 Text messages |
| 109 | BL-000020058, Mar. 29, 2023 Text messages |
| 110 | Omitted |
| 111 | BL-000038461, B. Lively Updated List Safety Protections List for IEWU pt. 1 of 2 |
| 112 | BL-000038462, B. Lively Updated List Safety Protections List for IEWU pt. 2 of 2 |
| 113 | HEATH_000046158, Nov. 11, 2023 Email from I. Mezaine to L. Strasberg and D. Weber |

| | |
|---|---|
| 114 | Sept. 18, 2025 Warren Zavala Deposition Exhibit 5 |
| 115 | Sept. 23, 2025 Andrea Giannetti Deposition Exhibit 19 |
| 116 | BL-000038466, Dec. 15, 2023 Email |
| 117 | HEATH_000045307, Jan. 19, 2024 IEWU Executed Contract Rider Agreement |
| 118 | BALDONI_000018926, Dec. 28, 2023 Text messages between J. Baldoni and J. Heath |
| 119 | AS000101, Dec. 29, 2023 Email from A. Saks to A. Giannetti |
| 120 | SPE_BL0004526, Dec. 21, 2024 Text messages |
| 121 | BALDONI_000026204, Jan. 5, 2024 Text messages between J. Baldoni and R. Wilson |
| 122 | SPE_WF0000021, Dec. 6, 2023 Email |
| 123 | SPE_WF0000022, Dec. 10, 2023 Email |
| 124 | SPE_WF0000024, Dec. 10, 2023 Email |
| 125 | SPE_WF0000025, Dec. 10, 2023 Email |
| 126 | SPE_WF0000026, Dec. 10, 2023 Email |
| 127 | SPE_WF0000027, Dec. 10, 2023 Email |
| 128 | 24-CV-10049_0000319, It Ends With Us Screenplay |
| 129 | BL-000020897, Jan. 5-6, 2024 Text messages |
| 130 | BL-000020899, Jan. 14, 2024 Text messages |
| 131 | BALDONI_000018831, Feb. 22, 2024 Text message from J. Baldoni to J. Walker |
| 132 | BL-000019015, Apr. 23-24, 2024 Text messages |
| 133 | BL-000018808, Apr. 23, 2024 Text message |
| 134 | BL-000027070, May 17, 2024 Text messages |
| 135 | BL-000027069, May 17, 2024 Email |
| 136 | BL-000018824, May 19, 2024 Text messages |
| 137 | BL-000018810, Apr. 26, 2024 Text messages |
| 138 | BL-000019326, May 30-31, 2024 Text messages |
| 139 | BL-000019455, July 3, 2024 Text messages |
| 140 | SPE_WF0000641, June 19, 2024 Text messages |
| 141 | SPE_BL0022958, June 19, 2024 Text messages |
| 142 | Sept. 19, 2025 Danny Greenberg Depo. Tr. Excerpts |
| 143 | BALDONI_000024619, It Ends With Us Film Poster |
| 144 | BL-000018409, June 20, 2024 PGA Letter |
| 145 | BL-000018415, June 25, 2024 PGA Letter |
| 146 | BL-000028962, July 7, 2024 Email |
| 147 | BL-000019739, June 19, 2024 Text messages |
| 148 | BL-000031999, June 19, 2024 Text messages |
| 149 | RR-SUBPOENA-000000082, July 13, 2024 Text messages |
| 150 | BL-000021729, June 12, 2023 It Ends With Us Crew Call Sheet |
| 151 | BL-000021725, June 11, 2023 Text messages |
| 152 | ABEL_000018946, July 5, 2024 Email |
| 153 | BL-000021232, July 11-12, 2024 Text messages |
| 154 | SPE_BL0008472, July 29, 2024 Email |
| 155 | WME_00001254, July 22, 2022 Text messages |

| | |
|---|---|
| 156 | WME_00001266, July 26, 2024 Text messages |
| 157 | WAYFARER_000141754, Aug. 6, 2024 Photo of Baldoni and Team in Basement during Premiere |
| 158 | WAYFARER_000141755, Aug. 6, 2024 Screenshot of Baldoni Interview |
| 159 | SPE_BL0023136, Aug. 7, 2024 Text message |
| 160 | Sept. 26, 2025 Jennifer Abel Depo. Tr. Excerpts |
| 161 | Sept. 8, 2025 Tera Hanks Depo. Tr. Excerpts |
| 162 | HEATH_000019467, Aug. 11, 2024 Email from J. Heath to A. Dang |
| 163 | BL-000006379, Aug. 25, 2023-Aug. 21, 2024 Emails |
| 164 | KCASE-000005773, July 25, 2024 Notes of Call |
| 165 | NATHAN_000003795, July 26, 2024 TAG Scope of Work |
| 166 | JONESWORKS_00030156, July 30, 2024 Emails |
| 167 | JONESWORKS_WAYFARER_000003009, Aug. 2, 2024 Letter of Agreement between Wayfarer and The Agency PR Group |
| 168 | NATHAN_000005497, Aug. 2, 2024 Text messages |
| 169 | Septmeber 29, 2025 Melissa Nathan Depo. Tr. Excerpts |
| 170 | KCASE-000002654, Aug. 4, 2024 Text messages |
| 171 | SPE_WF0000719, Aug. 7, 2024 Text messages |
| 172 | LS-0000223, Aug. 8, 2024 Text messages |
| 173 | Sept. 26, 2025 Leslie Sloane Depo. Tr. Excerpts |
| 174 | LS_0000243, Aug. 8, 2024 Text messages |
| 175 | LS_0000314, Aug. 8, 2024 Text messages between D. Maggin and L. Sloane |
| 176 | JONESWORKS_00030241, Aug. 9, 2024 Email |
| 177 | James Vituscka & Lillian Gissen, "Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni" (Aug. 15, 2024) |
| 178 | BL-000020323, Aug. 9, 2024 Text messages |
| 179 | SPE_WF0000740, Aug. 9, 2024 Emails |
| 180 | NATHAN_000003599 , Aug. 7, 2024 Text messages |
| 181 | JONESWORKS_00006978, Aug. 6, 2024 Text messages |
| 182 | SR 1.00000007, Aug 8, 2024 Email |
| 183 | SR 1.00000008, Aug. 8, 2024 Proposed Quote for a new scope of work |
| 184 | SR 1.00000011, Aug. 9, 2024 Email |
| 185 | Oct. 9, 2025 Jed Wallace Depo. Tr. Excerpts |
| 186 | BL-000003321, Aug. 2024 J. Baldoni Entertainment Tonight Quote |
| 187 | NATHAN_000002493, Aug. 8, 2024 Text messages |
| 188 | JONESWORKS_00015018, Aug. 11, 2024 Text messages |
| 189 | Esther Zuckerman "What 'It Ends With Us' Says About the Blake Lively Brand" (Aug. 11, 2024), https://www.nytimes.com/2024/08/11/movies/it-ends-with-us-blake-lively-brand.html |
| 190 | SPE_BL0003328, Aug. 13, 2024 Email |
| 191 | NATHAN_000000547, Aug. 13, 2024 Text messages |
| 192 | BL-000020228, Aug. 12-13, 2024 Text messages |
| 193 | WME_00001051, Aug. 19, 2024 Email |
| 194 | Oct. 17, 2025 A. Culotta Report |

| | |
|---|---|
| 195 | Lively's Third Amended Responses To Wayfarer Studios LLC's Second Set Of Interrogatories No. 21 (Oct. 17, 2025) |
| 196 | SPE_BL0023201, Aug. 11, 2025 Text message |
| 197 | SPE_WF0000762, Aug. 15, 2024 Email |
| 198 | SPE_WF0000793, Aug. 21, 2024 Text messages |
| 199 | BL-000000216, Aug. 1-20, 2024 Text messages |
| 200 | JONESWORKS_00000001, Aug. 19, 2024 Text messages |
| 201 | NATHAN_000000290, Aug. 23, 2024 Text messages |
| 202 | NATHAN_000000278, Aug. 19, 2024 Text messages |
| 203 | NATHAN_000000292, Aug. 27, 2024 Text messages |
| 204 | NATHAN_000001030, Aug. 27, 2024 Text messages |
| 205 | RR-SUBPOENA-000000116, Aug. 9, 2024 Text messages |
| 206 | RR-SUBPOENA-000000102 , Aug. 10, 2024 Text messages |
| 207 | RR-SUBPOENA-000000113, Aug. 12-13, 2024 Text messages |
| 208 | LS_0000219, Aug. 13, 2024 Text messages |
| 209 | LS_0000253, Aug. 15, 2024 Text messages |
| 210 | RR-SUBPOENA-000000025, Aug. 15, 2024 Text messages |
| 211 | RR-SUBPOENA-000000120, Aug. 17-18, 2024 Text messages |
| 212 | BL-000003464, Aug, 7-14, 2024 Text messages |
| 213 | JONESWORKS_00016275, Aug. 9, 2024 Text messages |
| 214 | BL-000000009, Aug. 19, 2024 Text messages |
| 215 | Lively's Third Amended R&O's to Abel's Second Set of ROGs |
| 216 | Lively's Third Amended R&O's to Nathan's Second Set of ROGs |
| 217 | Lively's Third Amended R&O's to TAG's Second Set of ROGs |
| 218 | BL-000038554, Apr. 18, 2024 Email |
| 219 | NATHAN_00003768, Native Excel July 30, 2024 M. Toskovic Timeline of Events |
| 220 | BALDONI_000015675, Aug. 8, 2024 Text messages between J. Baldoni and J. Abel |
| 221 | JONESWORKS_00013830, Aug. 11, 2024 Text messages |
| 222 | BALDONI_000019422, Aug. 18, 2024 Text messages between J. Baldoni and J. Abel |
| 223 | BBKOSLOW-000004011, Aug. 8-9, 2024 Text messages |
| 224 | BBKOSLOW-000004606, Aug. 9-10, 2024 Text messages |
| 225 | BBKOSLOW-000002400, Aug. 14-15, 2024 Text messages |
| 226 | KCASE-000003856, Aug. 6, 2024 Text messages |
| 227 | BBKOSLOW-000001800, Aug. 6-7, 2024 Text messages |
| 228 | NATHAN_000001924, Aug. 7, 2024 Text messages |
| 229 | BBKOSLOW-000004049, Aug. 8, 2024 Native TikTok Video by J. Redfield |
| 230 | BBKOSLOW-000006156, Aug. 8-9, 2024 Text messages |
| 231 | KCASE-000000728, Aug. 8-9, 2024 Text messages |
| 232 | KCASE-000000763, Post and Reponse re Daily Mail Story |
| 233 | KCASE-000001093, Aug. 9, 2024 Text messages |
| 234 | NATHAN_000002124, Aug. 9, 2024 Text messages |
| 235 | KCASE-000003354, Aug. 13-14, 2024 Text messages |

| | |
|---|---|
| 236 | BBKOSLOW-000003330, Aug. 8-9, 2024 Text messages |
| 237 | BBKOSLOW-000005085, Aug. 17-18, 2024 Text messages |
| 238 | BBKOSLOW-000005127, Aug. 17, 2024 Native TikTok Video |
| 239 | JONESWORKS_00015395, Aug. 13, 2024 Text messages |
| 240 | KCASE-000001194, Aug. 15-16, 2024 Text messages |
| 241 | BALDONI_000019234, Aug. 15, 2024 Text messages between J. Baldoni and M. Nathan |
| 242 | WAYFARER_000142613, Dec. 21, 2024 "'We Can Bury Anyone': Inside a Hollywood Smear Machine NYT Article |
| 243 | SPE_BL0009642, Aug. 9, 2024 Text messages |
| 244 | WME_00001319, Aug. 10, 2024 Text messages |
| 245 | BL-000033428, Aug. 29, 2024 Native Audio recording of Call |
| 246 | Sarowitz Dep. Ex. 15, Aug. 29, 2024 Transcript of Call |
| 247 | BL-000021190, Dec. 21, 2024 Text messages |
| 248 | Sept. 30, 2025 Justine Harris Depo. Tr. Excerpts |
| 249 | VANZAN_000001, Sept. 27, 2024 Vanzan v. DOES 1-10 Summons and Complaint |
| 250 | VANZAN_000044, Oct. 1, 2024 Vanzan Subpoena to S. Jones |
| 251 | JONESWORKS_00030306, May 6, 2020 Wayfarer Jonesworks Retention Agreement |
| 252 | California Administrative Complaint |
| 253 | BALDONI_000030667, Jan. 13, 2023 Email from A. Dang to D. Misher attaching IEWU Initial Campaign Concepts |
| 254 | BALDONI_000030668, Jan. 13, 2023 It Ends With Us Initial Campaign Concepts |
| 255 | HEATH_000045527, May 9, 2023 Email from L. Talbot to J. Lanius |
| 256 | 24-CV-10049_0001819, May 8, 2023 Nudity Rider |
| 257 | BALDONI_000026173, Mar. 29, 2023 Text messages between J. Baldoni and J. Benson |
| 258 | BL-000011258, It Ends with Us Screenplay |
| 259 | BBKOSLOW-000005795, Dec. 20-21, 2024 Text messages |
| 260 | HEATH_000045731, Apr. 25, 2023 Emails Cover Letter of Revised Terms of Agreement Between It Ends With Us Move LLC and Blakel, Inc. |
| 261 | HEATH_000045741, Apr. 25, 2023 Revised Terms of Agreement Between It Ends With Us Move LLC and Blakel, Inc. |
| 262 | WAYFARER_000140956, May 8, 2023 Email from J. Lanius to L. Strasberg |
| 263 | WAYFARER_000140957, May 5, 2023 B. Lively Actor Loanout Agreement |
| 264 | BL-000038599, Apr. 29, 2024 Email |
| 265 | HEATH_000046122, Jan. 5, 2023 Proposed Agreement between Wayfarer Studios and Blakel, Inc. |
| 266 | BL-000038516, Feb. 4, 2024 Email |
| 267 | BL-000038477, Mar. 7, 2024 Email |
| 268 | HEATH_000041864, May 5, 2023 Agreement between It Ends With Us Movie LLC and Blakel, Inc. |

| 269 | SPE_WF0000460, Apr. 30, 2024 Text message |
| --- | --- |
| 270 | BALDONI_000018702, May 1, 2024 Text messages between J. Baldoni, J. Abel, and S. Jones |
| 271 | HEATH_000041140, Dec. 20, 2024 Cease and Desist Demand / Preservation Notice |
| 272 | Lively's Fourth Amended Initial Disclosures |
| 273 | Sept. 29, 2025 Family Hive LLC 30(b)(6) Depo. Tr. Excerpts |
| 274 | Sept. 24, 2025 Andrew T. Chrisomalis Depo. Tr. Excerpts |
| 275 | Ocotber 21, 2025 Laura Tedesco Depo. Tr. Excerpts |
| 276 | BL-000022233, May 19, 2023 Betty B Holdings Limited Liabilty Company Agreement |
| 277 | BL-000037820, Mar. 4,2022 Agreement Between Family Hive, LLC and LOL HATA LLC |
| 278 | BL-000034251, Betty B Holdings LLC 2023 Schedule K-1 |
| 279 | BL-000034253, Betty B Holdings LLC 2024 Schedule K-1 |