# Exhibit 10

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    BLAKE LIVELY,
 3                                  Case No. 24-CV-10049-LJL
         Plaintiff,                 (LEAD CASE)
 4
    VS.
 5                                  Case No. 25-CV-449 (LJL)
    WAYFARER STUDIOS LLC,           (MEMBER CASE)
 6  ET AL.,
 7       Defendants.
    ---------------------------------------------------------
 8  JENNIFER ABEL,
 9       Third-Party Plaintiff,
10  VS.
11  JONESWORKS, LLC,
12       Third-Party Defendant.
    ---------------------------------------------------------
13  WAYFARER STUDIOS LLC, ET AL.,
14       Consolidated Plaintiffs,
15  VS.
16  BLAKE LIVELY, ET AL.,
17       Consolidated Defendants.
18                  ** CONFIDENTIAL **
19        VIDEO-RECORDED DEPOSITION OF MARGARET COLLEEN
    HOOVER, produced as a witness at the instance of the
20  Plaintiff and duly sworn, was taken in the above-styled
    and numbered cause on Monday, September 29, 2025, from
21  10:05 a.m. to 6:30 p.m., before Kari Behan, CCR, CSR, a
    Texas certified machine shorthand reporter, at the offices
22  of Ramey & Flock, P.C., 100 East Ferguson Street, Suite
    500, Tyler, Texas 75702, Pursuant to Notice and the
23  provisions stated on the record herein.
24
25  Job No. 7584405
```

Veritext Legal Solutions
212-267-6868   www.veritext.com   516-608-2400

CONFIDENTIAL

Page 21

```
1    I -- I don't know what, worldwide, it would be.
2         Q.   And how about your novel It Ends With Us?  Do
3    you know how many books that sold?
4         A.   I don't.
5         Q.   I've heard it said that it sold more copies
6    than the Bible in 2023.  Does that sound right to you?
7         A.   I did hear that.
8         Q.   Is it fair to say your books are extremely
9    popular?
10        A.   I think it's fair to say that, yes.
11        Q.   Let's focus on It Ends With Us.  Was that
12   published in 2016?
13        A.   Yes.
14        Q.   And -- and why did you -- well, let me ask you
15   this:  What is the -- can you give a synopsis of the
16   plot of the book?
17        A.   Yeah.  It's about a woman named Lily.  And she
18   meets Ryle, who is the second main character of the
19   book.  And the book focuses mostly on their relationship
20   and how it turns violent.  And she then has a daughter
21   with him, leaves him, and raises her daughter.
22        Q.   And the title It Ends With Us, is that in
23   reference to the character Lily and her daughter?
24        A.   Yes.
25        Q.   Ending the cycle of domestic violence?
```

CONFIDENTIAL

Page 22

1       A.   Yes.
2       Q.   And why did you write that book?  What inspired
3   you?
4       A.   My mother and my father were married until I
5   was two, and I know that she suffered physical abuse at
6   the hands of him.  And it was always very confusing to
7   me how that relationship happened, because my mother is
8   an extremely strong and independent woman.  And I
9   decided to put myself in her shoes for -- with the book
10  and, you know, kind of understand why women stay as long
11  as they do or why they find it hard to leave.  I --
12  I -- it was loosely based on my mom and my father's
13  story.
14      Q.   So were you modeling the character of Lily as a
15  strong, independent woman after your mother?
16      A.   Yes.
17      Q.   Now, the book became popular on the BookTok
18  community on TikTok, right?
19      A.   Yes.
20      Q.   What is BookTok?
21      A.   BookTok is a -- kind of a hashtag they use on
22  TikTok to describe when people are --
23              (Off-record discussion.)
24              THE WITNESS:  Should I pause for a second?
25              MS. ZELDIN:  No.  It's okay.  Keep going.