# Exhibit 11

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                      ---oOo---
 4
 5   BLAKE LIVELY,
 6                   Plaintiff,
 7      vs.         CASE NO. 24-CV-10049-LJL (LEAD CASE)
                          25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                     Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                  **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF ALEXANDRIA SAKS
20                Los Angeles, California
21             Wednesday, September 24, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24   Job No. CA7624602
25   Pages 1 - 301
```

                                          Page 1

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A | Lightly. | 10:52:24 |
| 2 | Q | Do you recall when they were? | |
| 3 | A | No. | |
| 4 | Q | Do you recall on which scenes | |
| 5 | Mr. Sarowitz was on set for? | | 10:52:34 |

1       A      Lightly.                                      10:52:24

2       Q      Do you recall when they were?

3       A      No.

4       Q      Do you recall on which scenes

5  Mr. Sarowitz was on set for?                              10:52:34

6       A      I believe one of the days he was there

7  was the -- the day where we were in the fake

8  hospital scenes.  I don't remember exactly the other

9  days.

10      Q      Do you believe that Mr. Sarowitz was on     10:52:49

11 set during the days that you were filming scenes in

12 the hospital?

13      A      Yes.

14      Q      Would one of those scenes have been the

15 scene in which Ms. Lively's character gives birth?     10:52:59

16      A      I think he was actually there at the end

17 of that day after that scene was over, but I -- I

18 honestly don't fully remember.

19      Q      Were there multiple scenes being filmed

20 in the hospital --                                       10:53:13

21      A      Yes.  Sorry.

22      Q      That's okay.  I will just ask again for

23 the -- a clean record.

24             Were there multiple scenes being filmed

25 in the hospital on the day that you recall             10:53:23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    Mr. Sarowitz being on set?                          10:53:25

2          A    Yes.

3          Q    And as you sit here, do you have a

4    specific recollection as to which scene he was

5    present for and not that day?                       10:53:31

6               MS. GAROFALO:  Objection.

7               THE WITNESS:  I don't.  I just remember

8    village was in like this, like, big warehouse space

9    that's kind of dark, and I believe it was towards

10   the end of the day that I interacted with him.  But  10:53:43

11   I don't remember if he was there earlier as well.

12   BY MS. ROESER:

13         Q    So you recall interacting with

14   Mr. Sarowitz on the day of filming in the hospital

15   scene later in the day, but you're not sure when he  10:54:00

16   was on set?

17         A    Correct.

18         Q    You referenced "the village."  Can you

19   explain what that is?

20         A    Yes.  Video village is where there is a   10:54:08

21   monitor set up that is showing what is being filmed

22   on camera, where producers, studio executives,

23   financiers, can sit and watch with headphones on.

24         Q    Are there certain scenes in which

25   village -- the -- a village or who is sitting in the 10:54:26

                                                  Page 47

CONFIDENTIAL

```
1         A    Yes.                                    01:13:10

2         Q    Exhibit 7 is marked "attorneys' eyes

3    only."  When I begin questioning, again, we just ask

4    that Mr. Heath leave the room.  And there appear to

5    be no other clients on the Zoom.                 01:13:20

6              Looking to Exhibit 6, please.

7         A    Yes.

8         Q    You will direct your attention to the

9    message at 11:08 a.m.  You write to Ms. Giannetti --

10             MS. GAROFALO:  I'm sorry.  I don't mean 01:13:40

11   to interrupt, but there are multiple versions of

12   Exhibit 7.  Only this one is marked attorneys' eyes

13   only.  It's been produced by multiple people, so we

14   can discuss at the next break.

15             MS. ROESER:  We can discuss at the break, 01:13:56

16   but for questioning we will ask that Mr. Heath

17   leave, just in case.

18             MS. GAROFALO:  That's fine.

19   BY MS. ROESER:

20        Q    Ms. Saks, at 11:08 a.m. in Exhibit 6, you 01:14:02

21   send Ms. Giannetti a text that says:

22             (As read):

23                  "Finishing up with brunch with Jenny.

24                  We have real issues."

25             Do you see that?                        01:14:13
```

Page 100

CONFIDENTIAL

```
 1        A    Yes.                                    01:14:14

 2        Q    Do you recall the brunch with Jenny -- is

 3    that Jenny Slate?

 4        A    Yes.

 5        Q    Do you recall having brunch with Jenny   01:14:23

 6    Slate in May 29, 2023, or around that time?

 7        A    I do.

 8        Q    And tell me about that brunch.

 9        A    I -- Jenny and I had had a meal prior to

10    this one, so I went into it thinking that it was a   01:14:35

11    friendly brunch, which it was to a degree.  But

12    during it, she brought up some concerns that she was

13    having on the movie, which was the first time I was

14    hearing about them.

15        Q    What concerns did Ms. Slate bring up    01:14:57

16    during your brunch on or around May 29th?

17        A    I don't remember exact language that was

18    used, but there were a few.  One was that in a

19    scene, I believe the week prior, Justin had

20    commented on her physical appearance, which made her   01:15:20

21    uncomfortable.  That in an initial creative Zoom

22    meeting between Justin, Blake, and Jenny, Jenny and

23    Blake only found out at the very end of the Zoom

24    that Justin had been recording it the whole time.

25    And that made both Blake and Jenny, from Jenny's   01:15:44
```

Page 101

CONFIDENTIAL

```
 1    point of view, feel very uncomfortable.            01:15:49

 2            There was a mention of some -- some kind

 3    of comments that Jamey had made to Jenny regarding

 4    how generous they had been with her housing

 5    allowance and that it was important for them to take   01:16:07

 6    care of new mothers, and that made her

 7    uncomfortable.  And then, there was a lot of other

 8    conversation, nonspecific, but that she was

 9    uncomfortable in both of their presences and really

10    would prefer to never see Jamey again, knowing that   01:16:28

11    Justin was the director and co-star she would have

12    to.

13        Q    Ms. Slate says that she never wanted to

14    see Mr. Heath again?

15        A    Correct.                                   01:16:41

16        Q    And it's your impression that Ms. Slate

17    knew that she would have to see Mr. Baldoni because

18    he was the director and co-star, but perhaps she

19    didn't want to see him either?

20        A    I can't speak to that, but that was my     01:16:50

21    assumption.

22        Q    You said a lot there.  So I want to break

23    it down a little, okay?

24        A    Okay.

25        Q    You mentioned that Ms. Slate raised --     01:17:03
```

Page 102

| | | |
|---|---|---|
| 1 | MS. ROESER:  Sorry.  My transcript is | 01:17:05 |
| 2 | just not following along. | |
| 3 | BY MS. ROESER: | |
| 4 | Q    Sorry about that. | |
| 5 | You raised -- so you testified that | 01:17:05 |
| 6 | Ms. Slate raised, during your brunch in May, that | |
| 7 | Mr. Baldoni had commented on her physical appearance | |
| 8 | which made her uncomfortable, right? | |
| 9 | A    That Justin commented on her physical | |
| 10 | appearance, yes. | 01:17:37 |
| 11 | Q    And do you recall if Ms. Slate told you | |
| 12 | whether that happened while a scene was being | |
| 13 | filmed, while they were on set, or at some other | |
| 14 | time? | |
| 15 | MS. GAROFALO:  Objection.  Did you mean | 01:17:49 |
| 16 | Ms. Slater -- Slate? | |
| 17 | MS. ROESER:  I said Ms. Slate. | |
| 18 | MS. GAROFALO:  I'm sorry.  I thought you | |
| 19 | said Ms. Blake.  I didn't hear you. | |
| 20 | BY MS. ROESER: | 01:18:05 |
| 21 | Q    Do you recall if Ms. Slate told you where | |
| 22 | she was when Mr. Baldoni commented on her | |
| 23 | appearance? | |
| 24 | A    I -- I don't remember which location it | |
| 25 | was, but it was on set in costume prior to filming. | 01:18:12 |

Page 103

```
 1        Q    During a time when -- during a time when      01:18:19

 2   no scene was being filmed?

 3        A    We were not filming.

 4        Q    Okay.

 5        A    Yet.                                           01:18:26

 6        Q    Did Ms. Slate tell you what the comment

 7   about what her appearance was?

 8        A    It was -- I don't recall if it was that

 9   he called her hot or sexy, and I don't recall if it

10   was once or twice.  The first time would have been     01:18:40

11   in the flower shop when she was wearing an

12   all-leather jumpsuit, and the second would have been

13   in the karaoke scene.  I don't remember what she was

14   wearing that day, and I don't remember which comment

15   was attributed to which.                               01:18:59

16        Q    But you recall Ms. Slate informing you

17   that Mr. Baldoni had called her hot and sexy?

18        A    Or.

19        Q    Hot or sexy?

20        A    Correct.                                      01:19:13

21        Q    Okay.  And you don't recall the

22   specific --

23        A    I don't.

24        Q    You don't recall what she was wearing at

25   the time?                                               01:19:18
```

Page 104

```
 1        A    I don't.                                01:19:18

 2        Q    Did Ms. Slate share with you during that

 3   brunch that she felt Mr. Baldoni's comment that she

 4   was hot or sexy, was directed to her personally?

 5        A    I'm not sure I understand the question.   01:19:39

 6        Q    Did Ms. Slate share with you during

 7   brunch that she felt Mr. Baldoni commenting that she

 8   was hot or sexy was directed at her rather than her

 9   character?

10        A    She didn't specify.                     01:19:51

11        Q    Did you have an understanding one way or

12   another?

13             MS. GAROFALO:  Objection.

14             THE WITNESS:  I didn't.

15   BY MS. ROESER:                                     01:19:58

16        Q    Did Ms. Slate also share with you that

17   Mr. Baldoni had commented on Ms. Lively's appearance

18   in a similar manner?

19        A    She would not give me specifics about

20   what Blake was experiencing, but I believe had      01:20:11

21   encouraged Blake to speak to me directly and that I

22   reach out to Blake.

23        Q    Did Ms. Slate suggest to you that she had

24   encouraged Blake to reach out to you about her own

25   concerns with Mr. Baldoni and Mr. Heath?           01:20:34
```

Page 105

CONFIDENTIAL

```
 1         A    I believe she did.                        01:20:37

 2         Q    Do you recall how she suggested that?

 3         A    I don't.

 4         Q    Do you recall Ms. Slate suggesting

 5    somehow that Ms. Lively had also had some          01:20:54

 6    uncomfortable experiences with Mr. Baldoni or

 7    Mr. Heath?

 8         A    Yes.

 9         Q    And that was in the May 29th brunch you

10    had with her?                                      01:21:06

11         A    Correct.

12         Q    You also mentioned that Ms. Slate raised

13    concerns about comments by Mr. Heath with regard to

14    her housing situation; is that right?

15         A    Yes.                                     01:21:22

16         Q    What do you recall about Mr. Heath's

17    comments regarding Ms. Slate's housing situation?

18         A    All I remember -- and I don't even know

19    that I knew the details of what was happening at the

20    time because production and Wayfarer were handling  01:21:34

21    it vis-a-vis the contract.  Those were the kinds of

22    conversations that I wasn't a part of on this film.

23    But it was something to the effect of, we gave you

24    more than maybe we normally would have because we

25    prioritized women with families and children because  01:21:53
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
1    we're good like that, and that made her            01:22:01

2    uncomfortable.

3         Q    Did Ms. Slate share why Mr. Heath's

4    comment make her uncomfortable?

5         A    No.                                       01:22:10

6         Q    Just that it did make her uncomfortable?

7         A    Correct.

8         Q    You also mentioned that Ms. Slate raised

9    concerns regarding Mr. Baldoni recording a Zoom

10   meeting with Ms. Slate and Ms. Lively; is that      01:22:23

11   right?

12        A    Correct.

13        Q    What is your understanding of that event?

14        A    I don't know much about it other than it

15   was an initial creative conversation among the three 01:22:34

16   of them.

17        Q    Did you -- were you concerned that

18   Mr. Baldoni had recorded a conversation with Blake

19   and Jenny without their consent?

20        A    Yeah, I didn't love hearing that.         01:22:44

21        Q    Why?

22        A    Because a director needs to build a

23   relationship of trust with his actors and/or her

24   actors.  And if you're recording someone without

25   their knowledge, it sets you off on the wrong foot.  01:23:01
```

Page 107

CONFIDENTIAL

```
 1          Q    Are you aware that in some states it is      01:23:05

 2    illegal to record people without their content?

 3               MS. GAROFALO:  Objection.

 4               MR. GLOVER:  Objection, form.

 5               THE WITNESS:  Yes.                            01:23:15

 6    BY MS. ROESER:

 7          Q    And would you be okay with your boss

 8    recording a conversation with you without informing

 9    you in advance?

10               MS. GAROFALO:  Objection.                    01:23:30

11               THE WITNESS:  No.

12    BY MS. ROESER:

13          Q    I believe you testified that there were

14    other nonspecific conversations that Ms. Slate

15    raised she was uncomfortable with.                      01:23:36

16               Do you recall that?

17          A    I think I just covered all of them.  I

18    don't remember any further specifics.

19          Q    If you'll look back to Exhibit 6, please.

20               At 11:23 a.m., you sent a text to            01:23:51

21    Ms. Giannetti that said:

22               (As read):

23                    "Yes, very bad.  I think we need to

24                    replace our director.  And Jamey should

25                    not be on set."                          01:24:06
```

Page 108

CONFIDENTIAL

1          be comfy/cozy on set."                            02:00:08

2          Do you see that?

3      A    Yes.

4      Q    What do you recall Ms. Lively sharing

5  with regard to that statement?                            02:00:16

6      A    There was a lot of hugging and touching

7  amidst the Wayfarer team.  It's just seemingly sort

8  of how they do business and interact with each

9  other.  And it sounds like she was referring to how

10  sometimes the guys would make jokes about how they     02:00:32

11  couldn't do that.  But not really that, it would --

12  the joke would be, can't even make eye contact with

13  people anymore.

14          And she used that as an example to say,

15  everything is too comfortable on set.  Can we make    02:00:46

16  it more professional?

17      Q    In your view, the comment that Ms. Lively

18  raised about Mr. Heath and Mr. Baldoni joking that

19  you can't make eye contact with people anymore, did

20  you view that to undermine and lessen the importance   02:01:43

21  of people wanting to be comfortable in the

22  workplace?

23          MS. GAROFALO:  Objection.

24          THE WITNESS:  Yes.

25

                                            Page 139

CONFIDENTIAL

```
 1            THE WITNESS:  I wouldn't say            02:32:52

 2    inappropriate.

 3    BY MS. ROESER:

 4        Q    You mentioned earlier something about

 5    Book Bonanza; is that right?

 6        A    Yes.

 7        Q    Did you attend Book Bonanza in June or

 8    July of 2023?

 9        A    I did.

10        Q    What is Book Bonanza?                 02:33:19

11        A    It was a convention for Colleen Hoover's

12    fans and, I think, other BookTok authors.

13        Q    Where is it located?

14        A    Around Dallas, Texas.

15        Q    Who else attended Book Bonanza in      02:33:38

16    connection with It Ends with Us?

17        A    Blake attended, some of the executives

18    from the publicity side of Sony, Colleen, Brandon,

19    and I think Isabella.

20            MS. ROESER:  Let me introduce -- I'm    02:33:54

21    handing you what will be Exhibits 10 through 13.

22            THE WITNESS:  Okay.

23            MS. ROESER:  And we'll just start with

24    10.

25            (Exhibit 10 marked for identification.)  02:34:12
```

Page 150

CONFIDENTIAL

```
 1              (Exhibit 11 marked for identification.)        02:34:20

 2              (Exhibit 12 marked for identification.)

 3              (Exhibit 13 marked for identification.)

 4     BY MS. ROESER:

 5         Q     Exhibit 10 is a document Bates-stamped      10:15:44

 6     SPE_WF150.  Do you have that in front of you?

 7         A     Yes.

 8         Q     Do you recognize --

 9              MS. GAROFALO:  I'm sorry.  Can you wait

10     until we get the exhibits?                            02:34:34

11              Which one?

12     BY MS. ROESER:

13         Q     Do you recognize Exhibit 10 as a text

14     exchange between you and Ms. Giannetti, dated

15     June 14th, 2024?                                      02:34:51

16         A     Yes.

17         Q     If you'll turn your attention, please, to

18     the text at 8:44 a.m.  You write to Ms. Giannetti:

19              (As read):

20                   "Colleen wouldn't say JB's name until  02:35:04

21                   the ET guy asked.  Neither of them

22                   would."

23         A     Yes, I see that.

24         Q     Are you referencing here that Ms. Hoover,

25     the author of It Ends with Us, would not even say    02:35:20
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
1    Mr. Baldoni's name at Book Bonanza?                    02:35:24

2         A    Correct.

3         Q    Did you have an understanding why

4    Ms. Hoover would not say Mr. Baldoni's name at Book

5    Bonanza?                                               02:35:34

6         A    I believe, at that point, I was aware

7    that Blake and Colleen had discussed basically all

8    of what had happened to Blake on the film.

9         Q    Your understanding was that Ms. Lively

10   had discussed with Ms. Hoover how she had been         02:35:55

11   treated by Mr. Baldoni and Mr. Heath on the film?

12        A    Correct.

13        Q    And her discomfort with that treatment?

14        A    Yes.

15        Q    At 8:44, when you say:  "Neither of them    02:36:07

16   would" mention JB's name, who else were you

17   referring to other than Ms. Hoover?

18        A    I -- I assume Blake.

19        Q    Is it your recollection that Ms. Lively

20   also would not say Mr. Baldoni's name at Book          02:36:28

21   Bonanza?

22        A    Yes.

23        Q    If you would turn to Exhibit 11, which is

24   document stamped SPE_BL2193.

25             Do you have that in front of you?            02:36:40
```

Page 152

CONFIDENTIAL

```
 1          A    Yes.                                   02:36:43

 2          Q    Do you recognize Exhibit 11 as a text

 3    exchange between you and Ms. Giannetti, on

 4    June 15th, 2024?

 5          A    Yes.                                   02:36:52

 6          Q    At 2:19 p.m., Ms. Giannetti says "call

 7    me."  And later on, at 2:53, you write -- she asked

 8    you:

 9               (As read):

10                   "Did you get any details back then?"   02:37:07

11               And you respond:

12               (As read):

13                   "Justin was very dismissive of her when

14                    she wanted to direct and then used

15                    Jamey to try and manipulate her when he 02:37:18

16                    realized she could co-direct it after

17                    she got daddio going."

18               Do you see that?

19          A    Yes.

20          Q    Do you recall what this text was in    02:37:27

21    reference to?

22          A    No.

23          Q    Do you recall if you and Ms. Giannetti

24    had a conversation about concerns raised by

25    Christy Hall with respect to Mr. Baldoni being  02:37:37
```

Page 153

```
 1        A    Absolutely.                              03:43:09

 2             MS. ROESER:  Objection.

 3   BY MS. GAROFALO:

 4        Q    And Mr. Baldoni, throughout the shooting,

 5   did he make efforts, from your perception, to keep   03:43:12

 6   Ms. Lively happy?

 7        A    Yes.  He usually had a stronger initial

 8   reaction to doing so, understandably, but eventually

 9   he would get there.

10        Q    Why was it understandable?               03:43:26

11        A    Because he's the director so he has a

12   more of a creative attachment than the producers do.

13        Q    Okay.  We talked about the film being

14   shot in two phases, before the Writers Guild SAG

15   strikes and after.                                 03:43:45

16             Do you recall that?

17        A    Yes.

18        Q    When you -- and -- well, and you talked

19   about conduct that you did not deem appropriate.

20             Do you remember that?                    03:43:55

21        A    Yes.

22        Q    If you can, did that conduct all occur

23   during what we've been calling the first phase of

24   filming, before the break for the strikes?

25             MS. ROESER:  Objection.                  03:44:09
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          THE WITNESS:  I would say the bulk of it,    03:44:10

2     yes.

3     BY MS. GAROFALO:

4          Q    Okay.  Now, Ms. Lively had a number of

5     complaints about how the production was being        03:44:29

6     handled almost from day one.  Is that consistent

7     with your recollection?

8          MS. ROESER:  Objection.

9          THE WITNESS:  Yes.

10    BY MS. GAROFALO:                                      03:44:36

11         Q    She complained about the wardrobe; is

12    that right?

13         MS. ROESER:  Objection.

14         THE WITNESS:  She wanted to make -- she

15    wanted her input taken on the wardrobe.  Or she      03:44:43

16    wanted to really choose what she was wearing.  I

17    don't think she was necessarily critical of Eric on

18    the job he was doing.

19    BY MS. GAROFALO:

20         Q    Okay.  But she made her feelings known    03:44:53

21    about the wardrobe?

22         MS. ROESER:  Objection.

23         THE WITNESS:  Yeah.  She just wanted to

24    be in control of her look.

25

                                              Page 199

CONFIDENTIAL

```
 1          A     No.                                    03:48:02

 2          Q     Why not?

 3          A     Because I spoke to Jamey, Justin, and

 4     Ange directly.

 5          Q     And do you believe that as the producer,  03:48:08

 6     that relieved you of any obligation to ensure that

 7     conduct on the set was appropriate?

 8          A     Yes.

 9                MS. ROESER:  Objection.

10                MS. CATERINA:  Objection.            03:48:19

11     BY MS. GAROFALO:

12          Q     You did?

13          A     Yes.

14          Q     Okay.

15                I want to just ask you briefly about an  03:48:23

16     intimacy coordinator.  Was there one?

17          A     Yes.

18          Q     And was the intimacy -- when was the

19     intimacy coordinator retained, hired, engaged?

20          A     So we, actually, I believe, ended up   03:48:46

21     having more than one.  And then, there was also one

22     who sort of oversee'd other people that ended up

23     actually being on the set.  We engaged with someone

24     in the first round of prep to start preplanning

25     these scenes.  To choreograph them, to do      03:49:03
```

Page 203

1    conversations with Blake and Justin and the ADs and      03:49:05

2    the intimacy coordinator.

3             Most of those did not happen.  And then,

4    as time got closer to those intimate scenes, we --

5    intimacy scenes, we continued to try.  But              03:49:17

6    ultimately, on the first round of filming, we didn't

7    shoot any of them.

8         Q    Okay.  So the first, phase one of

9    shooting before you took a break for the strikes,

10   there were -- in your view, there were no scenes        03:49:30

11   that required an intimacy coordinator; is that

12   correct?

13            MS. ROESER:  Objection.

14            THE WITNESS:  From my recollection, yes.

15   BY MS. GAROFALO:                                        03:49:39

16        Q    Okay.  And in the second phase, there

17   were scenes that required an intimacy coordinator;

18   is that correct?

19        A    Yes.

20        Q    And in those scenes that you deemed           03:49:48

21   required an intimacy coordinator, was there an

22   intimacy coordinator on the set?

23            MS. ROESER:  Objection.

24            THE WITNESS:  For the second round, yes.

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | the -- I found the story itself to be very | 04:17:27 |
| 2 | compelling, and I finished the book in about three | |
| 3 | hours.  And that, to me, is usually a sign of | |
| 4 | wanting to do something. | |
| 5 |     Q    Okay.  So when you accepted the job as a | 04:17:38 |
| 6 | producer on the movie -- | |
| 7 |     A    Yes. | |
| 8 |     Q    -- you knew the movie had -- was to have | |
| 9 | graphic sexual content; is that correct? | |
| 10 |       MS. ROESER:  Objection. | 04:17:47 |
| 11 |       THE WITNESS:  Well, I had read the script | |
| 12 | at that point and, obviously, had talked to Justin | |
| 13 | about the vision.  And the way we always talked | |
| 14 | about it was that it would be quite tasteful.  I | |
| 15 | mean, we were depicting domestic violence, abuse, | 04:17:58 |
| 16 | but the intention was always for it to be beautiful | |
| 17 | and -- and well-shot and, you know, all of the | |
| 18 | things. | |
| 19 | BY MS. GAROFALO: | |
| 20 |     Q    But you can have sexual content that's | 04:18:13 |
| 21 | tasteful, well-shot, beautiful? | |
| 22 |     A    Absolutely. | |
| 23 |     Q    Okay.  And in this case, as directed by | |
| 24 | Mr. Baldoni, were the scenes with sexual content, in | |
| 25 | your professional opinion, tasteful, beautiful, | 04:18:28 |

Page 231