# Exhibit 13

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
      ------------------------------------------------- x
 4    BLAKE LIVELY,
 5                              Plaintiff,
 6            -vs-
 7    WAYFARER STUDIOS LLC, a Delaware Limited
 8    Liability Company, JUSTIN BALDONI, an
 9    individual, JAMEY HEATH, an individual, STEVE
10    SAROWITZ, an individual, IT ENDS WITH US MOVIE
11    LLC, a California Limited Liability Company,
12    MELISSA NATHAN, an individual, THE AGENCY
13    GROUP PR LLC, a Delaware Limited Liability
14    Company, JENNIFER ABEL, an individual, JED
15    WALLACE, an individual, and STREET RELATIONS
16    INC., a California Corporation,
17                              Defendants.
      ------------------------------------------------- x
18                              September 26, 2025
                                10:21 a.m.
19             **CONFIDENTIAL**
20       DEPOSITION of JENNY SLATE in the
21    above-captioned matter, taken pursuant to
22    Notice, held the offices of Willkie Farr &
23    Gallagher, 787 Seventh Avenue, New York, New
24    York before Fran Insley, a Notary Public of the
25    States of New York and New Jersey.
```

```
                                              Page 51
 1            SLATE - CONFIDENTIAL
 2       Q.   What do you recall those to be at
 3   that time?
 4       A.   Justin's inappropriate comments.
 5   Generally a kind of chaotic set.  Yeah.
 6       Q.   When you say his inappropriate
 7   comments, you mentioned the hot and sexy
 8   comments to Ms. Lively.  Were there any
 9   comments to you that you felt were
10   inappropriate at that time?
11       A.   Yes.
12       Q.   And is this from Mr. Baldoni?
13       A.   Yes.
14       Q.   What did he say to you that you felt
15   was inappropriate?
16       A.   He said something like, "I can say
17   this because my wife is here, but you look sexy
18   in what you're wearing."
19       Q.   And what about that did you feel is
20   inappropriate?
21       A.   I would say it breaks a pretty well
22   understood norm to comment, give your personal
23   opinion on how someone's body looks.
24       Q.   When you say a pretty well
25   understood norm, can you explain a little bit
```

```
                                            Page 122
 1              SLATE - CONFIDENTIAL
 2       Q.    Is that how you saw the film?
 3       A.    I saw the film as a film about
 4  domestic violence and the capacity for a person
 5  to try to extricate themselves from the
 6  traumatic cycles and a love story, sorry.
 7       Q.    At some point, did you learn that
 8  there was negative internet chatter about the
 9  film after it was -- at or around the time it
10  was released?
11       A.    Yes, at some point.
12       Q.    And how did you first learn that?
13       A.    I can't recall how I first learned
14  it.
15       Q.    Are you somebody who is frequently
16  on social media?
17       A.    No.
18       Q.    Do you manage your own social media?
19       A.    I do not.
20       Q.    Does your publicity team manage your
21  social media?
22       A.    No.
23       Q.    Who manages your social media?
24       A.    I have an assistant and when I need
25  to post something, she does it for me.
```

```
                                                    Page 296
 1              SLATE - CONFIDENTIAL
 2       A.    This is not my lawsuit.
 3       Q.    Okay.  Is there a reason why you did
 4   not join Blake Lively in this lawsuit?
 5             MS. HUDSON:  Objection.
 6             MS. PORTER:  Objection to form.
 7       A.    I felt that I settled my issues on
 8   set and I wanted to move on.
 9       Q.    Thank you.  Do you know if Blake
10   Lively told Sony that you would not attend the
11   premier if Justin attended?
12             MS. HUDSON:  Objection.
13       A.    I don't know that.
14       Q.    Did you ever tell anyone that you
15   would not attend the premier if Justin Baldoni
16   attended?
17             MS. HUDSON:  Objection.
18       A.    No.
19       Q.    Do you know if Blake Lively ever
20   told Sony that Colleen Hoover would not attend
21   the premier if he attended?
22             MS. HUDSON:  Objection.
23       A.    I don't know anything about what
24   Blake said to anyone at Sony.  I wouldn't know
25   that.
```