# Exhibit 20

Message

| | |
|---|---|
| From: | Moore, Schuyler |
| Sent: | 9/27/2022 11:53:32 PM |
| To: | Marshall, Michael |
| CC: | Abraham Bengio ; Andrew Calof ; Hannah Davis ; Danny Greenberg ; Julia Harris ; Patrick Trey Brady ; imene meziane ]; Mitz Toskovic ; 'Jamey Heath' ; Deborah McIntosh ]; Giannetti, Andrea |
| Subject: | IT ENDS WITH US / Proposed Sony Co-Production Term Sheet |
| Attachments: | Proposal to Sony for _It Ends With Us_(4510978.2).doc |

Michael,
On behalf of Wayfarer Studios, attached please find a proposed term sheet for a co-production for "It Ends With Us," which has been discussed with Sony. Please let me know any comments you have to it.
Thank you.
Sky

Schuyler M. Moore
Partner

Greenberg Glusker
2049 Century Park East, Suite 2600
Los Angeles, CA  90067
GreenbergGlusker.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.