# Exhibit 21

Message

**From:** Wire, Kimberly
**Sent:** 2/4/2023 12:20:03 AM
**To:** Maggin, Danni
**Subject:** IT ENDS WITH US | Publicity Strategy (Early Draft)
**Attachments:** It Ends With Us_Publicity Strategy.docx

First draft attached, will keep building on it with the rest of the team!

Confidential