# Exhibit 22

# IT ENDS WITH US
*Preliminary Publicity Strategy*

**Approach**
- Although the story is full of romance and steamy sex, we must always ensure there is context for the underlying messaging: abusive relationships take many forms from all social classes, we as readers/viewers are invested in the story's relationship with the allure of success, romance, adoration – but what does it take to leave and break the cycle of generational trauma and domestic violence?

**Publicity Angles**
- Immense popularity of the book
    - Book facts (*more book facts attached*)
        - Colleen Hoover's highest selling novel. It has sold 6.4M copies across all formats (mostly within the past two years) and shows no sign of slowing down.
        - It was the overall top-selling print book of 2022 (for context, "Crawdads" was #4).
        - It has been on the NYT bestseller list for 87 weeks.
    - Why is this book so popular? See NY Times article
    - BookTok popularity
    - Celebrity fans of the book – Kim Kardashian? Taylor Swift?
    - How the production is embracing the fans
- How/why Colleen Hoover wrote this personal story
    - "Author's Note" at the back of the book – her personal story
    - Abusive relationships don't always look the same, defy stereotypes
        - Even the wealthy/celebrities can be impacted by domestic violence
    - It may be difficult to see the pattern and to break it
- Blake Lively
    - Why she took this role
    - How Colleen envisioned Blake for this role
- Justin Baldoni
    - How he became involved both as lead actor and filmmaker, challenges of wearing both hats
    - Wayfarer's mission of inspirational stories to inspire social change
- Production designer – creating the flower shop, and Alyssa/Marshall's and Ryle's glamorous penthouse apartment

**Themes** – *Note: some of these are very serious topics so we need to be careful not to commercialize or handle lightly, but perhaps use the book as a way to open the conversation*
- Women empowerment
- Breaking the cycle of abuse – need to handle with thoughtfulness and tie to the film in a respectful way, perhaps discussion panels, podcasts, etc.
    - Generations of violence, a pattern that seems that it cannot be broken
    - Rationalizing every incident
    - Grieving what you thought you had

- o Leaving could mean breaking off other parts of your life - other friends/connections
- Shame
    - o Shame of staying in the relationship
    - o Shame of being homeless
    - o Shame of hiding relatives/partners who abuse
    - o Shame of what could have been
- Teenage homelessness
    - o The shame and ostracism
    - o Lack of resources - too old for foster care
- Women's friendship as a lifeline
- Small businesses – realizing your dreams with creativity and with support from friends/allies
- Perceptions of class
    - o Snap judgments made based on class/education
    - o Nature vs status

**Concepts from the Story**
- Naked Truth: "Something you're not proud of, something that if you share it will make you feel a little less screwed up"
- "People aren't bad, they are people who do bad things"
- Two very different relationships, intercut – one in the present, and one in the past

**Stunts/Ideas – due to the sensitive nature of the story, all stunts and creative concepts must be reviewed and approved by Home Office**
- Screenings on a rooftop
- Events at a venue made to look like a floral shop with steampunk-style flowers ("the anti-flower shop")
- Temporary heart tattoos (this is associated with Atlas, not Ryle)
- Partner with Pinterest
- Incorporate onesies into the campaign (challenge – that makes the story feel whimsical and funny)

**Talent Upcoming Plans**
- Blake Lively
    - o Making directorial debut on "Seconds"
    - o Filming "A Simple Favor" in Capri in July Who plays young Atlas and older Atlas? Who plays Alyssa?
- Justin Baldoni
    - o Directing new Pac-Man film

**Production**
- Filming in New Jersey
- Wayfarer Studios' mission is to bring people together and highlight connection through storytelling. The company is rooted in creating globally impactful projects, and prides itself in debunking the typical studio model by championing inspirational stories towards social change.

**Guideposts**

Confidential                                                                                                                                                            SPE_BL0005502

- Being respectful, responsive to the fans
- Preserving a mystique about the production
- Not losing sight of the messaging
    - Early Positioning piece will be key, not revealing too much during the campaign and keeping the messaging on track
- We must not position Lily/Ryle as a romance, everything (including photos) must have context
- We must not position the Lily/Ryle relationship as "forbidden love"

**Differences from Book**
- Vehicle for flashbacks in the book consists of journal entries addressed to Ellen DeGeneres. Ellen plays a much bigger role in the book.
- Ryle does not go to London in script
- No "Better in Boston" magnet or restaurant name (restaurant in script is called Roots – for the oak tree)
- No poker game, poker buddies in script

**Resources**
- (Will attach book's statistics)
- Slate: The Backlash Against America's Most Popular Novelist Is Way Less Satisfying Than I'd Hoped
- New York Times article on the book's popularity (above)