# Exhibit 24



**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

# Transcript of Blake Lively

**Date:** July 31, 2025
**Case:** Lively -v- Wayfarer Studios, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - x

4    BLAKE LIVELY,

5            Plaintiff,
       v.
6

7    WAYFARER STUDIOS LLC, a      Civ. Action No.
     Delaware Limited
8    Liability Company,           1:24-cv-10049-LJL
     JUSTIN BALDONI, an
9    individual, JAMEY HEATH,     (Consolidated for
     an individual, STEVE
10   SAROWITZ, an individual,     pretrial purposes with
     IT ENDS WITH US MOVIE
11   LLC, a California            1:25-cv-00449-LJL)
     Limited Liability
12   Company, MELISSA NATHAN,     Rel. 1:25-cv-00779-LJL
     an individual, THE
13   AGENCY GROUP PR LLC, a
     Delaware Limited
14   Liability Company,
     JENNIFER ABEL, an
15   individual, JED WALLACE,
     an individual, and
16   STREET RELATIONS INC., a
     California Corporation
17
            Defendants.
18   - - - - - - - - - - - - x
          Videotaped Deposition of BLAKE LIVELY
19
              New York, New York
20
          Wednesday, July 30, 2025
21
                10:15 A.M.
22
       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
23
     Pages: 1 - 294
24   Reported By: Anita M. Trombetta, RMR, CRR,
     California CSR No. 14647
25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    12

| | | |
|---|---|---|
| 1 | ATTORNEY SCHUSTER:  That's correct. | 10:18:18 |
| 2 | ATTORNEY HUDSON:  Okay.  Thank you. | 10:18:20 |
| 3 | B L A K E   L I V E L Y, called as a witness, | |
| 4 | having been first duly sworn by a Notary Public, | |
| 5 | was examined and testified as follows: | |
| 6 | EXAMINATION BY | |
| 7 | ATTORNEY FREEDMAN: | |
| 8 | Q  Good morning.  What's your full legal | 10:18:25 |
| 9 | name? | 10:18:27 |
| 10 | A  ████████████████ | 10:18:27 |
| 11 | Q  And what is your date of birth? | 10:18:33 |
| 12 | A  ████████ | 10:18:35 |
| 13 | Q  How long have you been an actress? | 10:18:39 |
| 14 | A  21 years. | 10:18:42 |
| 15 | Q  Do you recall the year you started? | 10:18:48 |
| 16 | A  Professionally, 2004. | 10:18:51 |
| 17 | Q  You agreed to play the role of Lily Bloom | 10:18:54 |
| 18 | in It Ends With Us at the end of 2022; is that | 10:19:03 |
| 19 | correct? | 10:19:09 |
| 20 | A  Yes. | 10:19:09 |
| 21 | Q  Prior to that time, had you heard about | 10:19:10 |
| 22 | the book with the same title? | 10:19:13 |
| 23 | A  Prior to agreeing? | 10:19:16 |
| 24 | Q  Yes. | 10:19:20 |
| 25 | A  Yes. | 10:19:21 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    21

| | | |
|---|---|---|
| 1 | Baldoni was? | 10:30:56 |
| 2 | A  I was aware of him. | 10:30:57 |
| 3 | Q  How were you aware of him? | 10:31:02 |
| 4 | A  I am friends with and follow Liz Plank who | 10:31:04 |
| 5 | does a podcast with him.  And I follow an account | 10:31:13 |
| 6 | called CelebrityKind, who has featured him before. | 10:31:20 |
| 7 | That was the extent of my awareness. | 10:31:26 |
| 8 | Q  When did you first meet Liz Plank? | 10:31:27 |
| 9 | A  I don't recall.  Around 2020. | 10:31:36 |
| 10 | Q  How did you meet Liz Plank? | 10:31:39 |
| 11 | A  I don't -- I don't remember.  We have a | 10:31:46 |
| 12 | lot of mutual friends. | 10:31:53 |
| 13 | Q  Who are your mutual friends? | 10:31:57 |
| 14 | ATTORNEY HUDSON:  Objection. | 10:31:59 |
| 15 | A  Kate Vorhoff, Justin Trudeau.  They're | 10:32:02 |
| 16 | people that -- with more degrees of separation | 10:32:23 |
| 17 | that we have run in the same circles as. | 10:32:29 |
| 18 | Q  Now, I understand that you had heard that | 10:32:33 |
| 19 | Justin Baldoni was involved in the film. | 10:32:40 |
| 20 | What did you learn about what his | 10:32:43 |
| 21 | involvement was? | 10:32:45 |
| 22 | ATTORNEY HUDSON:  Objection. | 10:32:47 |
| 23 | A  I learned that he was the director and was | 10:32:49 |
| 24 | to star as the male lead in the film, as well as | 10:33:01 |
| 25 | retaining the rights, as Warren described. | 10:33:06 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    28

| | | |
|---|---|---|
| 1 | Q  And did you have any concern prior to | 10:42:58 |
| 2 | accepting the role that that would be some sort of | 10:43:02 |
| 3 | an issue, that he would be both the lead actor and | 10:43:06 |
| 4 | also, you know, be the director? | 10:43:13 |
| 5 | A  I have worked with actors before who have | 10:43:19 |
| 6 | been both the actor and director.  So it's not | 10:43:24 |
| 7 | necessarily an immediate concern, but there are | 10:43:34 |
| 8 | many factors at play with each person. | 10:43:39 |
| 9 | Q  And were there factors at play | 10:43:44 |
| 10 | specifically with Mr. Baldoni as the male lead and | 10:43:47 |
| 11 | the director during that time? | 10:43:51 |
| 12 | A  Specific to him, not necessarily.  Every | 10:43:55 |
| 13 | job, you have to consider all elements and all | 10:44:04 |
| 14 | factors. | 10:44:06 |
| 15 | Q  Okay.  Prior to accepting the role to play | 10:44:07 |
| 16 | Lily Bloom, had you met Justin Baldoni? | 10:44:09 |
| 17 | A  Yes. | 10:44:12 |
| 18 | Q  On how many occasions? | 10:44:13 |
| 19 | A  One. | 10:44:15 |
| 20 | Q  Where was that meeting? | 10:44:17 |
| 21 | A  In New York City, in my apartment. | 10:44:18 |
| 22 | Q  How long did that meeting last? | 10:44:22 |
| 23 | A  I don't recall.  It was a couple hours. | 10:44:32 |
| 24 | Q  And do you recall when that meeting was? | 10:44:38 |
| 25 | A  December of 2022. | 10:44:44 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    29

| | | |
|---|---|---|
| 1 | Q  And how was it determined that that | 10:44:46 |
| 2 | meeting would take place at your apartment in New | 10:44:50 |
| 3 | York City? | 10:44:55 |
| 4 | A  Agents from my end.  I don't know how it | 10:44:55 |
| 5 | was determined from anyone else's. | 10:45:01 |
| 6 | Q  And do you recall the day that you | 10:45:03 |
| 7 | actually met Justin Baldoni in your apartment? | 10:45:06 |
| 8 | ATTORNEY HUDSON:  Objection. | 10:45:09 |
| 9 | A  Are you asking about the date? | 10:45:09 |
| 10 | Q  Yes. | 10:45:13 |
| 11 | A  No. | 10:45:14 |
| 12 | Q  Do you know whether it was during the day | 10:45:14 |
| 13 | or in the evening? | 10:45:18 |
| 14 | A  Day. | 10:45:19 |
| 15 | Q  And who was present at that meeting? | 10:45:20 |
| 16 | A  At the meeting -- well, the two of us were | 10:45:28 |
| 17 | in the meeting, but there were many people | 10:45:42 |
| 18 | present. | 10:45:45 |
| 19 | Q  Who else was present? | 10:45:46 |
| 20 | A  My sister was there.  My family was there. | 10:45:48 |
| 21 | We have employees coming in and out constantly. | 10:45:53 |
| 22 | Q  And tell me what you recall about that | 10:46:00 |
| 23 | meeting and what you said during that meeting. | 10:46:07 |
| 24 | A  Can you be more specific? | 10:46:10 |
| 25 | Q  Sure. | 10:46:12 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              49

| | | |
|---|---|---|
| 1 | Q  Do you believe that you were personally | 11:33:47 |
| 2 | sexually harassed in connection with the making of | 11:33:55 |
| 3 | the film It Ends With Us? | 11:33:57 |
| 4 | ATTORNEY HUDSON:  Objection. | 11:33:58 |
| 5 | A  Yes. | 11:34:00 |
| 6 | Q  Who do you believe sexually harassed you? | 11:34:01 |
| 7 | A  Justin Baldoni and Jamey Heath. | 11:34:08 |
| 8 | Q  Anyone else? | 11:34:17 |
| 9 | A  If you're asking if my gender played a | 11:34:19 |
| 10 | role in the behavior towards me, I would add Steve | 11:34:35 |
| 11 | Sarowitz to that. | 11:34:42 |
| 12 | Q  How did Steve Sarowitz sexually harass | 11:34:44 |
| 13 | you? | 11:34:48 |
| 14 | A  He was the chairman of the studio, is my | 11:34:49 |
| 15 | understanding.  And this is the studio that I was | 11:35:13 |
| 16 | raising concerns with.  And instead of addressing | 11:35:22 |
| 17 | concerns, I believe that I was dismissed.  And so | 11:35:33 |
| 18 | to use my own description, I do believe my gender | 11:35:54 |
| 19 | played a role in how I was treated. | 11:35:59 |
| 20 | Q  Did you ever discuss with Steve Sarowitz | 11:36:03 |
| 21 | the fact that you were sexually harassed? | 11:36:06 |
| 22 | A  No. | 11:36:12 |
| 23 | Q  Did Steve Sarowitz ever say anything to | 11:36:13 |
| 24 | you that you felt was inappropriate or made you | 11:36:30 |
| 25 | uncomfortable? | 11:36:34 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                      50

| | | |
|---|---|---|
| 1 | A  To me?  No. | 11:36:35 |
| 2 | Q  Did Steve Sarowitz affirmatively do | 11:36:42 |
| 3 | anything himself that made you feel uncomfortable | 11:36:50 |
| 4 | or you felt was inappropriate? | 11:36:57 |
| 5 | A  I felt him attending the birthing scene | 11:37:01 |
| 6 | was inappropriate. | 11:37:05 |
| 7 | Q  When was the birthing scene? | 11:37:07 |
| 8 | A  May of 2023. | 11:37:19 |
| 9 | Q  What did Justin Baldoni do to sexually | 11:37:20 |
| 10 | harass you? | 11:37:49 |
| 11 | ATTORNEY HUDSON:  Objection. | 11:37:50 |
| 12 | A  Can you be more specific? | 11:37:51 |
| 13 | Q  Sure. | 11:37:58 |
| 14 | You're claiming that Justin Baldoni | 11:37:59 |
| 15 | sexually harassed you, correct? | 11:38:01 |
| 16 | A  Yes.  It's a long complaint. | 11:38:03 |
| 17 | Q  Is that "yes"? | 11:38:05 |
| 18 | A  Yes. | 11:38:09 |
| 19 | Q  What did he do to sexually harass you? | 11:38:10 |
| 20 | ATTORNEY HUDSON:  Objection. | 11:38:16 |
| 21 | A  There were a series of things. | 11:38:18 |
| 22 | Q  Do you recall the first thing that he did | 11:38:29 |
| 23 | where you felt you were sexually harassed? | 11:38:31 |
| 24 | ATTORNEY HUDSON:  Objection. | 11:38:42 |
| 25 | A  There were things that he said and did | 11:38:43 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    51

| | | |
|---|---|---|
| 1 | where at the time, you don't totally -- you feel | 11:38:51 |
| 2 | confused by someone's behavior or words being at | 11:39:11 |
| 3 | odds with who they say they are.  And you start to | 11:39:22 |
| 4 | see different pieces come together, and it | 11:39:35 |
| 5 | feels -- the workplace feels overwhelming.  So | 11:39:48 |
| 6 | there were different moments. | 11:39:52 |
| 7 | Q  What is the first thing that you recall? | 11:39:54 |
| 8 | A  I recall him telling me that he's | 11:40:00 |
| 9 | circumcised. | 11:40:07 |
| 10 | Q  When did he tell you that? | 11:40:09 |
| 11 | A  In December of 2022. | 11:40:15 |
| 12 | Q  And where were you physically when he told | 11:40:20 |
| 13 | you that? | 11:40:25 |
| 14 | A  At my apartment. | 11:40:27 |
| 15 | Q  Was that the same meeting that we were | 11:40:29 |
| 16 | previously discussing or a different meeting? | 11:40:40 |
| 17 | A  It was the same meeting. | 11:40:42 |
| 18 | Q  And how did that come up?  Were you | 11:40:43 |
| 19 | discussing something or it just came up out of the | 11:40:50 |
| 20 | blue? | 11:40:53 |
| 21 | A  I was pregnant and I didn't know the | 11:40:53 |
| 22 | gender of my child.  And we were discussing | 11:40:59 |
| 23 | different decisions that parents make and | 11:41:06 |
| 24 | different factors, having boys versus girls.  I | 11:41:12 |
| 25 | only had girls.  And we were discussing the | 11:41:19 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    52

| | | |
|---|---|---|
| 1 | different medical decisions people make these | 11:41:29 |
| 2 | days, including circumcision for male babies. | 11:41:32 |
| 3 |    Q  And did he bring that up or did you bring | 11:41:37 |
| 4 | that up? | 11:41:41 |
| 5 |    A  I don't remember. | 11:41:41 |
| 6 |    Q  What did he say about circumcision? | 11:41:42 |
| 7 |    A  He told me the decision that they made for | 11:41:50 |
| 8 | their child.  They, being him and his wife Emily. | 11:42:00 |
| 9 | And then he offered that he was circumcised. | 11:42:05 |
| 10 |    Q  And did you say anything in response to | 11:42:10 |
| 11 | that? | 11:42:12 |
| 12 |    A  I was in shock. | 11:42:12 |
| 13 |    Q  You say you were in shock.  You couldn't | 11:42:14 |
| 14 | speak or? | 11:42:19 |
| 15 |    A  I don't know.  I don't know what I -- I | 11:42:21 |
| 16 | don't know what I said or did. | 11:42:26 |
| 17 |    Q  Did you tell him that you were offended by | 11:42:28 |
| 18 | it? | 11:42:33 |
| 19 |    A  No. | 11:42:34 |
| 20 |    Q  Did you discuss with anyone the fact that | 11:42:36 |
| 21 | you were offended by him saying that? | 11:42:40 |
| 22 |    A  Yes. | 11:42:42 |
| 23 |    Q  Who did you -- who did you discuss that | 11:42:46 |
| 24 | with? | 11:42:49 |
| 25 |    A  My husband. | 11:42:49 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              54

| | | |
|---|---|---|
| 1 | ATTORNEY HUDSON:  Objection. | 11:44:35 |
| 2 | A  About what?  Can you be more specific? | 11:44:35 |
| 3 | Q  About him being circumcised. | 11:44:38 |
| 4 | A  About him being circumcised, that's all I | 11:44:40 |
| 5 | remember. | 11:44:44 |
| 6 | Q  Did his comment in any way cause you to | 11:44:45 |
| 7 | reconsider whether you wanted to do the film or | 11:44:58 |
| 8 | not? | 11:45:01 |
| 9 | A  I found it disturbing, but given that it | 11:45:02 |
| 10 | was one comment and he seemed nice, I wrote it off | 11:45:12 |
| 11 | as him taking a benign conversation too far and | 11:45:22 |
| 12 | hoped and assumed it would be an isolated | 11:45:38 |
| 13 | incident. | 11:45:42 |
| 14 | Q  Did you ever tell him that he had taken | 11:45:42 |
| 15 | that comment -- and by making that comment, he had | 11:45:48 |
| 16 | taken that too far? | 11:45:52 |
| 17 | A  Yes. | 11:45:53 |
| 18 | Q  Okay.  When did you tell him that? | 11:45:54 |
| 19 | A  Me personally? | 11:45:56 |
| 20 | Q  Yes. | 11:46:01 |
| 21 | A  I believe the date was January 4th, 2023. | 11:46:03 |
| 22 | Q  Prior to January 4th, 2023, had you told | 11:46:10 |
| 23 | him that he had taken that too far and that was an | 11:46:20 |
| 24 | inappropriate comment? | 11:46:24 |
| 25 | A  That specific comment? | 11:46:25 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    55

| | | |
|---|---|---|
| 1 | Q  Yes. | 11:46:27 |
| 2 | A  No. | 11:46:27 |
| 3 | Q  Is there a reason why you didn't say that | 11:46:28 |
| 4 | to him? | 11:46:31 |
| 5 | A  There are a lot of reasons.  He was my | 11:46:31 |
| 6 | boss. | 11:46:40 |
| 7 | Q  He was your boss at that time? | 11:46:40 |
| 8 | A  Not at that moment, but later.  You asked | 11:46:44 |
| 9 | why I didn't say something later. | 11:46:47 |
| 10 | Q  Is there a reason you didn't say something | 11:46:48 |
| 11 | at that time? | 11:46:51 |
| 12 | ATTORNEY HUDSON:  Objection. | 11:46:52 |
| 13 | A  I believe I already answered that | 11:46:53 |
| 14 | question. | 11:46:56 |
| 15 | Q  Did you discuss with Warren Zavala that | 11:46:56 |
| 16 | comment that was made? | 11:47:14 |
| 17 | A  I don't believe so, but I don't recall. | 11:47:15 |
| 18 | Q  Did you discuss with anyone else -- anyone | 11:47:19 |
| 19 | else that represents you, like your manager or | 11:47:33 |
| 20 | your agents or anyone else like that, that he had | 11:47:35 |
| 21 | made that comment? | 11:47:38 |
| 22 | ATTORNEY HUDSON:  Well, objection to the | 11:47:39 |
| 23 | extent that question calls for attorney-client | 11:47:40 |
| 24 | privileged communications. | 11:47:42 |
| 25 | If you can answer that question without | 11:47:44 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    60

| | | |
|---|---|---|
| 1 | what works better for me is to not read the book | 11:54:23 |
| 2 | in advance because it is hard for me to see the | 11:54:28 |
| 3 | blind spots in the film because you can't unlearn | 11:54:37 |
| 4 | what you know from a book.  You can't fill in | 11:54:41 |
| 5 | story or character holes from what you know from a | 11:54:44 |
| 6 | book.  So I like to look at the film as its own | 11:54:47 |
| 7 | piece to make sure that it works on its own. | 11:54:50 |
| 8 |     Q  In April of 2023, did you know that there | 11:54:58 |
| 9 | were sex scenes in the novel, It Ends With Us? | 11:55:01 |
| 10 |     A  Yes. | 11:55:06 |
| 11 |     Q  And did you know what sex scenes there | 11:55:06 |
| 12 | were? | 11:55:09 |
| 13 |     A  I don't understand your question. | 11:55:09 |
| 14 |     Q  Sure. | 11:55:14 |
| 15 |        The book It Ends With Us has sex scenes | 11:55:17 |
| 16 | within the book, correct? | 11:55:23 |
| 17 |        ATTORNEY HUDSON:  Objection. | 11:55:25 |
| 18 |     A  I believe so, yes. | 11:55:27 |
| 19 |     Q  You're not sure, though, right? | 11:55:28 |
| 20 |     A  I know there are sex scenes in the book, | 11:55:31 |
| 21 | yes. | 11:55:36 |
| 22 |     Q  Did you read the book? | 11:55:36 |
| 23 |     A  No. | 11:55:38 |
| 24 |     Q  How do you know that there are sex scenes | 11:55:39 |
| 25 | in the book? | 11:55:45 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    83

| | | |
|---|---|---|
| 1 | Q  Hi.  Good afternoon. | 13:38:04 |
| 2 | I just want to walk through some of the | 13:38:06 |
| 3 | other allegations of sexual harassment. | 13:38:09 |
| 4 | One of the things that's alleged in the | 13:38:16 |
| 5 | amended complaint is, I believe that you're saying | 13:38:18 |
| 6 | that Justin complimented your outfit; is that | 13:38:26 |
| 7 | correct? | 13:38:31 |
| 8 | ATTORNEY HUDSON:  Objection. | 13:38:31 |
| 9 | A  No. | 13:38:32 |
| 10 | Q  Are you saying that one of the instances | 13:38:51 |
| 11 | of sexual harassment or something that made you | 13:38:52 |
| 12 | otherwise uncomfortable was there was one day in | 13:38:58 |
| 13 | which Justin commented how much he liked your | 13:39:03 |
| 14 | outfit? | 13:39:06 |
| 15 | A  No. | 13:39:07 |
| 16 | Q  Did Justin ever say anything inappropriate | 13:39:08 |
| 17 | or that bothered you concerning an outfit that you | 13:39:26 |
| 18 | wore? | 13:39:35 |
| 19 | ATTORNEY HUDSON:  Objection. | 13:39:38 |
| 20 | A  There was an incident that made me | 13:39:39 |
| 21 | uncomfortable, yes. | 13:39:50 |
| 22 | Q  And when was that incident? | 13:39:53 |
| 23 | A  Late May of 2023. | 13:39:58 |
| 24 | Q  Do you recall the date? | 13:40:00 |
| 25 | A  I don't know the exact date, no. | 13:40:02 |

**PLANET DEPOS**
888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              84

| | | |
|---|---|---|
| 1 | Q   And do you recall where that took place? | 13:40:15 |
| 2 | A   Yes. | 13:40:17 |
| 3 | Q   Where did it take place? | 13:40:20 |
| 4 | A   On a set, a bar set when we were | 13:40:21 |
| 5 | rehearsing. | 13:40:30 |
| 6 | Q   That was that bar scene? | 13:40:30 |
| 7 | A   No, it was -- we were rehearsing that | 13:40:32 |
| 8 | scene, but, no, it was not the scene.  It was when | 13:40:35 |
| 9 | I arrived to work. | 13:40:37 |
| 10 | Q   And can you tell me what happened? | 13:40:38 |
| 11 | A   Can you be more specific?  Sorry. | 13:40:42 |
| 12 | Q   Sure. | 13:40:46 |
| 13 | What about whatever happened there made | 13:40:47 |
| 14 | you feel uncomfortable? | 13:40:50 |
| 15 | A   I was wearing a -- I had a newborn baby, | 13:40:51 |
| 16 | and I had a jacket on and -- that was covering my | 13:40:58 |
| 17 | dress underneath.  And I bent down to pick | 13:41:04 |
| 18 | something up, and the jacket opened.  And my dress | 13:41:08 |
| 19 | was low-cut because it was easier to feed my baby. | 13:41:13 |
| 20 | And Mr. Baldoni said in front of -- Justin said in | 13:41:23 |
| 21 | front of -- I remember in front of Jenny Slate, | 13:41:31 |
| 22 | and I don't remember specifically who else was | 13:41:39 |
| 23 | there, but he said, "I like your outfit," and he | 13:41:42 |
| 24 | gestured at the chest. | 13:41:46 |
| 25 | Q   You just made a movement of your hand. | 13:41:51 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    85

| | |
|---|---|
| 1 | A  Yes. | 13:41:55 |
| 2 | Q  It's hard for the court reporter to mark | 13:41:56 |
| 3 | those down. | 13:41:57 |
| 4 | What do you mean he made a gesture of his | 13:41:59 |
| 5 | hand and said, "I like your dress"? | 13:42:02 |
| 6 | A  He gestured across the chest. | 13:42:04 |
| 7 | Q  Did he gesture across your chest or his | 13:42:08 |
| 8 | chest? | 13:42:11 |
| 9 | A  He said, "I like your outfit." | 13:42:12 |
| 10 | Q  He moved his hand up and down, like, above | 13:42:17 |
| 11 | and below his chest or your chest? | 13:42:20 |
| 12 | A  I was standing in front of him, so I don't | 13:42:22 |
| 13 | know whose chest, but he didn't touch my chest -- | 13:42:28 |
| 14 | Q  Okay. | 13:42:28 |
| 15 | A  -- if that's what you're asking. | 13:42:33 |
| 16 | Q  When he made the gesture in front of his | 13:42:34 |
| 17 | chest, was his arm closer to his chest or closer | 13:42:37 |
| 18 | to your chest? | 13:42:41 |
| 19 | A  I don't recall. | 13:42:45 |
| 20 | Q  And what were you doing during this time? | 13:42:46 |
| 21 | Was it during a rehearsal of some sort? | 13:42:57 |
| 22 | A  We weren't rehearsing the scene yet, but I | 13:42:59 |
| 23 | was on the set to rehearse the scene. | 13:43:03 |
| 24 | Q  And who else was present, if anyone? | 13:43:05 |
| 25 | A  The person I remember most is obviously | 13:43:11 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              100

| | | |
|---|---|---|
| 1 | Do you recall an instance like that? | 14:02:39 |
| 2 | A  Yes, those words were used.  I have a lot | 14:02:41 |
| 3 | of recollection of, in general, words like that | 14:02:50 |
| 4 | being used. | 14:02:55 |
| 5 | Q  Do you have a specific recollection of a | 14:02:56 |
| 6 | day, time, or scene that Justin had used those | 14:03:02 |
| 7 | words? | 14:03:08 |
| 8 | A  They would be used in the context of the | 14:03:09 |
| 9 | film, scenes that needed to be sexy, characters or | 14:03:12 |
| 10 | wardrobe.  Yeah, that would be used in that way. | 14:03:26 |
| 11 | That never made me uncomfortable. | 14:03:35 |
| 12 | Q  Okay.  So is it fair to say that any time | 14:03:37 |
| 13 | that Justin either used the term "sexy" or "hot," | 14:03:40 |
| 14 | that didn't make you feel uncomfortable; is that | 14:03:44 |
| 15 | correct? | 14:03:46 |
| 16 | ATTORNEY HUDSON:  Objection. | 14:03:46 |
| 17 | A  That's not what I said. | 14:03:47 |
| 18 | Q  And has Justin ever used the term "sexy" | 14:03:48 |
| 19 | or "hot" where it made you feel uncomfortable? | 14:03:53 |
| 20 | A  Yes. | 14:03:55 |
| 21 | Q  Okay.  When was that? | 14:03:56 |
| 22 | A  Late May of 2023. | 14:03:57 |
| 23 | Q  And where were you located? | 14:03:59 |
| 24 | A  The bar set. | 14:04:09 |
| 25 | Q  That was part of the filming of the -- of | 14:04:12 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    101

| | | |
|---|---|---|
| 1 | the movie? | 14:04:18 |
| 2 | A  The bar was a set for the film.  It was a | 14:04:19 |
| 3 | real bar, but it was used as a location in the | 14:04:27 |
| 4 | movie. | 14:04:30 |
| 5 | Q  And do you recall what time of day that | 14:04:31 |
| 6 | was? | 14:04:35 |
| 7 | A  It was early in the day. | 14:04:36 |
| 8 | Q  And where were you standing when he made | 14:04:39 |
| 9 | these comments? | 14:04:49 |
| 10 | A  In the bar set? | 14:04:50 |
| 11 | Q  Yes. | 14:04:53 |
| 12 | You were standing in the bar set?  Any | 14:04:55 |
| 13 | more description you can give me about where in | 14:04:58 |
| 14 | the bar -- in the bar you were standing? | 14:05:00 |
| 15 | A  There was a table that we were all acting | 14:05:05 |
| 16 | around that was probably in the middle of the bar. | 14:05:10 |
| 17 | But we hadn't begun the scene yet, so we were in | 14:05:16 |
| 18 | the midst of the bar set. | 14:05:22 |
| 19 | Q  And what happened specifically? | 14:05:24 |
| 20 | A  With what? | 14:05:29 |
| 21 | Q  With him using the terms "sexy" or "hot"? | 14:05:31 |
| 22 | A  He asked me to remove a coat that I was | 14:05:36 |
| 23 | wearing, which was a wardrobe coat, which was a | 14:05:40 |
| 24 | part of the look that had been photographed and | 14:05:47 |
| 25 | shared for that scene.  And when I arrived to set, | 14:05:55 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                      102

| | | |
|---|---|---|
| 1 | he asked me once I was on set amongst others -- I | 14:06:02 |
| 2 | remember once again Jenny Slate standing there -- | 14:06:10 |
| 3 | and he said, "Can you take off your coat?" | 14:06:15 |
| 4 | And I thought that it was a more | 14:06:22 |
| 5 | interesting outfit to wear the coat.  I thought it | 14:06:24 |
| 6 | was more eclectic and dynamic.  And he said, | 14:06:26 |
| 7 | "Well, we want to see it without the coat." | 14:06:34 |
| 8 | So I took the coat off, and under the | 14:06:38 |
| 9 | coat, I was wearing a onesie that was zipped low | 14:06:41 |
| 10 | with a lace bra peeking out, because the scene | 14:06:48 |
| 11 | after this is a sex scene or a hookup scene, | 14:06:53 |
| 12 | rather.  And he asked me to take off the coat. | 14:06:57 |
| 13 | And I'm standing amongst many cast and crew and | 14:07:03 |
| 14 | extras, and I felt on display.  And he said, "I | 14:07:10 |
| 15 | think you look sexy." | 14:07:17 |
| 16 | And I said, "That's not what I'm going | 14:07:18 |
| 17 | for." | 14:07:22 |
| 18 | And he said, "Oh, I'm sorry.  Hot?" | 14:07:23 |
| 19 | And I said, "Not that either." | 14:07:27 |
| 20 | And then he said, "Ah, well, I guess I | 14:07:29 |
| 21 | missed the HR meeting." | 14:07:32 |
| 22 | And became -- looked at me.  I remember | 14:07:34 |
| 23 | him being aware of Jenny Slate and getting a | 14:07:38 |
| 24 | little huffy and walked off.  And I performed the | 14:07:42 |
| 25 | scene without the coat. | 14:07:51 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                         125

| | | |
|---|---|---|
| 1 | that he came into your trailer? | 14:41:04 |
| 2 | A  Evening. | 14:41:06 |
| 3 | Q  And was the trailer unlocked? | 14:41:07 |
| 4 | A  I don't know if it was unlocked at that | 14:41:12 |
| 5 | point.  He attempted to come in and we stopped him | 14:41:15 |
| 6 | from coming in. | 14:41:18 |
| 7 | Q  When you say "we," who are you referring | 14:41:19 |
| 8 | to? | 14:41:21 |
| 9 | A  My hair and makeup artists. | 14:41:21 |
| 10 | Q  Did you have your security there at the | 14:41:23 |
| 11 | time? | 14:41:25 |
| 12 | A  In my trailer, no. | 14:41:26 |
| 13 | Q  Outside your trailer? | 14:41:28 |
| 14 | A  I don't know where they were standing at | 14:41:31 |
| 15 | that moment. | 14:41:33 |
| 16 | Q  The name of your security person is Kevin, | 14:41:33 |
| 17 | correct? | 14:41:36 |
| 18 | ATTORNEY HUDSON:  Objection. | 14:41:36 |
| 19 | A  We have different people who rotate. | 14:41:37 |
| 20 | Q  But is there -- was there always | 14:41:39 |
| 21 | someone -- a security person outside your trailer? | 14:41:42 |
| 22 | ATTORNEY HUDSON:  Objection. | 14:41:45 |
| 23 | A  Not necessarily stationed right outside of | 14:41:46 |
| 24 | the hair and makeup door.  They patrol. | 14:41:50 |
| 25 | Q  Do you know -- as you sit here today, do | 14:41:53 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                              126

| | | |
|---|---|---|
| 1 | you recall that specific second day of production, | 14:41:56 |
| 2 | whether or not there was a security person outside | 14:42:00 |
| 3 | your trailer? | 14:42:01 |
| 4 | ATTORNEY HUDSON:  Objection. | 14:42:03 |
| 5 | A  I don't recall, no.  I was inside the | 14:42:05 |
| 6 | trailer, so I wouldn't have seen who was standing | 14:42:09 |
| 7 | there. | 14:42:12 |
| 8 | Q  Did you ever call out for security or ask | 14:42:12 |
| 9 | for security to come in and take Jamey away? | 14:42:16 |
| 10 | ATTORNEY HUDSON:  Objection. | 14:42:19 |
| 11 | A  No. | 14:42:24 |
| 12 | Q  And how long was Jamey in your trailer | 14:42:24 |
| 13 | for? | 14:42:26 |
| 14 | A  I don't know exactly, but I would say | 14:42:32 |
| 15 | around five minutes. | 14:42:34 |
| 16 | Q  And what was discussed during the five | 14:42:36 |
| 17 | minutes that he was in your trailer? | 14:42:39 |
| 18 | A  We were meant to have a production meeting | 14:42:45 |
| 19 | that night, and I -- he came to my trailer as I | 14:42:47 |
| 20 | was -- we were going to have a production meeting | 14:42:58 |
| 21 | in my trailer.  And he came to the hair and makeup | 14:43:00 |
| 22 | trailer as I was getting my body makeup removed | 14:43:03 |
| 23 | and my wig off and -- so that I could wrap out | 14:43:06 |
| 24 | hair and makeup and then I could then go into the | 14:43:11 |
| 25 | -- my own trailer and I have a meeting with them. | 14:43:16 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              127

| | | |
|---|---|---|
| 1 | He unexpectedly came to my trailer, | 14:43:18 |
| 2 | knocked on the door, said, "We've got to talk." | 14:43:21 |
| 3 | I said, "We can't talk right now.  I'll be | 14:43:24 |
| 4 | there in a few minutes.  I'm getting done as fast | 14:43:27 |
| 5 | as I can so we can have this meeting." | 14:43:29 |
| 6 | He said, "Oh, no, we've got to talk | 14:43:29 |
| 7 | now" -- | 14:43:33 |
| 8 | (Reporter clarification.) | 14:43:33 |
| 9 | THE WITNESS:  From where? | 14:43:37 |
| 10 | (Reporter clarification.) | 14:43:44 |
| 11 | A  I said, "I'll meet you in there in a | 14:43:44 |
| 12 | minute.  I'm getting -- I'm undressed.  I'm | 14:43:48 |
| 13 | getting ready for the meeting.  I'll be there in | 14:43:50 |
| 14 | just a minute." | 14:43:52 |
| 15 | And he said, "If we don't meet now, we | 14:43:53 |
| 16 | can't do that meeting." | 14:43:55 |
| 17 | And that meeting was very important to me | 14:43:56 |
| 18 | because it was to discuss other behavior I had | 14:44:00 |
| 19 | experienced earlier that day that was concerning | 14:44:03 |
| 20 | to me. | 14:44:06 |
| 21 | So I said, "Okay, fine, you can come in." | 14:44:09 |
| 22 | And he came in and I said, "Okay, you can | 14:44:12 |
| 23 | come in, but please don't look.  Can you turn | 14:44:15 |
| 24 | around?" | 14:44:18 |
| 25 | So he turned around and he faced the wall. | 14:44:18 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    128

| | | |
|---|---|---|
| 1 | And I was in front of the hair and makeup mirror | 14:44:21 |
| 2 | as my team was working -- they call it | 14:44:26 |
| 3 | double-teaming when they're both working at the | 14:44:29 |
| 4 | same time to either get you ready or disassemble | 14:44:32 |
| 5 | you. | 14:44:34 |
| 6 | And I was helping as well so that we could | 14:44:35 |
| 7 | work quickly.  And Jamey said that the meeting had | 14:44:40 |
| 8 | to happen on my time, the meeting we were about to | 14:44:44 |
| 9 | have; that it -- because of my turnaround, which | 14:44:49 |
| 10 | is the time -- from the time that I am done with | 14:44:55 |
| 11 | work until the time I start again, my turnaround | 14:44:57 |
| 12 | was 12 hours. | 14:45:00 |
| 13 | And he said, "This meeting has to be on | 14:45:01 |
| 14 | your clock.  We don't have time for this." | 14:45:03 |
| 15 | And I said, "This isn't a personal | 14:45:05 |
| 16 | meeting.  This is a production meeting to discuss | 14:45:08 |
| 17 | how to make the set better and smoother." | 14:45:10 |
| 18 | And he was arguing for it to be I on my | 14:45:19 |
| 19 | personal time.  And I said, "My personal time is | 14:45:22 |
| 20 | important to me because I have a newborn baby. | 14:45:24 |
| 21 | When I go home I prepare for the next day.  I feed | 14:45:27 |
| 22 | my baby.  I work out.  I have a lot of | 14:45:30 |
| 23 | responsibilities.  I really need my time, and this | 14:45:32 |
| 24 | is not a personal meeting; it's a production | 14:45:35 |
| 25 | meeting." | 14:45:37 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    129

| # | | |
|---|---|---|
| 1 | And as I'm having this negotiation with | 14:45:38 |
| 2 | him, I turn to him and he's staring straight at | 14:45:40 |
| 3 | me.  He's no longer facing the wall.  He's staring | 14:45:46 |
| 4 | straight at me. | 14:45:49 |
| 5 | And I said, "Jamey, what are you doing? | 14:45:50 |
| 6 | You said you would turn around." | 14:45:54 |
| 7 | "Oh, oh, sorry.  I like to make eye | 14:45:55 |
| 8 | contact with people when I talk to them." | 14:45:57 |
| 9 | And I said, "You need to leave." | 14:45:59 |
| 10 | And so he left the trailer.  And I | 14:46:01 |
| 11 | finished -- I finished getting ready.  I was | 14:46:04 |
| 12 | incredibly shaken.  My memory is my hair and | 14:46:12 |
| 13 | makeup -- the women who did my hair and makeup | 14:46:18 |
| 14 | were shaken as well. | 14:46:24 |
| 15 | And then I finished doing my work and I | 14:46:28 |
| 16 | went in and I took the meeting. | 14:46:32 |
| 17 | Q  When you said he was looking at you, was | 14:46:33 |
| 18 | he looking in your eyes or somewhere else? | 14:46:42 |
| 19 | A  Well, when I turned, he was fully facing | 14:46:43 |
| 20 | me and I was topless.  So I don't know all of the | 14:46:46 |
| 21 | contours of my body that his eyes were on. | 14:46:52 |
| 22 | Q  Okay.  And when you were topless, did you | 14:46:54 |
| 23 | have body makeup on? | 14:46:57 |
| 24 | A  Yes. | 14:46:58 |
| 25 | Q  And as you sit here today, you don't | 14:46:59 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    132

| | | |
|---|---|---|
| 1 | Q   And what did he say? | 14:49:47 |
| 2 | A   To which one? | 14:49:51 |
| 3 | Q   To why those scenes existed, any one. | 14:49:56 |
| 4 | A   The characters climaxing at the same time, | 14:50:01 |
| 5 | he told me that he and his wife orgasm at the same | 14:50:13 |
| 6 | time and asked me if my husband and I do the same. | 14:50:21 |
| 7 | When I said that the scenes felt | 14:50:25 |
| 8 | pornographic, he said -- he shared with me that | 14:50:30 |
| 9 | he, as he put it, had been previously addicted to | 14:50:36 |
| 10 | pornography, and so he understood it very well. | 14:50:42 |
| 11 | And that the scenes were not in fact pornographic, | 14:50:46 |
| 12 | but instead they were told through the female gaze | 14:50:49 |
| 13 | because this is what women wanted to see; that | 14:50:52 |
| 14 | women often see -- that women want to see | 14:50:55 |
| 15 | themselves being pleasured on camera. | 14:51:06 |
| 16 | There was a scene that he was proposing in | 14:51:11 |
| 17 | which he brings the character -- his character | 14:51:13 |
| 18 | Ryle brings the character Lily to orgasm on | 14:51:19 |
| 19 | camera, and I felt like I would be mortified to | 14:51:23 |
| 20 | shoot something like that at this stage in my life | 14:51:30 |
| 21 | and career and being the mother of four kids, and | 14:51:32 |
| 22 | given that that was not in the understanding of | 14:51:36 |
| 23 | the script that I came into the film with. | 14:51:39 |
| 24 | He told me that those were some of his | 14:51:45 |
| 25 | most precious memories, and I don't remember the | 14:51:48 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                               133

| | | |
|---|---|---|
| 1 | exact words he used, but between him and his wife | 14:51:52 |
| 2 | when he would bring her to orgasm.  And she would | 14:51:55 |
| 3 | ask to then, I guess, do what needed to happen for | 14:52:00 |
| 4 | him, and he would say, no, that's enough. | 14:52:06 |
| 5 | That was -- | 14:52:10 |
| 6 | Q  So was this in connection with the | 14:52:11 |
| 7 | creation of a scene? | 14:52:13 |
| 8 | ATTORNEY HUDSON:  Objection. | 14:52:16 |
| 9 | A  Was what in connection with the creation | 14:52:17 |
| 10 | of a scene? | 14:52:20 |
| 11 | Q  This discussion about what -- how the sex | 14:52:20 |
| 12 | scene should go, was he discussing with you why he | 14:52:24 |
| 13 | felt like the sex scene should go one way versus | 14:52:28 |
| 14 | another? | 14:52:34 |
| 15 | A  He was using personal experiences and | 14:52:34 |
| 16 | descriptives in a conversation that my intention | 14:52:37 |
| 17 | was to discuss the gratuitous sex that I felt | 14:52:40 |
| 18 | had -- I felt -- it was added, but I felt it was | 14:52:47 |
| 19 | gratuitous -- that had been added to the script. | 14:52:50 |
| 20 | And my intention was to have a creative discussion | 14:52:52 |
| 21 | about the sex scenes.  And they made a surprising | 14:52:54 |
| 22 | and really disturbing departure into personal | 14:52:58 |
| 23 | conversations. | 14:53:03 |
| 24 | Q  Where did that meeting take place? | 14:53:09 |
| 25 | A  At my office. | 14:53:10 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                137

```
1   shutting down the conversation, that's how I told      14:58:26
2   him to stop.                                           14:58:30
3       Q  So the actual words that you used -- that       14:58:31
4   you used was saying, "I've never seen it"; is that     14:58:34
5   right?                                                 14:58:37
6       A  Well, his attempt was to explain                14:58:37
7   pornography and what that was and how what I felt      14:58:41
8   to be pornographic wasn't in fact pornographic.       14:58:48
9   And that he was expressing his expertise on it         14:58:53
10  given his previous addiction.                          14:59:01
11          And in an effort to no longer be talking       14:59:04
12  about pornography, because I was never trying to       14:59:07
13  talk about pornography, I said the scenes felt         14:59:09
14  pornographic, and I wasn't opening a door to           14:59:14
15  discuss pornography or anyone's past with it, I        14:59:16
16  attempted to shut it down and change the subject.      14:59:21
17      Q  And did you ever tell Justin, "Don't talk       14:59:24
18  about pornography to me anymore"?                       14:59:31
19      A  That's what I felt like I expressed.           14:59:32
20      Q  And you expressed that by using the words,     14:59:36
21  "I've never seen it"?                                  14:59:39
22          ATTORNEY HUDSON:  Objection.                   14:59:40
23      A  I said, "I've never seen pornography.  I       14:59:40
24  don't know anything about it."                         14:59:43
25      Q  Prior to saying that to Justin, had you        14:59:45
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                   139

| | | |
|---|---|---|
| 1 | Q Sure. | 15:01:15 |
| 2 | Are you claiming that as part of your | 15:01:15 |
| 3 | lawsuit, that it was sexual harassment that either | 15:01:17 |
| 4 | Justin or Jamey disclosed to the cast and crew | 15:01:20 |
| 5 | that you never looked at pornography? | 15:01:25 |
| 6 | ATTORNEY HUDSON: Objection. | 15:01:27 |
| 7 | A I felt upset and disturbed and exposed | 15:01:28 |
| 8 | that an effort at deflecting something that he had | 15:01:37 |
| 9 | said that felt like it had crossed a line, instead | 15:01:42 |
| 10 | of him taking that and not doing it anymore, that | 15:01:49 |
| 11 | he took that and used that in front of other crew | 15:01:53 |
| 12 | members in the workplace. | 15:02:00 |
| 13 | Q And is this just Justin or Jamey also? | 15:02:02 |
| 14 | A Jamey was always around Justin. They were | 15:02:05 |
| 15 | a pair. So my memory of them together on set and | 15:02:10 |
| 16 | that was them together. | 15:02:20 |
| 17 | Q Did you actually overhear Justin or Jamey | 15:02:21 |
| 18 | tell crew members or cast members that you never | 15:02:25 |
| 19 | looked at pornography? | 15:02:32 |
| 20 | A Yes, I remember hearing that. | 15:02:36 |
| 21 | Q You heard it from them directly? | 15:02:39 |
| 22 | A I remember hearing from that from Justin, | 15:02:41 |
| 23 | yes. | 15:02:45 |
| 24 | Q And Justin said that in front of you? | 15:02:46 |
| 25 | A Yes. | 15:02:49 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    140

| | | |
|---|---|---|
| 1 | Q   And who did he tell? | 15:02:49 |
| 2 | A   I don't remember specifically.  I remember | 15:02:51 |
| 3 | him speaking about pornography in a casual way. | 15:03:01 |
| 4 | And he said, "Oh, Blake doesn't know anything | 15:03:13 |
| 5 | about it; she's never seen it." | 15:03:20 |
| 6 | Q   When was this?  What date? | 15:03:22 |
| 7 | A   I don't remember what date. | 15:03:24 |
| 8 | Q   Do you remember the month? | 15:03:25 |
| 9 | A   It would have been in May of 2023. | 15:03:26 |
| 10 | Q   Did you bring this up with Ange? | 15:03:28 |
| 11 | A   I don't remember if I made it to that. | 15:03:34 |
| 12 | Q   Did you bring it up with anybody at Sony? | 15:03:40 |
| 13 | A   Eventually, yes. | 15:03:43 |
| 14 | Q   In May or June, did you bring it up to | 15:03:47 |
| 15 | them? | 15:03:51 |
| 16 | A   No.  I don't know if I made it to that. | 15:03:52 |
| 17 | Like I said, Ange shut me down quickly, telling me | 15:03:55 |
| 18 | I couldn't file an HR claim through her, through | 15:03:59 |
| 19 | Sony. | 15:04:03 |
| 20 | Q   Who was the -- who was there when Justin | 15:04:03 |
| 21 | was saying that you had never seen pornography? | 15:04:12 |
| 22 | Who in the cast or crew were present for that? | 15:04:18 |
| 23 | ATTORNEY HUDSON:  Objection. | 15:04:20 |
| 24 | A   I don't remember specifically.  I remember | 15:04:23 |
| 25 | the feeling more than I remember the specifics. | 15:04:31 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    147

| | | |
|---|---|---|
| 1 | A   Can you be more specific? | 15:41:23 |
| 2 | Q   Sure. | 15:41:24 |
| 3 | Did Leslie Sloane call you and tell you | 15:41:25 |
| 4 | that she received information from Stephanie Jones | 15:41:29 |
| 5 | about a smear campaign or something similar to | 15:41:38 |
| 6 | that? | 15:41:39 |
| 7 | A   She did not. | 15:41:39 |
| 8 | Q   Did you learn from Leslie Sloane that | 15:41:40 |
| 9 | there were text messages in Jen Abel's phone? | 15:41:46 |
| 10 | A   No. | 15:41:51 |
| 11 | Q   Who did you learn that from? | 15:41:52 |
| 12 | A   Ashley Avignon. | 15:41:53 |
| 13 | Q   Who is that? | 15:41:56 |
| 14 | A   She's a friend of mine. | 15:41:58 |
| 15 | Q   And what did she tell you? | 15:42:00 |
| 16 | A   She said that a woman that she knows named | 15:42:04 |
| 17 | Stephanie Jones was trying to get in touch with | 15:42:13 |
| 18 | me.  She gave me more details. | 15:42:20 |
| 19 | Q   When did she tell you that? | 15:42:25 |
| 20 | A   Late August of 2024. | 15:42:27 |
| 21 | Q   And did she tell you that in writing or on | 15:42:32 |
| 22 | the telephone? | 15:42:37 |
| 23 | A   On the phone. | 15:42:38 |
| 24 | Q   And what else did she tell you? | 15:42:39 |
| 25 | A   She told me that she works with a woman in | 15:42:47 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025

184

| | | |
|---|---|---|
| 1 | another.  And each day, key crew members were not | 16:33:00 |
| 2 | there, which is odd on a film set.  There is not a | 16:33:08 |
| 3 | lot of substitution with key members.  And I | 16:33:12 |
| 4 | noticed that a key member or two was missing.  And | 16:33:17 |
| 5 | then the next day, there were more missing.  And | 16:33:21 |
| 6 | then I noticed that I started to feel symptoms. | 16:33:25 |
| 7 | And I asked someone where the crew members were, | 16:33:30 |
| 8 | and I was told that they had COVID. | 16:33:34 |
| 9 | And I asked Alex Saks if she knew that. | 16:33:37 |
| 10 | And she said yes. | 16:33:42 |
| 11 | And I said, "Why didn't anyone let me | 16:33:44 |
| 12 | know?" | 16:33:48 |
| 13 | And she said, "Well, there aren't -- there | 16:33:48 |
| 14 | aren't necessarily COVID protocols that we have to | 16:33:55 |
| 15 | follow anymore." | 16:33:59 |
| 16 | And I said, "I understand, but I'm the | 16:34:00 |
| 17 | only person who can't wear a mask." | 16:34:02 |
| 18 | And if I knew that people were sick, per | 16:34:04 |
| 19 | SAG, I could ask for people to test when they | 16:34:08 |
| 20 | arrive at work.  Just for the time period where | 16:34:11 |
| 21 | there is an outbreak, I could ask that others in | 16:34:14 |
| 22 | close proximity wear a mask.  It's not something I | 16:34:16 |
| 23 | would have exercised usually because -- if there | 16:34:19 |
| 24 | wasn't an outbreak, because I wouldn't want to do | 16:34:22 |
| 25 | -- put additional burden on the budget or the | 16:34:25 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                              188

| | | |
|---|---|---|
| 1 | ATTORNEY HUDSON:  Just before you go on, | 16:38:44 |
| 2 | are you okay? | 16:38:45 |
| 3 | THE WITNESS:  Yeah. | 16:38:46 |
| 4 | ATTORNEY FREEDMAN:  Do you want to take a | 16:38:46 |
| 5 | break? | 16:38:47 |
| 6 | THE WITNESS:  No, it's fine.  Let's go. | 16:38:47 |
| 7 | Q  On the June 1st meeting, did you expressly | 16:38:50 |
| 8 | tell Mr. Baldoni and Mr. Heath that there were | 16:38:54 |
| 9 | serious HR problems on the set? | 16:38:58 |
| 10 | A  I don't know what words I used because I | 16:39:02 |
| 11 | wasn't planning on addressing the HR issues with | 16:39:05 |
| 12 | them directly in my trailer with Alex Saks in that | 16:39:09 |
| 13 | moment.  But I did express real concern for the | 16:39:15 |
| 14 | things that had occurred thus far, including Jamey | 16:39:18 |
| 15 | entering my trailer when I was naked from the | 16:39:22 |
| 16 | waist up. | 16:39:27 |
| 17 | Q  So when Jamey showed you the video of the | 16:39:27 |
| 18 | birthing scene, the afterbirthing scene -- are you | 16:39:35 |
| 19 | familiar with that? | 16:39:40 |
| 20 | ATTORNEY HUDSON:  Objection. | 16:39:40 |
| 21 | A  That's not what I said, no. | 16:39:42 |
| 22 | Q  Do you recall Jamey showing you a still | 16:39:43 |
| 23 | image on his iPhone? | 16:39:48 |
| 24 | ATTORNEY HUDSON:  Objection. | 16:39:50 |
| 25 | A  No, I recall a moving image. | 16:39:51 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                189

| | | |
|---|---|---|
| 1 | Q  Did you watch the movie? | 16:39:54 |
| 2 | ATTORNEY HUDSON:  Objection. | 16:39:55 |
| 3 | A  Movie?  I wouldn't characterize it as a | 16:39:56 |
| 4 | movie, no. | 16:39:59 |
| 5 | Q  Well, did you just say "movie image"? | 16:40:00 |
| 6 | A  "Moving image." | 16:40:03 |
| 7 | Q  Oh, "moving image."  I apologize. | 16:40:05 |
| 8 | Did you watch the moving image? | 16:40:07 |
| 9 | A  As soon as I saw that it was a naked woman | 16:40:10 |
| 10 | fully exposed, I asked him to stop. | 16:40:14 |
| 11 | Q  Was there a birthing scene during the | 16:40:20 |
| 12 | production of It Ends With Us? | 16:40:27 |
| 13 | A  We had already shot the birthing scene | 16:40:29 |
| 14 | when he showed me that video. | 16:40:32 |
| 15 | Q  And did he tell you why he was showing you | 16:40:34 |
| 16 | the video? | 16:40:36 |
| 17 | A  No. | 16:40:37 |
| 18 | Q  And he just showed it to you without | 16:40:38 |
| 19 | explaining anything about it? | 16:40:42 |
| 20 | A  Yes. | 16:40:43 |
| 21 | Q  And you just looked at it and -- how long | 16:40:44 |
| 22 | did you look at it for? | 16:40:48 |
| 23 | ATTORNEY HUDSON:  Objection. | 16:40:49 |
| 24 | A  Very briefly. | 16:40:51 |
| 25 | Q  "Very briefly" meaning two minutes, a | 16:40:52 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    190

| | | |
|---|---|---|
| 1 | minute? | 16:40:57 |
| 2 | A  I stopped it as soon as I saw that there | 16:40:57 |
| 3 | was a naked woman he was showing me.  Because I | 16:40:59 |
| 4 | didn't know what it was.  There was no context. | 16:41:02 |
| 5 | He did not ask if I wanted to see it.  He did not | 16:41:05 |
| 6 | ask for my consent.  I asked if -- he told me it | 16:41:08 |
| 7 | was his wife giving birth.  I asked if she had | 16:41:12 |
| 8 | given consent to share that with me. | 16:41:16 |
| 9 | Q  And what did she say? | 16:41:18 |
| 10 | A  She wasn't there. | 16:41:22 |
| 11 | Q  What did he say that she said? | 16:41:24 |
| 12 | A  "She's not weird about that kind of | 16:41:26 |
| 13 | stuff." | 16:41:28 |
| 14 | Q  Did he tell you why he was showing it to | 16:41:29 |
| 15 | you? | 16:41:31 |
| 16 | A  No. | 16:41:31 |
| 17 | Q  You had no idea whatsoever why he was | 16:41:33 |
| 18 | showing it to you? | 16:41:36 |
| 19 | ATTORNEY HUDSON:  Objection. | 16:41:37 |
| 20 | A  No.  There was no reason to show me that | 16:41:38 |
| 21 | that day.  We were shooting in a Boston bar. | 16:41:45 |
| 22 | Q  During the June 1st meeting that we were | 16:41:50 |
| 23 | just talking about attended by yourself, Jamey, | 16:41:57 |
| 24 | Justin and Alex Saks, during that meeting, did you | 16:42:01 |
| 25 | call the actions by Justin Baldoni sexual | 16:42:07 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    191

| | | |
|---|---|---|
| 1 | harassment? | 16:42:10 |
| 2 | A   What actions? | 16:42:12 |
| 3 | Q   The actions that you raised at that | 16:42:15 |
| 4 | June 1st meeting. | 16:42:19 |
| 5 | ATTORNEY HUDSON:  Objection. | 16:42:20 |
| 6 | A   I don't believe he would have said to a | 16:42:21 |
| 7 | man, it's not his fault, it's mine, "I thought you | 16:42:29 |
| 8 | wanted to see it," without acknowledgment or | 16:42:34 |
| 9 | apology or reparations or -- no, I do feel that I | 16:42:36 |
| 10 | was treated differently. | 16:42:40 |
| 11 | Q   Yeah, I just want to know what you said at | 16:42:42 |
| 12 | the meeting. | 16:42:44 |
| 13 | So I'm asking you during that June 1st | 16:42:45 |
| 14 | meeting, did you call the actions by Justin | 16:42:47 |
| 15 | Baldoni sexual harassment at that meeting? | 16:42:51 |
| 16 | A   Which actions? | 16:42:54 |
| 17 | Q   Any actions that he had -- that you had | 16:42:55 |
| 18 | raised at that June 1st meeting. | 16:42:58 |
| 19 | ATTORNEY HUDSON:  Objection. | 16:43:00 |
| 20 | A   I remember discussing the video that Jamey | 16:43:03 |
| 21 | showed me.  I remember discussing the -- Jamey | 16:43:13 |
| 22 | entering my trailer.  And I remember -- I don't | 16:43:22 |
| 23 | know if I told him this or if this is another | 16:43:29 |
| 24 | thing that Ange shared, but how bad it felt for | 16:43:33 |
| 25 | him to tell me personally that I felt sex -- that | 16:43:40 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025

192

| | | |
|---|---|---|
| 1 | I looked sexy and that I looked hot, and that I | 16:43:43 |
| 2 | was also disturbed by the way that I understood | 16:43:49 |
| 3 | Jenny to be feeling and experiences I'd seen with | 16:43:56 |
| 4 | her. | 16:44:00 |
| 5 |    Q  During the June 1st meeting, did you call | 16:44:00 |
| 6 | the actions by Justin sexual harassment?  Did you | 16:44:07 |
| 7 | use that term? | 16:44:11 |
| 8 |    A  I remember using the word "HR claims." | 16:44:12 |
| 9 |    Q  HR what? | 16:44:18 |
| 10 |    A  "Claims." | 16:44:19 |
| 11 |    Q  Claims. | 16:44:20 |
| 12 |    During the meeting on June 1st, did you | 16:44:21 |
| 13 | call the actions by Jamey sexual harassment? | 16:44:24 |
| 14 |    ATTORNEY HUDSON:  Objection. | 16:44:29 |
| 15 |    A  I think the actions that I'm describing | 16:44:30 |
| 16 | are pretty obviously sexual harassment. | 16:44:35 |
| 17 |    Q  I'm asking you whether you actually called | 16:44:41 |
| 18 | them that at the meeting that was attended by | 16:44:43 |
| 19 | these people. | 16:44:46 |
| 20 |    A  Like I said, I don't -- -- | 16:44:47 |
| 21 |    ATTORNEY HUDSON:  Objection. | 16:44:49 |
| 22 |    A  -- remember what words were used because I | 16:44:49 |
| 23 | never intended to talk to them about it -- | 16:44:54 |
| 24 |    Q  All right. | 16:44:57 |
| 25 |    A  -- themselves.  I intended to formally | 16:44:59 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    208

| | |
|---|---|
| 1 | I would do a Colleen Hoover film, because the | 17:34:12 |
| 2 | narrative or the sentiment was that this book | 17:34:18 |
| 3 | romanticized and sexualized, more specifically, | 17:34:28 |
| 4 | not romanticized, but sexualized domestic | 17:34:30 |
| 5 | violence. | 17:34:33 |
| 6 |     Q  And does negative press bother you? | 17:34:34 |
| 7 |     ATTORNEY HUDSON:  Objection. | 17:34:38 |
| 8 |     A  I'm used to it after this many years in | 17:34:43 |
| 9 | the industry, but it's not something I've had to | 17:34:48 |
| 10 | deal with often. | 17:34:53 |
| 11 |     Q  Well, I mean, it's true that you dealt | 17:34:58 |
| 12 | with negative press with respect to being married | 17:35:01 |
| 13 | on a plantation during, kind of, the height of | 17:35:04 |
| 14 | Black Lives Matter; is that right? | 17:35:07 |
| 15 |     ATTORNEY HUDSON:  Objection. | 17:35:09 |
| 16 |     A  It's true that I dealt with negative press | 17:35:09 |
| 17 | during that.  I was not married then.  And I feel | 17:35:13 |
| 18 | like that negative press was deserved.  It's a | 17:35:18 |
| 19 | mistake we have publicly acknowledged and done a | 17:35:22 |
| 20 | lot of work to reconcile for ourselves and others. | 17:35:32 |
| 21 |     Q  And just to be clear, you're not alleging | 17:35:36 |
| 22 | that anything related to the plantation wedding is | 17:35:40 |
| 23 | part of the smear campaign; is that correct? | 17:35:44 |
| 24 |     ATTORNEY HUDSON:  Objection. | 17:35:47 |
| 25 |     A  No. | 17:35:50 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    261

| | | |
|---|---|---|
| 1 | ATTORNEY HUDSON:  Objection. | 19:02:35 |
| 2 | A  No, that's not what I'm saying. | 19:02:36 |
| 3 | Q  Okay.  I didn't think so.  I just wanted | 19:02:37 |
| 4 | to be clear. | 19:02:39 |
| 5 | All right.  I just want to get a timeline | 19:02:40 |
| 6 | of things. | 19:02:48 |
| 7 | The production started in early May of | 19:02:49 |
| 8 | 2023, is that right, of the movie it ends with us? | 19:02:51 |
| 9 | A  The filming itself started, I believe, | 19:02:56 |
| 10 | yeah, in May of 2023. | 19:02:58 |
| 11 | Q  Okay.  And was that in California? | 19:02:59 |
| 12 | A  No, it was in New Jersey. | 19:03:04 |
| 13 | Q  Oh, I thought everything was in | 19:03:09 |
| 14 | California. | 19:03:10 |
| 15 | Okay.  And then there was a writers' | 19:03:11 |
| 16 | strike that stopped it in June of '23 -- 2023, | 19:03:16 |
| 17 | correct? | 19:03:24 |
| 18 | A  Correct. | 19:03:25 |
| 19 | Q  And then production resumed maybe on | 19:03:26 |
| 20 | January 5th of 2024; is that right? | 19:03:33 |
| 21 | A  That sounds correct. | 19:03:35 |
| 22 | Q  Okay.  Was that also in New Jersey or was | 19:03:36 |
| 23 | that in California? | 19:03:38 |
| 24 | A  That was in New Jersey.  We shot a couple | 19:03:39 |
| 25 | days in California at the end. | 19:03:42 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                    274

| | | |
|---|---|---|
| 1 | When Mr. Freedman allegedly made these | 19:21:17 |
| 2 | defamatory comments on behalf of Mr. Wallace, did | 19:21:20 |
| 3 | he make them prior to the lawsuit -- to that | 19:21:25 |
| 4 | lawsuit, which has now been dismissed, being sent | 19:21:29 |
| 5 | to New York? | 19:21:32 |
| 6 | ATTORNEY HUDSON:  Objection. | 19:21:32 |
| 7 | Q  How about that? | 19:21:33 |
| 8 | ATTORNEY HUDSON:  Objection. | 19:21:36 |
| 9 | A  My understanding is that Mr. Freedman's | 19:21:37 |
| 10 | harmful statements started as soon as the first | 19:21:45 |
| 11 | case started, which would be mine.  So December of | 19:21:55 |
| 12 | 2024. | 19:22:01 |
| 13 | Q  Okay.  The premiere of it ends with us, | 19:22:01 |
| 14 | the film, was on August 6th of 2024; is that | 19:22:16 |
| 15 | right? | 19:22:22 |
| 16 | A  I don't know the exact date, but that | 19:22:22 |
| 17 | sounds correct. | 19:22:24 |
| 18 | Q  Okay. | 19:22:25 |
| 19 | ATTORNEY BABCOCK:  Have you got 1051? | 19:22:27 |
| 20 | I may have a document that might help. | 19:22:29 |
| 21 | THE WITNESS:  Thanks. | 19:22:32 |
| 22 | ATTORNEY BABCOCK:  You can -- attach that | 19:22:34 |
| 23 | one. | 19:22:38 |
| 24 | (Exhibit 1051, marked for identification.) | 19:22:38 |
| 25 | BY ATTORNEY BABCOCK: | 19:22:57 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                275

| | | |
|---|---|---|
| 1 | Q  1051, if you go to the fourth page, next | 19:22:57 |
| 2 | to last page, it says, "Tuesday, August 6th, | 19:23:06 |
| 3 | 7:00 P.M., it ends with us premiere, location AMC | 19:23:12 |
| 4 | Lincoln Square, 1998 Broadway, New York, | 19:23:16 |
| 5 | New York." | 19:23:20 |
| 6 | Does that refresh your recollection as to | 19:23:20 |
| 7 | when the premiere was? | 19:23:23 |
| 8 | A  Sorry, I wasn't there yet. | 19:23:24 |
| 9 | This is 8981?  Tuesday, August 6th, it | 19:23:26 |
| 10 | ends with us premiere.  Yes. | 19:23:33 |
| 11 | Q  Okay.  And the -- the film's release was | 19:23:35 |
| 12 | on August 9th; is that right? | 19:23:43 |
| 13 | A  In the United States, yes.  It released at | 19:23:45 |
| 14 | different times in different international | 19:23:51 |
| 15 | territories.  But for the sake of our | 19:23:52 |
| 16 | conversations today, when I've talked about the | 19:23:55 |
| 17 | day the film was released, I was talking about | 19:23:59 |
| 18 | August 9th. | 19:24:01 |
| 19 | Q  Okay.  And you testified earlier that that | 19:24:02 |
| 20 | was when you first became aware of the negative | 19:24:03 |
| 21 | argument or the -- sorry, the negative article | 19:24:07 |
| 22 | about you, right? | 19:24:12 |
| 23 | ATTORNEY HUDSON:  Objection. | 19:24:13 |
| 24 | A  Not an article, no.  It felt -- no, not | 19:24:13 |
| 25 | one article. | 19:24:22 |