# Exhibit 33



**CONFIDENTIAL - ATTORNEY'S EYES ONLY**

# Transcript of Warren Zavala

**Date:** September 18, 2025
**Case:** Lively -v- Wayfarer Studios, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3

 4     BLAKE LIVELY,                        )
                         Plaintiff,         )
 5                                          )
         v.                                 )
 6                                          ) CASE NO.
       WAYFARER STUDIOS LLC, a              ) 1:24-CV-10049-LJL
 7     Delaware Limited Liability           )
       Company, JUSTIN BALDONI, an          )
 8     individual, JAMEY HEATH, an          )
       individual, STEVE SAROWITZ, an       )
 9     individual, IT ENDS WITH US          )
       MOVIE LLC, a California              )
10     Limited Liability Company,           )
       MELISSA NATHAN, an individual,       )
11     THE AGENCY GROUP PR LLC, a           )
       Delaware Limited Liability           )
12     Company, JENNIFER ABEL, an           )
       individual, JED WALLACE, an          )
13     individual, and STREET               )
       RELATIONS INC., a California         )
14     Corporation,                         )
                                            )
15                       Defendants.        )
       _____)
16

17                       CONFIDENTIAL

18                   ATTORNEY'S EYES ONLY

19                VIDEOTAPED DEPOSITION OF

20                      WARREN ZAVALA

21              THURSDAY, SEPTEMBER 18, 2025

22                  LOS ANGELES, CALIFORNIA

23     PAGES 1 - 303

24     REPORTED BY MARK SCHWEITZER

25     CSR #10514, RPR, CRR
```

CONFIDENTIAL - ATTORNEY'S EYES ONLY
Transcript of Warren Zavala
Conducted on September 18, 2025                43

| | | |
|---|---|---|
| 1 | Q. And you understood that it had sexual | 10:59:08 |
| 2 | violence content as well, correct? | 10:59:11 |
| 3 | A. Correct. | 10:59:13 |
| 4 | Q. And to the best of your knowledge, did | 10:59:14 |
| 5 | Ms. Lively understand that the movie had sexual | 10:59:18 |
| 6 | content before she agreed to accept the role -- the | 10:59:21 |
| 7 | role as Lily Bloom? | 10:59:27 |
| 8 | MR. BRUNO: Objection. Form. | 10:59:29 |
| 9 | MS. LEADER: Join. | 10:59:31 |
| 10 | Q. BY MS. GAROFALO: You can answer. | 10:59:35 |
| 11 | A. You guys gotta give me a little direction | 10:59:36 |
| 12 | here. | 10:59:39 |
| 13 | I'm sorry. Repeat the question. My | 10:59:39 |
| 14 | apologies -- | 10:59:42 |
| 15 | MS. GAROFALO: Can you please read it back. | 10:59:42 |
| 16 | Thank you. | 10:59:43 |
| 17 | THE WITNESS: Sorry. | 10:59:43 |
| 18 | (Record read.) | 10:59:59 |
| 19 | THE WITNESS: Yes. | 11:00:00 |
| 20 | MR. BRUNO: Same objection. | 11:00:01 |
| 21 | Q. BY MS. GAROFALO: And did you, in fact, | 11:00:03 |
| 22 | discuss the subject matter of the film with | 11:00:04 |
| 23 | Ms. Lively before she accepted the role of Lily | 11:00:07 |
| 24 | Bloom? | 11:00:11 |
| 25 | A. What specifically? | 11:00:11 |

| | | |
|---|---|---|
| 1 | Q. The sexual content. | 11:00:12 |
| 2 | A. Yeah, she wasn't gonna do anything that was | 11:00:14 |
| 3 | R-rated. So there were simulated sex scenes in terms | 11:00:17 |
| 4 | of a romance, but it wasn't -- I think the question | 11:00:20 |
| 5 | you're asking has varying degrees. | 11:00:23 |
| 6 | Q. Okay. Tell me what, if anything, you | 11:00:26 |
| 7 | discussed with Ms. -- with Ange Giannetti regarding | 11:00:30 |
| 8 | potential sex scenes in the movie before Ms. Lively | 11:00:37 |
| 9 | signed on. | 11:00:43 |
| 10 | A. I don't know if we did. | 11:00:45 |
| 11 | Q. So is it your testimony that Ms. Lively | 11:00:47 |
| 12 | told you that there were sex scenes, but there were | 11:00:52 |
| 13 | limits as to what she would do in connection with | 11:00:58 |
| 14 | those sex scenes? | 11:01:01 |
| 15 | MR. BRUNO: Objection. Form. | 11:01:02 |
| 16 | THE WITNESS: Does that mean I still | 11:01:08 |
| 17 | answer? | 11:01:10 |
| 18 | MS. GAROFALO: Yes. | 11:01:11 |
| 19 | THE WITNESS: Okay. You've got to help me | 11:01:13 |
| 20 | out here a little bit. | 11:01:14 |
| 21 | Q. BY MS. GAROFALO: I know. I should have | |
| 22 | given you that question. All right. I'm gonna give | |
| 23 | it you -- (inaudible cross talk) | |
| 24 | A. Give me a hand signal or something. | |
| 25 | Okay -- | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Transcript of Warren Zavala
Conducted on September 18, 2025                                  47

| | | |
|---|---|---|
| 1 | in an R-rated film. | 11:03:48 |
| 2 | Q.   Specifically with regard to what she would | 11:03:50 |
| 3 | or would not do as an actress in a sex scene on the | 11:03:55 |
| 4 | movie It Ends With Us, what were your conversations | 11:04:00 |
| 5 | with Ms. Lively? | 11:04:04 |
| 6 | A.   I didn't have -- | 11:04:05 |
| 7 | MR. BRUNO:  Objection.  Form. | 11:04:06 |
| 8 | A.   Didn't have any. | 11:04:07 |
| 9 | Q.   BY MS. GAROFALO:  Okay.  Now, prior to your | 11:04:09 |
| 10 | visit to the set in June of 2023, did you have any | 11:04:11 |
| 11 | conversations with Ms. Lively in which she told you | 11:04:15 |
| 12 | that she had been asked to do something on the set | 11:04:19 |
| 13 | that she refused to do? | 11:04:23 |
| 14 | MR. BRUNO:  Objection.  Form. | 11:04:26 |
| 15 | THE WITNESS:  I don't recall at that point | 11:04:29 |
| 16 | that she had refused to do something.  I didn't get a | 11:04:31 |
| 17 | call from anybody about that. | 11:04:36 |
| 18 | Q.   BY MS. GAROFALO:  Did you provide | 11:04:43 |
| 19 | Ms. Lively with a script prior to the time she | 11:04:44 |
| 20 | accepted the role of Lily Bloom? | 11:04:48 |
| 21 | A.   Um-hm.  Sorry, yes, I did. | 11:04:51 |
| 22 | Q.   And did you read the script? | 11:04:55 |
| 23 | A.   I did. | 11:04:56 |
| 24 | Q.   At the time prior to Ms. Lively's | 11:04:56 |
| 25 | acceptance of the role of Lily Bloom, did you find | 11:05:01 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Transcript of Warren Zavala
Conducted on September 18, 2025                                    117

| | | |
|---|---|---|
| 1 | messages were not very complimentary? | 01:44:44 |
| 2 |     MS. LEADER:  Objection to form. | 01:44:47 |
| 3 |     THE WITNESS:  That is absolutely not true. | 01:44:48 |
| 4 |   Q.  BY MS. GAROFALO:  Okay.  Okay.  Now, before | 01:45:02 |
| 5 | filming resumed, let's mark -- I think we're up to -- | 01:45:04 |
| 6 | we at 5 or 6? | 01:45:10 |
| 7 |     MS. LEADER:  5. | 01:45:11 |
| 8 |     MS. GAROFALO:  5 -- as Exhibit 5, a | 01:45:13 |
| 9 | document Bates stamped Heath 45307 through 45311. | 01:45:14 |
| 10 |     (Exhibit 5 for identification.) | 01:45:20 |
| 11 |     THE WITNESS:  Blakel. | 01:46:02 |
| 12 |   Q.  BY MS. GAROFALO:  And you'd anticipated my | 01:46:05 |
| 13 | first question.  Does this document refresh your | 01:46:05 |
| 14 | recollection as to what BLAKEL is? | 01:46:07 |
| 15 |   A.  Yeah, I just figured it out.  It's her -- | 01:46:09 |
| 16 | the name of her loan-out. | 01:46:13 |
| 17 |   Q.  Okay.  And take a minute to look at this | 01:46:21 |
| 18 | document beginning on the -- you know what?  Someone | 01:46:23 |
| 19 | didn't copy this correctly. | 01:46:31 |
| 20 |     Okay.  I'm sorry.  It's been a long day. | 01:46:37 |
| 21 | On the first page of the document, there's a list | 01:46:39 |
| 22 | starting with 1 that continues on the next two pages. | 01:46:41 |
| 23 |     Do you see that? | 01:46:44 |
| 24 |   A.  Yes. | 01:46:45 |
| 25 |   Q.  Just without sitting here and reading it | 01:46:45 |

| | | |
|---|---|---|
| 1 | carefully, can you tell us if you have any | 01:46:49 |
| 2 | understanding as to what that list is? | 01:46:51 |
| 3 |     A.   Is this the return to work? | 01:46:59 |
| 4 |     Q.   Just take a minute to look at the | 01:47:05 |
| 5 | document -- | 01:47:07 |
| 6 |         MS. LEADER:  Take a minute.  Yeah -- right. | 01:47:08 |
| 7 |         THE WITNESS:  Okay. | 01:48:31 |
| 8 |     Q.   BY MS. GAROFALO:  Okay. | 01:48:32 |
| 9 |         Do you recognize the list? | 01:48:33 |
| 10 |     A.   Yes, I've seen it before. | 01:48:33 |
| 11 |     Q.   What is it? | 01:48:35 |
| 12 |     A.   It's the return to work. | 01:48:35 |
| 13 |     Q.   What does that mean? | 01:48:36 |
| 14 |     A.   It's what was presented for her to be able | 01:48:37 |
| 15 | to return to work and finish the movie. | 01:48:46 |
| 16 |     Q.   Okay.  This is a list that was presented to | 01:48:48 |
| 17 | Wayfarer as a condition of Ms. Lively returning to | 01:48:51 |
| 18 | complete the movie.  Is that a correct statement? | 01:48:58 |
| 19 |     A.   Yes. | 01:49:01 |
| 20 |         MR. BRUNO:  Objection to form. | 01:49:02 |
| 21 |     Q.   BY MS. GAROFALO:  And if -- if you know, | 01:49:06 |
| 22 | was Ms. Lively refusing to return to work on the | 01:49:07 |
| 23 | movie if Wayfarer did not agree to this list? | 01:49:11 |
| 24 |     A.   That's my understanding.  I -- I wasn't a | 01:49:16 |
| 25 | party to the drafting of this or the presentation of | 01:49:18 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY
Transcript of Warren Zavala
Conducted on September 18, 2025

124

| | | |
|---|---|---|
| 1 | sort of like her wanting to put it all to bed, sort | 01:53:48 |
| 2 | of say her piece and move forward. | 01:53:52 |
| 3 | There was this notion that they were gonna | 01:53:58 |
| 4 | be collaborative, and, you know, I went out to the | 01:54:01 |
| 5 | set with Lindsey Strasberg.  We spent the better part | 01:54:02 |
| 6 | of a day in Jersey at her house, and it seemed to be | 01:54:07 |
| 7 | the case.  It was working well.  And, you know, Todd | 01:54:11 |
| 8 | Black and Ange Giannetti both pulled me aside to say | 01:54:17 |
| 9 | how them collaborating together was making for better | 01:54:21 |
| 10 | scenes, and they were feeling great about everything. | 01:54:24 |
| 11 | Jamey was cordial.  Alex was in good spirits.  I saw | 01:54:27 |
| 12 | her as well. | 01:54:32 |
| 13 | It seemed like we were in a much better | 01:54:33 |
| 14 | place, and I think Blake was feeling very positive | 01:54:36 |
| 15 | about the final phase of the movie. | 01:54:39 |
| 16 | Q.   Okay.  And another thing that she was | 01:54:45 |
| 17 | requesting was that she be given a producer credit? | 01:54:46 |
| 18 | A.   I think that was much later | 01:54:49 |
| 19 | chronologically. | 01:54:51 |
| 20 | Q.   Okay.  At some point, she did make that | 01:54:51 |
| 21 | request? | 01:54:53 |
| 22 | MR. BRUNO:  Objection to form. | 01:54:55 |
| 23 | Q.   BY MS. GAROFALO:  Is that correct? | 01:54:57 |
| 24 | A.   I had heard she had made that request, yes. | 01:54:58 |
| 25 | Q.   Okay.  And are you aware that she asked | 01:55:00 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

Transcript of Warren Zavala
Conducted on September 18, 2025                            236

| | | |
|---|---|---|
| 1 | ended -- it was ended on a positive note? | 05:01:46 |
| 2 | A. It was -- I actually don't know. I think | 05:01:52 |
| 3 | it was ended on a positive enough note for her to | 05:01:53 |
| 4 | return to work. I don't know. | 05:01:57 |
| 5 | Q. Okay. Now, after the January 4th meeting, | 05:02:09 |
| 6 | did shooting for the film resume? | 05:02:24 |
| 7 | A. Yeah, shortly thereafter. | 05:02:31 |
| 8 | Q. Okay. | 05:02:31 |
| 9 | A. I feel like the meeting was, like, a | 05:02:32 |
| 10 | handful of days before they started photography. | 05:02:34 |
| 11 | Q. Okay. Now, when the strike occurred, how | 05:02:38 |
| 12 | much of the film had been completed? | 05:02:41 |
| 13 | MS. GAROFALO: Objection. | 05:02:44 |
| 14 | THE WITNESS: I'm unclear on that. | 05:02:44 |
| 15 | Q. BY MR. BRUNO: Okay. | 05:02:47 |
| 16 | A. I think we talked about this earlier. And | 05:02:48 |
| 17 | I feel like somewhere around half, but I don't | 05:02:49 |
| 18 | recall -- | 05:02:52 |
| 19 | Q. Okay. Now, when shooting for the film | 05:02:52 |
| 20 | resumed, you testified that you were there physically | 05:02:56 |
| 21 | for some of the shooting; is that right? | 05:02:59 |
| 22 | MS. GAROFALO: Objection. | 05:03:02 |
| 23 | THE WITNESS: I did come out to the set, | 05:03:03 |
| 24 | yes, and spent the breadth of the day there. | 05:03:05 |
| 25 | Q. BY MR. BRUNO: Okay. And how would you | 05:03:10 |

CONFIDENTIAL - ATTORNEY'S EYES ONLY
Transcript of Warren Zavala
Conducted on September 18, 2025                                          237

| | | |
|---|---|---|
| 1  | describe the environment when you were there? | 05:03:12 |
| 2  | A.   Positive.  I think that Jamey seemed like | 05:03:14 |
| 3  | he was in good spirits.  Lindsey Strasberg and I | 05:03:19 |
| 4  | spoke to Justin briefly.  Everybody seemed to be | 05:03:24 |
| 5  | happy they were back at work.  Todd and Ange, during | 05:03:28 |
| 6  | a setup, pulled me aside and said that she was really | 05:03:32 |
| 7  | collaborating with Justin, and they were getting much | 05:03:37 |
| 8  | better work and she had great ideas, and it felt | 05:03:41 |
| 9  | really positive. | 05:03:44 |
| 10 | Q.   And in terms of Ms. Lively on-set, did you | 05:03:46 |
| 11 | observe -- strike that. | 05:03:51 |
| 12 | And what did you witness with respect to | 05:03:53 |
| 13 | Ms. Lively on-set?  Was she collaborating with | 05:04:07 |
| 14 | Mr. Baldoni? | 05:04:10 |
| 15 | A.   Yeah.  She -- I watched a scene where they | 05:04:11 |
| 16 | were -- Justin was sort of directing, and she gave | 05:04:14 |
| 17 | him some ideas from across the living room of, like, | 05:04:18 |
| 18 | this or that, and Todd and Ange were sitting there in | 05:04:22 |
| 19 | Video Village, and they seemed like -- like it was | 05:04:26 |
| 20 | all -- she seemed happy.  She -- I think she was | 05:04:29 |
| 21 | relieved that she was gonna be finishing the film, | 05:04:32 |
| 22 | and it felt good. | 05:04:36 |
| 23 | Q.   And besides acting, did you observe | 05:04:37 |
| 24 | Ms. Lively do anything else on the production set? | 05:04:40 |
| 25 | A.   No.  We -- we spent some time together. | 05:04:42 |