# Exhibit 34

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5     BLAKE LIVELY,                          )
                                              )
 6            Plaintiff,                      )
                                              )
 7       vs.                                  ) No. 2:24-cv-10049-LJL
                                              )
 8     WAYFARER STUDIOS LLC, ET AL., a        )
       Delaware Limited Liability             )
 9     Company, JUSTIN BALDONI, an            )
       individual, JAMEY HEATH, an            )
10     individual, STEVE SAROWITZ, an         )
       individual, IT ENDS WITH US MOVIE      )
11     LLC, a California Limited              )
       Liability Company, MELISSA             )
12     NATHAN, an  individual, THE            )
       AGENCY GROUP PR LLC, a Delaware        )
13     Limited Liability Company,             )
       JENNIFER ABEL, an individual, JED      )
14     WALLACE, an  individual, and           )
       STREET RELATIONS INC., a               )
15     California Corporation,                )
                                              )
16            Defendants,                     )
                                              )
17                                            )
                                              )
18       (RELATED CONSOLIDATED CASE.)         )
                                              )
19                    *** CONFIDENTIAL ***
20      *** PORTIONS DESIGNATED ATTORNEYS' EYES ONLY ***
21            VIDEO DEPOSITION OF JUSTIN GREY STONE
22                   MONDAY, OCTOBER 6, 2025
       Reported Stenographically by:
23     RENEE HARRIS, RPR
       CA CSR No. 14168
24     NJ CCR No. 30XI00241200
       NY Notary No. 01HA0037009
25     JOB NO. 7624672 | PAGES:  1 - 433
```

Page 1

CONFIDENTIAL

```
 1         simultaneous.
 2    BY MS. GAROFALO:
 3         Q.   Okay.  So you -- you had a summary that
 4    somebody in your office may have prepared of the
 5    book, and you read the script.                          10:04:51
 6              Is that correct?
 7              MS. FINK:  Objection.
 8              THE WITNESS:  Correct.
 9    BY MS. GAROFALO:
10         Q.   And this is before Ms. Lively agreed to       10:04:57
11    do the movie or after?
12         A.   Before.
13         Q.   And you understood from the summary
14    and/or the script that the movie would have sexual
15    content; is that correct?                               10:05:10
16         A.   Correct.
17         Q.   And you also understood that there was
18    violence in the movie; is that correct?
19         A.   That's correct.
20         Q.   And did you ever have any discussion in       10:05:20
21    this early period of time with Ms. Lively about
22    the sexual content that she would be asked to film
23    in connection with It Ends With Us?
24              MS. FINK:  Objection.
25              THE WITNESS:  I can't say that I              10:05:34
```

Page 65

| | |
|---|---|
| 1 | specifically had those conversations. |
| 2 | But as a team, there was a general |
| 3 | understanding as it was told to me that -- |
| 4 | and based on conversations, also, that were |
| 5 | told to us by either Wayfarer or Sony at the   10:05:44 |
| 6 | time when we were making a decision, |
| 7 | generally speaking, what type of film they |
| 8 | were looking to make. |
| 9 | And so, yeah, there was a version of it |
| 10 | where we knew there was a level of violence   10:05:58 |
| 11 | and a level of sexuality in the film, and we |
| 12 | had an idea of what type of film they were |
| 13 | aiming to make. |
| 14 | BY MS. GAROFALO: |
| 15 | Q.  Okay.  What was your idea of the kind of   10:06:08 |
| 16 | film they were aiming to make, again, in this |
| 17 | early period after discussions with either way -- |
| 18 | someone at Wayfarer or Sony? |
| 19 | MS. FINK:  Objection. |
| 20 | THE WITNESS:  A version of the film that   10:06:18 |
| 21 | was populist and could deliver a very |
| 22 | important message to as many people as |
| 23 | possible. |
| 24 | BY MS. GAROFALO: |
| 25 | Q.  What do you mean by "populist"?   10:06:34 |

Page 66

```
 1    inappropriate conduct occurring on the set?
 2            MS. MOSES:  Objection.
 3            MS. FINK:  Objection.
 4            THE WITNESS:  I can't say that I remember
 5       the timing of such.                              12:36:18
 6            I think there were other issues, but I
 7       don't know if they were of the same ilk or
 8       extent.
 9            So I can't answer that correctly.
10    BY MS. GAROFALO:                                    12:36:30
11       Q.  What other issues do you think there were
12    after Ms. Lively returned to the set to resume
13    filming?
14       A.  I mean, it was, from my understanding, a
15    lot of unprofessionalism in general with the set.   12:36:41
16       Q.  What do you mean by that?
17       A.  There were different instances.  I can
18    tell you when I was on set where I witnessed
19    people sort of in hugging circles and getting
20    together.  I don't know.  It was less about me,     12:36:56
21    but my understanding was, I wouldn't say it
22    completely stopped.
23       Q.  What is a "hugging circle"?
24       A.  It's exactly what it sounds like.
25       Q.  Well --                                      12:37:13
```

Page 177

```
1        A.   There was things that would feel
2   inappropriate by means of any other film set.
3        Q.   Like what?
4        A.   People getting together and hugging
5   around the filmmaker before and after -- before       12:37:21
6   the scene started, large groups of people.
7        Q.   Okay.  In your visit to the set, did you
8   witness anybody -- strike that.
9             When you visited the set, did you witness
10  any of the Wayfarer parties -- Mr. Heath,              12:37:35
11  Mr. Baldoni or anybody you understood to be
12  affiliated with Wayfarer -- hugging Ms. Lively?
13       A.   Outside of the scenes, no.
14       Q.   Okay.  What other crossing of borders, if
15  any, did you witness in your visits to the set        12:38:00
16  after filming resumed?
17            MS. FINK:  Objection.
18            THE WITNESS:  While I was on set, the
19       boundaries were kept but also, I would
20       imagine, partly because I was on set.            12:38:18
21  BY MS. GAROFALO:
22       Q.   Okay.  You didn't witness anything that
23  crossed a boundary when you were on set, other
24  than the hugging circles which involved people
25  other than Ms. Lively; is that correct?               12:38:27
```

Page 178