# Exhibit 36

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 4/8/2023 |

## Outline of Conversations

 **BL-FullMessages-0062123** • 10 messages on 4/8/2023 • Justin Baldoni <​████​> • ?B?

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062123**

\# **?B?** ▬▬▬▬  ◀ 4/8/2023, 1:35 PM

I can send you my pass at the roof or just read w you when we get together next week. Lemme know what you prefer. 🙂 if you knew me (in person) longer you'd have a sense of how flirty and yummy the ball busting would play. It's my love language. Spicy and playfully bold, never with teeth. And him serving it back to her is just as important. You don't usually see both the man AND the woman with such agency and humor. Anyway, I can act it out for you next week to make sure it comes through. Or I can send now. Lemme know what you prefer. Xx

**JB** **Justin Baldoni** ▬▬▬▬ >   ▶ 4/8/2023, 2:45 PM

Sorry- was just crying my eyes out as kids and family just left for another 5 weeks and it was a shit show. 💔💔💔

Attached URL: https://p47-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: IMG_5433.heic

*Attachment: IMG_5433.heic (1 MB)*

**JB** **Justin Baldoni** ▬▬▬▬   ▶ 4/8/2023, 2:47 PM

Yes send! it's so important to the film and can't wait to play and find it. I agree so much- Lily needs to be strong and witty and playful and bold- that's why I wanted you. It's also one reason why I wanted to age her up. If a woman like you could fall into that relationship then anyone could. And the more we love THEM the more devastating act three is.

>\# **?B?** ▬▬▬▬   ◀ 4/8/2023, 2:49 PM

❤️🙏❤️ thank you for saying all that. And also couldn't agree more re act 3. That's the mission 🙌🙌🙌

\# **?B?** ▬▬▬▬   ◀ 4/8/2023, 2:48 PM

That photo is devastating

\# **?B?** ▬▬▬▬   ◀ 4/8/2023, 2:48 PM

So sorry to you all. But the love is gargantuan and apparent

**JB** **Justin Baldoni** ▬▬▬▬   ▶ 4/8/2023, 2:52 PM

Loved "❤️🙏❤️ thank you for saying all that. And also cou…"

**JB** **Justin Baldoni** < ▬▬▬▬ >   ▶ 4/8/2023, 4:43 PM

After literally thousands of tapes … Down to this group for young lily's. Reading them Monday and Tuesday. 4 or 5 came from the social posts which js really sweet.

Attached URL: https://p24-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: YOUNG LILY - CALLBACK LIST[1].pdf

*Attachment: YOUNG LILY - CALLBACK LIST[1].pdf (9 MB)*

\# **?B?** ▬▬▬▬   ◀ 4/8/2023, 6:10 PM

Wow!! So. Exciting.

\# **?B?** ▬▬▬▬   ◀ 4/8/2023, 6:10 PM

Attached URL: https://p61-content.icloud.com/M02B81C2D86B64F374D121E4DF173CBF519565605D0D4047AFACB88ED06F46114.C01USN00
Attachment Title: LILY&RYLE.pdf

*Attachment: LILY&RYLE.pdf (123 KB)*

CONFIDENTIAL

BL-000009249