# Exhibit 37

SCRIPT TITLE

Written by

Name of First Writer

Based on, If Any

Address
Phone Number

CONFIDENTIAL
BL-000009253

EXT. BOSTON LUXURY BUILDING, ROOFTOP - NIGHT

We find Lily on the LEDGE of the rooftop. Finally letting herself release. Wiping her face with the sleeve of her hoodie draped over the FUNERAL DRESS. She looks out at the city. The lights calming her. The water barely visible. She feels like she can breathe. Jest then -

BAM! The ROOFTOP DOOR about 15 feet to Lily's right suddenly bursts open. A **SHADOWED FIGURE** emerging from the stairwell and SLAMMING the door shut again - WHAM!

ON LILY - Trying to get a glimpse of this **PERSON** moving swiftly across the deck. The **SILHOUETTE** finally stopping near the edge about twenty feet in front of her- REVEALED to be a **MAN**, mid 30's, appears to be on the verge of a breakdown - Lily quickly wiping away her tears.

Lily watches as the Man kicks one of the PATIO CHAIRS - WHAM!

Unaware he has an audience, he kicks The chair repeatedly. It doesn't break, it just slides away from him. He kicks it again. It just slides further. Frustrated he stands over it, his hands clenched by his sides.


Back to Lily, amused and feeling strangely sorry for him. Watching him in an almost voyeuristic way.


He fishes a JOINT from his pocket. And LIGHTS UP.


He takes a long drag. His face now, thanks to the moon, fully visible to her... wow. With his chiseled physique, BURBERRY button-up, and gold watch. He's *something straight out of a magazine.*


With a calming EXHALE, he finally notices Lily sitting on the ledge near the door. **THEIR EYES MEET. He covers his embarrassment.** Softly-

              MAN
    ... Hi.

             LILY
    ... Hi.

He takes another drag. Dryly - An attempt at a joke-

              MAN
    Strong chair.

Dryly back -

              LILY
    ... *Is it?*

              MAN
    I'm sorry about that, it's... been
    a day.

              LILY
    Tell that to the chair.

She turns back to the view, the Man taking a drag as he watches her in the dark. After an awkward beat-

              MAN
    Could you... Uh, could you please
    get down from there - You're making
    me nervous sitting so close to the
    edge.

Lily glances at her legs straddling the ledge. Then, holding her own:

              LILY
    I'm quite comfortable.

              MAN
    Look - the last thing I need
    tonight is to see a beautiful woman
    fall to her death. (off Lily)
    Pretty please? With a cherry on
    top?

She doesn't move.

              LILY
    I once read maraschino cherries
    stay in your stomach for like,
    seven years. Or cause cancer. I
    forget which.

She steps down from the ledge.

                    LILY (CONT'D)
Happy?

                    MAN
Very. Thank you. I didn't know that about Maraschino cherries.

                    LILY
I may have made that up--but they're pretty gross. So, what happ--

                    MAN
They are definitely--sorry, sorry, go ahead.

A charge between them. After a beat, she nods to the chair which is laying resigned on its side.

                    LILY
What happened? Someone tell you to get a haircut? Ooooh, was it a woman? Was it a man? (then) It was a chair, wasn't it?

He chuckles softly.

                    MAN
If only it were that trivial.

Silence. The Man taking one last pull of the joint.

                  MAN (CONT'D)
... What floor do you live on?

                    LILY
... You first.

Approaching her.

                    MAN
'kay. Well... My sister and her husband, they bought the entire top floor - right beneath us actually.

                    LILY
Hotdamn, sis. The whole top floor, huh?

He joins her near the edge. The two look out over the city.

                    MAN
          Yep. They split it into two units
          and decided to live in one and sell
          the other.

                    LILY
          Who bought the other?

                    MAN
          I did.

                    LILY
          Of course you did. What do you do
          for a living?

                    MAN
          Neurosurgeon.

Lily stares at the Man. Hard to read what she's thinking. Suddenly, the hardness etched into her features cracks as laughter flies from her mouth like a jack in the box. A full-throated explosion, bubbling up from the souls of her feet and out her face. She's bent over convulsing. Barely able to speak.

                    MAN (CONT'D)
          How is that funny?

                    LILY
          Jesus H... I'm sorry. I'm so sorry.
          You're serious.

                    MAN
          Yes.

                    LILY
          Please, I'm so sorry. You've spent
          way too much time in school to have
          me laugh like that. I'm terrible. I
          thought you were a crypto-bro. Or a
          REALLY expensive prostitute. (Yoga
          Instructor?)

                    MAN
          Well, I AM very expensive. And no
          kissing on the mouth. (Then) So why
          haven't I seen you before?

                    LILY
          Two reasons. I've never required
          brain surgery. And I don't live
          here.

           MAN
Do you have a boyfriend who does?

           LILY
WOOF. That's a tragic pickup line. (she gives herself a whole-body shake) Okay, okay, apologies. Try again. I won't laugh. Promise.

           MAN
I'm not sure I trust that. So, what inspired you to embrace a life of crime and break into my building?

           LILY
I like living on the edge.

He subtly regards the ledge.

           MAN
I can tell.

           LILY
I wanted some fresh air. Somewhere to think. So I googled the closest building with a nice view. (flirty) You have a very nice view.

           MAN
I do. What's your name?

           LILY
Lily.

           MAN
You from Boston, Lily?

           LILY
Just moved from Maine. Quit my job in finance. I realized my parents were getting older there was still time to disappoint them.

           MAN
Yeah. Well, I'm a doctor and my mother is very disappointed in me. So...

           LILY
What's *your* name?

           MAN
Ryle.

          LILY
Ryle what?

          RYLE
Why do you wanna know my last name?

          LILY
I need to know what to tell the cops when you turn out to be a serial killer. Or a prostitute.

          RYLE
Fair. It's Kincaid. Ryle Kincaid.

          LILY
That's a serious name.

          RYLE
What's YOUR last name?

Lily is quietly mortified.

          LILY
... It's Bloom.

          RYLE
Ooof. C'mon, that's not your real--

She holds up her finger - an effort to silence him.

          LILY
Wait. A ta-ta. Just wait... It gets better.

          RYLE
That's simply not possible.

          LILY
Oh, it does. I'm obsessed with flowers and I'm gonna, kinda... Open a...

Lily wincing.

| RYLE | LILY (CONT'D) |
|---|---|
| Open a flower shop? | A flower shop, yes. |

There is a long beat. It hangs in the air with playful, extraordinary tension. NOW IT'S HIS TURN:

He belts out an absolutely WONDERFUL, full bodied laugh. A thousand doves arcing from his mouth. His eyes crease beautifully as veins sprout from his neck and forehead.

>       It's, in a word, adorable. He eventually pulls it together.
>       Wiping tears of laughter away, over the following:

>                               RYLE (CONT'D)
>                     I'm sorry. Oh god, that's
>                     wonderful. I think Lily Bloom is a
>                     great name for a florist. Or a
>                     woodland sprite. (good natured
>                     sarcasm) It doesn't sound made up
>                     at all.

>                               LILY
>                     Oh... That's kind of you to say,
>                     <u>DOCTOR RYLE KINCAID.</u>

>                               RYLE
>                     What's your middle name?

>       She groans.

>                               LILY
>                     Don't do it.

>                               RYLE
>                     It gets worse?

>                               LILY
>                     Don't do it.

>                               RYLE
>                     Rose?

>                               LILY
>                     Worse, I'm afraid.

>                               RYLE
>                     Violet. Petunia? Toadflax--

>                               LILY
>                     Blossom.

>       A beat:

>                               RYLE
>                     Your parents hate you.
>                     Passionately.

>       They laugh. Eyes locked. Charmed by each other. Verbal
>       sparring cools and gives way to sexual tension.

>                               LILY
>                     Well one of them does... *did*. My
>                     dad. He... he died on Monday.
>                     That's why I came up here.
>                               (MORE)

                        LILY (CONT'D)
        To have a good cry and hopefully
        meet a wealthy neurosurgeon.

                        RYLE
        Shit. Were you close?

                        LILY
        No. And I got the sense looking at
        his coffin that we're probably not
        gonna get much closer.

                        RYLE
        Damn.

                        LILY
        Well, it's the naked truth.

Absorbing her words, Ryle pensively turns. Adjusts the back of one of the LOUNGERS and lowers himself onto it. Feeling comfortable, Lily claims the lounger next to him. And this when... The two gaze upward in silence. After a beat.

                        RYLE
        Tell me a naked truth, Lily.
        Something you're not proud of,
        something that'll...

                        LILY
        Make you feel a little less screwed
        up?

                        RYLE
        Sure.

                        LILY
        Honestly? Okay. I... could have
        made it back. To see my dad one
        last time, but I missed it. I
        missed it on purpose.

She feels weird confessing that to a stranger. Her words linger in the air. They lock eyes. Both a little surprised the other even exists. Then:

                        LILY (CONT'D)
        Your turn.

A beat. He gathers his Naked Truth. Seemingly not wanting to play his own game. Then:

                        RYLE
        I... watched a little boy die
        tonight. He was only five years
        old.
                        (MORE)

> RYLE (CONT'D)
> His little brother found a gun in their parents' bedroom and... It went off by accident. I spent two hours trying to put him back together, but... there was nothing I could do.

Lily reacts. Heartbroken. The evening going from sadness, to a curious encounter, to silly and now to heartbreak.

> LILY
> ... I can't imagine what that's gonna do to the brother who lived.

> RYLE
> It'll destroy him for life. That's what it'll do.

He's silent. It's almost too much for him. Finally, he turns to her. She does the same. The two curled on their sides, staring at each other in the dark.

> RYLE (CONT'D)
> 'Kay. Alright. Gimme another one. Mine was WAY darker than yours.

> LILY
> (a beat, thinking)
> Hm. Well... um... The first guy I had sex with... was... homeless.

> RYLE
> Stop.

> LILY
> No, really. In high school, I was friends with this boy named Atlas, who was... he was just having a hard time, that's all... Okay. Your turn. Something recent.

> RYLE
> I don't know if I can top that.

He looks at her. Like REALLY looks at her.

> RYLE (CONT'D)
> I want to fuck you.

Lily's mouth falls. Shocked. He shoots her a look of innocence.

> LILY
> Excuse me?

          RYLE
You asked me for the most recent thought and I gave it to you. You're beautiful. If you were into it, I would take you downstairs to my bedroom and I would fuck you. And I would fuck you well.

They share the sexiest SILENCE you've ever seen onscreen as Lily ponders this with a racing heart. Simply:

          LILY
How many women have you had sex with that you barely knew?

          RYLE
My life is my work. And anything that gets in the way of it has to go. ...I'm not good at relationships because I'm an emotionally selfish workaholic. So I avoid them altogether.

          LILY
How do you know? If you've never tried having a relationship or carbs, how do you know it doesn't work for you?

          RYLE
I never said I don't eat carbs.

          LILY
Well, c'mon. You don't look like a reckless snacker.

          RYLE
Love isn't really for me. Lust seems nice though.

          LILY
You still haven't answered my question.

          RYLE
I'm just trying to keep up with you here.

          LILY
How many strangers have you had sex with?

He smiles.

> RYLE
> There's no good answer to that question.

> LILY
> No judgement. I just couldn't sleep with someone I just met.

SILENCE. Ryle looking down at her lips.

> RYLE
> Okay. Then. Exactly how far would you go?

Another very sexy silence. Then -- In a whisper.

> LILY
> I'm not sure. I'm an unreliable narrator.

He reaches out and grabs the edge of her lounge chair and drags it closer, their mouths only inches apart, their warm breath brushing softly against each other's lips.

Gently, he tucks a piece of hair behind her ear, then slowly grazes his fingers against her neck and finds the zipper on the front of her hoodie. He unzips it, revealing her cleavage perfectly displayed by the v-neck of her dress.

Ryle taking in every detail, his eyes landing on Lily's **HEART TATTOO now revealed** on her collar bone. He works his fingers back up, gently touching it.

> RYLE
> Too far?

Her heart can't seem to beat hard enough. Her lips barely move as she whispers:

> LILY
> No.

His hand slides one of her dress straps to the side, now hanging loosely on her shoulder.

> RYLE
> This?

CLOSE ON LILY. Gripping at the edges of the lounger, arching her back, daring him to go further. He does.

She exhales:

                    LILY
          Ffffffuck.

She turns to stare at him – their faces inches apart when – **A PIERCING RING** rips through the air. Ryle's hand stiffening as they both realize it's a phone. *His phone.* Dropping his forehead to her shoulder...

                    RYLE
          Dammit.

Lily frowns as he fumbles in his pocket for his phone, standing up and walking several feet away from her to take the call.

                    RYLE (CONT'D)
          Dr. Kincaid. What about Roberts?
          I'm not even on call right now.
          Yeah but I can only do paperwork.
          Gimme ten minutes.

He ends the call and turns to Lily, sad.

                    LILY
          Holy shit.

                    RYLE
         I know. I'm sorry.

                    LILY
         No. I mean *holy shit*, I JUST NOW
          realized you're actually a fucking
          neurosurgeon.

                    RYLE
         Yup. Um... I have to...

                    LILY
         It's fine.

She nods. Equally sad.

                    RYLE
         It was nice meeting you Lily
         Blossom Bloom.

He stands. Suspended between the desire to stay and the pressing need to leave. Then he opens the DOOR and disappears down the stairwell.

Lily is left shake to her core. Changed and confused by the pure honesty of this stranger and the moment they shared.

13.

(CONT'D)

CONFIDENTIAL
BL-000009266