# Exhibit 38

BL-000013115
File too large to upload to docket.
File available on request from the court.