# Exhibit 39

Message

| | |
|---|---|
| From: | B▮▮▮▮▮▮▮▮ |
| Sent: | 6/25/2024 3:11:30 AM |
| To: | ▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮ |
| CC: | |
| Subject: | Blake Lively PGA - IT ENDS WITH US - Time Sensitive, Please |

Dear Producers Guild of America,

I'm writing you with meaningful urgency and also, respect. I'm sorry, but I'm asking for your attention to this in a crunched time period. I'm positive you have matters much more significant than this, but I bare my heart to you asking for you to take a look at my note, as this film, and my work in it *off camera* means more to me than anything I've done in my 20 year career.

There's been a recent update/change with regard to my official role in the upcoming film, IT ENDS WITH US, releasing AUGUST 9th. Just a few days ago, I was *officially granted* the title of *Producer*, after a year and a half of asking, and working tirelessly to prove the validity of that title. I've produced every moment of this film, from pre production, through production, into post, and now into marketing and worldwide release. I'm grateful that the contract has now been revised to reflect the immense work that I put in.

I'm writing to ask for the great honor of receiving the PGA tag. I don't take that lightly. In our household, that's the highest honor in film, so I understand the gravity of the ask. I also understand the absurdity of asking this late. Without the official title of Producer, my hands were tied, I couldn't apply when I wanted to. No crew could tick me in the box of "producers who should receive the tag" when polled. I'm pleading now because I'm confident with all my soul that if you saw what I did on this film, you would agree that this mark is, without question, deserved. I'll lay out how we got here below, because I appreciate that this isn't the way the process usually works.

You granted the PGA tag to two producers, Alex Saks and Jamey Heath, on April 18. I'm in full support of their tags. My understanding is that they both are in support of mine. I have a note from Alex below attached below, along with 16 other department heads, and Jamey, if asked, I'm sure would confirm the work I did.

So much has changed since they filed for their tag. The most significant being that the cut of the film that was selected to be released, is my cut. Which I'll lay out in more detail later. But I imagine you appreciate the gravity of that advancement alone since April 18.

As to not get too bogged down in more of the "why now?" details, I'll focus on the facts of the work I did in each stage of production, bulleted out below. I apologize for how dense it is, but it's important to me to lay out all I've done when asking for such a significant consideration from you all at the PGA.

I'm changing the font to make the read as easy as possible:

### Development/Pre-Production

-I lead the location shift from Boston to New Jersey and helped to solve all cost and schedule logistics associated
-I personally called and/or wrote emails to crew and put forth names for dept head roles. Including Hair, Makeup, Director of Photography, Costume Design, Transportation, Security, Camera Operators, etc…
-I identified and onboarded freelance team members for the cast members (not just myself) to help achieve the goals for the screen including a fitness trainer, nutritionist, meal prep service, spray tanner, wig maker, hair colorist, etc…
-I reviewed and reshaped the creative of the production design for all key locations for all characters, also made changes to use existing elements of locations to save cost
-I called in favors with home design contacts to get items loaned, discounted or gifted to save production design costs
-I reviewed and reshaped the creative of the costume design for all characters
-I called in favors with fashion contacts to get items loaned, discounted or gifted to save costume design costs
-I reviewed and reshaped the creative of the prop and floral design for the key film element of the film (the protagonist is a florist)
-I did outreach to florists all over instagram and beyond, helping with the marketing activation to feature a florist in the film, and connected the best names with production
-I went through hundreds of casting tapes to help find the rest of the cast, including our stars Atlas, Young Lily, Young Atlas and Jenny Bloom.
-I rewrote the script to improve the role of Jenny Bloom after 3 actresses turned it down.

CONFIDENTIAL                                                                                                                                            BL-000018396

-I personally identified and put forth Amy Morton to play Jenny Bloom after the rewrite of Jenny Bloom was implemented. Amy accepted our offer.
-I worked along side my agents, as well as other talent agencies to put forth names for Atlas, sending links to their work, and in many cases, reaching out to their teams directly to get interest and availability.
-I screen tested with all options for Atlas. When we struck out with those actors, we offered the role to our original choice, Brandon Skelnar, who then turned it down, so I had my team get involved in convincing him to do it. I wrote him a personal letter as well. He accepted the role.
-I gave the director references for the characters, dialogue and visuals
-I zoomed with every cast member to get their notes and ideas
-I then did significant rewrites of the script to incorporate all the notes of the cast, studio, distributor, author, director, and myself since our writer was not available at that time because she was on another job
-I also addressed scheduling, financial, location, weather and/or other logistical constraints in that rewrite
-I pushed the studio, distributor, and director to change the rating of the film from an R rating to a PG 13 because there was a significantly bigger market opportunity with PG-13 which the book captured. I argued that in order the replicate the book's success in the screen adaptation, we needed to serve the same age range of audience. The issue was the studio already had a deal in place with the distributor to deliver an R-Rated film. I had multiple conversations with all parties, helping to convince everyone of the shared bigger opportunity for all, resulting in everyone agreeing to make the film PG-13, which is where it stands today


**Production**

-I constantly broke schedule and budget. In pre production, and then daily, and often *hourly* during production
-I unfortunately was responsible for the firing of our 1st AD, Julie, as we were not making our days for the first many weeks and I had the twenty years of experience to see that the days were not boarded well enough from the get go, and her experience was not appropriate for the film we were making
-I flagged security risks and pushed to execute getting the entire crew Crew Badges. I'd never been on a set without them, yet they were not put in place for this production. We were having breaches where fans were filming our monitors and uploading the scenes to TikTok because no one knew who was crew and who wasn't. Badges were in places days later.
-I flagged and had the production name changed to an alias as is standard in my experience. This changed all signs for locations, call sheets, transportation, etc, as the film's true title was all over every sign, identifier and correspondence. As a result of using the actual title, we were being flooded with unwanted security breaches, paparazzi, large crowds, and leaks.
-I helped to block the staging of every scene for shooting efficiency, oftentimes asking to block the night before so the crew could pre-light without wasting the time of pulling the cast from hair and makeup to rehearse.
-When we came back after the strikes, I was writing as we were shooting to meet real time hurdles and demands with regard to schedule, budget and creative needs.
-I reviewed and instated covid protocols when we had an outbreak and lost many key crew members.
-I managed the politics and HR concerns on a daily basis, acting as an intermediary to keep crew and cast engaged, safe, and on board.
-I shot listed with the director, DP, and 1st AD. Not usually all at once, just when it was asked of me. On round two of the film (we shot half of the film before the strikes and half after) I would speak to our 1st AD Chris Surgent every night for nearly an hour on my drive home and once I arrived home to assess and rework our schedule to help make our days, which we were struggling to make
-I was able to omit 3+ days of shooting via rethinking the schedule, changeovers, locations, stunts, weather and adapting the script to accommodate
-I was the director's partner in all creative and logistical concerns, helping to execute the best outcome for the film. I would push back when needed. I would support when needed. The film is and *was* always my top priority.
-I watched the monitor between every take, to be sure everything that ended up on screen, from every department, was best servicing the film, and lead the changes needed to get there when applicable
-when issues arose, I led the hiring of a freelance producer to help balance the set, the incredible Todd Black.
-I led hiring a new intimacy coordinator and intimacy doubles to help block out the sensitive scenes for both safety and shooting efficiency.
-I helped to manage the logistics and protections of a closed set. And when there were oversights, I stopped production to make sure the set was safe and complying with all players nudity riders and contracts.
-I made sure cast members had mini green rooms on set when I noticed the time we lost to cast leaving to go back to their more distant green rooms
-I called and led meetings with all department heads, the studio and the distributor when we had extenuating circumstances challenging our production plan, including the wildfires, as well as picketers from the Writer's Strike. I acted as a liaison between cast and their reps in finding solutions to finishing the film. And I also acted as an intermediary between the other

actors, their reps and also crew members who were coming to me for guidance and help because they were concerned about being replaced with people who would cross the WGA picket line. I absolved them of their concerns of being replaced by standing in support of the WGA myself and not crossing a picket line myself.


**Post**

-I have spent at minimum 10 hours a day, every day since April 22 on the post of this film. My longest days have been 22 hours, and that has happened MULTIPLE times. I realize this sounds like an exaggeration, especially because, for periods of that, I was shooting another film, or raising my 4 children, but anyone on this post process will verify, this is unfortunately true. I've been sleeping on average 1.5-3 hours a night for over 2 months to get this film recut, reworked and done
-I worked with the film's original editor Oona for 10 days in NY starting April 22 to be sure the director's goals and preferences for the film were understood and honored before starting with my own editors to expand the audience and commerciality of this film. The plan was to start with my editors on May 2, but it was key to me to honor all players, so I offered the extra 10 days to handle this most responsibly and thoughtfully
-I worked with my own editors May 2, onward. Running a room of sometimes 3 editors at once as we pushed to meet the tight timing for 3 test screenings and eventually picture lock. I remain working with one of my editors Alan Baumgarten, as we finish out the final details of the film.
-I brought on a new composer, the duo Rob Simonsen and Duncan Blickenstaff, personally reaching out to Rob and convincing him to join us with very limited time, trouble shooting financial and logistical hurdles to get him on board
-I hand selected 90% of the songs in the film, and worked alongside Season Kent our music Supervisor to find the rest, or shape the ones we do have with our music editor Robby. I also work with her to this day on budget considerations and switch out songs as needed to meet our budget
- I worked with Spring the head of clearances at Sony on song budget and clearances. I've personally called and emailed many of the artists to convince them to let us use their songs, and have also negotiated with them on pricing. 4 of the biggest artists included in our film, passed on the film until I personally called them, wrote letters to them, and then finalized with their representatives
-I've worked with our sound designers and mixers for multiple test screenings, and now the final mix, sitting in the Sony Mix stage until 2am working every detail. And I remain in the thick of that work, listening into mix sessions on my custom dolby headphones made for our mix stage, as well as coming out to LA next week for the final week of mix in person
-I've worked with our music editor Robby to be sure every moment of each song is coming in and out at the exact right spots and with the right emotion. Often coordinating between him, Season our music supervisor, and our composers, Rob and Duncan
-I've been on zoom for the cast's ADR their sessions
-I've been working on the VFX, overseeing every shot that makes it into the film
-I've been working with the graphics team helping to chose and shape the fonts of the title and credits
-I've worked with legal, the studio and the distributor on credits and cards
-I appealed to Columbia Pictures to grant Isabella Ferrer the "introducing card" marking only the 6th time they've granted that title in their 100 year history
-I'm about to dive into the DI in person this week and next week alongside Stefan from Company 3 for the color timing
-I've been in touch with our DP Barry on the resizing or digital shifts in shots to be sure his vision is executed
-I've brought the author of the book that the film is based on, into the fold, involving her intimately in the edit to be sure we are best honoring the book and the audience in order to capture the success of her novel in our film,
-I pushed for 3 test screenings of the cut I was asked to execute and oversee so I could capture audience feedback and scores, as well as our creative teams opinions to shape the cut for maximum commercial success.
-I also had multiple calls with the distributor of the film and Screen Engine who ran our test screenings to evaluate the scores and integrate their feedback as well
-I would personally read all 100+ pages of every booklet and score cards to learn from the feedback of every screening
-I re-edited the film each time utilizing the learnings from the audience, the creative team, the distributor, the author, and the other producers.
-I held my own "friends and family" tests with the top filmmakers I know, asking for their input
-the cut of the film that I led was selected as the version of the film that will be released on August 9th


**Marketing/PR/Release**

-staring with the initial trailer, I called a meeting with Josh Greenstein (president of Sony) in February 2024 and the entire marketing team at Sony to lay out the angle of the campaign. There was no film for anyone to watch yet, so the trailer they made understandably didn't capture what the film would be. I walked them through the film, cited dailies and down to which take, with time codes where they could find footage to build the best trailer

-once they resubmitted the trailer, I worked with them on every frame of the creative, factoring in any social sensitivities. I worked hand in hand with Bridgette Wright on this.
-I personally secured Taylor Swift to loan her song to our trailer and marketing efforts, which helped it to be the largest debut of a film led film trailer of all time. Wild! So proud.
-I speak with marketing and PR at Sony no less that 5 times a day every day for 2 months now. I often have zooms with upwards of 10 people on their teams. I've worked in person with them, via texts, via calls, via zoom, on the ground during press. I am available and reachable to every single team member and their assistants at all hours, 7 days a week. Anyone can and will confirm
-I'm working closely with the international teams on everything from posters, commercials, book covers, and beyond by territory
-I'm working closely with the digital team on everything from the Social media pages, down to the color palette, graphics, language, copy, cadence, and even what font is used and when and how
-I'm working with the publishing side on book covers, the look, layout and usage
-I helped to design our first major pr/marketing event which was two weekends ago in Dallas. I personally begged Tom Rothman (head of Sony) to allow me show the film to 3000 fans as an early preview. I had to first finish the film with all of his and the audiences notes from our previous preview which I pulled off in time so he agreed. I went over all the talking points and scripts for the panel and helped tee up the film and the cast.
-when my costar had a scheduling conflict and had to drop out of the event, I got on the phone separately with him, his agent and his publicist to get him back on board
-I got our cast and author to help me personally introduce all 14 theaters screening the film.
- I bought patches myself on amazon to hand out to fans to match our outfits as a pr push and social media activation.
-I identified and bought on a photographer Jade Green to capture the weekend of content
-I helped build a creative content day in or downtime in Dallas, overseeing the creative of the scripts, and content used
-I reviewed and approved the influencers we collaborated with
-I personally styled my costar Isabella Ferrer because she didn't have clothes for the shoot
-When we were struggling to find an image for the poster, I went through the film to find the best still to be used for our first poster and helped identify the best layout to frame it in
-I reviewed, gave feedback and then approved the theater standee for all theaters
-I am producing two content days this week with my husband and my production company Maximum Effort to grab more PR and marketing materials with 8 cast members and two producers and the author for release
-I've had calls with the international team to help adjust the release schedule by territory and led the conversation about adding on international press stops and tour dates given the success of the response of the film and materials thus far
-I've led the conversation to get started on a China cut in an effort to be accepted for release there, and will have a zoom with the decision makers for release in China in the coming weeks
-I'm helping to oversee the sets being built for our content days and looking ahead to our junkets for ways to reuse these sets for cost effectiveness as well as to inspire maximum press and influencer engagement
-I've been on the phone with cast's representatives, producers, show runners, tour managers, spouses, travel agents, and beyond to coordinate their schedules for press, going as far as successfully begging their bosses to release them for press for our film
-I've reached out to sponsors to host screening to help absorb marketing costs, ie Chanel who will be hosting a screening the day after the premiere for us
-I've personally reached out to sponsors to help with costs for our premiere and afterparty, helping to secure a deal with the Boulud group to host our party there, etc…


And I still have months ahead of me to finish this film, in both what you see on screen, as well as how we sell it to audiences the world over. As much as this tag means to me, and it means EVERYTHING, what I'm in fight of most is the film being *as great as it can possibly be*, so ultimately that's taken all my most eloquent energy. I think you get the idea though.

As promised, I'm including below letters from our department heads, in support of my application for the PGA mark. You'll find:

**Alex Saks**: PGA approved producer
**Barry Peterson**: Director of Photography (round 1 pre strikes)
**Tobias Schliessler**: Director of Photography (round 2 post strikes)
**Chris Surgent**: 1st Assistant Director
**Eric Daman**: Costume Designer
**Robert Lugo**: Hair Dept Head
**Sarah Graalman**: Makeup Dept Head
**Andrea Ajemian**: Unit Production Manager/ Executive Producer
**Lisa Rodgers**: Post Production Supervisor
**Kami Agar**: Supervising Sound Editor

**Season Kent**: Music Supervisor
**Rob Simonsen & Duncan Blickenstaff**: Composers
**Alan Baumgarten**: Editor
**Colleen Hoover**: Author/ Executive Producer
**Ange Giannetti**: EVP Columbia Pictures
**Josh Greenstein**: President of Sony Motion Picture Group
**Todd Black**: Executive Producer


To be clear, while asking to be granted the PGA mark myself, I do believe that both Alex Saks and Jamey Heath should keep the PGA mark they received. They were both there every single day in every meeting and decision.

At this time, you will not find a letter from the director Justin Baldoni, or the other PGA producer Jamey Heath. Jamey and Justin will not be contesting my mark, they just, as of this moment, won't be writing a letter to you all like the rest of the department heads did.

I imagine if you reached out to them, they would confirm the extent of my involvement. Please don't take my word for it though, please take the rest of our department heads below, who you are more than welcome to reach out to at any time. Please do. Their contact info is included in their letters.

Finally, I thank you for reading all this. It's taken every bit of me, practically, logistically, creatively, and emotionally. So thank you for considering this. I also know and appreciate, again, this is not how this mark grant goes down.

I wish I was given the credit for my work sooner so I was able to be given a fair shot at applying the right way. I know precedent is important, and on that, my dear friend ▇▇▇▇▇▇▇ gave me a pep talk about pushing for this, citing -and he told me I could mention the to you all- that a similar situation happened to him on ▇▇▇▇▇▇▇▇▇▇▇. He was hired as an actor, but ended up extensively producing the film, and a month before release he was given Producer credit. He applied for a hail mary PGA mark with the support of the film's crew, was granted it. So I am hoping and praying that it's possible here as well.

As a woman in this industry for 20 years, and the mother of 3 daughters, a big reason I'm pushing to be acknowledged truthfully and accurately for the work I've done on this film is because I believe that it's an important thing in this day and age for a woman to be given credit for the work she did. It's as simple as that. I earned it 50x over again on this job. But I may not get credit for it. And that hurts, not just for me, but for all the women who are told they can't be given credit because "there are already too many female producers". We do the work anyway. We have to fight exponentially harder to be acknowledged. And each of our fight paves the way for the next female producer.

So I implore you at the Producers Guild of America to look into all the facts here. Please don't take my word for it. Please do the work. I'm sorry to ask this of you this late in the game, but as you see, I wasn't able to sooner. I promise you, you will be granting a tag to someone who gave everything of herself to this film, to earn this honor. And it's something I will cherish for life.

I hope you will join me in standing for what's right and true with regard to who has earned the PGA mark for the film, IT ENDS WITH US, while we still have time. We lock and ship picture *imminently*, so I thank you for your attention to this in such limited time.

It's in your hands now. I can sleep well knowing I did all I can do.

Thank you again for your time and consideration.

With respect and gratitude,

Blake "Lively" Reynolds

CONFIDENTIAL

BL-000018400