# Exhibit 40

File produced in native format.
File available on request from the court.

**Produced in Native Format**

CONFIDENTIAL

BL-000008806