# Exhibit 41

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 39 | Date Range: 2/8/2023 - 2/9/2023 |

### Outline of Conversations

 **BL-FullMessages-0061569** • 39 messages between 2/8/2023 - 2/9/2023 • Justin Baldoni
> • ?B? <            >

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬  **BL-FullMessages-0061569**

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:19 PM
Attached URL: https://p27-
content.icloud.com/M203AF25C392D5CBF9A9DC7C379C020731D4AFCF856FEFB64BD0B38D98E3786CD.C01USN0
0Attachment Title: New Recording 30.m4a

*Attachment: New Recording 30.m4a (2 MB)*

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:20 PM
👋

JB   **Justin Baldon** ███████████                           ▶ 2/8/2023, 10:29 PM
Hi! Not gonna lie that first ten seconds scared me haha
Thank you for sharing that-eat me think on it all and of course i got COVID and Emily and i are wrangling our little
Shits (don't judge me)
Let me send you a note in an hour or so when I can think! And I adore your voice notes and look forward to them like
Christmas

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:30 PM
Loved "Hi! Not gonna lie that first ten seconds scared me..."

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:30 PM
🍔

\#    ?B? ◀ ███████████                                        ◀ 2/8/2023, 10:30 PM
I realized it was terrifying once I was already in

\#    ?B? ◀ ███████████                                        ◀ 2/8/2023, 10:30 PM
Sorry

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:30 PM
Always gotta lead w the headline

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:30 PM
So sorry you guys are sick 😣

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:31 PM
The kids too?

JB   **Justin Baldoni** ███████████                          ▶ 2/8/2023, 10:34 PM
Laughed at "I realized it was terrifying once I was already in"

JB   **Justin Baldoni** ███████████                          ▶ 2/8/2023, 10:35 PM
Just me, Emily having a tough period (TMI) and kids can't go to school because I'm sick yay!

Also/ our nanny is on standby... do you want to meet her? Be back soon

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:41 PM
Hot water bottles help

\#    ?B? ███████████                                          ◀ 2/8/2023, 10:41 PM
Her not you

---

\#    **?B?** ▮▮▮▮▮▮▮          ◄ 2/8/2023, 10:42 PM

They're comforting emotionally and help pain a little

JB    **Justin Baldoni** ▮▮▮▮▮▮▮▮         ► 2/8/2023, 11:40 PM

Attached URL: https://p45-
content.icloud.com/MDC2EE60A219914299BF36A6B3969D1716CFCACA230C6A50079610631F62C1709.C01USN00A
ttachment Title: Topa Vista Rd 63.m4a

*Attachment: Topa Vista Rd 63.m4a (11 MB)*

\#    **?B?** ◄ ▮▮▮▮▮▮          ◄ 2/9/2023, 12:45 AM

Thank you so much for your note. Always so thoughtful and appreciated.

Sorry in 4 whole mins I wasn't able to communicate my intentions 🙈 🙈. Maybe it should be 9 mins next time 😬

Would never leverage. The opposite, I was nervous to share w you bc it's premature, but I wanted to keep you in the
loop bc I trust our communication and it felt like a big thing that would be strange not to share. Especially because the
reasons why I don't want to do that movie now are mostly because of our film. And baby in big part, but even that
element relates to our film.

I'm mortified to hear those negotiations were traumatic. It's actually upsetting. Did my team know? Or just their
producers? What's done is done, but I would like to know if my team didn't help and didn't let me know. As a woman
especially that's historically been a sensitive subject for me. Representatives not representing my character or heart in
negotiations but rather just getting caught up in their own process and really being representative of themselves more
than of me. I know everyone wanted to make it work so all good intentions which I so appreciate. But at minimum I want
to be able to thank everyone who put the care into making it work when it was tough.
I look forward to meeting Jamie (spelling?) and thanking him for everything he's put in so far and will put in.

As for our schedule. Yes agree. That movie has to officially move first. That was always the plan. I don't want anyone
knowing anything until that's official.  Which is why I was hesitant to say anything to you. But again it felt equally weird
not to.

And if (when) that happens, amazing that you're open to talking about a week shift. But if losing a week of prep at this
point comprises you in any way, I'm not gonna ask for that. Ryan may, but I won't 😬😄😄 Kidding. We get it. But yeah,
if that ends up being a possibility, wow. It would be really great for our family. But again. We get it. I'm here to work.
And excited about it.  Thrilled. If that's the cherry on top, amazing. But not gonna hustle you ever.

\#    **?B?** ◄ ▮▮▮▮▮▮          ◄ 2/9/2023, 12:46 AM

Hope you feel better soon. You don't sound that sick. So you better be babying Emily. Rough periods are extremely
underrated on the sickness scale. They can be brutal.

\#    **?B?** ▮▮▮▮▮▮          ◄ 2/9/2023, 12:46 AM

Xx

\#    **?B?** ▮▮▮▮▮▮          ◄ 2/9/2023, 12:47 AM

Attached URL: https://p54-
content.icloud.com/M203AF25C392D5CBF9A9DC7C379C020731D4AFCF856FEFB64BD0B38D98E3786CD.C01USN0
0Attachment Title: tmp.gif

 BL-000008803

**JB**   **Justin Baldoni**                                ► 2/9/2023, 1:26 AM

Nooooo I never thought your intentions were to leverage ! And I'm so happy you shared with me early because it gives me time to figure it all out in the event it happens. I hope in my messy voicemail I didn't make you feel that I thought you were trying to leverage  or hustle… oh no!  even though we don't know each other that well I know your heart! I'd never think that

Don't worry about what went down in negotiation. It's all this power hungry self preserving business and it's nobody's fault and you it didn't reflect badly on you! But happy to share at some point, it's just a lot of little things that add up and we just wanted to make everything work because you were my Lilly and I would have stopped at nothing to make it happen ❤️ and  you will meet Jamey, he is producing with Alex- you will LOVE him. He runs my company and co hosts the podcast with me and Liz.

As soon as you make your decision , let me know and we will figure it all out together. As a team! I'm so happy you shared and included me- hope my little bit can help you make the best choice for the family ❤️

**JB**   **Justin Baldoni**                                ► 2/9/2023, 2:19 PM

Hi 😊
So footloose may be pushing slightly so I am considering making an offer to Stephan james pending a Chen read for Atlas. Wanted to get your thoughts. He's 29- supposed to be a little older than you but you look so young I don't think it's a thing.

**#**   **?B?**                                          ◄ 2/9/2023, 2:28 PM

Yes. He's genius

**#**   **?B?**                                          ◄ 2/9/2023, 2:28 PM

And I am officially free a week earlier ❤️❤️❤️❤️

**JB**   **Justin Baldoni** ‹                            ► 2/9/2023, 2:28 PM

Loved "Yes. He's genius "

**JB**   **Justin Baldoni** ‹                            ► 2/9/2023, 2:28 PM

Loved "And I am officially free a week earlier ❤️❤️❤️❤️"

**#**   **?B?**                                          ◄ 2/9/2023, 2:29 PM

Your friendship support helped me w that also so thank you.

**#**   **?B?**                                          ◄ 2/9/2023, 2:29 PM

Not holding to anything professionally. Just thank you for the friendship side in the meantime

**#**   **?B?** ‹                                      ◄ 2/9/2023, 2:29 PM

🙏🙏

**JB**   **Justin Baldoni** ‹                            ► 2/9/2023, 2:29 PM

For real i was worried about you- that's so much to hold. I'm really happy for you.

**JB**   **Justin Baldoni** ‹                            ► 2/9/2023, 2:29 PM

I bet you feel 1000 lbs lighter

**>#**   **?B?** ‹                                      ◄ 2/9/2023, 2:38 PM

Only 20 to go 🤣🤣

**#**   **?B?** ‹                                      ◄ 2/9/2023, 2:31 PM

I really really do

**JB**   **Justin Baldoni** ‹                 ›            ► 2/9/2023, 2:39 PM

Disliked "Only 20 to go 🤣🤣"

BL-000008804



JB    **Justin Baldoni** <░░░░░░░░░░░░                                ► 2/9/2023, 2:39 PM
😂

#    **?B?** <░░░░░░░░░░                                              ◄ 2/9/2023, 2:43 PM
😆😆

JB    **Justin Baldoni** <░░░░░░░░░░░░                                ► 2/9/2023, 2:59 PM
Oh- re Stephan it's dirty dancing not footloose 🙆
Getting more info and will update you

#    **?B?** <░░░░░░░░░░░                                             ◄ 2/9/2023, 3:27 PM
Is that not the same?

JB    **Justin Baldoni** <░░░░░░░░░░                                  ► 2/9/2023, 3:27 PM
😂😂😂😂