# Exhibit 43

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 19 | Date Range: 2/17/2023 |

## Outline of Conversations

💬 **BL-FullMessages-0510682** • 19 messages on 2/17/2023 • Justin Stone <■■■> • warren zavala <■■■> • ?B? <■■■>

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **BL-FullMessages-0510682**

\# **?B? <▬▬▬▬▬>** ◀ 2/17/2023, 7:02 PM
2 weeks

\# **?B? <▬▬▬▬▬>** ◀ 2/17/2023, 7:02 PM
Yes

\# **?B? <▬▬▬▬▬>** ◀ 2/17/2023, 7:05 PM
Also I asked Justin Baldoni today, but I need their help in boarding the movie so that the body stuff last to shoot. I'm working my ass off. Literally working out twice a day, 4 hours a day. Which is insane. But I'm treating it like my full time job. Is also a part of why I wanted proxy to push. To give me time to focus on that. But I just had a baby. And no matter how hard I work it's a lot to accomplish in not a lot of time. And I want to set us all up for success. [Redacted - Non-Responsive]
[Redacted - Non-Responsive] his sexiness in this film and the marketing I'm sure , is critical to its sucesss.

**WZ warren zavala ▬▬▬▬▬** ▶ 2/17/2023, 7:06 PM
Liked "Also I asked Justin Baldoni today, but I need thei…"

\# **?B? <+▬▬▬▬▬>** ◀ 2/17/2023, 7:07 PM
They haven't boarded the film yet

\# **?B? <▬▬▬▬▬>** ◀ 2/17/2023, 7:07 PM
They haven't set locations yet.

\# **?B? <▬▬▬▬▬>** ◀ 2/17/2023, 7:07 PM
They haven't even cast up fully yet

**JS Justin Stone <▬▬▬▬▬>** ▶ 2/17/2023, 7:07 PM
Makes total sense

**JS Justin Stone <▬▬▬▬▬7>** ▶ 2/17/2023, 7:08 PM
What was his response

\# **?B? <▬▬▬▬▬>** ◀ 2/17/2023, 7:08 PM
Justin is being very kind and supportive. But also said he'd make his best effort to consider but not promises because there are a lot of factors like location, cast, etc.

But because none of those are set, they may not need to determine this. Maybe this helps to determine, inform that.

\# **?B? <▬▬▬▬▬>** ◀ 2/17/2023, 7:26 PM
Did you guys message this already?

**JS Justin Stone ▬▬▬▬▬>** ▶ 2/17/2023, 7:29 PM
I have not

\# **?B? ▬▬▬▬▬>** ◀ 2/17/2023, 7:29 PM
WZ?

**JS Justin Stone ▬▬▬▬▬** ▶ 2/17/2023, 7:30 PM
Let us get to Justin & Jamie first and perhaps try him back tomorrow.

\# **?B? ▬▬▬▬▬** ◀ 2/17/2023, 7:31 PM
No I want to get to JB first

\# **?B? ▬▬▬▬▬** ◀ 2/17/2023, 7:31 PM

I was just a curious if warren had messaged yet

**JS** **Justin Stone** ▬▬▬▬▬  ▶ 2/17/2023, 7:32 PM
Got it x

**WZ** **warren zavala** ▬▬▬▬▬  ▶ 2/17/2023, 7:54 PM
I just parked. Need to write to Jamey. Haven't done anything.

**#** **?B?** ▬▬▬▬▬  ◀ 2/17/2023, 7:55 PM
Just hold a beat on that point. Lemme get to justin first