# Exhibit 44

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 2/17/2023 - 2/18/2023 |

## Outline of Conversations



**BL-FullMessages-0061680** • 3 messages between 2/17/2023 - 2/18/2023 • Justin Baldoni ▇▇▇▇▇ • ?B? ▇▇▇▇▇

CONFIDENTIAL
BL-000008821

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **BL-FullMessages-0061680**

**JB** **Justin Baldoni** ▶ 2/17/2023, 8:26 PM

Attached URL: https://p23-content.icloud.com/MDC2EE60A219914299BF36A6B3969D1716CFCACA230C6A50079610631F62C1709.C01USN00Attachment Title: Olympic Blvd.m4a

*Attachment: Olympic Blvd.m4a (2 MB)*

\# **?B?** ◀ 2/17/2023, 10:37 PM

Thank you for your voice memo. It is deeply appreciated. You are everything you promised to be as a collaborator. Thank you.

I know my job here. And this piece is in big part my job here. We both understand the assignment. As actors in the roles. But also as producers. And also as marketers. We understand artistically, yes, but we get what we need to do in all aspects for this movie commercially. As woke as we both are and work to be, this movie requires a certain aesthetic. It's a part of the job that we both excitedly signed up for. I don't shy away from it because it's not problematic. It's the assignment. Like when someone is about to start an athletic event. It's their job to be in top shape. My husband and I both look at certain roles as athletic events. And this is one of them. It's not always a part of the job. But on this one it is. And that's great.

As much as I'd love to not think about it, that would be irresponsible and also impossible because it's unrealistic to not acknowledge what I need to do.

This is my job here. And I meet my responsibilities with extreme work ethic. I look for solutions to achieve my high goals, instead of lowering my goals. We all win when we're each firing at our highest capabilities. And you and I both are. And will continue to. I just need as much time as possible because I just had my 4th baby. I understand that you'll never personally know all the nuances of the challenges unless you lived this physical moment in time I'm in with this physical road ahead, so having your understanding and support to help me pull this off is critical. And very, very appreciated. Not just in my experience now, but also healing from experiences passed. So thank you.

We are gonna kill it. And be so fit they have to Lola us to look less bangin'

**JB** **Justin Baldon** ▶ 2/18/2023, 12:39 AM

Loved "Thank you for your voice memo. It is deeply apprec…"

CONFIDENTIAL                                                                                                          BL-000008822