# Exhibit 45

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 9 | Date Range: 4/12/2023 |

## Outline of Conversations

 **BL-FullMessages-0803785** • 9 messages on 4/12/2023 • Sender/Recip Name Not Available
▬▬▬▬▬▬▬ • ?B? ▬▬▬▬▬▬▬

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0803785**

\# **?B?** ▮▮▮▮▮▮▮▮▮▮   ◀ 4/12/2023, 1:20 PM

If you get here w this doofus director of my movie is still here (I'll be ushering him out, but hope he's still here) can you do me a huge favor. I need help with him.

Can you tell him you're excited for the movie. That you read the book but what you're freaking out over is the pages I sent you. What a magnetic scene that is. Or whatever descriptives you're comfortable w.
I'll send you the scene. You don't have to read of course. It's a quick read.

He's a clown and thinks he's a writer now and got this rewrite and told me he appreciates my passion. That's. It.

So having the greatest living story teller unknowingly echo to him how much you love what we're doing, (giving him credit as if he wrote them with me) will go such a long way

\# **?B?** ▮▮▮▮▮▮▮▮▮▮   ◀ 4/12/2023, 1:20 PM

You dug a movie out of a grave once already for me. 🙏🙏❤️

\# **?B?** ▮▮▮▮▮▮▮▮▮▮   ◀ 4/12/2023, 1:21 PM

Attached URL: https://p33-content.icloud.com/M02B81C2D86B64F374D121E4DF173CBF519565605D0D4047AFACB88ED06F46114.C01USN00
Attachment Title: LILY&RYLE.pdf

**SA** **Sender/Recip Name Not Available** ▮▮▮▮▮▮▮▮▮▮   ▶ 4/12/2023, 1:38 PM

I'll do anything for you !!

\# **?B?** ▮▮▮▮▮▮▮▮▮▮   ◀ 4/12/2023, 1:51 PM

I love you thank you!!! Text me when you're on your way. I'll have molly meet you and security in garage

**SA** **Sender/Recip Name Not Available** ▮▮▮▮▮▮▮▮▮▮   ▶ 4/12/2023, 3:01 PM

Headed your way !

**SA** **Sender/Recip Name Not Available** ▮▮▮▮▮▮▮▮▮▮   ▶ 4/12/2023, 3:01 PM

I'm on your street

\# **?B?** ▮▮▮▮▮▮▮▮▮▮   ◀ 4/12/2023, 3:02 PM

See you soon

\# **?B?** ▮▮▮▮▮▮▮▮▮▮   ◀ 4/12/2023, 3:02 PM

Sophia headed down now