# Exhibit 46

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 4/12/2023 |

## Outline of Conversations



**BL-FullMessages-0803811** • 7 messages on 4/12/2023 • Sender/Recip Name Not Available
▮▮▮▮▮▮▮▮ • ?B? ▮▮▮▮▮▮▮▮

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **BL-FullMessages-0803811**

\#   **?B?** ▮▮▮▮▮▮▮▮▮                                          ◀ 4/12/2023, 8:40 PM

You were so epically heroic today. I recapped every moment to Ryan. I kept remembering stuff—You making shit up about me and lenses. And referring to yourself as my doll. This clown falling for all of it. But also resisting it. You are the worlds absolute greatest friend ever. I won the lottery.

> SA   **Sender/Recip Name Not Available** ▮▮▮▮▮▮▮                ▶ 4/12/2023, 8:44 PM

I WON THE LOTTERY. You are the COOLEST PERSON IN THE WORLD and you like me !!

>\#   **?B?** ▮▮▮▮▮▮▮▮▮                                         ◀ 4/12/2023, 8:47 PM

Attached URL: https://p47-content.icloud.com/M02B81C2D86B64F374D121E4DF173CBF519565605D0D4047AFACB88ED06F46114.C01USN00
Attachment Title: tmp.gif



Image: tmp.gif (472 KB)

\#   **?B?** ▮▮▮▮▮▮▮▮▮                                          ◀ 4/12/2023, 8:41 PM

The most bonkers part to me is him saying to you he doesn't know pop culture made me more mad than anything he's done to me.

\#   **?B?** ▮▮▮▮▮▮▮▮▮                                          ◀ 4/12/2023, 8:44 PM

His entire brand is disassembling toxic masculinity. He monetizes it. He does TED talks!! But says that to you. Not only is it so rude but it's untrue. The thing that enraged me is you are in an absolute league of your own in being both the most popular artist alive and one of all time, but also the most respected and awarded.

Popularity doesn't normally coincide with laurels.

In very few cases it does.

Steven Spielberg for example. There's one.

Do you think for a moment he would've felt comfortable saying that to him. Even if he didn't know his work.

You would never make a point to say to Steven Spielberg about his work that you don't know it bc you don't know pop culture.

\#   **?B?** ▮▮▮▮▮▮▮▮▮                                          ◀ 4/12/2023, 8:47 PM

I've been raging ever since. Even though I know it all comes from what you said perfectly— he just so wants to be in the room but has to act like he doesn't.
I see it. I understand that it's Opposite Day with him. He's so green he thinks that's what makes him cool enough to fit in when in fact it's fucking enthusiasm, fandom and respect for those killing it that shows you're confident with where you are in life.

CONFIDENTIAL                                                                                                 BL-000018768

\# ?B? ▮▮▮▮▮▮▮▮▮▮  ◀ 4/12/2023, 8:51 PM

I've also been raging at the NYU thing.

I honestly want to retroactively take you out to dinner to celebrate that. You deserve to be studied. You are a human masterclass. Fuck. Yes. They see it.

I've been digging up hatchets. I'll stop now

I love you and r and my babies and get more protective about your hearts than mine sometimes. I'm so much less forgiving when it comes to someone messing with someone I love than when someone messes w me

I'm done. I just love you and am so ecstatic for you. And grateful to you for today. That was stupid fun. 🙂