# Exhibit 47

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 28 | Date Range: 4/13/2023 - 4/14/2023 |

## Outline of Conversations

💬 **BL-FullMessages-0062228** • 28 messages between 4/13/2023 - 4/14/2023 • Justin Baldoni ▓▓▓▓▓▓ • ?B? < ▓▓▓▓▓▓

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062228**

**JB** — Justin Baldoni ▶ 4/13/2023, 9:44 PM
Loved "Yes will find them and sign now. xx"

**JB** — Justin Baldoni ▶ 4/13/2023, 9:45 PM
Loved "Sorry for the delay, I've been in bed. The good ne…"

**JB** — Justin Baldoni ▶ 4/13/2023, 9:45 PM
Oh, I have no doubt! I'm just sorry you're not feeling good. Waiting to hear back from my friend Julie, but let me know if I can be helpful with Jennifer. I think she was just waiting on those forms.

**#** — ?B? ◀ 4/13/2023, 9:47 PM
I filled them out 🙂 we're in touch. Thank you again.

**JB** — Justin Baldoni ▶ 4/13/2023, 9:48 PM
She's really special and thinks outside the box. We trust her with our lives. She may give you information that's opposite to your doctor, but just trust your intuition.

**#** — ?B? ◀ 4/13/2023, 9:55 PM
🙏🙏

**JB** — Justin Baldoni ▶ 4/13/2023, 9:59 PM
Separately …
▇ passing - didn't feel enough to do.

Below is list from casting (in no order) if you have any extra thoughts. Was ▇▇▇ another favorite of yours?

▇▇▇ – NY; agents like for her

▇▇▇ –

▇▇▇ – LA/London; manager likes for her
▇▇▇ – LA – haven't connected with her agent yet to assess interest

Additional names that have come up, agents like for them:

▇▇▇ – LA
▇▇▇ – LA/Paris
▇▇▇ – NY
▇▇▇ – NY
▇▇▇ – believe she has a place in NY
▇▇▇ – NY

▇▇▇ - LA
▇▇▇ – LA
▇▇▇ – interested – NY
▇▇▇ – interested – NY (upstate)
▇▇▇ – NY
▇▇▇ – interested – NY
▇▇▇ - NY

**#** — ?B? ◀ 4/13/2023, 10:01 PM
▇▇▇ is terrific

\#    **?B?** ◀ 4/13/2023, 10:02 PM
Should we pump up the meat in the mom's scenes real quick before going out to another?

\#    **?B?** ◀ 4/13/2023, 10:02 PM
Edited to "Should we pump up the meat in the mom's scenes real quick before going out to another?"

JB    **Justin Baldoni** ▶ 4/13/2023, 10:04 PM
I feel like the last pass we beefed it up quite a bit, especially with the new cemetery scene but we can always do more. Im curious what you would want to see if you were looking at this as the mom …without adding more page count? I think it's such a great role

\#    **?B?** ◀ 4/13/2023, 10:05 PM
I'll take a look this weekend and read it as if I was being offered that role. It's always a different read w that in mind. And agree re page count

\#    **?B?** ◀ 4/13/2023, 10:05 PM
Xx

\#    **?B?** ◀ 4/13/2023, 10:09 PM
also. KILLER KILLER talent. Beyond.

\#    **?B?** ◀ 4/13/2023, 10:09 PM
And is tall

\#    **?B?** ◀ 4/13/2023, 10:10 PM
She's the best actor I've ever witnessed live.

\#    **?B?** ◀ 4/13/2023, 10:10 PM
Ok going to sleep

JB    **Justin Baldoni** ▶ 4/13/2023, 10:10 PM
Loved "She's the best actor I've ever witnessed live."

JB    **Justin Baldoni** ▶ 4/13/2023, 10:11 PM
Okay! Rest well !

\#    **?B?** ◀ 4/14/2023, 11:14 AM
I took a look at Jenny scenes. It's always different when you read with yourself in mind as the character. I see why a higher caliber of talent isn't working out.
It doesn't feel like Jenny has a POV. If she's going to care so much but what's on the surface, or appearances, we have to at minimum, see what's underneath… we need to see where that comes from.

Or, if we don't have the runway, we need to give her more faceted depth in what we do see of her. I also think we're missing an opportunity to see more of Lily in her mother and vice versa. It would help make the characters pop and feel indelible.

Anywhere we can undercut all the drama with irony, effervescent characters and unexpectedness, our movie will sing.

I think it's a quick pass that doesn't add page count. I'm happy to take a run at it if you send me the script via FDX. I can also play with anything else that needs a little magic to help fast track some of the conversations in rehearsals.

Or if you prefer I stand down, please let me know.

JB    **Justin Baldoni** ▶ 4/14/2023, 11:23 AM
Hi! On with NO MORE our domestic violence partner on this film… respond shortly 😊

JB    **Justin Baldoni** ▶ 4/14/2023, 12:08 PM
I think you're exactly right. So well said. Happy for you to take a pass, love what you did on the rooftop, but out of respect, will want to run it back my christy once done and get her eyes on it/further tweaks to make sure her voice remains…. I just cancelled my next meeting and have a hour. Do you want to hop on Zoom/ and we can jump into final

draft together and collab in real time?

**JB** **Justin Baldoni** ▶ 4/14/2023, 5:23 PM

https://kristycarlson.auditionservices.com/enhanced/#/1132550/details?aID=28433602Attachment Title: 5DD7E7E1-EE46-454D-B81D-DFDEAF3A4B0E.pluginPayloadAttachment

**JB** **Justin Baldoni** ▶ 4/14/2023, 5:23 PM

Hope this makes you smile.

**#** **?B?** ◀ 4/14/2023, 5:53 PM

😊 cute. Kylie nailed her dolly ! So fun.

**#** **?B?** ◀ 4/14/2023, 5:53 PM

Sorry I missed your text earlier

**#** **?B?** ◀ 4/14/2023, 5:54 PM

If you send me the fdx I'll work when I can steal moments. And yes of course please send to Christy. We're all on the same team w the same goal. 🙏

**JB** **Justin Baldon** ▶ 4/14/2023, 6:51 PM

Great! Also was working on rooftop scene today, I really love what you did. It really does hep a lot. Makes it so much more fun and interesting. (And I would have felt that way without Ryan and Taylor) 😊 You really are a talent across the board. Really excited nd grateful to do this together.