# Exhibit 48

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 4/14/2023 - 4/15/2023 |

## Outline of Conversations



**BL-FullMessages-0062257** • 10 messages between 4/14/2023 - 4/15/2023 • Justin Baldoni • ▇▇▇▇ • ?B? ▇▇▇▇

CONFIDENTIAL
BL-000009349

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062257**

\# **?B?** ▬▬▬▬▬  ◀ 4/14/2023, 9:49 PM

That's very appreciated. And means a lot. I'm deeply inspired by the film we're gonna make outside of the success of this book. We have such an opportunity to not only surprise people who love the book, but reach an even bigger audience by making an undeniably dynamic and also commercial film.

The moment that excited me most the other day was when you said you're not funny. You. Are. Going. To. Kill. That. Rooftop. Scene. You know it, I'm sure. Even though it was said in playful self deprecation that we all participate in, it made me think of the process as a whole.

Please know, I trust that on the day you've got me. And I hope that you trust that I've got you, if you want it.

We're in this together. And we are two of this most determined people I know. We also have very high bars set for ourselves. To collaborate with that type of partner is a gift that neither of us will squander. Because we both care too much about the result and also the experience.

I have no motives except for you to win. As a director. As an actor. As a studio. As a writer. If you win, I win. If you win our movie wins. We are aligned. And I will bring everything I have to this.

\# **?B?** ▬▬▬▬▬  ◀ 4/14/2023, 10:44 PM

As for Taylor and Ryan (and Shawn for that matter). I'm the luckiest motherfucker on the planet to have them as my "Dance Moms" level stage moms. They are embarrassingly effusive.

That said, they're also my most trusted partners and the people I go to first with anything creative I touch. And I'm the person they each go to first. That reciprocal creativity and support has been one of my life's greatest and most fulfilling gifts.

When they loved and signed off on the pages, I felt good to send them to you.

They asked what you thought specifically after. They checked in so many times. I told them that you laughed a bunch and said it's probably a blend but you appreciate my passion so much.

Which of course didn't feel great for me. Or them. To have my passion be praised instead of any specific contribution. Or even just that you didn't like the pages. Which was fine also.

So I think they wanted you and me to see how they felt about the work because they've been by my side for far too many experiences where I've been overlooked. I spoke to you about this when we first met. They've watched me hand write scripts bc the director is too afraid to send the FDX file yet he scans and has someone hand type all 120 pages of my pencil rewrites. They've watched me be hired as a writer and paid a significant fee for it but on the condition that I never ask for credit, which I could give a shit about, it's more the principle of the dynamics at play. They've watched the other side of it too where I'm told at signing on that I'm wanted as a true collaborator, but once we get to work, I'm really just wanted as a "yes man" audience and actor.

Both Ryan and T have established themselves as absolute titans as writers and storytellers outside of their primary gig- just singing or just acting or Shawn just directing. I'm so lucky to have them as creative barometers. But also to have them as the people who prop me up and make sure I'm seen for all I can, and do, offer. Because they know firsthand all I contribute. They also know I'm not always as good at making sure I'm seen and utilized for fear of threatening egos, or fear of affecting the ease of the process. They don't give a shit about that. And because of that, everyone listens to them with immense respect and enthusiasm. So I guess I have to stop worrying about people liking me 💁

If you ever get around to watching Game of Thrones, you'll appreciate that I'm Khaleesi, and like her, I happen to have a few dragons. For better or worse, but usually for better. Because my dragons also protect those I fight for. So really we all benefit from those gorgeous monsters of mine. 😊 you will too, I can promise you.

**JB** **Justin Baldoni** ▬▬▬▬▬  ▶ 4/15/2023, 12:17 AM

Hi! Wow wow wow. Thank you for writing this... I have so much to say! I'm so sorry for the slow response- I gave a talk tonight to a bunch of Bahai youth in the city and your message came through while I was there and havent had a second to respond. Going to send you a voice note when I get out of the Uber ... hope this doesn't wake you

**JB** **Justin Baldon**▬▬▬▬▬  ▶ 4/15/2023, 2:44 AM

Attached URL: https://p42-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00

Attachment Title: 25 Columbus Dr.m4a

*Attachment: 25 Columbus Dr.m4a (20 MB)*

**JB** **Justin Baldoni** ▶ 4/15/2023, 12:30 PM

Some morning thoughts in addition to my 2 AM semi coherent ramble

One of the things that's been the hardest about this adaptation and all the rewrites is playing against the source material. I've re written the rooftop scene so many times and even though I've changed the movie considerably in many areas I've kept it very close to the book in others. The rooftop is one of those scenes …which is why that last sparkly pass was a lot of fun as it started to open up the movie for me . In some part I kept it because I remember how fun it was to read the very first time. I also know what it means to the fans. But we're not making a movie just for the fans which is one of the reasons why I like what you did so much. With my first two films tried to make them self-aware as often as I could, knowing the genre they were in, and what I was up against and adding the lightness and little bit of comedy to relieve the pressure. It's the only way I found that meaningful and at times heavy material can actually be digested. That's why my doc series about young people dying did so well, you earn the laughs, and then you earn the tears .
What you helped do here is push it even more in that direction which I was missing in parts. The way you kept the structure of the scene while still keeping the important romantic beats was really impressive and actually adds to the sexiness and tension VS takes away from it. I do think us running it together, is going to teach us a lot.  If we had shot the the early drafts it could  have been like eating too much rich chocolate cake.
I like the messiness, and I like her having real agency and being a willing participant VS him just happening to her and calling out the things about him the audience is already thinking. They are smarter than the studios ever want to give them credit for.
Anyways - just wanted to share that. If you're feeling better, I'm around this weekend to chat in real time

Will send you FDX final later as well

**#** **?B?** ◀ 4/15/2023, 5:15 PM

Thanks so much for the thoughtful messages. They're very appreciated.

Looking forward to catching up in person.

And I too promise I'll freak you out, spook you, upset you, and be an actual beast. But I can promise it will always be in service of this movie and our shared goal.

But will also always apologize. I appreciate being able to communicate openly always.
Xx

**JB** **Justin Baldoni** ▶ 4/15/2023, 5:32 PM

Loved "Thanks so much for the thoughtful messages. They'r…"

**JB** **Justin Baldoni** ▶ 4/15/2023, 5:43 PM

Here you go! Since this is our White draft anything starred will come out in colored pages. Since I'm getting pressure to to go to a Jenny Monday AM maybe let's start there? Also if you can leave tracking on that would he helpful!

Attached URL: https://p59-content.icloud.com/M28A47D119DD76F377A52207B17B0899E8BF94C7996B919F5843A8EF412995622.C01USN00Attachment Title: It.Ends.With.Us- WHITE- 4-5 (working).fdx

*Attachment: It.Ends.With.Us- WHITE- 4-5 (working).fdx (527 KB)*

**JB** **Justin Baldoni** ▶ 4/15/2023, 5:46 PM

And what do you think of ▮▮▮▮▮ Something about her. I think you saw her on a NO list which was from earlier conversations with some others. I did a dive on her and theres something about her strength and attitude that could be interesting for Jenny. Especially as you mentioned tying the two together more. Some concern from team she could take us out of movie but not sure I agree. Curious your thoughts

**JB** **Justin Baldoni** ▶ 4/15/2023, 6:15 PM

And I like the ▮▮▮▮ idea. Especially if you LOVE her. So ▮▮▮▮. Love ▮▮▮▮ but don't think we could get her.

CONFIDENTIAL

BL-000009352