# Exhibit 50

Message

**From:** B. ▓▓▓▓▓▓▓▓▓▓
**Sent:** 8/12/2024 11:32:43 AM
**To:** Christy Hall ▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: From Blake

Thank you for responding so thoughtfully and also so quickly. You are generous and kind. JustI can't wait to spend proper time with you if you end up out here for your next project.

Thank you again for all you gave to this film. We have so much good to celebrate.

Xx
B


On Aug 11, 2024, at 1:02 PM, Christy Hall ▓▓▓▓▓▓▓▓▓▓ wrote:


Dearest Blake,

Thank you for the sincerity of this lovely note. Honestly, though I was surprised by the question, I did not take it personally, because I also believe that both things can co-exist. I can feel pride in my heartfelt offerings to this film and you can also feel pride in the beautiful support of your loving partner. No hard feelings from my end. :0)

I used to live in NYC for many years and I greatly miss it. In fact, I have something in development that might bring me there more consistently next year. When/if that happens, I would love to sit down and share a meal and shoot the shit with you. Until then, yes, let us savor this moment, knowing that Colleen's powerful message is getting out there and having a cultural impact. What a wonderful thing.

Nothin' but love,
xo
c

On Sun, Aug 11, 2024 at 8:13 AM B ▓▓▓▓▓▓▓▓▓▓ > wrote:
Hey Christy,

I hope you're enjoying the immense success of this weekend, and for what it means for stories about women - by women - in film.

I heard you were ambushed at your junket with a question about something I said on the red carpet. I feel awful. I never would've said anything that I thought could be used against you, or anyone. I was just proud of my partner and feeling grateful for the ways in which he shows up for me. I believe firmly that two things can be true. In this case, he can show up for me and do great work doing so, and you can do great work which got us all here. But the media will make things more black and white. And I should've seen that before speaking off the cuff. I was frazzled for a multitude of reasons that you may know something about, or not. But in that moment, all I was trying to focus on was love and positivity. And the key source of that for me is my family. Which is why it was a crutch for me to talk about him.

I'm mortified how that translated with regard to you though. I pride myself in being thoughtful and trying not to step in land mines. But I did. It was such an avoidable, own goal. And I'm so sorry for any upset or hurt it may have caused you, or left you feeling badly in any way. That was never my intention. I was thinking about audiences loving real life love and seeing that on screen is inspiring. I should've been holding all of that AND you while speaking publicly and I didn't do that. I'm sorry.

I spoke about you during the many days of junkets, but of course the one that gets shared back to you is the one where I give my husband credit for the invisible work he did on this movie.

I quite literally could not have gotten through it without him. In every way. But that's not your bag to carry. And somehow it was, if even for a moment.

We'll hopefully talk more one day about plenty. What it is to be a woman in this industry is messy, and painfully not charted enough. I live in NY and would love to get together anytime, just let me know. There's so much to say. But none of that is for today.

Today is a congratulations, a celebration and an I'm sorry for any upset I may have caused in an otherwise beautiful moment.

Sending you the best
X
Blake


--
www.christyhall.com

CONFIDENTIAL
BL-000011704