# Exhibit 52

BTL-SC
VER. 01/23

# B-T-L Payrolls, LLC

2300 Empire Avenue, 5th Floor
Burbank, California 91504-3350

1560 Broadway, Suite 701
New York, NY 10036

## Loan-out Corporation
## Start/Close Form

| Producing company | Project title |
|---|---|
| | It Ends With Us |

| Name of loaned-out employee | Social security number | Birthdate |
|---|---|---|
| Elizabeth Talbot | Redacted | Redacted |

| Name of corporation | Job description | Wage account number |
|---|---|---|
| Elizabeth Talbot LLC | Intimacy Coordinator | |

| Federal employer ID number (FEIN) | Hire state | Work state | Start date |
|---|---|---|---|
| Redacted | | | |

| Corp. address (number and street) | | | |
|---|---|---|---|
| 820 Birchwood Drive | Terms of employment | **Studio** | **Location** |

| City | State | Zip code | |
|---|---|---|---|
| Orange | CT | 06477 | Rate per hour |

| Email address | Rate per week |
|---|---|
| | |

| State of incorporation | Date incorporated | State entity number | Hours per day |
|---|---|---|---|
| CT | 04/25/23 | 0011774760 | |

| Other states corporation is registered to do business | Hours per week |
|---|---|
| New Jersey | |

| If LLC, have you elected to be classified as a corporation with the IRS? ☐ Yes ☑ No | 6th and 7th days | Pay 6th day at $ | Pay 7th day at $ | Pay 6th day at $ | Pay 7th day at $ |
|---|---|---|---|---|---|
| If yes, attach IRS approval notice. B-T-L Payrolls will not process payroll for LLCs that don't have corporation status. | | | | | |

| ACA hiring status   ☑ Full time   ☑ Variable | Box rental | | | | |
|---|---|---|---|---|---|
| | Car allowance | | | | |
| | Cell allowance | | | | |

"As an authorized officer of the above-stated loan-out corporation, I certify that, to the best of my knowledge and belief, the above-stated information concerning the loan-out corporation is true, correct, and complete. By signing this form, I authorize the employer, or its service or payroll provider, to take deductions from my earnings to adjust previous overpayments if and when said overpayments may occur."

| SIGN HERE | | Managing Member | 04/28/23 |
|---|---|---|---|
| Signature | | Title of authorized officer | Date |

| SIGN HERE | | |
|---|---|---|
| Producing company authorization signature | | Date |

CA residents: Your personal information may be collected in connection with certain services provided by Cast & Crew or its affiliated companies.
A summary of your California privacy rights can be found at: https://www.castandcrew.com/privacy-policy/.

CONFIDENTIAL

24-CV-10049_0002891