# Exhibit 53

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 17 | Date Range: 4/4/2023 - 4/5/2023 |

## Outline of Conversations



**BL-FullMessages-0062082** • 17 messages between 4/4/2023 - 4/5/2023 • Justin Baldoni • ▇▇▇▇▇▇▇ • ?B? • ▇▇▇▇▇▇▇

CONFIDENTIAL
BL-000009220

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062082**

**# ?B?** — 4/4/2023, 8:47 PM
So exciting about Brandon!!!! Great work!!

**# ?B?** — 4/4/2023, 8:47 PM
Looking forward to diving into the script w you and getting to work next week!

**# ?B?** — 4/4/2023, 8:47 PM
Xx

**JB Justin Baldoni** — 4/4/2023, 8:52 PM
Loved "Looking forward to diving into the script w you an…"

**JB Justin Baldoni** — 4/4/2023, 8:52 PM
Loved "So exciting about Brandon!!!! Great work!!"

**JB Justin Baldoni** — 4/4/2023, 8:53 PM
Anyone you know / like/ have wanted to work with we should take a shot at?
[redacted] manager said not for her -

Attached URL: https://p47-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: FILE_6869.pdf

*Attachment: FILE_6869.pdf (1 MB)*

**# ?B?** — 4/4/2023, 9:20 PM
From this list [redacted] and [redacted] (even though she's tiny). And I'm sure not for [redacted] but I'm such a fan that I'm still mentioning. [redacted] is on the no but not sure what that category means 🤷‍♀️😅

**JB Justin Baldoni** — 4/4/2023, 9:23 PM
So happy to hear that- [redacted] is who I would like to go to
Not sure either on "no" ll check.
I asked about [redacted] early on and they told me long shot

**# ?B?** — 4/4/2023, 9:25 PM
Loved "So happy to hear that- [redacted] is who I would like …"

**JB Justin Baldoni** — 4/5/2023, 4:51 PM
Brandon closed. We have our Atlas 😊 xo

**# ?B?** — 4/5/2023, 4:53 PM
🙌🙌🙌🙌🙌🙌♥️🔥♥️🔥♥️🔥👏👏👏👏👏👏

**JB Justin Baldoni** — 4/5/2023, 4:53 PM
He's really good. You guys will be fire

**JB Justin Baldoni** — 4/5/2023, 4:54 PM
Just hired intimacy coordinator who I LOVE. Will set you up to meet/ FT with her next week for intro

**# ?B?** — 4/5/2023, 4:55 PM
Liked "Just hired intimacy coordinator who I LOVE. Will s…"

\# **?B?** ▇▇▇▇▇▇▇  ◀ 4/5/2023, 4:56 PM
I feel good. I can meet her when we start 🙂 thank you though!

JB **Justin Baldoni** ▇▇▇▇▇▇▇  ▶ 4/5/2023, 4:57 PM
Liked "I feel good. I can meet her when we start 🙂 thank…"

JB **Justin Baldon**▇▇▇▇▇▇▇  ▶ 4/5/2023, 6:31 PM
Hey- because I don't have IG can you text me the ones you like. I can't open some of them in the browser

Attached URL: https://p58-content.icloud.com/M88CDE3B891D4175E0399614F38CFA8E096A45DE09A7DF9059563B59376CCE4A0.C01USN00
Attachment Title: IMG_6297.jpeg



Image: IMG_6297.jpeg (316 KB)

CONFIDENTIAL                                                                         BL-000009222