# Exhibit 58

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - x

BLAKE LIVELY,

           Plaintiff,

   v.

| | |
|---|---|
| WAYFARER STUDIOS LLC, a | Civ. Action No. |
| Delaware Limited | |
| Liability Company, | 1:24-cv-10049-LJL |
| JUSTIN BALDONI, an | |
| individual, JAMEY HEATH, | (Consolidated for |
| an individual, STEVE | |
| SAROWITZ, an individual, | pretrial purposes with |
| IT ENDS WITH US MOVIE | |
| LLC, a California | 1:25-cv-00449-LJL) |
| Limited Liability | |
| Company, MELISSA NATHAN, | Rel. 1:25-cv-00779-LJL |
| an individual, THE | |
| AGENCY GROUP PR LLC, a | |
| Delaware Limited | |
| Liability Company, | |
| JENNIFER ABEL, an | |
| individual, JED WALLACE, | |
| an individual, and | |
| STREET RELATIONS INC., a | |
| California Corporation | |

         Defendants.

- - - - - - - - - - - - - x

    Videotaped Deposition of ELIZABETH TALBOT

        New York, New York

      Thursday, August 21st, 2025

          9:31 A.M.

   CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Pages: 1 - 209
Reported Stenographically By: Anita M. Trombetta,
RMR, CRR, California CSR No. 14647

57

1    the more time you have to discuss.

2          And I believe I had a conversation with

3    Justin's assistant, who added in Blake's

4    assistant, and that's how we navigated the time

5    for the call.

6       Q   Okay.  So at some point in early May you

7    had a phone call with Blake Lively?

8       A   Correct.

9       Q   Okay.  Was anyone else on the call?

10      A   Yes.

11      Q   Who was that?

12      A   Lindsey.

13      Q   Who is that?

14      A   A lawyer for Blake.

15      Q   Do you know her last name?

16      A   Strasberg, I believe, or something to that

17   effect.

18      Q   And do you recall what was discussed

19   during that call?

20      A   Yes.  I started on the phone with Lindsey.

21   We had a conversation because I think she

22   recognized me and I potentially recognized her

23   from another project, either we had worked with

24   the same actor or -- there was some familiarity

25   between us.

58

1         So we were on the call together first and

2    then Blake joined.  We discussed Wrexham Football

3    Club because I grew up in Wales.

4         And then we started to discuss what my

5    role was because she had not worked with an

6    intimacy coordinator before.

7         She described some previous scenes in her

8    career where she had felt unsafe.  And I then

9    asked.

10   ATTORNEY HERMAN:  Comfort level, her

11   boundaries, and said that I was going to send her

12   Justin's vision and the -- ask for those scenes

13   that would be within her consent and boundaries.

14   And that I was going to remove anything that was

15   not, and that I was going to provide her with

16   nudity rider language.  And to contact me if she

17   needed or wanted anything else.

18        Q  Did she ever contact you to say she needed

19   or wanted anything else?

20        A  No.

21        Q  When she referred to feeling unsafe in

22   scenes on other projects or prior projects, did

23   she specify what those projects were?

24        A  No.

25        Q  Did she specify why she felt unsafe?

69

1          ATTORNEY HAGGERTY:  Just to make sure to

2     let Mr. Fritz finish his question --

3          THE WITNESS:  Sorry.

4          ATTORNEY HAGGERTY:  -- before you answer.

5      Q   Is the birth scene one of these five here?

6      A   No, it is not.

7      Q   Have you seen the movie?

8      A   Yes.

9      Q   Okay.

10     A   Oh, this movie?

11     Q   This movie, It Ends With Us?

12     A   Not in its entirety; pieces of it.

13     Q   Okay.  Have you seen the birthing scene?

14     A   I have seen the birthing scene.

15     Q   Do you recall any nudity in that?

16          ATTORNEY ROESER:  Objection.

17     Q   If you recall?

18     A   I don't recall any nudity.  There was a

19     high hip line that may have been called profile

20     nudity to an extent, and that some actors would

21     require or request a nudity rider for.

22     Q   Do you know if Blake requested that?

23     A   No, this was not on our discussion.

24          ATTORNEY FRITZ:  Let's take a look at 11

25     quickly.

73

1    Q  And did the filming stop at some point?

2    A  Yes, I believe -- so the strike was on at

3  the time, and that was very confusing for many

4  productions that were attempting to film at that

5  time.

6        With this show, I believe -- I think it

7  stopped around the 1st of -- early -- early June,

8  I think.

9    Q  Of 2023?

10   A  Sorry, 2023, yeah.  And then picked back

11  up again, like, middle of June maybe, maybe a

12  couple -- maybe a little bit after that.

13        And then it went down again with the

14  strike and then went back up again in early

15  January.

16   Q  Of 2024?

17   A  2024, yes.

18   Q  Okay.  Were any intimate scenes involving

19  Blake filmed in 2023?

20        ATTORNEY ROESER:  Objection.

21        ATTORNEY HAGGERTY:  Objection to form.

22   Q  If you know?

23   A  As far as I am aware, there were no scenes

24  requiring a rider as discussed with Blake in 2023.

25   Q  Did you consult with Justin about a sex

78

1      A   I think so.

2      Q   Okay.  And what did you discuss with her,

3   if you recall?

4      A   We discussed the addition of the scene,

5   what her comfort level would be, and we also

6   discussed what nudity rider language that might

7   look like.

8           And my explanation to her, as is with any

9   actor, is that this is a ceiling, it's not a

10  floor.  We can go up to, but not over that.

11          I also expressly confirmed with her, from

12  my side, that there would be no nudity during the

13  scene.

14     Q   Okay.  And was that scene eventually

15  filmed?

16     A   Correct.

17     Q   Were you on set for that?

18     A   Yes, I was.

19     Q   Was Blake Lively on set for that?

20     A   No.

21     Q   Do you know one way or the other whether

22  Isabela was satisfied with the way that young

23  Lily's sex scene was filmed and handled?

24          ATTORNEY ROESER:  Objection.  Foundation.

25  And form.

99

1    Q  So fair to define nudity to include

2  partial nudity where a particular part of the body

3  is exposed, but not necessarily everything?

4        ATTORNEY HAGGERTY:  Objection to the form.

5    A  Mm-hmm.

6    Q  Is that fair?

7    A  So we define "nudity" as anything that

8  would be seen underneath a bikini or a pair of

9  Speedos.  One of the most effective ways of doing

10  this is to divide the body up into four parts.  So

11  that typically is above the waist, below the

12  waist, front, and rear.

13        So if we were talking about exposing a

14  performer's buttocks, we might talk about actor

15  consents to perform rear nudity below the waist,

16  including buttocks.

17    Q  And when you say "we define nudity," who

18  is the "we" that you refer to there?

19    A  So SAG has the parameters of nudity as the

20  bikini and Speedos.

21        We, as intimacy coordinators, do try and

22  specify that in a bit more of a form because one

23  of the slightly problematic things that we

24  continually run into is that there are many

25  different types of bikini, and that is something

100

1    that we consistently run into as an issue.

2        Q  And on occasion, is partial nudity also

3    includes something that would be visible

4    underneath a one-piece bathing suit?

5        A  No, it's typically defined as a bikini.

6        Q  Okay.

7        A  For example, like, if someone is wearing a

8    crop top in a scene, that would not be defined as

9    nudity.

10       Q  And nudity would also include depicted

11   nudity?  So, for example, it would be fair to

12   define it as an actor is not physically nude

13   during filming, but is portrayed to be nude on

14   film?

15       A  Actually, no.  So implied nudity is

16   something that we don't typically do a rider for.

17   And that's consistent with the format from HBO,

18   where a lot of this work stemmed from.

19       Q  And what do you mean when you say "implied

20   nudity"?

21       A  So implied nudity, for example, this is a

22   scene I did recently.  It is if you imagine an

23   actor looking in the mirror and they are supposed

24   to be looking at their naked body, but we are only

25   shooting from the collarbone up, so they are

1  actually in a tube top and sweatpants.  We would

2  not just describe that as nude on camera because

3  we are not seeing, like, nipples, genitalia, and

4  buttocks.

5      Q   And what about "inferred nudity"?

6      A   Implied and inferred nudity would probably

7  be the same thing.  So really it's about what the

8  camera sees, not what the camera doesn't see.  So,

9  for example, if someone -- we have this a lot

10  where someone might be under sheets, and, say,

11  they are wearing, like -- because they could be

12  wearing sweat shorts and again a tube top under

13  sheets, they are not nude.  It's implied nude, but

14  the camera is not capturing anything that would,

15  in that instance, require a nudity rider.

16          There are occasions where actors say, I

17  would like a nudity rider for implied nudity, but

18  typically it will get kicked back by legal because

19  it does not follow the form from SAG-AFTRA of the

20  nudity that's on the bikini.

21      Q   And in your experience, this would have

22  been depicted or implied nudity, should that the

23  be handled with the same sort of sensitivity as

24  full or partial nudity, even if it doesn't require

25  a rider?

195

1    been a phone call to SAG straightaway.

2        Q   But you considered that it might be a

3    possibility that he would attempt to add

4    additional sexual content to the scene?

5        A   It was possible.

6        Q   And are aware if Isabela and Alex had

7    executed nudity riders in effect at the time of

8    the scene?

9        A   They both had nudity riders that were sent

10   to their agents, I believe.

11       Q   Do you know --

12       A   Sorry.

13           ATTORNEY HAGGERTY:  Were you done?  Were

14   you done answering the question?

15           THE WITNESS:  I think so.

16           ATTORNEY HAGGERTY:  Okay.

17       Q   Do you know if -- if they had executed the

18   nudity riders at that time?

19       A   By that scene, I don't know.  I think one

20   of the actors was going to sign on set.

21           And again, as long as they sign before we

22   shoot the scene -- so they can sign on set right

23   before we shoot the scene.  It doesn't have to be,

24   like, at the beginning of the day, because again,

25   that's our 48 hours.  That's where our 48 hours

196

1    kicks in.

2        Q   Turn to the page with the Bates ending

3    in 3614, please.

4            In this exchange, Mr. Lambert asks you if

5    you spoke to Justin, and you respond, "Yeah, just

6    hand on throat and one on leg."

7            Do you see that?

8        A   Correct.

9        Q   What was that in reference to?

10       A   That was in reference to the action with

11   the parents of Lily Bloom.

12       Q   Okay.

13       A   And originally that was going to be a,

14   like, a slightly more explicit scene, but that got

15   downgraded to a very simple action.  So again, no

16   nudity rider required for that; it's just standard

17   choreography.

18       Q   If you could turn back, please, to

19   Exhibit 14 that was introduced by defendants'

20   counsel this morning.  It's a document

21   ending 3471.

22           ATTORNEY HAGGERTY:  Sorry, which --

23           THE WITNESS:  Which one?

24           ATTORNEY ROESER:  It's a text exchange on

25   May 8th, 2023.