# Exhibit 59

**From:** B[redacted]
**Sent:** Fri 5/5/2023 8:12:02 PM Eastern Daylight Time
**To:** Lizzy Talbot[redacted]
**Sent on behalf of:** B .[redacted]
**Subject:** Re: Nudity Rider Language

This is great! Thank you!

> On May 5, 2023, at 8:08 PM, Lizzy Talbot [redacted] wrote:
>
> Hey Blake,
> Thanks for chatting to me earlier and sorry about the dodgy signal.
>
> Please see the below. I've got Justin's vision and put clarification underneath each sex scene. Let me know what you're comfortable with - I've crossed off what we've already spoken about.
>
> **B42 - First Love Scene**
> **The Vision:**
> Should be passionate , sexy. Should be choreographed in a way that shows a glimpse into their power dynamic. She's in charge and then he takes over. Two strong personalities coming together as one. In terms of sex and what is shown, we should see two naked bodies in various position but only flattering ones Blake is comfortable with. Her choice. Her on top. Him seated and holding her. Him on top. All sensual and beautiful. No nipple. We should be able to go wide for orientation but the majority of the work should be in close ups and 50/50's. I imagine side boob, and outline of butt in close ups (if she is comfortable ). I am fine showing my butt (female gaze). There will be pelvis movement but no orgasm. No oral sex. Hands should be ale to grope various body parts. If Blake is comfortable showing Ryle kissing her belly and then leaving frame for a moment and then staying on her face I think thats something women would like to see but also fine not doing it as I know oral sex was something off limits but wasn't sure about implied oral sex.
>
> **The Ask:** (for clarity as per Lizzy)
> **Action:**
> Simulated vaginal sex in variety of positions (missionary, reverse missionary, seated)
> ~~Simulated oral sex (off camera) - kissing down body, leaving frame and staying on Blake's face - no orgasm~~
> Hands caressing body (no contact with breasts or groin).
> **Nudity:**
> Side breast - no nipple and nothing underneath what would be seen on a bikini.
> Naked back.
>
> ---------------------------
>
> **Sc 50 Onesies make out**
> **The Vision:**
> They come in drunk, making out in onesies. Less about seeing bodies and sex , more about onesies coming off, I'm fine if Blake wants to just take mine off and we make it playful
>
> **The Ask:**
> **Action:**
> ~~Inferred oral sex - (off camera) - kissing down body, leaving frame and staying on Blake's face - no orgasm~~
> **Nudity**
> Onesie removed to underwear
>
> ---------------------------
>
> **Sc.51 Morning After - Casserole debacle**
> **The Vision:**
> Morning sex that doesn't happen.
> No nudity, tops would be off, kissing around body. They are about to have sex when frittata happens. More about sensuality than sex.
> **The Ask:**
> **Action:**
> Hands caressing body (no contact with breasts or groin).
> **Nudity:**
> PJs removed down to underwear.
>
> ---------------------------
>
> **Sc 69 - Vegas:**
> **The Vision:**

This scene is about friendship. It's a consumption of their marriage and their relationship. Fun, silly, playful. The goal is to choreograph in a way that keeps Blakes clothes on as much as possible. Sex with pelvis movement in positions that work with keeping her dress on. Maybe top of dress slides down and we see some bare back. Dress would be hiked up so may see outline of butt (hard for me to imagine without seeing frame or how dress moves) Hands caressing, and I'm okay showing rear as I don't know any other way to make love in an Elvis costume. No nipple. No orgasm. Fun, intimate, innocent.

**The Ask:** (for clarity as per Lizzy)
**Action:**
Simulated vaginal sex in variety of positions (missionary, reverse missionary, seated)
Hands caressing body (no contact with breasts or groin).
**Nudity:**
Side breast - no nipple - nothing underneath what would be seen on a bikini.
Naked back.

------------------------------

**Sc 91 - Shower Scene.**
As per Lizzy - this scene can be shot wearing a camisole with straps pulled down or a bandeau top. No requirement for nudity here.

The nudity rider language for any scene containing simulated sex would be as follows:

**Simulated Sex:**
Player consents to simulated vaginal sex in a variety of positions (missionary, reverse missionary and seated) with her scene partner. An external barrier will be provided for her comfort and protection.

**Nudity:**
Player does not consent to any nudity except for side breast which would be seen whilst still wearing a bikini.

It's helpful to think of nudity riders as a ceiling and not a floor. You can go up to but not over what has been discussed. Eg. If you've agreed to missionary simulated sex then the director can not ask you to switch to simulated sex from behind. It's the same with nudity - if you've agreed side breast - you cannot be asked for any nipple on the day. This is per SAG.

If you're happy with the above I will send it to legal who can get this over to Lindsay ASAP.

Thanks again!
Lizzy
**Elizabeth Talbot**
**Intimacy Coordinator |** ▪ ▪ ▪
UK ▪▪▪▪▪▪▪▪▪▪ ▪▪▪▪▪▪▪▪▪▪
**Pronouns: she/they**

In the Press

CONFIDENTIAL