# Exhibit 60



Hi Lizzy,

The talent reps are requesting that I send confirmation that you've approved the attached forms. Can you please confirm when you have a moment.
Thank you,
Joseph

**Joseph Lanius**
**Partner**



9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

www.convergence-ml.com

*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.*



**Subject:** Re: Nudity Riders

Hi Lizzy,

Further to the below, please find attached Blake's revised Nudity Rider, which hopefully looks good.
Also, attaching Justin's Nudity Rider that has been redlined against Blake's for ease of reference.
In the interest of time, I will be sending these to the attorneys for review shortly but please let me know if any other changes need to be made from your perspective.
Kind regards,
Joseph

**Joseph Lanius**
**Partner**



9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210

www.convergence-ml.com
*The information contained in this e-mail message, including any attachments, are intended only for the personal and confidential use of the recipient(s)*

named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and permanently delete the original message and any attachments. Thank you.



**From:** Lizzy Talbot < >
**Date:** Friday, May 5, 2023 at 5:21 PM
**To:** Alex Saks < >
**Cc:** Imene Meziane < >, Jamey Heath < >, Andrea Ajemian < >, Jill Sacco < >, Mariela Villa < >, Julie Bloom < >, Findlay Zotter < >, AJ Marbory < >, Joseph Lanius < >
**Subject:** Re: Nudity Riders

Hi all!

Please see the nudity rider language for Blake Lively which will be required for the below scenes:

**Sc.B42 and Sc.69**
**Simulated Sex:**
Player consents to simulated vaginal sex in a variety of positions (missionary, reversemissionary and seated) with her scene partner. An external barrier will be provided for her comfort and protection.

**Nudity:**
Player does not consent to any nudity except for side breast which would be seen whilst still wearing a bikini.

No other scene requires a nudity rider as per SAG. This has been agreed with Blake and her lawyer today.

Thanks!
Lizzy
**Elizabeth Talbot**
**Intimacy Coordinator**
**UK**         **| USA**
**Pronouns:** she/they



In the Press

On Tue, 2 May 2023 at 18:22, Lizzy Talbot <         > wrote:
Hey everyone,

Thanks for sending the attached nudity rider! I currently only have the nudity rider language for Sc 69 but will get the rest of it to you as soon as possible. Please see the nudity rider parameters for Justin and Blake below.

69. INT. ARIA HOTEL PENTHOUSE SUITE - MORNING

"They look at each other. Ryle eyes open lets out a fake snore. Lily hits him playfully and mounts him. She starts to sexily takes off her gloves. He stares at her... then fake snores again. Laughing she brings him into a kiss. She begins to unzip his Elvis costume. It's ridiculous but they love it. He pulls her straps down revealing her naked back. He tries to get his pants off but struggles. They laugh. He flips her on her back. They make love. Then silhouetted with morning light Ryle stops. Their mouths inches apart. He looks at her. Smiles".

**Justin Baldoni:**
Simulated Sex:
Player consents to simulated vaginal sex in a variety of positions (missionary, reversemissionary and seated) with his scene partner. An external barrier will be provided for his comfort and protection.
Nudity:
Player consents to rear nudity below the waist only. For absence of doubt there will be no frontal nudity below the waist. Modesty wear will be agreed prior to shooting and provided for his comfort and protection.

**Blake Lively\*:**
Simulated Sex:
Player consents to simulated vaginal sex in a variety of positions (missionary, reversemissionary and seated) with her scene partner. An external barrier will be provided for her comfort and protection.
Nudity:
Player does not consent to any nudity.

\*Just an FYI there have been no direct conversations with the actor regarding this.

Please let me know if you have any questions!
Thanks,
Lizzy

**Elizabeth Talbot**
Intimacy Coordinator
UK ▮▮▮▮▮▮▮ | USA ▮▮▮▮▮
Pronouns: she/they



In the Press

On Tue, 2 May 2023 at 15:08, Alex Saks <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:
Hi team,
Wanted to put you on a chain with Lizzy Talbot, our intimacy coordinator, who is currently reviewing the new script draft and will be speaking to Justin this evening in regards to all the sex scenes in the film. Lizzy will provide language for the nudity riders for both Blake and Justin. Because we shoot the first simulated sex scene in Vegas on 5/10, we need these nudity riders signed by MONDAY, MAY 8TH.
I don't know what, if anything, has been drafted yet. Will let you all connect. Imene, might be a good idea to give Lindsey a heads up on the timeliness/urgency of this if we haven't already so she is prepped when it comes in.
Best,
Alex

--
*Please note my new email address: ▮▮▮▮▮▮▮▮▮▮▮ and new company name: Saks Picture Company.

CONFIDENTIAL

24-CV-10049_0001818