# Exhibit 62

RIDER

TO:     ACTING SERVICES AGREEMENT (THE "AGREEMENT")

DATED:  May 8, 2023

PARTIES: AFG Productions, Inc. ("Lender") f/s/o Justin Baldoni ("Artist") and It Ends With Us Movie LLC ("Company")

PICTURE: "It Ends With Us" ("Picture")

1. The following, which shall constitute a Rider to the above-specified Agreement, contains provisions which shall be deemed incorporated into the Agreement as if set forth therein in full. In the event of any conflict between the provisions of this Rider and the Agreement, the provisions of this Rider shall prevail.

2. Lender and Artist warrant and represent that prior to the time Lender and Artist and Company entering into the Agreement, Company informed Artist that Artist's role in the Picture might require Artist to appear and be photographed (i) nude, which nudity may include, as Company may determine, full nudity from the front and/or rear, and/or any aspect of partial nudity (such nudity being hereinafter collectively referred to as "nude scenes") and (ii) in simulated sex scenes (such scenes being hereinafter referred to as "simulated sex scenes"). Lender and Artist acknowledge and agree that Artist has accepted such engagement in the Picture with full knowledge of Artist's required participation in nude scenes and/or simulated sex scenes as set forth in Exhibit "A", which is attached hereto and incorporated herein by this reference, and Lender's and Artist's execution of the Agreement constitutes written consent by Artist to appear in said nude scenes and simulated sex scenes and to perform therein as required by Company.

3. Lender and Artist hereby further acknowledge and agree that Company may include in the Picture any such nude scenes and simulated sex scenes as Company may determine, and Company may exhibit, license, broadcast, distribute and/or exploit the Picture containing such nude scenes and simulated sex scenes as Company may determine in perpetuity, in all media, throughout the universe, and further, that Company shall have the right to use and authorize the use of still photographs taken in connection with the Picture, including such nude scenes and simulated sex scenes, as Company may determine, in connection with the advertising, promotion and exploitation of the Picture and all of Company's rights therein.

4. Lender and Artist further agree that Company may "double" (as such term is commonly used and understood in the motion picture industry) for Artist in any nude scenes and simulated sex scenes, as Company may determine.

[SIGNATURE PAGE FOLLOWS]

1

ACCEPTED AND AGREED BY:

AFG PRODUCTIONS, INC.
("Lender")


By: _____
Its: _____


_____
JUSTIN BALDONI ("Artist")

2

# EXHIBIT "A"

## Nude Scenes and Simulated Sex Scenes

1. Scene B42 - **Simulated Sex**: Artist consents to simulated vaginal sex in a variety of positions (missionary, reverse missionary and seated) with his scene partner. An external barrier will be provided for his comfort and protection.

   **Nudity**: Artist consents to rear nudity below the waist only. For absence of doubt there will be no frontal nudity below the waist. Modesty wear will be agreed prior to shooting and provided for his comfort and protection.

2. Scene A69 - **Simulated Sex**: Artist consents to simulated vaginal sex in a variety of positions (missionary, reverse missionary and seated) with his scene partner. An external barrier will be provided for his comfort and protection.

   **Nudity**: Artist consents to rear nudity below the waist only. For absence of doubt there will be no frontal nudity below the waist. Modesty wear will be agreed prior to shooting and provided for his comfort and protection.

CONFIDENTIAL                                                                                                                 24-CV-10049_0001824