# Exhibit 68



# PRELIMINARY CREW LIST

## a/o 05.01.23

**WAYFARER STUDIOS**
It Ends With Us Movie LLC
417 South Beverly Drive
Beverly Hills, CA 90212

**PRODUCTION OFFICE**
15 Exchange Place
2nd Floor
Jersey City, NJ 07302
O: ▮

**ACCOUNTING OFFICE**
15 Exchange Place
2nd Floor
Jersey City, NJ 07302
ACCT: ▮
PAYROLL: ▮

**SET DEC/CONSTRUCTION SHOP**
It Ends With Us Movie
2 W Commercial Ave
Moonachie NJ 07074

## PRODUCERS

| Role | Name |
|---|---|
| EXECUTIVE PRODUCER / DIRECTOR | JUSTIN BALDONI |
| Assistant to J. Baldoni | AJ MARBORY |
| PRODUCER | ALEX SAKS |
| Assistant to A. Saks | CARLY SWIFT |
| PRODUCER | JAMEY HEATH |
| EXECUTIVE PRODUCER | ANDREW CALOF |
| EXECUTIVE PRODUCER / UPM | ANDREA AJEMIAN |
| Assistant to A. Ajemian | DION SULEMAN |
| ASSOCIATE PRODUCER | MARIELA VILLA |

## PRODUCTION

| Role | Name |
|---|---|
| PRODUCTION SUPERVISOR | JILL SACCO |
| PRODUCTION COORDINATOR | NICK PIZZINO |
| ASSISTANT PRODUCTION COORDINATOR | HEATHER TAYLOR |
| PRODUCTION SECRETARY | LIANNYS DEL ORBE |
| OFFICE PA | CHRIS BIERY |
| OFFICE PA | KIRSTEN KOEDDING |

## ACCOUNTING

| Role | Name |
|---|---|
| GENERAL ACCOUNTING | INVOICES |
| PRODUCTION ACCOUNTANT | MARY FOX |
| 1ST ASSISTANT ACCOUNTANT | VICTORIA RICKHAM |
| PAYROLL ACCOUNTANT | GARY SIMS |

## ACCOUNTING (CONT.)

| Role | Name |
|---|---|
| KEY 2ND ASSISTANT - P. CARD | ALEXANDER VILLEGAS |
| PAYROLL ASSISTANT | ANDY BENAVIDES |
| AP CLERK | DANIELLE MARTINEZ |
| 2ND ASSISTANT AP | KATIE CAVANAGH |
| 2ND ASSISTANT AP | EVAN REED |

## ART DEPARTMENT

| Role | Name |
|---|---|
| PRODUCTION DESIGNER | RUSSELL BARNES |
| ART DIRECTOR | ANNIE SIMEONE MORALES |
| ASSISTANT ART DIRECTOR | CHRISTINE LOIS |
| GRAPHIC DESIGNER | CARLOS MONCAYO |
| ART DEPARTMENT COORDINATOR | CLARK McCASLAND |
| ART PRODUCTION ASSISTANT | BRIELLE CARROLL |

## ASSISTANT DIRECTORS

| Role | Name |
|---|---|
| 1ST ASSISTANT DIRECTOR | JULIE BLOOM |
| 2ND ASSISTANT DIRECTOR | FINDLAY ZOTTER |
| 2ND 2ND ASSISTANT DIRECTOR | LAURA RIZER |
| DGA TRAINEE | MIMA OBO |
| KEY PA | EMILY MULHOLLAND |
| 1ST TEAM PA | ELI BERNSTEIN |

CONFIDENTIAL — 24-CV-10049_0002326

## ASSISTANT DIRECTORS (CONT.)

| Role | Name |
|---|---|
| 1ST TEAM PA | SHIRLEY ARRIETA |
| BG PA | ILIANA MARTINEZ |
| WALKIE PA | CELINE BILLS |

## CAMERA

| Role | Name |
|---|---|
| DIRECTOR OF PHOTOGRAPHY | BARRY PETERSON |
| A CAM/STEADICAM OP | BILLY GREEN |
| B CAM OP | SEBASTIAN SLAYTER |
| A CAM 1ST AC | EVAN WALSH |
| B CAM 1ST AC | SHAUN MALKOVICH |
| A CAM 2ND AC | AMANDA URIBE |
| B CAM 2ND AC | CHARLOTTE SKUTCH |
| DIT | ZACK SAINZ |
| LOADER (DOWNLOADER) | EMILY O'LEARY |
| LOADER (ON-SET) | OLIVER RICHARDS |
| STILLS PHOTOGRAPHER | JOJO WHILDEN |

## CASTING

| Role | Name |
|---|---|
| CASTING DIRECTOR | KRISTY CARLSON |
| CASTING ASSOCIATE | JEANETTE BENZIE |
| CASTING ASSISTANT | CASSIDY THORNTON |

CONFIDENTIAL — 24-CV-10049_0002327

## CASTING BG - GRANT WILFLEY CASTING

| Role | Name |
|---|---|
| BG CASTING DIRECTOR | BELLE JIAO |

## CATERING - HENRY'S INTERNATIONAL CUISINE INC.

| Role | Name |
|---|---|
| MANAGER | PETER ANDERS |

## CLEARANCES

| Role | Name |
|---|---|
| CLEARANCE COORDINATOR | WENDY COHEN |
| CLEARANCE COORDINATOR | McKENZIE MURPHY |

## CONSTRUCTION

| Role | Name |
|---|---|
| CONSTRUCTION COORDINATOR | PAUL ROVIRA |
| KEY CARPENTER | JOHN MAGLIULA |
| FOREMAN CARPENTER | ANTHONY VILLAMENA |
| KEY GRIP | RAPH DOMINGUEZ |
| BESTBOY GRIP | ALVIN TAVAREZ |
| SHOP ELECTRIC | CHRIS LOMBARDOZZI |
| CONSTRUCTION PA | FRANCISCO POUTERRERO |

## CONSULTANTS

| Role | Name |
|---|---|
| INTIMACY COORDINATOR | LIZZY TALBOT |

## CONTINUITY

| Role | Name |
|---|---|
| SCRIPT SUPERVISOR | HOLLY UNTERBERGER |

## COSTUMES/WARDROBE

| Role | Name |
|---|---|
| COSTUME DESIGNER | ERIC DAMAN |

## COSTUMES/WARDROBE (CONT.)

| Role | Name |
|---|---|
| ASSISTANT COSTUME DESIGNER | JENN O'BRIEN |
| WARDROBE SUPERVISOR | LAUREN PIVIROTTO |
| COSTUMES SHOPPER | ALLISON CIRBUS |
| SET COSTUMER | ZINNIA KIM |
| SET COSTUMER | DANNY MURA |
| TRUCK COSTUMER | SHARNA BRZYCKI |
| TAILOR | ANASTASYA JULA |
| COSTUMES COORDINATOR | LAURA GRASSO |
| COSTUMES PA | MARI LAMAR |
| COSTUMES PA | JOHN POLLES |

## CRAFT SERVICE - MARSHARK CRAFT NYC

| Role | Name |
|---|---|
| OWNER | PETER MARSHARK |
| MANAGER | JONATAN PALACIOS |
| CHEF | EFRAIN CARDOSO |
| KEY | ISRAEL VILLAGRAN |
| HELPER | JESSICA MOREIRA |
| HELPER | ALEXIS RAMIREZ |

## EDITORIAL

| Role | Name |
|---|---|
| POST PRODUCTION SUPERVISOR | LISA RODGERS |
| EDITOR | STEVEN ROSENBLUM |

CONFIDENTIAL   24-CV-10049_0002329

## EDITORIAL (CONT.)

| Role | Name |
|---|---|
| 1ST ASSISTANT EDITOR | CINTHIA THORNTON |
| ASSISTANT EDITOR | MARK PERZELY |

## ELECTRIC

| Role | Name |
|---|---|
| CHIEF LIGHTING TECHNICIAN | JOHN ALCANTARA |
| ASSISTANT CHIEF LIGHTING TECHNICIAN | JULIAN WELLBERY |
| PROGRAMMER/BOARD OP | MICHAEL HILL |
| GENERATOR OPERATOR | MICHAEL LEO |
| BASE CAMP GENERATOR OPERATOR | KEITH BERG |
| LAMP OPERATOR | GENNARO MORRONE |
| LAMP OPERATOR | MICHAEL MASTROSERIO |
| LAMP OPERATOR | ANDREW NAUGLE |
| LAMP OPERATOR | DELANEY MCFATE |
| RIGGING GAFFER | RYAN RODRIGUEZ |
| BEST BOY RIGGING ELECTRIC | PETER RUSSELL |
| RIGGING ELECTRIC | ERIC LUTZ |
| RIGGING ELECTRIC | DEREK LIBAL |

## GREENS

| Role | Name |
|---|---|
| KEY GREENS | BILLY PAVONE |

## GRIP

| Role | Name |
|---|---|
| KEY GRIP | MICHAEL YURICH |

CONFIDENTIAL     24-CV-10049_0002330

## GRIP (CONT.)

| Role | Name |
|---|---|
| BEST BOY GRIP | JOHN OATES |
| A DOLLY GRIP | THOMAS "CASEY" JIRGAL |
| B DOLLY GRIP | NICK MOERS |
| GRIP | DANIEL LOGATTO |
| GRIP | JULIAN ANGLERO |
| KEY RIGGING GRIP | DYLAN E. GRIFFIN |
| BEST BOY RIGGING GRIP | DANIEL WOODS |

## HAIR

| Role | Name |
|---|---|
| DEPARTMENT HEAD | ROBERT LUGO |
| KEY HAIR | VITA VISCUSO |
| PERSONAL HAIR STYLIST TO B. LIVELY | ANNE CARROLL |

## HEALTH & SAFETY

| Role | Name |
|---|---|
| HEALTH & SAFETY CONSULTANT | JASON ELLIS |

## LOCATIONS

| Role | Name |
|---|---|
| LOCATION MANAGER | MICHELE BAKER |
| ASSISTANT LOCATION MANAGER | MATTHEW FLEISCHMAN |
| ASSISTANT LOCATION MANAGER | JORDAN HOFFMAN |
| LOCATION COORDINATOR | MICHAEL MATLAK |
| LOCATION SCOUT | WING YEONG |
| KEY LOCATION ASSISTANT | NICK NOYES |

CONFIDENTIAL   24-CV-10049_0002331

## LOCATIONS (CONT.)

| Role | Name |
|---|---|
| LOCATION ASSISTANT | WESTON WILSON |
| LOCATION ASSISTANT | KAY CARAMBIA |
| LOCATION ASSISTANT | NICK AMBRO |

## MAKE-UP

| Role | Name |
|---|---|
| DEPARTMENT HEAD | SARAH GRAALMAN |
| KEY MAKEUP | MEL LICATA |
| PERSONAL MAKE-UP ARTIST TO B. LIVELY | VIVIAN BAKER |

## MEDICS

| Role | Name |
|---|---|
| CONSTRUCTION MEDIC | LESLIE COOPER |
| SET MEDIC | JOHN MANNING |

## PRODUCT INTEGRATION

| Role | Name |
|---|---|
| PRODUCT INTEGRATION WIZARD | SAM BALDONI |

## PRODUCTION SAFETY

| Role | Name |
|---|---|
| PRODUCTION SAFETY REP | ZANE WESTON |
| SAFETY HOTLINE | VIGILANT EHS ANONYMOUS |

## PROPERTY

| Role | Name |
|---|---|
| PROPMASTER | MORGAN PITTS |
| ASSISTANT PROPMASTER | MICHELLE BINIENDA |
| ASSISTANT PROPMASTER | FRANCES SMITH |
| ASSISTANT ON SET PROPMASTER | ANDY HEIKELA |

CONFIDENTIAL    24-CV-10049_0002332

## PUBLICITY

| | |
|---|---|
| UNIT PUBLICIST | EVELYN SANTANA |

## SCENIC

| | |
|---|---|
| CHARGE SCENIC | DIANE ANDAZOLA |
| SCENIC FOREMAN | TEDDY JANICKI |
| SCENIC INDUSTRIAL | MATT JANICKI |

## SECURITY

| | |
|---|---|
| SECURITY SCHEDULING CONTACT | KEVIN MORAN |
| SECURITY ON SET SUPERVISOR | DAVID VANDERHOFF |

## SET DECORATION

| | |
|---|---|
| SET DECORATOR | CARRIE STEWART |
| ASSISTANT SET DECORATOR | SARAH FREDERICKS |
| SET DEC SHOPPER | WALTER PLUFF |
| SET DEC COORDINATOR | ASHLEY QUITONI |
| LEADMAN | SCOTT GAGNON |
| FOREMAN | BRIAN BUTEAU |
| TRUCKING COORDINATOR | MATT MACDONALD |
| SET DRESSER | JAMIE ARBUCKLE |
| SET DRESSER | ANNE WENNIGER |
| SET DRESSER | CARLTON MCCLARENCE |
| SET DEC PA | MANALI GAVANKAR |

CONFIDENTIAL     24-CV-10049_0002333

### SOUND

| Role | Name |
|---|---|
| SOUND MIXER | MIKE INFANTE |
| BOOM OPERATOR | JAMES BAKER |
| UTILITY SOUND TECHNICIAN | JOSE RAMIREZ |

### SPECIAL EFFECTS

| Role | Name |
|---|---|
| SPECIAL EFFECTS COORDINATOR | DREW JIRITANO |

### STORYBOARD

| Role | Name |
|---|---|
| STORYBOARD ARTIST | BRIAN MURRAY |

### STUNTS

| Role | Name |
|---|---|
| STUNT COORDINATOR | ROY FARFEL |

### TRANSPO

| Role | Name |
|---|---|
| CAPTAIN | CARLOS COVIAN |
| CO CAPTAIN | STEVE REEVES |
| DOT | ASHLEY LABUTTE |

### VIDEO

| Role | Name |
|---|---|
| VIDEO ASSIST/PLAYBACK OP | STEPHEN FITZGERALD |

### VISUAL EFFECTS - CRAFTY APES

| Role | Name |
|---|---|
| VFX EXECUTIVE | MATT AKEY |
| VFX SUPERVISOR | LESLIE CHUNG |
| VFX PRODUCER | AARON GORDON |

CONFIDENTIAL   24-CV-10049_0002334

# VEGAS UNIT

## PRODUCTION

| | |
|---|---|
| PRODUCTION SUPERVISOR - VEGAS UNIT (THRU 5/4/23) | REBECCA BRICKEY |
| PRODUCTION SUPERVISOR - VEGAS UNIT (5/1/23 - 5/12/23) | JEMMA JONES |

## ASSISTANT DIRECTORS

| | |
|---|---|
| KEY PA | KAYLEE "K" FERNANDEZ |
| 1ST TEAM PA | APRIL KRUEGER |
| BG PA | ELIJAH FELIX |
| WALKIE PA | LILY CAMPISI |
| SET PA | KEVIN CIANCIMINO |

## CAMERA

| | |
|---|---|
| CAMERA OPERATOR | TYLER ALLISON |
| 1ST AC | BILL ROBINSON |
| 2ND AC (LA PREP ONLY) | RYAN CREASY |
| 2ND AC | TRAIANA NESCHEVA |
| DIT | JUSTIN WELLS |
| LOADER | SAM ZAPIAIN |
| STILLS PHOTOGRAPHER | DENISE TRUSCELLO |

Page 1 of 3

## CASTING

| | | |
|---|---|---|
| LV EXTRAS CASTING | JULIE GOLDMAN | |

## COSTUMES/WARDROBE

| | | |
|---|---|---|
| COSTUMER | JOSALENE GINN | |
| COSTUMER | BENEDICT JOHN SANTOS | |

## ELECTRIC

| | | |
|---|---|---|
| GAFFER | TRACEY ESTES | |
| BEST BOY ELECTRIC | JAMES COX JR. | |
| ELECTRIC | ANDREI MIGNEA | |
| ELECTRIC | ALEX MILLER | |

## GRIP

| | | |
|---|---|---|
| KEY GRIP | CHARLIE LENZ | |
| BEST BOY GRIP | STU MILLER | |
| GRIP | CHARLES TOLLEFSON | |

## MEDICS

| | | |
|---|---|---|
| SET MEDIC | EDGAR CASTILLO | |

## PROPERTY

| | | |
|---|---|---|
| PROPMASTER | NANCY FOSTER | |

CONFIDENTIAL

24-CV-10049_0002336

### SET DECORATION

| | | |
|---|---|---|
| SET DECORATOR | ALBERTO "ALBIE" LOMBARDO | |
| ON SET DRESSER | SANDRA DALY | |

### SOUND

| | | |
|---|---|---|
| SOUND OPERATOR | FERNANDO DELGADO | |
| BOOM OPERATOR | MIGUEL GOMEZ | |

### TRANSPO

| | | |
|---|---|---|
| CAPTAIN | SCOTT JIMMERSON | |

### VIDEO

| | | |
|---|---|---|
| VIDEO ASSIST | ALFRED "ALFIE" AINSWORTH | |

CONFIDENTIAL     24-CV-10049_0002337



# CONTACT SHEET

417 S BEVERLY BLVD
BEVERLY HILLS, CA 90212

## WAYFARER

| | | |
|---|---|---|
| **PRESIDENT** | JAMEY HEATH | ▇▇▇ |
| **ASSISTANT TO J. HEATH** | SHEKINAH "REESE" REESE | ▇▇▇ |

## FINANCE

| | | |
|---|---|---|
| **CHIEF FINANCIAL OFFICER** | BRIAN SINGER | ▇▇▇ |
| **FINANCIAL CONTROLLER** | AMANDA "MANDY" HUMPHREYS | ▇▇▇ |

## CREATIVE

| | | |
|---|---|---|
| **PRESIDENT OF PRODUCTION & DEVELOPMENT** | ANDREW CALOF | ▇▇▇ |
| **DIRECTOR OF DEVELOPMENT** | ANGELA CARDON | ▇▇▇ |
| **ASSISTANT TO A. CALOF** | KAI SAMPADIAN | ▇▇▇ |

## LEGAL

| | | |
|---|---|---|
| **VP OF BUSINESS & LEGAL AFFAIRS** | IMENE MEZIANE | ▇▇▇ |
| **PRODUCTION COUNSEL** *Convergent Media Law* | JOSEPH LANIUS | ▇▇▇ |

## PRODUCTION

| | | |
|---|---|---|
| **HEAD OF PHYSICAL PRODUCTION** | JOHN LOGAN PIERSON | ▇▇▇ |
| **PRODUCTION MANAGER** | ARJUN YADAV | ▇▇▇ |

CONFIDENTIAL                                                                                        24-CV-10049_0002338

| | | |
|---|---|---|
| PRODUCTION COORDINATOR | LINDS ADAMS | ■ |

## POST PRODUCTION

| | | |
|---|---|---|
| POST PRODUCTION SUPERVISOR | LISA RODGERS | |

## OPERATIONS

| | | |
|---|---|---|
| VP OF OPERATIONS | MITZ TOSKOVIC | |
| HUMAN RESOURCES | CYNTHIA BARNES-SLATER | |
| OFFICE MANAGER | CK KIMBALL | |

## MARKETING

| | | |
|---|---|---|
| VP OF MARKETING & COMMUNICATIONS | ASHMI ELIZABETH DANG | |
| BRAND PARTNERSHIPS | TARAH MALHOTRA-FEINBERG | |

CONFIDENTIAL    24-CV-10049_0002339