# Exhibit 69

# IT ENDS WITH US

| | CREW CALL | PRINCIPAL PHOTOGRAPHY | |
|---|---|---|---|
| | **10:00A** | **Tuesday May 23, 2023** | |
| | | SHOOT DAY | 7    of 35 |

| | | REHEARSAL | WEATHER | SUNRISE: |
|---|---|---|---|---|
| Director: | Justin Baldoni | **10:00A** | | 5:32A |
| Producers: | Alex Saks, Jamey Heath, Christy Hall | | It's a clouds/sun mixer | SUNSET: |
| Exec Producers: | A. Calof, A. Ajemian, S. Sarowitz | SHOOT CALL | at the weather office | 8:13P |
| Assoc. Producer: | Mariela Villa | | HIGH: 69 | SCHEDULE: PINK |
| Production Supervisor: | Jill Sacco | **12:00P** | LOW: 52 | SCRIPT: PINK |

| PRODUCTION OFFICE: 15 Exchange Pl, 2nd Floor Jersey City, NJ | NJ COURTESY TRAVEL TIME | SAFETY HOTLINE |
|---|---|---|
| | **15 minutes** | **Vigilant EHS Anonymous** **(424) 234-9921** |

** CLOSED SET: NO VISITORS ON SET WITHOUT PRIOR APPROVAL. NO PERSONAL CAMERAS ON SET. NO FORCED CALLS **

** SAFETY MEETING WILL BE HELD @ CALL ON SET **

* NO HOLIDAYS OR 6th/7th DAYS WORKED WITHOUT UPM APPROVAL * PRECALLS MUST TAKE NDBS *

| SCENE(S) | SET | D/N | PAGES | CAST | LOCATION |
|---|---|---|---|---|---|
| 49 | **INT BOSTON BAR (SUMMER)** Revelations about a baby and Ryle having an older brother | D19 | 2 | 1, 2, 3, 7 | **New Park Taven** 575 Westside Ave (btwn 6th/7th Sts) Jersey City, NJ 07304 |
| 27 | **INT BOSTON DIVE KARAOKE BAR (SPRING)** Karaoke sing along. Lily and Ryle smitten with each other | N9 | 2 3/8 | 1, 2, 3, 7 | |
| 40 | **INT SPORTS BAR (SUMMER)** MONTAGE: Lily and Ryle slow dance | N13 | 1/8 | 1, 2 | |
| | | **TOTAL PGS:** | **4 4/8** | | |

## CAST

| CAST | | CHARACTER | STATUS | TRAVEL | | RPT | REHEARSAL | HMU/W | READY @ | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lily Bloom | LILY BLOOM | W | PU | OT | OT | OT | OT | OT | On Turn / Ready after Reh |
| 2 | Justin Baldoni | RYLE KINCAID | W | CPU | 8:35A | 9:00A | 10:00A | 9:00A | 10:00A | HMU b4 Reh |
| 3 | Jenny Slate | ALLYSA KINCAID | W | CPU | 9:00A | 10:00A | 10:00A | 10:20A | 12:08P | Ready after Reh |
| 4 | Brandon Sklenar | ATLAS CORRIGAN | H | | | | | | | |
| 7 | Hasan Minhaj | MARSHALL | W | CPU | 8:15A | 10:00A | 10:00A | 10:20A | 11:20A | Ready after Reh |

## ATMOSPHERE & STAND-INS

| STAND INS | | LV | RPT | READY |
|---|---|---|---|---|
| 4 | 1, 2, 3, 7 | - | 10:00A | 10:00A |

**BACKGROUND:**

Sc 49:
| | | | | |
|---|---|---|---|---|
| 2 | Bartenders w/ Patron CH | - | 9:30A | 10:42A |
| 47 | Bar Patrons w/ 1CH | - | 9:30A | 10:42A |
| 5 | Bar Patrons w/ Server CH | - | 9:30A | 10:42A |
| 3 | Boston Barflies w/ 1CH | - | 9:30A | 10:42A |

Sc 27
BG from above CHANGED
Sc 40
BG from above

## ELEMENTS

**PROPS/SET DRESSING:**
ALL DAY - AC UNIT
Sc 49 - Hero Beers (x3), Hero Water, BG beers, bartender trays
Sc 27 - Drinks, Karaoke microphones, server trays
Sc 40 - Drinks

**HMU/COSTUMES:**
ESTABLISH ALL LOOKS
Sc 49 - Onesies for all, BG onesies
Sc 27 - Onesies for Ryle/Marshall, Undershirt for Ryle
Sc 40 - Date night look for both

**PLAYBACK:**
Sc 27 - "Let's Talk About Sex", "I Want You To Want Me", earwigs x3
Sc 40 - Mood music

**VFX:**
Sc 49/40 - Blue on tv screens

**SPFX:**
ALL DAY - Atmos

| 4 SI/PD | 57 SAG | 0 NON | 57 TOTAL |
|---|---|---|---|

| BASECAMP / B'FAST | WORKING TRUCKS | HOLDING/BG CATERING | CREW CATERING |
|---|---|---|---|
| 813 Communipaw Ave (btwn West Side/Delaware Aves) Jersey City, NJ 07304 | West Side Ave (btwn Communipaw / Clendenny Aves) | **The Salvation Army** 562 Bergen Ave (btwn Emory St & Brinkenhoff St) | **Hudson Mall** 701 NJ-440 |

| SAFETY BULLETINS | CAST GREEN ROOM | CREW PARKING | SHUTTLES |
|---|---|---|---|
| **10/10A** - Atmosphere | Please use Basecamp this day | Hudson Mall 701 NJ-440 Jersey City, NJ 07304 | Shuttles from Parking to Set start @ 7:30A Travel time: 6 min |

## ADVANCE SCHEDULE

**Wednesday, May 24, 2023**

PLEASE NOTE UPDATED SCENE ORDER

| | SET | D/N | PAGES | CAST | LOCATION |
|---|---|---|---|---|---|
| E27 | **I/E LILY BLOOMS (SPRING)** Marshall and Ryle show up to help. Lily and Ryle meet again | D9 | 4 | 1, 2, 3, 7 | **Field Colony** 1001 Bloomfield St Hoboken, NJ |
| 105 | **INT LILY BLOOMS (WINTER)** Lily's water breaks | D38 | 7/8 | 1, 3 | |
| C101 | **INT LILY BLOOMS (SPRING/SUMMER)** Lily feels nauseous. Allysa brings her a wastebasket. | D35 | 1/8 | 1, 3 | |
| C41 | **INT LILY BLOOMS** MONTAGE: Lily teaches Ryle the art of Kintsugi | D14 | 1/8 | 1, 2 | |
| | | **TOTAL PGS:** | **5 1/8** | | |

| UPM: Andrea Ajemian | 1st AD: Julie A. Bloom | Key 2nd AD: Findlay Zotter |
|---|---|---|

24-CV-10049_0001427

Pink Rev. (05/12/23)                                    33.

27        **INT. BOSTON DIVE KARAOKE BAR - NIGHT**                        27

Allysa and Marshall onstage singing a karaoke duet THAT
THE PRODUCTION CAN AFFORD TO LICENSE. The lyrics
ironically washing over Ryle and Lily who sit quietly at
a table together. Ryle has sobered up a little- his
onesie now unzipped and tied around his waist, exposing a
black t-shirt.

>                    RYLE
>          Hi.

>                    LILY
>          *Hi.*

The sexual tension is at a 12.

>                    RYLE
>          ... I've gone up to the roof a few times.
>          Wondering if you might be up there. And
>          then. I'm a bit relieved when you're not.

>                    LILY
>          I'm trying to cut down on trespassing and
>          focus more on the business.

>                    RYLE
>          I've never talked to anyone like we did
>          that night. It's made me want to do weird
>          things that I've never done, like...

| RYLE (CONT'D) | LILY |
|---|---|
| Ask you out on a date. | Eat lasagna? |

>                    LILY (CONT'D)
>          Wait, wait, wait. Holdup... *You've never
>          asked a woman on a date?*

>                    RYLE
>          Yeah. No. Well- yeah. No... Not
>          technically.

>                    LILY
>          Any reason?

>                    RYLE
>          Yeah. But don't worry... I'm not gonna        *
>          ask you. You're safe.                         *

>                    LILY
>               (a beat, sexy AF)
>          ... *Am I?*

Putty in her hands-

Pink Rev. (05/12/23)                                    34.

                              RYLE
          Fuc- I'm not good at- And- You and my                    *
          sister are... so- I don't know...
                    (OFF LILY)
          We can just... be friends.

A beat. Offering a handshake, accepting his proposal-

                              LILY
          Friendship.

Taking her hand, the two seal their promise- Instant
electricity flowing through their veins the moment they
touch. His eyes drifting to her lips, wanting to kiss          *
them. The duet coming to a close, the ROOM clapping for        *
Allysa and Marshall. And- Suddenly, another SONG begins
to sound **"I Want You to Want Me"**. Marshall yells to Ryle
to join him.

                              MARSHALL
          Ryle, let's do this!

                              RYLE
                    (to Lily)
          If you will excuse me I have a stage to
          die on.

Ryle hopping up and grabbing the mic- And- Singing his
goddamn little heart out.

*He can't sing to save his life. It's terrible.* But in the
most hilariously endearing way possible. Lily can't help
but crush. Meanwhile, Allysa plops down beside Lily,
she's seen this a thousand times.

                              ALLYSA
          So weird you know my brother.

                              LILY
          Barely- We met one time.

The two watch as the boys make adorable fools of
themselves, dancing around, singing until they are
hoarse. It's so fun.

                              RYLE
          *"... I want you to want me / I need you
          to need me/ I'd love you..."*

Sensing Lily's attraction- Allysa offers some advice-

                              ALLYSA
          He's certainly brilliant. But he's also a
          complete disaster.
                    (MORE)

Pink Rev. (05/12/23)                                    35.

                          ALLYSA (CONT'D)
                      (OFF LILY, kindly)
          *I'll only say it once... But... yes he's*
          *great.* He's great in so many ways, but
          I'm more protective of your heart than
          his in this because... he can't commit
          and he's a man child and my therapist
          told me that I need to let other people
          make their own mistakes but it would be
          wrong of me to not give you this
          information so now you have it: he's a
          mess. I'm going to stop talking.

                          LILY
                      (deflecting)
          You're the only Kincaid for me.

     Lily's heart betrays her as she and Ryle LOCK eyes again.
     He finishes the chorus as if he's singing directly to
     her. OFF LILY-                                              *

  28      OMITTED                                          28    *

  A29     **EXT. LILY'S CHILDHOOD HOME (MEMORY) - NIGHT**   A29   *

          We push in on the living room window as an **INDISCERNIBLE** *
          **ARGUMENT** RISES from downstairs between Andrew and Jenny. *
          The YELLING growing increasingly intense.            *

                          ANDREW (O.S.)                         *
                      (heated, barely audible)                  *
              You want attention? I'll give you some            *
              fucking attention.                                *

                          JENNY (O.S.)                          *
              Stop. Please.... Please. Lily's sleeping.         *

  B29     **INT. LILY'S MAINE HOME, STAIRCASE (MEMORY) - NIGHT**  B29  *

          YOUNG LILY as she peaks her head out over the staircase *
          peering down to the argument below.                   *

  29      OMITTED                                          29    *

  30      **EXT. LILY'S MAINE HOME, BACKYARD (MEMORY) - DAY**   30   *

          Young Lily is clipping flowers (her outlet) around a  *
          large flowerbed. She lays down mulch and compost. Young *
          Atlas picks a flower.                                  *

CONFIDENTIAL

Pink Rev. (05/12/23)                                                50.

40          **EXT. BAR - NIGHT**                                       40

            LILY and Ryle slow dance in the bar. Patrons around them
            drinking and watching sports. Completely in their own
            world.

A40         OMITTED                                                   A40

B40         OMITTED                                                   B40

C40         OMITTED MOVED TO E41                                      C40

A41         OMITTED                                                   A41    *

B41         OMITTED                                                   B41    *

C41         **INT. LILY BLOOMS - DAY**                                C41

            Ryle very seriously helps Lily do kintsugi. He is using          *
            laser focus to glue the pieces back together, while Lily,        *
            working alongside him, keeps subtly pawing at him. He
            bats her hands away.                                             *

D41         **EXT. BOSTON STREET - DAY**                              D41

            Lily and Ryle walk hand in hand: talking, and talking,
            and talking.

E41         **INT. RYLE'S LOFT - NIGHT**                              E41

            Lily sits on the couch watching Finding Nemo. Ryle in           *
            scrubs after a long surgery is asleep on her lap,
            transformed into a little boy. She notices his hand is
            shaking. She holds it and him while watching her show.          *

41          **INT. LILY BLOOMS - DAY - SUMMER**                       41

            Landing on a huge bouquet of RED ROSES and a large             *
            takeout box of Lasagna on the counter top right in front       *
            of Lily.                                                        *

            Rolling her eyes playfully, Allysa hands Lily a CARD.

            Opening the CARD, Lily finds two words: ***"Dinner tonight.
            Where we first met. Wear something fancy. (Not pajamas)"***

Pink Rev. (05/12/23)                                    65.

YOUNG LILY

Yeah. You?

He nods. Young Lily climbing on top of him- When-

                         RYLE (V.O.)
                          **(PRE-LAP)**
            Hey, Lily! You want a drink?

49        **INT. BOSTON BAR - DAY - SUMMER**                        49

        CLOSE ON LILY. Shaking from her thoughts of Atlas-

                          LILY
            Uh, yeah- I'll take a wine.

        PULL BACK TO REVEAL- A PACKED BAR during a Bruins game.
        Most everyone here in a ONESIE, including- Lily, Ryle,
        Allysa, and Marshall. To Lily- Objecting-

                        MARSHALL
            You're in a onesie, Lily, you don't get
            *free wine* with a onesie!

                          LILY
            Okay, fine, let's do this.

        To the BARTENDER-

                        MARSHALL
            Three *beers*, please, and a water for my
            lady-love.

        He kisses Allysa - Lily and Ryle looking suspicious.

                          LILY
            Wait. WHAT???                                          *

        Outed, Allysa and Marshall glance at each other.

                        ALLYSA
            We didn't plan on telling you here, but-

        Suddenly, Marshall yells out-

                        MARSHALL
            I'm gonna be a dad!

        A few DRUNK PATRONS clap their hands- Raising their beers-

                        PATRONS
            Woooo! / Right on, man! / Hell yeah!

CONFIDENTIAL                                          24-CV-10049_0001432

Pink Rev. (05/12/23)                                          66.

Ryle looks stunned. Lily grabs him by the hand.

                         LILY
             Congratulations, Uncle Ryle.

The bartender slides over three beers and one water for
Allysa- Ryle holding up his beer to cheers- Ryle, stunned
and feeling so sentimental.

                         RYLE
             To Allysa. You're eleven months younger
             than I am, but- You still teach me, every
             day, what being a grown up looks like.                    *

The four CLINK their glasses together and drink.

                         LILY                                          *
                  (so charmed)
             No adult says grown up.                                   *
                  (to Allysa)                                          *
             I didn't realize you two were so close in
             age.

                         ALLYSA
             Oh, yeah- Three kids in three years- I
             feel so sorry for our mom.

The mood shifts. Allysa gives Ryle an apologetic look.

                         LILY
             *Three?* You have another sibling?

Ryle straightens up, looking a little triggered. Gingerly-

                         ALLYSA
             Uh... yeah... we had an older brother.
             *Emerson.* But...

She looks to Ryle, as if to sheepishly ask permission to
speak on the matter. And. He simply shakes his head.

                         ALLYSA (CONT'D)
                  (simply)
             He passed away when we were kids.

                         LILY
                  (a beat, struck)
             I'm so sorry to hear that...

CLOSE ON LILY. Wanting to ask more. But the look on
Ryle's face makes her dare not.

Suddenly- The Bruins score and- THE BAR EXPLODES WITH
CHEERS. Ryle finally relaxing again. Lily leaving it be.

Pink Rev. (05/12/23)                                    67.

**IN A SERIES OF QUICK CUTS-**

**WE WATCH THESE FOUR LIVE IT UP AT THE BAR IN THEIR ONESIES, LAUGHING AND DRINKING- RYLE GRABBING LILY AROUND THE WAIST AND KISSING HER AS-**

50      **INT. LILY'S BOSTON STUDIO APARTMENT - NIGHT**                    50

-The two tumble into Lily's apartment, ripping at one another's onesies- Until they are both down to their underwear- Ryle kissing his way down Lily's torso. CLOSE ON LILY- As she arches her back in pure ecstasy.

                                                    CUT TO BLACK:

51      **INT. LILY'S BOSTON STUDIO APARTMENT - MORNING**                  51

Lily awakens, entangled in the sheets.

                          RYLE
          Good morning. You like frittata?

Lifting up, she finds Ryle in his boxers- In the open KITCHEN- pouring an egg mixture into a **CASSEROLE DISH**- And tossing it into the hot oven.

                          LILY
          Oooo, I didn't know you could cook.

POP! He opens a nice bottle of Champagne and pours two glasses-

                          RYLE
          I can't.

Joining her in bed with two champagne glasses and a jug of orange juice which he pours into their glasses.

                          RYLE (CONT'D)
          Cheers.

They both take big gulps of the bootleg mimosas- Then- **He stares at Lily's HEART TATTOO, caressing it-**

                          RYLE (CONT'D)
          This might possibly be my favorite part
          of you. What does it mean?

                          LILY
                    (lying)
          Nothing really. Just. One of those silly
          things you do in high school.

CONFIDENTIAL