# Exhibit 70

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4  _____
                                    )
 5  BLAKE LIVELY,                   )
                                    )
 6          Plaintiff,              )
                                    )
 7      vs.                         ) No. 1:24-CV-10049-LJL
                                    ) (Consolidated with
 8  WAYFARER STUDIOS LLC, a         ) 1:25-cv-00449-LJL)
    Delaware Limited Liability      )
 9  Company, JUSTIN BALDONI, an     )
    individual, JAMEY HEATH, an     )
10  individual, STEVE SAROWITZ, an) HIGHLY CONFIDENTIAL -
    individual, IT ENDS WITH US     ) ATTORNEYS' EYES ONLY
11  MOVIE LLC, a California         )
    Limited Liability Company,      )
12  MELISSA NATHAN, an individual,)
    THE AGENCY GROUP PR LLC, a      )
13  Delaware Limited Liability      )
    Company, JENNIFER ABEL, an      )
14  individual, JED WALLACE, an     )
    individual, and STREET          )
15  RELATIONS INC., a California    )
    Corporation,                    )
16                                  )
            Defendants.             )
17  _____)
                                    )
18  (RELATED CONSOLIDATED CASE.     )
    _____)
19
20     VIDEOTAPED DEPOSITION OF SHELLEY ANNE CARROLL
21              Los Angeles, California
22            Thursday, September 25, 2025
23
    Reported by:
24  RENEE A. PACHECO, RPR, CLR
    CSR No. 11564
25  Job No. 7584225                       PAGES 1 - 247
```

```
                                              Page 109
```

1           And her only response was, "I think having
2      to do -- something to do with the birthing scene."
3           And my response was, "I don't think you
4      need any extra, you know, visuals or -- you know,
5      you're a mother.  You have four kids of your own.  I
6      don't see how -- why he would do that or why he felt
7      he needed to do that in conjunction with that
8      scene."
9      BY MS. BENDER:
10          Q    You commented to Ms. Lively that as a
11     mother herself, you didn't understand why Mr. Heath
12     needed to show her content of -- of a video of
13     birthing footage?
14               MS. GAROFALO:  Objection.
15               THE DEPONENT:  Correct.
16     BY MS. BENDER:
17          Q    When Mr. Heath approached Ms. Lively with
18     his phone, did -- could anyone tell what Mr. Heath
19     was about to show Ms. Lively?
20          A    No.
21               MS. GAROFALO:  Object.  Objection.
22     BY MS. BENDER:
23          Q    In other words, you had testified that
24     Mr. Heath asked Ms. Lively if he could show her his
25     phone; correct?

Page 191

1       Did you receive call sheets every day --
2    A   Yes.
3    Q   -- during the filming?
4       And did you ever notice that on the call
5    sheets there was a number, an HR hotline number?
6    A   I did not notice that.
7    Q   Did you ever call that number?
8       MR. ROBINSON: Objection.
9       MS. BENDER: Objection.
10   BY MS. GAROFALO:
11   Q   Did you ever report inappropriate conduct
12   to anyone connected with the film "It Ends With Us"?
13      MS. BENDER: Objection.
14      MR. ROBINSON: Objection.
15      THE DEPONENT: I only spoke with my
16   colleague.
17   BY MS. GAROFALO:
18   Q   Ms. Baker?
19   A   Ms. Baker.
20   Q   And Ms. Lively?
21   A   And Ms. Lively, yes.
22   Q   As you sit here today, prior to the end of
23   the first phase of filming in June 2023, do you know
24   whether Ms. Lively ever lodged a complaint of any
25   inappropriate conduct on the set of "It Ends With