# Exhibit 72

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 8/29/2023 |

## Outline of Conversations



▪ 7 messages on 8/29/2023 • Home <████████> • Sanford Panitch <████████>

**Messages in chronological order** (times are shown in GMT -07:00)

---

**Home** <████████>  8/29/2023, 7:32 AM

I'm sick. I am so sorry because I know it's first packaging in a while and feel terrible can't be there. Testing neg for covid … but this has got me down for the count. So sorry!

**Sanford Panitch** <████████>  8/29/2023, 8:15 AM

Oh gosh. Ange, ofc no problem. We will muddle through. Feel better

**Home** <████████>  8/29/2023, 8:15 AM

Loved "Oh gosh. Ange, ofc no problem. We will muddle thro…"

**Home** <████████>  8/29/2023, 8:25 AM

fyi did see all the footage for IEWU. It's no Out of Africa but for this genre - it's very encouraging. Blake is very good. kids are good and Brandon Skelar (atlas the guy she ends up with) is the luckiest casting break (go ashley!). He's picked very good music temps too. All of the romantic/sex scenes and abuse still need to be shot. those obviously the hardest and most crucial to make it work … but what he's got in can appealing and very commercial.

**Sanford Panitch** <████████>  8/29/2023, 8:32 AM

Haha no Out of Africa
Her outfits tho

**Home** <████████>  8/29/2023, 8:39 AM

Only a couple pull you out when watching. opening funeral (and we have a solve for this. her mother is going to comment and we learn it's kinda a f u to her dad … so will feel intentional). the other super bad one is in shop when her water breaks. shes so pregnant and uncomfortable will be ok. what really sticks is when shes dressed up for dinners, party etc. with the hair and make up and she looks so beautiful. I think its going to be fine. Plus she will have lost all her baby weight for reshoot so hoping she will want to show that off now.

**Sanford Panitch** <████████>  8/29/2023, 9:30 AM

That's good personally my main issue she just didn't look great