# Exhibit 73

# IT ENDS WITH US

| | | | |
|---|---|---|---|
| | **CREW CALL** | **PRINCIPAL PHOTOGRAPHY** | |
| | **8:00A** | **Monday May 22, 2023** | |
| | | **SHOOT DAY** 6 of 35 | |
| **Director:** Justin Baldoni | **REHEARSAL** | **WEATHER** | **SUNRISE:** 5:34A |
| **Producers:** Alex Saks, Jamey Heath, Christy Hall | **8:00A** | Like our honeywagon driver: Sunshine | **SUNSET:** 8:14P |
| **Exec Producers:** A. Calof, A. Ajemian, S. Sarowitz | **SHOOT CALL** | **HIGH:** 76 | **SCHEDULE:** PINK |
| **Assoc. Producer:** Mariela Villa | **10:00A** | **LOW:** 46 | **SCRIPT:** PINK |
| **Production Supervisor:** Jill Sacco | | | |
| **PRODUCTION OFFICE:** 15 Exchange Pl, 2nd Floor, Jersey City, NJ | **NJ COURTESY TRAVEL TIME** 42 minutes | **SAFETY HOTLINE** Vigilant EHS Anonymous (424) 234-9921 | |

** CLOSED SET: NO VISITORS ON SET WITHOUT PRIOR APPROVAL. NO PERSONAL CAMERAS ON SET. NO FORCED CALLS **
** SAFETY MEETING WILL BE HELD @ CALL ON SET **
* NO HOLIDAYS OR 6th/7th DAYS WORKED WITHOUT UPM APPROVAL * PRECALLS MUST TAKE NDBS *

| SCENE(S) | SET | D/N | PAGES | CAST | LOCATION |
|---|---|---|---|---|---|
| 107 | INT BOSTON GRACE HOSPITAL<br>As Lily cradles Emmy, she asks Ryle for a divorce | D38 | 2 7/8 | 1, 2 | 399 Jefferson Rd<br>Troy Hills, NJ 07054 |
| 106 | INT BOSTON GRACE HOSPITAL<br>Lily is in labor | D38 | 5/8 | 1, 2, 18 | |
| 87 | INT ROXBURY GENERAL HOSPITAL - EXAM RM<br>Lily finds out she's pregnant | N30 | 2 1/8 | 1, 4, 22 | |

**PLEASE BE PREPARED TO WEAR A MASK WHEN WORKING AROUND THE NEWBORN BABIES**

**TOTAL PGS: 5 5/8**

### CAST

| # | CAST | CHARACTER | STATUS | TRAVEL | | RPT | REHEARSAL | HMU/W | READY @ | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lily Bloom | LILY BLOOM | W | PU | 7:06A | 8:00A | 8:00A | 8:18A | 10:18A | On Turn / Ready after Reh |
| 2 | Justin Baldoni | RYLE KINCAID | W | CPU | 6:30A | 7:12A | 8:00A | 7:12A | 8:00A | Ready b4 Reh |
| 3 | Jenny Slate | ALLYSA KINCAID | H | | | | | | | |
| 4 | Brandon Sklenar | ATLAS CORRIGAN | W | PU | 12:48P | 1:30P | - | 1:30P | 3:00P | |
| 7 | Hasan Minhaj | MARSHALL | H | | | | | | | |
| 18 | Adam Mondschein | DOCTOR | SWF | CPU | 11:18A | 12:00P | - | 12:00P | 1:00P | |
| 22 | Robin S. Walker | DOCTOR JOHNSON | SWF | | RPT | 1:00P | - | 1:00P | 3:00P | |
| x100 | Roy Farfel | STUNT COORD. | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |
| x1 | Melody Garcia | STUNT LILY | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |
| x2 | Derek Johnson | STUNT RYLE | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |
| x | Jason Ng | STUNT UTILITY | R | | RPT | 8:00A | - | - | - | Pre-Viz @ Office |

### ATMOSPHERE & STAND-INS / ELEMENTS

| STAND INS | | LV | RPT | READY |
|---|---|---|---|---|
| 2 | 1, 2/4 | 6:54A | 7:42A | 8:00A |
| | Pull #18/#22 | | | |

**BACKGROUND:**
Sc 107:
| 3 | Nurses | 6:54A | 7:42A | 8:42A |
| 1 | Physician Assistant | 6:54A | 7:42A | 8:42A |
| 2 | Residents | 6:54A | 7:42A | 8:42A |
| 2 | Doctors | 6:54A | 7:42A | 8:42A |
| 2 | Visitors | 6:54A | 7:42A | 8:42A |
| 1 | Newborn Emmy (Reese) | - | 10:12A | 10:30A |
| 1 | Newborn Emmy (Everleigh) | - | 11:42A | 12:00P |
| 1 | Newborn Emmy (Violet) | - | 1:12P | 1:30P |

Sc 98:
BG from above
| 1 | Newborn Emmy (Sawyer) | - | 2:42P | 3:00P |

Sc 87:
BG from above
| 1 | Nurse *NEW | 1:42P | 2:30P | 4:00P |

2 SI/PD   15 SAG   0 NON   15 TOTAL

**PROPS/SET DRESSING:**
Sc 107 - baby swaddle, health monitors, baby doll, Ryle's hospital ID flower arrangements, baby doll
Sc 106 - Medical instruments, surgical scissors, baby doll
Sc 87 - Exam table, medical chart, medical cleaning supplies, pen light

**HMU/COSTUMES:**
ESTABLISH ALL LOOKS
Sc 107 - Lily post birth, Ryle in work clothes
Sc 106 - Lily in labor, prosthetic belly, Ryle in scrubs, umbilical mults. Jelly/Cream cheese for babies
Sc 87 - Lily immediately after final abuse, Lily damp from rain, Atlas in work clothes, Lily hospital gown, bite mark, blood, Atlas scars/tattoos

**SPECIAL EQUIP:**
ALL DAY - 60' Condor

**STUNT PRE-VIZ AT THE PROD. OFFICE TODAY**

| BASECAMP / B'FAST | WORKING TRUCKS | HOLDING | CATERING |
|---|---|---|---|
| On Site | On Site | On Site | On Site |

| SAFETY BULLETINS | CAST GREEN ROOM | CREW PARKING | |
|---|---|---|---|
| 33 - Infant Actors | On Site | On Site | |

### ADVANCE SCHEDULE

**Tuesday, May 23, 2023**

| SCENE | SET | D/N | PAGES | CAST | LOCATION |
|---|---|---|---|---|---|
| 49 | INT BOSTON BAR (SUMMER)<br>Revelations about a baby and Ryle having an older brother | D19 | 2 | 1, 2, 3, 7 | New Park Taven<br>575 Westside Ave<br>(btwn 6th/7th Sts)<br>Jersey City, NJ 07304 |
| 27 | INT BOSTON DIVE KARAOKE BAR (SPRING)<br>Karaoke sing along. Lily and Ryle smitten with each other | N9 | 2 3/8 | 1, 2, 3, 7 | |
| 40 | INT SPORTS BAR (SUMMER)<br>MONTAGE: Lily and Ryle slow dance | N13 | 1/8 | 1, 2 | |

**TOTAL PGS: 4 5/8**

UPM: Andrea Ajemian    1st AD: Julie A. Bloom    Key 2nd AD: Findlay Zotter

> RYLE
> Lily?! Wait. I'm so sorry. I didn't mean to hurt you.
>
> But Lily doesn't stop- She doesn't slow down- As she UNLOCKS her car- Hops inside and- SLAMS the door- Starts the engine and- Just as Ryle presses himself against the glass of the window- Lily peels away- Ryle looking utterly distraught as his image fades in the background.
>
> A86  **INT. LILY CAR, NIGHT (CONTINUOUS)**                           A86
>
> Lily drives in the pouring rain, her entire body shaking. She can't keep driving. She stops. Trapped. Lost. Scared. Embarrassed. Alone. She picks her phone to call Allysa, then her mom... She puts her phone down. Totally alone.
>
> 86  **INT. ROOTS RESTAURANT, KITCHEN**                                86
>
> CLOSE ON Lily. Soaked from the rain. Tear stained eyes that say it all, looking at:
>
> Atlas. He feels her and turns. His heart breaking. He knows what this means.

87   **INT. ROXBURY GENERAL HOSPITAL - NIGHT**                          87

We find Lily sitting on a examining table, wearing a hospital gown. They sit facing one another in complete silence. Neither move. For an amorphous but long time. Waiting. Then.

LILY
I was never gonna become her.

ATLAS
You're not her. This is just a blip.

He looks at her. So much he wants to say. In this moment they feel 18 again. And, for the first time, Atlas finally sees the HOLLOW HEART TATTOO. It sends chills up his spine. Seeing their emblem of strength punctured and bleeding.

ATLAS (CONT'D)
Is that?

LILY
Yes.

        ATLAS            \*
   I didn't know you'd remember that.      \*

        LILY             \*
   Always.                 \*

She's always loved him. And he finally sees it.      \*

        ATLAS            \*
   There's something I need to tell you. And   \*
   I'm know there's a better time and place,   \*
   but I've walked away from you too many    \*
   times without saying anything, at all and    \*
   I just want you to know--          \*

He's interrupted mid sentence by ER DOCTOR JOHNSON -    \*
female, 50s - bursts in a hurry cleans up the blood from  \*
the BITE MARK left on her collar bone.         \*

       DOCTOR JOHNSON         \*
   Sorry for the delay. Every bed is full     \*
   tonight. I have your paperwork and I see   \*
   you're choosing not to press charges, is    \*
   that correct?               \*

Lily can't bear to look at Atlas as his hands clench in   \*
spite of himself.                 \*

        LILY             \*
   That's correct. It's uh, just. A couple    \*
   of bruises and this here.          \*

She embarrassingly indicates to the bite mark which Dr.  \*
Johnson approaches and cleans as she speaks. She's seen  \*
this too many times to be sappy about it.       \*

       DOCTOR JOHNSON         \*
   We have a certain examination for these   \*
   situations. It's called a SANE exam. It's
   optional, of course, but-

        LILY
   Oh, I, I wasn't... He didn't...

Lily almost says the word **"rape,"** but can't get it out.
Searching her eyes- Dr. Johnson asks-         \*

       DOCTOR JOHNSON         \*
   Did he try?

Lily's eyes drift to Atlas. Seeing the pain in his
expression, she shakes her head. Softly-

                        LILY  
      I don't need the exam, thank you.              *

Nodding grimly, Dr. Johnson flashes a light into both of       *  
her eyes. Glancing at Lily's paperwork-

                    DOCTOR JOHNSON               *  
      I'd like to rule out a concussion, but  
      given your situation, I don't want to  
      administer a CT. I'd like to keep you for  
      observation instead.

                        LILY  
      Why don't you want to administer a CT?

                    DOCTOR JOHNSON               *  
      We don't like to perform X-rays on  
      pregnant women unless it's vital. We'll  
      monitor you for complications and if  
      there are no further concerns, you'll be  
      free to go.

CLOSE ON LILY. The wind knocked out of her. CLOSE ON  
ATLAS. Also rendered speechless. Clocking this-

                  DOCTOR JOHNSON (CONT'D)       *  
      I apologize, did you not know?

Silent, Lily sits stunned.                              *

88    INT/EXT. ATLAS' TRUCK (MOVING) - NIGHT            88  *

Atlas drives through the night, Lily curled up in the       *  
passenger seat - staring out the window, too exhausted to   *  
cry. Too in shock to speak. *Feeling submerged. Silence.*    *

                        LILY                                *  
      There's no Cassie is there?                    *

Nothing.                                                      *

                        ATLAS                             *  
      No.                                                      *

Devastating silence. Their lives could've been so          *  
different.                                                  *

89    INT. ATLAS' HOUSE (VARIOUS) - NIGHT               89

Atlas opens the door as Lily enters his apartment. It       *  
feels familiar. Safe. They stand in the unsaid then, he     *  
sweetly leaves her for a moment.                          *

> ~~-But before Lily enters her office- WATER trickles down her legs. Confused, she stares down at the trickle of water on the floor- Allysa still cluelessly firing off another question-~~
>
> ~~ALLYSA (O.S.) (CONT'D)~~
> ~~Oh and about these invoices. Did you want me to pay them today or wait?~~
>
> ~~OFF LILY- registering what is happening, right as we-~~

106   **INT. BOSTON GRACE HOSPITAL, LILY'S ROOM - DAY**                106

-Find Lily in the middle of intense labor- Ryle entering, \*
wearing his scrubs, having just run from another side of
the hospital, bursting with nerves. He rushes to her           \*
side, puts his hand on the railing. She puts her hand on      \*
his and grips it hard.                                         \*

IN A SERIES OF QUICK CUTS- In a blur of pain and HEAVY
BREATHING- Lily squeezing Ryle's hand with every push-

                        DOCTOR
            She's crowning- Just a few more pushes!

          RYLE                 \*           NURSE              \*
You're doing great. Almost     \*    Don't let it go. Keep    \*
there.                         \*    bearing.                 \*

One final herculean PUSH and SCREAM, and the doctor holds
the baby up.

                     RYLE (CONT'D)                             \*
           There she is... You did it. She's here...           \*
           That's our baby girl.                               \*

As Ryle cuts the umbilical cord, The BABY is placed on
Lily's chest, the absolute greatest moment of her life.
Lily speaks to her as if they're the only two people in
the world.

                        LILY
           There you are. Hi. Hi my angel. It's your
           mama.

107   **LATER-** We find the INFANT CHILD on Lily's chest again,       107
but now she's been cleaned and swaddled in a blanket.
Lily and Ryle can do nothing but stare at her.

                     LILY (CONT'D)
           Look. She's trying to open her eyes.

>                    RYLE
>     Hi, Baby. It's us. It's Mommy and Daddy.

The BABY yawns and Lily and Ryle both smile at each other, having just fallen even more in love with her. In the QUIET that follows, the last NURSE leaves the room and they're finally alone.

>                    LILY
>     Here.

Lily hands the little bundle over, Lily laying her head on Ryle's shoulder. The two still staring at their child.

>                    RYLE                                         *
>     Thank you.                                                  *

Then- In a whisper-                                                  *

>                    RYLE (CONT'D)
>     What do you want to call her?

>                    LILY
>     We could name her after your brother.

In shock, Ryle tilts his head toward Lily. Holding back as best he can. Barely audible-

>                    RYLE
>     *Emerson?*

Nodding- Softly-

>                    LILY
>     Yeah. Little Emmy.                                          *
>          (OFF RYLE)
>     What do you think?

>                    RYLE
>          (words and time choking him)
>     ...Yeah. Yeah... Thank you.

Touched, he leans down and kisses EMMY on her forehead. After a beat, Lily pulls away from his shoulder so she can watch him hold her. It's a beautiful thing. Seeing Ryle's face. As if he would do anything to protect her.

**Seeing this- Lily finally forms her decision.**

>                    LILY
>     Ryle?
>          (plainly, kindly)
>     I want a divorce.

Her words hitting him like voltage, he winces and looks back down at the baby, his shoulders hunched forward.

                       RYLE
        ... Please don't do this.

                       LILY
        ... I'm not making this decision for you
        or for me. *I'm doing it for her.*
            (a beat, simply)
        What would you do? If one of these days,
        this little girl looks up at you and
        says, "My boyfriend hit me." What would
        you say to her?

He pulls Emmy to his chest and buries his face against the top of her blanket, unable to speak. Gently-

                     LILY (CONT'D)
        What if she came to you and said, "Daddy?
        My husband pushed me down the stairs. But
        he said it was an accident."

Ryle's shoulders begin to shake, and for the first time since the day they met, he has TEARS. Real tears that rush down his cheeks as he holds his daughter tightly.

With a strength we haven't seen yet she keeps going.                                    *

                     LILY (CONT'D)
        What if... she came to you and said, "My
        husband held me down while I begged him
        to stop. But he swears he'll never do it
        again. What should I do?"

Ryle kisses the baby's forehead.                                    *

                     LILY (CONT'D)
        Tell me. I need to know what you would
        say to our daughter if the person she
        loves, ever hurts her.

He offers the most Naked Truth he could ever possibly                                    *
muster...

                     RYLE
        I would beg her... to leave him.

He leans toward Lily and wraps an arm around her. His mouth moving to Lily's ear as he cradles his wife and daughter close to his chest.

CONFIDENTIAL                                                            24-CV-10049_0003320

> RYLE (CONT'D)
> And I would beg her never to go back.
> *She's worth so much more.*

With that, they both become a mess of broken hearts and shattered dreams. Holding each other. Holding their daughter.

Then. Ryle hands the baby back to Lily. He stands up, still trying to catch his breath.

He points toward the hallway, letting Lily know he needs to go gather himself. He's sadder than we've ever seen him as he walks toward the door and opens it, pausing, turning to LOCK EYES WITH LILY... as if to thank her for doing what he could never do.

> RYLE (CONT'D)
> It was really nice meeting you Lily Blossom Bloom.

> LILY
> It was nice meeting you Ryle Kincaid.

And then. He's gone.

Left alone in SILENCE, Lily stares upon the bundle in her arms, her flesh and blood, her baby girl.

> LILY (CONT'D)
> There you go bubba.
>     (then)
> It stops here. With you and me.

Leaning in, she kisses Emmy and offers her a very quiet promise... a secret whisper only the walls can hear...

> LILY (CONT'D)
> *It ends with us...*

108  **EXT. MAINE TWO-LANE HIGHWAY - EARLY MORNING**          108

Swooping along a two-lane highway, we find Lily's car-

109  **INT/EXT. LILY'S CAR (MOVING) - EARLY MORNING**          109

-As she makes another pilgrimage back to her hometown. BABY EMMY in the back. Sucking on her pacifier.

110  OMITTED                                                   110