# Exhibit 75

```
 1
 2          ** C O N F I D E N T I A L **
 3    * CONTAINS ATTORNEYS' EYES ONLY MATERIAL *
 4    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 5    Case No. 1:24-CV-10049-LJL
      (Consolidated with 1:25-cv-00449-LJL)
 6    ---------------------------------x
      BLAKE LIVELY,
 7              Plaintiff,
 8         - against -
 9    WAYFARER STUDIOS LLC, a Delaware
      Limited Liability Company, JUSTIN
10    BALDONI, an individual, JAMEY HEATH, an
      individual, STEVE SAROWITZ, an individual,
11    IT ENDS WITH US MOVIE LLC, a California
      Limited Liability Company, MELISSA
12    NATHAN, an individual, THE AGENCY
      GROUP PR LLC, a Delaware Limited Liability
13    Company, JENNIFER ABEL, an individual,
      JED WALLACE, an individual, and STREET
14    RELATIONS INC., a California Corporation,
                Defendants.
15    ---------------------------------x
                 (Caption continued)
16               September 30, 2025
                 10:09 a.m.
17
18         Videotaped Deposition of ISABELA
19    FERRER, taken by Defendants, pursuant to
20    Subpoena, held at the offices of Meister
21    Seelig & Fein PLLC, 125 Park Avenue, New
22    York, New York, before Todd DeSimone, a
23    Registered Professional Reporter and Notary
24    Public of the State of New York.
25

                                            Page 1
```

```
 1              FERRER - CONFIDENTIAL
 2   rehearsals were?  I don't need the exact
 3   date, but month, year.
 4        A.     In June 2023, the day before we
 5   started filming.
 6        Q.     And you said it was two
 7   rehearsals?
 8        A.     Yes.
 9        Q.     How long did the first
10   rehearsal last?
11        A.     I would say around an hour, an
12   hour to two hours.
13        Q.     Who else was present during
14   that rehearsal?
15        A.     The first rehearsal was with
16   the DP, Barry Peterson, Justin Baldoni, and
17   Lizzy, the intimacy coordinator.
18        Q.     If I said the last name Talbot,
19   would that refresh your memory?
20        A.     Yes.
21        Q.     And what is a DP?
22        A.     Director of photography.
23        Q.     Other than Justin, the director
24   of photography, and Lizzy Talbot and
25   yourself, did anyone else participate in
```

Page 32

```
 1            FERRER - CONFIDENTIAL
 2   that first rehearsal?
 3        A.     Yes, my co-star.
 4        Q.     And who was that?
 5        A.     Alex Neustaedter.
 6        Q.     Did anything occur during that
 7   first rehearsal that caused you any concern
 8   with any of the defendants?
 9            MS. ROESER:  Objection.
10        A.     No.
11        Q.     Then we can move on to
12   rehearsal number two.  That was also the
13   day before regular -- filming of the movie
14   started?
15        A.     So I'm recalling now that I
16   believe this rehearsal was the day before
17   the second rehearsal.  I think they -- they
18   were in two days.  So this first intimacy
19   rehearsal was the day before, sorry, I'm
20   repeating myself, the second rehearsal
21   which then was the day before filming.  So
22   there were two days of rehearsing put
23   separately.
24        Q.     And did the same people
25   participate in this other rehearsal?
```

Page 33

```
 1              FERRER - CONFIDENTIAL
 2   wrong or a number wrong, you will have an
 3   opportunity to correct that.
 4        A.     Okay.
 5        Q.     During those six to seven days
 6   in 2023 when you participated in filming,
 7   was Blake Lively present?
 8        A.     The one day in May she was
 9   present because she was filming.  Outside
10   of that, no.
11        Q.     And was Blake Lively present on
12   that one day in February of 2024 when you
13   had to do, was it a reshoot?
14        A.     No, but there was a day in
15   January where I did reshoots and she was
16   present.
17        Q.     Okay.  On the day in May of
18   2023 when Blake Lively was present, how
19   long was she present for?
20               MS. ROESER:  Objection.
21        A.     I don't recall.  I was there
22   for less time than she was.
23        Q.     Did you interact with her at
24   all on that May 2023 date?
25        A.     Yes.
```

Page 39

```
 1              FERRER - CONFIDENTIAL
 2                MS. ROESER:  Objection.
 3       A.      Yes.
 4       Q.      How many times did you witness
 5  inappropriate or unwelcome actions, conduct
 6  or comments during the production of the
 7  film?
 8       A.      From what I recall, three
 9  times.
10       Q.      When was the first event?
11       A.      The first one was during an
12  intimacy scene, or an intimate scene.
13       Q.      Do you recall what month and
14  year that was?
15       A.      June 2023.
16       Q.      Was that during a rehearsal or
17  filming or something else?
18       A.      During filming.
19       Q.      Where did that scene --
20  withdrawn.
21              Where was that scene being
22  filmed?
23       A.      In the house where I was
24  filming most of my scenes for that week.
25       Q.      Was that in New Jersey?
```

Page 67

```
 1              FERRER - CONFIDENTIAL
 2   rehearsal?
 3         A.     After the rehearsal.
 4         Q.     And the scene was actually
 5   filmed; is that correct?
 6         A.     Yes.
 7         Q.     Can you read what you wrote to
 8   Lizzy Talbot?
 9         A.     Sure.  "Thank you so so much
10   for your help!!  You were incredible and
11   given I've never done that before I felt
12   like it was the easiest thing ever!  So
13   thank you!!"
14         Q.     And was that sent after an
15   intimate scene had been filmed?
16         A.     Yes.
17         Q.     Did you have any issues,
18   concerns, or problems with that scene?
19                MS. ROESER:  Objection.
20                MR. MICHELMAN:  Objection.
21         A.     Other than what I referenced
22   earlier?
23         Q.     Yes.
24         A.     No.
25         Q.     Other than what you have
```

Page 109

```
 1            FERRER - CONFIDENTIAL
 2   why would they be so adamant on having her
 3   not like Blake if they didn't feel like
 4   maybe it had something against them.
 5         Q.    Did Ms. Hoover share with you
 6   at that time that Ms. Lively had raised
 7   concerns about Mr. Baldoni and Mr. Heath's
 8   conduct on set?
 9         A.    There was like a general
10   understanding that Blake and others in the
11   cast, like the older people in the cast,
12   didn't like him, but there was never any
13   specifics really referenced at that point
14   yet, other than what Colleen had said to me
15   about her own experience.
16         Q.    You attended an event called
17   Book Bonanza, right?
18         A.    Yes.
19         Q.    Where was that?
20         A.    In Texas, Fort Worth -- Dallas,
21   Texas, I think.
22         Q.    In Texas?
23         A.    Texas.
24         Q.    Okay, that's good enough.  And
25   was that roughly in June/July 2024?
```

Page 272

```
 1                FERRER - CONFIDENTIAL
 2        A.      In June, yes.
 3        Q.      What is Book Bonanza?
 4        A.      It is a festival that I think
 5   Colleen had been doing for a long time that
 6   is for book fans, and, yeah.
 7        Q.      Who else attended Book Bonanza
 8   from the film?
 9        A.      Brandon Sklenar, the producer,
10   Alex Saks, was there, Blake, and Colleen
11   and me.
12        Q.      Who invited you to attend Book
13   Bonanza?
14        A.      Colleen.
15        Q.      Mr. Baldoni did not attend Book
16   Bonanza, correct?
17        A.      Yes.
18        Q.      Do you know -- do you have an
19   understanding of why he did not attend?
20        A.      Colleen expressed to me that he
21   was meant to go and then due to the recent
22   light of events that had happened with him,
23   I think the dinner that they had had, it
24   seemed, again, the post-production conflict
25   that was occurring, Colleen didn't feel
```

Page 273

```
 1              FERRER - CONFIDENTIAL
 2   comfortable doing the festival with him
 3   anymore, and so took him off of that.  I
 4   don't know if it was her specifically
 5   taking him off, but I know that it was
 6   meant to be him and then it wasn't and then
 7   it was Blake and Brandon, and then I was
 8   invited on.
 9         Q.    Colleen expressed to you
10   something to the effect that she wasn't
11   comfortable with Mr. Baldoni attending Book
12   Bonanza?
13         A.    Yes.
14         Q.    And did she share with you that
15   she wasn't comfortable with Mr. Baldoni
16   attending Book Bonanza because of the
17   behaviors on set as well as at the dinner
18   that she had been to with him?
19              MR. SCHUSTER:  Objection.
20         A.    Yes, and just the -- I think
21   the main thing that I remember her having
22   discomfort with is the fact that he had
23   been lying about her religion and her
24   religious faith and telling people that she
25   was of Bahá'í faith when she wasn't.  I
```

Page 274

```
 1            FERRER - CONFIDENTIAL
 2   think that was the main thing of her
 3   discomfort.
 4        Q.    If you could turn to Exhibit 3
 5   in front of you.  I'm looking at the page
 6   stamped IF_18.  I believe this is the chain
 7   between -- a text chain between you and two
 8   friends, right?
 9        A.    Yes.
10        Q.    At the bottom of page -- of the
11   page stamped IF_18 you write "I know now
12   that I will be doing a press event in
13   Dallas with Colleen in Justin's place.
14   Colleen disinvited him."
15            Do you see that?
16        A.    Yes.
17        Q.    And does that refresh your
18   recollection that Colleen disinvited Justin
19   from attending Book Bonanza?
20        A.    That was a bit of an
21   assumption.  I can't say for sure, but from
22   my recollection, I do think she definitely
23   had a say in whether or not he was there.
24        Q.    Okay.  Are you aware of anyone
25   other than Ms. Hoover uninviting
```

Page 275

```
 1                FERRER - CONFIDENTIAL
 2    Mr. Baldoni from Book Bonanza?
 3         A.    No.
 4         Q.    There was a cut of the film
 5    screened at Book Bonanza, right?
 6         A.    Yes.
 7         Q.    Are you aware if the cut that
 8    was screened was Blake's cut or Justin's
 9    cut?
10         A.    Blake's cut.
11         Q.    And did you have an
12    understanding that Ms. Hoover supported
13    Blake's cut of the film?
14         A.    Yes.
15         Q.    What was the fan reaction to
16    the cut at Book Bonanza?
17               MR. SCHUSTER:  Objection.
18         A.    Very positive.
19         Q.    Standing ovation?
20               MR. SCHUSTER:  Objection.
21         A.    Yes.
22         Q.    You were at Book Bonanza,
23    correct?
24         A.    Yes.
25         Q.    You were sitting in the
```

Page 276