# Exhibit 77

<u>RIDER</u>

TO:		ACTING SERVICES AGREEMENT (THE "AGREEMENT")

DATED:		June 18, 2023

PARTIES:	Isabela Ferrer ("Artist") and It Ends With Us Movie LLC ("Company")

PICTURE:	"It Ends With Us" ("Picture")

1. The following, which shall constitute a Rider to the above-specified Agreement, contains provisions which shall be deemed incorporated into the Agreement as if set forth therein in full. In the event of any conflict between the provisions of this Rider and the Agreement, the provisions of this Rider shall prevail.

2. Artist warrants and represents that prior to the time Artist and Company entering into the Agreement, Company informed Artist that Artist's role in the Picture might require Artist to appear and be photographed in simulated sex scenes (such scenes being hereinafter referred to as "simulated sex scenes"), which such simulated sex scenes shall not contain any nudity whatsoever. Artist acknowledges and agrees that Artist has accepted such engagement in the Picture with full knowledge of Artist's required participation in simulated sex scenes as set forth in Exhibit "A", which is attached hereto and incorporated herein by this reference, and Artist's execution of the Agreement constitutes written consent by Artist to appear in said simulated sex scenes and to perform therein as required by Company.

3. Artist hereby further acknowledges and agrees that Company may include in the Picture any such simulated sex scenes as Company may determine, and Company may exhibit, license, broadcast, distribute and/or exploit the Picture containing such simulated sex scenes as Company may determine in perpetuity, in all media, throughout the universe. Subject to the scenes described in Exhibit "A", Company agrees that in no event shall there be any additional photography/filming or any inclusion in any scenes in the Picture or use, exploitation or distribution in any other medium or for any purpose of Artist appearing nude or in any other simulated sex scenes.

5. Company shall not authorize, permit or allow any footage, still photograph, capture, recording or likeness of Artist engaged in simulated sex to be reproduced in any manner whatsoever from any frame, footage or outtake of the Picture or otherwise or used for any purpose whatsoever, including, but not limited to for or in connection with any merchandising, commercial tie-in, promotional materials, DVD, special features, bloopers, outtakes, behind-the-scenes, covers, jackets, publishing, advertising, publicity, trailers or otherwise without Artist's prior written approval in each instance, provided, that the foregoing shall in no way limit the Producer's right to use Artist in the footage as part of the final edited version of the Picture pursuant to all terms and conditions herein. For the avoidance of doubt, Company shall not use nor shall Company assign, use, license, issue, reproduce or authorize the use, license, issuance or reproduction of any frame, footage, stills or likeness of Artist which includes, involves or depicts Artist's simulated sex other than in the final version of the

1

Picture intended for release pursuant to all terms and conditions contained herein. Company must inform in writing and notify all applicable third parties of and to all obligations herein.

6. Company agrees that during any such simulated sex scenes (in accordance with the foregoing restrictions) the set shall be closed to all persons except those essential members of the cast and crew, and there shall be no still photographers or photographs of any kind, including, but not limited to camera phones, taken or present on set (unless otherwise pre-approved in writing by Artist). Cell phones and all non-essential cameras shall be barred from the set during the filming of any and all scenes/footage in which Artist is engaged in simulated sex.

7. There shall be no use of a body double or any CGI or other digital creation/modification of any photography/footage or scenes in any manner which involves Artist's simulated sex without Artist's prior written approval in each instance. If Artist approves of any doubling/digitization, such double/digitization shall only be depicted as set forth in the approved scene and bound to the same terms of this Rider.

8. Company agrees that during the showing of dailies, Company shall limit the personnel viewing the dailies to necessary and essential personnel only (i.e., creative executives, legal representatives and other essential individuals who customarily view dailies in connection with the production and first class feature films in the entertainment industry in Los Angeles, California). Any shot footage in which Artist is engaged in simulated sex which is/are not used in the final version of the Picture intended for release shall be destroyed as soon as practicable after completion of such version (i.e., complete delivery of the Picture to the domestic distributor). Company shall use good faith efforts to notify Artist upon destruction of such footage and provide Artist with a certificate of destruction.

[SIGNATURE PAGE FOLLOWS]

CONFIDENTIAL

ACCEPTED AND AGREED BY:

DocuSigned by:

_____
6ADE29CF08D743F...
ISABELA FERRER ("Artist")

3

CONFIDENTIAL

# EXHIBIT "A"

## Simulated Sex Scene

1. Scene 48/59 - **Simulated Sex:** Artist consents to simulated vaginal sex Artist under her scene partner covered by a sheet. A barrier will be provided for her comfort and protection. For absence of doubt there will be no nudity during this scene.

4

**DocuSign**

## Certificate Of Completion

Envelope Id: 886E96F2C922429D859DEABC3A95F607
Subject: Complete with DocuSign: IEWU / Isabela Ferrer / Simulated Sex Rider
Source Envelope:
Document Pages: 4               Signatures: 1                   Status: Completed
Certificate Pages: 2            Initials: 0                     Envelope Originator:
AutoNav: Enabled                                                Jacqueline Eckhouse
EnvelopeId Stamping: Enabled                                    555 West 25th Street
Time Zone: (UTC-08:00) Pacific Time (US & Canada)               4th Floor
                                                                New York, NY  10001

                                                                IP Address: ▮

## Record Tracking

Status: Original                Holder: Jacqueline Eckhouse     Location: DocuSign
6/21/2023 10:30:19 AM           ▮

## Signer Events | Signature | Timestamp

**ISABELA Ferrer**
▮
Security Level: Email, Account Authentication (None)

DocuSigned by: [signature] —6ADF29CF08D743F...
Signature Adoption: Drawn on Device
Using IP Address: ▮
Signed using mobile

Sent: 6/21/2023 10:32:50 AM
Viewed: 6/21/2023 10:33:01 AM
Signed: 6/21/2023 10:33:14 AM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

## Agent Delivery Events | Status | Timestamp

## Intermediary Delivery Events | Status | Timestamp

## Certified Delivery Events | Status | Timestamp

## Carbon Copy Events | Status | Timestamp

Grace Ward
▮
Security Level: Email, Account Authentication (None)

**COPIED**

Sent: 6/21/2023 10:32:51 AM
Viewed: 6/21/2023 10:36:58 AM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

Jacqueline Eckhouse
▮
Partner
Sloss Eckhouse LawCo
Security Level: Email, Account Authentication (None)

**COPIED**

Sent: 6/21/2023 10:32:51 AM
Resent: 6/21/2023 10:33:16 AM

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

## Witness Events | Signature | Timestamp

## Notary Events | Signature | Timestamp

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/21/2023 10:32:51 AM |
| Certified Delivered | Security Checked | 6/21/2023 10:33:01 AM |
| Signing Complete | Security Checked | 6/21/2023 10:33:14 AM |
| Completed | Security Checked | 6/21/2023 10:33:14 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

CONFIDENTIAL