# Exhibit 79

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 1 | Date Range: 2/28/2023 |

## Outline of Conversations

💬 **RR-FullMessages-0197733** · 1 message on 2/28/2023 · Justin Baldoni ███ · R Reynolds ███ · R Reynolds ███

CONFIDENTIAL
RR-SUBPOENA-000000049

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **RR-FullMessages-0197733**

**RR**    R Reynolds ◼◼◼◼◼◼      ◀ 2/28/2023, 5:47 AM

Hey Justin -

Sorry for the delay. I've been in a writing cave, and the girls are sick... again. I'm told they HAVE an immune system but it's in beta testing.

What a loving and generous message. Thank you. We're both looking forward to getting to know you and your family better. We're also big fans over here. Since before we met, and more-so after.

You've been a wonderful collaborator with B and that means a great deal — to both of us. Being a stand up person is everything. And you've been just that since day one. Thank you.

You've hit the jackpot with B. She literally passes on every film and every filmmaker all the time. But one thing I know — and I speak from a deep wellspring of experience here; having her in your court behind the scenes, as a creative, is invaluable. I'm certain Shawn Levy would say the same. Some of the greatest creative decisions "I've" made are in fact Blake. The same goes for Shawn. The acting is a small piece of a pretty astounding patchwork quilt of creativity. More than anything, I rely on her taste. Far beyond movies, I really on her taste for all aspects of my businesses. That multidimensional creative output is something I can see in BOTH of you. I'm excited for you to work together. I'm excited for Blake to crack open her creative piggy bank with someone as dynamic as you. This is gonna be INCREDIBLE.

And thank you for understanding what it means to me personally to have my family reunited as soon as possible. Nothing means more to her either, I can promise you. We're hardwired for keeping our family together. It's how to win us, and also how to kill us when we can't. We never split up. Ever. It was a huge thing for us on this film. I tried to push our start date but Marvel booked studios last July, and Hugh's timing was locked. I've been frantically smashing out my third pass of the script to address structural changes but mostly to get our budget down and shorten the shoot, so I can fly back with the girls when school starts.

We see and appreciate that you already moved significantly to make it work with her schedule because of the film she'd already committed to. Which thankfully, she was able to gracefully punt (she tried before but didn't share how hard).

All this to say. I'd have your line producer's face tattooed to my perineum if he/she/they can figure out how to start two weeks earlier. Completely understand how big of an ask that is. But the perineum is one of the most nervy parts of the human body to expose to trauma. So…

Looking forward to seeing you. And thank you again for all you're doing.

I happen to adore you, Justin.
xo

CONFIDENTIAL
RR-SUBPOENA-000000050