# Exhibit 80

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 2 | Date Range: 4/24/2023 - 4/25/2023 |

## Outline of Conversations



**BL-FullMessages-0796707** • 2 messages between 4/24/2023 - 4/25/2023 • Louis ▮▮▮ •
?B? ▮▮▮

CONFIDENTIAL
BL-000018761

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0796707**

\# **?B?** ▮▮▮▮▮▮▮▮      ◀ 4/24/2023, 10:44 PM

🥯 for the win. Thompkins square delivers and their everything as well as French toast bagel 😋😋😋

Thank you so much for the sweet message. That photo was from a year ago tho. Wish it's what I looked like. 😊

I actually had my director/costar call my trainer today to ask what I'll weigh in two weeks when we shoot. Because he's worried about his back and bone density and wants to be sure he's ok to lift me up for our sex scenes. I've committed to only eating bagels from now on also. He's an actual donkey.

I'm ranting about strangers.

## Redacted - Non-Responsive

L **Louis** ▮▮▮▮▮▮▮      ▶ 4/25/2023, 7:32 AM

I'm sorry…WHAT?????? Literally WHAT THE F*CK???? Who the F is your director ? Who the F is your costar??? How is this ok? How are these two still allowed to be in the same room as you and not SERIOUSLY called to the table?? They need to thank F*ing god that they have you and not anyone else. More gorgeousness packed into one human and it would take 6 others to fill one set of your shoes. Please dear god tell me who these people are. But if out respect you feel you shouldn't ….you SO know I will know very soon and will enjoy planning what can be subtly said in the future where they would have NO idea 😈

CONFIDENTIAL                                                                                                                              BL-000018762