# Exhibit 83

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 4/25/2023 |

## Outline of Conversations

 **BL-FullMessages-0796715** • 10 messages on 4/25/2023 • Louis ▓▓▓▓▓ • ?B? ▓▓▓▓▓

**Messages in chronological order** (times are shown in GMT -04:00)

 **BL-FullMessages-0796715**

\# **?B?** ◀ 4/25/2023, 10:04 PM

**Redacted - Non-Responsive**

And I know you feeling rage at a stranger shouldn't feel good, but damn it did. It was strangely healing. He's a bag of hot gas. But he still made me feel bad. And very upset. Even though I know he's a clown, it still hurts. So thank you for circling your wagons around me 🥰 I'll send you his Instagram. He is so cringe. He got the rights to this MASSIVE book. He's cast himself to star and direct. I chose to bet on him. And I also own a huge piece of the movie so I'm having to bet on myself. But yikes that gave me a crisis of confidence. I had a 3 hour meeting w him today. He got it loud and clear but still. Being a woman in this industry 🤦‍♀️🤦‍♀️🤦‍♀️

\# **?B?** ◀ 4/25/2023, 10:05 PM

For your cringe pleasure

\# **?B?** ◀ 4/25/2023, 10:05 PM

https://www.instagram.com/reel/Cq8Sr0BAKzw/?igshid=YmMyMTA2M2Y=Attachment Title: A6F8AF47-86F5-46BD-9733-61F58DCE6B30.pluginPayloadAttachmentAttachment Title: ECE56E5A-DE9E-4442-98F7-A8E670AF5F31.pluginPayloadAttachment

*Attachment: A6F8AF47-86F5-46BD-9733-61F58DCE6B30.pluginPayloadAttachment (18 KB)*

L **Louis** ▶ 4/25/2023, 10:31 PM

Oh
My
GOD.

I can NOT watch him,
He is a liar and a fake and he is full of shit.
SO FULL OF SHIT .

Ok I am done:

YOU will be the reason this film gets made and works. Not him.
It's a MOVIE not a sound bite , and he will quickly realize he will need you tremendously to take him through this
Just wait.
He will have his melt down because he is going to realize he ISNT all that… and he will have to rely on YOU !!!!!!

And when that happens … PLEASE DEAR GOD … Gloat gloat gloat (to me )🤣

\# **?B?** ◀ 4/25/2023, 10:33 PM

?

\# **?B?** ◀ 4/25/2023, 10:33 PM

That's so well said it's a movie not a sound bite

\# **?B?** ◀ 4/25/2023, 10:36 PM

He had a bit of that melt down today when I told him

"I need nothing from you on this film as an actor or director. I'm good. I've got me. I only need one thing from you.

Not to make me feel like shit.

I don't even need you to make me feel confident. I've got that.

I only need the bare minimum from you. Just don't make me feel like shit. That's your only job. I've got the rest. "

\# ?B? ◀ 4/25/2023, 10:37 PM

He audibly sobbed.

It was the performance of a Lifetime    …original movie

L Louis ▶ 4/25/2023, 10:38 PM

I wish I had been in the room .

YES YES YES !!!

He has NO IDEA what is getting ready to hit him.
And I bet the wife is dealing with a totally different person than he professes to be on IG .

Me thinks you have a bit of a narcissist on your hands. But I think you've got it covered .

Again…. Please please gloat when it happens 😈

\# ?B? ◀ 4/25/2023, 10:46 PM

Do you know how happy that would've made me if you were in the room.

This man is terrified of women.

His wife. My god. I keep imagining that I'm going to have to ask her to blink twice if she needs to be extracted.

I will gloat 😈 thank you for reminding me that we have permission to do so. I'll share any good ones w you.

And yes. You called it. Narcissist beyond. "Im not a unicorn as has so often been said". Dear. GOD.

CONFIDENTIAL                                                                                                                BL-000021595