# Exhibit 87

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                       ---oOo---
 4
 5   BLAKE LIVELY,
 6              Plaintiff,
 7      vs.       CASE NO. 24-CV-10049-LJL (LEAD CASE)
                            25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                  Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                    **CONFIDENTIAL**
18
19       VIDEO-RECORDED DEPOSITION OF VIVIAN BAKER
20                Los Angeles, California
21              Friday, September 12, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

Page 82

1   Mr. Heath arrived unannounced to Ms. Lively's
2   trailer?
3       A    Not anything specific and certainly not
4   anything quite like that.
5       Q    Over the course of production on the
6   film, did you or Ms. Carroll take any steps to
7   prevent unannounced or uninvited entries to the
8   trailer?
9       A    Because of where Anne was stationed and
10  where she worked -- she worked very closely to that
11  door -- she told me that she began to lock the door.
12  And it wouldn't necessarily be all the time because
13  the ADs need to come in, and so you wouldn't -- you
14  know, or Blake's assistants may need to come in.
15  You wouldn't necessarily want to have the door
16  locked because then you're going to have to open it.
17  But there were times that I think she decided if
18  we're definitely going to be in a place of undress,
19  she may lock the door.  We were also in a hurry.
20  But it's a little unusual to lock the door.  But
21  Anne began to lock it, from time to time.
22      Q    And was that to protect Ms. Lively's
23  privacy?
24      A    It would protect someone from being able
25  to come in without us opening the door for them to

CONFIDENTIAL

Page 149

1   conversations; is that a -- an accurate description?
2        A    It is accurate.  It's also accurate for
3   me to be that way prior t ████████████████████
████████████████████████████████████████████████
████████████
██      ██████    ████████████████████████
████████████████
██      ████████████
██      ██████
██      ████
██      ████████████████████████████████
████████████████████████████████
██      ██████████████
██      ████████████████████████████████
████████████████████████████████████████████████
████████████████████████████
17              MS. BENDER:  Objection.
18              THE WITNESS:  Of course not.
19   BY MS. GAROFALO:
20        Q    Okay.
21             Did you ever see Steven Sarowitz on the
22   set of It Ends with Us?
23        A    I wasn't aware if he was.
24        Q    Okay.  You met Mr. Sarowitz, though, is
25   that correct, during the production?

Page 150

1  A   I'm not aware of meeting him.  I -- I may
2  have, but I am not aware.
3  Q   Okay.  So then I -- I assume it's correct
4  that Mr. Sarowitz did not make any sexual advances
5  to you during the filming?
6  A   That would be correct.
7  Q   Okay.  And he didn't do anything that you
8  deem inappropriate in connection with the production
9  of the movie that you witnessed; is that correct?
10 A   That is correct.
11     MR. ROBERTSON:  Objection to form.
12     MS. BENDER:  Objection.
13     THE WITNESS:  That is correct.
14 BY MS. GAROFALO:
15 Q   Was it your impression that Ms. Lively
16 didn't like Mr. Baldoni very much?
17     MS. BENDER:  Object.
18     THE WITNESS:  Generally, that was not my
19 impression.
20 BY MS. GAROFALO:
21 Q   Did Ms. Lively ever criticize
22 Mr. Baldoni's skills as a director to you?
23 A   I'm not aware of that.
24 Q   Okay.  So you don't recall any instance
25 which Ms. Lively complained that he was incompetent,