# Exhibit 89

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 33 | Date Range: 12/4/2024 - 12/5/2024 |

## Outline of Conversations

💬 **BL-FullMessages-0205041** • 33 messages between 12/4/2024 - 12/5/2024 • Taylor _ ▓▓▓▓▓▓▓ • ?B? ▓▓▓▓▓▓▓

ATTORNEYS' EYES ONLY
BL-000021208

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **BL-FullMessages-0205041**

**?B?** ▬▬▬▬▬▬▬▬   ◀ 12/4/2024, 8:14 PM

Hey, just checking in. I have no reason to ask, but I donno, I've been feeling like I should… is everything ok? I felt like a bad friend lately because I was such a sad sack who only talked about my own shit for months. You were generous to not only be the key person there for me during all of it, but also to let me off the hook for being so in it. But I still have a feeling something may not be right. I told Ryan. He said to just ask you. But I felt so stupid and like it sounded needy and awkward for everyone, especially bc I can't explain why I have this feeling. And you know I have toxic masculinity so I can't be needy 😬. But also, I do want to know everything is good so I'm asking. I always want the opportunity to be a better friend if there's something I unintentionally did. I know how busy and taxed you are - physically, emotionally, practically, so I don't expect any more from you ever. Just want to make sure all is good ❤️❤️❤️

**Taylor _** ▬▬▬▬▬▬▬▬   ▶ 12/4/2024, 9:42 PM

No you're not wrong, but it's also not a big deal. I think I'm just exhausted in every avenue of my life and in recent months had been feeling a little bit of a shift in the way you talk to me. Yes there has been a lot of the Justin stuff but I've been through things like this before and I know how all consuming it is. It's more like… and I feel really bad saying anything about this because your texts have been so nice in their intent but your last few… it's felt like I was reading a mass corporate email sent to 200 employees. You said the word 'we' like 18 times. And it feels awful to be in any way critical of any way you process what you've been going through but I just kinda miss my funny, dark, normal-speaking friend who talks to me as herself, not like. A plural unit. When it's a group I'm hearing from, I feel distanced from you even more than we are geographically. [Redacted - Non-Responsive]

[Redacted - Non-Responsive]

[Redacted - Non-Responsive] And I know you feel attacked from all sides for ridiculous reasons so you're feeling like you have to overly explain things or be overly nice or whatever but. It's me! That's just caused a little distance! [Redacted - Non-Responsive]

**Redacted - Non-Responsive**

[Redacted - Non-Responsive] And you don't need to apologize. Just come back please. 🙏

**?B?** ▬▬▬▬▬▬▬▬   ◀ 12/5/2024, 1:58 AM

Dear Valued Customer,
Thank you for your feedback. We at headquarters are reviewing your concerns and will get back to you in a timely manner.

For real though. You're right. I literally deleted the awful thing I was gonna end that bit with because I've become digitally paranoid. I don't know if you experienced that with phone calls after what happened to you, but after the thousands of text messages that weren't meant for me that I've been reading, I've internalized that everything digital may be public. I say that knowing it's irrational. But my brain can't accept rationale there. So yeah, I've been texting like I'm writing. Not like me talking. I didn't realize that until you pointed it out, but I see it.

On top of that, I'm over packaging simple things bc I've felt so I deeply misunderstood that I don't trust my judgement of myself anymore. That sounds over the top but it's true. This fucking guy and what he did to me gave me an identity crisis. Legitimately.

The thing that spooked me most in all this though, wasn't the bad guys being bad guys, it was the good guys, my lifelong friends -allies to women- who quietly dipped. And so I'm probably being over the top with my friends who stayed because I've never felt more alone.

The track is very violin heavy. I hate it.

Point is, I'm being a stupid paranoid weirdo and felt it but didn't know where or how or when, so thank you for telling me and for saying I don't need to apologize and for not making it a big deal. But I am sorry. To you. And I'm sorry to me and to our kids. Fuck that guy and fuck his whole gaggle of supervillains.

You've got enough on you. You don't need to write back to all this. Just letting you know I see it now. And thank you. I'm excited for you to be done with suitcases, constant sinus infections and torn up kneecaps. So close.

Your submission will be processed shortly. We thank you again for your patronage.

Blakel Inc.

T  **Taylor _** ▶ 12/5/2024, 2:01 AM
First paragraph took me OUT

\#  **?B?** ◀ 12/5/2024, 2:03 AM
If only I sent you the unplugged version. ☠️

\#  **?B?** ◀ 12/5/2024, 2:30 AM
I sent you a voice memo but it doesn't show on our thread. Which is really helping my case of not trusting phones 😰💭 did it go through?

T  **Taylor _** ▶ 12/5/2024, 2:31 AM
Yes! I'm just falling asleep but will listen tomorrow! Love you

\#  **?B?** ◀ 12/5/2024, 2:31 AM
It's the length of a mini series. Sleep.

\#  **?B?** ◀ 12/5/2024, 2:32 AM
Xx love you

T  **Taylor _** ▶ 12/5/2024, 3:15 PM
I think this bitch knows something is coming because he's gotten out his tiny violin

Attached URL: https://p28-content.icloud.com/MY4E4F33D60F6FBDF19A797122EF77A09DFDA48853F6F92F189A3DEB25B78F1F3A.21F788CE698EE1A9.C01USN00Attachment Title: IMG_3326.jpg



Image: IMG_3326.jpg (1 MB)

\#  **?B?** ◀ 12/5/2024, 3:21 PM
It's rings different when he doesn't end the story by saying "Did I always listen when they said no? No." like he did with me. But that must not've tested well in the focus group.

\#  **?B?** ◀ 12/5/2024, 3:21 PM
He's being honored at the vital voices for women event on Monday.

T  **Taylor _** ▶ 12/5/2024, 3:22 PM
This is so disgusting and I hate that he's clever about this shit

| # | ?B? | 12/5/2024, 3:22 PM |

This inspiring event celebrates men who are using their platforms, influence, and leadership to elevate women, combat gender-based violence, and promote gender equality worldwide.

| T | Taylor _ | 12/5/2024, 3:22 PM |

Well not him, her

| # | ?B? | 12/5/2024, 3:23 PM |

He's not. He just has a team. Yeah. Her. And his publicist Jennifer Abel.

| # | ?B? | 12/5/2024, 3:23 PM |

And the comms people at his studio.

| T | Taylor _ | 12/5/2024, 3:23 PM |

He needs to be beaten by his OWN words

| # | ?B? | 12/5/2024, 3:23 PM |

Everyone weighs in before we responds to a text, writes and email, or trims his hair. It's wild everyone participates.

| # | ?B? | 12/5/2024, 3:25 PM |

Yeah. I actually think it's important he's honored. And to all the people honoring him and not taking a moment to question… no one talks to him, no one will say his name, no one follows him, yet they all are close with each other.. maybe it was him? Nahh it was the women because they wore flowers. That's how you know.

| T | Taylor _ | 12/5/2024, 3:25 PM |

Jesus Christ

| T | Taylor _ | 12/5/2024, 3:28 PM |

Is everything still on track

| # | ?B? | 12/5/2024, 3:38 PM |

Oh yes.

| # | ?B? | 12/5/2024, 3:38 PM |

A week later tho

| # | ?B? | 12/5/2024, 3:38 PM |

But worth the wait

| T | Taylor _ | 12/5/2024, 3:38 PM |

Ok that's perfect

| T | Taylor _ | 12/5/2024, 3:38 PM |

His own words, that's gonna be powerful

| # | ?B? | 12/5/2024, 3:39 PM |

That's what wild about this entire thing. Everything is in their own words.

| T | Taylor _ | 12/5/2024, 3:40 PM |

It's the only way to beat liars and hypocrites

| # | ?B? | 12/5/2024, 3:42 PM |

Can you imagine feeling as confident as these predators that you're going to always get away with it. Him accepting an award as an ally for women.
And Scooter going about he world with his head held high as he co owns and funds a crisis PR company that silences women m.

ATTORNEYS' EYES ONLY                                                                                                    BL-000021211

T  **Taylor _** ▶ 12/5/2024, 3:42 PM
It's like a horror film no one knows is taking place

># **?B?** ◀ 12/5/2024, 3:44 PM
Oh but they will. It's the only thing that can come of this. The good that protects other women from this happening to them

# **?B?** ◀ 12/5/2024, 3:43 PM
Meanwhile I walk around feeling death sentence guilty and apologetic for being sarcastic and liking a theme party

ATTORNEYS' EYES ONLY