# Exhibit 90

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 5/26/2023 |

### Outline of Conversations

 **BL-FullMessages-0062751** • 1 message on 5/26/2023 • Justin Baldoni ▇▇▇▇ • ?B?
▇▇▇▇

ATTORNEYS' EYES ONLY                                                                                              BL-000011537

**Messages in chronological order** (times are shown in GMT -04:00)

---

**BL-FullMessages-0062751**

JB  **Justin Baldoni** ▮▮▮▮▮▮  ▶ 5/26/2023, 3:07 PM

Blake, ugh. I'm so sorry to hear you and baby are sick. 💔 I know It's literally the last thing you needed right now on top of a tough week. I pray it comes and goes with mild symptoms and more than anything that he is okay. If you feel up for it im here absolutely anytime and would love to check in. I know this week was a lot and im committed to making things run smoother across the board.

ATTORNEYS' EYES ONLY                                                                                                                   BL-000011538