# Exhibit 92



CONFIDENTIAL

BL-000033431