# Exhibit 93

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 5/26/2023 - 5/27/2023 |

## Outline of Conversations

 **BL-FullMessages-0877991** • 5 messages between 5/26/2023 - 5/27/2023 • Ange Gianetti <███████> • ?B? <███████>

CONFIDENTIAL BL-000007955

**Messages in chronological order** (times are shown in GMT -04:00)



💬 **BL-FullMessages-0877991**

\# **?B?** <▮▮▮▮▮> ◀ 5/26/2023, 9:46 PM

I'm happy for you to tackle the 1st AD issue if you're willing. We need a very experienced leader to run that set. Asap or we won't get the movie.

Our lead producer/studio has never worked on a film set before in his life.

It's irrefutable that we are lacking experienced leaders at the top. And the days are showing it.

Let's start w the 1st AD and tackle the other leadership issues next. This is most pressing

\# **?B?** <▮▮▮▮▮> ◀ 5/26/2023, 9:47 PM

Thank you for stepping in. This has been too much to hold alone.

\# **?B?** <▮▮▮▮▮> ◀ 5/26/2023, 9:48 PM

I really appreciate it. X

AG **Ange Gianetti** <▮▮▮▮▮> ▶ 5/26/2023, 11:25 PM

Understood. Will get into 1st AD now.

\# **?B?** <▮▮▮▮▮> ◀ 5/27/2023, 12:34 PM

🙏❤️ thank you. I appreciate it.