# Exhibit 94

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 14 | Date Range: 6/4/2023 |

## Outline of Conversations



**BL-FullMessages-0085557** • 14 messages on 6/4/2023 • Alex Saks <■> • B <■> • ?B? <■>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0085557**

**AS** — Alex Saks <█████████> — 6/4/2023, 1:58 PM
Absolutely zero pressure, but let me know if you want to speak w our new AD today, otherwise you'll meet him and his 2nd in the morning.

**AS** — Alex Saks <█████████> — 6/4/2023, 1:58 PM
Their names are Alex Finch and George Lambert

**#** — ?B? <█████████> — 6/4/2023, 2:01 PM
I can meet them tomorrow thank you though!

**AS** — Alex Saks <█████████> — 6/4/2023, 2:01 PM
Of course!

**AS** — Alex Saks <█████████> — 6/4/2023, 2:02 PM
They are hyper communicative, know how to run a show and have great attitudes. I'm excited for this new energy!

**#** — ?B? <█████████> — 6/4/2023, 2:10 PM
🙏🙏

**#** — ?B? <█████████> — 6/4/2023, 2:11 PM
I hate changes. I hate people losing their job.

**#** — ?B? <█████████> — 6/4/2023, 2:11 PM
Separately I'm looking forward to this running more efficiently

**AS** — Alex Saks <█████████> — 6/4/2023, 2:12 PM
Totally agree on both fronts

**#** — ?B? <█████████> — 6/4/2023, 2:12 PM
It's hard to not feel the personal. But it is business. I hope they were ok. Did we lose anyone beyond 1&2?

**AS** — Alex Saks <█████████> — 6/4/2023, 2:12 PM
It's a necessity

**AS** — Alex Saks <█████████> — 6/4/2023, 2:12 PM
I know, that is exactly how I feel

**AS** — Alex Saks <█████████> — 6/4/2023, 2:12 PM
Think they're upset, but will be fine. The 2nd 2nd as well

**AS** — Alex Saks <█████████> — 6/4/2023, 2:13 PM
All the PAs are staying