# Exhibit 95

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 33 | Date Range: 5/28/2023 - 5/29/2023 |

## Outline of Conversations



**BL-FullMessages-0461605** • 33 messages between 5/28/2023 - 5/29/2023 • Jenny Slate <​> • ?B? <​>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0461605**

**JS** — **Jenny Slate** <▮▮▮▮▮>  ▶ 5/28/2023, 9:18 PM

Hi hi, i hope you're feeling better and that lil baby is also doing ok. My manager spoke to Ange, and went through the general points of the unprofessional behavior and the feeling that i have that it's affecting the work. She said Ange wants to speak w me too, which I'm happy to do. I did end up telling my manager the whole deal, like just all of the weird shit that Justin and Jamey have pulled, but now I'm hoping that wasn't an overstep, and I actually don't know how deep she went into those details. I'm going to speak w Alex tmrw and I'm gonna tell her about my own discomfort and feelings of being pretty unsettled and certainly distracted from my own work. That said, if you don't want me to, I don't need to. I don't want to make anything harder on you, and if you're ever just wanting to take a moment to see how it feels when we're back on set, i get that.

**JS** — **Jenny Slate** <▮▮▮▮▮>  ▶ 5/28/2023, 9:19 PM

Sorry for the literal novel this last text is! Very long.

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:18 PM

All good. I think it's great she spoke to Ange.

Because I haven't spoken to Justin or Jayme or Alex about the inappropriate behavior yet, you can just speak to what you've witnessed and experienced. I told Ange but I asked her not to mention so that I could personally tackle since I have to try to salvage some degree of chemistry and camaraderie w Justin who's not only my director but love interest and we're not even 1/3 of the way done.

**> JS** — **Jenny Slate** <▮▮▮▮▮>  ▶ 5/28/2023, 10:41 PM

Ok, totally totally get that. I'll keep it w me, my concerns about needing leadership, the remark about my wardrobe, but I'll just keep it with me. It's more to let her know that I'm uneasy and that i don't want it to get worse, and how freaked out that recording sitch made me feel

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:18 PM

But whatever you've felt or seen 100% feel free please.

I just think there needs to be some leadership.

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:19 PM

I mean even him recording our conversation on his phone without asking us first.

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:19 PM

It's alarming behavior

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:43 PM

Leadership big time

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:44 PM

You were standing there for the thing he said to me when he said I look hot. I said that's not what I'm going for and he said ok sexy. And then made a joke once he asked if he crossed a line and I said yes, that he must've misssed the sexual harassment meeting.

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:45 PM

And then later when you said you used to stare at Britney Spears midsection for hours (before you finished and said what an athlete she was and how remarkable she seemed as a young girl) he jumped in and said "same" and giggled but then eye rolled when we just looked at him

**#** — **?B?** <▮▮▮▮▮>  ◀ 5/28/2023, 10:45 PM

Etc. etc.

**?B?** < ███ >  — 5/28/2023, 10:46 PM
It's just all to fast and loose

**?B?** < ███ >  — 5/28/2023, 10:46 PM
Edited to "It's just all to fast and loose "

**?B?** < ███ >  — 5/28/2023, 10:46 PM
Edited to "You were standing there for the thing he said to me when he said I look hot. I said that's not what I'm going for and he said ok sexy. And then made a joke once he asked if he crossed a line and I said yes, that he must've misssed the sexual harassment meeting. "

**JS  Jenny Slate** < ███ >  — 5/28/2023, 11:02 PM
Yes exactly. Those are two perfect examples, the first one an example of a total overstep and unwanted comment, the second is such a great example of how now i just feel inclined to shut down bc i don't want to invite any other comments from him, it's just gross and stupid.

**JS  Jenny Slate** < ███ >  — 5/28/2023, 11:09 PM
I'll let you know how it goes. I want her to know that i just don't want my work to suffer and don't want to feel weird. I'm going to meet her at noon, I think face to face is best (just generally i like normal face to face convos) but i also want her to understand that while I want to voice concerns, I also just want to be able to finish out my work and not make it awkward. I think it's best to let her know? But again, if you feel like it's too much, i don't need to say anything except my feelings about the recording incident and my anxiety about the WGA stuff.

**JS  Jenny Slate** < ███ >  — 5/28/2023, 11:11 PM
I'm running through my head now, all of the things that I've said that I shouldn't have said, like maybe I somehow opened the door? I can certainly run blue in my own comments about my own life, and I now wish I'd just never said anything

**JS  Jenny Slate** < ███ >  — 5/28/2023, 11:12 PM
I'm going to try to snooze now, but lmk if there's anything else you're thinking ❤

**?B?** < ███ >  — 5/28/2023, 11:15 PM
I think you say it all

**?B?** < ███ >  — 5/28/2023, 11:18 PM
It's a culmination. The difference is if someone said something to one of us if we made them uncomfortable, neither of us would behave the way he does after. That's what's odd. He keeps referencing it. Or disconnects entirely. Or gets snippy and impatient as a director

**?B?** < ███ >  — 5/28/2023, 11:18 PM
He was so huffy after the sexy thing I felt awful for saying something

**?B?** < ███ >  — 5/28/2023, 11:19 PM
It's that on top of jayme being a total goof w no boundaries or respect for the work. He treats set like a bbq

**?B?** < ███ >  — 5/28/2023, 11:28 PM
What you said though is very self aware. Neither of us are people who can't take a joke. Or who can't work or understand blue.
We're not that fragile.

You just can't record people without asking.
You can't speak to people sexually while not in character or while talking about the character.

And if you overstep, you move on. It's the weirdness after that makes it feel bad. Like if we speak up the vibes on set get funky and the work suffers

**?B?** < ███ >  — 5/28/2023, 11:30 PM
It's all so fragile.

It doesn't need to be. Just focus on the work. And let's have a good time. It doesn't need to be funky. We're not the fragile ones. Remember that

CONFIDENTIAL                                              BL-000020772

\# **?B?** <▮>   ◀ 5/29/2023, 12:36 AM

Last thing (I hope to god your phone is on airplane mode!)
I think it's important you mention the air bnb situation and how jayme made you feel after. Also the second rate citizen thing.
It's all so messy and unnecessary. Like let's just focus on the work.

They think you're spooked about the WGA and improvising etc. they don't see it's their behavior. Not the work. The work is the best part when we actually get to do it well. They're gonna seize up and only do the script if they think the issue is the WGA. They think it's the strike that's freaking you out bc they've said it before

**JS   Jenny Slate** <▮>   ▶ 5/29/2023, 8:51 AM

Good morning! I had a billion dreams about this last night! [Redacted - Non-Responsive] Super chill! Anyway- yeah I agree about just mentioning [Redacted - Non-Responsive] the interpersonal dynamics as the source of the dysfunction. I see what you're saying about just making it about WGA stuff. The central issue is about their behavior for sure.

**JS   Jenny Slate** <▮>   ▶ 5/29/2023, 8:56 AM

I truly am SO SORRY that I made that remark about our tiny bedroom in our shitty airbnb. I think back on it now, referencing that it was "bad for sex"
 and just realizing that that is way inappropriate to say, and I hope that you know that I know that it wasn't the setting for that kind of remark, and also now knowing that you guys sleep as a fam, it must have just seemed like such a bummer judgement. I'm so sorry.I def have no judgement on it, but Im sure it seemed that way. Re: our bed, it's just what works for me, not at all trying to say it's what we should all be doing. Wish I had not said that, and as you say, we move on, but I do want you to know that I remember it and regret it, so sorry if I made you feel upset!

\# **?B?** <▮>   ◀ 5/29/2023, 11:02 AM

Oh my gosh. No worries at all. I mean it. At all at all. You do not need to revisit anything that's been said. That is so generous of you to say this. But so not necessary. Please don't stress about any of it. The truth is dynamics are different with women and men. And there is a safety with women that there isn't with men.
Also they had screwed you on your living situation and you had to ask for something better. So casually making a joke about sex, was likely a subconscious way of playing to your audience. If the guy who could authorize moving could empathize, then you and your family would be outta there. It all tracks.

\# **?B?** <▮>   ◀ 5/29/2023, 11:07 AM

Also, in the moment, it actually wasn't you that was strange, it was JB. You didn't know we all sleep in bed together. He did. And when you said that he said, "oh yeah. Terrible for sex".

It was so odd that he said that instead of just laughing like I did.

He's always trying to be liked and so joining makes sense for him. But it was still something I clocked on his part.

Because I know we all sleep in the same bed obviously. And he knows. I almost made a joke about what you do instead as a workaround, but I thought no, that's that only not appropriate but not relevant. And he's the only one who would even know why I'm saying that and he doesn't deserve my causal defensiveness

**JS   Jenny Slate** <▮>   ▶ 5/29/2023, 11:09 AM

Blech, I've been shaking my head about it all morning. I guess I was just trying to make like some sort of joke, sort of at my own expense, but yes, I think you're right that subliminally it was a message: there's no way to get an Airbnb in these neighborhoods for the amount of money that they allotted me…

but then, when you shared that you guys do a family bed, my heart just sank. It's a huge lesson learned on my part, and thank you for being so forgiving and understanding.

And Justin is so weird for jumping on that joke if he knew anything about your family dynamic. He's so volatile and desperate.

**JS   Jenny Slate** <▮>   ▶ 5/29/2023, 11:09 AM

Edited to "Blech, I've been shaking my head about it all morning. I guess I was just trying to make like some sort of joke, sort of at my own expense, but yes, I think you're right that subliminally it was a message: there's no way to get an Airbnb in these neighborhoods for the amount of money that they allotted me…

but then, when you shared that you guys do a family bed, my heart just sank. It's a huge lesson learned on my part, and thank you for being so forgiving and understanding.

And Justin is so weird for jumping on that joke if he knew anything about your family dynamic. He's so volatile and desperate. "

**JS** **Jenny Slate** < ▇▇▇▇▇▇▇▇▇ >  ▶ 5/29/2023, 4:15 PM

I sat down w Alex and was very open with her about all of the stuff: Jamey's initial comments, Justin's recording and his later comment and his fussy attitude, my feeling that the work is really suffering and that, as an ACTUAL feminist, I'm concerned and offended by the way he's so far off the mark. I told her that I really just wanted her to be aware and that things just really need to become WAY more professional, and she agreed on all.

**#** **?B?** < ▇▇▇▇▇▇▇▇▇ >  ◀ 5/29/2023, 5:21 PM

Amazing. Do you feel good? Also. So sorry you're dealing with any of this. This is not what movie making should be.

CONFIDENTIAL

BL-000020774