# Exhibit 98

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 30 | Date Range: 5/29/2023 |

**Outline of Conversations**

 ▪ 30 messages on 5/29/2023 ▪ Alex Saks <█████████> ▪ Home <█████████>

SPE_BL0002023

**Messages in chronological order** (times are shown in GMT -07:00)

---

💬  ████████████

H  **Home <**████████**>**                                    5/29/2023, 9:51 AM
Call when u can xx

AS  **Alex Saks <**████████**>**                              5/29/2023, 11:08 AM
Finishing up brunch w Jenny

AS  **Alex Saks <**████████**>**                              5/29/2023, 11:08 AM
We have some real issues

AS  **Alex Saks <**████████**>**                              5/29/2023, 11:20 AM
Tried you

H  **Home <**████████**>**                                    5/29/2023, 11:23 AM
Can try u in 5
Yikes

AS  **Alex Saks <**████████**>**                              5/29/2023, 11:23 AM
Yes very bad

AS  **Alex Saks <**████████**>**                              5/29/2023, 11:24 AM
I think we need to replace our director

H  **Home <**████████**>**                                    5/29/2023, 11:25 AM
Omg

AS  **Alex Saks <**████████**>**                              5/29/2023, 11:26 AM
Yeah.

AS  **Alex Saks <**████████**>**                              5/29/2023, 11:26 AM
And Jamey should not be on set

AS  **Alex Saks <**████████**>**                              5/29/2023, 12:11 PM
Oh I forgot one big thing

AS  **Alex Saks <**████████**>**                              5/29/2023, 12:11 PM
Justin recorded his first rehearsal w Blake and Jenny and didn't tell them

AS  **Alex Saks <**████████**>**                              5/29/2023, 12:11 PM
Until the very end

AS  **Alex Saks <**████████**>**                              5/29/2023, 12:12 PM
That was the same day Jamey made his comment to Jenny

AS  **Alex Saks <**████████**>**                              5/29/2023, 12:13 PM
And it only was revealed because Jenny had improved some lines but said she couldn't write because of wga and Justin said I'll remember slash I recorded this whole session

AS  **Alex Saks <**████████**>**                              5/29/2023, 12:13 PM
And they were like, what

AS | **Alex Saks** ◂▇▇▇▇▇▇▇▸ | 5/29/2023, 12:13 PM
Texted blake. No answer yet

AS | **Alex Saks** ◂▇▇▇▇▇▇▸ | 5/29/2023, 12:26 PM
She wants to talk all together this week (not sure who that means exactly)

AS | **Alex Saks** ◂▇▇▇▇▇▇▸ | 5/29/2023, 12:26 PM
But her symptoms are worse

AS | **Alex Saks** ◂▇▇▇▇▇▇▸ | 5/29/2023, 12:26 PM
So doesn't sound like we're shooting tmrew

AS | **Alex Saks** ◂▇▇▇▇▇▇▸ | 5/29/2023, 12:35 PM
I wonder if she doesn't want to work until you're back

H | **Home** ◂▇▇▇▇▇▸ | 5/29/2023, 12:53 PM
She wants to wrap and go to europe with Ryan / family. She is no wilting flower … i dont think it's me there on this one … it's covid.  That sucks for her.

AS | **Alex Saks** ◂▇▇▇▇▇▸ | 5/29/2023, 12:54 PM
Yeha she said she is eager to get back

H | **Home** ◂▇▇▇▇▸ | 5/29/2023, 12:54 PM
She wants to wrap this sucker out.

AS | **Alex Saks** ◂▇▇▇▇▇▸ | 5/29/2023, 12:56 PM
Get to hop on a Justin and Jamey shortly

AS | **Alex Saks** ◂▇▇▇▇▇▸ | 5/29/2023, 12:56 PM
I'd genuinely rather someone shove bamboo shoots underneath my fingernails

H | **Home** ◂▇▇▇▇▸ | 5/29/2023, 12:57 PM
I know. I really do

H | **Home** ◂▇▇▇▇▸ | 5/29/2023, 1:32 PM
When is your call?

AS | **Alex Saks** ◂▇▇▇▇▸ | 5/29/2023, 1:32 PM
Im getting on w jamey/Justin now

H | **Home** ◂▇▇▇▇▸ | 5/29/2023, 1:35 PM
May the force be with you

SPE_BL0002025