# Exhibit 100

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 6/1/2023 |

## Outline of Conversations

 **BL-FullMessages-0461650** • 6 messages on 6/1/2023 • Jenny Slate <█████████> • ?B? <█████████>

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **BL-FullMessages-0461650**

JS — **Jenny Slate** <▮>  — 6/1/2023, 1:59 PM
How's it feeling over there?

JS — **Jenny Slate** <▮> — 6/1/2023, 5:50 PM
I must admit I'm a little edgy

\# — **?B?** <▮> — 6/1/2023, 5:59 PM
It's fine vibe wise but the work is a mess.

\# — **?B?** <▮> — 6/1/2023, 5:59 PM
We have no leader

JS — **Jenny Slate** <▮> — 6/1/2023, 6:09 PM
Oh brother

JS — **Jenny Slate** <▮> — 6/1/2023, 6:09 PM
At least there's no huffiness… I guess that's better. I got a very succinct letter from Justin via Alex, did you get one of those?

CONFIDENTIAL
BL-000020780