# Exhibit 101

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 1 | Date Range: 7/19/2023 |

## Outline of Conversations

  **BL-FullMessages-0062780** • 1 message on 7/19/2023 • Justin Baldoni <​█​> • ?B? <​█​>

CONFIDENTIAL     BL-000011555

**Messages in chronological order** (times are shown in GMT -04:00)



**BL-FullMessages-0062780**

?B? < ████ >  ◀ 7/19/2023, 10:09 AM

Hey, I hope you and your family are well ☀️

I watched the selects you sent. So great. I was so happy and energized. Such solid work from everyone on and off camera. It was really cool to see. We were working so quickly, there was never the time to look back. So it was nice to revisit from an audience's perspective.

Please let me know who to reach out to get to access to the full gallery of dailies. I'm so looking forward to seeing all we have in the can.

And of course, any scenes you cut together, I'd love to see.

Hope you're having a good summer. And hopefully a good edit. Will your assembly be done soon?

X