# Exhibit 102

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 37 | Date Range: 8/29/2023 - 8/30/2023 |

## Outline of Conversations

**BL-FullMessages-0958476** · 37 messages between 8/29/2023 - 8/30/2023 · B < ▮▮▮▮▮ > · Sophia Travaglia < ▮▮▮▮▮ > · warren zavala < ▮▮▮▮▮ > · ?B? < ▮▮▮▮▮ >

CONFIDENTIAL
BL-000021967

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0958476**

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:28 PM
Yikes. Maybe he should send me the whole assembly then. Bc what I saw was terrifying

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:28 PM
It made me wanna get outta the movie

WZ **warren zavala** <▇▇▇▇▇>  ▶ 8/29/2023, 11:34 PM
Totally. That's why I think you should see it. Let's discuss tomorrow.

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:34 PM
No one has offered

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:35 PM
He's actually been super protective and strange about even letting me see more dailies of other scenes.

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:35 PM
I thought I was a producer

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:35 PM
He said no one had dailies but Alex and Jayme. Which we know isn't true.

WZ **warren zavala** <▇▇▇▇▇>  ▶ 8/29/2023, 11:40 PM
Alex mentioned that he had sent you 'some' footage. I told her I hadn't heard that but if I'm flagging that they're happy with the assembly the smart thing to do is preemptively show you what they've seen not a portion.

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:40 PM
He sent a scene

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:41 PM
What was her response to that

WZ **warren zavala** <▇▇▇▇▇>  ▶ 8/29/2023, 11:41 PM
Otherwise you'll wonder why you didn't get all of it.

WZ **warren zavala** <▇▇▇▇▇>  ▶ 8/29/2023, 11:41 PM
She agreed. But I told her I would talk to you and get back to her.

\# **?B?** <▇▇▇▇▇>  ◀ 8/29/2023, 11:44 PM
There's nothing to get back to. They should show me the movie. I'm an EP and they need me to be engaged in this thing during production and in press. His entire sales pitch is how collaborative he is and how much he values women. Yet they're not gonna allow me to see the movie? I've never not been invited into the edit room for my opinion, much less had to beg to see additional scenes of dailies.

His promises of how he works so far have proven to be empty. And I'm not gonna engage w the film if this is the way they play it

\# ?B? < █████ >  ◀ 8/29/2023, 11:44 PM

Edited to "There's nothing to get back to. They should show me the movie. I'm an EP and they need me to be engaged in this thing during production and in press. His entire sales pitch is how collaborative he is and how much he values women. Yet they're not gonna allow me to see the movie? I've never not been invited into the edit room for my opinion, much less had to beg to see additional scenes of dailies.

His promises how he works so far have proven to be empty. And I'm not gonna engage w the film if this is the way they play it"

WZ warren zavala < █████ >  ▶ 8/29/2023, 11:44 PM

Edited?!

\# ?B? < █████ >  ◀ 8/29/2023, 11:44 PM

Edited to "There's nothing to get back to. They should show me the movie. I'm an EP and they need me to be engaged in this thing during production and in press. His entire sales pitch is how collaborative he is and how much he values women. Yet they're not gonna allow me to see the movie? I've never not been invited into the edit room for my opinion, much less had to beg to see additional scenes of dailies.

His promises of how he works so far have proven to be empty. And I'm not gonna engage w the film if this is the way they play it"

\# ?B? < █████ >  ◀ 8/29/2023, 11:45 PM

I thought I had a typo. But then I didn't

\# ?B? < █████ >  ◀ 8/29/2023, 11:45 PM

Bc

\# ?B? █████  ◀ 8/29/2023, 11:45 PM

Attached URL: https://p42-content.icloud.com/M4597BE08232B3580C1525001B6DFDAEBC5E9A1110C309F6FCC39D1759ED9061A.C01USN00
Attachment Title: tmp.gif



Image: tmp.gif (754 KB)

WZ warren zavala < █████ >  ▶ 8/29/2023, 11:46 PM

It's process. I told her I hadn't spoken to you about it. Made the suggestion. Like all things I'm going to have to call and say, "yeah, he only sent her a scene, it's the smart thing to just send it all to her."

\# ?B? < █████ >  ◀ 8/29/2023, 11:47 PM

Do not give her anything. No opinion. No take. You can simply say she didn't say if Alex asks what I thought. Just that I saw one scene.

WZ warren zavala < █████ >  ▶ 8/29/2023, 11:48 PM

Okay. They're going to be stupid. And I predict having to make the request prior to any further work at some point. Hope I'm wrong.

\# ?B? < █████ >  ◀ 8/29/2023, 11:51 PM

I think he stupid right back

\# ?B? < ▮ >  ◀ 8/29/2023, 11:51 PM
"But she's an EP. Am I missing something?"

\# ?B? < ▮ >  ◀ 8/29/2023, 11:52 PM
"But he's a collaborative filmmaker who does Ted talks and podcast about valuing all the women in his life. That's not true?"

\# ?B? < ▮ >  ◀ 8/29/2023, 11:53 PM
Vogue asking me to commit to a cover for this thing. No way I'm doing any of that without seeing it. I may pass

WZ  warren zavala < ▮ >  ▶ 8/29/2023, 11:54 PM
They're going to show it to you. I just hope they're preemptive.

\# ?B? < ▮ >  ◀ 8/29/2023, 11:54 PM
When I told him before he and Jamey said they don't do who Anna Wintour is or if that's a big deal but sounds like maybe it is, but they don't know that stuff

\# ?B? < ▮ >  ◀ 8/29/2023, 11:54 PM
Attached URL: https://p35-content.icloud.com/M4597BE08232B3580C1525001B6DFDAEBC5E9A1110C309F6FCC39D1759ED9061A.C01USN00
Attachment Title: tmp.gif



Image: tmp.gif (1 MB)

\# ?B? < ▮ >  ◀ 8/29/2023, 11:54 PM
Attached URL: https://p61-content.icloud.com/M4597BE08232B3580C1525001B6DFDAEBC5E9A1110C309F6FCC39D1759ED9061A.C01USN00
Attachment Title: tmp.gif



Image: tmp.gif (2 MB)

\# ?B? < ▮ >  ◀ 8/29/2023, 11:54 PM
Attached URL: https://p31-

content.icloud.com/M4597BE08232B3580C1525001B6DFDAEBC5E9A1110C309F6FCC39D1759ED9061A.C01USN00
Attachment Title: tmp.gif



Image: tmp.gif (1 MB)

**WZ** warren zavala < ███ >  ▶ 8/29/2023, 11:54 PM
I told Alex you're going to have notes prior to any additional photography. Do the smart thing.

**#** ?B? < ███ >  ◀ 8/29/2023, 11:55 PM
Theyre all clowns. I have my Hr report ready also fyi

**WZ** warren zavala < ███ >  ▶ 8/30/2023, 12:02 AM
Attached URL: https://p57-content.icloud.com/M103CED684D24DB6D60F5F1EDD5E5B5531F4FC83B8817259D04CC1554F045ADD5.C01USN00
Attachment Title: tmp.gif



Image: tmp.gif (1 MB)

**>#** ?B? < ███ >  ◀ 8/30/2023, 12:25 AM
Brilliant work zavala

**WZ** warren zavala < ███ >  ▶ 8/30/2023, 12:30 AM
Every once in a while. Thank you.

**ST** Sophia Travaglia < ███ >  ▶ 8/30/2023, 6:02 AM
Laughed at an image