# Exhibit 105

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 3 | Date Range: 5/17/2023 |

### Outline of Conversations

 **BL-FullMessages-0062722** · 3 messages on 5/17/2023 · Justin Baldoni <​ > · ?B?
<​ >

                                                                                                    BL-000011518

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0062722**

\#       ?B? <▮▮▮▮▮▮▮>                                                    ◄ 5/17/2023, 11:52 AM
        Just text Ange this also

\#       ?B? <▮▮▮▮▮▮▮>                                                    ◄ 5/17/2023, 11:52 AM
        Will show you both ways but beanie is much sexier. It's the look. Feels tv without. Especially with a crop top in the
        snow. It justifies the rest of the skin. And also is a girl i would check out walking down the street because it washes the
        effort off the rest of the look.

JB      **Justin Baldoni** <▮▮▮▮▮▮▮>                                      ► 5/17/2023, 11:53 AM
        Loved "Will show you both ways but beanie is much sexier.…"

                                              BL-000011519