# Exhibit 106

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 5/17/2023 |

## Outline of Conversations

 **BL-FullMessages-0877972** • 5 messages on 5/17/2023 • Ange Gianetti <​> • ?B? <​>

**Messages in chronological order** (times are shown in GMT -04:00)

---

**BL-FullMessages-0877972**

**?B?** <​███​>  5/17/2023, 11:51 AM
Will show you both ways but beanie is much sexier. It's the look. Feels tv without. Especially with a crop top in the snow. It justifies the rest of the skin. And also is a girl i would check out walking down the street because it washes the effort off the rest of the look.

**?B?** <​███​>  5/17/2023, 11:52 AM
On my way to set.

**Ange Gianetti** <​███​>  5/17/2023, 11:53 AM
K. Will be there in 5.

**Ange Gianetti** <​███​>  5/17/2023, 11:53 AM
We probably dont have time to shoot one clean? Just in case?

**?B?** <​███​>  5/17/2023, 11:54 AM
I agree a trailer moment. I think this is hot. But you look at me.

CONFIDENTIAL                                                                                                                                BL-000007944