# Exhibit 108

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 27 | Date Range: 3/29/2023 |

## Outline of Conversations



**BL-FullMessages-0061998** • 27 messages on 3/29/2023 • Justin Baldoni <███████> • ?B? <███████>

CONFIDENTIAL  BL-000009166

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0061998**

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:25 AM
Morning! How are you feeling today?

**#** — ?B? <░░░░░░> — 3/29/2023, 10:26 AM
You're so kind to check in. It's strep. Just got the results this am. But after a day of antibiotics feel like a different person. Still sick but back on* my feet! I couldn't be happier

**#** — ?B? <░░░░░░> — 3/29/2023, 10:26 AM
Edited to "You're so kind to check in. It's strep. Just got the results this am. But after a day of antibiotics feel like a different person. Still sick but back on* my feet! I couldn't be happier "

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:26 AM
Antibiotics are mini miracles

**#** — ?B? <░░░░░░> — 3/29/2023, 10:26 AM
I can't imagine life without them. What did people do. It's crazy

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:27 AM
They died.

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:27 AM
Well that was dark.

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:27 AM
Lol

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:28 AM
how do you feel about chem reads? Dont want you to push yourself to much. Also have another tape to send but dont think he's the guy.

**#** — ?B? <░░░░░░> — 3/29/2023, 10:29 AM
Laughed at "They died."

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:29 AM
Meeting ░░░░ today, and an actor named ░░░░ who Sony likes (he's pretty).

**#** — ?B? <░░░░░░> — 3/29/2023, 10:29 AM
I'm so happy to do it Friday. But if you want extra time to find the guy I'm happy to wait

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:29 AM
░░░░ is his name. Still waiting on ░░░░ to read.

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:30 AM
My gut is we do it Friday and chances are we will do another read when you get back

**JB** — Justin Baldoni <░░░░░░> — 3/29/2023, 10:31 AM
So happy youre feeling better. There are some amazing gut health protocols that help after antibiotics I can send you if youre interested but im sure you have a ton of that stuff

**>#** — ?B? <░░░░░░> — 3/29/2023, 11:13 AM
Please!

CONFIDENTIAL                                                                                                                              BL-000009167

| | | | |
|---|---|---|---|
| ># | **?B?** < ■■■ > | | ◀ 3/29/2023, 11:13 AM |
| | Literally just off with a dr now about that. | | |
| # | **?B?** < ■■■ > | | ◀ 3/29/2023, 11:14 AM |
| | This is my second round of antibiotics this month. So my body is all out of whack. | | |
| JB | **Justin Baldoni** < ■■■ > | | ▶ 3/29/2023, 11:17 AM |
| | Will Send shortly ! | | |

Attached URL: https://p27-content.icloud.com/M8B5B6C3A05A4938BDAFEA8D66F025A236E0A7EB8AAF285686ADEC70BC533B19D.C01USN00Attachment Title: 70179579654__02F2F67C-EE66-4FAA-969B-67349B0184F1.heic

*Attachment: 70179579654__02F2F67C-EE66-4FAA-969B-67349B0184F1.heic (1 MB)*

| | | | |
|---|---|---|---|
| JB | **Justin Baldoni** < ■■■ > | | ▶ 3/29/2023, 12:22 PM |
| | Would do you want to do 7 PM or 8 PM? And I can book you 30 minutes or an hour… my gift either way | | |
| JB | **Justin Baldoni** < ■■■ > | | ▶ 3/29/2023, 12:22 PM |
| | Edited to "Would do you want to do 5 PM or 6 PM? And I can book you 30 minutes or an hour… my gift either way" | | |
| JB | **Justin Baldoni** < ■■■ > | | ▶ 3/29/2023, 12:25 PM |
| | Edited to "Would do you want to do 7 PM or 8 PM? And I can book you 30 minutes or an hour… my gift either way" | | |
| JB | **Justin Baldoni** < ■■■ > | | ▶ 3/29/2023, 1:59 PM |
| | Booked it for 7:30- if that works for you with you permission II give her your # and she will call you then. | | |

Attached URL: https://p25-content.icloud.com/M8B5B6C3A05A4938BDAFEA8D66F025A236E0A7EB8AAF285686ADEC70BC533B19D.C01USN00Attachment Title: IMG_6154.jpeg

| | | | |
|---|---|---|---|
| # | **?B?** < ■■■ > | | ◀ 3/29/2023, 2:07 PM |
| | Perfect thank you. Sorry been on zooms | | |
| # | **?B?** < ■■■ > | | ◀ 3/29/2023, 2:07 PM |
| | Thank you so much h!!! | | |
| JB | **Justin Baldoni** < ■■■ > | | ▶ 3/29/2023, 2:08 PM |
| | 👍❤️ | | |
| # | **?B?** < ■■■ > | | ◀ 3/29/2023, 7:33 PM |
| | Do you mind passing along her number? I want to be sure she's not waiting on me | | |