# Exhibit 109

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 69 | Date Range: 5/24/2024 |

## Outline of Conversations

 **BL-FullMessages-0568709** · 69 messages on 5/24/2024 · Brandon Skelnar <+ ▮▮▮▮ > · ?B? <+ ▮▮▮▮ >

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬   **BL-FullMessages-0568709**

BS   Brandon Skelnar < ▇▇▇▇▇▇ >                          ▶ 5/24/2024, 4:55 AM
Hey! So sorry for the delay.

Attached URL: https://p29-
content.icloud.com/M5B524C8107CEC5C1DB6124578D3061D96537FBFF52F698D311385643C09582F9.C01USN00At
tachment Title: Herbert Road.m4a

BS   Brandon Skelnar < ▇▇▇▇▇▇ >                          ▶ 5/24/2024, 4:59 AM
Attached URL: https://p31-
content.icloud.com/M5B524C8107CEC5C1DB6124578D3061D96537FBFF52F698D311385643C09582F9.C01USN00At
tachment Title: Herbert Road 2.m4a

BS   Brandon Skelnar <+ ▇▇▇▇▇▇ >                         ▶ 5/24/2024, 5:05 AM
Loved an audio message

BS   Brandon Skelnar < ▇▇▇▇▇▇ >                          ▶ 5/24/2024, 5:06 AM
No problem at all! Thanks for getting that in there. I deeply loath shitty obvious adr lines. I'm meant to be doing some
adr at a studio in Santa Barbara in a few weeks.

#    ?B? < ▇▇▇▇▇▇ >                                     ◀ 5/24/2024, 5:08 AM
Yeah. TBD on that

BS   Brandon Skelnar < ▇▇▇▇▇▇ >                          ▶ 5/24/2024, 5:08 AM
Liked "Yeah. TBD on that "

BS   Brandon Skelnar < ▇▇▇▇▇▇ >                          ▶ 5/24/2024, 5:08 AM
I thought so

#    ?B? < ▇▇▇▇▇▇ >                                     ◀ 5/24/2024, 5:09 AM
😬

BS   Brandon Skelnar < ▇▇▇▇▇▇ >                          ▶ 5/24/2024, 5:09 AM
Thank you 🙏

#    ?B? < ▇▇▇▇▇▇ >                                     ◀ 5/24/2024, 5:09 AM
You'll be busy in Dallas instead

#    ?B? < ▇▇▇▇▇▇ >                                     ◀ 5/24/2024, 5:10 AM
I'm becoming pimp adjacent. Put on a short little skirt and get on that corner, Skelnar.

#    ?B? < ▇▇▇▇▇▇ >                                     ◀ 5/24/2024, 5:10 AM
Bc I'm not selling this movie on him.

BS   Brandon Skelnar < ▇▇▇▇▇▇ >                          ▶ 5/24/2024, 5:11 AM
Attached URL: https://p69-
content.icloud.com/M5B524C8107CEC5C1DB6124578D3061D96537FBFF52F698D311385643C09582F9.C01USN00At
tachment Title: tmp.gif

CONFIDENTIAL



*Image: tmp.gif (3 MB)*

\#    ?B? ◄ ⬛⬛⬛⬛⬛ >      ◄ 5/24/2024, 5:12 AM

He's really good in it. I made sure of it. But he's the abuser, and it shouldn't be centered on him. Regardless of the process.

\#    ?B? ◄ ⬛⬛⬛⬛⬛ >      ◄ 5/24/2024, 5:13 AM

I hope your show gives you space to hustle. Especially once it comes out, week 2 will be a time that it will get especially heated for you. Just something to think about and maximize

\#    ?B? ◄ ⬛⬛⬛⬛⬛ >      ◄ 5/24/2024, 5:14 AM

Actually footage of me texting you right now

Attached URL: https://p26-
content.icloud.com/M55890501A04364536CDA882F3C59151E87411C9408D568178C8285904EB55F38.C01USN00Att
achment Title: tmp.gif



*Image: tmp.gif (979 KB)*

BS    Brandon Skelnar ◄ ⬛⬛⬛⬛⬛ >      ► 5/24/2024, 5:14 AM

Liked "He's really good in it. I made sure of it. But he'…"

BS    Brandon Skelnar ◄ ⬛⬛⬛⬛⬛ >      ► 5/24/2024, 5:14 AM

Laughed at "Actually footage of me texting you right now "

BS    Brandon Skelnar ◄ ⬛⬛⬛⬛⬛ >      ► 5/24/2024, 5:14 AM

Loved "I hope your show gives you space to hustle. Especi…"

BS    Brandon Skelnar ◄ ⬛⬛⬛⬛⬛ >      ► 5/24/2024, 5:15 AM

I'm working on it. They are particularly shitty about that. But I'm gonna do everything I can to make it happen. It would be a crime to not ride that momentum

\#    ?B? ◄ ⬛⬛⬛⬛⬛ >      ◄ 5/24/2024, 5:15 AM

It would be

\#    ?B? ◄ ⬛⬛⬛⬛⬛ >      ◄ 5/24/2024, 5:15 AM

Get warren on that

\#    ?B? ◄ ⬛⬛⬛⬛⬛ >      ◄ 5/24/2024, 5:16 AM

BL-000020060

Its what they do

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 5:20 AM
On it!

**#** ?B? < ▓▓▓▓▓▓ >                                  ◀ 5/24/2024, 5:45 AM
Bank some beforehand , and maybe theres something you can do in Austin too. It doesn't really matter, the impact will be evergreen, but as someone who's show kept me from every opportunity outside of it, I look back now and see how shitty that was and how I could've (along w my team) pushed harder to make space for the few moments I needed during production to honor the work I did outside of it.

**#** ?B? < ▓▓▓▓▓▓ >                                  ◀ 5/24/2024, 5:45 AM
They feel like you owe them, so they tend to attempt to dim your light so you don't outgrow them. And it has the opposite effect than they intend. It makes you resent them and wanna get out. If they just made space for you to do the work you needed in a way that worked for everyone you would be indebted and grateful. At least that was my experience on my show, it was all of ours

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 5:47 AM
Thankfully we only have seven eps left. It was only meant to be the 8 and they added 7 more as soon as we started the first 8.

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 5:47 AM
No more shows after this

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 5:47 AM
That's for damn sure

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 2:47 PM
I'm on for 14-16th in Texas

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 2:47 PM
Lezzzz do zissss

**#** ?B? < ▓▓▓▓▓▓ >                                  ◀ 5/24/2024, 2:52 PM
Yesss queeeeeen

**#** ?B? ▓▓▓▓▓▓▓▓ >                                 ◀ 5/24/2024, 2:52 PM
If you're going back to la you can ride with me and my baby boy.

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 2:57 PM
I will be!

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 2:57 PM
Have a birthday in sb on Sunday

**#** ?B? < ▓▓▓▓▓▓ >                                  ◀ 5/24/2024, 2:58 PM
I have Fathers Day in la with r and kids. So will leave early Sunday

**#** ?B? < ▓▓▓▓▓▓ >                                  ◀ 5/24/2024, 2:59 PM
And because Justin speaks to my dead father often, maybe he can help let him know I'm in la for Father's Day.

**BS** Brandon Skelnar ▓▓▓▓▓▓▓▓ >                     ▶ 5/24/2024, 3:00 PM
Laughed at "And because Justin speaks to my dead father often,..."

**BS** Brandon Skelnar < ▓▓▓▓▓▓▓▓ >                    ▶ 5/24/2024, 3:00 PM
Perfect. What time are you thinking on Sunday?

**#** ?B? < ▓▓▓▓▓▓ >                                  ◀ 5/24/2024, 3:01 PM

I donno. Early. Like 7/8 depending on flight time to la. It will be quicker bc private

| # | ?B? < ██████ > | ◄ 5/24/2024, 3:02 PM |

Do you have a time you need to be there by?

| # | ?B? < ██████ > | ◄ 5/24/2024, 3:02 PM |

Screening isn't until 10pm on sat night 😤🌀 and I'm gonna sit through. You should see it then. And not watch before.

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:03 PM |

I will 😬

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:03 PM |

That's perfect I can do that

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:04 PM |

7/8 is great

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:04 PM |

Safe to assume it'll be your cut

| # | ?B? < ██████ > | ◄ 5/24/2024, 3:04 PM |

Loved "7/8 is great "

| # | ?B? < ██████ > | ◄ 5/24/2024, 3:04 PM |

Yes

| # | ?B? < ██████ > | ◄ 5/24/2024, 3:05 PM |

But Justin is emailing today saying he took some things from my cut so I felt acknowledged and can move forward and he's locking his cut. Before the bake off.

| > BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:10 PM |

Wow

| # | ?B? < ██████ > | ◄ 5/24/2024, 3:05 PM |

He's bat shit.

| # | ?B? < ██████ > | ◄ 5/24/2024, 3:05 PM |

He wasn't authorized to watch my cut yet. But went into the avid to watch and then to take things from it.

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:11 PM |

Well it'll still be yours in the end

| # | ?B? ██████ > | ◄ 5/24/2024, 3:13 PM |

It won't be a Frankenstein cut. It will be his or mine. In their entirety

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:15 PM |

Thank god. It'll be yours.

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:15 PM |

Can't believe he did that

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:15 PM |

I mean I can

| BS | Brandon Skelnar < ██████ > | ► 5/24/2024, 3:15 PM |

He's definitely scrambling

CONFIDENTIAL

**BS**  Brandon Skelnar < ███████████ >                              ▶ 5/24/2024, 3:15 PM
Also totally fucking himself for any future work

**#**  ?B? < ███████ >                                               ◀ 5/24/2024, 3:15 PM
Oh you don't know the first of it

**#**  ?B? < ███████ >                                               ◀ 5/24/2024, 3:17 PM
Yeah the crazy thing is I would've continued to let him take credit for everything. He would've been handed a career. He would've been fucked on his next job, but he at least would have been a big sucesss. And he'll still hit. But the word is out. And I've been protecting it from getting out bc all I want to do is focus on the work and not be pulled into the fucking mess they make. But they wreck havoc everywhere they go. And everyone sees it. Then they come to me.

**#**  ?B? ███████████ >                                             ◀ 5/24/2024, 3:19 PM
He said something hushed to you on set at Root, but I didn't hear the rest, he said "oh man I have something to tell you but I'll probably get cancelled for saying it. You can't say anything on this set anymore".

Do you remember that?

**BS**  Brandon Skelnar < ███████████ >                              ▶ 5/24/2024, 3:35 PM
I do vaguely remember that

**BS**  Brandon Skelnar < ███████████ >                              ▶ 5/24/2024, 3:36 PM
I don't even remember if he told me

**#**  ?B? < ███████ >                                               ◀ 5/24/2024, 3:37 PM
He was always trying to rope everyone into his messiness

**BS**  Brandon Skelnar ███████████ >                                ▶ 5/24/2024, 5:41 PM
I'm just so baffled by his lack of foresight especially given his ted talks and podcasts and books

**#**  ?B? < ███████ >                                               ◀ 5/24/2024, 5:42 PM
I mean they all make perfect sense. He's running from something gnarly and hiding in all that

**BS**  Brandon Skelnar < ███████████ >                              ▶ 5/24/2024, 6:42 PM
It does make perfect sense

**BS**  Brandon Skelnar < ███████████ >                              ▶ 5/24/2024, 6:42 PM
Some Tom Ridley shit

BL-000020063