# Exhibit 115

Witness: GIANETTI
Date: 9/23/25
CSR#12019: Ashley Soevyn

Message

**From:** Marshall, Michael
**Sent:** 11/10/2023 11:56:03 PM
**To:** Davis, Andy
**CC:** Panitch, Sanford    Giannetti, Andrea
**Subject:** FW: Lively - It Ends With Us - CONFIDENTIAL
**Attachments:** Lively_It Ends With Us_ Ltr Nov 9 23.DOCX

Fyi. Attached letter from Blake L's team sent to Wayfarer yesterday re conditions she'd like satisfied before she returns to set. And below, my thoughts sent to Jamey about their response.

Ange has more background/insight if you want.

mm

**From:** Marshall, Michael
**Date:** Friday, November 10, 2023 at 10:28 AM
**To:** 'Jamey Heath'
**Cc:** Giannetti, Andrea
**Subject:** FW: Lively - It Ends With Us - CONFIDENTIAL

Hey Jamey –

Took a look at this following our conversation. No change in my mind from what we discussed last evening –
• items 1 through 10, 15, and 17 are basically just "yes, of course." Interestingly, I'm surprised that you all don't already have a negotiated nudity rider in place given the subject matter and content in the book – or am I mis-interpreting her comment?

• items 11-13 I'd want to hear more about what is underlying and what she's hoping to accomplish, respectfully of course, in the hope that some combination of the studio representative and the "empowerment" of Alex presumably (whatever that means – again, hoped for clarification), might mitigate the need to engage an additional A level producer.

• item 14 is another question mark since it sounds like she approved the engaged stunt double.

• and for item 16, I guess I'm confused about this one as well and why the engagement of day players has found its way on this list – perhaps some of the upcoming sensitive scenes involve day players/extras and this is an attempt to manage the perception of their "professionalism?" Anyway, again, another clarification point.

Further, as discussed, overall the tone of the response has to be part denying the underlying insinuations/allegations, but doing so in a way that doesn't inflame or escalate further since most of what's on the list Wayfarer is acknowledging/addressing. And of course, any unease on her part is of paramount concern to the production and you all are committed to working with her to ensure that she's comfortable with the plan and execution of the next few weeks in order to complete photography.

Rightj?

I'm going to send a copy to folks internally, and ask that our production attorney offer any assistance to Imene and Joseph with respect to the drafting, etc. that they may feel they need.

Best,

Mm

**From:** Jamey Heath
**Date:** Thursday, November 9, 2023 at 6:10 PM
**To:** Marshall, Michael
**Subject:** Fwd: Lively - It Ends With Us - CONFIDENTIAL

Hi Michael,

Please review and get back to me at your earliest convenience!
Jamey



**Jamey Heath**
President
Wayfarer Studios

Begin forwarded message:

**From:** Imene Meziane
**Date:** November 9, 2023 at 5:28:44 PM EST
**To:** Jamey Heath
**Cc:** Joseph Lanius
**Subject:** Fwd: Lively - It Ends With Us - CONFIDENTIAL

Hi Jamey,

Please review urgently and let's discuss.

Imene

---------- Forwarded message ---------
From: **Lindsey Strasberg**

Confidential

SPE_BL0003513

Date: Thu, Nov 9, 2023 at 2:14 PM
Subject: Lively - It Ends With Us - CONFIDENTIAL
To: Imene Meziane                                                             Joseph Lanius

Cc: David Weber

Dear Imene and Joseph,

With the tentative resolution of the SAG-AFTRA strike, we are writing to address how to handle a return to the set of "It Ends With Us" (the "Film"). It is no surprise to the Film's producers that the experience of shooting the Film has been deeply concerning on many levels. The complaints of our client and others have been repeatedly conveyed and well-documented throughout pre-production and photography.

While we reserve all legal rights, at this stage our client is willing to forego a more formal HR process in favor of everyone returning to work and finishing the Film as long as the set is safe moving forward. In order for our client to feel safe returning to the production, we are attaching a list of protections that will need to be guaranteed and observed by the Film's producers. If the production is unwilling to accept or uphold these protections, our client is prepared to pursue her full legal rights and remedies.

This letter is not intended to constitute a full statement of all facts and circumstances relating to this matter. It is not intended to be, nor should it be construed as, a waiver, release or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Lindsey

LINDSEY STRASBERG, ESQ. | **Sloane, Offer, Weber and Dern, LLP**

**10100 Santa Monica Blvd., Suite 750, Los Angeles, CA  90067**

Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at Lindsey@sowdllp.com or by telephone at (310) 248-5108, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

## Protections for Return to Production

In order for Blake Lively (BL) to be able to return to production on the Film, **each** of the following protections must be agreed to in writing and met without fail going forward:

1. An intimacy coordinator must be present at all times when BL is on set.

2. There must be a closed set during the rehearsal or filming of any scene involving simulated sex or nudity and any observation via remote monitors shall be restricted to essential personnel as approved by BL (to be further described in a fully-negotiated, fully-executed, SAG-compliant nudity rider ("Nudity Rider")).

3. There is to be no spontaneous improvising of any scenes involving physical touching, simulated sex, or nudity. Scenes involving kissing, depictions of sexual intercourse, or any other physical touching must be contained in the screenplay (as approved by BL), choreographed in advance in the presence of the intimacy coordinator, and may only proceed as choreographed with the consent of all participants in advance.

4. Physical touching and/or comments on BL's physical appearance must only be done/made in connection with the character and scene work, not as to BL personally. Except as written into the screenplay or as strictly required in connection with make-up or costume preparation, there is to be no physical touching (including hugging) of BL, her on-set personnel and/or her employees.

5. There are to be no discussions of personal experiences with sex or nudity, including as it relates to conduct with spouses or others.

6. No one will enter, attempt to enter, interrupt, pressure, or request entrance to BL's trailer while she is in a state of undress for any reason.

7. There shall be no rehearsal or filming of any nudity and/or simulated sex without the Nudity Rider in place. Any such footage previously shot without the Nudity Rider in place, and in direct violation of SAG requirements, may not be used without BL's and her legal representatives' prior, written consent.

8. BL may have a representative of her choosing present with her on set for the remainder of the rehearsal and shooting days, including while on a closed set.

9. If BL is exposed to COVID-19, she must be provided notice as soon as possible after Wayfarer or any producer or production executive becomes aware of such exposure.

10. There shall be no retaliation of any kind against BL for raising concerns about the conduct described in this letter or for these requirements. Any changes in attitude, sarcasm, marginalization or other negative behavior, either on set or otherwise, including during publicity and promotional work, as a result of these requests is retaliatory and unacceptable, and will be met with immediate action.

11. Sony must have a mutually-approved representative on set for the remainder of the rehearsal and shooting days, including on a closed set, to actively supervise the production, including monitoring the safety of the cast and crew, ensuring compliance with the schedule and overseeing logistics, problem solving and creative issues.

12. Wayfarer will engage an additional, experienced A-level producer, approved by Ms. Lively, to actively supervise the production, including monitoring the safety of the cast and crew, ensuring compliance with the schedule and overseeing logistics, problem solving and creative issues.

13. Wayfarer must empower any existing third party producer with appropriate and customary authority to actively supervise the production, including monitoring the safety of the cast and crew, ensuring compliance with the schedule and overseeing logistics, problem solving and creative issues.

14. Wayfarer will engage an A-list stunt double, approved by Ms. Lively, to rehearse and perform any scenes involving the character "Lily" that depicts rape or any act of sexual violence. Ms. Lively will only perform close-up work or other pre-approved shots for such scenes.

15. Any rehearsal or shooting involving Ms. Lively, or any other performer depicting the character of "Lily," that involves nudity (including partial nudity) or simulated sex must be conducted strictly in accordance with the Nudity Rider and must adhere to the approved script.

16. Any and all day players must be engaged through customary industry talent agencies and not through personal connections of the director and/or producer.

17. Hold an all-hands, in-person meeting before production resumes which will include the director, all producers, the Sony representative, the newly-engaged third party producer, BL and BL's designated representatives to confirm and approve a plan for implementation of the above that will be adhered to for the physical and emotional safety of BL, her employees and all the cast and crew moving forward.

Confidential