# Exhibit 122

Message

**From:** Blake Lively [█████████████]
**Sent:** 12/6/2023 10:17:46 PM
**To:** Todd Black (Escape Artist) █████████████; Alex Saks █████████████; Justin Baldoni █████████████]; Giannetti, Andrea █████████████
**Subject:** Quick stab at the wedding....
**Attachments:** Wedding Scene.fdx; Wedding Scene.pdf

Here's a quick stab at what we all discussed re the wedding because I know this is time sensitive.

I tried to keep it efficient and moving. This is a moment in the film for energy anyway so I wanted this to be able to work as a oner. But of course, you'll cover it how you feel like you need to.

I used actors we already have in our movie because they'll always be better than dayplayers and I know you want to integrate them into the scene any way. But if this doesn't work with their schedules, the scene works fine with a day player officiator and an extra as a photographer.

-b

Confidential
SPE_WF0000021