# Exhibit 123

Message

| | |
|---|---|
| **From:** | Blake Lively [                    ] |
| **Sent:** | 12/10/2023 3:05:54 PM |
| **To:** | Todd Black (Escape Artist)            ; Alex Saks            Justin Baldoni            ; Giannetti, Andrea |
| **Subject:** | Lily Pregnancy/Jenny 3rd Act Pages |
| **Attachments:** | Lily Pregnancy Scenes.pdf; Lily Pregnancy Scenes.fdx |

Hey,

I'll send the entire script once I get through it, but I wanted to send you the key scenes as I go.

Attached is the Lily pregnancy chunk. As well as the Jenny scene with Lily.

More to come soon.
B


*if after reading the pages you want the full context/breakdown, I wrote it all out below.

I tweaked the scene of her alone in the kitchen only with props.

I also added a later beat on another day of her alone in the kitchen which could play in the same set up. This can obviously be cut for time on the day. But if we end up having time, I can throw on a different outfit quickly on set like we did at Lily Blooms. It could be nice to grab this additional beat to see her working and to help tee up the next scene which felt a little jarring.

The Lily and Ryle door and crib scenes plays as discussed. The scenes are broken up as they were in the existing script. But Justin, you mentioned it's the same room, so of course, the door and entrance into the nursery can play as one scene instead of breaking as written below.

The scene I've struggled with is Jenny on the park bench in the third act. I understand and share the sentiment that this film is about multigenerational trauma and healing. Yet, at this point in our story, I don't think Jenny can offer healing, or offer the opposite, which is being understanding or worse, being complicit. I couldn't crack what they would be discussing, which doesn't give away Lily's head space, and doesn't undermine Lily and Ryle's arc in the hospital. So I made a list of goals for this scene.
-We need the audience not to turn on Lily by thinking she will go back to Ryle
-We need Jenny to be inert. It's the only way she doesn't tip the story or Lily's power or the ultimate outcome.
-Lily must be the author and driving force of her story
-Jenny must be honest
-Jenny must not be weak. Or uncharacteristically empowered suddenly
-We need to touch on old wounds. The wounds that define them both.

The real goal for the third act is for every moment to be in service of teeing up the hospital scene. So...
-We need the audience to feel how alone Lily is
-We need the audience to feel how hard this is
-We need the audience to never feel we are justifying, forgiving, or making a case for Ryle or Andrew.
-We need to keep this about the women, not the men. Their interaction must be centered on the survivors, not the abusers.
-We need to respect the audience members who vehemently feel that Ryle and Lily must not get together
-We need to give the audience enough time and space that some come to the conclusion themselves that maybe it wouldn't be so bad to give Ryle another chance by the time we see them together in the hospital. Everything must be in service of that scene.
-The interaction with Jenny must open the door with questions, rather than providing answers or resolve, because we're not there yet in Lily's, or the film's, arc.

The only answer to me was very simple. Put Jenny in the nursery scene where Lily is struggling alone. This offers a clear visual illustration of life as a single mom, with her own mother who chose not to be single. It helps to better tee up the following scene with Ryle which now serves as a counterbalance or visual illustration of the exact same life and moment, but in a partnership with the child's father.

This act needs to be quiet. We need to get lost in Lily's thoughts. So the scenes must make space for that silence. I kept their conversation as simple as the visual. Few words. But significant impact. Leave it floating in the air. It's the introduction of the gun on the table.

And it cuts a scene! No park bench with Jenny leaves Tuesday Jan 9 pretty wide open for me, so we should think about a meaningful way to use that. We could grab multiple falling in love montages, but also probably have time for something more significant…

Confidential                                                                                                                                                                                       SPE_WF0000023