# Exhibit 124

Message

**From:** Blake Lively
**Sent:** 12/10/2023 3:08:42 PM
**To:** Todd Black (Escape Artist) ; Justin Baldoni ; Giannetti, Andrea ; Alex Saks
**Subject:** Atlas Ending
**Attachments:** Atlas At Last.fdx; Atlas At Last.pdf

Attached below is the end of the film. I wrote a lot of scene description for feeling, and added tension, which upped the page count, but you'll see it's still a tight scene.

B

Confidential
SPE_WF0000024