# Exhibit 125

Message

**From:** Blake Lively [▓▓▓▓▓▓▓▓▓▓▓▓]
**Sent:** 12/10/2023 9:17:01 PM
**To:** Todd Black (Escape Artist) ▓▓▓▓▓▓▓; Giannetti, Andrea ▓▓▓▓▓▓▓; Justin Baldoni [XXXXXXXXXX]; Alex Saks ▓▓▓▓▓▓▓
**Subject:** Entire Night of Dumb Fun
**Attachments:** Praise You, Friend.pdf; Praise You, Friend.fdx

Attached below is the Karaoke sequence, as well as Lily and Ryle's walk & kiss after.

It reads longer because the Karaoke scene in the existing script is one paragraph outlining different beats. This will play within the same timing but I detailed the beats out so all departments have a clear template of what we're banging through on the day. Also, you'll see that the same set ups are repeated over and over for efficiency.

The walk and talk below is a few pages, but is intended to play quickly, riding the propulsive energy of the previous scene.

Will continue to send more as I go.
B

*if after reading the pages you want the full context/breakdown, I wrote it all out below.

I looked for a song that was a true needle drop. One that had energy, as well as the added emotional connection of nostalgia. One with cool factor. It couldn't be cheesy, but had to lend itself to dumb fun.

Most importantly though, the song had to solve the conceptual issue that we had with karaoke, in that karaoke is a performance of a bunch of lyrics, not a sexy interaction. The repetitiveness of this song allows us to intercut the whole sequence to it, and give us room for dialogue and mini moments. It's also an ear worm, so by using this, and in the way that I did, which you'll see, it gives their relationship momentum. I wanted the audience to feel like they were swept up in roaring rapids with Lily and Ryle, quickly approaching a giant ass waterfall. Crashing into one another with an energy that is not only inevitable, but inescapable. Thrilling but dangerous. Forbidden excitement.

With that in mind, I think it's critical that the scene on the street start with them all bursting out of the *Karaoke Bar*. It keeps the energy kinetic. It also gives more scope, textures and youth to the film. By starting the scene *public and exposed* it helps to land the plane at the end of the scene, which is *intimate and exposed*. Just the two of them left.

Confidential                                                                                                    SPE_WF0000025