# Exhibit 126

Message

| | |
|---|---|
| **From:** | Blake Lively [▇▇▇▇▇▇▇▇▇▇] |
| **Sent:** | 12/10/2023 11:06:25 PM |
| **To:** | Todd Black (Escape Artist) ▇▇▇▇▇▇▇; Alex Saks ▇▇▇▇▇▇▇; Giannetti, Andrea ▇▇▇▇▇▇▇; Justin Baldoni ▇▇▇▇▇▇▇ |
| **Subject:** | Are You Happy |
| **Attachments:** | Are You Happy.pdf; Are You Happy.fdx |

Attached is the Lily and Ryle scene, post Atlas' visit to the flower shop and pre marriage proposal.

Will send more as I go. But I'm pretty crispy right now, so I'm gonna call it a night.

Hopefully the work sent today helps Chris to round out the schedule since these were all of the big scenes. Everything else, I believe, is just modifying within existing scenes.
Other than the scene/shot post telling Ryle she loves him too, which I'll write real quick and send tonight so Chris has.
B

*if after reading the pages you want the full context/breakdown, I wrote it all out below.

The goal of this scene was to see her conflict with the two men. To get her perspective so we can understand her heart, and in that, her choices — this tees up her decisions, not just in the marriage proposal acceptance, but for the rest of the film. From why she didn't go after Atlas and just call it then and there with Ryle. To why she doubles down and marries Ryle. To how and why she doesn't see the abuse. To why she thinks she's become her mother. To why she keeps the baby. To why she ultimately divorces Ryle. To her dynamic with her mother. To how she so easily falls back into love with Atlas at the end. Because it was never about Atlas or Ryle. It was always about life and all its complexities surrounding them and her.

I also wanted this scene to work in service of the proposal. Right now, post Atlas flower shop, we're rooting for Atlas and Lily. We need to draw the audience back into Ryle and Lily in this moment. We need many of them to WANT the proposal in the next scene. To be surprised and excited by it along with Lily.

And one call out for schedule: This scene can take place in Ryle or Lily's apartment. But should be night or dusk as it needs to feel end of day, reflective, after her visit from Atlas.

Blocking should be pretty simple and straightforward. This is a western. A standoff, albeit an intimate one. Them being locked into place adds to the tension. Trapped in truths. Which should make these pages zoom by.

Confidential

SPE_WF0000026