# Exhibit 127

Message

**From:** Blake Lively [ ]
**Sent:** 12/10/2023 11:36:36 PM
**To:** Todd Black (Escape Artist)   Giannetti, Andrea   Justin Baldoni [XXXXXXXXX]; Alex Saks
**Subject:** Love reflected
**Attachments:** Love Reflected.pdf; Love Reflected.fdx

Here's the final additional scene/shot. Post telling Ryle she loves him too. Pre flashback to hollow heart on the bus.

My hair, makeup and wardrobe can match the previous scene, or the Root scene, or an "at home" in between. Whatever schedule allows so we can quickly grab this. And as you'll see I noted, this can work in Lily or Ryle's apartment. It can be Day, Dusk or Night. Though I think dusk is ideal to help with the transition from their *big morning*, to their *big evening*.

Good night. More tomorrow.

B

Confidential                                              SPE_WF0000027