# Exhibit 128

**IT ENDS WITH US**

Screenplay

by

Christy Hall

Based on the book
"*It Ends With Us*"
by Colleen Hoover

**WHITE PRODUCTION DRAFT 4.5.23**
**BLUE REVISED 5.1.23**
**PINK REVISED 5.12.23**
**GREEN REVISED 10.31.23**
**GOLDENROD REVISED 1.4.24**
**BUFF DRAFT 1.7.24**

Wayfarer Studios

CONFIDENTIAL

*"For my father, who tried his very best not to be his worst.*

*And for my mother, who made sure we never saw him at his worst."*

Colleen Hoover

**FROM THE DARKNESS...** MUSIC RISES... **"REVERIE"** by Isaac Gracie, instrumental only. Beckoning us to-

1    **EXT. MAINE TWO-LANE HIGHWAY - MORNING** (FALL)    1

Swoop along a two-lane highway, TRACKING a SMALL VEHICLE weaving through the spellbinding glory of early fall.

2    **INT/EXT. LILY'S CAR (MOVING) - MORNING**    2

Face-to-face with LILY BLOOM, 29, an effortless sort of natural beauty.

A LARGE BLUE SIGN. A PASSING GREETING AT THE STATE LINE, READING:

> WELCOME TO MAINE
> The Way Life Should Be

Her bottom lip betraying her with a quiver.

3    **EXT. LILY'S MAINE HOME, DRIVEWAY - DAY**    3

Pulling into the driveway, Lily stares upon her childhood home. The engine still running. She grips the wheel, looking as if she might just get the hell out of there, when we see the front door swing open to reveal JENNY BLOOM, 50s, two arms waving from a distance. Lily takes a breath and puts on the necessary face.

4    **INT. LILY'S MAINE HOME, FRONT DOOR - DAY**    4    *

Lily meets her mom just inside the front door. Jenny,    *
looking quite respectable in a fitted, expensive day    *
dress - her face tear-stained. Her hair, makeup, and    *
nails perfectly fresh and manicured. Her interior world a    *
coiled mess. Her trauma and control issues paved over    *
with a practiced lightness.    *

                    JENNY    *
          Oh, honey.    *

Jenny pulls Lily in for an overwhelming embrace. Jenny    *
starts to crack.    *

                    JENNY   (CONT'D)    *
          What am I gonna do? What am I gonna    *
          do without him. It's all I've ever    *
          known.    *

Lily soothes Jenny like a parent to a child.                    *

                    LILY                    *
        Shhhh... it's okay... You're gonna be ok.          *

                   JENNY                    *
        I'm so sorry you didn't get to-- He knows        *
        though. He knows how much you loved him.         *
        You know that, right? I know you tried to        *
        get here. I know, sweetheart.                    *

Jenny pulls out of the hug, but still keeps her arms            *
wrapped around Lily as she searched her for sadness.           *

                JENNY (CONT'D)            *
        Are you ok?                                      *

                   LILY                    *
        Yeah. I'm just tired from the move.              *

                  JENNY                    *
        Oh shit, we need to pick the                     *
        flowers. I can't believe we're                   *
        picking flowers for his funeral.                 *
        You know you don't have to move.                 *

Jenny still holding her in a way that is both comforting and    *
claustrophobic.                                                 *

                JENNY (CONT'D)            *
        You could stay in Maine. It doesn't even          *
        need to be out here. That job you gave            *
        up, I would've killed for it.                     *

                  LILY                    *
        And I would've visited you in                    *
        prison. I appreciate your                        *
        enthusiasm about Boston, mom. Thank               *
        you. I love you. I'm gonna go set                *
        my stuff down.                                   *

Lily pushes past Jenny through the living room of her           *
childhood home which looks smaller with age. She calls         *
back without looking.                                           *

                LILY  (CONT'D)            *
        Lillies by the way.                              *

                  JENNY                    *
        What?                                            *

Lily ascends the stairs.                                        *
                                                                      *

                                LILY                                    \*
      The flowers. For a funeral are--                               \*

                             JENNY                                    \*
    <u>Lillies</u>! Yes. My god. Of course.                               \*
    ...I'm so glad you're home.                               \*

Jenny, a woman steeped in a lifetime of codependency, *means*      \*
*it.*                                                              \*

Lily, the memories nearly take her breath away.                   \*

                             LILY                                    \*
          (almost to herself)                               \*
    Me too.                                                       \*

Lily, a woman steeped in a lifetime of independency,              \*
*doesn't mean it.*                                                \*

5     OMITTED                                    5  \*

6     **INT/EXT. LILY'S CHILDHOOD BEDROOM - DAY**        6

CREEEAK, the door to Lily's safe space swings open. Her           \*
childhood bedroom. Unchanged. It immediately settles her,         \*
even though she handles it with the appropriate care one          \*
does after not seeing a dear friend for too long.                 \*

Lily takes a look around. Her gaze landing on... a MUSIC          \*
BOX on the BEDSIDE TABLE.                                          \*

As if in a trance, Lily crosses the room, and lifts the           \*
lid, prompting a SWEET MELODY to rise. Reaching inside,           \*
she unearths- A WOODEN HOLLOW HEART carved from oak. We           \*
clock a HOLLOW HEART TATTOO on Lily's collar bone. Lily           \*
looks out the WINDOW, toward a house next door, we rack           \*
focus to reveal YOUNG LILY's face in the reflection.              \*

                       JENNY (O.S.)                              \*
    He really loved you.                                          \*

CLOSE ON LILY as she is brought back to the present.             \*

                          LILY                                    \*
    Who?                                                          \*

                        JENNY                                    \*
    Your father.                                                  \*

Oblivious that Lily's mind is on another "he".                   \*

> LILY                                                    *
> Yeah, right, yeah, of course, I                         *
> know.                                                   *

> JENNY                                                   *
> You're going to wear something                          *
> traditional to the service right?                       *
> Not like how you dress? Out of                          *
> respect                                                 *

Lily, her back still to her mom, bristles at the irony of the   *
word respect. Jenny is oblivious.                                *

> JENNY (CONT'D)                                          *
> How's the eulogy coming along?                          *

Lily quietly tours her bedroom as her mom hovers in the         *
doorway.                                                        *

> LILY                                                    *
> It's one of the most beautiful things                   *
> I've never written.                                     *

> JENNY                                                   *
> Honey, just say *something*. Five things                *
> you loved about your father.                            *

> LILY                                                    *
> Five things? It's not a grocery list.                   *

> JENNY                                                   *
> Just five things, honey. Nice and simple                *
> and from the heart. It's gonna be great.                *
> All of it, it's gonna be... perfect. Five               *
> things. Easy.                                           *

> HARD CUT TO:                           *

A7      OMITTED                                     A7    *


B7      OMITTED                                     B7    *


7      **INT. CITY HALL, AUDITORIUM - DAY**         7

The local SHERIFF, 60s, bellies up to a podium before the
REVERENT CROWD. A PHOTO of ANDREW BLOOM, 64, resting on
an easel next to a CLOSED CASKET adorned with flowers.

                         SHERIFF
              We are here to honor the prestigious,
              generous and kind... Andrew Bloom. Whose
              ferocity was only outmatched by his
              gentility.

Lily - sitting in the front row next to Jenny - stares
ahead as she overhears two gossipy women behind her, MRS.
BYLAND, a redhead, and MRS. SMITH, a blonde.

         SHERIFF (CONT'D)                MRS. BYLAND
Deeply beloved mayor of        What was it again?
this fair town.

         SHERIFF (CONT'D)                MRS. SMITH
Husband of the highly          What was what?
adored Jenny Bloom of the
politically renowned
Lawrence family -

Lily squeezes Jenny's hand at the mention of her family.

         SHERIFF (CONT'D)                MRS. BYLAND
   (an attempt at levity)      There was something. There
Now that he's gone we can      was a scandal or... before
safely say, we all know,       I moved here... something
without Jenny, Andrew          with the daughter.
would've been nothing.

Jenny's tears betray her.

         SHERIFF (CONT'D)                MRS. SMITH
And father of sweet              (loving the shit talk)
Lily, please come to the       Ohh. Yes! Andrew protected
stage, darlin'.                her. Oh! I almost forgot
                               about that. My sister went
                               to school with them.

Lily takes the stage holding her empty NAPKIN list.

                         LILY
              Thank you... for joining us today.

She turns, locking "eyes" with her FATHER'S PORTRAIT only
a few feet away. It's as if he's staring right at her.

                         LILY (CONT'D)
              I'll just dive right in. Um... In honor
              of my father's life, I'd like to share
              with you the... five things that I loved
              most about him.

Opening her NAPKIN, Lily stares upon the NUMBERS listed
vertically, yet, nothing more is written.

Goldenrod Rev. (01/04/24)                                    6.

                Lily's gaze then falls upon Jenny. That UNSPOKEN TRUTH
                still dangling between them- And yet, her mother stiffens-

                                    LILY (CONT'D)
                        Sorry. This is tougher than I thought.

                Lily takes her NAPKIN and walks offstage.

                CLOSE AS SHE KEEPS WALKING DOWN THE AISLE. The CROWD, a
                mixture of empathy and judgement, is seen stirring just
                over her shoulder.

                                                    SMASH TO BLACK:


                TITLE CARD:


                                    **IT ENDS WITH US**
        ────────────────────────────────────────────────────────────────

A8        OMITTED                                                      A8

B8        OMITTED                                                      B8

C8        OMITTED                                                      C8

8         **EXT. LILY'S CAR (MOVING) - MAINE TWO LANE HIGHWAY**        8
          **(AFTERNOON)**

          Lily changes her clothes while driving. Quite literally
          shedding her time at home. Forcing the layers off herself
          as if they were a cocoon restricting her from spreading
          her wings.

A9        **EXT. LILY'S CAR (MOVING) - BOSTON BRIDGE - SUNSET**        A9

          Lily driving, lost in thought. Happy to escape her past.
          Jenny calls, but Lily ignores it.

9         **EXT. BOSTON STREET - NIGHT**                               9

          Finally, Lily pulls to a stop, parking in front of a
          luxury high rise. Her phone lights up. More texts from
          mom. **I'm very worried about you. Please tell me you're
          ok. Please call me.**

Buff Draft (01/07/24)                                          7.

Lily rests her weary head on the window. She looks up. Is
she ok?

We reveal a LUXURY HIGH RISE through her window. That is
one very tall building. She takes in *all* the details.
It's height, it's fall, it's unforgiving concrete at the
bottom. We see each element she sees. Her mom punctuates
the moment with a text: **Promise me you won't do anything
stupid.** And with that, our own stomachs start to turn as
Lily exits the car.

10          OMITTED                                                    10

11          **EXT. BOSTON LUXURY BUILDING, ROOFTOP - NIGHT**          11

We find Lily on the LEDGE of the rooftop, fiddling with
the empty napkin, still branded with five lonely numbers.          *
She looks out over the city. In despair, or at peace, we          *
can't tell. She peers over the ledge and feels the primal          *
jolt of fight or flight. Just then -                               *

BAM! The ROOFTOP DOOR about twenty-five feet to Lily's
right suddenly bursts open. A **SHADOWED FIGURE** emerging
from the stairwell and SLAMMING the door shut again -
WHAM!

ON LILY- Trying to get a glimpse of this **PERSON** moving
swiftly across the deck. The **SILHOUETTE** finally stopping
near the edge about twenty feet in front of her- REVEALED
to be a **MAN**, mid 30s, appears to be on the verge of a
breakdown-

Lily watches as the Man kicks one of the PATIO CHAIRS -
WHAM!

Unaware he has an audience, he kicks the chair
repeatedly. It doesn't break, it just slides away from
him. He kicks it again. It just slides further.
Frustrated he stands over it, his hands clenched by his
sides.

Back to Lily, watching him in an almost voyeuristic way.

He fishes a JOINT from his pocket. And LIGHTS UP. He                *
takes a long drag. His face now, thanks to the moon,
fully visible to her... wow.

He finally notices Lily sitting on the ledge near the
door. **THEIR EYES MEET. He covers his embarrassment.**

                          MAN
          ... Hi.

                          LILY
          ... *Hi.*

He takes another drag. Dryly- An attempt at a joke-          *

                          MAN                                 *
          Strong chair.                                       *

Dryly back-                                                   *

                          LILY                                *
          ...*Is it?*                                         *

                          MAN                                 *
          I'm sorry about that, it's... been a day.           *

                          LILY                                *
          Tell that to the chair.                             *

She turns back to the view, the Man taking a drag as he       *
watches her in the dark. After an awkward beat-

                          MAN                                 *
          Could you... Uh, could you please get               *
          down from there? You're making me nervous           *
          sitting so close to the edge.                       *

Lily glances at her legs straddling the ledge. Then-          *
Holding her own-                                              *

                          LILY                                *
          I'm quite comfortable.                              *

                          MAN                                 *
          Look - the last thing I need tonight is             *
          to see a beautiful woman fall to her                *
          death.                                              *
              (OFF LILY)                                      *
          *Pretty please?* With a cherry on top?              *

Lily doesn't move.                                            *

                          LILY                                *
          I once read Maraschino cherries stay in             *
          your stomach for like, seven years. Or              *
          cause cancer. I forget which.                       *

She steps down from the ledge.                                *

                          LILY (CONT'D)                       *
          Happy?                                              *

Buff Draft (01/07/24)                                    9.

                     MAN                                   *
        Very. Thank you. I didn't know that about          *
        Maraschino cherries.                               *

      LILY              *       MAN (CONT'D)          *
I may have made that up--  *   They definitely are ---    *
but they're pretty gross.  *   sorry, sorry, go ahead.    *
So, what happ-             *

A charge between them. After a beat, she nods to the
chair which is laying resigned on its side.

             LILY (CONT'D)                       *
        What happened? Was it a woman? Was it a            *
        man?                                               *
             (then)                               *
        It was a chair, wasn't it?                         *

             MAN
           (with a chuckle)
        If only it were *that* trivial.

Silence. The Man taking one last drag-                    *

             MAN (CONT'D)
        ... What floor do you live on?                     *

             LILY                                *
        ... *You first.*                                   *

  .                                                     *

Approaching her-                                          *

             MAN                                 *
        'kay. Well... My sister and her husband,           *
        they bought the entire top floor - right           *
        beneath us actually.                               *

             LILY                                *
        Hot damn, sis. The whole top floor, huh?           *

He joins her near the edge, the two looking out over the  *
city.                                                     *

             MAN                                 *
        Yep. They split it into two units and I            *
        bought the other.                                  *

             LILY                                *
        Of course you did.                                 *
            (OFF the Man's smile)                   *
        What do you do for a living?                       *

Buff Draft (01/07/24)                                          10.

                              MAN                             *
          Neurosurgeon.                                       *

Lily stares at the Man. Hard to read what she's thinking.    *
Suddenly, the hardness etched into her features cracks as    *
laughter flies from her mouth like a jack in the box.        *

                         MAN (CONT'D)                        *
          How is that funny?                                 *

                             LILY                            *
          Jesus H... I'm sorry. I'm so sorry.                *
          You're serious.                                    *

                              MAN                            *
          Yes.                                                *

                             LILY                            *
          Please, I'm so sorry. You've spent way             *
          too much time in school to have me laugh           *
          like that. I'm terrible. I thought you             *
          were a crypto-bro. Or a REALLY expensive           *
          prostitute.                                         *

                              MAN                            *
          Well, I AM very expensive. And no kissing          *
          on the mouth. So why haven't I seen you            *
          before?                                             *

                             LILY                            *
          Two reasons. I've never required brain             *
          surgery. And I don't live here.                    *

                              MAN                            *
          Do you have a boyfriend who does?                  *

                             LILY                            *
          WOOF. That's a tragic pick-up line.                *
                    (She gives herself a whole-              *
                     body shake.)                            *
          Okay, okay, apologies. Try again. I won't          *
          laugh. Promise.                                     *

                              MAN                            *
          I'm not sure I trust that. So, what                *
          inspired you to embrace a life of crime            *
          and break into my building?                        *

                             LILY                            *
          I like living on the edge.                         *

                              MAN                            *
          I can tell.                                         *

CONFIDENTIAL

                      LILY                                    *

I wanted some fresh air. Somewhere to   *
think. So I googled the closest building   *
with a nice view.   *
      (flirty)   *
You have a really nice view.   *

Staring directly at her-   *

                      MAN   *

*I do.* What's your name?   *

                      LILY   *

Lily.   *

                      MAN   *

Where you from, Lily?   *

                      LILY   *

Originally Maine, but I just recently   *
quit my uh, successful enough job to move   *
here start my own small shop. Yeah... I   *
realized my parents were getting older   *
and there was still time to disappoint   *
them.   *

                      MAN   *

Yeah. Well, I'm a doctor and my mother is   *
still disappointed in me. So...   *

                      LILY   *

What's *your* name?   *

                      MAN   *

Ryle.   *

                      LILY   *

Ryle what?   *

                      RYLE   *

Why do you want to know my last name?   *

                      LILY   *

I need to know what to tell the cops when   *
you turn out to be a serial killer. Or a   *
prostitute.   *

                      RYLE   *

Fair. It's Kincaid. Ryle Kincaid.   *

                      LILY   *

That's a serious name.   *

Buff Draft (01/07/24)                                    12.

                              RYLE                                  *
                    What's *your* last name?                        *

          Lily is quietly mortified.                                *

                              LILY                                  *
                         (mortified)                               *
                    ... It's Bloom.                                 *

                              RYLE                                  *
                    Ooof. C'mon, that's not your real-              *

          She holds up her finger - an effort to silence him.       *

                              LILY                                  *
                    Wait. A ta-ta. Just wait... It gets             *
                    better.                                         *

                              RYLE                                  *
                    That's simply not possible.                     *

                              LILY                                  *
                    Oh, it does. I'm obsessed with flowers          *
                    and I'm gonna, kinda... Open a...               *

          Lily wincing.                                             *

                    RYLE            *            LILY (CONT'D)       *
          Open a flower shop?       *    A flower shop, yes.         *

          There is a long beat. It hangs in the air with playful,   *
          extraordinary tension. NOW IT'S HIS TURN:                 *

          He belts out an absolutely WONDERFUL, full bodied laugh.  *
          It's, in a word, adorable. He eventually pulls it         *
          together. Wiping tears of laughter away, over the         *
          following:                                                *

                              RYLE (CONT'D)                         *
                    I'm sorry. Oh god, that's wonderful. I          *
                    think Lily Bloom is a great name for a          *
                    florist. Or a woodland sprite.                  *
                         (Good natured sarcasm)                     *
                    It doesn't sound made up at all.                *

                              LILY                                  *
                    Oh... That's kind of you to say, <u>DOCTOR      *
                    RYLE KINCAID.</u>                               *

                              RYLE                                  *
                    What's your middle name?                        *

          She groans.                                               *

CONFIDENTIAL                                          24-CV-10049_0000332

Buff Draft (01/07/24)                                    13.

                         LILY                                    *
          Don't do it.                                           *

                         RYLE                                    *
          It gets worse?                                         *

                         LILY                                    *
          Don't do it.                                           *

                         RYLE                                    *
          Rose?                                                  *

                         LILY                                    *
          Worse, I'm afraid.                                     *

                         RYLE                                    *
          Violet? Petunia? Toadflax?                             *

                         LILY                                    *
          Blossom.                                               *

A beat:                                                          *

                         RYLE                                    *
          Goddamn. Your parents hate you.                        *

They laugh. Eyes locked. Charmed by each other. Verbal           *
sparring cools and gives way to sexual tension.                  *

                         LILY                                    *
          Well, we'll never know for sure. My dad,               *
          he uh, he died on Monday. So... That's                 *
          actually why I came up here. To have a                 *
          good cry and hopefully meet a wealthy                  *
          neurosurgeon.                                          *

                         RYLE                                    *
          Oh my God. I'm... Shit. Were you close?                *

                         LILY                                    *
          No. And I got the sense looking at his                 *
          coffin that we're probably not gonna get               *
          much closer.                                           *

                         RYLE                                    *
          Damn.                                                  *

                         LILY                                    *
          Well, ya know, naked truths aren't always              *
          pretty...                                              *

Ryle lowers himself onto a lounger. Lily claims the              *
lounger next to him.They gaze upward in SILENCE.                 *

Buff Draft (01/07/24)                                    14.

                              RYLE                          *
               Hmm. Tell me another naked truth.            *
               Something you're not proud of, something     *
               that'll...                                   *

                              LILY                          *
               Make you feel a little less screwed up?      *

                              RYLE                          *
               Sure.                                        *

                              LILY                          *
               Honestly? Okay. I... could have made it      *
               back. To see my dad one last time, but I     *
               missed it. I missed it on purpose.           *

     She feels weird confessing that to a stranger. Her words   *
     linger in the air.                                    *

                              LILY (CONT'D)                 *
               Your turn.                                   *

     Not wanting to play his own game. Then:                *

                              RYLE                          *
               I... watched a little boy die tonight. He    *
               was only six years old. His little           *
               brother found a gun in their parents'        *
               bedroom and... it went off by accident. I    *
               spent two hours trying to put him back       *
               together, but... there was nothing I         *
               could do.                                    *

     Lily reacts. Heartbroken. The evening going from sadness,  *
     to a curious encounter, to silly and now to heartbreak.    *

                              LILY                          *
               ... I can't imagine what that's going to     *
               do to the brother that lived.                *

                              RYLE                          *
               It'll destroy him for life. That's what      *
               it'l do.                                     *

     He's silent. It's almost too much for him. Finally, he     *
     turns to her. She does the same. The two curled on their   *
     sides, staring at each other in the dark.             *

                              RYLE (CONT'D)                 *
               'Kay. Alright. Gimme me another one. Mine    *
               was WAY darker than yours.                   *

                         LILY                              *
                  (a beat, thinking)                       *
         Hmm. Welll... um... The first guy I had           *
         sex with... was... homeless.                      *

                         RYLE                              *
         Stop.                                             *

                         LILY                              *
         No, really. Yeah. In high school.                 *

                         RYLE                              *
         Wait. Wait. What? That's it??                     *

                         LILY                              *
         Yeah.                                             *

                         RYLE                              *
         Come on...                                        *

    Lily shrugs. What's there to say?                      *

                         LILY                              *
         There's nothing really to tell. I was             *
         friends with this boy, Atlas. He was kind         *
         and super talented and capable, he was my         *
         best buddy, but he just got a shit hand.          *

                         RYLE                              *
         You're making me jealous of a homeless            *
         man.                                              *

                         LILY                              *
         Ok. That's enough. Your turn.                     *

                         RYLE                              *
         I don't know if I can top that. It was            *
         both sexy and disturbing.                         *

                         LILY                              *
         That's my brand. Go on. Try. Shock me.            *

    He looks at her. Like REALLY looks at her.             *

                         RYLE                              *
                  (plainly)                                *
         I want to take you.                               *

                         LILY                              *
         To Disneyland?                                    *

                         RYLE                              *
         No, I want to *take* you.                         *

Buff Draft (01/07/24)                                    16.

Lily's stares. Unreadable.                                                    *

                          LILY                                                *
          Excuse me?                                                          *

                          RYLE                                                *
                    (speaking simply in facts)                               *
          You asked me for the most recent thought                          *
          and I gave it to you. If you were into                            *
          it, I would take you downstairs to my                             *
          bedroom and I do things for you that no                           *
          one has ever done before.                                          *

They share the sexiest SILENCE you've ever seen.                             *

                          LILY                                                *
          How many women has this worked on?                                 *

                          RYLE                                                *
          Would you believe me if I said you're the                         *
          first?                                                             *

                          LILY                                                *
          No.                                                                *

                          RYLE                                                *
          I'm not good at relationships because I'm                         *
          an emotionally selfish workaholic. So I                           *
          just avoid them altogether.                                        *

                          LILY                                                *
          How do you know? If you've never tried                           *
          having a relationship or carbs, how do                            *
          you know it doesn't work for you?                                  *

                          RYLE                                                *
          I never said I don't eat carbs.                                    *

                          LILY                                                *
          Well c'mon. You don't look like a                                 *
          reckless snacker.                                                  *

                          RYLE                                                *
          Love isn't really for me. Lust seems nice                        *
          though.                                                            *

                          LILY                                                *
          You still haven't answered my question.                           *

                          RYLE                                                *
          I'm just trying to keep up with you here.                         *

                          LILY                                                *
          How many women has this worked on?                                 *

Buff Draft (01/07/24)                                            17.

                          RYLE                                     *
           All of them.                                            *

                          LILY                                     *
           Well I'm not one to sleep with someone I                *
           just met.                                               *
                                                                   *

SILENCE. Ryle looking down at her lips again.                      *

                          RYLE                                     *
           Okay. Then. Well then exactly how far                   *
           *would* you go?                                         *

*Silence. This could go either way.* Then. In a whisper-           *

                          LILY                                     *
           I'm not sure. I'm an unreliable narrator.               *

He reaches out and grabs the edge of her lounge chair and          *
drags it closer, their mouths only inches apart, their             *
warm breath brushing softly against each other's lips.             *

Gently, he tucks a piece of hair behind her ear, then
slowly grazes his fingers against her neck and finds the
zipper of her jumpsuit. Taking in every detail, his eyes           *
landing on Lily's **HEART TATTOO now revealed** on her collar
bone. Gently touching it. He toys with her surrounding             *
collar.                                                            *

                 RYLE
           Too far?

Heart thrashing around in her chest.

                          LILY
                 No.

His hand slides her jumpsuit to the side, now hanging              *
loosely off her shoulder.                                          *

                          RYLE
                 This?

CLOSE ON LILY. Gripping at the edges of the lounger,
arching her back, daring him to go further. He does.

                          LILY
                 (she exhales)
                 *Fffuuuuuuc---*

She turns to stare at him – their faces inches apart when-
A **PIERCING PHONE RING** rips through the air. Dropping his
forehead to her shoulder-

Buff Draft (01/07/24)                                    18.

                              RYLE
                    *Dammit.*

          He fumbles in his pocket for his phone, walking several
          feet away from her to take the call.

                              RYLE (CONT'D)                    *
                         (Into the phone)                      *
                    Dr. Kincaid. What about Roberts? I         *
                    can't...Okay. Yeah. Prep the OR. Tom can   *
                    cut, I'll supervise. Gimme ten minutes.    *

          He ENDS THE CALL and turns to Lily, sad.            *

                              LILY
                    Holy shit.

                              RYLE
                    I know, I'm sorry.

                              LILY
                    No. I mean, *holy shit*, I JUST NOW        *
                    realized you're ACTUALLY a goddamn         *
                    neurosurgeon.                              *

                              RYLE                             *
                    I tried to warn you. I have to..           *

                              LILY                             *
                    It's fine.                                 *

          She nods. Equally disappointed. And surprised by it. *

                              RYLE                             *
                    It was nice meeting you, Lily Blossom       *
                    Bloom.                                      *

          He stands. Suspended between the desire to stay and the  *
          pressing need to leave. Then he opens the DOOR and       *
          disappears down the stairwell.                           *

          Lily is left shaken to her core, confused. By the
          unexpectedly electric moment they shared.

    12    **INT. LILY'S BOSTON APARTMENT - EARLY MORNING**        12

          Lily sits upright in bed, working as morning light shines *
          through the window of her eclectic apartment. The         *
          attention to detail and immense creativity is apparent at *
          first glance, despite the moving boxes strewn about. Lily  *
          finishes a floral design sketch in a thick journal she's   *
          had for a lifetime.                                         *

Scraps of flowers, fabric, gems and glue, as well as          \*
sharp, more brutal scraps of twisted metal and wood           \*
surround her on her bed. She sees the clock and realizes      \*
she lost track of time. Shit! She slams her book onto her     \*
night stand next to a Kintsugi vase she made years ago        \*
and the **CARVED WOODEN HALLOW HEART,** which she doesn't      \*
acknowledge. She hops out of bed to start her day...          \*

                                        MATCH CUT TO:

13      **INT/EXT. LILY'S CHILDHOOD ROOM (MEMORY) - DAY**        13

        **YOUNG LILY'S** (17) feet hitting the floor as she gets out
        of bed. Quick cuts of her getting ready for school -
        brushing her teeth, donning a flowing dress with high-top
        lace-up Doc Martins and an oversized jean jacket. Moving
        to her BEDSIDE, she opens her **MUSIC BOX** to grab a
        necklace, prompting a **SWEET MELODY** to rise- When- She
        spots MOVEMENT in her window.

        Peering out, she just barely catches sight of a **BOY WITH
        A BACKPACK** (18) sneaking out of one of the broken windows
        from the **CONDEMNED HOUSE** next door.

        She watches as he discreetly opens a trash - he's hungry.
        Suddenly- She is startled by **YELLING** from downstairs- The
        **VOICE OF HER FATHER-**

                        ANDREW (O.S.)
                Where's my jacket? Damnit Jenny.

        The FRONT DOOR downstairs SLAMS! Young Lily shaken as-

14      **INT/EXT. THE BUS (MEMORY) - DAY**                      14

        -Young Lily sitting on the bus as the Boy climbs aboard
        and bee-lines to the back.

        Young Lily "nonchalantly" allows herself to sneak a
        glance behind her as she hides in her sketching...
        finding the Boy somberly staring out the window.

        He's long and lean, in need of a shave and a shower. But
        under that thin layer of grime... hides a gorgeous young
        man. *Interesting.*

        Young Lily turns her head again, staring just long enough
        for the boy to catch her in the act.

        THE TWO LOCK EYES- and for a brief moment their
        connection feels cosmic. And safe.

15      **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**                  15

Young Lily hastily makes THREE SANDWICHES, grabs TWO
SODAS and a BAG OF CHIPS and some **DIRTY VEGETABLES FROM
HER GARDEN.** Tossing it all in an OLD BACKPACK- Adding a
FLASHLIGHT- A SWISS ARMY KNIFE- A WOOL BLANKET- And some
CANNED GOODS. Then- She-

16      **EXT. ABANDONED HOUSE, BACK PORCH (MEMORY) - DAY**                 16

Places the PACK on the back porch of the CONDEMNED HOUSE
right by the door. Nervous- She reaches out and KNOCKS -
And runs away, quickly tucking behind a **GIANT OAK TREE.**

Her heart pounding, Young Lily peeks out from behind the
old trunk, watching as the door slowly opens, Young Atlas
surprised to see the BACKPACK. He picks it up, opens it
and... issues a soft grin.

17      **EXT. THE BUS STOP (MEMORY) - DAY**                                17

The next morning, Young Lily arrives at the bus stop
again, finding Young Atlas already there. It's just the
two of them. And it should feel awkward. *But it doesn't.*

The bus finally rounds the corner, heading their way. And
just as it pulls up, Young Atlas, embarrassed but
grateful, quietly mutters-

                    YOUNG ATLAS
          *Thank you.*

The doors open on the bus. Young Lily heads on first.

                    LILY
              (mischievous and protective
               of him)
          I don't know what you're talking about.

18      **INT. THE BUS (MEMORY) - DAY**                                     18

Taking a seat. Young Atlas shyly sits in the empty seat
across the aisle, it's the closest he can make himself
get to her, dropping his BACKPACK between his legs. Both
feeling a little adolescently awkward being this close.

He looks at her, his eyes are so beautiful, full of
heart, wisdom, but also real pain. Young Lily looks
plainly at him. Without judgement. She notices **a big scar
on his hand. Like a burn.**

CONFIDENTIAL

                    YOUNG LILY
          ... Why don't you live at home? Did you
          run away or something?

He stares at her for a few seconds, as if trying to
decide if he can trust her or not.

                    YOUNG ATLAS
          My mom kicked me out.

                    YOUNG LILY
          Why?

                    YOUNG ATLAS
          Because... she likes dating guys that
          beat the shit out of her. And I kept
          getting in the way.

These words punch Young Lily in the gut. She knows this
same stark reality all too well.

                    YOUNG LILY
                 (no icky sympathy)
          What happened to your hand?

He pauses. Doesn't want to burden her...

                    YOUNG ATLAS
          It got in the way.

The two lock eyes. Offscreen they hear **KATIE** (17 -
pretty) giggling with her FRIEND.

                    KATIE
                 (whispering)
          Smells like teen spirit.

Young Atlas utterly mortified. Young Lily unfazed.

                    YOUNG LILY
          My parents don't normally get back from
          work until about five, which means we
          have zero% assholes and 100% of running
          water. If you wanna...

Young Atlas looks at her. Baffled by her kindness. **A
natural feeling of intimacy swirling.** Finally, softly and
flat-

                    YOUNG ATLAS
          Yeah. Sure.

Pink Rev. (05/12/23)                                        22.

                          YOUNG LILY
                     (equally flat)
              Your enthusiasm is contagious.

She leaves a little twinkle in his sad eyes.

19      **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**        19

        Quick cuts: popping popcorn, pouring two glasses of
        lemonade. The shower can be heard in the background. It
        turns off. She quickly pours the popcorn, checks her hair
        in the microwave door, and rushes into the living room.

20      **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) - DAY**     20

        Close on *"The Ellen DeGeneres Show"*– we cut back to Lily,
        watching but also not really watching as she tries to
        look "super chill" waiting for a beautiful teenage boy to
        come downstairs. Young Lily's entire body stiffens when
        **Young Atlas finally emerges from the hallway.**

                          YOUNG ATLAS
              Thanks for the clothes.

                          YOUNG LILY
                     (prodding him for reactions)
              You look like Ned Flanders.
                     (then)
              My dad won't know they're gone, don't
              worry. He doesn't wear jeans, t-shirts,
              or general humanity much.

        Playing it "cool", Young Lily offers him some popcorn and
        he takes a handful.

                          ATLAS
              You don't like your dad?

                          YOUNG LILY
              No. No, I love him desperately. That's
              the problem.
                     (changing subjects to
                      something less grey)
              My parents won't be home for like 45
              minutes if you want to watch tv...

        Two awkward kids. His face freshly shaven. His eyes
        looking **DEEPER AND DARKER** than ever before. They share a
        beat. Both pretending to be watching Ellen, but both
        wanting nothing more than to be getting to know each
        other. Finally she gestures to the abandoned house next
        door--

CONFIDENTIAL

Pink Rev. (05/12/23)                          23.

                    YOUNG LILY (CONT'D)
          So... How did you end up here?

                    YOUNG ATLAS
                (dead flat)
          It had great curb appeal.

                    YOUNG LILY
                (equally flat)
          I get that a lot.

Well played.

                    YOUNG ATLAS
          ...Yeah  it's hard to get a job without a
          phone or an address. So- I figured- I'll
          just finish up school. The nachos are
          pretty good.

                    YOUNG LILY
          How old are you?

                    YOUNG ATLAS
          Just turned eighteen.

                    YOUNG LILY
          You don't have any family but your mom?

                    YOUNG ATLAS
          I have an uncle. In Boston. I just- I
          can't seem to get a hold of him.

                    YOUNG LILY
          Maybe you have the wrong number?

                    YOUNG ATLAS
          Yeah, that's probably it.
                (OFF LILY)
          I'm signed up to go to basic training in
          May.

     YOUNG LILY                      YOUNG ATLAS (CONT'D)
Basic training?              The Marines.

Lily sensing already that she's going to miss him.

                    YOUNG LILY (CONT'D)
          Oh. Wow. Congratulations.

Young Lily once again struck by his beautiful stare.

**PRE-LAP:**

                    JENNY (O.S.)
              So... today's the big day? Blink twice if
              you want me to talk you out of it--

21    **EXT. BOSTON STREET - DAY - WINTER**                    21

      Lily, dressed in full winter gear, walks with urgency.
      Her messy hair falling out of a beanie.

                    LILY
                (A little out of breath)
              I'm never blinking again.

22    **INT. LILY'S MAINE HOME, SUN ROOM - MORNING**           22

      REVEAL JENNY. Forcing that classic grin of hers -

      **INTERCUT**

                    JENNY
              I've just always thought a flower shop is
              a tricky business. And if it doesn't work
              out...

                    LILY
              What makes you think it's not going to
              work out?

                    JENNY
              I said "if". A flower sales statistic
              that shocks many new store owners, is the
              amount of stock that has to be tossed
              away on a daily basis. A whopping forty-
              five percent of all flowers die and have
              to be discarded before they're ever sold.
              That's almost one out of--

                    LILY
              Mom, are you reading this from Google?

      She starts to well up.

                    JENNY
              Of course I am. How would I know that?
              Google is my best friend. I'm worried
              about you. *Google* is worried about you.

                    LILY
              You're both too late.

Up ahead she sees a Man standing outside an old storefront, clearly waiting for someone. She waves to him.

> LILY (CONT'D)
> I'm getting the keys right now. I love you.

> JENNY
> Oh wow, okay. I love you! You can do it. I believe in you!

Lily shakes her head. Wry smile.

> LILY
> Okay. You sound crazy. Thanks mom. Call you later.

She hangs up. If there weren't people around her and if this wasn't the biggest day of her life, she would scream. She approaches the man.

23    **EXT. LILY BLOOMS (OLD STOREFRONT)**                    23

> LILY
> Hi, so sorry I'm late. Still getting used to the city. I just moved here.

As he gruffly hands her the keys.

> REALTOR
> (Thick Boston accent)
> Ok sweetheart. They don't have maps where you're from?

> LILY
> Just switchblades. Thank you so much, this is really a dream--

The man just leaves. Welcome to Boston.

> LILY (CONT'D)
> --come true.

She looks up Tup to the door, puts in the key and turns the handle, revealing-

24    **INT. LILY BLOOMS (OLD STOREFRONT) - CONTINUOUS**       24

An old building in dust-covered shambles. Looks like it hasn't been updated in 40 years.

Pink Rev. (05/12/23)                                           26.

Could have been a small cafe, **but now it looks like
something out of an episode of HOARDERS.** She rummages
through the trash, then she pulls a **large old sketchbook**
out of her bag THAT WE RECOGNIZE FROM THE BUS and puts it
on the old cafe bar. It's worn and faded after years of
sketches. She looks up and around - beaming at the mess.

                                                    CUT TO:

25      **INT. LILY BLOOMS - AFTERNOON**                        25

Headphones in, quick cuts of Lily cleaning. It's clear
she's been hard at work. She busts through the slightly
transparent curtain where we see a figure on the other
side holding a gardening spade and hand rake. Lily jumps.

                         LILY
             Jesus!

A woman whips around equally startled.

                         ALLYSA (O.S.)
             *Ah! Hi. Sorry, didn't mean to scare you.*

Meet **ALLYSA**, early 30s, She's super cute. *Dressed in
designer everything and a Hermes bag to match.*

                         LILY
             No, no, it's okay. Sorry. I just didn't
             hear you come in. Can I help you?

She walks toward Lily and extends her hand.

                         ALLYSA
             Can I help you?

                         LILY
             Excuse me.

                         ALLYSA
             There's a *help wanted* sign out front?

                         LILY
             Oh. What? I didn't put a sign up. Sorry.
             I don't know how that got there...

                         ALLYSA
             Yeah it looked pretty old, but I still
             felt like maybe I should come in. I walk
             by this place every day and I've always
             wondered who was gonna find this little
             gem and make it their own. I'm Allysa, by
             the way, you're the owner?

                         LILY
          Yeah, hi, Lily. Nice to meet you.

                         ALLYSA
          Nice to meet you, too. Congratulations.
          Anyway today, your door was open. So I
          felt pulled to stop in and maybe even
          offer my services. I'm looking for a job
          right now.

                         LILY
          Oh, I'm not hiring yet... I only got the
          keys a few days ago. And I'm sort of
          still finding my way here.

                         ALLYSA
          Totally, understand. Best of luck. I just
          have to ask though, what are you doing
          with this sweet place?

                         LILY
                  (proud)
          It's gonna be a flower shop.

A moan escapes Allysa and surprises them both.

                         LILY (CONT'D)
          What?

                         ALLYSA
          Oh. It's just. Oh, I'm probably the one
          person in the world who hates flowers. I
          wish you the very best of luck though.

She turns to leave like a butterfly looking for its next
place to pollenate.

                         LILY
          I'm sorry. Who hates flowers??

                         ALLYSA
          I do.

                         LILY
          Wait.. you gotta explain a little more...
          Why??

                         ALLYSA
          Because they're a lie.

Lily completely amused and taken.

                         LILY
          A lie??

Pink Rev. (05/12/23)                              28.

                              ALLYSA
                         (sweetly but believes every
                          word)
                    Well, a half truth. It's just so weird,
                    like why not give me something living
                    instead of something that's gonna die and
                    creates more work for me! I don't mean
                    any offense. I'm so sorry. I just feel
                    like a flower shop is depressing. But
                    that's just me.

Allysa's energy wants to get out of there. She's said too
much.

                              LILY
                    No, no. I agree, it's depressing to me
                    though because the beauty of what flowers
                    are have been lost. We order them like
                    takeout now.

Allysa not yet leaving, but listening. Lily enjoying the
test audience in this magical person.

                              LILY (CONT'D)
                    What makes flowers interesting to me --
                    since I was a kid-- is that they only
                    exist for a fleeting moment in time. It's
                    the tragedy that makes it so compelling.
                    It's *storytelling.*

Genuinely taken by Lily, but--

                              ALLYSA
                    I had a tough experience with flowers as
                    a kid so that's probably where we're
                    different here. Everything you said is
                    exquisite though.

                              LILY
                    Allergies?

                              ALLYSA
                         (sweetly)
                    Somethin' like that.

                              LILY
                    I've never felt more passionate about
                    goddamn flowers than I do talking to you.
                    If the offer is still open, would you
                    consider working here? Help is wanted.

Both excited by what this could be.

CONFIDENTIAL

Buff Draft (01/07/24)                                            29.

                              ALLYSA
                    I'm not cheap.

                              LILY
                    That, my lady, I can tell.

                              ALLYSA
                    I have to be out for dinner by 5 tonight.

                              LILY
                    Tonight?

                              ALLYSA
                    Yeah. I just started.

          A best friendship was just made.

                                        SMASH TO FLOWER SHOP
                                                    MONTAGE:


26        OMITTED                                          26


A27       **INT/EXT. LILY BLOOMS (PRESENT)- FLOWER SHOP MONTAGE -    A27
          DAY/NIGHT - THREE MONTHS**

          Lily and Allysa clean the flower shop. They find some
          treasures like an iron table and some vases and also some
          disgusting shit like a vile, mushy hairball of hell. As
          they cough and choke and nearly vomit...


B27       OMITTED                                          B27


C27       **INT. LILY BLOOMS - DAY**                       C27

          The place looking a bit better now, Lily starts to play
          with the floral design- integrating the flora into the
          **iron table.** Behind her Allysa paints the walls and rocks
          out wearing giant head phones like she's headlining her
          own arena tour.

          **\*\*\***CUTAWAYS through this sequence of second unit shots of    *
          Lily's concept art from her sketch book of flower          *
          arrangements, and then shots of the actualized, real       *
          life, breathtaking floral arrangements from the sketches.   *
          With the same scraps and trim and elements and details as   *
          the sketch, but somehow better. Shots are "Chef's Table"-   *
          style: clean, artistic, slo-mo, glam, creative, tight on   *
          details and also wide while slowly moving around the        *
          piece.                                                      *

Buff Draft (01/07/24)                                    30.

Shots of the now finished Kintsugi vase that she was          *
telling Alyssa about. Gold gleaming, its scars now its        *
beauty. You see the symbolism in all her work. Of pain        *
creating beauty, not tarnishing it. The thorns are the        *
beauty, the rose is of less relevance.                        *

D27    **INT. LILY BLOOMS - DAY**                            D27

Lily sits at her work desk like a mad scientist. She
starts to dip roses in black ink. Paints the leaves
Bronze. Drops pigments in the vase water. Red. Purple.
Black.

                    ALLYSA
                 (in awe)
            You are Dr Frankenstein... but with
            flowers.

                    LILY
            Marry me.

E27    **INT. LILY BLOOMS - DAY**                            E27

Lily takes a broken vase she had found, then epoxies it
back together with Oxblood and Gold - the ancient art of
Kintsugi. While Allysa climbs a ladder and tries to hang
an installation. But turns out, she's too tiny for this
task. Lily jumps to help.

                    LILY
            I got this.

Lily climbs the ladder; she clearly doesn't got this.

                    ALLYSA
                 (whispering so God doesn't
                  hear her)
            Does it make me a bad feminist if I call
            my husband for help?

                    LILY
            No it makes you hot for knowing when to
            delegate.

                    ALLYSA
            Oh-god-thank-you-cause-I-really-didn't-
            wanna-keep-trying-to-hang-that. Uh! He's
            at Happy Hour around the corner with my
            brother.

                    LILY
            That's great. I prefer my handymen drunk.

Pink Rev. (05/12/23)                                    31.

Allysa makes the call. A **TIPSY VOICE** heard yelling out
over the BOISTEROUS SOUNDS OF A LOUD BAR–

> MARSHALL (V.O.)
> Hey, Issa! The game's over. Where you at?

Allysa gives Lily a grin and puts her phone on SPEAKER–

> ALLYSA
> I'm just at work with my boss and we need
> your help.

> MARSHALL (V.O.)
> *Your boss? You babe were post economic*
> *you don't need a boss. Unless you want a*
> *boss because I'm open to that ...*

> ALLYSA
> Don't keep talking, first of all you're
> with my brother, and second you're on
> speaker so don't keep talking at all. And
> did you even hear what I said? I need you
> to come here and help us lift something.

> MARSHALL (V.O.)
> I got you. We're across the street, I can
> literally see you. Hi Issa! Not to put
> anyone down, but you're like the hottest
> girl in the store.

> ALLYSA
> Just come in and drag my brother with
> you.

> MARSHALL (V.O.)
> I gotchu baby.

**SHE ENDS THE CALL.** Allysa shaking her head with a LAUGH.

> ALLYSA
> I don't take responsibility for either of
> the men who are about to enter this
> establishment.

> MARSHALL (O.S.)
> Yo, Issa.

The two women turn to find **MARSHALL**, 30s, tall, boyishly
handsome, dark messy hair with big honest eyes drunkenly
leaned against the door, hilariously ***wearing a cartoon***
***onesie.***

                              MARSHALL (CONT'D)
                    Oh wow! It's like a flower shop for
                    people who don't like happiness.

                              ALLYSA
                    Marshall, meet Lily.
                              (softly to Lily)
                    The bar around the corner gives out free
                    beer to anyone who shows up in a onesie
                    during a Bruins game.

          Marshall swaggers toward the ladies.

                              MARSHALL
                    Hey Lily.

          He tries to offer a little fist bump, Allysa voiding it-

                              ALLYSA
                    *No, no, no, we don't do fist-bumps,
                    honey, remember?* Oh, and Lily, this-

          She turns toward another **MAN** entering the shop right
          behind Marshall, **also wearing a onesie**-

                              ALLYSA (CONT'D)
                    -Is my brother-

          The Man steps around Marshall to shake Lily's hand- And-
          For the first time in months- **Lily and Ryle lock eyes.**

                              ALLYSA (CONT'D)
                    Ryle.

          A beat. Lily a "deer caught in headlights."

                              RYLE
                    Lily Bloom.

                              ALLYSA
                    Wait. You guys know each other? *How?*

          Lily and Ryle CHUCKLE a bit together, at a loss.

                              RYLE
                    Lily and I met... a few months ago...
                    We... uh... shared our naked truths.

                              ALLYSA
                    Ew. This is gross. You guys had sex,
                    didn't you? You had sex with each other?

                              LILY
                    Oh god no.

Pink Rev. (05/12/23)                    33.

MARSHALL                          LILY (CONT'D)
No judgement. We're all      No we just talked.
adults. We have sex too.

                    MARSHALL (CONT'D)
          Right. That's what we're calling it now.
          Okay. 'Cause we talk too. We talk like
          three to five times a week.

                    ALLYSA
          Okay. Why don't we TALK over here for a
          second?

                    MARSHALL
          Why?

Allysa pulls Marshall away.

Silence. Two familiar strangers.

                    RYLE
          I look ridiculous.

                    LILY
               (with a grin)
          It's bad. Yes.

                    RYLE
               (with a grin)
          So, wait? This is the flower shop... that
          my sister works at... because she's
          bored?

Holding out her arms, announcing-

                    LILY
          We like to say "inspired", but welcome to
          Lily Blooms.

Ryle smiles.

                    RYLE
          You pulled it off... Well, Florista. I
          guess we'll be seeing a lot more of each
          other then.

**SILENCE. Ryle's gaze falling to Lily's HEART TATTOO.**

                    LILY
          Is that so?

                    RYLE
          You're even more terrifying in the
          daytime.

                              LILY
                    (regarding his onesie)
          I was just gonna say the same to you.

     They hold the playful stand off as Allysa and Marshall
     return.

                              ALLYSA
          Ok, so our handyman Marshall has a dumb
          idea. But "FUN" dumb. Not dumb-dumb. I
          say we go for it. Ryle please conduct
          yourself with dignity.
                    (re: onesie)
          Whatever's left of it. Lily, you in?

     OFF LILY, we—

                                              SMASH TO:


27       OMITTED                                    27    *


A28      **INT. LUCKY STRIKE – NIGHT**              A28   *

         Tight on a bowling ball as it hits the pins. Reveal our    *
         group having a blast. This is dumb fun. The following is   *
         intercut.                                                  *


B28      **INT. LUCKY STRIKE – BAR**                B28   *

         Alyssa, Lily, Marshall and Ryle do shots. Except Lily is   *
         shooting red wine. They give her a hard time for it.       *


C28      **INT. LUCKY STRIKE – BOWLING BOOTH – KARAOKE**   C28   *

         Ryle sings. He's calm and cool. Eyes locked on Lily.       *
         Confident in his abundant sexuality. Lily smiles. This guy's *
         gonna be bad for business.                                 *

                                              CUT TO:   *

         Alyssa, Lily, sing together, Marshall and Ryle join them.  *
         Lily and Ryle steal glances at each other, both feeling the *
         magnetism, Alyssa and Marshall don't notice.               *


D28      **INT. LUCKY STRIKE – BAR**                D28   *

         Alyssa, Lily, Marshall and Ryle do shots. This time it's   *
         all tequila, all the way.                                  *

Buff Draft (01/07/24)                                         35.

E28    **INT. LUCKY STRIKE – POOL TABLE**                    E28    *

Lily and Alyssa play pool against Alyssa and Marshall.      *
Ryle steals over to Lily as she stands in the corner,       *
watching the table, waiting as Alyssa takes her shot.       *

                         RYLE                               *
            I've gone up to the roof a few                   *
            times hoping you might be up there.              *

                         LILY                               *
            I'm trying to cut down on                        *
            trespassing.                                     *

                         RYLE                               *
            I want to see you again.                         *

                         LILY                               *
            Now you see me.                                  *

                         RYLE                               *
            You know what I mean.                            *

                         MARSHALL                            *
                   (shouts over)                             *
            Brother it's you turn.                           *

Oh yes. She does. This guy only has one gear. Sex. He        *
presses quietly as everyone waits. This man is confident.    *

                         RYLE                               *
            But that's a bad idea. Because of                *
            you and my sister right? Because of              *
            your business.                                   *

                         ALYSSA                              *
                   (keeping him focused)                     *
            Ryle!                                            *

                         LILY                               *
            Yes. Terrible idea.                              *

Truer words never spoken.                                    *

                         RYLE                               *
            Ok.                                              *

He walks away and takes the shot. Lily notices him bend over *
strong and capable, his arms, the way his hands move.       *
Swiftly. Smooth. Beautiful. BOOM. BALL RIGHT IN THE POCKET IN *
ONE SHARP MOTION. He returns to her.                         *

                          RYLE (CONT'D)                      *
          So we'll just be friends then.                    *
          Unless you changed your mind.                     *

                          LILY                              *
          Yep. I mean, no. Yes, we'll be                    *
          friends.                                          *

     She hates this too.                                    *

                          ALYSSA                            *
                    (calls over lovingly)                   *
               You're up mama.                              *

     Lily offers her hand. Ryle shakes it. Dying to touch her *
     more.                                                  *

                          RYLE                              *
          Friends. Friendship.                              *

                          LILY                              *
          Great. I love friends.                            *

     Tight on Lily and Ryle, literally white knuckling their *
     sexual tension. She breaks away to take her shot. And  *
     takes it out all the ball she nails into the pocket with *
     a POP that leads us to--                               *

F28     INT. LUCKY STRIKE - BAR                      F28   *

     Empty shot glass slams onto the bar. Alyssa's phone    *
     rings.                                                 *

                          ALLYSSA                           *
          Shit! So, sorry sir, we're coming right           *
          out. We gotta go, our Uber's gonna leave          *
          us!                                               *

                          LILY                              *
          Go, go go. I'm gonna walk home.                   *

     They gather their stuff to leave.                      *

                          ALYSSA                            *
          Come back to our place!                           *

                          LILY                              *
          I love you, but I must sleep.                     *

                          MARSHALL                          *
          It's brunch in Singapore!                         *

Buff Draft (01/07/24)                                      37.

                         RYLE                                    *
          I'll walk you home.                                    *

                         LILY                                    *
          No. I live around the corner. I'm                      *
          fine to walk.                                          *

                         RYLE                                    *
          It's on my way home.                                   *

                         ALLYSSA                                 *
          You live in the same building as                       *
          us.                                                    *

                         RYLE                                    *
          Semantics.                                             *

     This man is not going to give up.                           *

                         LILY                                    *
          Fine. But only because you'd feel                      *
          really bad if I got murdered.                          *

     Allyssa knowing she's no match for her brother's libido,    *
     rolls her eyes and heads out.                               *

               MARSHALL         *              ALLYSSA           *
          She does have a point.  *        (playfully & knowing) *
                                           Don't fish where I swim, *
                                           Ryle. I love you!      *

     And they're out.                                            *

28   **EXT. LUCKY STRIKE – NIGHT**                        28    *

     Lily and Ryle exit the bar.                                 *

                         LILY                                    *
          Those two really know how to hav–                      *

                         RYLE                                    *
          I can't stop thinking about you.                       *

                         LILY                                    *
          I'm right here.                                        *

                         RYLE                                    *
          That's the problem.                                    *

                         LILY                                    *
          I thought we agreed to just be                         *
          friends.                                               *

CONFIDENTIAL

                    RYLE                              *
          We did. But that was like HOURS            *
          ago.                                       *

She laughs. Walking along.                           *

He cuts her off.                                     *

                    RYLE (CONT'D)                     *
          Make it stop.                               *

                    LILY                              *
          What are you talking about-                *

                    RYLE                              *
          I can't stop imagining what it             *
          would be like. To have you. What I         *
          could do for you.                          *

She laughs deflecting.                               *

                    LILY                              *
          Ok.                                         *

She pushes past him and keeps walking.               *

                    RYLE                              *
          Aren't you a little bit curious.           *

She is.                                              *

                    LILY                              *
          I mean, of course. But at this             *
          point in my life, I don't want *just*      *
          that. What can I say, I'm                  *
          traditional, I want the black              *
          picket fence and a baby. And that's        *
          not your vibe. Which is fine.              *
          Totally respect it. I *loved* your         *
          work in Peter Pan by the way. And          *
          you're even hotter in real life-           *

                    RYLE                              *
          Women who deflect all real emotion         *
          with humor is a huge beige flag.           *
          Add to it that she's clucking.             *
          Yikes.                                      *

                    LILY                              *
          Exactly.                                    *

                    RYLE                              *
          I'm not the kind of guy you marry.         *

Buff Draft (01/07/24)                                        39.

                              LILY                              *
            I gathered that.                                    *

She stops. Line in the sand time.                              *

                              LILY (CONT'D)                     *
            So. Friends?                                        *

                              RYLE                              *
            Can I just kiss you. Just once.                     *

                              LILY                              *
            My god you're pushy.                                *

                              RYLE                              *
            I'll never ask again. That will be                  *
            that. I just need to get you out of                 *
            my system.                                          *

                              LILY                              *
            Good luck.                                          *

                              RYLE                              *
            Is that a yes?                                      *

                              LILY                              *
            Just once.                                          *

                              RYLE                              *
            Just once.                                          *

They kiss. It's everything both feared it would be.           *

                              LILY                              *
                  (a little breathless)                        *
            Ok.                                                 *

                              RYLE                              *
                  (also suffering from low                     *
                   levels of o2)                               *
            Ok.                                                 *

Fuck!                                                           *

                              LILY                              *
            Bye, friend.                                        *

                              RYLE                              *
            Bye. ...Friend.                                     *

Lily walks off into the night.                                *

CONFIDENTIAL                                    24-CV-10049_0000359

Buff Draft (01/07/24)                                          40.

AA29    **INT.  LILY'S BOSTON APARTMENT, KITCHEN - NIGHT**          AA29

Lily at home, takes out her frustrations by sketching in          *
her book. Her materials around her. She's standing at the         *
counter, too much energy to sit. She finishes a sketch            *
and flip the page to start a new one when the **THE EMPTY**        *
**NAPKIN** from the funeral falls out of her book. A gentle        *
reminder of the wounds that make her. She looks at it             *
briefly and then closes the whole book. And shuts of the          *
light as she walks out, leaving us in darkness.                   *

A29     **INT. LILY'S CHILDHOOD HOME HALLWAY (MEMORY) - NIGHT**     A29

YOUNG LILY'S slowly opening her bedroom door. FEET SLOWLY
WALKING - As an **INDISCERNIBLE ARGUMENT** RISES from
downstairs between Andrew and Jenny. The YELLING growing
increasingly intense.

                    ANDREW (O.S.)
                (heated, barely audible)
        You want attention? I'll give you some
        goddamn attention.

                    JENNY (O.S.)
        Stop. Please.... Please. Lily's sleeping.

B29     **INT. LILY'S MAINE HOME, STAIRCASE (MEMORY) - NIGHT**      B29

YOUNG LILY as she peaks her head out over the staircase
peering down to the argument below.

29      OMITTED                                                     29

30      **EXT. LILY'S MAINE HOME, BACKYARD (MEMORY) - DAY**         30

Young Lily is clipping flowers (her outlet) around a
large flowerbed. She lays down mulch and compost. Young
Atlas picks a flower.

                    YOUNG LILY
        No, no. You can't pull it like that. If
        you take out it's roots, you kill it.

                    YOUNG ATLAS
        I didn't know that.

Pink Rev. (05/12/23)                                    41.

                        YOUNG LILY
            Yeah, the roots are everything. If you
            cut it right here, where the stems meet,
            the flower in the ground can keep
            growing. And only the one in your hand'll
            die.

He studies her as she speaks with passion and knowledge
usually reserved for old cat ladies.

                        YOUNG ATLAS
            You know a lot about this stuff

                        YOUNG LILY
            I love it. I'm gonna open my own flower
            shop one day. Lily Blooms. Everyone's
            always focusing on the beauty of flowers,
            but that's not true. There's also pain.
            It's all a part of the mess of being
            alive.

                        YOUNG ATLAS
            Roses have thorns.

                        YOUNG LILY
            Exactly. Nature is more honest than
            people. That's why it's my best friend.

                        YOUNG ATLAS
            What would happen if you weren't here? To
            this garden, I mean. Would someone else
            take care if it?

                        YOUNG LILY
            It would probably die. No one else cares.

Nodding, Young Atlas' attention falls on that CONDEMNED
HOUSE. The place he is forced to call "home." And he
looks deeply saddened by it. Under his breath-

                        YOUNG ATLAS
            That hits.

Not letting him go there.

                        YOUNG LILY
            What about that Oak tree over there?

She points to the **MIGHTY OAK TREE** at the end of the yard.

                        YOUNG LILY (CONT'D)
            It's been here since before we were born.
            It'll be here long after we're gone.

Emotion is hidden in his throat, Young Atlas gazes at the tree.

> YOUNG LILY (CONT'D)
> It survives because it's capable of taking care of itself. Oak trees, don't get uprooted by the weather or any other nonsense. They keep standing. *Strong and sturdy. They survive. Because they're a goddamn Oak tree.*

The two lock eyes, Young Atlas looking at her with immense gratitude for these beautiful words. Prompting him to finally offer a simple confession.

> YOUNG ATLAS
> ... I heard what happened last night. With your dad.

Stiffening, Young Lily holds her breath, not blinking.

> YOUNG ATLAS (CONT'D)
> ... Does that happen a lot?

**After a long, painful, complicated, terrifying beat- she nods her head.**

Unable to say more, not even knowing how... Young Lily finally looks away, wiping tears from her face. And in this moment of pure vulnerability, Young Atlas reaches out and pulls her in close - Young Lily resting her weary head on his shoulder.

WE HOLD HERE. In this powerful embrace between two survivors. Then. Without really thinking, Young Atlas kisses her gently on the crown of her head. She closes her tired eyes. And-

                                                  CUT TO:

> ALLYSA (O.S.)
> *Hey, Lily-*

31    **INT/EXT. LILY BLOOMS (PRESENT) - DAY**                31

Pulled from her daydream, Lily stifles a MUTED GASP. She stands outside the shop as Allysa shouts from the door.

> ALLYSA
> *-You wanna do the honors?*

> LILY
> You can. I want to take it in from here.

Taking in a deep breath, Lily watches as she illuminates
all the different displays of flowers around the shop
from inside. It's magical. Allysa races back outside and
they drink it all in.

> ALLYSA
> I didn't know it was possible for
> anything in real life to be as beautiful
> as a Pinterest board.

> LILY
> It's perfect. ...I couldn't have done it
> without you.

Long pause. A realization.

> LILY (CONT'D)
> Oh, god- What if we don't get any
> customers?

> ALLYSA
> Stop. Your Mom'll be here, she's flying
> in right?

> LILY
> Yeah, but- Wouldn't it be tragic if the
> one customer we got today was my mom who
> flew in from Maine?

> ALLYSA
> Marshall's stopping by this afternoon, so
> that's two customers at least. We're
> gonna be fine.

Allysa squeezes her arm.

> RYLE (O.S.)
> Whoa. You've been busy. This doesn't even
> look like the same shop.

Ryle appears behind them and joins their lineup, admiring
the shop.

> ALLYSA
> Damn right.

> RYLE
> How's it going so far?

> ALLYSA
> We quite literally just opened.

> RYLE
> Wait, am I your first official customer?

Pink Rev. (05/12/23)                    44.

                         LILY
              You have to *buy* something to be
              considered a customer. Right now, you're
              loitering.

We go with Lily as she leaves him behind, walking into
the shop.

                         RYLE (O.S.)
              I want these. Can I get these delivered-
              as a gift?

This guy is relentless. Swoon. He grabs a vase full of
PURPLE LILIES and sets them on the counter. Allysa
circling around to the register- Lily trying not to be
phased.

                         ALLYSA
                    (Scrunching up her nose)
              You buying these for a girl?

                         RYLE
              I am but... she'll probably send 'em
              back. She doesn't do casual.

                         ALLYSA
              Good for her.

Allysa grabs a CARD and slides it toward him.

                         ALLYSA (CONT'D)
              Write a message on the front and the
              address you want it delivered to on the
              back.

Lily "nonchalantly" watches as he bends over the card and
writes on both sides.

                         ALLYSA (CONT'D)
              You bringing this "mystery girl" to my
              birthday on Friday? Because- If so- I
              have to plan for that.

CLOSE ON RYLE. Not looking up-

                         RYLE
              You going, Lily?

                         ALLYSA
              Of course she'll be there- She's my
              current best friend- She's not allowed to
              miss it-
                    (To Lily)
              If you don't come, I'll quit.

Pink Rev. (05/12/23)                                     45.

With a chuckle, Ryle tucks the card into the envelope
provided. Punching the sale into the register- A little
jealous- Wanting him to leave-

                    LILY
          That'll be fifty-one even.

He pulls out the cash and a crumpled one dollar bill that
he futilely flattens.

                    RYLE
          Isn't it good luck for a new business to
          hang the first dollar?

                    LILY
          We're good, thanks.

The two lock eyes. He smiles sweetly.

                    RYLE
          Congratulations.

With that, he walks out of the store. As soon as the door
closes behind him, Allysa grabs the envelope.

                    ALLYSA
          Of course my brother wants his dollar to
          be our first. And who the hell is he
          sending these to? Ryle doesn't buy girls
          flowers.
                    (regarding the card)
          God, what a dummy - He wrote our address
          on the back, the one to the shop.

She pulls the card, reading it out loud-

                    ALLYSA (CONT'D)
          *Naked Truth: I can't stop thinking about*
          *you.*

CLOSE ON LILY. That was a cute move.

32        OMITTED                                          32

33        **INT. ALLYSA'S LOFT, GRAND LIVING AREA - NIGHT**    33

          We follow a stunning Lily into the party with a LIVE DJ,
          BARTENDER, PASSED HORS D'OEUVRES and CHAMPAGNE. AN
          INTERESTING ARRAY OF GUESTS, 20s to 40s, all dressed to
          the nines in this loft that takes up half of the entire
          top floor.

Yellow Rev.                                          46.

                         ALLYSA (O.S.)
                You made it!

Lily turns to find Allysa, wearing a SPARKLY DRESS, four-
inch heels and a BIRTHDAY TIARA- Champagne in one hand
and a RIDING CROP in the other. Regarding the crop-

                         LILY
                I missed something important.

                         ALLYSA
                It's a long story.

Allysa laughs, throwing the crop over her shoulder-
Grabbing Lily by the hand.

                         ALLYSA (CONT'D)
                Come in, come in!

She pulls Lily through a CROWD OF PEOPLE- An ATTENDANT
grabbing the BIRTHDAY PRESENT from Lily as-

                         ALLYSA (CONT'D)
                Hey, Babe! Look who's here!

Turning, Marshall grabs a glass of champagne from a
PASSING TRAY and hands it to Lily. Yelling over the **MUSIC**-

                         MARSHALL
                *Lily!* Welcome to our casa!

Marshall CLINKS his glass with Lily's- Lily taking a sip-

                         LILY
                Holy shit.

                         ALLYSA
                I know. And to think, I didn't even have
                to marry him for money.

                         MARSHALL
                She's a real one. She's my day one. When
                we met I was broke and I drove a Toyota
                Camry.

                         LILY
                Don't you still drive a Camry?

                         MARSHALL
                Best car in the world. Convince me
                otherwise.

That's when Lily spots Ryle across the room, in a BLACK
SUIT, sipping red wine and... talking to a STUNNING
WOMAN, 20s who is very clearly flirting with him.

                    ALLYSA
          He thinks that makes him relatable.

                    MARSHALL
          Babe. Jeff Bezos drives a Nissan Leaf.
          I'm a man of the people.


Jealousy clawing at her insides, Lily turns to Allysa-

                    LILY
          I'm gonna grab a drink.

CLOSE ON LILY- Walking through the room, she
intentionally walks right by Ryle and the Woman. Ryle
notices. Leaves the woman –

                    RYLE
          Lily.

Lily turns as Ryle approaches. They stand near the bar.
Ryle stares at her, taking her in – in awe.

                    RYLE (CONT'D)
          You look stunning.

          LILY                    RYLE (CONT'D)
Just stop. Seriously.      What's wrong?

                    LILY (CONT'D)
          I thought we were friends.

                    RYLE
          We are friends.

She turns to him. Ryle matching her stare.

                    LILY
          Then stop flirting with me.

          RYLE                         LILY (CONT'D)
I'm not flirti-              Stop buying me flowers.
                            Stop staring at me the way
                            you are right now.

Buff Draft (01/07/24)                                    48.

                    RYLE (CONT'D)                LILY (CONT'D)
          I'm just looking at you--   Just stop. All of it. And
                                      it's fine. I understand.
                                      You told me from the get go
                                      who you are. I just, *I*
                                      can't do that.


          Silence. Ryle looks at her. Calculating his next move.
          Are they gonna fight or fuck?

                              RYLE (CONT'D)
                    I like you.

                    LILY                          RYLE (CONT'D)
          What are you, five?         ...Can you for once just
                                      shut up for a second?

          Lily halted by his boldness. She's gonna make him work
          for it.

          He walks up to her. Offers his hand. She hesitates but
          takes in. Then in one swift motion he pulls her close,
          now inches apart, they stare at each other. Every muscle
          in both their bodies on fire. Their breath becomes one.
          He whispers in her ear (We don't hear what he says). She
          nods.


34        OMITTED                                              34

35        OMITTED                                              35

36        OMITTED                                              36

37        **INT. RYLE'S LOFT, GRAND LIVING AREA - NIGHT**     37

          They enter his apartment, slightly out of breath. They     *
          stand there in silence. The tension at a fever pitch.      *

                              RYLE                                    *
                    Well… what did you want to talk about?           *

          They stand there for a beat. Neither planned to "talk".    *

                              LILY                                    *
                    You first.                                        *

          She calls him over like a lion trainer and he charges her  *
          with full passion, speaking the language he speaks best.   *

38          INT. RYLE'S LOFT, MASTER BEDROOM – CONT'D                  38

They tumble in. She's up against the wall, going for his
belt. He tugs at her straps, lowering them.

                         LILY
              Wait–

Stunned, Ryle stops. The two of them PANTING, hard.

                         RYLE
              You want me to... stop?

                         LILY
              No.

He continues to physically drink her in.

                         LILY (CONT'D)
                   (relenting to him)
              Not at all.
                   (ugh)
              But. Yes.

Still breathing heavily, Ryle covers his disappointment.

Respectfully, but still in her space. He stares into her.
She matches his stare. Wanting him. Badly.

                         LILY (CONT'D)
              ... I don't want to have sex. Not yet.
              Not tonight.

                         RYLE
              Excuse me?

                         LILY
              ... I can't do casual. I know you can't
              hang with that. Which is fine. But I
              just... Whatever... I have my own
              intimacy issues.

He stares for a moment, completely unreadable. Then in
one swift motion he walks away. Pissed?

He then oddly starts to take off the rest his BLACK SUIT.
Laying the pieces on a nearby chair.

Off Lily, confused.

                         LILY (CONT'D)
              What are you doing?

Buff Draft (01/07/24)                                    50.

                              RYLE
                    Getting ready for bed. We're going to
                    sleep.

                              LILY
                    We're what?

He unbuttons his shirt.

                              RYLE
                    We're going to sleep.

Lily can't help but stare. Shirt comes off.

                              LILY
                         (seeing the sculpture that is
                          his body)
                    My god.

                              RYLE
                    Do you mind?

He motions for her to turn around. He throws on a tank        *
and pair of pajama bottoms as Lily stands.                    *

                              LILY
                    Well, do you have something I can wear?

                              RYLE
                    I do.

They lock eyes. You could cut the tension with a spork.
Without breaking eye contact with her he he hands her the     *
pajama top that matches his pants. Holding his gaze like      *
her life depends on it, she pulls down her straps
exposing herself. Unzips her dress. Drops it, daring him
to look. He doesn't move. Holds her stare.

Lily lifts her arms. Ryle takes the cue replacing it with
his pajama shirt. Pulling the garment back down over her
body.

                              LILY                            *
                    Pants.                                    *

She gestures to *his* pants. Cheeky.                          *

He drops his pants. She takes off her crystal fish net       *
boots as he lowers himself to the ground and she steps       *
into the pajama bottoms he places on her, fishnet leg by     *
fishnet leg. This is torture.                                 *

He stands. Gives her one last look. Ooof. And crawls into          *
bed. She joins him and lays her head onto his chest. Ryle          *
clicks off the lamp-                                               *

                         LILY (CONT'D)
               Your heart sure is beating fast.                    *

                         RYLE
               ... I have a beautiful woman in my bed,
               what do you expect?
                    (a deep breath)
               Goodnight, Lily Bloom.

                         LILY
               Goodnight, Ryle Kincaid.

                                              BLACKOUT.


39    **INT. RYLE'S LOFT, KITCHEN - MORNING**                   39

      Groggy from sleep, Lily slips into the kitchen still
      wearing Ryle's pajamas.                                     *

      She rummages in the cabinet until she finds herself a box
      of Cheerios, hand deep in the box when she turns around.
      Jump scare to find...

              ALLYSA                          LILY
      JESUS MARY & JOSEPH. What        Holy shit. What are you
      are YOU doing here?              doing here?

      Allysa nearly drops the bag of croissants and almost
      bathes in the to-go cappuccino she's holding.

                         LILY (CONT'D)
               ...I thought I saw a help wanted sign out
               front.

              ALLYSA                          LILY (CONT'D)
      Oh. Oh. Oh god no this is        No. No, it's not as bad as
      awful.                           you think.

      Ryle enters still groggy. A tank top thrown on with his
      pajama bottoms.

                         ALLYSA (CONT'D)
               Wait, what? WHAT is happening? Did you
               have a slumber party and braid each
               other's hair???                                    *

              RYLE           *              LILY               *
      We haven't even kissed.  *    We've only kissed.         *

Buff Draft (01/07/24)                                52.

                          ALLYSA
               Ugh, I knew it. Damnit Ryle. Really? Is
               anything sacred?

                          LILY
               It's new. And it's probably nothing.

                          RYLE
               I wouldn't say it's nothing.

                          ALLYSA
               Oh you wouldn't??? We're literally in
               business together.

                          RYLE
               You have every reason to be concerned, as
               I've been a perfect asshole up to now...
               but this is different.

          ALLYSA                      LILY
Forgive me for not having    I think we're getting a bit
faith in your ability to do  ahead of ourselves- I know
something you've never done  what I'm dealing with here.
before.

                          RYLE
               Let me know when you two are done
               figuring out our relationship.

                          LILY                        *
               Well someone has to. You and I sure      *
               haven't.                                 *

                          RYLE                         *
               No sex.                                  *

                          LILY                         *
               What?                                    *

                          RYLE                         *
               That's what you need to know I'm willing *
               to try?                                  *

                          ALLYSA                       *
               Yes!!                                    *

          RYLE            *            ALLYSA (CONT'D)  *
Thank you, Allysa.       *    Sorry.                    *

                          RYLE (CONT'D)                 *
               Let's try. I'll try. I'd be an idiot not *
               to.                                      *

CONFIDENTIAL

                         ALLYSA                              *

          I'm sorry. I appreciate that I have no     *
          say in your relationships, but I just      *
          have to say one last thing, this man is    *
          spectacular at *a lot* of things, but he   *
          has NEVER been in a committed              *
          relationship. Ever. (To Ryle) So when you  *
          eventually screw this up, which            *
          historically you have, I'm just saying, I  *
          won't lose Lily. I'm not willing to let    *
          her go because of you. Do with that as     *
          you wish. You have my blessing. I'm        *
          leaving now.                               *
           I've lost my appetite. But please enjoy
          those croissants, they're the best in the
          city.

     She exits. All Ryle's focus is on Lily.              *

                         RYLE
          Date me.

                         LILY
          You are terrible at this.

                         RYLE
          You can't say you weren't warned.

                         LILY
          You think you can do this?

                         RYLE
          I don't know. But I would very much like
          to kiss you again.


     Off Lily. With love.

                         LILY
          Don't make me regret it.

     They kiss with such excitement that it reminds us of why
     people fall in love.


40   **EXT. BAR – NIGHT**                                 40

     LILY and Ryle slow dance in the bar. Patrons around them
     drinking and watching sports. Completely in their own
     world.

A40  OMITTED                                              A40

Buff Draft (01/07/24)                                    54.

B40     OMITTED                                              B40

C40     OMITTED MOVED TO E41                                 C40

A41     OMITTED                                              A41

B41     OMITTED                                              B41

C41     **INT. LILY BLOOMS - DAY**                           C41

        Ryle very seriously helps Lily throw together a bouquet.
        He is using laser focus while Lily, working alongside
        him, keeps subtly pawing at him. He bats her hands away.

D41     **EXT. BOSTON PARK - WATERFRONT - DAY**              D41

        Jump cuts. Lily and Ryle walk hand in hand: talking, and    *
        talking. She tells him a wild story.

AE41    **INT. LUCKY STRIKE - NIGHT**                       AE41    *

        Ryle and Lily, back at karaoke, singing a duet, serious     *
        as an opera. These two are charming as fuck together.       *

E41     **INT. RYLE'S LOFT - NIGHT**                         E41

        Lily sits on the couch watching FINDING NEMO. Ryle in       *
        scrubs after a long surgery is asleep on her lap,
        transformed into a little boy. As she massages his shaky
        hand, she stares at him. Falling in love.

F41     **EXT. ROOFTOP - NIGHT**                             F41    *

        Tight on purple crystal stilettos and black boots covered   *
        in bejeweled white bell bottoms. The two pairs of feet      *
        walk towards us. We pan up and widen out to reveal,         *
        JESSICA RABBIT and ELVIS, hand in hand. Stunning. And       *
        ridiculous. They join a few friends in full costume, they   *
        all pose for a picture in front of a few pumpkins.          *

41      **INT. LILY BLOOMS - DAY - SUMMER**                   41

        Landing on a huge bouquet of RED ROSES on the counter top
        right in front of Lily.

Rolling her eyes playfully, Allysa hands Lily a CARD.

Opening the CARD, Lily finds two words: ***Dinner tonight. Where we first met. Wear something fancy. (Not pajamas)"***

A42        **EXT. ROOFTOP – NIGHT**                                    A42

Lily walks through the stairwell doors to find a gorgeous candlelit table and a pizza box. She discovers Ryle, sitting on the lounge chair where they first shared their naked truths. He motions for her to sit next to him.

                         RYLE
                    (Serious)
               There's something that I need to tell
               you.

                         LILY
               Ok.

                         RYLE
               And I'm not sure how you're gonna take
               this, but you need to know.

Fuck.

                         RYLE (CONT'D)
               It turns out... I don't do causal. Not
               anymore.

*Fuck me.*

                         LILY
               Wow. Oof. Okay. Well if you don't do
               casual how far would you go?

                         RYLE
               I'm not sure.

She starts to take his jacket off.

                         LILY
               Too far?

                         RYLE
               Nope.

She unbuttons his shirt.

                         RYLE (CONT'D)
               Not even close.

                              LILY                              *
                    Tough crowd.                                *

          She turns to crawl on top of him as –                *

                                             MATCH CUT TO:

B42     **INT. RYLE'S LOFT – BEDROOM – NIGHT**              B42

          Lily throws him on the bed as she crawls on top of him.
          Her hands lacing behind his neck as she pulls him up in a
          seated position– The two now tangled. He goes to kiss
          her. She teases him.

                              LILY (CONT'D)                     *
                         (playfully)                            *
                    No kissing on the mouth.                    *

                              RYLE                              *
                    I make exceptions.                          *

          Charged with hunger and passion. The devour each other
          without kissing. Then they slow down. They drink each
          other in. Appreciating every part. The sexy ones and the
          boring ones. He works his way down her neck to the HOLLOW
          HEART TATTOO on her collar bone. They go back and forth.

          Then with strong arms, in one swoop, Ryle plants Lily on
          her back. Lily still in her sparkly gown, she's all tan    *
          legs and stilettos. His dress shirt unbuttoned all the     *
          way. They're too pent up to bother with ripping more       *
          clothes off. Plus it's kink hot. Mr & Mrs Smith.           *

          They hold each other's gaze. Then kiss like a great dam
          releasing. They consume each other as they begin to make
          love.

          TIMELAPSE: Camera drifts off to settle on the Boston       *
          skyline – night turns to day and we boom down to find:     *

C42     **INT. RYLE'S LOFT BEDROOM – MORNING**             C42

          Morning light shines through Ryle's floor to ceiling
          windows gently kissing Lily's eyes. She's cuddled under
          his sheets. He enters fully dressed for work and grabbing
          last minute things on his way out. Trying, fruitlessly
          not to wake her. When he does–

                              RYLE
                    Mornin'.

                              LILY
                    Mornin'.

Buff Draft (01/07/24)                          57.

                          RYLE                          *
              I gotta head in early, I'm so sorry.        *

                          LILY                          *
              In fairness, it's noon.                    *

                          RYLE                          *
              We had a lot of catching up to do. Am I    *
              gonna see you tonight?                     *

He kisses her face then her **hollow heart tattoo.** She    *
giggles as he joins her seated on the bed               *

                          LILY                          *
              I can't, my mom's coming to town today    *
              and it's her dying wish to take me to      *
              this new restaurant.                       *

His energy shifts. A side of Ryle we haven't seen.        *

                          RYLE                          *
              You're mom's in town... tonight?           *
              You never mentioned that.                  *

Ryle covers as he wrestles with this information. Suspicious.   *
Jealous.                                                *

                          LILY                          *
              Oh. Yeah. I didn't think about it.         *

Shifting the slight tension back into a romantic one.      *

                          RYLE
              ... There room for one more?

                          LILY
              You want to meet my mother?                *

Clocking the trepidation in her voice-

                          RYLE
              *Is that a problem?*

Covering the weight of the moment.

                          Lily                          *
              Umm I don't think it's a *good* idea. Yet.   *

                          RYLE                          *
              Ouch.                                      *

Though he's being playful, we see the flash of threat is    *
real.                                                   *

Buff Draft (01/07/24)                                    58.

                          LILY                              *
              Not because of you. God no. Because of        *
              her. She is a one woman circ-                 *

        She's clearly just ball busting her mom. He cuts her off   *
        with a zinger that covers his slight pain and rejection-   *

                          RYLE
              I just want to meet the mother of the
              woman I love.

        Agh! Sweet nerves and mischief pop him off the bed before  *
        he can catch her reaction. They both can't believe what    *
        he just said. He walks out, without turning around. Both   *
        in ECSTATIC disbelief.                                     *

        And they're fully *back*. In love. No doubts or fears.     *

        Before she can respond, he's gone. She gets an idea and    *
        hops off the bed....                                       *

D42     **INT. RYLE'S LOFT - FOYER - DAY**            D42     *

        Lily bursts into the living room with an old notebook in   *
        hand.                                                      *

                          LILY                              *
                        (buzzing)                          *
              You forgot this.                             *

        She hands it to him.                                       *

                          RYLE                              *
              That's not mine.                             *

                          LILY                              *
              I know.                                      *

        She's already started backing away.                       *

                     LILY  (CONT'D)                        *
              I happen to love you too.                    *

        A couple of giddy school kids with shit eating grins. She  *
        turns away leaving him behind as his elevator dings. Both  *
        euphoric. She glides back into the bedroom, floating one   *
        foot off the ground.                                      *

                               MUSIC CONTINUES TO          *
                               SWELL OVER:                 *

Buff Draft (01/07/24)                                    59.

| 42 | OMITTED | 42 |

| 43 | OMITTED | 43 |

| A44 | OMITTED | A44 | * |

B44    **INT. RYLE'S APARTMENT - DAY**                     B44    *

Lily, experiencing the unmatched high of the first beats     *
of love, gets ready in front of the mirror.                  *

She applies a glimmering lotion onto her chest, neck and     *
shoulders, as if magically uncovering her bursting           *
internal glow.                                               *

In her helium state of mind, she catches herself by          *
surprise when she grazes her heart tattoo. A reminder. In    *
this moment where she's experiencing what may be her last    *
love, *her true love,* she remembers her first love. All     *
roads lead to here. Bringing her back to...                  *

44    **INT. THE BUS (MEMORY) - DAY**                        44

Looking out the window on the bus- it starts moving.
Young Atlas, sits next to Young Lily, placing the **WOODEN
HOLLOW HEART CARVED IN OAK** in her palm. *A gift.*

                    YOUNG LILY
          Stop. You made this?

                    YOUNG ATLAS
          Yeah from a piece of a branch, from your
          old oak tree. In case you forget--

Amazed, Young Lily stares at him. Those eyes.

                    YOUNG ATLAS (CONT'D)
          *--Strong and sturdy.*

Without thinking, he reaches over and GRABS HER HAND,
squeezing it. Young Lily basking in the warmth of his
touch. A sexual tension between them steadily rising.

This is far more than mere friendship. So cosmic in
nature, so mysterious and unexplainable... these two
might be *soul mates.*

Diagonal from them, Katie pulls down her headphones and
leans toward the GIRL beside her-

Pink Rev. (05/12/23)                                        60.

                              KATIE
                    Gross.

CLOSE ON YOUNG LILY AND YOUNG ATLAS AS-

                              KATIE (O.S.) (CONT'D)
                    She probably has rabies now.

Furious, Young Lily inhales, preparing to yell at Katie,
but Young Atlas shakes his head. The BUS COMES TO A STOP
on Lily's street. Young Lily stands.

                              YOUNG LILY
                    Get up.

                              YOUNG ATLAS
                    *Don't.*

                              YOUNG LILY
                    Get up.

Young Atlas reluctantly listens. Young Lily standing up
defiantly- Grabs Young Atlas and pulls him in for a **KISS**-
The whole BUS gasping. She pulls back, shoots **Katie the
middle finger,** and proudly guides Young Atlas from the
bus.

Outside the two march away, down the street. Chuckling
under his breath, Atlas has never been more amused. Lily,
a little human Tonka tank.

                              YOUNG LILY (CONT'D)
                    *Strong AND sturdy.*

                              YOUNG ATLAS
                    I'll say.

45      **INT. LILY'S MAINE HOME, KITCHEN (MEMORY) - DAY**      45

        CLOSE ON YOUNG LILY- Sitting on the counter, she glances
        at the clock, nearing three thirty. Young Atlas whipping
        up some batter.

                              YOUNG LILY
                    You're not even looking at a recipe.

                              YOUNG ATLAS
                    Don't need one.

                              YOUNG LILY
                    ... You like to cook?

                         YOUNG ATLAS
              Necessity is the mother of invention. I
              do love it though.

                         YOUNG LILY
              I smell melted butter. Yumm. What are you
              making? Can I gargle it?

                         YOUNG ATLAS
              Might be a little bumpy. "Hot Chocolate
              Cookies". They're my go to. Dark
              chocolate with a burnt marshmallow on
              top. My mom would splurge on Swiss Miss
              for us at Christmas.

     He offers her a spoonful of dough. Taking a taste-

                         YOUNG LILY
              Oh, wow.

     Licking her lips- With Young Atlas so close- It's
     impossible not to feel that rise of sexual tension again.
     He starts spooning dough onto two sheets-

                         YOUNG ATLAS
              Did you kiss me because you really wanted
              to, or- was it mostly to get back at
              Katie?

     Lily is silent for the first time. He opens the oven door
     and puts the cookie sheets inside. Closes the door and-
     Pulls the oven mitt off his hand.

                         YOUNG ATLAS (CONT'D)
              I'm fine with it either way, I just...

     Throwing the mitt on the counter, Young Atlas walks over
     to Young Lily and places his hands on either side of her.

                         YOUNG ATLAS (CONT'D)
              ...Need a little clarity here.

     Young Lily is suddenly holding her breath, having him
     this close. But Young Atlas doesn't seem to be as nervous
     as she is. He stares at her. With a sweet grin.

                         YOUNG ATLAS (CONT'D)
              Well?

     Young Lily finds the bravery to match his stare. Her
     heart fluttering. In a hushed whisper that could make the
     hair on your arms stand up straight-

                         YOUNG LILY
                    *I wanted to.*

Young Atlas' eyes sparkle. He leans in. His lips inches
from hers. And. The two begin to kiss. With such
unadulterated passion, it's clear these two have been
fantasizing about this moment.

Suddenly- We hear a **CAR PULL INTO THE DRIVEWAY.**

                         YOUNG LILY (CONT'D)
                Shit! That's my dad, you have to go!

She jumps off the island, looking around the kitchen
frantically- Young Atlas' hands going up to her cheeks,
beckoning her to look at him. Calm and assured-

                         YOUNG ATLAS
                Keep an eye on the cookies. They'll be
                finished in 12 and a half minutes.

He presses his lips to hers and for a moment time stops.
He grabs his backpack and sneaks out the back door.

Making herself look busy, Young Lily starts cleaning up-
As her father, Andrew Bloom, enters the kitchen from the
garage door. Surprised-

                         ANDREW
                Are you... cooking?

                         YOUNG LILY
                Cookies. I'm baking cookies.

He sets his briefcase down on the kitchen table and HOLDS
HER SWEET FACE, PROUD OF HIS BABY GIRL.

                         ANDREW
                Pigs are flying. I wish I didn't love you
                so much.

                         YOUNG LILY
                Same.

She means it with such love.

A46        OMITTED                                        A46

Green Rev. (10/05/23)                                    63.

B46     **EXT. ROOT RESTAURANT - NIGHT**                          B46

Lily and Ryle walk hand in hand down the promenade. They
pass line patrons of patrons waiting to get into what
appears to be the hottest restaurant in town.


46      **INT. ROOT RESTAURANT - NIGHT (PRESENT)**                 46

Lily guiding Ryle through a LIVELY restaurant toward
Jenny's table. This place has been fully designed around
a **GIANT TREE IN THE CENTER** - *it's beautiful.*

                         LILY
                Hey, Mom.

Glancing up from her menu- Excited-

                         JENNY
                Lily, this place is incredible, I'm
                already in love with it! Let's order
                cocktails. All of them.

Her eyes drift to Ryle standing right behind Lily. Word-
soup cascades from Jenny's mouth.

                         JENNY (CONT'D)
                Oop. Hi there. Hi. Hello. I'm Jenny's
                mom. I'm Lily--I'm Lily's *Mom*... I'm
                Jenny.

                         LILY
                Jesus. Mom. This is... my friend, Ryle...
                who... I sleep with sometimes.

                         JENNY
                    (blushing)
                *Honey-you-don't-have-to-say-everything-*
                *out-loud.*

Jenny reaches out her hand-

                         JENNY (CONT'D)
                Nice to make your acquaintance.

Jenny returns the handshake.

                         RYLE
                Ryle Kincaid. Nice to meet you, Ma'am.

Lily and Ryle sit at the table- Jenny raising an eyebrow
at Lily- Trying to ease the awkwardness-

                         LILY
               Allysa, who works with me, is Ryle's
               sister.

                         JENNY
               Oh, yes, of course. Oh. You two look so
               much alike now that you mention it.

                         RYLE
               We both favor our mother.

                         LILY
                    (under her breath)
               Here it comes.

                         JENNY
               People always say that about me and Lily.

Ryle seizes the opportunity to playfully wind Lily up.

                         RYLE
               I can definitely see it in the eyes.

Ryle smiles brightly at Jenny. Full high beams.

                         RYLE (CONT'D)
               With me and Allysa, it's our delicate
               noses. And feet. She has huge feet.

They laugh.

                         RYLE (CONT'D)
               If you'll excuse me, I need to find the
               restroom. Be right back.

The moment he's out of earshot-

                         JENNY
               How dare you? You've never - not once -
               mentioned that you're dating the most
               gorgeous specimen I've ever seen.

                         LILY
               At least he's got a good personality to
               make up for it. It's new. It's only been
               a few months.

                         JENNY
               That's long enough to tell your mother
               about your life- Where does he work? What
               does he do? When is he coming back?

                         LILY
               Don't do that.

                          JENNY
                What am I doing? I just want to know more
                about this exciting new prospect of yours—
                *I am your mother.*

                          LILY
                     (a beat and a sigh)
                Boston Grace Hospital.

              JENNY                          LILY (CONT'D)
          (eyes bulging)              *Mom?* Don't.
        Wait... no.

                             WAITER (O.S.)
                Welcome to Root. How we doin' on drinks?
                Can I get you anything?

                          LILY
                Yes, thank you, I'll take alcohol.
                Surprise me.

        Lifting her chin, Lily first see's his hands, and notices
        something she would recognize anywhere... a familiar
        scar. It can't be. She looks up and locks eyes with...
        the WAITER— **EVERYTHING FALLING INTO SLOW MOTION... LILY
        GAZING INTO HIS EYES. AND IT FEELS... LIKE HOME.**

        This waiter is **ATLAS CORRIGAN,** now in his 30s. Lily's
        heart in her throat. Unable to speak. And somewhere in
        the background, we can hear the faint **SOUND OF THE MUSIC
        BOX** from Lily's bedroom – *"Lily and Atlas' theme."*

        **EXPLODING INTO REAL TIME**— Having no idea who this is—

                          JENNY
                I'd love to try a Negroni. I've heard
                they're fabulous.

        Atlas snaps out of his own trance and— Covers with a nod—
        Retreating through the SWINGING DOORS TO THE KITCHEN.

                          JENNY (CONT'D)
                What in the world is wrong with you?

        But before Lily can answer— Ryle rejoins the table—

                          RYLE
                What'd I miss?

                          JENNY
                     (with a sparkle)
                Mr. Kincaid. Are you, by chance, a
                doctor?

He politely sighs. He's been through this with Lily.

                LILY                            RYLE
Don't do it.                        I am. A neurosurgeon.

                        JENNY
                And what does a day-in-the-life of a
                neurosurgeon look like?

Lily glances back toward the KITCHEN DOORS. As Ryle
explains, we stay with Lily. This conversation drifting
into the background.

                        RYLE
                Well- Every day is a bit different. I
                think that's why I love it so much. Next
                month, I get to perform a once-in-a-
                lifetime craniopagus separation--
                conjoined twins. We've been studying them
                since they were born.

                        JENNY
                        (beyond impressed)
                Is it dangerous?

Lily trying to join the conversation- Playing off her
shock-

                        LILY
                Uh- Yeah- It'll end up in medical
                journals and... It's amazing. He's
                amazing.

DRINKS arrive, but they are being delivered by a
DIFFERENT WAITER - female, 20s.

        FEMALE WAITER                         JENNY
Here we go. What else can I     Wow. I can't wait to read
put in for you?                 about it. Congratulations.
                                        (Conspiratorial)
                                I'm having a Negroni. I
                                feel so rebellious.

                        LILY
                My turn. I'll be right back... I gotta
                use the restroom.

WE TRACK WITH LILY- As she makes her way across the room-
Scanning the face of every WAITER she passes- Until-

47          INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT          47

-She lands in the darkened, quiet hallway near the
bathrooms. As soon as she's alone, Lily presses her back
against the wall, trying to collect herself, when-

                    ATLAS (O.S.)
               ... Lily?

Lily glances up- Finding Atlas standing at the end of the
hallway like a ghost straight out of the past. Bewildered-

                    LILY
               ... Atlas?

As if in a trance, they walk toward each other, meeting
in the middle of the hall and... hug one another dearly.

                    ATLAS
               Holy shit. You haven't changed at all.

He puts his hands on her shoulders and takes a step back.

                    LILY
               I can't say the same about you. My mom
               didn't even recognize you.

                    ATLAS
                    (good-humored)
               Probably for the best.

                    LILY
               So- Did you end up going into the
               military or-?

                    ATLAS
               Eight years. Yeah. Soon as I got out, I
               got myself to Boston.

                    LILY
                    (an inside joke)
               Where everything's better.

                    ATLAS
               You know it. What are you doing here? I
               mean obviously your eating, but what are
               you...? You're in Boston? How long are
               you visiting?

                    LILY
               I live here. I opened my flower shop

          ATLAS                        LILY (CONT'D)
     "LILY BLOOMS"            Yeah. Over in Back Bay.

> ATLAS (CONT'D)
> Wow... you really did it. I'm so happy
> for you. I'm not surprised though. So,
> who landed you in the end?

> LILY
> Oh, that's my, um, his name's Ryle. I
> think you'd really like him. What about
> you? Married? Girlfriend?

> ATLAS
> Uh. Girlfriend. Her name is Cassie. She's
> great.

SILENCE. Neither of them moving. *Or else break the spell.*

> LILY
> I don't want to keep you, or get you in
> trouble or anything.

> ATLAS
> Nah, my boss is pretty cool. But I'll let
> you get back to your company. Maybe I'll
> swing by the shop sometime. You said Back
> Bay, right?

She nods. He nods. And-

> ATLAS (CONT'D)
> It was really... really good to see you.

> LILY
> *You too.*

> ATLAS
> Lily Bloom's.

He looks at her with so much admiration. With so much
more to say, so much more unsaid... he forces himself to
walk away.

CLOSE ON LILY. As Atlas walks by her she turns to watch
him leave as we-

MATCH CUT:

48        INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - NIGHT        48

Young Lily as she turns back to see Young Atlas peaking
through the blinds of her bedroom window. Lily sits on
the bed. Half eaten cookies on a plate between them. She
is holding a deck of cards.

                    YOUNG LILY
          Hey, you good? Those city hall meetings
          are never ending. You don't need to
          stress. They won't be home for *at least*
          an hour.

                    YOUNG ATLAS
          Sorry - thought I heard a car pull up.

He sits back down. She demonstrates how to properly
SHUFFLE CARDS.

                    YOUNG LILY
          Ok, show me whatchu got.

She hands over the deck, Young Atlas giving it a whirl
and the CARDS GO EVERYWHERE, making them both chuckle.
After a beat-

                    YOUNG LILY (CONT'D)
          What was it like living in Boston?

                    YOUNG ATLAS
          Best years of my life. My uncle lived in
          an apartment building with the coolest
          rooftop deck. We would just sit and talk
          and look at the city for hours. The food
          is really great too. And the harbor. My
          uncle would take me fishing there
          sometimes.

                    YOUNG LILY
          ... Sounds like you miss it.

                    YOUNG ATLAS
          Yea- Everything's better in Boston.
          Except the girls. Boston doesn't have
          *you.*

Emotion caught in her throat-

                    YOUNG LILY
          I'm gonna miss you...

                    YOUNG ATLAS
          Same. I don't know how you did it, but...
          somehow... you became my favorite person.

A beat. Then. Leaning in, he kisses her so gently and
with such love.

                    YOUNG LILY
          Same.

Pink Rev. (05/12/23)                                    70.

The two begin to kiss again. Lily takes off his shirt.

                    YOUNG ATLAS
          Are you sure?

                    YOUNG LILY
          Yeah. You?

He nods. Young Lily climbing on top of him- When-

                    RYLE (V.O.)
                 **(PRE-LAP)**
          Hey, Lily! You want a drink?

49      **INT. BOSTON BAR - DAY - SUMMER**                    49

        CLOSE ON LILY. Shaking from her thoughts of Atlas-

                    LILY
          Uh, yeah- I'll take a wine.

        PULL BACK TO REVEAL- A PACKED BAR during a Bruins game.
        Most everyone here in a ONESIE, including- Lily, Ryle,
        Allysa, and Marshall. To Lily- Objecting-

                    MARSHALL
          You're in a onesie, Lily, you don't get
          *free wine* with a onesie!

                    LILY
          Okay, fine, let's do this.

        To the BARTENDER-

                    MARSHALL
          Three *beers*, please, and a water for my
          lady-love.

        He kisses Allysa - Lily and Ryle looking suspicious.

                    LILY
          Wait. WHAT???

        Outed, Allysa and Marshall glance at each other.

                    ALLYSA
          We didn't plan on telling you here, but-

        Suddenly, Marshall yells out-

                    MARSHALL
          I'm gonna be a dad!

Pink Rev. (05/12/23)                                    71.

A few DRUNK PATRONS clap their hands- Raising their beers-

                    PATRONS
          Woooo! / Right on, man! / Hell yeah!

Ryle looks stunned. Lily grabs him by the hand.

                    LILY
          Congratulations, Uncle Ryle.

The bartender slides over three beers and one water for
Allysa- Ryle holding up his beer to cheers- Ryle, stunned
and feeling so sentimental.

                    RYLE
          To Allysa. You're eleven months younger
          than I am, but- You still teach me, every
          day, what being a grown up looks like.

The four CLINK their glasses together and drink.

                    LILY
               (so charmed)
          No adult says grown up.
               (to Allysa)
          I didn't realize you two were so close in
          age.

                    ALLYSA
          Oh, yeah- Three kids in three years- I
          feel so sorry for our mom.

The mood shifts. Allysa gives Ryle an apologetic look.

                    LILY
          *Three?* You have another sibling?

Ryle straightens up, looking a little triggered. Gingerly-

                    ALLYSA
          Uh... yeah... we had an older brother.
          *Emerson.* But...

She looks to Ryle, as if to sheepishly ask permission to
speak on the matter. And. He simply shakes his head.

                    ALLYSA (CONT'D)
               (simply)
          He passed away when we were kids.

                    LILY
               (a beat, struck)
          I'm so sorry to hear that...

CONFIDENTIAL                                        24-CV-10049_0000391

CLOSE ON LILY. Wanting to ask more. But the look on Ryle's face makes her dare not.

Suddenly- The Bruins score and- THE BAR EXPLODES WITH CHEERS. Ryle finally relaxing again. Lily leaving it be.

**IN A SERIES OF QUICK CUTS-**

**WE WATCH THESE FOUR LIVE IT UP AT THE BAR IN THEIR ONESIES, LAUGHING AND DRINKING- RYLE GRABBING LILY AROUND THE WAIST AND KISSING HER AS-**

50      **INT. RYLE'S LOFT - NIGHT**                        50   *

-The two tumble into Ryle's apartment, ripping at one        *
another's onesies- Until they are both down to their         *
underwear- Ryle kissing his way down Lily's torso.           *

                                        CUT TO BLACK:

51      **INT. RYLE'S LOFT - KITCHEN - MORNING**             51   *

Lily wanders into the kitchen. Groggy.                       *

                    RYLE                                     *
            Morning. You like frittata?                      *

Ryle cleans up mixing bowls, a whisk, a cutting board        *
with a butcher knife and vegetable odds and ends.            *

                    LILY                                     *
            Oooo, I didn't know you could cook.              *

POP! He opens a nice bottle of Champagne and pours two       *
glasses-                                                     *

                    RYLE                                     *
            I can't.                                         *

She hops onto the kitchen counter and grabs the orange       *
juice flute he has sitting out. He stands between her        *
legs and pours champagne to top it off.                      *

                    LILY                                     *
            A little hair of the dog? Don't                  *
            mind if I do--                                   *

Ryle. Stung.                                                 *

                    RYLE                                     *
            No. To celebrate my big surgery                  *
            tomorrow.                                        *

CONFIDENTIAL

Buff Draft (01/07/24)                          73.

                         LILY                                    *
            Oh my god. Of course, I don't know                  *
            what I was thinking.                                *

He just looks at her simply. Unreadable. But not mean.          *

                         RYLE                                   *
            What's that heart?                                  *

She's a little caught off guard.                                *

                         RYLE (CONT'D)                          *
            That tattoo.                                        *

          LILY              *         RYLE (CONT'D)             *
    I think your frittatas   *    No it's not. What's it        *
    burning.                 *    mean?                         *

                         LILY (CONT'D)                          *
                  (lying)                                       *
            Nothing really. Just one of those silly            *
            things you do in high school. It's                  *
            honestly a little embarrassing.                     *

Ryle, inviting.                                                 *

                         RYLE                                   *
            No, it's one of my favorite things                  *
            on you.                                             *

                         LILY                                   *
            Baby, it's definitely burning.                      *

                         RYLE                                   *
            It's gonna be perfect.                              *

Ryle leans in and gently kisses the **HEART TATTOO.** There's   *
an undercurrent of danger to this tensions. She redirects       *
it.                                                             *

                         LILY                                   *
            Ok Chef. What are some of your                      *
            other favorite parts about me?                      *

He looks at her. Will he fall for this?                         *

He chooses to let it go.                                        *

                         RYLE                                   *
            Your weenus.                                        *

He bends her arm upward and kisses the back of her elbow. She   *
quietly chuckles. Relieved.                                     *

                              RYLE (CONT'D)                        *
          Your glabella.                                          *

                              LILY                                *
                         (giggling)                               *
          Ok no joke. This thing is gonna be                      *
          charred!                                                *

He kisses the area of skin between the eyebrows and above the     *
nose.                                                             *

                              RYLE                                *
          Your flagina.                                           *

                              LILY                                *
          I hope you like your eggs crispy.                       *

He kisses the webbing in between her thumb and pointer            *
finger. That one gets her                                         *

                              RYLE                                *
          Your axila.                                             *

He goes to kiss her armpit. Too ticklish, when- **BEEP-BEEP-**    *
**BEEP-BEEP!**                                                    *

The **FIRE ALARM** screams out- SMOKE billowing from the oven-    *
The two scramble to the oven. Ryle first. Lily hops off           *
the counter right behind him.                                     *

                              LILY                                *
                         (laughing)                               *
          I told you!                                             *

Ryle pulls open the OVEN DOOR, the egg from the casserole
bubbling over, burning black tar at the bottom of the
oven- Blinded by the SMOKE- Not thinking- Still a little
drunk from the night before- Ryle reaches in and-

          LILY (CONT'D)    *         RYLE                         *
Wait, Ryle! You need a pot *   GODDAMMIT!                         *
holder!!                   *                                      *

The CASSEROLE falls from Ryle's hands and lands on the
floor with a SMASH! Shattering broken glass everywhere.

Just as it falls we hear a loud SMACK! **Ryle turns as Lily
gets KNOCKED back and falls to the floor. We didn't see
what happened as there is so much smoke.**

EXTREME CLOSE UP ON LILY. On the ground. Dazed and
confused. SMOKE CLOUDED all around her. Pain shooting
through the corner of her left eye -- Ryle voice sounding
far off, as if underwater.

                              RYLE (CONT'D)
                    Lily? Oh God Lily.

WE STAY ON LILY- Wrapping her arms over her shaking head,
trying to make sense of the last fifteen seconds.

                              LILY
                    What happened...

We hear RYLE'S VOICE as he draws nearer- Coming into
focus- Gently, pulling her close- Kissing her head-

                              RYLE
                    I... burned my hand...

The room spinning- Unable to process- Tears welling- Lily
is trembling- As Ryle assesses the cut on her face. Ryle
goes to kiss her head.

                              LILY
                    Please! Just give me some space -

She pushes him off her. He falls back onto his hands.
Then - slowly he looks down. A shard of glass now buried
in his burnt palm. Blood trickling down his wrist. Lily
remains so confused. The room still lingering with SMOKE.
Broken glass, eggs, and now blood everywhere.

                              LILY (CONT'D)
                    Your hand. Oh My God. I didn't mean to...
                    I'm so sorry...

With his good hand lifts her chin.

                              RYLE
                    Screw the hand, Lily. I don't care about
                    my hand. Are YOU okay?

Ryle pulls himself up, sticks his hand under the water
and starts rinsing the blood. Lily grabs a towel. He
looks back and forth between her eyes, assessing the cut
on her face.

                              LILY
                    I don't know... I think...

He presses his mouth to Lily's and breathes her in. Lily
is so upset, she starts to kiss him back, in need of
comfort. A mix of blood and tears now. Ryle kisses her
wound.

CLOSE ON LILY. Closing her eyes, accepting his apologies
so viscerally, by the time she opens them again... it's
clear she's convinced herself of one thing.

CONFIDENTIAL

                        LILY (CONT'D)
         ... *It was an accident.*

                                   SMASH TO BLACK.    *

52        OMITTED                                 52

A53       OMITTED                                A53

53        OMITTED                                 53    *

A54     **INT. RYLE'S CAR, BOSTON STREET**           A54

Ryle waits in his car outside an old building. Lily bursts into the car and starts changing as soon as the door closes.

             LILY                       RYLE
God I'm so sorry. I'm a       All good, you're good. How
disaster.                    was the wedding?

Ryle sweetly puts his hand on her leg to calm her.

         LILY (CONT'D)           RYLE (CONT'D)
It, too, was a disaster,     ...but the flowers were
there's no way they're       amazing.
gonna make it. You
should've see the way-

               LILY (CONT'D)
Yes the flowers were off the charts if I
do say so - wait, I'm so sorry. How was
the surgery, how'd your sweet hand hold
up?

               RYLE
It was good. The strangest thing happened
when I went in to remove the tumor from
the pituitary... oh by the way Allysa and
Marshall got it all screwed up so we're
going to Root- anyway when I went to cut
the left-

               LILY
Wait, Root? Why? We've already been
there, I was dying to try the new place.
Let's just call them.

Lily covering her panic.

Pink Rev. (05/12/23)                                   77.

                              RYLE
                    They're there now. Allysa has already
                    ordered 14 courses of appetizers...

                              LILY
                    Oh ok. Perfect. Yeah. The food is so
                    good.

          Lily flips down the mirror and checks her concealer
          covering her bruise as Ryle watches. Silence. Before they
          drive off he checks in with her. So much unsaid. Off
          Lily's reflection.

54        **INT. ROOT RESTAURANT - NIGHT**                        54

          Lily and Ryle enter *"Root"* on a bustling evening, Lily's
          eyes scan the room. No sign of Atlas. Just Allysa waving
          at her from a far table with Marshall.

                              LILY
                    Sorry we're late-- it's all my fault. One
                    day I'll be good at time management.

          They sit.

                              ALLYSA
                    Please don't worry, we've been having an
                    entire happy hour. Wait baby, look at
                    you, Ryle told me what happened, but... I
                    didn't think it was *that* bad.

          Lily glances at Ryle, wondering what he told her.

                              RYLE
                    It-was-such-a-mess- Eggs and glass
                    everywhere. When she *slipped*, and I
                    didn't catch her in time... *I* could kill
                    me.

                              LILY
                    I've never been known for my grace. It's
                    not my fault, my feet are too big for my
                    body.

                              MARSHALL
                    Now I see why you two are best friends.

                    ALLYSA                      MARSHALL (CONT'D)
          You know what they say        How did that big surgery
          about girls with big feet--   go? The one with the twins?
                                        Your hand hold up alright?

Pink Rev. (05/12/23)                                  78.

                         RYLE
              Took 27 hours. Terrifying. But
              exhilarating.

                         MARSHALL
              Damn! Only thing I've ever done for 27
              hours straight is play Call of Duty. I'm
              proud of you, brother.

    He offers a fist bump. A WAITER arrives, dropping off
    their entrees.

                         LILY
                    (to Allysa)
              Yumm. You know me too well. Any ideas on
              baby names yet?

                         MARSHALL
              I love Nebraska, but–

                         ALLYSA
              –I'm not naming this baby after a state.

                         MARSHALL
              Let's go with state capitals? Even
              better. Juneau.

    Allysa roles her eyes.

                         MARSHALL (CONT'D)
              I also love Topeka.

    Locking eyes with Lily–

                         ALLYSA
              This is going to be the demise of our
              marriage.

                         ATLAS (O.S.)
              Hey folks, how's the meal tasting so far?

    The four turn their heads to find **Atlas**–

                         ALLYSA
              Honestly? I've only had two bites and
              this is already, literally, said and
              done, my new favorite restaurant.

              ATLAS                          LILY
    Thank you. Yeah, that's        You're the chef?
    really nice to hear. I've
    always loved cooking for
    people so–

Atlas locks eyes with Lily, and without thinking-

>                     ATLAS (CONT'D)
>           Chef. Sometimes waiter, sometimes
>           dishwasher. When you own a restaurant
>           it's important to wear all the hats.
>           Gotta have roots, ya know? Still working
>           on my chef puns.

>                     MARSHALL
>           Love your creativity. Love supporting
>           entrepreneur. I'm an entrepreneur myself.
>           I'm actually allocating capital into
>           local Boston small businesses...

**AND THEN, IN SLOW MOTION, AS ALLYSA KEEPS TALKING- HER
VOICE FADING IN THE BACKGROUND- ATLAS' GAZE FALLS TO THE
BRUISE ON LILY'S LEFT EYE... THEN TO THE BANDAGE WRAPPED
AROUND RYLE'S RIGHT HAND... THEN BACK TO LILY'S EYE.**

Lily feels his suspicious gaze, she flicks her eyes to
Ryle. Who catches her eyes in the moment. Sweetly. Then a
moment of understanding, there's something unsaid
happening.

**EXPLODING BACK INTO REAL TIME -** Atlas' jaw hardens and
then... he walks away.

>                     MARSHALL (CONT'D)
>           Did I offend him?

>                     ALLYSA
>           No baby just keep saying "allocating
>           capital."

Lily puts her hand on Ryle's arm- Quietly-

>                     LILY
>           Bathroom.

He nods as Lily scoots out of the booth- And walks across
the restaurant, head down, fast-paced. Ryle notices.

55      **INT. ROOT RESTAURANT, WOMEN'S RESTROOM - NIGHT**        55

She enters the Women's single restroom, locking the door.
Panicking. Shit.

Her hands on the sink, Lily steadies herself. Then. Looks
at her eye. Still not knowing what to make of it. She
wants to cry, but cannot let herself.

Pink Rev. (05/12/23)                                    80.

Instead, she takes in a deep breath and- Unlocks the door
to leave- REVEALING- **ATLAS**. Stepping inside and closing
the door-

                    ATLAS
          ... What happened?

                    LILY
          ... Nothing.

His EYES narrow. *Knowing she's lying.*

                    LILY (CONT'D)
          It was an accident.

                    ATLAS
          I've heard that one before. Many times.

                    LILY
               (a beat, simply)
          ... I'm not your mother.

                    ATLAS
               (simply back)
          Are you turning into yours?

His words sting. Sting so hard.

                    ATLAS (CONT'D)
          Leave him.

                    LILY
          Stop. You're outta line. You don't know
          what you're talking about.

She reaches for the door, but- Atlas blocks it and slams
it shut. Angry, she backs up.

                    LILY (CONT'D)
          You're freaking me out. Atlas. STOP.

ON ATLAS. Pausing a moment. Realizes his anger is
misplaced. Then. He steps to the side, giving her safe
passage to the door.

                    ATLAS
          I'm sorry, I'm just... trying to repay
          the concern you once gave me.

Reaching for the door, Lily pulls it open- And steps-

CONFIDENTIAL

Pink Rev. (05/12/23)                                    81.

56      **INT. ROOT RESTAURANT, BATHROOM HALLWAY - NIGHT**          56

-into the hallway, running right into... **RYLE.** His eyes
ablaze as Atlas exits the women's bathroom behind her.

> RYLE
> ... What the fuck?

Turning, Atlas walks toward the kitchen- Ryle's eyes
glued on his back- But right when Atlas reaches the
doors, he pauses, and- Spins around, striding toward
Ryle, grabbing him- And SLAMMING him against the wall.

> ATLAS
> You touch her again and I'll cut your
> hand off and shove it down your throat -
> you piece of shit.

> LILY
> Atlas, stop!

Atlas releases Ryle forcefully, taking a huge step back-
Ryle breathing heavily, staring at Atlas long and hard.

> RYLE
> *...Atlas?*

Ryle lets out a disbelieving laugh- To Lily-

> RYLE (CONT'D)
> This is Atlas? The homeless boy you pity-
> fucked?

LILY CLOSES HER EYES- AND- IN AN INSTANT- Atlas lunges at
Ryle and the two men start beating the shit out of each
other- TWO WAITERS shoving past the SCREAMING Lily-
Pinning the men against opposite walls- Atlas and Ryle
left glaring at each other, breathing heavily. To Ryle-

> ATLAS
> Out! Get the hell out of my restaurant!

Turning, Ryle walks right by Lily as he marches down the
hall- Locking eyes with her for a brief second. But there
isn't anger there. Only hurt. Lots of hurt.

Left in the hall, Lily gives one last glance to Atlas.
Seeing the disappointment written all across his face.

BACKING AWAY- WE TRACK WITH LILY AS SHE MARCHES-

Buff Draft (01/07/24)                                          82.

57      **INT. ROOT RESTAURANT - NIGHT**                         57

-into the main dining room, where she spots Ryle,
grabbing his jacket from the booth and walking toward the
exit without even looking at Allysa and Marshall.

Hurrying to the table, Lily grabs her purse. To Allysa-

                    LILY
          We'll talk tomorrow.

WE TRACK WITH LILY- As she rushes to catch up with Ryle-

58      **EXT. ROOT RESTAURANT - NIGHT**                         58

Pushing through the exit and out into street, Lily
catches up to him.

                    LILY
          Ryle, stop! Wait!

Suddenly, Ryle turns, full of rage.                              *

                    RYLE                                         *
          ... What was he doing in the bathroom                 *
          with you? What was ATLAS doing in the                 *
          bathroom with you.                                    *

He nearly spits the name Atlas.                                  *

                    LILY                                        *
          Nothing. He saw my eye, and probably your            *
          hand and assumed... you know, of course.             *
          But it was an accident. And I told him.              *

Ryle forces the saddest smile we've ever seen on a human.       *

                    RYLE                                        *
          Lily?--                                              *

Her heart betrays her. Guilty.                                   *

                    LILY                                        *
          What???                                              *

He knows better.                                                 *

                    RYLE                                        *
          Promise me he means nothing to you. I                *
          would die if I lost you. Promise me                  *
          you'll never see him again.                          *

Buff Draft (01/07/24)                          83.

                          LILY                           *
             I don't even know him. We were kids. I      *
             don't know him now.                         *

There's something there and he feels it.                *

                          RYLE                           *
             You can't. Please. Not him.                 *

             LILY            *              RYLE (CONT'D)    *
What are you—                *    I know you. Anyone but him.  *

The line in the sand has been drawn. She chooses Ryle.  *

                      LILY (CONT'D)                      *
             I promise.                                  *

They stand in the silence.                              *

                          RYLE                           *
             You have my heart, you have all of me.      *
             I don't know what I'd do without you. I     *
             don't think I'd be alive. I couldn't. Now   *
             that I know what it is to have you.         *

                          LILY                           *
             Stop. That's crazy.                         *

                          RYLE                           *
             Yes. Because it's true. I've never been     *
             here before. Please tell me now if that's   *
             not- if I'm not what you...                 *

Feeling guilty-

                          LILY
             Oh god no. I do. More than anything.

She means it. Hearing this, Ryle holds her in his arms.

                          RYLE
             I love you, Lily. *It terrifies me how
             much.*

Leaning on Ryle's shoulder she closes her eyes. Heart   *
broken to hurt this man.                                *

                          LILY                           *
             I know. I know. Me too. I'm so sorry.       *

                                  CUT TO BLACK:          *

59        **INT. LILY'S CHILDHOOD BEDROOM (MEMORY) - DUSK**        59

Tangled in the sheets, held in a lover's embrace, we find
Young Lily and Young Atlas staring in each other's eyes.
Caressing her face, Young Altas finally unveils he truth
he's known for some time now.

                    YOUNG ATLAS
          I love you, Lily. Everything about you. I
          love you.

Absorbing these words, Young Lily's eyes sparkle. And-

                    YOUNG LILY
          I love you, too.

The two begin to kiss- Giggling a bit as they gear up to
have sex again, when- Suddenly- Out of fucking nowhere-
Someone POUNDS on the door- KNOCK! KNOCK!

                    ANDREW (O.S.)
          Lily?! Who are you talking to?!

The door bursts open, Lily's father exploding inside -
Finding Young Atlas in bed with his one and only
daughter.

**CLOSE ON YOUNG LILY- AS SHE WATCHES IN SLOW MOTION- AS
HER FATHER KICKS OPEN THE DOOR, RIPS ATLAS OUT OF BED
STARTS TO BEAT HIM TO A PULP. THE SOUND OF BONE CRUSHING
PUNCHES AND KICKS MIXED WITH YOUNG LILY'S PIERCING
SCREAM.**

                                        BLACKOUT.

60        **EXT. LILY'S MAINE HOME, DRIVEWAY (MEMORY) - NIGHT**        60

EXTREME CLOSE UP ON YOUNG LILY. Her tearstained face
looking almost catatonic, as she watches LOCAL PARAMEDICS
loading Young Atlas' into an ambulance, **HIS BODY SO
BLOODY IT'S ALMOST UNRECOGNIZABLE.** Alive. Just barely.

A short distance away, we see Andrew and Jenny Bloom,
talking to the local **SHERIFF**- The same man that led
Andrew's funeral in our opening- Only about fifteen years
younger. Quietly to Andrew-

                    SHERIFF
          ... can't imagine what you've been
          through having found your little girl in
          such a compromising situation.

Jenny bursts into tears, pressing a tissue to her mouth-

Yellow Rev.                                                    85.

                              JENNY
                    He forced her into it- I know it.

                              SHERIFF
                         (at a loss)
                    What do you want me to do, Andrew? I can
                    file a report, but- If you'd rather not
                    have this incident follow Lily around...
                    we can keep it quiet.

          Reeling, Andrew somberly looks over his shoulder and
          LOCKS EYES WITH YOUNG LILY. Her stares pleads with him,
          but he bristles- Turning back toward the Sheriff-

                              ANDREW
                    Get that little shit as far away from
                    this town as you possibly can. And if he
                    ever dares show his face again-

          EXTREME CLOSE UP OF YOUNG LILY- Tears streaming down her
          face as her father's words wash over her. Low and enraged-

                              ANDREW (O.S.) (CONT'D)
                    I want you to *take care of it.*

          The ambulance doors close, Young Lily watching it as it
          drives down the street and disappears out of sight,
          sirens blaring.

          OFF YOUNG LILY- Spiraling with the understanding that she
          will most likely never see Atlas ever again.

                                                           CUT TO:


          61     **INT/EXT. LILY BLOOMS STORE - DAY - JANUARY**          61

                 Lily, working on a display in the window, "awakening"
                 from her daydream as an ambulance speeds by the shop. She
                 enters the shop as Alyssa finishes checking out a
                 customer.

                              ALLYSA
                         (To the customer)
                    Thanks for coming.

          Another customer still wandering when--

                              ALLYSA (CONT'D)
                         (sweetly & knowingly)
                    If we're not allowed to go back to
                    that restaurant, why is he allowed
                    to come here?

Yellow Rev.                                          86.

And with **Atlas** enters the shop. exiting his truck across
the street and heading their way.

The door opens, Atlas entering. Lily stealing a shallow
breath as the two lock eyes.

>                    LILY
>          Do you mind if we have a minute.

>                    ALLYSA
>          Of course. I'm gonna go get a coffee...
>          I'll be back in a while.

Allysa leaves. Atlas takes in the as Lily checks out the
customer. It feels like Talas and Lily are the only two
people in the room. Lily and Atlas are left alone.

>                    ATLAS
>          Wow. Here it is. You made it happen.

He looks around the room. Then looks at her. He doesn't
even have the words. He smiles. She smiles... knows
exactly what he's trying to say.

>                    LILY
>          Yeah. You too. Look at us...

The air is thick.

>                    ATLAS
>          I came by the next day after the
>          restaraunt but he was here and I felt
>          like I'd already done enough damage. I've
>          driven by a few times but --I just wanted
>          to say... I'm really sorry. For what
>          happened. And how that went down. I
>          really wish I would have handled things
>          better.

>                    LILY
>          ... It was an accident.

>                    ATLAS
>          Was it?

>                    LILY
>          Yes. I can understand why it would
>          look like-- but yeah. I don't know
>          what to say, we both slipped. I can
>          see why you'd be worried, but you
>          don't have to.

>                    ATLAS
>          ...OK.

Yellow Rev.                                              87.

So much to say. These two haven't been alone together
since they were 18. She sits down. Silence hangs between
them.

                    LILY
          What are you doing here?

                ATLAS
          I don't know.

                LILY
          I told you where my shop was
          months ago...

                    ATLAS
          You happy?

                LILY
          I am. Really happy.

                    ATLAS
          Good.

                    LILY
          How's Cassie?

                    ATLAS
          She's good.

                    LILY
          That's great.

His eyes drifting to the register counter. Approaching it-
He grabs two things- A pen and a sticky note. **Writing
something down on the sticky note-** Casually-

                    ATLAS
          Let me see your phone.

                    LILY
          Okay...

Lily hands over her phone, watching as Atlas slips the
OUTER CASE off and puts the **STICKY NOTE** between the case
and the phone - then hands it back to her.

                    ATLAS
          It's my number. In case you ever need it.

                    LILY
          ... I won't.

A beat.

Then. Not knowing what more to say, Atlas turns and takes
his leave, but just as he reaches the door-

                    LILY (CONT'D)
          *Wait.*

His hand on the doorknob, he pauses. Turning-

                    LILY (CONT'D)
          What Ryle said to you that night, about
          us. He was just really upset, I... I
          promise I never said that.

The corner of Atlas' mouth curls with a smirk-

                    ATLAS
          Believe me, Lily. I know it wasn't
          pity... *I was there.*

The door opens and closes, Lily watching as Atlas walks
across the street- Back toward his car. Off Lily.                    *

A62    **INT. RYLE APARTMENT - NIGHT**                    A62    *

Lily cooks dinner lost in thought. Ryle comes home unaware,    *
he sweetly loves on her from behind.                    *

                    LILY                    *
          Are you happy?                    *

                    RYLE                    *
          What?                    *

                    LILY                    *
          Are you happy?                    *

                    RYLE                    *
          Are you ok?                    *

                    LILY                    *
          Yeah. I'm just curious.                    *

Still holding her from behind. He chooses to be honest.    *

                    RYLE                    *
          I wasn't. Not for as long as I can    *
          remember. But you make me happy.    *

She doesn't move. He turns her around to face him.    *

```
                     RYLE (CONT'D)                    *
                (suddenly concerned by her           *
                oddness)                              *
           …are you happy?                            *

                     LILY                             *
           I mean is anyone happy all the            *
           time?                                      *
```

She too chooses raw honesty. He steps back a little. Is she    *
breaking up with him?                                          *

```
                     LILY (CONT'D)                    *
           No it's just I grapple with life          *
           and  my decisions like any woman,         *
           ticking clock and all that, but           *
           yeah I do think I'm an innately           *
           happy person. Probably just a             *
           coping mechanism I learned from my        *
           mom.                                       *

                     RYLE                             *
           Your mom?                                  *

                     LILY                             *
           My dad used to hit her.                    *
```

She searches Ryle. She's testing him. Stillness. Neither    *
move.                                                       *

```
                     RYLE                             *
           My god. Lily. I'm so sorry. You           *
           never told me that.                        *

                     LILY                             *
           Yeah. She and I 've never talked          *
           about it either. It's one of those        *
           things people don't talk about,           *
           right?                                      *
```

Searching him. Unsure if what she's scratching at reveals    *
anything.                                                    *

```
                     RYLE                             *
           Did he ever hurt you?                      *

                     LILY                             *
           No. He nearly killed Atlas though.         *
```

And with that she doesn't just poke the bear. She husk fucks    *
it. He looks at her a beat... is anyone going to say it? She    *
has to know. She has to. Right when she may ask, he envelops    *
her in warming affection.                                       *

Buff Draft (01/07/24)                                    90.

                         RYLE                            *
          I'm so sorry. Baby. That makes so              *
          much sense now. I'm so sorry. Whoa,            *
          I'm so embarrassed I had that mess             *
          with him at the restaurant. My god.            *
          That must've been ...really                    *
          upsetting for you.                             *

He takes a beat to put himself in her shoes in a way that is  *
deeply genuine.                                          *

                         LILY                            *
          Yeah.                                          *

Feeling better to see his self awareness and validation.     *

                         RYLE                            *
          You know all I want to do with my              *
          life is protect you. Even when you             *
          get hurt by accident – when you                *
          stub your toe – I punish myself.               *
          Like it's my fault the wall was                *
          there.                                         *

She smiles. Feeling increasingly reassured.              *

                         LILY                            *
                  (giggling now)                         *
          Stop...                                        *

                         RYLE                            *
          I don't know what I'd do without               *
          you. You are my whole world.                   *

                         LILY                            *
          Ok now. You've got quite the career            *
          also.                                          *

                         RYLE                            *
          No I mean it.                                  *
                  (he looks into her eyes)               *
          It's all you.                                  *
                  (finally brings her back               *
                   into their groove)                    *
          I am the luckiest goddamn man on               *
          the planet. And I could clean up.              *
          Trust me.                                      *

He gear shifts into playful seduction.                  *

                         LILY                            *
          Ok I'm not trying to hear about                *
          that.                                          *

                        RYLE                                    *
        I'm a ripped neurosurgeon for                          *
        chrissake. Have you seen anyone who                     *
        looks like me who *isn't* on a                          *
        daytime soap.                                           *

                        LILY                                    *
        Come to think of it, no.                               *

    He keeps seducing.                                          *

                        RYLE                                    *
        *And* I'm rich.                                         *

                        LILY                                    *
        You had me at EBITA.                                   *

    They laugh and fall into their love and rhythm. The train   *
    is back on the track...                                     *

62  OMITTED                                                  62

63  **INT. HOSPITAL ROOM – MORNING**                         63

    A CLOSE UP OF A LITTLE BABY GIRL, swaddled sweetly in
    Allysa's arms. Lily, Ryle, and Marshall by her side.

                        MARSHALL
        Look at her. She's like a little alien.

                        ALLYSA
        Don't say that, she's perfect.

                        MARSHALL
        *A perfect little alien.*

    Quietly to Ryle–

                        LILY
        You're an uncle.

    Squeezing Lily's hand, Ryle says nothing– Just stands in
    awe, watching Allysa hold her new baby.

                        ALLYSA
        You want to hold her?

    Ryle kind of stiffens up like he's nervous, but then he
    nods. Allysa leans over and puts the baby in his arms.
    Cradling the newborn gently, as if she was made of glass–

                         RYLE
          You guys decide on a name yet?

Allysa and Marshall locks eyes. Then- With a grin-

                         ALLYSA
          We wanted to name her after someone
          Marshall and I both think the world of,
          so... we added an E to your name.
                    (OFF RYLE)
          We're calling her Rylee.

Ryle blows out a quick breath in shock. In a whisper-

                         RYLE
          Wow... I don't know what to say... Thank
          you

A beat. Ryle staring at this child. Everyone staring at
her. Basking in that innocent reminder of how precious
life is... how fragile... how quickly it goes.

                         ALLYSA
          You guys want kids?

Ryle and Lily lock eyes.

                         RYLE
          *Well...* I'm not going to make her put on
          a white dress and have my babies.
                    (to Lily)
          Unless she *wants to...* then I'd do it
          *tonight.*

                         LILY
          ... Shut up.

                         RYLE
          Lily, I'd take you to Vegas and marry you
          right now.

                         MARSHALL
          Well shit!

                         LILY
          Ryle, you're drunk on baby smell.

                         RYLE
          I'm serious as an aneurysm.

                         LILY
          Please don't do neurosurgeon humor while
          proposing to me. You are prosing to me
          right now, right?

>                          ALLYSA
>                    (like she's watching the
>                    Superbowl)
>              YESSSS!!!!!

>                          MARSHALL
>              He's gonna wife the shit outta you!

He gets down on one knee, still holding the bundle of
baby awkwardly in his arms.

>                          RYLE
>              Will you marry me Lily Blossom Bloom?
>              Tonight.

>                          LILY
>              You've lost your mind.

She stops herself REALIZING and bends down kissing his
face all over.

>                          LILY (CONT'D)
>              Yes. Yes. Of course. Yes!

>                                        HARD CUT TO:

64      **INT. CITY HALL - DAY**                        64    *

Tight on the profiles of two people in love. Facing their    *
past, their future, and each other with both gravity and     *
giddiness.                                                    *

We reveal a third face between them--                         *

>          MARSHALL          *          LILY               *
>    Do you Ryle Samson Kincaid *   (playfully under her   *
>    take Lily Blossom Bloom to *   breath)                *
>    be your beloved wife, to  *   Thor. His legal middle name *
>    have and to hold, to love *   is Thor.                *
>    and to cherish, til death *                           *
>    do you part?             *

>                          RYLE                            *
>                                                          *
>              I do.                                       *

The lion has officially been tamed.                          *

|                    MARSHALL         *          | RYLE (CONT'D)          *       |
| Do you Lily Blossom Bloom  *                   | (under his breath, giving  *   |
| take Ryle Samson Kincaid to*                   | it right back to her)      *   |
| be your beloved husband, to*                   | Not a real name.           *   |

Do you Lily Blossom Bloom  *
take Ryle Samson Kincaid to*
be your beloved husband, to*
have and to hold, to love  *
and to cherish, til death  *
do you part?               *

                    LILY                                                *
          Do I?..                                                       *

He scoops her into his arms playfully. They're all nerves     *
and thrill.                                                    *

                    LILY (CONT'D)                                       *
               (meaningfully)                                          *
          I do.                                                        *

                    MARSHALL                                           *
          By the power vested in me by the state of            *
          Massachusetts. YOU MAY NOW KISS THE                  *
          BRIDE!                                                       *

Alyssa, emotional, steps in and raises her camera. With a     *
brilliant flash, she catches the Newlywed's kiss.             *

                    ALLYSA O.C.                                        *
          Shit! I just lost so much money.                            *

SNAP. We freeze on the newlyweds, head to toe in a            *
perfect moment of matrimony. The corners of the image are     *
tinged with 3 pairs of strangers, nervous lovers, ready       *
to take the leap of their own. It feels like an Erwitt.       *

The color drains from the image and settles in black and      *
white as we pull out further to reveal-                       *

65        OMITTED                                        65    *

A66       OMITTED                                       A66

B66       OMITTED                                       B66

66        OMITTED                                        66

67        OMITTED                                        67

CONFIDENTIAL

Buff Draft (01/07/24)                                    95.

A68        OMITTED                                              A68

68         OMITTED                                              68

A69        OMITTED                                              A69

69         OMITTED                                              69

70         **INT. RYLE'S LOFT, LIVING ROOM - DAY**              70

           The framed black and white wedding photograph. There's an
           entire wall of photos of their life. Their travels. Their
           love.

           1. Lily, Ryle, Alyssa and Marshall At Lucky Strike in
           Onesies

           2. Lily and Ryle - A selfie by the water front. Ryle
           kisses her on the cheek (Or switched)

           3. Lily alone standing in front of Lily Blooms, beaming
           with pride. (Green Screen)

           4. Lily and Ryle in front of the Trevi Fountain in Italy

           5. Lily and Ryle in front of a Christmas Tree in their
           loft.

           Lily multitasks unloading more boxes of personal affects      *
           and Lily decor, while chatting with Jenny on FACETIME         *
           from her iPad.                                                 *

                             LILY (V.O.)                                  *
                    Mom, you know it wasn't personal.                     *

           We can already feel Ryle's loft has been "Lily-fied".         *
           Only she can bring Satis House to a Fortune bro-hundred        *
           loft.                                                          *

                             JENNY                                        *
                    That's the problem!                                   *

                             LILY                                         *
                    And I continue to be very sorry. But at              *
                    some point you're gonna have to forgive              *
                    me. I will wear you down.                             *

           Ryle grabs a box and heads to the bedroom.                     *

Buff Draft (01/07/24)                                    96.

                              RYLE                              *
                    My wife will wear you down.                 *

          Lily stops him to hand him her phone.                 *

                 JENNY **(ON SCREEN)**      *           LILY    *
          Not possible.              *        (lovingly sidebars to   *
                                               Ryle re her phone)     *
                                              Wife??? (then) Do you mind   *
                                              plugging this in? It's   *
                                              dead.               *

                              RYLE                              *
                    For what it's worth, my mom is putting me   *
                    up for adoption.                            *

          He exits.                                             *

                              JENNY                             *
                    I haven't been dreaming about your          *
                    wedding day your whole life. I've been      *
                    dreaming about it for MY whole life.        *
                    You're my baby girl. I feel a little        *
                    cheated. I'm sorry--                        *

                              LILY                              *
                    We really can't keep having this            *
                    conversation.                               *

                         JENNY **(ON SCREEN)**                  *
                    If I don't get to watch you walk down the   *
                    aisle, I won't be denied watching you       *
                    squirm. Wanna know how to make it up to     *
                    me?                                         *

                              LILY                              *
                    Yes, please.                                *

                         JENNY **(ON SCREEN)**                  *
                    Make me a grandbaby! Make me three.         *
                    Triplets. You've always wanted a baby!      *

          From the box, Lily finds that **NAPKIN**. *Her empty list.*   *
          *Ugh.*                                                *

                              LILY                              *
                         (with a laugh)                         *
                    You first. I've already signed you up for   *
                    Tinder.                                     *

          She pensively pins it to the fridge.  She will deal with   *
          it finally.                                           *

                        JENNY **(ON SCREEN)**                        *
                            (Laughing)                                *
                    Well, I'll let ya know how that goes. Are          *
                    you still loving your new place?                   *

Lifting the iPad, Lily REVERSES JENNY'S VIEW to the floor          *
to ceiling windows looking out over Boston.                       *

                        LILY                                         *
                    Nah, bit of a dump. What time do you get          *
                    in on the 15th?                                    *

Suddenly - CRASH! - a loud noise sounds, startling Lily-          *
Causing her to yell out-                                          *

                        LILY (CONT'D)                                *
                    *Ryle?! You okay?*                                *
                        (no reply)                                    *
                    Sorry, Mom- I'll call you right back.             *

**ENDING THE FACETIME CALL-** WE TRACK WITH LILY AS- She          *
flies out of the kitchen and-                                     *

71          INT. RYLE'S LOFT, MASTER BEDROOM - DAY                71

            Ryle is found sitting on the bed looking down at
            something in his hand, lamp broken to pieces on the
            floor. He looks like a wild man. *On the verge of another*
            *breakdown.*

                        LILY
                    What happened?

            Ryle looks up at her with a very grave expression.

                        LILY (CONT'D)
                    What's wrong? Hey, what's wrong?...

            He holds up Lily's phone and just looks at her like she
            *should* know what's happening. But she has no idea.

                        RYLE
                    ... I dropped your phone and the cover
                    popped off... and-

            He holds up his hand, REVEALING the **CARD Atlas wrote his**
            **number on.**

            CLOSE ON LILY, heart drops into her stomach.

                        RYLE (CONT'D)
                    I called the number.

Pink Rev. (05/12/23)                           98.

He looks at her. Heartbroken.

                    RYLE (CONT'D)
          What aren't you telling me?

                    LILY
          Nothing.

                    RYLE
          Nothing?

Ryle slowly approaches her. Doesn't break eye contact.
His hands cradle her face.

                    LILY
          No.

                    RYLE
          I would never lie to you.

                    LILY
          It's nothing.

                    RYLE
          Ok.

He explosively throws Lily's phone clear across the room,
where it CRASHES against the wall, SHATTERING to the
floor. Ryle storms out. Lily alone for a beat. She turns
to chase him.

72   **INT. RYLE'S LOFT, LIVING ROOM - DAY**                    72

     Ryle hits the elevator button- Lily seconds behind him-
     Turning on his heels, Ryle takes the-

73   **INT. RYLE'S BUILDING, STAIRWELL - DAY**                  73

     -Stairwell, Lily not far behind. Round and round they go-

                    LILY
          It's not what you think!

Round and round- Until- Lily reaches out and- Grabs at
the back of his shirt- Ryle turning and-

                                   BLACKOUT.

**FROM THE DARKNESS...** INHALE, EXHALE, INHALE...

                              RYLE (V.O.)
                          (sweetly)
                    *Shhh... be still.*


74      **INT. RYLE'S LOFT, MASTER BEDROOM – DAY**                    74

        Eyes fluttering open, the world looking like a dizzied
        dream... Lily finds herself back in the bedroom, lying on
        the bed... Ryle's gentle and steady hands soothing her.

                              RYLE
                    I'm right here, you're okay.

        Barely able to move. The lights so bright. Lily reaches
        up with a shaking hand... to find a GASH on the top of
        her head, matted in her hair. With a bloody rag, Ryle
        presses the fabric to the wound. He applies glue to the
        wound - basically operating on her in his bedroom.

                              RYLE (CONT'D)
                    Try to be still...

                              LILY
                    ... What happened?

        Removing any excess glue, Ryle calmly puts supplies back
        into an open FIRST AID KIT and bandages the cut. Plainly-

                              RYLE
                    You fell down the stairs. About five
                    minutes ago.

        Lily silently notices the crumpled up piece of paper that
        holds **Atlas' number.** He begins head injury triage.

                              RYLE (CONT'D)
                    Do you know who you are?

                              LILY
                    Lily Bloom.

                              RYLE
                    Do you know who I am?

                              LILY
                    My husband.

                              RYLE
                    Do you know where you are?

                              LILY
                    Our apartment.

Buff Draft (01/07/24)                                    100.

                              RYLE
                    What am I doing right now?

                              LILY
                    Helping me.

He holds up his hand.

                              RYLE
                    How many fingers am I holding up?

                              LILY
                    Five.

                              RYLE
                    Tell me it's nothing.

                              LILY
                    It's nothing.

                              RYLE
                    Ok.

CLOSE ON LILY AS... **MUSIC RISES**... **"HORIZON"** by Aldous
Harding. UNDERSCORING AS... Lily allows Ryle to comfort
her... kissing him back...

75    **INT. RYLE'S LOFT - MORNING**                          75

      Lily stands alone in the bathroom, dabbing ointment on
      the gash matted in her hair.

      She parts her hair, sweeping a handful of strands over
      the wound, covering it completely - masking the truth.

      She stares at her reflection. Exhausted and gaunt. She
      covers the wound with a little beanie and-

76    **EXT. WATERFRONT - DAY**                               76

      Lily walks, headphones in her ears. It's winter. She
      breaks out into a run that is both physical and
      emotional.

77    OMITTED                                                 77    *


CONFIDENTIAL                                          24-CV-10049_0000420

Buff Draft (01/07/24)                                101.

A78    **INT. LUCKY STRIKE - NIGHT**                    A78   *

The group plays. Lily tries her best to have fun. She    *
doesn't let Alyssa see. Ryle affectionate. Lily          *
surrounded by the people she loves most, yet completely  *
alone.                                                   *

78     **INT/EXT. LILY BLOOMS STORE - MORNING**          78

Lily quietly works on a bouquet. She puts her pain into
her art. It's beautiful yet sad. The flowers speak to
where she is emotionally.

After a quiet beat, Allysa comes barreling inside pushing
a **fancy stroller** with two coffees and a magazine tucked
under her arm - Gushing-

                         ALLYSA
              *Lily!*

Allysa walks toward Lily, shoves one of the coffees in
her hand, then pulls the magazine from under her arm.

                         ALLYSA (CONT'D)
              Did you see the paper?! We're in the top
              ten, can you believe it? You freakin' did
              it, you twisted-genius!

Clocking the headline- **"BEST NEW BUSINESSES IN BOSTON"**-

                         LILY
              Oh, wow...

Proudly, Lily glances through the article, spotting the
restaurant **"ROOT"** listed as well. Her heart in her
throat, she cannot bring herself to keep reading. Instead-

79     **INT. RYLE'S LOFT, KITCHEN - NIGHT**             79

She takes to making a very special celebratory dinner- As
she bobs around the kitchen- Swaying her hips to some
**MUSIC**- An apron draped over a SEXY OUTFIT.

Hearing the front door unlock- Lily excitedly throws off
her apron- grabs two glasses of wine and- Meets Ryle as
he enters from the swinging doors- his clothes and hair a
little wet, holding a few copies of the same MAGAZINE.

                         LILY
              Hey.

Green Rev. (10/05/23)                                    102.

                                RYLE
                    Hey.

          Ryle sets the stack of magazines on the counter. Lily
          handing him a glass of wine. Thinking he's just tired-

                                LILY
                    You see the article? We got best in
                    Boston! I can't believe it.

                                RYLE
                    Yeah. Amazing.

          Ryle nods. Taking a sip of wine.

                                RYLE (CONT'D)
                    What's all this?

                                LILY
                    I thought we could celebrate.

          Pulling the wine from his lips, Ryle's gaze falls to the
          **TATTOO** on Lily's collar bone. The **HOLLOW HEART.** Plainly-

                                RYLE
                    Remind me what that means again?

          She touches the HOLLOW HEART TATTOO. Then-

                                LILY
                    Uh... What?

          Locking eyes with her, Ryle takes another sip.

                                LILY (CONT'D)
                    I told you.

                                RYLE
                    It really doesn't mean anything?

          Ryle is acting weird. Lily hesitates to answer. Finally,
          she simply shakes her head.

          Ryle takes two steps toward her, backing Lily into the
          counter. His hands grabbing her waist, he kisses her,
          hard- Lifting her up and setting her down on the
          countertop, standing between her knees.

          Breathing heavily, Ryle's warm lips slides across hers as
          he takes a FISTFUL OF HER HAIR... and tugs gently so that
          she's looking at him.

                                RYLE (CONT'D)
                    You read it yet?

Looking disturbed, Lily doesn't answer- Ryle tugging
harder at her hair- Then- He oddly releases his grip-
Backing away. The two stare at each other. Until. He
grabs one of the NEWSPAPERS- Handing it to her-

                    RYLE (CONT'D)
          *Read it. Out loud.*

Afraid, Lily takes the PAPER and...

                    LILY
          What's this about?

Lily feels greatly exposed, vulnerable, sitting on the
counter in a little teddy- Ryle repeating himself-

                    RYLE
          *Read it.*

Lily stares at him. And then, does as she is told.

                    LILY
          "The votes are in-"

He flips the paper over where it starts in the middle of
the article, and he points to a sentence-

                    RYLE
          The last paragraph.

Lily pauses. Not trusting where this is going. But afraid
to make any sudden movements. Voice shaking-

                    LILY
          "The business with the highest number of
          votes should come as no surprise. The
          iconic *'Root'* on Marketson..."

Locking eyes with Ryle, Lily is growing increasingly
nervous. But Ryle only nods at her to continue.

                    LILY (CONT'D)
          "When interviewed, the owner... Atlas
          Corrigan... finally revealed the true
          history of the meaning behind the name of
          his business. 'When I was a kid,' Chef
          Corrigan stated. 'I carved a small hollow
          heart from an oak tree... for a girl.'"

Lily locks eyes with Ryle again, pleading-

                    LILY (CONT'D)
          I don't want to read anymore.

                         RYLE
               Keep. Reading.

                         LILY
               "'It was meant to represent something she
               said to me once... about how strong trees
               are, how deep their roots can go. So,
               when it came time to come up with a name
               for my restaurant, this one just made
               sense, because this girl made such a huge
               impact on my life'... he said."

Her voice cracking. She goes to finish but Ryle who has
memorized it finishes it for her.

          LILY (CONT'D)                    RYLE
     "When asked if the girl          "When asked if the girl was
     was..."                          aware he named a restaurant
                                      after her, Corrigan smiled
                                      knowingly and said, 'Next
                                      question.'"

The two lock eyes.

                         RYLE (CONT'D)
               You don't want me.

                         LILY
                    (terrified)
               I do.

Suddenly, Ryle grabs the glass of wine off the counter
and - throws it at the mirror, shattering it. Raging that
she's so clearly lying. Lily quickly lands on her feet
and hurries into the-

80   **INT. RYLE'S LOFT, LIVING ROOM - NIGHT**                  80

Living room, Ryle chasing after her. Grabbing her and
spinning her around. Throwing her on the couch.

                         LILY
               Stop! Get off of me.

But Ryle is no longer Ryle- Lily pushing away from him as-

                         RYLE
               This tattoo was one of my favorite
               goddamn parts of you.

His hands grip her ankles and he yanks her down until
she's beneath him- His hands pinning her wrists-

                         LILY                           *
          Let me go.                                    *

                         RYLE                           *
          Maybe I just haven't shown you how much I     *
          love you.                                     *

              LILY            *         JENNY (V.O.)     *
     Stop. Please. Please.    *    Stop. Please. Please. *
                                   Lily's sleeping.      *

     Lily's words melt and give way to the voice of her  *
     mother.                                             *

     **EXTREME CLOSE UP ON LILY AS SHE SUFFERS A FLASH OF
     RECOVERED MEMORY- A SHOCKINGLY PARALLEL-**

81        **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) - NIGHT**      81

          CLOSE ON YOUNG LILY- As she peeks around the corner- To
          find her father, **ANDREW BLOOM,** on the couch with Jenny-

          One hand around her throat- The other pulling up her
          dress- Jenny crying, trying to fight him off.

82        **INT. RYLE'S LOFT, LIVING ROOM (BACK TO SCENE) - NIGHT**      82

          Startled by the memory, Lily starts to grow more and more
          desperate to get Ryle off of her- But it's no use-

          LILY'S LIFE FLASHING BEFORE HER EYES. RED FLAGS SHE
          SHOULD HAVE SEEN ALL ALONG. THE UNSPOKEN TRUTH OF WHAT
          REALLY HAPPENED WHEN RYLE BURNED HIS HAND - WHAT SHE MADE
          HERSELF FORGET, AND WE UNDERSTAND **THAT DEEP DOWN SHE'S
          KNOWN ALL ALONG:**

          **FLASH OF MEMORY:** LILY LAUGHING. RYLE REACHES FOR THE
          CASSEROLE DISH- LILY TRYING TO WARN HIM, WHEN- RYLE BURNS
          HIS HAND AND-

                              RYLE (O.S.)
                    *Goddammit, Lily.  My hand.*

          LILY LAUGHS AND IN HIS ANGER- HE TURNS AND- BACKHANDS
          LILY AGAINST HER LEFT TEMPLE-

          **FLASH OF MEMORY:** RYLE CIRCLES THE STAIRWELL- LILY
          GRABBING FOR HIS SHIRT, WHEN- RYLE PUSHES HER- AND- SHE
          FALLS.

FLASH, FLASH, FLASH- The truth of her mother- Mixed with her own stark reality-

BACK TO:

83      **INT. LILY'S MAINE HOME, LIVING ROOM (MEMORY) - NIGHT**      83

Lily comes down the stairs and see's her father chocking her mother.

>                    YOUNG LILY
>          Mom? Dad? What's happening?

>                      JENNY
>          It's okay baby, go back to bed. I'm okay.

84      **BACK TO SCENE-** Everything- All the shit- Building up      84
inside Lily- Until it boils over and- Just as Ryle sinks
his teeth into Lily's skin, right where the **HEART TATTOO**
is placed- She lurches at him, SCREAMING with all her
might. She screams for her mother who couldn't and all
the women who have suffered and been silenced like this.
As pure adrenaline and pain forces Ryle off of her and-

>                      RYLE
>              (a shift as if she's
>                misunderstanding)
>          *Wait, wait, Lily?!*

WE TRACK WITH LILY AS SHE RUNS TOWARD THE FRONT DOOR-
RYLE FADING OVER HER SHOULDER-

85      OMITTED                                                      85

A86     OMITTED                                                      A86

B86     **INT. LILY CAR, NIGHT (CONTINUOUS)**                        B86

It's pouring Rain. A soaked Lily gets in her car. She
goes to put her keys in the ignition but drops them.
She's in shock. Her entire body shaking. No where to go.
Off Lily, completely alone.

86      **INT. ROOTS RESTAURANT, KITCHEN**                           86

CLOSE ON Lily. Soaked from the rain. Tear stained eyes
that say it all, looking at:

Atlas. He feels her and turns. His heart breaking. He
knows what this means.

87        **INT. ROXBURY GENERAL HOSPITAL - NIGHT**                     87

We find Lily sitting on a examining table, wearing a
hospital gown. They sit facing one another in complete
silence. Neither move. For an amorphous but long time.
Waiting. Then.

                         LILY
              I was never gonna become her.

                        ATLAS
              You're not her.

He looks at her. So much he wants to say. In this moment
they feel 18 again. And, for the first time, Atlas
finally sees the HOLLOW HEART TATTOO. It sends chills up
his spine. Seeing their emblem of strength punctured and
bleeding.

                    ATLAS (CONT'D)
              Is that?

                         LILY
              Yes.

                        AtLAS
              I didn't know you'd remember that.

                         LILY
              Always.

She's always loved him. And he finally sees it.

                        ATLAS
              There's something I need to tell you. And
              I'm know there's a better time and place,
              but I've walked away from you too many
              times without saying anything, at all and
              I just want you to know--

He's interrupted mid sentence by ER DOCTOR JOHNSON -
female, 50s - bursts in a hurry cleans up the blood from
the BITE MARK left on her collar bone.

                    DOCTOR JOHNSON
              Sorry for the delay. Every bed is full
              tonight. I have your paperwork and I see
              you're choosing not to press charges, is
              that correct?

Lily can't bear to look at Atlas as his hands clench in
spite of himself.

>                     LILY
>           That's correct. It's uh, just. A couple
>           of bruises and this here.

She embarrassingly indicates to the bite mark which Dr.
Johnson approaches and cleans as she speaks. She's seen
this too many times to be sappy about it.

>                DOCTOR JOHNSON
>           We have a certain examination for these
>           situations. It's called a SANE exam. It's
>           optional, of course, but-

>                     LILY
>           Oh, I, I wasn't... He didn't...

Lily almost says the word **"rape,"** but can't get it out.
Searching her eyes- Dr. Johnson asks-

>                DOCTOR JOHNSON
>           Did he try?

Lily's eyes drift to Atlas. Seeing the pain in his
expression, she shakes her head. Softly-

>                     LILY
>           I don't need the exam, thank you.

Nodding grimly, Dr. Johnson flashes a light into both of
her eyes. Glancing at Lily's paperwork-

>                DOCTOR JOHNSON
>           I'd like to rule out a concussion, but
>           given your situation, I don't want to
>           administer a CT. I'd like to keep you for
>           observation instead.

>                     LILY
>           Why don't you want to administer a CT?

>                DOCTOR JOHNSON
>           We don't like to perform X-rays on
>           pregnant women unless it's vital. We'll
>           monitor you for complications and if
>           there are no further concerns, you'll be
>           free to go.

CLOSE ON LILY. The wind knocked out of her. CLOSE ON
ATLAS. Also rendered speechless. Clocking this-

Silent, Lily sits stunned.

CONFIDENTIAL

88          **INT/EXT. ATLAS' TRUCK (MOVING) – NIGHT**                    88

            Atlas drives, Lily curled up in the passenger seat –
            staring out the window, too exhausted to cry. Too in
            shock to speak. *Feeling submerged. Silence.*


89          **INT. ATLAS' HOUSE (VARIOUS) – NIGHT**                       89

            Atlas opens the door as Lily enters his apartment. It
            feels familiar. Safe. They stand in the unsaid then, he
            sweetly leaves her for a moment.

            She's alone for the first time with a pot of feelings
            about to boil over when: he reenters with a pair of old
            sweats and a t-shirt. **The irony is not lost on either of
            them. The cosmic** *role reversal* **they never saw coming.**

                                ATLAS
                      ... here...

            Deeply touched. She can barely get the words out. He
            points to his room.

                                ATLAS (CONT'D)
                      There's a shower in there if you need.

                                LILY
                      No, I'm not gonna- that's your room... I
                      can sleep on the couch.

                                ATLAS
                      I love that couch.

                                LILY
                      ... Thank you.

            Atlas simply nods. So much more to say. But not tonight.


91          **INT. ATLAS' HOUSE, BATHROOM – NIGHT**                       91

            Lily enters the bathroom. Finally alone. She turns on the
            shower and then undresses, through the pain. Each layer
            that comes off she sees markers of her experience.
            Shedding their love story she stops and really looks at
            herself in the mirror. How did this become her? She's on
            the ground in front of the shower, legs curled to her
            chest as the water falls down like rain behind her. She
            doesn't make a sound.


92          OMITTED                                                       92

Green Rev. (10/05/23)                               110.

A93        **INT. ATLAS' BEDROOM - MORNING**                        A93

           Sunlight flares through the window and hits Lily's face.
           She slowly opens her eyes. Wishing it was all a dream.

93         **INT. ATLAS' HOUSE, KITCHEN - MORNING**                 93

           Timidly peering into the kitchen, Lily finds a gorgeous
           breakfast pre-made for her. Crepes, eggs, and sausage.
           It's almost too pretty to eat.

           Lily looks across the counter to find a hand written
           note. Three simple words that have so long bound them
           together: *Strong and sturdy.*

94         **INT. ATLAS' HOUSE, LIVING ROOM - DAY TO NIGHT**        94

           **We transition from Day to Night as Lily just sits... in
           silence. Trying to figure out how this has become her
           life.**

                                ATLAS (O.S.)
                        Hey.

           She looks up to find Atlas with TAKEOUT BAGS from his own
           restaurant. He starts unpacking a ton of food on the
           coffee table

                                ATLAS (CONT'D)
                        I wasn't sure what to bring you, so... I
                        just went with a few fan favorites.

           Lily nods gratefully.

                                                        CUT TO:

A95        **LATER**- Food eaten.                                  A95

           He looks at her. So much he wants to say. In this moment
           they feel 18 again. SILENCE-

                                LILY
                        There's no Cassie is there?

           Nothing.

                                ATLAS
                        No.

           Devastating silence. Their lives could've been so
           different.

Yellow Rev.                                          111.

                          LILY
              You lied to me. Why would you do that?

                          ATLAS
              You were with someone.

She falls SILENT. With grace and calm-

                          ATLAS (CONT'D)
              I said what I needed to say in the
              moment. Because you looked really happy.
              That's all I've ever wanted for you.

                          LILY
              What about what I want for me?

With a sigh, Atlas stares at the HEART on her collar
bone, the bite mark there - deeply regretting his lie.

                          ATLAS.
              I'm sorry.

                          LILY
              Me too.

Sad and frustrated, she gets up to go to bed. So much
more to say but she can't right now. Atlas reeling. He
can't lose her again. He stands.

                          ATLAS
              I know what it's like...to feel like
              you're at the bottom. Like it's so dark
              you can't find your way out. I've been
              there. And you know who got me out... you
              did. I never told you but you the night I
              broke into that house-- the night before
              we met-- I didn't go in there because I
              needed a place to stay. I broke in there
              to kill myself.

Having never heard this before, Lily sucks in a breath.

                          ATLAS (CONT'D)
              I was sitting on the floor of this musty
              old living room with a... and then out of
              the corner of my eye. your bedroom light
              came on-- through that broken window...

CLOSE ON ATLAS. Remembering it like it was yesterday.

                          ATLAS (CONT'D)
              I could see you, just barely through the
              curtains... And the way the light hit
              you... It made you look like an angel.
                          (MORE)

>                    ATLAS (CONT'D)
>          And. I know that sounds-- but it's true,
>          and just seeing your face... in the
>          light... I wanted to end it... and I
>          couldn't do it. The very next day, you
>          knocked on the door. And fed me -- And
>          I'm not saying this because I want
>          anything from you. I'm saying this to
>          remind-- you who you are.
>                    (simply)
>          You saved my life...

The two stare at one another, wanting to reach out, to
hold each other... But they know they cannot. Should not.
Must not.

>                    ATLAS (CONT'D)
>          That's who you are. No one can take that
>          from you.

She smiles sweetly. Devastated.

>                    LILY
>          Strong and sturdy.

The **MUSIC BOX** (*"Lily and Atlas' Theme)* playing faintly in
the background, one last time. The MUSIC UNDERSCORING as-

95        **EXT. BOSTON STREET - MORNING**                    95

Atlas walks Lily to her car, parked outside from the
night before. The two linger, neither of them wanting to
say goodbye.

>                    LILY
>          Thank you.

>                    ATLAS
>          Yeah, no, of course...

But just as Lily opens the door and starts to get out-
Atlas turns back. A side of him we haven't seen.

>                    ATLAS (CONT'D)
>          I love you.

>                    LILY
>          I know I love you too--

>                    ATLAS
>          No, I *love* you, Lily Bloom. *I never
>          stopped...*

Green Rev. (10/05/23)                                113.

So much she wants to say but can't and he knows it. He grabs her shoulders with such grounding and protective love, like he might kiss her if she let him, but he knows he can't. He pulls her in to a bear hug. It feels so familiar. So right. Two survivors standing together. As one. Atlas doesn't want to let her go but he knows he has to. But before he does he whispers in her ear.

                    ATLAS (CONT'D)
          In the future... If by some chance you
          ever find yourself in the position to...
          love again. Fall in love with me.

He lets go. In every way.

He turns. Softly smiles. And she closes the door. Watching as Atlas drives away and out of sight. The **MUSIC BOX** playing... all the way to the final note.

                                        SMASH TO:

96      **INT. ALLYSA AND MARSHALL'S LOFT - DAY**                96

We find Lily and Allysa sitting in the living room- Lily having just told her everything-

                    ALLYSA
          Oh, Lily.

Allysa falls quiet for a moment. Shaken to her core. Then-

                    ALLYSA (CONT'D)
          I know Ryle's been through a lot... we
          all have... I didn't know he was capable
          of this.

She's trying to make sense of it-

Surprised, Lily shakes her head. Allysa's voice quaking with grief as she continues-

                    ALLYSA (CONT'D)
          I'm not trying to make any excuses...
          what he's done is inexcusable, I just...
                    (OFF LILY)
          I've watched him, my entire life, I've
          seen how afraid he's been to open his
          heart to anyone, ever since we were kids.
          He's been dying inside, Lily. Little by
          little. Until he met you.

                    LILY
              (softly)
          ... What happened? What happened to
          Emerson?

Allysa's entire body responds.

                    LILY (CONT'D)
          You don't have to... if it's too much.

                    ALLYSA
          No. You deserve to know... Our dad... he
          used to have a gun. And. One day. Ryle
          and Emerson were... they playing in the
          house... pretending to be cowboys. And.
          They found it.

CLOSE ON LILY. Struck with horror. When-

                    ALLYSA (CONT'D)
          Ryle was only six years old- I was five-
          and... he didn't even know he was holding
          a real gun... he thought it was just
          pretend... until it was too late.

Allysa breaks down. Haunted by what she is about to utter-

                    ALLYSA (CONT'D)
          Emerson... His best friend. Our big
          brother. And... he's never been the same
          since. His funeral...

She looks around lost.

                    ALLYSA (CONT'D)
          I used to really like flowers.

Lily finally understands her on a deeper level than she
thought possible. Lily grabs her. Two women shattered,
holding space for each other's pain.

                    ALLYSA (CONT'D)
          As his sister, I wish more than anything
          that you could find a way to forgive him.
          But as your best friend... I have to tell
          you that if you take him back... I will
          never speak to you again.

                    LILY
          You're the best friend I've ever had.

                    ALLYSA
          I'll be an even better auntie.

Buff Draft (01/07/24)                                    115.

These two women grieving over the mutual unending love
and unspeakable anger they both have for Ryle in this
moment.

97      OMITTED                                            97    *

98      **INT. BOSTON GRACE HOSPITAL, ULTRASOUND ROOM – DAY**    98    *

20 weeks. Lily gets an ultrasound, Nurse Julie standing
by. They both look at the monitor.

                    NURSE JULIE
        ... do you want to know?

                    LILY
        You can tell already?

                    NURSE JULIE
        We can.

Not sure. She thinks of Ryle. In some way, wishing he was
here. Gathering her strength

                    LILY
        Ok.

                    NURSE JULIE
        See that? That's her little head.

                    LILY
        Her?

As we push in on Lily... her whole world changing.

A99     OMITTED                                           A99    *

99      OMITTED                                           99

100     OMITTED                                           100

A101    OMITTED                                           A101

B101    OMITTED                                           B101

Buff Draft (01/07/24)                                      116.

C101    **EXT. WATERFRONT DAY**                              C101

Lily walks alone along water. Her cell phone rings, it's
Ryle. She ignores it.

101    **INT. LILY'S BOSTON APARTMENT, KITCHEN - NIGHT**      101

We find Lily in the kitchen alone, an empty chair in
front of her. She drinks tea. Boxes of all the baby stuff
she has yet to put together all around. She opens a         *
present. It's a woven pink baby outfit, replete with        *
footies, mittens and a hat. She lays the outfit out,        *
piece by piece on her tummy. It's so sweet, the dream,      *
but she has no one to share it with.                        *

A102    **INT. LILY'S BOSTON APARTMENT LIVING ROOM/NURSERY -**   A102   *
        **MORNING**                                                     *

Lily and Jenny silently work and subtly struggle to assemble   *
a crib. Jenny's age isn't helping, nor is Lily's size and      *
neither have experience with this. Not a case of sexism. The   *
crib is heavy and a bit overly complicated to construct.       *

They work and pause. And continue to work.                  *

                    LILY                                    *
        Why did you stay with him?                          *

Whoa. There it is. The lifelong question that Jenny has asked   *
herself and answered a million ways, a billion times has        *
finally been said aloud.                                        *

These aren't conversations people have.                     *

Jenny is embarrassed of her truth.                          *

                    JENNY                                   *
        It felt like it would be harder to                 *
        leave.                                              *

A silver bullet, straight through Lily's heart. She's never   *
understood her mom until this moment. Right now, they are     *
one.                                                          *

                    JENNY (CONT'D)                          *
        I'm sorry.                                          *

She says it simply because they both know how loaded it        *
is. Sorry for a lifetime of pain. For not having the           *
strength to set an example. For the multigenerational          *
abuse. For the situation Lily finds herself in. And for        *
not being strong enough to say or do more.                     *

Lily absorbs her mom's basic but all too relatable truth     *
in this lonely room scattered with half assembled baby       *
accessories. An electronic swing chair missing its swing,    *
a changing table still in a box. More boxes with who         *
knows what. Mobiles sitting on a chair instead of            *
attached to the ceiling. It would be so much easier to       *
not be alone.                                                *

The reason to stay is so boring, so plain, that it's         *
devastating.                                                 *

Because it's universal.                                      *

102    **INT. LILY'S BOSTON APARTMENT, NURSERY - ~~ANOTHER MORNING~~** 102    *

Same setting. Different day. Lily works alone to assemble the  *
crib. She hasn't made much headway when                      *

**DING DONG**                                                *

Lily readies herself. And then goes to answer the door to    *
reveal: Ryle. Looking like a dream dad and partner. Cozy.    *
Sturdy. In scrubs with a zip up hoodie over top. Effortless  *
and deeply capable. His demeanor is nervous but easy.        *
Comforting. Respectful. He holds flowers.                    *

                    RYLE                                     *
          Sorry... I didn't want to show up                  *
          empty handed. I heard you like                     *
          flowers.                                           *

His attempt at levity isn't without the appropriate gravity.  *
She smiles sadly.                                            *

                    LILY                                     *
          Thanks for coming.                                 *

Lily leads him inside to the attempted crib. You could       *
hear a pin drop. Two intimate strangers. Walking            *
together. Nothing, and everything to say.                   *

He takes off his coat and gets to work setting up the        *
crib. She starts unpacking boxes. The silence remains        *
deafening.                                                  *

103    OMITTED                                          103    *

104    **INT. LILY'S BOSTON APARTMENT, NURSERY - MORNING**    104    *

Ryle puts the finishing touches on the crib. Lily has made a  *
dent with her unpacking.                                     *

They each move as if the room is made of thin glass. She sees   *
him searching for a tool and hands it to him. There's ease in   *
their rhythm with one another, even though this is the most     *
difficult thing they've ever done.                              *

She goes back to her unpacking and feels a kick. Still on his    *
knees, Ryle notices. Looking up at his wife and child. Like a    *
child himself.                                                   *

                    RYLE                                         *
          Is she?                                                *

                    LILY                                         *
          Yeah.                                                  *

She holds her belly alone. Her husband 3 feet from her,          *
watching, understanding her boundary.                            *

Ryle and Lily afire with all the feelings, hidden in plain       *
sight. After a beat he stands to leave.                          *

                    RYLE                                         *
          Do you mind if I check on you two                      *
          later?                                                 *

                    LILY                                         *
          Sure.                                                  *

   He makes a move to leave.                                     *

                    LILY (CONT'D)
                (feeling compassionate, or                       *
                torn?)                                           *
          Do you want to feel?                                   *

Ryle understands the weight of this offer. It means the          *
world to him.                                                    *

                    RYLE                                         *
          Yeah. Yes. Please.                                     *

He places his hands on her belly. She puts her hands over        *
his. Both holding their daughter, inches below. They             *
stand in silence. A moment of matrimony bliss to a               *
stranger's eyes, but we know it's emotional torture in           *
ways beautiful and painful.                                      *

Feeling like it's now or never…                                  *

                    RYLE (CONT'D)                                *
          Come home. Please, come home.                          *
          Everything will go back to the way                     *
          it was. It will never happen again.                    *
                    (MORE)

Buff Draft (01/07/24)                                        119.

                          RYLE (CONT'D)                                    *
          I promise you I can get better.                                  *
          Please baby. For our daughter—                                  *

                          LILY                                             *
          Thank you for your help with the                                *
          crib.                                                            *

      She's unmoving. This isn't the first time. And it won't be          *
      the last, but it never gets easier.                                 *

                          RYLE                                             *
          Yeah. Anytime. I'm sorry.                                       *

      Though he says it casually, referencing that moment, we             *
      can't help but feel it means more. Lily, still as a                 *
      statue. Ryle understands there's nothing more to say and            *
      sees himself out as Lily remains unreadable.                        *

      And alone.                                                          *

A105      EXT. FARMER'S MARKET – DAY                          A105         *

      A very heavily pregnant Lily walks through the farmers              *
      market gathering flowers for the shop. Her arms full.               *
      When she feels the sharp pang of a contraction. Alone in           *
      the world she takes this in when                                    *

                          FEMALE VENDOR                                    *
          Do you guys know what you're having?                           *

      The assumption of partnership stings. Lily now in                   *
      emotional pain as well as physical.                                 *

                          LILY                                             *
          Yeah. A baby girl.                                             *

                          FEMALE VENDOR                                    *
          Congratulations. There's no happier time.                     *

      Lily smiles sweetly, still in pain. A gentle reminder               *
      that we never know each other's interior worlds.                    *

105       INT. LILY BLOOMS STORE – DAY                        105

      Entering her beloved store, Lily is immediately greeted
      by ALLYSA, nursing baby Rylee in one hand and drinking a
      latte in the other.

> ALLYSA
> I don't want to scare you but you have
> great boobs and I want you to enjoy them
> while you can because my nipples feel
> like someone spilled hot sauce on them
> and then used them for a punching bag.

> LILY
> Yum.

> ALLYSA
> Oh! Our order of red roses was damaged in
> shipment, but we've got the Levenberg
> funeral today and they specifically
> wanted red roses for the casket spray-
> What should we do?

Heading toward the office-

> LILY
> The florist on Broadway owes me a favor.

> ALLYSA
> Ooooh. So mob boss of you.

-But before Lily enters her office- WATER trickles down
her legs. Confused, she stares down at the trickle of
water on the floor- Allysa still cluelessly firing off
another question.

> ALLYSA (O.S.) (CONT'D)
> Oh and about these invoices. Did you want
> me to pay them today or wait?

OFF LILY- registering what is happening, right as we-

106    **INT. BOSTON GRACE HOSPITAL, LILY'S ROOM – DAY**    106

-Find Lily in the middle of intense labor- Ryle entering,
wearing his scrubs, having just run from another side of
the hospital, bursting with nerves. He rushes to her
side, puts his hand on the railing. She puts her hand on
his and grips it hard.

IN A SERIES OF QUICK CUTS- In a blur of pain and HEAVY
BREATHING- Lily squeezing Ryle's hand with every push-

> DOCTOR
> She's crowning- Just a few more pushes!

| RYLE | NURSE |
|---|---|
| You're doing great. Almost there. | Don't let it go. Keep bearing. |

Pink Rev. (05/12/23)                    121.

One final herculean PUSH and SCREAM, and the doctor holds
the baby up.

                    RYLE  (CONT'D)
          There she is... You did it. She's here...
          That's our baby girl.

As Ryle cuts the umbilical cord, The BABY is placed on
Lily's chest, the absolute greatest moment of her life.
Lily speaks to her as if they're the only two people in
the world.

                    LILY
          There you are. Hi. Hi my angel. It's your
          mama.

107    **LATER-** We find the INFANT CHILD on Lily's chest again,    107
       but now she's been cleaned and swaddled in a blanket.
       Lily and Ryle can do nothing but stare at her.

                    LILY  (CONT'D)
          Look. She's trying to open her eyes.

                    RYLE
          Hi, Baby. It's us. It's Mommy and Daddy.

The BABY yawns and Lily and Ryle both smile at each
other, having just fallen even more in love with her. In
the QUIET that follows, the last NURSE leaves the room
and they're finally alone.

                    LILY
          Here.

Lily hands the little bundle over, Lily laying her head
on Ryle's shoulder. The two still staring at their child.

                    RYLE
          Thank you.

Then- In a whisper-

                    RYLE  (CONT'D)
          What do you want to call her?

                    LILY
          We could name her after your brother.

In shock, Ryle tilts his head toward Lily. Holding back
as best he can. Barely audible-

                    RYLE
          *Emerson?*

Nodding- Softly-

                    LILY
          Yeah. Little Emmy.
               (OFF RYLE)
          What do you think?

                    RYLE
               (words and time choking him)
          ...Yeah. Yeah... Thank you.

Touched, he leans down and kisses EMMY on her forehead.
After a beat, Lily pulls away from his shoulder so she
can watch him hold her. It's a beautiful thing. Seeing
Ryle's face. As if he would do anything to protect her.

**Seeing this- Lily finally forms her decision.**

                    LILY
          Ryle?
               (plainly, kindly)
          I want a divorce.

Her words hitting him like voltage, he winces and looks
back down at the baby, his shoulders hunched forward.

                    RYLE
          ... Please don't do this.

                    LILY
          ... I'm not making this decision for you
          or for me. *I'm doing it for her.*
               (a beat, simply)
          What would you do? If one of these days,
          this little girl looks up at you and
          says, "My boyfriend hit me." What would
          you say to her?

He pulls Emmy to his chest and buries his face against
the top of her blanket, unable to speak. Gently-

                    LILY (CONT'D)
          What if she came to you and said, "Daddy?
          My husband pushed me down the stairs. But
          he said it was an accident."

Ryle's shoulders begin to shake, and for the first time
since the day they met, he has TEARS. Real tears that
rush down his cheeks as he holds his daughter tightly.

With a strength we haven't seen yet she keeps going.

                              LILY (CONT'D)
                    What if... she came to you and said, "My
                    husband held me down while I begged him
                    to stop. But he swears he'll never do it
                    again. What should I do?"

Ryle kisses the baby's forehead.

                              LILY (CONT'D)
                    Tell me. I need to know what you would
                    say to our daughter if the person she
                    loves, ever hurts her.

He offers the most Naked Truth he could ever possibly
muster...

                              RYLE
                    I would beg her... to leave him.

He leans toward Lily and wraps an arm around her. His
mouth moving to Lily's ear as he cradles his wife and
daughter close to his chest.

                              RYLE (CONT'D)
                    And I would beg her never to go back.
                    *She's worth so much more.*

With that, they both become a mess of broken hearts and
shattered dreams. Holding each other. Holding their
daughter.

Then. Ryle hands the baby back to Lily. He stands up,
still trying to catch his breath.

He points toward the hallway, letting Lily know he needs
to go gather himself. He's sadder than we've ever seen
him as he walks toward the door and opens it, pausing,
turning to LOCK EYES WITH LILY... as if to thank her for
doing what he could never do.

                              RYLE (CONT'D)
                    It was really nice meeting you Lily
                    Blossom Bloom.

                              LILY
                    It was nice meeting you Ryle Kincaid.

And then. He's gone.

Left alone in SILENCE, Lily stares upon the bundle in her
arms, her flesh and blood, her baby girl.

CONFIDENTIAL

                         LILY (CONT'D)
              There you go bubba.
                   (then)
              It stops here. With you and me.

      Leaning in, she kisses Emmy and offers her a very quiet
      promise... a secret whisper only the walls can hear...

                         LILY (CONT'D)
                   *It ends with us...*

108   **EXT. MAINE TWO-LANE HIGHWAY - EARLY MORNING**            108

      Swooping along a two-lane highway, we find Lily's car-

109   **INT/EXT. LILY'S CAR (MOVING) - EARLY MORNING**           109

      -As she makes another pilgrimage back to her hometown.
      BABY EMMY in the back. Sucking on her pacifier.

110   OMITTED                                                    110

111   OMITTED                                                    111

112   **EXT. CEMETERY, ANDREW BLOOMS RESTING PLACE - DAY**       112

      Where Lily stands in front of her father's grave for the
      very first time. Baby Emmy strapped to her torso, and
      Jenny standing a bit behind, Lily pulls the **NAPKIN** from
      her HOODIE JACKET... and we get the slightest glimpse
      that... ***she's finally finished the list.***

      Her voice shaking. Her lip quivering.

                         LILY
                   Goodbye pops.

      With that, Lily bends over and places the **NAPKIN** near the
      headstone. Then. Summoning the kind of strength and
      surrender that is so rare, so powerful, it's cosmic-

      She straightens up. And. Walks away.

      We stay on the napkin, barely able to make out a few of
      the five things. As all three generations walk away.

      **MUSIC RISING**- UNDERSCORING AS WE-

                                                 FADE TO:

Buff Draft (01/07/24)                                    125.

113     OMITTED                                                   113

114     **EXT. FARMERS MARKET / CITY PARK - ONE YEAR LATER**      114

Lily stands alone in a park, thinking, at peace, when an 18    *
month Emmy bursts into frame on a swing. Lily gives her one    *
last push.                                                     *

              LILY         *              EMMY                 *
You're gonna be late for   *   One more, one more!             *
not making me late for     *
work.                      *

Then Lily grabs a squealing Emmy off the swing as we          *
reveal Jenny, who looks lighter and more capable than         *
ever. Lily wraps them in a hug together as she hands Emmy     *
off to her mother.                                            *

              LILY (CONT'D)  *              JENNY             *
I love you both. Thank you,*   I've got her.                 *
mama.                      *
   (she starts to head     *
   off)                    *
You don't need to feed her *
dinner, I'll leave the shop*
early tonight. Ok. Go go   *
go. You're the best thing  *
that ever happened to me.  *

                 LILY (CONT'D)                                *
         I know.                                              *

Lily glides through the market at peace as her mother and     *
daughter disappear behind her. She takes in the day. The      *
sunlight. She looks at the sea of people, some warped by      *
giant bubbles floating past, made by the man nearby. All      *
these people weaving through the stalls at their own,         *
different paces. Different ages. Different emotions.          *
Different stories. Living their lives. Countless faces, a     *
blur.                                                         *

But there is something still in all this movement. She slows  *
a little, on alert. Her senses heightened. She focuses in the *
distance. But it's nothing. Danger?                           *

No. It's nothing, just more moving faces.                     *

But then. There it is. We see it on her face, first. We don't *
know what she's looking at. But it's significant. Then we see  *
...*him.*                                                      *

**Atlas.**                                                     *

Buff Draft (01/07/24)                                    126.

He doesn't see her yet. But he feels her. He looks up. SWOON.    *
Their eyes LOCK. As they did for the first time many years        *
ago. ON ATLAS. ON LILY.                                           *

They step forward, not by choice. They are magnets.               *
Centripetal forces, orbiting each other since the day they        *
met.                                                              *

                          ATLAS                                   *
              Hi.                                                 *

                          LILY                                    *
              Hi.                                                 *

Every cell in their bodies electrified. But both play cool        *
well. He gestures behind Lily.                                    *

                          ATLAS                                   *
              Was that your?...                                   *

Lily looking a little confused. Did he see Emmy?                  *

                          ATLAS (CONT'D)                          *
              Ah I couldn't miss you if I tried.                  *
              I saw you all but I just, wasn't                    *
              sure if I should...                                 *
                                                                  *

He's not being romantic. He's being honest and plain. Strong      *
and sturdy.                                                       *

                          LILY                                    *
                    (proudly)                                     *
              Yeah. That's Emmy. My baby girl.                    *

                          ATLAS                                   *
              Ahh. A little girl. I'm so happy                    *
              for you.                                            *

He is.                                                            *

                          LILY                                    *
              Yeah. Thank you.                                    *

                          ATLAS                                   *
              And your --                                         *

                          LILY                                    *
              It's just us.                                       *

                          ATLAS                                   *
              Oh. Wow.                                            *

CONFIDENTIAL

                         LILY                          *
               Yeah....                                *

     Terrified to ask. Putting on a light front.       *

                         LILY (CONT'D)                 *
               What about you? Are you here with       *
               anyone?                                 *

     It hangs. The question of their lifetime.         *

                         ATLAS                         *
               No. No.                                 *
                  (then)                               *
               ...Not yet.                             *

       And here our story begins...                    *

                                              **BLACKOUT.**