# Exhibit 129

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 1/5/2024 - 1/6/2024 |

### Outline of Conversations

 **BL-FullMessages-0462139** · 10 messages between 1/5/2024 - 1/6/2024 · Jenny Slate 

BL-000020897

**Messages in chronological order** (times are shown in GMT -05:00)

---



**BL-FullMessages-0462139**

JS     Jenny Slate <+[redacted]>        ► 1/5/2024, 7:13 PM
Hi! I hear the shoot is up and running next week! Im flying from LA to NYC on 1/15, see you the next day! Redacted - Non-Responsive

# Redacted - Non-Responsive

Redacted - Non-Responsive     I am so glad to be seeing you soon! Feeling a muted sense of
blech about returning to that set but it's gonna be fine? Are you ok?     **Redacted - Non-Responsive**

# Redacted - Non-Responsive

\#     ?B? <[redacted]        ◄ 1/5/2024, 11:50 PM
You're coming into a different set

\#     ?B? [redacted]        ◄ 1/5/2024, 11:50 PM
So. Much. To. Catch. Up. On.

\#     ?B? [redacted]        ◄ 1/5/2024, 11:50 PM
You will find it perfectly professional and sterile and lovely

JS     Jenny Slate <[redacted]>        ► 1/6/2024, 9:26 AM
I want to know everything. I'm so glad to hear this!