# Exhibit 132

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 4/23/2024 - 4/24/2024 |

## Outline of Conversations

 **BL-FullMessages-0833983** • 7 messages between 4/23/2024 - 4/24/2024 • Josh Greenstein 

CONFIDENTIAL                                                                                                                                          BL-000019015

**Messages in chronological order** (times are shown in GMT -04:00)

---

**BL-FullMessages-0833983**

**?B?** ✗✗✗✗✗✗✗ — 4/23/2024, 10:54 PM

Hey! This trailer lands so much better to me. There are a few tweaks I think we need. But overall I think it's very close and feels exciting. I have a little bit of work to do as well to try to get us that song. Bc of the history, it's not likely.

I think there's a much better poster to be had. Would love to see some other options. I just got the one.

All in all, VERY positive feelings. And I definitely, more than ever feel we need that "touch" KILLING ME SOFTLY teaser. Set the stage for the cool, the sex, the romance, the drama, the fun, the love triangle. And also the quality. And a teaser really helps to eventize the film, and the full trailer release.

I can try to take a crack at the teaser. But if someone else can, even better. I can help to guide the trailer house as to where they might find the shots. If they want. I'm happy to help in any way I can.

**?B?** ✗✗✗✗✗✗✗ — 4/23/2024, 10:57 PM

Also, I started with Justin's editor, Oona yesterday. It's going well. Shawn is editing next door. I keep popping in to help them with DP. We have to lock that tomorrow for our preview sat, so Shawn offered to come in and hang for an hour and let us pick his brain. Which is invaluable. Oona wanted to get the green light first so she's not in a bad position, understandably. So please lemme know if I'm good to let him informally pop over. 🙏

**?B?** ✗✗✗✗✗✗✗ — 4/23/2024, 10:58 PM

I'm lucky to have the best people in my life who just want to help me do the best I can do and achieve the highest success possible.

**?B?** ✗✗✗✗✗✗✗ — 4/23/2024, 11:33 PM

And thank you again for all your support in making this movie the best it can be. I really, really appreciate it. So does everyone in my orbit.

I think we'll have success because of you believing in it, and in me. Thank you 🙏 from the bottom of my cold cold heart.

X
B

**?B?** ✗✗✗✗✗✗✗ — 4/24/2024, 10:43 AM

Lemme know either way re Shawn 🙏 he's next door to us today and tomorrow so I just want to let him know if he's ok to pop in ever. Xx

**JG  Josh Greenstein** ▬▬▬▬▬ — 4/24/2024, 2:00 PM

You are good to go with your editor Friday

**?B?** ✗✗✗✗✗✗✗ — 4/24/2024, 2:07 PM

Amazing thank you. Xx