# Exhibit 133

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 3 | Date Range: 4/23/2024 |

## Outline of Conversations



**BL-FullMessages-0808215** • 3 messages on 4/23/2024 • Device Owner Name Not Available <Device Owner Num/AccountID Not Available> • Sender/Recip Name Not Available <▧▧▧▧▧▧> • ?B? <▧▧▧▧▧▧>

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | **BL-FullMessages-0808215** | |
|---|---|---|

\#  **?B?** ◀XXXXXXX                                                        ◀ 4/23/2024, 10:38 PM

Ive finally gotten to get in the edit. Alone. No justin. I'm gonna make this movie great (successful) if it's the last thing I do.
They sent me a trailer. I'd love to know what you think. I can change it. I'm just curious your reaction as someone who knows pop culture better than anyone, and also as someone who's read this book.
Don't be thrown by your song. They went out on a limb and kept it. Which is cheating bc it imbues everything with such gravity and quality. I'm torn. Obviously your feelings decide it, but if you were open to it, on one hand, fuck them forever. On the other, I want this movie to work, and your song hits a main artery.
Song variable aside, would love to know what you think. Please show Trav too! Would love his opinion also

\#  **?B?** ▮▮▮▮▮▮▮                                                        ◀ 4/23/2024, 10:38 PM

xH2&t?du8QNb

\#  **?B?** ◀XXXXXXX                                                        ◀ 4/23/2024, 10:39 PM

https://spe-creativeadvertising.cimediacloud.com/r/gX5aYoKfRR8O (https://spe-creativeadvertising.cimediacloud.com/r/gX5aYoKfRR8O)