# Exhibit 134

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 24 | Date Range: 5/17/2024 |

## Outline of Conversations



**BL-FullMessages-0935941** • 24 messages on 5/17/2024 • Lucy Damon • [Redacted - Non-Responsive] • Matt D • [Redacted - Non-Responsive] 🖤 • Ryan Reynolds • ❌❌❌❌❌ • ?B? • ❌❌❌❌❌

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0935941**

❤ Ryan Reynolds   ▶ 5/17/2024, 6:21 AM

Hey Matt & Lucy -

If the offer is still open to watch the movie… Pix will work great. Easiest way is to log into Blake's account whenever you're ready.

If you text her, she can give you the log in and code and you're in.

And again, this is such a zero pressure ask. We know how important family time is when we're up in [Redacted - Non-Responsive] So no worries either way. We'd LOVE to get your well earned pov.

And if your girls want to see it on the big screen at B's family and friends screening Saturday at 6pm, they're obviously most welcome!

This movie has been one of the all time zingers on and off set. One day, we'll make a movie about the movie.

And we can't wait to tell you all about it. The stories are already finding their place in the pantheon of legendary Hollywood insanity.

We're about to be off for at least a year and a half. Maybe two years. Maybe forever?

Let's play pickleball.

?B?    ◀ 

Blake here. Adding more zeroes to the pressure.

Thank you for even considering. And it's not a bad movie. So who knows, you just may enjoy some of it. Be warned it covers domestic violence in key places so just want to be sure you know.

This movie nearly killed me. The director/costar/producer/financier/head of the studio (yes all one person) had zero experience, but the good news is he also has no taste, and an enormous ego, but only because he's in a cult and believes he's our century's prophet. I wish even one of these things was hyperbole.

Anyway. Juicy stuff. I told him on day one (after so much shit had already gone down). "I don't need anything from you. I don't need you to guide me or to make me feel good. I've got me. All I need from you is, I just need you to not make me feel like shit. That's it. I've got the rest". And that became true. What I didn't anticipate was having to do everything in this movie. I rewrote the entire script. I directed every actor. The DP was coming to me when he couldn't get anything from him. So, way too often. Then after all this Justin wouldn't bring me into the edit. He had no idea what he had because he didn't author any of it. They gave me 10 days to scrap together an edit to compete with an edit he's been making since July. I've been sleep about an hour and a half each night bc that's obviously not enough time so I've just been gunning it.

We're in a bake off now which will happen in 12 days. This weekend screening is my chance to get the first and only feedback on my cut before the bake off.

Anyway. It's all the drama. That was the headline of the gossip. Not even the good stuff. Way too much info.

And like Ryan said zero zero pressure. Except the pickleball part. There's significant pressure there.

LD  Lucy Damon [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:00 AM

[Redacted - Non-Responsive] We'd love to watch your movie tomorrow. [Redacted - Non-Responsive]
[Redacted - Non-Responsive]
I'm so sorry you had such an awful experience doing a job you love!

We're around all weekend for pickleball. Are you guys [Redacted - Non-Responsive]?

**MD** — **Matt D** [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:02 AM
[Redacted - Non-Responsive] We'll give you any help we can. And if this experience hasn't totally destroyed your soul, Blake, you should come direct your next movie at Artists Equity. We're kind of like a cult but a really nice one.

**>#** — **?B?** <+XXXXXX>  ◀ 5/17/2024, 7:05 AM
Where do I sign.

**MD** — **Matt D** [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:03 AM
I'm looking forward to seeing his work.

**#** — **?B?** <+XXXXXX>  ◀ 5/17/2024, 7:07 AM
I can get it on your pix but politically is cleanest if you just log into mine. If you have any sense of when you'll watch it whenever you know I'll just have to call you with login and two factor code.

**LD** — **Lucy Damon** [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:07 AM
Of course! we're happy to watch and hopeful be helpful. Let's talk tomorrow.

**#** — **?B?** <XXXXXX>  ◀ 5/17/2024, 7:08 AM
Politically bc this man is also the head of the studio. Fuck my life. Sony is distributing and looking for every reason not to use his cut

**#** — **?B?** <  ◀ 5/17/2024, 7:08 AM
❤️❤️🙏🙏❤️ thank you so so much

**LD** — **Lucy Damon** [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:09 AM
It's insane the power this guy has had with no experience to back him!

**LD** — **Lucy Damon** [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:09 AM
Loved "❤️❤️🙏🙏❤️ thank you so so much "

**#** — **?B?** <  ◀ 5/17/2024, 7:09 AM
It's all his cult $ and backing

**#** — **?B?** <XXXXXX>  ◀ 5/17/2024, 7:10 AM
Wilddddd stuff

**LD** — **Lucy Damon** [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:11 AM
Like Matt said, artists equity from now on. No need for weird cult money.

**#** — ❤️ **Ryan Reynolds** <+XXXXXX>  ▶ 5/17/2024, 7:12 AM
Several weeks before shooting, and right after Blake had given birth to our son… this guy called our trainer, Don and asked "how much do you think Blake will weigh in two weeks?"

Don, got very Long Island all of a sudden and Justin backtracked. He said, "I'm only asking because I have to carry her in a scene. And I have low bone density."

**LD** — **Lucy Damon** [Redacted - Non-Responsive]  ▶ 5/17/2024, 7:14 AM
Sorry but what the actual fuck?!? He's dead.

**#** — **?B?** <+XXXXXX>  ◀ 5/17/2024, 7:14 AM
It was actually two weeks before.

When pressed even further, he said he needed to train to adjust his bone density. Because, to circle back, he has low bone density

CONFIDENTIAL                                                    BL-000027072

| # | ?B? <+█████> | ◀ 5/17/2024, 7:15 AM |
|---|---|---|
| | He also told me last year that he speaks to my father often. He hopes I don't mind. | |

| # | ?B? <+XXXXXXX | ◀ 5/17/2024, 7:16 AM |
|---|---|---|
| | My father died 3 years ago. | |

| LD | Lucy Damon [Redacted - Non-Responsive] | ▶ 5/17/2024, 7:16 AM |
|---|---|---|
| | What?!? | |

| LD | Lucy Damon [Redacted - Non-Responsive] | ▶ 5/17/2024, 7:19 AM |
|---|---|---|
| | I'm fascinated by this creep. I think you should make a movie about this guy | |

| # | ?B? <+XXXXXXX | ◀ 5/17/2024, 7:19 AM |
|---|---|---|
| | I literally already have the name of my doc | |
| | Lights, Cult, Action | |

| # | ♥ Ryan Reynolds  <+XXXXXXX | ▶ 5/17/2024, 7:22 AM |
|---|---|---|
| | Right!? I've never seen anything like it. A malignantly vein, sociopathic FAUXminist with almost no sense of boundaries or shame. I cannot believe he hasn't gone to jail or returned to the sun. | |

CONFIDENTIAL                                                                                                                    BL-000027073