# Exhibit 135

Message

**From:** B. [XXXXXXX]
**Sent:** 5/17/2024 12:42:45 AM
**To:** Ben A [Redacted - Non-Responsive]
**Subject:** From Blake 👋

Ben,

It's Blake. Don't hang up.

I hope life is treating you beautifully. Ryan was going on and on about you recently amongst all that chaos. He was blown away by you. Though he was equally effusive about your Dunkin' commercial. So know you have a Canadian fan club in my house. And a Burbank one too.

I'm writing with a zero pressure ask. I've just come out the other side (well almost) of the most upsetting experience I've ever had on a movie. The making of doc of this film would be more interesting than the movie could ever be. It's like if Wild Wild Country, Fyre Festival and Going Clear had a baby with The Room …Room also works though.

 Anyway, I ended up rewriting and restructuring the entire script, I also ended up having to direct the movie via the chaotic clown "director"/actor/producer/financier/studio head at the center. Yes that's all the same person. Oh and did I mention he and everyone he had on the movie is in a cult. If I would've just formally directed it, it would've been much easier, but having to troubleshoot through his taste, ego and preexisting decisions made it so difficult and that's not even touching on any of the wild HR issues and beyond. Anyway, now I'm in a bake off with him in the edit. He's been editing since, I kid you not, July, and they gave me 10 days to do my own pass. We have a bake off in 12 days. But I have a friends and family preview in NY on Saturday in the meantime so I can get one round of notes or feedback before we duke it out.

If you have 1:58 of free time at any time in the next few days, would you be willing to watch the movie and give me any ideas or notes. I will pix it to you. You can literally text me a voice memo so you don't have to formally write thoughts. If your wife or kids are around, I'd love their opinion also (fyi it does cover domestic violence so no one is caught off guard). I'm such a fan of Jennifer's, I've told her as much every time I've met her, and it would be an honor to have her take. 🙈

Again, zero pressure. I just really want this to work after all I've put into it. This movie nearly killed me. And I can think of very few people who would be as prescriptive and insightful as I know you would be.

Ryan asked Matt to watch also so I think he's watching this weekend. Good men showing up. I'm beyond grateful for that. Also. Can you believe Jason Bourne is watching my movie!?!?! I'll get you an autograph one day. Don't worry.

If you're still reading this, whoa. You're not nearly as busy as you think. Or you're a very nice person.

Sending you all the best always.
Xx
B '87