# Exhibit 136

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 5/19/2024 |

## Outline of Conversations



**BL-FullMessages-0808402** • 7 messages on 5/19/2024 • Sender/Recip Name Not Available
<+▨▨▨▨▨▨▨> • ?B? <+▬▬▬▬▬▬▬>

ATTORNEYS' EYES ONLY

BL-000018824

**Messages in chronological order** (times are shown in GMT -04:00)

---

**BL-FullMessages-0808402**

**?B?** <XXXXXXX>  —  5/19/2024, 11:13 AM
Btw I have SO much to tell you. The author Colleen reached out to me because Justin is on an internal smear campaign trying to get his edit through. She was horrified. And reached out on her own to talk to me. Turns out he fucking lied, she's not Bahai. Never has been. She's not friends with him at all. She actually hates him. She was his safety net all along. Meanwhile he shut her out and wouldn't include her in anything and told her she had no voice or value yet paraded her around in front of cameras for goodwill and told us all that all his decision he got pushback on were her ideas.

**?B?** <XXXXXXX>  —  5/19/2024, 11:13 AM
Wilddddd

**?B?** <XXXXXXX>  —  5/19/2024, 11:13 AM
She flew to ny where I screened my cut for the first time yesterday. It KILLED in the room

**?B?** <+XXXXXX>  —  5/19/2024, 11:15 AM
Bradley came. He watched it twice. He has been an absolute fucking hero. He has made me feel so good about the cut. Matt and Lucy Damon saw it to give notes and instead just wrote Tom Rothman to try to push my edit through without a bake-off with Justin. Which is also what Colleen is pushing for. It's wild and crazy times

**Sender/Recip Name Not Available** <+XXXXXX>  —  5/19/2024, 11:16 AM
No one. Should ever. Get into a war of wills with you

**Sender/Recip Name Not Available** <+XXXXXX>  —  5/19/2024, 11:16 AM
And I'm so excited to see it

**?B?** <+XXXXXX>  —  5/19/2024, 11:58 AM
Any time if you have free time I'll send it to you!! It's actually a fun watch now