# Exhibit 139

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 20 | Date Range: 7/3/2024 |

## Outline of Conversations



**BL-FullMessages-0834628** • 20 messages on 7/3/2024 • Josh Greenstein <+▓▓▓▓▓▓> • ?B? <+▓▓▓▓▓>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0834628**

| | | |
|---|---|---|
| # | **?B?** <+████> <br> Can you guys come meet at lunch so I don't lose time in here. 12:30 | ◀ 7/3/2024, 12:55 PM |
| # | **?B?** <+████> <br> 🙏 | ◀ 7/3/2024, 12:55 PM |
| JG | **Josh Greenstein** <+████> <br> Hi / shit no I can't I'm leaving town - east coast <br> Can we grab u for 10 | ▶ 7/3/2024, 12:58 PM |
| JG | **Josh Greenstein** <+████> <br> Attached URL: https://p57-content.icloud.com/MA3BCF753A8582E1AB6F6384D98EF6D8479AC5ABC96111A62C46D94C2629388AF.C01USN00 <br> Attachment Title: 74171874240__7B928B7C-11FC-4BF9-96C0-607179639E87.heic | ▶ 7/3/2024, 12:59 PM |

*Attachment: 74171874240__7B928B7C-11FC-4BF9-96C0-607179639E87.heic (2 MB)*

| | | |
|---|---|---|
| JG | **Josh Greenstein** <+████> <br> Where's your car | ▶ 7/3/2024, 12:59 PM |
| # | **?B?** <+████> <br> That's fine. I'm here | ◀ 7/3/2024, 12:59 PM |
| # | **?B?** <+████> <br> Oh my good | ◀ 7/3/2024, 12:59 PM |
| # | ████ <br> God* | ◀ 7/3/2024, 12:59 PM |
| # | **?B?** <+████> <br> Lisa has to shoot the credits today so she just told me we need to know all by 4pm today 🙏 | ◀ 7/3/2024, 3:34 PM |
| JG | **Josh Greenstein** <+████> <br> Ok just spoke to Jamie - he's thinking <br> Very resistant to loosing film by , but might might be open to moving it down lower and putting hotline in current place , resistant to 2 producers before him I hammered him on this he's " thinking ", <br> And Colleen can share credit with Todd but that dude who paid for movie has to go first solo | ▶ 7/3/2024, 4:22 PM |
| JG | **Josh Greenstein** <+████> <br> Legally wayfair has approval over credits - | ▶ 7/3/2024, 4:23 PM |
| # | **?B?** <+████> <br> Film by is wild | ◀ 7/3/2024, 4:29 PM |
| # | **?B?** <+1████> <br> https://www.vanityfair.com/hollywood/2015/03/vanity-credit-a-film-byAttachment Title: 9114821F-AE46-4275-BBBF-A03EA75E693B.53384777-01A6-4731-B5A3-7057D0FEB32C.pluginPayloadAttachmentAttachment Title: 9FA83BC4-2FD4-477D-9D73-25770D0A758F.4B377E7B-796B-49E1-8E7C-3EEE8AE53C49.pluginPayloadAttachment | ◀ 7/3/2024, 4:30 PM |
| JG | **Josh Greenstein** <+████> <br> Spoke to this <br> Will also send him | ▶ 7/3/2024, 4:57 PM |

| | | | |
|---|---|---|---|
| JG | **Josh Greenstein** <+▇▇▇▇▇ | ▶ | 7/3/2024, 4:57 PM |
| | The hotline card needs to stay where it is<br>100 year precedent | | |
| JG | **Josh Greenstein** <+▇▇▇▇▇> | ▶ | 7/3/2024, 5:29 PM |
| | Yo- yo<br>Call me me | | |
| # | **?B?** <+▇▇▇▇▇ | ◀ | 7/3/2024, 6:23 PM |
| | Lisa asking legal if type of the violence hotline can be any larger instead of as small as names in crawl. Just like 15% so people can process it. All good if not. She's asking so nothing to do but I always want all above board. Xx | | |
| # | **?B?** <+▇▇▇▇▇ | ◀ | 7/3/2024, 6:23 PM |
| | Thank you again. Blown away by you. | | |
| JG | **Josh Greenstein** <+▇▇▇▇▇> | ▶ | 7/3/2024, 6:38 PM |
| | Hi not sure - tell her to ask ange legal question - I'm totally fine if bigger .<br>And of course<br>We going hard to finish line | | |
| # | **?B?** <+▇▇▇▇▇ | ◀ | 7/3/2024, 6:38 PM |
| | So so so great. We're killing it | | |