# Exhibit 142



**Planet Depos**
We Make It *Happen*™

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# Transcript of Danny Greenberg

**Date:** September 19, 2025
**Case:** Lively -v- Wayfarer Studios, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF NEW YORK

3

4     BLAKE LIVELY,                      )
                          Plaintiff,     )
5                                        )
         v.                              )
6                                        ) CASE NO.
      WAYFARER STUDIOS LLC, a            ) 1:24-CV-10049-LJL
7     Delaware Limited Liability         )
      Company, JUSTIN BALDONI, an        )
8     individual, JAMEY HEATH, an        )
      individual, STEVE SAROWITZ, an     )
9     individual, IT ENDS WITH US        )
      MOVIE LLC, a California            )
10    Limited Liability Company,         )
      MELISSA NATHAN, an individual,     )
11    THE AGENCY GROUP PR LLC, a         )
      Delaware Limited Liability         )
12    Company, JENNIFER ABEL, an         )
      individual, JED WALLACE, an        )
13    individual, and STREET             )
      RELATIONS INC., a California       )
14    Corporation,                       )
                                         )
15                         Defendants.   )
      _____   )
16

17          CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

18              VIDEOTAPED DEPOSITION OF

19                  DANNY GREENBERG

20            FRIDAY, SEPTEMBER 19, 2025

21              LOS ANGELES, CALIFORNIA

22

23    PAGES 1 - 318

24    REPORTED BY MARK SCHWEITZER

25    CSR #10514, RPR, CRR

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    12

| | | |
|---|---|---|
| 1 | A.   No. | 09:56:02 |
| 2 | Q.   All right.  I'm gonna give you some ground | 09:56:03 |
| 3 | rules, but let me ask you a preliminary question. | 09:56:06 |
| 4 | Have you -- you do know Blake Lively; is that | 09:56:10 |
| 5 | correct? | 09:56:16 |
| 6 | A.   Do I know of Blake Lively, or do I -- | 09:56:16 |
| 7 | Q.   Yeah.  What -- | 09:56:18 |
| 8 | A.   Yes. | 09:56:18 |
| 9 | Q.   Either way. | 09:56:19 |
| 10 | A.   Yes. | 09:56:19 |
| 11 | Q.   You know of Ms. Lively.  Have you ever met | 09:56:20 |
| 12 | Ms. Lively? | 09:56:22 |
| 13 | A.   Yes. | 09:56:23 |
| 14 | Q.   How many times? | 09:56:23 |
| 15 | A.   Twice. | 09:56:24 |
| 16 | Q.   And Ms. Lively is a client of your agency; | 09:56:25 |
| 17 | is that correct? | 09:56:28 |
| 18 | A.   Yes. | 09:56:28 |
| 19 | Q.   Have you personally been involved in | 09:56:29 |
| 20 | Ms. Lively's representation? | 09:56:32 |
| 21 | A.   No. | 09:56:33 |
| 22 | Q.   Why don't we actually begin at the | 09:56:34 |
| 23 | beginning.  What is your occupation? | 09:56:41 |
| 24 | A.   I'm a talent agent. | 09:56:43 |
| 25 | Q.   And who are you affiliated with? | 09:56:46 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                                    17

| | | |
|---|---|---|
| 1 | you been a talent agent? | 10:01:18 |
| 2 |     A.   Yes. | 10:01:20 |
| 3 |     Q.   Now, you're familiar with the parties to | 10:01:21 |
| 4 | this case having read the complaint.  In other words, | 10:01:27 |
| 5 | who the plaintiff is and who the defendants are? | 10:01:29 |
| 6 |     A.   Yes. | 10:01:32 |
| 7 |     Q.   And is it correct that at some point in | 10:01:33 |
| 8 | time, you represented Mr. Baldoni, a defendant in | 10:01:37 |
| 9 | this case? | 10:01:43 |
| 10 |     A.   Yes. | 10:01:43 |
| 11 |     Q.   How long did you represent Mr. Baldoni in | 10:01:43 |
| 12 | your capacity as a talent agent? | 10:01:47 |
| 13 |     A.   Around five years.  I started representing | 10:01:49 |
| 14 | him after he directed his first movie, roughly the | 10:01:53 |
| 15 | second half of 2019. | 10:01:58 |
| 16 |     Q.   And are you familiar with an entity called | 10:02:01 |
| 17 | Wayfarer? | 10:02:05 |
| 18 |     A.   Yes. | 10:02:05 |
| 19 |     Q.   And Wayfarer Studios, is that or has that | 10:02:06 |
| 20 | been a client of William Morris's, if you know? | 10:02:11 |
| 21 |     A.   Yes. | 10:02:14 |
| 22 |     Q.   And would u u be the talent agent who | 10:02:15 |
| 23 | would've primarily responsible for the representation | 10:02:22 |
| 24 | of Wayfarer? | 10:02:23 |
| 25 |     A.    There was a team that represented | 10:02:23 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                          18

| | | |
|---|---|---|
| 1 | Wayfarer.  The primary representation of Wayfarer was | 10:02:25 |
| 2 | through William Morris Endeavor's independent | 10:02:31 |
| 3 | division.  I was involved in that representation, but | 10:02:31 |
| 4 | my primary responsibility was representing Justin | 10:02:35 |
| 5 | as -- as a director and an actor. | 10:02:38 |
| 6 |     Q.   And again, approximately how many years or | 10:02:45 |
| 7 | how long did you represent Mr. Baldoni in your | 10:02:51 |
| 8 | capacity as an agent for William Morris? | 10:02:56 |
| 9 |     A.   Five years. | 10:02:59 |
| 10 |     Q.   Do you still represent Mr. Baldoni? | 10:03:00 |
| 11 |     A.   No. | 10:03:03 |
| 12 |     Q.   Why not? | 10:03:04 |
| 13 |     A.   We released Mr. Baldoni -- or Justin and | 10:03:09 |
| 14 | Wayfarer right around December 22nd of '24. | 10:03:13 |
| 15 |     Q.   Okay.  Let me start with who is "we"? | 10:03:18 |
| 16 |     A.   The agency. | 10:03:21 |
| 17 |     Q.   And was there some event that prompted | 10:03:25 |
| 18 | Mr. Baldoni's dismissal as a client of William | 10:03:31 |
| 19 | Morris? | 10:03:33 |
| 20 |     MS. GOVERNSKI:  Objection.  Form. | 10:03:41 |
| 21 |     THE WITNESS:  Can you repeat the question? | 10:03:43 |
| 22 |     Q.   BY MS. GAROFALO:  I will.  I'll rephrase | 10:03:45 |
| 23 | it.  Did something happen that caused William Morris | 10:03:46 |
| 24 | to drop Mr. Baldoni as a client? | 10:03:49 |
| 25 |     A.   Yes. | 10:03:51 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    35

| | | |
|---|---|---|
| 1 | you referring to? | 10:21:26 |
| 2 | Q.   BY MS. GAROFALO:  On the set, making | 10:21:27 |
| 3 | comments, offering his opinions, anything at all. | 10:21:29 |
| 4 | A.   Yes. | 10:21:32 |
| 5 | Q.   Okay.  And tell me what Mr. Reynolds' | 10:21:32 |
| 6 | involvement was, if you can? | 10:21:36 |
| 7 | MS. LEADER:  Object to the form. | 10:21:42 |
| 8 | MS. GOVERNSKI:  Join. | 10:21:43 |
| 9 | THE WITNESS:  At that point, my | 10:21:44 |
| 10 | understanding was really just support and -- and | 10:21:47 |
| 11 | perhaps some creative feedback that he may have | 10:21:48 |
| 12 | worked through Blake to the -- you know, to Justin | 10:21:54 |
| 13 | and the team.  Outside of that, I am not aware of any | 10:21:55 |
| 14 | other creative contribution he was making. | 10:21:58 |
| 15 | Q.   BY MS. GAROFALO:  Okay.  So you told me | 10:22:00 |
| 16 | that there were basically two subjects covered in the | 10:22:01 |
| 17 | call with Mr. Reynolds.  The first were certain | 10:22:07 |
| 18 | aspects of Justin's behavior.  Tell me what | 10:22:10 |
| 19 | Mr. Reynolds said? | 10:22:14 |
| 20 | MS. GOVERNSKI:  Objection to form. | 10:22:16 |
| 21 | THE WITNESS:  He brought up incidents that | 10:22:19 |
| 22 | happened between Justin and Blake.  We discussed a | 10:22:23 |
| 23 | few of those.  And then we translated and moved on to | 10:22:26 |
| 24 | talking a bit about the movie. | 10:22:31 |
| 25 | Q.   BY MS. GAROFALO:  Okay.  What instances did | 10:22:34 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    36

| | | |
|---|---|---|
| 1 | Mr. Reynolds describe to you during the phone call | 10:22:39 |
| 2 | prior to the premiere? | 10:22:44 |
| 3 | A.   He brought up an incident of Justin and -- | 10:22:45 |
| 4 | and the production playing a birthing video.  He | 10:22:53 |
| 5 | brought up an instance of Justin inquiring about | 10:22:57 |
| 6 | Blake's weight through a third party.  He -- he also | 10:23:02 |
| 7 | brought up Justin's behavior with respect to doing | 10:23:10 |
| 8 | the electronic press kit.  Also Justin's behavior | 10:23:15 |
| 9 | having to do with the -- I believe there was a coffee | 10:23:20 |
| 10 | table book in -- in discussion that came up. | 10:23:23 |
| 11 | Mentioned something about the production hiring a | 10:23:27 |
| 12 | doctor on the film that was a friend of his.  Then | 10:23:33 |
| 13 | had a discussion about Ryan's opinion of the cut that | 10:23:41 |
| 14 | he had seen.  We had a discussion about that as well. | 10:23:48 |
| 15 | Q.   Anything else that Mr. Reynolds raised with | 10:23:55 |
| 16 | you with respect to instances of Justin's behavior on | 10:23:59 |
| 17 | the call two or three weeks prior to the premiere? | 10:24:02 |
| 18 | A.   Not that I recall beyond what I've said. | 10:24:07 |
| 19 | Q.   Did Mr. Reynolds have any -- an attitude? | 10:24:19 |
| 20 | Was he angry, happy about the film?  Was there any | 10:24:22 |
| 21 | indication of Mr. Reynolds' state of mind? | 10:24:26 |
| 22 |        MS. LEADER:  Objection to the form -- | 10:24:31 |
| 23 |        MS. GOVERNSKI:  Objection.  Form. | 10:24:35 |
| 24 |        THE WITNESS:  He was, I think -- he was a | 10:24:36 |
| 25 | bit angry.  He seemed a bit defensive.  He seemed | 10:24:38 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                              138

```
1              (Exhibit 13 for identification.)           01:46:09

2       Q.    BY MS. GAROFALO:  Exhibit 13 is another     01:46:09

3  chat, this time with Mr. Heath.  It is dated           01:46:12

4  Wednesday, July 3rd, 2024.  And Mr. Baldoni is         01:46:16

5  included.  And in the first chat, he says, "Please     01:46:27

6  tell Josh that I'm willing to waive my, quote, A Film  01:46:29

7  By credit, close quote.  I want peace and for this to  01:46:34

8  end."                                                  01:46:39

9              Did you have any understanding of what     01:46:40

10  Mr. Baldoni was saying in Exhibit 13?                  01:46:42

11      A.    Yes.                                         01:46:45

12      Q.    What was he saying, to your understanding?  01:46:46

13      A.    Jamey reached out to me to let me know that 01:46:50

14  Blake made a request that Justin take off his "Film   01:46:54

15  By" credit and -- which opened up another             01:46:57

16  conversation that we had to have strategically.  And  01:47:02

17  ultimately, Justin made the decision to waive his     01:47:05

18  "Film By" credit for her.                             01:47:09

19      Q.    Was Ms. Lively, at this point in time,      01:47:12

20  still threatening not to participate in publicity     01:47:14

21  this time if Mr. Baldoni didn't agree to waive his    01:47:21

22  "Film By" credit?                                     01:47:24

23            MS. LEADER:  Object to the form --          01:47:26

24            MS. GOVERNSKI:  Objection.  Form.           01:47:28

25            THE WITNESS:  I'm not aware of that.         01:47:29
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    227

| | |
|---|---|
| 1    A.    Correct. | 04:04:32 |
| 2    Q.    So you don't have any personal knowledge | 04:04:32 |
| 3  whatsoever? | 04:04:34 |
| 4    A.    No. | 04:04:34 |
| 5    Q.    When did filming wrap on It Ends with Us? | 04:04:57 |
| 6    A.    Can -- | 04:04:57 |
| 7    Q.    This is actually a good time for a break | 04:05:05 |
| 8  after you've answered this question, if you need one. | 04:05:05 |
| 9  If not, we'll keep going. | 04:05:09 |
| 10    A.    You -- you may have a better sense of the | 04:05:09 |
| 11  date than I do.  Sometime in early '24.  I don't know | 04:05:10 |
| 12  the date. | 04:05:13 |
| 13    Q.    Do you want a break or do you want to keep | 04:05:14 |
| 14  going? | 04:05:17 |
| 15    A.    We can take a break. | 04:05:17 |
| 16    MS. GOVERNSKI:  Okay.  Great.  Let's take a | 04:05:25 |
| 17  20- minute break. | 04:05:27 |
| 18    THE VIDEOGRAPHER:  We are going off the | 04:05:30 |
| 19  record.  The time is 4:04. | 04:05:31 |
| 20    (Recess taken.) | 04:19:18 |
| 21    THE VIDEOGRAPHER:  We are back on the | 04:19:18 |
| 22  record.  The time is 4:18 p.m. | 04:19:19 |
| 23    Q.    BY MS. GOVERNSKI:  Mr. Greenberg, when I | 04:19:25 |
| 24  refer to post-production, I'll be referring to the | 04:19:28 |
| 25  time after early 2024 when filming wrapped, okay? | 04:19:30 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    290

| | | |
|---|---|---|
| 1 | Q.   By refuting her claims about what happened | 05:45:25 |
| 2 | on the set? | 05:45:28 |
| 3 | A.   Potentially.  Again, I wasn't across the -- | 05:45:28 |
| 4 | the publicity campaign or -- or anything along those | 05:45:33 |
| 5 | lines.  So that's -- this was basically a reflection | 05:45:35 |
| 6 | of what I heard from the publicists as well as from | 05:45:38 |
| 7 | Wayfarer. | 05:45:42 |
| 8 | Q.   But your understanding is that they were | 05:45:42 |
| 9 | preparing to go public to refute her claims about | 05:45:44 |
| 10 | what happened to her on the set? | 05:45:47 |
| 11 | MS. GAROFALO:  Objection. | 05:45:50 |
| 12 | THE WITNESS:  In the event they needed to | 05:45:51 |
| 13 | defend themselves, as my understanding is that they | 05:45:53 |
| 14 | were prepared to be truthful about what their | 05:45:55 |
| 15 | experience was. | 05:45:58 |
| 16 | Q.   BY MS. GOVERNSKI:  Did you attend the | 05:45:59 |
| 17 | premiere of It Ends with Us? | 05:46:01 |
| 18 | A.   Yes. | 05:46:02 |
| 19 | Q.   Did you speak with Mr. Sarowitz at the | 05:46:04 |
| 20 | premiere? | 05:46:10 |
| 21 | A.   I spoke with Mr. Sarowitz at the premiere | 05:46:11 |
| 22 | party. | 05:46:13 |
| 23 | Q.   The premiere party after the premiere? | 05:46:14 |
| 24 | A.   Correct. | 05:46:16 |
| 25 | Q.   Where did that occur? | 05:46:16 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                        291

| | | |
|---|---|---|
| 1 | A.    At a hotel down the street.  I forgot the | 05:46:17 |
| 2 | name of it. | 05:46:20 |
| 3 | Q.    And that was on August 6, 2024? | 05:46:20 |
| 4 | A.    That sounds right. | 05:46:23 |
| 5 | Q.    What did you and Mr. Sarowitz discuss? | 05:46:24 |
| 6 | A.    He asked me how things were going with | 05:46:26 |
| 7 | respect to publicity, with respect to the dynamic | 05:46:34 |
| 8 | between Blake and Justin.  Is this gonna impact how | 05:46:36 |
| 9 | the movie opens?  Is it -- my response to him was | 05:46:39 |
| 10 | simply, you know, The publicists are all over it. | 05:46:42 |
| 11 | They're doing their job.  They're working in | 05:46:45 |
| 12 | conjunction with Blake's publicity team.  And I -- it | 05:46:47 |
| 13 | seems to me like everything's going to be okay.  At | 05:46:49 |
| 14 | that point, it was Thursday before the movie opened. | 05:46:52 |
| 15 | So there -- there really wasn't much out there, if | 05:46:54 |
| 16 | anything, about the dynamic between the two of them. | 05:46:57 |
| 17 | So I was basically trying to just sort of calm him | 05:47:00 |
| 18 | down.  He was seemingly a bit defensive and nervous | 05:47:03 |
| 19 | about what could happen.  Again, you know, he | 05:47:09 |
| 20 | financed and built the studio.  And so I was just | 05:47:13 |
| 21 | basically alleviating his concerns, and he seemed to | 05:47:17 |
| 22 | be okay. | 05:47:20 |
| 23 | Q.    You used the words, "calm him down."  How | 05:47:23 |
| 24 | would you describe his demeanor? | 05:47:25 |
| 25 | A.    I don't know him very well.  I've only met | 05:47:27 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                          292

| # | | |
|---|---|---|
| 1 | him and had a couple of Zooms with him over time, | 05:47:30 |
| 2 | but, you know, he seems to me to be a relatively | 05:47:33 |
| 3 | intense guy, and a very straightforward, seemingly | 05:47:35 |
| 4 | very honest guy, at least how he has communicated | 05:47:39 |
| 5 | with me in the few times that we've communicated and | 05:47:42 |
| 6 | how that's very important to him.  Kind of a | 05:47:44 |
| 7 | spiritual, faithful guy.  And so in that moment, it | 05:47:47 |
| 8 | seemed to me that he was feeling like -- and I've | 05:47:50 |
| 9 | used the word earlier, a bit defensive in that he | 05:47:52 |
| 10 | needed to potentially protect himself, and so I was | 05:47:55 |
| 11 | trying to assure him that he really had nothing to | 05:47:57 |
| 12 | worry about and that everybody was doing their job, | 05:47:59 |
| 13 | and, you know, the movie's gonna open great and, you | 05:48:02 |
| 14 | know, it's gonna be all right. | 05:48:04 |
| 15 | Q.   Do you remember anything in particular that | 05:48:05 |
| 16 | Mr. Sarowitz said, his exact words? | 05:48:07 |
| 17 | A.   For instance? | 05:48:10 |
| 18 | Q.   Well, did Mr. Sarowitz tell you that he was | 05:48:14 |
| 19 | prepared to spend a hundred million dollars to ruin | 05:48:16 |
| 20 | the lives of Ms. Lively? | 05:48:18 |
| 21 | A.   No.  He did not say that. | 05:48:22 |
| 22 | Q.   Did he say anything similar to that? | 05:48:22 |
| 23 | A.   He said that -- if I remember correctly, | 05:48:26 |
| 24 | when I used the word "publicist," his response to | 05:48:28 |
| 25 | that is, That's fine, but, you know, I have lawyers, | 05:48:32 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    293

| | | |
|---|---|---|
| 1 | and in the event I need to, and this becomes a legal | 05:48:34 |
| 2 | situation, I'm prepared to spare no expense.  He | 05:48:37 |
| 3 | didn't mention anything about money.  And again, it | 05:48:39 |
| 4 | just sort of seemed in character.  But my analysis | 05:48:43 |
| 5 | was that it was purely defensive and that he had no | 05:48:50 |
| 6 | intention of doing anything.  It sounded like it was | 05:48:53 |
| 7 | a little bit hubris and a little bit like, you know, | 05:48:56 |
| 8 | let me know if I need to do something, I will.  Let | 05:48:59 |
| 9 | me know if I need to engage or whatever, and so that | 05:49:02 |
| 10 | was the last time I spoke to him. | 05:49:04 |
| 11 | Q.   So it's your testimony that he did not | 05:49:05 |
| 12 | reference spending a hundred million dollars? | 05:49:07 |
| 13 | A.   I don't -- I don't recall.  It's possible. | 05:49:10 |
| 14 | I just don't recall him using that number or that | 05:49:14 |
| 15 | figure.  I do recall something to the effect of | 05:49:16 |
| 16 | sparing no expense.  So it's possible he did.  I just | 05:49:21 |
| 17 | don't recall that. | 05:49:25 |
| 18 | Q.   And is Mr. Sarowitz a billionaire? | 05:49:27 |
| 19 | A.   I believe so. | 05:49:30 |
| 20 | MS. GAROFALO:  Objection. | 05:49:31 |
| 21 | THE WITNESS:  I believe so from what I've | 05:49:32 |
| 22 | read -- | 05:49:34 |
| 23 | Q.   BY MS. GOVERNSKI:  So what was your | 05:49:34 |
| 24 | impression of when he said he would spare no expense? | 05:49:36 |
| 25 | A.   I didn't really have much of an impression. | 05:49:40 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    294

| | | |
|---|---|---|
| 1 | You know, I know that he has means and that he would | 05:49:44 |
| 2 | do what he needed to do in the event that he felt | 05:49:48 |
| 3 | threatened. | 05:49:50 |
| 4 |     Q.   And what was he prepared to do?  Do you | 05:49:52 |
| 5 | recall any words that he used that -- of what he was | 05:49:55 |
| 6 | prepared to do? | 05:49:58 |
| 7 |     A.   No.  There was no specificity.  It was | 05:49:59 |
| 8 | broad. | 05:50:02 |
| 9 |     Q.   Did he say that he was prepared to ruin the | 05:50:02 |
| 10 | lives of Ms. Lively and her family in -- in any way? | 05:50:06 |
| 11 |     A.   No. | 05:50:09 |
| 12 |     MS. GAROFALO:  Objection. | 05:50:10 |
| 13 |     Q.   BY MS. GOVERNSKI:  What did he say | 05:50:12 |
| 14 | regarding Ms. Lively and her family? | 05:50:13 |
| 15 |     MS. GAROFALO:  Objection. | 05:50:17 |
| 16 |     THE WITNESS:  He never mentioned her | 05:50:18 |
| 17 | family.  It's possible that he mentioned Blake and | 05:50:21 |
| 18 | Ryan and -- and sort of, like, combined the two of | 05:50:23 |
| 19 | them in terms of, like, power things with Blake and | 05:50:26 |
| 20 | Ryan.  But beyond that, there was no mention of his | 05:50:29 |
| 21 | family -- Their family.  There was no mention of | 05:50:33 |
| 22 | ruining the lives from what I remember. | 05:50:33 |
| 23 |     Q.   BY MS. GOVERNSKI:  What do you recall about | 05:50:37 |
| 24 | what he said about Ms. Lively? | 05:50:39 |
| 25 |     A.   He had nothing specific to say about Blake. | 05:50:41 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    296

| | | |
|---|---|---|
| 1 | little concerned about Steve S." | 05:52:29 |
| 2 | That's Mr. Sarowitz? | 05:52:30 |
| 3 | A.   Correct. | 05:52:31 |
| 4 | Q.   You said, "He was really aggressive when I | 05:52:32 |
| 5 | spoke to him." | 05:52:35 |
| 6 | Do you see that? | 05:52:35 |
| 7 | A.   Yes. | 05:52:39 |
| 8 | Q.   And what were you referencing when you | 05:52:39 |
| 9 | said, "when I spoke with him"? | 05:52:41 |
| 10 | A.   The conversation that we just discussed at | 05:52:42 |
| 11 | the premiere party. | 05:52:44 |
| 12 | Q.   And why did you describe him as really | 05:52:45 |
| 13 | aggressive? | 05:52:47 |
| 14 | A.   I think that was just describing his | 05:52:50 |
| 15 | personality.  He -- he's not really experienced in -- | 05:52:52 |
| 16 | in the world of Hollywood and moviemaking.  And he | 05:52:54 |
| 17 | seemed to be -- present himself as more of a business | 05:52:59 |
| 18 | man and he was feeling threatened and vulnerable. | 05:53:01 |
| 19 | And so I -- I measured it also that he was, you know, | 05:53:05 |
| 20 | trying to, at least with respect to me, kind of, | 05:53:09 |
| 21 | like, prove himself in that moment that I'm capable | 05:53:12 |
| 22 | of, you know, defending myself if I need to.  And so | 05:53:15 |
| 23 | I think it was sort of in line with what his | 05:53:18 |
| 24 | personality is, which I had blocked from the very | 05:53:21 |
| 25 | beginning, that he's just an intense man.  And so I | 05:53:24 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    297

| | | |
|---|---|---|
| 1 | just wanted to make sure that, you know, he had | 05:53:27 |
| 2 | nothing to worry about.  And so, you know, I did | 05:53:30 |
| 3 | mention it to Ange in this exchange. | 05:53:32 |
| 4 | Q.   And when he said, "I will spare no | 05:53:34 |
| 5 | expense," he said that in an aggressive manner? | 05:53:36 |
| 6 | A.   I -- I don't recall. | 05:53:40 |
| 7 | Q.   And then you write, "I've been texting | 05:53:43 |
| 8 | Jamey to make sure he is managed and to make sure he | 05:53:46 |
| 9 | speaks with me before doing anything nuclear." | 05:53:48 |
| 10 | Do you see that -- | 05:53:51 |
| 11 | A.   Yes.  Correct. | 05:53:52 |
| 12 | Q.   You were concerned that Mr. Sarowitz would | 05:53:53 |
| 13 | do something nuclear? | 05:53:56 |
| 14 | A.   I was worried about him potentially | 05:53:57 |
| 15 | going -- going legal or litigious with Blake and Ryan | 05:54:00 |
| 16 | because that's what he mentioned he would need to | 05:54:05 |
| 17 | potentially do in the event he had to.  And so my -- | 05:54:09 |
| 18 | my reference here is the conversation I had with | 05:54:11 |
| 19 | Jamey in which I brought it up to Jamey and | 05:54:12 |
| 20 | suggest -- your know, just to basically say, you | 05:54:15 |
| 21 | know, the conversation I had with Steve was what I | 05:54:17 |
| 22 | just described here.  And so that's what I was | 05:54:19 |
| 23 | referencing. | 05:54:24 |
| 24 | Q.   And so your version of nuclear was just | 05:54:25 |
| 25 | filing the lawsuit? | 05:54:27 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    298

| | | |
|---|---|---|
| 1 | A.    Yes.   That's the only thing that he | 05:54:27 |
| 2 | mentioned to me.   He used the word "legal," and that | 05:54:35 |
| 3 | was the only context in which he mentioned anything | 05:54:35 |
| 4 | to me. | 05:54:36 |
| 5 | MS. GOVERNSKI:   Okay.   I'm gonna mark | 05:54:36 |
| 6 | Exhibit 30. | 05:54:41 |
| 7 | (Exhibit 30 for identification.) | 05:54:43 |
| 8 | MS. LEADER:   Counsel, after this exhibit, | 05:54:43 |
| 9 | can we take a five-minute break? | 05:54:47 |
| 10 | MS. GOVERNSKI:   Yeah.   I have just one more | 05:54:47 |
| 11 | module after this, and then I probably will be done. | 05:54:48 |
| 12 | But we can take a break. | 05:54:48 |
| 13 | Q.    Okay.   What I just handed you is WME 1319. | 05:54:51 |
| 14 | Do you see that in front of you? | 05:54:59 |
| 15 | A.    I do. | 05:55:00 |
| 16 | Q.    Do you recognize this? | 05:55:01 |
| 17 | A.    Yes, I do. | 05:55:02 |
| 18 | Q.    Okay.   Do you see in the first paragraph, | 05:55:03 |
| 19 | you say, "I think we're on a good path here.   There's | 05:55:08 |
| 20 | a truce between the publicists on both sides," and | 05:55:11 |
| 21 | your last sentence in that paragraph is, "I had to | 05:55:15 |
| 22 | dial down the billionaire at the premiere who is | 05:55:17 |
| 23 | ready for serious battle." | 05:55:21 |
| 24 | Do you see that? | 05:55:22 |
| 25 | A.    Yes. | 05:55:26 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                     299

| | | |
|---|---|---|
| 1 | Q.   Who is the billionaire that you're | 05:55:26 |
| 2 | referring to here? | 05:55:26 |
| 3 | A.   Steve Sarowitz. | 05:55:28 |
| 4 | Q.   And again, why did you use the term -- | 05:55:30 |
| 5 | strike that. | 05:55:32 |
| 6 | Why did you use the term -- well, strike | 05:55:32 |
| 7 | that. | 05:55:32 |
| 8 | Why did you use the term, "ready for | 05:55:34 |
| 9 | serious battle"? | 05:55:34 |
| 10 | A.   Well, it's just a continuation of what I've | 05:55:35 |
| 11 | been saying the past five minutes.  That he felt | 05:55:39 |
| 12 | threatened.  And "battle" refers to potentially | 05:55:40 |
| 13 | having to get into a legal dispute. | 05:55:42 |
| 14 | MS. GOVERNSKI:  Okay.  Let's take a quick | 05:55:47 |
| 15 | break, and then just think I just have two more | 05:55:49 |
| 16 | minutes of questions. | 05:55:52 |
| 17 | MS. GAROFALO:  Can we get a time check for | 05:55:54 |
| 18 | both sides, please? | 05:55:56 |
| 19 | THE VIDEOGRAPHER:  Yes, let's go off the | 05:55:57 |
| 20 | record first. | 05:55:59 |
| 21 | MS. GAROFALO:  Sure. | 05:56:00 |
| 22 | THE VIDEOGRAPHER:  We're going off the | 05:56:01 |
| 23 | record.  The time is 5:55 p.m. | 05:56:02 |
| 24 | (Recess taken.) | 06:17:15 |
| 25 | THE VIDEOGRAPHER:  We are back on the | 06:17:15 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Transcript of Danny Greenberg
Conducted on September 19, 2025                    300

| | | |
|---|---|---|
| 1 | record.  The time is 6:16 p.m. | 06:17:17 |
| 2 | Q.   BY MS. GOVERNSKI:  Mr. Greenberg, did you | 06:17:22 |
| 3 | tell anyone that Mr. Sarowitz told you that he was | 06:17:25 |
| 4 | prepared to spend a hundred million dollars to ruin | 06:17:27 |
| 5 | Ms. Lively's life? | 06:17:30 |
| 6 | MS. GAROFALO:  Objection. | 06:17:32 |
| 7 | THE WITNESS:  I -- again, I don't recall | 06:17:33 |
| 8 | him being specific about that number.  But I did have | 06:17:34 |
| 9 | a conversation with Warren Zavala, my colleague, | 06:17:39 |
| 10 | about that.  It's possible I had a conversation -- | 06:17:41 |
| 11 | well, let's go back. | 06:17:45 |
| 12 | First of all, I don't have any memory of | 06:17:47 |
| 13 | him mentioning ruining anyone's life.  But the | 06:17:48 |
| 14 | conversation that I did have with him, I did a | 06:17:51 |
| 15 | conversation with Warren Zavala about that | 06:17:55 |
| 16 | afterwards.  It's possible it came up with Patrick | 06:17:57 |
| 17 | Whitesell.  But I do remember having an exchange with | 06:18:00 |
| 18 | Warren about it. | 06:18:01 |
| 19 | Q.   And what did you tell Warren? | 06:18:01 |
| 20 | A.   Basically, what I testified to earlier. | 06:18:05 |
| 21 | That, you know, I -- I -- making him aware of the | 06:18:06 |
| 22 | situation and the importance of everybody just | 06:18:09 |
| 23 | staying the course, focusing on getting the movie | 06:18:12 |
| 24 | open, and that Steve presented to me as somebody who | 06:18:16 |
| 25 | felt very sort of attacked and vulnerable and | 06:18:20 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    302

| | | |
|---|---|---|
| 1 | Mr. Sarowitz told you he was willing to spend a | 06:19:31 |
| 2 | hundred million dollars? | 06:19:32 |
| 3 |       MS. GAROFALO:  Objection. | 06:19:33 |
| 4 |       THE WITNESS:  Is it possible?  Of course, | 06:19:34 |
| 5 | it's possible.  I don't remember saying it. | 06:19:37 |
| 6 |    Q.  BY MS. GOVERNSKI:  Who is Marie Sheehy? | 06:19:39 |
| 7 |       MS GAROFALO:  Objection -- | 06:19:39 |
| 8 |       THE WITNESS:  Marie Sheehy, runs -- she's a | 06:19:42 |
| 9 | colleague.  She runs our corporate communications, | 06:19:46 |
| 10 | WME. | 06:19:48 |
| 11 |    Q.  BY MS. GOVERNSKI:  Is she your boss? | 06:19:49 |
| 12 |    A.  No. | 06:19:51 |
| 13 |    Q.  Do you recall telling her that Mr. Sarowitz | 06:19:51 |
| 14 | told you he was prepared to spend a hundred million | 06:19:56 |
| 15 | dollars? | 06:20:00 |
| 16 |    A.  Again, I don't recall telling anyone that | 06:20:00 |
| 17 | he said that figure.  But it is possible that it came | 06:20:03 |
| 18 | up.  Marie was engaged with the situation after the | 06:20:07 |
| 19 | movie opened.  And so it's possible we had that | 06:20:11 |
| 20 | conversation.  I just don't recall having it. | 06:20:14 |
| 21 |    Q.  Would it surprise you to learn that | 06:20:15 |
| 22 | Ms. Sheehy recalls you telling her that Mr. Sarowitz | 06:20:19 |
| 23 | conveyed to you that he was prepared to spend a | 06:20:22 |
| 24 | hundred million dollars to ruin Ms. Lively's life? | 06:20:25 |
| 25 |       MS. GAROFALO:  Objection. | 06:20:28 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    303

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't have any memory of | 06:20:29 |
| 2 | having a conversation with anyone about Steve | 06:20:30 |
| 3 | Sarowitz ruining anyone's life. | 06:20:33 |
| 4 | Q.   BY MS. GOVERNSKI:  Okay.  Would it surprise | 06:20:36 |
| 5 | you to learn that Marie Sheehy recalls you telling | 06:20:38 |
| 6 | her that Mr. Sarowitz was prepared to spend a hundred | 06:20:41 |
| 7 | million dollars? | 06:20:46 |
| 8 | MS. GAROFALO:  Objection. | 06:20:46 |
| 9 | MS. LEADER:  Join. | 06:20:48 |
| 10 | THE WITNESS:  If I had the conversation | 06:20:48 |
| 11 | with her, that wouldn't surprise me. | 06:20:49 |
| 12 | Q.   BY MS. GOVERNSKI:  And what about Patrick | 06:20:51 |
| 13 | Whitesell?  Did you convey any statements to | 06:20:57 |
| 14 | Mr. Whitesell regarding your conversation with Mr. | 06:20:59 |
| 15 | Sarowitz? | 06:21:02 |
| 16 | A.   I don't recall specifically having it.  I | 06:21:02 |
| 17 | do believe there was a text exchange that we covered | 06:21:04 |
| 18 | with -- with respect to that issue. | 06:21:08 |
| 19 | Q.   So it's possible that you conveyed to | 06:21:10 |
| 20 | Mr. Whitesell that Mr. Sarowitz told you he was | 06:21:13 |
| 21 | prepared to spend a hundred million dollars? | 06:21:17 |
| 22 | A.   Yes, that -- | 06:21:21 |
| 23 | MS. GAROFALO:  Objection. | 06:21:21 |
| 24 | THE WITNESS:  That's possible. | 06:21:22 |
| 25 | Q.   BY MS. GOVERNSKI:  Was It Ends with Us a | 06:21:24 |