# Exhibit 144

To whom it may concern at the PGA,                              6/20/24

This is Lisa Rodgers, I am the Post Supervisor on the film "It Ends With Us". I am writing to support the petition for Blake Lively to receive the p.g.a. mark along with Alex Saks and Jamey Heath. For the last three months of the post process Ms. Lively has been involved in reshaping every aspect of the film including the final locked edit, the sound, the VFX, the score and the song choices. She was very conscious of the budget and would discuss any concerns or issues that occurred during post and would come up with solutions to discuss with the studio and return to me with a decision how to proceed. She hired a new editor who she has been working with around the clock to re-edit and lock the film. She made all the decisions on where and when the last few previews would take place. She has been fully involved with ADR and sound effects editing and has been making all the final decisions on the mixing stage. She has been overseeing all the approvals of VFX. She has brought her impeccable taste for music to the table by choosing all the songs in the film and making every creative decision regarding the score cues. We could not have finished this film without Ms. Lively's tireless hands on involvement and her true dedication and passion to make the best film possible during these final four months of post.

Sincerely,

*Lisa Rodgers*

Lisa Rodgers

CONFIDENTIAL                                                                                              BL-000018409