# Exhibit 147

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 8 | Date Range: 6/19/2024 |

### Outline of Conversations

 **BL-FullMessages-0866359** · 8 messages on 6/19/2024 · Colleen Hoover <+ >< >< >< > · Tarryn Fisher <+ >< >< > · ?B? <+ >< >< >

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0866359**

**TF**  **Tarryn Fisher <**▨XXXXX▷                                ▶ 6/19/2024, 1:29 AM
I wish one of my best friends would send me Justin's proposal video...

**CH**  **Colleen Hoover <**▨            >                          ▶ 6/19/2024, 11:51 AM
I wish you'd learn how to google.

**CH**  **Colleen Hoover <**+XXXXX                                  ▶ 6/19/2024, 11:51 AM
https://www.youtube.com/watch?v=hVTr5MNa_8YAttachment Title: 57A3DB4E-F780-4433-89FF-
88DC2C1E6685.pluginPayloadAttachmentAttachment Title: 16D25643-C275-4FC7-99F1-
B302D0B255E6.pluginPayloadAttachment

*Attachment: 57A3DB4E-F780-4433-89FF-88DC2C1E6685.pluginPayloadAttachment (41 KB)*

**CH**  **Colleen Hoover <**▨            >                          ▶ 6/19/2024, 11:51 AM
This video is going to be mine and Blake's inspiration for It Starts With Us.

**CH**  **Colleen Hoover**▨                                         ▶ 6/19/2024, 11:53 AM
Laughed at "This video is going to be mine and Blake's inspiration for It Starts With Us."

**TF**  **Tarryn Fisher <**+XXXXX                                  ▶ 6/19/2024, 1:49 PM
He's a sociopath

\#   **?B? <**▨XXXXX▷                                           ◀ 6/19/2024, 2:05 PM
Actually

\#   **?B? <**▨                                                  ◀ 6/19/2024, 2:05 PM
And a narcissist

                                       BL-000019740