# Exhibit 148

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 8/6/2024 |

### Outline of Conversations



**BL-FullMessages-0814048** • 1 message on 8/6/2024 • Anna Wintour Redacted - Non-Responsive ?B? <+[redacted]>

**Messages in chronological order** (times are shown in GMT -04:00)

**BL-FullMessages-0814048**

AW **Anna Wintour** Redacted - Non-Responsive ▶ 8/6/2024, 10:05 PM

Blake that was a very brave and moving film and the rooftop scene is brilliant
Knowing how hard a situation it was for you made me especially proud of you
All my love ( and the gold dress stunning )
Anna