# Exhibit 149

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 7/13/2024 |

### Outline of Conversations

 **RR-FullMessages-0219855** • 11 messages on 7/13/2024 • Patrick Whitesell <+          > • R
Reynolds <+          >

CONFIDENTIAL

**Messages** in **chronological order** (times are shown in GMT -04:00)

---

💬 **RR-FullMessages-0219855**

**RR**  R Reynolds <+☒☒☒☒☒>                                     ◀ 7/13/2024, 11:01 AM
Hey Patrick! Do you have a couple minutes to chat? I'm in London… and I have a call with Feige from 5:30 to 6pm.
Then I'm free til 9ish before I leave for Brazil.

I realize it's Saturday so no pressure. This is not an emergency at all.

**PW**  Patrick Whitesell <☒☒☒☒☒>                                ▶ 7/13/2024, 11:02 AM
Of course.
Just ring my cell

**RR**  R Reynolds <+☒☒☒☒☒>                                      ◀ 7/13/2024, 11:26 AM
Rats. Just tried you

**RR**  R Reynolds <+☒☒☒☒☒>                                      ◀ 7/13/2024, 12:02 PM
Sorry I missed you. I'm clear for the next 30 min. Then wide open in an hour.

**PW**  Patrick Whitesell <+☒☒☒☒☒>                               ▶ 7/13/2024, 12:28 PM
Sorry, didn't see phone ring
Can call you now or when you are next free.
What is best?

**RR**  R Reynolds                                              ◀ 7/13/2024, 12:29 PM
I need to talk to Feige and Lou for the next 30 min. May I call you immediately after I hang up with them?

**PW**  Patrick Whitesell <☒☒☒☒☒>                                ▶ 7/13/2024, 12:31 PM
Yes

**RR**  R Reynolds <+☒☒☒☒☒>                                      ◀ 7/13/2024, 12:32 PM
I might call you on FT Audio because it's a clearer connection.

Appreciate you making time. I know it's Saturday!

**PW**  Patrick Whitesell <+☒☒☒☒☒>                               ▶ 7/13/2024, 12:36 PM
Happy to brother!

**PW**  Patrick Whitesell <+☒☒☒☒☒>                               ▶ 7/13/2024, 2:17 PM
We will figure this out🙂

**RR**  R Reynolds <+☒☒☒☒☒>                                      ◀ 7/13/2024, 2:52 PM
Thank you PW.

I think ultimately the guy needs to comprehend the stakes. He's an inexplicably toxic mess — to say nothing of the fact he "presents" as a feminist ally/warrior when he's actually a thoroughbred, predatory fraudster.

Talking to Danny will be helpful. I don't want to prescribe anything. I want to enlist Danny to help. I'd like to present options. Justin should be writing 15 page apology letters to Blake and dozens of other folks from the film. Instead, he continues to attack Blake — and before long she's gonna stop protecting him from the other cast and crew who want to hold him accountable. He's a bit Trumpy in the sense he just labels everybody else the very thing he is himself.

I'd put Blake's reputation on trial any day of the week. She's worked with Oliver Fucking Stone and dozens of other mercurial, and abusive people. In her experience (and mine) nobody has ever reached the empyrean heights of vile the way Justin Baldoni has.

His complete lack of not only remorse but self-preservation is a character study in malignant, lazy-lidded stupidity and darkness.

I'd much rather focus on what's important but this thing has to be dealt with and I'm happy to jump in with Danny whenever you feel it's the right moment. I'll be very calm, diplomatic and solution-oriented.

RR-SUBPOENA-000000084