# Exhibit 150

# IT ENDS WITH US

| | | |
|---|---|---|
| **CREW CALL** | **PRINCIPAL PHOTOGRAPHY** | |
| **8:00A** | Monday June 12, 2023 | |
| | SHOOT DAY | 18 of 34 |

| | | | |
|---|---|---|---|
| Director: | Justin Baldoni | **REHEARSAL** | **WEATHER** Showers | **SUNRISE:** 5:24A |
| Producers: | Alex Saks, Jamey Heath, Christy Hall | **8:00A** | | **SUNSET:** 8:26P |
| Exec Producers: | A. Calof, A. Ajeman, S. Sarowitz | | | |
| Assoc. Producer: | Mariela Villa | **SHOOT CALL** | **HIGH:** 72 | **SCHEDULE:** YELLOW |
| Production Supervisor: | Jill Sacco | **9:00A** | **LOW:** 65 | **SCRIPT:** PINK |

| | |
|---|---|
| **PRODUCTION OFFICE:** 15 Exchange Pl, 2nd Floor, Jersey City, NJ | **NJ COURTESY TRAVEL TIME** 15 minutes |
| | **SAFETY HOTLINE** Vigilant EHS Anonymous (424) 234-9921 |

** CLOSED SET: NO VISITORS ON SET WITHOUT PRIOR APPROVAL. NO PERSONAL CAMERAS ON SET. NO FORCED CALLS **
** SAFETY MEETING WILL BE HELD @ CALL ON SET **
* NO HOLIDAYS OR 6th/7th DAYS WORKED WITHOUT UPM APPROVAL * PRECALLS MUST TAKE NDBS *

| SCENE(S) | SET | D/N | PAGES | CAST | LOCATION |
|---|---|---|---|---|---|
| 39 | INT RYLE'S LOFT - KITCHEN - LIVING ROOM (MORNING)<br>Sibling Rivalry over Lily | D12 | 1 6/8 | 1, 2, 3 | RiverHouse 9<br>4th Floor<br>900 Avenue @ Port Imperial<br>(bet. E. Fulton St & E. Cooper Pl)<br>Weehawken, NJ 07086 |
| C42 | INT RYLE'S LOFT - BEDROOM<br>Ryle invites himself to dinner with Lily's mom. | D18 | 1 2/8 | 1, 2 | |
| | **IF TIME PERMITS** | | | | |
| E41 | INT RYLE'S LOFT (DUSK)<br>MONTAGE: Lily and Ryle watch Finding Nemo | Dusk39 | 1/8 | 1, 2 | |
| | | **TOTAL PGS:** | **3 1/8** | | |

### CAST

| | CAST | CHARACTER | STATUS | TRAVEL | | RPT | HMU/W | REHEARSAL | READY @ | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Lily Bloom | LILY BLOOM | W | PU | 6:00A | 6:30A | 6:30A | 8:00A | 8:30A | Rehearsal at Call |
| 2 | Justin Baldoni | RYLE KINCAID | W | CPU | 6:20A | 6:48A | 6:48A | 8:00A | 8:30A | Rehearsal at Call |
| 3 | Jenny Slate | ALLYSA KINCAID | WF | PU | 6:00A | 6:42A | 6:42A | 8:00A | 8:30A | Rehearsal at Call |
| 4 | Brandon Sklenar | ATLAS CORRIGAN | H | - | - | - | - | - | - | - |

### ATMOSPHERE & STAND-INS / ELEMENTS

| STAND INS | | LV | RPT | READY | **PROPS/SET DRESSING:** |
|---|---|---|---|---|---|
| 3 | 1, 2, 3 | - | 8:00A | 8:00A | Sc 39 - Box of Cheerios, Cappucinos, Milk |

**HMU/COSTUMES:**
Sc 39 - Hollow Heart tattoo, Pajamas for Lily and Ryle
Sc C42 - Hollow Heart tattoo
Sc E41 - Hollow Heart tattoo

**BACKGROUND:**
ALL SCS
NO BG

**ART DEPARTMENT:**
All Scs. - Blinds

**SET DRESSING:**
Sc 39 - Fancy Espresso Machine

**VIDEO PLAYBACK:**
Sc. E41 - TV screen is blue

**SPFX:**
Sc. 39 - Working Sink

**VFX:**
Sc. E41 - Add TV Program in Post

**LOCATIONS:**
Cast Greenrooms, Equipment Staging

| 3 SI/PD | 0 SAG | 0 NON | 0 TOTAL | | |
|---|---|---|---|---|---|
| **BASECAMP / BREAKFAST** | **WORKING TRUCKS** | **HOLDING/BG CATERING** | **CREW CATERING** | | |
| Parking Lot<br>12 Avenue at Port Imperial<br>(bet. Riverside Way & South Park Rd)<br>West New York, NJ 07093<br>*11 Minute Walk / 3 Minute Drive* | East Fulton street | On Site- Ground Floor | On Site- Ground Floor | | |
| **SAFETY BULLETINS** | **LOAD IN** | **CREW PARKING** | **SHUTTLES** | | |
| TBD | E. Fulton Street<br>between Port Imperial Blvd & Ave at Port Imperial | Parking Lot<br>12 Avenue at Port Imperial<br>(bet. Riverside Way & South Park Rd)<br>West New York, NJ 07093<br>*11 Minute Walk / 3 Minute Drive* | Shuttles from Parking to Set start @ 6:30A | | |

### ADVANCE SCHEDULE

**Tuesday, June 13, 2023**

| SCENE(S) | SET | D/N | PAGES | CAST | LOCATION |
|---|---|---|---|---|---|
| | | TBD | | | |

UPM: Andrea Ajemian    1st AD: J. Alex Finch    Key 2nd AD: George Lambe

IT ENDS WITH US — Monday, January 2, 2023 — 8:00A

| # | PRODUCTION | (CHANNEL 1) | LV | RPT | # | COSTUMES | (CHANNEL 1) | LV | RPT | # | PRODUCTION OFFICE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Director | Justin Baldoni | - | 8:00A | 1 | Costume Designer | Eric Daman | - | O/C | | | | |
| 1 | EP/UPM | Andrea Ajemian | - | O/C | 1 | Asst. Costume Designer | Jenn O'Brien | - | O/C | 1 | Prod. Coordinator | Nick Pizzino | O/C |
| 1 | Prod. Supervisor | Jill Sacco | - | O/C | 1 | Wardrobe Supervisor | Lauren Pivirotto | - | 6:12A | 1 | Asst. Prod. Coord. | Ryan Cagide | O/C |
| 1 | 1st Asst. Director | J. Alex Finch | - | 8:00A | 1 | Set Costumer | Zinnia Kim (V1) | - | 7:00A | 1 | Production Secretary | Llannys Del Orbe | O/C |
| 1 | 2nd Asst. Director | George Lambert | - | 6:12A | 1 | Set Costumer | Danny Mura | - | 6:42A | 1 | Office Assistant | Chris Biery | O/C |
| 1 | 2nd 2nd Asst. Director | Anthony Pennachio | - | 7:00A | 1 | Truck Costumer | Sharna Brzycki | - | 8:00A | 1 | Office Assistant | Kirsten Koedding | O/C |
| 1 | DGA Trainee (PPW) | Mima Obo | - | 7:30A | | | | | | 1 | Asst. to J. Baldoni | AJ Marbory | O/C |
| 1 | Set PA (Key) | Ella Doran | - | 7:00A | | | | | | 1 | Asst. to A. Saks | Carly Swift | O/C |
| 1 | Set PA (1T) | Louis Leshner (GAFF EV) | - | 5:44A | 1 | Costume Coordinator | Laura Grasso | - | O/C | 1 | Asst. to A. Ajemian | Dion Suleman | O/C |
| 1 | Set PA (1T) | Alex Nagle (EV) | - | 6:12A | 1 | Costume Shopper | Allison Cirbus | - | O/C | 1 | Asst. to J. Heath | S. Reese | O/C |
| 1 | Set PA (BG) | Pedro Gonzalez (V1) | - | 7:00A | 1 | Tailor | Anastasya Jula | - | O/C | | **CLEARANCES** | | |
| 1 | Set PA (Walkies) | Celine Bills | - | 7:00A | 1 | Costume PA | Mari Lamar | - | O/C | 1 | Clearance Coordinator | Wendy Cohen | O/C |
| 1 | Set PA (BG) | JoJo Elias (GAFF V1) | - | 6:20A | 1 | Costume PA | John Polles | - | O/C | 1 | Clearance Coordinator | McKenzie Murphy | O/C |
| 1 | Add'l PA | Amira Helwani | - | 7:00A | | **HAIR & MAKEUP** | | | | | **PUBLICITY** | | |
| 1 | Add'l PA | Chris Weihort (GAFF V2) | - | 7:00A | 1 | Hair Dept Head | Robert Lugo (EV) | - | 6:24A | 1 | Unit Publicist | Evelyn Santana | O/C |
| | | | | | 1 | BL Hair Stylist | Anne Carroll (V) | 5:42A | 6:00A | | **ACCOUNTING** | | |
| | | | | | | | | | | 1 | Prod. Accountant | Mary Fox | O/C |
| | | | | | | | | | | 1 | 1st Asst Accountant | Victoria Rickham | O/C |
| | | | | | | | | | | 1 | Payroll Accountant | Gary Sims | O/C |
| | **LOCATIONS** | (CHANNEL 1) | | | 1 | Make Up Dept Head | Sarah Graalman | - | 6:30A | 1 | Key 2nd Asst - AP | Alexander Villegas | O/C |
| 1 | Loc. Manager/ 2nd AD | Michele Baker | - | O/C | 1 | BL Makeup Artist | Vivian Baker (V) | 5:42A | 6:00A | 1 | Asst. Payroll Accountant | Andy Benavides | O/C |
| 1 | Asst. Location Mgr. | Matthew Fleischman | - | O/C | | | | | | 1 | 2nd Asst. AP | Katie Cavanagh | O/C |
| 1 | Asst. Location Mgr. | Jordan Hoffman | - | O/C | | | | | | 1 | 2nd Asst. AP | Evan Reed | O/C |
| 1 | Location Coordinator | Michael Matlak | - | O/C | | | | | | 1 | AP Clerk | Danielle Martinez | O/C |
| 1 | Key Location Asst. | Nick Noyes | - | O/C | | **ART** | | | | | **CASTING** | | |
| 1 | Location Asst. | Weston Wilson | - | O/C | 1 | Production Designer | Russell Barnes | - | O/C | 1 | Casting Director | Kristy Carlson | O/C |
| 1 | Location Asst. | Nick Ambro | - | O/C | 1 | Art Director | Annie Simeone Morales | - | O/C | 1 | Casting Director | Jeanette Benzie | O/C |
| 1 | Location Asst. | Kay Carambia | - | O/C | 1 | Asst. Art Director | Christine Lois | - | O/C | 1 | Casting Assistant | Cassidy Thornton | O/C |
| 1 | Location Asst. | Cenia Hampton | - | O/C | 1 | Graphic Designer | Carlos Moncayo | - | O/C | | | | |
| 1 | Unit PA | Joshua Coleman | - | O/C | 1 | Art Dept. Coordinator | Clark McCasland | - | O/C | 1 | BG Casting Dir. | Belle Jiao | O/C |
| 1 | Unit PA | Brandon Bang | - | O/C | 1 | Art Dept. P.A. | Brielle Carroll | - | O/C | | | | |
| 1 | Parking Coordinator | Leighton Phillips | - | O/C | | **CONSTRUCTION** | | | | | **POST PRODUCTION** | | |
| | **SCRIPT** | | | | 1 | Construction Coord. | Paul Rovira | - | O/C | 1 | Post Prod. Supervisor | Lisa Rodgers | O/C |
| 1 | Script Supervisor | Holly Unterberger | - | 8:00A | 1 | Key Carpenter | John Magliula | - | O/C | 1 | Editor | Steven Rosenblum | O/C |
| | **CAMERA** | (CHANNEL 10) | | | 1 | Foreperson Carpenter | Anthony Villamena | - | O/C | 1 | 1st Asst. Editor | Cinthia Thornton | O/C |
| 1 | Director of Photography | Barry Peterson | 7:30A | 8:00A | 1 | Key Construction Grip | Raph Dominguez | - | O/C | 1 | Asst. Editor | Mark Perzely | O/C |
| 1 | A Camera Operator | Ari Robbins | 7:30A | 8:00A | 1 | BB Construction Grip | Alvin Tavarez | - | O/C | | | | |
| 1 | A Camera 1st AC | Evan Walsh | - | 8:00A | 1 | Shop Electric | Chris Lombardozzi | - | O/C | | **VFX** | | |
| 1 | A Camera 2nd AC | Amanda Uribe | - | 8:00A | 1 | Construction PA | Francisco Pouterrero | - | O/C | 1 | VFX Executive | Matt Akey | O/C |
| 1 | B Camera Operator | Sebastian Slater | - | 8:00A | 1 | Standby Carpenter | Aidan Yurich | - | O/C | 1 | VFX Supervisor | Leslie Chung | O/C |
| 1 | B Camera 1st AC | Shaun Malkovich | - | 8:00A | 1 | Standby Grip | Edwin Dominguez | - | O/C | 1 | VFX Producer | Aaron Gordon | O/C |
| 1 | B Camera 2nd AC | Lotte Skutch | - | 8:00A | | **SCENIC** | (CHANNEL 1) | | | | | | |
| | | | | | 1 | Charge Scenic | Diane Andazola | - | O/C | | **TRANSPORTATION** | (CHANNEL 16) | |
| | | | | | 1 | Scenic Foreperson | Teddy Janicki | - | O/C | 1 | Transportation Captain | Carlos Covian | O/C |
| | | | | | 1 | Scenic Industrial | Matt Janicki | - | O/C | 1 | Co-Captain | Steve Reeves | O/C |
| 1 | DIT | Zach Sainz | - | 8:00A | 1 | On Set Scenic | Vladimir Teniaev | - | 8:00A | 1 | DOT | Ashely Labutte | O/C |
| 1 | Digital Loader | Emily O'Leary | - | 8:00A | | **SET DECORATION** | | | | 1 | Van 1 | Alex Masson | |
| 1 | Digital Loader | Oliver Richards | - | 8:00A | 1 | Set Decorator | Carrie Stewart | - | O/C | 1 | Van 2 | Alex Gomez | |
| 1 | Still Photographer | JoJo Whilden | - | 9:30A | 1 | Asst Set Decorator | Sarah Fredericks | - | O/C | 1 | Van 3 | Jack Buckman | P |
| | **VIDEO** | (CHANNEL 10) | | | 1 | Set Dec Shopper | Walter Pluff | - | O/C | 1 | Van 4 | Christopher Cillento | E |
| 1 | Video Assist | Stephen Fitzgerald | - | 8:00A | 1 | Set Dec Coordinator | Ashley Quitoni | - | O/C | 1 | Van 5 | Robert Prysmont | R |
| 1 | Video Assist Utility | Jared Grove | - | 8:00A | 1 | Leadperson | Scott Gagnon | - | O/C | 1 | Van 6 | Matt Sabena | |
| | | | | | 1 | Foreman | Brian Buteau | - | O/C | 1 | #1 Star SUV | Brian Porette | |
| | **GRIP** | (CHANNEL 5) | | | 1 | Trucking Coordinator | Matt MacDonald | - | O/C | 1 | #2 Star SUV | Steve Taranto | |
| 1 | Key Grip | John Oates | - | 7:00A | 1 | Set Dresser | Anne Wenneger | - | O/C | 1 | Wardrobe Truck | Jerry Hemraj | T |
| 1 | Best Boy Grip | Dan Logatto | - | 7:00A | 1 | Set Dresser | Carlton McClarence | - | O/C | 1 | HMU Truck | Richard Banyai | R |
| 1 | A Dolly Grip | Casey Jirgal | - | 7:00A | 1 | Set Dec PA | Manali Gavankar | - | O/C | 1 | 2 Room #1/Fueler | Edward J. Kochakian | A |
| 1 | B Dolly Grip | Nick Moers | - | 8:00A | | | | | | 1 | 2 Room #2 | Eric Berkins | N |
| 1 | Company Grip | Julian Anglero | - | 7:00A | 1 | Key On Set Dresser | Jaime Arbuckle (V2) | - | 8:00A | 1 | 3 Room Trailer | Eric Rodriguez | S |
| 1 | Company Grip | James Dooley | - | 8:00A | 1 | On Set Dresser | James Leather (V2) | - | 8:00A | 1 | Star Camper | Christopher Reith | P |
| 1 | Company Grip | Cliff Alphonse | - | 8:00A | | | | | | 1 | Honeywagon | Joseph Sunshine | O |
| 1 | Company Grip | Gavin Holmes | - | 8:00A | | **SOUND** | | | | 1 | Camera Truck | Afrain Cyntje | |
| 1 | Add'l Grip | Shaka Brooks | - | 8:00A | 1 | Sound Mixer | Mike Infante | - | 8:00A | 1 | Grip Truck | Jonathan Isom | |
| 1 | Add'l Grip | Joe Striffler | - | 8:00A | 1 | Boom Operator | James Baker | - | 8:00A | 2 | Electric Truck | J. Brucato, A. Orefice | |
| 1 | Add'l Grip | Gerald Gloster | - | 8:00A | 1 | Sound Utility | Jose Ramirez (V2) | - | 8:00A | 1 | Rigging Grip Box Truck | Leonard Luizzi | |
| | | | | | | | | | | 1 | Rigging Electric Box Truck | Quintin Thompson | |
| | | | | | | **PROPERTY** | (CHANNEL 4) | | | 1 | Prop Truck | Edward Cherkes | |
| | | | | | 1 | Prop Master | Morgan Pitts | - | O/C | 2 | Construction Truck | V. DeLellis Jr. K. Harrigan | |
| 1 | Key Rigging Grip | Dylan E. Griffin | - | O/C | 1 | Add'l Prop Assistant | Jesse Curram | - | 8:00A | 2 | Set Dec Truck #1 | M. McDermott, N. Henry | |
| 1 | BB Rigging Grip | Daniel Woods | - | O/C | 1 | Asst. Prop Master | Michelle Binienda | - | 8:00A | 2 | Set Dec Truck #2 | A. Marino, T. Aquino | |
| | **ELECTRIC** | (CHANNEL 6) | | | 1 | Asst. Prop Master | Frances Smith | - | 8:00A | | **CRAFT SERVICE** | | |
| 1 | Chief Lighting Tech | John Alcantara | - | 7:00A | 1 | Prop Assistant | Eddie Drohan | - | 8:00A | | READY 1 HOUR AFTER CREW CALL | | |
| 1 | Asst. Chief Lighting Tech | Julian Wellbery | - | 7:00A | | **GREENS** | (CHANNEL 4) | | | 1 | Manager | Jonatan Palacios | N/C |
| 1 | Board Op | Michael Hill | - | 7:00A | 1 | Key Greens | Billy Pavone | - | O/C | 1 | Chef | Antonio Cortes | O/C |
| 1 | Genny Op | Mike Leo | - | 7:00A | | | | | | 1 | Key | Israel Villagran | O/C |
| 1 | Lamp Op | Jim Martin | - | 8:00A | | **SPFX** | | | | 1 | Helper | Jessica Moreira | O/C |
| 1 | Lamp Op | Al Padilla | - | 7:00A | 1 | SPFX Coordinator | Drew Jirtano | - | O/C | 1 | Helper | J. Rodriguez | O/C |
| 1 | Lamp Op | Delany Mcfate | - | 7:00A | 1 | SPFX Foreperson | Mark Harrington | - | 8:00A | | **CATERING** | RDY | RDY |
| 1 | Lamp Op | Justin Situ | - | 8:00A | 1 | SPFX Assistant | Rob Yapkowitz | - | 8:00A | | Early Crew B'fast | 20 | 6:12A |
| 1 | Add'l Lamp Op | Brooks Lockwood | - | 7:00A | | | | | | | Crew B'fast | 100 | 7:00A |
| 1 | Add'l Lamp Op | John Campbell | - | 7:00A | | **SECURITY** | | | | | BG B'fast for | 0 | - |
| 1 | Add'l Lamp Op | Jordan Slater | - | 8:00A | 1 | Security Sched. Contact | Pat Sweeney | - | O/C | | | | |
| | | | | | 1 | Talent Security | Kevin Moran | - | O/C | | Early Crew Lunch for | 20 | 12:30P |
| | | | | | 1 | Security On Set Sup. | David Vanderhoff | - | O/C | | Crew Lunch for | 100 | 1:00P |
| | | | | | | **ADDITIONAL CREW** | | | | | BG Lunch for | 0 | - |
| 1 | Basecamp Genny OP | Keith Berg | - | Per JA | 1 | Medic | John Manning | - | 7:00A | | | | |
| 1 | Rigging Gaffer | Ryan Rodriguez | - | O/C | | | | | | 1 | Chef | Sergio Hernandez | O/C |
| 1 | BB Rigging Electric | Peter Russell | - | O/C | | | | | | 1 | Chef Assistant | Wendy Mena | O/C |
| | **Health & Safety** | | | | | | | | | 1 | Helper | M. Carchi | O/C |
| 1 | Production Safety Rep. | Zane Weston | - | O/C | 1 | BTS Producer | Ahmed Musiol | - | O/C | 1 | Helper | S. Morales | O/C |
| | | | | | 1 | BTS Cam Op | Emilie Jackson | - | O/C | 1 | Helper | J. L. Merios | O/C |
| | | | | | | **TRANSPORATION** | | | | | **HOSPITAL** | | |

**HMH Palisades Medical Center**
7600 River Road
(bet. 77th St & Lydia Dr)
North Bergen, NJ 07047
(201) 854-5000

**CAST PICK UPS:**

| | |
|---|---|
| 6:20A | PU DIRECTOR from Hotel to basecamp |
| 7:30A | PU DP from Hotel to Set |
| 6:00A | PU ALYSSA from Home to Base |
| 6:00A | PU LILY from Home to Base |

**CREW PICK UPS:**

| | |
|---|---|
| 12:00A | PU V. Baker & A. Carroll from Hotel to Basecamp |
| 6:30A | Roundies start from base to set |
| 5:54A | Early Van (EV) PU All Crew Below from Varick/Grand to Basecamp |
| | R. Lugo, L. Leshner |
| 6:30A | Van 1 (V1) PU All Crew Below from Varick/Grand to Basecamp then Trucks |
| | Z. Kim, J. Elias |
| 7:15A | Van 2 (V2) PU All Crew Below from Varick/Grand to Basecamp then Trucks |
| | J. Arbuckle, J. Ramirez, J. Leather, C. Weihert |

**PLEASE NOTE PICK UP LOCATION IS VARICK / GRAND**