# Exhibit 151

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 24 | Date Range: 6/11/2023 |

## Outline of Conversations



**BL-FullMessages-0752902** • 24 messages on 6/11/2023 • Device Owner Name Not Available ▧▧▧▧▧▧▧▧ • Work Phone <+▧▧▧▧▧> • ?B? <+▧▧▧▧▧>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0752902**

\# **?B?** <+▓▓▓▓▓>  ◀ 6/11/2023, 12:59 AM
Can you please send call sheet 🙏

WP **Work Phone** <+▓▓▓▓▓>  ▶ 6/11/2023, 5:09 AM
They never updated to 615

WP **Work Phone** <+▓▓▓▓▓>  ▶ 6/11/2023, 5:10 AM
Attached URL: https://p29-content.icloud.com/MF631F7076FB62A3849E684EFC8A2565514D7B55ADF8399E56B885749579B5BA6.C01USN00Attachment Title: IEWU_CALLSHEETD18_061223.pdf

*Attachment: IEWU_CALLSHEETD18_061223.pdf (1023 KB)*

WP **Work Phone** <+▓▓▓▓▓>  ▶ 6/11/2023, 11:45 AM
Anna can come at 7 but no earlier

\# **?B?** <+▓▓▓▓▓>  ◀ 6/11/2023, 11:54 AM
Liked "Anna can come at 7 but no earlier"

\# **?B?** <▓▓▓▓▓>  ◀ 6/11/2023, 11:55 AM
Did they give you any advance schedule for the rest of the week or just Monday?

WP **Work Phone** <+▓▓▓▓▓>  ▶ 6/11/2023, 11:55 AM
Just Monday

\# **?B?** <+▓▓▓▓▓>  ◀ 6/11/2023, 11:55 AM
Like what are we shooting next week.

\# **?B?** <▓▓▓▓▓>  ◀ 6/11/2023, 11:56 AM
No idea?

WP **Work Phone** <+▓▓▓▓▓>  ▶ 6/11/2023, 11:57 AM
The plan right now is to keep the same order as the yellow oneliner for the week

WP **Work Phone** <+▓▓▓▓▓>  ▶ 6/11/2023, 11:58 AM
Attached URL: https://p33-content.icloud.com/MF631F7076FB62A3849E684EFC8A2565514D7B55ADF8399E56B885749579B5BA6.C01USN00Attachment Title: IMG_1349.jpeg



Image: IMG_1349.jpeg (571 KB)

**WP**   Work Phone <+███████>    ▶ 6/11/2023, 11:59 AM

Attached URL: https://p41-content.icloud.com/MF631F7076FB62A3849E684EFC8A2565514D7B55ADF8399E56B885749579B5BA6.C01USN00Attachment Title: IMG_1350.jpeg



Image: IMG_1350.jpeg (466 KB)

**WP**   Work Phone <+███████>    ▶ 6/11/2023, 11:59 AM

Monday not cut off now in the second

**#**   ?B? <+❌❌❌❌❌❌❌    ◀ 6/11/2023, 1:57 PM

Did you flag to them that they didn't correct the call sheet?

**WP**   Work Phone <+███████>    ▶ 6/11/2023, 2:09 PM

Yes and he said they aren't updating it. And I said but then rehearsal and HMU times are wrong and he said he'll update the ppl involved

**WP**   Work Phone <+███████>    ▶ 6/11/2023, 2:09 PM

Idk why they can't just issue a new call sheet

**#**   ?B? <+❌❌❌❌❌❌❌    ◀ 6/11/2023, 2:11 PM

Liked "Yes and he said they aren't updating it. And I sai…"

| # | ?B? <+▮▮▮▮> | ◀ 6/11/2023, 2:11 PM |
|---|---|---|
| | Do you mind making sure w Anne and viv that they updated them? | |

| WP | Work Phone <+▮▮▮▮▮▮▮ | ▶ 6/11/2023, 2:12 PM |
|---|---|---|
| | Of course. I'll text them now | |

| WP | Work Phone <▮▮▮▮▮▮ | ▶ 6/11/2023, 2:21 PM |
|---|---|---|
| | Viv is asking if the lashes are still on | |

| # | ?B? <+▮▮▮▮▮ | ◀ 6/11/2023, 2:26 PM |
|---|---|---|
| | Some fell off but most | |

| # | ?B? <+▮▮▮▮▮ | ◀ 6/11/2023, 2:26 PM |
|---|---|---|
| | Had they been updated? | |

| WP | Work Phone ▮▮▮▮▮ | ▶ 6/11/2023, 2:38 PM |
|---|---|---|
| | George told them a 15 min delay | |

| WP | Work Phone ▮▮▮▮▮ | ▶ 6/11/2023, 2:38 PM |
|---|---|---|
| | Which isn't really proper phrasing since it was never 6am. Idk why they didn't say prelim until you got home | |

CONFIDENTIAL  BL-000021728