# Exhibit 153

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 33 | Date Range: 7/11/2024 - 7/12/2024 |

## Outline of Conversations



**BL_FullMessages-0211217** • 33 messages between 7/11/2024 - 7/12/2024 • Colleen Hoover <+█████> • ?B? <█████>

CONFIDENTIAL
BL-000021232

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0211217**

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 8:35 PM
Sorry at dinner will call you when I'm done

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:19 PM
My phone died, typing this from my laptop. Just have him call me whenever, I got you

**#** — ?B? <+▮▮▮▮▮>  ◀ 7/11/2024, 10:19 PM
We got each other.

**#** — ?B? <+▮▮▮▮▮>  ◀ 7/11/2024, 10:19 PM
That agent thing made me feel so crappy

**#** — ?B? <+▮▮▮▮▮>  ◀ 7/11/2024, 10:19 PM
That's 😫💫

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:20 PM
😟 I'm sorry

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:21 PM
I shouldn't have told you. She's a twat

**#** — ?B? <+▮▮▮▮▮>  ◀ 7/11/2024, 10:30 PM
It's fine. I'm glad you did because despite his repeated disturbing behavior and acts, I still feel bad for him. To be reminded multiple times DAILY that he's smearing me for … asking him not to sexually or emotionally harass me? For making his movie better? For calling in all the favors to turn out all the biggest musicians and entertainers to contribute to making his movie better? To leading a marketing campaign for free? I literally don't know a single thing I've done that he can smear me about. Ryan says he should be writing me apology and thank you letters every day. And instead he chooses to make a monster outta me … but what's my crime. I've only ever stayed focused on the work and given him EVERY opportunity to make it better. And he just keeps behaving like a rabid pig

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:33 PM
Exactly. I think as women and mothers we're taught to give grace until there's nothing left of us, but in times like these sometimes it's good to be reminded that grace is wonderful until it compromises your integrity. I sometimes start to feel bad too but I can guarantee you he hasn't felt an ounce of guilt. He's too busy playing victim while you work your ass off to make a better movie that he gets credit for.

**>#** — ?B? <+▮▮▮▮▮>  ◀ 7/11/2024, 10:36 PM
I love you. Thank you for this. It's so true.

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:34 PM
But as your friend, I don't want to interrupt your peace, I hate it when people tell me negative things people say and I try not to do it to others. I want to be a sage space.

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:34 PM
Safe space. But sage works too 😂

**#** — ?B? <+▮▮▮▮▮>  ◀ 7/11/2024, 10:35 PM
It's ok he saged Sophia while she was holding my baby. So it appropriate

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:36 PM
Laughed at "It's ok he saged Sophia while she was holding my b…"

**CH** — Colleen Hoover <+▮▮▮▮▮>  ▶ 7/11/2024, 10:36 PM

Living with him must feel like a fever dream

**?B?** <+XXXXXX>  7/11/2024, 10:38 PM
I wish his agent knew that this is entirely about Justin. Not that it matters. But it hurts my feelings for me, and infuriates me as someone who has been held within your immense strength, that she would say to your face that it's me and not you asking for what's right and fair.

**Colleen Hoover**  7/11/2024, 10:46 PM
She texted it. If she said it to my face she would have gotten clocked. Instead she got blocked.

**Colleen Hoover** <+  7/11/2024, 10:46 PM
That rhymed

**Colleen Hoover**  7/11/2024, 10:46 PM
if taylor ever needs lyrics, give her that line

**?B?** <  7/11/2024, 10:43 PM
Onward. F the attention these people get outta our happy lives

**?B?** <+XXXXXX  7/11/2024, 10:44 PM
Between your text and the letter I just got from Lisa the post production supervisor, my heart is full. And they can distract from that, but they can't take that

**?B?** <+XXXXXXX  7/11/2024, 10:44 PM
Going to sleep. I love you but I may love your new bag more

**Colleen Hoover**  7/11/2024, 10:45 PM
Loved "Between your text and the letter I just got from L…"

**?B?** <+XXXXXX  7/11/2024, 10:45 PM
Attached URL: https://p57-content.icloud.com/M525FA3A8D5848BC799C8613A42C8ABB2E1E9D66BAA54C1A417D846F822135539.C01USN00
Attachment Title: tmp.gif



Image: tmp.gif (1 MB)

**?B?** <+  7/11/2024, 10:45 PM
Xx

**?B?** <  7/11/2024, 10:45 PM
💨

**Colleen Hoover** <+  7/11/2024, 10:45 PM
Love you too but yes, the bag is 🔥 goodnight

**?B?** <+XXXXX>  7/11/2024, 10:55 PM
Laughed at "She texted it. If she said it to my face she would…"

**?B?** <+XXXXXX  7/11/2024, 10:55 PM
It's gonna be my thigh tattoo

\# **?B?** <+▬▬▬▬▬>  ◀ 7/11/2024, 10:55 PM
And also. Its a damn good line

CH **Colleen Hoover** <+▬▬▬▬▬>  ▶ 7/12/2024, 6:19 PM
It hit deaumoix 😶

CH **Colleen Hoover** <+▬▬▬▬▬>  ▶ 7/12/2024, 6:20 PM
Cousin sent me that

Attached URL: https://p55-content.icloud.com/M3EB43A12E58F9AD5BBBE38400FA124A4027BEFD449574862C8B47B6E4E001E79.C01USN00
Attachment Title: IMG_6460.jpg

> Sent via form submission from Deuxmoi
>
> **Pseduonyms, Please:** Incredible Vixen
>
> **Subject:** It has ended with us?
>
> **Message:** Not a tip but no-one seems to be talking about Justin Baldoni missing from all the It Ends With Us promo – not to mention BL doesn't follow him on IG and he seems to be cut off from the rest in that he hasn't been tagged in any of the main posts/events since May. please shine some light???
>
> *need to go back to IEWU set intel that could be on an old podcast episode, other than that 🙊

Image: IMG_6460.jpg (164 KB)

\# **?B?** <+▬▬▬▬▬>  ◀ 7/12/2024, 6:26 PM
Yikes