# Exhibit 154

**Message**

| | |
|---|---|
| **From:** | Misher, Danielle |
| **Sent:** | 7/29/2024 10:46:23 PM |
| **To:** | Greenstein, Josh |
| **CC:** | Johnson, Jacob    Hann, Gloria |
| **Subject:** | Fwd: IEWU - BL Instagram Comment |

Josh - see below

---

**From:** Maggin, Danni
**Sent:** Monday, July 29, 2024 3:34 PM
**To:** Hann, Gloria    Misher, Danielle
**Subject:** Fwd: IEWU - BL Instagram Comment

FYI

---

**From:** Guazzelli, Omar
**Sent:** Monday, July 29, 2024 2:42:15 PM
**To:** Maggin, Danni
**Subject:** IEWU - BL Instagram Comment

Hi Danni,

I wanted to flag that this is the top comment on Blake's latest Instagram post, posted 1 hour ago. It currently has 24 likes.

   Does anyone find it odd that Justin has been in like zero promo?

1h   24 likes   Reply

Some additional ones are beginning to pop up:

   Is Justin Baldoni doing any press for this movie?

1h   12 likes   Reply

   Not to be Deuxmoi but…..Does anyone have tea on why Blake doesnt follow Justin Baldoni?

1h   6 likes   Reply

   Where is @justinbaldoni on this promo tour?

1h   2 likes   Reply

And from yesterday's post, with the baking video:





Omar Guazzelli | Global Publicity | Sony Pictures Entertainment
10202 W Washington Blvd – Thalberg 2407 | Culver City, CA 90232