# Exhibit 155



**Chat with "Warren Zavala" <+XXXXXX> and another address**

chat85490038711165397
Warren Zavala <+XXXXXX>Danny Greenberg <+XXXXXX>Danny Greenberg <XXXXXXXXXXX>Patrick Whitesell <+XXXXXX>

Earliest item: 2024-07-22 18:05:28
Latest item: 2024-07-22 21:32:20

**Monday 22 July 2024**

Instant Message : Native Messages
From
Danny Greenberg <+XXXXXX>                    18:05:28

Patrick.. (Warren too) ... spoke with Josh Greenstein. Need your help with Blake as we discussed regarding the premier. Up until a couple weeks ago we were seemingly good on the premier. Now that Justin took a shot at the coffee table book and his documentary, Blake has flipped and is pushing Sony that Justin shouldn't go to the premier. She has the author now taking that position and threatening not to go if he goes. Blake is also ring leading this with the other actors too. She's been brilliantly choreographing this for a while.

It's brutal and it's also bad for the movie, her and all involved. Josh Greenstein may reach out to you. We need your help powering her down.

Instant Message : Native Messages
From
Danny Greenberg <+XXXXXX>                    18:16:51

I have more. Can discuss tomorrow.

Instant Message : Native Messages
From
Patrick Whitesell <+XXXXXX>                   21:30:59

Danny, let's you and I discuss tomorrow

CONFIDENTIAL                                                                                    WME_00001254



Instant Message : Native Messages
From
    Danny Greenberg <​>    21:32:20

Liked "Danny, let's you and I discuss tomorrow"

**End Thread**

Thread Statistics

**Instant Message Count**

4