# Exhibit 156

**Chat with "Justin Baldoni" <+XXXXXXX> on July 26, 2024**

+XXXXXXX
Danny Greenberg <+XXXXXXX>Justin Baldoni <+XXXXXXX>Danny Greenberg <XXXXXXXXXXXX>

Earliest item: 2024-07-26 08:49:00
Latest item: 2024-07-26 10:13:02

**Friday 26 July 2024**

Instant Message : Native Messages
From
Danny Greenberg <+XXXXXXX>
08:49:00

Start with this…..

Overall to articulate to your partners and friends at Sony this request is a bridge too far. That we have all done our best to accommodate one request after another but to expect me, my family, my partners and company to not attend the premiere is simply outrageous and enough has to be enough.

The note should not feel like you are defending yourself in anyway but rather presenting a chain of events, requests and continued behavior on her part that has now lead us to this… another outrageous position that not even you could have predicted.

Once you begin your letter, pivot from your opening couple of sentences to laying out your (and your partners, Sony) perspective of the chain of events along the way has lead us to where we are now. Meaning, it wasn't just your experience, they are your partners, it was theirs too. (Ie. What you mentioned this am about their acknowledgement of the continued extortion in an effort to gain control of the film). BUT don't in any way put Sony on the defensive or indict them.

Then, if you can be contrite in some capacity very briefly acknowledging that the two of you had your moments where she would dissect your energy, word choice, and personality frequently that lead to mutual discomfort working with one another. (Not everyone gets along kind of thing, not all personalities are compatible, etc).

Start moving into the chronological storytelling. The slow, continued build up on her part to achieve her ultimate goal of literally taking the movie from you, Sony and Wayfarer and effectively having final cut. Be sure to include the testing process, the results, etc.

> Overall, find a way to pepper in the fact that she is talented and she did contribute and is wonderful in the movie. (Remember, you wrote that P.G.A. letter so be consistent with your praise. But at the same time keep in mind, you never doubted her talent and ability as an actress, it's everything that came with it that has lead us to here which has been so disappointing and startling for you.
>
> We can discuss more.

**Instant Message : Native Messages**
From
    Justin Baldoni <+XXXXXX>                                          10:13:02

Is that an accident or on purpose?

**End Thread**

Thread Statistics

**Instant Message Count**
2

CONFIDENTIAL                                                                                                                                    WME_00001267