# Exhibit 163

BL-000006379
File too large to upload to docket.
File available on request from the court.