# Exhibit 166

Message

**From:** Tera Hanks
**Sent:** 7/30/2024 4:36:40 PM
**To:** Stephanie Jones
**Subject:** Re: pr planning

**Flag:** Flag for follow up

Melissa would not be having any comms outside of our internal teams. She would be working through scenario planning with us to be armed if needed.




**Tera Hanks**
President

On Jul 30, 2024, at 12:52 PM, Stephanie Jones wrote:

Since we don't have a "press crisis" now what exactly would this person be doing for wayfarer? Im trying to get a better understanding as I don't want to create marketplace confusion.

---

**From:** Tera Hanks
**Date:** Tuesday, July 30, 2024 at 3:46 PM
**To:** Stephanie Jones
**Subject:** Re: pr planning

Hi Steph
Yes would be just for crisis only!



**Tera Hanks**
President

On Jul 30, 2024, at 12:39 PM, Stephanie Jones wrote:

Confidential
JONESWORKS_00030156

Hi Tera,
So I can better understand what is the scenario planning you want to retain Melissa Nathan for Wayfarer for? Would it just be crisis strategy planning and that's it?

Confidential

JONESWORKS_00030157