Case 1:24-cv-10049-LJL    Document 1245-103    Filed 01/20/26    Page 1 of 5

# Exhibit 171

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 25 | Date Range: 8/7/2024 |

## Outline of Conversations

 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ • 25 messages on 8/7/2024 • Alex Saks <▇▇▇▇▇▇> • Danni Maggin <▇▇▇▇▇▇> • Home <▇▇▇▇▇▇>

**Messages in chronological order** (times are shown in GMT -07:00)

| | | | |
|---|---|---|---|
| 💬 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| AS | **Alex Saks** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:10 PM |
| | Just got this from our hair dept head | | |
| | *Attachment: ~_Library_SMS_Attachments_e4_04_at_0_CECB4637-1A9D-4E9F-8509-373607FFC337_IMG_2345.heic (38 KB)* | | |
| H | **Home** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:12 PM |
| | fuck | | |
| AS | **Alex Saks** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:12 PM |
| | This is now realer | | |
| DM | **Danni Maggin** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:12 PM |
| | Ughhh | | |
| DM | **Danni Maggin** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:12 PM |
| | The unfollowing has really picked up today | | |
| H | **Home** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:13 PM |
| | Rolling stone. yeah. | | |
| AS | **Alex Saks** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:13 PM |
| | Okay | | |
| AS | **Alex Saks** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:13 PM |
| | More intel | | |
| AS | **Alex Saks** <▮▮▮▮▮▮▮▮> | | 8/7/2024, 12:13 PM |
| | These are my HMU dept heads | | |

| | | |
|---|---|---|
| AS | Alex Saks <▇▇▇▇> | 8/7/2024, 12:13 PM |



Image: ~_Library_SMS_Attachments_00_00_at_0_B27E8DEB-C1E3-4809-BEA4-C0556928EE79_IMG_8431.jpeg (157 KB)

| | | |
|---|---|---|
| AS | Alex Saks <▇▇▇▇><br>I know they wouldn't say anything which is why I phrased it that way just fyi | 8/7/2024, 12:14 PM |
| AS | Alex Saks <▇▇▇▇><br>Ugh why did everyone have to fucking do that | 8/7/2024, 12:17 PM |
| DM | Danni Maggin <▇▇▇▇><br>It's the dumbest thing! Why!!?! | 8/7/2024, 12:17 PM |
| AS | Alex Saks <▇▇▇▇><br>Wait a fucking month guys | 8/7/2024, 12:17 PM |
| AS | Alex Saks <▇▇▇▇><br>Come on | 8/7/2024, 12:18 PM |
| AS | Alex Saks <▇▇▇▇><br>It's Blake | 8/7/2024, 12:18 PM |
| AS | Alex Saks <▇▇▇▇><br>I'm sure | 8/7/2024, 12:18 PM |
| DM | Danni Maggin <▇▇▇▇><br>Tell Blake!! | 8/7/2024, 12:18 PM |
| DM | Danni Maggin <▇▇▇▇><br>So bad. | 8/7/2024, 12:18 PM |
| AS | Alex Saks <▇▇▇▇><br>Should I send her this? | 8/7/2024, 12:18 PM |
| DM | Danni Maggin <▇▇▇▇><br>I don't know if it helps | 8/7/2024, 12:19 PM |
| AS | Alex Saks <▇▇▇▇> | 8/7/2024, 12:21 PM |

I know..hmm

**AS**  **Alex Saks** <░░░░░░░>  8/7/2024, 6:08 PM
Another HMU person, the dept head sent me this exchange

*Attachment: ~_Library_SMS_Attachments_23_03_at_0_F5637D0F-8B72-4DB8-B7A5-CC7F7F86EB3B_IMG_2480.heic (108 KB)*

**H**  **Home** <░░░░░░░>  8/7/2024, 9:28 PM
https://www.the-sun.com/entertainment/12138149/fans-suspect-justin-baldoni-is-feuding-with-cast/

*Attachment: ~_Library_SMS_Attachments_c5_05_at_0_B0E911BA-25AC-4C2F-89B5-B029A2474573_2AD1549E-F4D5-4080-9D20-B883067A2864.F917C1F7-5824-4050-9744-A80480D4ADC3.pluginPayloadAttachment (6 KB)*

*Attachment: ~_Library_SMS_Attachments_c6_06_at_1_B0E911BA-25AC-4C2F-89B5-B029A2474573_1A38C9F1-41F9-4C48-B4D0-C1D8F626BDFE.6D493E38-9867-4B18-B773-FD662E397958.pluginPayloadAttachment (170 KB)*

**H**  **Home** <░░░░░░░>  8/7/2024, 9:28 PM
sure you saw.