# Exhibit 172

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 49 | Date Range: 8/8/2024 |

## Outline of Conversations

 **1053ddf9d6d0aaeb2426c2542daf0b37-2024-08-08** • 49 messages on 8/8/2024 • Sara Nathan •

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

---

**1053ddf9d6d0aaeb2426c2542daf0b37-2024-08-08**

**SN** — Sara Nathan — 8/8/2024, 11:21 AM
Call when free x

**LS** — 8/8/2024, 11:24 AM
On Kane what's up

**LS** — 8/8/2024, 11:26 AM
On plane

**SN** — Sara Nathan — 8/8/2024, 11:27 AM
Hi ! Just checking that he's still not going to London or Denmark?

**SN** — Sara Nathan — 8/8/2024, 11:27 AM
Just about to talk to editor

**SN** — Sara Nathan — 8/8/2024, 11:27 AM
How you feeling ?

**LS** — 8/8/2024, 11:27 AM
He is not. I think you should put up story. Justine camp called daily mail blaming Blake

**SN** — Sara Nathan — 8/8/2024, 11:28 AM
On it

**LS** — 8/8/2024, 11:29 AM
I need artists sauce whole cast isn't speaking with him and they had spectate screening rooms at premiere. Everyone but him was was with the cast.

**LS** — 8/8/2024, 11:29 AM
His cult had their own room.

**LS** — 8/8/2024, 11:29 AM
Stephanie is a lying cunt

**SN** — Sara Nathan — 8/8/2024, 11:30 AM
Yup

**SN** — Sara Nathan — 8/8/2024, 11:33 AM
Liked "I need artists sauce whole cast isn't speaking wit…"

**LS** — 8/8/2024, 11:38 AM
Blake is a producer on the film and she has put her heart and soul into this  she has said this to everyone pjs find quote. The film is so important and needs to be seen

**SN** — Sara Nathan — 8/8/2024, 11:39 AM
Liked "Blake is a producer on the film and she has put he…"

**SN** — Sara Nathan — 8/8/2024, 11:39 AM
Am trying to hold off for now - let's see !

| | | | |
|---|---|---|---|
| LS | ▇▇▇▇▇▇▇▇ Thank you. Let me know | | 8/8/2024, 11:39 AM |
| SN | Sara Nathan<br>Liked "Thank you. Let me know " | | 8/8/2024, 11:40 AM |
| LS | ▇▇▇▇▇▇▇▇ Daily mail holding I scared them | | 8/8/2024, 11:51 AM |
| LS | ▇▇▇▇▇▇▇▇ Stephanie's getting a calm from studio | | 8/8/2024, 11:51 AM |
| LS | ▇▇▇▇▇▇▇▇ Call | | 8/8/2024, 11:51 AM |
| LS | ▇▇▇▇▇▇▇▇ Blake worked so hard I want this work | | 8/8/2024, 11:52 AM |
| SN | Sara Nathan<br>Ohhhh !!! | | 8/8/2024, 11:52 AM |
| LS | ▇▇▇▇▇▇▇▇ Stephanie is really bad | | 8/8/2024, 11:52 AM |
| SN | Sara Nathan<br>She is a horror show | | 8/8/2024, 11:52 AM |
| LS | ▇▇▇▇▇▇▇▇ They know your story and are appreciative your holding. | | 8/8/2024, 11:53 AM |
| SN | Sara Nathan<br>Ok xx | | 8/8/2024, 11:53 AM |
| LS | ▇▇▇▇▇▇▇▇ I have you in a good light | | 8/8/2024, 11:53 AM |
| SN | Sara Nathan<br>Loved "I have you in a good light " | | 8/8/2024, 11:53 AM |
| SN | Sara Nathan<br>Let me know when to go ! I was trying my best to hold for Friday night/Sat am | | 8/8/2024, 11:53 AM |
| SN | Sara Nathan<br>Liked "I think we will be good. He went on today show and…" | | 8/8/2024, 11:54 AM |
| SN | Sara Nathan<br>Honestly Stephanie is the worst | | 8/8/2024, 11:56 AM |
| SN | Sara Nathan<br>Holding for a beat but I do think Stephanie is going to do something to be annoying | | 8/8/2024, 12:10 PM |
| SN | Sara Nathan<br>Did I tell you I heard three things- | | 8/8/2024, 12:10 PM |

**SN** — Sara Nathan — 8/8/2024, 12:11 PM
1. Blake felt he looked at her while she was breastfeeding

**SN** — Sara Nathan — 8/8/2024, 12:11 PM
2. He lingered too long while kissing her in a scene

**SN** — Sara Nathan — 8/8/2024, 12:11 PM
3. Told her she smelled good

**SN** — Sara Nathan — 8/8/2024, 12:11 PM
All a bit creepy

**SN** — Sara Nathan — 8/8/2024, 12:45 PM
Let's speak when you land

**SN** — Sara Nathan — 8/8/2024, 1:12 PM
My sister is going to call you when you land - she's now been brought in by Jen Abel who reps Justin. She hates hates Stephanie with a passion fyi

**SN** — Sara Nathan — 8/8/2024, 1:12 PM
She wants to chat

**SN** — Sara Nathan — 8/8/2024, 2:59 PM
Fans have 'proof' of huge feud between Blake Lively and Justin Baldoni

**SN** — Sara Nathan — 8/8/2024, 2:59 PM
https://mol.im/a/13723621

**LS** — [redacted] — 8/8/2024, 3:01 PM
I'm about to land

**LS** — [redacted] — 8/8/2024, 3:01 PM
Why because they didn't press he was there edgy she was there cause to the end

**LS** — [redacted] — 8/8/2024, 3:01 PM
She came with her family

**SN** — Sara Nathan — 8/8/2024, 3:02 PM
Ok! Chat later - still holding !

**LS** — [redacted] — 8/8/2024, 3:02 PM
I'm landing soon

**SN** — Sara Nathan — 8/8/2024, 3:02 PM
Loved "I'm landing soon "