# Exhibit 173

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    ------------------------------------
      BLAKE LIVELY,
 5
                              Plaintiff,
 6    -v-        24-cv-10049 (lead case);
                 25-cv-449
 7    WAYFARER STUDIOS LLC, JUSTIN BALDONI,
      JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH
 8    US MOVIE LLC, MELISSA NATHAN, THE AGENCY
      GROUP PR LLC, JENNIFER ABEL, JED WALLACE,
 9    STREET RELATIONS INC.,
10                            Defendants.
      No. 1:24-cv-10049-LJL
11    (Consolidated with 1:25-cv-00449-LJL)
      ------------------------------------
12
      WAYFARER STUDIOS LLC, JUSTIN BALDONI,
13    JAMEY HEATH, IT ENDS WITH US MOVIE LLC,
      MELISSA NATHAN, and JENNIFER ABEL,
14
                              Plaintiffs,
15      -v-
16    BLAKE LIVELY, RYAN REYNOLDS, LESLIE
      SLOANE, VISION PR, INC., THE NEW YORK
17    TIMES COMPANY,
18                            Defendants.
19    ------------------------------------
20            HIGHLY CONFIDENTIAL
              ATTORNEYS' EYES ONLY
21
22         VIDEOTAPED DEPOSITION OF
                 LESLIE SLOANE
23          Ft. Lauderdale, Florida
              September 26, 2025
24
      Reported By:
25    ERIC J. FINZ


                                        Page 1
```

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | Q. And how long have you worked | 00:08:24 |
| 3 | as a publicist? | 00:08:27 |
| 4 | A. I think I am -- I think I've | 00:08:28 |
| 5 | been in the business for 35 years as a | 00:08:32 |
| 6 | publicist, 31-and-a-half. | 00:08:34 |
| 7 | Q. And is part of the job of a | 00:08:37 |
| 8 | publicist to suppress negative stories | 00:08:40 |
| 9 | that may be published about his or her | 00:08:42 |
| 10 | client? | 00:08:45 |
| 11 | MS. McCAWLEY: Objection. | 00:08:47 |
| 12 | MS. GOVERNSKI: Join. | 00:08:48 |
| 13 | A. Part of my job is to receive | 00:08:49 |
| 14 | incoming calls or to take incoming calls | 00:08:52 |
| 15 | and to try to balance out stories if | 00:08:55 |
| 16 | they're negative and if they're untrue. | 00:08:57 |
| 17 | Q. When you say "balance out," | 00:08:59 |
| 18 | what do you mean by that? | 00:09:01 |
| 19 | A. When you balance a story, and | 00:09:02 |
| 20 | I get calls often for many clients, most | 00:09:04 |
| 21 | of the time with wrong information, I | 00:09:09 |
| 22 | usually try to work with them on just | 00:09:14 |
| 23 | ignore them to try to get it balanced. | 00:09:16 |
| 24 | Q. How do you know the | 00:09:18 |
| 25 | information is wrong in any given | 00:09:19 |

Page 16

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | MS. McCAWLEY: Objection. | 01:39:47 |
| 3 | A.   -- I can't recall. | 01:39:47 |
| 4 | Q.   So sitting here today, those | 01:39:48 |
| 5 | items you just mentioned, you don't know | 01:39:50 |
| 6 | which of the actors, whether it's Isabela | 01:39:52 |
| 7 | or one of the other actors, you don't | 01:39:54 |
| 8 | know who said what.  Is that correct? | 01:39:57 |
| 9 | A.   Yes, that is correct. | 01:39:58 |
| 10 | Q.   Why did you need to -- why did | 01:39:59 |
| 11 | you deem it necessary, if you did, to | 01:40:04 |
| 12 | tell Sara Nathan that the whole cast | 01:40:07 |
| 13 | isn't speaking with Justin Baldoni? | 01:40:09 |
| 14 | MS. McCAWLEY: Objection. | 01:40:11 |
| 15 | A.   Probably to soften up the | 01:40:13 |
| 16 | article that she was going to write about | 01:40:16 |
| 17 | my client. | 01:40:18 |
| 18 | Q.   There was going to be negative | 01:40:21 |
| 19 | content about Blake Lively in the | 01:40:23 |
| 20 | article? | 01:40:24 |
| 21 | MS. McCAWLEY: Objection. | 01:40:25 |
| 22 | A.   From our conversation, there | 01:40:26 |
| 23 | was going to be negative about Justin and | 01:40:28 |
| 24 | Blake in the article.  And it is my job | 01:40:31 |
| 25 | as a publicist to try to make it a fair | 01:40:32 |

Page 100

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | story.  So yes, I deemed it necessary to | 01:40:36 |
| 3 | give that information. | 01:40:38 |
| 4 | Q.   You wanted Sara Nathan to | 01:40:38 |
| 5 | print the alleged fact that the whole | 01:40:40 |
| 6 | cast isn't speaking with Justin. | 01:40:42 |
| 7 | Correct? | 01:40:45 |
| 8 | MS. McCAWLEY:  Objection. | 01:40:46 |
| 9 | MS. GOVERNSKI:  Objection. | 01:40:46 |
| 10 | A.   I never said "alleged." | 01:40:47 |
| 11 | Q.   You wanted Sara Nathan to | 01:40:48 |
| 12 | print that the whole cast isn't speaking | 01:40:50 |
| 13 | with Justin.  Correct? | 01:40:52 |
| 14 | MS. McCAWLEY:  Objection. | 01:40:53 |
| 15 | MS. GOVERNSKI:  Join. | 01:40:54 |
| 16 | A.   I just shared it with Sara | 01:40:55 |
| 17 | Nathan to give some perspective, yes. | 01:40:57 |
| 18 | Q.   Okay.  And you testified, | 01:40:59 |
| 19 | "It's my job as a publicist to try to | 01:41:02 |
| 20 | make it a fair story."  Do you recall | 01:41:05 |
| 21 | that testimony? | 01:41:07 |
| 22 | A.   I think I said the word | 01:41:08 |
| 23 | "balanced." | 01:41:10 |
| 24 | Q.   Okay.  And you thought the way | 01:41:11 |
| 25 | to balance the story was to include an | 01:41:17 |

Page 101

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2   additional negative statement about              01:41:21
 3   Justin.  Correct?                                01:41:23
 4             MS. GOVERNSKI:  Objection.             01:41:25
 5             MS. McCAWLEY:  Objection.              01:41:25
 6        A.   I took it as talking --                01:41:27
 7   speaking the truth.                              01:41:30
 8        Q.   But you wanted her to print            01:41:32
 9   this negative fact about Justin.                 01:41:34
10   Correct?                                         01:41:35
11             MS. McCAWLEY:  Objection.              01:41:37
12        A.   I never said I wanted her to           01:41:38
13   print it.  I wanted her to have the              01:41:39
14   information.                                     01:41:41
15        Q.   And you wanted her to have the         01:41:41
16   information so that she would print it.          01:41:43
17   Correct?                                         01:41:44
18             MS. GOVERNSKI:  Objection.             01:41:45
19             MS. McCAWLEY:  Objection.              01:41:45
20        A.   Again, I've never said I               01:41:46
21   wanted her to print it.  I wanted to             01:41:48
22   share the information so we balance out          01:41:50
23   the story.                                       01:41:51
24        Q.   Well, you wrote I need artist          01:41:52
25   sauce whole cast isn't speaking with him.        01:41:55
```

Page 102

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2               Do you see that?                      01:41:55
 3        A.   I had said before I saw that,           01:41:59
 4   yes.                                              01:42:00
 5        Q.   What did you mean by "need"?            01:42:00
 6        A.   Again, I don't recall what              01:42:04
 7   artist sauce is.  So I don't know.                01:42:05
 8        Q.   Okay.  And you wanted Sara              01:42:08
 9   Nathan to include the statement that the          01:42:10
10   whole cast isn't speaking with Justin             01:42:13
11   because it would somehow make Blake               01:42:15
12   Lively look better?                               01:42:17
13              MS. GOVERNSKI:  Objection.             01:42:18
14              MS. McCAWLEY:  Objection.              01:42:19
15        A.   Again, I said, I shared it              01:42:19
16   with Sara Nathan to try to balance out            01:42:22
17   the story.  That is her choice whether            01:42:25
18   she would write it or not.                        01:42:27
19        Q.   What do you mean by "balance            01:42:28
20   out the story"?                                   01:42:29
21        A.   As I stated previously, it was          01:42:30
22   going to be a story about both of them.           01:42:32
23   And if you go to the pages that I'm               01:42:34
24   looking at, there was going to be some            01:42:36
25   backlash with Blake felt he looked at her         01:42:41
```

Page 103

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | while she was breastfeeding, he lingered | 01:42:46 |
| 3 | too long while kissing her in a scene, | 01:42:48 |
| 4 | told her she smelled good, all of it | 01:42:51 |
| 5 | creepy.  So I took that, that this was | 01:42:55 |
| 6 | not going to be a positive story for | 01:42:57 |
| 7 | either of them, while opening a movie. | 01:42:59 |
| 8 |     Q.   And you felt it necessary to | 01:42:59 |
| 9 | pile on with the negative statements | 01:43:01 |
| 10 | about Justin.  Correct? | 01:43:02 |
| 11 |         MS. GOVERNSKI:  Objection. | 01:43:04 |
| 12 |         MS. McCAWLEY:  Objection. | 01:43:05 |
| 13 |     A.   I felt it necessary to share | 01:43:06 |
| 14 | that with her, yes. | 01:43:08 |
| 15 |     Q.   Okay.  And then you also | 01:43:09 |
| 16 | mentioned, they had spectate screening | 01:43:11 |
| 17 | rooms at the premiere.  Sorry, a -- what | 01:43:15 |
| 18 | does that mean? | 01:43:18 |
| 19 |     A.   They had separate screening | 01:43:19 |
| 20 | rooms.  There were three different | 01:43:22 |
| 21 | screening rooms at the premiere. | 01:43:24 |
| 22 |     Q.   Why did you tell Sara Nathan | 01:43:25 |
| 23 | that? | 01:43:27 |
| 24 |     A.   I kind of feel something's | 01:43:27 |
| 25 | missing here.  Because there is some | 01:43:30 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | LS 246.) | 03:08:38 |
| 3 | BY MR. FRITZ: | 03:08:38 |
| 4 | Q.    Ms. Sloane, we've handed you | 03:08:39 |
| 5 | what's been marked as Sloane Exhibit 12. | 03:08:43 |
| 6 | It's a text message or chain of text | 03:08:46 |
| 7 | messages starting with LS 0000243. | 03:08:48 |
| 8 | A.    Mm-hmm. | 03:08:52 |
| 9 | Q.    Do you recognize these text | 03:08:53 |
| 10 | messages? | 03:08:54 |
| 11 | A.    Yes. | 03:08:55 |
| 12 | Q.    Okay.  And is James V the | 03:08:56 |
| 13 | reporter from the Daily Mail? | 03:08:59 |
| 14 | A.    Yes. | 03:09:00 |
| 15 | Q.    Okay.  So do you see on the | 03:09:00 |
| 16 | second page of the document, which is the | 03:09:04 |
| 17 | first page on which there are any text | 03:09:06 |
| 18 | messages, on the morning of August 8th, | 03:09:08 |
| 19 | James writes to you, well, it's a lot to | 03:09:11 |
| 20 | text but it's regarding probs on the set | 03:09:14 |
| 21 | involving her and Justin Baldoni and | 03:09:18 |
| 22 | fallout over that with Blake being | 03:09:21 |
| 23 | labeled as difficult and a power struggle | 03:09:23 |
| 24 | existing. | 03:09:26 |
| 25 | Do you see that? | 03:09:27 |

Page 148

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2        A.    Yes.                                    03:09:28
 3        Q.    Okay.  And you responded, your          03:09:28
 4   info is totally off.  Correct?                     03:09:32
 5        A.    Yes.                                    03:09:34
 6        Q.    Why did you believe that that           03:09:35
 7   information was totally off?                       03:09:37
 8        A.    Because I was not aware that            03:09:39
 9   there were any struggles.                          03:09:40
10        Q.    Right.                                  03:09:42
11              But you think you testified a           03:09:43
12   few moments ago you didn't know one way            03:09:45
13   or the other whether there was a power             03:09:48
14   struggle.  Correct?                                03:09:50
15              MS. McCAWLEY:  Objection.               03:09:51
16        A.    I thought I said if I was               03:09:51
17   incorrect, that I was unaware that there           03:09:54
18   were any issues on the set.                        03:09:56
19        Q.    Right.                                  03:09:58
20              So if you're unaware, isn't it          03:09:58
21   fair to say that you had no basis to tell          03:10:01
22   him that what he was telling you was               03:10:03
23   totally off?                                       03:10:06
24              MS. McCAWLEY:  Objection.               03:10:07
25        A.    Not necessarily, no.                    03:10:08
```

Page 149

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2        Q.   Okay.  When you told him that        03:10:09
 3   the info was totally off, was the sole         03:10:10
 4   basis for that statement because you           03:10:13
 5   hadn't heard of the issues?                    03:10:15
 6             MS. McCAWLEY:  Objection.            03:10:16
 7        A.   That I can't recall.                 03:10:17
 8        Q.   Then toward the middle of the        03:10:23
 9   page, James from the Daily Mail writes,        03:10:31
10   one of them said that Blake and Ryan           03:10:36
11   insisted on rewriting the movie.              03:10:38
12             Do you see that?                     03:10:38
13        A.   Is this on the same page?            03:10:44
14        Q.   It is.  Towards the middle.          03:10:45
15   The text at 10:35 a.m.                         03:10:48
16        A.   Oh, thank you.  Okay.                03:10:51
17             Oh, okay.  That's within --          03:10:57
18   that's embedded within one of those.           03:11:00
19   Okay.                                          03:11:03
20             Okay, yes, I see that.               03:11:09
21        Q.   So when you got this text            03:11:11
22   message, did you know one way or the           03:11:12
23   other whether Blake and Ryan insisted on       03:11:14
24   rewriting the movie?                           03:11:17
25        A.   No, I did not.                       03:11:21
```

Page 150

|    |                                                         |          |
|----|---------------------------------------------------------|----------|
| 1  | LESLIE SLOANE - HIGHLY CONFIDENTIAL                     |          |
| 2  | Q.   Okay.  And in these text                           | 03:11:23 |
| 3  | messages, James is telling you that he                  | 03:11:33 |
| 4  | learned of this information, according to               | 03:11:35 |
| 5  | him, from Stephanie Jones.  Correct?                    | 03:11:38 |
| 6  | MS. ANASTASIO:  Objection.                              | 03:11:56 |
| 7  | MS. GOVERNSKI:  Join.                                   | 03:11:57 |
| 8  | A.   Well, as James states, I see                       | 03:11:58 |
| 9  | what you're referring to at 11:17.                      | 03:12:00 |
| 10 | Q.   Okay.                                              | 03:12:03 |
| 11 | A.   So what is the question you're                     | 03:12:03 |
| 12 | asking me, I apologize.                                 | 03:12:05 |
| 13 | Q.   Did you have an understanding                      | 03:12:06 |
| 14 | from him that he had received this                      | 03:12:07 |
| 15 | information from Stephanie Jones?                       | 03:12:08 |
| 16 | MS. GOVERNSKI:  Objection.                              | 03:12:11 |
| 17 | MS. ANASTASIO:  Join.                                   | 03:12:15 |
| 18 | Q.   Or someone else?                                   | 03:12:18 |
| 19 | A.   I don't remember what I                            | 03:12:19 |
| 20 | believed.                                               | 03:12:19 |
| 21 | Q.   And then you see at the bottom                     | 03:12:20 |
| 22 | you wrote, I promise she is lying?                      | 03:12:21 |
| 23 | A.   Yes.                                               | 03:12:24 |
| 24 | Q.   "She" is a reference to                            | 03:12:24 |
| 25 | Stephanie Jones?                                        | 03:12:26 |

Page 151

Case 1:24-cv-10049-LJL   Document 1245-105   Filed 01/20/26   Page 13 of 18
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2        A.    I don't recall.                        03:12:30
 3        Q.    Okay.  Whoever you were                03:12:31
 4    referring to, how were you able to               03:12:34
 5    promise that she was lying?                      03:12:36
 6        A.    I probably misspoke at the             03:12:49
 7    time.                                            03:12:52
 8        Q.    Okay.  It's fair to say you            03:12:52
 9    didn't know one way or the other at the          03:12:54
10    time you received these text messages            03:12:55
11    whether Blake and Ryan insisted on               03:12:57
12    rewriting the movie.  Correct?                   03:12:59
13              MS. McCAWLEY:  Objection.              03:13:02
14        A.    That would be correct.                 03:13:02
15        Q.    You can put that aside, thank          03:13:22
16    you.                                             03:13:24
17              (Sloane Exhibit 13 for                 03:13:24
18         identification, text messages,              03:13:24
19         production numbers LS 314 through           03:13:24
20         LS 318.)                                    03:13:47
21    BY MR. FRITZ:                                    03:13:47
22        Q.    You've been handed what's been         03:13:48
23    marked as Sloane Exhibit 13.  Which is a         03:13:50
24    text chain starting with Bates stamp LS          03:13:53
25    0000314.                                         03:13:56
```

Page 152

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1      LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2         Q.    How was anything in this text         03:55:14
 3     going to hurt Blake?                            03:55:18
 4             MS. McCAWLEY:  Objection;               03:55:20
 5        asked and answered.                          03:55:21
 6         A.    Again, I cannot recall.               03:55:21
 7         Q.    Do you see where you wrote,           03:55:24
 8     you are airing an animal?                       03:55:27
 9         A.    Yes.                                  03:55:29
10         Q.    Who is the animal you were            03:55:29
11     referring to?                                   03:55:31
12         A.    I think I have previously             03:55:31
13     stated that it was Justin Baldoni.              03:55:41
14         Q.    What basis did you have to            03:55:44
15     call him an animal?                             03:55:46
16         A.    I think I also say that that          03:55:48
17     was my take on him, and I had the right         03:55:52
18     to my own opinion.                              03:55:55
19         Q.    So I'm asking what basis you          03:55:56
20     had to call him an animal?                      03:55:58
21         A.    I felt like it.                       03:56:01
22         Q.    Okay.  Why?                           03:56:02
23         A.    I felt like it.                       03:56:04
24         Q.    Yeah.  Why did you feel the           03:56:05
25     need to call him an animal?                     03:56:07
```

Page 192

```
 1         LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2         A.   Yes.  And I answered because          04:06:18
 3   he hired Melissa Nathan, correct.                04:06:20
 4         Q.   So are you assuming that              04:06:22
 5   because Justin Baldoni hired Melissa             04:06:24
 6   Nathan that he had done anything to smear        04:06:27
 7   Blake Lively's reputation?                       04:06:32
 8              MS. McCAWLEY:  Objection.             04:06:33
 9         A.   I'm not assuming.  Melissa            04:06:34
10   Nathan did share with me on a phone call         04:06:36
11   that she was hired to come in to clean           04:06:39
12   his messes up.  That he was lucky to have        04:06:41
13   her.  He did some stupid things.  So             04:06:44
14   yeah.                                            04:06:46
15         Q.   Did she tell you that she was         04:06:47
16   going to seed or plant negative press            04:06:49
17   about Blake Lively on Justin's behalf?           04:06:51
18         A.   It was the opposite.  She told        04:06:54
19   me she wasn't doing it.                          04:06:56
20         Q.   Okay.  So again, what basis           04:06:57
21   did you have to believe that Justin              04:06:59
22   Baldoni or Melissa Nathan had anything to        04:07:03
23   do with the negative press that Blake            04:07:06
24   Lively was receiving as of August 13th?          04:07:08
25              MS. GOVERNSKI:  Objection.            04:07:10
```

Page 205

```
 1      LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2    those even though it would put Justin in      04:56:17
 3    a negative light.  Correct?                   04:56:19
 4           MS. McCAWLEY:  Objection.              04:56:21
 5       A.   As you can read, my response          04:56:22
 6    says, it's in the press already, so it's     04:56:25
 7    already out there.                            04:56:27
 8       Q.   So in your world is it okay to        04:56:28
 9    tell a reporter to include negative           04:56:30
10    statements about someone if someone else     04:56:33
11    in the press has already reported it, is     04:56:35
12    that your testimony?                          04:56:37
13           MS. McCAWLEY:  Objection.              04:56:38
14       A.   I was okay with that, yes.            04:56:39
15       Q.   Okay.  Do you have an                 04:56:40
16    understanding of what Blake Lively's          04:56:43
17    allegations are with respect to               04:56:45
18    retaliation in this case?                     04:56:47
19           MS. McCAWLEY:  Objection.  I'm         04:56:49
20       just going to instruct you to the          04:56:50
21       extent that you have information as        04:56:52
22       a result of your conversations with        04:56:53
23       your attorneys, you cannot respond.        04:56:55
24       If you have it independent of that,        04:56:56
25       you're welcome to respond.                 04:56:58
```

Page 244

| | | |
|---|---|---|
| 1 | LESLIE SLOANE - HIGHLY CONFIDENTIAL | |
| 2 | than one thing from James?  I'm | 05:57:41 |
| 3 | sorry, I have to read the email, | 05:57:42 |
| 4 | all the paperwork from James. | 05:57:46 |
| 5 | I feel the fact that you're | 05:59:32 |
| 6 | asking me that question that it's | 05:59:33 |
| 7 | somewhere here. | 05:59:35 |
| 8 | Q.   Why do you assume that? | 05:59:35 |
| 9 | A.   Because every time you ask me | 05:59:36 |
| 10 | a question you produce a document.  I've | 05:59:38 |
| 11 | noticed your pattern.  I pick up on | 05:59:40 |
| 12 | things.  And I'm not going to get in | 05:59:43 |
| 13 | trouble for this. | 05:59:52 |
| 14 | MR. FRITZ:  I'm happy to | 05:59:53 |
| 15 | withdraw the question and move on. | 05:59:54 |
| 16 | It's not in any of the documents | 05:59:56 |
| 17 | I've shown you so far. | 05:59:58 |
| 18 | THE WITNESS:  Then thank you, | 05:59:59 |
| 19 | please move on.  Because I can't | 06:00:01 |
| 20 | answer that. | 06:00:02 |
| 21 | Q.   Did James from the Daily Mail | 06:00:06 |
| 22 | ever tell you that Melissa Nathan had not | 06:00:08 |
| 23 | done anything anti-Blake? | 06:00:13 |
| 24 | Do you recall that? | 06:00:16 |
| 25 | MS. GOVERNSKI:  Objection. | 06:00:17 |

Page 287

```
 1        LESLIE SLOANE - HIGHLY CONFIDENTIAL
 2              MS. McCAWLEY:  Join.                06:00:18
 3        A.    Yes.                                06:00:19
 4        Q.    Did you, at the time, have any     06:00:19
 5   reason to disbelieve him?                      06:00:22
 6        A.    In that case, knowing their        06:00:26
 7   friendship, I questioned it.                   06:00:28
 8        Q.    Okay.                               06:00:32
 9        A.    And her close relationship         06:00:35
10   with the Daily Mail and the entire L.A.       06:00:37
11   office.  And that her sister over the          06:00:39
12   years had told me how close they were to       06:00:41
13   all the women at the Daily Mail.  Yes.         06:00:44
14        Q.    Have you ever seen any             06:00:46
15   documents, emails, text messages from         06:00:54
16   Melissa Nathan to anyone demonstrating        06:00:58
17   that Melissa Nathan caused anything           06:01:02
18   negative to be written about Blake            06:01:05
19   Lively?                                        06:01:07
20              MS. GOVERNSKI:  Objection.          06:01:07
21              MS. McCAWLEY:  Objection.           06:01:08
22        A.    I've seen texts in the             06:01:11
23   complaints that we can -- that she made a     06:01:15
24   reference to a reporter that Jen Abel had     06:01:22
25   or Jen Abel did both of them, they had        06:01:25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127