# Exhibit 174

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 41 | Date Range: 8/8/2024 |

## Outline of Conversations

 **6aff6b256baebef075e0d3313731968e-2024-08-08** · 41 messages on 8/8/2024 · James V ·

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **6aff6b256baebef075e0d3313731968e-2024-08-08**

**J — James V** — 8/8/2024, 10:20 AM
Have to talk about some stuff that came in from reporters re Blake and her new movie drama

**LS** — 8/8/2024, 10:20 AM
On plane like what

**J — James V** — 8/8/2024, 10:26 AM
Well it's a lot to text but it's regarding probs on the set involving her and Justin baldoni and fallout over that with Blake being labeled difficult and a power struggle existing

**LS** — 8/8/2024, 10:27 AM
Your info is totally off

**J — James V** — 8/8/2024, 10:28 AM
There is clearly something. Going on bc it's cold from three reporters and none of them are me

**J — James V** — 8/8/2024, 10:28 AM
I'm just the only one not afraid to reach out to u lol

**LS** — 8/8/2024, 10:28 AM
You have it all wrong

**LS** — 8/8/2024, 10:29 AM
Your reporters are so wrong

**J — James V** — 8/8/2024, 10:35 AM
Okay I'm just Being straight up with you bc that is how I roll always. I'm coming to u bc I actually like Blake and don't want Dailymail to fuck with her. One of them said that Blake and Ryan insisted on rewriting the movie and another that she got very opinionated over directorial issues

**J — James V** — 8/8/2024, 10:37 AM
Do you wanna ring me when you land and I'll tell them that they need to hold off on anything for a few bc her rep is unavailable and need to atleast get no comment. No one knows that we speak just that you would read emails from me and respond

**J — James V** — 8/8/2024, 11:17 AM
Like I said tho the reporting Is that there were issues between her and Justin as well as others and that Justin found it difficult to work with her. One of these reporters known is close with Steph Jones bc they used to always get Tom brady Giselle shit and Steph reps him I believe… I told them she is awful and to not rely on anything she says

**J — James V** — 8/8/2024, 11:25 AM
So they want to run something based on this reporting and i want to shut it down but need something to shut it down with I know she's a liar I just need to get my editor on board bc she has three reporters feeding her bullshit two from la

**LS** — 8/8/2024, 11:25 AM
I promise she is lying

**LS** — 8/8/2024, 11:25 AM
This will not look good for your site

**J — James V** — 8/8/2024, 11:26 AM
Can u give me anything at all on what the issue is then if it's not her and it's him

**LS** — 8/8/2024, 11:26 AM
No im in a plane and this needs to hold

**James V** — 8/8/2024, 11:32 AM
Sounds good I'd like to clear this shit up

**LS** — 8/8/2024, 11:44 AM
he went on today show and praised her this am how dumb are your people and Stephanie

**James V** — 8/8/2024, 11:46 AM
give me a ring when you can chat I told them hold tf on

**LS** — 8/8/2024, 11:46 AM
Thank you did they see his today Show

**James V** — 8/8/2024, 1:07 PM
I made them aware of that

**James V** — 8/8/2024, 1:09 PM

**James V** — 8/8/2024, 2:26 PM
Are u still flying, They want to have it written up at 3pm argh

**LS** — 8/8/2024, 2:28 PM
For 45 more minutes

**James V** — 8/8/2024, 3:16 PM
Aight

**James V** — 8/8/2024, 3:19 PM
Okay I'm just Being straight up with you bc that is how I roll always. I'm coming to u bc I actually like Blake and don't want Dailymail to fuck with her. One of them said that Blake and Ryan insisted on rewriting the movie and another that she got very opinionated over directorial issues

**James V** — 8/8/2024, 3:20 PM
Do you wanna ring me when you land and I'll tell them that they need to hold off on anything for a few bc her rep is unavailable and need to atleast get no comment. No one knows that we speak just that you would read emails from me and respond

**James V** — 8/8/2024, 3:28 PM

*Attachment: 74483811328__E6067D64-79E5-404B-BEC1-D32F281EBF04.MOV (4 MB)*

**James V** — 8/8/2024, 3:28 PM

*Attachment: 74483811328__E6067D64-79E5-404B-BEC1-D32F281EBF04.HEIC (1 MB)*

**James V** — 8/8/2024, 3:59 PM
Okay can I just say no comment I'm over dealing with this today

**James V** — 8/8/2024, 4:00 PM
Not even my shit sorry not u but I've had shit day

| | James V | 8/8/2024, 4:09 PM |
|---|---|---|
| J | Not sure how we got disconnected | |

| | James V | 8/8/2024, 5:10 PM |
|---|---|---|
| J | | |

*Attachment: IMG_5053.heic (367 KB)*

| J | James V | 8/8/2024, 5:10 PM |
|---|---|---|

*Attachment: IMG_5478.heic (304 KB)*

| J | James V | 8/8/2024, 5:10 PM |
|---|---|---|

*Attachment: IMG_5479.heic (59 KB)*

| J | James V | 8/8/2024, 5:10 PM |
|---|---|---|

*Attachment: IMG_5475.heic (48 KB)*

| | James V | 8/8/2024, 5:11 PM |
|---|---|---|
| J | The sweetest boys ever | |

| | James V | 8/8/2024, 5:11 PM |
|---|---|---|
| J | Little guy (12) is the black and white one that just ▮ ♥ | |

| | James V | 8/8/2024, 5:11 PM |
|---|---|---|
| J | The other is Lil Buddy he's 5 | |

| | James V | 8/8/2024, 5:14 PM |
|---|---|---|
| J | I've convinced Emma to kill the reporters 'bullshit' Blake info and she asked them to reveal to her who their sources are and how they would be privy to such info | |

| | James V | 8/8/2024, 5:14 PM |
|---|---|---|
| J | I shut it down and we are going to discuss tmrw what we Are going to do since Steph jones fed us lies | |