# Exhibit 175

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 65 | Date Range: 8/8/2024 |

## Outline of Conversations

 **6aaacb880ec384066642601f392c449f-2024-08-08** • 65 messages on 8/8/2024 • Danni •

CONFIDENTIAL

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **6aaacb880ec384066642601f392c449f-2024-08-08**

**LS** — 8/8/2024, 11:31 AM
Hey my emails are funky. Gell is about to open. Page 6 is going as they know about daily mail. Supposedly Stephanie Jones is planting stories against Blake.

**LS** — 8/8/2024, 11:31 AM
I got calls

**LS** — 8/8/2024, 11:31 AM
Well texts

**Danni** — 8/8/2024, 11:33 AM
No!! They are going today?

**LS** — 8/8/2024, 11:34 AM
Yup like now

**Danni** — 8/8/2024, 11:34 AM
Shit

**LS** — 8/8/2024, 11:34 AM
Stephanie has been calling around saying Blake stuff

**Danni** — 8/8/2024, 11:34 AM
What is the Daily Mail story?

**Danni** — 8/8/2024, 11:34 AM
I haven't see

**Danni** — 8/8/2024, 11:34 AM
Seen

**LS** — 8/8/2024, 11:37 AM
Not up yet but saying that Blake and Ryan insisted on rewriting the movie and another that she got very opinionated over directorial issues and that Justin found her difficult. Blah blah blah. Page 6 is now going as they heard about this I'm so pissed oh a Justin posted the trailer

**LS** — 8/8/2024, 11:40 AM
Ok I still have page 6 holding. Pls call Stepanie and tell her to cut it out as if the daily mail runs it will not good  I texted Josh to shot get down as well

**Danni** — 8/8/2024, 11:42 AM
I told him too

**LS** — 8/8/2024, 11:43 AM
My existence now is having page 6 hold. Stephanie is an asshole

**Danni** — 8/8/2024, 11:43 AM
lol
Huge asshole!

**LS** — 8/8/2024, 11:44 AM
How's it going

**Danni** — 8/8/2024, 11:46 AM
Good! Late but not unbelievable

**LS** — 8/8/2024, 11:47 AM
Kk. I just got daily mail to hold I'm losing my mind

**Danni** — 8/8/2024, 11:47 AM
You are doing the lord's work!

**LS** — 8/8/2024, 11:50 AM
lol. I want this film to work

**LS** — 8/8/2024, 11:50 AM
Why is she running Kat's food or outfits

**LS** — 8/8/2024, 11:51 AM
Did we make up the ones we lost

**LS** — 8/8/2024, 11:51 AM
I. Ny

**LS** — 8/8/2024, 11:51 AM
In ny

**Danni** — 8/8/2024, 11:52 AM
Glam and talking delayed us

**Danni** — 8/8/2024, 11:53 AM
Well yes, clothes but not as much food today!

**Danni** — 8/8/2024, 11:54 AM
She's totally fine, making it work!

**Danni** — 8/8/2024, 11:55 AM
Agreed!

**LS** — 8/8/2024, 11:57 AM
Not clothes and food

**LS** — 8/8/2024, 11:58 AM
lol. How's Jami doing as she's not used to this

**LS** — 8/8/2024, 11:59 AM
The best

**LS** — 8/8/2024, 12:00 PM
I asked Josh to call Stephanie and say I would just say you were Informed that she has been speaking with sites about the bad blood between Justin and Blake. Say this will hurt the film if true and that you are sure it's just a rumor but your team is totally on top of this.

You can't yell. Scare her with kindness and manipulation

**Danni** — 8/8/2024, 12:01 PM
And i called too!

**Danni** — 8/8/2024, 12:45 PM
We talked to Justin's publicist Jenn - they were shocked that Stephanie would have been involved since she knows nothing about the campaign at all.

**LS** — 8/8/2024, 12:46 PM
Weird as off the record her friends ratted her out

**Danni** — 8/8/2024, 12:47 PM
Well Jenn sounded like she often goes rogue as was PISSED

**LS** — 8/8/2024, 12:47 PM
Well she did. I was told it was her but won't reveal which publication

**Danni** — 8/8/2024, 12:47 PM
Well i believe u

**Danni** — 8/8/2024, 12:48 PM
And i think Jenn believes it too

**LS** — 8/8/2024, 12:48 PM
I believe the person who told me

**LS** — 8/8/2024, 12:49 PM
How many people are on set when Blake shot the intimate scenes. Page 6 has intel

**Danni** — 8/8/2024, 12:49 PM
I ageee

**LS** — 8/8/2024, 12:50 PM
1. Blake felt he looked at her while she was breastfeeding

2. He lingered too long while kissing her in a scene

3. Told her she smelled good

**LS** — 8/8/2024, 12:51 PM
I didn't know this. Breast feeding ?

**Danni** — 8/8/2024, 12:51 PM
Geez

**LS** — 8/8/2024, 1:15 PM
Justins tea. Just brought in a crisis consultant. At least she's a friend of mine. Sad I do that too so this will be interesting

**LS** — 8/8/2024, 1:15 PM
Team

**Danni** — 8/8/2024, 1:16 PM
Stop it!!

**Danni** — 8/8/2024, 1:16 PM
Seriously?

**LS** — 8/8/2024, 1:17 PM

**LS:** Yup

**LS:** That means guilt and they are afraid of me — 8/8/2024, 1:17 PM

**LS:** And all I want is yo make this go away — 8/8/2024, 1:17 PM

**Danni:** They should be afraid — 8/8/2024, 1:17 PM

**LS:** I won't do anything to hurt film. — 8/8/2024, 1:17 PM

**LS:** Everyone worked too hard. I want thus to stop — 8/8/2024, 1:17 PM

**LS:** Jennifer thinks Steph did it — 8/8/2024, 1:18 PM

**Danni:** She doesn't know but wayfarer told her to stand down and shut up — 8/8/2024, 1:18 PM

**Danni:** (Told Stephanie) — 8/8/2024, 1:18 PM

**LS:** Good — 8/8/2024, 1:19 PM

**LS:** I need a good 38 hours — 8/8/2024, 1:20 PM

**LS:** Film is out and tickets bought — 8/8/2024, 1:20 PM

**Danni:** Exactly! — 8/8/2024, 1:21 PM

**Danni:** Almost! — 8/8/2024, 1:22 PM

**LS:** Is it almost premiere — 8/8/2024, 1:23 PM

**LS:** Cool — 8/8/2024, 1:23 PM