# Exhibit 176

Message

**From:** Stephanie Jones [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JONESWORKSINC.ONMICROSOFT.COM-59744-STEPHANI]
**Sent:** 8/9/2024 12:46:11 PM
**To:** Tera Hanks
**CC:** Jamey Heath
**Subject:** Re: Aligning this morning

I'll make myself free I'm on vacation. Can talk whenever works.

Stephanie Jones
www.jonesworks.com

On Aug 9, 2024, at 5:04 PM, Tera Hanks wrote:

Absolutely will get a call set

On Fri, Aug 9, 2024 at 9:02 AM Jamey Heath wrote:
Good morning Stephanie.

I'd like to set a call today for us to talk please.
Tera, would you mind facilitating a time that works for us three today. In the meantime, i remind us all not to contact , respond or reply anyone under any circumstances. Including Leslie Sloane and Sony.

Thank you,
Jamey.



**Jamey Heath**
CEO
Wayfarer Studios

On Aug 9, 2024, at 9:53 AM, Stephanie Jones wrote:

Good morning, Jamey and Tera -

I've sent several incoming press requests we have received last night and this morning my time (in London). I'd like to have a quick call to align on our Justin/Wayfarer communication plan this morning. It's crucial that we all share a unified understanding.

While I am not engaging with the media regarding Justin or Wayfarer per your direction yesterday, I do need to reach out to Sony and Leslie Sloane. Your note yesterday mentioned false accusations involving my name, and it's imperative that I address this. I cannot allow a misleading narrative to take hold. For nearly eight years, I have fiercely protected JB, and I won't stand by while any suggestion that either myself or JW is acting inappropriately gains traction.

Please let me know when you're free to discuss.  My goal is to ensure we are all on the same page moving forward.

Thank you,

Stephanie Jones

Confidential
JONESWORKS_00030242