# Exhibit 178

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 8/9/2024 |

## Outline of Conversations

 **BL-FullMessages-0693213** • 11 messages on 8/9/2024 • warren zavala <+XXXXXX> • ?B? <+XXXXX>

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **BL-FullMessages-0693213**

**WZ**  warren zavala <+▮▮▮▮▮>  ▶ 8/9/2024, 2:00 PM
I just read the Daily Mail article. I feel it puts enough out there. How are you feeling? I'm sure you're exhausted. Thinking about you.

**#**  ?B? <+▮▮▮▮▮>  ◀ 8/9/2024, 3:43 PM
He hired Johnny depp crisis management team

**#**  ?B? <+▮▮▮▮▮>  ◀ 8/9/2024, 3:44 PM
They literally have boys going after me and propping him up

**WZ**  warren zavala <+▮▮▮▮▮>  ▶ 8/9/2024, 3:51 PM
Yes. I know. British woman named Melissa. But still.

**WZ**  warren zavala <+▮▮▮▮▮>  ▶ 8/9/2024, 4:03 PM
Attached URL: https://p67-content.icloud.com/MF16877C6D81B4D38494AB227FE1DAE3DB6C99B1F7304A617DBEDF215CB545823.C01USN00
Attachment Title: IMG_5737.heic

Attached URL: https://p47-content.icloud.com/MF16877C6D81B4D38494AB227FE1DAE3DB6C99B1F7304A617DBEDF215CB545823.C01USN00
Attachment Title: IMG_5736.heic

*Attachment: IMG_5737.heic (1 MB)*

*Attachment: IMG_5736.heic (1 MB)*

**WZ**  warren zavala <+▮▮▮▮▮>  ▶ 8/9/2024, 4:22 PM
Early number are very high!

**WZ**  warren zavala <+▮▮▮▮▮>  ▶ 8/9/2024, 4:24 PM
On track for 51M. Let's see if it holds. Wowee!

**#**  ?B? <+▮▮▮▮▮>  ◀ 8/9/2024, 4:28 PM
Emphasized "On track for 51M. Let's see if it holds. Wowee!"

**WZ**  warren zavala <+▮▮▮▮▮>  ▶ 8/9/2024, 4:58 PM
Anything with a 4 in front is off the charts. Let's see.

**#**  ?B? <+▮▮▮▮▮>  ◀ 8/9/2024, 5:26 PM
5

**WZ**  warren zavala <+▮▮▮▮▮>  ▶ 8/9/2024, 5:30 PM
Hahaha