# Exhibit 181




**Extraction Report** - Apple iPhone

## Chats (1)

### Native Messages



| # | | Deleted | * |
|---|---|---|---|
| 1 | **Name:** chat6248473161995674<br>**Start Time:** 06/08/2024 03:42:57(UTC+0)<br>**Last Activity:** 15/08/2024 20:46:53(UTC+0)<br>**Number of attachments:** 10<br>**Source:** Native Messages<br>**Account:**<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0x118E9625 (Table: chat, message, handle, Size: 316985344 bytes)<br>**Body file:** chat-0.txt<br><br>**Participants:**<br><br>_$!<Other>!$_* (owner)<br><br>Jamey Heath*<br><br>Melissa Nathan*<br><br>Jennifer Abel* (owner) | | |

From: Melissa Nathan
To: Jennifer Abel (owner)

Hi Jamey, Jen

So incredibly glad that the press went so well today and from what I know, Justin felt incredibly supported. He is lucky to have you all.

We took the day today to do some research and get digital quotes in from the two teams we use that get the best results.

As you are both aware, we are in a predicament that we just do not know the outcome of right now.

Saying that, full transparency is key here, we have seen the most innocuous issues turn giant due to socials or the hugest crisis have no effects on social whatsoever- you just cannot tell at this stage. But, BL does have some of the TS fanbase so we will be taking it extremely seriously.

We also understand audience is not solely JB fanbase but, the studio so it is covering all bases time.

Quote one: $175k - this will be for a 3-4 month period and includes: website ( to discuss) full reddit, full social account take downs, full social crisis team on hand for anything - engage with audiences in the right way, start threads of theories ( to discuss) this is the way to be fully 100%protected.

Quote two $25k per month - min 3 months as it needs to seed same as above - this will be for creation of social fan engagement to go back and forth with any negative accounts, helping to change narrative and stay on track.

There is a lot more to both of these quotes but, easier to discuss via phone in terms of capabilities and what I have personally experienced in and out of crisis scenarios.

Either way, I do feel it is better to be safe but - I do realize costs are something I am sure you did not count on when you took on this project nor, this situation.

Let me know when you would like to discuss more - around on PT tomorrow.

M

Priority: Normal

06/08/2024 03:42:57(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE4CC78D (Table: handle, message, Size: 316985344 bytes)

CONFIDENTIAL    JW0001693

2

Confidential    JONESWORKS_00006979

From: Melissa Nathan
To: Jennifer Abel (owner)

Hi Jamey, Jen

So incredibly glad that the press went so well today and from what I know, Justin felt incredibly supported. He is lucky to have you all.

We took the day today to do some research and get digital quotes in from the two teams we use that get the best results.

As you are both aware, we are in a predicament that we just do not know the outcome of right now.

Saying that, full transparency is key here, we have seen the most innocuous issues turn giant due to socials or the hugest crisis have no effects on social whatsoever- you just cannot tell at this stage. But, BL does have some of the TS fanbase so we will be taking it extremely seriously.

We also understand audience is not solely JB fanbase but, the studio so it is covering all bases time.

Quote one: $175k - this will be for a 3-4 month period and includes: website ( to discuss) full reddit, full social account take downs, full social crisis team on hand for anything - engage with audiences in the right way, start threads of theories ( to discuss) this is the way to be fully 100% protected.

Quote two $25k per month - min 3 months as it needs to seed same as above - this will be for creation of social fan engagement to go back and forth with any negative accounts, helping to change narrative and stay on track.

All of this will be most importantly untraceable.

There is a lot more to both of these quotes but, easier to discuss via phone in terms of capabilities and what I have personally experienced in and out of crisis scenarios.

Either way, I do feel it is better to be safe but - I do realize costs are something I am sure you did not count on when you took on this project nor, this situation.

Let me know when you would like to discuss more - around on PT tomorrow.

M

Priority: Normal

06/08/2024 03:43:49(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE4CCFF8 (Table: message, handle, Size: 316985344 bytes)

---

From: Jennifer Abel (owner)
Jamey, melissa can we do a call around noon to chat through the social scope?
Priority: Normal

07/08/2024 15:35:07(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE583F81 (Table: message, Size: 316985344 bytes)

---

From: Jennifer Abel (owner)
Noon ET
Priority: Normal

07/08/2024 15:35:13(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE58398D (Table: message, Size: 316985344 bytes)

**From:** [redacted] Melissa Nathan
**To:** [redacted] Jennifer Abel (owner)
Perfect - I do have a hard out at 9:30pst but 30 mins should be good.
**Priority:** Normal
07/08/2024 15:36:08(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE5834CA (Table: message, handle, Size: 316985344 bytes)

**From:** [redacted] Jennifer Abel (owner)
Me too
**Priority:** Normal
07/08/2024 15:56:09(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE5869C7 (Table: message, Size: 316985344 bytes)

**From:** [redacted] Melissa Nathan
**To:** [redacted] Jennifer Abel (owner)
Free when you are
**Priority:** Normal
07/08/2024 16:00:39(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE5863F8 (Table: message, handle, Size: 316985344 bytes)

**From:** [redacted] Melissa Nathan
**To:** [redacted] Jennifer Abel (owner)
**Attachments:**



Title: Screenshot 2024-08-07 at 9.17.08 AM.heic
Size: 106774
File name: ~/Library/SMS/Attachments/76/06/3A18EFE3-E2F1-4905-8F3E-43BFD3712A70/Screenshot 2024-08-07 at 9.17.08 AM.heic
Path: https://p28-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF9934558479.C01USN00
~/Library/SMS/Attachments/76/06/3A18EFE3-E2F1-4905-8F3E-43BFD3712A70/Screenshot 2024-08-07 at 9.17.08 AM.heic

**Priority:** Normal
07/08/2024 16:18:19(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE58ED3A (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/76/06/3A18EFE3-E2F1-4905-8F3E-43BFD3712A70/Screenshot 2024-08-07 at 9.17.08 AM.heic :



**From:** Melissa Nathan
**To:** Jennifer Abel (owner)

**Attachments:**

Title: Screenshot 2024-08-07 at 09.18.30.heic
Size: 75048
File name: ~/Library/SMS/Attachments/fc/12/C5156A0F-847C-49C4-8EDD-C2AEA9B13E91/Screenshot 2024-08-07 at 09.18.30.heic
Path: https://p28-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00
~/Library/SMS/Attachments/fc/12/C5156A0F-847C-49C4-8EDD-C2AEA9B13E91/Screenshot 2024-08-07 at 09.18.30.heic

**Priority:** Normal

07/08/2024 16:18:35(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE58EAAB (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/fc/12/C5156A0F-847C-49C4-8EDD-C2AEA9B13E91/Screenshot 2024-08-07 at 09.18.30.heic :



**From:** Melissa Nathan
**To:** Jennifer Abel (owner)

I'm having a really nice calm text conversation with Leslie.

She's going to call me when she gets off the plane. She has stood DM down already.

Then Jen, when you land, we can all speak.

This was the right move to talk to her - honestly building the relationship up this way for any day-to-day stuff is ideal.

Calm  I hope you guys get rest and eat something on the plane.

Says the Jewish mother in me.

**Priority:** Normal

08/08/2024 17:32:56(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE676CC8 (Table: message, handle, Size: 316985344 bytes)



**From:** Jennifer Abel (owner)

I'll call you when we land

**Priority:** Normal

08/08/2024 17:33:24(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE67679C (Table: message, Size: 316985344 bytes)



**From:** Jamey Heath
**To:** Jennifer Abel (owner)

Thanks melissa.
Appreciate you both.

**Priority:** Normal

08/08/2024 17:58:21(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE67974A (Table: message, handle, Size: 316985344 bytes)

CONFIDENTIAL

JW0001696

5

Confidential                                    JONESWORKS_00006982

From:  Jamey Heath
To: ▓▓▓▓▓▓▓ Jennifer Abel (owner)

**Attachments:**



Title: IMG_1295.heic
Size: 98467
File name: ~/Library/SMS/Attachments/59/09/7108352F-072C-4507-AE81-F2E617534E28/IMG_1295.heic
Path: https://p65-content.icloud.com/M218C98F279C4DF4D50A39C3D792791309C2A5C0CB128ED77BD757336C394A0BA.C01USN00
~/Library/SMS/Attachments/59/09/7108352F-072C-4507-AE81-F2E617534E28/IMG_1295.heic



Title: IMG_1292.heic
Size: 100080
File name: ~/Library/SMS/Attachments/51/01/9E0DCFB9-1866-47C1-B989-DEFDE2516B92/IMG_1292.heic
Path: https://p45-content.icloud.com/M218C98F279C4DF4D50A39C3D792791309C2A5C0CB128ED77BD757336C394A0BA.C01USN00
~/Library/SMS/Attachments/51/01/9E0DCFB9-1866-47C1-B989-DEFDE2516B92/IMG_1292.heic

Title: IMG_1293.heic
Size: 94112
File name: ~/Library/SMS/Attachments/ea/10/AD2B2283-86AE-451D-ADFD-F674B42BD9B9/IMG_1293.heic
Path: https://p47-content.icloud.com/M218C98F279C4DF4D50A39C3D792791309C2A5C0CB128ED77BD757336C394A0BA.C01USN00
~/Library/SMS/Attachments/ea/10/AD2B2283-86AE-451D-ADFD-F674B42BD9B9/IMG_1293.heic

**Priority:** Normal

08/08/2024 23:30:57(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE6D9B05 (Table: message, handle, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/59/09/7108352F-072C-4507-AE81-F2E617534E28/IMG_1295.heic :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/51/01/9E0DCFB9-1866-47C1-B989-DEFDE2516B92/IMG_1292.heic :
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/ea/10/AD2B2283-86AE-451D-ADFD-F674B42BD9B9/IMG_1293.heic :

CONFIDENTIAL

JW0001697

6

Confidential

JONESWORKS_00006983





**From:** [redacted] Jennifer Abel (owner)

Just fyi Louise from Sony called and apparently per Tom Rothman they spoke to Carly on background trying to shut this down saying that everyone has agreed that this is the Final Cut of the movie and everyone loves it and how it's usual to have multiple cuts etc. just so everyone knows when you see that sourcing that it's Sony and it's being directed by the top

Priority: Normal

09/08/2024 00:14:31(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE6E5504 (Table: message, Size: 316985344 bytes)

**From:** [redacted] Jennifer Abel (owner)

This was new info to me because as of today everyone was on the same page to not respond and lay low but this just came down the pipeline

Priority: Normal

09/08/2024 00:14:58(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE6E6F81 (Table: message, Size: 316985344 bytes)

**From:** [redacted] Melissa Nathan
**To:** [redacted] Jennifer Abel (owner)

Thank you - what a day

Priority: Normal

09/08/2024 00:15:40(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE6E69B2 (Table: message, handle, Size: 316985344 bytes)

**From:** [redacted] Jennifer Abel (owner)

**Attachments:**



Title: MOV_1624.MOV
Size: 6953038
File name: ~/Library/SMS/Attachments/33/03/7A20D541-10A9-492B-A7A7-EDA328A3B81A/MOV_1624.MOV
Path: https://p50-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00
~/Library/SMS/Attachments/33/03/7A20D541-10A9-492B-A7A7-EDA328A3B81A/MOV_1624.MOV

Priority: Normal

09/08/2024 00:29:51(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE6E7AD3 (Table: message, attachment, Size: 316985344 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/Attachments/33/03/7A20D541-10A9-492B-A7A7-EDA328A3B81A/MOV_1624.MOV :









**From:** ▓▓▓ Jennifer Abel (owner)
Liked "Completely unsolicited story from tmz - Blake has…"
Priority: Normal

13/08/2024 19:54:14(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE95131D (Table: message, Size: 316985344 bytes)

**From:** ▓▓▓ Jennifer Abel (owner)
The post has a similar tip
Priority: Normal

13/08/2024 19:54:19(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE952F81 (Table: message, Size: 316985344 bytes)

**From:** ▓▓▓ Jennifer Abel (owner)
Not from any of us obv
Priority: Normal

13/08/2024 19:54:32(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE952D22 (Table: message, Size: 316985344 bytes)

**From:** ▓▓▓ Melissa Nathan
**To:** ▓▓▓ Jennifer Abel (owner)
Totally not from us.
Priority: Normal

13/08/2024 19:56:28(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE952AB9 (Table: message, handle, Size: 316985344 bytes)

**From:** ▓▓▓ Jennifer Abel (owner)
These are clearly people on set coming out to defend JB which is good and we just let them do their thing
Priority: Normal

13/08/2024 19:57:15(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9528BA (Table: message, Size: 316985344 bytes)

CONFIDENTIAL

JW0001701

10

Confidential

JONESWORKS_00006987

From: Melissa Nathan
To: Jennifer Abel (owner)

The reporter told me her rep is working overtime

Priority: Normal

13/08/2024 19:57:49(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xE9525E8 (Table: message, handle, Size: 316985344 bytes)

From: Melissa Nathan
To: Jennifer Abel (owner)

I just want to check in about Legal options.

Would you like to have someone on hold just in case?

Bryan is asking to send an engagement letter or not .

Priority: Normal

15/08/2024 20:44:46(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAFDF6F (Table: message, handle, Size: 316985344 bytes)

From: Jamey Heath
To: Jennifer Abel (owner)

Give me a few. Lets chat in just a bit

Priority: Normal

15/08/2024 20:46:32(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAFD9E8 (Table: message, handle, Size: 316985344 bytes)

From: Melissa Nathan
To: Jennifer Abel (owner)

Of course

Priority: Normal

15/08/2024 20:46:53(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/SMS/sms.db : 0xEAFD79B (Table: message, handle, Size: 316985344 bytes)