# Exhibit 183

