# Exhibit 184

Message

**From:** Jamey Heath [redacted]
on behalf of Jamey Heath
**Sent:** 8/9/2024 2:41:35 AM
**To:** Jed Wallace [redacted]
**CC:** Katie Case [redacted] Melissa N [redacted] imene meziane [redacted] Brian Singer [redacted] Mitz Toskovic [redacted]
**Subject:** Re: Jamey/ Jed

Hi Jed,

Wonderful to meet you.

I apologize for the delay. The premier and screening we had today has been just crazy time.

We are happy to have you on board.

As for the invoice, I'm adding my team to get into this and have you taken care of asap.

Please meet, Brian, imene and mitz.
Our CFO, our Head of Legal and our VP of Operations respectively. Please rest assured we will get you squared up.

Team Wayfarer, please prioritize this.

Thank you all,

Jamey

**Jamey Heath**
CEO
Wayfarer Studios
[redacted]

On Aug 8, 2024, at 1:11?PM, Jed Wallace [redacted] wrote:

?Thank you for the connecting point, Katie!

Jamey, an absolute pleasure. While the circumstances are the circumstances, this is our wheelhouse and have it prioritized across all platform-specific specialists working for me.

Jed Wallace
Founder
**Street Relations, Inc.**

On Aug 8, 2024, at 1:08?PM, Katie Case wrote:

?
To quickly follow up as I know we want to work as fast as possible -- I've attached an invoice from Street Relations, as discussed.

And to echo Melissa, Jed and his team are truly the best of the best! So happy we could make this connection.

On Thu, Aug 8, 2024 at 11:01?AM Melissa N wrote:

> Hi Jamey,
>
> Please meet Jed who will be having his team assist on all social activity based off our own conversations as well as their digital plan you are in receipt of.
>
> He is aware we are going for their Quote two option for $30,000 PM for 3 months
>
> Jed and team has worked on some of the most monumental BTS projects globally and I'm extremely happy to make this intro between you both.
>
> Jen/ Matthew and TAG team will be working alongside side them of course but, you both should find a few mins to connect around the project as well as payment.
>
> Thanks so much
> Melissa
>
> Sent from my iPhone

<Tag.WS.JB_Digital_Consulting_Project (1).pdf>