# Exhibit 185

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
     BLAKE LIVELY,                )
 3       PLAINTIFF,                ) CASE NO.
                                   ) 1:24-CV-10049-LJL
 4   VS.                           ) (CONSOLIDATED WITH
                                   ) 1:25-CV-00449-LJL
 5   WAYFARER STUDIOS LLC,         )
     JUSTIN BALDONI, JAMEY         )
 6   HEATH, STEVE SAROWITZ,        )
     IT ENDS WITH US MOVIE         )
 7   LLC, MELISSA NATHAN,          )
     THE AGENCY GROUP PR           )
 8   LLC, JENNIFER ABEL, JED       )
     WALLACE, AND STREET           )
 9   RELATIONS INC.,               )
         DEFENDANTS.                )
10   _____
     JENNIFER ABEL,                )
11       THIRD-PARTY               )
         PLAINTIFF,                )
12                                 )
     VS.                           )
13                                 )
     JONESWORKS LLC,               )
14       THIRD-PARTY               )
         DEFENDANT.                )
15   _____
     WAYFARER STUDIOS LLC,         )
16   JUSTIN BALDONI, JAMEY         )
     HEATH, IT ENDS WITH US        )
17   MOVIE LLC, MELISSA            )
     NATHAN, JENNIFER ABEL,        )
18   AND STEVE SAROWITZ,           )
         CONSOLIDATED              )
19       PLAINTIFFS,               )
                                   )
20   VS.                           )
                                   )
21   BLAKE LIVELY, RYAN            )
     REYNOLDS, LESLIE              )
22   SLOANE, VISION PR,            )
     INC., AND THE NEW YORK        )
23   TIMES COMPANY,                )
         CONSOLIDATED              )
24       DEFENDANTS.               )
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 23

1  incorporation for Street Relations from California to
2  Texas in 2025?
3       A.  We were now living in Texas.
4       Q.  Okay.  But you moved in 2021, right?
5       A.  Yes.
6       Q.  So why didn't you change it in 2021?
7       A.  I don't recall.
8       Q.  Okay.  Do you have a -- a title at Street
9  Relations?
10      A.  Founder is what I've used.
11      Q.  Are there any other officers or directors of
12 Street Relations?
13      A.  No.
14      Q.  How would you describe the services that Street
15 Relations offers in the digital space?
16      A.  Specifically in the digital space?
17      Q.  Specifically in the digital space.
18      A.  That would depend on the circumstances.
19      Q.  Okay.  Can you give me -- if you had to
20 describe your full range, Street Relations' full range
21 of capabilities in the digital space, how would you
22 describe that full range of capabilities?
23      A.  Minimal.
24      Q.  What do you mean minimal?
25      A.  We don't do anything as far as action in the

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 24

1  digital space.  It's an observant monitoring role.
2      Q.  Okay.  Is that what you would say to a client
3  who came to you and asked you to describe what you were
4  capable, what services Street Relations was capable of
5  performing in the digital space?
6          MR. BABCOCK:  Objection.
7          THE WITNESS:  Could you rephrase the
8  question?
9      Q.  (BY MR. GOTTLIEB)  You -- you said that
10  the -- Street Relations' full range of capabilities was
11  minimal and that you don't do anything as far as action
12  in the digital space, it's an observant monitoring role.
13  And my question was is that how you would describe your
14  services to a client that came to Street Relations
15  interested in engaging your services?
16      A.  It depends on the client, the client in
17  question.
18      Q.  So maybe and maybe not?
19      A.  It depends on the situation.
20      Q.  Okay.  Let me try my question one more time.
21          MR. BABCOCK:  Could you hang on for a
22  second?
23          Would you give a little space between his
24  question and your answer?  Because I was going to object
25  to one, but you beat me to it.