# Exhibit 186



Confidential
BL-000003321