# Exhibit 188

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 40 | Date Range: 8/11/2024 |

## Outline of Conversations



 iMessage Chat: +▨▨▨▨▨ • 40 messages on 8/11/2024 • Custodian: Abel, Jennifer ▨▨▨▨▨> • Custodian: Abel, Jennifer <▨▨▨▨▨> • Justin Baldoni <▨▨▨▨▨>

Confidential

JONESWORKS_00015018

**Messages in chronological order** (times are shown in GMT -04:00)

---

**iMessage Chat:** +XXXXX

**JB** — **Justin Baldoni** <XXXXX>  ▶ 8/11/2024, 1:37 PM
You can also book your stay through our Central Reservations Office
+1 XXXXX (tel: XXXXX)

Receipts • Custodian: Abel, Jennifer <XXXXX> [R:8/11/2024, 1:56 PM]

**JB** — **Justin Baldoni** <XXXXX>  ▶ 8/11/2024, 1:37 PM
https://www.anantara.com/en/convento-di-amalfi/contact

*Attachment: files/Image/9643621E-35C3-4C03-91EA-727F0BF42321.pluginPayloadAttachment (851 bytes)*

Receipts • Custodian: Abel, Jennifer <XXXXX> [R:8/11/2024, 1:56 PM]

**JB** — **Justin Baldoni** <XXXXX>  ▶ 8/11/2024, 1:37 PM
Mind trying this place?

Receipts • Custodian: Abel, Jennifer <XXXXX> [R:8/11/2024, 1:56 PM]

**JA** — **Custodian: Abel, Jennifer** <XXXXX>  ◀ 8/11/2024, 1:57 PM
Yes! What dates are you looking for? I'll add this one to the list!

Receipts • Justin Baldoni <XXXXX> [D:8/11/2024, 1:57 PM]

**JB** — **Justin Baldoni** <XXXXX>  ▶ 8/11/2024, 2:05 PM
Later this week lol-
Just trying to see if a hotel will hook us up and Il tag them in stories or a post maybe

Receipts • Custodian: Abel, Jennifer <XXXXX> [R:8/11/2024, 2:06 PM]

**JA** — **Custodian: Abel, Jennifer** <XXXXX>  ◀ 8/11/2024, 2:07 PM
Ha! Ok will start looking into this and other properties first thing tomorrow and see what's able to be offered. Since it's the off season I bet there will be more flexibility which will be good!

Receipts • Justin Baldoni <XXXXX> [D:8/11/2024, 2:07 PM]

**JB** — **Justin Baldoni** <XXXXX>  ▶ 8/11/2024, 2:19 PM
Loved "Ha! Ok will start looking into this and other prop…"

Receipts • Custodian: Abel, Jennifer <XXXXX> [R:8/11/2024, 2:19 PM]

**JB** — **Justin Baldoni** <XXXXX>  ▶ 8/11/2024, 2:19 PM
Anything new today - from Melissa ?

Receipts • Custodian: Abel, Jennifer <XXXXX> [R:8/11/2024, 2:19 PM]

**JA** — **Custodian: Abel, Jennifer** <XXXXX>  ◀ 8/11/2024, 2:20 PM
Nothing. Very very little pickup. Fans remain supportive of you and believe the issue of the "feud" is because she took control of the movie

Receipts • Justin Baldoni <XXXXX> [D:8/11/2024, 2:20 PM]

**JB** — **Justin Baldoni** <XXXXX>  ▶ 8/11/2024, 2:21 PM
I'm feeling like we need to prepare for another push from them- hoping that's not the case and the truce really stands

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:24 PM]

**JA** — **Custodian: Abel, Jennifer** — 8/11/2024, 2:25 PM
We are prepared for any more bumps in the road 🙂

Receipts • Justin Baldoni [D:8/11/2024, 2:25 PM]

**JA** — **Custodian: Abel, Jennifer** — 8/11/2024, 2:25 PM
But we are through the worst of it

Receipts • Justin Baldoni [D:8/11/2024, 2:25 PM]

**JB** — **Justin Baldoni** — 8/11/2024, 2:25 PM
Hard to relax but trusting you

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:25 PM]

**JB** — **Justin Baldoni** — 8/11/2024, 2:25 PM
lol

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:25 PM]

**JA** — **Custodian: Abel, Jennifer** — 8/11/2024, 2:25 PM
So main focus is to keep pushing out good content and good messaging and how much you care etc etc

Receipts • Justin Baldoni [D:8/11/2024, 2:25 PM]

**JA** — **Custodian: Abel, Jennifer** — 8/11/2024, 2:26 PM
That's truly what combats the bad

Receipts • Justin Baldoni [D:8/11/2024, 2:26 PM]

**JA** — **Custodian: Abel, Jennifer** — 8/11/2024, 2:26 PM
Laughed at "Hard to relax but trusting you"

Receipts • Justin Baldoni [D:8/11/2024, 2:26 PM]

**JB** — **Justin Baldoni** — 8/11/2024, 2:26 PM
Loved "That's truly what combats the bad"

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:26 PM]

**JB** — **Justin Baldoni** — 8/11/2024, 2:26 PM
Can we find the video from my interview with the Swedish guy where I lovingly correct him

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:26 PM]

**JA** — **Custodian: Abel, Jennifer** — 8/11/2024, 2:26 PM
Make it so unbelievable that anything negative that she pushes out could be true

Receipts • Justin Baldoni [D:8/11/2024, 2:26 PM]

**JB** — **Justin Baldoni** — 8/11/2024, 2:27 PM
K

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:27 PM]

**JA** — Custodian: Abel, Jennifer  ◀ 8/11/2024, 2:27 PM
(Which is true)

Receipts • Justin Baldoni [D:8/11/2024, 2:27 PM]

**JA** — Custodian: Abel, Jennifer  ◀ 8/11/2024, 2:27 PM
Yes he will be posting this week we are told

Receipts • Justin Baldoni [D:8/11/2024, 2:27 PM]

**JA** — Custodian: Abel, Jennifer  ◀ 8/11/2024, 2:27 PM
And then you will amplify

Receipts • Justin Baldoni [D:8/11/2024, 2:27 PM]

**JB** — Justin Baldoni  ▶ 8/11/2024, 2:31 PM
K

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:56 PM]

**JB** — Justin Baldoni  ▶ 8/11/2024, 2:33 PM
https://www.hotelsantacaterina.it/en/home/

*Attachment: files/Image/26FD0AE0-EA01-47D1-89AC-022D0D0077E6.pluginPayloadAttachment (30 KB)*

*Attachment: files/Image/3503E172-19D2-4DC5-82E8-8E214A2BE920.pluginPayloadAttachment (259 KB)*

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 2:56 PM]

**JB** — Justin Baldoni  ▶ 8/11/2024, 5:59 PM
https://sani-resort.com/

*Attachment: files/Image/04EE2C7B-C1C1-4366-B8A8-1EB611971C55.pluginPayloadAttachment (182 KB)*

*Attachment: files/Uncategorized/A37CCC73-286E-4B5D-9948-FCF3EB1B78D5.pluginPayloadAttachment (98 KB)*

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 6:05 PM]

**JB** — Justin Baldoni  ▶ 8/11/2024, 5:59 PM
Ok- now switching to Greece I think. (If Sony wants me to do something in italy we can totally fly there for the 21st)
I feel like this resort will do a trade …

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 6:05 PM]

**JB** — Justin Baldoni  ▶ 8/11/2024, 7:21 PM
Ok- sorry. Last text
Was last video too self promoting ? Shit having doubts now -

Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 7:21 PM]

**JA** — Custodian: Abel, Jennifer  ◀ 8/11/2024, 7:22 PM
No

Receipts • Justin Baldoni [D:8/11/2024, 7:22 PM]

**JB** — Justin Baldoni  ▶ 8/11/2024, 7:22 PM
I shouldn't read the comments but someone wrote - "yikes something must be about to hit the fan"
Got me thinking and nervous lol

Confidential

| | | |
|---|---|---|
| | Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 7:22 PM] | |
| JA | **Custodian: Abel, Jennifer** <br> But let's take a breather now | ◄ 8/11/2024, 7:22 PM |
| | Receipts • Justin Baldoni [D:8/11/2024, 7:22 PM] | |
| JB | **Justin Baldoni** <br> maybe should have taken the fan photos out - | ► 8/11/2024, 7:22 PM |
| | Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 7:22 PM] | |
| JB | **Justin Baldoni** <br> could always pull it down quickly and throw it on stories instead - | ► 8/11/2024, 7:23 PM |
| | Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 7:23 PM] | |
| JB | **Justin Baldoni** <br> I don't know why I'm nervous - feels kinda showy even though intention was to show we are still promoting the movie | ► 8/11/2024, 7:23 PM |
| | Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 7:23 PM] | |
| JA | **Custodian: Abel, Jennifer** <br> No don't take it down that will draw more attention | ◄ 8/11/2024, 7:24 PM |
| | Receipts • Justin Baldoni [D:8/11/2024, 7:24 PM] | |
| JA | **Custodian: Abel, Jennifer** <br> Just none of the other cast have been posting so we just want to let some more time pass between posts and slow it down | ◄ 8/11/2024, 7:25 PM |
| | Receipts • Justin Baldoni [D:8/11/2024, 7:25 PM] | |
| JB | **Justin Baldoni** <br> was your gut to not post ? | ► 8/11/2024, 7:25 PM |
| | Receipts • Custodian: Abel, Jennifer [R:8/11/2024, 7:25 PM] | |
| JA | **Custodian: Abel, Jennifer** <br> No not at all I think it's still opening weekend it's fine to post the theater content but we should wait to post more survivor content | ◄ 8/11/2024, 7:26 PM |
| | Receipts • Justin Baldoni [D:8/11/2024, 7:26 PM] | |
| JA | **Custodian: Abel, Jennifer** <br> Let it breathe now | ◄ 8/11/2024, 7:26 PM |
| | Receipts • Justin Baldoni [D:8/11/2024, 7:26 PM] | |