# Exhibit 190

Message

| | |
|---|---|
| From: | Smalle, David |
| Sent: | 8/13/2024 5:50:09 PM |
| To: | Greenstein, Josh |
| CC: | Plishner, Elias          Hann, Gloria          Maggin, Danni |
| | Smalle, David |
| Subject: | IT ENDS WITH US - Cast Controversy - Social & Press Response |

Josh,

Per your discussion with Elias, below is a high level look at both the social and press response to the reported "controversy" between Blake and Justin (thanks to Glo's team for helping on the press breaks). Importantly, response to the movie itself was very positive across social platforms (81% overall from 460K mentions), with audiences praising its emotional impact and urging others to watch it with friends.

On social, the controversy drove 216K mentions (about a third of overall movie-related conversation). Very little of this seemed to impact people's interest in seeing the movie; however, much of the online response was more supportive of Justin (89%). Negativity around Blake was most prominent on Twitter and TikTok, likely coming from younger audiences, while Facebook and Instagram were much more supportive overall. Some younger audiences felt Justin spoke to the DV subject matter more seriously, while others criticized Blake's approach (including the focus on her outfits & hair care company, and co-promotion of the film with Ryan). Note that while we don't have detailed international information available, we know it was discussed far less (only 9% of discussion).

Press response was more neutral in its coverage (55%), with the remainder only slightly leaning toward support for Justin (25%) vs Blake (20%). Detail can be found below.

Let us know if there are questions.

David

## SOCIAL RESPONSE:
216K mentions
NEUTRAL: 7%
PRO-BLAKE: 4%
PRO-JUSTIN: 89%

**Neutral Topics:**
- Noticing the 'tension' between Baldoni and Lively/rest of the cast. Inclusive of Baldoni not being in marketing, Baldoni/Lively staying separate during the red carpets, being unfollowed by talent on social media.
- Joking about theories that caused the alleged feud.
- Understanding there are two sides to every story, between Baldoni making Lively 'uncomfortable' on set vs Blake 'taking over' production.

**Pro-Blake Topics:**
- Praising Lively's passion for the project and embodying Lily.
- General Love for Lively's filmography and acting.
- Appreciated her female perspective in the creative process compared to Baldoni's male perspective.

**Pro-Justin Topics:**
- Supportive of Baldoni because they felt he took the DV subject matter more seriously in interviews.
- Lively perceived as 'softening' the DV plot by (a) discussing it in vague ways in interviews/red carpet, (b) focusing on her outfits/appearances on red carpet, (c) simultaneously launching her hair care company.
- Oversaturation of Lively and Reynolds' dual star power following Deadpool x Wolverine.
- Reynolds writing a scene in film, rumored that he wrote it during strikes.
- Rumors about Lively editing a separate cut of the film and it being final cut.

**PRESS RESPONSE:**
NEUTRAL: 55%
PRO-BLAKE: 20%
PRO-JUSTIN: 25%

**FAVOR-BLAKE**

DAILYMAIL.CO.UK
https://www.dailymail.co.uk/tvshowbiz/article-13737863/It-Ends-director-Justin-Baldoni-clashed-cast-author-Blake-Lively.html
Headline: "Blake Lively Cast Mates and Author Want Nothing To Do With Him" (also mention Justin's team says feud is "overblown")

DAILYMAIL.CO.UK
https://www.dailymail.co.uk/tvshowbiz/article-13737259/Blake-Lively-Justin-Baldoni-witnessed-arguing-filming-Ends-New-Jersey.html
Headline: "Lively and Baldoni Witnessed Arguing".
"Sources say Baldoni behaved in a chauvinistic and borderline abusive manner"

DEADLINE.COM
https://deadline.com/2024/08/it-ends-with-us-blake-lively-1236037203/
Headline: "Lively was a Creative Tour De Force"
Blake involved in all aspects of marketing, discusses strong marketing campaign

EONLINE.COM
https://www.eonline.com/news/1406035/it-ends-with-us-blake-lively-gives-example-of-creative-differences-amid-feud-rumors
Headline: "Blake Gives Example of Creative Differences Amid Feud Rumors"
Blake explains her decision to keep in "Cherry" despite resistance

NEW YORK TIMES
https://www.nytimes.com/2024/08/11/movies/it-ends-with-us-blake-lively-brand.html
Headline: "What It Ends With Us Says About the Blake Lively Brand"
"Fascinating Use of Star Power. . .Lively has infused herself in every part of the film."

PAGESIX.COM
https://pagesix.com/2024/08/13/entertainment/blake-lively-reveals-clash-over-it-ends-with-us-song-choice-amid-feud-rumors/
Headline: "Blake Lively Reveals Clash Over It Ends With Us Song Choice Amid Feud Rumors"

PAGESIX.COM
https://pagesix.com/2024/08/08/entertainment/blake-lively-lets-fan-wear-her-coat-at-it-ends-with-us-london-premiere/
Headline: "Blake Lively Lets Emotional Young Fan Wear Her Coat at London Premiere"

ROLLINGSTONE.COM
https://www.rollingstone.com/tv-movies/tv-movie-news/it-ends-with-us-clash-blake-lively-lana-del-rey-1235078841/
Headline: Blake Lively Was 'Begged' to Remove Lana Del Rey Song From 'It Ends With Us'

VULTURE.COM
https://www.vulture.com/article/it-ends-with-us-cast-drama-tiktok.html
Headline: It Ends With Us Drama Starts With Blake Lively and Justin Baldoni
Mentions several theories

Confidential                                                                                                                               SPE_BL0003329

YAHOO.COM
https://www.yahoo.com/entertainment/it-ends-with-us-what-blake-lively-justin-baldoni-and-the-cast-have-said-about-making-the-movie-as-feud-rumors-swirl-002914699.html
Headline: 'It Ends With Us': What Blake Lively, Justin Baldoni and the cast have said about making the movie as feud rumors swirl

**FAVOR JUSTIN**
BUZZFEED.COM
https://www.buzzfeed.com/natashajokic1/it-ends-with-us-blake-lively-justin-baldoni
"Let's contrast this with the tone with which Justin has approached the movie, which has been decidedly more serious. His Instagram bio directly links to No More, an anti-domestic abuse nonprofit that was the "charitable partner" of the movie. Justin worked with them in his depiction of violence in the movie, and he has sported their pin alongside tagging them in numerous other posts. The difference in approach between Blake and Justin has not gone unnoticed. Take a cursory glance through Blake's Instagram."

GLAMOUR.COM
https://www.glamour.com/story/how-do-you-solve-a-problem-like-it-ends-with-us
"The perceived drama has kicked off a flurry of speculation, ranging from allegations that Baldoni did something horrible on set that made everyone turn against him, to blaming Lively and Reynolds for "pushing" Baldoni out of the film. We don't know the truth, but what we do know is that the whole debacle is only making the way the film has been presented to the public even more muddled."

"As the promotion kicked off this week, eagle-eyed fans noticed that he was completely separate from the rest of the cast during interviews and red carpet appearances. Not only is Baldoni not appearing with his castmates, he is not being discussed by anyone and it seems, at least according to the internet, actively ignored. Lively didn't even mention him when discussing a pivotal scene in the film in which her character meets Baldoni's, saying Reynolds actually wrote it. "He works on everything I do," Lively told E! News of Reynolds's involvement. "I work on everything he does. So his wins, his celebrations are mine, and mine are his." This is weird because in that same article, Baldoni went out of his way to praise Lively as a "creative force."

"But in the days since, I am growing skeptical that the film can deliver that message effectively. It's a shame, because it's a message that's needed."

GLAMOUR.COM
https://www.glamour.com/story/justin-baldoni-responds-to-claims-that-it-ends-with-us-glorifies-domestic-violence
"Like Hoover, who faced backlash for attempting to release a coloring book based on the novel, Lively is being criticized for marketing the film as a lighthearted romance and promoting her haircare line during the press tour. One particular interview in which Lively told viewers to "grab your friends, wear your florals" to see the film is rubbing many fans the wrong way. Meanwhile, fans have noted that Baldoni's interviews are largely centered around the film's depiction of abuse."

GRAZIADAILY.CO.UK
https://graziadaily.co.uk/life/tv-and-film/it-ends-with-us-domestic-violence/
"It's clearly a dark subject matter, but you wouldn't know it from the film's marketing, drawing criticism from social media users…
Its promotional posters bear a pink and purple floral theme, which Blake Lively has mirrored in her red carpet styling, whilst the premieres themselves have been bright bouquets of pink, purple and sparkle. Whilst the red carpet is one thing, Lively's entrepreneurial ambitions have become another major angle for her promotional circuit. She has done little to dispel allegations that she's using the film's press run as a backdrop to promote her business ventures, conveniently launching her new haircare line in the middle of the film's press campaign.
The actress's alcoholic brands, Betty Booze and Betty Buzz, even hosted a "Betty Blooms" event, tying the film to her beverage lines. "When your company throws a florist-themed party for your movie" she captioned on Instagram. She has

Confidential                                                                                                                              SPE_BL0003330

mentioned the film's domestic violence theme in one Extra interview, but these references have felt somewhat uncomfortably overshadowed by a broadly tone-deaf approach to the film's content."

INDEPENDENT.CO.UK
https://www.independent.co.uk/arts-entertainment/films/features/blake-lively-ryan-reynolds-it-en
"As of right now, it's an approach that's also got Lively into a bit of hot water. Venture onto her Instagram and you will currently find hundreds of angry comments suggesting that Lively has misread the room when it comes to It Ends with Us. The film is about a woman fleeing a marriage to a volatile and abusive man, and many fans have wondered if the commercial tie-ins feel misplaced. Her themed cocktails, for instance, included one called the "Ryle You Wait" – named after the character in the film who, um, throws her down the stairs."

"Lively has led an upbeat promo cycle focused on flowery fashions and the love story angle of the film (the swole hobo grows up to be a sensitive chef played by actor Brandon Sklenar, who seems like an AI composite of Glen Powell, Matthew Rhys and a handful of Hemsworths). Baldoni, meanwhile, has used his solo press run to discuss domestic violence and the nature of toxic relationships. It's almost as if they've been talking up two different films."

PEREZHILTON.COM
https://perezhilton.com/blake-lively-spills-tea-creative-differences-amid-it-ends-with-us-justin-baldoni-feud/
"As Perezcious readers know, the Gossip Girl alum and the rest of her cast seem to be feuding with director and co-producer Justin Baldoni, who also plays the leading man. While some insiders are blaming Justin's on-set behavior for the rift, most sources have been trying to downplay the scandal, insisting the pair simply had some creative differences on the project, which has been pretty obvious from an outsider's perspective. We mean, just look at their separate promos! Justin and Blake have taken totally different approaches! We've also heard that Blake kind of took over on set, stepping all over the director's toes, and made her own cut of the film, which was reportedly shown to test audiences and didn't score well. Regardless, she was determined to see it through — and it sounds like she got away with a LOT!"

ROLLINGSTONE.COM
https://www.rollingstone.com/tv-movies/tv-movie-features/it-ends-with-us-drama-domestic-romance-film-blake-lively-1235076583/
"Since its conception and success, It Ends With Us has straddled a tenuous line between the gravity of its subject and its widespread appeal — something that the film seems to have taken on in its quest to become a faithful adaptation. But what has been glaringly obvious about the promotion cycle is that the studio is prioritizing selling tickets for a love story by ignoring the message of domestic-violence awareness at its core. The dark themes of the book have been glossed over in favor of fan-friendly pop-ups and activations, like photo calls, virtual commemorative bouquets, and scavenger hunts in New York and L.A. It's a paint job, one that's been taken on largely by the film's lead. Lively's looks on the movie press tour have been dominated by Lily Bloom-themed fashion, like floral celebrity nail art from creator Elle Gerstein, and floral dresses everywhere. Lively even wore Britney Spears' iconic 2002 floral Versace dress to the film's premiere. There's also been a shocking amount of cross-promotion with the summer blockbuster action comedy Deadpool & Wolverine, starring Ryan Reynolds, who happens to be both Lively's husband and a writer on It Ends With Us."

THEMARYSUE.COM
https://www.themarysue.com/it-ends-with-us-cast-drama-promo-choices-are-a-disservice-to-the-films-message/
"There's a major problem with this whole promotional strategy though—it's a disservice to the film's message. You see, It Ends With Us isn't just another romance; it's a story about domestic violence and the generational cycle perpetuated by abusive relationships. And sadly, no one other than director Justin Baldoni seems to be talking about it. Meanwhile, actor and executive producer Blake Lively has done promotional events ranging from cute, Pinterest-worthy photo ops to launching her new haircare line, Blake Brown Beauty. There was even a Betty Blooms pop-up—a life-size version of the flower shop from the movie—in collaboration with Lively's other business venture, the drinks brands Betty Booze and Betty Buzz. "

MASHABLE.COM
https://mashable.com/article/it-ends-with-us-drama-fued-blake-lively-justin-baldoni-explained

Confidential                                                                                                              SPE_BL0003331

The film's team, including Lively, have been criticized for their light-hearted promotion of what is ultimately a depiction of domestic violence. Lively has used the film to promote her brand Betty Buzz by selling "Betty Blooms," a limited series of bouquets housed in Betty Buzz bottles, as a tie-in to her character's love for flowers. As noted by the New York Times, a promotional email sent in the lead-up to the film's release included recipes for It Ends With Us-themed cocktails using Betty Buzz. One of the recipes also called for Aviation Gin, a brand owned by Lively's husband. Lively's red carpet and street styles have taken inspiration from Lily Bloom, too; she has consistently stepped out in colorful, floral, frilly dresses befitting the interests of her character, yes, but perhaps not the seriousness of the role. These choices have been part of what Rolling Stone's CT Jones calls a "glossy marketing campaign is proving that Hollywood hasn't found a respectful way to market movies about domestic violence." Instead, "It's prioritized selling a romance by covering up the themes of abuse at almost every opportunity."

PEREZHILTON.COM
https://perezhilton.com/blake-lively-spills-tea-creative-differences-amid-it-ends-with-us-justin-baldoni-feud/
"We've also heard that Blake kind of took over on set, stepping all over the director's toes, and made her own cut of the film, which was reportedly shown to test audiences and didn't score well. Regardless, she was determined to see it through — and it sounds like she got away with a LOT! Either way, it's telling she got her way — or that anyone was looking to HER to make a decision about the movie. Shouldn't this have been the director's decision?? Makes those shadow-directing claims seem way more believable!"

THECUT.COM
https://www.thecut.com/article/it-ends-with-us-blake-lively-justin-baldoni-feud-rumors-explained.html
"Fans have also pointed out that it also feels like Lively and Baldoni are promoting two different movies. She's taking a more positive outlook on the film, wearing florals and launching a hair-care line a few days before the movie hit theaters. He's taken a more serious approach, talking about domestic violence in nearly every interview."

THETAB.COM
https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818
"The It Ends With US drama rages on after Blake Lively is dragged online for failing to talk about how her character in the film is a victim of domestic violence. The star, who is playing the lead in the Justin Baldoni directed adaptation of the popular Colleen Hoover novel, has been criticised for making the press tour of the film all about self promotion amid rumours of big cast and production drama between her and director and co-star Justin Baldoni."

"Another said "Blake Lively is actually super f*cking weird for using her press time to try to have a Barbie / Oppenheimer moment with her husband instead of remembering her character is a victim of domestic violence." This refers to how Lively and her husband Ryan Reynolds are promoting in tandem their respective (and very tonally different films) – It Ends With Us and Deadpool & Wolverine."

TMZ.COM
https://www.tmz.com/2024/08/12/blake-lively-justin-baldoni-feud/
"Now, a witness, who was not involved with the production, says Blake was often spotted in the area during filming, and rarely looked thrilled."

USATODAY.COM
https://www.usatoday.com/story/entertainment/celebrities/2024/08/10/it-ends-with-us-cast-drama-explained/74740951007/
"While the movie marks the "Gossip Girl" alum's first starring role since 2018's "A Simple Favor," it also marks a return to rumors surrounding on-set drama for Lively as internet sleuths have been digging into her seemingly rocky relationship with Baldoni."

WEGOTTHISCOVERED.COM
https://wegotthiscovered.com/movies/wear-your-florals-it-ends-with-us-marketing-receives-backlash-for-not-focusing-on-the-hidden-never-suggested-theme-in-the-promos/

Confidential
SPE_BL0003332

"While Baldoni is addressing the film's real message and the importance of the story, Lively has continuously talked about the movie as if it's a romantic comedy and dodged any questions about its serious message."

## Neutral

CHEATSHEET.COM
https://www.cheatsheet.com/entertainment/it-ends-with-us-body-language-expert-weighs-in-blake-lively-justin-baldoni-feud-exclusive.html/

CINEMABLEND.COM
https://www.cinemablend.com/movies/amid-alleged-it-ends-with-us-drama-justin-baldoni-opens-up-working-with-blake-lively-if-collaborate-with-her-ryan-reynolds-again

COLLIDER.COM
https://collider.com/it-ends-with-us-feud-blake-lively-justin-baldoni/

COSMOPOLITAN.COM
https://www.cosmopolitan.com/entertainment/celebs/a61864168/blake-lively-justin-baldoni-arguing-on-set-video/

COSMOPOLITAN.COM
https://www.cosmopolitan.com/entertainment/celebs/a61864066/it-ends-with-us-drama-not-what-it-seems/

ELITEDAILY.COM
https://www.elitedaily.com/entertainment/it-ends-with-us-cast-feud-rumors-explained

FANDOMWIRE.COM
https://fandomwire.com/so-this-is-where-the-disaster-stems-from-forget-about-blake-livelys-alleged-feud-with-justin-baldoni-fans-are-complaining-about-another-big-mistake-in-it-ends-with-us/

FORBES.COM
https://www.forbes.com/sites/conormurray/2024/08/13/heres-why-social-media-users-think-it-ends-with-us-stars-blake-lively-and-justin-baldoni-are-feuding/

FOXNEWS.COM
https://www.foxnews.com/entertainment/blake-livelys-it-ends-us-sparks-rumors-cast-drama-star-tops-box-office-ryan-reynolds

GLAMOUR.COM
https://www.glamour.com/story/justin-baldoni-blake-lively-it-ends-with-us-cast-movie-drama-rumors-explained

HELLOMAGAZINE.COM (UK)
https://www.hellomagazine.com/film/711835/it-ends-with-us-feud-between-blake-lively-and-justin-baldoni-explained/

INDIEWIRE.COM
https://www.indiewire.com/news/general-news/it-ends-with-us-director-justin-baldoni-changes-1235035394/

INSIDER.COM
https://www.instyle.com/it-ends-with-us-drama-8693842

JEZEBEL.COM
https://www.jezebel.com/the-cast-of-it-ends-with-us-want-nothing-to-do-with-justin-baldoni

JUSTJARED.COM

https://www.justjared.com/2024/08/13/it-ends-with-us-drama-explained-sources-claim-cast-wants-nothing-to-do-with-justin-baldoni/

**JUSTJARED.COM**
https://www.justjared.com/2024/08/13/blake-lively-reveals-it-ends-with-us-behind-the-scenes-issue-that-shes-not-supposed-to-discuss/?=morehere

**MARIECLAIRE.COM**
https://www.marieclaire.com/celebrity/blake-lively-justin-baldoni-feud-it-ends-with-us/

**MARIECLAIRE.COM (UK)**
https://www.marieclaire.co.uk/entertainment/tv-and-film/it-ends-with-us-drama

**MIRROR.CO.UK**
https://www.mirror.co.uk/3am/celebrity-news/ends-cast-drama-explained-blake-33439707

**NBCNEWS.COM**
https://www.nbcnews.com/now/video/fans-speculate-about-a-feud-between-blake-lively-and-justin-baldoni-216983621775

**PEOPLE.COM**
https://people.com/it-ends-with-us-director-justin-baldoni-blake-lively-cast-clash-conflict-8694328

**SALON.COM**
https://www.salon.com/2024/08/09/it-ends-with-us-controversy/

**SCREENRANT.COM**
https://screenrant.com/it-ends-with-us-movie-cast-drama-explained/

**SLASHFILM.COM**
https://www.slashfilm.com/1641680/blake-lively-it-ends-with-us-sequel-director/

**STYLECASTER.COM**
https://stylecaster.com/entertainment/celebrity-news/1826285/blake-lively-justin-baldoni-drama-it-ends-with-us/

**THEDAILYBEAST.COM**
https://www.thedailybeast.com/obsessed/blake-lively-it-ends-with-us-scandal-what-is-the-big-feud

**THESUN.COM**
https://www.the-sun.com/entertainment/12160271/it-ends-with-us-justin-balboni-blake-lively-feud/

**TIME.COM**
https://time.com/7009293/it-ends-with-us-cast-drama-rumors/

**TODAY.COM**
https://www.today.com/popculture/movies/blake-lively-justin-baldoni-it-ends-with-us-controversy-drama-rcna165897

**UNILAD.COM (UK)**
https://www.unilad.com/celebrity/news/it-ends-with-us-cast-tension-blake-lively-justin-baldoni-926546-20240809

**UPROXX.COM**
https://uproxx.com/movies/the-it-ends-with-us-cast-drama-explained-blake-lively-justin-baldoni/

USMAGAZINE.COM
https://www.usmagazine.com/entertainment/news/blake-lively-details-it-ends-with-us-disagreement-im-not-supposed-to-be-talking-about-this/

VOX.COM
https://www.vox.com/culture/366523/blake-lively-drama-justin-baldoni-it-ends-with-us-hoover-movie-feud