# Exhibit 192

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 28 | Date Range: 8/12/2024 - 8/13/2024 |

## Outline of Conversations



**BL-FullMessages-0569429** • 28 messages between 8/12/2024 - 8/13/2024 • Brandon Skelnar • ?B? ▮

CONFIDENTIAL

BL-000020228

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0569429**

\# **?B?** ▢                                                                                 ◀ 8/12/2024, 9:54 PM
Attached URL: https://p55-content.icloud.com/MAD7968A8D12FA473D2856A8363F27EC823650236A77C4133D160D70FD379C16A.C01USN00Attachment Title: Screenshot 2024-08-12 at 9.54.10 PM.heic

*Attachment: Screenshot 2024-08-12 at 9.54.10 PM.heic (62 KB)*

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/12/2024, 10:11 PM
wait who is this?!

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/12/2024, 10:11 PM
Loved an image

\# **?B?** ▢                                                                                 ◀ 8/12/2024, 10:11 PM
Evelyn

\# **?B?** ▢                                                                                 ◀ 8/13/2024, 12:34 PM
Fyi we are each looking to post resources for people experiencing DV I can (and should fill you in more first) if you wanna post also

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:36 PM
Loved "Fyi we are each looking to post resources for peop…"

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:37 PM
Great

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:37 PM
Definitely getting hit with comments

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:37 PM
Really grinding my gears

\# **?B?** ▢                                                                                 ◀ 8/13/2024, 12:38 PM
Sony is pulling together a graphic with organizations by region that were released in. Getting that to us all asap

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:39 PM
That's good.

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:40 PM
Definitely thinking we should hold
Off on that creed video given the way things are leaning in the comments and what he's putting out there 😕

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:40 PM
At the very least I can show my friends and courtney

\# **?B?** ▢                                                                                 ◀ 8/13/2024, 12:43 PM
No one is touching any special content until we get through this Baldoni shit storm

\# **?B?** ▢                                                                                 ◀ 8/13/2024, 12:43 PM
This man is a monster to levels I never imagined and I thought I saw it all.

**BS** **Brandon Skelnar** ▢                                                                 ▶ 8/13/2024, 12:48 PM

CONFIDENTIAL                                                                                 BL-000020229

| | | |
|---|---|---|
| BS | It's actually insane | |
| BS | **Brandon Skelnar** <br> He's projecting the exact opposite of everything. Constructing all Of it | ▶ 8/13/2024, 12:49 PM |
| BS | **Brandon Skelnar** <br> Just praying it all comes out | ▶ 8/13/2024, 1:09 PM |
| BS | **Brandon Skelnar** <br> Have no idea how | ▶ 8/13/2024, 1:10 PM |
| BS | **Brandon Skelnar** <br> I'm sure once wme drops him it'll snowball | ▶ 8/13/2024, 1:10 PM |
| BS | **Brandon Skelnar** <br> Naturally | ▶ 8/13/2024, 1:10 PM |
| # | **?B?** <br> I think at some point we're all going to have to confirm it. If even anonymously. Or jointly. This is so painful and awful. For everyone | ◀ 8/13/2024, 1:11 PM |
| # | **?B?** <br> He has an entire machine and team and bots prepared for this. None of us do. Not even Sony. Bc none of us had anything to hide | ◀ 8/13/2024, 1:11 PM |
| BS | **Brandon Skelnar** <br> I agree | ▶ 8/13/2024, 1:13 PM |
| BS | **Brandon Skelnar** <br> None of us deserve all the hate at all | ▶ 8/13/2024, 1:13 PM |
| BS | **Brandon Skelnar** <br> Especially you | ▶ 8/13/2024, 1:13 PM |
| BS | **Brandon Skelnar** <br> Pissing me off so much. Just have to block it out but every time I go on insta I read something | ▶ 8/13/2024, 1:14 PM |
| # | **?B?** <br> Yeah. I am legitimately depressed and heartbroken. Like in an immense amount of pain. <br><br> I'm sorry it's being aimed at all of us. You included. | ◀ 8/13/2024, 1:17 PM |

CONFIDENTIAL                                                                                                    BL-000020230