# Exhibit 194

Expert Report of Aron Culotta
File too large to upload to docket.
File available on request from the court.