# Exhibit 195

CONFIDENTIAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY, | No. 24-cv-10049-LJL (lead case) |
| Plaintiff, | |
| v. | |
| WAYFARER STUDIOS LLC, et al, | |
| Defendants. | |
| JENNIFER ABEL, | |
| Third-Party Plaintiff, | |
| v. | |
| JONESWORKS LLC, | |
| Third-Party Defendant. | |

### PLAINTIFF BLAKE LIVELY'S THIRD AMENDED RESPONSES AND OBJECTIONS TO DEFENDANT WAYFARER STUDIOS LLC'S SECOND SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and the Local Rules for the Southern District of New York, Plaintiff Blake Lively hereby responds and objects to the Second Set of Interrogatories (the "Interrogatories," or individually, "Interrogatory") propounded by Defendant Wayfarer Studios LLC (the "Propounding Party" or "Wayfarer") as follows:

### OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.    Ms. Lively objects to each of the "Definitions" and "Instructions" to the extent that they seek to impose duties or obligations that exceed and/or are inconsistent with those imposed by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York

CONFIDENTIAL

(the "Local Rules"), and/or any other order of the Court (together with the Local Rules, the "Applicable Rules").

2.     Ms. Lively objects to the definitions and instructions to the extent they assume facts not in evidence or misstate facts.  In responding to the Interrogatories, Ms. Lively does not admit the correctness or truth of any such assertions.

3.     Ms. Lively objects to the definitions of "You" and "Your" and "Lively" and "Responding Party" on the grounds that they are vague, ambiguous, overbroad, unduly burdensome, and not reasonably calculated to lead to discovery of admissible information in that the definitions include not only Ms. Lively but "*anyone else* acting or *purporting to act* on her behalf and *anyone* on whose behalf she is or was acting," such as individuals, regardless of their relationship to the allegations, claims or defenses in the Action,[1] (i) outside of an employment or agency relationship with Ms. Lively; (ii) not acting at her direction or on her behalf; (iii) not acting with her assent; (iv) not subject to her control; and/or (v) without ability to bind her by their actions. Ms. Lively further objects to the definitions to the extent they constitute an unnecessary and unwarranted invasion of privacy to third parties.  In responding to the Interrogatories, Ms. Lively will construe the terms "You," "Your," "Lively," and "Responding Party" to mean Ms. Lively.

4.     Ms. Lively objects to the definition of "Jonesworks" on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and not reasonably calculated to lead to discovery of admissible information in that the definition includes not only Jonesworks LLC, but also unidentified members, managers, representatives, agents, employees, subsidiaries, affiliates, parent(s), accountants, attorneys, successors, predecessors-in-interest, and anyone else "acting or

---

[1]  As detailed in Objection No. 6, Ms. Lively will construe "Action" to mean the action pending before the United States District Court for the Southern District of New York captioned *Lively v. Wayfarer Studios LLC, et al.*, Case No. 24-cv-10049 (LJL).

CONFIDENTIAL

purporting to act on [Jonesworks'] behalf," regardless of their relationship to the allegations, claims or defenses in the Action.  Ms. Lively further objects to the definition of "Jonesworks" because it is not used in the underlying Interrogatories.

5.     Ms. Lively objects to the definition of "New York Times" on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and not reasonably calculated to lead to discovery of admissible information in that the definition includes not only the New York Times Company, but also unidentified members, managers, representatives, agents, employees, subsidiaries, affiliates, parent(s), accountants, attorneys, successors, predecessors-in-interest, and anyone else "acting or purporting to act on [New York Times'] behalf," regardless of their relationship to the allegations, claims or defenses in the Action.  Ms. Lively further objects to the definition of "New York Times" because it is not used in the underlying Interrogatories.

6.     Ms. Lively objects to the definition of "Action" on the grounds that it is overbroad, seeks documents that are not relevant to the allegations, claims, or defenses in the Second Amended Complaint (as defined in the Interrogatories), nor reasonably calculated to lead to the discovery of admissible information in that the definition includes *Jonesworks v. Abel et al.*, Case No. 1:25-cv-00779-LJL, a litigation to which Ms. Lively is not a party.  Ms. Lively further objects to the definition of "Action" because it is not used in the underlying Interrogatories.

7.     Ms. Lively objects to the definition of "Document" on the grounds that it is overbroad, unduly burdensome, vague, and ambiguous.  Ms. Lively further objects to the definition of "Document" on the grounds that it seeks to impose obligations different from or greater than those imposed by the Applicable Rules.  Ms. Lively further objects to the definition of "Document" because it is not used in the underlying Interrogatories.

CONFIDENTIAL

8.      Ms. Lively objects to the definition of "Communication" on the grounds that it is overbroad, unduly burdensome, vague, ambiguous, and seeks to impose obligations different from or greater than those imposed by the Applicable Rules, including without limitation that it purports to require Ms. Lively to provide information regarding oral conversations or messages that were not recorded or transcribed.  Ms. Lively further objects to the definition of "Communication" because it is not used in the underlying Interrogatories.

9.      Ms. Lively objects to the definition of "relate to" and "related to" on the grounds that it seeks to impose obligations on Ms. Lively different from or greater than those imposed by the Applicable Rules.  Ms. Lively will respond to the Interrogatories in accordance with the Applicable Rules.

10.      Ms. Lively objects to the definition of "identify" when referring to a document on the grounds that it is overbroad, vague, and ambiguous; to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules, including but not limited to Local Rule 33.3; and to the extent it purports to require Ms. Lively to identify information that is not in Ms. Lively's possession, custody or control. Ms. Lively further objects on the grounds that it is unduly burdensome and not proportional to the needs of the Action for Ms. Lively to attempt to identify (i) the author or originator of a document; (ii) each addressee of a document; (iii) all individuals designated to receive, or who have received a copy of a document; (iv) the date, title, and general subject matter of the document; (v) the present custodian of "each copy" of a document; and (vi) the last known address of each custodian. Ms. Lively further objects to this definition to the extent it purports to require Ms. Lively to create work product for the Propounding Party.

CONFIDENTIAL

11.    Ms. Lively objects to the definition of "identify" when referring to a natural person on the grounds that it is overbroad, vague, and ambiguous; to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules, including but not limited to Local Rule 33.3; and to the extent it purports to require Ms. Lively to identify information that is not in Ms. Lively's possession, custody or control. Ms. Lively further objects on the grounds that it is unduly burdensome and not proportional to the needs of the Action for Ms. Lively to attempt to identify persons' (i) full names; (ii) current or last known residence addresses and telephone numbers; (iii) current or last known business addresses and telephone numbers; and (iv) current or last known positions or job titles. Ms. Lively further objects to this definition to the extent it purports to require Ms. Lively to create work product for the Propounding Party. Ms. Lively further objects to the definition of "identify" when referring to a natural person because "identify" is not used in that context in the underlying Interrogatories.

12.    Ms. Lively objects to the definition of "identify" when referring to an entity on the grounds that it is overbroad, vague, and ambiguous; to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules, including but not limited to Local Rule 33.3; and to the extent it purports to require Ms. Lively to identify information that is not in Ms. Lively's possession, custody or control. Ms. Lively further objects on the grounds that it is unduly burdensome and not proportional to the needs of the Action for Ms. Lively to attempt to identify the address and organizational status of an entity. Ms. Lively further objects to the definition of "identify" when referring to an entity because "identify" is not used in that context in the underlying Interrogatories.

CONFIDENTIAL

13.     Ms. Lively objects to Instruction No. 17 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

14.     Ms. Lively objects to Instruction No. 18 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

15.     Ms. Lively objects to Instruction No. 20 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

16.     Ms. Lively objects to Instruction No. 21 to the extent that it imposes or can be construed to impose obligations different from or greater than those imposed by the Applicable Rules.

## **INTERROGATORIES**

### **INTERROGATORY NO. 21:**

Identify in reasonable detail all factual and legal basis for Your allegation, in paragraph 330 of the Second Amended Complaint, that "the Wayfarer team seeded social media content with content creators, online chat sites like Reddit, and into publications with small audiences and lax editorial standards…", including, but not limited to, for each item of content identified: (a) the actual words or other content that was negative; (b) the name of the person posting the content; (c) the date the content was publicized; and (d) a link to the content.

### **RESPONSE TO INTERROGATORY NO. 21**:

Ms. Lively objects to this Interrogatory as vague and ambiguous, including its use of the undefined terms "publicized" and "link," because it fails to describe the information sought with the required specificity.  Ms. Lively objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not proportional to the needs of the Action, and beyond the scope of the Applicable Rules, including but not limited to Local Rule 33.3.  Ms. Lively further objects to

CONFIDENTIAL

this Interrogatory to the extent that it seeks information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege, protection, or immunity. Ms. Lively further objects to this Interrogatory to the extent that it requires the disclosure of information that would impinge on the privacy rights of third parties. Ms. Lively further objects to this Interrogatory to the extent that it prematurely seeks information that is equally or more available to the Wayfarer Defendants than to Ms. Lively. Ms. Lively further objects to this Interrogatory to the extent that it prematurely seeks information that is more practically obtained through expert discovery.

Subject to and without waiving the foregoing objections, Ms. Lively responds by identifying the allegations set for the in the Second Amended Complaint at paragraphs 29, 35, 39, 228, 230, 266, 276-77, 293c, and 293e. Ms. Lively further responds that Wayfarer seeded, amplified or facilitated the seeding or amplification of negative content about Ms. Lively, and suppressed negative content regarding Justin Baldoni that was relevant to complaints regarding Mr. Baldoni's conduct on the set of *It Ends With Us*, in order to negatively influence the public conversation against Ms. Lively across digital platforms as well as in connection with traditional media. Multiple individuals – including The Agency Group LLC ("TAG"), Mr. Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, Ms. Abel, Jed Wallace, Katie Case, Breanna Koslow, and Matthew Mitchell – were involved in directly or indirectly amplifying, boosting, or suppressing information, or facilitating the amplification, boosting, or suppression of information, regarding Ms. Lively or Mr. Baldoni to influence the online social and media narrative regarding them, including by way of criticizing and propounding false narratives about Ms. Lively's allegedly problematic on-set behavior, and/or being a "bully" or "mean girl," and/or "weaponizing feminism," and/or "stealing the movie," and/or "tone deaf" marketing or press interviews, and/or

CONFIDENTIAL

Ms. Lively's alleged participation in a smear campaign, along with additional narratives distilled to writing in the Scenario Planning Document. *See, e.g.*, NATHAN_000005503. Such amplification, boosting, and similar efforts to affect the narrative to negatively affect Ms. Lively resulted where such efforts were taken in relation to suppressing content about Mr. Baldoni or enhancing positive content regarding Mr. Baldoni in relation to the Film or Ms. Lively. Indeed, this approach fell within the Scenario Planning Document "key messaging points" regarding Mr. Baldoni, which were designed to provide a contrast with negative messaging regarding Ms. Lively. *See, e.g.*, BALDONI_000014598; JONESWORKS_00001011; HEATH_000052353; NATHAN_000005503 ("If the team is working on a longer lead, negative narrative, we would …mitigate false negatives, and point reporters toward third party advocates who can speak possibility on [Baldoni's] behalf"); *id.* ("Background briefing would include the numerous articles, interviews, and quotes of past colleagues who openly love working with Justin, and pointing to BL's less than favorable reputation of her twenty-year career."); *id.* (encouraging "planting seeds of doubt and speculation" about Ms. Lively's "'experience' on set" by combining messaging as to "managing difference egos" and "being the subject to an imbalance of power" with "more positive press about the film"); *id.* (planning positive interviews to "get ahead of any potential negative news . . . and seed doubt should BL or RR come forward with negative messaging").

Documents produced to date by TAG, Mr. Baldoni, Ms. Nathan, Ms. Abel, Mr. Heath, Ms. Case, Ms. Koslow, Mr. Mitchell, Wayfarer, and Jonesworks LLC, support the foregoing.

- On July 31, 2024, Ms. Abel texted Mr. Heath and Mitz Toskovic, "Confidentially I'm out to dinner with a friend of 12+ years who writes for people magazine, Fox News, in touch, us weekly, and she is fully briefed of the situation and is armed and ready to take this story of Blake weaponizing feminism to any of her outlets the minute we give her

CONFIDENTIAL

the green light. She hates Blake, has heard this story before, and will do anything for us. Just fyi :).” JONESWORKS_00013779; TOSKOVIC_000000620.

- On August 2, 2024, Ms. Case circulated to Mr. Baldoni, Mr. Heath, Ms. Abel, Ms. Nathan, Ms. Koslow, and Mr. Mitchell the Scenario Planning document, pursuant to which TAG planned to, with the consent and at the direction of the remaining Wayfarer Defendants, “plant[] a seed earlier on to position [Baldoni’s] truth / narrative . . . hinting that . . . [Baldoni] and Blake didn’t always agree at times” and plant stories about the “weaponization of feminism and how people in BL’s circle like Taylor Swift, have been accused of utilizing these tactics to ‘bully’ into getting what they want.” BALDONI_000014598; JONESWORKS_00001011; NATHAN_000005503; HEATH_000052353.

- On August 4, 2024, Ms. Abel texted members of the TAG team: “Just kicked off the junket—for Elle uk he said exactly like what we discussed about navigating complex character [sic] and as a director managing personalities and the natural friction on set and how that can create something beautiful etc.” HEATH_000052020; NATHAN_000000548. Indeed, in the Elle UK interview, Mr. Baldoni reported that, “[o]f course, as a filmmaker, you’re always navigating personalities.” Nicola Fahey, *Justin Baldoni Likens Blake Lively To A 'Ferrari' As He Talks The Magic Of Movie-Set Friction*, Elle (Aug. 9, 2024), https://www.elle.com/uk/life-and-culture/culture/a61823800/justin-baldoni-interview/. He further stated: “There are all these things that happen every day on set, there’s always friction when you make a movie like this. Then at the end of the day, it’s that friction, I believe, that creates that beautiful art.” *Id.* Ms. Abel acknowledged to Mr. Baldoni that Sony considered the

word "friction" "clickbait" but confirmed that its use was part of TAG's "strategy." BALDONI_000018710.

- On August 6, 2024, in an internal TAG group chat with Alyx Sealy, Breanna Butler, Carolina Hurley, and Katie Case, Zoey Cate flagged a comment posted on social media by an individual with the username of @aeriniedbetter190 that read "I think part of it is they didn't want to romanticize Lily and Ryle by having them do a ton of PR together." KCASE-000003856. Ms. Case replied that "the comments are working excellent." *Id.* Ms. Cate further explained that "[t]here are other comments saying he's traveling with family" to which Ms. Case responded "That's all us lol[.]" *Id.*

- On August 7, 2024, Ms. Koslow flagged an article published the same day by The U.S. Sun that highlighted a rift between Mr. Baldoni and Ms. Lively in a group chat with Mr. Heath, Ms. Abel, Ms. Nathan, Ms. Case, and Mr. Mitchell.  BBKOSLOW-000001800 (citing *CAST CHAOS?  It Ends With Us fans suspect Justin Baldoni is 'feuding' with cast including co-star Blake Lively after spotting clues*, The U.S. Sun (Aug. 7, 2024), https://www.the-sun.com/entertainment/12138149/fans-suspect-justin-baldoni-is-feuding-with-cast/).  Ms. Koslow stated that it was a "[c]omplete regurgitation of what's circulating online- verbatim usage of Instagram posts and TikTok's which is why social help to quiet/kill this will be so helpful." BBKOSLOW-000001800. Ms. Abel instructed: "Let's please start having social kill asap[.]" *Id.*

- Also on August 7, 2024, Ms. Case emailed Mr. Heath, Ms. Abel, Ms. Nathan and Ms. Koslow, details regarding a "social and digital mitigation and remediation" plan that included "[l]everag[ing] relationships with Discord, Reddit, X, IG, TikTok, YouTube, etc. to expose behavior of Blake and other parties, both current and past and

10

engage directly with communities to adjust or influence the conversations taking place in real time."  HEATH_000028187; ABEL_000005094.

- On August 7, 2024, Melissa Nathan texted creator Deux Moi, "Can we talk about Justin and Blake when you have a sec?" Deux Moi responds, "100p[.] Yes," and follows up, "Are you repping him?  I just heard something bad." Nathan responds, "For this crisis that I think that you know about[.]  Which sounds overblown and ridiculous[.]  But when they compound it, it sounds bad[.]  Let me know when you can jump on a call!" NATHAN_000001924.   Ms. Nathan confirmed her outreach to Deux Moi in her deposition testimony.  Nathan 9/29/25 Tr. 188:6–191:17.

- On August, 8, 2024, Ms. Abel flagged content to Ms. Case, Ms. Nathan, Ms. Koslow, Mr. Heath, and Mr. Mitchell posted by an individual with the username of Jenna Redfield alleging that something more serious was behind the *It Ends With Us* drama than was being publicly revealed. *See* BBKOSLOW-000004049. Ms. Case replied that "we've flagged [the creator] to Jed and his team as well." BBKOSLOW-000004011. Ms. Abel flagged two other TikTok videos posted by the same creator.  *Id.*  Ms. Case replied "I'm assuming this is not true in the slightest — this girl is on a very dangerous crusade to more followers. Either way, we've flagged to Jed and his team for more serious action on the social side. We'll monitor heavily for any shift in narrative seen based on this narrative re My Last Days and any other commentary on it."  *Id.*

- On August 8, 2024, Mr. Baldoni flagged to Ms. Abel, Ms. Case, Ms. Nathan, and Mr. Mitchell an X post by an individual with the username of @offbeatorbit that read "Can I please get a primer on this Blake Lively Ryan Reynolds movie drama?" *See* @offbeatorbit,                    X              (Aug.              8,              2024),

11

https://x.com/offbeatorbit/status/1821681425491390500?s=46;          BBKOSLOW-

000006156.  Ms. Case confirmed that "[w]eve flagged to Jed and his team as well[.]"

BBKOSLOW-000006156.

- On August 9, 2024, TODAY quoted Mr. Baldoni as stating, "Every movie is a miracle

. . . And then, of course, you're navigating complex personalities and trying to get

everybody on the same page with the same vision.  And mistakes are always made, and

then you figure out how to move past them."  Emily Sher, *Justin Baldoni laid his heart*

*on the line for "It Ends With Us,"* TODAY (Aug. 9, 2024),

https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-

rcna1657922.   The same day, Ms. Case circulated the article and quote above to

Ms. Abel and Mr. Mitchell, commenting: "He describes his directing style as a constant

collaboration, for better or worse. This is perfect!"  BBKOSLOW-000004011.

- On August 9, 2024, Katie Case sent a screenshot of a comment made by an individual

with the username @s on an unidentified social media platform stating "Daily mail

broke a story saying Blake calling Justin abusive. I don't buy it I think it's a way for

her to get more control and attention of the movie[.]"  KCASE-000000728; KCASE-

000000763. The Daily Mail article that appears to be referenced in the comment was

published that same day and referenced reports that "Justin was 'unprofessional' and

'chauvinistic' on set." *See Disturbing TRUTH behind why Blake Lively and her It Ends*

*With Us stars are feuding with Justin Baldoni*, Daily Mail (Aug. 9, 2024),

https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-

baldoni-feud.html.  Immediately after sending the screenshot of the comment, Ms. Case

said: "Thank the lord for Jed[.]"  KCASE-000000728.

CONFIDENTIAL

- On August 9, 2024, in an internal TAG group chat with Ms. Sealy, Ms. Koslow, Ms. Mcneice, Ms. Long, Ms. Case, and Ms. Hurley, Ms. Cate shares a comment from TikTok posted by an individual by the username of @KeilaniHope that read "It feels like a certain peoples PR team got ahead and leaked the story to the daily mail to justify them trying to take over the film." BBKOSLOW-000003393. Ms. Case responded to this comment saying "Thank the lord for social and digital mitigation lol[.]" BBKOSLOW-000003330. Further, Ms. Cate told the group that "[c]omments are all defending him" and Ms. Case replied "[t]hat's us lol[.]" *Id.*

- On August 9, 2024, Ms. Case texted Ms. Koslow saying "[t]here's so many dumb articles about this is there a chance no one pays attention to the daily mail one" and "I wonder if they had Jed suppress the link because I can't even find that story[.]" KCASE-000001093. The referenced Daily Mail article was published that same day and as described above, includes reports of Mr. Baldoni's unprofessional behavior on set. *See Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni*, Daily Mail (Aug. 9, 2024), https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html.

- On August 9, 2024, Ms. Nathan and Ms. Abel discussed two articles: one from the Hollywood Reporter entitled "Did Blake Lively, Justin Baldoni Have a Rift Over 'It Ends With Us'? Sleuthing TikTokers Think So[,]" and one from the Daily Mail entitled "Disturbing TRUTH behind why Blake Lively and her It Ends With Us stars are feuding with Justin Baldoni[.]" JONESWORKS_00016275; NATHAN_000002124. Ms. Abel stated: "I can tell you've done a lot of work here[.] "Nothing about being

13

CONFIDENTIAL

unsafe. Fat comments. Sexual . . . Thank fucking god[.]" JONESWORKS_00016275; NATHAN_000002124.

- On August 9, 2024, Ms. Nathan messaged Ms. Abel that she was on the phone with her sister, journalist Sara Nathan, and remarked that Mr. Baldoni's religion should be taken "out" from media coverage, "[a]nd mostly The [sic] misogynistic." JONESWORKS_00016275; NATHAN_000002124.

- On August 10, 2024, Ms. Case advised Mr. Heath, Ms. Nathan, Ms. Abel, and Ms. Koslow that "[w]e've also started to see a shift on social, due largely to Jed and his team's efforts to shift the narrative towards shining a spotlight on Blake and Ryan." *See, e.g.*, WAYFARER_000136136; ABEL_000006072; BBKOSLOW-000004606; HEATH_000032030; NATHAN_000005046; KCASE-000001540. The same text thread features several instances of amplification.

  o Ms. Abel circulated a TikTok posted on May 17, 2023 by Megan Rafter that featured a video of Ms. Lively patting Mr. Baldoni on the shoulder on set (https://www.tiktok.com/t/ZTNsQDYjj/). At the time Ms. Abel circulated the link, the three most recent comments included: (i) "Is this the alleged making everyone feel uncomfortable on set accusation?"(ii) "It looks like he can't get her attention… I'm truly stuck on Blake being the problem"; and (iii) "This is one of the reasons why I don't believe the bullshit that is circling around." When transmitting the TikTok, Ms. Abel noted that it "would be great for the digital team to boost this in any way possible . . ." Ms. Case responded, "We'll flag to them!"

CONFIDENTIAL

o      Ms. Abel circulated a TikTok posted on January 7, 2024 by an individual with the username @thetvandmoviequeen that featured commentary on Ms. Lively's alleged "problematic on-set behavior" on the set of Gossip Girl (https://www.tiktok.com/t/ZTNsQuMq8/).  With the link, she wrote:  "And I like that this is now getting some viral attention 👀."

o      Ms. Abel then texted, "[s]haring this here too in case digital has an idea of how to amplify: https://www.hollywoodreporter.com/movies/movie-features/justin-baldoni-it-ends-with-us-interview-ryle-pressure-1235970799/amp/."  *See* Carly Thomas, *Justin Baldoni on Why 'It Ends With Us' Needed to Be Adapted: It "Could Actually Make a Real Difference*," The Hollywood Reporter (Aug. 10, 2024, 8:15 AM), https://www.hollywoodreporter.com/movies/movie-features/justin-baldoni-it-ends-with-us-interview-ryle-pressure-1235970799/. Ms. Case responded:  "Thank you! We'll share this as well — at the very least ask for engagement in the comments."

o      Matthew Mitchell shared the following link: "https://www.instagram.com/reel/C-gEF6qSpm0/?igsh=MzRlODBiNWFlZA==," and wrote:  "We love a nice shady moment!"  Ms. Nathan responded:  "You had my attention straight away when I saw the word shady[.]"

- On August 13, 2024, Ms. Koslow texted Ms. Case bullet points for a "[s]tory" "[f]or Alison – hands off think piece on the whole PR debacle behind the scenes."  KCASE-000002821.  The bullet points included, among others: (i) "[y]ou have a film with serious subject matter, not only being promoted with focus on flowers/clothes, but a

CONFIDENTIAL

PR campaign distracting audiences away from important messaging to play out a high school fight between two stars"; (ii) "[w]hy would Blake allow this to happen?  How could she?  What is she thinking right now regarding her team?"; and (iii) "did Blake's inability to relate to regular people / what they want to see, just slight her **big moment**?"  *Id*.  Ms. Case responded:  "Yes.  To all.  Also let's bring in the fact that she promoted a haircare line and her own drink brand as part of promo."  Later that day, Ms. Koslow texted Ms. Nathan, "Could Allison do think piece on the bad PR behind the film . . . And it wouldn't be so obvious if there's a part that scrutinizes his lack of response or whatever so ***it's not so obviously placed***," to which Ms. Nathan responded, "Yes" "Let's go."  BBKOSLOW-000001024 (emphasis added).  On August 20, 2024, the Daily Mail published an article that reported:  "This should be the ***crowning moment*** of Blake Lively's career . . . Lively's launch of her new film, It Ends With Us, has been an unmitigated disaster."  Alison Boschoff, *How Blake Lively's Fairytale Turned Into a PR Nightmare*, Daily Mail (Aug. 20, 2024), [https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html](https://www.dailymail.co.uk/femail/article-13761985/How-Blake-Livelys-fairytale-turned-PR-nightmare-Amid-growing-backlash-ALISON-BOSHOFF-reveals-went-wrong-Hollywoods-golden-girl.html) (emphasis added).  The article also reported:  "Lively has come under fire for aggressively marketing her personal projects – not just her haircare, but her drinks company – seemingly on the back of a film dealing with domestic violence."  On August 21, Ms. Koslow texted Alyx Sealy, Carolina Hurley, Dervla Mcneice, Ms. Case, Ms. Nathan, Michael Lawrence, and Rylie Long a link to this article, to which Ms. Case texted, "Did she actually come through for us?????"  KCASE-000004756.  Ms. Koslow responded, "Yes," and Ms. Case congratulated Ms.

16

CONFIDENTIAL

Koslow, "Well done Bre!!" KCASE-000004756.  Ms. Koslow confirmed placing this article in deposition testimony.  *See* Koslow Tr. 312:2–8.

- On August 13, 2024, Ms. Nathan messaged Sara Nathan, regarding a forthcoming story about Ms. Lively's role in making final cuts to the Film. Sara Nathan texted a draft copy for the article, to which Ms. Nathan replied: "Can't say sources close to Baldoni. Can we say 'sources close to production with knowledge of the situation'[?]"  Sara Nathan responded, "Perfect." Ms. Nathan clarified: "And his comment about Blake directing was not about him not returning for the sequel, he was trying to lift her up and give her credit that she's ready to direct. Can't have it seem like he's stepping off that film." Sara Nathan agreed to amend the article.  JONESWORKS_00015395.

- On August 13, 2024, Mr. Baldoni sent links to two TikTok videos to a group chat with Mr. Heath, Ms. Abel, Mr. Mitchell, Ms. Nathan, Ms. Case, and Ms. Koslow. BALDONI_000015463. One linked to a TikTok video posted by an individual with the username @somegirlbrittany in which she spoke about her positive experience working with Mr. Baldoni on the set of It Ends With Us. *See* @somegirlbrittany, TikTok (Aug. 11, 2024), https://www.tiktok.com/t/ZP81Fc7Sp/. The other linked to a TikTok video posted by an individual with the username @lovingsingle in which the creator criticized Ms. Lively's marketing of the Film as insensitive to domestic violence survivors. *See* @lovingsingle, TikTok (Aug. 12, 2024), https://www.tiktok.com/t/ZP81FY9v7/. Ms. Abel confirmed "we have this and this is what the digital team is amplifying." BALDONI_000015463. In that same thread, Mr. Baldoni also flagged a "celebrity kind interview [he] did" in which he stated that he "wanted a trigger warning" for the Film and Ms. Abel confirmed "that's what we're pushing out[.]" *Id.* (citing *Justin Baldoni*

> *Hopes 'It Ends With Us' Inspires Audiences to Break Harmful Patterns: "You Can Choose Something Different,"* Celebrity Kind (Aug. 10, 2024), https://www.celebritykind.com/interview/justin-baldoni-hopes-it-ends-with-us-inspires-audiences-to-break-patterns-you-can-choose-something-different/).

- On August 14, 2024, in a group chat with Ms. Nathan, Ms. Koslow, Ms. Long, Ms. Case, Ms. Sealy, Ms. Hurley, and Mr. Lawrence, Ms. Mcneice sent a TMZ article that discussed sources who had reported that Mr. Baldoni "made [Ms. Lively] feel uncomfortable on the set of 'It Ends With Us'" to which Ms. Case responded "[n]ow we go to war[.]" *See* KCASE-000003354 (citing *BLAKE LIVELY, JUSTIN BALDONI SHE FELT KISSING SCENE LINGERED TOO LONG . . . Feels He Fat-Shamed Her*, TMZ (Aug. 14, 2024), https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/). Ms. Case then asked for a call with Ms. Koslow who responded "[w]e need Jed too[.]" KCASE-000003354.

- On August 15, 2024, Ms. Case had a phone call with James Vituscka, then-reporter at the Daily Mail, and later that day, sent Mr. Vituscka "helpful" links regarding Ms. Lively and Taylor Swift. NATHAN_000003433. On August 17, the Daily Mail published an article titled, "How Blake Lively COPIED Best Friend Taylor Swift to Promote It Ends With Us . . . Before Turning to Singer to Help Crisis Manage Backlash and Justin Baldoni Drama." *See* Lillian Gissen, *How Blake Lively COPIED Best Friend Taylor Swift to Promote It Ends With Us*, Daily Mail (Aug. 17, 2024), https://www.dailymail.co.uk/tvshowbiz/article-13750525/blake-lively-taylor-swift-copied-friendship-justin-baldoni-drama.html. The article incorporated links provided by Ms. Case to Mr. Vituscka, and reported that, according to an insider, "'Blake is

trying to get Taylor to help pull her out of this mess by using their friendship for interviews and other promotional work directly related to the film amid the current backlash that she is getting'" and that Ms. Lively "laughed at the concept of making herself available to" domestic violence survivors.  It further reported: "The source told DailyMail.com that 'Blake thinks she's getting set up by people around Justin so he doesn't have to come clean about his behavior' on set. . . . 'Instead of cementing her as a movie star it has served only to show out of touch she is.'"  Ms. Case acknowledged her involvement with the article in her deposition testimony, and Mr. Vituscka admitted his involvement in drafting the article.  *See* Case Tr. 259: 2–15; Vituscka000016 ("Omg we ran Taylor while I was out moving. Thank u again").

- On August 15, 2024, Ms. Abel sent a message to Mr. Baldoni, Mr. Heath, Ms. Case, Ms. Koslow, Ms. Nathan, and Mr. Mitchell with an Instagram post posted by the verified People account captioned "@brandonsklenar joins the latest episode of PEOPLE in 10 to talk about 'It Ends with Us,' working with Colleen Hoover, facing imposter syndrome as an actor, and more!" in which Mr. Sklenar spoke about his positive experience working with Mr. Baldoni on the Film. *See* People, Instagram (Aug. 15, 2024), https://www.instagram.com/reel/C-sZGONumYD/?igsh=MzRlODBiNWFlZA==; BBKOSLOW-000002400. Ms. Abel then asked "Can we have digital team boost this interview[?]" and Ms. Koslow confirmed. BBKOSLOW-000002400.

- On August 15, 2024, Mr. Baldoni shared a TikTok video posted by an individual with the username @jackiecoopah captioned "Justin Baldoni's crisis management team got lucky i stg" with Ms. Koslow, Mr. Heath, Ms. Abel, Ms. Case, Mr. Mitchell, and Ms.

Nathan. *See* @jackiecoopah, TikTok (Aug. 15, 2024), https://www.tiktok.com/@jackiecoopah/video/7403510741292109086; KCASE-000001194. The creator discussed negative stories about Ms. Lively, including claiming that Ms. Lively fat-shamed an interviewer, and joked that Mr. Baldoni's crisis management team was not behind any of it. *See* @jackiecoopah, TikTok (Aug. 15, 2024), https://www.tiktok.com/@jackiecoopah/video/74035107412921090 86. Mr. Mitchell responded "Genius! OMG! Melissa, Breanna, and Katie- you did a great job with this creator." KCASE-000001194.

- On August 15, 2024, Mr. Baldoni texted Ms. Nathan, "My partner Steve asked about flipping the narrative from this leak this am about ryan saying script was a disaster and he saved the movie . . . This is an easy flip." Ms. Nathan responds, "but - tatiana siegal from variety wants to do a follow up call with us for a story similar[.] We've a call in to her later." Baldoni continues, "And the fact that they saved the script from what they think is a disaster after we had a green lit script and a was strike basically implies they were scabs . . . Which we should 100% lead them to." BALDONI_000015407; JONESWORKS_00014376; NATHAN_000000314; TAG_000001148. Ms. Nathan then texted Candace Trunzo, a reporter for the Daily Mail, that Mr. Baldoni wanted to "100% lead" the public to the conclusion that Ms. Lively and Mr. Reynolds were "scabs" and that Mr. Reynolds had negative thoughts about the female-written script. Specifically, Ms. Nathan wrote: "To – something about ryan claiming the female hired was feminist writer didn't know how to tackle a female film etc. Using their own words against them – AND doing it while there was a strike. SO even though there was a female writer – RR came in to 'save the day' which didn't need saving and was deeply

CONFIDENTIAL

misogynistic. As per rr OwN [sic] words and team. Putting it out." She followed up: "Is there anything you can help me with here? This is so shit." NATHAN_000001942.

- On August 18, 2024, Mr. Baldoni texted Ms. Abel, Mr. Heath, Ms. Case, Ms. Koslow, Ms. Nathan, and Mr. Mitchell a link to a TikTok video posted on August 17, 2024 by an individual with the username @thickjewishgirl, where the author of the video comments: "I am flabbergasted that with the huge audience that Blake Lively has and all of the press interviews she's had she doesn't once talk about DV" (https://www.tiktok.com/@thickjewishgirl/video/7404186295993453870) . *See* BALDONI_000019422. With that link, Mr. Baldoni texted: "To boost." Ms. Abel responded: "Yes definitely let's boost these vids." And Ms. Koslow responded: "Will let digital know!" *Id.* In the same thread, Mr. Baldoni also texted two positive links to TikTok videos "To boost," including a video posted by an individual with the username @dietcokel0v3r of a video of Mr. Baldoni speaking in a movie theater showing "It Ends With Us," *see* @dietcokel0v3r, TikTok, https://www.tiktok.com/t/ZP81Pn5Rm/ (Aug. 18, 2024), and a video posted by an individual with the username @nolasoccermom of Mr. Baldoni appearing in an Instagram Live video with the user's son, *see* @nolasoccermom, TikTok, https://www.tiktok.com/t/ZP81P3U66/ (Aug. 16, 2024). Mr. Baldoni confirmed that he sent content to "boost" online in his deposition testimony. Baldoni 10/7/2025 Tr. 343:14–15.

- As early as August 8, 2024, Mr. Baldoni went out of his way to ensure that his promotion and press specifically focused on domestic violence in direct contrast to others' promotion the Film. Mr. Baldoni directed his social team as follows: "I'd like

21

CONFIDENTIAL

you guys to start posting me ONLY talking about domestic violence and clips and why this movie is so important" and "Let's change my bio and link to a resource for survivors please . . . If you or someone you know is experiencing domestic violence. Help is available. Visit @nomore for more info." BALDONI_000015675. When the consideration was raised on August 11 as to "holding off on any posts directly from Justin" because "he is the only one from the cast posting anything at the moment and fans are going ham on Blake Jenny and Colleen's comments section, Colleen went private from all the hate. I worry another post from Justin about DV and thanking "women everywhere" might further fuel the fire," Ms. Abel responded instead that "a post like this would further combat the negative" as to Mr. Baldoni's image, and Mr. Heath confirmed to "stay the course." JONESWORKS_00013830.

- On August 18, 2024, Ms. Abel circulated a recording of a TikTok video captioned "#greenscreen #justinbaldoni #blakelively #itendswithus #colleenhover #fypage" by an individual with the username of Charlotte in which a young woman claimed that Justin invited her up to his hotel room years ago to a group chat with Ms. Nathan, Ms. Case, Ms. Koslow, and Mr. Mitchell. BBKOSLOW-000005085; BBKOSLOW-000005127. Ms. Koslow replied that they'll "chat to Jed as well on this" and later confirmed that "[p]ositive videos [are] being boosted[.] The crazy Charlotte gal, team said it actually works in our favor to have negative comments below post – already now she's getting slammed, so they'll work with that to elevate how ridiculous / false story is, while keeping watch to make sure it doesn't spiral more[.]" BBKOSLOW-000005085.

CONFIDENTIAL

- On the morning of August 27, 2024, Ms. Koslow texted Ms. Abel, Ms. Nathan, and Ms. Case: "Variety piece going up soon." BBKOSLOW-000002015. Rebecca Rubin and Tatiana Siegel then posted an article on Variety, quoting a source as stating: "There's probably no world where [Ms. Lively and Mr. Baldoni] will work together again." *See* Rebecca Rubin, Tatiana Siegel, *"It Ends With Us" Sequel in Doubt Amid Blake Lively-Justin Baldoni Feud: "There's Probably No World Where They Work Together Again,"* Variety (Aug. 27, 2024), https://variety.com/2024/film/news/it-ends-with-us-sequel-in-doubt-blake-lively-justin-baldoni-feud-1236114099. The article also claimed that Mr. "Reynolds' involvement [in It Ends With Us] raises . . .WGA issue[s]." *Id.* Later that morning, Ms. Koslow texted the group a link to the article and stated: "Pretty straight forward – a lot of regurgitation and they ended up steering away from **making the sole focus on RR violation**[.]" BBKOSLOW-000002017 (emphasis added).

- On January 5, 2025, Ms. Steele sent a message to Ms. Nathan, Mr. Sarowitz, Mr. Baldoni, and others attaching a draft script of her YouTube video that was later posted on January 7, 2025. Various members of the group provided substantive feedback to the script, and Mr. Sarowitz noted that he "defer[red] to Jen [Abel] and Melissa [Nathan]." WAYFARER_000167841. *See also* HEATH_000052353; ABEL_000019529. Sage Steele has since posted at least the following content regarding Ms. Lively, beginning two days after the above-referenced message conversation, with several posts contain the negative title "Shame on Blake Lively" and commenting: "I feel like Blake is abusing her power. I'm so disappointing because it ends up hurting other women. This discredits women who are true victims of

**CONFIDENTIAL**

harassment." *See* The Sage Steele Show, *Shame on Blake Lively & The New York Times*, YouTube (Jan. 7, 2025), https://www.youtube.com/watch?v=2gMIYXxsNwg__; Sage Steele (@sagesteele), Instagram (Jan. 7, 2025), https://www.instagram.com/reel/DEiZu-9xGMB/?hl=en; Sage Steele (@officialsagesteele), TikTok (Jan. 7, 2025); www.tiktok.com/@officialsagesteele/video/7457284296856866091; The Sage Steele Show, Spotify (Jan. 7, 2025), https://open.spotify.com/episode/1HvHMVCkWxm9JIpPHZPfFC; The Sage Steele Show, Apple Podcasts (Jan. 7, 2025), https://podcasts.apple.com/us/podcast/shame-on-blake-lively-the-new-york-times/id1754460914?i=1000683220818; The Sage Steele Show, Audible (Jan. 8, 2025), https://www.audible.com/podcast/Shame-on-Blake-Lively-The-New-York-Times/B0DSJX5SLP; Sage Steele (@sagesteele), Facebook (Jan. 7, 2025), https://www.facebook.com/17841401462773682/videos/917775630132577/; Sage Steele (@sagesteele), X (Jan. 7, 2025), https://x.com/sagesteele/status/1876752992164044966?lang=en.

- On January 30, 2025, Ms. Nathan texted with Perez Hilton regarding "inside drama" concerning *It Ends With Us*. In response to Mr. Hilton asking for clarification on the purportedly insider information, Ms. Nathan wrote: "I am HAPPY for you to say this to that – Source close says – Blake and Ryan need to know that the other side has texts from Leslie Sloane to reporters that SHOW attempting to place stories about Justin from JULY ! She started this." NATHAN_000020424. As a member of Ms. Nathan's "circle of BF trust," *id.*, Mr. Hilton has created more than 500 pieces of video content

24

CONFIDENTIAL

and about the same number of posts of sensational headlines—almost entirely disparaging—about Ms. Lively for reporting sexual harassment since August 2024. *In re Mario Lavandeira Jr.*, No. 2:25-CV-01396-RFB-DJA (D. Nev.), ECF No. 12 at 5. In his videos, Mr. Hilton has called Ms. Lively disparaging and insulting names, such as: "*Blackface Blake*"; "*Lying Lively*"; "*Ku Klux Khaleesi*"; and "*Litigious Lively*." *See, e.g.*, PEREZ HILTON, *Blake Lively Confesses To The Judge That She's Conspiring With Justin Baldoni's Former Publicist!*, (YouTube, Jul. 5, 2025, at 1:41), https://www.youtube.com/watch?v=lPx74XA4z_A. PEREZ HILTON, *Blake Lively Has This Judge In Her Pocket! He Just:*, (YouTube, Jul. 14, 2025, at 0:31), https://www.youtube.com/watch?v=4wAoa2RjgyU. PEREZ HILTON, *A Terrible Day For Blake Lively! Another Loss For Her!! The Judge In The Justin Baldoni Trial Ruled:*, (YouTube, Jun. 16, 2025, at 0:40), https://www.youtube.com/watch?v=o0D-d4MTRv8.

Ms. Lively further responds by reference to the Wayfarer Defendants' sworn interrogatory responses where they have admitted to communicating with Billy Bush, Candace Owens, Andy Signore, and Perez Hilton "concerning Ms. Lively, Mr. Reynolds, the CRD Complaint, the Actions, the Lively/Reynolds Companies, or the Digital Campaign." *See* TAG's Second Supplemental Responses and Objections to Plaintiff Blake Lively's First Set of Interrogatories (June 25, 2025); TAG's Third Supplemental Responses and Objections to Plaintiff Blake Lively's First Set of Interrogatories (July 25, 2025); Ms. Nathan's Responses and Objections to Plaintiff Blake Lively's Third Set of Interrogatories (July 18, 2025); Ms. Nathan's Supplemental Responses and Objections to Plaintiff Blake Lively's Third Set of Interrogatories (July 25, 2025); Ms. Abel's Responses and Objections to Plaintiff Blake Lively's Sixth Set of Interrogatories (Sept. 17, 2025);

CONFIDENTIAL

Ms. Abel's Supplemental Responses and Objections to Plaintiff Blake Lively's Third Set of Interrogatories at 12 (July 25, 2025). Ms. Lively further responds by reference to the Wayfarer Defendants' sworn interrogatory responses where they have admitted that their counsel has communicated with Billy Bush, among other "reporters and news media or media outlets . . . concerning Ms. Lively, Mr. Reynolds, the Film, the CRD Complaint, the Digital Campaign, or the Consolidated Action or allegations asserted therein." *See* Wayfarer's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); TAG's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Mr. Sarowitz's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Mr. Heath's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Mr. Baldoni's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); It Ends With US Movie LLC's Responses and Objections to Plaintiff Blake Lively's Fourth Set of Interrogatories (Sept. 17, 2025); Ms. Abel's Responses and Objections to Plaintiff Blake Lively's Sixth Set of Interrogatories (Sept. 17, 2025); Ms. Nathan's Responses and Objections to Plaintiff Blake Lively's Sixth Set of Interrogatories (Sept. 17, 2025).

Ms. Lively further responds by reference to the party and non-party deposition testimony to date, including but not limited to that of Mr. Baldoni, Josh Greenstein, Jenny Slate, Isabela Ferrer, and Colleen Hoover, and all accompanying records, which reference (i) the "unusual" "tidal wave of online hatred" and "deluge of negative stories" targeting Ms. Lively in and around and after the premiere of the Film, which then had a collateral effect on other female cast members, *see, e.g.*, Greenstein Tr. 192:13–203:22; (ii) the negative upsell of press targeting Ms. Lively and the female members of the cast and crew in connection with their promotion of the Film; (iii)

CONFIDENTIAL

Wayfarer's failure to defend the female cast and crew members regarding the marketing, notwithstanding the reality that they were promoting the Film consistent with Wayfarer's and Sony's marketing plan; and (iv) the Wayfarer Defendants' planting and boosting of online and social media content designed to enhance Mr. Baldoni's image, including but not limited to planting and boosting domestic violence-related content.

Ms. Lively further responds by reference to the fact that Defendants Jed Wallace and Street Relations, Inc. produced no documents regarding the work they were retained to do and claim to have done, suggesting spoliation of evidence of the Wayfarer Defendants' retaliatory conduct. Ms. Lively further responds by reference to the fact that some or all of the Wayfarer Defendants communicated via Signal beginning in or about August 2024, but produced no Signal communications reflecting any communications before December 20, 2024, the day Ms. Lively filed her administrative complaint with the California Civil Rights Department, further suggesting spoliation of evidence of the retaliatory conduct. *See, e.g.*, NATHAN_000002151; BBKOSLOW-000004099; SR 1.00000064. Ms. Lively further responds by reference to the deposition testimony of the Wayfarer Defendants and third-party representatives regarding their downloading, use, and retention of Signal messages. *See, e.g.*, Heath 10/8/25 Tr. 347:8–348:6 (confirming use of Signal with Mr. Wallace beginning in or around August 2024); Case Tr. 75:3-7; 163:18-20 (acknowledging that TAG employees would Signal "primarily" to speak with Mr. Wallace); Wallace 10/9/25 Tr. 72:15–73:17; 315:17–22 (confirming use of Signal with Ms. Nathan and TAG as of August 2024).

Ms. Lively further responds by reference to the limited documents Mr. Wallace and Street Relations, Inc. have produced regarding the nature of their work, which demonstrate that Mr. Wallace and Street Relations, Inc. engaged in extensive services *for other clients* in or around the

CONFIDENTIAL

time at which they were engaged by the Wayfarer Defendants and after, including but not limited to the amplification and boosting of content, rewriting metadata, manipulating search engine optimization, and suppressing and removing content. *See, e.g.*, STREET 3.000199 ("I have the forensic guys rewriting the . . . metadata . . . it has been weaponized (algorithmically) by the left and some current WH leaks – we are suppressing those posts/links/articles too."); *id.* (Mr. Wallace discussing plan to "scrub" content); STREET 3.000486 (Mr. Wallace requesting client call to "discuss building protective infrastructure to make certain we have the digital strategy in full effect in perpetuity."); STREET 3.000204 (Mr. Wallace expressing the need to "throw a ton of upvotes" and "downvotes" at Reddit posts); STREET 3.000499 (Mr. Wallace stating that he is "most excited about [manipulating the SEO]"); *id.* (Mr. Wallace responding to a request by a client to "suppress this story" by saying "Ok-I'll handle that and setup an algorithm to manage concerns related."); *id.* (". . . I made sure we included the piece about you, specifically and have the various teams heavily clipping and algorithm boosting it for you and all keywords I've got trending for you. This is how we do it brother!!"); STREET 3.000366 (Mr. Wallace saying to client, "this is exactly the kind of content (in theory until I read them) that our team can elevate across all algorithmically driven platforms," and asking the client "to resend with the articles attached so I can share with the team(s) and get into the system," so "we can do our thing."); STREET 3.000381 (Mr. Wallace describing a client, noting "they were well aware of the digital component and leaned WAY into it while we made certain to clean up, monitor and manage the sentiment (particularly the massive negative sentiment) about them, their culture, their departing talent, etc. . . . while we elevated the

CONFIDENTIAL

positive around their new talent, controlled and cleaned the AMA, elevated their commercial, etc.").[2]

Ms. Lively further responds by reference to the deposition transcripts of Ms. Case, Ms. Koslow, Ms. Abel, and Ms. Nathan, and all exhibits attached thereto, which repeatedly reference digital activity, placement of content, amplification, boosting, and suppression both expressly and by implication. Ms. Lively reserves the right to supplement this response as discovery proceeds, particularly given that expert discovery remains outstanding.

**INTERROGATORY NO. 22:**

For each content identified in response to the preceding interrogatory, identify in reasonable detail all factual and legal bases for Your contention that "the Wayfarer team" seeded such content.

**RESPONSE TO INTERROGATORY NO. 22:**

Ms. Lively objects to this Interrogatory as vague and ambiguous because it fails to describe the information sought with the required specificity.  Ms. Lively objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not proportional to the needs of the Action, and beyond the scope of the Applicable Rules, including but not limited to Local Rule 33.3. Ms. Lively further objects to this Interrogatory to the extent that it seeks information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege, protection, or immunity.  Ms. Lively further objects to this Interrogatory to the extent it requires the disclosure of information that would impinge on the privacy rights of third parties.  Ms. Lively further objects to this Interrogatory to the extent that it prematurely seeks information that is more practically obtained through expert discovery.

---

[2] Grey highlighting indicates text that has been marked Attorneys' Eyes Only ("AEO").  This text was marked AEO by Mr. Wallace.

CONFIDENTIAL

Subject to and without waiving the foregoing objections, Ms. Lively incorporates by reference her response to Interrogatory No. 21. Ms. Lively further responds that Wayfarer's involvement in the seeding and amplification of such content was by virtue of hiring TAG and engaging through TAG the digital services performed by Mr. Wallace and Street Relations. Thereafter, Wayfarer and the Wayfarer team's involvement continued by direct communication with Ms. Nathan, Ms. Abel, TAG and/or digital teams identifying relevant narratives as well as content to be amplified, boosted, or similar conduct, in order to negatively affect the online conversation regarding Ms. Lively. *See, e.g.*, NATHAN_000003795; BALDONI_000014598.

Ms. Lively further responds by reference to the deposition transcripts of Ms. Case, Ms. Koslow, Ms. Abel, and Ms. Nathan, and all exhibits attached thereto, which repeatedly reference digital activity, placement of content, amplification, boosting, and suppression both expressly and by implication. Ms. Lively reserves the right to supplement this response as discovery proceeds, particularly given that expert discovery remains outstanding.

Dated: October 17, 2025

/s/ Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
E-mail: mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
E-mail: anathan@willkie.com
mconnolly@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson
Stephanie A. Roeser
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
E-mail: ehudson@manatt.com
sroeser@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
(212) 790-4500
E-mail: mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (pro hac vice)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

## <u>VERIFICATION OF INTERROGATORY RESPONSES</u>

I, Blake Lively, state that I have reviewed the foregoing Third Amended Responses and Objections to the Defendant Wayfarer's Second Set of Interrogatories to Plaintiff Blake Lively, and that the information contained therein is accurate to the best of my knowledge, information, and belief.[1]  Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of October, 2025.

BLAKE LIVELY

---

[1] My review excluded the material cited in the penultimate paragraph of my response to Interrogatory No. 21, which Mr. Wallace designated Attorneys' Eyes Only.

## CERTIFICATE OF SERVICE

I certify that on October 17, 2025, the foregoing was served on all counsel of record via email.

/s/ Michaela A. Connolly
Michaela A. Connolly