# Exhibit 196

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 8/11/2024 |

## Outline of Conversations

 **Josh Greenstein** ▪ ▪ **Tahra Grant** ▪ ▪ 5 messages on 8/11/2024 ▪ Josh Greenstein ▪ ▪ Tahra Grant

**Messages in chronological order** (times are shown in GMT -07:00)

---

💬 **Josh Greenstein** < ▓▓▓▓▓ > **Tahra Grant** < ▓▓▓▓▓ >

TG **Tahra Grant** < ▓▓▓▓▓ >  8/11/2024, 9:42 PM
All this would do is continue to reinforce what everyone is saying - that blake is a bully

TG **Tahra Grant** < ▓▓▓▓▓ >  8/11/2024, 9:42 PM
This is an email lesley got?

TG **Tahra Grant** < ▓▓▓▓▓ >  8/11/2024, 9:42 PM
Yeah

TG **Tahra Grant** < ▓▓▓▓▓ >  8/11/2024, 9:43 PM
She's not getting support, even with daily mail and nyp

TG **Tahra Grant** < ▓▓▓▓▓ >  8/11/2024, 9:49 PM
She orchestrated all this drama in a totally unsaavy and amateur way (and basically threatened you and sony) and now is mad it backfired on her.

Better than alternative bc she and her team are playing with fire with all this "borderline abusive" Language. That's where shit can spiral and it hasnt taken hold at all