# Exhibit 198

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 8/21/2024 |

## Outline of Conversations



* 8 messages on 8/21/2024 • Home <■■■■■> • Sanford Panitch <■■■■■>

**Messages in chronological order** (times are shown in GMT -07:00)

---

💬 [REDACTED]

**SP** **Sanford Panitch** <[REDACTED]>    8/21/2024, 12:12 AM
It's quite ironic because she has a huge hit movie headed to 300M plus! and probably will never work again or not for awhile although even Hathaway recovered. Tom thinks she's probably and bizarrely unhirable right nown

**H** **Home** <[REDACTED]>    8/21/2024, 1:12 AM
This will pass. She is going to be FINE.

**H** **Home** <[REDACTED]>    8/21/2024, 1:18 AM
An apology to that reporter would help. Something to survivors too other than a 24 hour thing on her insta stories too.

**SP** **Sanford Panitch** <[REDACTED]>    8/21/2024, 6:25 AM
No
Disagree
she is done for
At least for awhile
Its cooked
She said she is retiring to Josh or something
It will take a few years
Eva Mendez time
She did it to herself
If she just let him come to the premiere or didnt make all the cast unfollow him or kick him off the movie and did what everyone ever has done in show business for time and memorial which is protect "the show" then none of the sleuthing would have  happened
The hair sell at the same time was epic level stupid
She wouldn't listen
She knows better
Intl is astounding 150 and 150 and could be more

**H** **Home** <[REDACTED]>    8/21/2024, 10:14 AM
All of this is true.

**H** **Home** <[REDACTED]>    8/21/2024, 1:03 PM
[REDACTED]

**SP** **Sanford Panitch** <[REDACTED]>    8/21/2024, 1:14 PM
[REDACTED]

**H** **Home** <[REDACTED]>    8/21/2024, 1:14 PM
[REDACTED]