# Exhibit 199

BL-000000216
File too large to upload to docket.
File available on request from the court.