# Exhibit 200




**Extraction Report** - Apple iPhone

## Chats (1)

### Native Messages

Native (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Start Time:** 19/08/2024 14:01:09(UTC+0)<br>**Last Activity:** 19/08/2024 15:12:59(UTC+0)<br>**Number of attachments:** 1<br>**Source:** Native Messages<br>**Chat Type:** Unknown<br>**Source file:** EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0xFF7C0C<br>**Service Identifier:** com.apple.MobileSMS<br>**Body file:** chat-0.txt<br>**Participants:**<br><br>Melissa Nathan<br>Justin Baldoni<br>Jamey Heath<br>Jennifer Abel* (owner)<br>**Identifier:** chat348013113586211800 | | |



From: ▇▇▇▇▇ Melissa Nathan
To: ▇▇▇▇▇ Justin Baldoni
To: ▇▇▇▇▇ Jamey Heath
To: ▇▇▇▇▇ Jennifer Abel (owner)

Good morning.

Sharing with you a perfect example of why we don't use " bots "

I wouldn't even worry to think they've hired a team as a) nothing to find b) they hired an awful team which I've sent to our guy to track and pull so we have evidence of it.

This below should answer everyone's question on what a bot team looks like when every single comment suddenly skews in her favour in a nonsensical way

https://www.instagram.com/p/C-2Tcmot4Mp/?igsh=MTc4MmM1YmI2Ng==

At LEAST sprinkle them in.

She needs to fire her bot team.

**Priority:** Normal

19/08/2024 14:01:09(UTC+0)

**Source Info:**
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0xFF7C0C



From: [redacted] Justin Baldoni
To: [redacted] Jamey Heath
To: [redacted] Melissa Nathan
To: [redacted] Jennifer Abel (owner)

How can we say somehow that we are not doing any of this - it looks like we are trying to take her down

Priority: Normal

19/08/2024 14:50:29(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x14F5C0C



From: [redacted] Melissa Nathan
To: [redacted] Justin Baldoni
To: [redacted] Jamey Heath
To: [redacted] Jennifer Abel (owner)

It doesn't. They are doing all of this themselves and it's really obvious.

Priority: Normal

19/08/2024 14:54:44(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x153DC0C

From: [redacted] Melissa Nathan
To: [redacted] Justin Baldoni
To: [redacted] Jamey Heath
To: [redacted] Jennifer Abel (owner)

This is bots.

Priority: Normal

19/08/2024 14:55:25(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x15FDC0C



From: [redacted] Melissa Nathan
To: [redacted] Justin Baldoni
To: [redacted] Jamey Heath
To: [redacted] Jennifer Abel (owner)

Attachments:

Size: 0
(Empty File)

Priority: Normal

19/08/2024 14:56:32(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x160AC0C

**From:** Melissa Nathan
**To:** Justin Baldoni
**To:** Jamey Heath
**To:** Jennifer Abel (owner)

I'm going to monitor this really highly today- it will be really easy for us to show bots.

Because there would not be so many pro her comments with the type of profiles that are commenting.

And if they continue you can easily show WME/ SONY or media if that's our group decision.

But , to media and to your fan base it doesn't matter at all. They will not see this as a tide is turning thing - your reputation right now is way stronger than hers.

Priority: Normal

19/08/2024 14:59:24(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x165FC0C

**From:** Justin Baldoni
**To:** Jamey Heath
**To:** Melissa Nathan
**To:** Jennifer Abel (owner)

Ok please
Monitor
Things I'm more worried about is that we are planting these stories which are not true -
Priority: Normal

19/08/2024 15:08:37(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x1962C0C

**From:** Jennifer Abel (owner)
**To:** Melissa Nathan
**To:** Jamey Heath
**To:** Justin Baldoni

Chiming in here. The people saying that there are bots and this is a PR play on your side is a minority voice compared to the thousands and thousands who are calling it what it is, and reacting to Blake's own actions and interviews. We never want the action of the minority to dictate what we do on our end. We have to always look at the big picture which is still enormously on your side. But, I do see a want and need from fans to move on. People are now commenting that they are bored with the many articles still coming out about this drama. When we move on, they do too. So we need to find ways to keep elevating not just the DV reaction, but also the other things in your life like family, being back home, and wayfarer. That's not tone deaf in my opinion, but sends the message that you are focusing on what really matters and that's what will help with the Blake narrative too. My POV.

Priority: Normal

19/08/2024 15:12:59(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db : 0x1994C2C

CONFIDENTIAL

Confidential

JW0000003

JONESWORKS_00000003