# Exhibit 205

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 22 | Date Range: 8/9/2024 |

## Outline of Conversations



**RR-FullMessages-0309979** • 22 messages on 8/9/2024 • R Reynolds ▇▇▇▇▇▇▇ • Warren Zavala ▇▇▇▇▇▇▇

CONFIDENTIAL RR-SUBPOENA-000000116

**Messages in chronological order** (times are shown in GMT -04:00)

 **RR-FullMessages-0309979**

**RR**  R Reynolds    ◀ 8/9/2024, 5:12 AM
Excuse the long text. ⬇️⬇️

You can sort of feel the Baldoni stuff coming to a head online. Twitter and TikTok are inexplicably blaming Blake at the moment. But I can't imagine details won't come out because Baldoni and Jayme Heath offended, harassed or violated too many people. And the internet is obviously looking for answers and obviously seeing how every cast member and key crew member (including Colleen) won't be in the same room as the guy. All of them have at some point, over the last six months, unfollowed him on social media. Not one person has said Justin's name out loud in any interview at any time. At what point do Justin and Jayme not take a moment to step into the light and say, "…maybe it's us."?

I can't yet tell if overwhelming success this weekend amplifies or snuffs this out. We're navigating uncharted territory in so many ways.

Todd Black called me in a bit of a panic. The call didn't go well because he's looking to brainstorm ways to diffuse the stuff with Baldoni. Paraphrasing here but basically Todd's line of thinking is: "Why doesn't Blake just hit it head on and say, 'Justin and I had disagreements and didn't get along but we both love the film so much' etc etc etc."

And what I expressed to Todd is this attitude and approach is the EXACT problem. If I'm getting it right, he and Ange would prefer B to roll over and lie because the box office is on fire.

How could they spend so much time with her, yet have no sense of who she is or what she's made of?

I told Todd it's infuriating anyone would look at Blake to fix a problem Baldoni, Jayme and to a certain degree, Ange literally manifested. Instead of aggressively implementing steps to create a safe work environment for Blake and every other woman on set, they responded in laughably impotent, and meek ways. They revealed their hand immediately and often.

I'm super frustrated because this is a moment in which Blake should be celebrating. She made this unbelievable win happen. She made this a win for Sony and by proxy, Wayfarer. She fucking refused to give up on the film. She didn't sleep, she missed countless moments with her kids while sitting in edit rooms, scrapping and frame fucking dailies for every square inch of quality. She slammed together a recipe for success despite working with ingredients she wasn't even able to choose. All this while masterminding a world class marketing and promo plan for a movie that's punching so far above its weight I've lost descriptors to even describe what's happening.

She WILLED this weekend into reality. Baldoni and these other buckets of dumb-dumb-juice should be acknowledging the speculation and gossip themselves. They should be jumping in front of it in the most full throated, unqualified way. Now.

They should be protecting B. They can and should accept the consequences of their actions and lean into the countless and willfully gross behavior before it leans into them. They made a big fucking mess. Blake - under NO CIRCUMSTANCES - should be asked to clean up this sloppy, cliched fuckstorm.

If they are made of anything resembling the humanity or dignity or capacity for growth that they project on their fauxminist, shithole of a podcast, they'd be releasing a statement saying something like:

"Our behavior on the set of IEWU was abhorrent and not even close to standards and respect both Colleen Hoover and Blake Lively deserve. To say nothing of the entire cast and crew who bravely pushed their way through an unnecessarily challenging shoot. We're working to better understand how we fostered a workplace environment so lacking boundaries, guardrails, respect and in many incidents, decency. Our aim is take real accountability which extends beyond performative virtue signaling. The success of IEWU isn't because of our involvement. The film is succeeding in spite of it. The warmth and love audiences are showing this film are in large measure due to the skillful work of Colleen Hoover and Blake Lively, who dedicated themselves to a radically accelerated post production process. Their refusal to accept incompetent working conditions should be the reason a movie fails. But their unwillingness to accept these conditions (that we created) are the reason this film is succeeding.

We at Wayfarer believe with our whole heart the underlying message of IEWU must inspire an imperative and potentially life changing conversation. Colleen and Blake poured their work ethic, courage and innovation into ensuring these important themes are packaged in a way that's respectful of the sensitive subject matter, honoring of the source material made to deliver an entertaining, nuanced and ultimately optimistic experience.

Our goal now is to take a step back and conscientiously reflect on this experience. For the foreseeable future, our mission is to examine and reexamine the objectionable behavior and inadequate decision making skills which clearly hurt and offended people who placed their trust in us. In doing this work, we continue to support the incredible cast and

crew from the background. They've worked hard to construct a film which is being embraced all over the world. With Sincerely, Justin Baldoni and Jayme Heath."

If they orbited or even glanced an acknowledgment like this, it would be the first discernible proof either possess a spine. Or something slightly north of a sociopathic understanding of basic consequence and impropriety. The only thing they don't seem interested in is the truth. And all Blake HAS is the truth. Like, even ONE of the 26 things on the list she read aloud to Baldoni, Jayme, Todd, Ange and Josh (who were all sitting in our living room) would be considered irretrievably monstrous and shocking.

I think it's fine to play through the weekend but I'm flying blind when it comes to Blake. We haven't had the chance to fully discuss the right course. I know she'll have a clear perspective. Unless something changed, all she cares about is the creative and a well-earned outcome. But I happen to think some action is necessary. She should not be subjected to some eye-roll-y narrative of the "controlling bitch"

If I were those two guys, I'd be jumping in front of this now. With energy.

**WZ** — **Warren Zavala** — 8/9/2024, 9:33 AM
First of all, I love your writing. I've read this a couple times. I think we should chat. I can't respond in a way that plays at the same level. Simply, you're right. They can't have some expectation that she is going to make it fine for the offender. Nor do I think these guys have the humility or capacity to be proactive in that way. I think their instincts are self serving and quite the opposite.

**WZ** — **Warren Zavala** — 8/9/2024, 9:51 AM
I think a lot of these are bots. Sarah and I are looking at it.
My belief is that he's orchestrating a narrative and probably has a crisis team plotting his moves here. It's the exact opposite of what should be happening. This narrative of he's the only one talking about the book and domestic violence smells of foul play. Not to be an alarmist.
Call me when you land. Todd is so disappointing on this.

**RR** — **R Reynolds** — 8/9/2024, 10:01 AM
Todd and Ange are fucking textbook, ineffectual elderly people with no ideas or thoughtful communication skills. Just blunt instruments with six catchphrases and about 5 key words.

**WZ** — **Warren Zavala** — 8/9/2024, 10:02 AM
It's this guys incredible ego. It feels like he's laying a trap if her truth surfaces, while promoting a narrative digitally.

**RR** — **R Reynolds** — 8/9/2024, 10:06 AM
Yeah. But honestly, someone is just gonna tell a journalist the real deal and it's gonna blow up in his face.

**WZ** — **Warren Zavala** — 8/9/2024, 10:13 AM
One would think. But the truth does become muddled sometimes. That's why I'm concerned if he's laying a trap.

**WZ** — **Warren Zavala** — 8/9/2024, 10:15 AM
I hope this fraud shit weasel is exposed. I just want to protect our downside.

**WZ** — **Warren Zavala** — 8/9/2024, 10:16 AM
The movie working is everything. Let's see if the noise subsides.

**WZ** — **Warren Zavala** — 8/9/2024, 10:43 AM
https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-with-blake-lively-over-final-cut

**WZ** — **Warren Zavala** — 8/9/2024, 10:43 AM
This is all spin. I think we let it burn.

**RR** — **R Reynolds** — 8/9/2024, 11:06 AM
How'd that work out for Depp??

**WZ** — **Warren Zavala** — 8/9/2024, 11:09 AM
Not well. Cratered both of them ultimately.

**WZ** **Warren Zavala** ▶ 8/9/2024, 11:09 AM
That's why he's an egotistical shit weasel with a god complex.

**WZ** **Warren Zavala** ▶ 8/9/2024, 11:57 AM
JGS and I spoke with Leslie. She's in it with Josh and the studio. She has a relationship with this woman Melissa that has been retained by Baldoni. She's the Brit that worked with Depp. Call me when you want to discuss.

**RR** **R Reynolds** ◀ 8/9/2024, 12:02 PM
Leslie should definitely engage the studio and fight back in any way necessary. But I think we just stay quiet and let Baldoni do his thing. Probably best not to get lost in the comment section. I understand the industry is atwitter and the gossip crowd but… nothing shuts people up like victory. MILLIONS of people will see and talk about and be affected by this film this weekend. A film B strongly authored. Let them fucking quibble about how strongly. Let that human rounding error, Baldoni play his little game. This is a giant ass victory. CONGRATS.

**WZ** **Warren Zavala** ▶ 8/9/2024, 12:02 PM
I totally agree!

**RR** **R Reynolds** ◀ 8/9/2024, 12:04 PM
Also… if we ever need to… B can just go on record. And explain what working with him was like in the most plain language possible.

**WZ** **Warren Zavala** ▶ 8/9/2024, 12:23 PM
Yes. If she has to. Let's see how it plays out. By the time she is forced to say something we should have all his cards out on the table.

**WZ** **Warren Zavala** ▶ 8/9/2024, 2:02 PM
I just read the article. I would imagine there isn't a lot of moves on his end here. We shall see. How is she doing?

**WZ** **Warren Zavala** ▶ 8/9/2024, 4:23 PM
It's on track for 51M. Wow. Let's see if it holds.

**RR** **R Reynolds** ◀ 8/9/2024, 5:21 PM
Wow