# Exhibit 206

<mark>

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 13 | Date Range: 8/10/2024 |

## Outline of Conversations

   **RR-FullMessages-0252428** • 13 messages on 8/10/2024 • Colleen Hoover ▮▮▮▮▮▮ • R Reynolds ▮▮▮▮▮▮

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **RR-FullMessages-0252428**

**RR**  **R Reynolds** ▬▬▬▬▬  **DELETED**  ◀ 8/10/2024, 9:36 AM

Colleen!

I'm sending you *literally* every form of congratulations I see the sky while jumping up and down and rapidly happy clapping.
At one point, I was three feet from you at the afterparty — but I wasn't able to extricate myself from the Sony Studios Chairman's mouth. I'm still in here and a little shocked I have service.

Holy fuckity fuck. You guys really pulled it off. Like… Colleen… this thing is on fire everywhere. And audiences have wrapped both arms around the film. You and B made something gorgeous out of ingredients you didn't ask for. Which is what makes you both (and this whole post production team) so clutch.

I heard you guys got a tummy bug and you're stuck in NY. I can't think of anything worse. Although it might be your body ridding itself of any residual Baldoni. I'd rather be puking in a gulag than hijacking performative feminism while practicing personal growth catchphrases in the mirror.

I hope you're taking a moment to enjoy this. I know the road isn't always easy or clear. When you're a creator and apex storyteller like you, I can imagine it takes a very resolute mind and heart to process all the strange people with muddled intentions trying to warm their hands on your light.

What's happening this weekend with IEWU is a victory lap and a testament to fortitude. You created a world people wanted to experience about a subject that's hard to talk about. You and Blake opened the movie adaptation higher than most films with budgets 5 to 6 times larger. During a movie season that was about to give up on female led films, (as if that's a "genre" or something?) this is a proving point that audiences will show up for a film if it's good. A lesson the industry learns and forgets in perfect concert with the seasons.

What a complete fucking WIN this is. I know we all breathe rare air. I realize how lucky we are. But I also know how genuinely GOOD you and B are. And seeing good people put shitty people over their knee, for a good old fashioned, pants-down spanking in the supermarket is a special experience I don't take for granted.

You both trued-up this whole project on and off screen. You two are thoughtful and intentioned and relentless. And it's that same tender grit and humanity which created not only a world renowned novelist but the engine that got this film to here.

I could literally write you 85 more paragraphs eulogizing what this all means to me. This whole team rallied and delivered. Even Sony stepped up in ways I never imagined. But mainly, I'm just incredibly proud and inspired by you and B.

Hope you're feeling so much better and I can't wait for us all to celebrate in person. If you and [Redacted - Non-Responsive] are still in NYC we're back tonight and would LOVE to see you both. And if you feel like getting some fresh air, we have a whole beautiful, empty cottage an hour out of the city. It's the perfect place to unplug from the internet's digital anxiety system.

Lots of love.

---

**RR**  **R Reynolds** ▬▬▬▬▬  ◀ 8/10/2024, 9:37 AM

Colleen!

I'm sending you *literally* every form of congratulations under the sky while jumping up and down and rapidly happy clapping.
At one point, I was three feet from you at the afterparty — but I wasn't able to extricate myself from the Sony Studios Chairman's mouth. I'm still in here and a little shocked I have service.

Holy fuckity fuck. You guys really pulled it off. Like… Colleen… this thing is on fire everywhere. And audiences have wrapped both arms around the film. You and B made something gorgeous out of ingredients you didn't ask for. Which is what makes you both (and this whole post production team) so clutch.

I heard you guys got a tummy bug and you're stuck in NY. I can't think of anything worse. Although it might be your body ridding itself of any residual Baldoni. I'd rather be puking in a gulag than hijacking performative feminism while practicing personal growth catchphrases in the mirror.

I hope you're taking a moment to enjoy this. I know the road isn't always easy or clear. When you're a creator and apex storyteller like you, I can imagine it takes a very resolute mind and heart to process all the strange people with muddled

intentions trying to warm their hands on your light.

What's happening this weekend with IEWU is a victory lap and a testament to fortitude. You created a world people wanted to experience about a subject that's hard to talk about. You and Blake opened the movie adaptation higher than most films with budgets 5 to 6 times larger. During a movie season that was about to give up on female led films, (as if that's a "genre" or something?) this is a proving point that audiences will show up for a film if it's good. A lesson the industry learns and forgets in perfect concert with the seasons.

What a complete fucking WIN this is. I know we all breathe rare air. I realize how lucky we are. But I also know how genuinely GOOD you and B are. And seeing good people put shitty people over their knee, for a good old fashioned, pants-down spanking in the supermarket is a special experience I don't take for granted.

You both trued-up this whole project on and off screen. You two are thoughtful and intentioned and relentless. And it's that same tender grit and humanity which created not only a world renowned novelist but the engine that got this film to here.

I could literally write you 85 more paragraphs eulogizing what this all means to me. This whole team rallied and delivered. Even Sony stepped up in ways I never imagined. But mainly, I'm just incredibly proud and inspired by you and B.

Hope you're feeling so much better and I can't wait for us all to celebrate in person. If you and [Redacted - Non-Responsive] are still in NYC we're back tonight and would LOVE to see you both. And if you feel like getting some fresh air, we have a whole beautiful, empty cottage an hour out of the city. It's the perfect place to unplug from the internet's digital anxiety system.

Lots of love.

---

**CH** **Colleen Hoover** [redacted]   ▶ 8/10/2024, 1:19 PM

I just landed in Texas 🫠   [Redacted - Non-Responsive]
[Redacted - Non-Responsive]   Thank you so much for this message! This has all been such a whirlwind, both beautiful and terrifying and I sometimes feel like I don't belong but Blake has made me feel so welcome and valued and I couldn't be more grateful to her. To both of you. And yes, I saw you too and could feel you being pulled in a million directions. The numbers seem amazing, it's my first movie obviously so I don't really know what to compare it to and I'm still learning, but I heard we beat some comic book film on Friday so that's good 😅
I hope y'all are able to get some rest soon. Thank you really doesn't cut it for all you and Blake have done for this film. It's life changing for more than just me. You guys are class acts and I will stand by that forever.

---

**RR** **R Reynolds** [redacted]   ◀ 8/10/2024, 1:39 PM

There is no comp for this. That isn't hyperbole. A weekend number that was around 30m would have been parade worthy. But 45 to 50? (Maybe more?? 😬😬)

That's just not something that happens. For any movie without spandex or giant IP.

This speaks VOLUMES of you and what you've done. And it certainly speaks volumes of B.

And I know things have been noisy with that schmuck. He literally hired Johnny Depp's crisis team. Which is why social has been so weird. They utilize thousands of bots and it's all kinda gross. The higher road can be lonely but the movie opening to this historic number, is the checkmate nobody can compete with.

I hope you can take this in. It's not only hard-fought but a very rare feeling worth holding onto . Blake has been emotionally wrecked the last couple days. But she's so happy this worked.

Hoping we all get to celebrate together soon.

---

**CH** **Colleen Hoover** [redacted]      DELETED   ▶ 8/10/2024, 1:59 PM

I had a feeling this was Justin's team controlling the online narrative. I'm just staying offline and have a wonderful group of people in my life who send me all the good stuff.
I'm not going to lie, for 44 years I've live a relatively quiet existence. The last few weeks have been challenging and an adjustment and probably why my body shut down this week. I'm used to working in a cave on solo projects where I own all the successes and failures and no one really speculates about how I'm getting along with myself. Being thrust into this head on with absolutely no idea how big it would get and so fast has been jarring. It's why I'm so good at the Irish exits as Blake says.
But with my minimal experience comes the fact that I have no idea if ignoring everything is the best response. It feels like it for now but I have no PR team. It's just me and my fabulous intuition. But you guys let me know if you ever need me to respond differently to all this noise.

---

**CH** **Colleen Hoover** [redacted]   ▶ 8/10/2024, 1:59 PM

| | | | |
|---|---|---|---|
| | I had a feeling this was Justin's team controlling the online narrative. I'm just staying offline and have a wonderful group of people in my life who send me all the good stuff.<br>I'm not going to lie, for 44 years I've lived a relatively quiet existence. The last few weeks have been challenging and an adjustment and probably why my body shut down this week. I'm used to working in a cave on solo projects where I own all the successes and failures and no one really speculates about how I'm getting along with myself. Being thrust into this head on with absolutely no idea how big it would get and so fast has been jarring. It's why I'm so good at the Irish exits as Blake says.<br>But with my minimal experience comes the fact that I have no idea if ignoring everything is the best response. It feels like it for now but I have no PR team. It's just me and my fabulous intuition. But you guys let me know if you ever need me to respond differently to all this noise. | | |
| **RR** | **R Reynolds** | ◀ | 8/10/2024, 2:29 PM |
| | Yeah, when he uses a crisis team like that, you can start to see all the strategy they've equipped him with.<br><br>Crisis team: okay, Justin, all you do is talk about DV and how wonderful Blake is. And we'll handle the online stuff. No matter what, you keep up your feminist advocacy. And speak like an emotionally elevated thought leader. Understood?<br><br>Justin: Namaste. Let's get this bitch. | | |
| **CH** | **Colleen Hoover** | ▶ | 8/10/2024, 2:29 PM |
| | Laughed at "Yeah, when he uses a crisis team like that, you ca…" | | |
| **RR** | **R Reynolds** | ◀ | 8/10/2024, 2:29 PM |
| | And I think the truth about him is already finding its way to the light. | | |
| **RR** | **R Reynolds** | ◀ | 8/10/2024, 2:31 PM |
| | It's amazing to me that you can have everybody involved with a production completely run away from a person who is obviously a predator and sociopath and the narrative must first land on why a woman is the problem.<br><br>It's amazing to me how low people still go.<br><br>But people are already coming forward and soon enough someone is just gonna go on record. | | |
| **CH** | **Colleen Hoover** | ▶ | 8/10/2024, 2:38 PM |
| | It's mind blowing. But also I feel like the loud ones are mostly 13-year-olds who don't have fully developed brains yet and will be mortified by their thought process a few years from now.<br>Good to hear it's already beginning to skew away from him. | | |
| **RR** | **R Reynolds** | ◀ | 8/10/2024, 2:40 PM |
| | Surprising it's mostly girls. At least, that's what I've seen. And the really smart folks already know. Although the narrative at the moment is how insanely well the film is performing and how much audiences love it. So… | | |
| **CH** | **Colleen Hoover** | ▶ | 8/10/2024, 2:45 PM |
| | Loved "Surprising it's mostly girls. At least, that's wha…" | | |