# Exhibit 207

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 11 | Date Range: 8/12/2024 - 8/13/2024 |

## Outline of Conversations

 **RR-FullMessages-0261263** • 11 messages between 8/12/2024 - 8/13/2024 • Patrick Whitesell ■■■■■■■■■ • R Reynolds ■■■■■■■■■ • Warren Zavala ■■■■■■■■■

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **RR-FullMessages-0261263**

**RR**  **R Reynolds**  ◀ 8/12/2024, 9:23 PM

I appreciate you guys taking time to hear me out. I know I sound angry but I promise you I have way more rage in the tank. I just feel depleted and exhausted and as they say, "keep away from the dying animal."

I can't and won't sit by watching my wife — who's been asked to shape shift around a problematic man since the very beginning of this movie — complete a grand slam home run… Only to be dragged through the mud while people ring the "shame bell" behind her. And besides me, and her, nobody seems willing to have an uncomfortable conversation on her behalf. Or on my behalf.

I've spent too many hours trying to reason and negotiate a way through this to (at minimum) neutralize the situation and at best, advocate for the truth to be told. When the truth should, in reality be the ONLY thing we advocate for.

Where is Sony as well? Greenstein said he'd go on record about this today with the trades…

She went so far above and beyond what should be asked of anyone, in order to land a jumbo jet on a fucking dime.

All risk, with a very narrow target for reward. It's nothing short of incredible and unheard of. I think she deserves to feel that. I think I deserve to enjoy the work I've put in over the last three years on D&W.

Blake deserves to have people step up for her. Everyone who knows the truth should be in her corner, seeking accountability.

These guys are enjoying laurels, accolades and a conflict-free win. Zero humility. Baldoni saw the movie for the first time at the PREMIERE. It's baffling that he has the lazy-lidded confidence to even show up, with full knowledge that the entire cast and a bunch of crew members know exactly how he behaved. He and his shitbag partner are predators and frauds. We all know it. Sony knows it. And you know it. Full stop. Yet they remain unchecked.

We're not asking them to detail the dumb-dumb horror show of a production they willfully created. We're asking them to take accountability under the most generous terms imaginable. To apologize to Blake, Colleen and the rest of the cast and crew they've hurt. Folks who acted with integrity and professionalism throughout the entire production, post production and promotion of the film.

We all work with people who aren't necessarily good at their job.  But usually, they're nice people.  So we shrug and move on. But when they're incompetent predators and frauds, that hits different. My wife wasn't going to finish this film as both a victim and a proud recipient of a shitty movie AND a shitty opening.  The only headline would be, "Blake Lively bombs." He doesn't get to walk away like that.

The thing that I believe both my wife and I are missing most in this debacle, is your rage. And I hope I've illustrated why that is. I have never had anything but an intense love and admiration for WME and the entire company. But I've also never needed WME like I do in this moment. I am always comfortable handling my own shit. But this is a situation in which I need (along with Blake) a sense of solidarity and duty of care.

**› PW**  **Patrick Whitesell**  ▶ 8/13/2024, 12:42 AM

Ryan, I completely understand all of this. Blake and you deserve the advocacy from us as your agents.
I hadn't been aware of all of this until you reached out to me a few weeks ago, but in just these few weeks I have learned the full picture of what Blake, you and many others have endured. I am really sorry for all of you. I am also sorry that you haven't felt the proper advocacy from us.
I can assure you that going forward that won't be the case.
Warren, Doug and I had a conversation tonight and will be deploying in the morning with the town. As you said, the most important thing here is that we don't let any of this have a negative effect on you two professionally and that all the studios, important buyers, etc know the truth about ALL of it. We won't rest until that is abundantly clear.

**WZ**  **Warren Zavala**  ▶ 8/12/2024, 11:54 PM

Hung up with Josh a bit ago. Went crazy on him for not getting back to us today. He said he had been working internally to arrange a call for you and Blake with him, Tony, and Tom for the morning. He was reaching out to arrange.
Update on the draft. Marie Sheehy has been speaking with Jamey and the publicity team on their side. She believes there is something to on their side drafted and they are reaching Justin to talk to him about it. This is something that you and B will want to see prior to distribution right? Or due to the time difference you want this going out directly?

**RR**  **R Reynolds**  ◀ 8/13/2024, 6:16 AM

I appreciate it. And thank you. I think I've just hit a breaking point with this. We all worked too hard and too well to take

this on the chin. I'll be around today. With the exception of 12pm to 1pm EST.

**RR**    **R Reynolds**      ◁ 8/13/2024, 6:16 AM

And yes, we definitely want to see a draft of what they're putting out.

**RR**    **R Reynolds**      ◁ 8/13/2024, 9:10 AM

I think they're should also include Jenny Slate and Isabela Ferrer in their apology.

My assumption is that both Sony and Wayfarer are going to attempt to thread the needle with any statement and that can't happen. Needs to be an unqualified, unreserved, full throat apology to "Blake, Colleen, Jenny and Isabela, along with the rest of the cast."

Do we have any sense of timeline here?

**WZ**    **Warren Zavala**      ▶ 8/13/2024, 9:54 AM

No. As of midnight last night they've gone quiet. I've spoken to Josh again this morning. And we've started our work in terms of analytics around the conversation and bringing our team together.

**RR**    **R Reynolds**      ◁ 8/13/2024, 10:38 AM

I think we need to coordinate a cadence with a Sony statement and Baldoni/Heath statement. And it absolutely has to happen today.

**RR**    **R Reynolds**      ◁ 8/13/2024, 10:39 AM

And I suspect other cast (not Blake) will speak to this on background or on record.

**WZ**    **Warren Zavala**      ▶ 8/13/2024, 10:42 AM

Yes. Agreed. We also should have a strategy call prior to your call with Sony.

**RR**    **R Reynolds**      ◁ 8/13/2024, 10:48 AM

Yep