# Exhibit 208

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 42 | Date Range: 8/13/2024 |

## Outline of Conversations



**1053ddf9d6d0aaeb2426c2542daf0b37-2024-08-13** • 42 messages on 8/13/2024 • Sara Nathan • leslie.sloane▇▇▇▇▇▇▇

CONFIDENTIAL　LS_0000219

**Messages in chronological order** (times are shown in GMT -04:00)

**1053ddf9d6d0aaeb2426c2542daf0b37-2024-08-13**

**SN** **Sara Nathan** — 8/13/2024, 10:14 AM
Need you when up!

**SN** **Sara Nathan** — 8/13/2024, 10:15 AM
https://people.com/it-ends-with-us-director-justin-baldoni-blake-lively-cast-clash-conflict-8694328

**SN** **Sara Nathan** — 8/13/2024, 10:21 AM
https://www.usmagazine.com/entertainment/news/blake-lively-details-it-ends-with-us-disagreement-im-not-supposed-to-be-talking-about-this/

**SN** **Sara Nathan** — 8/13/2024, 10:23 AM
Crying babies already and you haven't even taken off!!

**SN** **Sara Nathan** — 8/13/2024, 10:38 AM
Blake Lively was given final edit approval on "It Ends With Us" to make the movie more "feminine", according to sources. The star - and the rest of the cast - are not speaking to director and co-star Justin Baldoni, and Brandon Sklenar particularly has a problem with him over, we're told. Although not greenlit, as we predicted, there will now be a battle over the sequel, "It Starts With Us", as Baldoni owns the rights to the film, but due to the rift with Lively it's unknown what will happen yet.
A studio source said, "There were two edits and the studio went with a more feminine
edit. Blake had the right to do that she had final edit approval."

**LS** **leslie.sloane**▮ — 8/13/2024, 10:43 AM
Not a source a studio insider

**SN** **Sara Nathan** — 8/13/2024, 10:43 AM
Liked "Not a source a studio insider"

**SN** **Sara Nathan** — 8/13/2024, 10:44 AM
So she got final edit - the one you see in the movie now

**LS** **leslie.sloane**▮ — 8/13/2024, 10:44 AM
It always needs to say studio source

**SN** **Sara Nathan** — 8/13/2024, 10:44 AM
Liked "It always needs to say studio source"

**SN** **Sara Nathan** — 8/13/2024, 10:44 AM
Got it

**SN** **Sara Nathan** — 8/13/2024, 1:21 PM
Want me to send copy

**LS** **leslie.sloane**▮ — 8/13/2024, 2:44 PM
Kk

**SN** **Sara Nathan** — 8/13/2024, 2:45 PM
Blake Lively made final cuts on "It Ends With Us" amid her rift with director and co-star Justin Baldoni, Page Six is told.The star, who clashed with Baldoni on set, was brought into the edit suite to give her feedback on the film, which centers around an abusive and toxic romance.Lively, 36, was a producer on the project, which is based on Colleen Hoover's hit novel, and a studio insider told us the actress wanted to bring more "feminine" touches to the final cut. The insider said, "There were two edits and the studio went with a more feminine edit."
Sources close to Baldoni, however, denied this, as another studio source said, "As a producer, Blake was given the opportunity to provide edits and feedback to the film, it's completely normal for there to be multiple edits of a film.

CONFIDENTIAL                                                                                                                                    LS_0000220

"Sony went with the cut they deemed to be the best, and that was a cut that included Blake's edits, and all parties were on board."We revealed how Blake was made to feel "uncomfortable" by Baldoni, particularly over her postpartum body after giving birth to her fourth child, son Olin, shortly before filming.

Despite their fallout, Baldoni, 40, told People in April, "There wasn't a part of this production that she didn't touch and have influence on.

"And everything she put her hands on and her mind to, she made better."

Baldoni, 40, also called Lively a "powerhouse" to work with, telling Elle UK, "There are all these things that happen every day on set, there's always friction that happens when you make a movie like this.

"Then at the end of the day, it's that friction, I believe, that creates the beautiful art. Everything in life needs friction to grow."

He added, "We created something so beautiful and so magical, and it was hard, and it was worth it at the same time. And I grew so much as both a filmmaker, an actor and as a person throughout this experience."

Lively has spoken about contributing to almost every aspect of It Ends With Us, from putting her touches on the music, costumes, dialogue and more.She even revealed how her husband, Ryan Reynolds, wrote one of most important scenes in the movie.

In a recent interview with U.K.'s Hits Radio, Lively admitted, "I'm not supposed to be talking about this, but...." as she explained that "they begged me" to remove Lana Del Rey's song "Cherry" from the film.Baldoni bought the rights to the book via his production company, Wayfarer, back in 2019. This includes the rights to the sequel, "It Starts With Us."The movie has thrived at the box office making $50 million on its opening weekend.However, the "Jane the Virgin" star has admitted he may not return for a sequel, as yet to be greenlit. "I think there are better people for that one," Baldoni told Entertainment Tonight. "I think Blake Lively is ready to direct. That's what I think."

---

**LS** — **leslie.sloane**  8/13/2024, 2:48 PM
I hate this

**SN** — **Sara Nathan**  8/13/2024, 2:48 PM
Sorry!

**LS** — **leslie.sloane**  8/13/2024, 2:48 PM
This will hurt Blake. You're airing an animal

**SN** — **Sara Nathan**  8/13/2024, 2:49 PM
It's not pro him!

**SN** — **Sara Nathan**  8/13/2024, 2:49 PM
We can amend

**LS** — **leslie.sloane**  8/13/2024, 2:49 PM
Yes it is

**SN** — **Sara Nathan**  8/13/2024, 2:49 PM
No it's not!

**SN** — **Sara Nathan**  8/13/2024, 2:49 PM
Tell me what to amend

**LS** — **leslie.sloane**  8/13/2024, 2:49 PM
And the internet will continue to hate her. By quoting his lies about her is awful as he lying g and manipulating and bus he has you

**SN** — **Sara Nathan**  8/13/2024, 2:50 PM
We can take out some of the quotes?? From previous interviews that will help

**SN** — **Sara Nathan**  8/13/2024, 2:50 PM
Right

**SN** — **Sara Nathan**  8/13/2024, 2:51 PM
That is easy

**LS** — **leslie.sloane**  8/13/2024, 2:51 PM

He's a gaslighter. You don't see it. He's playing a game you will be helping him win.

**LS** — **leslie.sloane** — 8/13/2024, 2:51 PM
Just drop this whole attack

**SN** — **Sara Nathan** — 8/13/2024, 2:51 PM
Ok - we will take out all the quotes at the end ok

**LS** — **leslie.sloane** — 8/13/2024, 2:52 PM
Just stop this there is no no news and you will hurt Blake

**LS** — **leslie.sloane** — 8/13/2024, 2:52 PM
More

**SN** — **Sara Nathan** — 8/13/2024, 2:52 PM
This is the last piece - and this already went in Hollywood reporter!

**LS** — **leslie.sloane** — 8/13/2024, 2:53 PM
No one reads that

**SN** — **Sara Nathan** — 8/13/2024, 2:53 PM
This was listed this morning as you know….but taking out the quotes from him at the end

**LS** — **leslie.sloane** — 8/13/2024, 2:54 PM
The end isn't the issue it's the other quotes. I don't get why this story is happening

**SN** — **Sara Nathan** — 8/13/2024, 2:54 PM
Because everyone is writing about this !

**SN** — **Sara Nathan** — 8/13/2024, 2:54 PM
It's on puck, it's on people it's everywhere !

**LS** — **leslie.sloane** — 8/13/2024, 2:55 PM
So is everyone know out a window would you you already wrote   This is making me want to pull my [Redacted - NR] cover.

**LS** — **leslie.sloane** — 8/13/2024, 2:56 PM
No one reads puck

**SN** — **Sara Nathan** — 8/13/2024, 2:57 PM
Ok - this is not a bad story - at all! It's saying that Blake helped shape the film! Into the hit it is

**LS** — **leslie.sloane** — 8/13/2024, 3:09 PM
All the Justin quotes are manipulative

**SN** — **Sara Nathan** — 8/13/2024, 3:10 PM
I took them alll out