# Exhibit 209

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 44 | Date Range: 8/15/2024 |

## Outline of Conversations

💬 **d5217991a5c7374b110deb03905676f7-2024-08-15** • 44 messages on 8/15/2024 • Travis • leslie.sloane ▮▮▮▮▮▮

**Messages in chronological order** (times are shown in GMT -04:00)

**d5217991a5c7374b110deb03905676f7-2024-08-15**

**Travis** — 8/15/2024, 1:38 PM
We're cutting the word demands and making all other suggestions. Would love any source quotes to respond to "Blake made wardrobe and script changes behind Justin's back"

**Travis** — 8/15/2024, 3:30 PM
Headline is this: Inside Blake Lively and Justin Baldoni's Bitter 'Creative Struggle' on 'It Ends With Us'

**leslie.sloane** — 8/15/2024, 3:30 PM
Why

**leslie.sloane** — 8/15/2024, 3:30 PM
That's not cool

**Travis** — 8/15/2024, 3:31 PM
What would you like it to be changed to?

**leslie.sloane** — 8/15/2024, 3:31 PM
Take out butter please

**leslie.sloane** — 8/15/2024, 3:31 PM
Bitter

**Travis** — 8/15/2024, 3:31 PM
Liked "Take out butter please "

**leslie.sloane** — 8/15/2024, 3:33 PM
Is it out

**Travis** — 8/15/2024, 3:33 PM
Just made the ask, will confirm in a couple mins

**Travis** — 8/15/2024, 3:36 PM
Changing to intense

**leslie.sloane** — 8/15/2024, 3:51 PM
Can we take out adjective.

**leslie.sloane** — 8/15/2024, 3:51 PM
Thus is made up

**leslie.sloane** — 8/15/2024, 3:51 PM
Please

**Travis** — 8/15/2024, 3:51 PM
I'll try, it was a fight to get bitter changed

**leslie.sloane** — 8/15/2024, 3:51 PM
Should I call Dan

**Travis** — 8/15/2024, 3:52 PM
I don't think it will help

| | | | |
|---|---|---|---|
| LS | **leslie.sloane** | | 8/15/2024, 3:52 PM |
| | When | | |
| LS | **leslie.sloane** | | 8/15/2024, 3:52 PM |
| | Why | | |
| T | **Travis** | | 8/15/2024, 3:52 PM |
| | The digital writers always put in an adjective when talking about any type of feud, it's an SEO thing. I can suggest another one | | |
| LS | **leslie.sloane** | | 8/15/2024, 3:53 PM |
| | I just hate it | | |
| T | **Travis** | | 8/15/2024, 3:53 PM |
| | Let me see what I can do, but they seem to be set on an adjective | | |
| LS | **leslie.sloane** | | 8/15/2024, 3:53 PM |
| | Begging | | |
| T | **Travis** | | 8/15/2024, 3:54 PM |
| | Trying | | |
| LS | **leslie.sloane** | | 8/15/2024, 4:50 PM |
| | Any word | | |
| LS | **leslie.sloane** | | 8/15/2024, 4:50 PM |
| | What about our other story | | |
| T | **Travis** | | 8/15/2024, 4:50 PM |
| | Just heard, we can use any other adjective, but it's not an engaging other story without it | | |
| LS | **leslie.sloane** | | 8/15/2024, 4:50 PM |
| | Let's think | | |
| T | **Travis** | | 8/15/2024, 4:50 PM |
| | I've pitched, but people only care about this one today | | |
| T | **Travis** | | 8/15/2024, 4:50 PM |
| | Which I think is the wrong move | | |
| T | **Travis** | | 8/15/2024, 5:07 PM |
| | Luckily nothing more back from his side | | |
| LS | **leslie.sloane** | | 8/15/2024, 5:07 PM |
| | Thank you | | |
| T | **Travis** | | 8/15/2024, 5:07 PM |
| | I'll send the story in a few moments when it's live | | |
| T | **Travis** | | 8/15/2024, 5:22 PM |
| | *Attachment: 23B15B98-8F97-4F32-B35C-806CA0195EFD.pluginPayloadAttachment (11 KB)* | | |
| T | **Travis** | | 8/15/2024, 5:22 PM |

*Attachment: 01ABEE3A-EDD8-4FB8-88CE-30243C1EEA5C.pluginPayloadAttachment (179 KB)*

| | | |
|---|---|---|
| T | **Travis** | 8/15/2024, 5:22 PM |
| | https://www.usmagazine.com/entertainment/news/inside-blake-lively-and-justin-baldonis-it-ends-with-us-feud/ | |
| LS | **leslie.sloane** | 8/15/2024, 5:39 PM |
| | You forgot to link the fat shaming and the inappropriate kissing allegations. | |
| T | **Travis** | 8/15/2024, 5:42 PM |
| | Adding now | |
| T | **Travis** | 8/15/2024, 5:43 PM |
| | Just asked and we have to go back to his rep about it | |
| T | **Travis** | 8/15/2024, 5:58 PM |
| | Will be added in soon, his team hasn't denied that in the past, so shouldn't be an issue | |
| LS | **leslie.sloane** | 8/15/2024, 6:00 PM |
| | It's in the press already | |
| T | **Travis** | 8/15/2024, 6:01 PM |
| | But we didn't yet, so we have to run by | |
| T | **Travis** | 8/15/2024, 7:35 PM |
| | Being added in within 10 mins | |
| LS | **leslie.sloane** | 8/15/2024, 7:36 PM |
| | Ok | |

CONFIDENTIAL
LS_0000256