# Exhibit 210

# Short Message Report

| Conversations: 1 | Participants: 2 |
| Total Messages: 14 | Date Range: 8/15/2024 |

## Outline of Conversations

 **RR-Signal-0020471** • 14 messages on 8/15/2024 • RR ▮▮▮▮▮▮▮▮▮▮ • Warren Z ▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL                                                                                                              RR-SUBPOENA-000000025

**Messages in chronological order** (times are shown in GMT -04:00)

---

R — **RR** ▢ — ◄ 8/15/2024, 12:02 AM
Alex isn't willing to speak — even on background?

WC — **Warren Z** ▢ — ► 8/15/2024, 12:09 AM
She definitely was walking it back with me and Jami. But the crux of the issue in terms of this article is that she truly believes Blake and Jenny, but did not witness instances that they shared with her. She was yelled at; treated poorly; and think they are 'assholes'. Her word. So, she can't corroborate what Jami would need.

WC — **Warren Z** ▢ — ► 8/15/2024, 12:12 AM
From my earlier conversation she was an advocate for Justin being 'replaced' on the movie and was told that was impossible. Also sent her second hand knowledge of the complaints from both Blake and Jenny to others.

R — **RR** ▢ — ◄ 8/15/2024, 10:18 AM
Why can't she speak on background to that then? That seems relevant.

R — **RR** ▢ — ◄ 8/15/2024, 10:18 AM
Just feels like someone needs to advocate for Blake.

R — **RR** ▢ — ◄ 8/15/2024, 10:18 AM
And this would be on background.

R — **RR** ▢ — ◄ 8/15/2024, 10:18 AM
She feels very alone.

WC — **Warren Z** ▢ — ► 8/15/2024, 10:24 AM
And I have the same concern. I don't think any of her colleagues are advocating for her.

R — **RR** ▢ — ◄ 8/15/2024, 10:26 AM
I feel like the cast needs to make a statement all together.

> **Redacted - Non-Responsive**

People have reached out to B who worked with him on other projects and had unbelievable experiences as well.

R — **RR** ▢ — ◄ 8/15/2024, 12:40 PM
A creepy guy buys the rights to a film about domestic violence. He acts creepy on set, creeps out a lot of members of the cast and crew including me. He bites my lip during a kissing scene despite that not being talked about at all. One of a half a dozen incidents like that. We have competing cuts because his first cut included simulated penetration of a 15-year-old girl. Not in the book or script. I was mortified. I had had enough of his male gaze on a female subject matter. We market the movie to not feel like homework to get as many people to see this film in the hopes of creating a cultural moment to converse about DV. Instead the conversation becomes what a mean girl I am. Which is sad, but not for me. I am so so sorry for any DV survivor who feels like we didn't represent their story properly. I am so sorry my haircare brand launched in August – a date that was decided last December – and then the movie had to move later in summer because of the post-production issues. But honestly, this guy is a creep. Watch his podcasts. Is he a feminist or is he a creepy guy performing as a feminist? It's the fucking latter, I assure you. Kudos to his very good PR team.

WC — **Warren Z** ▢ — ► 8/15/2024, 4:14 PM
On a positive note, Courtenay Valenti wants to find a 'few' movies with her. Could not be more complimentary of her work. She said there should be a study of her ability to sell this movie to where it is. Other guy was made roadkill obviously.

R — **RR** ▢ — ◄ 8/15/2024, 4:16 PM
That was very nice of her to say. And yes, B did something exceptional with this. And it should have changed the entire game for her but I'm not certain she's ever gonna want to do this again.

| | | | |
|---|---|---|---|
| WC | **Warren Z** ███████ | ▶ | 8/15/2024, 4:18 PM |
| | I completely understand her feeling that way. | | |
| WC | **Warren Z** ███████ | ▶ | 8/15/2024, 4:20 PM |
| | Don't tell B. Let Leslie. They've also asked her to host the season opener of SNL. Now is not the time obviously to talk about it. Depends on how everything goes I would think. | | |

CONFIDENTIAL