# Exhibit 211

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 47 | Date Range: 8/17/2024 - 8/18/2024 |

## Outline of Conversations



**RR-FullMessages-0310101** • 47 messages between 8/17/2024 - 8/18/2024 • R Reynolds
• R Reynolds ⬛⬛⬛ • R Reynolds ⬛⬛⬛ • Warren
Zavala ⬛⬛⬛

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  ████████████████████

**RR**  **R Reynolds** ████████████    ◄ 8/17/2024, 8:07 PM
They have to start advocating for her

**WZ**  **Warren Zavala** ███████████    ► 8/17/2024, 8:15 PM
Tom is finding out internally about these two things. Spoke to Josh briefly. He is calling me this evening. His point is that the studio messaging in the article didn't carry in the way he had hoped. My point was they need to dispute it to kill it. Not resolve it publicly.

**RR**  **R Reynolds** ████████████    ◄ 8/17/2024, 8:22 PM
They need to frame it the right way! This isn't hard. The sentence needs to start with… feels like they're trying to thread the needle. They just need to fucking go straight at this.

"Sony would like to acknowledge the predominant narrative around IEWU… This is incredibly wrong. And untrue. This is part of a systematic and coordinated campaign by a crisis PR team."

**WZ**  **Warren Zavala** ███████████    ► 8/17/2024, 8:24 PM
I plagiarized this

**RR**  **R Reynolds** ████████████    ◄ 8/17/2024, 8:24 PM
And they've let her hang on the marketing angle as well which is unforgivable. This is mess they got her into. They are not keeping her safe on every front. I text Josh about this again this morning. The THR thing they did was a joke. This morning I sent Josh this⬇️⬇️

**RR**  **R Reynolds** ████████████    ◄ 8/17/2024, 8:32 PM
"We see the backlash over how IEWU was marketed. We see it targets Blake specifically. But marketing and messaging a wide theatrical release like this film is something that is designed and decided by teams of people, influenced by deep research and developed performed by teams of experts internationally. This work is led by the studio distributing the film.

Our goal was to release a film that covered an important subject matter that wasn't rooted in female trauma, but instead female triumph. This is a choice we all made. We see and acknowledge any survivors who wish we marketed this differently. We see and acknowledge the overwhelming positive impact the message of the film itself has had. We're thrilled this film has overindexed and become one of the great success stories of the year. What a profound moment for women in film"

**RR**  **R Reynolds** ████████████    ◄ 8/17/2024, 8:35 PM
And I've rewritten this extensively since sending to Josh.

Can you resend? And this needs to be addressed IMMEDIATELY. This is the most disturbing thing I've ever seen in this business.

Sony needs to step up for real. ENOUGH IS ENOUGH

**WZ**  **Warren Zavala** ███████████    ► 8/17/2024, 8:39 PM
They claim they are trying to kill it. I told him that's not good enough. They need to actually own that the narrative around all of this is untrue. Tom owes me. Will resend the above.

**WZ**  **Warren Zavala** ███████████    ► 8/17/2024, 8:46 PM
Hi Who is in touch with daily mail? They can send them my email ████████████████████

**> RR**  **R Reynolds** ████████████    ◄ 8/17/2024, 8:46 PM
Jami

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 8:46 PM

They have to stop bullshitting us and get in front. Not just because it's the right thing to do but because these guys are doing this all with ZERO repercussions.  Baldoni needs to see that an entire studio knows what he's doing.

**WZ**  **Warren Zavala** ◼◼◼◼◼◼◼◼  ▶ 8/17/2024, 8:46 PM

Copy

**WZ**  **Warren Zavala** ◼◼◼◼◼◼◼◼  ▶ 8/17/2024, 8:49 PM

They are covering their ass. It's about exposure.

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 8:51 PM

Yes. But our backs are against the wall. The threat of exposure gets way worse the more impotent they are in reacting to this. She's almost at the "nothing to lose" phase.

**WZ**  **Warren Zavala** ◼◼◼◼◼◼◼◼  ▶ 8/17/2024, 8:51 PM

Yes. I understand that and that's the leverage.

**WZ**  **Warren Zavala** ◼◼◼◼◼◼◼◼  ▶ 8/17/2024, 9:01 PM

The reporter had reached out via email to Leslie. Now has connected with Sonys head of comms. She has both the short statement and the longer version. I imagine killing the story is their focus. I plan to call Ari tomorrow and have him give his good friend Tom a call.

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 9:13 PM

Yea. Please. All hands on deck.

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 9:13 PM

And the marketing quote I gave you isn't for Daily Mail. That's for them to release wherever is most impactful

**WZ**  **Warren Zavala** ◼◼◼◼◼◼◼◼  ▶ 8/17/2024, 9:14 PM

Yes. I got that. I was saying the daily thing needs to be killed and then the bigger issue. Which is the thing I'm pressing on them.

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 9:15 PM

100 percent

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 9:39 PM

This was cool.

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 9:39 PM

https://www.tiktok.com/t/ZP81fDTSU/Attachment Title: 3F3EDA0A-7DFB-4DDC-A106-E5FC2BBE49BC.pluginPayloadAttachmentAttachment Title: 41551B18-A1F4-41C9-B67B-1E5649BF2EC5.pluginPayloadAttachmentAttachment Title: AF88D370-91F0-4437-BF8A-A152321DE8E6.pluginPayloadAttachment

**WZ**  **Warren Zavala** ◼◼◼◼◼◼◼◼  ▶ 8/17/2024, 9:40 PM

Call me. Hung up with Tom.

**RR**  **R Reynolds** ◼◼◼◼◼◼◼◼  ◀ 8/17/2024, 9:47 PM

Our kids are really struggling and I'm trying to get them down right now.

**WZ**  **Warren Zavala** ◼◼◼◼◼◼◼◼  ▶ 8/17/2024, 10:01 PM

I'm hesitant to put it in writing. But the AD issue is true. I haven't spoken to her about this issue. But he is saying they have to assume there is a paper trail of n the wayfarer side. It was B who wanted her fired.
We argued about a statement which he both said isn't possible due to liability and getting Tony on the record to support her and speak to the marketing issue was big for them. However, carried around the world but didn't combat the fundamental issue. Celebrity and gossip. We left it that he's putting himself and the studio in a position with you and Blake legally. There is exposure on both sides for him.
I will have Ari talk to him. But I do think this is people coming forward in support of the her is our way through regardless. I have to assume they have a cadre of things that they plan to utilize within the bounds of production to

RR-SUBPOENA-000000122

make her look bad.

**RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:05 PM
Yeah. But Sony needs to speak to the marketing and frame it the way I mentioned in that text. I don't see any way shape or form that it would put them in a bad position. It's just… the truth. And they have it within their power to do this. It's a light lift and the least they can do. They can't abandon her on this subject.

**RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:06 PM
And yes. The AD was fired. She wasn't keeping people safe in n set. She was negligent in almost every way and one of the reasons Blake and the other women dealt with so much dark behavior.

She was let go before going back to work.

**> RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:09 PM
And this was almost part of the "return to work" document. But they hired a new AD.

**RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:08 PM
The backlash to the backlash will hopefully start soon.

**> WZ**  **Warren Zavala** ▇▇▇▇▇▇▇     ► 8/17/2024, 10:10 PM
This is what I'm waiting for. Tom said the same. He claims they addressed the marketing in the article. I suppose it's about getting Tahra and Josh to understand the difference. I need to go back and read their article and your draft.

**RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:08 PM
https://www.tiktok.com/t/ZP81fSfGV/Attachment Title: 2039E79F-BDF9-4752-850E-07014889A852.pluginPayloadAttachmentAttachment Title: F547C843-9DE1-4714-B86D-2AD95071289C.pluginPayloadAttachmentAttachment Title: 86FBA042-9B93-48CF-B02E-15B1EB3D09A8.pluginPayloadAttachment

*Attachment: F547C843-9DE1-4714-B86D-2AD95071289C.pluginPayloadAttachment (123 KB)*

*Attachment: 86FBA042-9B93-48CF-B02E-15B1EB3D09A8.pluginPayloadAttachment (7 KB)*

**> RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:25 PM
And you know the most heartbreaking thing about this analysis?

Blake didn't realize that the rest of that interview was so redemptive. They're obviously only playing the section Melissa Nathan isolated and amplified.

Blake believed their propaganda.  She believed that she fucked up and has been kicking her own ass for the unforced error. But she actually answered his question with sensitivity and thoughtfulness.

**RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:16 PM
They aren't framing it with any teeth. It sounds like a bland as fuck studio opining on their big win.

It needs to begin by acknowledging the cultural conversation and the systematic, campaign, coordinated by Justin's crisis management team.

**WZ**  **Warren Zavala** ▇▇▇▇▇▇▇     ► 8/17/2024, 10:21 PM
I think the last part is what the lawyers buck against. Let us keep leaning in. We will unleash Ari. But someone playing the game at the same level as them in terms of the internet is what we need. Or trust the backlash to the backlash will happen organically. Because it makes no fucking sense. I've already noticed posts like yours above. There is a 'I'm going to wait and see' or 'this doesn't make sense' sentiment building in my estimation.

**RR**  **R Reynolds** ▇▇▇▇▇▇▇▇     ◄ 8/17/2024, 10:22 PM
Then don't name Justin. But they can't pretend that something like is normal. This is coming from his crisis PR.

**WZ**  **Warren Zavala** ▇▇▇▇▇▇▇     ► 8/17/2024, 10:44 PM
Yes. That's fucked. And I'm not surprised she's doing that. How can one not? She's probably rethinking all of these moments.

If I'm feeling disheartened, she has to be gutted. She will make it through this.

**WZ**  **Warren Zavala** ▬▬▬▬▬▬                                    ► 8/17/2024, 10:45 PM
We are at war.

**RR**  **R Reynolds** ▬▬▬▬▬▬                                       ◄ 8/17/2024, 10:53 PM
Did something happen I'm unaware of?

**WZ**  **Warren Zavala** ▬▬▬▬▬▬                                    ► 8/17/2024, 10:56 PM
No. Just a general assessment of these fuckers.

**RR**  **R Reynolds** ▬▬▬▬▬▬                                       ◄ 8/17/2024, 10:57 PM
Agreed

**WZ**  **Warren Zavala** ▬▬▬▬▬▬                                    ► 8/18/2024, 12:20 PM
https://apple.news/ALccrSHZdSWSKf3b2l1N2cAAttachment Title: D9EE8837-B97D-4B90-B750-615255ABB65A.pluginPayloadAttachment

*Attachment: D9EE8837-B97D-4B90-B750-615255ABB65A.pluginPayloadAttachment (109 KB)*

**RR**  **R Reynolds** ▬▬▬▬▬▬                                       ◄ 8/18/2024, 5:34 PM
Any update on Sony?

**RR**  **R Reynolds** ▬▬▬▬▬▬                                       ◄ 8/18/2024, 5:34 PM
And can Ari go full "Ari" on Tom?

**WZ**  **Warren Zavala** ▬▬▬▬▬▬                                    ► 8/18/2024, 6:02 PM
They effectively got the daily mail to not print the AD story. I huddled with Jami earlier and let her know. I also want to be clear on our task for Ari.

**WZ**  **Warren Zavala** ▬▬▬▬▬▬                                    ► 8/18/2024, 6:02 PM
He will willfully go full ArI on all of them. But we want to know what we are having him accomplish.

**RR**  **R Reynolds** ▬▬▬▬▬▬                                       ◄ 8/18/2024, 6:07 PM
That is at least some good news.

This wasn't for the DM story. But Blake remembered that every single department head from the film crew wrote letters to the PGA so Blake would have the producer's mark in the credits.

There are 19 of them and each one is a testimonial to not only her work ethic but her character. It's so goddamn redemptive and I'm so happy we have them. Also, they're time stamped from a couple months back so nobody can say it was reactive to this situation.

It's irrefutable and objectively clear what her contribution was and how she worked so well and so inclusively with each dept of the crew.

**WZ**  **Warren Zavala** ▬▬▬▬▬▬                                    ► 8/18/2024, 6:11 PM
Redemptive is exactly the right word. I agree.
I'm not a part of the strategy going forward, and it's opaque to me. But I would think people should be aware of these letters.
We have to assume there are also notes or texts sent to the other side from crew and actors saying kind things. Whether or not they were really meaningful, they may now begin to surface if there is a volley of information.