# Exhibit 212




**Extraction Report** - Apple iPhone

## Chats (1)

### Native Messages

Native (1)



| # | | Deleted | * |
|---|---|---|---|
| 1 | Start Time: 07/08/2024 21:32:22(UTC+0)<br>Last Activity: 14/08/2024 12:37:58(UTC+0)<br>Number of attachments: 1<br>Source: Native Messages<br>Chat Type: Unknown<br>Source file: EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744758496307033 : 0x1201E<br>EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745302210311868 : 0xA8578<br>Service Identifier: com.apple.MobileSMS<br>Body file: chat-0.txt<br><br>Participants:<br><br>Sara Nathan<br><br>Jennifer Abel* (owner)<br><br>Identifier: | | |



From: Sara Nathan
To: Jennifer Abel (owner)
Hi Jen- it's Sara can you call when free thanks so much
Priority: Normal
07/08/2024 21:32:22(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744758496307033 : 0x1201E



From: Jennifer Abel (owner)
To: Sara Nathan
Hi hi yes I'm in a junket I can call you when I wrap
Priority: Normal
07/08/2024 21:32:44(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744758496307033 : 0x14374

**From:** Jennifer Abel (owner)
**To:** Sara Nathan
Give me two seconds to be alone
Priority: Normal
09/08/2024 18:13:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744918236964180 : 0x202AB

**From:** Sara Nathan
**To:** Jennifer Abel (owner)
Fab - only one small thing I forgot to ask!
Priority: Normal
09/08/2024 18:13:51(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744918236964180 : 0x21408

**From:** Jennifer Abel (owner)
**To:** Sara Nathan
Ok so sorry give me a couple min
Priority: Normal
09/08/2024 18:14:52(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744918236964180 : 0x23CA1

**From:** Sara Nathan
**To:** Jennifer Abel (owner)
No rush!
Priority: Normal
09/08/2024 18:15:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744918236964180 : 0x24DAA

**From:** Sara Nathan
**To:** Jennifer Abel (owner)
All ok now!
Priority: Normal
09/08/2024 18:46:53(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744918236964180 : 0x41438

**From:** [redacted] Jennifer Abel (owner)
**To:** [redacted] Sara Nathan

Ok!!

Priority: Normal

09/08/2024 18:47:04(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/744918236964180 : 0x45701

---

**From:** [redacted] Sara Nathan
**To:** [redacted] Jennifer Abel (owner)

Sending copy now

Priority: Normal

13/08/2024 18:24:54(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0x8B3F0

---

**From:** [redacted] Sara Nathan
**To:** [redacted] Jennifer Abel (owner)

Blake Lively made final cuts on "It Ends With Us" amid her rift with director and co-star Justin Baldoni, Page Six is told. The star, who clashed with Baldoni on set, was brought into the edit suite to give her feedback on the film, which centers around an abusive and toxic romance. Lively, 36, was a producer on the project, which is based on Colleen Hoover's hit novel, and a studio insider told us the actress wanted to bring more "feminine" touches to the final cut. The insider said, "There were two edits and the studio went with a more feminine edit."
Sources close to Baldoni, however, denied this, as another studio source said, "As a producer, Blake was given the opportunity to provide edits and feedback to the film, it's completely normal for there to be multiple edits of a film.
"Sony went with the cut they deemed to be the best, and that was a cut that included Blake's edits, and all parties were on board." "We revealed how Blake was made to feel "uncomfortable" by Baldoni, particularly over her postpartum body after giving birth to her fourth child, son Olin, shortly before filming.
Despite their fallout, Baldoni, 40, told People in April, "There wasn't a part of this production that she didn't touch and have influence on.
"And everything she put her hands on and her mind to, she made better."
Baldoni, 40, also called Lively a "powerhouse" to work with, telling Elle UK, "There are all these things that happen every day on set, there's always friction that happens when you make a movie like this.
"Then at the end of the day, it's that friction, I believe, that creates the beautiful art. Everything in life needs friction to grow."
He added, "We created something so beautiful and so magical, and it was hard, and it was worth it at the same time. And I grew so much as both a filmmaker, an actor and as a person throughout this experience."
Lively has spoken about contributing to almost every aspect of It Ends With Us, from putting her touches on the music, costumes, dialogue and more. She even revealed how her husband, Ryan Reynolds, wrote one of most important scenes in the movie.
In a recent interview with U.K.'s Hits Radio, Lively admitted, "I'm not supposed to be talking about this, but...." as she explained that "they begged me" to remove Lana Del Rey's song "Cherry" from the film. Baldoni bought the rights to the book via his production company, Wayfarer, back in 2019. This includes the rights to the sequel, "It Starts With Us." The movie has thrived at the box office making $50 million on its opening weekend. However, the "Jane the Virgin" star has admitted he may not return for a sequel, as yet to be greenlit. "I think there are better people for that one," Baldoni told Entertainment Tonight. "I think Blake Lively is ready to direct. That's what I think."

Priority: Normal

13/08/2024 18:24:57(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0x8DB30

CONFIDENTIAL

JW0001537

3

Confidential

BL-000003466



**From:** Jennifer Abel (owner)
**To:** Sara Nathan

Can't say sources close to Baldoni. Can we say "sources close to production with knowledge of the situation"

Priority: Normal

13/08/2024 18:26:36(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0x9001D



**From:** Sara Nathan
**To:** Jennifer Abel (owner)

Perfect

Priority: Normal

13/08/2024 18:26:43(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0x927AB



**From:** Jennifer Abel (owner)
**To:** Sara Nathan

And his comment about Blake directing was not about him not returning for the sequel, he was trying to lift her up and give her credit that she's ready to direct. Can't have it seem like he's stepping off that film.

Priority: Normal

13/08/2024 18:28:27(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0x94B8F



**From:** Sara Nathan
**To:** Jennifer Abel (owner)

Ok will amend it

Priority: Normal

13/08/2024 18:28:41(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0x95CDC



**From:** Jennifer Abel (owner)
**To:** Sara Nathan

Jamey Heath ceo of wayfarer corrected that with Belloni, it posted last night just fyi

Priority: Normal

13/08/2024 18:30:55(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0x96E45

CONFIDENTIAL                                                          JW0001538

4

Confidential                                                          BL-000003467



From: Sara Nathan
To: Jennifer Abel (owner)

Fab ok

Priority: Normal

13/08/2024 18:31:09(UTC+0)



From: Sara Nathan
To: Jennifer Abel (owner)

However, when asked about returning to direct potential sequel the "Jane the Virgin" star said, "I think there are better people for that one." He told Entertainment Tonight. "I think Blake Lively is ready to direct. That's what I think."

Priority: Normal

13/08/2024 18:31:40(UTC+0)



From: Sara Nathan
To: Jennifer Abel (owner)

They may put feminine in the headline - I can't stop the editor - but the copy is all good....blehgh

Priority: Normal

13/08/2024 19:21:00(UTC+0)



From: Jennifer Abel (owner)
To: Sara Nathan

Ugh it's just not true

Priority: Normal

13/08/2024 19:21:15(UTC+0)

From: Jennifer Abel (owner)
To: Sara Nathan

So it pains me that that's the lead here

Priority: Normal

13/08/2024 19:21:23(UTC+0)

CONFIDENTIAL    JW0001539

Confidential    BL-000003468

**From:** [redacted] Sara Nathan
**To:** [redacted] Jennifer Abel (owner)

It's not the intro and I will ask what her plans are - just cautioning !

Priority: Normal

13/08/2024 19:21:46(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0xD1E8E

**From:** [redacted] Sara Nathan
**To:** [redacted] Jennifer Abel (owner)

Will keep you in the loop

Priority: Normal

13/08/2024 19:21:59(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745255668467387 : 0xD2FDE

**From:** [redacted] Sara Nathan
**To:** [redacted] Jennifer Abel (owner)

Attachments:

Size: 0
(Empty File)

Priority: Normal

13/08/2024 20:41:49(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745272821262710 : 0x4D288

**From:** [redacted] Sara Nathan
**To:** [redacted] Jennifer Abel (owner)

At this point - if they

Priority: Normal

14/08/2024 12:34:50(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745302210311868 : 0x9B713

**From:** [redacted] Sara Nathan
**To:** [redacted] Jennifer Abel (owner)

Are going to be such d-bags, call the WGA!

Priority: Normal

14/08/2024 12:35:00(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745302210311868 : 0x9C886

CONFIDENTIAL

JW0001540

6

Confidential

BL-000003469



**From:** Jennifer Abel (owner)
**To:** Sara Nathan
Haha morning!
Priority: Normal
14/08/2024 12:35:13(UTC+0)



**From:** Sara Nathan
**To:** Jennifer Abel (owner)
I am so disgusted
Priority: Normal
14/08/2024 12:35:22(UTC+0)



**From:** Jennifer Abel (owner)
**To:** Sara Nathan
Are you being fed anything new?
Priority: Normal
14/08/2024 12:35:26(UTC+0)



**From:** Sara Nathan
**To:** Jennifer Abel (owner)
Nothing - she would not dare - I sent a text saying how could you feed this to THR and People
Priority: Normal
14/08/2024 12:35:41(UTC+0)



**From:** Jennifer Abel (owner)
**To:** Sara Nathan
Seriously!!
Priority: Normal
14/08/2024 12:35:55(UTC+0)

**From:** Jennifer Abel (owner)
**To:** Sara Nathan

How horrible and such a low blow

Priority: Normal

14/08/2024 12:36:02(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745302210311868 : 0xA5231



**From:** Sara Nathan
**To:** Jennifer Abel (owner)

!!

Priority: Normal

14/08/2024 12:37:54(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745302210311868 : 0xA7432



**From:** Sara Nathan
**To:** Jennifer Abel (owner)

The TMZ story is fun

Priority: Normal

14/08/2024 12:37:58(UTC+0)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Library/Biome/streams/restricted/App.Intent/local/745302210311868 : 0xA8578