# Exhibit 218

BL-000038554
File too large to upload to docket.
File available on request from the court.