# Exhibit 223

# Short Message Report

| Conversations: 1 | Participants: 8 |
|---|---|
| Total Messages: 67 | Date Range: 8/8/2024 - 8/9/2024 |

**Outline of Conversations**



**▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮/System Message chatroom** • 67 messages between 8/8/2024 - 8/9/2024 • Jen Abel ▮▮▮▮▮▮ • Jen Abel New Number ▮▮▮▮▮▮ • Katie Case ▮▮▮▮▮▮ • Matthew Mitchell ▮▮▮▮▮▮ • Nathan Melissa ▮▮▮▮▮▮ • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

| | | |
|---|---|---|
| 💬 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮/System Message chatroom | |
| JA | **Jen Abel** ▮▮▮▮▮▮▮ | 8/8/2024, 8:30 PM |
| | [url:'https://p62-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00'] | |
| | *Attachment: __Library_SMS_Attachments_25_05_07D0417E-94B8-45C0-9A31-4F148213ED37_MOV_1624.MOV (6 MB)* | |
| KC | **Katie Case** ▮▮▮▮▮▮▮ | 8/8/2024, 8:31 PM |
| | Thank you — we've flagged her to Jed and his team as well. | |
| JA | **Jen Abel** ▮▮▮▮▮▮▮ | 8/8/2024, 8:31 PM |
| | It looks like she took it down? | |
| JA | **Jen Abel** ▮▮▮▮▮▮▮ | 8/8/2024, 8:31 PM |
| | But she posted this | |
| JA | **Jen Abel** ▮▮▮▮▮▮▮ | 8/8/2024, 8:31 PM |
| | https://www.tiktok.com/t/ZTNpha8gr/ | |
| | *Attachment: __Libr_1(52) (19 KB)* | |
| | *Attachment: __Libr_1(53) (80 KB)* | |
| JA | **Jen Abel** ▮▮▮▮▮▮▮ | 8/8/2024, 8:31 PM |
| | https://www.tiktok.com/t/ZTNph5tHJ/ | |
| | *Attachment: __Libr_1(54) (19 KB)* | |
| | *Attachment: __Libr_1(55) (47 KB)* | |
| JA | **Jen Abel** ▮▮▮▮▮▮▮ | 8/8/2024, 8:34 PM |
| | [url:'https://p43-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00'] | |



*Image: __Library_SMS_Attachments_42_02_DB95512F-2FAD-4E13-990E-557E2819CA4E_IMG_2656.jpeg (192 KB)*

| KC | **Katie Case** | 8/8/2024, 8:37 PM |

I'm assuming this is not true in the slightest — this girl is on a very dangerous crusade to more followers. Either way, we've flagged to Jed and his team for more serious action on the social side. We'll monitor heavily for any shift in narrative seen based on this narrative re My Last Days and any other commentary on it.

| KC | **Katie Case** | 8/8/2024, 8:49 PM |

Also if this isn't true… and I'll let Melissa and Breanna chime in too but this is ground for a cease and desist or legal.

| JA | **Jen Abel** | 8/8/2024, 9:05 PM |

Pushing out some good press

| JA | **Jen Abel** | 8/8/2024, 9:05 PM |

https://www.eonline.com/news/1405921/it-ends-with-us-justin-baldoni-praises-smart-and-creative-costar-blake-lively

*Attachment: __Libr_1(56) (5 KB)*

*Attachment: __Libr_1(57) (399 KB)*

| JA | **Jen Abel** | 8/8/2024, 9:06 PM |

https://www.instagram.com/p/C-bCO5JB99Y/?igsh=MzRIODBiNWFIZA==

*Attachment: __Libr_1(58) (31 KB)*

*Attachment: __Libr_1(59) (144 KB)*

| KC | **Katie Case** | 8/8/2024, 9:12 PM |

Loved "Pushing out some good press "

| KC | **Katie Case** | 8/8/2024, 9:15 PM |

Very interesting… wrong obviously but still interesting!

| KC | **Katie Case** | 8/8/2024, 9:15 PM |

https://perezhilton.com/ryan-reynolds-cause-blake-lively-feud-justin-baldoni-it-ends-with-us-director/

*Attachment: __Libr_1(60) (185 KB)*

*Attachment: __Library_SMS_Attach_1_a8_08_BA5095_1_2FC192_1 (4 KB)*

| | | |
|---|---|---|
| SM | **System Message (System Message)** <br> ████████ added ████████ to the conversation | 8/8/2024, 9:28 PM |
| JA | **Jen Abel** ████████ <br> Adding Jamey here too | 8/8/2024, 9:28 PM |
| JA | **Jen Abel** ████████ <br> So we are all in sync - Justin on the other thread | 8/8/2024, 9:29 PM |
| KC | **Katie Case** ████████ <br> Hi Jamey! | 8/8/2024, 9:29 PM |
| # | **Jamey Heath** <br> Hi Katie | 8/8/2024, 9:30 PM |
| JA | **Jen Abel** ████████ <br> Just fyi not responding [url:'https://p48-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00'] | 8/8/2024, 9:33 PM |



*Image: __Library_SMS_Attachments_04_04_41522C4D-942B-403E-90C7-44A714E10A34_IMG_2657.PNG (209 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** ████████ <br> Liked an image | 8/8/2024, 9:34 PM |
| MM | **Matthew Mitchell** ████████ <br> https://people.com/blake-lively-ryan-reynolds-wrote-scene-it-ends-with-us-8692864 | 8/8/2024, 11:30 PM |

*Attachment: __Libr_1(61) (3 KB)*

*Attachment: __Libr_1(62) (228 KB)*

| | | |
|---|---|---|
| # | **Jamey Heath** <br> https://www.worldofreel.com/blog/2024/8/8/it-ends-with-us-director-fought-with-blake-lively-over-final-cut | 8/8/2024, 11:58 PM |

*Attachment: \_\_Libr_1(63) (5 KB)*

*Attachment: \_\_Libr_1(64) (509 KB)*

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/9/2024, 12:48 AM |
| | Team just fyi we are pulling press for tomorrow. Not worth it with these local producers gunning for a comment | |
| JA | **Jen Abel** | 8/9/2024, 12:49 AM |
| | Let's keep an eye out for chatter | |
| NM | **Nathan Melissa** | 8/9/2024, 12:49 AM |
| | What is the language you are using to pull? | |
| JA | **Jen Abel** | 8/9/2024, 12:49 AM |
| | He's exhausted. We wrapped the screening at midnight and he has been going for a full week of junket and we will get them next time we are in market | |
| NM | **Nathan Melissa** | 8/9/2024, 12:50 AM |
| | Ok perfect.  Let's connect first thing | |
| JA | **Jen Abel** | 8/9/2024, 12:51 AM |
| | Liked "Ok perfect.  Let's connect first thing " | |
| # | **Breanna Butler** | 8/9/2024, 7:37 AM |
| | https://www.tiktok.com/t/ZTNpQLQ5R/ | |

*Attachment: \_\_Libr_1(65) (7 KB)*

*Attachment: \_\_Libr_1(66) (27 KB)*

*Attachment: \_\_Libr_1(67) (139 KB)*

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/9/2024, 7:37 AM |
| | This woman was on set with Justin during 5 feet apart and speaks to how wonderful Justin is | |
| KC | **Katie Case** | 8/9/2024, 7:37 AM |
| | Emphasized "This woman was on set with Justin during 5 feet ap…" | |
| KC | **Katie Case** | 8/9/2024, 7:38 AM |
| | Liked "He's exhausted. We wrapped the screening at midnig…" | |
| MM | **Matthew Mitchell** | 8/9/2024, 8:06 AM |
| | Loved "https://www.tiktok.com/t/ZTNpQLQ5R/" | |
| MM | **Matthew Mitchell** | 8/9/2024, 9:59 AM |
| | https://www.forbes.com/sites/jeffconway/2024/08/09/justin-baldoni-on-it-ends-with-us-and-his-journey-with-masculinity/ | |

*Attachment: \_\_Libr_1(68) (170 KB)*

*Attachment: \_\_Libr_1(69) (1 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** | 8/9/2024, 10:03 AM |
| | BEAUTIFUL interview. Such an amazing story. | |

| | | | |
|---|---|---|---|
| JA | **Jen Abel** | | 8/9/2024, 10:59 AM |
| | [url:'https://p51-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00'] | | |



*Image: __Library_SMS_Attachments_fd_13_459BACF6-C483-4C4E-91B0-A8E634D3FE33_IMG_2674.PNG (294 KB)*

| | | | |
|---|---|---|---|
| # | **Breanna Butler** | | 8/9/2024, 11:01 AM |

Thank you - we will keep watch for break. Just interesting how all of these publications are still writing stories on speculation even though there's been zero details given

| | | | |
|---|---|---|---|
| # | **Breanna Butler** | | 8/9/2024, 11:10 AM |

https://people.com/justin-baldoni-blake-lively-direct-it-ends-with-us-sequel-8693095

*Attachment: __Libr_1(70) (1 MB)*

*Attachment: __Libr_1(71) (3 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/9/2024, 11:16 AM |

https://www.today.com/popculture/movies/justin-baldoni-it-ends-with-us-interview-rcna165792

*Attachment: __Libr_1(72) (8 KB)*

*Attachment: __Libr_1(73) (106 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/9/2024, 11:16 AM |

"Every movie is a miracle," he says. "And then, of course, you're navigating complex personalities and trying to get everybody on the same page with the same vision. And mistakes are always made, and then you figure out how to move past them."

He describes his directing style as a constant collaboration, for better or worse.

This is perfect!

| | | | |
|---|---|---|---|
| JA | **Jen Abel** | | 8/9/2024, 11:16 AM |
| | 🙄 | | |

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/9/2024, 12:04 PM |

https://www.dailymail.co.uk/tvshowbiz/article-13725951/Blake-Lively-claims-Ryan-Reynolds-wrote-iconic-scene.html

*Attachment: __Libr_1(74) (4 KB)*

*Attachment: __Libr_1(75) (1 MB)*

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/9/2024, 12:04 PM |

Great headline "…as baffled screenwriter reacts" - working in our favor should we need

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/9/2024, 12:04 PM |

"Meanwhile, the film's screenwriter, Christy Hall, appeared baffled by the claim, and shared she wasn't aware Reynolds contributed to the dialogue."

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/9/2024, 12:05 PM |

Good

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/9/2024, 12:05 PM |

It's pickup from the People interview, but with a much more honest spin

| | | |
|---|---|---|
| MM | **Matthew Mitchell** | 8/9/2024, 12:06 PM |

https://youtu.be/_k7T6_x3QMY

*Attachment: __Libr_1(76) (2 KB)*

*Attachment: __Libr_1(77) (170 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** | 8/9/2024, 12:08 PM |

Interesting thread going around re Ryan this AM — that the supposed "rift" is due to him pushing his way onto the movie / trying to overshadow IEWU to boost Deadpool. We'll keep an eye but wanted to flag overall.

| | | |
|---|---|---|
| KC | **Katie Case** | 8/9/2024, 12:12 PM |

https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818 (https://thetab.com/uk/2024/08/09/blake-lively-dragged-for-forgetting-it-ends-with-us-character-is-a-victim-of-domestic-violence-379818)

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/9/2024, 12:15 PM |

[url:'https://p43-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']



*Image: \_\_Library_SMS_Attachments_83_03_4BB5887E-453A-4BDC-9244-D7EFAACE169E_IMG_2677.PNG (231 KB)*

KC  **Katie Case**                                                                                                              8/9/2024, 12:36 PM
https://betches.com/ryan-reynolds-and-scarlett-johansson-relationship-rumors/

*Attachment: \_\_Libr_1(78) (119 KB)*

*Attachment: \_\_Libr_1(79) (21 KB)*

KC  **Katie Case**                                                                                                              8/9/2024, 12:36 PM
The tides are swirling around Ryan now FYI

#   **Breanna Butler**                                                                                                            8/9/2024, 1:31 PM
https://www.dailymail.co.uk/tvshowbiz/article-13727789/it-ends-blake-lively-justin-baldoni-feud.html

*Attachment: \_\_Libr_1(80) (68 KB)*

*Attachment: \_\_Libr_1(81) (1 KB)*

KC  **Katie Case**                                                                                                              8/9/2024, 2:11 PM
https://www.purewow.com/news/justin-baldoni-blake-lively-it-ends-with-us-beef-breakdown

Here's why I'm still Team Baldoni

I'll admit I knew nothing about the movie or book. For many (myself included), the marketing for the movie made it seem like this was a romantic film where their characters fall in love and live happily ever after. However, this isn't the case—it's all much darker and deeper.

During the press tour, Baldoni has made his goal to bring awareness to the issues and establish a female gaze (https://www.tiktok.com/@cbsmornings/video/7400449905392749855) for the film. When asked about his role in It Ends With Us, he had an emotional response for The Hollywood Reporter (https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-ryle-it-ends-with-us-darker-scenes-blake-lively-1235967871/). "There were alot of times where I would have to go privately into a room and just cry or shake it out and try to get him out of me and that energy out of me, because it's too real," he shared.

"There are too many
 people that are the real-life Lily Blooms of the world that have to deal with that every single day, and I wanted it to be as real as possible and yet it was very hard to shoot those scenes."

#   **Breanna Butler**                                                                                                            8/9/2024, 2:37 PM
https://x.com/TheRochaSays/status/1821977955301781956

CONFIDENTIAL                                                                                                                                BBKOSLOW-000004018

*Attachment: \_\_Libr_1(82) (30 KB)*

*Attachment: \_\_Libr_1(83) (549 bytes)*

| # | **Breanna Butler** | 8/9/2024, 2:37 PM |

This guy has 30k followers, several being film folks like Tatiana Siegel, etc.

| KC | **Katie Case** | 8/9/2024, 4:37 PM |

FYI [url:'https://p56-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']



*Image: \_\_Library_SMS_Attachments_e9_09_DECE0B7D-FE4C-4E76-BA5B-B337237DE733_IMG_2732.PNG (478 KB)*

| JA | **Jen Abel** | 8/9/2024, 4:39 PM |

Thx. Melissa you spoke to her right? She has nothing new?

| KC | **Katie Case** | 8/9/2024, 4:54 PM |

I'll let Melissa weigh in but — Colleen Hoover has gone private on TikTok.

| # | **Breanna Butler** | 8/9/2024, 5:27 PM |

https://pagesix.com/2024/08/09/entertainment/justin-baldoni-made-blake-lively-uncomfortable-sources/

*Attachment: \_\_Libr_1(84) (3 KB)*

| # | **Breanna Butler** | 8/9/2024, 5:29 PM |

[url:'https://p30-content.icloud.com/MC28912EE74152E8ED50408E0C0400C0AC4006D3F1D97A78F2CA5011E2AB42D0D.C01USN00']

*Attachment: \_\_Library_SMS_Attachments_96_06_CB8B6357-C0A4-4FBB-8E16-7A493BD7A4C3_IMG_8054.heic (43 KB)*

| NM | **Nathan Melissa** | 8/9/2024, 5:29 PM |

No interest in covering

NM **Nathan Melissa** 8/9/2024, 5:29 PM
In terms of anything new

MM **Matthew Mitchell** 8/9/2024, 6:05 PM
[url:'https://p32-content.icloud.com/MC54DCDF1074525AA48EC109C4A4250C70E222214B3430D78D7A6D95F444F128F.C01USN00']

*Attachment: __Library_SMS_Attachments_d9_09_9DC4D8A4-9369-4AA9-A954-EB53AAEF8A82_FILE_1883.pdf (1 MB)*

KC **Katie Case** 8/9/2024, 6:44 PM
Emphasized an attachment

CONFIDENTIAL
BBKOSLOW-000004020