# Exhibit 225

# Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 135 | Date Range: 8/14/2024 - 8/15/2024 |

## Outline of Conversations



/System Message chatroom • 135 messages between 8/14/2024 - 8/15/2024 • ▓ • ▓ • Jen Abel ▓ • Jen Abel New Number ▓ • Katie Case ▓ • Matthew Mitchell ▓ • Nathan Melissa ▓ • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | | |
|---|---|---|
| 💬 | **/System Message chatroom** | |
| JA | **Jen Abel** ( ) | 8/14/2024, 10:00 PM |
| | https://www.instagram.com/reel/C-n_syASW4b/?igsh=MzRIODBiNWFIZA== | |

*Attachment: __Libr_1(19) (54 KB)*

*Attachment: __Libr_1(20) (31 KB)*

*Attachment: __Libr_1(21) (30 KB)*

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/14/2024, 10:00 PM |
| | Just fyi— dropping tomorrow.  Here's one of the teases. We all listened to the rough cut as you know and it's a great interview showcasing your character | |
| # | **Justin Baldoni** | 8/14/2024, 10:27 PM |
| | https://www.tiktok.com/t/ZP81MUVh5/ | |

*Attachment: __Libr_1(22) (71 KB)*

*Attachment: __Libr_1(23) (19 KB)*

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 12:48 AM |
| | What the hell is this? Really? Sony? | |
| # | **Justin Baldoni** | 8/15/2024, 12:48 AM |
| | https://www.hollywoodreporter.com/movies/movie-news/it-ends-with-us-sony-blake-lively-1235974889/ | |

*Attachment: __Libr_1(24) (2 KB)*

*Attachment: __Libr_1(25) (230 KB)*

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 12:49 AM |
| | This is all wrong.<br>And they didn't buy the rights to produce the film- | |
| # | **Justin Baldoni** | 8/15/2024, 12:50 AM |
| | They didn't produce the film | |
| | This is a blatant lie- about her advancing domestic violence convos!? | |
| # | **Justin Baldoni** | 8/15/2024, 12:50 AM |
| | [url:'https://p49-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00'] | |



Image: __Library_SMS_Attachments_31_01_0822798D-6A82-4CF6-ADE9-17829FF2B5E5_IMG_4784.PNG (338 KB)

JA | **Jen Abel** ▓▓▓▓▓▓▓▓ | 8/15/2024, 12:55 AM
It's complete BS. We were alerted by thr approx 5 min before going live. There are many things here that need adjusting. But taking a Step back, the fan uprising against this piece is starting to swell. This will backfire.

JA | **Jen Abel** ▓▓▓▓▓▓▓▓ ) | 8/15/2024, 12:55 AM
https://x.com/thr/status/18239035451057687 59?s=46&t=ICall20h75OB3Ad6Pnd3Sw

Attachment: __Libr_1(26) (8 KB)

\# | **Justin Baldoni** | 8/15/2024, 12:55 AM
Hi I'm Sony and I'm going to cozy up to ryan and erase justin

\# | **Justin Baldoni** | 8/15/2024, 1:04 AM
Let the fans handle I guess- it's just crazy
Sony has no spine. And yet as jamey says they are doing their job.

JA | **Jen Abel** ▓▓▓▓▓▓▓▓ | 8/15/2024, 1:06 AM
I think we should collectively discuss our options here.  Let's chat tomorrow— personally I have a late breakfast meeting at 10, and then a call at 1130 that I can't move but we should block out a time we can connect and regroup about this and everything now that you're back

\# | **Justin Baldoni** | 8/15/2024, 1:07 AM
Morning is good before that  -

\# | **Justin Baldoni** | 8/15/2024, 1:07 AM
I have nothing - just kids here
I'm sure Il be up early with jet lag

JA | **Jen Abel** ▓▓▓▓▓▓▓▓ | 8/15/2024, 1:07 AM
While this caught everyone off guard, and feels horrible to have them take such a stance like this, I do feel this will backfire and not change the position we are in at all.  If anything, it has turned the internet even more against Blake and Ryan because they have seen the press first hand.

\# | **Justin Baldoni** | 8/15/2024, 1:07 AM
I'd like to have a team call anyways

JA | **Jen Abel** ▓▓▓▓▓▓▓▓ | 8/15/2024, 1:08 AM
Ok yes we can chat in the am and can regroup later in afternoon as well. Let's touch base early am and set a call since

| | | |
|---|---|---|
| | some are on et. | |
| # | **Justin Baldoni** | 8/15/2024, 1:08 AM |
| | 🙏❤️👊 | |
| # | **Justin Baldoni** | 8/15/2024, 1:08 AM |
| | Thanks and night all - appreciate you | |
| JA | Jen Abel | 8/15/2024, 1:08 AM |
| | Loved "Thanks and night all - appreciate you " | |
| # | **Jamey Heath** | 8/15/2024, 1:14 AM |

I spoke with justin.
Here's my honest thoughts.
No it's not perfect. There is some misinformation here for sure. And yet… I see this as a win. Let her be praised by Sony. Who cares. It's not a bullet at us. Finally, there is an article that is not directed at Justin. And who knows maybe Blake and Ryan forced Sony to put something out on their behalf. Even if they did it on their own volition, who cares, the industry knows the truth we know the truth. Whether or not 12 or 100 fans read that and believe it, it does not matter. As I've said many times, Sony's job is to promote the movie and to make as much money as they can. That's the only reason why we partnered with them. And they are doing just that. I don't expect them to be any different than who they have always been and who they are. And the fact they are cozying up to Blake, also makes sense. if they are even doing that. They are a business that is protecting their own bottom line. What Wayfarer stands for is what Wayfarer stands for and I don't expect anyone else to. If we can get some things corrected great, if not, who cares. And honestly, I don't care who Sony nestles up to. As long as they can put out a movie of ours and make money so that we can be Wayfarer and do what we do then I am good. Let's not lose sight of the big picture. Right now that's keeping bullets away from you Justin away from me and away from Wayfarer. And if that comes at the expense of her being praised, then so be it. And that is the win.

And yet I get it's frustrating.

| | | |
|---|---|---|
| JA | Jen Abel | 8/15/2024, 1:16 AM |
| | Loved "I spoke with justin.<br>Here's my honest thoughts.<br>…" | |
| JA | Jen Abel | 8/15/2024, 1:16 AM |
| | Well said | |
| # | **Justin Baldoni** | 8/15/2024, 1:17 AM |
| | https://www.tiktok.com/t/ZP81r87kx/ | |

*Attachment: \_\_Libr\_1(27) (87 KB)*

*Attachment: \_\_Libr\_1(28) (19 KB)*

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 1:17 AM |
| | Are we doing anything to influence this stuff? Or is this real people helping and coming to my defense … | |
| JA | Jen Abel | 8/15/2024, 1:19 AM |
| | No no no. No bots, no fake accounts, none of that. | |
| JA | Jen Abel | 8/15/2024, 1:19 AM |
| | Real people coming to your defense. Trust, it's astounding to see the enormous outpouring of support but it's 💯 real | |
| # | **Justin Baldoni** | 8/15/2024, 1:20 AM |
| | People are thinking it's us and -<br>Watch that video | |
| # | **Justin Baldoni** | 8/15/2024, 1:21 AM |

Just want to be mindful of a swell turning - but you guys know this game I've never been in evolved in anything before

JA  **Jen Abel**  8/15/2024, 1:21 AM
Yeah we saw and flagged that earlier. And of course there are people who speculate and discuss and poke holes, that's how they make a living on the internet. The minority may feel loud as we have discussed, but it's still the minority.

\#  **Jamey Heath**  8/15/2024, 1:26 AM
Yes we are keeping eyes on it all. And yet… let's not be dissuaded by the 10 percent. We know there will be people who fan the fire from the east, but if the majority are speaking from the west, then damnit let's live in the west and simply keep an eye on the east. Yes I'm now a poet.
Also… it's late on the east coast and we are probably keeping people up. Let's go dark.

\#  **Justin Baldoni**  8/15/2024, 1:26 AM
🖤🙏

\#  **Jamey Heath**  8/15/2024, 2:59 AM
https://www.tiktok.com/t/ZTNnrUUQs/

*Attachment: __Libr_1(29) (89 KB)*

*Attachment: __Libr_1(30) (19 KB)*

SM  **System Message (System Message)**  8/15/2024, 10:16 AM
▇▇▇▇▇ added +▇▇▇▇▇ to the conversation

JA  **Jen Abel**  8/15/2024, 10:17 AM
Morning team— sorry for the early text for the west coast folks. Adding Matthew here as well as he has also been integral to monitoring everything.

JA  **Jen Abel**  8/15/2024, 10:18 AM
Just touching base about getting on a quick zoom this morning to realign on everything and discuss next steps— would 830am PT work for everyone?

NM  **Nathan Melissa**  8/15/2024, 10:19 AM
It doesn't work for me I'm afraid because I'm already on site for this project I'm doing
But please go ahead without me and when I'm finished probably around 2 pm my time I will chat but I'm on text !

https://www.cosmopolitan.com/entertainment/celebs/a61885812/ryan-reynolds-justin-baldoni-it-ends-with-us-drama/

These stories are making her look even more unhinged

NM  **Nathan Melissa**  8/15/2024, 10:20 AM
Have you received any overnight request for comments?

JA  **Jen Abel**  8/15/2024, 10:20 AM
None

JA  **Jen Abel**  8/15/2024, 10:20 AM
You?

NM  **Nathan Melissa**  8/15/2024, 10:20 AM
None

\#  **Justin Baldoni**  8/15/2024, 10:24 AM
I'm a little more concerned about these TikTok's claiming they know information and there are some dark disturbing stories about me that are going to break as they're getting DM's. And the only way that would be happening if there are lies.

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:27 AM |
| | What time works - | |
| # | **Justin Baldoni** | 8/15/2024, 10:28 AM |
| | I'd like us all on if possible | |
| # | **Justin Baldoni** | 8/15/2024, 10:28 AM |
| | We haven't had a regroup | |
| NM | **Nathan Melissa** | 8/15/2024, 10:29 AM |

I personally am not concerned about this.

Because we all know there are no dark and disturbing stories .

It's just socials acting exactly how they always act in any situation

They want more clicks they want more views and let the end of the day they will all be regurgitating complete rubbish.

And referencing the Australian podcast you saw - that's complete garbage. I can tell you hand on my heart there was four human women working on that trial and I was one of them. Not one Russian bot in site- it's actually very similar to what you're having right now the outpouring of love and support being weaponised against you by her side because "it can't be true"

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:33 AM |

Loved "I personally am not concerned about this.

Becaus…"

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:33 AM |
| | I appreciate you walking me through this and holding my questions - it's all a first for me | |
| NM | **Nathan Melissa** | 8/15/2024, 10:36 AM |
| | Which is even more reason we are on your side because you have have  never had one issue before. | |
| JA | **Jen  Abel** | 8/15/2024, 10:37 AM |
| | Loved "Which is even more reason we are on your side beca…" | |
| JA | **Jen  Abel** | 8/15/2024, 10:37 AM |
| | And why the internet is too.  It's not bots. If I see that narrative one more time I'm unleashing the Harvey article 😊 | |
| KC | **Katie Case** | 8/15/2024, 10:37 AM |
| | Laughed at "And why the internet is too.  It's not bots. If I …" | |
| # | **Justin Baldoni** | 8/15/2024, 10:38 AM |
| | Is there anyway that we could do earlier Jen? We are all up here with jet lag and Emily wanted to go have a tea and a croissant at The Dutchess at around 8:30. | |
| JA | **Jen  Abel** | 8/15/2024, 10:40 AM |
| | Aw love that. I can do 8am but I know the whole tag team isn't avail so we can do us and katie and bre and then reconnect later in the afternoon when Melissa is available does that work? | |
| JA | **Jen  Abel** | 8/15/2024, 10:40 AM |
| | Jamey does that work? | |
| # | **Jamey Heath** | 8/15/2024, 10:41 AM |
| | Sure | |

| | | |
|---|---|---|
| # | **Justin Baldoni**<br>Good | 8/15/2024, 10:41 AM |
| JA | **Jen Abel**<br>Katie are you able to send a zoom? Sorry I'm picking on you bc you're et | 8/15/2024, 10:42 AM |
| KC | **Katie Case**<br>Of course! And no problem 😊 sending an invite and zoom now for 8 AM PT / 11 AM ET | 8/15/2024, 10:43 AM |
| JA | **Jen Abel**<br>Loved "Of course! And no problem 😊 sending an invite and…" | 8/15/2024, 10:44 AM |
| KC | **Katie Case**<br>Including the zoom here as well for quick access:<br>https://us06web.zoom.us/j/82403495011?pwd=AboGEKJYFNmMFMTGI3fCqHxLPgFoNQ.1 (https://us06web.zoom.us/j/82403495011?pwd=AboGEKJYFNmMFMTGI3fCqHxLPgFoNQ.1) | 8/15/2024, 10:45 AM |
| JA | **Jen Abel**<br>A peace offering from people magazine 😊 | 8/15/2024, 10:56 AM |
| JA | **Jen Abel**<br>https://www.instagram.com/reel/C-sZGONumYD/?igsh=MzRIODBiNWFIZA== | 8/15/2024, 10:56 AM |

*Attachment: __Libr_1(31) (44 KB)*

*Attachment: __Libr_1(32) (31 KB)*

*Attachment: __Libr_1(33) (30 KB)*

| | | |
|---|---|---|
| KC | **Katie Case**<br>Loved "https://www.instagram.com/reel/C-sZGONumYD/?igsh=M…" | 8/15/2024, 10:58 AM |
| KC | **Katie Case**<br>This is huge!! | 8/15/2024, 10:58 AM |
| # | **Justin Baldoni**<br>People has been pretty terrible - nice to see them post it<br>My dad posted it a few days ago -<br>But of course it was much more about Blake - | 8/15/2024, 10:59 AM |
| # | **Breanna Butler**<br>Yes for sure! | 8/15/2024, 11:00 AM |
| # | **Breanna Butler**<br>I flagged this to Elizabeth yesterday | 8/15/2024, 11:00 AM |
| JA | **Jen Abel**<br>HA yeah I think she felt the pressure after our call last night 😊 | 8/15/2024, 11:01 AM |
| JA | **Jen Abel**<br>Can we have digital team boost this interview | 8/15/2024, 11:01 AM |
| # | **Breanna Butler**<br>Yes for sure | 8/15/2024, 11:01 AM |

NM **Nathan Melissa** 8/15/2024, 11:05 AM
It was a very strong teamwork call at 11pm.

JA **Jen Abel** 8/15/2024, 11:06 AM
Laughed at "It was a very strong teamwork call at 11pm."

\# **Justin Baldoni** 8/15/2024, 12:52 PM
From Claire Wineland mom. "Hi there…is there anything we can do at Claire's Place to help? 🥺"

\# **Justin Baldoni** 8/15/2024, 1:38 PM
From a friend / my trainer - [url:'https://p48-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']

*Attachment: \_\_Library\_SMS\_Attachments\_31\_01\_3CAB500A-1DDB-4398-B67D-D28B0E0B217C\_Screenshot 2024-08-15 at 10.37.56\_AM.heic (17 KB)*

\# **Justin Baldoni** 8/15/2024, 2:18 PM
This to me feels like a post or something to amplify

\# **Justin Baldoni** 8/15/2024, 2:18 PM
https://www.instagram.com/reel/C-qTAgcK3MV/?igsh=ODAwMXBwbXZpOTg=

*Attachment: \_\_Libr\_1(34) (53 KB)*

*Attachment: \_\_Libr\_1(35) (31 KB)*

*Attachment: \_\_Libr\_1(36) (30 KB)*

\# **Justin Baldoni** 8/15/2024, 2:18 PM
I even talk about the new cycle and click bait

JA **Jen Abel** 8/15/2024, 2:33 PM
Definitely let's boost this AP piece

\# **Justin Baldoni** 8/15/2024, 2:33 PM
Should I reshare on my stories ?

\# **Justin Baldoni** 8/15/2024, 2:33 PM
And TikTok as a feed post

\# **Breanna Butler** 8/15/2024, 2:46 PM
This video is great and we have pushed it out digitally. In terms of you posting it yourself, I would avoid re-sharing anything that's essentially a response to negative feedback - as caption here is "…responds to critics who say film glorifies DV.." I think these next few days, regarding what you post on your personal channels, we should focus more on the positive feedback, responses, continuing to highlight the themes of the film, etc.

\# **Breanna Butler** 8/15/2024, 2:47 PM
Also, the Brandon / People piece is blowing up online. Getting great traction and reception!

\# **Justin Baldoni** 8/15/2024, 2:47 PM
Great, thanks!

\# **Justin Baldoni** 8/15/2024, 3:45 PM

CONFIDENTIAL                                                                                     BBKOSLOW-000002407

Amplify -

https://www.tiktok.com/t/ZP81hSmcS/

All these fan videos I make for people are starting to come back to help me. 😭

| # | **Justin Baldoni** | 8/15/2024, 3:45 PM |

https://www.tiktok.com/t/ZP81rN8R7/ (https://www.tiktok.com/t/ZP81rN8R7/)

| # | **Justin Baldoni** | 8/15/2024, 3:48 PM |

https://www.tiktok.com/t/ZP81hx3c3/

*Attachment: ___Libr_1(37) (19 KB)*

*Attachment: ___Libr_1(38) (116 KB)*

| # | **Justin Baldoni** | 8/15/2024, 3:48 PM |

Melissa here is your friend 👍 🙈 yuck

| NM | **Nathan Melissa** ▮▮▮ | 8/15/2024, 3:51 PM |

Yes, but she's also giving you some good shout outs as well.
She's doing both, she said she had no choice because she's inundated .

| # | **Justin Baldoni** | 8/15/2024, 3:51 PM |

Yeah seems a bit biased to me but I'm also sensitive

| # | **Justin Baldoni** | 8/15/2024, 5:25 PM |

Colleen just texted this to us- first time we've heard from her

Can someone please Send jamey the actual context of what I said so he can respond to Colleen. This should be on video recorded from the wrap.
I never said I changed his fate – I said I didn't want to see him at the end of the movie as it was too complicated to explain how he was co parenting and would draw too many people in and SHE agreed. This has nothing to do with the book and we don't control the wrap and their headlines just as we don't control all the negative and untrue things she and Blake have been saying about me and the controversy they created. We haven't leaked anything and we've taken the high road the whole time even after she betrayed me and ghosted me. [url:'https://p25-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']



*Image: ___Library_SMS_Attachments_a9_09_59F605E2-58B2-41A7-B8C8-743D6583CBFE_IMG_4792.jpeg (408 KB)*

**JA** | **Jen Abel** | 8/15/2024, 5:33 PM

Jamey and I spoke. They are deleting the post. Take this opportunity open up the dialogue with her. Apologize, communicate that if you read the interview it doesn't mean he's cut out of the sequel but it was the decision of how to end the film. You explain it all in quotes within. Use this opportunity to connect with her and commiserate with what she's going through and how much you care about her and how that hasn't changed even when she TURNED HER BACK ON YOU AND LEFT YOU TO FEND FOR YOURSELF. She is getting a ton of hate and backlash from the DV community.

**JA** | **Jen Abel** | 8/15/2024, 5:34 PM

The post has been deleted

**JA** | **Jen Abel** | 8/15/2024, 5:34 PM

You can say that you have done nothing but honor her and her book and you want to have a conversation and you miss the relationship you had blah blah

**#** | **Justin Baldoni** | 8/15/2024, 5:34 PM

Can we please have our regroup with everybody, including Melissa?

**#** | **Justin Baldoni** | 8/15/2024, 5:39 PM

I'm sorry I don't have the capacity just right now in this moment to be the bigger person and to do that. You have to remember that it was her betrayal that landed me in the hospital. It's been devastating to me.

**#** | **Justin Baldoni** | 8/15/2024, 5:39 PM

This message makes my blood boil

**JA** | **Jen Abel** | 8/15/2024, 5:44 PM

Fully understand and respect that. Jamey is working through a response. Instead of thinking of this as an olive branch, this is a tactical art of war approach. If Colleen can come around and is willing to open up lines of communication, that would be a massive message to the world that this issue solely relates to BLAKE and not to "all of the women".

**#** | **Justin Baldoni** | 8/15/2024, 5:46 PM

Can we all talk ? I believe this was when melissa was avail

**JA** | **Jen Abel** | 8/15/2024, 5:46 PM

I'm avail I'll let the team chime in

**MM** | **Matthew Mitchell** | 8/15/2024, 5:46 PM

Available as well. Whenever we can get on.

**KC** | **Katie Case** | 8/15/2024, 5:48 PM

Happy to connect — will see if Breanna and Melissa are available as well.

**#** | **Justin Baldoni** | 8/15/2024, 5:53 PM

I'm going to dictate something, Jamie add this to your text message back to her in any part that you want but this is just what I need to say

Justin is not out to hurt anybody and there hasn't been one lie that has come out of his mouth, all he's been doing is singing the praises of you and everybody else and sticking to the message of the movie which you knew he cared about from the beginning. He asked you about the second book to understand the trajectory of Ryles character as he was developing the script, which you also understood as he included you on that decision. The above headline is taken completely out of context, but that is not our doing, as there is a PR war going on and we are the ones that are not leaking anything or trying to destroy anybody. This entire situation was set up to be a smear campaign against Justin and it clearly backfired. Justin didn't want any of this as he's loved and adored you for five years. if you actually read the interview you'll see he says exactly as it happened, which was a decision that you also supported. It had nothing to do with the second book or not wanting to be a part of it as an actor or changing Ryles fate. It had everything to do with after seeing an edit of the movie, realizing that we did not need to open up a can of worms and show an abuser coparenting without showing all of the necessary work that had to happen to make that possible. You also know this as he involved you every step of the way. Wayfarer is also not talking and are not firing back, we are continually speaking highly of everyone. We did not ask to be in the situation. This was all created and easily could've been avoided.

**#** | **Justin Baldoni** | 8/15/2024, 5:53 PM

| | | |
|---|---|---|
| | I'm here and ready | |
| KC | **Katie Case** | 8/15/2024, 5:57 PM |
| | Melissa will be available at 7 PM ET — does that work for the team? She's traveling at the moment and won't have good service until then. | |
| # | **Jamey Heath** | 8/15/2024, 6:00 PM |
| | I didn't see this justin. I replied already | |
| # | **Justin Baldoni** | 8/15/2024, 6:00 PM |
| | I think your response was way too nice dude and I'm a bit frustrated, but I understand the game you're playing | |
| JA | **Jen Abel** | 8/15/2024, 6:00 PM |
| | Justin— please know that I'm not saying this to dismiss your completely warranted feelings about this but I would be remiss if I didn't advise that I feel strongly about you also responding from the heart since you are also on this text. It may be a futile attempt, but think of it as part of the larger strategy. I drafted something in case you might consider. | |
| JA | **Jen Abel** | 8/15/2024, 6:00 PM |
| | I'm going to dictate something, Jamie add this to your text message back to her in any part that you want but this is just what I need to say | |
| | Justin is not out to hurt anybody and there hasn't been one lie that has come out of his mouth, all he's been doing is singing the praises of you and everybody else and sticking to the message of the movie which you knew he cared about from the beginning. He asked you about the second book to understand the trajectory of Ryles character as he was developing the script, which you also understood as he included you on that decision. The above headline is taken completely out of context, but that is not our doing, as there is a PR war going on and we are the ones that are not leaking anything or trying to destroy anybody. This entire situation was set up to be a smear campaign against Justin and it clearly backfired. Justin didn't want any of this as he's loved and adored you for five years. if you actually read the interview you'll see he says exactly as it happened, which was a decision that you also supported. It had nothing to do with the second book or not wanting to be a part of it as an actor or changing Ryles fate. It had everything to do with after seeing an edit of the movie, realizing that we did not need to open up a can of worms and show an abuser coparenting without showing all of the necessary work that had to happen to make that possible. You also know this as he involved you every step of the way. Wayfarer is also not talking and are not firing back, we are continually speaking highly of everyone. We did not ask to be in the situation. This was all created and easily could've been avoided. | |
| JA | **Jen Abel** | 8/15/2024, 6:01 PM |
| | Whoops that's your message one sec— | |
| # | **Jamey Heath** | 8/15/2024, 6:02 PM |
| | Justin should not respond right now except for anything other than to validate what I said. You are full of emotion and you were react and it could add to the fire instead of us trying to put it out. The last thing we need is Colleen speaking publicly about you in a negative way. That's all that matters right now is to put out that fire. | |
| # | **Justin Baldoni** | 8/15/2024, 6:03 PM |
| | I understand | |
| JA | **Jen Abel** | 8/15/2024, 6:04 PM |
| | OK I will stand down. But leaving this here. Colleen, from my heart, there has not been one lie that has come out of my mouth. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview. I have loved and adored you for the past five years and that hasn't changed even | |
| JA | **Jen Abel** | 8/15/2024, 6:04 PM |
| | **remove the "even". Sorry Im having issues with my text via my computer | |
| # | **Jamey Heath** | 8/15/2024, 6:05 PM |
| | I agree follow up with that. Assume, that Blake will see it. Assume that she could leak it… It should only be loving remarks. But I do think you should follow up to my message. | |
| # | **Justin Baldoni** | 8/15/2024, 6:17 PM |

Colleen, I'm sorry that you are hurting. I want you to know that there has not been one lie that has come out of my mouth or one bad word spoken about any of you.  I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview.  I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have cared you for the past five years and that hasn't changed.

\# **Justin Baldoni**                                                                                          8/15/2024, 6:18 PM

Colleen, I'm sorry that you are hurting. I want you to know that there has not been one lie that has come out of my mouth or one bad word spoken about any of you.  I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview.  I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have cared about you for the past five years and that hasn't changed.

\# **Justin Baldoni**                                                                                          8/15/2024, 6:18 PM

Colleen, I'm sorry that you are hurting. I want you to know that there has not been one lie that has come out of my mouth or one bad word spoken about any of you.  I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview.  I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

JA   **Jen Abel**                                                                                                  8/15/2024, 6:19 PM

Loved "Colleen, I'm sorry that you are hurting. I want yo…"

\# **Justin Baldoni**                                                                                          8/15/2024, 6:22 PM

So when are speaking ?

KC   **Katie Case**                                                                                              8/15/2024, 6:22 PM

Link for our 7 PM ET call: https://us06web.zoom.us/j/84208560789?pwd=l05av7eSsaYzdDUoXwA3qHCoutmZhE.1 (https://us06web.zoom.us/j/84208560789?pwd=l05av7eSsaYzdDUoXwA3qHCoutmZhE.1)

\# **Justin Baldoni**                                                                                          8/15/2024, 6:25 PM

Colleen, I'm sorry that you are hurting. I want you to know that I have no told any lies about you or any others. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview.  I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked you about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

\# **Justin Baldoni**                                                                                          8/15/2024, 6:25 PM

Colleen, I'm sorry that you are hurting. I want you to know that I have not told any lies about you or any others. I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview.  I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the second book which I of course asked you about multiple times to understand where the story goes. You supported my decision to remove him from the end. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

\# **Justin Baldoni**                                                                                          8/15/2024, 6:27 PM

Colleen, I'm sorry that you are hurting. I want you to know that have not lied or spoken ill of you.  I am also not talking about my experience. I have been sticking to the same message of the movie which you know I cared deeply about from the beginning. The headline is taken out of context which you will see from the interview.  I spoke about this multiple times and they also don't include everything I say. None of which has anything to do with changing his trajectory in the

second book which I of course asked you about multiple times to understand where the story goes. You supported my decision to remove him from the end of the movie and there has been no talk about him in a sequel. We do not control the headlines. Since this is the first time I've heard from you, I just want you to know that I have deeply cared about you for the past five years and that hasn't changed.

**JA** — **Jen Abel** — 8/15/2024, 6:29 PM
I like this

**JA** — **Jen Abel** — 8/15/2024, 6:39 PM
Did you send?

**#** — **Justin Baldoni** — 8/15/2024, 6:39 PM
Yes.

**JA** — **Jen Abel** — 8/15/2024, 6:39 PM
I know how much this absolutely sucks but that was a smart, strategic move. If that helps at all 😊

**NM** — **Nathan Melissa** — 8/15/2024, 6:40 PM
Loved "I know how much this absolutely sucks but that was…"

**NM** — **Nathan Melissa** — 8/15/2024, 6:40 PM
And if this was ever shared- it still looks great and honest

**JA** — **Jen Abel** — 8/15/2024, 6:43 PM
Speak in 15 min

**#** — **Justin Baldoni** — 8/15/2024, 6:45 PM
"It just feels like I'm on an island, here. When the hate is being directed at me, you guys posting that article and allowing it to fuel the comments is hurtful. And the timing of it just feels like you're worried about your image but not the women who are behind this story. I know things took an awful turn, and I felt forced to choose when I did not want to, but the back and forth articles from both camps are just so upsetting and ridiculous. It's making everyone working on this movie look immature. Everyone is out there trying to save themselves and now this has turned into a huge mess. And I know you guys think I've made decisions for certain reasons but I have felt the rift from long before I ever was in contact with Blake. It started with me not being allowed to read the script until I was sat with readers, but then all the interviews made it seem like you included me in the script from the beginning. Then the whole documentary thing where I said no so very many times. And the book, when I asked you guys to at least donate a portion of the proceeds to DV and then I was told the only way a donation would be made is if I took 1% and donated that myself. Then the whole tattoo thing, all the texts of you blaming Blake for that and reiterating that she didn't read the book every time I'd just try to ask you what to say to readers. I have been disappointed personally by your actions many times. I appreciate that you haven't directly said anything negative, that's how it should be. But you are grown men with a platform. You know how to use it to protect your image. Please don't continue to use it to harm me or mine. That's all I'm asking. "

**#** — **Justin Baldoni** — 8/15/2024, 7:16 PM
[url:'https://p41-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p39-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p33-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p49-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p51-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p43-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p39-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN0

0']
[url:'https://p39-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p39-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']



Image: ___Library_SMS_Attachments_1c_12_F8E324FD-CB4D-4D0B-8D8A-D52ACC222FC1_IMG_4795.jpeg (480 KB)



Image: ___Library_SMS_Attachments_1d_13_12C3A97D-CC28-4A76-98DB-DC806A0C7BFF_IMG_4794.jpeg (135 KB)



Image: ___Library_SMS_Attachments_1e_14_F628D98A-B744-46E3-B77C-AB567DD9998D_IMG_4796.jpeg (205 KB)



Image: ___Library_SMS_Attachments_2e_14_FB8D2A1E-C37B-47E9-9823-9F03B5CDA4BD_IMG_4801.jpeg (165 KB)



Image: ___Library_SMS_Attachments_65_05_0B52BDA1-F393-49AB-9791-1FA972E9F690_IMG_4799.jpeg (182 KB)



Image: ___Library_SMS_Attachments_87_07_139F8088-0446-4354-9B9C-7CFD9ADA3E0D_IMG_4798.jpeg (449 KB)



Image: ___Library_SMS_Attachments_bc_12_078D7ED6-21A9-4B8F-905A-99284023B7E8_IMG_4797.jpeg (175 KB)



Image: ___Library_SMS_Attachments_ce_14_CB50C104-2427-454A-A81A-D0C7A015B2BA_IMG_4793.jpeg (151 KB)



Image: __Library_SMS_Attachments_dd_13_53E970A4-4DF0-457C-AE91-9C7B7700FE31_IMG_4800.jpeg (164 KB)

\#   **Justin Baldoni**                                      8/15/2024, 7:27 PM

[url:'https://p67-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p51-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p41-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p55-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p43-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']
[url:'https://p41-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']



Image: __Library_SMS_Attachments_52_02_8DC94E9C-A4FB-4D84-903E-8278B728E2E3_IMG_4806.jpeg (132 KB)

CONFIDENTIAL                                                                                                         BBKOSLOW-000002416



Image: ___Library_SMS_Attachments_b8_08_BD958C45-A7AB-4401-8291-CDB8E5D2CAE6_IMG_4804.jpeg (396 KB)



Image: ___Library_SMS_Attachments_ba_10_07F4D4D3-685A-41E3-AA8A-FDC2B6798610_IMG_4803.jpeg (133 KB)



Image: ___Library_SMS_Attachments_ee_14_5E8EF0C8-2425-42F9-9EEC-4E763525609B_IMG_4807.jpeg (395 KB)



Image: ___Library_SMS_Attachments_f4_04_62948406-404E-439E-B77C-858033C65421_IMG_4805.jpeg (157 KB)

Image: ___Library_SMS_Attachments_f9_09_D64FEDA5-0EEC-43E6-9FE4-A3DADA03C469_IMG_4802.jpeg (143 KB)

CONFIDENTIAL                                                                                             BBKOSLOW-000002418