# Exhibit 230

## Short Message Report

| Conversations: 1 | Participants: 9 |
|---|---|
| Total Messages: 23 | Date Range: 8/8/2024 - 8/9/2024 |

## Outline of Conversations



    ▪ **/System Message chatroom** • 23 messages between 8/8/2024 - 8/9/2024 • ▪ ▪ Jen Abel ▪ Jen Abel New Number ▪ Katie Case ▪ Matthew Mitchell ▪ Nathan Melissa ▪ System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | | |
|---|---|---|
| 💬 | **/System Message chatroom** | |
| # | **Justin Baldoni** | 8/8/2024, 8:33 PM |

Hey all fyi - from my set assistant Dion
[url:'https://p29-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']

*Attachment: __Library_SMS_Attachments_42_02_D7FB76AF-9274-469D-8D55-0EA95520EF91_Screenshot 2024-08-08 at 7.32.10_PM.heic (55 KB)*

| | | |
|---|---|---|
| KC | **Katie Case** | 8/8/2024, 8:35 PM |

Thank you for sending — super important they don't engage. We're not feeding into any of this while it remains purely speculative.

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/8/2024, 8:38 PM |

Yes - absolutely zero engagement. She can be tricky too.

| | | |
|---|---|---|
| KC | **Katie Case** | 8/8/2024, 9:11 PM |

Hi again — as promised, sending some helpful language for use as needed:

Thanks so much for sending. We're not responding to these. Really appreciate you flagging to us.

Of course, if it's someone you're incredibly close with or someone you have a close relationship with, do feel free to add in additional language as suitable or appropriate eg "I hope you're well," "we're getting these too," "really appreciate the heads up," etc.

| | | |
|---|---|---|
| # | **Jamey Heath** | 8/8/2024, 9:27 PM |

Thank you

| | | |
|---|---|---|
| KC | **Katie Case** | 8/8/2024, 9:28 PM |

Loved "Thank you"

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/8/2024, 9:33 PM |

| | | |
|---|---|---|
| SM | **System Message** | 8/8/2024, 9:33 PM |

This message has been deleted

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/9/2024, 12:07 PM |

Let's watch this thread

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/9/2024, 12:07 PM |

https://x.com/offbeatorbit/status/1821681425491390500?s=46

*Attachment: __Libr_1(3) (16 KB)*

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/9/2024, 12:08 PM |

Will do - narrative is shifting online to pointing finger at Ryan being overly involved

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/9/2024, 12:09 PM |

Yes but need to make sure that doesn't become a threat to them as the unfollow situation is what everyone is pointing at. Seemingly that something is much bigger under the surface - as why would they all unfollow

KC **Katie Case** 8/9/2024, 12:10 PM
Weve flagged to Jed and his team as well

\# **Breanna Butler** 8/9/2024, 12:12 PM
Of course - but right now, still entirely speculation

\# **Justin Baldoni** 8/9/2024, 2:02 PM
One thing coming up as I'm saying prayers -
Colleen has been on record sharing about her collab with me at the trailer event and in the EPk
Then within weeks of that it all changed-
That footage and those quotes need to be dug up as it refutes what the article says.

KC **Katie Case** 8/9/2024, 2:12 PM
100% — we have those and will work to gather more, as well as the multitude of glowing interviews she's given in support of you.

\# **Justin Baldoni** 8/9/2024, 3:56 PM
From my former assistant will-
[url:'https://p50-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']



Image: __Library_SMS_Attachments_e9_09_35E9783E-DDFE-4FDF-B447-2939E2E77B6C_IMG_1110.PNG (221 KB)

\# **Justin Baldoni** 8/9/2024, 4:05 PM
[url:'https://p67-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']



*Image: \_\_Library_SMS_Attachments_32_02_86E682E7-D4B8-4856-9A89-AD4EC0E77201_IMG_4671.jpeg (131 KB)*

KC **Katie Case** 8/9/2024, 4:36 PM

Thank you for flagging — they're still digging. Still recommend providing the below language as needed:

Thanks so much for sending. We're not responding to these. Really appreciate you flagging to us.

Of course, if it's someone you're incredibly close with or someone you have a close relationship with, do feel free to add in additional language as suitable or appropriate eg "I hope you're well," "we're getting these too," "really appreciate the heads up," etc.

\# **Jamey Heath** 8/9/2024, 4:36 PM

Thank you

JA **Jen Abel** 8/9/2024, 4:41 PM

I do want to flag with the La times request that I saw on that Jenna Redfield TikTok that she had said that she "gave what she knows to the LA times" so there might be something there exploring. This was the same account who was doing the investigative journalism (attempt). Defer to the pros of course!

JA **Jen Abel** 8/9/2024, 4:43 PM

Good narrative about intimacy coordinators and the care JB took making this movie

JA **Jen Abel** 8/9/2024, 4:43 PM

https://www.goodmorningamerica.com/culture/story/justin-baldoni-thoughtful-intentional-care-ends-us-film-112692874

*Attachment: \_\_Libr_1(4) (169 KB)*

*Attachment: \_\_Libr_1(5) (1 KB)*