# Exhibit 231

# Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 45 | Date Range: 8/8/2024 - 8/9/2024 |

## Outline of Conversations



 /System Message chatroom • 45 messages between 8/8/2024 - 8/9/2024 • Breanna Butler ███ • Katherine Case ███ • Katie Case ███ • Melissa Nathan ███ • System Message (System Message)

CONFIDENTIAL  KCASE-000000728

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | | | |
|---|---|---|---|
|  | 🍎 | /System Message chatroom | |
| KC | **Katie Case** ▮▮▮▮<br>I'm on with Jamey | | 8/8/2024, 8:56 PM |
| BB | **Breanna Butler** ▮▮▮▮<br>Just you? | | 8/8/2024, 8:57 PM |
| BB | **Breanna Butler** ▮▮▮▮<br>Idk if he could cease and desist if that girl is posting about something she heard | | 8/8/2024, 8:58 PM |
| KC | **Katie Case** ▮▮▮▮<br>Yes can I merge someone in please | | 8/8/2024, 8:58 PM |
| BB | **Breanna Butler** ▮▮▮▮<br>They also have to expect some<br>People will speculate from a less than favorable standpoint | | 8/8/2024, 8:58 PM |
| BB | **Breanna Butler** ▮▮▮▮<br>Yes | | 8/8/2024, 8:58 PM |
| KC | **Katie Case** ▮▮▮▮<br>Thank you SO much Bre | | 8/8/2024, 9:07 PM |
| KC | **Katie Case** ▮▮▮▮<br>I wouldn't ask on anyone else | | 8/8/2024, 9:07 PM |
| KC | **Katie Case** ▮▮▮▮<br>But if I say one thing they'll disagree lol | | 8/8/2024, 9:07 PM |
| BB | **Breanna Butler** ▮▮▮▮<br>Of course! That was simple, they're starting to overthink | | 8/8/2024, 9:07 PM |
| KC | **Katie Case** ▮▮▮▮<br>I agree and I said what you said BUT you know… lol just sent them some language | | 8/8/2024, 9:11 PM |
| KC | **Katie Case** ▮▮▮▮<br>Thank you Bre 🖤🖤 | | 8/8/2024, 9:11 PM |
| KC | **Katie Case** ▮▮▮▮<br>Good morning! When we're done with this ▮▮▮▮ ▮▮▮▮ ? And how your call went with Leslie? | | 8/9/2024, 10:23 AM |
| BB | **Breanna Butler** ▮▮▮▮<br>Yes please! | | 8/9/2024, 10:23 AM |
| BB | **Breanna Butler** ▮▮▮▮<br>Any new movement on JB / updates from Sara / Leslie so we can keep across? | | 8/9/2024, 12:01 PM |
| KC | **Katie Case** ▮▮▮▮<br>I'd like to start prepping materials if he's going to be obliterated on Sunday lol | | 8/9/2024, 12:08 PM |
| BB | **Breanna Butler** ▮▮▮▮<br>Yes agree - so we can prepare heading into weekend | | 8/9/2024, 12:12 PM |

**MN** — **Melissa Nathan** — 8/9/2024, 12:44 PM
KC is there anyway you can do this [redacted] call without me
I just wanna make sure [redacted]
The message is [redacted]

**KC** — **Katie Case** — 8/9/2024, 12:45 PM
Yes! What time is it at?

**KC** — **Katie Case** — 8/9/2024, 12:45 PM
They didn't send me the invite

**MN** — **Melissa Nathan** — 8/9/2024, 12:46 PM
https://us02web.zoom.us/j/84243370833?from=addon

Attachment: __Libr_1(10) (9 KB)

**KC** — **Katie Case** — 8/9/2024, 12:46 PM
Thank you! Is it right now

**MN** — **Melissa Nathan** — 8/9/2024, 12:48 PM
11am

**KC** — **Katie Case** — 8/9/2024, 12:48 PM
Shit ok I have [redacted] call then re our strategy but can let Alyx lead that

**MN** — **Melissa Nathan** — 8/9/2024, 12:48 PM
Oh crap

**KC** — **Katie Case** — 8/9/2024, 12:48 PM
It's fine I trust her to lead

**MN** — **Melissa Nathan** — 8/9/2024, 12:48 PM
Let me think no because I know that [redacted] probably needs you on it as well I don't even know

**KC** — **Katie Case** — 8/9/2024, 12:49 PM
It'll be fine! It's good for Alyx!

**KC** — **Katie Case** — 8/9/2024, 12:49 PM
And I'll catch up with her afterwards

**KC** — **Katie Case** — 8/9/2024, 12:49 PM
We've got some great updates [redacted] already so it'll be good overall — I've approved the plan and have signed off on everything so again I really trust alyx to do this

**MN** — **Melissa Nathan** — 8/9/2024, 12:51 PM
[url:'https://p49-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']



Image: __Library_SMS_Attachments_85_05_CEA5F50C-7B8F-45D5-986D-3539CA18A82A_tmp.gif (557 KB)

MN **Melissa Nathan** — 8/9/2024, 12:51 PM
Also, I really have some shit updates on Justin, but I'd rather do it when Breanna is out so we get on the phone or together

KC **Katie Case** — 8/9/2024, 12:51 PM
That's so disappointing

KC **Katie Case** — 8/9/2024, 12:52 PM
But yes! Breanna when you're done call us and we can chat

BB **Breanna Butler** — 8/9/2024, 12:58 PM
Yes just wrapping up here

BB **Breanna Butler** — 8/9/2024, 1:48 PM
Did daily mail not come for comment?

I also think apart from another longer story, he leaks texts from her saying she didn't read the book and hates Colleen's dialogue and give to TMZ

KC **Katie Case** — 8/9/2024, 1:49 PM
Yes 100%

MN **Melissa Nathan** — 8/9/2024, 1:49 PM
Still on phone

BB **Breanna Butler** — 8/9/2024, 3:39 PM
Anything?

MN **Melissa Nathan** — 8/9/2024, 3:40 PM

KC **Katie Case** — 8/9/2024, 4:49 PM
[url:'https://p47-content.icloud.com/M8B9F3E38B2E2BA3E1F58D92231706476A8EED97DB38D4D79DD1DC333DA5B6E1F.C01USN00']

Attachment: __Library_SMS_Attachments_eb_11_015AB666-D0DE-4E6F-9418-77CDBA7A1F3F_Open TikTok profile.HEIC (22 KB)

KC **Katie Case** — 8/9/2024, 4:50 PM
Thank the lord for Jed

BB  **Breanna Butler**                                                                                     8/9/2024, 5:00 PM
    Thank god

MN  **Melissa Nathan**                                                                                     8/9/2024, 5:04 PM

BB  **Breanna Butler**                                                                                     8/9/2024, 5:05 PM
    Is the Justin thing a priority for tonight? Sara's piece isn't good but we don't know if there's a strategy to put something fresh out from his end this weekend or Monday

CONFIDENTIAL                                                                                               KCASE-000000732