# Exhibit 232



CONFIDENTIAL
KCASE-000000763