# Exhibit 235

## Short Message Report

| Conversations: 1 | Participants: 12 |
|---|---|
| Total Messages: 162 | Date Range: 8/13/2024 - 8/14/2024 |

## Outline of Conversations



m Message chatroom · 162 messages between 8/13/2024 - 8/14/2024 · Alyx Sealy · Breanna Butler ■ · Carolina ■ · Dervla ■ · Katherine Case ■ · Katie Case ■ · Melissa Nathan ■ · Michael Lawrence ■ · Rylie Long ■ · System Message (System Message) ·

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **m Message chatroom** /Syste

**D**  **Dervla**  8/13/2024, 8:28 PM
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/

Attachment: __Libr_1(493) (163 KB)

Attachment: __Libr_1(494) (2 KB)

**D**  **Dervla**  8/13/2024, 8:28 PM
@melissa 🗿

**RL**  **Rylie Long**  8/13/2024, 8:29 PM

**KC**  **Katie Case**  8/13/2024, 8:30 PM
It's not bad

**AS**  **Alyx Sealy**  8/13/2024, 8:30 PM
It's very basic

**BB**  **Breanna Butler**  8/13/2024, 8:30 PM
A LOT of regurgitation

**KC**  **Katie Case**  8/13/2024, 8:31 PM
It's also like — ok who cares

**AS**  **Alyx Sealy**  8/13/2024, 8:31 PM
It's not a story

**RL**  **Rylie Long**  8/13/2024, 8:31 PM
And ? Like ofc he hired PR for this

**AS**  **Alyx Sealy**  8/13/2024, 8:31 PM
He's being attacked publicly, he brought on an expert to help

**D**  **Dervla**  8/13/2024, 8:32 PM
Emphasised "And ? Like ofc he hired PR for this"

**KC**  **Katie Case**  8/13/2024, 8:32 PM
Emphasized "And ? Like ofc he hired PR for this"

**KC**  **Katie Case**  8/13/2024, 8:32 PM
Emphasized "It's not a story"

**M**  **Melissa Nathan**  8/13/2024, 10:07 PM
Breaking my nervous breakdown to send you this [url:'https://p54-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

Attachment: __Library_SMS_Attachments_32_02_0ADCD066-4525-4EF3-9873-

CONFIDENTIAL                                                                                                                                                                        KCASE-000003355

C6FC2E8B1359_RPReplay_Final1723600643.mov (3 MB)

**RL** — Rylie Long — 8/13/2024, 10:08 PM
Laughed at "Breaking my nervous breakdown to send you this "

**KC** — Katie Case — 8/13/2024, 10:09 PM
This is going to be my standard reply from now on: WEVE LITERALLY SEENIT

**RL** — Rylie Long — 8/13/2024, 10:09 PM
Laughed at "This is going to be my standard reply from now on:…"

**AS** — Alyx Sealy — 8/13/2024, 10:09 PM
Laughed at "This is going to be my standard reply from now on:…"

**M** — Melissa Nathan — 8/13/2024, 10:40 PM
Deadline running

**AS** — Alyx Sealy — 8/13/2024, 10:41 PM
Kk Rylie can you keep watch plz

**RL** — Rylie Long — 8/13/2024, 10:41 PM
Yes

**RL** — Rylie Long — 8/13/2024, 10:41 PM
https://www.cosmopolitan.com/entertainment/celebs/a61870841/why-justin-baldoni-hired-crisis-pr-manager/

Attachment: __Libr_1(495) (72 KB)

Attachment: __Libr_1(496) (4 KB)

**M** — Melissa Nathan — 8/13/2024, 10:41 PM
Oh fuck off

**AS** — Alyx Sealy — 8/13/2024, 10:42 PM
Rylie let's flag not on this chat lol

**AS** — Alyx Sealy — 8/13/2024, 10:42 PM
Mel if there is anything to worry or flag to you we will

**M** — Melissa Nathan — 8/14/2024, 9:27 AM
https://www.instagram.com/reel/C-i7DrYygEO/?igsh=MTc4MmM1YmI2Ng==

Attachment: __Libr_1(497) (30 KB)

Attachment: __Libr_1(498) (109 KB)

Attachment: __Libr_1(499) (31 KB)

**AS** — Alyx Sealy — 8/14/2024, 9:29 AM
All she talks about is the floral outfits she's wearing! Every post on her IG one after the other

**KC** — Katie Case — 8/14/2024, 9:29 AM
Emphasized "All she talks about is the floral outfits she's we…"

CONFIDENTIAL                                                                KCASE-000003356

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 9:32 AM |
| | https://www.instagram.com/reel/C-n_krDy0T7/?igsh=MWFydHh1YjhoMHR4dg== | | |

*Attachment: __Libr_1(500) (31 KB)*

*Attachment: __Libr_1(501) (9 KB)*

*Attachment: __Libr_1(502) (26 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 9:32 AM |
| | FLOWERS | | |
| AS | **Alyx Sealy** | | 8/14/2024, 9:35 AM |
| | Just got a flash flood warning on my tv lol | | |
| AS | **Alyx Sealy** | | 8/14/2024, 9:35 AM |
| | As I look out at the legit ocean next to my door | | |
| KC | **Katie Case** | | 8/14/2024, 9:35 AM |
| | ..... | | |
| AS | **Alyx Sealy** | | 8/14/2024, 9:41 AM |
| | https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-cast-feud/ | | |

*Attachment: __Libr_1(503) (193 KB)*

*Attachment: __Libr_1(504) (3 KB)*

| | | | |
|---|---|---|---|
| C | **Carolina** ▮ | | 8/14/2024, 10:00 AM |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| BB | **Breanna Butler** ▮ | | 8/14/2024, 10:01 AM |
| | ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| C | **Carolina** ▮ | | 8/14/2024, 10:01 AM |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| | ▮▮▮▮▮▮▮▮▮▮ | | |
| | ▮▮▮▮▮▮▮▮▮▮ | | |
| C | **Carolina** ▮ | | 8/14/2024, 10:01 AM |
| | Omg ? | | |
| AS | **Alyx Sealy** ▮ | | 8/14/2024, 10:01 AM |
| | ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | | |
| AS | **Alyx Sealy** ▮ | | 8/14/2024, 10:07 AM |
| | @melissa perhaps we should do a team call at some point this afternoon…. | | |

| | | | |
|---|---|---|---|
| M | **Melissa Nathan** | | 8/14/2024, 10:08 AM |
| | Just on with Jamey and jen | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:08 AM |
| | Yes | | |
| AS | **Alyx Sealy** | | 8/14/2024, 10:08 AM |
| | Okay great. Rylie can you find a time that works for everyone? Let's shoot for earlier rather than later | | |
| RL | **Rylie Long** | | 8/14/2024, 10:14 AM |
| | Can we do 11:30am PT or 1pm PT? | | |
| D | **Dervla** | | 8/14/2024, 10:14 AM |
| | Liked "Can we do 11:30am PT or 1pm PT?" | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:15 AM |
| | I think 11:30am PT | | |
| AS | **Alyx Sealy** | | 8/14/2024, 10:15 AM |
| | 11:30am | | |
| RL | **Rylie Long** | | 8/14/2024, 10:16 AM |
| | Great Derv just updated team invite | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:16 AM |
| | Depends on how this AM goes also | | |
| RL | **Rylie Long** | | 8/14/2024, 10:16 AM |
| | Kk we will just hold that time for now | | |
| AS | **Alyx Sealy** | | 8/14/2024, 10:17 AM |
| | [redacted] | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:17 AM |
| | I know if these people let me get off the phone | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:17 AM |
| | Ever | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:17 AM |
| | To do some other work | | |
| AS | **Alyx Sealy** | | 8/14/2024, 10:17 AM |
| | Let u know how we can help or if you just want to merge any of us into calls to take notes etc | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:17 AM |
| | No they only want the chief Katie | | |
| AS | **Alyx Sealy** | | 8/14/2024, 10:18 AM |
| | I can also make my way to your room in this storm and take notes while you're on calls if you need 😊 | | |
| KC | **Katie Case** | | 8/14/2024, 10:22 AM |
| | Laughed at "I know if these people let me get off the phone " | | |

CONFIDENTIAL                                                                                                                                        KCASE-000003358

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 10:22 AM |
| | Emphasized "No they only want the chief Katie " | | |
| KC | **Katie Case** | | 8/14/2024, 10:22 AM |
| | Melissa "Chief" Nathan | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:28 AM |
| | [url:'https://p27-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | | |

*Attachment: __Libr_1(17).heic (72 KB)*

| | | | |
|---|---|---|---|
| M | **Melissa Nathan** | | 8/14/2024, 10:28 AM |
| | On with tmz | | |
| M | **Melissa Nathan** | | 8/14/2024, 10:28 AM |
| | I do think SJ is placing | | |
| BB | **Breanna Butler** | | 8/14/2024, 10:29 AM |
| | What is TMZ saying? They've done 3 pieces on this in 12 hours | | |
| RL | **Rylie Long** | | 8/14/2024, 10:29 AM |
| | Emphasized "What is TMZ saying? They've done 3 pieces on this …" | | |
| D | **Dervla** | | 8/14/2024, 11:02 AM |
| | https://www.tmz.com/2024/08/14/blake-lively-justin-baldoni-fat-shamed-it-ends-with-us/ | | |

*Attachment: __Libr_1(507) (204 KB)*

*Attachment: __Libr_1(508) (3 KB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 11:03 AM |
| | Now we go to war. | | |
| | Breanna let's chat about this | | |
| AS | **Alyx Sealy** | | 8/14/2024, 11:03 AM |
| | Oh Jesus Christ lol | | |
| BB | **Breanna Butler** | | 8/14/2024, 11:12 AM |
| | Yes MN please call us. We need Jed too | | |
| M | **Melissa Nathan** | | 8/14/2024, 11:12 AM |
| | One second | | |
| BB | **Breanna Butler** | | 8/14/2024, 11:13 AM |
| | The fat shaming part isn't bad as has our explanation | | |
| D | **Dervla** | | 8/14/2024, 11:13 AM |
| | Emphasised "The fat shaming part isn't bad as has our explanat…" | | |
| BB | **Breanna Butler** | | 8/14/2024, 11:24 AM |
| | [redacted] | | |
| M | **Melissa Nathan** | | 8/14/2024, 11:29 AM |

I'm free in 15 minutes?

| | | | |
|---|---|---|---|
| BB | **Breanna Butler** ▮ | | 8/14/2024, 11:29 AM |
| | Ok | | |
| BB | **Breanna Butler** ▮ | | 8/14/2024, 11:29 AM |
| | RL can you join to take notes? | | |
| RL | **Rylie Long** ▮ | | 8/14/2024, 11:30 AM |
| | Yes | | |
| RL | **Rylie Long** ▮ | | 8/14/2024, 11:31 AM |
| | ▮▮▮▮▮ | | |
| RL | **Rylie Long** ▮ | | 8/14/2024, 11:31 AM |
| | Here if you want to take a Quick Look beforing hopping on | | |
| BB | **Breanna Butler** ▮ | | 8/14/2024, 11:38 AM |
| | Loved "Here if you want to take a Quick Look beforing hop…" | | |
| AS | **Alyx Sealy** ▮ | | 8/14/2024, 11:49 AM |
| | ▮▮▮▮▮ | | |
| KC | **Katie Case** ▮ | | 8/14/2024, 1:04 PM |
| | ▮▮▮▮▮ | | |
| D | **Dervla** ▮ | | 8/14/2024, 1:05 PM |
| | ▮▮▮▮▮ | | |
| RL | **Rylie Long** ▮ | | 8/14/2024, 1:06 PM |
| | ▮▮▮▮▮ | | |
| C | **Carolina** ▮ | | 8/14/2024, 1:08 PM |
| | ▮▮▮▮▮ | | |
| M | **Melissa Nathan** ▮ | | 8/14/2024, 1:12 PM |
| | ▮▮▮▮▮ | | |

| | | | |
|---|---|---|---|
| AS | **Alyx Sealy** | | 8/14/2024, 1:13 PM |
| M | **Melissa Nathan** | | 8/14/2024, 1:24 PM |

[url:'https://p26-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

*Attachment: __Library_SMS_Attachments_a8_08_08D02ED5-EEF6-491C-BA5D-72301701ACCE_IMG_2323.heic (1 MB)*

| | | | |
|---|---|---|---|
| KC | **Katie Case** | | 8/14/2024, 1:24 PM |
| | YES this was in my IG reels feed this AM | | |
| D | **Dervla** | | 8/14/2024, 1:25 PM |
| | Loved an image | | |
| RL | **Rylie Long** | | 8/14/2024, 1:25 PM |
| | Loved an image | | |
| BB | **Breanna Butler** | | 8/14/2024, 1:25 PM |
| | Omg this is amazing | | |
| BB | **Breanna Butler** | | 8/14/2024, 1:27 PM |
| | We should send to Jed, right? | | |
| AS | **Alyx Sealy** | | 8/14/2024, 1:31 PM |
| | Was this flagged | | |
| AS | **Alyx Sealy** | | 8/14/2024, 1:32 PM |
| M | **Melissa Nathan** | | 8/14/2024, 1:48 PM |
| BB | **Breanna Butler** | | 8/14/2024, 2:06 PM |

**BB** — **Breanna Butler** ▮ — 8/14/2024, 2:07 PM
Please please

**BB** — **Breanna Butler** ▮ — 8/14/2024, 2:08 PM
The whole document I put together

**D** — **Dervla** ▮ — 8/14/2024, 2:08 PM
Zoe sending now

**AS** — **Alyx Sealy** ▮ — 8/14/2024, 2:28 PM
The only emails acceptable from here on out ▮

**KC** — **Katie Case** ▮ — 8/14/2024, 2:29 PM
Well hot damn

**D** — **Dervla** ▮ — 8/14/2024, 2:31 PM
▮

**D** — **Dervla** ▮ — 8/14/2024, 2:31 PM
Carolina that's the same place as our boy ▮

**RL** — **Rylie Long** ▮ — 8/14/2024, 2:31 PM
Laughed at "The only emails acceptable from here on out "

**RL** — **Rylie Long** ▮ — 8/14/2024, 2:32 PM
▮

**C** — **Carolina** ▮ — 8/14/2024, 2:32 PM
▮

**D** — **Dervla** ▮ — 8/14/2024, 2:32 PM
▮

**M** — **Melissa Nathan** — 8/14/2024, 3:45 PM
[url:'https://p29-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00']

Attachment: __Library_SMS_Attachments_74_04_4962C91E-00A1-47CB-BA68-E238AFDAEB76_Screenshot 2024-08-14 at 15.42.59.heic (72 KB)

**KC** — **Katie Case** ▮ — 8/14/2024, 3:45 PM
"If you would like Jen Abel and my thoughts on who placed it" killed me

**AS** — **Alyx Sealy** ▮ — 8/14/2024, 3:48 PM
Emphasized an image

**RL** — **Rylie Long** ▮ — 8/14/2024, 3:49 PM
Laughed at ""If you would like Jen Abel and my thoughts on who…"

**RL** — **Rylie Long** ▮ — 8/14/2024, 3:49 PM

NO THOUGHTS.. it's in WRITING

**BB**  **Breanna Butler** ▮  8/14/2024, 3:54 PM
I love how he's 24 hours late to the game

**M**  **Melissa Nathan**  8/14/2024, 3:55 PM
He just replied
▮

**KC**  **Katie Case** ▮  8/14/2024, 3:55 PM
Of course 🙄

**RL**  **Rylie Long** ▮  8/14/2024, 3:55 PM
▮

**BB**  **Breanna Butler** ▮  8/14/2024, 4:58 PM
https://www.tiktok.com/t/ZTNtEXCgu/

Attachment: __Libr_1(515) (6 KB)

Attachment: __Libr_1(516) (19 KB)

Attachment: __Libr_1(517) (152 KB)

**BB**  **Breanna Butler** ▮  8/14/2024, 4:58 PM
We need it

**KC**  **Katie Case** ▮  8/14/2024, 4:58 PM
Emphasized "We need it"

**M**  **Melissa Nathan**  8/14/2024, 5:51 PM
▮

**C**  **Carolina** ▮  8/14/2024, 5:52 PM
Emphasized an image

**RL**  **Rylie Long** ▮  8/14/2024, 5:52 PM
Oh this is insane

**D**  **Dervla** ▮  8/14/2024, 5:52 PM
Laughed at an image

**M**  **Melissa Nathan**  8/14/2024, 5:53 PM
▮

| | | |
|---|---|---|
| KC | **Katie Case** ▮<br>Loved a movie | 8/14/2024, 5:54 PM |
| KC | **Katie Case** ▮<br>Go Alyx! | 8/14/2024, 5:54 PM |
| AS | **Alyx Sealy** ▮<br>It's so hot in here guys | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Loved a movie | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Laughed at "It's so hot in here guys " | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>Slaying | 8/14/2024, 5:55 PM |
| M | **Melissa Nathan** ▮<br>▮ | 8/14/2024, 5:55 PM |
| RL | **Rylie Long** ▮<br>SLAYING!! | 8/14/2024, 5:56 PM |
| RL | **Rylie Long** ▮<br>▮ | 8/14/2024, 5:56 PM |
| RL | **Rylie Long** ▮<br>▮ | 8/14/2024, 5:56 PM |
| KC | **Katie Case** ▮<br>Loved an image | 8/14/2024, 5:57 PM |
| KC | **Katie Case** ▮<br>Don't joke about that 😂😂 | 8/14/2024, 5:57 PM |
| KC | **Katie Case** ▮<br>I'm going for a run guys I'll be back online in about an hour | 8/14/2024, 6:01 PM |
| M | **Melissa Nathan** ▮<br>▮ | 8/14/2024, 7:02 PM |
| C | **Carolina** ▮ | 8/14/2024, 7:03 PM |

Oh my GOD HAHAHAHA

**BB** — **Breanna Butler** ▮ — 8/14/2024, 7:06 PM
Matthew is FREAKING out

**C** — **Carolina** ▮ — 8/14/2024, 7:06 PM
I just explained that to dervla and Zoe

**AS** — **Alyx Sealy** ▮ — 8/14/2024, 7:06 PM
1000%

**AS** — **Alyx Sealy** ▮ — 8/14/2024, 7:06 PM
lol

**RL** — **Rylie Long** ▮ — 8/14/2024, 7:18 PM
Laughed at "Matthew is FREAKING out "

**KC** — **Katie Case** ▮ — 8/14/2024, 7:20 PM
Laughed at "Matthew is FREAKING out "

**M** — **Melissa Nathan** ▮ — 8/14/2024, 7:20 PM
[redacted]

**M** — **Melissa Nathan** ▮ — 8/14/2024, 7:20 PM
[redacted]

**KC** — **Katie Case** ▮ — 8/14/2024, 7:20 PM
Yes

**C** — **Carolina** ▮ — 8/14/2024, 7:20 PM
Yes lol

**AS** — **Alyx Sealy** ▮ — 8/14/2024, 7:23 PM
Mel and I don't think it does haha

**M** — **Melissa Nathan** ▮ — 8/14/2024, 7:23 PM
[redacted]

**KC** — **Katie Case** ▮ — 8/14/2024, 7:23 PM
Lol

**D** — **Dervla** ▮ — 8/14/2024, 7:24 PM
[redacted]

**M** — **Melissa Nathan** ▮ — 8/14/2024, 7:24 PM
Perfect descriptor

**AS** — **Alyx Sealy** ▮ — 8/14/2024, 7:24 PM
Literally yes

**M** — **Melissa Nathan** ▮ — 8/14/2024, 7:44 PM
[redacted]

| | | | |
|---|---|---|---|
| KC | **Katie Case** ▮▮▮▮ | | 8/14/2024, 7:44 PM |
| AS | **Alyx Sealy** ▮▮▮▮ Laughed at an image | | 8/14/2024, 7:44 PM |
| AS | **Alyx Sealy** ▮▮▮▮ Smells like feet and sweat in here | | 8/14/2024, 7:45 PM |
| M | **Melissa Nathan** I read fear and sweat | | 8/14/2024, 7:45 PM |
| AS | **Alyx Sealy** ▮▮▮▮ ▮▮▮▮ | | 8/14/2024, 7:46 PM |

CONFIDENTIAL