# Exhibit 237

# Short Message Report

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 35 | Date Range: 8/17/2024 - 8/18/2024 |

## Outline of Conversations



▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉/System Message chatroom • 35 messages between 8/17/2024 - 8/18/2024 • ▉▉▉▉▉▉ • Jen Abel ▉▉▉▉▉▉ • Katie Case ▉▉▉▉▉▉ • Matthew Mitchell ▉▉▉▉▉▉ • Nathan Melissa ▉▉▉▉▉▉ • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

---

| | | |
|---|---|---|
| 💬 | **System Message chatroom** | |
| JA | **Jen Abel** | 8/17/2024, 8:19 PM |

Guys any issue with this caption that JB wants to post with his video from the after party with his family and friends? The vid is fine but I'm on the fence with this caption.

I've spent most of my life living in both the past and the future, somehow completely missing the present. In our culture, we're often pushed to live anywhere but in the now, caught up in a nonstop hustle to make it, to survive, to keep thinking about what's next. Because of this, I've often missed the joy that comes from simply celebrating the completion of something meaningful.

The night of the premiere for It Ends with Us, my family at Wayfarer threw the most beautiful celebration of love to honor the years of work it took to birth this film into the world. There was so much love and joy in that room, and I will forever be grateful to my friends, family, coworkers, writers, crewmembers, producers, and cast who brought this film to life. It's their passion and dedication that made this possible, and it's in moments like these that I'm reminded of the power of being fully present.

They say every movie is a miracle. I truly believe this one is. It's a testament to what can be achieved when we come together with a shared vision, when we create art that doesn't just seek material success but strives to call attention to an issue that for too long has been silenced and overlooked. It's a reminder that art has the power to change lives, and that just a little bit of light can pierce through the deepest shadows and bring light to the most hidden corners of our society, revealing what has been overlooked and giving voice to those who have been silenced.

"Where there is love nothing is too much trouble; and there is always time. "- `Abdu'l-Bahá

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/17/2024, 8:28 PM |

Lmk!

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/17/2024, 8:28 PM |

It's a solid no from me

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/17/2024, 8:29 PM |

This looks like he's making a statement when no one else is talking

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/17/2024, 8:29 PM |

Yeah that's what I'm worried about

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/17/2024, 8:29 PM |

It looks weird

| | | |
|---|---|---|
| # | **Breanna Butler** | 8/17/2024, 8:30 PM |

And way too many words that people can twist and turn

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/17/2024, 8:30 PM |

Way too many
I know what I was saying the other day on the phone about we are playing in a different arena here we are

There is plenty of time for him to write this

After a party is not the time

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/17/2024, 8:32 PM |

What if he just posted the video with family and the party and just says Thank you in the caption

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/17/2024, 8:32 PM |

" Baldoni speaks out "

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/17/2024, 8:32 PM |

| | | |
|---|---|---|
| JA | That's exactly it | |
| JA | **Jen Abel** <br> Or are you saying nothing at all no video | 8/17/2024, 8:32 PM |
| NM | **Nathan Melissa** <br> " thank you " | 8/17/2024, 8:32 PM |
| NM | **Nathan Melissa** <br> Nothing else | 8/17/2024, 8:32 PM |
| JA | **Jen Abel** <br> That's what I think | 8/17/2024, 8:32 PM |
| JA | **Jen Abel** <br> Just forwarded this. So sick of this shit. [url:'https://p58-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00'] | 8/18/2024, 1:04 AM |



*Image: ___Library_SMS_Attachments_cf_15_378BD185-4134-40B2-88B4-105CE3F04DD4_IMG_2777.PNG (264 KB)*

| | | |
|---|---|---|
| NM | **Nathan Melissa** <br> It's just making it up now <br> Never heard of this person | 8/18/2024, 1:45 AM |
| JA | **Jen Abel** <br> https://www.dailymail.co.uk/news/article-13753857/Blake-Lively-Justin-Baldoni-feud-insider-reveals.html?spot_im_scroll_to_comments=true&spot_im_highlight_immediate=true | 8/18/2024, 10:44 AM |

*Attachment: ___Libr_1(32) (8 MB)*

*Attachment: ___Libr_1(33) (4 KB)*

*Attachment: ___Libr_1(34) (89 KB)*

| | | |
|---|---|---|
| NM | **Nathan Melissa** <br> What is good about this Is that the majority of this leads with her | 8/18/2024, 10:55 AM |

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/18/2024, 10:55 AM |
| | Yeah and reads ridiculous | |

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/18/2024, 10:55 AM |
| | And then you really have to go all the way to the bottom to read about his eye infection | |

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/18/2024, 10:55 AM |
| | The sty on his eye | |

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/18/2024, 10:55 AM |
| | Like what | |

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/18/2024, 10:55 AM |
| | That most of the vfx budget was used on | |

| | | |
|---|---|---|
| NM | **Nathan Melissa** | 8/18/2024, 10:56 AM |
| | The budget [url:'https://p46-content.icloud.com/MD4DB9417E1E14FEC4D80CA53C53B88F7D86C0430694B14053833DF993455B479.C01USN00'] | |



Image: ___Library_SMS_Attachments_ca_10_6D3AAD8B-BB4E-452C-90A1-8A8C933848B6_tmp.gif (512 KB)

| | | |
|---|---|---|
| MM | **Matthew Mitchell** | 8/18/2024, 10:57 AM |
| | Laughed at an image | |

| | | |
|---|---|---|
| MM | **Matthew Mitchell** | 8/18/2024, 11:03 AM |
| | "she was so effortlessly rude" | |

| | | |
|---|---|---|
| MM | **Matthew Mitchell** | 8/18/2024, 11:06 AM |
| | Loved "Yeah and reads ridiculous " | |

| | | |
|---|---|---|
| MM | **Matthew Mitchell** | 8/18/2024, 11:08 AM |
| | This is the Daily Mail trying to keep clicks coming, it's so insane.  Whoever wrote it also doesn't realize this isn't "cosplay" for Justin.  Trash writing here for sure. | |

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/18/2024, 11:13 AM |
| | So this girl is claiming that Justin invited her up to his hotel room years ago… I didn't want to share the vid but Mitz did a screen record and this is her account so you guys can look at it.  Part of me wants will, his former assistant, to comment and say this never happened. Ridiculous. [url:'https://p61-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']<br>[url:'https://p29-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']<br>[url:'https://p61-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00'] | |

*Attachment: __Library_SMS_Attachments_00_00_F4F88A41-36B1-451A-99D9-6C5D6860C739_IMG_2205.heic (41 KB)*

*Attachment: __Library_SMS_Attachments_13_03_B3D7F051-9B23-4472-B601-649A9375F9F4_RecordIt-1723965764.MOV (1 MB)*

*Attachment: __Library_SMS_Attachments_44_04_EE147479-587B-4736-959B-EAC47F04780B_IMG_2203.heic (96 KB)*

MM  **Matthew Mitchell**  8/18/2024, 11:21 AM
This account is a mess. Someone calls her drunk and she admits she is. Will's last name isn't not even something "break" so her reliability is not great.

\#  **Breanna Butler**  8/18/2024, 11:30 AM
Let us chat to Jed as well on this

JA  **Jen Abel**  8/18/2024, 11:33 AM
Thanks

\#  **Breanna Butler**  8/18/2024, 1:44 PM
Positive videos being boosted

The crazy Charlotte gal, team said it actually works in our favor to have negative comments below post - already now she's getting slammed, so they'll work with that to elevate how ridiculous / false story is, while keeping watch to make sure it doesn't spiral more

KC  **Katie Case**  8/18/2024, 1:45 PM
Emphasized "Positive videos being boosted

The crazy Charlotte…"