# Exhibit 238

File produced in native format.
File available on request from the court.

DOCUMENT PRODUCED NATIVELY

CONFIDENTIAL