# Exhibit 239

## Short Message Report

| Conversations: 1 | Participants: 3 |
| --- | --- |
| Total Messages: 17 | Date Range: 8/13/2024 |

### Outline of Conversations



**iMessage Chat:** ▊▊▊▊▊▊▊ • 17 messages on 8/13/2024 • Custodian: Abel, Jennifer ▊▊▊▊▊▊▊ • Custodian: Abel, Jennifer ▊▊▊▊▊▊▊ • Sara Nathan ▊▊▊▊▊▊▊

JONESWORKS_00015395

**Messages in chronological order** (times are shown in GMT -04:00)



 iMessage Chat: ▮▮▮▮▮▮▮▮▮▮

SN    **Sara Nathan**▮▮▮▮▮▮▮▮                                              ▶ 8/13/2024, 2:24 PM
Sending copy now

Receipts • Custodian: Abel, Jennifer ▮▮▮▮▮▮▮▮ [R:8/13/2024, 2:24 PM]

SN    **Sara Nathan** ▮▮▮▮▮▮                                              ▶ 8/13/2024, 2:24 PM
Blake Lively made final cuts on "It Ends With Us" amid her rift with director and co-star Justin Baldoni, Page Six is
told.The star, who clashed with Baldoni on set, was brought into the edit suite to give her feedback on the film, which
centers around an abusive and toxic romance.Lively, 36, was a producer on the project, which is based on Colleen
Hoover's hit novel, and a studio insider told us the actress wanted to bring more "feminine" touches to the final cut. The
insider said, "There were two edits and the studio went with a more feminine edit."
Sources close to Baldoni, however, denied this, as another studio source said,  "As a producer, Blake was given the
opportunity to provide edits and feedback to the film, it's completely normal for there to be multiple edits of a film.
"Sony went with the cut they deemed to be the best, and that was a cut that included  Blake's edits, and all parties were
on board."We revealed how Blake was made to feel "uncomfortable" by Baldoni, particularly over her postpartum body
after giving birth to her fourth child, son Olin, shortly before filming.
Despite their fallout, Baldoni, 40, told People in April, "There wasn't a part of this production that she didn't touch and
have influence on.
"And everything she put her hands on and her mind to, she made better."
Baldoni, 40, also called Lively a "powerhouse" to work with, telling Elle UK, "There are all these things that happen every
day on set, there's always friction that happens when you make a movie like this.
"Then at the end of the day, it's that friction, I believe, that creates the beautiful art. Everything in life needs friction to
grow."
He added, "We created something so beautiful and so magical, and it was hard, and it was worth it at the same time.
And I grew so much as both a filmmaker, an actor and as a person throughout this experience."
Lively has spoken about contributing to almost every aspect of It Ends With Us, from putting her touches on the music,
costumes, dialogue and more.She even revealed how her husband, Ryan Reynolds, wrote one of most
important scenes in the movie.
In a recent interview with U.K.'s Hits Radio, Lively admitted, "I'm not supposed to be talking about this, but...." as she
explained that "they begged me" to remove Lana Del Rey's song "Cherry" from the film.Baldoni bought the rights to the
book via his production company, Wayfarer, back in 2019. This includes the rights to the sequel, "It Starts With Us."The
movie has thrived at the box office making $50 million on its opening weekend.However, the "Jane the Virgin" star has
admitted he may not return for a sequel, as yet to be greenlit. "I think there are better people for that one," Baldoni told
Entertainment Tonight. "I think Blake Lively is ready to direct. That's what I think."

Receipts • Custodian: Abel, Jennifer ▮▮▮▮▮▮▮▮ [R:8/13/2024, 2:24 PM]

JA    **Custodian: Abel, Jennifer**▮▮▮▮▮▮                                  ◀ 8/13/2024, 2:25 PM
Liked "Sending copy now ▮▮▮▮▮▮

Receipts • Sara Nathan ▮▮▮▮▮▮ [D:8/13/2024, 2:25 PM]

JA    **Custodian: Abel, Jennifer**▮▮▮▮                                    ◀ 8/13/2024, 2:26 PM
Can't say sources close to Baldoni. Can we say "sources close to production with knowledge of the situation"

Receipts • Sara Nathan ▮▮▮▮▮▮ [D:8/13/2024, 2:26 PM]

SN    **Sara Nathan**▮▮▮▮▮▮                                                ▶ 8/13/2024, 2:26 PM
Perfect

Receipts • Custodian: Abel, Jennifer ▮▮▮▮▮▮▮▮ [R:8/13/2024, 2:27 PM]

JA    **Custodian: Abel, Jennifer**▮▮▮▮▮▮                                  ◀ 8/13/2024, 2:28 PM
And his comment about Blake directing was not about him not returning for the sequel, he was trying to lift her up and
give her credit that she's ready to direct. Can't have it seem like he's stepping off that film.

Receipts • Sara Nathan ▮▮▮▮▮▮ [D:8/13/2024, 2:28 PM]

SN    **Sara Nathan** ▮▮▮▮▮▮                                               ▶ 8/13/2024, 2:28 PM

Ok will amend it

Receipts • Custodian: Abel, Jennifer ███████ [R:8/13/2024, 2:28 PM]

**JA**    **Custodian: Abel, Jennifer** ███████    ◀ 8/13/2024, 2:30 PM
Jamey Heath ceo of wayfarer corrected that with Belloni, it posted last night just fyi

Receipts • Sara Nathan ███████ [D:8/13/2024, 2:30 PM]

**SN**    **Sara Nathan** ███████    ▶ 8/13/2024, 2:31 PM
Fab ok

Receipts • Custodian: Abel, Jennifer ███████ [R:8/13/2024, 2:31 PM]

**SN**    **Sara Nathan** ███████    ▶ 8/13/2024, 2:31 PM
However, when asked about returning to direct potential sequel the "Jane the Virgin" star said, "I think there are better people for that one." He told Entertainment Tonight. "I think Blake Lively is ready to direct. That's what I think."

Receipts • Custodian: Abel, Jennifer ███████ [R:8/13/2024, 2:31 PM]

**JA**    **Custodian: Abel, Jennifer** ███████    ◀ 8/13/2024, 2:31 PM
Liked "However, when asked about returning to direct pote…"

Receipts • Sara Nathan ███████ [D:8/13/2024, 2:31 PM]

**SN**    **Sara Nathan** ███████    ▶ 8/13/2024, 3:21 PM
They may put feminine in the headline - I can't stop the editor - but the copy is all good….blehgh

Receipts • Custodian: Abel, Jennifer ███████ [R:8/13/2024, 3:21 PM]

**JA**    **Custodian: Abel, Jennifer** ███████    ◀ 8/13/2024, 3:21 PM
Ugh it's just not true

Receipts • Sara Nathan ███████ [D:8/13/2024, 3:21 PM]

**JA**    **Custodian: Abel, Jennifer** ███████    ◀ 8/13/2024, 3:21 PM
So it pains me that that's the lead here

Receipts • Sara Nathan ███████ [D:8/13/2024, 3:21 PM]

**SN**    **Sara Nathan** ███████    ▶ 8/13/2024, 3:21 PM
It's not the intro and I will ask what her plans are - just cautioning !

Receipts • Custodian: Abel, Jennifer ███████ [R:8/13/2024, 3:27 PM]

**SN**    **Sara Nathan** ███████    ▶ 8/13/2024, 3:22 PM
Will keep you in the loop

Receipts • Custodian: Abel, Jennifer ███████ [R:8/13/2024, 3:27 PM]

**SN**    **Sara Nathan** ███████    ▶ 8/13/2024, 4:41 PM
🫠

*Attachment: files/Image/Screenshot 2024-08-13 at 4.41.39 PM.heic (57 KB)*

Receipts • Custodian: Abel, Jennifer ███████ [R:8/13/2024, 4:42 PM]

JONESWORKS_00015397