# Exhibit 240

# Short Message Report

| Conversations: 1 | Participants: 10 |
|---|---|
| Total Messages: 109 | Date Range: 8/15/2024 - 8/16/2024 |

## Outline of Conversations



▪︎ ███████████████/System Message chatroom • 109 messages between 8/15/2024 - 8/16/2024 • ████ • Breanna Butler ████ • Jamey Heath ████ • Jen Abel ████ • Jen Abel - NEW ████ • Katherine Case ████ • Katie Case ████ • Matthew Mitchell ████ • Melissa Nathan ████ • System Message (System Message)

**Messages in chronological order** (times are shown in GMT -04:00)

|   |   |   |
|---|---|---|
| 💬 | **Message chatroom** |   |
| # | **Justin Baldoni** | 8/15/2024, 9:17 PM |
|   | https://www.tiktok.com/t/ZP81kwdAp/ |   |

Attachment: ___Libr_1(39) (74 KB)

Attachment: ___Libr_1(40) (19 KB)

| # | **Justin Baldoni** | 8/15/2024, 9:42 PM |
|---|---|---|
|   | Jen- let's figure out these theatre visits for tmrw or Saturday - or both - |   |

| # | **Justin Baldoni** | 8/15/2024, 9:42 PM |
|---|---|---|
|   | Maybe we do a bunch |   |

| JA | **Jen Abel** | 8/15/2024, 9:43 PM |
|---|---|---|
|   | Liked "Jen- let's figure out these theatre visits for tmr…" |   |

| JA | **Jen Abel** | 8/15/2024, 9:43 PM |
|---|---|---|
|   | On it |   |

| # | **Justin Baldoni** | 8/15/2024, 9:43 PM |
|---|---|---|
|   | Let's do it without Sony - just on our own |   |

| JA | **Jen Abel** | 8/15/2024, 9:43 PM |
|---|---|---|
|   | Yep that's my thinking too |   |

| # | **Justin Baldoni** | 8/15/2024, 10:25 PM |
|---|---|---|
|   | Just wanted to share this with you all from July - this was how Isabella Ferrer thanked me. Now she won't say my name |   |

[url:'https://p41-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']



Image: ___Library_SMS_Attachments_3e_14_38FBDEC0-5C67-495F-A726-AD18C88EFAE8_IMG_4808.jpeg (548 KB)

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:26 PM |

"Such a comfortable safe space "

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:28 PM |

And have a ton of fun Bro friend texts with me and Brandon having a bromance for a year and then nothing

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:35 PM |

TAG - this one is for you. lol

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:35 PM |

https://www.tiktok.com/t/ZP81k9Cja/

*Attachment: __Libr_1(41) (81 KB)*

*Attachment: __Libr_1(42) (19 KB)*

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/15/2024, 10:37 PM |

My god this is incredible

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/15/2024, 10:37 PM |

Emphasized an image

| | | |
|---|---|---|
| MM | **Matthew Mitchell** | 8/15/2024, 10:38 PM |

Genius! OMG! Melissa, Breanna and Katie- you did a great job with this creator. 👏👏

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/15/2024, 10:39 PM |

Wow

| | | |
|---|---|---|
| MN | **Melissa Nathan** | 8/15/2024, 10:40 PM |

CHECKING MY ROOM FOR CAMERAS

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:57 PM |

In other news, Ryan unblocked me and Emily, so he could spy on us. She had a feeling and checked and she could see his name and then I checked, and I could search him as well. I couldn't search him a week ago.

| | | |
|---|---|---|
| JA | **Jen Abel** | 8/15/2024, 10:58 PM |

Interesting

| | | |
|---|---|---|
| # | **Justin Baldoni** | 8/15/2024, 10:59 PM |

Jamey please put the text here and not email -

| | | |
|---|---|---|
| JH | **Jamey Heath** | 8/15/2024, 11:00 PM |

I am deeply sorry to hear about the pain you're experiencing. Feeling alone on an island is just terrible. I want you to know, with all sincerity, that my team hasn't engaged in anything that would harm you and they have not contributed to any negative articles. My heart breaks when I think about the distance that has grown between us, especially when I've always valued our collaboration and friendship so deeply.

 (I don't think we need the following paragraph at all as there no need to make this about you right now. We shouldn't ask for her sympathy at this moment)
I want to share how difficult it has been for me too, especially when the film, which I poured so much of my heart into, was taken out of my hands. I've remained silent as fans began to wonder why I wasn't part of the press or even the photos at the premiere. Being uninvited from Book Bonanza without any explanation left me feeling lost and hurt. Not being allowed to share the premiere with you and instead waiting in a basement until I was escorted to a separate theatre with my friends and family, who had come to celebrate, was incredibly painful. Still, I did so out of respect for the movie and not wanting to derail the celebration of it.

I know a lot has happened since we first worked on the script together and you feel as though you weren't included

CONFIDENTIAL
KCASE-000001196

before the "fan reading". As an effort to remind you, we sent you the script beforehand in July of 2022 where you responded with such positivity, noting how pleased you were that it stayed true to the book and you even shared your notes with me. I'm happy to share those screenshots if you'd like.

Regarding the documentary, I want you to know that while we may have tried to ease some of your concerns regarding being on camera, we always intended to respect your wishes, which is why we never moved forward. It was only an idea, meant to bring fans closer to a story that means so much to so many,

Regarding the Coffee Book donation. Legally, Wayfarer couldn't donate the 1% on your behalf as you graciously requested. It wasn't a demand from us, but a legal requirement we were asked to relay,

As for the tattoo, I'm so glad you pointed out the importance of it to the fans and the DV community while we were early in the edit. We were more than happy to change it in post and the film is better for it. I'm grateful for your insight.

I completely own that I vented about many things regarding production and the post process and I can fully understand how that could have been a load too heavy to carry..
Please know that my door is always open to you. I truly hope we can talk and rebuild our friendship. This isn't about any "image" for me; it's about reconnecting with someone I care about deeply. I hope this might be a step towards healing and celebrating this film together.

\# **Justin Baldoni**                                                                                                                             8/15/2024, 11:01 PM
Can I say yes? Maybe Jen can reach out [url:'https://p59-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00']

*Attachment: __Library_SMS_Attachments_87_07_66FE4551-43C6-4518-B5EE-E0928B7F6D2C_Screenshot 2024-08-15 at 8.00.38_PM.heic (54 KB)*

JA   **Jen Abel**                                                                                                                                 8/15/2024, 11:02 PM
I can reach out

JA   **Jen Abel**                                                                                                                                 8/15/2024, 11:02 PM
Do you want to respond and say your team will be reaching out?

JA   **Jen Abel**                                                                                                                                 8/15/2024, 11:02 PM
Or give my email?

JA   **Jen Abel**                                                                                                                                 8/15/2024, 11:44 PM
Flagging that Alex reposted your post JB

[url:'https://p65-content.icloud.com/M64C2BABC35B5916A4B0B21B6BA7A3E4E37411AAFDC4112C9845DAA2EE5722D6B.C01USN00']

CONFIDENTIAL                                                                                                                                                                                                                      KCASE-000001197



*Image: \_\_Library\_SMS\_Attachments\_41\_01\_F523486F-5F1B-41EB-BB53-B5E427A0CE8A\_IMG\_2750.jpeg (82 KB)*

| # | **Justin Baldoni** | 8/15/2024, 11:45 PM |

Good for her

| JA | **Jen Abel** | 8/15/2024, 11:45 PM |

lol

| JA | **Jen Abel** | 8/15/2024, 11:45 PM |

I like this era of Justin 🚀

| # | **Justin Baldoni** | 8/15/2024, 11:50 PM |

What are thoughts on james text

| # | **Justin Baldoni** | 8/15/2024, 11:57 PM |

Updated

you're experiencing. Feeling alone on an island is just terrible. I want you to know, with all sincerity, that my team hasn't engaged in anything that would harm you and they have not contributed to any negative articles. My heart breaks when I think about the distance that has grown between us, especially when I've always valued our collaboration and friendship so deeply.

I know a lot has happened since we first worked on the script together and you feel as though you weren't included before the "fan reading". As an effort to remind you, we sent you the script beforehand in July of 2022 where you responded with such positivity, noting how pleased you were that it stayed true to the book and you even shared your notes with me. You even got to read it before I did. I'm happy to share those screenshots if you'd like.

Regarding the documentary, I want you to know that while Jamey may have tried to ease some of your concerns regarding being on camera, he and Wayfarer always intended to respect your wishes, which is why we never moved forward. It was only an idea, meant to bring fans closer to a story that means so much to so many. Once you shared your feelings and anxiety about being on camera, he completely understood and we immediately killed the idea.

Regarding the Coffee Book donation. Legally, Wayfarer couldn't donate the 1% on your behalf as you graciously requested. It wasn't a demand from us, but a legal requirement we were asked to relay.

As for the tattoo, I'm so glad you pointed out the importance of it to the fans and the DV community while we were in the edit. We were more than happy to change it in post and the film is better for it. I'm grateful for your insight.

I completely own that I vented about many things regarding production and the post process and I can fully understand how that could have been a load too heavy to carry..
Please know that my door is always open to you. I truly hope we can talk and rebuild our friendship. This isn't about any "image" for me; it's about reconnecting with someone I care about deeply. I hope this might be a step towards healing and celebrating this film together.

CONFIDENTIAL                                                                                                                                                                           KCASE-000001198

JA **Jen Abel** ▮▮▮▮▮▮▮▮ — 8/15/2024, 11:58 PM
I have a couple of revisions if that's ok…

\# **Justin Baldoni** — 8/15/2024, 11:58 PM
Yes

JA **Jen Abel** ▮▮▮▮▮▮▮▮ — 8/15/2024, 11:58 PM
I think we can tone it down just a bit

JA **Jen Abel** ▮▮▮▮▮▮▮▮ — 8/15/2024, 11:58 PM
Give me a sec

JA **Jen Abel** ▮▮▮▮▮▮▮▮ — 8/16/2024, 12:23 AM

I'm deeply sorry to hear this.  I want you to know, with all sincerity, that my team hasn't contributed to any negative articles.  We would never go out of our way to harm you, or anyone who is part of this film, which I hope is evident from every time I have spoken publicly.   I've always valued your collaboration, your trust, and your friendship and that hasn't changed.

I know a lot has happened since we first worked on the script together, but it pains me to hear that this is how you feel.  If you might recall, we sent you the script before the fan reading in July 2022 and you responded positively, acknowledging how pleased you were that it stayed true to the book.  You shared some great notes with me, which were crucial to the development.  You even got to read it before I did!   I'm happy to share those screenshots of our texts and emails as I want to make sure to clear this up however I can.

Regarding the documentary, I want you to know that while Jamey may have tried to ease some of your concerns regarding being on camera, he and Wayfarer always respected how you felt about this which is why we never moved forward.  It was only an idea, meant to bring fans closer to a story that means so much to so many.  Once you shared your feelings he completely understood and we immediately killed the idea.

Regarding the Coffee Book donation, legally, Wayfarer couldn't donate the 1% on your behalf as you graciously offered.  It wasn't a demand from us, but a legal requirement we were asked to relay.

As for the tattoo, I'm so glad you pointed out the importance of it to the fans and the DV community while we were in the edit. We were more than happy to change it in post and the film is better for it.

I completely own that I vented to you about what I was going through during production and expressed several of my frustrations.  Because of our friendship that had grown over our work together for the past several years, I felt like it was a safe space to do so.  I didn't think that it would burden you in any way, and I'm sorry if that was callous of me.

Please know that my door is always open to you. I truly hope we can talk and rebuild our friendship. This isn't about "image" for me.  I took this on because of your trust in me to tell this story, and I truly want this communication to be the first step to healing for us both.  If you feel comfortable speaking, I'd really like for us to find some time to connect by phone but will take your lead.

JH **Jamey Heath** ▮▮▮▮▮▮▮▮ — 8/16/2024, 12:40 AM
Made 2 quick changes.

I'm deeply sorry to hear this.  I want you to know, with all sincerity, that my team hasn't contributed to any negative articles.  We would never go out of our way to harm you, or anyone who is part of this film, which I hope is evident from every time I have spoken publicly.   I've always valued your collaboration, your trust, and your friendship and that hasn't changed.

I know a lot has happened since we first worked on the script together, and it pains me to hear that this is how you feel.  If you might recall, we sent you the script before the fan reading in July 2022 and you responded positively, acknowledging how pleased you were that it stayed true to the book.  You shared some great notes with me, which were crucial to the development.  You even got to read it before I did!   I'm happy to share those screenshots of our texts and emails as I want to make sure to clear this up however I can.

Regarding the documentary, I want you to know that while Jamey may have tried to ease some of your concerns regarding being on camera, he and Wayfarer always respected how you felt about this which is why we never moved forward.  It was only an idea, meant to bring fans closer to a story that means so much to so many.  Once you shared your feelings he completely understood and we immediately killed the idea.

Regarding the Coffee Book donation, legally, Wayfarer couldn't donate the 1% on your behalf as you graciously offered.

It wasn't a demand from us, but a legal requirement we were asked to relay.

As for the tattoo, I'm so glad you pointed out the importance of it to the fans and the DV community while we were in the edit. We were more than happy to change it in post and the film is better for it.

I completely own that I vented to you about what I was going through during production and expressed several of my frustrations. Because of our friendship that had grown over our work together for the past several years, I felt like it was a safe space to do so but I fully understand that it may have been a burden too heavy to carry. And for that I am very sorry.

Please know that my door is always open to you. I truly hope we can talk and rebuild our friendship. This isn't about "image" for me. I took this on because of your trust in me to tell this story, and I truly want this communication to be the first step to healing for us both. If you feel comfortable speaking, I'd really like for us to find some time to connect by phone but will take your lead.

---

**JH** — **Jamey Heath** — 8/16/2024, 12:41 AM
Otherwise. It's all good. Let's send it. Or should we send it to the bank clerk to get his thoughts also.

**JA** — **Jen Abel** — 8/16/2024, 12:42 AM
Loved "Made 2 quick changes.

I'm deeply sorry to hear …"

**JA** — **Jen Abel** — 8/16/2024, 12:42 AM
Who is the bank clerk lol

**MM** — **Matthew Mitchell** ) — 8/16/2024, 12:42 AM
No can't risk him leaking it!

**JH** — **Jamey Heath** — 8/16/2024, 12:42 AM
Hahaha

**#** — **Justin Baldoni** — 8/16/2024, 12:42 AM
Reading now

**#** — **Justin Baldoni** — 8/16/2024, 12:49 AM
OK, so you feel I should say that last bit about talking on the phone?

**JA** — **Jen Abel** — 8/16/2024, 12:50 AM
I added that because I felt that if it was a genuine want to reconnect that you would ask to speak on the phone…

**JA** — **Jen Abel** — 8/16/2024, 12:50 AM
I don't think that would hurt. If she's in a place that she wants to resolve things, and this was her way of reaching out, then she would say yes. I think her response will be telling.

**#** — **Justin Baldoni** — 8/16/2024, 12:51 AM
Liked "I don't think that would hurt. If she's in a place…"

**#** — **Justin Baldoni** — 8/16/2024, 12:51 AM
Ok here we go

**JH** — **Jamey Heath** — 8/16/2024, 12:52 AM
Do it.

**#** — **Justin Baldoni** — 8/16/2024, 12:53 AM
Sent

**JH** — **Jamey Heath** — 8/16/2024, 12:55 AM
Check tmz every 30 seconds

CONFIDENTIAL                                                                                                                          KCASE-000001200

**JA** **Jen Abel**                                                     8/16/2024, 12:55 AM
Disliked "Check tmz every 30 seconds"

**MM** **Matthew Mitchell**                                          8/16/2024, 1:00 AM
STOP! This was a good step and olive branch of sorts. Try not to let this consume you. You've put the energy into a thoughtful and genuine reply.
Take a moment to breathe and take comfort knowing you lead with your heart and these actions are where you've taken the highest of high roads (thanks Michelle!) in an effort to truly put the message and work of this film first, and for those it's helping.

**MM** **Matthew Mitchell**                                          8/16/2024, 1:01 AM
This was a good step and olive branch of sorts. Try not to let this consume you. You've put the energy into a thoughtful and genuine reply.
Take a moment to breathe and take comfort knowing you lead with your heart and these actions are where you've taken the highest of high roads (thanks Michelle!) in an effort to truly put the message and work of this film first, and for those it's helping.

**#** **Justin Baldoni**                                                 8/16/2024, 1:09 AM
Loved "This was a good step and olive branch of sorts. Tr…"

**#** **Justin Baldoni**                                                 8/16/2024, 1:09 AM
Matthew , I love when you are deep and sincere

**MM** **Matthew Mitchell**                                          8/16/2024, 1:11 AM
🙏

**JA** **Jen Abel**                                                     8/16/2024, 1:20 AM
Loved "This was a good step and olive branch of sorts. Tr…"

**#** **Justin Baldoni**                                                 8/16/2024, 1:20 AM
https://www.tiktok.com/t/ZP81BnKRy/

*Attachment: ___Libr_1(43) (92 KB)*

*Attachment: ___Libr_1(44) (19 KB)*

**#** **Justin Baldoni**                                                 8/16/2024, 1:20 AM
Last one - night

**#** **Justin Baldoni**                                                 8/16/2024, 1:50 AM
"I did mistype and say read the script but I meant I wasn't allowed to discuss the script when we sat with readers. or speak in the meeting about the script, you asked me to not say anything. I'm aware I read the script. I'm not saying I had a problem with it, I don't need proof of me saying I liked it. I did love the script and I love the movie and I'll support it always. I think you guys did a fantastic job making this film and I loved Blake's edits also. I'll never say otherwise and spoke so highly of everyone on my press tour, even though the media wants to spread that you weren't mentioned. I sang everyone's praises. My issues lie in things I've learned since then and experiences I've personally had with you. And I'm not about to go back and forth on the stuff above that's written In a way that will protect you if it gets leaked. I also have screen shots I can share with you as you offered above, like the ones where I simply asked about the tattoo and you blamed it on Blake more than once. I know that Blake is not to blame for the tattoo and the point I was making is that twice I was lied to about that in text in what felt like an attempt to get me to dislike her. But you call it venting, so we do disagree there. I'm walking away from this for a few months. I don't have a pr team and I have no idea how to respond to this, no one from either studio has advised how to navigate what is happening the last couple of days. I hope Wayfarer or Sony at least reach out and offer some support to Isabela and Alex. They're very new to this and I'm worried about them if they're also not being reached out to with advice or resources. Surely there's some kind of therapist referral list on hand that can be provided to them if one hasn't been already.
As for us, I feel like we can agree to disagree on our experiences. I don't see a relationship in the future, as I don't think I can trust anyone from this process to be a part of my life. But I wish no one ill will. Onward. "

**JA** **Jen Abel**                                                     8/16/2024, 1:59 AM

Onward.

\# **Justin Baldoni**                         8/16/2024, 2:43 AM

I'm writing this to get this out of my system. I'm not sending it.

I'm sorry to hear this, but I need to express how I feel. Why didn't you come to me if something bothered you? We had open communication and a friendship. You knew the effort and sacrifices that went into this film from the beginning, and you were always included. Your thoughts and opinions were always respected, so I don't understand why you wouldn't have just talked to me.

I didn't lie to you about the tattoo, though in hindsight, I shouldn't have blamed Blake. I was upset that she didn't read the book, amongst many other things. After your text, I revisited the original designs of the hallowed heart, and you're right—Blake wasn't to blame. That was my mistake. The original design missed the opening in the middle, and Blake had commissioned a tattoo artist to design it to her liking without even consulting me. I assumed the first design had the opening but I realized that was a detail I missed in the chaos. I understand why you felt deceived, but it wasn't my intention. I was pissed at her and venting which was the first time I did that with you - and If you felt uncomfortable, I wish you would have told me—I would have apologized immediately.

The last time we spoke, you complimented me and expressed your gratitude for my efforts to honor the book. Then, suddenly, you disappeared, and I learned from the studio that you would only promote Blake's cut of the movie. I was forced to step down and let her finish the film, even though it performed worse. You cut off all communication, unfollowed me, along with the rest of the cast. I was devastated.

At that dinner, I told you everything that happened, including my mistakes. I don't know what was said behind the scenes, but this entire situation could have been avoided if we had communicated like mature adults. I have not engaged in any PR to harm anyone. Instead, I was isolated, excluded from the process, and treated like an outcast. I had to do all the press on my own, and I wasn't even invited to my own premiere. When I did attend, I was relegated to a basement with my family and friends, separated from everyone else, and told to leave early and that we could not attend our own after party.

I don't know what terrible things you heard about me that would be deserving of your actions, but all I can say is that what you all did was heartbreak and it has deeply affected my life and family. This wasn't just about the film—it was a betrayal of our friendship. And to be okay with Blake and Ryan run a smear campaign against me and leak their grievances to the press after taking over the film and excluding me from the press and premier when all of this could've just been handled like mature adults makes it even more heartbreaking.

But yes. Onward.

\# **Justin Baldoni**                         8/16/2024, 2:43 AM

I'm writing this to get this out of my system. I'm not sending it.

I'm sorry to hear this, but I need to express how I feel. Why didn't you come to me if something bothered you? We had open communication and a friendship. You knew the effort and sacrifices that went into this film from the beginning, and you were always included. Your thoughts and opinions were always respected, so I don't understand why you wouldn't have just talked to me.

I didn't lie to you about the tattoo, though in hindsight, I shouldn't have blamed Blake. I was upset that she didn't read the book, amongst many other things. After your text, I revisited the original designs of the hallowed heart, and you're right—Blake wasn't to blame. That was my mistake. The original design missed the opening in the middle, and Blake had commissioned a tattoo artist to design it to her liking without even consulting me. I assumed the first design had the opening but I realized that was a detail I missed in the chaos. I understand why you felt deceived, but it wasn't my intention. I was pissed at her and venting which was the first time I did that with you - and If you felt uncomfortable, I wish you would have told me—I would have apologized immediately.

The last time we spoke, you complimented me and expressed your gratitude for my efforts to honor the book. Then, suddenly, you disappeared, and I learned from the studio that you would only promote Blake's cut of the movie. I was forced to step down and let her finish the film, even though it performed worse. You cut off all communication, unfollowed me, along with the rest of the cast. I was devastated.

At that dinner, I told you everything that happened, including my mistakes. I don't know what was said behind the scenes, but this entire situation could have been avoided if we had communicated like mature adults. I have not engaged in any PR to harm anyone. Instead, I was isolated, excluded from the process, and treated like an outcast. I had to do all the press on my own, and I wasn't even invited to my own premiere. When I did attend, I was relegated to a basement with my family and friends, separated from everyone else, and told to leave early and that we could not attend our own after party.

I don't know what terrible things you heard about me that would be deserving of your actions, but all I can say is that

what you all did was heartbreaking and it has deeply affected my life and family. This wasn't just about the film—it was a betrayal of our friendship. And to be okay with Blake and Ryan run a smear campaign against me and leak their grievances to the press after taking over the film and excluding me from the press and premier when all of this could've just been handled like mature adults makes it even more heartbreaking.

But yes. Onward.

\# **Justin Baldoni** — 8/16/2024, 2:44 AM

I'm writing this to get this out of my system. I'm not sending it.

I'm sorry to hear this, but I need to express how I feel. Why didn't you come to me if something bothered you? We had open communication and a friendship. You knew the effort and sacrifices that went into this film from the beginning, and you were always included. Your thoughts and opinions were always respected, so I don't understand why you wouldn't have just talked to me.

I didn't lie to you about the tattoo, though in hindsight, I shouldn't have blamed Blake. I was upset that she didn't read the book, amongst many other things. After your text, I revisited the original designs of the hallowed heart, and you're right—Blake wasn't to blame. That was my mistake. The original design missed the opening in the middle, and Blake had commissioned a tattoo artist to design it to her liking without even consulting me. I assumed the first design had the opening but I realized that was a detail I missed in the chaos. I understand why you felt deceived, but it wasn't my intention. I was pissed at her and venting which was the first time I did that with you - and If you felt uncomfortable, I wish you would have told me—I would have apologized immediately.

The last time we spoke, you complimented me and expressed your gratitude for my efforts to honor the book. Then, suddenly, you disappeared, and I learned from the studio that you would only promote Blake's cut of the movie. I was forced to step down and let her finish the film, even though it performed worse. You cut off all communication, unfollowed me, along with the rest of the cast. I was devastated.

At that dinner, I told you everything that happened, including my mistakes. I don't know what was said behind the scenes, but this entire situation could have been avoided if we had communicated like mature adults. I have not engaged in any PR to harm anyone. Instead, I was isolated, excluded from the process, and treated like an outcast. I had to do all the press on my own, and I wasn't even invited to my own premiere. When I did attend, I was relegated to a basement with my family and friends, separated from everyone else, and told to leave early and that we could not attend our own after party.

I don't know what terrible things you heard about me that would be deserving of your actions, but all I can say is that what you all did was heartbreaking and it has deeply affected my life and family. This wasn't just about the film—it was a betrayal of our friendship. And to be okay with Blake and Ryan running a smear campaign against me and leak their grievances to the press after taking over the film and excluding me from the press and premier when all of this could've just been handled like mature adults makes it even more heartbreaking.

But yes. Onward.

\# **Justin Baldoni** — 8/16/2024, 12:40 PM
Good morning

JA **Jen Abel** — 8/16/2024, 1:09 PM
Morning— congrats on crossing 100M!

BB **Breanna Butler** — 8/16/2024, 1:18 PM
Congratulations! This is the type of detail we focus on to start driving toward a more positive narrative.

\# **Justin Baldoni** — 8/16/2024, 1:57 PM
Hi all can we talk

JA **Jen Abel** — 8/16/2024, 2:01 PM
I think melissa is on a plane heading back to the states but I'll let the team chime in here. I'm avail until 1pm!!

\# **Justin Baldoni** — 8/16/2024, 2:02 PM
Ok can we all hop on a zoom now

JA **Jen Abel** — 8/16/2024, 2:03 PM

| | | | |
|---|---|---|---|
| | Yes. TAG? | | |
| JH | **Jamey Heath** | | 8/16/2024, 2:04 PM |
| | I can | | |
| KC | **Katie Case** | | 8/16/2024, 2:05 PM |
| | Hi all! This afternoon is a little dicey scheduling wise. Melissa is on a plane at the moment. Bre and I are currently on a call, but can connect between 2:30-3 PM ET if that works? | | |
| JA | **Jen Abel** | | 8/16/2024, 2:06 PM |
| | So in 30 min? 1130am PT Does that work for all? | | |
| # | **Justin Baldoni** | | 8/16/2024, 2:06 PM |
| | Yes | | |
| JH | **Jamey Heath** | | 8/16/2024, 2:06 PM |
| | Yes | | |
| KC | **Katie Case** | | 8/16/2024, 2:07 PM |
| | Ok great, I'll send an invite and zoom now for use. Speak soon! | | |
| JA | **Jen Abel** | | 8/16/2024, 2:07 PM |
| | Thanks KC | | |
| MM | **Matthew Mitchell** | | 8/16/2024, 2:07 PM |
| | Loved "Ok great, I'll send an invite and zoom now for use…" | | |
| KC | **Katie Case** | | 8/16/2024, 2:10 PM |
| | Of course! Zoom link is here for us:<br>https://us06web.zoom.us/j/84304232301?pwd=TwG2bcaTHffj98I06TNr0YPSIkJBwM.1<br>(https://us06web.zoom.us/j/84304232301?pwd=TwG2bcaTHffj98I06TNr0YPSIkJBwM.1) | | |
| # | **Justin Baldoni** | | 8/16/2024, 4:53 PM |
| | [url:'https://p69-content.icloud.com/M41FCB2D0C7B8332D65EDAFA3353C3FFAD4E74D191608FAC6B85F232143BE3E9C.C01USN00'] | | |

*Attachment: __Library_SMS_Attachments_fc_12_F6E2E108-7771-4AEC-90EB-C2C8DFA0339F_IMG_4822.mov (38 MB)*

| | | | |
|---|---|---|---|
| # | **Justin Baldoni** | | 8/16/2024, 5:11 PM |
| | Video 👍 | | |
| # | **Justin Baldoni** | | 8/16/2024, 5:11 PM |
| | Jennifer and Matthew | | |

" Hi Justin- Congrats on the opening of It Ends With Us.  I've been traveling the last week but look forward to seeing it in the theatre this weekend.  The issue of domestic violence is very important to me.  I served on the board of Tubman (the largest domestic violence agency in Minnesota) for over fifteen years.  The staff, led by my friend Jen Polzin, is doing lifesaving work in Minneapolis St. Paul.

I have a request and an opportunity.  myTalk 107.1 is one of the radio stations I run in MSP.  It's a talk radio station aimed at women.  While the radio station is typically pop culture and entertainment-based, it has a long history of taking on tough issues that are important to women. In the past myTalk 107.1 has been nationally recognized for our honest conversations and building awareness about issues like bullying, suicide, sexual harassment and transgender rights .  It Ends With Us is creating a lot of talk.  We would like to use the movie as the catalyst for a roundtable discussion about domestic violence.  The roundtable will be hosted by myTalk host, Colleen Lindstrom, who has won national AWM Gracie Awards for her work in public affairs.  The roundtable will also feature experts from Tubman.  The idea is a one hour live roundtable during afternoon drive on the radio that will also be available on-demand as a podcast and YouTube video.

CONFIDENTIAL

We would love you join us.  I know your heart and I know how important it is to you that this movie be used to effect change.  We want to use your work to spark a conversation about domestic violence, an issue that is often hard to talk about. I can promise you our staff and Tubman will remain solely focused on the issue of domestic violence.  We don't have a time or date, but we feel like the window is the next 7-10 days to direct the conversations about this movie to what is truly important—ending domestic violence.  Your role can be as simple as a 5-10 minute introduction to set the table for the conversation, or you can join us for the entire segment.

Here's a link to Tubman:   Home : Tubman (https://www.tubman.org/)

Thank you, Justin."

---

**JA** | **Jen Abel** | 8/16/2024, 5:16 PM
Great can you share her email? Or share ours?

**JA** | **Jen Abel** | 8/16/2024, 5:16 PM
Would be good to do this with Jane at no more

**#** | **Justin Baldoni** | 8/16/2024, 5:34 PM
He's emailing you now

**#** | **Justin Baldoni** | 8/16/2024, 5:34 PM
I trust him. He put Zach Sobiech on the radio and helped his song go viral - that's how I found Zach

**#** | **Justin Baldoni** | 8/16/2024, 5:35 PM
Not a huge outlet but meaningful

**JA** | **Jen Abel** | 8/16/2024, 5:36 PM
I'm from MN! I'm definitely familiar

**JH** | **Jamey Heath** | 8/16/2024, 5:45 PM
Ok. Here's my thoughts on the video.  Can we tweak a thing or two? Sure..Might he mention something more directly about the kids? Maybe.. might he also be more specific about the how we made this to protect harm and we shouldn't be harming real life cast? Maybe… however with that said.  This is what people want.  This is justin.
Put this out or a version of this out.
No surprise these are my thoughts.
The pluses outweigh the minuses.

**JA** | **Jen Abel** | 8/16/2024, 5:58 PM
We have thoughts as well. Give us some time to work through this and we will come back

**JA** | **Jen Abel** | 8/16/2024, 6:30 PM
Just fyi

**JA** | **Jen Abel** | 8/16/2024, 6:30 PM
https://www.tmz.com/2024/08/16/blake-lively-not-addressing-feud/

*Attachment: __Libr_1(45) (193 KB)*

*Attachment: __Libr_1(46) (3 KB)*

**#** | **Justin Baldoni** | 8/16/2024, 6:32 PM
Is this true? What a random article

**#** | **Justin Baldoni** | 8/16/2024, 6:32 PM
She just wanted the internet to cancel me instead

**#** | **Justin Baldoni** | 8/16/2024, 6:33 PM

CONFIDENTIAL
KCASE-000001205

Updated headline
Blake has no plans to publicly address the feud she hoped fans would address for her

**MM** **Matthew Mitchell**                          8/16/2024, 6:33 PM
Laughed at "Updated headline
Blake has no plans to publicly a…"

**KC** **Katie Case**                          8/16/2024, 6:34 PM
https://ew.com/blake-lively-hair-care-launch-not-meant-to-coincide-with-it-ends-with-us-8696767

*Attachment: __Libr_1(47) (2 KB)*

*Attachment: __Libr_1(48) (217 KB)*

**KC** **Katie Case**                          8/16/2024, 6:34 PM
Another interesting one

**#** **Justin Baldoni**                          8/16/2024, 6:36 PM
Full damage control

**#** **Justin Baldoni**                          8/16/2024, 6:38 PM
I wonder if another source can say that the reason we have an August release was because she refused to promote the movie and insisted on infringing on the directors editorial rights

**BB** **Breanna Butler**                          8/16/2024, 6:45 PM
This looks crazy. Everyone is saying she needs to just stop. All of these stories and backtracking

**KC** **Katie Case**                          8/16/2024, 6:45 PM
Emphasized "This looks crazy. Everyone is saying she needs to …"

**MM** **Matthew Mitchell**                          8/16/2024, 6:45 PM
What's that Michelle? Or right, they go low, WE GO HIGH!!!!
Good energies and positivity will set us free. Your faith and profound belief have helped you rise above the chatter and we have to keep you there.

**BB** **Breanna Butler**                          8/16/2024, 6:45 PM
I don't understand if they're forcing Leslie's hand or if Leslie actually thinks there's any strategy to this…I feel it's the first

**KC** **Katie Case**                          8/16/2024, 6:45 PM
Emphasized "What's that Michelle? Or right, they go low, WE G…"

**KC** **Katie Case**                          8/16/2024, 6:45 PM
Emphasized "I don't understand if they're forcing Leslie's han…"

**JA** **Jen Abel**                          8/16/2024, 6:57 PM
Updated suggested script. We just spoke to jamey and he has a few thoughts on a potential reposition. We will standby as you guys workshop further. In the meantime, I encourage everyone to read that tmz article, it's very strategic in our opinion the quotes about the entire cast standing by her to create further divide.

For the video, it was also a little too slow. I think you can still be thoughtful but mindful of the pacing to ensure people listen to the whole thing and also media when pulling quotes.

Hey, everyone.

I just wanted to make a video. I'm not going to ignore what's happening. It's been a crazy week and a half and im so honored, we all are here at Wayfarer, that this film that we have all poured our lives into is being so well received all over the world.

CONFIDENTIAL                                                                                                         KCASE-000001206

And I just want to say thank you. To everyone who's gone to see this movie, to all people who have gone to see the movie. Thank you. Thank you for showing up.

We would not be here if it weren't for Colleen who trusted us with her story, and for our partners at no more who put so much time into guiding us.  I underestimated how prevalent this issue is, and I especially want to say thank you to all of you who are coming out and sharing your stories.  That is why we made the movie. That's it.

I always said, if there was just one person who saw this film, read this story, and felt brave enough to leave their abusive relationship, it would have been worth it.  And to those who have sent messages, left comments, dms, everything, I can't even begin to tell you how much this has all touched me and our team.  Thank you.


But with that,  I just want to remind everybody that that's what we should be focused on, the bravery, the strength, the education, the resources. That's what this is all about.  The noise is starting to overpower the message and I want to urge all of us to refocus on the issue.  Without the people in this film, the entire cast, the crew, everyone involved, none of this would be possible.  Everyone deserves to be celebrated right now.

That's all I wanted to say.  I hope everyone has a wonderful weekend, go see the film if you haven't already, and remember to lead with kindness.  Thank you again from the bottom of my heart.

CONFIDENTIAL
KCASE-000001207