# Exhibit 243

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 32 | Date Range: 8/9/2024 |

## Outline of Conversations

 • 32 messages on 8/9/2024 • Danny Greenberg • Home

**Messages in chronological order** (times are shown in GMT -07:00)

---

**DG** **Danny Greenberg** — 8/9/2024, 6:55 AM
Try me when up

**H** **Home** — 8/9/2024, 7:23 AM
I'm up xx

**H** **Home** — 8/9/2024, 8:15 AM
Sorry about that craziness. safe flight. will text. xxx

**DG** **Danny Greenberg** — 8/9/2024, 8:16 AM
Loved "Sorry about that craziness. safe flight. will text…"

**DG** **Danny Greenberg** — 8/9/2024, 4:51 PM
Throw some numbers at me momma!

**DG** **Danny Greenberg** — 8/9/2024, 4:51 PM
On the plane sweating the gossip.

**H** **Home** — 8/9/2024, 4:54 PM
Well. So far it's jinda amazing. remember we wanted to beat 17.4m. they are projecting possibly 40m!!!!!!!!

**H** **Home** — 8/9/2024, 4:55 PM
and maybe 42. sat night tells us story.

**DG** **Danny Greenberg** — 8/9/2024, 4:56 PM
Incredible. Congratulations. You worked so hard on this. So very proud of your work. Best of the best! Sony lucky to have you!

**H** **Home** — 8/9/2024, 5:01 PM
Babe we were in this together all the waaaaay. congrats to you. i would have died on vine w/out you!!!

**DG** **Danny Greenberg** — 8/9/2024, 5:03 PM
Well it did start with a general meeting we set for you and Justin. 😊 Nice when that actually becomes something. So happy we pulled this off.

**H** **Home** — 8/9/2024, 5:12 PM
so fucking happy.

**DG** **Danny Greenberg** — 8/9/2024, 5:13 PM
I guess if B and J make no statements it's just noise. And ultimately just dies down. Right?

**H** **Home** — 8/9/2024, 5:14 PM
yup exactly.

**DG** **Danny Greenberg** — 8/9/2024, 5:16 PM
Im a little concerned about Steve S. He was really aggressive when I spoke with him. I've been texting Jamey to make sure he is managed and to make sure he speaks with me before doing anything nuclear.

**H** **Home** — 8/9/2024, 5:19 PM
just because you can do something doesnt mean you should!!

**DG** **Danny Greenberg** — 8/9/2024, 5:20 PM

Well of course.

DG **Danny Greenberg** 8/9/2024, 5:21 PM
Those two will never be fully out of the woods with him. Not the kind of guy you want to feel about you the way he feels about them.

H **Home** 8/9/2024, 5:27 PM
call me when u land

DG **Danny Greenberg** 8/9/2024, 5:48 PM
Ok. 8:30

DG **Danny Greenberg** 8/9/2024, 8:27 PM
Tried u

H **Home** 8/9/2024, 9:27 PM
46m!!!!!!!!

DG **Danny Greenberg** 8/9/2024, 9:29 PM
It's unreal

DG **Danny Greenberg** 8/9/2024, 9:29 PM
I'm pushing for 59

H **Home** 8/9/2024, 9:29 PM
unreal!!!

DG **Danny Greenberg** 8/9/2024, 9:30 PM
50

DG **Danny Greenberg** 8/9/2024, 10:44 PM
Are u a happy happy girl??

DG **Danny Greenberg** 8/9/2024, 10:44 PM
Does tom remember u walking into his office and saying we are making this movie.

H **Home** 8/9/2024, 10:49 PM
I am SO happy.
And. I reminded him on the red carpet Tues night that very fact. I actually said "we wouldn't have this movie w/out me.". Hand to God those words actually came out of my mouth. 😎

DG **Danny Greenberg** 8/9/2024, 10:49 PM
Good for u!

DG **Danny Greenberg** 8/9/2024, 10:49 PM
Love it

H **Home** 8/9/2024, 10:50 PM
Shy I aint.