# Exhibit 245

File produced in native format.
File available on request from the court.

# DOCUMENT PRODUCED NATIVELY

CONFIDENTIAL