# Exhibit 247

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 18 | Date Range: 12/21/2024 |

## Outline of Conversations



**BL-FullMessages-0204807** • 18 messages on 12/21/2024 • Taylor _██████████ • ❤ Roy
Orbison❤ ██████████ • ?B? ██████████

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **BL-FullMessages-0204807**

T    **Taylor _** ▬▬▬▬▬▬                                   ► 12/21/2024, 7:20 PM
You won

T    **Taylor _** ▬▬▬▬▬▬                                   ► 12/21/2024, 7:20 PM
You did it

\#    ❤  **Roy Orbison**❤  ▬▬▬▬▬▬                          ► 12/21/2024, 7:20 PM
It's turning.

T    **Taylor _** ▬▬▬▬▬                                    ► 12/21/2024, 7:20 PM
https://deadline.com/2024/12/justin-baldoni-dropped-wme-blake-lively-sexual-harassment-complaint-
1236240243/Attachment Title: 6550374B-A78E-4755-AD06-776880AA2035.pluginPayloadAttachmentAttachment Title:
2766870F-4269-4FB1-87C5-7ABA520A65A6.pluginPayloadAttachmentAttachment Title: DD9C0A84-1817-4B8B-94CE-
EB25725876EF.pluginPayloadAttachmentAttachment Title: 4AD4624D-430D-4371-9ABB-
8C90D06BB504.pluginPayloadAttachmentAttachment Title: 190A9988-64BC-488B-9AA9-
C82413F939D2.pluginPayloadAttachment

*Attachment: 6550374B-A78E-4755-AD06-776880AA2035.pluginPayloadAttachment (4 KB)*

*Attachment: 2766870F-4269-4FB1-87C5-7ABA520A65A6.pluginPayloadAttachment (194 KB)*

*Attachment: DD9C0A84-1817-4B8B-94CE-EB25725876EF.pluginPayloadAttachment (81 KB)*

*Attachment: 190A9988-64BC-488B-9AA9-C82413F939D2.pluginPayloadAttachment (80 KB)*

T    **Taylor _** ▬▬▬▬▬▬                                   ► 12/21/2024, 7:20 PM
And you fucking helped so many people who won't have to go through this ever again

\#    ❤  **Roy Orbison**❤  ▬▬▬▬▬                           ► 12/21/2024, 7:20 PM
Remember August?

\#    ❤  **Roy Orbison**❤  ▬▬▬▬▬                           ► 12/21/2024, 7:21 PM
Loved "And you fucking helped so many people who won't ha…"

T    **Taylor _** ▬▬▬▬▬▬                                   ► 12/21/2024, 7:21 PM
Never has a cancellation been reversed so fast

T    **Taylor _** ▬▬▬▬▬▬                                   ► 12/21/2024, 7:21 PM
You guys don't understand how rare this is

T    **Taylor _** ▬▬▬▬▬▬                                   ► 12/21/2024, 7:21 PM
To have proof and to take the perfect steps to bring that truth into the light

\#    **?B?** ▬▬▬▬▬                                        ◄ 12/21/2024, 7:22 PM
Ash

\#    **?B?** ▬▬▬▬▬                                        ◄ 12/21/2024, 7:22 PM
Like. My. God.

\#    **?B?** ▬▬▬▬▬                                        ◄ 12/21/2024, 7:22 PM
I love you so much. I would not be ok through any of this if it weren't for you

---

T    **Taylor _** ▆▆▆▆▆▆▆▆▆                                   ▶  12/21/2024, 7:22 PM
     Can you believe she just called

T    **Taylor _** ▆▆▆▆▆▆▆▆▆                                   ▶  12/21/2024, 7:22 PM
     And was like

T    **Taylor _** ▆▆▆▆▆▆▆▆▆                                   ▶  12/21/2024, 7:23 PM
     This pr chick wants to get info to blake

T    **Taylor _** ▆▆▆▆▆▆▆▆▆                                   ▶  12/21/2024, 7:23 PM
     That means the world

#    **?B?** ▆▆▆▆▆▆▆▆▆                                        ◀  12/21/2024, 7:30 PM
     It changed my life

CONFIDENTIAL                                                    BL-000021192