# Exhibit 258

BL-000011258
File too large to upload to docket.
File available on request from the court.