# Exhibit 259

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 135 | Date Range: 12/20/2024 - 12/21/2024 |

**Outline of Conversations**



████████████████████████████ **chatroom** • 135 messages between 12/20/2024 - 12/21/2024 • ███████ • Breanna Butler ███████████████ • Nathan Melissa ███████

BBKOSLOW-000005795

**Messages in chronological order** (times are shown in GMT -05:00)

---

 🍎    ████████████████████████████████████ **chatroom**

NM   **Nathan Melissa** ████████                                          12/20/2024, 8:07 PM
[url:'https://p53-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attachments_75_05_6DDC95A6-BB24-420A-B4D9-AF0CE92C1302_2024-12-20 Cease
and Desist Letter.pdf (290 KB)*

NM   **Nathan Melissa** ████████                                          12/20/2024, 8:08 PM
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attachments_3d_13_DF6DAD69-7EF1-4B5B-A319-AFF856E24FF8_2024-12-20 - RIGHT
TO SUE.pdf (52 KB)*

NM   **Nathan Melissa** ████████                                          12/20/2024, 8:08 PM
[url:'https://p43-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attach_1_fb_11_B34C46_1_Compla_1.pdf (2 MB)*

NM   **Nathan Melissa** ████████                                          12/20/2024, 8:21 PM
[url:'https://p30-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']

*Attachment: __Library_SMS_Attach_1_fe_14_74D57D_1_Compla_1.pdf (2 MB)*

\#   **Breanna Butler**                                                   12/20/2024, 8:22 PM
Just tried you back. I see the part you're talking about

NM   **Nathan Melissa** ████████                                          12/20/2024, 9:13 PM
Exactly

\#   **Breanna Butler**                                                   12/20/2024, 9:21 PM
Are there any next steps here? Are you ok?

NM   **Nathan Melissa** ████████                                          12/20/2024, 9:24 PM
Am ok honestly

NM   **Nathan Melissa** ████████                                          12/20/2024, 9:24 PM
I'm like whatever

NM | **Nathan Melissa** ▮ | 12/20/2024, 9:25 PM
My sister is acting like this is the end of the world and I ruined her whole career and I'm gonna get her the sack

NM | **Nathan Melissa** ▮ | 12/20/2024, 9:25 PM
It's like if you think about it, celebrities suing publicists for doing a good job
This is gonna backfire in her face so hard

NM | **Nathan Melissa** ▮ | 12/20/2024, 9:25 PM
Also the fact Matthew knew

NM | **Nathan Melissa** ▮ | 12/20/2024, 9:26 PM
I'm going to tell them this is honestly the end of everything for him and me.

NM | **Nathan Melissa** ▮ | 12/20/2024, 9:26 PM
He sold me out for 35 k a month

\# | **Breanna Butler** | 12/20/2024, 9:26 PM
You really think he knew the specifics of it?

NM | **Nathan Melissa** ▮ | 12/20/2024, 9:26 PM
Playing back his conversation, absolutely

\# | **Breanna Butler** | 12/20/2024, 10:12 PM
What are they saying on call?

-We have proof that Leslie was pitching this story out
-We have proof of being told to stand down and laughing about how easy this was because the internet was organic

NM | **Nathan Melissa** ▮ | 12/20/2024, 10:13 PM
Just going thru it all

\# | **Breanna Butler** | 12/20/2024, 10:18 PM
It's all emails of requests we got from Jen and Matthew and then we never engaged because we were told not to. So there are all of these incoming requests but nothing sent back to them from us, because we never planted anything

NM | **Nathan Melissa** ▮ | 12/20/2024, 10:21 PM
Can u collate please

\# | **Breanna Butler** | 12/20/2024, 10:22 PM
Yes

\# | **Breanna Butler** | 12/20/2024, 10:31 PM
Can James R at all be able to show how he saw on the US docket that Stephanie Jones was pitching out the story about you

NM | **Nathan Melissa** ▮ | 12/20/2024, 10:31 PM
I'm so tired

NM | **Nathan Melissa** ▮ | 12/20/2024, 10:40 PM
All the fucking points for NYT are about me lol

NM | **Nathan Melissa** ▮ | 12/20/2024, 10:40 PM
Like what the fuck

\# | **Breanna Butler** | 12/20/2024, 10:41 PM
He needs to share all of the shit against Blake and also though like sorry, our focus is us

CONFIDENTIAL

\#     **Breanna Butler**                                      12/20/2024, 10:41 PM

But also, you have those texts with Leslie about setting up reporter calls TOGETHER

\#     **Breanna Butler**                                      12/20/2024, 10:42 PM

Didn't you speak to daily mail together? So we have to show NYT that Leslie was also engaging with press. -idk how to show where she pitched Sara first but we would need that too

NM     **Nathan Melissa**                                     12/20/2024, 10:42 PM

Yes we did

\#     **Breanna Butler**                                      12/20/2024, 10:50 PM

Katie found a bunch of good text messages

NM     **Nathan Melissa**                                     12/20/2024, 10:50 PM

Loved "Katie found a bunch of good text messages "

\#     **Breanna Butler**                                      12/20/2024, 10:50 PM

[url:'https://p61-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p31-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p59-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p31-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p25-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p57-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p59-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p57-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']
[url:'https://p31-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']

CONFIDENTIAL



Image: __Library_SMS_Attachments_10_00_2B593FF6-D5CC-4992-80C7-82F8976F4574_IMG_3699.jpeg (242 KB)



Image: __Library_SMS_Attachments_2b_11_0E5ADFFE-88D6-4CDD-B329-3D29E7D89CBB_IMG_3707.jpeg (283 KB)



Image: __Library_SMS_Attachments_32_02_82770D2B-B2F6-418D-B694-A99C57B70D4A_IMG_3697.jpeg (247 KB)

BBKOSLOW-000005799



Image: __Library_SMS_Attachments_64_04_57BB50CC-E0CB-4B42-8958-6B7B31E4C92A_IMG_3701.jpeg (220 KB)

Image: __Library_SMS_Attachments_79_09_7D457335-6F5A-45E7-9CF5-D52824A33931_IMG_3700.jpeg (297 KB)

Image: __Library_SMS_Attachments_b8_08_0FCF4C68-649B-4CA8-B1F5-175AFC250A8B_IMG_3698.jpeg (235 KB)

BBKOSLOW-000005800



Image: __Library_SMS_Attachments_bd_13_85FD9BD1-9520-4E81-9891-37A3645671DB_IMG_3702.jpeg (214 KB)



Image: __Library_SMS_Attachments_c8_08_BEF1F291-0F64-4F3F-BF43-3980ADDBC36C_IMG_3704.jpeg (230 KB)



Image: __Library_SMS_Attachments_ed_13_D28D56D6-15CE-4EB5-8161-C5F9B140D37D_IMG_3703.jpeg (252 KB)

BBKOSLOW-000005801

\#    **Breanna Butler**                                                    12/20/2024, 10:50 PM

I'm sending a WeTransfer to you of what ive found so far of 1. People reaching gout to us for comment 2. Us going back saying no comment on record, but providing some context off record or background 3. These texts

NM    **Nathan Melissa** ▮▮▮▮▮▮▮▮▮▮                                        12/20/2024, 10:51 PM

Loved "I'm sending a WeTransfer to you of what ive found …"

\#    **Breanna Butler**                                                    12/20/2024, 11:16 PM

[url:'https://p28-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_10_00_35FF1A87-976E-4532-A067-FD75881E6CC4__Leslie Telling Sara_.jpeg (132 KB)

\#    **Breanna Butler**                                                    12/20/2024, 11:17 PM

"We Don't want to go nuclear"[url:'https://p58-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_eb_11_68DF618A-5F5C-4DC7-B64B-6D6A1E6E8581__We don't want to go nuclear_.jpeg (89 KB)

\#    **Breanna Butler**                                                    12/20/2024, 11:17 PM

"Don't want to place stories"[url:'https://p52-content.icloud.com/MY95CB1E27C888B178B344881CD4A686CEFA957EDB42653C804BCB48A71FE8DCA2.21F788C E698EE1A9.C01USN00']

                                                    BBKOSLOW-000005802



*Image: __Library_SMS_Attachments_75_05_E82E96C1-9E49-463A-9C2A-5BFBFB20013A_Don't Want to Place Stories.jpeg (165 KB)*

#    **Breanna Butler**                                                                      12/20/2024, 11:17 PM

Who is speaking with Megan Twohey?

#    **Breanna Butler**                                                                      12/20/2024, 11:22 PM

I just sent the WeTransfer of a bunch of stuff but need to add more to it. But off the top of my head: ⬜1. Factually, there isn't a single headline of a source quote from JB saying anything bad against her⬜2. Leslie texts about speaking with Sara ⬜3. Billionaire family going up against a small, new, female-founded company who was just doing their job ⬜4. Time and time again in texts/emails showed we did not want to engage or respond or go nuclear, etc.

#    **Breanna Butler**                                                                      12/20/2024, 11:24 PM

And can we not leak this to someone else before NYT who will be shit we know either way? And get ahead of this?

NM   **Nathan Melissa** ▮▮▮▮▮▮▮                                                              12/20/2024, 11:25 PM

Exactly on with tmz

#    **Breanna Butler**                                                                      12/20/2024, 11:50 PM

And I can send full text thread as it's time stamped from august. Says Leslie did the first piece [url:'https://p40-content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE698EE1A9.C01USN00']



*Image: __Library_SMS_Attachments_23_03_29D30BAA-0A91-4831-A363-798092DD8A4E_IMG_5641.PNG (832 KB)*

NM  **Nathan Melissa** ▇▇▇▇▇▇▇▇▇▇                                      12/20/2024, 11:52 PM

Am back on with full group again

\#  **Breanna Butler**                                                12/20/2024, 11:53 PM

[url:'https://p72-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']
[url:'https://p52-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']
[url:'https://p30-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']
[url:'https://p68-
content.icloud.com/MY2C558DBD8255F0F4B40746E5592462090FF5A33A7513C1FE4290D775F2E6F54D.21F788CE6
98EE1A9.C01USN00']



*Image: __Library_SMS_Attachments_40_00_F7CF523C-5DDD-409C-98AE-35F3B18D4F21_IMG_5638.PNG (877 KB)*



*Image: __Library_SMS_Attachments_52_02_05617CDE-4B6E-41BB-8576-DAD3CD00E5C7_IMG_5639.PNG (529 KB)*

CONFIDENTIAL



Image: __Library_SMS_Attachments_77_07_6EDAC4AB-0945-4F65-9348-E822F02383F9_IMG_5640.PNG (962 KB)



Image: __Library_SMS_Attachments_bd_13_2ED96892-E3D5-4018-89B2-AA1C7844A511_IMG_5637.PNG (924 KB)

| | | |
|---|---|---|
| # | **Breanna Butler** | 12/20/2024, 11:54 PM |
| | All time stamped about Leslie calling NYP and setting up first story. And I sent on other chain a bunch of us saying there's nothing to do, we didn't place this stuff, we don't want to go nuclear, etc. | |
| NM | **Nathan Melissa** ▮ | 12/21/2024, 12:42 AM |
| | I'm on with his psychic and legal team | |
| # | **Breanna Butler** | 12/21/2024, 7:29 AM |
| | I hope the call was about helping everyone as we need just as much help as him. I don't care about what's being said about him lol | |
| NM | **Nathan Melissa** ▮ | 12/21/2024, 7:55 AM |
| | Just got woken up by ▮ | |
| # | **Breanna Butler** | 12/21/2024, 7:55 AM |
| | I'm ok with Katie can we call you? | |

BBKOSLOW-000005805

| NM | **Nathan Melissa** ████████ | 12/21/2024, 7:55 AM |
| | 4:55 am | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 7:55 AM |
| | No | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 7:55 AM |
| | I just woke up | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 7:55 AM |
| | I'm honestly going to vomit | |

| # | **Breanna Butler** | 12/21/2024, 7:56 AM |
| | TMZ broke | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 7:56 AM |
| | Send | |

| # | **Breanna Butler** | 12/21/2024, 7:56 AM |
| | I'm getting it | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 8:09 AM |
| | I actually feel too sick to go back n forth | |

| # | **Breanna Butler** | 12/21/2024, 8:15 AM |
| | Ok we're here idk what the status is so idk what else to offer. Do you think we ask another PR for help on this for us? | |

| # | **Breanna Butler** | 12/21/2024, 8:16 AM |
| | Just call me and KC when you're to it so we can be across and not in the dark should this continue to be crazy | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 8:19 AM |
| | I feel sick one sec on bathroom | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 8:19 AM |
| | Also… I did some light digging and the NYT covered the over-branding of Blake's businesses in the movie, and the "uncomfortable" historic interviews | |
| | Says James | |

| # | **Breanna Butler** | 12/21/2024, 8:20 AM |
| | Yes everyone was against her | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 8:20 AM |
| | https://www.nytimes.com/2024/08/11/movies/it-ends-with-us-blake-lively-brand.html? | |
| | *Attachment: __Libr_1(71) (203 KB)* | |
| | *Attachment: __Libr_1(72) (4 KB)* | |

| NM | **Nathan Melissa** ████████ | 12/21/2024, 8:20 AM |
| | No I know but I bet they didn't do this " to destroy her" | |

| # | **Breanna Butler** | 12/21/2024, 8:22 AM |
| | I just think we can't let them get away with the actual lies in the complaint | |

BBKOSLOW-000005806

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 8:22 AM
We won't

#   Breanna Butler                                             12/21/2024, 8:22 AM
What is going on with NYT? Are we sending something to them

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 8:22 AM
Bryan is suing them back

#   Breanna Butler                                             12/21/2024, 8:22 AM
Ok good - is Bryan helping us too or just Justin

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 8:22 AM
Us all of us

#   Breanna Butler                                             12/21/2024, 8:22 AM
Ok good

#   Breanna Butler                                             12/21/2024, 8:23 AM
It just eats at me that we legit for the first time ever did NOTHING and we're sued as if we were knocking on doors rallying people against her

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 8:24 AM
I know

#   Breanna Butler                                             12/21/2024, 8:25 AM
Do you need me to send our texts to Bryan or does he have?

#   Breanna Butler                                             12/21/2024, 8:25 AM
Statement is good - love mentioning Stephanie and Leslie by name

#   Breanna Butler                                             12/21/2024, 8:26 AM
The ones I sent directly to you last night in text were strongest.

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 8:54 AM
I feel sick I can't call as I've had such a bad stomach ache last few days and today is the worse

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 8:55 AM
Brian has every single thing that you sent me, but perhaps what you can do is write an email outlining sort of like the timeline of what you think what you know and include Jed as well

#   Breanna Butler                                             12/21/2024, 9:01 AM
Yes like with dates of the texts and emails

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 9:06 AM
Yes please

NM  **Nathan Melissa** ▮▮▮▮▮                                    12/21/2024, 9:06 AM
And can someone at least reply to this Doris woman

#   Breanna Butler                                             12/21/2024, 9:11 AM
Yes but like who is this? Me katie and alyx are working on pulling more stuff and making this timeline for you

#   Breanna Butler                                             12/21/2024, 9:13 AM
I want to make sure we get this stuff for Bryan

CONFIDENTIAL                                        BBKOSLOW-000005807

| # | **Breanna Butler** | 12/21/2024, 9:13 AM |
| --- | --- | --- |
| | NYP just broke | |

| # | **Breanna Butler** | 12/21/2024, 9:14 AM |
| --- | --- | --- |
| | https://nypost.com/2024/12/21/entertainment/blake-lively-sues-it-ends-with-us-co-star-justin-baldoni-for-sexual-harassment-campaign-to-destroy-reputation/?utm_campaign=iphone_nyp&utm_source=message_app | |

*Attachment: __Libr_1(73) (160 KB)*

*Attachment: __Libr_1(74) (2 KB)*

*Attachment: __Libr_1(75) (61 KB)*

*Attachment: __Libr_1(76) (177 KB)*

| # | **Breanna Butler** | 12/21/2024, 9:26 AM |
| --- | --- | --- |
| | We're doing a roundup of breaks to send you. Daily Mail, people - no mention of you or us | |

| # | **Breanna Butler** | 12/21/2024, 9:26 AM |
| --- | --- | --- |
| | And I'm sorry but Jen Abel is a fucking moron. I wiped all my shit from Hs before leaving. How could she be so dumb knowing who she was dealing with? | |

| NM | **Nathan Melissa** ▮▮▮▮▮▮ | 12/21/2024, 9:32 AM |
| --- | --- | --- |
| | She was walked out that's why but yes | |

| # | **Breanna Butler** | 12/21/2024, 9:32 AM |
| --- | --- | --- |
| | Ok with AS/KC/CH sorting through organization of the texts/emails and whatnot. Rylie should be sending the roundup | |

| NM | **Nathan Melissa** ▮▮▮▮▮▮ | 12/21/2024, 9:34 AM |
| --- | --- | --- |
| | Ok thank u | |

| NM | **Nathan Melissa** ▮▮▮▮▮▮ | 12/21/2024, 9:40 AM |
| --- | --- | --- |
| | We should do a round up and send to Bryan quickly just an initial round up | |

| # | **Breanna Butler** | 12/21/2024, 9:40 AM |
| --- | --- | --- |
| | Ok | |

| # | **Breanna Butler** | 12/21/2024, 9:50 AM |
| --- | --- | --- |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

| # | **Breanna Butler** | 12/21/2024, 9:51 AM |
| --- | --- | --- |
| | I just sent statement to Eileen at NYP who reached out to comment | |

| # | **Breanna Butler** | 12/21/2024, 9:59 AM |
| --- | --- | --- |
| | Still no mention of you or TAG in this coverage. We're brining in Michael to help as well | |

| # | **Breanna Butler** | 12/21/2024, 9:59 AM |
| --- | --- | --- |
| | And me/AS/KC/CH started a chat on Signal to be safe | |

| NM | **Nathan Melissa** ▮▮▮▮▮▮ | 12/21/2024, 10:09 AM |
| --- | --- | --- |
| | I just cannot | |

| NM | **Nathan Melissa** ▮▮▮▮▮▮ | 12/21/2024, 10:09 AM |
| --- | --- | --- |

BBKOSLOW-000005808

I'm just waiting for NYT

| | Nathan Melissa ▉▉▉▉ | 12/21/2024, 10:10 AM |

NM · **Nathan Melissa** ▉▉▉▉ · 12/21/2024, 10:10 AM
When it runs all I need is your opinion on us / me
I'm also thinking, maybe because of the delay in the story timewise they might be working on something else like a separate quote from Leslie or something

\# · **Breanna Butler** · 12/21/2024, 10:12 AM
Yes - do you think it's going to run today? And I know I keep harping but can't we show them some of these text messages? It's a story to show that they came out swinging first and then claiming we did all of this

NM · **Nathan Melissa** ▉▉▉▉ · 12/21/2024, 10:24 AM
Nyt up

NM · **Nathan Melissa** ▉▉▉▉ · 12/21/2024, 10:24 AM
My friend says

\# · **Breanna Butler** · 12/21/2024, 10:33 AM
It's not good

\# · **Breanna Butler** · 12/21/2024, 10:34 AM
We need to go really hard

NM · **Nathan Melissa** ▉▉▉▉ · 12/21/2024, 11:03 AM
Dominic is welcome to do a brand-new piece about the only reason why crisis PR is involved is because she was placing stories

And we were  laughing texting because we didn't do anything as it was so organic

\# · **Breanna Butler** · 12/21/2024, 11:04 AM
Exactly I just texted him

\# · **Breanna Butler** · 12/21/2024, 11:07 AM
He goes "there's a lot of stuff in that complaint" so maybe we share with him a little but give rest to someone else

\# · **Breanna Butler** · 12/21/2024, 11:07 AM
I don't think he's going to be so fair based on his response

NM · **Nathan Melissa** ▉▉▉▉ · 12/21/2024, 11:09 AM
▉▉▉▉▉▉▉▉▉▉

NM · **Nathan Melissa** ▉▉▉▉ · 12/21/2024, 11:23 AM

[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p39-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p65-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p41-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788

BBKOSLOW-000005809

CE698EE1A9.C01USN00']
[url:'https://p43-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p67-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p41-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']
[url:'https://p39-
content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788
CE698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_30_00_7933B00B-4E2B-4D28-9C2A-F7CB90DBBE26_Screenshot 2024-12-21 at 08.23.08.jpeg (546 KB)



Image: __Library_SMS_Attachments_32_02_F6324390-6171-4BD9-859E-787DB4FFAD74_Screenshot 2024-12-21 at 08.22.49.jpeg (493 KB)

CONFIDENTIAL

BBKOSLOW-000005810



Image: ___Library_SMS_Attachments_64_04_10B3AC5F-BBC0-4D0E-BC40-67805FD8F125_Screenshot 2024-12-21 at 08.22.57.jpeg (498 KB)



Image: ___Library_SMS_Attachments_64_04_92A57752-452E-4DB6-ABBB-0EE9C72D40A7_Screenshot 2024-12-21 at 08.22.52.jpeg (404 KB)



CONFIDENTIAL

BBKOSLOW-000005811

*Image: __Library_SMS_Attachments_74_04_EC6257DD-B2B2-4DB2-85C1-C7C92ED2B338_Screenshot 2024-12-21 at 08.23.14.jpeg (387 KB)*



*Image: __Library_SMS_Attachments_a4_04_D8C2500C-B85E-4EC8-8FBE-7ACCE6F60E75_Screenshot 2024-12-21 at 08.23.00.jpeg (492 KB)*



*Image: __Library_SMS_Attachments_bb_11_48F85FC4-4450-4440-887C-C5FD8F704B4C_Screenshot 2024-12-21 at 08.22.54.jpeg (475 KB)*

BBKOSLOW-000005812



Image: __Library_SMS_Attachments_cb_11_0A1FC753-E820-466D-BE48-88044E2DDEE2_Screenshot 2024-12-21 at 08.23.02.jpeg (361 KB)



Image: __Library_SMS_Attachments_d1_01_30FE651F-1058-4639-9C01-05F979727B02_Screenshot 2024-12-21 at 08.23.05.jpeg (391 KB)



BBKOSLOW-000005813

*Image: __Library_SMS_Attachments_ee_14_6506B9F6-5591-41FD-81AD-17993CBA4E89_Screenshot 2024-12-21 at 08.23.11.jpeg (476 KB)*

NM    **Nathan Melissa** ▇▇▇▇▇▇▇▇                                    12/21/2024, 11:47 AM

[url:'https://p40-content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788CE698EE1A9.C01USN00']





*Image: __Library_SMS_Attachments_86_06_6B92E3BC-1C6C-4B13-9A83-A151FAA777F7_Screenshot 2024-12-21 at 08.46.59.jpeg (258 KB)*

\#    **Breanna Butler**                                              12/21/2024, 11:48 AM

These are people sitting in a basement

\#    **Breanna Butler**                                              12/21/2024, 11:49 AM

Is there a way to screenshot Leslie's number underneath her name so we can prove that the text between you and Leslie are in fact her?

NM    **Nathan Melissa** ▇▇▇▇▇▇▇▇                                    12/21/2024, 11:51 AM

No that's the way it comes out

\#    **Breanna Butler**                                              12/21/2024, 11:54 AM

No, I mean if you go to her in contacts and click, it should have her name on top and her number below just so they can confirm with their legal team that the text messages are in fact with Leslie Dart

NM    **Nathan Melissa** ▇▇▇▇▇▇▇▇                                    12/21/2024, 11:55 AM

[url:'https://p60-content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788CE698EE1A9.C01USN00']



Image: __Library_SMS_Attachments_21_01_9A39C02C-86F1-49DC-B797-AB570988D832_Leslie Sloane.jpeg (237 KB)

| # | **Breanna Butler** | 12/21/2024, 11:55 AM |
|---|---|---|
| | Perfect thank you | |

| NM | Nathan Melissa ▮▮▮ | 12/21/2024, 11:58 AM |
|---|---|---|
| | TMZ just told me holly Baird is trying to get on Blake livelys crisis team | |

| # | **Breanna Butler** | 12/21/2024, 11:58 AM |
|---|---|---|
| | Jesus Christ | |

| # | **Breanna Butler** | 12/21/2024, 3:22 PM |
|---|---|---|
| | This is Jen's job. We can't be doing free PR for Justin while trying to save our baby company. | |

| NM | Nathan Melissa ▮▮▮ | 12/21/2024, 3:23 PM |
|---|---|---|
| | I know but want to also be smart<br>When he files Back it's going to be huge | |

| NM | Nathan Melissa ▮▮▮ | 12/21/2024, 3:23 PM |
|---|---|---|
| | And will cover us | |

| NM | Nathan Melissa ▮▮▮ | 12/21/2024, 4:54 PM |
|---|---|---|
| | And what the fuck is this now? [url:'https://p68-content.icloud.com/MYCB190D9D3FFAE0A3EDC8AB85E9122D308B475AEA5B431B0F0FADE661AC39ED80.21F788CE698EE1A9.C01USN00'] | |

BBKOSLOW-000005815



*Image: __Library_SMS_Attachments_9a_10_E24F22F2-F26E-419A-844E-157B7573F1B0_Image-1.jpg (149 KB)*

| # | **Breanna Butler** | 12/21/2024, 4:57 PM |
|---|---|---|
| | This is why we fucking need someone!! | |

| # | **Breanna Butler** | 12/21/2024, 4:57 PM |
|---|---|---|
| | This is too big for us | |

| NM | **Nathan Melissa** ▮ | 12/21/2024, 4:58 PM |
|---|---|---|
| | Then have Michael | |

| # | **Breanna Butler** | 12/21/2024, 4:58 PM |
|---|---|---|
| | We have thought of and done everything we can. We're drowning here Melissa | |

| NM | **Nathan Melissa** ▮ | 12/21/2024, 4:58 PM |
|---|---|---|
| | I'm on the phone | |

| NM | **Nathan Melissa** ▮ | 12/21/2024, 4:58 PM |
|---|---|---|
| | Same bre | |

| # | **Breanna Butler** | 12/21/2024, 4:59 PM |
|---|---|---|
| | No I know | |

| # | **Breanna Butler** | 12/21/2024, 4:59 PM |
|---|---|---|
| | But we're trying so hard and this is just all so fucked and we're just trying to find ways to defend ourselves | |

| # | **Breanna Butler** | 12/21/2024, 4:59 PM |
|---|---|---|
| | What else can we do? | |

| # | **Breanna Butler** | 12/21/2024, 4:59 PM |
|---|---|---|
| | Just sit back? | |

| # | **Breanna Butler** | 12/21/2024, 5:00 PM |
|---|---|---|
| | Also there are stories like that all the time calling out people who used to be connected to shady people. That's a gossip story. | |

| # | **Breanna Butler** | 12/21/2024, 5:00 PM |
|---|---|---|
| | Also these are stories like that all the time calling out people who used to be connected to shady people. That's a gossip story. | |

CONFIDENTIAL

CONFIDENTIAL

BBKOSLOW-000005817