# Exhibit 264

BL-000038599
File too large to upload to docket.
File available on request from the court.