# Exhibit 266

BL-000038516
File too large to upload to docket.
File available on request from the court.