# Exhibit 267

BL-000038477
File too large to upload to docket.
File available on request from the court.