# Exhibit 269

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 4/30/2024 |

**Outline of Conversations**



▪ 2 messages on 4/30/2024 ▪ Home <​​​​​​​​> ▪ Josh Greenstein <​​​​​​​​>

**Messages in chronological order** (times are shown in GMT -07:00)

💬 ▮▮▮▮▮▮▮

H  **Home** <▮▮▮▮▮▮▮>                                                                                      4/30/2024, 9:39 AM
Good morning. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and no word from wayfarer yet. should hear shortly.

H  **Home** <▮▮▮▮▮▮▮>                                                                                       4/30/2024, 1:20 PM
Just learned Wayfarer told her reps yes to cutting room extention but asking she sign her deal - which they have been trying to get her to do for over a year. If she signs great. if not no extention.  So yeah.