# Exhibit 273

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4      _____
                                       )
 5      BLAKE LIVELY,                  )
                                       )
 6              Plaintiff,             )
                                       )
 7         vs.                         ) No. 1:24-CV-10049-LJL
                                       ) (Consolidated with
 8      WAYFARER STUDIOS LLC, a        ) 1:25-CV-00449-LJL)
        Delaware Limited Liability    )
 9      Company, JUSTIN BALDONI, an    )
        individual, JAMEY HEATH, an    )
10      individual, STEVE SAROWITZ, an) HIGHLY CONFIDENTIAL -
        individual, IT ENDS WITH US    ) ATTORNEYS' EYES ONLY
11      MOVIE LLC, a California        )
        Limited Liability Company,     )
12      MELISSA NATHAN, an individual,)
        THE AGENCY GROUP PR LLC, a     )
13      Delaware Limited Liability    )
        Company, JENNIFER ABEL, an     )
14      individual, JED WALLACE, an    )
        individual, and STREET         )
15      RELATIONS INC., a California   )
        Corporation,                   )
16                                     )
                Defendants.            )
17      _____)
                                       )
18      (RELATED CONSOLIDATED CASE.)   )
        _____)
19
20           VIDEOTAPED DEPOSITION OF LAURA TEDESCO
21                   Los Angeles, California
22                 Monday, September 29, 2025
23
        Reported by:
24      RENEE A. PACHECO, RPR, CLR
        CSR No. 11564
25      Job No. 7624695                       PAGES 1 - 208


                                                         Page 1
```

| | | |
|---|---|---|
| 1 | through January/February and July/August. | |
| 2 | So just kind of as a starting point, as a | |
| 3 | brand launching, you line up to one of those key | |
| 4 | time frames.  The end of 2023 there was agreement | |
| 5 | between Target and Family Hive that we would launch | 09:14AM |
| 6 | in the July/August time frame to line up to the very | |
| 7 | busy kind of back-to-school moment. | |
| 8 | Q   Is there a specific date that you consider | |
| 9 | the launch date for the brand? | |
| 10 | A   Formal launch date is August 4th. | 09:15AM |
| 11 | Q   2024? | |
| 12 | A   Correct. | |
| 13 | Q   I'm going to show you another document. | |
| 14 | This is actually a portion of the pages from the | |
| 15 | complaint.  I'm not going to mark this as an | 09:15AM |
| 16 | exhibit.  I'm just going use it to kind of refer to. | |
| 17 | Give me a moment to -- let me know when | |
| 18 | you're able to see that. | |
| 19 | A   Yes.  I just opened it. | |
| 20 | Q   Okay.  Now, this is a couple of pages from | 09:16AM |
| 21 | the complaint filed by Ms. Lively.  This is actually | |
| 22 | the Second Amended Complaint.  So this one was filed | |
| 23 | in July of 2025. | |
| 24 | And at the bottom of Page 123, which is the | |
| 25 | first page you see there, there's a Paragraph 342 -- | 09:16AM |

Page 35

```
 1            "Instead, the Baldoni-Wayfarer
 2         Astroturfing Campaign forced each of
 3         Ms. Lively's businesses to go dark
 4         on social media in August."
 5         And we talked about that meant that you         09:37AM
 6   stopped posting on social media; is that right?
 7         MS. CROWLEY:  Objection to form.
 8         MR. BRUNO:  Join.
 9         THE DEPONENT:  We did stop posting on
10   social media in mid-August.                           09:37AM
11   BY MR. KALTGRAD:
12      Q   And mid-August was -- mid-August was just
13   after the launch of the brand itself; is that right?
14      A   Several weeks after, correct.
15      Q   Okay.  So about two weeks after the launch,    09:37AM
16   we're talking; is that about right?
17      A   Correct.
18      Q   Okay.  So in the midst of this very
19   successful launch, as you described it, at Target,
20   Blake Brown made the decision to stop posting         09:38AM
21   content on social media; correct?
22         MS. CROWLEY:  Objection to form.
23         MR. BRUNO:  Join.
24         THE DEPONENT:  We announce the brand on
25   July 31st and had tremendously positive reactions     09:38AM
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES' ONLY

```
 1        Q   Okay.  If you look at Page 38, like I said,
 2   which is - if you look at the bottom right, there's
 3   Bates-stamped documents starting with BL.  So this
 4   one ends at 803.
 5            Do you see that?                              09:54AM
 6        A   Yes.
 7        Q   And there's a signature there for LOL HATA
 8   LLC by Blake Lively as manager.
 9            Do you see that?
10        A   Yes.                                          09:54AM
11        Q   Okay.  And is it your understanding that
12   Blake Lively is the manager of LOL HATA LLC?
13        A   I honestly don't know the ins and outs of
14   LOL HATA and its relationship to Blake.
15        Q   Do you know if she's a member of LOL HATA?    09:55AM
16        A   I don't have that information.
17        Q   Okay.  On Page 41, which is 806, there's a
18   signature for Blake Lively as manager of Family Hive
19   LLC.
20            Do you see that?                              09:55AM
21        A   I do.
22        Q   And is that correct, that Blake Lively is
23   the manager of Family Hive LLC?
24        A   I'm honestly not sure of what the like
25   origin or intention behind that is.  She's obviously   09:55AM
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | e-mail from you to Blake at Blake Brown Beauty. | |
| 2 | That's Blake Lively? | |
| 3 | A   Correct. | |
| 4 | Q   Okay.  And -- (as read): | |
| 5 | "Hi, Blake.  Wanted to share the | 11:47AM |
| 6 | deck I put together for the team to | |
| 7 | orient them on goals for the year | |
| 8 | and what we need to accomplish in | |
| 9 | the year to go." | |
| 10 | Under 'Net Takeaways' it says (as read): | 11:47AM |
| 11 | "375,000 to 400,000 current | |
| 12 | weekly retail sales average.  Note: | |
| 13 | This may come down as we come off | |
| 14 | national endcap." | |
| 15 | What does the "national endcap" refer to? | 11:48AM |
| 16 | A   If you go into Target, there -- at the end | |
| 17 | of the aisle, there's a display space that's called | |
| 18 | an endcap.  And so they have different endcaps they | |
| 19 | feature -- different brands they feature on endcap | |
| 20 | throughout the year. | 11:48AM |
| 21 | Q   And was there a time that Blake Brown | |
| 22 | products were supposed to be on the endcap? | |
| 23 | A   They were on endcap when we launched, | |
| 24 | August 4th through kind of mid-October-ish.  It | |
| 25 | takes -- Target puts a little -- it takes them time | 11:48AM |

Page 137