# Exhibit 274

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
   _____
 3  BLAKE LIVELY,                   )
                                    )
 4         Plaintiff,               )
                                    )
 5      vs.                         ) No. 1:24-CV-10049-LJL
                                    ) (Consolidated with
 6  WAYFARER STUDIOS LLC, a         ) 1:25-cv-00449-LJL)
 7  Delaware Limited Liability      )
    Company, JUSTIN BALDONI, an     )
 8  individual, JAMEY HEATH, an     )
 9  individual, STEVE SAROWITZ, an  )
    individual, IT ENDS WITH US     )
10  MOVIE LLC, a California         )
11  Limited Liability Company,      )
12  MELISSA NATHAN, an individual,  ) HIGHLY CONFIDENTIAL -
    THE AGENCY GROUP PR LLC, a      ) ATTORNEYS' EYES ONLY
13  Delaware Limited Liability      )
    Company, JENNIFER ABEL, an      )
14  individual, JED WALLACE, an     )
    individual, and STREET          )
15  RELATIONS INC., a California    )
16  Corporation,                    )
                                    )
17         Defendants.              )
   _____)
18  (RELATED CONSOLIDATED CASE.)    )
   _____)
19    REMOTE VIDEOTAPED DEPOSITION OF ANDREW T. CHRISOMALIS
20                  New York, New York
21            Wednesday, September 24, 2025
22
23  Reported by:
24  RENEE A. PACHECO, RPR, CLR, CSR No. 11564
25  Job No. 7624620                        PAGES 1 - 236
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    designated as the representative for those topics;
 2    correct?
 3         A    Yes.
 4              MS. FISSELL:  Objection.
 5              MR. BRUNO:  Join.                              09:39AM
 6    BY MR. KALTGRAD:
 7         Q    What is your role with Betty B Holdings?
 8         A    The chairman of the company.
 9         Q    Do you hold any other titles?
10         A    No.                                            09:39AM
11         Q    Are you acting as the CEO as well?
12         A    Effectively, yes, I've assumed those
13    responsibilities?
14         Q    And how long have you been the chairman of
15    the company?                                             09:39AM
16         A    Since inception.
17         Q    And when was that?
18         A    I think it was 2021.
19         Q    And for how long -- when did you assume the
20    role or the responsibilities as CEO?                     09:39AM
21         A    Earlier in 2025.
22         Q    And what were the circumstances of you
23    assuming the responsibilities of CEO?
24         A    The departure of the prior CEO.
25         Q    And who was that?                              09:40AM
```

Page 25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Nishat Gupta.
 2        Q    What was the reason for Mr. 3Gupta's
 3   departure?
 4             MR. BRUNO:  Object to the form.
 5             THE DEPONENT:  What was the reason for his       09:40AM
 6   departure?
 7   BY MR. KALTGRAD:
 8        Q    Yes.
 9        A    Sort of personal, family reasons.
10        Q    Was that an amicable split or --                 09:40AM
11        A    He was amicable, yes.
12        Q    You said you've at some point seen the
13   Complaint in this action.  Were you involved in the
14   preparation of the Complaint in any way?
15        A    No.                                              09:41AM
16        Q    What is the business of Betty B Holdings?
17        A    It's a beverage company.
18        Q    And can you go into a little more detail?
19   What type of beverages are we discussing?  Or what
20   types of beverages does it sell?                           09:41AM
21        A    We sell and market nonalcoholic and
22   low-alcohol beverages.
23        Q    And when did that -- when did the sale of
24   product actually begin?
25        A    2021.                                            09:41AM
```

Page 26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q   And was -- were you selling both alcoholic | |
| 2 | and nonalcoholic products at that point? | |
| 3 | A   No. | |
| 4 | Q   Which one were you selling at this point? | |
| 5 | A   Nonalcohol. | 09:41AM |
| 6 | Q   When did you start selling alcoholic | |
| 7 | products? | |
| 8 | A   I believe it was 2023. | |
| 9 | Q   And I believe you said that your | |
| 10 | understanding is Betty B Holdings was formed in | 09:42AM |
| 11 | 2021; is that right? | |
| 12 | A   Well, the predecessor company was formed in | |
| 13 | 2021. | |
| 14 | Q   And what was the predecessor company? | |
| 15 | A   Betty Buzz, LLC, which is -- well, okay. | 09:42AM |
| 16 | Q   Is that now a subsidiary of Betty B | |
| 17 | Holdings? | |
| 18 | A   Yes. | |
| 19 | Q   When was Betty B Holdings formed? | |
| 20 | A   I believe it was 2023 as well. | 09:42AM |
| 21 | Q   Was there -- what was the reason for | |
| 22 | forming a new entity and making Betty Buzz a | |
| 23 | subsidiary? | |
| 24 | A   The introduction of a new product line. | |
| 25 | Q   And why did that necessitate or drive the | 09:43AM |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | formation of a new company? | |
| 2 |     MR. BRUNO:  Objection; form. | |
| 3 |     MS. FISSELL:  Objection. | |
| 4 | BY MR. KALTGRAD: | |
| 5 |     Q   You can still answer. | 09:43AM |
| 6 |     A   We wanted a separate entity for the alcohol | |
| 7 | versus the nonalcohol. | |
| 8 |     Q   Is there a specific reason you wanted a | |
| 9 | separate entity? | |
| 10 |     A   I think -- I don't recall.  To me, it was | 09:43AM |
| 11 | just product -- you have sort of the clean lines of | |
| 12 | corporate -- you know, corporate reporting. | |
| 13 |     Q   You already talked about Betty Buzz, LLC. | |
| 14 | Does Betty B Holdings have any other subsidiaries? | |
| 15 |     A   It has the alcoholic beverage subsidiary as | 09:44AM |
| 16 | well. | |
| 17 |     Q   And what is that company called? | |
| 18 |     A   I believe it's called Betty B.  I can | |
| 19 | get -- I can get the formal name for it, but I think | |
| 20 | it's called Betty B IP -- BB -- BBZ IP, I believe it | 09:44AM |
| 21 | is. | |
| 22 |     Q   Does BBZ IP Holdings -- | |
| 23 |     A   Yes. | |
| 24 |     Q   That's the correct name? | |
| 25 |     A   Yes. | 09:44AM |

Page 28

```
1    revenue for 2024 was a lot lower than what had been
2    projected; is that right?
3         A   Yes.  I'm sorry, you said it "was a lot
4    lower than had been projected"?
5         Q   Right.                                        11:59AM
6         A   Yeah, we expected to end the year at
7    125,000 cases and we initially projected 200,000
8    cases, correct.
9         Q   On Page 9, first bullet point says (as
10   read):                                                 11:59AM
11               "Despite some green shoots,
12               product market fit is unclear at
13               scale for Buzz."
14               What does that mean exactly?
15        A   I think it means -- honestly, it means what   11:59AM
16   it says, which is -- if you read past that point, it
17   says (as read):
18               "The brand has not sufficiently
19               eroded Fever-Tree and Q's market
20               share, who are the dominant premium        11:59AM
21               mixer brands."
22               Really since inception, we had not gone
23   beyond 10 percent share of the premium mixer space,
24   and so we're sort of making -- we're sort of
25   reducing the expectation on the Buzz segment going     12:00PM
```

Page 121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  As a Premium Mixer."  And it notes (as read):

2         "After three years in the

3     market, we have established

4     ourselves as the No. 3 in the

5     premium mixer market and have not                    12:40PM

6     made sufficient inroads into

7     eroding Fever-Tree and Q share."

8     That relates to the entire three-year

9  period, right, not just the period since

10 August 2024?                                             12:41PM

11       MS. FISSELL:  Objection.

12       MR. BRUNO:  Join.

13 BY MR. KALTGRAD:

14     Q  In other words, you're attributing the

15 failure to erode into Fever-Tree and Q's market          12:41PM

16 share to just the period between August and October,

17 are you?

18     A  No.

19       MR. BRUNO:  Objection to form.

20       THE DEPONENT:  No.                                 12:41PM

21 BY MR. KALTGRAD:

22     Q  (As read):

23         "Q Mixer has spent tens of

24     millions of dollars with no exit in

25     sight."                                              12:41PM

Page 147