# Exhibit 275

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1                 UNITED STATES DISTRICT COURT
2            FOR THE SOUTHERN DISTRICT OF NEW YORK
3                          ---oOo---
4
5    BLAKE LIVELY,
6                   Plaintiff,
7       vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                              25-CV-449 (LJL) (MEMBER CASE)
8
     WAYFARER STUDIOS LLC, ET AL.
9
                    Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17          **CONFIDENTIAL ATTORNEYS' EYES ONLY**
18      VIDEO-RECORDED DEPOSITION OF FAMILY HIVE, LLC
19              BY AND THROUGH LAURA TEDESCO
20              VIA VIDEO CONFERENCING FROM
21                   New York, New York
22               Tuesday, October 21, 2025
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24   Job No. CA7674336
25   Pages 209 - 288
```

Page 209

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1                    granted and services to be performed by
2                    lender and talent under this agreement,
3                    company shall pay lender as follows."
4              Do you see that language?
5         A    I do.
6         Q    And if we look up at the top of the
7    agreement, talent is defined as "Blake Lively."
8              Do you see that?
9         A    Yes.
10        Q    And lender is defined as "LOL HATA."  And
11   that's a member of Family Hive, correct?
12        A    LOL HATA is an LLC owned by Blake.
13        Q    But the LLC is a member of Family Hive.
14   It has membership interest in the company?
15        A    Yes.
16        Q    Okay.  And your understanding is that is
17   owned by Blake Lively?
18        A    Yes.
19             MS. ROESER:  Objection.
20   BY MR. KALTGRAD:
21        Q    And how do you know it's owned by
22   Blake Lively?
23        A    I believe it -- give me one sec.  The
24   first sentence says:
25             (As read):
```

Page 226

```
 1                    "LOL HATA, a Delaware limited liability
 2                    company entirely owned/controlled by
 3                    Blake Lively."
 4           Q    Okay.  So your understanding comes from
 5      this agreement itself, correct?
 6           A    Correct.
 7           Q    Okay.  Now, if you look back at Section
 8      4.1 -- and sorry.  I'm going to be kind of going
 9      back and forth on this document a bit, so...
10                The sentence I just read, the term
11      "services" is a capitalized defined term.  Do you
12      see the word "services" in there?
13           A    In?
14           Q    In Section 4.1, the first sentence.
15           A    Yeah.
16           Q    Okay.  And if we go to page 9, Section 3
17      describes talent services.
18                Do you see that?
19           A    I do see that.
20           Q    And that first sentence:
21                (As read):
22                    "During the services term as defined
23                    below, subject to lender's approval
24                    pursuant to Section 2.4 above, lender
25                    shall cause talent to provide to
```

Page 227

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    you look at Section 4.1.2, that's titled "Additional
 2    Royalties."
 3              Do you see that?
 4         A    I do.
 5         Q    Okay.  Now, those additional royalties
 6    only become a factor after five years after launch;
 7    is that right?
 8         A    That is correct.
 9         Q    Okay.  So would it be correct that LOL
10    HATA has not been paid any additional royalties
11    pursuant to this section since launch?
12         A    That's correct.
13         Q    Does this promotional services license
14    agreement accurately describe LOL HATA's
15    entitlement to royalties from Family Hive?
16         A    Yes.
17              MS. ROESER:  Objection.
18              THE WITNESS:  Yes.
19    BY MR. KALTGRAD:
20         Q    To your understanding, does Blake Lively
21    have any direct entitlement to royalties that
22    doesn't go through LOL HATA?
23         A    Not to my understanding.  My
24    understanding is everything goes through LOL HATA.
25         Q    Have the royalty provisions of this
```

Page 246