# Exhibit 278

651123

| Schedule K-1<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | 2023<br>For calendar year 2023, or tax year<br>beginning 01/26/2023 ending 12/31/2023 | ☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123 |
|---|---|---|
| **Partner's Share of Income, Deductions, Credits, etc.** | See separate instructions. | **Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |

### Part I — Information About the Partnership

A. Partnership's employer identification number: [redacted]

B. Partnership's name, address, city, state, and ZIP code:
BETTY B HOLDINGS LLC
[redacted]

C. IRS center where partnership filed return: E-FILE

D. ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

E. Partner's SSN or TIN: [redacted]

F. Name, address, city, state, and ZIP code for partner entered in E.
LOL HATA LLC
C/O MLM MANAGEMENT PARTNERS, LLC
[redacted]

G. ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

H1. ☒ Domestic partner     ☐ Foreign partner

H2. ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

I1. What type of entity is this partner? PARTNERSHIP

I2. If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J. Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 4.8206490 % | 4.8206490 % |
| Loss | 4.8206490 % | 4.8206490 % |
| Capital | 4.8206490 % | 4.8206490 % |

Check if decrease is due to:
☐ Sale or  ☐ Exchange of partnership interest. See instructions.

K1. Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

K2. ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships
K3. ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

L. **Partner's Capital Account Analysis**

| Beginning capital account | $ |
| Capital contributed during the year | $ 375,000. |
| Current year net income (loss) | $ -438,999. |
| Other increase (decrease) (attach explanation) | $ 708,979. |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ 644,980. |

M. Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

N. Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........ $
Ending ........... $

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -446,980. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | 11,010. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | A  41 |
| 14 | Self-employment earnings (loss) | A  0. |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked | ☒ |
| 17 | Alternative min tax (AMT) items | A  -5,698. |
| 18 | Tax-exempt income and nondeductible expenses | C*  STMT |
| 19 | Distributions | |
| 20 | Other information | A  11,010.<br>N *  764.<br>AG *  252,554.<br>AJ *  STMT<br>ZZ *  STMT |
| 21 | Foreign taxes paid or accrued | |
| 22 | ☐ More than one activity for at-risk purposes* | |
| 23 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   311261 12-09-23   ***.irs.gov/Form1065   Schedule K-1 (Form 1065) 2023

3

ATTORNEYS' EYES ONLY                                                                                                                                                                       BL-000034251