# Exhibit 279

651123

| Schedule K-1 (Form 1065) | 2024 | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2024, or tax year beginning _____ ending _____ | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items | |

**Partner's Share of Income, Deductions, Credits, etc.**   See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
[REDACTED]

**B** Partnership's name, address, city, state, and ZIP code
BETTY B HOLDINGS LLC
[REDACTED]

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[REDACTED]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
LOL HATA LLC
C/O MLM MANAGEMENT PARTNERS, LLC
[REDACTED]

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? PARTNERSHIP
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS % | VARIOUS % |
| Loss | VARIOUS % | VARIOUS % |
| Capital | VARIOUS % | VARIOUS % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 0. | $ 0. |
| Qualified nonrecourse financing | $ 0. | $ 0. |
| Recourse | $ 0. | $ 3,000,000. |

**K2** ☐ Check this box if Item K-1 includes liability amounts from lower-tier partnerships
**K3** ☐ Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 644,979. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -3,486,225. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| **Ending capital account** | $ -2,841,246. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | -3,472,913. | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | 788. | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | A  1,168 | |
| 14 | Self-employment earnings (loss) | A  0. | |
| 15 | Credits | | |
| 16 | Schedule K-3 is attached if checked ☒ | | |
| 17 | Alternative min tax (AMT) items | A  -35,423. | |
| 18 | Tax-exempt income and nondeductible expenses | C*  STMT | |
| 19 | Distributions | | |
| 20 | Other information | A  788.   N*  127,179.   Z*  STMT   AG*  2,389,726.   AJ*  STMT | |
| 21 | Foreign taxes paid or accrued | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

For IRS Use Only

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   411261 12-08-24   ***.irs.gov/Form1065   Schedule K-1 (Form 1065) 2024

3

ATTORNEYS' EYES ONLY                                           BL-000034253