UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BLAKE LIVELY                                          :
                                                      :
                        Plaintiff,                    :
                                                      :
            -v-                                        :    No. 24-cv-10049-LJL
                                                      :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                 :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS                  :
WITH US MOVIE LLC, MELISSA NATHAN,                    :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,               :
JED WALLACE, STREET RELATIONS, INC.                   :
                                                      :
                        Defendants.                   :
-------------------------------------------------------------------x

**DECLARATION OF ALEXANDRA A.E. SHAPIRO
IN FURTHER SUPPORT OF THE WAYFARER PARTIES'
MOTION FOR SUMMARY JUDGMENT**

ALEXANDRA A.E. SHAPIRO declares pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Shapiro Arato Bach LLP, counsel for Defendants

Wayfarer Studios LLC, Justin Baldoni, Jameu Heath, Steve Sarowitz, It Ends With Us Movie

LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.  I respectfully submit this

Declaration in support of the Wayfarer Parties' Motion for Summary Judgment.

2.      The purpose of this declaration is to submit and identify for the Court true and

correct copies of the additional documents referenced in the Wayfarer Parties' Motion for

Summary Judgment.

3.      Exhibit 282 is a true and correct copy of the document produced as

JONESWORKS_00017397, an email from Jennifer Abel dated July 24, 2024.

4.    Exhibit 283 is a true and correct copy of the document produced as AS000215 with one of its attachments AS000244, which are, respectively, an email from Blake Lively dated December 10, 2023, and a draft script that was attached thereto.

5.    Exhibit 284 is a true and correct copy of certain behind-the-scenes footage from the film.  Because of its size and format, this exhibit will be provided directly to the other parties and the Court.

6.    Exhibit 285 is a true and correct copy of an excerpt of the deposition transcript of Michael Robbins, taken on November 24, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  New York, NY
           December 12, 2025

_/s/ Alexandra A.E. Shapiro_
Alexandra A.E. Shapiro