# Exhibit 282

Message

| | |
|---|---|
| From: | Jennifer Abel |
| Sent: | 7/24/2024 12:23:19 PM |
| To: | Jamey Heath                              ; Danny Greenberg |
| CC: | Matthew Mitchell |
| Subject: | Timely//Few things |

Jamey & Danny— appreciate you both keeping us in the loop and updated in real time regarding the potential situation...

Just wanted to send a friendly reminder if you could please share with us the legal letter that was sent by BL and her team—per our conversation, we will go through point by point and draft context surrounding each situation. We can then flag what we are missing that would be helpful to arm us in the case we need to refute any of the claims.

Jamey, understand that you are also compiling info on the various incidents which will be helpful to ensure we are in the know on everything—we will need potential witnesses, locations/context, people who could be in our corner to speak on background to refute any claims, and provide additional color surrounding the atmosphere on set. To reiterate our strategy, we should not be to do anything proactive that could light our own fire unnecessarily—while it isn't ideal to be on the defense, due to the ambiguity & uncertainty of what could potentially be claimed, we will just need to be prescriptive in immediately refuting whatever is made public with facts, third party sourcing on background, and if necessary, a legal response.

Please also keep us posted on where conversations net out with Sony and the premiere—Until then, we are moving forward business as usual. I communicated this previously, but just to arm you further in your conversations, it's an easy thing to orchestrate a staggered arrival to ensure there is no crossing of paths on the carpet, screening, and JB can easily skip the afterparty.

Here for any questions in the meantime and we will standby—

Thank you,

-Jennifer


Jennifer Abel | JONESWORKS
www.jonesworks.com

*JONESWORKS observes 'Summer Fridays' from Memorial Day to Labor Day. While our offices will be closing at 1pm PT/ET, we will still be checking email periodically and are reachable via phone for any timely matters.*