# Exhibit 283


**From:** Blake Lively <[redacted]>
**To:** Todd Black <[redacted]>, Alex Saks <[redacted]>, Andrea Giannetti <[redacted]>, Justin Baldoni <[redacted]>
**Subject:** Are You Happy
**Date:** Sun, 10 Dec 2023 18:06:25 -0500
**Attachments:** Are_You_Happy.pdf; Are_You_Happy.fdx

---

Attached is the Lily and Ryle scene, post Atlas' visit to the flower shop and pre marriage proposal.

Will send more as I go. But I'm pretty crispy right now, so I'm gonna call it a night.

Hopefully the work sent today helps Chris to round out the schedule since these were all of the big scenes. Everything else, I believe, is just modifying within existing scenes.
Other than the scene/shot post telling Ryle she loves him too, which I'll write real quick and send tonight so Chris has.
B

*if after reading the pages you want the full context/breakdown, I wrote it all out below.

The goal of this scene was to see her conflict with the two men. To get her perspective so we can understand her heart, and in that, her choices — this tees up her decisions, not just in the marriage proposal acceptance, but for the rest of the film. From why she didn't go after Atlas and just call it then and there with Ryle. To why she doubles down and marries Ryle. To how and why she doesn't see the abuse. To why she thinks she's become her mother. To why she keeps the baby. To why she ultimately divorces Ryle. To her dynamic with her mother. To how she so easily falls back into love with Atlas at the end. Because it was never about Atlas or Ryle. It was always about life and all its complexities surrounding them and her.

I also wanted this scene to work in service of the proposal. Right now, post Atlas flower shop, we're rooting for Atlas and Lily. We need to draw the audience back into Ryle and Lily in this moment. We need many of them to WANT the proposal in the next scene. To be surprised and excited by it along with Lily.

And one call out for schedule: This scene can take place in Ryle or Lily's apartment. But should be night or dusk as it needs to feel end of day, reflective, after her visit from Atlas.

Blocking should be pretty simple and straightforward. This is a western. A standoff, albeit an intimate one. Them being locked into place adds to the tension. Trapped in truths. Which should make these pages zoom by.

SCRIPT TITLE

Written by

Name of First Writer

Based on, If Any

Address
Phone Number

A62 **INT. RYLE (OR LILY'S) APARTMENT - NIGHT (OR DUSK)** A62

Lily cooks dinner lost in thought.

Ryle comes home unaware, he sweetly loves on her from behind.

LILY
Are you happy?

RYLE
What?

LILY
Are you happy?

RYLE
Are you ok?

LILY
Yeah. I'm just curious.

Still holding her from behind. He chooses to be honest.

RYLE
I wasn't. Not for as long as I can remember. But you make me happy.

She doesn't move. He turns her around to face him.

RYLE (CONT'D)
I mean it. I don't know what I'd do without you. I don't think I'd be alive. I couldn't. Now that I know what it is to have you.
(suddenly concerned by her oddness)
…are you happy?

She too chooses raw honesty.

LILY
Is anyone happy *all* the time?

He steps back a little. Is she breaking up with him?

LILY (CONT'D)
If I'm being honest, I um, I feel a bit of a ticking clock. You know? Which feels unfair ...or unrealistic. I don't think people are ever *sure*, sure of their choices, and I don't want to waste any time, mine or anyone's so...
(MORE)

LILY (CONT'D)
it can put a lot of pressure on everything.

She deftly dances around her conflicts about Atlas, by using their relationship and Ryle's inability to be a "the marrying type" as the trojan horse.

RYLE
This sounds... not good.

LILY
No. No. I'm just telling you my heart. But yes, I do think I'm an innately happy person. Probably just a coping mechanism I learned from my mom.

RYLE
Your mom?

LILY
My dad used to hit her.

She searches Ryle. She's testing him.

Stillness. Neither move.

RYLE
My god. Lily. I'm so sorry. You never told me that.

LILY
Yeah. She and I 've never talked about it either. It's one of those things people don't talk about, right?

Searching him. Unsure if what she's scratching at reveals anything.

RYLE
Did he ever hurt you?

LILY
No. He wouldn't have. He nearly killed Atlas though.

And with that she doesn't just poke the bear. She husk fucks it. He looks at her a beat... is anyone going to say it?

She has to know. She has to.

Right when she may ask, he rushes to her. Enveloping her in warming affection.

RYLE
I'm so sorry. Baby. That makes so much sense now. I'm so sorry. Whoa, I'm so embarrassed I had that mess with him at the restaurant. My god. That must've been ...really upsetting for you.

He takes a beat to put himself in her shoes in a way that is deeply genuine.

LILY
Yeah.

Feeling better to see his self awareness and validation.

RYLE
I'm glad your dad never hurt you. Because if he wasn't already dead. I would've killed him.

LILY
You joking about by dead dad is very attractive.

She means it. Humor is the way to her heart. The darker, the more it lightens her. And he knows it.

RYLE
You know all I want to do with my life is protect you. Even when you get hurt by accident - when you stub your toe - I punish myself. Like it's my fault the wall was there.

She smiles. Feeling increasingly reassured. He looks at her so genuinely she believes him.

RYLE (CONT'D)
I live for you. I would kill someone if they ever laid a finger on you. You know that right? Baby, I would do TERRIBLE things.

She laughs. Reassuring them both. He bathes her in affection. She's falling into trust.

LILY
Stop...

RYLE
I don't know what I'd do without you. You are my whole world.
(MORE)

RYLE (CONT'D)
I am the luckiest goddamn man on the planet. And I could clean up. Trust me.

He's starting to seduce her.

LILY
Ok I'm not trying to hear about that.

Continuing to seduce.

RYLE
I'm a ripped neurosurgeon for chrissake. Have you seen anyone who looks like me who *isn't* on a daytime soap.

LILY
Come to think of it, no.

He keeps seducing.

RYLE
*And* I'm rich.

LILY
You had me at EBITA.

They laugh and fall into their love and rhythm. The train is back on the track...