# Exhibit 284

Produced in Native Form

File available on request from the court.