# Exhibit 285

1          UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF NEW YORK
3                  ---oOo---
4
5   BLAKE LIVELY,
6                  Plaintiff,
7      vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)
                          25-CV-449 (LJL) (MEMBER CASE)
8
    WAYFARER STUDIOS LLC, ET AL.
9
                  Defendants.
10  _____
    JENNIFER ABEL,
11            Third-party Plaintiff,
       vs.
12  JONESWORKS, LLC,
              Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.
14            Consolidated Plaintiffs,
       vs.
15  BLAKE LIVELY, et al.
              Consolidated Defendants.
16  _____
17
18              **CONFIDENTIAL**
19     VIDEO-RECORDED DEPOSITION OF MICHAEL ROBBINS
20              Los Angeles, California
21              Monday, November 24, 2025
22
23
24  Stenographically Reported by:  Ashley Soevyn,
    CALIFORNIA CSR No. 12019
25  Pages 1 - 270

                                        Page 1

1    are part of preventing harassment and not

2    retaliation so much, but harassment.

3          Q    And your third opinion or maybe your

4    second opinion, then, is that entertainment -- the

5    entertainment industry differs from most other

6    industries and businesses with respect to issues

7    concerning retaliation?

8              MS. ROESER:  Objection.

9    BY MS. ZELDIN:

10         Q    Is that correct?

11         A    Yes.  And then I have an opinion about

12   Ms. Fromholz's opinion as well.

13         Q    Okay.  And then so, and finally, you have

14   an opinion about Ms. Fromholz.  We will do that

15   last, okay?

16         A    Whatever order you like.

17         Q    Thank you.  In your report, you mentioned

18   various incidents.  We talked about some of those

19   earlier.  Your report also refers to a fat shaming

20   incident.  Do you recall that?

21             MS. ROESER:  Objection.

22             THE WITNESS:  Is that in the report?

23   BY MS. ZELDIN:

24         Q    I believe you discuss that.

25         A    I don't remember.

Page 156

1          Q    Footnote 34 on page 12?

2          A    Let's see.  Yes.  That, I am not saying

3     anything about the incident other than what people

4     said was complained about or what people were upset

5     about.

6          Q    Is that an -- is that a sexual harassment

7     allegation?

8          A    No.

9               MS. ROESER:  Objection.

10    BY MS. ZELDIN:

11         Q    Is the incident where Jamey Heath showed

12    a video of his wife after the birth of their child,

13    is that an incident of sexual harassment?

14              MS. ROESER:  Objection.  Form and scope,

15    beyond that expert.

16              MS. ZELDIN:  Go ahead.

17              THE WITNESS:  Obviously, I'm not forming

18    opinions about whether something is or isn't

19    harassment.  In part, that would be a legal opinion.

20    But is it an allegation of a potential violation of

21    the company's policy, sure.

22    BY MS. ZELDIN:

23         Q    And it is one that warrants an

24    investigation in your opinion?

25         A    Yes.  Unless there was no dispute about

Page 157