# EXHIBIT 1

```
 1    UNITED STATES DISTRICT COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    - - - - - - - - - - - - - x

 4    BLAKE LIVELY,

 5              Plaintiff,
         v.
 6

 7    WAYFARER STUDIOS LLC, a      Civ. Action No.
      Delaware Limited
 8    Liability Company,           1:24-cv-10049-LJL
      JUSTIN BALDONI, an
 9    individual, JAMEY HEATH,     (Consolidated for
      an individual, STEVE
10    SAROWITZ, an individual,     pretrial purposes with
      IT ENDS WITH US MOVIE
11    LLC, a California            1:25-cv-00449-LJL)
      Limited Liability
12    Company, MELISSA NATHAN,     Rel. 1:25-cv-00779-LJL
      an individual, THE
13    AGENCY GROUP PR LLC, a
      Delaware Limited
14    Liability Company,
      JENNIFER ABEL, an
15    individual, JED WALLACE,
      an individual, and
16    STREET RELATIONS INC., a
      California Corporation
17
                 Defendants.
18    - - - - - - - - - - - - - x
           Videotaped Deposition of BLAKE LIVELY
19
                    New York, New York
20
                 Wednesday, July 30, 2025
21
                        10:15 A.M.
22
         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
23
      Pages: 1 - 294
24    Reported By: Anita M. Trombetta, RMR, CRR,
      California CSR No. 14647
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Transcript of Blake Lively
Conducted on July 31, 2025                                  261

| # | | Time |
|---|---|---|
| 1 | ATTORNEY HUDSON:  Objection. | 19:02:35 |
| 2 | A   No, that's not what I'm saying. | 19:02:36 |
| 3 | Q   Okay.  I didn't think so.  I just wanted | 19:02:37 |
| 4 | to be clear. | 19:02:39 |
| 5 | All right.  I just want to get a timeline | 19:02:40 |
| 6 | of things. | 19:02:48 |
| 7 | The production started in early May of | 19:02:49 |
| 8 | 2023, is that right, of the movie it ends with us? | 19:02:51 |
| 9 | A   The filming itself started, I believe, | 19:02:56 |
| 10 | yeah, in May of 2023. | 19:02:58 |
| 11 | Q   Okay.  And was that in California? | 19:02:59 |
| 12 | A   No, it was in New Jersey. | 19:03:04 |
| 13 | Q   Oh, I thought everything was in | 19:03:09 |
| 14 | California. | 19:03:10 |
| 15 | Okay.  And then there was a writers' | 19:03:11 |
| 16 | strike that stopped it in June of '23 -- 2023, | 19:03:16 |
| 17 | correct? | 19:03:24 |
| 18 | A   Correct. | 19:03:25 |
| 19 | Q   And then production resumed maybe on | 19:03:26 |
| 20 | January 5th of 2024; is that right? | 19:03:33 |
| 21 | A   That sounds correct. | 19:03:35 |
| 22 | Q   Okay.  Was that also in New Jersey or was | 19:03:36 |
| 23 | that in California? | 19:03:38 |
| 24 | A   That was in New Jersey.  We shot a couple | 19:03:39 |
| 25 | days in California at the end. | 19:03:42 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                    294

```
 1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2        I, ANITA M. TROMBETTA, RMR, CRR, and Certified
 3   California Shorthand Reporter, the officer before
 4   whom the foregoing deposition was taken, do hereby
 5   certify that the foregoing transcript is a true
 6   and correct record of the testimony given; that
 7   said testimony was taken by me stenographically
 8   and thereafter reduced to typewriting under my
 9   direction; that reading and signing was requested
10   [or not requested, as appropriate]; and that I am
11   neither counsel for, related to, nor employed by
12   any of the parties to this case and have no
13   interest, financial or otherwise, in its outcome.
14        IN WITNESS WHEREOF, I have hereunto set my
15   hand and affixed my notarial seal this 31st day of
16   July, 2025.
17   My commission expires: 10.07.2025
18
19
20
21   _____
22   Anita M. Trombetta, RMR, CRR
23
24
25
```