# EXHIBIT 5

```
 1     UNITED STATES DISTRICT COURT

 2     SOUTHERN DISTRICT OF NEW YORK

 3     - - - - - - - - - - - - - x

 4     BLAKE LIVELY,

 5                 Plaintiff,
          v.
 6

 7     WAYFARER STUDIOS LLC, a        Civ. Action No.
       Delaware Limited
 8     Liability Company,             1:24-cv-10049-LJL
       JUSTIN BALDONI, an
 9     individual, JAMEY HEATH,       (Consolidated for
       an individual, STEVE
10     SAROWITZ, an individual,       pretrial purposes with
       IT ENDS WITH US MOVIE
11     LLC, a California              1:25-cv-00449-LJL)
       Limited Liability
12     Company, MELISSA NATHAN,       Rel. 1:25-cv-00779-LJL
       an individual, THE
13     AGENCY GROUP PR LLC, a
       Delaware Limited
14     Liability Company,
       JENNIFER ABEL, an
15     individual, JED WALLACE,
       an individual, and
16     STREET RELATIONS INC., a
       California Corporation
17
                 Defendants.
18     - - - - - - - - - - - - - x
             Videotaped Deposition of BLAKE LIVELY
19
                    New York, New York
20
                 Wednesday, July 30, 2025
21
                       10:15 A.M.
22
         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
23
       Pages: 1 - 294
24     Reported By: Anita M. Trombetta, RMR, CRR,
       California CSR No. 14647
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                188

| | | |
|---|---|---|
| 1 | ATTORNEY HUDSON: Just before you go on, | 16:38:44 |
| 2 | are you okay? | 16:38:45 |
| 3 | THE WITNESS: Yeah. | 16:38:46 |
| 4 | ATTORNEY FREEDMAN: Do you want to take a | 16:38:46 |
| 5 | break? | 16:38:47 |
| 6 | THE WITNESS: No, it's fine. Let's go. | 16:38:47 |
| 7 | Q On the June 1st meeting, did you expressly | 16:38:50 |
| 8 | tell Mr. Baldoni and Mr. Heath that there were | 16:38:54 |
| 9 | serious HR problems on the set? | 16:38:58 |
| 10 | A I don't know what words I used because I | 16:39:02 |
| 11 | wasn't planning on addressing the HR issues with | 16:39:05 |
| 12 | them directly in my trailer with Alex Saks in that | 16:39:09 |
| 13 | moment. But I did express real concern for the | 16:39:15 |
| 14 | things that had occurred thus far, including Jamey | 16:39:18 |
| 15 | entering my trailer when I was naked from the | 16:39:22 |
| 16 | waist up. | 16:39:27 |
| 17 | Q So when Jamey showed you the video of the | 16:39:27 |
| 18 | birthing scene, the afterbirthing scene -- are you | 16:39:35 |
| 19 | familiar with that? | 16:39:40 |
| 20 | ATTORNEY HUDSON: Objection. | 16:39:40 |
| 21 | A That's not what I said, no. | 16:39:42 |
| 22 | Q Do you recall Jamey showing you a still | 16:39:43 |
| 23 | image on his iPhone? | 16:39:48 |
| 24 | ATTORNEY HUDSON: Objection. | 16:39:50 |
| 25 | A No, I recall a moving image. | 16:39:51 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                          191

| | | |
|---|---|---|
| 1 | harassment? | 16:42:10 |
| 2 | A   What actions? | 16:42:12 |
| 3 | Q   The actions that you raised at that | 16:42:15 |
| 4 | June 1st meeting. | 16:42:19 |
| 5 | ATTORNEY HUDSON:  Objection. | 16:42:20 |
| 6 | A   I don't believe he would have said to a | 16:42:21 |
| 7 | man, it's not his fault, it's mine, "I thought you | 16:42:29 |
| 8 | wanted to see it," without acknowledgment or | 16:42:34 |
| 9 | apology or reparations or -- no, I do feel that I | 16:42:36 |
| 10 | was treated differently. | 16:42:40 |
| 11 | Q   Yeah, I just want to know what you said at | 16:42:42 |
| 12 | the meeting. | 16:42:44 |
| 13 | So I'm asking you during that June 1st | 16:42:45 |
| 14 | meeting, did you call the actions by Justin | 16:42:47 |
| 15 | Baldoni sexual harassment at that meeting? | 16:42:51 |
| 16 | A   Which actions? | 16:42:54 |
| 17 | Q   Any actions that he had -- that you had | 16:42:55 |
| 18 | raised at that June 1st meeting. | 16:42:58 |
| 19 | ATTORNEY HUDSON:  Objection. | 16:43:00 |
| 20 | A   I remember discussing the video that Jamey | 16:43:03 |
| 21 | showed me.  I remember discussing the -- Jamey | 16:43:13 |
| 22 | entering my trailer.  And I remember -- I don't | 16:43:22 |
| 23 | know if I told him this or if this is another | 16:43:29 |
| 24 | thing that Ange shared, but how bad it felt for | 16:43:33 |
| 25 | him to tell me personally that I felt sex -- that | 16:43:40 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Blake Lively
Conducted on July 31, 2025                                192

|  |  |  |
|---|---|---|
| 1 | I looked sexy and that I looked hot, and that I | 16:43:43 |
| 2 | was also disturbed by the way that I understood | 16:43:49 |
| 3 | Jenny to be feeling and experiences I'd seen with | 16:43:56 |
| 4 | her. | 16:44:00 |
| 5 |     Q   During the June 1st meeting, did you call | 16:44:00 |
| 6 | the actions by Justin sexual harassment?  Did you | 16:44:07 |
| 7 | use that term? | 16:44:11 |
| 8 |     A   I remember using the word "HR claims." | 16:44:12 |
| 9 |     Q   HR what? | 16:44:18 |
| 10 |     A   "Claims." | 16:44:19 |
| 11 |     Q   Claims. | 16:44:20 |
| 12 |     During the meeting on June 1st, did you | 16:44:21 |
| 13 | call the actions by Jamey sexual harassment? | 16:44:24 |
| 14 |     ATTORNEY HUDSON:  Objection. | 16:44:29 |
| 15 |     A   I think the actions that I'm describing | 16:44:30 |
| 16 | are pretty obviously sexual harassment. | 16:44:35 |
| 17 |     Q   I'm asking you whether you actually called | 16:44:41 |
| 18 | them that at the meeting that was attended by | 16:44:43 |
| 19 | these people. | 16:44:46 |
| 20 |     A   Like I said, I don't -- -- | 16:44:47 |
| 21 |     ATTORNEY HUDSON:  Objection. | 16:44:49 |
| 22 |     A   -- remember what words were used because I | 16:44:49 |
| 23 | never intended to talk to them about it -- | 16:44:54 |
| 24 |     Q   All right. | 16:44:57 |
| 25 |     A   -- themselves.  I intended to formally | 16:44:59 |

```
 1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2         I, ANITA M. TROMBETTA, RMR, CRR, and Certified
 3    California Shorthand Reporter, the officer before
 4    whom the foregoing deposition was taken, do hereby
 5    certify that the foregoing transcript is a true
 6    and correct record of the testimony given; that
 7    said testimony was taken by me stenographically
 8    and thereafter reduced to typewriting under my
 9    direction; that reading and signing was requested
10    [or not requested, as appropriate]; and that I am
11    neither counsel for, related to, nor employed by
12    any of the parties to this case and have no
13    interest, financial or otherwise, in its outcome.
14         IN WITNESS WHEREOF, I have hereunto set my
15    hand and affixed my notarial seal this 31st day of
16    July, 2025.
17    My commission expires: 10.07.2025
18
19
20
21    _____
22    Anita M. Trombetta, RMR, CRR
23
24
25
```