# EXHIBIT 7

Message

**From:** Marshall, Michael [REDACTED]
**Sent:** 11/10/2023 11:56:03 PM
**To:** Davis, Andy [REDACTED]
**CC:** Panitch, Sanford [REDACTED]; Giannetti, Andrea [REDACTED]
**Subject:** FW: Lively - It Ends With Us - CONFIDENTIAL
**Attachments:** Lively_It Ends With Us_ Ltr Nov 9 23.DOCX

Fyi. Attached letter from Blake L's team sent to Wayfarer yesterday re conditions she'd like satisfied before she returns to set. And below, my thoughts sent to Jamey about their response.

Ange has more background/insight if you want.

mm

---

**From:** Marshall, Michael [REDACTED]
**Date:** Friday, November 10, 2023 at 10:28 AM
**To:** 'Jamey Heath' [REDACTED]
**Cc:** Giannetti, Andrea [REDACTED]
**Subject:** FW: Lively - It Ends With Us - CONFIDENTIAL

Hey Jamey –

Took a look at this following our conversation. No change in my mind from what we discussed last evening –
• items 1 through 10, 15, and 17 are basically just "yes, of course." Interestingly, I'm surprised that you all don't already have a negotiated nudity rider in place given the subject matter and content in the book – or am I mis-interpreting her comment?

• items 11-13 I'd want to hear more about what is underlying and what she's hoping to accomplish, respectfully of course, in the hope that some combination of the studio representative and the "empowerment" of Alex presumably (whatever that means – again, hoped for clarification), might mitigate the need to engage an additional A level producer.

• item 14 is another question mark since it sounds like she approved the engaged stunt double.

• and for item 16, I guess I'm confused about this one as well and why the engagement of day players has found its way on this list – perhaps some of the upcoming sensitive scenes involve day players/extras and this is an attempt to manage the perception of their "professionalism?" Anyway, again, another clarification point.

Further, as discussed, overall the tone of the response has to be part denying the underlying insinuations/allegations, but doing so in a way that doesn't inflame or escalate further since most of what's on the list Wayfarer is acknowledging/addressing. And of course, any unease on her part is of paramount concern to the production and you all are committed to working with her to ensure that she's comfortable with the plan and execution of the next few weeks in order to complete photography.

Rightj?

I'm going to send a copy to folks internally, and ask that our production attorney offer any assistance to Imene and Joseph with respect to the drafting, etc. that they may feel they need.

Best,

Mm

---

**From:** Jamey Heath [REDACTED]
**Date:** Thursday, November 9, 2023 at 6:10 PM
**To:** Marshall, Michael [REDACTED]
**Subject:** Fwd: Lively - It Ends With Us - CONFIDENTIAL

Hi Michael,

Please review and get back to me at your earliest convenience!
Jamey




**Jamey Heath**
President
Wayfarer Studios
[REDACTED]

Begin forwarded message:

**From:** Imene Meziane [REDACTED]
**Date:** November 9, 2023 at 5:28:44 PM EST
**To:** Jamey Heath [REDACTED]
**Cc:** Joseph Lanius [REDACTED]
**Subject: Fwd: Lively - It Ends With Us - CONFIDENTIAL**

Hi Jamey,

Please review urgently and let's discuss.

Imene

---------- Forwarded message ---------
From: **Lindsey Strasberg** <[REDACTED]>

Date: Thu, Nov 9, 2023 at 2:14 PM
Subject: Lively - It Ends With Us - CONFIDENTIAL
To: Imene Meziane [REDACTED], Joseph Lanius [REDACTED]
Cc: David Weber [REDACTED]

Dear Imene and Joseph,

With the tentative resolution of the SAG-AFTRA strike, we are writing to address how to handle a return to the set of "It Ends With Us" (the "Film"). It is no surprise to the Film's producers that the experience of shooting the Film has been deeply concerning on many levels. The complaints of our client and others have been repeatedly conveyed and well-documented throughout pre-production and photography.

While we reserve all legal rights, at this stage our client is willing to forego a more formal HR process in favor of everyone returning to work and finishing the Film as long as the set is safe moving forward. In order for our client to feel safe returning to the production, we are attaching a list of protections that will need to be guaranteed and observed by the Film's producers. If the production is unwilling to accept or uphold these protections, our client is prepared to pursue her full legal rights and remedies.

This letter is not intended to constitute a full statement of all facts and circumstances relating to this matter. It is not intended to be, nor should it be construed as, a waiver, release or relinquishment of any of our client's rights or remedies, legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Lindsey

LINDSEY STRASBERG, ESQ. | **Sloane, Offer, Weber and Dern, LLP**



Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at [REDACTED] or by telephone at [REDACTED], and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.