# EXHIBIT 9

CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT
2            FOR THE SOUTHERN DISTRICT OF NEW YORK
3                        ---oOo---
4
5    BLAKE LIVELY,
6                    Plaintiff,
7        vs.         CASE NO. 24-CV-10049-LJL  (LEAD CASE)
                              25-CV-449 (LJL)  (MEMBER CASE)
8
     WAYFARER STUDIOS LLC, ET AL.
9
                    Defendants.
10   _____
     JENNIFER ABEL,
11               Third-party Plaintiff,
       vs.
12   JONESWORKS, LLC,
                 Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14               Consolidated Plaintiffs,
       vs.
15   BLAKE LIVELY, et al.
                 Consolidated Defendants.
16   _____
17                   **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF ANDREA GIANNETTI
20                Culver City, California
21             Tuesday, September 23, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25

CONFIDENTIAL

Page 173

1            MR. FREEDMAN:  Objection.

2            THE WITNESS:  Yeah, I mean -- yeah, it

3    says here there will be one, but I did not -- I

4    didn't remember that we had to have it, and I didn't

5    know that it was scheduled at the end --

6    BY MS. HUDSON:

7        Q    When did production start?

8        A    January 5th.

9        Q    Okay.  And when was the meeting?

10       A    January 4th.

11       Q    Okay.  And at the January 4th

12   meeting...

13           MS. HUDSON:  I'm going to hand you

14   another document.

15           THE WITNESS:  Okay.

16           THE STENOGRAPHIC REPORTER:  Exhibit 20

17   for the record.

18       (Exhibit 20 marked for identification.)

19           MS. HUDSON:  Okay.

20           MR. FREEDMAN:  Time check?

21           THE VIDEOGRAPHER:  Three hours, thirteen

22   minutes.

23           THE WITNESS:  Thank you.

24   BY MS. HUDSON:

25       Q    Ms. Giannetti, this is Ms. Lively's

CONFIDENTIAL

Page 304

1            MS. HUDSON:  Objection.

2            THE WITNESS:  I don't know.

3    BY MR. FREEDMAN:

4        Q    Do you know who David Weber is?

5        A    Yes.

6        Q    Did anyone at Sony discuss this document

7    with anyone at Wayfarer?

8            MS. HUDSON:  Objection.

9            THE WITNESS:  I believe Michael Marshall

10   discussed it with Wayfarer.

11           MR. FREEDMAN:  Okay.  Take a short break.

12           THE WITNESS:  Yeah.

13           THE VIDEOGRAPHER:  The time is 6:48 p.m.

14   Off record.

15                    (Recess.)

16           THE VIDEOGRAPHER:  The time is 7:08 p.m.

17   We're back on record.

18   BY MR. FREEDMAN:

19       Q    Good evening now.

20       A    Good evening.

21       Q    Were you invited to attend a meeting on

22   January 4, 2024 at Blake's apartment?

23       A    I believe I asked for that meeting.

24       Q    You asked for that meeting?

25            Was that supposed to be the

CONFIDENTIAL

Page 305

1    return-to-work production meeting?

2         A    I thought it was a script meeting.

3         Q    Did anyone tell you before what you were

4    walking into?

5              MS. HUDSON:   Objection.

6              THE WITNESS:   No.   But Blake did say,

7    when we confirmed time and the place, that she --

8    you know, she wanted to do a clearing of the air at

9    the beginning.   And I was like, great.

10   BY MR. FREEDMAN:

11        Q    Were you surprised by what you heard at

12   the meeting?

13        A    Very.

14        Q    What surprised you about it?

15        A    Many things surprised me.   I was

16   surprised at the beginning that Ryan was joining the

17   meeting because I thought we were going to be

18   talking about the script and the schedule.

19             And then they asked for the line producer

20   to leave because we had had the -- was it the line

21   producer or the -- I don't know.   We had someone

22   technical from the set to leave.   Which was fine.

23             And then -- and then she proceeded to

24   read a list of things.   It -- it was a pretty

25   shocking list.

CONFIDENTIAL

Page 306

1        Q    Why was it shocking?

2        A    I had not heard the majority of the

3    things on the list.  And I -- I didn't know that --

4    I just -- I wasn't prepared for that was the kind of

5    meeting we were having.

6        Q    And isn't it true that you heard things

7    that were prefaced with "no more this" or "no more

8    that"?

9        A    I think so.  Yes.

10       Q    And did that surprise you also?

11            MS. HUDSON:  Objection.

12            THE WITNESS:  That specifically, I don't

13   remember focusing on.  The -- the content, to me,

14   was more surprising.

15   BY MR. FREEDMAN:

16       Q    And was anybody addressing Justin

17   directly?

18       A    Yeah.  I mean, it was to the room, but

19   yeah, I think it was mostly to Justin.

20       Q    Was Ryan Reynolds yelling at Justin?

21       A    It was a very long meeting.  And there

22   were times, yes, his voice was raised.

23       Q    Did you feel bad for Justin?

24            MS. HUDSON:  Objection.

25            THE WITNESS:  Yes.

CONFIDENTIAL

Page 307

```
1   BY MR. FREEDMAN:

2        Q    Why?

3        A    I -- I think it went over five hours.

4   And he -- he was visibly frozen.

5        Q    Who was invited to the meeting?

6        A    Myself, Justin, Jamey, Alex Saks,

7   Todd Black, and I think it was the first AD or the

8   line -- I can't -- I can't remember.

9        Q    Did Todd Black talk to you about his

10  reaction to the meeting?

11       A    At length.

12       Q    Did he tell you it was the -- one of the

13  harshest meetings he had ever been to in his entire

14  career?

15       A    He did.

16       Q    What did he say about that?

17       A    It was -- it was the fact that we were

18  not prepared for such that -- that we thought

19  something else was going to occur and the length of

20  the meeting.  And that there -- there was -- I -- I

21  don't even think there was a break.  It just -- we

22  never experienced -- just never experienced that.

23       Q    Had you ever experienced that in your

24  illustrious career?

25            MS. HUDSON:  Objection.
```

CONFIDENTIAL

Page 353

1                    REPORTER'S CERTIFICATE

2              I, ASHLEY SOEVYN, a Certified Shorthand

3    Reporter of the State of California, do hereby

4    certify:

5              That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    at which time the witness was put under oath by me;

8              That the testimony of the witness, the

9    questions propounded, and all objections and

10   statements made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13             That a review of the transcript by the

14   deponent was/ was not requested;

15             That the foregoing is a true and correct

16   transcript of my shorthand notes so taken.

17             I further certify that I am not a relative

18   or employee of any attorney of the parties, nor

19   financially interested in the action.

20             I declare under penalty of perjury under

21   the laws of California that the foregoing is true

22   and correct.  Dated this 25th day of September,

23   2025.

24                    ASHLEY SOEVYN

25                    CSR No. 12019