# EXHIBIT 12

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 20 | Date Range: 1/14/2024 |

### Outline of Conversations

 **BL-FullMessages-0462149** • 20 messages on 1/14/2024 • Jenny Slate ▇▇▇▇▇▇▇▇ • ?B?
▇▇▇▇▇▇▇

**Messages in chronological order** (times are shown in GMT -05:00)

💬 BL-FullMessages-0462149

# Redacted - Non-Responsive

| | | | |
|---|---|---|---|
| # | **?B?** Excited to have you back. I think you'll enjoy it this time. And you don't need to hug anyone is the best part | ◀ | 1/14/2024, 11:22 AM |
| JS | **Jenny Slate** How WONDERFUL! | ▶ | 1/14/2024, 11:22 AM |
| # | **?B?** And he won't touch you | ◀ | 1/14/2024, 11:22 AM |
| # | **?B?** Or shouldn't. | ◀ | 1/14/2024, 11:22 AM |
| # | **?B?** I don't think he or Jamey will | ◀ | 1/14/2024, 11:22 AM |
| JS | **Jenny Slate** did more discussion happen in these months off? | ▶ | 1/14/2024, 11:22 AM |
| # | **?B?** My god. | ◀ | 1/14/2024, 11:22 AM |
| JS | **Jenny Slate** And how have YOU felt? | ▶ | 1/14/2024, 11:22 AM |
| # | **?B?** So much to fill you in on | ◀ | 1/14/2024, 11:22 AM |
| # | **?B?** Solid. It's a professional set and we're getting good work | ◀ | 1/14/2024, 11:23 AM |
| JS | **Jenny Slate** I'm so so glad!!!!!! | ▶ | 1/14/2024, 11:23 AM |
| JS | **Jenny Slate** I am so curious to hear anything you've got to share | ▶ | 1/14/2024, 11:24 AM |
| JS | **Jenny Slate** | ▶ | 1/14/2024, 11:26 AM |

CONFIDENTIAL
BL-000020900

Attached URL: https://p25-content.icloud.com/M92DB1BFB07ACEF08C150E0CCE974F9696A86BFC54C8F69E7B859B4491D175F34.C01USN00
Attachment Title: 72694238502__695AC9AF-A5B7-4219-B9C8-42A8F1473477.heic

# Redacted - Non-Responsive

CONFIDENTIAL

BL-000020901