# EXHIBIT 14

## Short Message Report

| Conversations: 1 | Participants: 2 |
| Total Messages: 39 | Date Range: 5/30/2024 - 5/31/2024 |

### Outline of Conversations



**BL-FullMessages-0834246** • 39 messages between 5/30/2024 - 5/31/2024 • Josh Greenstein • ▇▇▇▇▇▇▇ • ?B? • ▇▇▇▇▇▇▇

ATTORNEYS' EYES ONLY

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0834246**

**JG** — **Josh Greenstein** ▶ 5/30/2024, 8:52 PM
he's coming now but I'm here and all good.
Good news - looked at contract - your cut needs to test within 7 points of his
For Sony and wayfair to have mutual approval. Means his did 67
We just need to do 61 or above 😳

**#** — **?B?** ◀ 5/30/2024, 8:57 PM
Only in definite recommend? Top 2 boxes irrelevant?

**JG** — **Josh Greenstein** ▶ 5/30/2024, 9:43 PM
Yep

**#** — **?B?** ◀ 5/30/2024, 9:44 PM
I beat him in the f&f by 3 points in definite recommend already

**#** — **?B?** ◀ 5/30/2024, 9:44 PM
And this cut is plussed. Bc I had more time.

**#** — **?B?** ◀ 5/30/2024, 9:44 PM
Do they find out tonight? How does that work?

**JG** — **Josh Greenstein** ▶ 5/30/2024, 9:45 PM
I'll find out first and text u

**JG** — **Josh Greenstein** ▶ 5/30/2024, 9:45 PM
They will find out when they get home tonight we are emailing everyone

**#** — **?B?** ◀ 5/30/2024, 9:46 PM
And then they just know what that means. v

**JG** — **Josh Greenstein** ▶ 5/30/2024, 9:46 PM
Yes gonna be clear

**#** — **?B?** ◀ 5/30/2024, 9:46 PM
Loved "Yes gonna be clear"

**#** — **?B?** ◀ 5/30/2024, 9:47 PM
Amazing. Cant wait to wake up w this behind us. We have very exciting work to do. That will pay off.

**#** — **?B?** ◀ 5/30/2024, 9:47 PM
Xx

**#** — **?B?** ◀ 5/30/2024, 9:47 PM
Someone's gotta babysit their whole crew from grabbing a tablet and voting

**#** — **?B? <+ >** ◀ 5/30/2024, 9:48 PM
Going to sleep. Will check my phone. Text me please. Xx b

**JG** — **Josh Greenstein <    >** ▶ 5/30/2024, 9:51 PM
I'm on patrol

**JG** — **Josh Greenstein** ▶ 5/31/2024, 12:18 AM

ATTORNEYS' EYES ONLY                                                BL-000019327

Just finished played well

**JG** **Josh Greenstein** ▶ 5/31/2024, 12:30 AM
Waiting for scores

**#** **?B?** ◀ 5/31/2024, 2:14 AM
Questioned "Waiting for scores "

**#** **?B?** ◀ 5/31/2024, 2:16 AM
Any update?

**JG** **Josh Greenstein** ▶ 5/31/2024, 2:30 AM
Tonight's topline scores:

48% Excellent
83% Top Two
62% Def Rec

Scores for last screening at same location:

56% Excellent
85% Top Two
66% Def Rec

**JG** **Josh Greenstein** ▶ 5/31/2024, 2:55 AM
From my head of research

For F<35, the biggest differences compared to the last screening are:

Relationship between Lily & Ryle is down -6pts to 38%, the lowest rating of all the elements

Relationship between young Lily & young Atlas is down -6pts (there's one less flashback scene now)

The drama is rated -27pts lower. We need to read the cards to see why.

The romance is rated -18pts lower.

The beginning is moving too fast by +5pts

The ending is moving too fast by +7pts

Confusion is up +3pts

We'll have to read the cards to see what these younger females are saying about the beginning and ending, as well as what's confusing.

**#** **?B?** ◀ 5/31/2024, 3:52 AM
Spoke with Colleen. She feels like I do, still full steam ahead w my cut. I asked her to text you as well so you're not taking my word for it.

**#** **?B?** ◀ 5/31/2024, 4:04 AM
Also, I think it's important for them and everyone to know, I'm not going to kill myself any more for this to be in a state of limbo. So this isn't a punt of a decision until the next test with the next round of scores.

Colleen and I are declaring now, this is the cut. We will work to improve this cut, but Colleen said tonight - "I would much rather have your cut exactly as is be released than his cut. Even with the lower numbers. I don't like his cuts."

And you know how I feel about this. I believe this is a far better, more elevated and most evergreen version of the film. And quality to me, always wins.

His movie is very YA. Very lifetime YA. Which is why I'm sure it's resonating with younger people. That makes sense to me. I tried to wash all the sweaty YA off the movie, because, to Colleen's point, this isn't a YA book.

That said, I can and will get our numbers up. I love getting the booklet and the keys to the kingdom as to how to improve. This is an opportunity that Wayfarer never gave me. So I'm happy to be able to be perspective and clear about where to improve.

I I can't wait. I just need an editor. And also to know that it's done.
It's done from my perspective, from Colleen's, and from Taylor's.
And from Sonys?

\# **?B?** ◀ 5/31/2024, 6:29 AM
prescriptive* not perspective

\# **?B?** ◀ 5/31/2024, 8:53 AM
I'm mortified to send you a 5 min voice memo. But I'm about to take off and won't be able to speak for 8 hours or so, so I gave you 8 hours in 5 mins 🙇‍♀️?.

I was so empty when we spoke this morning, and even when I text you, so I wanted to better capture what I was trying to convey.

I land at 4:10pm ET. Maybe we can do a call at 5:30ET? I should be home by then.

Dying to hear the analysis.

Speak soon.
X

JG **Josh Greenstein** ▶ 5/31/2024, 12:57 PM
Yes def 530 est
- sending you cards now

JG **Josh Greenstein** ▶ 5/31/2024, 12:57 PM
Ange Reaching out to your editor ,

JG **Josh Greenstein** ▶ 5/31/2024, 1:04 PM
Sent cards sending analysis now

\# **?B?** ◀ 5/31/2024, 1:12 PM
Liked "Sent cards sending analysis now "

JG **Josh Greenstein** ▶ 5/31/2024, 1:24 PM
Editor: Alan (previous editor) not coming back. He has a wedding he is not missing. John asking our SNL producers if we can borrow Shane their editor for 4 days - deadpool editor who worked with Blake on cut b4. She loved him and he knows movie. That would be the win.

\# **?B?** ◀ 5/31/2024, 2:08 PM
Thank you so much. Bradley has someone he's reached out to as well. She an assistant editor but he said she's great. I followed up with Jack to send the analysis. Dying to read on the plane so I'm all caught up when we speak. I've been going through the cards.

Also, did you get my voice memo earlier? Checking bc it doesn't show on our thread for me.

JG **Josh Greenstein** ▶ 5/31/2024, 2:54 PM
I just saw haven't listened to will do after out with Tom .
Spoke to Colleen and all good

JG **Josh Greenstein** ▶ 5/31/2024, 2:54 PM
Speaking with wayfair today - setting final preview Wednesday .

\# **?B?** ◀ 5/31/2024, 2:55 PM
Liked "I just saw haven't listened to will do after out w…"

\# **?B?** ◀ 5/31/2024, 5:26 PM

ATTORNEYS' EYES ONLY                                                                                                                 BL-000019329

I'll be home in 10 mins. Maybe we can push for 10 so I'm not getting outta the car. So sorry

| | | | |
|---|---|---|---|
| # | **?B?** ▮▮▮ | ◀ | 5/31/2024, 5:26 PM |
| | This will be less chaotic | | |
| JG | **Josh Greenstein** ▮▮▮ | ▶ | 5/31/2024, 5:26 PM |
| | Yes let's say 245 | | |
| # | **?B?** ▮▮▮ | ◀ | 5/31/2024, 5:26 PM |
| | Liked "Yes let's say 245 " | | |

ATTORNEYS' EYES ONLY                                                                                           BL-000019330