# EXHIBIT 16

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 6/19/2024 |

## Outline of Conversations



▢  ▬▬▬▬ • 10 messages on 6/19/2024 • Home <▬▬▬▬> • Sanford Panitch <▬▬▬▬>

Confidential, Attorneys' Eyes Only

**Messages in chronological order** (times are shown in GMT -07:00)

---

💬

**SP** — **Sanford Panitch** <​███​>  —  6/19/2024, 6:25 PM
Is the it ends with us premiere on Tuesday the ninth? Do you know where it will be held?

**SP** — **Sanford Panitch** <​███​>  —  6/19/2024, 6:25 PM
I can't believe they caved on the producer credit for her

**H** — **Home** <​███​>  —  6/19/2024, 6:28 PM
She wants to change credits all the order of prods, her second position moving jamey to 3rd, ep's, cast order single cards, cut film by, move cast crawl before keyes- have been dealing with this since 9am. I

**SP** — **Sanford Panitch** <​███​>  —  6/19/2024, 6:28 PM
Well, I'm thrilled they did

**SP** — **Sanford Panitch** <​███​>  —  6/19/2024, 6:28 PM
Are they saying yes to that too?

**SP** — **Sanford Panitch** <​███​>  —  6/19/2024, 6:28 PM
This is truly insanity

**H** — **Home** <​███​>  —  6/19/2024, 6:28 PM
This all in NYC.

JUNKET
Sunday, 8/4 and Monday, 8/5
Four Seasons Downtown

PREMIERE
Tuesday, 8/6
AMC Lincoln Square TBD
•The pre-reception is now looking like a small afterparty.

**H** — **Home** <​███​>  —  6/19/2024, 9:21 PM
Wayfarer doesn't even know all this.
And we cannot renegotiate cast deals so she can move kids up, no time. Nor movie cast crawl before keys even tho she wants sony to call guilds to get. She can try for pga credit. She expects Sony (aka me) to pursuade Wayfarer to agree to remove "a film by Justin Baldoni" and move her producer credit before theirs. Getting them to approve giving her a producer credit was hurculean. She just turned over her editorial changes to cut after dallas. So going to watch now. report back.

**SP** — **Sanford Panitch** <​███​>  —  6/19/2024, 9:44 PM
I don't want us to ask them do that for her she can ask herself we've bent over backwards enough. This is getting now to the point of absurdity.

**H** — **Home** <​███​>  —  6/19/2024, 9:44 PM
Liked "I don't want us to ask them do that for her she c…"

Confidential, Attorneys' Eyes Only