# EXHIBIT 17

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 6/19/2024 |

**Outline of Conversations**



**Josh Greenstein** <■■■■■■■> **Ange Andrea Giannetti** <■■■■■■■> • 2 messages on 6/19/2024 •
Ange Andrea Giannetti <■■■■> • Josh Greenstein <■■■■■>

**Messages in chronological order** (times are shown in GMT -07:00)

💬 **Josh Greenstein** <​​​​​​​> **Ange Andrea Giannetti** <​​​​​​​>

AG  **Ange Andrea Giannetti** <​​​​​​​>                                                                                                          6/19/2024, 12:07 PM
Hi. Just a heads up re credits and IF Blake calls you. 3 things:

1 she wants Columbia and Wayfarer present credit at end. OK

2. She wants kids credits single cards earlier. We are explaining order of cast on single cards are all contractual. We cannot go back and renegotiate cast deals to change order.

3. She wants card that says "if you or anyone you know is experiencing domestic abuse" card to come sooner. We want placed where we put in A Man Called Otto after mains and cast crawl.

We gave on first one but we gotta hold line on the other 2 for legal and abuse hotline appropriate. We are main on ends (all credits other than logos) after film.

thx

AG  **Ange Andrea Giannetti**                                                                                                                6/19/2024, 10:19 PM
Such a dis.