# EXHIBIT 19

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3

4     BLAKE LIVELY,                    )
                        Plaintiff,     )
5                                      )
                                       )
6        v.                            )
                                       ) CASE NO.
      WAYFARER STUDIOS LLC, a          ) 1:24-CV-10049-LJL
7     Delaware Limited Liability       )
      Company, JUSTIN BALDONI, an      )
8     individual, JAMEY HEATH, an      )
      individual, STEVE SAROWITZ, an   )
9     individual, IT ENDS WITH US      )
      MOVIE LLC, a California          )
10    Limited Liability Company,       )
      MELISSA NATHAN, an individual,   )
11    THE AGENCY GROUP PR LLC, a       )
      Delaware Limited Liability       )
12    Company, JENNIFER ABEL, an       )
      individual, JED WALLACE, an      )
13    individual, and STREET           )
      RELATIONS INC., a California     )
14    Corporation,                     )
                                       )
15                      Defendants.    )
      _____)
16

          CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
17

18              VIDEOTAPED DEPOSITION OF

19                  DANNY GREENBERG

20            FRIDAY, SEPTEMBER 19, 2025

21              LOS ANGELES, CALIFORNIA

22

23    PAGES 1 - 318

24    REPORTED BY MARK SCHWEITZER

25    CSR #10514, RPR, CRR

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    138

| | | |
|---|---|---|
| 1 | (Exhibit 13 for identification.) | 01:46:09 |
| 2 | Q.    BY MS. GAROFALO:  Exhibit 13 is another | 01:46:09 |
| 3 | chat, this time with Mr. Heath.  It is dated | 01:46:12 |
| 4 | Wednesday, July 3rd, 2024.  And Mr. Baldoni is | 01:46:16 |
| 5 | included.  And in the first chat, he says, "Please | 01:46:27 |
| 6 | tell Josh that I'm willing to waive my, quote, A Film | 01:46:29 |
| 7 | By credit, close quote.  I want peace and for this to | 01:46:34 |
| 8 | end." | 01:46:39 |
| 9 | Did you have any understanding of what | 01:46:40 |
| 10 | Mr. Baldoni was saying in Exhibit 13? | 01:46:42 |
| 11 | A.    Yes. | 01:46:45 |
| 12 | Q.    What was he saying, to your understanding? | 01:46:46 |
| 13 | A.    Jamey reached out to me to let me know that | 01:46:50 |
| 14 | Blake made a request that Justin take off his "Film | 01:46:54 |
| 15 | By" credit and -- which opened up another | 01:46:57 |
| 16 | conversation that we had to have strategically.  And | 01:47:02 |
| 17 | ultimately, Justin made the decision to waive his | 01:47:05 |
| 18 | "Film By" credit for her. | 01:47:09 |
| 19 | Q.    Was Ms. Lively, at this point in time, | 01:47:12 |
| 20 | still threatening not to participate in publicity | 01:47:14 |
| 21 | this time if Mr. Baldoni didn't agree to waive his | 01:47:21 |
| 22 | "Film By" credit? | 01:47:24 |
| 23 | MS. LEADER:  Object to the form -- | 01:47:26 |
| 24 | MS. GOVERNSKI:  Objection.  Form. | 01:47:28 |
| 25 | THE WITNESS:  I'm not aware of that. | 01:47:29 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
Transcript of Danny Greenberg
Conducted on September 19, 2025                    317

```
 1    STATE OF CALIFORNIA      )
                               )
 2    COUNTY OF LOS ANGELES    )

 3

 4        I, Mark Schweitzer, Certified

 5    Shorthand Reporter No. 10514, do hereby

 6    Certify:

 7        That prior to being examined, the witness

 8    named in the foregoing deposition was by me duly

 9    sworn to testify the truth, the whole truth, and

10    nothing but the truth;

11        That said deposition was taken down by me

12    in shorthand and thereafter reduced to print by

13    means of computer-aided transcription; and the same

14    is a true, correct, and complete transcript of said

15    proceedings.

16        I further certify that I am not interested in

17    the outcome of the action.

18        Witness my hand this 22nd day of September,

19    2025.

20

21    _____
      MARK SCHWEITZER, CSR #10514, RPR, CRR
22    Certified Shorthand Reporter
      In and for the State of California
23

24

25
```