# EXHIBIT 21

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 18 | Date Range: 3/11/2024 |

## Outline of Conversations



▪ 18 messages on 3/11/2024 • Home <​​​​​​> • Sanford Panitch <​​​​​​>

Confidential, Attorneys' Eyes Only                                                                                                                                                            SPE_WF0000415

**Messages in chronological order** (times are shown in GMT -07:00)

| | | |
|---|---|---|
| SP | **Sanford Panitch** <████████> <br> You know blake said no way on the date?! | 3/11/2024, 2:01 PM |
| SP | **Sanford Panitch** <████████> <br> Huh? | 3/11/2024, 2:02 PM |
| H | **Home** <████████> <br> To who????? | 3/11/2024, 2:02 PM |
| SP | **Sanford Panitch** <████████> <br> So now there is two cuts?She texted Josh | 3/11/2024, 2:02 PM |
| SP | **Sanford Panitch** <████████> <br> How so we control her creative control? | 3/11/2024, 2:03 PM |
| H | **Home** <████████> <br> There is only one cut. The one he previewed Friday night. She saw this morning. Has not responded to Justin yet. | 3/11/2024, 2:03 PM |
| H | **Home** <████████> <br> Jake mentioned nothing to me. | 3/11/2024, 2:03 PM |
| SP | **Sanford Panitch** <████████> <br> And accused josh of setting up fake screening <br> She said they hired screen engine witnout consulting her <br> She is going to demand her own cut <br> She sajd no way on Jumw | 3/11/2024, 2:04 PM |
| SP | **Sanford Panitch** <████████> <br> We are now looking at Augusr | 3/11/2024, 2:05 PM |
| H | **Home** <████████> <br> It was not fake. | 3/11/2024, 2:05 PM |
| SP | **Sanford Panitch** <████████> <br> Eat pray love <br> Julia and Julia in august | 3/11/2024, 2:05 PM |
| SP | **Sanford Panitch** <████████> <br> She is a terroridt | 3/11/2024, 2:05 PM |
| SP | **Sanford Panitch** <████████> <br> Even if it wasn't fake, the point is, she didn't feel part of that SCREENING she should've been brought into the fold on that so she could own those numbers as <br> Well | 3/11/2024, 2:06 PM |
| H | **Home** <████████> <br> Respectfully, there is NO process that works w her. There isn't. What is important is that WE have a baseline so we know. You can tell her everything. include her in everything and still it does not hold. | 3/11/2024, 2:09 PM |
| SP | **Sanford Panitch** <████████> <br> She is in editing room can you go in there so we understand | 3/11/2024, 2:12 PM |

| | | |
|---|---|---|
| H | **Home** <​█████████> | 3/11/2024, 2:14 PM |
| | It's all remote.  She saw movie this am and said she is not going in until tomorrow.  So will call her and see if I can get a read. | |
| SP | **Sanford Panitch** <​█████████> | 3/11/2024, 2:14 PM |
| | Can you join zoom<br>We have to know the issues | |
| H | **Home** <​█████████> | 3/11/2024, 2:15 PM |
| | Just texted her. | |

Confidential, Attorneys' Eyes Only