# EXHIBIT 28

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
2

   BLAKE LIVELY,
3
                                    Case No. 24-CV-10049-LJL
        Plaintiff,                  (LEAD CASE)
4

   VS.
5
                                    Case No. 25-CV-449 (LJL)
   WAYFARER STUDIOS LLC,            (MEMBER CASE)
6  ET AL.,
7       Defendants.
   ------------------------------------------------------------
8  JENNIFER ABEL,
9       Third-Party Plaintiff,
10 VS.
11 JONESWORKS, LLC,
12      Third-Party Defendant.
   ------------------------------------------------------------
13 WAYFARER STUDIOS LLC, ET AL.,
14      Consolidated Plaintiffs,
15 VS.
16 BLAKE LIVELY, ET AL.,
17      Consolidated Defendants.
18                  ** CONFIDENTIAL **
19         VIDEO-RECORDED DEPOSITION OF MARGARET COLLEEN
   HOOVER, produced as a witness at the instance of the
20 Plaintiff and duly sworn, was taken in the above-styled
   and numbered cause on Monday, September 29, 2025, from
21 10:05 a.m. to 6:30 p.m., before Kari Behan, CCR, CSR, a
   Texas certified machine shorthand reporter, at the offices
22 of Ramey & Flock, P.C., 100 East Ferguson Street, Suite
   500, Tyler, Texas 75702, Pursuant to Notice and the
23 provisions stated on the record herein.
24
25 Job No. 7584405

```
 1    didn't she?
 2              MS. HUDSON:  Objection.
 3              THE WITNESS:  Ms. Who?
 4    BY MS. ZELDIN:
 5         Q.  Ms. Giannetti, Ange Giannetti?
 6         A.  Probably, but I don't know how to read those
 7    numbers to know what any of it means.
 8         Q.  Before the premiere of the film on August
 9    the 6th, you said you unfollowed Justin?
10         A.  Uh-huh.
11         Q.  And why did you do that?
12         A.  Blake asked me to.
13         Q.  Okay.  On August 16th -- I'm sorry.
14              On May 16th, 2024, when you called and
15    spoke with Blake, or Blake called you, did you tell
16    Blake that you hated Justin?
17         A.  I don't remember this phone call and don't
18    remember what you're talking about.
19         Q.  Is that something that you would normally say
20    or -- that you hated somebody?
21              MS. HUDSON:  Objection.
22              THE WITNESS:  It doesn't seem like a -- the
23    verbiage I would use, no.
24    BY MS. ZELDIN:
25         Q.  Because you don't like conflict, right?
```

1  person, who was by me duly sworn to testify the truth
   concerning the matters in controversy in this cause;

2
        And that the examination was reduced to writing by
3  computer transcription under my supervision; that the
   deposition is a true record of the testimony given by
4  the witness.

5       I further certify that I am neither attorney or
   counsel for, nor related to or employed by, any of the
6  parties to the action in which this deposition is taken,
   and further that I am not a relative or employee of any
7  attorney or counsel employed by the parties hereto, or
   financially interested in the action.

8
        Given under my hand and seal of office on this 30th
9  day of September.

10
11      *Kari J. Behan*

12      KARI BEHAN, CCR, CSR
        Texas CSR NO. 8564;
13      Expiration Date: 7-31-2026
        VERITEXT LEGAL SOLUTIONS
14      Firm Registration No. 571

15
16
17
18
19
20
21
22
23
24
25