# EXHIBIT 29

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 15 | Date Range: 7/13/2024 |

## Outline of Conversations

  **BL-FullMessages-0462547** • 15 messages on 7/13/2024 • Jenny Slate ▇▇▇▇▇ • ?B?

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **BL-FullMessages-0462547**

**Redacted - Non-Responsive**

JS  **Jenny Slate**   ▶ 7/13/2024, 9:33 PM
Also i texted my insta assistant to unfollow

**Redacted - Non-Responsive**

CONFIDENTIAL  BL-000020980

## Redacted - Non-Responsive

| # | ?B? | ◀ 7/13/2024, 10:12 PM |

I just saw I half wrote a text to you from your last text.

| # | ?B? | ◀ 7/13/2024, 10:12 PM |

I'm so sorry.

| # | ?B? | ◀ 7/13/2024, 10:12 PM |

I will finish the thought

| # | ?B? | ◀ 7/13/2024, 10:32 PM |

I am so happy to hear your plan for your month. What you're doing. And also what your aspirations are for quiet, attainable peace which is real success, not all the other stuff we're told. Just the time to follow our nose, at home. It's the dream. And I love how often you carve out that reality. It's beautiful. And inspires and encourages me so much to get to that place again. That's the most real happiness any of us will ever feel. And it all goes by too fast. The time to do it is now. And thank you for sharing your world with me bc it inspires me so much.

All that said, you are so stunning in this movie, I can't wait for the other, more societally discussed version of "success" to further roar around you like a gust of wind coming across your  fire.

They will all be chasing after your light, begging to get you on screen more bringing their work to life like only you can. I sure would. Not that you need it, or even want it, it's just nice that your talent will reach so many people with this movie and that they appreciate you bc what you do in this movie genuinely helps people. It's obnoxiously earnest sounding. But it's true. I've watched it for months now. I can't wait for you to feel that energy surrounding you, fed from your work in this. It's incredible. And potent.

We all have something to be proud of. Especially Justin. I made sure of that from day one and continue to. The work is beautiful across the board and across departments. We had incredible teams on and off camera at every stage. And it shows. Everyone really does deliver.

I can't wait to get this thing out into the world and outta my nest.

I am constantly in the never ending muck and mire of this film, but it's also given me some of the most beautiful moments in my career, the highlight being the people I got to work with. All of them, every single one, but two, were just wonderful in every way.

You are the sparkling cake topper on that wedding cake. Your friendship has been such a beacon of goodness and light in all this. YOU are the positivity that you so generously gave me credit for.

Now you see why I only made it halfway through this text before 😅 I am tangenting 😆?

## Redacted - Non-Responsive

CONFIDENTIAL

BL-000020981