# EXHIBIT 30

**Message**

| | |
|---|---|
| **From:** | Misher, Danielle |
| **Sent:** | 7/29/2024 10:46:23 PM |
| **To:** | Greenstein, Josh |
| **CC:** | Johnson, Jacob ; Hann, Gloria |
| **Subject:** | Fwd: IEWU - BL Instagram Comment |

Josh - see below

**From:** Maggin, Danni <   >
**Sent:** Monday, July 29, 2024 3:34 PM
**To:** Hann, Gloria <   >; Misher, Danielle <   >
**Subject:** Fwd: IEWU - BL Instagram Comment

FYI

**From:** Guazzelli, Omar <   >
**Sent:** Monday, July 29, 2024 2:42:15 PM
**To:** Maggin, Danni <   >
**Subject:** IEWU - BL Instagram Comment

Hi Danni,

I wanted to flag that this is the top comment on Blake's latest Instagram post, posted 1 hour ago. It currently has 24 likes.

**magen_86** Does anyone find it odd that Justin has been in like zero promo?

1h   24 likes   Reply

Some additional ones are beginning to pop up:

**kayleigh.marie11** Is Justin Baldoni doing any press for this movie?

1h   12 likes   Reply

**chipdouglas1** Not to be Deuxmoi but.....Does anyone have tea on why Blake doesnt follow Justin Baldoni?

1h   6 likes   Reply

**mommahix6** Where is @justinbaldoni on this promo tour?

1h   2 likes   Reply

And from yesterday's post, with the baking video:



Omar Guazzelli | Global Publicity | Sony Pictures Entertainment