# EXHIBIT 31

**From:** ████████████
**Sent:** Monday, August 19, 2024 1:11 PM
**To:** Jami Kandel
**Cc:** Leslie Sloane
**Subject:** Re: NBC News inquiry for Ryan Reynolds

Aren't we just putting this in the studio and their marketing approach to the film?

On Aug 19, 2024, at 12:53 PM, Jami Kandel ████████████ wrote:

> **EXTERNAL**

This is the story Sony needs to comment on per our call. The marketing around "It Ends With Us" does not sit entirely on her shoulders.
Did you connect with Josh? We left word for Tahra.

<image002.jpg>
Jami Kandel
Vision PR
████████████

**From:** Yang, Angela (NBCUniversal)████████████
**Date:** Monday, August 19, 2024 at 3:39 PM
**To:** Jami Kandel ████████████
**Subject:** NBC News inquiry for Ryan Reynolds

Hi Jami! I'm Angela, a reporter for NBC News writing a story looking at how domestic violence survivors feel about the marketing around "It Ends With Us." Despite the film involving themes of intimate partner violence, the promotion of it has received backlash for appearing to portray it as a fun summer romance.

Some of the criticism has also touched on Ryan Reynolds's involvement during the marketing campaign, with people saying that Ryan and Blake's cross-promotion of each other's films took away from the focus on domestic violence in "It Ends With Us." Ryan is not the focus on this story, but would he like to share any comment on this? Thanks for your time.

Best,
**Angela Yang**
Culture & Trends Reporter, NBC News
████████████

<image001.png>

1

WME_00001051