# Exhibit 12

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                     ---oOo---
 4
 5   BLAKE LIVELY,
 6                  Plaintiff,
 7      vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)
                                25-CV-449 (LJL) (MEMBER CASE)
 8
     WAYFARER STUDIOS LLC, ET AL.
 9
                     Defendants.
10   _____
     JENNIFER ABEL,
11              Third-party Plaintiff,
        vs.
12   JONESWORKS, LLC,
                Third-party Defendant.
13   _____
     WAYFARER STUDIOS LLC, et al.
14              Consolidated Plaintiffs,
        vs.
15   BLAKE LIVELY, et al.
                Consolidated Defendants.
16   _____
17                  **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF ANDREA GIANNETTI
20              Culver City, California
21              Tuesday, September 23, 2025
22
23   Stenographically Reported by:  Ashley Soevyn,
     CALIFORNIA CSR No. 12019
24
25
```

CONFIDENTIAL

Page 109

1          (Exhibit 12 marked for identification.)

2                THE WITNESS:  Thank you.

3    BY MS. HUDSON:

4          Q    Exhibit 12 is a text chain between

5    Ms. Lively and Ms. Giannetti dated May 25th

6    through May 26th, 2023, BL7953.

7                Ms. Giannetti, do you recognize this text

8    chain?

9          A    Yes.

10         Q    And you recognize this as a text chain

11   between you and Ms. Lively?

12         A    Correct.

13         Q    In the second entry here from Ms. Lively

14   at the end of the sentence, she says:

15                (As read):

16                    "But let's attach up in general"?

17         A    Uh-huh.

18         Q    And then you say:

19                (As read):

20                    "I can make any time tomorrow work."

21                Do you see that?

22         A    I do.

23         Q    And it looks like you play a little phone

24   tag with her for a document; is that right?

25         A    It looks like it.

CONFIDENTIAL

Page 110

```
 1        Q    And then at the end, you say:
 2             (As read):
 3                  "I will say what I did want to
 4                  review/discuss feels very, very small
 5                  in light of today's news.  I'm so
 6                  sorry.  Calling you in moments."
 7             Do you see that?
 8        A    I do.
 9        Q    Did you call Ms. Lively on this day?
10        A    I can't recall but most likely.
11        Q    And the day is May 26th, right?
12   Correct?
13        A    I see -- I see that on the -- I see that
14   on the -- on the printout, yeah.
15        Q    And do you recall what it was that you
16   wanted to review and discuss with Ms. Lively?
17        A    I think it was wardrobe.
18        Q    And you say that:
19             (As read):
20                  "In light of today's news, that seems
21                  very, very small."
22             Right?
23        A    That's what I wrote, yes.
24        Q    What was "today's news"; do you recall?
25        A    I believe it was that she had been
```

CONFIDENTIAL

Page 111

1   exposed to COVID and was worried that the baby might

2   have COVID.

3        Q    And how did you learn that?

4        A    I don't remember where I learned it

5   first.

6        Q    Did you talk with Ms. -- did Ms. Lively

7   tell you that herself?

8        A    Yes.  We definitely talked about it.

9        Q    Did you talk about it before this call?

10       A    I don't remember.

11       Q    And you said you think you probably did

12  have a call with her on May 26th, then?

13       A    If I said "I'm calling you in moments," I

14  would have called her in moments.

15       Q    Sitting here today, do you have a

16  recollection of that phone call?

17       A    Exactly, no.

18       Q    Do you have a general recollection of it?

19       A    I have a general recollection.

20       Q    And generally, what do you recall?

21       A    I remember -- I mostly remember her being

22  very concerned about the COVID.  And if I'm correct,

23  I -- I don't know if it was before or after.  I'm

24  not great with the timing.  But I recall that she

25  had been in the hospital, and the baby had been in

CONFIDENTIAL

Page 112

1    the hospital with RSV.  And so this -- you know,

2    this -- that potentially the baby would have COVID.

3    As a mother, that was concern- -- you know, very

4    concerning.

5         Q    The phone call, do you recall whether it

6    was just you and Ms. Lively on that phone call?

7         A    I think it was just the two of us on the

8    phone call.

9         Q    Do you recall how long it lasted?

10        A    No.

11        Q    Do you recall anything else about the

12   phone call, other than what you described?

13        A    Specifically, on this call, I can't -- I

14   know there were many things we were talking about at

15   this time, but I couldn't say for sure exactly.

16   Yeah, I don't -- you know.

17        Q    And where were you on May 26th?  Were

18   you in Los Angeles?

19        A    Yeah, I was in Los Angeles.

20        Q    And was it your understanding that

21   Ms. Lively was in New York, New Jersey?

22        A    New York.  I mean if it was at night, she

23   was probably in New York.  Or maybe she was on set

24   if it was a night shoot -- I mean in New Jersey, if

25   it was a night shoot.

CONFIDENTIAL

Page 120

1      A    The example she gave over and over again

2    were about the first AD and about scheduling and the

3    time that she would be called in and the hair and

4    makeup and -- and -- that a lot of the reasons if

5    there was lateness on that day, it was the first

6    AD's fault.

7      Q    Anything else that you recall Ms. Lively

8    reporting to you in the category of "too loose"?

9      A    No.

10     Q    So have you now told me about all of the

11   things that you recall Ms. Lively complaining about

12   to you about Mr. Baldoni?

13     A    That I can recall in this moment, yes.

14     Q    Going back to Mr. Heath.  You said there

15   was a issue regarding the showing of the birth of

16   his child?

17     A    Uh-huh.

18     Q    Tell me what you recall about that?

19     A    I was on set.  I was not there -- I was

20   not present when it happened, even though I was on

21   set.  I believe Jamey came to me first and said he

22   showed the video; Justin asked him to show the

23   video.  And she was surprised and did not -- I don't

24   know how he said -- she didn't take it well.

25     Q    Did Mr. Heath describe what he had shown

CONFIDENTIAL

                                                    Page 121

1    Ms. Lively?

2         A    Did he describe it?  No.

3         Q    Did -- did you, at some point, talk to

4    Ms. Lively directly about that?

5         A    Well, yes.  There was an interaction.  It

6    was very brief.  She was -- I think it was we were

7    at lunch, and she walked by and said -- she

8    mentioned the video and being very unhappy about it.

9    I forget her exact words.  She said it to me and

10   kept walking.

11        Q    Did she tell you what she had seen in the

12   video?

13        A    She may have.  I don't remember what --

14   the phrasing.

15        Q    Did she tell you that Mr. Heath's wife

16   was nude in the video?

17        A    She may have.

18        Q    Did she tell you that when she first saw

19   the video, she didn't know what she was looking at

20   and thought it was pornography?

21        A    No, she did not say that.

22        Q    Did she tell you that she saw Mr. Heath's

23   wife's genitals in that video?

24        A    She did not say that.

25        Q    But you do recall her maybe saying that

CONFIDENTIAL

Page 122

1   his wife was nude in the video?

2          A     She could have said that, yeah.

3          Q     Did she ask you to do anything about it?

4          A     She did not.

5          Q     Did you think you should do anything

6   about it?

7          A     No.  I saw the video.

8          Q     What did you see?

9          A     I saw a woman in a tub giving birth.

10         Q     What exactly did you see?  Was it -- was

11  she naked?

12         A     I knew she was naked.  There was water.

13  I don't remember seeing any genitalia.

14         Q     Did you -- when you say "giving birth,"

15  did you see a baby crowning?

16         A     No.  I don't remember that.

17         Q     You remember a woman alone in the tub?

18         A     No.  I think someone's behind her,

19  holding her.

20         Q     Do you know whether -- well, let me ask

21  you this:  How did -- how did you see the video?

22         A     Jamey showed it to me.

23         Q     And how do you know that the video you

24  saw was the same video that Ms. Lively saw?

25         A     I don't.

CONFIDENTIAL

Page 123

```
 1          Q    Did you think the video that Mr. Heath
 2    showed you with his nude wife in the tub was an
 3    appropriate thing to show in a workplace?
 4               MR. FREEDMAN:  Objection.
 5               THE WITNESS:  No.
 6    BY MS. HUDSON:
 7          Q    And why not?
 8          A    Well, can I -- they -- it was my
 9    understanding they were talking about the birthing
10    scene.  It didn't come out of nowhere.  They were
11    talking about a birthing scene and so -- wanted to
12    share it.  The thing that I think is the
13    inappropriate part is that before showing the video,
14    no one stopped to say "we have a video of my wife
15    giving birth in a tub; would you like to see it?"
16    That -- that should have been done before showing a
17    video.
18          Q    So you think they should have gotten
19    consent from Ms. Lively before showing her a video
20    of Mr. Heath's naked wife in a tub?
21               MR. FREEDMAN:  Objection.
22               THE WITNESS:  That would have been a
23    smart thing to do, yes.
24    BY MS. HUDSON:
25          Q    And did you understand how Ms. Lively
```

CONFIDENTIAL

Page 124

```
 1    might have been uncomfortable seeing that video, not
 2    anticipating and giving consent in advance?
 3         A    Yes.
 4         Q    Other than learning about the video from
 5    Ms. Lively and Mr. Heath, is there anything else
 6    that occurred with -- from your end with respect to
 7    that video?
 8         A    I don't think so, no.
 9         Q    Did you tell Mr. Heath not to do things
10    like that?
11         A    I think I did.
12         Q    Did you tell anyone in human resources at
13    Wayfarer that Mr. Heath had shown Ms. Lively a video
14    of his wife nude in a tub giving birth?
15              MR. FREEDMAN:  Objection.
16              THE WITNESS:  No.
17    BY MS. HUDSON:
18         Q    And you didn't think that was important
19    to do?
20              MR. FREEDMAN:  Objection.
21              THE WITNESS:  I thought it was a
22    misunderstanding.  I thought Jamey -- I believed
23    Jamey when he said Justin told him to show the video
24    because they were discussing the birthing scene.
25    And I believe when Jamey showed her the video, it
```

CONFIDENTIAL

Page 125

1    had been prepped, and that was -- so I believe the
2    intention -- I believed it was a mistake.
3            Q    When did you see the video?
4            A    I can't remember.  I think it might have
5    been after.  I think -- I can't tell you that I
6    really know.
7            Q    Now, you mentioned that -- a trailer
8    incident.
9            A    Yeah.
10           Q    What happened there?
11           A    I was told Jamey had to discuss something
12   with Ms. Lively.  He knocked on the door.  He told
13   me he heard "come in."  He went in.  And then I
14   heard that Ms. Lively did not say "come in" so was
15   surprised he came in.  Then I believe -- I could be
16   wrong about this -- but I believe she then was
17   like -- I don't know if she was getting body makeup
18   removed or breast feed- -- I don't remember what was
19   happening.  But then I think she said he could stay.
20              Anyway, it was definitely a
21   miscommunication, and she made it very clear that
22   she was uncomfortable.  I felt this fell into the
23   "loose" -- it was a "loose set."  And she wanted --
24   and she wanted to have a meeting about it.  And we
25   did at the end of the day in her trailer.

CONFIDENTIAL

Page 138

```
 1          A     No.  I would have remembered that.
 2          Q     Okay.  So having -- do you recall whether
 3     you -- Ms. Lively asked you to do anything about
 4     these various issues she was raising to you at the
 5     time, including May 26th?
 6          A     Yes.  She asked me for help in getting
 7     rid of the first AD.
 8          Q     Did -- she didn't ask for anything else?
 9          A     No.
10          Q     Did she tell you that she wanted to file
11     an HR complaint?
12          A     She did not.  Oh.  She may have over
13     COVID.
14          Q     So you recall her telling you that she
15     wanted to file an HR complaint with Sony?
16          A     I recall that, actually, in person, not
17     on the phone.
18          Q     So there was a time in person she told
19     you she wanted to file an HR complaint with Sony?
20          A     She didn't use the words "H" --  I don't
21     remember her using the words "HR."  She was very
22     upset about the COVID and did not think the COVID
23     protocols were being followed.  And she wanted to
24     have Sony get into it.  And I said, "We don't run
25     the movie."  The way protocols are done are with
```

CONFIDENTIAL

1      Q     Did you help replace the first AD?

2      A     Yes, I did.

3      Q     And do you know whether anyone else

4   thought that there was a problem with the first AD?

5      A     I think Alex Saks thought there was a

6   problem with the first AD.

7      Q     Did anyone else speak with you about

8   concerns they had with Mr. Baldoni or Mr. Heath?

9      A     Define "concern."  There is a lot of

10  complaining on a set.  There is a lot of

11  personalities.  Yeah, I think Alex -- probably Alex

12  Saks.

13     Q     Did Jenny Slate?

14     A     Yes, Jenny Slate.  Yes, the "sexy"

15  comment.

16     Q     Did Jenny Slate's manager?

17     A     I will tell you about the conversation

18  with Jenny Slate's manager.  Jenny Slate's manager

19  called me and, in a very general way, asked me,

20  like, "What's going on, on that set?"  She didn't

21  get into anything specific.  She just said, "What's

22  going on?"  And -- and she intimated Jenny and --

23  and Blake had concern.  She didn't know really what

24  it was.  And I -- and I just said to the manager,

25  "Have Jenny call me.  She can call me directly.

CONFIDENTIAL

Page 147

```
 1              done."
 2          Is that what Ms. Lively told you?
 3      A    I don't recall.
 4      Q    But you don't have any reason to dispute
 5  Ms. Lively's account?
 6      A    No.
 7      Q    And you mentioned that Alex had some --
 8  Alex Saks had concerns.  What were those?
 9      A    Alex Saks's main concern is that she felt
10  sidelined.  She was used to running her own shows,
11  producing her own shows.  She was brought on this,
12  and she felt like it was not her set to run, was the
13  main one, as far as I know.
14          Lacaab.  I got that wrong.
15      Q    Do you want to correct something?
16      A    Yeah.  I thought -- I thought Justin had
17  said she looked sexy.  And it says here:
18          (As read):
19              "You were standing there for the thing,
20              and he said to me, he said, 'I look
21              hot.'"
22      Q    Who is -- who is that that you're reading
23  from?
24      A    Jenny.
25      Q    Jenny.
```

CONFIDENTIAL

Page 148

```
 1          A    I got a quote that said.
 2          Q    And did you end up speaking with
 3    Ms. Slate?
 4          A    Yeah, she called.
 5          Q    And what did -- when did that
 6    conversation take place?
 7          A    I think it was the same night I spoke to
 8    the manager.  I think.
 9          Q    Was that May 27th?
10          A    Maybe.
11          Q    And do you know whether Ms. Slate spoke
12    with Alex Saks as well?
13          A    I think she did.
14          Q    Going back to your conversation with
15    Ms. Slate, what did she tell you?  Before you -- was
16    this a phone call, or was this in person?
17          A    It was a phone call.
18          Q    It was just the two of you?
19          A    Yes.
20          Q    And how long did that phone call last?
21          A    Not long.
22          Q    Okay.  And what did Ms. Slate tell you?
23          A    In -- in -- in -- what I remember
24    generally, I remember some things generally and some
25    things specifically.
```

CONFIDENTIAL

Page 149

1          Generally, I remember her having unease
2     on the set, talking about how Blake had great --
3     had -- Blake had a lot of concerns.  She shared them
4     with Jenny.  Jenny had the experience of the "hot"
5     comment.  And it just -- the -- it felt tense.  You
6     know, things felt tense on set.  She was very --
7     honestly, she was very all over the place and
8     wishy-washy about it a little bit.  And I -- the
9     part I really specifically remember is asking her at
10    the end, "Are you asking me to do something?"  And
11    she said, "No.  My manager said I should call you."
12         Q    And you didn't feel, after hearing that
13    both Ms. Slate and Ms. Lively were uncomfortable,
14    that there was something you should do, whether
15    asked or not?
16         A    To date, Jenny Slate told me the director
17    told her she looked "hot" in costume.  No, I did not
18    think anything from that needed to go to HR.  And
19    the majority of Blake's concern -- the majority of
20    them were the running of the set, his inexperience,
21    the first AD, the COVID.  And there were these
22    other -- the incident of the video and the trailer.
23    But, no, I did not think there was -- I thought it
24    was a shit show, but I did not think it was...
25         Q    Also, Alex Saks felt sidelined as well,

```
                                      Page 150
```

1  right?

2           MR. FREEDMAN:  Objection.  Could you let

3  her finish her answer?

4  BY MS. HUDSON:

5      Q    I'm sorry.  Were you still -- was there

6  more you were saying?

7      A    I thought it was a shit show, and there

8  was -- those incidents alone were not reason to call

9  HR for a movie that we were cofinancing and

10 distributing.

11     Q    How many women on a set have to be

12 uncomfortable before you think it rises to the level

13 of calling HR?

14          MR. FREEDMAN:  Objection.

15          THE WITNESS:  They didn't like him.

16 BY MS. HUDSON:

17     Q    What do you mean by that?

18     A    They didn't like him.

19     Q    So you discounted their views on him?

20          MR. FREEDMAN:  Objection.

21          THE WITNESS:  I heard of three incidents.

22 You can ask me this a hundred times, I'm going to

23 tell you the three incidents I know over and over

24 again.

25          The video, I saw the video.  The trailer,

CONFIDENTIAL

Page 151

1    we had a meeting in the trailer.  It was resolved.

2    And the director called Jenny Slate "hot" in front

3    of 300 people on set.  Those were the three

4    incidents.  No, I did not think there was reason to

5    call HR.

6                MS. HUDSON:  Okay.  Let's take a look at

7    Exhibit 16.  This is a text chain between Alex Saks

8    and Ange Giannetti dated May 29th, 2023,

9    Bates-stamped SPEBL2023.

10        (Exhibit 16 marked for identification.)

11   BY MS. HUDSON:

12        Q    Do you recognize this as a text chain

13   between you and Ms. Saks?

14        A    I do.

15        Q    Okay.  If you go to the beginning, Ms. --

16   you say to Ms. Saks:

17                (As read):

18                    "Call you when" -- "call when you can,

19                    xx."

20                Do you see that?

21        A    I do.

22        Q    And Ms. Saks says:

23                (As read):

24                    "Finishing up brunch with Jenny."

25                Do you see that?

CONFIDENTIAL

Page 157

1   Alex Saks dated June 1st, 2023, SPEBL2026.

2            Is this a -- do you recognize this as a

3   text chain between you and Ms. Saks?

4        A    I do.

5        Q    And in this text chain, is Ms. --

6   Ms. Saks reporting to you about a meeting that she

7   had with Ms. Lively, Mr. Heath, and Mr. Baldoni?

8        A    I need a minute to read it.

9        Q    Sure.

10            I'm going to go to this and ask you

11  specific questions.

12       A    Okay.

13       Q    Okay?  The -- at 9:35 a.m., Ms. Saks says

14  "We had a very good tough chat with Blake.  She was

15  eloquent and on point.  Called Jamey out in front of

16  me and Justin kindly but was very direct.  It was

17  impressive to watch."

18            Do you see that?

19       A    I do.

20       Q    Okay.  So does this refresh your

21  recollection that Ms. Lively -- that Ms. Saks told

22  you about a meeting with her, Ms. Lively,

23  Mr. Baldoni, and Mr. Heath?

24       A    It doesn't refresh it, but I -- I see

25  that it happened.

CONFIDENTIAL

Page 173

1              MR. FREEDMAN:  Objection.

2              THE WITNESS:  Yeah, I mean -- yeah, it

3     says here there will be one, but I did not -- I

4     didn't remember that we had to have it, and I didn't

5     know that it was scheduled at the end --

6     BY MS. HUDSON:

7        Q    When did production start?

8        A    January 5th.

9        Q    Okay.  And when was the meeting?

10       A    January 4th.

11       Q    Okay.  And at the January 4th

12    meeting...

13             MS. HUDSON:  I'm going to hand you

14    another document.

15             THE WITNESS:  Okay.

16             THE STENOGRAPHIC REPORTER:  Exhibit 20

17    for the record.

18        (Exhibit 20 marked for identification.)

19             MS. HUDSON:  Okay.

20             MR. FREEDMAN:  Time check?

21             THE VIDEOGRAPHER:  Three hours, thirteen

22    minutes.

23             THE WITNESS:  Thank you.

24    BY MS. HUDSON:

25       Q    Ms. Giannetti, this is Ms. Lively's

CONFIDENTIAL

Page 188

```
 1        Q    And that was known from early on; is that
 2   correct?
 3        A    Yeah, it was going to be a very fine line
 4   to walk.
 5        Q    And you, at that time, thought if you
 6   were just true to the book, then the movie would be
 7   successful; is that correct?
 8             MS. HUDSON:  Objection.
 9             THE WITNESS:  Yes.
10   BY MR. FREEDMAN:
11        Q    And the book involved sexuality, correct?
12        A    Correct.
13        Q    In the book, the characters had sex,
14   correct?
15        A    Correct.
16        Q    And the characters were supposed to have
17   sexual chemistry in the book, right?
18        A    Correct.
19        Q    And the book contained detailed sex
20   scenes; is that correct?
21        A    Correct.
22        Q    The book also concerned violence,
23   correct?
24        A    Correct.
25        Q    Domestic violence was described in detail
```

CONFIDENTIAL

Page 189

1    in the book; isn't that correct?

2         A    Yes.

3              MR. FREEDMAN:  Let's go to 24.

4         (Exhibit 24 marked for identification.)

5              THE WITNESS:  Thank you.

6    BY MR. FREEDMAN:

7         Q    Exhibit 24 is a true and correct copy of

8    a text exchange you sent to Jamey Heath, Justin

9    Baldoni, Alex Saks, and Ashley Marks on March 31st,

10   2023.  Who is Ashley Marks?

11        A    She's the head of casting for Sony.

12        Q    And the text message states, from you:

13             (As read):

14                 "This process is poor.  We spend time

15                 discussing and making a decision and

16                 then you just do what Blake wants with

17                 no regard for your partner."

18             Do you see that?

19        A    I do.

20        Q    And what was meant by this message?

21        A    I don't know what it was regarding

22   specifically, but this sounds like I am really not

23   happy.  It sounds like we made a decision and then

24   the decision got reversed, and it sounds like I did

25   not get consulted on that.

CONFIDENTIAL

Page 236

1        Q    Very?

2        A    Yes.

3        Q    Did you think it was inappropriate for

4   Mr. Rothman to say that Blake Lively wasn't as

5   alluring as she needed to be for the movie?

6        A    I think Mr. Rothman thought this was a

7   private communication between him, me, and Sanford,

8   and I do not think it's inappropriate.

9        Q    Did it make you uncomfortable?

10       A    Not at all.

11       Q    Did you think this was harassment?

12       A    No.

13       Q    We already discussed that phase one of

14  the principal photography began on May 15th, 2023,

15  correct?

16       A    Correct.

17       Q    And the filming took place in New Jersey

18  during phase one, correct?

19       A    Correct.

20       Q    There were no other locations, correct?

21       A    Correct.

22            MS. HUDSON:  Objection.

23  BY MR. FREEDMAN:

24       Q    And filming was scheduled to occur, in

25  part, in Las Vegas; isn't that correct?

CONFIDENTIAL

Page 295

1          Q     Was Ryan Reynolds her manager?

2          A     No.

3          Q     He was her husband, correct?

4          A     Correct.

5          Q     Part of what Blake was complaining about

6     in these protections was what she thought was sexist

7     behavior, correct?

8          A     I don't know.

9          Q     She asked her husband to talk to her

10    studio on a movie in his capacity as her husband,

11    correct?

12               MS. HUDSON:  Objection.

13               THE WITNESS:  I don't know.

14    BY MR. FREEDMAN:

15         Q     Todd Black was hired as the A-list

16    producer, correct?

17         A     Correct.

18         Q     Did Wayfarer agree to the 17-point list?

19               MS. HUDSON:  Objection.

20               THE WITNESS:  I don't know the wording,

21    but yes, we -- we agreed to the protections so she

22    would return to work.

23    BY MR. FREEDMAN:

24         Q     Did you talk with anyone about why --

25    anyone at Wayfarer about why they agreed to the

CONFIDENTIAL

Page 296

1    17-point list?

2        A    No.  I knew why.

3        Q    Why?

4            MS. HUDSON:  Objection.

5            THE WITNESS:  Because there was a

6    tremendous amount of money that had been invested

7    and spent, and we had to finish the movie or it was

8    unreleasable.

9    BY MR. FREEDMAN:

10       Q    Did Blake Lively threaten to leave the

11   movie if the 17-point list wasn't signed without

12   alteration or revision?

13           MS. HUDSON:  Objection.

14           THE WITNESS:  That's my understanding.

15   BY MR. FREEDMAN:

16       Q    Do you recall telling Jamey Heath that

17   you thought Blake was a fucking terrorist?

18           MS. HUDSON:  Objection.

19           THE WITNESS:  Yes.

20   BY MR. FREEDMAN:

21       Q    At that point in time, how much money had

22   Sony invested in the movie?

23       A    Well, I believe the ingoing budget was 28

24   and change, 28 million and change.  We had

25   three weeks left -- I -- I -- I'm -- at least

CONFIDENTIAL

Page 297

1    $20 million, if not more.

2         Q    At that point in time, do you know how

3    much money Wayfarer had invested in the movie?

4         A    More than half of whatever that number

5    was.  It was more than us.

6         Q    Did Blake's efforts to rewrite the script

7    increase at that point in time?

8              MS. HUDSON:  Objection.

9              THE WITNESS:  Increase -- I don't recall.

10   BY MR. FREEDMAN:

11        Q    Did she start adding locations, actors,

12   and adding pages?

13             MS. HUDSON:  Objection.

14             THE WITNESS:  For the -- the final

15   three weeks?

16   BY MR. FREEDMAN:

17        Q    Yes.

18        A    I'm sure she did.  That was -- that was

19   the process from the beginning.  Just . . . .

20        Q    Did her changes vary from the book?

21             MS. HUDSON:  Objection.

22             THE WITNESS:  I can't recall the

23   specifics.

24   BY MR. FREEDMAN:

25        Q    At that point, did you know whether she

CONFIDENTIAL

Page 299

```
 1   BY MR. FREEDMAN:
 2        Q    Well, her role in the movie continued to
 3   grow, correct?
 4             MS. HUDSON:  Objection.
 5             THE WITNESS:  In the -- I -- I didn't
 6   notice any change.
 7   BY MR. FREEDMAN:
 8        Q    What about editing?
 9        A    Well, that's post.  You're still talking
10   about production.  If we're moving to post, it's a
11   whole different ball game.
12        Q    Why do you say "it's a whole different
13   ball game" in post?
14        A    Because it's a whole different ball game.
15        Q    Can you explain to me what you mean by
16   that?
17        A    I'm saying I did not notice a -- any
18   distinct change from Blake on the set before strike,
19   after strike, other than she was happier and we did
20   good work.  So that felt more consistent.
21             Post was very not consistent.
22        Q    Did you understand that a formal HR
23   process had not yet occurred, as stated in the
24   letter with the 17-point list?
25             MS. HUDSON:  Objection.
```

CONFIDENTIAL

Page 300

```
 1              THE WITNESS:  I didn't know about any
 2   HR -- I never heard about any HR complaints.
 3   BY MR. FREEDMAN:
 4        Q    So that's a yes?
 5        A    That's a yes.
 6        Q    Had Blake Lively made an HR complaint to
 7   Sony?
 8              MS. HUDSON:  Objection.
 9              THE WITNESS:  Not that I know of.
10   BY MR. FREEDMAN:
11        Q    Do you have any reason to believe that
12   Blake Lively had filed an HR complaint with
13   Wayfarer?
14              MS. HUDSON:  Objection.
15              THE WITNESS:  No.
16   BY MR. FREEDMAN:
17        Q    When it says that "The complaints of our
18   client and others have been repeatedly conveyed and
19   well documented throughout preproduction and
20   photography," what did you understand that to mean?
21              MS. HUDSON:  Objection.
22              THE WITNESS:  That -- that she was very
23   vocal about things that she didn't like.
24   BY MR. FREEDMAN:
25        Q    I'm -- I'm referring right now to
```

CONFIDENTIAL

Page 301

1    Exhibit 19.

2         A     Okay.  So what's the question?

3         Q     I direct your attention to 30 -- what's

4    marked 3514 on the bottom.

5         A     3514.  Hold on.

6               Uh-huh.

7         Q     And it states in the first paragraph, the

8    last line:

9               (As read):

10                   "The complaints of our client and

11                   others have been repeatedly conveyed

12                   and well documented throughout

13                   preproduction and photography."

14              Did -- did you know that to be true?

15        A     No.

16        Q     Had you seen any documentation of the

17   complaints referred hereto by Ms. Lively?

18              MS. HUDSON:  Objection.

19              THE WITNESS:  No.

20   BY MR. FREEDMAN:

21        Q     Had you seen any of the -- any complaints

22   in writing of anyone else on the set --

23              MS. HUDSON:  Objection.

24   BY MR. FREEDMAN:

25        Q     -- as of that date?

CONFIDENTIAL

Page 302

```
 1              THE WITNESS:  No.
 2    BY MR. FREEDMAN:
 3         Q    Do you know what complaints Lindsey --
 4    Lindsey Strasberg was referring to here?
 5              MS. HUDSON:  Objection.
 6              THE WITNESS:  No.
 7    BY MR. FREEDMAN:
 8         Q    Was this email and its attachment
 9    discussed internally at Sony?
10         A    Yes.
11         Q    Amongst who?
12         A    Myself, Michael Marshall,
13    Sanford Panitch.  I was not in rooms with
14    Tom Rothman when it was discussed, but I'm sure they
15    briefed him.
16         Q    Okay.  What was the conclusion reached at
17    Sony regarding this document?
18              MS. HUDSON:  Objection.
19              THE WITNESS:  Give her the protections.
20    BY MR. FREEDMAN:
21         Q    At some point, did you say, in talking to
22    Wayfarer, Jamey, and Justin, something like,
23    "Listen, we're going to get through this movie.
24    We're going to give her what she wants.  We're going
25    to make this film.  We're going to get it done
```

CONFIDENTIAL

Page 303

```
 1   because the only thing that matters is making this
 2   film"?
 3                MS. HUDSON:  Objection.
 4                THE WITNESS:  Often.
 5   BY MR. FREEDMAN:
 6        Q    Often?
 7        A    Often.
 8        Q    At some point, did you discuss -- discuss
 9   with Jamey and Justin that Blake Lively's biggest
10   fear is that she will go onto set and not be liked?
11                MS. HUDSON:  Objection.
12                THE WITNESS:  I -- I don't recall that.
13   BY MR. FREEDMAN:
14        Q    Did anyone at Sony discuss this document
15   with Ms. Lively?
16                MS. HUDSON:  Objection.
17                THE WITNESS:  Not that I know of.
18   BY MR. FREEDMAN:
19        Q    Did anyone at Sony discuss this document
20   with Lindsey Strasberg?
21                MS. HUDSON:  Objection.
22                THE WITNESS:  Not that I know of.
23   BY MR. FREEDMAN:
24        Q    Did anyone at Sony discuss this document
25   with David Weber?
```

CONFIDENTIAL

Page 304

1            MS. HUDSON:  Objection.

2            THE WITNESS:  I don't know.

3      BY MR. FREEDMAN:

4            Q    Do you know who David Weber is?

5            A    Yes.

6            Q    Did anyone at Sony discuss this document

7      with anyone at Wayfarer?

8            MS. HUDSON:  Objection.

9            THE WITNESS:  I believe Michael Marshall

10     discussed it with Wayfarer.

11            MR. FREEDMAN:  Okay.  Take a short break.

12            THE WITNESS:  Yeah.

13            THE VIDEOGRAPHER:  The time is 6:48 p.m.

14     Off record.

15                  (Recess.)

16            THE VIDEOGRAPHER:  The time is 7:08 p.m.

17     We're back on record.

18     BY MR. FREEDMAN:

19            Q    Good evening now.

20            A    Good evening.

21            Q    Were you invited to attend a meeting on

22     January 4, 2024 at Blake's apartment?

23            A    I believe I asked for that meeting.

24            Q    You asked for that meeting?

25                  Was that supposed to be the

CONFIDENTIAL

Page 305

1    return-to-work production meeting?

2          A    I thought it was a script meeting.

3          Q    Did anyone tell you before what you were

4    walking into?

5               MS. HUDSON:  Objection.

6               THE WITNESS:  No.  But Blake did say,

7    when we confirmed time and the place, that she --

8    you know, she wanted to do a clearing of the air at

9    the beginning.  And I was like, great.

10   BY MR. FREEDMAN:

11         Q    Were you surprised by what you heard at

12   the meeting?

13         A    Very.

14         Q    What surprised you about it?

15         A    Many things surprised me.  I was

16   surprised at the beginning that Ryan was joining the

17   meeting because I thought we were going to be

18   talking about the script and the schedule.

19              And then they asked for the line producer

20   to leave because we had had the -- was it the line

21   producer or the -- I don't know.  We had someone

22   technical from the set to leave.  Which was fine.

23              And then -- and then she proceeded to

24   read a list of things.  It -- it was a pretty

25   shocking list.

CONFIDENTIAL

Page 306

1          Q    Why was it shocking?

2          A    I had not heard the majority of the

3     things on the list.  And I -- I didn't know that --

4     I just -- I wasn't prepared for that was the kind of

5     meeting we were having.

6          Q    And isn't it true that you heard things

7     that were prefaced with "no more this" or "no more

8     that"?

9          A    I think so.  Yes.

10         Q    And did that surprise you also?

11              MS. HUDSON:  Objection.

12              THE WITNESS:  That specifically, I don't

13    remember focusing on.  The -- the content, to me,

14    was more surprising.

15    BY MR. FREEDMAN:

16         Q    And was anybody addressing Justin

17    directly?

18         A    Yeah.  I mean, it was to the room, but

19    yeah, I think it was mostly to Justin.

20         Q    Was Ryan Reynolds yelling at Justin?

21         A    It was a very long meeting.  And there

22    were times, yes, his voice was raised.

23         Q    Did you feel bad for Justin?

24              MS. HUDSON:  Objection.

25              THE WITNESS:  Yes.

CONFIDENTIAL

Page 307

1    BY MR. FREEDMAN:

2        Q    Why?

3        A    I -- I think it went over five hours.

4    And he -- he was visibly frozen.

5        Q    Who was invited to the meeting?

6        A    Myself, Justin, Jamey, Alex Saks,

7    Todd Black, and I think it was the first AD or the

8    line -- I can't -- I can't remember.

9        Q    Did Todd Black talk to you about his

10    reaction to the meeting?

11        A    At length.

12        Q    Did he tell you it was the -- one of the

13    harshest meetings he had ever been to in his entire

14    career?

15        A    He did.

16        Q    What did he say about that?

17        A    It was -- it was the fact that we were

18    not prepared for such that -- that we thought

19    something else was going to occur and the length of

20    the meeting.  And that there -- there was -- I -- I

21    don't even think there was a break.  It just -- we

22    never experienced -- just never experienced that.

23        Q    Had you ever experienced that in your

24    illustrious career?

25            MS. HUDSON:  Objection.