# Exhibit 120

# Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 8 | Date Range: 12/21/2024 |

## Outline of Conversations



**chat746731727857557287** • 8 messages on 12/21/2024 • Home <▮> • Josh Greenstein <▮> • Sanford Panitch <▮> • Tahra Grant <▮> • Tom Rothman <▮>

Confidential, Attorneys' Eyes Only                                                                                                                                                            SPE_BL0004526

**Messages in chronological order** (times are shown in GMT -08:00)

💬 **chat**[REDACTED]

**TG** **Tahra Grant** <[REDACTED]>  12/21/2024, 7:35 AM

https://www.nytimes.com/2024/12/21/business/media/blake-lively-justin-baldoni-it-ends-with-us.html?smid=nytcore-ios-share&referringSource=articleShare

*Attachment: ~_Library_SMS_Attachments_67_07_56CADD93-1371-40EA-805B-76201A3BE4D4_3E3F1AA0-B29B-4F5A-8D30-ED4743E9FA5F.pluginPayloadAttachment (4 KB)*

*Attachment: ~_Library_SMS_Attachments_78_08_46BCE79A-82A4-4A16-B309-9439BCB72063_E7B17D94-9B71-4D9B-A178-2A5369D8DA99.pluginPayloadAttachment (225 KB)*

*Attachment: ~_Library_SMS_Attachments_ee_14_94258B3A-DA77-40A2-A94A-BF9062F87E44_E7FC430D-3F82-446E-AD5E-4B68C16A0E40.pluginPayloadAttachment (89 KB)*

**TR** **Tom Rothman** <[REDACTED]>  12/21/2024, 7:46 AM

For some reason, I can't get behind the paywall, can you please send to me. Meanwhile, if anyone still reads the newspaper, my wife is color above the fold in today's New York Times.

**TG** **Tahra Grant** <[REDACTED]>  12/21/2024, 7:47 AM

I saw! Congrats!
Will send.
Not engaging on any requests for comment. Sony largely left out beyond supporting Blake's cut. If that changes will let you know.

**JG** **Josh Greenstein** <[REDACTED]>  12/21/2024, 7:52 AM

As I said these wayfair guys are terrible , look at the coordinated public assassination campaign in this story -  these people should be thrown out of the Buisness .

**TG** **Tahra Grant** <[REDACTED]>  12/21/2024, 7:54 AM

https://static01.nyt.com/newsgraphics/documenttools/1629cc34e562e325/4410b1d9-full.pdf

*Attachment: ~_Library_SMS_Attachments_1c_12_D07B45D9-61FF-4B89-BDF1-01C7B9CFAA6C_CE151362-86C3-46F3-AF05-6A8FA7F179DB.pluginPayloadAttachment (4 KB)*

*Attachment: ~_Library_SMS_Attachments_24_04_2964134E-3DDA-4E63-B970-253E4494A03B_2ABC8A0C-514F-4AC5-BDC9-0C0E845359E9.pluginPayloadAttachment (299 KB)*

**TG** **Tahra Grant** <[REDACTED]>  12/21/2024, 7:55 AM

Ange you are mentioned in complaint as being in meetings regarding misconduct, fyi.

**H** **Home** <[REDACTED]>  12/21/2024, 9:30 AM

Thank you for flagging.  Fyi. This meeting was scheduled as a story mtg to review pages before shooting.  She requested mtg at her apartment. Surprise to us Ryan going to be in story mtg - and mtg starts and revealed this is not about new pages.

**TG** **Tahra Grant** <[REDACTED]>  12/21/2024, 9:48 AM

Understood

Confidential, Attorneys' Eyes Only    SPE_BL0004527