# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel:  310 855 3000
Fax: 310 855 3099

January 21, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

In accordance with your Honor's Order dated January 20, 2026 (Dkt. No. 1237), Plaintiff Blake Lively hereby refiles public versions of Exhibits A and B to her Letter Motion for Leave to File Supplement to Rule 11 Motions (Dkt Nos. 973-1 and 973-2).

Respectfully submitted,

*/s/ Michael J. Gottlieb*

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | WILLKIE FARR & GALLAGHER LLP |
| Esra A. Hudson (admitted pro hac vice) | Michael J. Gottlieb |
| Stephanie A. Roeser (admitted pro hac vice) | 2029 Century Park East |
| Sarah E. Moses (admitted pro hac vice) | Los Angeles, California |
| 2049 Century Park East, Suite 1700 | (310) 855-3000 |
| Los Angeles, CA 90067 | mgottlieb@willkie.com |
| (310) 312-4000 | |
| ehudson@manatt.com | Kristin E. Bender |
| sroeser@manatt.com | 1875 K Street NW |
| | Washington, DC 20006 |
| Matthew F. Bruno | (202) 303-1000 |
| 7 Times Sq. | kbender@willkie.com |
| New York, NY 10036 | |
| (212) 790-4500 | Aaron E. Nathan |
| mbruno@manatt.com | Michaela A. Connolly |
| | Melissa Taustine |
| DUNN ISAACSON RHEE LLP | 787 7th Avenue |
| Meryl C. Governski (admitted pro hac vice) | New York, NY 10019 |
| 401 Ninth Street, NW | (212) 728-8000 |
| Washington, DC 20004 | anathan@willkie.com |
| (202) 240-2900 | mconnolly@willkie.com |
| mgovernski@dirllp.com | mtaustine@willkie.com |

*Attorneys for Blake Lively*