# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

January 21, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:  *Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]

Dear Judge Liman:

      In accordance with Your Honor's Orders dated January 16, 2026 (Dkt. No. 1229) and January 20, 2026 (Dkt. Nos. 1237, 1241), Plaintiff Blake Lively hereby refiles public versions of (i) Ms. Lively's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 1064), as a replacement version for Dkt. No. 1236-1; (ii) Ms. Lively's Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts (Dkt. No. 1074), as a replacement version for Dkt. No. 1236-2; and (iii) Exhibits 22, 212, 222, and 280 to her Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment as replacement versions for Dkt. Nos. 1230-22, 1230-73, 1233-63, 1233-139. Ms. Lively respectfully requests that the Court permanently seal Dkt. Nos. 1230-22, 1230-73, 1233-63, 1233-139 in favor of the replacement versions.

Respectfully submitted,

/s/ Esra A. Hudson

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2049 Century Park East
Los Angeles, California 90067
(310) 855-3000
mgottlieb@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

Melissa Taustine                                  mbruno@manatt.com
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*