# Exhibit 22

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 2/16/2023 - 2/17/2023 |

### Outline of Conversations

 **BL-FullMessages-0061673** · 7 messages between 2/16/2023 - 2/17/2023 · Justin Baldoni <■■■■■> · ?B? <■■■■■>

CONFIDENTIAL
BL-000008819

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **BL-FullMessages-0061673**

**JB** — Justin Baldoni <█████>  2/16/2023, 7:11 PM
That was from michael rady

**#** — ?B? <█████>  2/16/2023, 7:56 PM
Wow. What a generous thing for him to share. And for you to pass on.

**#** — ?B? <█████>  2/16/2023, 7:57 PM
I feel the same way. He is good, solid people.
Please tell him I say hello and send my love and all the good stuff to him

**JB** — Justin Baldoni <█████>  2/16/2023, 8:00 PM
Loved "I feel the same way. He is good, solid people.
Pl…"

**#** — ?B? <█████>  2/17/2023, 12:34 PM
Kicking ass. But it's still a ton of work with not a ton of time. What's the chance we can do body scenes at the end of the schedule?

**JB** — Justin Baldoni <█████>  2/17/2023, 12:37 PM
I'm sure you are!
Honestly, there's 1 billion moving parts to schedule right now I just turned in the rewrite and so they are hard at work - 'so much of it comes down to locations and the other cast availability etc. so to be really honest I have no clue.

**JB** — Justin Baldoni <█████>  2/17/2023, 4:28 PM
I Want you to know- you will look amazing. Anything you are insecure about we will talk through and get creative together and make you comfortable. I just don't want you to stress about your body. It's the last thing you need. As soon as I have a rough schedule that's even remotely accurate II share and II make sure the team keeps this in mind as well ❤️