# Exhibit 212

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 2 | Date Range: 11/19/2024 - 11/22/2024 |

**Outline of Conversations**

 **Conversation 002176** · 2 messages between 11/19/2024 - 11/22/2024 · [Redacted]
Melissa Nathan <Redacted> · Self <[Redacted]> · [Redacted]
[Redacted]



EXHIBIT 9

ATTORNEYS' EYES ONLY

STREET 3.000204
STREET 3.000204

**Messages in chronological order** (times are shown in GMT -06:00)



 Conversation 002176

J   Self <​​​​​​​​​​>   11/19/2024, 7:29 PM
Got that one in the system / on it.

J   Self <​​​​​​​​​​>   11/22/2024, 2:33 PM
https://www.reddit.com/r/
https://www.reddit.com/r/
https://www.reddit.com/r/
https://www.reddit.com/r/
https://www.reddit.com/r/

Sir,
the reason I"m just showing those specific links is because they were all created in the last 60 minutes or so. it is CONSTANT and EVERYWHERE. There"s some ▇▇▇ stuff, but it gets buried by whomever is running the opposition campaign. I need to be able to throw a ton of upvotes at the stuff that is rah rah for ▇▇ especially in ▇▇▇▇ circles where it might get back to ▇▇ and need to downvote everything else that"s acting as a drag on him as part of our mandate from you and yours.

ATTORNEYS' EYES ONLY

STREET 3.000205
STREET 3.000204