# Exhibit 222

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 53 | Date Range: 8/13/2024 |

### Outline of Conversations



**iMessage Chat:** ▮▮▮▮ · 53 messages on 8/13/2024 · Custodian: Abel, Jennifer <▮▮▮▮> · Custodian: Abel, Jennifer <▮▮▮▮> · Jameela Jamil <▮▮▮▮> · System Message <>

**Messages in chronological order** (times are shown in GMT -04:00)

---

 **iMessage Chat:** ▮▮▮▮▮

**JJ** — **Jameela Jamil** <▮▮▮▮▮>
Oh my GOD
Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R:8/13/2024, 12:01 PM]
▶ 8/13/2024, 12:01 PM

**JJ** — **Jameela Jamil** <▮▮▮▮▮>
https://www.tiktok.com/t/ZTNtFL43Y/
Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R:8/13/2024, 12:01 PM]
▶ 8/13/2024, 12:01 PM

**JA** — **Custodian: Abel, Jennifer** <▮▮▮▮▮>
YES
◀ 8/13/2024, 12:01 PM

**JJ** — **Jameela Jamil** <▮▮▮▮▮>
*Attachment: files/Audio/Audio Message_1063.caf (143 KB)*
Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R:8/13/2024, 12:02 PM]
▶ 8/13/2024, 12:02 PM

**JA** — **Custodian: Abel, Jennifer** <▮▮▮▮▮>
I want to officially incorporate nightmare cunt and demon cunt into my vocabulary.
◀ 8/13/2024, 12:06 PM

**JA** — **Custodian: Abel, Jennifer** <▮▮▮▮▮>
UNBELIEVABLE
◀ 8/13/2024, 12:06 PM

**JA** — **Custodian: Abel, Jennifer** <▮▮▮▮▮>
She's doing this to herself
◀ 8/13/2024, 12:06 PM

**JJ** — **Jameela Jamil** <▮▮▮▮▮>
She's a suicide bomber at this point
Receipts · Custodian: Abel, Jennifer <▮▮▮▮▮> [R:8/13/2024, 12:07 PM]
▶ 8/13/2024, 12:07 PM

**JA** — **Custodian: Abel, Jennifer** <▮▮▮▮▮>
You're not going to believe the latest…
◀ 8/13/2024, 12:07 PM

**JJ** — **Jameela Jamil** <▮▮▮▮▮>
▶ 8/13/2024, 12:28 PM



Image: files/Image/IMG_3974.jpeg (131 KB)



Image: files/Image/IMG_3975.jpeg (111 KB)

Receipts • Custodian: Abel, Jennifer <​​​​​​​​> [R:8/13/2024, 12:28 PM]

JJ  **Jameela Jamil** <​​​​​​​​>　　　　　　　　　　　　　► 8/13/2024, 12:36 PM
　　They're so evil

Receipts • Custodian: Abel, Jennifer <​​​​​​​​> [R:8/13/2024, 12:37 PM]

JJ  **Jameela Jamil** <​​​​​​​​>　　　　　　　　　　　　　► 8/13/2024, 12:36 PM



Image: files/Image/IMG_3976.jpeg (369 KB)

Receipts • Custodian: Abel, Jennifer <▮> [R:8/13/2024, 12:37 PM]

JA **Custodian: Abel, Jennifer** <▮>  8/13/2024, 12:37 PM
Yep. That was reduced down from Sexual predator

JJ **Jameela Jamil** <▮>  8/13/2024, 12:37 PM
At least borderline abusive is out there so she can't go in with predator

Receipts • Custodian: Abel, Jennifer <▮> [R:8/13/2024, 12:37 PM]

JJ **Jameela Jamil** <▮>  8/13/2024, 12:37 PM
Why did this people article drop today?

Receipts • Custodian: Abel, Jennifer <▮> [R:8/13/2024, 12:37 PM]

JJ **Jameela Jamil** <▮>  8/13/2024, 12:37 PM
I could never do your job

Receipts • Custodian: Abel, Jennifer <▮> [R:8/13/2024, 12:37 PM]

JJ **Jameela Jamil** <▮>  8/13/2024, 12:37 PM
The level of evil I would stoop to

Receipts • Custodian: Abel, Jennifer <▮> [R:8/13/2024, 12:38 PM]

JJ **Jameela Jamil** <▮>  8/13/2024, 4:00 PM
BOOST

Receipts • Custodian: Abel, Jennifer <▮> [R:8/13/2024, 4:00 PM]

JJ **Jameela Jamil** <▮>  8/13/2024, 4:00 PM
https://www.tiktok.com/t/ZTNtrEonc/

Receipts • Custodian: Abel, Jennifer <19047422954> [R:8/13/2024, 4:00 PM]

JA **Custodian: Abel, Jennifer** <▮>  8/13/2024, 4:00 PM
Hahahahhahaha

JJ **Jameela Jamil** <▮>  8/13/2024, 6:26 PM
Just now

Confidential                                                                                                                 JONESWORKS_00014817



Image: files/Image/IMG_3987.jpeg (86 KB)

Receipts • Custodian: Abel, Jennifer <█████> [R:8/13/2024, 6:26 PM]

JA  **Custodian: Abel, Jennifer <█████>**  ◀ 8/13/2024, 6:26 PM
STOP IT

JA  **Custodian: Abel, Jennifer <█████>**  ◀ 8/13/2024, 6:26 PM
It's unbelievable

JJ  **Jameela Jamil <█████>**  ▶ 8/13/2024, 6:39 PM
You know what? She's just being so supportive right now. I'm LEAVING YOU FOR HER. It worked. She sold me. She's my soul mate

Receipts • Custodian: Abel, Jennifer <█████> [R:8/13/2024, 6:39 PM]

JJ  **Jameela Jamil <█████>**  ▶ 8/13/2024, 6:39 PM
She's my best friend

Receipts • Custodian: Abel, Jennifer <█████> [R:8/13/2024, 6:39 PM]

JJ  **Jameela Jamil <█████>**  ▶ 8/13/2024, 6:39 PM
The sister I never had

Receipts • Custodian: Abel, Jennifer <█████> [R:8/13/2024, 6:39 PM]

JJ  **Jameela Jamil <█████>**  ▶ 8/13/2024, 6:39 PM
The mother I always wanted

Receipts • Custodian: Abel, Jennifer <█████> [R:8/13/2024, 6:39 PM]

JA  **Custodian: Abel, Jennifer <█████>**  ◀ 8/13/2024, 6:42 PM
I HATE YOU

JA  **Custodian: Abel, Jennifer <█████>**  ◀ 8/13/2024, 6:42 PM
You and your AI tits

**JJ** — Jameela Jamil: Who cares? I have Steph and she loves me — 8/13/2024, 6:42 PM

**JJ** — Jameela Jamil: WE DONT NEED YOU JEN — 8/13/2024, 6:42 PM

**JJ** — Jameela Jamil: Laughed at "You and your AI tits" — 8/13/2024, 6:42 PM

**JA** — Custodian: Abel, Jennifer: WARMEST REGARDS — 8/13/2024, 6:42 PM

**JJ** — Jameela Jamil: Did you see Blake post that survivors link? — 8/13/2024, 6:43 PM

**JJ** — Jameela Jamil: Dead — 8/13/2024, 6:43 PM

**JA** — Custodian: Abel, Jennifer: Oh yes — 8/13/2024, 6:43 PM

**JA** — Custodian: Abel, Jennifer: It's so sick — 8/13/2024, 6:43 PM

**JJ** — Jameela Jamil: So cold — 8/13/2024, 6:43 PM

**JJ** — Jameela Jamil: Just some stats and a link — 8/13/2024, 6:43 PM

**JA** — Custodian: Abel, Jennifer: Im thinking about having Justin share it — 8/13/2024, 6:43 PM

**JA** — Custodian: Abel, Jennifer: 🙂 — 8/13/2024, 6:43 PM

**JJ** — Jameela Jamil: Ahahaha no keep him away from her — 8/13/2024, 6:43 PM

**JJ** — Jameela Jamil: Keep him silent — 8/13/2024, 6:44 PM

