# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

January 21, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

**Re:** *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

      In accordance with Your Honor's Orders dated November 26, 2025, January 16, 2026, and January 20, 2026 (Dkt. Nos. 1027, 1229, 1237), Plaintiff Blake Lively hereby refiles public versions of (i) her Memorandum of Law in Support of Spoliation Sanctions (Dkt. No. 847); (ii) her Reply Memorandum of Law in Further Support of Spoliation Sanctions (Dkt. No. 1096); and (iii) Exhibits 3, 5, 6, 7, 8, 9, 11, 16, 17, 19, 49, 50, 51, 52, 53, 54, 56, 57, 58, 59, 60, 63, 64, 65, 66, 67, and 68 filed in support of her Motion for Spoliation Sanctions (*see* Dkt. Nos. 874-3, 874-5, 874-6, 874-7, 874-8, 874-9, 874-11, 874-16, 874-17, 874-19, 874-45, 874-46, 874-47, 874-48, 874-49, 874-50; 1096-1, 1096-2, 1096-3, 1096-4, 1096-5, 1096-6, 1096-7, 1096-8, 1096-9, 1096-10, 1096-11).[1]

Respectfully submitted,

/s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| 2049 Century Park East | Stephanie A. Roeser (admitted *pro hac vice*) |
| Los Angeles, California 90067 | Sarah E. Moses (admitted *pro hac vice*) |
| (310) 855-3000 | |
| mgottlieb@willkie.com | 2049 Century Park East, Suite 1700 |
| | Los Angeles, CA 90067 |
| Kristin E. Bender | (310) 312-4000 |
| 1875 K Street NW | ehudson@manatt.com |
| Washington, DC 20006 | sroeser@manatt.com |
| (202) 303-1000 | smoses@manatt.com |
| kbender@willkie.com | |
| | Matthew F. Bruno |
| Aaron E. Nathan | 7 Times Square |

---

[1] In its November 26, 2025 Order, the Court directed the Clerk of Court to unseal, among other things, Dkt. Nos. 874-3, 874-5, 874-6, 874-7, 874-8, 874-9, 874-11, 874-16, 874-17, 874-45, 874-46, 874-47, 874-48, 874-49, and 874-50. (Dkt No. 1027, at 12.) These exhibits remain under seal and are included as part of this filing, with all PII redacted.

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

Michaela A. Connolly
Melissa Taustine
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*