# EXHIBIT 6

Filed Under Seal

CONFIDENTIAL

Page 1

1         UNITED STATES DISTRICT COURT
2       FOR THE SOUTHERN DISTRICT OF NEW YORK
3                  ---oOo---
4
5  BLAKE LIVELY,
6            Plaintiff,
7     vs.      CASE NO. 24-CV-10049-LJL (LEAD CASE)
                        25-CV-449 (LJL) (MEMBER CASE)
8
   WAYFARER STUDIOS LLC, ET AL.
9
              Defendants.
10 _____
   JENNIFER ABEL,
11           Third-party Plaintiff,
     vs.
12 JONESWORKS, LLC,
              Third-party Defendant.
13 _____
   WAYFARER STUDIOS LLC, et al.
14           Consolidated Plaintiffs,
     vs.
15 BLAKE LIVELY, et al.
              Consolidated Defendants.
16 _____
17
18              **CONFIDENTIAL**
19
20    VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI
21            Los Angeles, California
22            Monday, October 6, 2025
23 Stenographically Reported by:  Ashley Soevyn,
   CALIFORNIA CSR No. 12019
24
25

CONFIDENTIAL

Page 54

1  BY MS. SHAH:
2       Q    I want to come back to the -- your use of
3  Signal.
4       A    Uh-huh.
5       Q    I think you testified earlier this
6  morning that you had never used Signal before
7  Blake's complaint was filed in December of 2024.
8            Am I getting that correct?
9       A    I had the app, but I wasn't a
10 participant, like, doing anything on the app.
11      Q    Do you recall when you downloaded the
12 app?
13      A    I recall two different times that I had
14 downloaded the app.  The first time I ever heard of
15 Signal was from Stephanie Jones.  And I don't know
16 how long ago that was.  I feel like that was -- I
17 close my eyes sometimes because I visualize so I
18 understand where I am.  I believe it was in 20 -- I
19 think it was around 2020.
20           She had told me that was her preferred
21 method of communication, but we never communicated
22 on Signal.  And then -- and then I think your phone
23 just gets rid of it when you don't use it.  And then
24 I downloaded it again.  I joined a men's group and
25 they had their group on Signal.  But then I was

CONFIDENTIAL

Page 55

1  unable to join officially the men's group so I never
2  joined that group on Signal.  And then so it was
3  just kind of an app that was there.
4          And then I downloaded it probably the day
5  after or two days after the New York Times article
6  and the lawsuit.
7      Q   When you downloaded it a day or two after
8  the New York Times article and the lawsuit, why did
9  you do that?
10     A   I believe it was a group decision to move
11 all of our chats to Signal.
12     Q   Who was in that group that made that
13 group decision?
14     A   My attorneys.  I believe all the
15 defendants here.
16     Q   Melissa Nathan?
17     A   Yes.
18     Q   Jen Abel?
19     A   Yes.
20     Q   Jamey Heath?
21     A   Yes.
22     Q   Steve Sarowitz?
23     A   I think he eventually joined, yes.
24     Q   But not at first?
25     A   Steve is always in his own world.