# EXHIBIT 17

Filed Under Seal

| | |
|---|---|
| **From:** | Jennifer Abel <█████████████████> |
| **Sent:** | Wed, 31 Jul 2024 00:17:49 -0400 (EDT) |
| **To:** | Mitz Toskovic <██████████>; "███████████████████> |
| **Cc:** | Jamey Heath <███████████>; ███████████████> |
| **Subject:** | Re: TIMELINE |
| **Attachments:** | TIMELINE _1dsT6bbbEgacFSjd6a5pqeUaZU1q82goAbXLh-a6NF5w.xlsx |

It opens for me! Thanks for sending mitz. Will review with fresh eyes tomorrow.

**From:** Mitz Toskovic <██████████████>
**Sent:** Tuesday, July 30, 2024 9:11:26 PM
**To:** █████████████████>
**Cc:** Jennifer Abel <██████████████>; Jamey Heath <████████████████>; Tera Hanks <███████████████>
**Subject:** TIMELINE

Hi Melissa,

My name is Mitz, I work closely with jamey at Wayfarer Studios. I'm sure we will chat more later this week. Looking forward to meeting you.

We've started putting a timeline of events over the last 2 years.

This is a WIP and needs some cleaning up but sharing with you so you can start to get up to speed.

Please let me know if you have any questions!

@Jennifer Abel let me know best way to share this with you. For some reason google sheets doesnt like your email.

Talk soon,


**Mitz Tošković**
█████████

HEATH_000046882

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 12/14/2022 | JB flies out to NY to meet BL in person | Meeting goes well spent about 3 hours talking about script. she loved it. Said her nanny first shared with her how popular the book was and how exciting this oportunity was | | | | | |
| | PRE PRODUCTION | 3/6/2023 | Justin Flew to Jersey to brgin prep | | | | | | |
| | | 3/20/2023 | JB first meets with Lizzy Talbot - intimacy coordinator | | | | | | |
| | | 3/29/2023 | JB reached out to jennifer (wellness coach) to request a probiotic recommendation for BL as she was breastfeeding and taking antibiotics | | | | | | |
| | sometime between 4/21/2023 - 04/24/2023 | 4/4/2023 | JB reaches out to BL regarding planning for sex scenes | need to find actual text to BL but JB and JH spoke about this via text so more than likely text was sent to BL on same day | link to text with JB and JH drafting text to send to BL discussing the need to talk about "sex scenes and Body comfort" | | | | |
| | PRE PRODUCTION | sometime between 4/21/2023 - 04/24/2023 | Justin had a phone call with Blake's trainer and asked about her weight | | | | | | |
| | PRE PRODUCTION | somewhere around 4/25/2023 | Justin had the conversation with Blake and Ryan regarding her weight | Justin went over to Ryan and Blakes penthouse and ryan unloaded on Justin how horrible it was that justin would ask about a womens weight. Claimed that JB was fat shaming Blake. Justin was completely emaraassed and apologozed and even shared some tears. Taylor swift and hugh jackman were also present in the apt at the time | | | | | |
| | | 4/26/2023 | Eric daman (costume designer) meets with blake to go through wardrobe. | Eric shares that wardrobe fittings are moving slowly and he is worried about getting everything done in time | Link to text w/ Jamey and alex re: Wardrobe fitting | | | | |
| | REHEARSAL @Production Office | 4/26/2023 | Justin and Blake worked on the script and had rehearsal | Justin and Jamey met with Blake at the production office | | | | | |
| | | | Justin makes comments about praying for BL's father | BL later includued this as one of the infractions in her all hands meeting before phase 2 | | | | | |
| | | 5/1/2023 | Alex expresses concerns about Blake changing scenes | Alex says "She's fixing the script. She is now directing the movie. This is Bad" | Link to text with jamey and Alex about Blake "directing" | | | | |
| Prep | HR TRAINING MEETING | 5/5/2023 | | respect in the workplace meeting | | | | | |
| | | 5/7/2023 | BL informed production that her baby is ill and that she would not be able to travel to Las Vegas | Interesting note is that Blake was seen at Taylor Swift concert on 5/13/23

Alex says re jamey in text "The other part of me is wondering if this is a rouse getting to her ultimately pulling out of the movie later this week when the strike escalates"

depicting the friction already | Link to tex with Jamey and alex worried about BL's willingness to travel | | | | |
| | VEGAS | 5/8/2023 | VEGAS SHOOT CANCELLED DUE TO BLAKE'S CHILD BEING SICK | this delayed shot for 1 week also cost production $$ | | | | | |
| | REHEARSAL @Production Office | 5/11/2023 | Justin recorded rehearsal with Jenny | Jenny called out tat she was not comfortable wih this | | | | | |
| | PRE PRODUCTION | 5/12/2023 | Justin and Blake potentially met to write pink draft (Blake's house?) | Table Read | | | | | |
| SHOOT DAY #1 | City Hall/ Ryle's Car - Memorial Service Scene | 5/15/2023 | paprazzi photos had been published showing unflatering photos of blake lively | This sent Sony, producers and Justin in a frenzy because they had long felt that the wardrobe choices Bl was making were not in the best interest of the film. There was alot of chatter about how to get BL to comprromise on wardrobe | LINK TO PHOTOS from set that day     LINK TO TEXTS w/ Producers discussing wardrobe (Alex/Jamey) | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SHOOT DAY #2 | Lily's Car/ Andrew's Resting Place | 5/16/2023 | Meeting in BL trailer regarding wardrobe concern (JB tears up) JH looked in her direction while in Trailer | "in the morning JB and BL dsicussed production wardrobe and BL made some remark about how taylorswift said "the fans dont know what they want until you give it to them" in defense of her wardrobe choices which were being trashed online. further she paid JB a compliment on this day and JB in hearing it teared up. this would later be weaponized against him as BL would insist that JB was in her trailer sobbing about how She looks OLD" Later that day BL had requested to meet with Jamey, Justin, Alex and Ange after wrap. Jamey knocked on her trailer and she let him in. In the room was her hair/makeup team and her assistant and/or nanny (Blake later took issue with this). Jamey and Blake spoke about when the meeting would take place. Blake would not adjust her turnaround time and instead insisted that we meet tonight. After Blake finished taking her makeup they had the meeting in blakes makeup trailer. The "Lookbook Convo" | | | | |
| Shoot day #3 | Lily Blooms | 5/17/2023 | | Today we shot at our Lily Bloom's flower shop location. We completed all of the scheduled scenes, although we did not shoot scene A27, which was "if time permits." | | | | |
| Shoot day #4 | Lily Bloom/ Atlas confessing his love in front of car/ Alyssa and Lily fix up lily blooms | 5/18/2023 | | This is the day that Justin would have said sexy to Jenny. She is wearing black leather pants while doing the cleaning lily blooms montage | | | | |
| Shoot day #5 | Hospital day | 5/19/2023 | | JB texts blake. " Just wanted to check on you this morning after last night. Feeling OK? Anything I can have ready for you on set?"" | | | | |
| SHOOT DAY #6 | Hospital day | 5/22/2023 | Crew Badges Became Mandatory and then had to include a photo | Blake requested that everyone in crew wear nametag badges with photos. Said this was standard protocol on all sets. This was not a standard practice that anyone else on set was familiar with. Wayfarer of course accomodated this request | | | | |
| SHOOT DAY #7 | Boston Bar Karaoke Scene (revelation about brohter, karaoke, montage of slow dance) | 5/23/2023 | Justin made "sexy" comments Jamey showed birth video | Sexy comment happened on set in between takes while JB was giving direction At the end of day 9P, JB sends text to BL "I'm not going to tell you that you were amazing because you tease me for being so sentimental - but you were amazing today." BL to JB reply: "Thank you. I do appreciate it. I'm just a ball buster but it means a lot to me. I care a great deal. And always want to deliver. You were terrific. I'm proud of everything we did today, but really every day." | | | | |
| SHOOT DAY # 8 & #9 | Marshall and Ryle show up to help Lily and Alyssa at Lily Bloom's. | 5/24/23 - 5/25/23 | | MAYBE when BL and JS call ange. Ange informs JB & JH that they called to complain about sexy comment and birth video | | | | |
| | CANCELLED CALL - COVID | 05/26-05/31/2023 | Blake covid shut down day | Blake contracted Covid | | | | |
| | | 5/31/2023 | JB apologises again to BL and JS via a text sent through Alex saks that he is aware of their concern regarding the sexy comment | | | | | |
| SHOOT DAY #10 | Atlas House | 6/1/2023 | Production resumed shooting | Blake took Alex, Justin, and Jamey to her trailer to discuss the complaints she had about them these complaints included 1. sexy comment, 2. JH showing the birth scene, 3. Told JB that he should not cry anymore 4. told JH tht he looked at her in the trailer 5. says that she was offended that JH asked ms lively sister for a hug and then minimized HR concerns 6. She also mentioned something to alex saks that i cant recall BL | | | | |
| | | 6/3/2023 | BL invites JB into her trailer while she is pumping | | | | | |
| SHOOT DAY #11 | Alyssa's Loft Party Scene | 6/2/2023 | Justin and Blake potentially met to make script changes at her apt. AJ emailed yellow revised pages that night | | | | | |
| | | 6/3/2023 | Jamey calls Julie Bloom to let her know we are letting her go. He goes on to say "she is pissed" | Alex, jamey and jsutin had already spoken the replacement AD Alex finch about coming on board. | Link to text w jamey and alex discussing letting Julie (1AD) go jamey says "she is pissed" | | | |
| SHOOT DAY #12 | Atlas Apartment (Sat shoot) | 6/3/2023 | Mirror Shower Scene (Sc. 91) | this would be the first "nudity scene" of production. Lindsey gotlieb (blakes lawyer) took issue with this as at the time a nudity rider had NOT been signed. | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SHOOT DAY #13 | Farmer's Market | 6/5/2023 | STRIKE SHUT DOWN DAY | picketers shut down set. we tried to add ferry sc. which would put us far away from the picketers but Blake wouldnt' cross picket line. | | | | | |
| SHOOT DAY #15 & #16 | The Root | 6/7/2023-06/08/2023 | Resumed shooting at The Root due to bad air quality | Justin and Alex had their thing on set. Alex insisted that JB already had the shot and did not need to do another take. JB sternly responded that "I will decide".<br><br>Alex ended up leaving set shortly thereafter | | | | | |
| | | 6/13/2023 | 1AD alex finch and team are diligently working on plan to complete shooting before SAG strike on 6/30/23 | | Link to email from Alex finch to team with plan to finish blake out by 6/23/23 | | | | |
| | PRODUCTION SHUT DOWN | 06/13-06/14/2023 | STRIKE SHUT DOWN | Justin and Jamey emailed the crew saying we were wrapped. the strikes wold not allow for us to continue production and we were bleeding money | | | | | |
| | | 6/14/2023 | BL flies to london refuses to return to work. | her resp at the teim told us plainly that we can sue her to retrn to work but "she would not be happy" | | | | | |
| SHOOT DAY #17-#21 | PRODUCTION RESUMES | 6/16/2023 | Production resumes (Without Blake, young cast only) | | | | | | |
| | WRAP PHASE 1 | 6/27/2023 | | | | | | | |
| Phase 1 ENDS | | | | | | | | | |
| | | 8/8/2023 | JB texts BL to let her know that it was his last day in the edit. and say HBD | JB texts BL to let her know that it was his last day in the edit. He is really pleased with what we have so far and shared with BL his favorite scene. also says happy birthday<br><br>this speaks to the status of relationship between BL and JB after phase 1<br><br>(BL did not respond) | Link to text Justin to jamey w screenshot of message to Bl | | | | |
| | | 10/14/2023 | JB sent latest approved SONY script to department heads to use for schedule and budget | IEWU GREEN SCRIPT | | | | | |
| | PHASE 2 FAST PREP BEGINS ON THE GROUND | 10/29/2023 | EP/UPM Travels to NJ | | | | | | |
| | PREP IN NJ | 11/5/2023 | Justin, Jamey and John Logan traveled to New Jersey | | | | | | |
| | Protection letter | 11/9/2023 | Lindsey sent CONFIDENTIAL protection letter to Wafyarer on behalf of BL | | | | | | |
| | PHASE 2 PREP PAUSED | 11/15/2023 | Shooting pushed to January due to Blake not willing to work | | | | | | |
| | | 11/17/2023 | Jamey and Justin travel back to LA | | | | | | |
| | | 11/21/2023 | Brought on Todd Black | | | | | | |
| | | 11/22/2023 | Crew informed are pushing phase 2 production to January and prep is pushing to mid December | | | | | | |
| | Protection letter | 11/28/2023 | Imene and Lindsey agree VIA email to the 17 point protection letter (Its not signed until 1/18 though) | | | | | | |
| | PREP IN NJ RESUMES | 12/11/2023-12/22/2023 | | | | | | | |
| | | 12/13/2023 | BL working on script revisions | It was widely understood by those in production that BL was working on script revisions. Which delayed prep and expanded on budget | Link to email from Andrea Aiemian to Sony re: budget | | | | |
| | | 12/28/2023 | BL reached out to JB for a meeting prior to return to production | there is no mention about the nature of this meeting and what would be covered | Link to screenshot of email from BL to JB about setting meeting | | | | |
| | PHASE 2 TRAVEL | 1/2/2024 | All LA crew traveled to NJ | | | | | | |
| | PREP IN NJ | 1/4/2024 | Meeting at Blake's house with Blake, Ryan, Justin, Jamey, Ange, Alex and Todd . Where Blake and Ryan expressed all of their feelings. | | | | | | |
| SHOOT DAY #22 | Waterfront date montage | 1/5/2024 | First day of Phase 2 | | | | | | |
| | | 1/7/2024 | BL sent script revisions day before shooting | BL sent JB and production team script revision day before shootin. with cuts and changes that she deems fit. This is highly irregular behaviour by an actor. This also make it near impossible for production to be preapred when script is being changed less than 24 hours before shooting | Link to email from BL to ib and producers with new script pages on 1/7/24 | | | | |
| | Protection letter | 1/18/2024 | Protection letter signeed BY BL<br>Nudity Rider signed By BL | | | | | | |
| | NJ WRAP | 1/26/2024 | Last day shooting in NJ | | | | | | |
| | LA PREP BEGINS | 1/29/2024 | Director's Scout | | | | | | |
| | | 2/5/2024 | BL send JB and producers script revisions | this is 2 days prior to shooting. She is stepping in as the director and not looking for input from JB | Link to Email from BL to JB and producers with new script pages | | | | |
| SHOOT DAY #36 & #37 | LA Rooftop | 2/7/2024 - 02/08/2024 | | | | | | | |
| PRODUCTIO N WRAPS | | 2/9/2024 | PRODUCTION WRAPS | | | | | | |
| | | | Justin directors Cut period begins | 10 wk period | | | | | |
| | | | WF informed by Sony that BL wants time in the edit room to work w/ JB | otherwise she wouldnt stand behind the picture | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | WF/JB allows BL to join him | | | | | | |
| | | | BL did not show for first day in the edit w/ JB | | | | | | |
| | | | BL joins Justin in the Edit (1 day) | Blake was in the edit for only 1 day with Justin, Oona and Rob. She did not show for any days thereafter | | | | | |
| Test screening | Sony Lot | 3/8/2024 | JB - Friends & Family Overall score: 88% | not an official test screening. Only did score cards and uploaded results HERE shared score cards with BL directly after screening | | | | | |
| | | | BL requests to work on film w/o JB | WF agreed to give her 4 days to work through her ideas BL worked with editors Oona and Rob during this period | | | | | |
| | | 4/22 - 5/1 | BL granted time with the edit on her own (NO JB) | | | Link to email from JL to Lisa Rodgers confirming BL's time in the edit | | | |
| | | | BL requests more time in the edit w/o JB | BL extended her time with the edit. this was done under the threat that she would not promote the movie otherwise | | | | | |
| Test screening | Denver, CO | 3/28/2024 | JB - Denver Test Screening #1 Overall Score: 76% | 1 person from BL maximum effort team attended screening (adi?) | | | | | |
| | | | | | | | | | |
| Trailer Release | | 5/2/2024 | Trailer release BL threatens to hold up trailer release in order to get more time in the edit | BL woould not approve the trailer. we had also wanted to use Taylor swift song and BL threatened to call taylor and not allow it. | | | | | |
| | | 5/3/2024 | WF granted BL more time in the edit BL brings on new editor Shane Reid | WF approved BL to work with new editor Shane Reid for 5/3/24 - 5/8/24 | | | | | |
| | | 5/3/2024 | Alex shares concern with Jamey that Blake will want directing credit | Speaks to motive for Jb and wayfarer feeling that we need to protect Justin from unknowable claims Blake might have | | Link to text with Jamey and Alex re: Blake taking over | | | |
| | Sony Lot | 5/6/2024 | Trailer Launch influencer event @ Sony Dinner Colleen, Tarryn, Justin & Jamey after | JB divulges to CH ALL the behind the scenes drama that went down. Tells her about the "sexy" comment. Both CH and her friend Tarry are empathetic to the situation | | | | | |
| | | | Colleen Calls Brandon Sklenar and divulges details of the dinner CH had with JB, Justin and Tarryn Fisherto him. We later hear from BL/RR that this dinner made her uncomfortable | | | | | | |
| Test screening | Aliso Viejo | 5/13/2024 | JB Aliso Viejo Test Screening #2 Overall score: 86% | | | | | | |
| Test screening | New York | 5/24/2024 | BL Friends & Family screening overall low score | Todd black, Colleen, bradley cooper, ryan R, Shawn levy, gigi present. We didnt find out CH woulbe there until after Todd black told JH. This was a surprise as Colleen had NO relationship with BL up until this point | | | | | |
| | | 5/28/2024 | JH text with CH | Colleen responded to JH text and said that she doesnt want to be in the middle and that we should find a way to work together | | | | | |
| | | | BL told Josh she would NOT do any press with JB | | | | | | |
| Test screening | Aliso Viejo | 5/30/2024 | BL Aliso Viejo Test Screening #3 Overall Score: 83% | Josh G, Ange G, JB and JH attended screening. They were thrown by Josh G that CH is working with BL. He also said BL informed him that CH wont promote this movie either unless we use Blakes Cut (which she was involved with in giving notes and feedback) | | Link to text w jamey and alex discussing BL not backing down about having final cut | | | |
| | | 5/31/2024 | Jamey shares with Alex that despite JBs cut testing higher BL went back down and wants her cut to be used | Alex asks asked to link to view BL's cut of the film and JH told her thateverything needs to be approved by BL. Illustrating just how much power she had | | Link to text w jamey and alex discussing BL not backing down about having final cut | | | |
| Personnel Changes | | 6/3/2024 | Oona and Rob (original editors) are let go replaced by BL with Shane Reid | Oona cried and was angry about this decision | | | | | |
| Test screening | Torrance CA | 6/6/2024 | BL Torrance Test screening #4 Overall score: 81% | this out went back to JB's original out mostly | | | | | |
| Personnel Changes | | | BL brings on new composers Rob and Duncan | Brian Tyler (composer) is fired | | | | | |
| Book Bonanza | | 6/13/2024 | Book Bonanza | BL, CH, Brandon Sklenar, Isabela Ferrer, Alex Saks attend book bonanza in TX. Sony was NOT aware that brandon and isabela would attend. this was something that BL personally paid for (their travel and hotel) After conversation Alex saks had with Brandon Sklenar, AS informed Todd Black that she would no longer be speaking with WF. JH reached out and she did not respond to any texts or calls Per Todd's conversation with Alex, todd understood that none of the cast present would be doing any press with JB (brandon sklenar, Colleen, isabela). | | | | | |
| | | | Josh G speaks to BL about Book Bonanza | Josh G speaks to BL and BL states that she thinks JB should continue to do press and she will take a picture at the premiere. But she did not want to do any press with him. She also told Josh that the younger cast does NOT know anything. ONLY her inner circle was in the loop on the drama. | | | | | |

TIMELINE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | BL fires Bryan tyler (composer) and Editors (oona and Robb) | brings her own composer Robb and Duncan and Shane to edit | | | | | |
| | | 6/20/2024 | BL granted Producer credit by Wayfarer and Sony | BL reached out requesting that he be a named producer on the film. Wayfarer said oky | | | | | |
| | | | BL reached out to JG to demand that JB and JH write letter to PGA | | | | | | |
| | | | JH converyed to JG that wayfarer JH and JB would not be writing a letter to the PGA on her behalf | BL then says "any good will I had left for JB is now gone" | | | | | |
| | | 6/25/2024 | JH reched out to BL to request a phone call to share feelings surround the PGA letter and the request | BL refused to get on a call | Link to text from Jamey to BL and TB re PGA letter | | | | |
| | | 6/27/2024 | JB and JH send PGA letter on behalf of BL for the PGA mark | He also sent an internal email to say that they only did this because of extortion levied by BL | | | | | |
| Coffee Table Book | | 7/7/2024 | Lindsey sent Cease & Desist letter to WF re: Coffee Table making of IEWU book | BL team saw presale flyers for the book and saw that Blake lively's name was on the cover. Additionally her body double was used on one of the collage images on the cover. IM responded to Lindsey on the same day to let her know that we will remove her name and images from the books | | | | | |
| Coffee Table Book | | 7/9/2024 | CH reached out to johanna/Atria to inquire about the book | CH was concernced that she did not realize that none of the cast was included in the book. She didnt feel comfortable with this | | | | | |
| Coffee Table Book | | | Atria emails JH to let him know they are pulling teh Coffee Table book and wont publish | johanna was really dissapointed and text CH context as to why cast was not included in the book. She also said "Blake Wins" | | | | | |
| RogerEbert | | 7/10/2024 | RogerEbert Interview discussion with Company 3 | JB reached out to Stefan Sonnenfeld to request to do a mock coloring session for IEWU for the Roger ebert "day in the life" interview. SS texted blake to "warn" her. BL messsage JG, JG called JH to coorvey that BL was not happy JB was doing a coloring session when he "didnt do the work" | | | | | |
| RR | | | Ryan Reynolds calls Patrick Whitesall (WME) | RR reached out to Patrick to tell him "their side of the story" | | | | | |
| RR | | | Ryan Reynolds speaks to Danny Greenberg | RR call JB a deranged predator he also says that they want to put this fiasco behind them and dont want anything to do with JB after August 9. RR mentions that no one from the cast and CH want him at the premiere. He asks DG why he is coming | | | | | |
| Premiere | | | Josh G calls Jamey to let him know BL threatened to not attend premiere if JB goes | Josh G calls Jamey to let him know BL threatened to not attend premiere if JB goes | | | | | |
| Premiere | | | JH speaks to Josh to let him know JB/WF will be attending | JH speaks to Josh to let him know JB/WF will be attending | | | | | |
| Junket | | 7/30/2024 | BL team tells SONY that JB needs junket on separate day | Josh, gloria, danni get on call with JA and JH to let us know that sony will be planning a seperate junket day for JB. JA pushed back and they agreed to keep it on the same day and have JB do junket from his own hotel (not at the four seasons) | | | | | |
| CRISIS PR | | 8/3/2024 | Wayfarer officially onboards TAG pr firm and Street relations | | | | | | |
| Premiere | | 8/6/2024 | BL refuses to walk red carpet with JB or be in same theater | Wayfarer reluctantly agreed to walk the carpet during sepearte times and have speerate screenings for wayfarer/JB and Blake and rest of teh cast in main theater together. BL + CH gave a speech in theater and mention Wayfarer in speech (i think there is a recording). Sony attends Blakes theater. Blake also refused to allow Wayfarer or jsutin to attend afer party - which was paid for Wayfarer and sony 50/50. Wayfarer compromised and organized its own after party with 24 hour notice. Cast an crew were confued by this | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| | | 12/14/2022 | JB flies out to NY to meet BL in person |
| | PRE PRODUCTION | 3/6/2023 | Justin Flew to Jersey to brgin prep |
| | | 3/20/2023 | JB first meets with Lizzy Talbot - intimacy coordinator |
| | | 3/29/2023 | JB reached out to jennfer (wellness coach) to request a probiotic recommendation for BL as she was breastfeeding and taking antibiotics |
| | sometime between 4/21/2023 - 04/24/2023 | 4/4/2023 | JB reaches out to BL regarding planning for sex scenes |
| | PRE PRODUCTION | sometime between 4/21/2023 - 04/24/2023 | Justin had a phone call with Blake's trainer and asked about her weight |
| | PRE PRODUCTION | somewhere around 4/25/2023 | Justin had the conversation with Blake and Ryan regarding her weight |
| | | 4/26/2023 | Eric daman (costume designer) meets with blake to go throguh wardrobe. |
| | REHEARSAL @Production Office | 4/26/2023 | Justin and Blake worked on the script and had rehearsal |

| | | | Justin makes comments about praying for BL's father (??) |
|---|---|---|---|
| | | 5/1/2023 | Alex expresses concerns about Blake changing scenes |
| Prep | HR TRAINING MEETING | 5/5/2023 | |
| | | 5/7/2023 | BL informed production that her baby is ill and that she would not be able to travel to Las Vegas |
| | VEGAS | 5/8/2023 | VEGAS SHOOT CANCELLED DUE TO BLAKE'S CHILD BEING SICK |
| | REHEARSAL @Production Office | 5/11/2023 | Justin recorded rehearsal with Jenny |
| | PRE PRODUCTION | 5/12/2023 | Justin and Blake potentially met to write pink draft (Blake's house?) |
| SHOOT DAY #1 | City Hall/ Ryle's Car - Memorial Service Scene | 5/15/2023 | paprazzi photos had been published showing unflatering photos of blake lively |
| SHOOT DAY #2 | Lily's Car/ Andrew's Resting Place | 5/16/2023 | Meeting in BL trailer regarding wardrobe concern (JB tears up)   JH looked in her direction wihle in Trailer |
| Shoot day #3 | Lily Blooms | 5/17/2023 | |
| Shoot day #4 | Lily Bloom/ Atlas confessing his love in front of car/ Alyssa and Lily fix up lily blooms | 5/18/2023 | |
| Shoot day #5 | Hospital day | 5/19/2023 | |
| SHOOT DAY #6 | Hospital day | 5/22/2023 | Crew Badges Became Mandatory and then had to include a photo |
| SHOOT DAY # 7 | BAR scene | 5/23/2023 | Boston Bar Karaoke Scene (revelation about brohter, karaoke, montage of slow dance) |
| SHOOT DAY # 8 & #9 | Marshall and Ryle show up to help Lily and Alyssa at Lily Bloom's. | 5/24/23 - 5/25/23 | We Learn she got Covid end of day |
| | CANCELLED CALL - COVID | 05/26-05/31/2023 | Blake covid shut down day |

| | | | |
|---|---|---|---|
| | | 5/29/2023 | BL calls ange to say<br>she was upset that she had covid<br>Justin made "sexy" comments<br>Jamey showed birth video<br>concerns about Julie bloom |
| | | 5/31/2023 | JB apologises again to BL and JS via a text sent through Alex saks that he is aware of their concern regarding the sexy comment |
| SHOOT DAY # 10 | Atlas House | 6/1/2023 | Production resumed shooting |
| SHOOT DAY #11 | Alyssa's Loft Party Scene | 6/2/2023 | Justin and Blake potentially met to make script changes at her apt. AJ emailed yellow revised pages that night |
| | | 6/3/2023 | Jamey calls Julie Bloom to let her know we are letting her go.<br>He goes on to say "she is pissed" |
| | | 6/3/2023 | BL invites JB into her trailer while she is pumping |
| SHOOT DAY #12 | Atlas Apartment (Sat shoot) | 6/3/2023 | Mirror Shower Scene (Sc. 91) |
| SHOOT DAY #13 | Farmer's Market | 6/5/2023 | STRIKE SHUT DOWN DAY |
| SHOOT DAY #15 & #16 | The Root | 6/7/2023-6/08/2023 | Resumed shooting at The Root due to bad air quality there are no strikes |
| | | 6/13/2023 | 1AD alex finch and team are diligently working on plan to complete shooting before SAG strike on 6/30/23 |
| | PRODUCTION SHUT DOWN | 06/13-06/14/2023 | STRIKE SHUT DOWN |
| | | 6/14/2023 | BL says she is going to london refuses to return to work. |
| | | | BL requests dailies. JB does not send them but send her 5 hr playlist instead |

| | PRODUCTION RESUMES | 6/16/2023 | Prep begins (Without Blake, young cast only)  crew begins prep for shooting tehh young cast |
|---|---|---|---|
| SHOOT DAY #17-#21 | WRAP PHASE 1 | 6/21/23 - 6/27/2023 | production resumes. shoot all scenes with young cast |
| Phase 1 ENDS | | | |
| | | | BL requests dailies. JB says he is not ready to send (or something like that) |
| | | 8/8/2023 | JB texts BL to let her know that it was his last day in the edit. and says HBD to BL. |
| | | 10/14/2023 | JB sent latest approved SONY script to department heads to use for schedule and budget |
| | | | Blakes agent and manager reach out to Jamey to request that JB fly out to Ny this week to show BL a rough cut of the film. JB was not able to drop everything and fly out. Instead said that he would be in NY in a few short weeks (11/5) for prep and would show her then |
| | PHASE 2 FAST PREP BEGINS ON THE GROUND | 10/29/2023 | EP/UPM Travels to NJ |
| | PREP IN NJ | 11/5/2023 | Justin, Jamey and John Logan traveled to New Jersey |
| | Protection letter | 11/9/2023 | Lindsey sent CONFIDENTAL protection letter to Wafyarer on behalf of BL |
| | PHASE 2 PREP PAUSED | 11/15/2023 | Shooting pushed to december due to Blake not willing to work |
| | | 11/17/2023 | Jamey and Justin travel back to LA |
| | | 11/21/2023 | Brought on Todd Black |
| | | 11/22/2023 | Crew informed we are pushing phase 2 production to January and prep is pushing to mid December |
| | Protection letter | 11/28/2023 | Imene and Lindsey agree VIA email to the 17 point protection letter (Its not signed until 1/18 though) |
| | PREP IN NJ RESUMES | 12/11/2023-12/22/2023 | |
| | | 12/13/2023 | BL working on script revisions |
| | | 12/28/2023 | BL reached out to JB to set a meeting prior to return to production |
| | PHASE 2 TRAVEL | 1/2/2024 | All LA crew traveled to NJ |

| | | | |
|---|---|---|---|
| | PREP IN NJ | 1/4/2024 | Meeting at Blake's house with Blake, Ryan, Justin, Jamey, Ange, Alex and Todd . Where Blake and Ryan expressed all of their feelings. |
| SHOOT DAY #22 | Waterfront date montage | 1/5/2024 | First day of Phase 2 |
| | | 1/7/2024 | BL sent script revisions day before shooting |
| | Protection letter + nudity rider | 1/18/2024 | Protection letter signeed BY BL<br>Nudity Rider signed By BL |
| | NJ WRAP | 1/26/2024 | Last day shooting in NJ |
| | LA PREP BEGINS | 1/29/2024 | Director's Scout |
| | | 2/5/2024 | BL send JB and producers script revisions |
| SHOOT DAY #36 & #37 | LA Rooftop | 2/7/2024 - 02/08/2024 | |
| PRODUCTION WRAPS | | 2/9/2024 | PRODUCTION WRAPS |
| | | | Justin directors Cut period begins |
| | | | WF informed by Sony that BL wants time in the edit room to work w/ JB |
| | | | WF/JB allows BL to join him |
| | | | BL did not show for first day in the edit w/ JB |
| | | | BL joins Justin in the Edit<br>(1 day) |
| Test screening | Sony Lot | 3/8/2024 | JB - Friends & Family<br>Overall score: 88% |
| | | | BL requests to work on film w/o JB |
| Test screening | Denver, CO | 3/28/2024 | JB  - Denver Test screening #1<br>Overall Score: 76% |
| | | 4/22 - 5/1 | BL granted time with the edit on her own (NO JB) |
| | | | BL requests more time in the edit w/o JB |
| Trailer Release | | 5/2/2024 | Trailer release<br>BL threatens to hold up trailer release in order to get more time in the edit |
| | | 5/3/2024 | WF granted BL more time in the edit.<br>BL brings on new editor Shane Reid |
| | | 5/3/2024 | Alex shares concern with Jamey that Blake will want directing credit |
| | Sony Lot | 5/6/2024 | Trailer Launch influencer event @ Sony<br>Dinner after with Colleen, Tarryn, Justin & Jamey |

| | | | |
|---|---|---|---|
| | | | Colleen Calls Brandon Sklenar and divulges details of the dinner she had with JB, JH and Tarryn. We later hear from BL/RR that this dinner made her uncomfortable |
| Test screening | Aliso Viejo | 5/13/2024 | JB Aliso Viejo Test Screening #2 **Overall score: 86%** |
| Test screening | New York | 5/24/2024 | BL Friends & Family screening colleen, bradley cooper, shawn levy Ryan reynolds, todd black in attendance (score was not disclosed) |
| | | 5/28/2024 | JH text with CH asking what she thought of the film. WF was not aware that she would be in attendance and found this surprising that BL reached out to CH. CH responds that she doesnt want to be in the middle. Which felt odd as JH had a really great relationship with CH and the question was only about the film |
| | | | BL told Josh she would NOT do any press with JB |
| Test screening | Aliso Viejo | 5/30/2024 | BL Aliso Viejo Test Screening #3 **Overall score: 83%** |
| | | 5/31/2024 | Jamey shares with Alex that despite JBs cut testing higher BL wont back down and wants her cut to be used |
| Test screening | Torrance CA | 6/6/2024 | BL Torrance Test screening #4 **Overall score: 81%** |
| Book Bonanza | | 6/13/2024 | Book Bonanza |
| | | | Josh G speaks to BL about Book Bonanza |
| | | | BL fires Bryan tyler (composer) and Edtors (oona and Robb) |
| Personnel Changes | | 6/3/2024 | Oona and Rob (original editors) were let go replaced by BL with Shane Reid |
| Personnel Changes | | | BL brings on new composers Rob and Duncan |
| | | 6/20/2024 | BL granted Producer credit by Wayfarer and Sony |
| | | | BL reached out to JG to demand that JB and JH write letter to PGA |
| | | | JH converyed to JG that wayfarer JH and JB would not be writing a letter to the PGA on her behalf |

| | | | |
|---|---|---|---|
| | | 6/25/2024 | JH reached out to BL to request a phone call to share feelings about the PGA request and hopefully find some common ground. |
| | | 6/27/2024 | JB and JH send PGA letter on behalf of BL for the PGA mark |
| Coffee Table Book | | 7/7/2024 | Lindsey sent Cease & Desist letter to WF re: Coffee Table making of IEWU book.<br>The publisher accidently included a pic of the back of BL's stunt doubles head ont he cover as part of a collage of photos from set.<br>the cover also included BLs name "now a motion picture starring blake lively"<br>she had previously stated that she did not want to be involved. We agreed and let the publisher know.<br>the publisher acknowledged this was a mistake.<br>WF provided BLs lawyer with the interior pages of the book to show that there was no photos of blake nor mentions of her in the book. |
| Coffee Table Book | | 7/9/2024 | CH reached out to johanna/Atria to inquire about the book |
| Coffee Table Book | | | Atria emails JH to let him know they are pulling the Coffee Table book and wont publish |
| RogerEbert | | 7/10/2024 | RogerEbert Interview discussion with Company 3 |
| RR | | | Ryan Reynolds calls Patrick Whitesall (WME) - says unkind things about JB. calls him names. |
| RR | | | Ryan Reynolds requests to speak to Danny Greenberg (JBs agent). Danny argees. during the call RR calls JB a sexual predator. danny does his best to make him see reason. |
| Premiere | | | Josh G calls Jamey to let him know BL threatened to not attend premiere if JB goes |
| Premiere | | | JH speaks to Josh to let him know JB/WF will be attending |
| Junket | New York | 7/30/2024 | BL team tells SONY that JB needs junket on separate day |
| CRISIS PR | | 8/3/2024 | Wayfarer officially onbaords TAG pr firm |
| Premiere | New York | 8/6/2024 | IEW premier day |

reputation | Blakes last movie RHYTHM SETION was reported to have also had difficulties on set similar to IEWU. there was specualtion that Blake took over teh movie and when the movie bombed she blamed Reed Morana (director).

reputation | Blake has had number of specualted feuds with cast on her projects including, Anna Kendrick, Leighton Meester,

| Name | Role | Note: |
|---|---|---|
| Andrea Ajemiar | Line producer | |
| Alex Saks | Producer | |
| Todd Black | Producer | brought on per BLs request in phase 2 |
| Ange Gianetti | Sony Executive | |
| Chris Surgent | 1AD during phase 2 | He was in the production planning meeting turned HR complaints meeting on Jan 4, 2024 |
| Leslie Sloan | Blake Publicist | |
| Lizzy talbot | Intimacy coordinator | during phase 1 |
| Chelsea Cary | Intimacy coordinator | during phase 2 |
| KateVorhoff | | Shes had terrible working experience with Blake lively |
| Breanna B | | TAG social team |
| Jennifer Abel | JB and Wayfarer Publicist | |
| John Logan Pie | Wayfarer Hed of physical production | |
| Lisa Rodgers | IEWU post supervisor | |
| Alex Finch | 1AD | Alx came in to replace Julie bloom after she was fired |

| | | | | |
|---|---|---|---|---|
| | PRE PRODUCTION | 3/6/2023 | Justin Flew to Jersey | Shekinah Reese FYI - removed share access for everyone on this doc. I dont think people are looking at it anymore. No reason to ahve this information out there. |
| | PRE PRODUCTION | sometime between 4/21/2023 - 04/24/2023 | Justin had a phone call with Blake's trainer and asked about her weight | |
| | PRE PRODUCTION | somewhere around 4/25/2023 | Justin had the conversation with Blake and Ryan regarding her weight | |
| | REHEARSAL @Production Office | 4/26/2023 | Justin and Blake worked on the script and had rehearsal | Justin and Jamey met with Blake at the production office |
| | | | Justin makes comments about praying for BL's father | BL later incldued this as one of the infractions in her all hands meeting before phase 2 |
| | VEGAS | 5/3/2023 | VEGAS SHOOT CANCELLED DUE TO BLAKE'S CHILD BEING SICK | |
| | REHEARSAL @Production Office | 5/11/2023 | Justin recorded rehearsal with Jenny | |
| | PRE PRODUCTION | 5/12/2023 | Justin and Blake potentially met to write pink draft (Blake's house?) | Table Read |
| SHOOT DAY #1 | City Hall/ Ryle's Car | 5/15/2023 | Memorial Service Scene | |
| SHOOT DAY #2 | Lily's Car/ Andrew's Resting Place | 5/16/2023 | Graveyard scene | On day #2 Blake that morning requested to meet with Jamey, Justin, Alex and Ange after wrap. Jamey knocked on her trailer and she let him in. In the room was her hair/makeup team and her assistant and/or nanny (Blake later took issue with this) . Then the team meeting took place in her private trailer. The "Lookbook Convo" |
| SHOOT DAY # 5 & #6 | Hospital day | 05/19/2023- 05/22/2023 | Crew Badges Became Mandatory and then had to include a photo | |

| SHOOT DAY # 7 | Boston Bar Karaoke Scene | 5/23/2023 | Justin made "sexy" comments | Jamey showed birth video |
|---|---|---|---|---|
| | CANCELLED CALL | 05/26-05/31/2023 | Blake covid shut down day | |
| SHOOT DAY # 10 | Atlas House | 6/1/2023 | Production resumed shooting | Blake took Alex, Justin, and Jamey to her trailer to discuss the complaints she had about them |
| SHOOT DAY #11 | Alyssa's Loft Party Scene | 6/2/2023 | Justin and Blake potentially met to make script chages. AJ emailed yellow revised pages | |
| SHOOT DAY #12 | Atlas Apartment (Sat shoot) | 6/3/2023 | Mirror Shower Scene (Sc. 91) | |
| SHOOT DAY #13 | Farmer's Market | 6/5/2023 | STRIKE SHUT DOWN DAY | Tried to add ferry sc. but Blake wouldnt' cross |
| SHOOT DAY #15 & #16 | The Root | 6/7/2023-06/08/2023 | Resumed shooting at The Root due to bad air quality | Justin and Alex had their thing on set |
| | PRODUCTION SHUT DOWN | 06/13-06/14/2023 | STRIKE SHUT DOWN | Justin and Jamey emailed the crew saying we were wrapped. Blake left production |
| SHOOT DAY #17-#21 | PRODUCTION RESUMES | 6/16/2023 | Production resumes (Without Blake, young cast only) | |
| | WRAP PHASE 1 | 6/27/2023 | | |
| **Phase 1 ENDS** | | | | |
| | IEWU GREEN SCRIPT | 10/14/2023 | JB sent latest approved SONY script to department heads to use for schedule and budget | |
| | PHASE 2 FAST PREP BEGINS ON THE GROUND | 10/29/2023 | EP/UPM Travels to NJ | |
| | PREP IN NJ | 11/5/2023 | Justin, Jamey and John Logan traveled to New Jersey | |
| | PREP IN NJ | 11/9/2023 | Legal conditions from Lindsey sent to WF regarding Blake | |
| | PHASE 2 PREP PAUSED | 11/15/2023 | Shooting pushed to January due to Blake not willing to work | |
| | | 11/17/2023 | Jamey and Justin travel back to LA | |
| | | 11/21/2023 | Brought on Todd Black | |
| | | 11/22/2023 | Crew informed we are pushing phase 2 production to January and prep is pushing to mid December | |
| | PREP IN NJ RESUMES | 12/11/2023-12/22/2023 | | |
| | PHASE 2 TRAVEL | 1/2/2024 | All LA crew traveled to NJ | |

| | PREP IN NJ | 1/4/2024 | Meeting at Blake's house with Blake, Ryan, Justin, Jamey, Ange, Alex and Todd . Where Blake and Ryan expressed all of their feelings. | |
|---|---|---|---|---|
| SHOOT DAY #22 | Waterfront date montage | 1/5/2024 | | |
| | NJ WRAP | 1/26/2024 | | |
| | LA PREP BEGINS | 1/29/2024 | Director's Scout | |
| SHOOT DAY #36 & #37 | LA Rooftop | 2/7/2024 - 02/08/2024 | | |
| PRODUCTION WRAPS | | 2/9/2024 | PRODUCTION WRAPS | |
| | | | Justin directors Cut period begins | 10 wk period |
| | | | WF informed by Sony that BL wants time in the edit room to work w/ JB | otherwise she wouldnt stand behind the picture |
| | | | WF/JB allows BL to join him | |
| | | | BL did not show for first day in the edit w/ JB | |
| | | | BL joins Justin in the Edit (1 day) | Blake was in the edit for only 1 day with Justin, Oona and Rob. She did not show for any days thereafter |
| Test screening | Sony Lot | 3/8/2024 | JB - Friends & Family Overall score: 88% | not an official test screening. Only did score cards and uploaded results HERE shared score cards with BL directly after screening |
| | | | BL requests to work on film w/o JB | WF agreed to give her 4 days to work through her ideas BL worked with editors Oona and Rob during this period |
| | | | BL requests more time in the edit w/o JB | BL extended her time with the edit. this was done under the threat that she would not promote the movie otherwise |
| Test screening | Denver, CO | 3/28/2024 | JB - Denver Test screening #1 Overall Score: 76% | 1 person from BL maximum effort team attended screening (adi?) |
| Trailer Release | | 5/2/2024 | Trailer release BL threatens to hold up trailer release in order to get more time in the edit | BL woould not approve the trailer. we had also wanted to use Taylor swift song and BL threatened to call taylor and not allow it. |
| | | 5/3/2024 | WF granted BL more time in the edit. BL brings on new editor Shane Reid | WF approved BL to work with new editor Shane Reid for 5/3/24 - 5/8/24 |
| | Sony Lot | 5/6/2024 | Trailer Launch influencer event @ Sony Dinner Colleen, Tarryn, Justin & Jamey after | JB divulges to CH ALL the behind the scenes drama that went down. Tells her about the "sexy" comment. Both CH and her friend Tarry are empathetic to the situation |

| | | | | |
|---|---|---|---|---|
| | | | Colleen Calls Brandon Sklenar and diivulges details of the dinner to him. We later hear from BL/RR that this dinner made her uncomfortable | |
| Test screening | Aliso Viejo | 5/13/2024 | JB Aliso Viejo Test Screening #2 **Overall score: 86%** | |
| Test screening | New York | 5/24/2024 | BL Friends & Family screening | Todd black, Colleen, bradley cooper, ryan R, Shawn levy, gigi present. We didnt find out CH would be there until after Todd black told JH. This was a ssurprise as Colleen had NO relationship with BL up until this point |
| | | 5/28/2024 | JH text with CH | Colleen responded to JH text and said that she doesnt want to be in the middle and that we should find a way to work together |
| | | | BL told Josh she would NOT do any press with JB | |
| Test screening | Aliso Viejo | 5/30/2024 | BL Aliso Viejo Test Screening #3 **Overall score: 83%** | Josh G, Ange G, JB and JH attended screening. They Were informed by Josh G that CH is working with BL. He also said BL informed him that CH wont promote this movie either unless we use Blakes Cut (which she was involved with in giving notes and feedback) |
| Personnel Changes | | 6/3/2024 | Oona and Rob (original editors) were let go replaced by BL with Shane Reid | Oona cried and was angry about this decision |
| Test screening | Torrance CA | 6/6/2024 | BL Torrance Test screening #4 **Overall score: 81%** | |
| Personnel Changes | | | BL brings on new composers Rob and Duncan | Brian Tyler is let go |
| Book Bonanza | | | Book Bonanza | BI, CH, Brandon Sklenar, Isabela Ferrer, Alex Saks present. Sony was NOT aware that brandon and Isabela would attend. this was something that BL personally paid for (their travel and hotel) After conversation Alex saks had with Brandon Sklenar, AS informed Todd Black that she would no longer be speaking with WF. JH reached out and she did not respond to any texts or calls Per Todd's conversation with Alex, todd understood that none of the cast present would be doing any press with JB (brandon sklenar, Colleen, isabela) |

| | | | | |
|---|---|---|---|---|
| | | | Josh G speaks to BL about Book Bonanza | Josh G speaks to BL and BL states that she thinks JB should continue to do press and she will take a picture at the premiere. But she did not want to do any press with him. She also told Josh that the younger cast does NOT know anything. ONLY her inner circle was in the loop on the drama. |
| Coffee Table Book | | 7/7/2024 | Lindsey sent Cease & Desist letter to WF re: Coffee Table making of IEWU book | BL team saw presale flyers for the book and saw that Blake lively's name was on the cover. Additioally her body double was used on one of the collage images on the cover.<br>IM responded to Lindsey on the same day to let her know that we will remove her name and images from the books |
| Coffee Table Book | | 7/9/2024 | CH reached out to johanna/Atria to inquire about the book | CH was concerned that she did not realize that none of the cast was included in the book. She didnt feel comfortable with this |
| Coffee Table Book | | | Atria emails JH to let him know they are pulling teh Coffee Table book and wont publish | johanna was really dissapointed and text CH context as to why cast was not included in the book. She also said "Blake Wins" |
| RogerEbert | | 7/10/2024 | RogerEbert Interview discussion with Company 3 | JB reached out to Stefan Sonnenfeld to request to do a mock coloring session for IEWU for the Roger ebert "day in the life" interview. SS texted blake to "warn" her. BL messsage JG, JG called JH to cconvey that BL was not happy that JB was doing a coloring session when he "didnt do the work" |
| RR | | | Ryan Reynolds calls Patrick Whitesall | RR reached out to Patrick to tell him their side of the story |
| RR | | | Ryan Reynolds speaks to Danny Greenberg | RR call JB a deranged predator he also says that they want to put this fiasco behind them and dont want anything to do with JB after August 9. RR mentions that no one from the cast and CH want him at the premiere. He asks DG why he is coming |
| Premiere | | | Josh G calls Jamey to let him know BL threatened to not attend premiere with JB goes | |
| Premiere | | | JH speaks to Josh to let him know JB/WF will be attending | |

| Junket | | 7/30/2024 | BL team asks for JB to junket on separate day | Josh, gloria, danni get on call with JA and JH to let us know that sony will be planning a seperate junket day for JB. JA pushed back and they agreed to keep it on the samee day and have JB do junket from his own hotel (not at the four seasons) |
|---|---|---|---|---|
| | | | | |