# EXHIBIT 57

## Filed Under Seal

| | |
|---|---|
| **From:** | Katie Case ███████████ |
| **Sent:** | Wed, 31 Jul 2024 08:06:24 -0400 (EDT) |
| **To:** | Melissa N ███████ |
| **Cc:** | Mitz Toskovic ██████████; Jennifer Abel ████████████████; Jamey Heath ███████████████; Tera Hanks █████; Breanna B ████████████ |
| **Subject:** | Re: TIMELINE |

Hi Mitz -- great to be connected with you! This timeline is incredibly helpful, thank you for compiling and sharing with us.

Looking forward to speaking in greater detail on this, and working with you moving forward.

Thank you,
Katie

On Wed, Jul 31, 2024 at 12:19 AM Melissa N ███████████ wrote:
> Great to be connected Mitz,
>
> Looking forward to meeting you as well,
>
> Adding Katie & Breanna who will also be helping us on this account.
>
> Let us know when best works to connect,
>
> Best wishes,
> Melissa
>
>
> > On Jul 30, 2024, at 9:11 PM, Mitz Toskovic ████████████ wrote:
> >
> > Hi Melissa,
> >
> > My name is Mitz, I work closely with jamey at Wayfarer Studios. I'm sure we will chat more later this week. Looking forward to meeting you.
> >
> > We've started putting a timeline of events over the last 2 years.
> >
> > This is a WIP and needs some cleaning up but sharing with you so you can start to get up to speed.
> >
> > Please let me know if you have any questions!
> >
> > @Jennifer Abel let me know best way to share this with you. For some reason google sheets doesnt like your email.
> >
> > Talk soon,
> >
> >  **Mitz Tošković**
> > ██████████

ABEL_000005622