# EXHIBIT 60

## Filed Under Seal

## Prayers and support

**Thread Participants:** ▮▮▮ Ahmed Musiol (Owner); ▮▮▮ Jamey Heath; Cyrus Sigari; ▮▮▮ ; ▮▮▮ Justin Baldoni; Travis VanWinkle; ▮▮▮ Andy Grammer; ▮▮▮ Rainn Wilson; ▮▮▮ Adam Mondschein; ▮▮▮ Ahmed Musiol (Owner);

**Active Participants:** ▮▮▮ Ahmed Musiol (Owner); ▮▮▮ Jamey Heath; Cyrus Sigari; ▮▮▮ Justin Baldoni; ▮▮▮ Travis VanWinkle; ▮▮▮ Andy Grammer; ▮▮▮ Rainn Wilson; ▮▮▮ Adam Mondschein; ▮▮▮ ; System Message System Message

**First Message:** 11/12/2023 11:49:09 AM
**Last Message:** 11/12/2023 2:54:13 PM

Exhibit: 32
Witness: BALDONI
Date: 10/7/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL                                                         BALDONI_000026193

**Justin Baldoni**

Hey fellas- I know it's a been a while since I texted this group but alas - Jamey and I are back in New Jersey trying to finish the film and prayers are appreciated.

Just wanted to give you a little update

These first few days have been torturous and up there with the worst of all of them. But I preface the below with the fact that I am actually okay. Jamey is more than okay. We are getting through it.

The amount I've grown since last time is even surprising me. I cried yesterday cause I felt the protection and the deep knowing I am not what I'm being portrayed as. I feel protected and clear. Jamey has been unwavering. And I believe it will all be okay.

So -
We made the bet the strike would end and spent money to send the team back to Jersey. The actresses team knew this was happening. All was going amazing. Then the strike ended as we hoped…

In an effort to gain power over me personally and the studio, we received a legal letter sighting How unsafe I and the workplace were for the Actor (s) , and that she won't return to work unless we meet 17 conditions and send her the unfinished directors cut of ther movie. Also that she has been considering leaving the film and not returning to work because she has legal right to do so- we have responded and met the conditions and after she sees the film she will decide.

The good news is - I'm so proud of what's been shot and cut together. So we have the goods there. But shoot stuff all in limbo as we're waiting.

Pretty tough stuff to digest … as of course we all know what this document insinuates - that i am / unsafe /sexually harassing etc etc etc…. there's even silly things inferring Jamey was inappropriate which is silly.

It's all manipulation.

We don't believe she will leave or leak to press but this is her threat of a nuclear bomb as she knows this is the only way to get to me. I believe this is in part punishment for standing my ground and not giving her little things she wanted.
In
Working through it and doing staying positive and remembering who I am. Just letting you know the situation I've been in that I appreciate prayers of protection to stay in my strength.
Don't want to talk about it - dwell on it or curse her. In fact want to do the opposite. Pray for her soul. For light to fill it. I'm staying as positive as I can. In know I have protection!!

This is where being a Bahai matters.

Can I send love, not be a victim or curse her, and still somehow show up and direct and act with kindness in my heart? All that's left for three weeks is our intense work together.
This is what I could use prayers and strength for.

I trust this group immensely - I love you all and no talking about this with ANYONE. Just prayers for your boy(s) over here being painted in a way I never thought possible. We will overcome.

Yá Bahá'u'l-Abhá

11/12/2023 11:49:09 AM

**System Message System Message**
*System*
████████ named the conversation "Prayers and support".

11/12/2023 11:49:42 AM

**System Message System Message**
*System*
████████ named the conversation "Prayers and support".

11/12/2023 11:49:42 AM

████████ **Andy Grammer**
Sending immense love and patience. You are guided and loved. You were made and born to be able to get through this. Love you guys.

11/12/2023 11:52:05 AM

████████ **Justin Baldoni**
Loved "Sending immense love and patience. You are guided ..."

11/12/2023 11:59:37 AM

████████ **Ahmed Musiol (Owner)**
Prayers coming! Keep walking with the remembrance of God in your heart. Through the journey, Let His words resound in what you hear, let His guidance reflect in everything you see, and let his Truth be the backbone of strength and light that you stand tall in. Keep choosing love. Keep choosing mercy. God knows we all need that.

11/12/2023 12:07:27 PM

████████

And we will keep repeating this prayer: is there any remover of difficulties save God, say praise be God He is God. All are his servants and all abide by His bidding.

11/12/2023 12:11:11 PM

**Ahmed Musiol (Owner)**
Loved "And we will keep repeating this prayer: is there a..."
11/12/2023 12:11:33 PM

**Justin Baldoni**
Loved "Prayers coming! Keep walking with the remembrance ..."
11/12/2023 12:32:27 PM

**Cyrus Sigari**
📎 <__Library_SMS_Attach_1_22_02_at_1_2_1_E1C366_1.heic>
📎 <__Library_SMS_Attach_1_21_01_at_0_2_1_281DAC_1.heic>
11/12/2023 12:46:43 PM

**Cyrus Sigari**
Justin, one of my best friends gave this to me. It feels appropriate for this time for you.
11/12/2023 12:46:53 PM

**Cyrus Sigari**
Put on the whole armor of God. The battle is worth it.
11/12/2023 12:47:15 PM

**Justin Baldoni**
Loved "Put on the whole armor of God. The battle is worth..."
11/12/2023 12:47:29 PM

Loved an image
11/12/2023 1:11:25 PM

**Rainn Wilson**
Justin this is heartbreaking and infuriating. I'm so sorry for what you're going through. What a test has been sent your way. I believe in you - in your heart, talent and integrity. Keep Abdul Baha literally by your side through this. 💔
11/12/2023 1:16:49 PM

**Justin Baldoni**
thank you brothers
11/12/2023 1:17:11 PM

**Rainn Wilson**
Prayers being sent - I will include you in my daily Morning devotions
11/12/2023 1:17:15 PM

**Justin Baldoni**
Loved "Prayers being sent - I will include you in my dail..."
11/12/2023 1:18:43 PM

CONFIDENTIAL                                                                                            BALDONI_000026196

**Adam Mondschein**
You are so loved, brother. Keep standing in your light, the prayers will surround you. ♥
11/12/2023 1:22:20 PM

**Justin Baldoni**
Loved "You are so loved, brother. Keep standing in your l…"
11/12/2023 1:23:08 PM

**Justin Baldoni**
Love you all deeply !
11/12/2023 1:23:14 PM

**Justin Baldoni**
And no better person to be in the storm with and Jamey who has been incredible, but who this also affects. I'm happy he allowed himself to feel for a short bit the other night.
11/12/2023 1:23:59 PM

**Adam Mondschein**
Loved "And no better person to be in the storm with and J…"
11/12/2023 1:28:37 PM

**Jamey Heath**
You are all so wonderful. Thank you for the support and prayers and the wisdom.
11/12/2023 2:15:05 PM

**Adam Mondschein**
Loved "You are all so wonderful. Thank you for the suppo…"
11/12/2023 2:18:25 PM

**Travis VanWinkle**
Justin. Jamey. I love you both so much. Even in this kind of horrendous and unfair terrain, with your powers combined, you two can navigate it gracefully and with love. I mean, Y'all are playing at such a high level here, I'm so proud to know you. I will be praying everyday for you
11/12/2023 2:26:02 PM

**Justin Baldoni**
Loved "Justin. Jamey. I love you both so much. Even in th…"
11/12/2023 2:31:43 PM

Loved "Justin. Jamey. I love you both so much. Even in th…"
11/12/2023 2:49:48 PM

▄▄▄▄▄▄▄

We love you Jamey. Stay strong and focus on what matters. You are a great team and all our love and prayers are with you always.

11/12/2023 2:54:13 PM

CONFIDENTIAL

BALDONI_000026198