# EXHIBIT 65

## Filed Under Seal



**Street Relations**

Date: October 1, 2024
Invoice #003TAG.JBWS

# INVOICE

| INVOICE | TO | SHIP TO |
|---|---|---|
| Street Relations, Inc. | Wayfarer Studios | Street Relations, Inc. |
| Dripping Springs, TX 78620 | Customer ID | Dripping Springs, TX 78620 |
| | [080824TAGJBWS] | |

| JOB | PAYMENT TERMS |
|---|---|
| Digital Consulting Strategy and Services for TAG.Wayfarer.JB | Due On Receipt |

| DESCRIPTION | TOTAL |
|---|---|
| Communication and Consulting Services – TAG.Wayfarer.JB 3 of 3 (10.5 -11.5) | $30,000 U.S. |
| | **TOTAL DUE** $30,000 U.S. |

Account Name: ███   Account Number: ███   Bank Name: ███   Routing Number: ███
Bank Address: ███



EXHIBIT 4

Confidential