# EXHIBIT 68

## Filed Under Seal

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
      BLAKE LIVELY,              )
 3         PLAINTIFF              ) CASE NO.
                                  ) 1:24-CV-10049-LJL
 4    VS.                         ) (CONSOLIDATED WITH
                                  ) 1:25-CV-00449-LJL
 5    WAYFARER STUDIOS LLC,       )
      JUSTIN BALDONI, JAMEY       )
 6    HEATH, STEVE SAROWITZ,      )
      IT ENDS WITH US MOVIE       )
 7    LLC, MELISSA NATHAN,        )
      THE AGENCY GROUP PR         )
 8    LLC, AND JENNIFER ABEL,     )
           DEFENDANTS             )
 9    _____    )  _____
      JENNIFER ABEL,              )
10         THIRD-PARTY            )
      PLAINTIFF                   )
11                                )
      VS.                         )
12                                )
      JONESWORKS LLC              )
13         THIRD-PARTY            )
      DEFENDANT                   )
14
         ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE
15                        OCTOBER 10
                         CONFIDENTIAL
16
17       ORAL AND VIDEOTAPED DEPOSITION OF JED WALLACE,
18    produced as a witness at the instance of the Jonesworks
19    and duly sworn, was taken in the above styled and
20    numbered cause on Friday, October 10, 2025, from 9:06
21    a.m. to 2:25 p.m., before Janalyn Elkins, CSR, in and
22    for the State of Texas, reported by computerized
23    stenotype machine, at the offices of Jackson Walker, 100
24    Congress Avenue, Suite 1100, Austin, Texas, pursuant to
         the Federal Rules of Civil Procedure and any provisions
25    stated on the record herein.
```

CONFIDENTIAL

Page 2

```
 1           A P P E A R A N C E S
 2  FOR BLAKE LIVELY:
        MICHAEL J. GOTTLIEB
 3      MELISSA TAUSTINE
        AARON E. NATHAN
 4      WILKIE FARR & GALLAGHER LLP
        1875 K Street NW
 5      Washington, DC  20006
        Tel:  (202) 303-1000
 6      Mgottlieb@wilkie.com
 7  AND
 8      LAURA PRATHER
        HAYNES AND BOONE, LLP
 9      98 San Jacinto Boulevard, Suite 1500
        Austin, Texas  78701
10      Tel: (512) 867-8400
        Laura.prather@haynesboone.com
11
    FOR JED WALLACE:
12      CHARLES L. BABCOCK
        JACKSON WALKER, LLP
13      1401 McKinney, Suite 1900
        Houston, Texas  77010
14      Tel: (713) 752-4210
        cbabcock@jw.com
15
    FOR JONESWORKS, LLC
16      KRISTIN TAHLER
        MORGAN ANSTASIO
17      QUINN EMANUEL URQUHART & SULLIVAN, LLP
        865 Figueroa Street, 10th Floor
18      Los Angeles, California  90017
        Tel: (213) 443-3000
19      kristintahler@quinnemanuel.com
20  FOR WAYFARER STUDIOS, LLC, JUSTIN BALDONI, JAMEY HEATH,
    STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA
21  NATHAN, JENNIFER ABEL, AND THE AGENCY GROUP PR, LLC
        MILES COOLEY
22      THERESA TROUPSON
        LINER FREEDMAN TAITELAN & COOLEY, LLP
23      1801 Century Park West, 5th Floor
        Los Angeles, California  90067
24      Tel: (310) 201-0045
        mcooley@lftcllp.com
25
```

Page 4

```
 1             I N D E X
 2                               PAGE
 3
     Appearances .................................   2
 4
     Stipulations ................................   5
 5
    JED WALLACE
 6   Examination by Ms. Tahler ...................   7
 7
     Reporter's Certificate....................... 155
 8
 9
              E X H I B I T S
10
    NO.      DESCRIPTION             PAGE
11  Exhibit 42   Holding Clients Hostate:
                 Stephanie Jones Leaks     38
12  Exhibit 43   Stephanie Leaks Jones
                 Leaks                     38
13  Exhibit 44   @lyingstephjones X Account
                 Suspended                 38
14  Exhibit 45   Facebook Stephanie Jones
                 Leaks                     38
15  Exhibit 46   Pinterest Stephanie Jones 38
    Exhibit 47   La Foret Sacree           58
16  Exhibit 48   Accompagnements Formatifs
                 Pour Les Equipes Du
17               Secteur Public            58
    Exhibit 49   Reagissons.colibris-
18               lemouvement.org           58
    Exhibit 50   Yoga Poesie               58
19  Exhibit 51   Amanda Ghost is a
                 Destroyer of Worlds       71
20  Exhibit 52   Text Message              76
    Exhibit 53   Audio Transcript          79
21  Exhibit 54   Phone Records             94
    Exhibit 55   X Amanda Ghost            97
22  Exhibit 56   Pinterest Amanda Ghost    97
    Exhibit 57   Facebook Amanda Ghost     97
23  Exhibit 58   YouTube Amanda Ghost      97
    Exhibit 59   Tripadvisor Amanda Ghost  97
24  Exhibit 60   Strikingly Amanda Ghost   97
    Exhibit 61   Colibris Le Mouvement     99
25
```

Page 3

```
 1  Also Present:
        TIMOTHY DESADIER (Videographer)
 2      MAGGIE KANE (Concierge)
        ALICE BUTTRICK
 3      AUTUMN ADAMS-JACK
        BRYAN FREEDMAN
 4      WERKENTHIN
        KRISTIN BENDER
 5      LINDSEY STRASBERG
        MICHAELA CONNOLLY
 6      TORI EMERY
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1  Exhibit 62   Accompagnements Formatifs
                 Pour Les Equipes Du
 2               Secteur Public            99
    Exhibit 63   Alexander Brothers
 3               Extorted                 102
    Exhibit 64   Alexa Nikolas: Exposed -
 4               home                     106
    Exhibit 65   Lookback Fraud, the Modern
 5               Day Digital Crime Family -
                 Crooked Dunn             108
 6  Exhibit 66   Not Christian Lanng      110
    Exhibit 67   Jed Wallace - DERO Wiki  113
 7  Exhibit 68   Jed Avery Wallace - DERO
                 Wiki                     113
 8  Exhibit 69   Jed Wallace: Revision
                 History                  114
 9  Exhibit 70   Jed Avery Wallace:
                 Revision History         114
10  Exhibit 71   User Contributions for
                 BacklinkBuy              115
11  Exhibit 72   Email                    119
    Exhibit 73   Email                    121
12  Exhibit 74   Text Message             124
    Exhibit 75   Text Message             126
13  Exhibit 76   Email                    131
    Exhibit 77   Opposition PR Campaign
14               Digital Forensics        132
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

CONFIDENTIAL

|   | Page 14 |   | Page 16 |
|---|---|---|---|
| 1 | privileged. | 1 | A. Like this, I'm talking. |
| 2 | Q. (BY MS. TAHLER) Let's -- what about Rebel | 2 | Q. When you are writing someone, what is your |
| 3 | Wilson? Did you ever do any work with Mr. Freedman in | 3 | preferred method of communication? |
| 4 | connection with Rebel Wilson? | 4 | A. Depends on the circumstances. |
| 5 |     MR. COOLEY: Objection. | 5 | Q. Would you say that most of your communications |
| 6 |     THE WITNESS: Not that I recall. | 6 | that are work related are via Signal? |
| 7 | Q. (BY MS. TAHLER) You don't recall one way or | 7 | A. It depends on the circumstances. I can't say |
| 8 | another? | 8 | that. |
| 9 | A. I don't recall. | 9 | Q. In what circumstances would Signal be your |
| 10 | Q. What about with Drake, did you do any work with | 10 | preferred method of communication? |
| 11 | Mr. Freedman in connection with Drake? | 11 |     MR. BABCOCK: Objection. |
| 12 |     MR. COOLEY: Objection. | 12 |     MR. COOLEY: Join. |
| 13 |     THE WITNESS: Not that I recall. | 13 |     THE WITNESS: Could you -- could you |
| 14 | Q. (BY MS. TAHLER) What about Michael Milosh? | 14 | rephrase that question? |
| 15 |     MR. COOLEY: Is there -- is there a | 15 | Q. (BY MS. TAHLER) Well, you just said it depends |
| 16 | question? What about him? | 16 | on the circumstances that would dictate the type of |
| 17 | Q. (BY MS. TAHLER) Did you do any work with | 17 | communication you were -- or the way that you were |
| 18 | Mr. Freedman in connection with Michael Milosh? | 18 | communicating. And I'm wondering in what circumstances, |
| 19 |     MR. COOLEY: Objection. | 19 | picking up on your answer, you would want to use Signal? |
| 20 |     THE WITNESS: No. | 20 | A. Yeah, I can't speak to that right now without |
| 21 | Q. (BY MS. TAHLER) Are you familiar with Dwayne | 21 | more details. I'm not certain. |
| 22 | Johnson? | 22 | Q. Are there particular circumstances that are in |
| 23 |     MR. COOLEY: Objection. | 23 | your mind right now that you would want to have a |
| 24 |     THE WITNESS: In my -- the actor? | 24 | conversation on Signal with respect to your work? |
| 25 | Q. (BY MS. TAHLER) Yes. | 25 |     MR. COOLEY: Objection. |

|   | Page 15 |   | Page 17 |
|---|---|---|---|
| 1 | A. Yes. | 1 |     THE WITNESS: Not in particular. |
| 2 | Q. Did you do any work with Mr. Freedman in | 2 | Q. (BY MS. TAHLER) From time to time, you ask |
| 3 | connection with Dwayne Johnson? | 3 | people to switch over to Signal; isn't that right? |
| 4 |     MR. COOLEY: Objection. | 4 |     MR. COOLEY: Objection. |
| 5 |     THE WITNESS: No. | 5 |     THE WITNESS: I mean, I'd have to know more |
| 6 | Q. (BY MS. TAHLER) Mr. Wallace, who is paying | 6 | details. |
| 7 | your legal fees in connection with this matter? | 7 | Q. (BY MS. TAHLER) Do you have any recollection |
| 8 | A. That would be Wayfarer. | 8 | of having a conversation with people and asking to |
| 9 | Q. Do you have an indemnification agreement with | 9 | switch over to Signal? |
| 10 | them? | 10 | A. I -- could you rephrase that question? |
| 11 |     MR. COOLEY: Objection. | 11 | Q. Yeah. Do you have any recollection of being on |
| 12 |     THE WITNESS: I'm not aware of anything | 12 | a text chain or an email chain with a group of people |
| 13 | like that. | 13 | and asking to switch over to communication via Signal? |
| 14 | Q. (BY MS. TAHLER) You're not aware of any | 14 | A. Not specifically. |
| 15 | agreement you have with Wayfarer? | 15 | Q. We're going to look at an exhibit that we |
| 16 |     MR. COOLEY: Objection. | 16 | looked at yesterday, which is AEO, but... |
| 17 |     THE WITNESS: I'm not. | 17 |     MR. BABCOCK: Do we need to go AEO? |
| 18 | Q. (BY MS. TAHLER) Are you being paid for any | 18 |     MS. TAHLER: Yes. |
| 19 | consulting services in connection with this matter? | 19 |     MR. BABCOCK: How do we do that? |
| 20 | A. No. | 20 |     MS. TAHLER: I think we don't need to right |
| 21 | Q. Are you being compensated at all for your time | 21 | now because there's nobody -- we'll just mark it AEO in |
| 22 | as an expert in connection with this matter? | 22 | the transcript. |
| 23 | A. Not whatsoever. | 23 |     MR. BABCOCK: Okay. |
| 24 | Q. Mr. Wallace, what is your preferred method of | 24 |     MS. ANASTASIO: Janalyn, do you have the |
| 25 | communication for work? | 25 | exhibit copies from yesterday? |

5 (Pages 14 - 17)