# EXHIBIT 9

Filed Under Seal

CONFIDENTIAL

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3                    ---oOo---
 4
 5  BLAKE LIVELY,
 6              Plaintiff,
 7     vs.      CASE NO. 24-CV-10049-LJL (LEAD CASE)
                        25-CV-449 (LJL) (MEMBER CASE)
 8
    WAYFARER STUDIOS LLC, ET AL.,
 9
                Defendants.
10  _____
    JENNIFER ABEL,
11           Third-party Plaintiff,
       vs.
12  JONESWORKS, LLC,
             Third-party Defendant.
13  _____
    WAYFARER STUDIOS LLC, et al.,
14           Consolidated Plaintiffs,
       vs.
15  BLAKE LIVELY, et al.,
             Consolidated Defendants.
16  _____
17                **CONFIDENTIAL**
18
19      VIDEO-RECORDED DEPOSITION OF JAMEY HEATH
20              Los Angeles, California
21            Thursday, October 9, 2025
22
23  Stenographically Reported by:  Ashley Soevyn,
24  CALIFORNIA CSR No. 12019
25
```

Page 27

1      A    I am.
2      Q    Did you discuss with them, yes or no,
3   what you were going to testify about with respect to
4   that answer this morning?
5           MS. SHAPIRO:  Same objection and same
6   instruction.
7   BY MS. SHAH:
8      Q    Are you going to follow that instruction?
9      A    I think it's best.
10     Q    Okay.  I don't have the words right in
11  front of me, but you did give me the correction that
12  you wanted to correct at the top of the testimony
13  today.  Would you just explain that to me again?
14  What it is about yesterday's testimony that you
15  wanted to correct in today's testimony.
16     A    I think simply, as I was testifying as it
17  pertains to 17-point list and my state of mind and
18  how I viewed it, in reflecting, while, of course, I
19  agreed that all of these things were reasonable
20  things that anyone asked for, I think I also
21  messaged that I may not have considered that some of
22  these things had some -- a nod to how -- what may
23  have been brought up in the past.  And that's what I
24  wanted to.
25     Q    I see.  So am I understanding correctly

CONFIDENTIAL

Page 28

1  that what you're essentially saying is, you think
2  during the deposition yesterday, it may have
3  appeared from your testimony that you were not
4  leaving room for the possibility that some of the
5  things on the 17-point list related in some way to
6  past incidents, and -- and that's the aspect of it
7  that you want to expand on this morning?
8           MS. SHAPIRO:  Objection.
9           Go ahead.
10          THE WITNESS:  Not necessarily that it
11 related or not, but that I -- that I had considered
12 that could some of these things have some sort of
13 nod -- for lack of a better term -- to what we had
14 discussed in the past.
15 BY MS. SHAH:
16     Q    What you and Ms. Lively and others had
17 discussed in the past?
18     A    What -- yeah, some of the concerns that
19 she may have spoken about.
20     Q    Okay.  And when you say the word "nod,"
21 like it may have some nod to those things, do you
22 mean reference, or relatedness, or can you give me
23 another verb?
24     A    That it could have insinuated that
25 possibly, is this related to anything that's come up

Page 29

1  before?  While I didn't necessarily land on that,
2  but that it was a consideration.
3       Q    It's something that went through your
4  mind at the time?
5       A    Sure.
6       Q    Okay.  Why was it important to you to
7  correct that aspect of your testimony this morning?
8            MS. SHAPIRO:  Objection.
9            THE WITNESS:  I want to really do my best
10 to reflect and to be truthful.  And if that was
11 sitting in me, that did I convey that correctly?
12 And so that was -- that was the purpose.
13 BY MS. SHAH:
14      Q    Is there anything else about your
15 testimony yesterday that you want to take the
16 opportunity now to correct?
17      A    No.
18      Q    Okay.  You were in the room, the breakout
19 room with your lawyers last night after the
20 deposition with some of the other defendants here,
21 and I believe your wife and Mr. Baldoni's wife for
22 quite a long time last night.  During that time, did
23 you discuss the substance of your deposition
24 testimony yesterday in any respect?
25      A    I don't believe so.