# EXHIBIT 56

## Filed Under Seal

1/6/25, 6:40 PM                                                                 Gmail - (no subject)

  Gmail                                                                 Katie Case

## (no subject)

**Katie Case**                                                                  Mon, Jan 6, 2025 at 2:10 PM
Draft

Notes from Call with Jamey and Tera 7 25 24

They've been through a lot -- Jamey is very wary ; team members are falling off
it ends with us -- produced, paid for, directed the movie
company that is built on speaking up and standing up for injustices around the world
founders / jamey / tera leadership team -- chairman are dear brothers and friends -- justin in one of his closest friends, wives are best friends
spiritual path has been about doing something good for humanity and using resources and voices to speak to that
that's being challenged
5 years ago justin acquired the property from Colleen Hoover -- took 2 years to get script in place -- became friends with Colleen and include her in the process of developing the script / engaged in No More -- made sure this project was done in a way that was digestible to people who've experienced domestic violence
2.5 years ago partenred with Sony to make the movie
cast Blake Lively
quickly learned that she is every bit of a superstar and that comes with superstardom
she had realistic and reasonable things she wanted -- she wanted to be a producer on the movie and she said no / agreed to EP
rounded out cast but she wasn't involved in producing or putting the project together
found themselves shooting the movie
blake wasn't involved other than justin trying to create a relationship
on first day of shooting, a lot of money spent -- blake didn't show up to day one because her baby was sick
apparently this has happened on other movies where on day one her baby has been sick
started shooting in NYC -- they learned the maintenance that was required to work with her
as they started and were dealing with wardrobe -- justin the director developed the look for lily bloom but blake started spending on her own and changed the whole wardrobe -- no regard as to how this affected production
she had ideas for the script - prior to shooting she would look at the script and might reword things and they did ; it was minor then major then her rewriting the whole script -- every page she had her fingerprint on
they tried to navigate this ; writers strike that then hapepned becuase original writer couldn't be engaged ; justin could make director changes and not material changes
they danced around this
no saying no to her when this would happen
once they started shooting -- there were demands she had they accomodated ; material / logistical -- security etc
they got shut down because of the strike ; they take a break / down for 2 months maybe longer ; they took a gamble on when the strike was ending and they thought they could start on the day but instead they got a legal letter "list of conditions" - Lindsey SOMETHING strolberg strandberg -- their attorney said they need to read the letter -- 17 things in order to return to set she listed conditions
"justin baldoni shall not talk about his porn addiction with blake lively"
"JB shall not talk about Blake lively's dead father"
"Wayfarer shall not enter BL's trailer in a state of undress"
"no one from Wayfair shall not hug touch in any way blake lively or her team"
"intimacy coordination must be present at all times when BL is on set"
"must be closed set during rehearsal or filming of nudity / faux sensuality / personality must be approved by BL"
**hadn't filmed any sex scenes at this point**
"appearance must only be done in regards to character"
Alex Sachs -- lead producer / woman / hired her because there should be a woman on the team and be present / she was a 3rd party producer
a lot transpired since the letter - they get the letter and sony gets the letter / jamey gets a call from sony saying what happened on set
justin and BL were rewriting the script -- the only place she would work is at her house so they would work there late at night and everything seemed fine, JB thought they were building a relationship -- as part of this they were building the sex scenes / some conversations were more personal / as they're discussing this, are they shooting them finishing are they going to shoot both or just one of them -- they were some personal experiences shared to justify the way they were going to write the sex scene
<u>he has a porn addiction which he spoke about</u>

Exhibit: 15
Witness: NATHAN
Date: 9/29/25
CSR#12019: Ashley Soevyn

https://mail.google.com/mail/u/0/?ik=22c355e069&view=pt&search=drafts&permmsgid=msg-a:r793...=%23msg-a:r793548146044...    1/6

CONFIDENTIAL                                                                           KCASE-000005773

all hand meeting before shooting resumes -- jamey / justin / alex / todd black who is the newly appointed A list producer acting as an AP / someone geanetti who works at SONY -- blake and ryan reynolds, all in their living room -- they unleash and want to talk about everything that's happened -- 50-60 things that she wrote in a journal about Justin -- 2-3 things with Jamey -- **JB shall not talk about his porn addiction with BL**
JB has written books and openly spoke about overcoming his porn addiction - encourage boys to not feel shame and talk about sexuality and know things are normal but it can be painful and how it perpetuates behavior
he's talked about this publicly
incidents:
1. earlier on set (day 2 or day 3) because she changed the wardrobe / sony made it clear they want skin to be shone but it's a character and we have blake lively and they wanted her to show things off / but she changed the wardrobe -- before they start shooting she says she wants to take the jacket off, JB responded and said he didn't think he needs the jacket and she looks great / sexy -- which was a description of the character -- she said it wasn't the look she was going for -- JB apologized "that's my elementary vocabulary" "I want you to know you look great" -- Jenny chimes in and said she doesn't like being described as sexy -- Justin said he was sorry / he addressed it a few minutes later, I'm sorry, I'm acknowledging I used old language and I didn't mean to offend you / scene was filmed. Call from SONY - a call was made to sony and this was something they felt uncomfortable with JB using this language -- called jenny the day before who was uncomfortable in an outfit was told she looked sexy before -- they claim he has a pattern of saying the word "sexy" -- BL adressed it.a week later and said later she didn't feel like he was hitting on her she just didn't like it.
2. He asked about her weight -- context was he was working out with her trainer / he has a notoriously bad back / he pulls his back all the time -- he says to the trainer something to the effect of "i have a bad back i have to carry blake from point a to point b i should start to load my back and practive with this weight how much does she weigh" -- he gets a call with blake, hes there with ryan and they scold him "how dare you ask about my wife's weight" "why would you ask about my wifes weight" he gets defensive / sorry i wasn't meaning about her weight I'm trying to figure out how to train my abck i'm stupid -- Ryan got aggressive / Jamey has experienced this as well -- justin got emotional, he's an emotional guy, he's very sensitive

there's a few incidences with Jamey --
1. took them to the trailer to tell them of the problems she's having - problem 1) she says "day 2 or day 3 she wanted to talk about whisperings about the wardrobe" she wanted to settle it and look at a lookbook, they scheduled the meeting, she had to feed her baby, couldn't do it again at several points throughout the day -- Jamey asked if she wanted to meet that night but she wanted to do it tonight and they were going to meet at the makeup trailer -- he spoke with all producers and sony rep they're walking to base camp -- walk up stairs, knock on the door, she says come in, she's got her HMU people and her nanny and assistant, blanket over her or something / she's breastfeeding or pumping (she'd done this in front of them many times / Jamey tried to excuse himself but she said she didn't care) -- she told him to come in and look away. Room full of women. He stands 15 feet to the left turned away. He asked to do it tomorrow. She said let's do it tonight / asked to do it off the clock and he didn't want to lose money. Didn't want to forfeit her time, he looked in the mirror and made eye contact but he doesn't recall this ; afterwards he went downstairs, rest of the gang they'll meet in the trailer etc. / hour meeting, go through the lookbook, never talked about HMU sitiation but when she addressed Jamey she said to him it upset her that he didn't look away -- he apologized and said he didn't realize
2. when you ask my sister for a hug and then finish with "man people are so sensitive these days that's not cool" -- he never did or said this ; met her sister on the set in front of 100 people outside at a funeral, walked up to her this time with other people around, introduced himself earlier, he didn't know if she hugged or shook / I just always ask to be mindful and respectful of people's space
3. **this one he said he couldve done differently** on set he was sitting on his phone / JB and blake were talking about how to shoot the birth scene in the movie / JB and jamey had home births and his wife is an advocate for homebirths and comfortable with her birth and sharing this story -- doesn't see it as as sexual act -- he wanted to do it as a home birth -- BL wanted to see the home birth -- he pulled up the video / she's eating food -- he said blake wanted to see the birth video -- she asked if his wife was OK seeing this he said yes -- she said she wanted to see it but she was eating and didn't want to be eating and then said she would watch it later, he goes away, doesn't think anything of it -- she said she thought jamey was showing her porn / he apologized for this -- justin said this was his fault and said he told jamey bl wanted to see the video -- bl said it sounds like abuse cover up -- he apologized ; he explained it

she insisted on being allowed into the editing room or she wouldn't promote the movie

there all these misdemeanors -- they come down they have this thing they go to her apartment / BL and Ryan, she's reading 50 things that aren't in the legal document but her getting it off her chest so when they go to shoot phase 2 they can express themselves

JB shall not linger on her lip during a kissing scene

laundry list of things -- JB shall not talk about BL's dead father or have conversations with BL's dead father

JB is a spiritual person -- he said he believes when people pass on and we remember their name it brings their soul closer to god and they pray for him

he said "they prayed for her father last night"

JB shall not talk about his religion to BL

JB should not comment on how BL smells

JB gets nervous and freezes up -- he was trying to articulate the words -- Ryan chastised him for "being dramatic" -- "it's not about you it's about her" -- this goes on for an hour

Jamey asked if he could speak -- Jamey said he was sorry it was her experience - wanted to feel seen and valued -- we're people who care about how we treat people -- ryan i ssee you're protetive of blake i can see you're protexting her and while we might agfee on every single thing i'm sorry and i shoujld have been better myself i wish i wold have done the iveeo thing diferent - moving foward we will be more careful, more mindful about feeling comfrtable in the pace and we can get through this in a way we can get through this that's meaninful to all

ryan chastized jamey and justin again -- "justin why can't you be more like your partner"

Jamey feels it didn't make Justin look his best

they've held this against him "that he hasn't shown any contrition"

he can barely move -- the next morning he had a sex scene with her

it takes him days to find his legs again and he finishes the movie

she shoots in LA

now they're in the edit -- 10 weeks to do his movie

a week in she says she wants to be invovled in teh edit -- justin is ptorected and develop his movie they know this can't happen

she is so unique that they would get nothing done and it would cost more money

they said no - she got really upset - they end up sayng yes she can come in for a little bit of a time

nina shaw is JB's peronal lawyer

not so much a law thing as much of a PR thing

while he's almost done ith his first cut of it / she then demands to have time - they give her 4-5 days, which now she wants 11 days - they say no - pressure from her and sony, they give her 11 days - **sony said she keeps waiving that she didn't feel safe on set** - JB's movie is tested and it tests really high / sony is happy with testing -- does 2nd screening and tests better -- blake now says she wants a friends and family screening of what she's done -- now she insists that her version gets a screen test - they get pressured to do so -- it didn't test as well as Justin's but they heard from sony again and doubling down saying she won't promote the movie unless her version is the one they go with -- she said colleen was on her side and that Colleen wouldn't promote the film

no other cast complaints other than the sexy comment from Jenny

Jenny also complained about meeting Jamey -- she had an allowance for an Airbnb so they gave her x amount -- she rented an airbnb on her own thing that was above what they gave her -- she told jamey in the office that she didn't like the place and she said they wouldn't give them their deposit back -- he said lets get you a new place, you're a baby and amother we don't want you in the place and we'll bear the cost -- they worked it out and talked to production team -- two days later he sees her, asks about aribnb she said thank you -- fast forward two weeks they get the sexy complaint -- she had a problem with him offering to pay for the place as if he was a savior and a pat on the back for taking care of women and mothers being valued

Jenny stopped talking to Justin and Jamey -- her agent hasn't talked to them about it

sony is worried / justin is very fear based - that blake is going to take her down

jamey learned that she has the characteristics of a narcissist

have another call -- go through an exact timeline and make things super specific
enough friendly reporters and people who would create a story that we wanted to create it

CONFIDENTIAL                                                                                                             KCASE-000005775

she took the movie over ; justin is benched and sidelined from his own movie
sony and other consultants just said let her have it at this point
justin is sick because it's his name on it as a director
sony agrees it didn't score as well even her second test -- now she's willing to put the movie closer to what justin's second test did but they couldn't call it justin's cut
they're not talking to colleen anymore -- she's under blake's wing
she went out to dinner with the two of them, brought her fully up to speed -- she left that dinner feeling like they tried to get her on their side and turn her against blake
author of book / woman / beloved / they don't follow justin on social media
young actors no longer following justin
blake has shared enough with them that they want nothing to do with justin
brandon who plays atlas -- book bonanza happened -- met with Alex ; Alex has played both sides, but has despised bl's behavior ; now she's at book bonanza and goes to dinner with them - brandon will not promote the movie alongside justin -- they wouldn't do any press with him
alex through their other newly appointed producer would no longer engage with JB / Jamey / wayfarer

Alex has been someone to navigate as well

Female lead, female colead, female author, female producer, female young lily and young atlas, older atlas -- only heard from blake and one incident with jenny about bad experiences

brandon is stating that justin was trying to belittle his experience -- brandon spoke to forbes about how incredibly justin was as a director NEED TO LOOK THIS UP

movie is done, blake finishes the movie
justin is in a bad place ; can barely show his face - he feels robbed
he feels like his name and what he's worked for is in the balance
he's very sensitive
character assassination from someone known for being such a lovely character

Man Enough Podcast -- redefine what it means to be a man

Ryan threw this in their faces -- "you guys are the dangerous ones"

sony does not think there's any voracity to this -- they've experienced how high maintenance this is -- they're good with the crew -- jamey isn't worried about peripheral opinion

sony doesn't care about preserving jamey and justins name -- they care about how well the film does

sony doesn't think theyve done anything wrong -- but they're opinoion is just acquiesce

how long do you act guilty until you become guilty

movie is done, he can't watch his own movie -- sony was able to get the movie 90% back to justin's cut

justin has been removed from posters, film credits, etc.

blake wants to be a producer on the film -- wants her credit from EP to producer -- they gave her a credit

she doesn't have the PGA mark -- makes a distinction between contractual ones and the ones that built the cake

rigorous process to award a PGA mark -- they get a call, that says blake has requested that these three people Alex, Ang, and Todd black writes a letter advocating why she deserves a PGA -- she is requesting and expecting Jamey and Justin to write a letter also requesting this

everyone else wrote the letter and the only two that said no were jamey and justin -- now they have fueled their fire -- any good will that was left with them was gone

they write a letter -- Jamey sent blake a text asking for a direct conversation to find a path through this and lead to a change of thought -- she would not get on a call and said she only wanted to communicate via text (for it to be in writing)

they write a letter -- jamey wrote it on behalf of him and justin -- this was factual, not advocating -- wardrobe, editing, music -- she was granted the PGA mark -- follow up email sent to jonesworks / attorneys -- wrote letter under duress, extortion -- this is extortion and only doing it to save face, investment, etc. and this is dated at the same time in writing

they had to fire their composer because she didn't like the music to bring on ryan's composer for deadpool -- fired editors

NOW --

The premier is happening August 6 / movie comes out on August 9
they're going to go
premier -- NYC / Lincoln Center
Chairman and financier -- he's going to the premier with family and friends
justin is coming to the premier to walk the carpet and celebrate movie and reclaim it
most of wayfarer is going to celebrate the movie and family and friends
**UNTIL MONDAY -- blake does not want justin at the premier / nor does she want wayfarer at the premier**
over last three days - got wind that she doesn't want them there from sony executives
30M they put in to sony's 20M
they've been waiting for the phone call that was a potential official ask or delivery of the news
they were preparing -- talking to Danny Greenberg / Jen Abel a lot
5 PM wednesday meeting iwth sony -- josh says to them, blake doesn't want justin or wayfarer at the premier - josh and them are over blake but they need to stay in business with her and ryan
they said blake was more important to them essentially than them
she said that if they go to the premier -- if JUSTIN goes to the premier -- and IF you guys go she will not come to the premier, nor will colleen, or any of the other actors
justin only found all of this out last night
he cannot take anymore
Justin isn't built for something like this
Option 1: justin fakes covid / he's in sweden -- he posts something about not being there and lies -- sony doesn't want that option
Option 2: JB comes to red carpet before rest of the cast, takes pictures, then he leaves -- they'll come an hour later -- film community of all the people / he won't be in the theater when the movie is introduced and talked about and he's not there
Option 3: Business as usual, they're going to go -- first time something feels like it belongs to her -- she's not going to not show up to this

Justin loses his mind -- he's overwhelmed -- his wife is worried BL is going to take their lives apart -- justin is worried about being cancelled

they've decided to go with option 3 and call her bluff -- they're not moving the fence anymore -- called josh today and said they're going to go

wayfarer cannot accept this so here's what we'll do -- come to the premier / justin who's been through a lot over the last 5 years he deserves to see this movie through / he'll walk the carpet, he'll go inside / we'll do a fake interview so he'd got something to talk about or do he had to get there early for some reason / no group photo / she wants to introduce the movie and welcome everyone -- Tom Rothman or Josh or someone from Sony walks up to stage and welcomes people and intros movie -- blake and colleen can then go up and have their bit

they're not going to after party -- night can belong to blake

this is the only plan

MN:
needs to be very wary of her
CREATE SCENARIO PLANNING
if all goes to plan and everything runs smoothly -- he should do an op ed about why he chose to take this film on because of xyz
organize some proactive press -- stepping up as men / GQ / EW
protection of a brand, protection of him
push out positive headlines
in a couple months say something

josh warned jamey that blake doesn't accept this plan -- she might not come to the premier ; rest of cast might not go to the premier -- there might not be a premier
they're prepared for this
sony expects wayfarer to back down -- wayfarer is not going to back down
Ang from Sony -- texts jamey and said she thinks they're making the wrong decision but jamey feels its telling
ang spoke with danny their agent -- what if justin shows up, goes into threater 2 with family and friends -- she goes into theater 1 and intros movie / justin intros movie to his theater -- they go say hello to other theaters -- stay in respective theaters -- THIS STILL DOESN'T WORK and they said no

they found out tonight -- they spoke with BL, colleen -- they said that they and them will not be coming to the premier -- sony is disappointed
jamey didn't back down this time
invitations already went out today -- figure out how to mitigate that and come up with something as to why it's not happening
they're doing a temperature check -- he's going to call back
they're not going to let this not happen
this isn't the end of it
they're going to let us know what happens
his thought and what he told josh -- if this is the straw that breaks the camel's back that they wanted to go to the premier that's going to be it
they're worried she's going to leak shit -- but if she's going to do it anyways why not
she's going to hint towards it
not going to fire offensive bullets but have to have a strategy
they're not going to just tank shit -- they're going to figure out something
trade: sony not allowing XXX
weaponized feminism
**next steps -- SCOPE PRICE DURATION NEXT STEPS AND FRAMEWORK**
holding statement
scenario planning
etc

CONFIDENTIAL                                                                                                         KCASE-000005778