# EXHIBIT 65

## Filed Under Seal

 **Street Relations**

Date: October 1, 2024
Invoice #003TAG.JBWS

# *INVOICE*

| INVOICE | TO | SHIP TO |
|---|---|---|
| Street Relations, Inc. | Wayfarer Studios | Street Relations, Inc. |
| Dripping Springs, TX 78620 | Customer ID | Dripping Springs, TX 78620 |
| ▬▬▬▬▬▬ | [080824TAGJBWS] | |

| JOB | PAYMENT TERMS |
|---|---|
| Digital Consulting Strategy and Services for TAG.Wayfarer.JB | Due On Receipt |

| DESCRIPTION | TOTAL |
|---|---|
| Communication and Consulting Services – TAG.Wayfarer.JB<br>3 of 3 (10.5 -11.5) | $30,000 U.S. |
| TOTAL DUE | $30,000 U.S. |

Account Name: ▬▬▬▬  Account Number: ▬▬▬  Bank Name: ▬▬  Routing Number ▬▬▬
Bank Address: ▬▬▬▬▬▬▬

Confidential



STREET 1.000087
STREET 1.000087