# EXHIBIT 66

## Filed Under Seal

**Message**

| | |
|---|---|
| From: | Bill Pay [                    ] |
| on behalf of | Bill Pay |
| Sent: | 10/9/2024 9:39:46 PM |
| To: | |
| Subject: | Your payment from Wayfarer Studios, LLC is on its way! |

# Wayfarer Studios, LLC

Hi Street Relations, Inc.,

The check will arrive around 10/17/24. This date is an estimate based on USPS delivery speed. The payment is for these invoices:

| Invoice # | Due Date | Amount | Payment Amount |
|---|---|---|---|
| #003TAG.JBWS | 10/01/24 | $30,000.00 | $30,000.00 |
| Total: | | | $30,000.00 |

In the future, to receive this payment directly into your bank account, create your free account with our service provider:

**Sign Up Now**

If the button above doesn't work, copy and paste the following link into your web browser:

Have questions about the payment? Contact Wayfarer Studios, LLC at

Thank you,
Wayfarer Studios, LLC

For your security, double check all email links before clicking them to make sure they're safe. Our links always start with https://app01.us.bill.com, http://www.bill.com or http://www.cashflow.bill.com.

Confidential

Be cautious when sharing your information by email or phone.
Please don't reply to this automated email.

Bill Pay is a service provided by BILL Operations, LLC
To learn more about BILL Operations's privacy policy, read **Privacy Statement.**
© 2024 BILL Operations, LLC
ip-10-118-159-153.101.37 899984ac OTID0068-15 P01

Confidential

STREET 1.000090