

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Jonathan P. Bach
jbach@shapiroarato.com
Direct: 212-257-4897

January 21, 2026

**VIA ECF**

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

    Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

    Certain exhibits to the Declaration of Alexandra A.E. Shapiro (Dkts. 1245-79, 81, 87, and 102; Exhibits 137, 139, 146, and 170 to the Wayfarer Parties' summary judgment motion) are temporarily sealed because they inadvertently reveal personal identifying information. The Wayfarer Parties respectfully request that these documents be permanently sealed. Attached here are appropriately redacted versions of those documents.

    In addition, the Wayfarer Parties write to note that, as indicated in our January 5, 2026, letter (Dkt. 1160 at 3), Wayfarer Exhibit 163 was erroneously included in the opening summary judgment materials. That document has no relevance to the judicial function and includes a considerable amount of personal information. The Wayfarer Parties therefore respectfully renew their request for Exhibit 163 to be removed from the summary judgment record.

                                  Respectfully submitted,

                                    /s/ Jonathan P. Bach
                                  Jonathan P. Bach
                                  Alexandra A.E. Shapiro
                                  Alice Buttrick
                                  Jason A. Driscoll
                                  SHAPIRO ARATO BACH LLP
                                  1140 Avenue of the Americas, 17th Floor
                                  New York, New York 10036
                                  (212) 257-4880
                                  Email: jbach@shapiroarato.com
                                          ashapiro@shapiroarato.com
                                          abuttrick@shapiroarato.com
                                          jdriscoll@shapiroarato.com

Hon. Lewis J. Liman
January 21, 2026

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (admitted pro hac vice)
Ellyn S. Garofalo (admitted pro hac vice)
Kim S. Zeldin (admitted pro hac vice)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email:  bfreedman@lftcllp.com
            egarofalo@lftcllp.com
            kzeldin@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
            kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted pro hac vice)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

*Attorneys for the Wayfarer Parties*