# Exhibit 137

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 20 | Date Range: 4/26/2024 |

## Outline of Conversations

  **BL-FullMessages-0808218** • 20 messages on 4/26/2024 • Sender/Recip Name Not Available • ▉▉▉▉▉▉▉▉▉ • ?B? • ▉▉▉▉▉▉▉▉

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **BL-FullMessages-0808218**

**SA** — Sender/Recip Name Not Available
OH MY GOD I just saw the above text and link
▶ 4/26/2024, 9:56 PM

**SA** — Sender/Recip Name Not Available
Gonna watch now
▶ 4/26/2024, 9:56 PM

**SA** — Sender/Recip Name Not Available
OH MY GOD
▶ 4/26/2024, 9:59 PM

**SA** — Sender/Recip Name Not Available
ITS AMAZING
▶ 4/26/2024, 9:59 PM

**SA** — Sender/Recip Name Not Available
I'm so sorry I was in a daze and didn't see the first text
▶ 4/26/2024, 9:59 PM

**SA** — Sender/Recip Name Not Available
Wow I love how they use the song
▶ 4/26/2024, 10:00 PM

**SA** — Sender/Recip Name Not Available
😎 welcome to Hollywood Justin
▶ 4/26/2024, 10:27 PM

Attached URL: https://p38-content.icloud.com/M5414ADED41DF5A8D8E7F3E2A7A8FD59FB2E3CFE9150F3C762F052275652D891C.C01USN00
Attachment Title: Screenshot 2024-04-26 at 7.27.02 PM.heic

Attachment: Screenshot 2024-04-26 at 7.27.02 PM.heic (85 KB)

># ?B?
I'm not ok
◀ 4/26/2024, 10:28 PM

># ?B?
I can't breathe
◀ 4/26/2024, 10:28 PM

># ?B?
I'm obsessed with you
◀ 4/26/2024, 10:28 PM

># ?B?
I have never felt more like Khalessi. I have dragons.
◀ 4/26/2024, 10:30 PM

># ?B?
Except my dragons are bred with Cersei herself.
◀ 4/26/2024, 10:30 PM

> **SA** — Sender/Recip Name Not Available
I'm just picturing you muttering 'dracarys'
And then I fire off those texts to Austin. 🐉 🔥
▶ 4/26/2024, 10:45 PM

**SA** — Sender/Recip Name Not Available
By the way
▶ 4/26/2024, 10:47 PM

**SA** — Sender/Recip Name Not Available
If Justin was strategic
▶ 4/26/2024, 10:47 PM

| | | | |
|---|---|---|---|
| SA | Sender/Recip Name Not Available | | ▶ 4/26/2024, 10:47 PM |
| | He would be like no Taylor swift in the trailer | | |
| SA | Sender/Recip Name Not Available | | ▶ 4/26/2024, 10:47 PM |
| | Because that gives you more power over the film, that's your ally not his | | |
| ># | ?B? | | ◀ 4/26/2024, 11:50 PM |
| | Get yourself a best friend who thinks like the actual Roman Empire. | | |
| SA | Sender/Recip Name Not Available | | ▶ 4/26/2024, 10:48 PM |
| | His misogyny runs so deep he thinks women are incapable of winning chess matches or making long game power plays | | |
| ># | ?B? | | ◀ 4/26/2024, 11:53 PM |
| | You are so right. And so wickedly smart to call it. He should've run from your music. I never thought about that. But holy shit. How stupid. This was his only shot at having the appearance of an upper hand. | | |