# Exhibit 146

Message

| | |
|---|---|
| From: | Blake Lively [XXXXXXXX] |
| Sent: | 7/7/2024 4:26:49 PM |
| To: | Sarah Ruhl [XXXXXXX] |
| Subject: | Re: Want to catch up about seconds sometime this week? |

I am so sorry. I have bee under it since April really. I was filming one movie, when the studio took the film from the director of the movie I was in post on, and asked me to take over, so I have been reediting the entire film, I brought on mu composer, and whole team to redo everything. I just finished the final sound mix in la yesterday. Flying back now to do final color time this week. And then I'm out from under this. The movie comes out in a month so im diving into the press. I hope to come up for air before that though! CANNOT WAIT TO READ THIS. And I'm excited to see what new ideas came out. I love that it spoke to you .

Thank you for your patience. Speak soon
xx
Ps love that fabric


> On Jul 6, 2024, at 5:51 PM, Sarah Ruhl                    wrote:
>
> I'm sure you've had a busy summer! Anxious to hear any thoughts you have xoxo sarah
>
> <IMG_2922.jpg>
> Sent from my iPhone

CONFIDENTIAL              BL-000028962