**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>                            Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>                            Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>                            Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>                            Defendants. | |

**PLEASE TAKE NOTICE**, that Jason A. Driscoll has left the firm Shapiro Arato Bach LLP, counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel (collectively, "Defendants") and Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, and Steve Sarowitz (collectively, "Consolidated Plaintiffs"), effective January 30, 2026. We respectfully request that this Court grant this motion for an Order (1) pursuant to Local Rule 1.4, granting leave to withdraw Mr. Driscoll as counsel for Defendants and Consolidated Plaintiffs (2) granting such other and further relief as the Court deems just and proper.

Alexandra A.E. Shapiro, Jonathan Bach, and Alice Buttrick of Shapiro Arato Bach LLP will remain among the counsel of record for Defendants and Consolidated Plaintiffs. As such, granting the relief requested herein shall not delay any deadlines in or the disposition of this matter. A proposed Order granting leave to withdraw Mr. Driscoll is submitted herewith.

Dated: February 10, 2026

Respectfully submitted,

/s/ Alexandra A.E. Shapiro

Alexandra A.E. Shapiro
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl
New York, NY 10036
Tel: 212-257-4881
ashapiro@shapiroarato.com

*Attorney for Defendants and Consolidated Plaintiffs*