**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, and JENNIFER ABEL,<br><br>       Defendants.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, JENNIFER ABEL, and STEVE SAROWITZ,<br><br>       Plaintiffs,<br><br>v.<br><br>BLAKE LIVELY, RYAN REYNOLDS, LESLIE SLOANE, VISION PR, INC., and THE NEW YORK TIMES COMPANY,<br><br>       Defendants. | Civ. Action No. 1:24-cv-10049-LJL (Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL<br><br><br>**ORDER GRANTING MOTION TO WITHDRAW JASON A. DRISCOLL AS COUNSEL** |

Upon the motion for an order pursuant to Local Civil Rule 1.4 for leave to withdraw Jason A. Driscoll as attorney of record for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel and Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, and Steve Sarowitz; whereas Alexandra A.E. Shapiro, Jonathan Bach, and Alice Buttrick of Shapiro Arato Bach LLP will remain counsel of record for Defendants and Consolidated Plaintiffs; and for good cause shown:

**IT IS HEREBY SO ORDERED THAT**, the motion is hereby **GRANTED** and attorney Jason A. Driscoll is withdrawn as counsel of record for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel and Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, and Steve Sarowitz; and

**IT IS HEREBY FURTHER SO ORDERED THAT**, the Clerk of Court is hereby respectfully requested to terminate attorney Jason A. Driscoll and cease to send him notices in this matter.

Dated: February 11, 2026
New York, New York

Hon. Lewis J. Liman
Senior United States District Judge