**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
ATTORNEYS AT LAW

**1801 CENTURY PARK WEST, 5TH FLOOR**
**LOS ANGELES, CALIFORNIA 90067-6007**
TEL: (310) 201-0005
FAX: (310) 201-0045
E-MAIL: bfreedman@lftcllp.com

BRYAN FREEDMAN

February 22, 2026

<u>Via ECF</u>
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

      Pursuant to Section 1.D of Your Honor's Individual Practices in Civil Cases, Plaintiff Blake Lively, and Defendants Wayfarer Studios LLC, It Ends with Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel respectfully jointly move the Court for an order modifying the Court's December 9, 2025 order (ECF 1100) requiring the parties to file the Joint Pretrial Order, motions in limine, proposed voir dire and jury instructions ("Pretrial Filings") on March 20, 2026 and responses thereto by March 27, 2026. Specifically, the parties respectfully request that the Court extend such deadlines as follows:

- March 27, 2026: parties to submit Pretrial Filings
- April 3, 2026: parties to file oppositions to motions in limine.
- April 10, 2026: parties to file oppositions to Daubert motions, if any.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael J. Gottlieb | /s/ Bryan Freedman |
| WILLKIE FARR & GALLAGHER LLP | LINER FREEDMAN TAITELMAN + COOLEY LLP |
| Michael J. Gottlieb | Bryan J. Freedman (admitted *pro hac vice*) |
| 2049 Century Park East | Ellyn S. Garofalo (admitted *pro hac vice*) |
| Los Angeles, California 90067 | Kim S. Zeldin (admitted *pro hac vice*) |
| (310) 855-3000 | 1801 Century Park West, 5th Floor |
| mgottlieb@willkie.com | Los Angeles, CA 90067 |
| | Tel: (310) 201-0005 |
| Kristin E. Bender | Email: bfreedman@lftcllp.com |
| 1875 K Street NW |       egarofalo@lftcllp.com |
| Washington, DC 20006 |       kzeldin@lftcllp.com |
| (202) 303-1000 | |
| kbender@willkie.com | |

485243.1

Hon. Lewis J. Liman
February 22, 2026
Page 2

| | |
|---|---|
| | /s/ Alexandra A. E. Shapiro |
| Aaron E. Nathan | SHAPIRO ARATO BACH LLP |
| Michaela A. Connolly | Alexandra A. E. Shapiro |
| Melissa Taustine | Jonathan Bach |
| 787 7th Avenue New York, NY 10019 | Alice Buttrick |
| (212) 728-8000 | 1140 Avenue of the Americas, 17th Floor |
| anathan@willkie.com | New York, NY 10036 |
| mconnolly@willkie.com | Tel: (212) 257-4881 |
| mtaustine@willkie.com | Email: ashapiro@shapiroarato.com |
| | jbach@shapiroarato.com |
| | abuttrick@shapiroarato.com |
| /s/ Esra Hudson | /s/ Mitchell Schuster |
| MANATT, PHELPS & PHILLIPS, LLP | MEISTER SEELIG & FEIN PLLC |
| Esra A. Hudson (admitted *pro hac vice*) | Mitchell Schuster |
| Stephanie A. Roeser (admitted *pro hac vice*) | Kevin Fritz |
| Sarah E. Moses (admitted *pro hac vice*) | 125 Park Avenue, 7th Floor |
| 2049 Century Park East, Suite 1700 | New York, NY 10017 |
| Los Angeles, CA 90067 | Tel: (212) 655-3500 |
| (310) 312-4000 | Email: ms@msf-law.com |
| ehudson@manatt.com | kaf@msf-law.com |
| sroeser@manatt.com | |
| smoses@manatt.com | |
| | |
| Matthew F. Bruno | |
| 7 Times Square | |
| New York, NY 10036 | |
| (212) 790-4500 | |
| mbruno@manatt.com | |
| /s/ Meryl C. Governski | /s/ Mitra Ahouraian |
| DUNN ISAACSON RHEE LLP | AHOURAIAN LAW |
| Meryl C. Governski (admitted *pro hac vice*) | Mitra Ahouraian (admitted *pro hac vice*) |
| 401 Ninth Street, NW | 2029 Century Park East, 4th Floor |
| Washington, DC 20004 | Los Angeles, CA 90076 |
| (202) 240-2900 | Tel: (310) 376-7878 |
| mgovernski@dirllp.com | Email: mitra@ahouraianlaw.com |
| | |
| *Attorneys for Plaintiff Blake Lively* | *Attorneys for Defendants Wayfarer Studios LLC, It Ends with Us Movie LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel* |

485243.1