Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

March 10, 2026

VIA ECF

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

      Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

We write on behalf of all parties to request a brief adjournment of the current deadlines for pretrial submissions. All parties remain committed to moving this matter forward expeditiously. At the same time, they believe they may benefit from the Court's guidance and any focusing of the issues that may result from the Court's resolution of the pending dispositive motions. As the Court has previously observed, the parties' pretrial motions, in particular, may be shaped to some extent by the anticipated rulings. Other evidentiary considerations depend on the rulings as well.

Lively's counsel has authorized us to represent to the Court that they consent to a one-week adjournment of the current deadlines, subject to the approval of the Court, as follows:

- April 3, 2026:    Parties to submit Pretrial Filings
- April 10, 2026:    Parties to file oppositions to motions in limine
- April 17, 2026:    Parties to file oppositions to Daubert motions, if any.

The Wayfarer Parties, while not opposing a one-week adjournment as set forth above, respectfully submit the following alternative for the Court's consideration as well (to which Lively does not consent):

- Within 21 days of the Court's rulings:    Pretrial Filings
- One week thereafter:    Parties to file oppositions to motions in limine
- One further week thereafter:    Parties to file oppositions to Daubert motions, if any.

Hon. Lewis J. Liman
March 10, 2026

Respectfully submitted,

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
Jonathan P. Bach
Alice Buttrick
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

LINER FREEDMAN TAITELMAN + COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com

MEISTER SEELIG & FEIN PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

*Attorneys for the Wayfarer Parties*

cc:    All counsel (by ECF)