

March 10, 2026                      The request to extend the deadlines by one week is GRANTED.

VIA ECF

SO ORDERED.

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

LEWIS J. LIMAN
United States District Judge

March 11, 2026

                Re:     *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

      We write on behalf of all parties to request a brief adjournment of the current deadlines for pretrial submissions. All parties remain committed to moving this matter forward expeditiously. At the same time, they believe they may benefit from the Court's guidance and any focusing of the issues that may result from the Court's resolution of the pending dispositive motions. As the Court has previously observed, the parties' pretrial motions, in particular, may be shaped to some extent by the anticipated rulings. Other evidentiary considerations depend on the rulings as well.

      Lively's counsel has authorized us to represent to the Court that they consent to a one-week adjournment of the current deadlines, subject to the approval of the Court, as follows:

- April 3, 2026:     Parties to submit Pretrial Filings
- April 10, 2026:   Parties to file oppositions to motions in limine
- April 17, 2026:   Parties to file oppositions to Daubert motions, if any.

      The Wayfarer Parties, while not opposing a one-week adjournment as set forth above, respectfully submit the following alternative for the Court's consideration as well (to which Lively does not consent):

- Within 21 days of the Court's rulings:    Pretrial Filings
- One week thereafter:                      Parties to file oppositions to motions in limine
- One further week thereafter:          Parties to file oppositions to Daubert motions, if any.

Hon. Lewis J. Liman
March 10, 2026

          Respectfully submitted,

          /s/ Alexandra A.E. Shapiro
          Alexandra A.E. Shapiro
          Jonathan P. Bach
          Alice Buttrick
          SHAPIRO ARATO BACH LLP
          1140 Avenue of the Americas, 17th Floor
          New York, New York 10036
          (212) 257-4880
          ashapiro@shapiroarato.com
          jbach@shapiroarato.com
          abuttrick@shapiroarato.com

          LINER FREEDMAN TAITELMAN + COOLEY, LLP
          Bryan J. Freedman (admitted *pro hac vice*)
          Ellyn S. Garofalo (admitted *pro hac vice*)
          Kim S. Zeldin (admitted *pro hac vice*)
          1801 Century Park West, 5th Floor
          Los Angeles, CA 90067
          (310) 201-0005
          bfreedman@lftcllp.com
          egarofalo@lftcllp.com
          kzeldin@lftcllp.com

          MEISTER SEELIG & FEIN PLLC
          Mitchell Schuster
          Kevin Fritz
          125 Park Avenue, 7th Floor New York, NY 10017
          (202) 655-3500
          ms@msf-law.com
          kaf@msf-law.com

          *Attorneys for the Wayfarer Parties*

cc:    All counsel (by ECF)