```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BLAKE LIVELY,                                                    :
                                                                 :
                             Plaintiff,                          :
                                                                 :           24-cv-10049 (LJL)
         -v-                                                     :
                                                                 :               ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                            :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                        :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                         :
GROUP PR LLC, JENNIFER ABEL,                                     :
                                                                 :
                             Defendants.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2026

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Blake Lively moves, pursuant to New York Professional Conduct Rule 3.6 and Federal Rule of Civil Procedure 16(f), for an order granting sanctions against Bryan Freedman, counsel for the Wayfarer Parties.[1] Dkt. No. 543. Plaintiff asserts that Freedman should be sanctioned for making extrajudicial statements commenting upon her character and credibility that will have a substantial likelihood of materially prejudicing the adjudicative proceedings in this matter. The statements were made between eight and eleven months before the then-scheduled trial date in this matter. Assuming without deciding that Freedman's statements were not protected by the safe harbor provision in Rule 3.6(d), Plaintiff has not shown that those statements, given when they were made, are substantially likely to prejudice any adjudicative proceedings in this case. Accordingly, the motion is DENIED.

---

[1] The Wayfarer Parties are Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 543.

SO ORDERED.

Dated: March 13, 2026
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge