UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
BLAKE LIVELY,                                                           :
                                                                        :
                                    Plaintiff,                          :
                                                                        :                24-cv-10049 (LJL)
            -v-                                                          :
                                                                        :                    ORDER
WAYFARER STUDIOS LLC, JUSTIN BALDONI,                                   :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH                              :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY                               :
GROUP PR LLC, JENNIFER ABEL,                                           :
                                                                        :
                                    Defendants.                         :
                                                                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/27/2026

LEWIS J. LIMAN, United States District Judge:

An individual named Thomas Carver moves to file an amicus brief in this case to express views regarding the information that should and should not be filed on the public docket.  Dkt. No. 659.  The motion is denied.

"District Courts have broad discretion in deciding whether to accept amicus briefs." *Concerned Area Residents for Environ. v. Southview Farm*, 834 F. Supp. 1410, 1413 (W.D.N.Y.1993).  However, "the circumstances under which an amicus brief is considered 'desirable' are limited: 'An amicus brief should normally be allowed when a party is not represented competently or is not represented at all, when the amicus has an interest in some other case that may be affected by the decision in the present case . . . or when the amicus has unique information or perspective that can help the court beyond the help that lawyers for the parties are able to provide.  Otherwise, leave to file an amicus brief should be denied.'" *Jamaica Hosp. Med. Ctr., Inc. v. United Health Grp., Inc.*, 584 F. Supp. 2d 489, 497 (E.D.N.Y. 2008) (quoting *Citizens Against Casino Gambling in Erie County v. Kempthorne*, 471 F. Supp. 2d 295

(W.D.N.Y.2007)).  The motion does not meet this standard.

The Clerk of Court is respectfully directed to close Dkt. No. 659.

SO ORDERED.

Dated: March 27, 2026
       New York, New York

LEWIS J. LIMAN
United States District Judge

2