**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>   Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al,<br><br>   Defendants. | No. 24-cv-10049 (LJL) (lead case)<br>No. 25-cv-449 (LJL) (member case) |

JENNIFER ABEL,

   Third-Party Plaintiff,

v.

JONESWORKS LLC,

   Third-Party Defendant.

WAYFARER STUDIOS LLC, et al.,

   Consolidated Plaintiffs,

v.

BLAKE LIVELY, et al.

   Consolidated Defendants.

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that John F. Terzaken, III hereby moves this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for *Amici Curiae* Sanctuary for Families. The undersigned attorney is no longer employed at Simpson Thacher & Bartlett LLP. Sanctuary for Families will continue to be represented by counsel of record at Simpson Thacher & Bartlett LLP.

The undersigned attorney also respectfully requests to be removed from the Electronic Case Filing notification list in this matter.

Dated:  April 2, 2026                    Respectfully submitted,

>                                        */s/ John F. Terzaken, III*
>                                        John F. Terzaken, III
>                                        T&T Law Group, PLLC
>                                        1717 K Street, NW, Suite 900
>                                        Washington, DC 20006
>                                        (202) 810-9354
>                                        john.terzaken@tntpllc.com