UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

BLAKE LIVELY,                        :

                                :

             Plaintiff,          :

                                :          24-cv-10049 (LJL)

      -v-                     :

                                :             ORDER

WAYFARER STUDIOS LLC, JUSTIN BALDONI,  :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH :
US MOVIE LLC, MELISSA NATHAN, THE AGENCY :
GROUP PR LLC, and JENNIFER ABEL,     :

                                :

          Defendants.        :

                                :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/2/2026___

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference in this matter today, April 2, 2026.  The Court discussed certain scheduling matters.  As indicated on the record at the conference:

The final pretrial conference will be held on April 28, 2026, at 10:00 AM in Courtroom 15C of the 500 Pearl Street Courthouse.

If The Agency Group PR LLC renews its motion for summary judgment, any such motion shall be filed with the parties' pretrial filings by April 10, 2026.  Plaintiff's response shall be due at the same time as oppositions to motions in limine on April 17, 2026.

The Court clarifies that the deadline to file oppositions to Daubert motions is April 24, 2026.  The Court otherwise adheres to the deadlines set forth as "Proposed Deadlines" in the Wayfarer Parties' letter of March 25, 2026, *see* Dkt. No. 1264, and ordered by the Court on

2

March 26, 2026, *see* Dkt. No. 1265.

     SO ORDERED.


Dated:  April 2, 2026
       New York, New York

                                  LEWIS J. LIMAN
                         United States District Judge