UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

                    Plaintiff,

     -v-

WAYFARER STUDIOS LLC, et al.,

                   Defendants.

CIVIL ACTION NO. 24 Civ. 10049 (LJL) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the Honorable Lewis J. Liman's Opinion and Order granting in part and denying in part Defendants' summary judgment motion and motion for judgment on the pleadings (Dkt. No. 1,273), the Court ORDERS as follows:

1. A counsel-only telephonic conference with counsel for Plaintiff to discuss their client's updated settlement position is scheduled for **Monday, April 6, 2026 at 3:00 p.m. ET** on the Court's conference line.  Plaintiff's counsel are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

2. A counsel-only telephonic conference with counsel for Defendants to discuss their clients' updated settlement position is scheduled for **Monday, April 6, 2026 at 4:00 p.m. ET** on the Court's conference line.  Defendants' counsel are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:       New York, New York
             April 3, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**