# Exhibit A

| | |
|---|---|
| **From:** | Ellyn Garofalo |
| **To:** | Bender, Kristin |
| **Cc:** | Alice Buttrick; Stephanie Roeser; Connolly, Michaela; Bryan Freedman; Alexandra Shapiro; Jonathan Bach; Kim Zeldin; mitra@ahouraianlaw.com; Summer Benson; Theresa Troupson; Amir Kaltgrad; Jason Sunshine; Local KAF. Counsel; Local MS. Counsel; Stacey Ashby; Gottlieb, Michael; Esra Hudson; Meryl Governski; Nathan, Aaron E.; Matthew Bruno; Sarah Moses; Taustine, Melissa; Katelyn Climaco; Sareen Armani; Jenkins, Vendarryl |
| **Subject:** | Re: Lively v. Wayfarer - Jury Instructions Conferral |
| **Date:** | Monday, April 6, 2026 1:37:37 PM |
| **Attachments:** | image001.png |

**\*\*\* EXTERNAL EMAIL \*\*\***

We understand the court's rules. Just to clear up any misperception, it is not our intention to wait until the time of trial" to identify the witnesses who are appearing zin person. Rather, given the court's limited subpoena power, we are reserving the right to have witnesses appear by designation if they are unwilling or unable to appear in person. To avoid any potential prejudice, we are designating deposition testimony for witnesses who are outside the geographical reach of the court's subpoena power and reserving the right to present their testimony by designation.

Further, we are reevaluating our witness's and exhibit lists with an eye toward narrowing the trial in light of the court's very recent ruling. We hope you're doing the same.
Sent from my iPhone

On Apr 6, 2026, at 10:11 AM, Bender, Kristin <kbender@willkie.com> wrote:

Counsel,

Pursuant to Liman's rules, Defendants must disclose "[a] list of all trial witnesses, indicating whether such witnesses will testify in person or by deposition." Individual Practices in Civil Cases Rule 5(A)(ix). As of Friday, Defendants refused to disclose whether or not their clients (Baldoni, Heath, Sarowitz, Nathan, Abel) are attending trial in person, and you took the position that we must prepare both for live testimony and deposition designation because either was possible, reserving Defendants' disclosure until the time of testimony. With the pre-trial filings due on Friday, we need this information immediately.

Absent your response by 5 pm est, we will proceed to seek relief from the Court later today to obtain this information and a limited extension that will permit us to make timely designations as to any such witnesses not appearing live.

Thank you,
Kristin

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, April 3, 2026 6:05 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>; Roeser, Stephanie <SRoeser@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Kim Zeldin <kzeldin@lftcllp.com>; Mitra Ahouraian <mitra@ahouraianlaw.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Jenkins, Vendarryl <VJenkins@willkie.com>
**Subject:** RE: Lively v. Wayfarer - Jury Instructions Conferral

Jonathan, Alice, all:

We are writing in response to the parties' scheduling conferral earlier today. In light of our conversation and the Court's schedule, we agree to continue ahead as to all filings on April 10. Please see the proposed schedule below.

As you noted, all parties continue to evaluate the Court's recent order and any potential implications for the case that is going to trial. Ms. Lively also plans to evaluate in good faith her exhibit list and deposition designations and any revisions will be identified in connection with final exchanges on the date that we have currently proposed for April 8. The Court's pending spoliation ruling may also facilitate further reductions in trial materials. In the meantime, we do not anticipate substantial reduction as to any of the pre-trial materials such that Ms. Lively would need to circulate unilateral revisions before the parties can continue their exchanges.

Thanks,
KB

| Proposed Date | Exchange |
|---|---|
| 4/5 | Parties to exchange revised witness lists, including confirmation of whether witnesses will appear in person or via deposition as required by the Court's Rule 5(A)(iv) |
| 4/6 | Plaintiff to circulate jury instructions and verdict form |
| 4/6 | Plaintiff to circulate JPTO and summary of the case |
| 4/6 | Plaintiff to circulate designations as to designations for dismissed defendants appearing via deposition |
| 4/6 | Defendants to circulate revised voir dire/questionnaire |
| 4/7 | Defendants to circulate revised jury instructions and verdict form |
| 4/7 | Defendants to circulate revised JPTO and summary of the case |
| 4/7 | Defendants to circulate counter-designations and objections as to new designations |
| 4/7 | Parties exchange updated objections to exhibits, responses to existing objections, annotations for advance rulings |
| 4/8 | Parties to exchange to counter-designations and counter-counter-designations for initial designations |
| 4/8 | Parties to confer regarding jury instructions, verdict form, voir dire/questionnaire, motions in limine |
| 4/8 | Parties exchange final: exhibit lists (noting differences), designations, witness lists, and objections |
| 4/9 @ 3 pm ET | Plaintiff circulates final copy of jury instructions, verdict form, voir dire/questionnaire for insertion of Defendants' final positions |
| 4/9 | Plaintiff circulates merged copy of JPTO and summary of the case |
| 4/9 | Plaintiff circulates counter-designations and counter-counter-designations for new designations |
| 4/9 | Parties circulate objections to any additional exhibits designated for the first time on 4/8 |
| 4/10 @ 12 pm ET | Defendants circulate final copy of jury instructions, verdict form, voir dire/questionnaire with insertions of Defendants' final positions |
| 4/10 | Parties to approve JPTO by @ 3 PM ET |
| 4/10 | Plaintiff files JPTO |

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Thursday, April 2, 2026 5:30 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Bender, Kristin <KBender@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Kim Zeldin

<kzeldin@lftcllp.com>; Mitra Ahouraian <mitra@ahouraianlaw.com>; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Jenkins, Vendarryl <VJenkins@willkie.com>
**Subject:** Re: Lively v. Wayfarer - Jury Instructions Conferral

*** EXTERNAL EMAIL ***

Thanks, Stephanie. We can speak at 2 ET tomorrow. We suggest that the parties should also discuss how today's ruling affects the pre-trial exchanges.

We can use the following the zoom.

Topic: My Meeting
Time: Apr 3, 2026 02:00 PM Eastern Time (US and Canada)
Join Zoom Meeting

Meeting ID:
Passcode:

---

One tap mobile

Join instructions

Best,
Alice

---

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Date:** Thursday, April 2, 2026 at 3:34 PM
**To:** Connolly, Michaela <mconnolly@willkie.com>, Alice Buttrick <abuttrick@shapiroarato.com>, Bender, Kristin <kbender@willkie.com>, Bryan Freedman <bfreedman@lftcllp.com>, Ellyn Garofalo <egarofalo@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, Kim Zeldin <kzeldin@lftcllp.com>, Mitra Ahouraian <mitra@ahouraianlaw.com>, Summer Benson <sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Amir Kaltgrad <akaltgrad@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Meryl Governski <mgovernski@dirllp.com>, anathan <anathan@willkie.com>, Bruno, Matthew <MBruno@manatt.com>, Moses, Sarah <SMoses@manatt.com>, Taustine, Melissa <mtaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>, Armani, Sareen <SArmani@manatt.com>, Jenkins, Vendarryl <vjenkins@willkie.com>
**Subject:** Lively v. Wayfarer - Jury Instructions Conferral
Counsel,

Please let us know your availability to confer with respect to the jury instructions tomorrow. We are available from 1:00-3:30 ET tomorrow and suggest allotting at least one hour for the call.

Please let us know what works for you.

Thanks,
Stephanie

**Stephanie Roeser**
Partner
<image001.png>

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.