Q4WDLIVC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

BLAKE LIVELY,

                    Plaintiff,

          v.                          24 Civ. 10049 (LJL)

WAYFARER STUDIOS LLC, et al.,

                    Defendants.

------------------------------x
                                      New York, N.Y.
                                      April 2, 2026
                                      5:00 p.m.

Before:

                    HON. LEWIS J. LIMAN,

                                      District Judge
                         APPEARANCES

WILLKIE FARR & GALLAGHER LLP
      Attorneys for Plaintiff Blake Lively
BY:  MICHAEL GOTTLIEB
      -and-
MANATT PHELPS & PHILLIPS
BY:  STEPHANIE A. ROESER

FREEDMAN TAITELMAN & COOLEY LLP
      Attorneys for Defendants
BY:  BRYAN J. FREEDMAN
      ELLYN S. GAROFALO
      MITRA AHOURAIAN
      -and-
SHAPIRO ARATO BACH LLP
BY:  JONATHAN BACH
      -and-
MEISTER SEELIG & FEIN PLLC
BY:  KEVIN A. FRITZ

Q4WDLIVC

(Case called)

THE COURT:  Good afternoon.  This is Judge Liman.  Do I have counsel for Ms. Lively on the line?

MR. GOTTLIEB:  Good afternoon, your Honor.  Mike Gottlieb from Wilkie Farr on behalf of the plaintiff.

THE COURT:  Good afternoon, Mr. Gottlieb.

For the Wayfarer parties?

MR. BACH:  Jonathan Bach on behalf of the Wayfarer parties.

THE COURT:  Good afternoon, Mr. Bach.

MR. FREEDMAN:  And you also have Ellyn Garofalo and Bryan Freedman on behalf of the Wayfarer parties.

THE COURT:  Good afternoon.

I note that it appearances that there are a number of other counsel on the line, but I gather none of them will be addressing the Court.

All right.  This was scheduled as a conference at Mr. Bach's request to discuss the pretrial filings.  I since this afternoon issued an opinion on the pending motions for summary judgment and motions for judgment.

Mr. Gottlieb, have you received a copy of that?

MR. GOTTLIEB:  We have, your Honor.

THE COURT:  Mr. Bach?

MR. BACH:  Yes, your Honor.

THE COURT:  So I am prepared to hear from the parties

anything that the parties want to tell me now about the preparation of pretrial papers, but I recognize that you've had my opinion for probably all of about 15 minutes and so if it makes sense for you to have further meet-and-confers and for me to address any issues after you've had those meet-and-confers, I can make myself available. I've had a trial for most of this week, but I can make myself available at the parties' request otherwise.

There were a couple things that I did want to go over with the parties before I turned it over to all of you. I have I believe left open the date and the time for the final pretrial conference. I endorsed Mr. Bach's letter adjourning a number of the deadlines but did not set a date for the final pretrial conference or time. I'm prepared to see the parties on April 28 at 10:00 a.m. That is in lieu of the April 21 date. The April 21 date is extended to April 28 at 10:00 a.m.

The other deadlines that are set forth in Mr. Bach's letter of March 25 are the dates that I intend to have the parties adhere to. So that would mean pretrial submissions on April 10th.

Mr. Freedman or Mr. Bach or I now see Ms. Schwartz, are you -- is somebody also representing the agency group?

MR. FREEDMAN: Yes. We are, your Honor.

THE COURT: You all have noted that from my opinion today the motion with respect to the agency group was denied

Q4WDLIVC

without prejudice.  If that motion is to be renewed before trial -- it may be, that's the notion of it being renewed without prejudice, but the deadline for any renewed motion is going to be April 10th, with responses April 17th.  I don't intend for there to be a reply.  If there's a need to address anything in reply, that can be addressed either at the final pretrial conference or if the Court -- if a party wants the right to file a reply -- yes, Mr. Freedman, I'm talking to you -- you'll have to send me a letter asking for leave to file the reply.

MR. FREEDMAN:  I understand, your Honor.

THE COURT:  The other thing that I wanted to cover with the parties is jury selection.  It has been done in this court that we've had questionnaires for jurors and had jurors, potential jurors come in, fill out a questionnaire, have the parties screen the questionnaire, and determine on consent whether there are jurors who should be excused just on the basis of the questionnaires.  I'm directing you to meet and confer with respect to that process for jury selection, or any other process that you would request in order to ensure that we have a fair and impartial jury and that we do it in an efficient way, and you'll put that in the pretrial filings that you file on April 10th.

MR. GOTTLIEB:  Understood, your Honor.

THE COURT:  Mr. Bach, you had requested this

Q4WDLIVC

conference, so I'll turn it over to you in the first instance, and then I'll hear from Mr. Gottlieb.

MR. BACH:  Thank you, Judge.  And thank you for the conference.  Obviously, I think we've been -- there have been some intervening events, including the ruling, which we're still reviewing.  I think it does make sense, rather than talking about the current status of things with the Court, for counsel to meet and confer in light of the ruling once both sides have digested it, see where we are, and come back in terms of our pretrial process.

The one question I have in terms of the existing dates, which we understand remain in place, is that your written endorsement I think endorsed that *Daubert* oppositions would be due on April 24, and I think there was some inconsistency in the text order on ECF.  So we just wanted to confirm the April 24 deadline for *Daubert* oppositions, consistent with the memo endorsement.

THE COURT:  Mr. Bach, what did the ECF notice reflect?

MR. BACH:  April 17.

THE COURT:  No.  April 24 would be the date.

MR. BACH:  Okay.  So, other than that, Judge, I think it makes sense for the parties to meet and confer.  If we can't work things out, we know the Court is there.  Hopefully, we will work things out.

THE COURT:  Mr. Gottlieb.

Q4WDLIVC

MR. GOTTLIEB:  Yes, your Honor.  That seems fine to the plaintiff as well.  I mean, I think the current deadlines that we're on for the exchange of the various components of the joint pretrial order are still on target, and today's order I don't think should interfere with that in any respect, but we will also need to fully digest the opinion and we will confer with Mr. Bach and his colleagues and determine if there's something that we need to come back to the Court on with respect to the dates or schedule.

THE COURT:  All right.  In the joint pretrial order, you'll also indicate to me the expected length of trial, whether that expected length has changed as a result of the Court's ruling.

MR. GOTTLIEB:  Yes, your Honor.

THE COURT:  All right.  Anything else, Mr. Bach, we should address today?

MR. BACH:  Nothing further.

THE COURT:  Mr. Gottlieb?

MR. GOTTLIEB:  Nothing further, your Honor.

THE COURT:  All right.  Have a good afternoon, everybody.  Thank you all very much.

(Adjourned)