**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>      Defendants. | Case No. 1:24-cv-10049-LJL<br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF NAEUN RIM** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Rule 1.3"), Naeun Rim of Manatt, Phelps & Phillips, LLP respectfully moves this Court for an order for admission to appear *Pro Hac Vice* as counsel for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

As detailed in the Declaration of Naeun Rim submitted contemporaneously herewith, I am in good standing of the bar of the Supreme Court of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein.

Respectfully submitted,

April 10, 2026                                   By:  /s/ *Naeun Rim*
                                                     Naeun Rim
                                                     MANATT, PHELPS & PHILLIPS, LLP
                                                     2049 Century Park East, Suite 1700
                                                     Los Angeles, CA 90067
                                                     nrim@manatt.com
                                                     Telephone: (310) 312-4000