**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>       Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>       Defendants. | Case No. 1:24-cv-10049-LJL<br><br><br><br>**DECLARATION OF NAEUN RIM IN SUPPORT OF MOTION FOR ADMISSION _PRO HAC VICE_** |

I, Naeun Rim, pursuant to Local Rule 1.3, declare as follows:

1.     I am an attorney licensed to practice law in California and am a partner at the law firm of Manatt, Phelps & Phillips, LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.     I make this declaration in support of my motion for admission _pro hac vice_ in the United States District Court for the Southern District of New York, for the purposes of appearing as counsel for Plaintiff Blake Lively in connection with the above-captioned matter.

3.     As shown in the Certificate of Good Standing filed herewith, I am a member in good standing of the bar of the Supreme Court of California (Bar No. 263558).

4.     I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      In addition, I have not been subject to discipline by any court or administrative body and no such disciplinary proceedings are pending against me.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 10th day of April 2026.

Respectfully submitted,

April 10, 2026                                    By:  /s/ *Naeun Rim*
                                                       Naeun Rim
                                                       MANATT, PHELPS & PHILLIPS, LLP
                                                       2049 Century Park East, Suite 1700
                                                       Los Angeles, CA 90067
                                                       nrim@manatt.com
                                                       Telephone: (310) 312-4000