**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

      Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN
BALDONI, JAMEY HEATH, STEVE
SAROWITZ, IT ENDS WITH US MOVIE
LLC, MELISSA NATHAN, THE
AGENCY GROUP PR LLC, JENNIFER
ABEL, JED WALLACE, and STREET
RELATIONS INC.,

      Defendants.

Case No. 1:24-cv-10049-LJL

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC***
***VICE* OF NAEUN RIM**

The motion of Naeun Rim ("Applicant") for admission to practice *Pro Hac Vice* in the

above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of

California, and her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Naeun Rim |
| Firm Name: | Manatt, Phelps & Phillips, LLP |
| Address: | 2049 Century Park East, Suite 1700 |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone: | (310) 312-4000 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel

for Plaintiff Blake Lively in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

- 2 -

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated:_____        _____
                                         Honorable Lewis J. Liman