**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

                              Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN
BALDONI, JAMEY HEATH, STEVE
SAROWITZ, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, THE AGENCY GROUP PR
LLC, JENNIFER ABEL,

                              Defendants.

Civ. Action No. 1:24-cv-10049-LJL
(Consolidated for pretrial purposes with
1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL


**NOTICE OF APPEARANCE**


To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Fabien M. Thayamballi of Shapiro Arato Bach LLP hereby

appears as counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve

Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer

Abel.

I certify that I am admitted to practice in this Court.


Dated: April 10, 2026
        New York, New York

Respectfully submitted,


/s/ Fabien M. Thayamballi
Fabien M. Thayamballi
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, New York 10036
Tel: (212) 257-4891
fthayamballi@shapiroarato.com

*Attorneys for Defendants*