**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL,<br><br>      Defendants. | Civ. Action No. 1:24-cv-10049-LJL<br>(Consolidated for pretrial purposes with 1:25-cv-00449-LJL) rel. 1:25-cv-00779-LJL<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that William I. Taylor of Shapiro Arato Bach LLP hereby appears as counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.

I certify that I am admitted to practice in this Court.

Dated: April 10, 2026
  New York, New York

           Respectfully submitted,

           /s/ William I. Taylor
           William I. Taylor
           SHAPIRO ARATO BACH LLP
           1140 Avenue of the Americas, 17th Fl.
           New York, New York 10036
           Tel: (212) 257-4887
           wtaylor@shapiroarato.com

           *Attorneys for Defendants*