**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                    Defendants. | No. 24-cv-10049 (LJL) (lead case) |

**NOTICE OF PLAINTIFF BLAKE LIVELY'S MOTION TO EXCLUDE**
**THE TESTIMONY OF NICOLE M. ALEXANDER**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Evidence 403 and 702, Plaintiff Blake Lively moves this Court, the Honorable Lewis J. Liman, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, Courtroom 15C, for an order excluding the expert testimony of Nicole M. Alexander, together with such further relief as the Court deems just and proper.

As set forth in the Memorandum in Support of this Motion, Declaration of Kristin E. Bender and exhibits thereto, Ms. Alexander's opinions are inadmissible under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

Dated:        April 10, 2026                    */s/ Michael J. Gottlieb_____*

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
2029 Century Park East,
Los Angeles, CA 90067
(202) 303-1442
mgottlieb@willkie.com

- 2 -

(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Melissa S. Taustine
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*