# WILLKIE FARR & GALLAGHER LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

April 10, 2026

**<u>VIA ECF</u>**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Rule 4.b of Attachment A of the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of Ms. Lively's Motion to Exclude Testimony of Nicole Alexander, as well as Exhibits 1, 3, 4-8, 9, 10, 11, 15, 16, 17, and 19 filed contemporaneously herewith. As previously ordered by the Court (ECF Nos. 485, 619) Ms. Lively has redacted personal identifying information, including phone numbers, email addresses, and online usernames from these materials, and asks that any such PII be permanently sealed.

Ms. Lively has also filed several materials, including Ms. Alexander's report, her backup materials, and any materials directly citing or quoting the report, under seal because they were originally designated by Defendants[1] as Attorneys' Eyes Only. Ms. Lively has filed them under seal out of an abundance of caution even though the Report is derived entirely from public sources and we do not concede that the Report or its supporting materials are properly marked as Attorneys' Eyes Only.[2]

In accordance with Rule 4.b of Attachment A and the Court's Order (Dkt. No. 998), Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that Ms. Lively and the Defendants (cumulatively, the "Parties") have the opportunity to meet and confer, and the Parties and/or any third parties may file a motion for continued sealing if they so choose.

---

[1] The Defendants shall refer to Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC.

[2] Ms. Lively attempted to obviate the need to seal her *Daubert* motions by requesting that the Defendants de-designate their expert reports, deposition transcripts, and back-up materials as to specific experts. At 12:34 PM on April 10, 2026, counsel for the Defendants refused to de-designate any of these materials based on the assertion that Ms. Lively was unwilling to meaningfully confer, and the factually inaccurate claim that Ms. Lively had "essentially given us nothing" because she previously had de-designated materials only for six of her experts but not for all of them (specifically, the ones that contained confidential business information and/or content designated by third parties).

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

Respectfully submitted,

/s/ Michael J. Gottlieb

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (admitted *pro hac vice*)
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mconnolly@willkie.com