UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

BLAKE LIVELY

               Plaintiff,

Case No.  1:24-cv-10049-LJL

    -against-

WAYFARER STUDIOS LLC,  et al.,   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending          ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### KEVIN A. FRITZ

FILL IN ATTORNEY NAME

My SDNY Bar Number is: KF6788            My State Bar Number is  4098190

I am,

☑  An attorney

☐  A Government Agency attorney

☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Meister Seelig & Fein PLLC
                FIRM ADDRESS:  125 Park Avenue, 7th Floor, New York, NY 10017
                FIRM TELEPHONE NUMBER:  212-655-3500
                FIRM FAX NUMBER:  212-655-3536

NEW FIRM:    FIRM NAME:  Meister Seelig & Schuster PLLC
                FIRM ADDRESS:  125 Park Avenue, 7th Floor, New York, NY 10017
                FIRM TELEPHONE NUMBER:  212-655-3500
                FIRM FAX NUMBER: 212-655-3535

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: April 10, 2026

/s/ Kevin Fritz
ATTORNEY'S SIGNATURE