UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

BLAKE LIVELY                                  :
                                              :
                    Plaintiff,                :
                                              :
        -v-                                   :    No. 24-cv-10049-LJL
                                              :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,         :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS          :
WITH US MOVIE LLC, MELISSA NATHAN,            :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,       :
JED WALLACE, STREET RELATIONS, INC.           :
                                              :
                    Defendants.               :

----------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, and

upon all papers and proceedings herein, Defendants Wayfarer Studios LLC, It Ends With Us

Movie LLC, and The Agency Group PR LLC, by and through their undersigned counsel, hereby

move this Court, before the Honorable Lewis J. Liman, at the United States Courthouse for the

Southern District of New York, 500 Pearl St., New York, New York 10007, as soon as counsel

may be heard, for an order under Fed. R. Civ. P. 12(c):  (i) dismissing Lively's fourth cause of

action for retaliation in violation of the California Fair Employment and Housing Act ("FEHA"),

Cal Gov't Code § 12940, and seventh cause of action for aiding and abetting retaliation in

violation of FEHA, and (ii) granting such other and further relief as the Court may deem just and

proper.

Dated:  April 10, 2026
        New York, New York                    /s/ Jonathan P. Bach
                                              Jonathan P. Bach
                                              Alexandra A.E. Shapiro
                                              Alice Buttrick
                                              SHAPIRO ARATO BACH LLP

1140 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 257-4880
jbach@shapiroarato.com
ashapiro@shapiroarato.com
abuttrick@shapiroarato.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msflaw.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted pro hac vice)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for the Wayfarer Parties*