# EXHIBIT 6

# Filed Under Seal

# FILE SIZE TOO LARGE FOR ECF –

# SUBMITTED VIA FTP