# EXHIBIT 7

# Filed Under Seal

# FILE SIZE TOO LARGE FOR ECF –

# SUBMITTED VIA FTP