Case 1:24-cv-10049-LJL    Document 1297-11    Filed 04/10/26    Page 1 of 1

# EXHIBIT 11

## Filed Under Seal