# EXHIBIT 15

 apify

Contact sales     Log in     **Get started**     ≡

← **List of Actors**

 **Reddit Scraper (9$/month)**
▆▆▆▆/reddit-scraper ⎘

**Try for free**

Fastest, the most affordable, and stable, doesn't need any login or auth, scrapes data (detailed posts, comments with votes, media, links, and replies) from Reddit based on a provided subreddit, username, specific link, or the homepage, with an optional limit on the number of posts retrieved.

📖 README     💬 Input     ⑨ Pricing     👤 API     ⊙ Issues

**Pricing**
**$9.00/month + usage**

**Rating**
5.0 ⭐⭐⭐⭐⭐ (2)

**Developer**
 ▆▆▆▆

**Maintained by Community**

**Actor stats**
🔖 **1** Bookmarked
👥 **41** Total users
👤 **0** Monthly active users
🔄 **2 months ago**
Last modified

**Categories**
Automation

**Share**
✕ 🔗 🔗

# Reddit Data Scraper Actor

Fastest, the most affordable, and stable, doesn't need any login or auth

## Input Configuration

The actor accepts the following input fields. If none of `subreddit`, `username`, or `link` are provided, it defaults to scraping `https://www.reddit.com/`.

| Field | Type | Description | Default |
|---|---|---|---|
| subreddit | String | Subreddit ID (e.g., `Frontend`) | - |
| username | String | Reddit username (e.g., `Fluffy_Hearts`) | - |
| link | String | Specific Reddit URL (e.g., post or comment URL) | - |
| limit | Integer | Maximum number of posts to retrieve | 25 |

## Example Input

```
{
    "subreddit": "Frontend",
    "limit": 10
}
```

**Skip to content**

or

```
{
    "link": "https://www.reddit.com/user/Fluffy Hearts/",
    "limit": 50
}
```



```
[
  {
    "title": "AIO: Gf sent me photos of her with another guy",
    "description": "My gf went to Italy when we were on a break. When she got back, we
    "link": "https://www.reddit.com/r/AmIOverreacting/comments/1nxavq2/aio_gf_sent_me_p
    "permalink": "/r/AmIOverreacting/comments/1nxavq2/aio_gf_sent_me_photos_of_her_with
    "subreddit": "r/AmIOverreacting",
    "subreddit_id": "t5_4uoy2u",
    "subreddit_subscribers": 3829634,
    "post_id": "1nxavq2",
    "ups": 16137,
    "downs": 0,
    "upvote_ratio": 0.86,
    "num_comments": 9891,
    "num_crossposts": 6,
    "media_type": "text",
    "media_urls": [
      "https://preview.redd.it/1s72c9dnmysf1.jpg?width=1289&format=pjpg&auto=webp&s=232
      "https://preview.redd.it/akop78dnmysf1.jpg?width=1289&format=pjpg&auto=webp&s=d36
    ],
    "thumbnail": "https://b.thumbs.redditmedia.com/tH8q0D3V1KCTE9I5mScyFVaH6mJ1rjXmyYKr
    "is_video": false,
    "is_gallery": true,
    "created_utc": 1759524817,
    "author": "Dangerous-Bit2664",
    "author_flair_text": null,
    "flair": "   relationship",
    "is_original_content": false,
```

# You might also like



**Reddit Scraper**
trudax/reddit-scraper

Unlimited Reddit web scraper to crawl posts, comments, communities, and users without login. Limit web scraping by number of posts or items...

👥 9.1K   ☆ 4.6



**Reddit Scraper Lite**
trudax/reddit-scraper-lite

Pay Per Result, unlimited Reddit web scraper to crawl posts, comments, communities, and users without login. Limit web scraping by number of...

👥 11K   ☆ 2.0



**Reddit Sub**
stefanie-ri

Get Posts and com sorting options fo

Skip to content



**Product**

Apify Store

Integrations

**Developers**

Documentation

Code templates

**Socials**

 apify     Contact sales    Log in    **Get started**   ☰

## Security

 

## Reviews

 

**Crawlee** ↗

### Consulting

Professional Services

Apify Partners

### Support

Help & Support ↗

Submit your ideas

Forum

### Spotlight

APIs

What is web scraping?

Best web scraping tools

Python web scraping libraries

Scrapers

### Company

About Apify

Contact us

Events ↗

Blog

Become an affiliate

Customer stories

Changelog

Jobs We're hiring!

Brand

Impressum ↗

● **All systems operational**

Terms of Use    Privacy Policy    Cookie Policy    Cookie settings    © 2025 Apify

Tweet Scraper|$0.25/1K Tweets | Pay-Per Result | No Rate Limits

# Tweet Scraper|$0.25/1K Tweets | Pay-Per Result | No Rate Limits

$0.25 / 1,000 tweets



`kaitoeasyapi/twitter-x-data-tweet-scraper-pay-per-result-cheapest`

Full permissions  **4.0** (47)  🔖 286  6.7K  1.3K

Crafted by  ▮▮▮▮  🔖

**Save & Start**    Save as a new task    API    •••

Only $0.25/1000 tweets for Twitter scraping, 100% reliability, swift data retrieval.This incredible low price is almost too good to be true.Thanks to our large-scale operations and efficient servers, we can offer you rock-bottom prices that no competitors can match. Don't miss this opportunity !

**Input**   Information   Runs 0   Builds 46   Integrations 0

Manual   JSON

## Tweet IDs (optional)

| 1846987139428634858 |
|---|

Add   Bulk edit                    Remove empty fields

## Tweet Content (optional)

from:elonmusk make -"live laugh love"

## Search Terms (optional)

| from:elonmusk since:2024-01-01_00:00:00_UTC until:2024-01-02_00:00:00_UTC |
|---|
| from NASA starsince 2024 01 01  00 00 00  UTC until 2024 01 02  00 00 00  UTC |

Add   Bulk edit                    Remove empty fields

## Maximum number of items on output (optional)

| 200 | ▲ ▼ |
|---|---|

Case 1:24-cv-10049-LJL    Document 297-15 | Filed 04/10/26    Page 6 of 16
Tweet Scraper | 0.28/1K Tweets | Pay-Per-Result | No Rate Limits



Query Type, support Latest, Top, Photos, Videos (optional)

> Latest                                                                    ▼

Language (optional)

> English (English)                                                   ✕   ▼

**User-Based Filters**

**Geo-Based Filters**

**Time-Based Filters**

**Type-Based Filters**

**Engagement-Based Filters**

**Media-Based Filters**

**More**

| Run options | MAXIMUM RESULTS | BUILD | TIMEOUT | MEMORY |
|---|---|---|---|---|
| | Unlimited | 1.0.451 | 0s | 256 MB |

**Save & Start**    **Save**    **Cancel changes**

Note that the above settings only apply to Actor runs started from Apify Console. Learn how to provide input when starting the Actor via the API.

 apify

≡

---

### ← Go to Apify Store

---

 **Instagram Post Scraper**

apify/instagram post scraper

**Try for free**

 Ask questions about this Actor ∨

Scrape Instagram posts. Just add one or more Instagram usernames and get your data in seconds including caption, metrics, images, mentions, coauthors, recent comments, sponsored status, video duration, views. Export scraped data, schedule scraper via API, integrate with other tools or AI workflows.

---

**Pricing**

**from $1.60 / 1,000 posts**

**Rating**

4.4 ★★★★⯪ **(68)**

---

**Developer**

 **Apify** Maintained by Apify

---

**Actor stats**

🔖 **709** Bookmarked

👥 **59K** Total users

🧍 **2.9K** Monthly active users

🕐 **19 hours** Issues response

🔄 **a day ago** Last modified

**Skip to content**

---

**Categories**

Social media

---

**Share**

𝕏  in  🔗

---

Case 1:24-cv-10049-LJL Document 1297-15 Filed 04/10/26 Page 8 of 16

 apify



## ~~What can Instagram Post Scraper do?~~

Our Instagram Post Scraper allows you to **scrape data from public Instagram posts** beyond what the Instagram API allows. Just **add a username, profile URL or post URL** and you're ready to:

Extract Instagram post data at scale from **any public profile**

Get **full post details** including captions, mentions, images, tagged users, and engagement metrics (number of likes, comments, replies, video views)

Scrape **posts, carousels, and reels/videos** with no limitations on requests

Collect a **few latest comments** with timestamps and likes

**Download Instagram posts** data in JSON, CSV, Excel, or other formats

Export posts data via SDKs (Python & Node.js), use **API Endpoints & webhooks**

Explore our other social media scrapers

With the Instagram data you've scraped, you can monitor the content put out by your favorite creators or your competitors. Other options include seeing what's trending on the platform through analyzing engagement, posting frequency or even how well each post type is doing.

## What data can I extract with Instagram Post Scraper?

Using this Instagram Post API, you will be able to extract the following data from posts:

| Post URL | Post author | Post coauthor | Child posts | Caption |
|---|---|---|---|---|
| Number of likes | First and latest comments | Number of **Skip to content** hashtags if any | Post | Tagged users |
| Type of post | Date posted | Image URLs | Alt text | Image dimensions |

 apify

| Is it a pinned post? | Is it a sponsored post? | Are comments disabled? | Is it a paid partnership? | Post owner information |
|---|---|---|---|---|
| | | | | |

> If you need to scrape **all comments and replies from each post**, try
> Instagram Comments Scraper. If you want to scrape **both posts and comments in one go**, try
> out our Instagram Comments and Posts Export tool, instead. If you **only need profile info**
> (number of of followers, bio, etc.), go for Instagram Profile Scraper

## How to extract posts from Instagram profiles?

Instagram Post Scraper is designed with users in mind, even those who have never extracted data
from the web before. Using it takes just a few steps.

1. Create ↗ a free Apify account using your email.
2. Open Instagram Post Scraper.
3. Add one or more Instagram usernames, profile URLs, or specific post URLs.
4. Click the "Start" button and wait for the data to be extracted.
5. Download your data in JSON, XML, CSV, Excel, or HTML.

For more details, check out our tutorial on how to scrape data from Instagram ↗ , full of tips and
tricks.



**Input**

 apify

setting a cutoff date.

If you want to scrape specific post URLs, you can do so one by one or bulk edit entries. In that case, you can't set maximum posts or a date filter



## Output

The results will be wrapped into a dataset which you can find in the **Storage** tab. Here's an excerpt from the dataset you'd get if you apply the input parameters above:



You can also export this data in most common formats, such as JSON, XML, CSV, and Excel. Here's a sample of that output in JSON:

 apify

```json
    {
        "inputUrl": "https://www.instagram.com/p/DLNsnpUTdVS/",
        "id": "3660778310592222546",
        "type": "Image",
        "shortCode": "DLNsnpUTdVS",
        "caption": "Your phone isn't rotting your brain—but cell death and fungi r
        "hashtags": [],
        "mentions": [],
        "url": "https://www.instagram.com/p/DLNsnpUTdVS/",
        "commentsCount": 230,
        "firstComment": "Amen.",
        "latestComments": [
            {
                "id": "18070377008012681",
                "text": "Amen.",
                "ownerUsername": "acostadorego",
                "ownerProfilePicUrl": "https://scontent-dfw5-1.cdninstagram.com/v,
                "timestamp": "2025-07-31T05:38:50.000Z",
                "repliesCount": 0,
                "replies": [],
                "likesCount": 0,
                "owner": {
                    "id": "52290062017",
                    "is_verified": false,
                    "profile_pic_url": "https://scontent-dfw5-1.cdninstagram.com/
                    "username": "acostadorego"
                }
```

## How much will scraping Instagram posts cost you?

Instagram Posts Scraper works on our payper-result (PPR) model, meaning you're charged for each result that you receive. On our Free plan, the price is **$2.70 per 1,000 results**, meaning each result is $0.0027, and you can get nearly 2,000 results for free.

Skip to content

On our paid plans, you will have a disc       on your Tier. For example, on the Starter plan, it costs just $2.30 per 1,000 results. Check out the pricing tab for the specifics for this Actor.

## Want to scrape more Instagram data?

 apify

| | |
|---|---|
| Instagram Hashtag Scraper | Instagram Related Hashtag Stats Scraper |
| Instagram Profile Scraper | Instagram Comments Scraper |
| Instagram Mentions Scraper | Instagram Search Scraper |
| Instagram API Scraper | Instagram Followers Count Scraper |

## FAQ

### Can Instagram Post Scraper extract the number of reposts?

Reposts metric has been added to the Instagram app only recently, in summer 2025. It is not a part of Instagram Posts Scraper's datasets yet; our team is working to make that happen.

### Can Instagram Post Scraper extract reels?

Yes, Instagram Post Scraper can extract reels. If you only want to extract reels, we recommend using Instagram Reel Scraper instead for efficiency. That Actor also extracts the **number of shares of each reel.**

### Can this API scrape posts from private Instagram accounts?

No, it cannot. Only public accounts can be scraped. If you try, your dataset will only contain "undefined" entries.

### Why is the `likesCount` value showing as `-1` for some posts?

Skip to content

When a user has hidden the like count on a post, Instagram doesn't display this data publicly. In those cases, the scraper returns -1 for likesCount which indicates that the information isn't available.

### What is a "sidecar" media type in Instagram posts data?

Sidecar is another word for an image carousel — when multiple images are posted as a single post.





posts you wish to scrape. The date can be specified in two ways:

- Relative format: 1 day, 2 months, 3 years (ago)
- Absolute format: YYYY-MM-DD or full ISO format

All time values will be interpreted in UTC timezone.

## Can I skip pinned posts when scraping Instagram posts?

Yes. You can choose whether to include or exclude pinned posts when scraping. Since pinned posts can sometimes be very old (and not relevant to your scrape), skipping them just makes sense sometimes. However, this option is only available in the JSON input, not in the user-facing UI. You can control it by setting it to `true` or `false`. For more details, check the Input tab of the Actor.

## Can I exclude pinned posts even if they are within the date range?

That's not possible to filter out before scraping. The scraper will always include pinned posts if they match your Date filter settings. If you want to exclude them, you'll need to filter the output data after the run by checking for `isPinned: true` and removing those items.

## Is there any way to scrape only new posts (including pinned ones) while filtering out older pinned posts?

Yes, there is. You can combine the **Date filter** with **Pinned posts** parameter in JSON input. If you want to see posts newer than a certain date (using the Date filter `onlyPostsNewerThan`) and also include Pinned posts only if they meet that condition, set:

```
"skipPinnedPosts": true,
"onlyPostsNewerThan": "1 day"
```

With this setup:

**Skip to content**

- Pinned posts that are newer than the time restriction will still be included.
- Older pinned posts will be skipped.

This way you'll get the result you want: "Scrape pinned posts only if they fit the date restriction"

 **apify**



offer integrations with **Zapier, n8n, Slack, Make, Airbyte, Gumloop, CrewAI, Lindy, GitHub, Google Sheets, Google Drive,** and plenty more ↗ .

Alternatively, you could use webhooks ↗ to carry out an action whenever an event occurs, such as getting a notification whenever Instagram Post Scraper successfully finishes a run.

## Can I use Instagram Post Scraper as its an API?

Yes. The Apify API gives you programmatic access to the Apify platform. The API is organized around RESTful HTTP endpoints that enable you to manage, schedule, and run Apify Actors. The API also lets you access any datasets, monitor actor performance, fetch results, create and update versions, and more.

To access the API using Node.js, use the `apify-client` NPM package. To access the API using Python, use the `apify-client` PyPI package.

Click on the API tab for code examples, or check out the Apify API reference ↗ docs for all the details.

## Can I scrape Instagram posts through an MCP Server?

With Apify API, you can use almost any Actor in conjunction with an MCP server. You can connect to the MCP server using clients like ClaudeDesktop and LibreChat, or even build your own. Read all about how you can set up Apify Actors with MCP ↗ .

For Instagram Post Scraper, go to the MCP tab and then go through the following steps:

1. Start a Server-Sent Events (SSE) session to receive a `sessionId`
2. Send API messages using that `sessionId` to trigger the scraper
3. The message starts the Instagram Post Scraper with the provided input
4. The response should be: `Accepted`

Skip to content

## Is it legal to scrape Instagram posts?

Our scrapers do not extract any private user data, such as email addresses, gender, or location. They only extract what the user has chosen to share publicly.

However, you should be aware that your results could contain personal data. Personal data is protected by the GDPR ↗ in the European Union and by other regulations around the world. You

 apify

☰

## Instagram Post Scraper not working

We're always working on improving the performance of our Actors. If you have any technical feedback for Instagram Post Scraper or found a bug, please create an issue in the Issues tab.

# You might also like

 **Instagram Scraper**
apify/instagram scraper

Scrape and download Instagram posts, profiles, places, hashtags, photos, and comments. Get data from Instagram using one or more Instagram URL.

 Apify          👥 **153K**   ☆ **4.6**

 **Instagram Profile Posts Scraper**
scraping solutions/instagram profile

Just enter one or more Instagram usernam instantly extract all their posts. Export the c various formats, run the scraper via API, sc

🐻 Scraping Solutions

---

**Product** +

---

**Developers** +

---

**Consulting** +

---

**Support** +

---

Skip to content

---

**Spotlight** +

---

**Company** +

---



## Socials

     

## Security

 

## Reviews

     

● All systems operational

Terms of Use

Privacy Policy

Cookie Policy

Cookie settings

© 2025 Apify