# EXHIBIT 17

Paying their effing salaries AND pensions - that's $5 BILLION we sent …

## Post

  · Dec 31, 2024

BREAKING: The U.S. Treasury Department has announced it will send $3.4 billion in economic assistance to Ukraine to cover the salaries of civilian government and school employees, healthcare workers, and first responders.

Paying their effing salaries AND pensions. WTF is wrong with us. - that's $5 BILLION we sent to Ukraine this week!

Eff ████ it will be great when this grift ends.

6:34 PM · Dec 31, 2024 · **76** Views

Search

### Relevant people



### Live on X

### What's happening

**AWS re:Invent 2025**
LIVE

**HAMNET**
In Theaters Everywhere Friday
Promoted by Hamnet

Entertainment · Trending
**Amanda Seyfried**
6,017 posts

Trending in United States
**Teague**
2,488 posts

The Real Housewives of Beverly Hills · Trending
**#RHOBH**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More   © 2025 X Corp.

**Exhibit 008**
12/15/2025
Alexander

## Post

 · Dec 21, 2024

MJF finally admitted that YES... HE WAS GONNA ONE DAY TURN ON ADAM COLE BEFORE HE DID.

Except for the fact that when Better Than You BayBay continued, he did start to care about Adam. 💔



From **All Elite Wrestling**



MJF  is better than us and we all know it. Pretty sad Adam Cole with his henchmen and the devil garbage. Can't wait till MJF kicks his chulo and ends this story

6:01 AM · Dec 22, 2024 · **130** Views



Search

### Relevant people



Mets,Spurs.SF 49ers, Barcelona

Avid watcher of pro wrestling because it's just the best. AEW, ROH, NJPW mostly. The Elite pilled. Bryan Danielson is the greatest wrestler alive.

### Live on X

### What's happening

**AWS re:Invent 2025**
LIVE

**HAMNET**
In Theaters Everywhere Friday
Promoted by Hamnet

Politics · Trending
**Mike Lindell**

Trending in United States
**Shanice**

Trending in United States
**Apple Music**
237K posts

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More   © 2025 X Corp.

**Exhibit 009**
12/15/2025
Alexander

Case 1:24-cv-10049-LJL    Document 297-17    Filed 04/10/26    Page 4 of 10



Case 1:24-cv-10049-LJL    Document 1297-17    Filed 04/10/26    Page 5 of 10

 **r/popculturechat** • 2y ago

## Sabrina Carpenter reflects on the end of her run opening The Eras Tour

sabrinacarpenter that's a wrap for us on the eras tour :')
sitting at home reflecting on what a whirlwind this was and
how very honored i feel to have been part of it. I want to
thank every crowd for being so welcoming and generous to
us and making some of the most impressive friendship
bracelets I've ever received 🤍 also a huge thank you to the
incredible crew for being so hardworking and talented

and the most thank you's I've ever thank you'd to Taylor. I feel
so lucky to witness the magic that is you and this tour. there
is truly no one like you and there never will be! i love you with
all my heart and i will cherish this taybrina era (and all the
eras) till the end of time 💕💕💕

⬆ 875 ⬇ · 💬 54

**Exhibit
010**

12/15/2025
Alexander

Francis Bean Cobain Pays Tribute to her Father Kurt Cobain 30 Years after His Death · r/oldmusic

 ████████  2y ago                                    ...

## Francis Bean Cobain Pays Tribute to her Father Kurt Cobain 30 Years after His Death

KC's hands by Michael Stipe

⬆ 5.6K ⬇ · 💬 188

**Exhibit 011**
12/15/2025
Alexander



**Exhibit**
**012**
12/15/2025
Alexander





**Exhibit**
**014**
12/15/2025
Alexander



**Exhibit**
**015**
12/15/2025
Alexander