# EXHIBIT 19



**13 days ago**

Bays on ture story

👍 1  👎  Reply

**13 days ago**

Steve robege lisa robege

👍 1  👎  Reply

**13 days ago**

Baldoni was the victim

👍  👎  Reply

**2 weeks ago**

Now this ends in court 😊

👍  👎  Reply

**3 weeks ago**

Everyone watch

👍  👎  Reply

**3 weeks ago**

This is a good movie,,

👍  👎  Reply

**3 weeks ago**

Poor casting 😬

👍 1  👎  Reply

**3 weeks ago**

PEOPLE ACTUALLY FUCKING ENJOY THIS SLOP?!?!

👍 1  👎  Reply

**1 month ago**

Where there is taylor swift's song the movie is always goated

👍  👎  Reply

**1 month ago**

Release Justin's cut!

👍 3  👎  Reply

**1 month ago**

BEST MOVIE EVER !!!

👍  👎  Reply

**1 month ago**

Lily is same but Ryle looks so different than what i imagined 😭

👍  👎  Reply

**1 month ago**

You have no idea how much I've cried for this book. It made me so sad so happy so mixed lost omg 💔💔

👍  👎  Reply

**1 month ago**

The film absolutely proofs the sexual harrasment accusations by Lively  As the director Baldoni painfully imposes himself and all his stupid sex scenes onto Lively  You can not only see her disgust, but even I feel the sexual harassment she endures

👍 2  👎  Reply

1 reply ∨

**1 month ago**

---

THE HOUSEMAID Trailer (2025) Sydney Sweeney, Amanda Seyfried
ONE Media ●
549K views · 2 months ago
2:35

Haircut - SNL
Saturday Night Live ●
2.9M views · 2 weeks ago
5:08

Ending Scene | IT ENDS WITH US (2024) Movie CLIP HD
JoBlo Movie Clips ●
872K views · 1 year ago
9:11

PROJECT HAIL MARY Trailer (2025) Ryan Gosling
ONE Media ●
3 5M views · 5 months ago
3:11

Purple Hearts | Official Trailer | Netflix
Netflix ●
13M views · 3 years ago
2:25

This movie was incredible. The son... came out, my husband had left me after 12 years overnight. We were best friends, soulmates; I trusted him with my life, loved him, and still do to this day. I gave him every part of me, but in less than a week, that all changed. I was blindsided by the man I had loved with my whole ...

Reply

**1 month ago**

This is Justin's  trailer  btw

Reply

R **1 month ago**

This was not what i expected.
We need another set of actors and actresses. Remaaaaaaakeeeeeeee

Reply

**1 month ago (edited)**

Physical hurt is not ok and Emotional and Mental torture is strict no no. I broke my relationship due to that only. Torturing yourself mentally and being in one way relationship , hell no. I am glad being a man i could take a decision and want all the men and women to do the same. Get outta shit if it doesnt serve the respect. It must end with Us. ;) ...

Reply

C **1 month ago**

Okay but why are the actors so old? I haven't watched the movie yet, so maybe I shouldn't judge before watching     But I'm currently reading the book, and Lily is supposed to be 23

Reply

**1 month ago**

❤️ ❤️ ❤️

Reply

**1 month ago**

this was a beutyful heartfelt moive i love it i read the novel and watched the moive just amzing

Reply

**1 month ago**

Sh!t movie. 1 /10

3    Reply

**1 month ago**

Disgusting movie, making her guy crazy and then leaving him taking half his shit and on top of that the simp waits for her and gets together with her at the end. Madness

1    Reply

2 replies

**2 months ago**

I'm on chapter 21 and I can't even watch the whole trailer because it will spoil the whole story which I'm reading 😄

Reply

**2 months ago**

Despite the controversy the movie is good

Reply

**2 months ago**

Just finished reading  a novel ❤️

Reply

I **2 months ago**

Ohhh man !!!!! I'm on the 164 page of the book I regret watching this , because I had imagined a more beautiful charecters for the story while reading the book
It ruined my beautiful imagination of the story

Reply

**2 months ago**

---

**Blake Lively & Justin Baldoni Scandal: Explained**
MsMojo
360K views · 11 months ago
11:07

**11-Year-Old Girl Gets STOPPED By Simon Cowell But Wait To See Wha...**
Talent Recap
1.1M views · 6 months ago
5:24

**"I Want a Divorce" - Lily's Tough Choice | It Ends With Us (Blake ...**
Clips & Chill
703K views · 1 year ago
9:45

**Norwegian Movie - SNL**
Saturday Night Live
1 3M views · 2 weeks ago
5:28

**Regretting You Trailer (2025) | Hollywood.com**
hollywoodstreams
789K views · 4 months ago
2:40

---

Lily was 23 at that time And I am se

**A**          2 months ago

Wtf is this movie even about.. the trailer makes it look boring as hell .. and wtf are the comments talking about?? 😄

👍 👎    Reply

4:24

**Lily Saved Atlas's Life | It Ends With Us (Blake Lively, Brandon Sklenar)**
Moving Pictures ●
17K views · 6 months ago

2 months ago

This movie is a disappointment compared to the book. It should have been a Netflix series, like The Maid or One Day!

👍 👎    Reply

**A**          2 months ago

The grass ain't greener on the other side .

👍 👎    Reply

**M**          2 months ago (edited)

This is my favourite movie   she shouldn't have left him

👍 👎    Reply

2:22

**Miller's Girl (2024) Official Trailer - Martin Freeman, Jenna Ortega**
Lionsgate Movies ●
10M views · 1 year ago

2 months ago

Whats love got to with it is a movie qvout abuse THIS MOVIE HAD ZERO ABUSE.. .WTF

👍 👎    Reply

2 months ago

Atlas is not what I expected

👍 👎    Reply

2 months ago

Didn't read the book but it was a beautiful, touching movie with deep roots.

👍 👎    Reply

10:54

**Laurie Realizes His Love For Amy | Little Women (2019)**
Sony Pictures Entertainment India ●
1M views · 1 year ago

2 months ago

the book is better than the movie.

👍 2 👎    Reply

**M**          2 months ago

But the crazy idots don't know the entire story I never said a think haha

👍 👎    Reply

**M**          2 months ago

She beat him up he just wants the courtroom . So bam the movie was over but I was respectful said the snack and said great movie no extras

👍 👎    Reply

3:12

**It Ends With Us (2024) - Jenny Slate Didn't Know Scene | Movieclips**
Movieclips ●
372K views · 1 year ago

**M**          2 months ago

Instatalk he is a cute gorgeous guy and all but he looks almost like or a cover for a guy wow I will take you to meet my family,buy you anything you want ,I have a yacht

👍 👎    Reply

**M**          2 months ago

Be back

👍 👎    Reply

**M**          2 months ago

So I saw a fight my innocent eye sure did bobble though hold on let me check my email I will tell you site

👍 👎    Reply

5:25

**New Barista Training - SNL**
Saturday Night Live ●
6 8M views · 10 months ago

**M**          2 months ago

No he said take it to court the dark cheapie  You can't beat light skin

👍 👎    Reply

**M**          2 months ago

But this cheapie is bitching about w⁴

███ Blake lively is so wrong and he is a foreigner . You got paid for cheating ugly women maybe not exactly but around the type with gorgeous photos by some rock well in his country he is rich yes USA niggas maybe even stars wow Blake lively wrong

👍 1 👎   Reply

**M** ███████████ i 2 months ago
I am talking to the cheapie dating scene not all cheapie now

👍 👎   Reply

**M** ███████████ 2 months ago
The movie theatre by Altamonte springs mall

👍 👎   Reply

**M** ███████████ 2 months ago
For this movie and my pvt this is us 2 14 year old couples maybe just me basically Altamonte springs,Florida amc

👍 👎   Reply

**M** ███████████ 2 months ago
Zero gummy,special monster where I was enlightened

👍 👎   Reply

**M** ███████████ 2 months ago
Blake lively is gonna win too

👍 👎   Reply

**M** ███████████ 2 months ago
Haha

👍 👎   Reply

███████████ 2 months ago
Lily is a teen aged girl 👧👧👧

👍 ∨   Reply

███████ 3 months ago
Leave when he hits you the first time!

👍 👎   Reply

**o** ██████ 3 months ago
Just finished this movie  There's something about Lily (both young and old) that feels completely out of step with the movie's indie fantasy atmosphere  Her clothes, makeup, and accessories don't blend into the world     they stand out like costume choices rather than character choices  In a film that thrives on subtle, lived in details, her styling feels too polished

👍 2 👎   Reply

███████ 3 months ago
Im here cuz lalatv said it made and her mum cry

👍 👎   Reply

███████ 3 months ago
I was so disappointed   ...it has nothing to do with the book

👍 👎   Reply

███████ 3 months ago (edited)
One of the most beautiful and saddest movies at the same time I ever watched. 🦋 Blake is a brilliant actress. ❤️

👍 👎   Reply

**C** ███████ 3 months ago
what's the sound track title please ?

👍 👎   Reply

1 reply ∨

**R** ██████ 3 months ago

---

**First Meeting with Christian Grey | Fifty Shades of Grey | CLIP**
Boxoffice Movie Scenes ●
3.4M views · 3 years ago
6:02

**It Ends With Us (2024) | Atlas' Surprise Visit | Blake Lively, Brando...**
The Film Scene
180K views ·9 months ago
7:30

**Parent Teacher Conference - SNL**
Saturday Night Live ●
4 6M views · 2 months ago
4:47

**PROJECT HAIL MARY Trailer 2 (2026) Ryan Gosling**
ONE Media ●
189K views ·2 weeks ago
3:17

**Golden Christmas Glow | Framed TV Art Hack | Ambient Screensaver for ...**
MoodFrame TV
70K views · 1 month ago
2:00:00

It really ended for them !

👍 👎   Reply

**T**   ▇▇▇▇▇    3 months ago
Wo😢

👍 👎   Reply

▇▇▇▇▇▇    3 months ago
Who would've thought that a movie that looked interesting would have two of its actors having problems.

👍 👎   Reply

▇▇▇▇▇    3 months ago
i don't know the book, but i love this movie. it made me cried ❤️

👍 👎   Reply

▇▇▇▇▇    3 months ago
Saw it on the plane    shitty movie

👍 👎   Reply

▇▇▇▇▇    3 months ago
We want Justin Baldoni directors cut!!!! I will never watch this movie until I see it as intended

👍 👎   Reply

▇▇▇▇▇    3 months ago
replici exacte din scenariul filmului It ENDs with Us

👍 👎   Reply

▇▇▇▇▇    months ago
I pictured Alyssa, Marshall, and Ryle so much better in my head 😭😭😭

👍 👎   Reply

▇▇▇▇▇    3 months ago
nally cannot take Blake's character seriously. The way she is sending out subpoenas to YT creators and other platforms for their private information, because she thinks these people " produced a smear campaign against her" is disgusting in my opinion. I just think she became a villain in real life.

👍 1 👎   Reply

**E**   ▇▇▇▇▇    4 months ago
What a great move to watch,  very inspiring and teaches to end with domestic violence

👍 👎   Reply

▇▇▇▇▇    4 months ago
This movie is so yellow, like they used too much yellow filter, hard to watch.

👍 👎   Reply

▇▇▇▇▇    4 months ago
Wow. This trailer is just WOW ❤️❤️❤️

👍 1 👎   Reply

▇▇▇▇▇ 1 4 months ago
Blake acabou com o filme… Péssima escolha!

👍 👎   Reply

▇▇▇▇▇    4 months ago
No way my imagination is far better than this

👍 👎   Reply

▇▇▇▇▇    4 months ago
Nice one ❤️

👍 👎   Reply

▇▇▇▇▇    4 months ago
This was confusing and off-putting.

👍 👎   Reply

16:49
Tom Cruise's Daughter Finally SPEAKS OUT After Years Of Silence
Hollywood Eternal
12K views · 7 days ago

2:26
Babygirl | Official Trailer HD | A24
A24 ●
17M views · 1 year ago

5:12
"What would you tell your daughter?" | It Ends With US Ending Scene
Boxoffice Movie Scenes ●
64K views · 1 year ago

9:53
Lily's Heartbreaking Decision After Giving Birth - It Ends With Us | Blak…
Clip ●
287K views · 1 year ago

1:31:05
After The Storm (2019) | Full Movie | Madeline Leon | Bo Yokely | Carlisl…
LUV TV
15M views · 5 years ago

**4 months ago**

Poor Justin Baldoni, robbed off all the credit and artistic privilege that he deserved. I don't like how Hollywood allows the bad guys to get their way.

👍 1 👎   Reply

**M**   **4 months ago**

This is an excellent film.i would buy this movie to watch over and over

👍 👎   Reply

**J**   **4 months ago**

Kanker

👍 👎   Reply

**4 months ago (edited)**

First of all it wasn't your movie BLAKE! Second, you ruined it with your fake accusations! Third, you and Amber Hirsch have alot in common! And lastly, you and your husband are Fakes, you want people to think your so nice, NOPE! FAKE is what both of you are! You ended up making it all about you and took away the true meaning of the film! And I never watched the movie (

👍 👎   Reply

**4 months ago**

WORST CASTING EVERRRRR

👍 1 👎   Reply

**f**   **4 months ago**

she doesnt age forever here???

👍 👎   Reply

**4 months ago**

How many of us are here to critique the 'fashion' ? And the other reasons ofc

👍 👎   Reply

**4 months ago**

Justin really poured his heart into bringing this story to life. How devastating all his hard work over the years has been overshadowed by the sham lawsuit. Blake & Ryan are just gross

👍 1 👎   Reply

**B**   **4 months ago**

I finally saw the movie today I really enjoyed it Blake and Justin were phenomenal It's a shame how things ended up

👍 1 👎   Reply

**W**   **4 months ago**

Oh my God ❤❤❤❤
Just finished watching it on Netflix and I'm speechless. Wat things should I praise and wat I leave ???.. the story, the direction, the leads, the dop and the supporting cast ❤❤❤ I mean everything of this movie is splendid and adored. The message of domestic violence is …

👍 1 👎   Reply

**4 months ago**

I don't see the chemistry between Atlas and LilyBloom. The actor looks much younger than Blake

👍 3 👎   Reply

**4 months ago**

BWAHAHAHA

👍 👎   Reply

**4 months ago**

I read this book, worth to read

👍 👎   Reply

**N**   **4 months ago**

Lo enganio del primer día no estaba enamorada de el estaba enamorada de otro

👍 👎   Reply

---

1:51:06

The Choice (2016) | Full Movie | Benjamin Walker, Teresa Palmer, …
Lionsgate Movies ●
151K views · 1 month ago

3:58

It Ends With Us (2024) - I Want A Divorce Scene | Movieclips
Movieclips ●
560K views · 1 year ago

5:25

Parent-Teacher Conference - SNL
Saturday Night Live ●
6 5M views · 4 years ago

2:38

People We Meet On Vacation | Official Trailer | Netflix
Netflix ●
1M views · 3 days ago
New

2 00 50

Winter Scenes TV Art Screensaver | Vintage Winter Inspired Paintings | …
Verdot Studio TV Art
632K views · 2 years ago

**Está mujer lo mitio del primera día**

👍 👎 Reply

4 months ago (edited)

I'm not saying the characters are ugly or anything but they're too old for the role, they way book described them way too different from this.
This will ruin my imagination on my favourite series.
Our Lily is younger than her!

👍 👎 Reply

4 months ago

I saw more DV in the movie Original Sin! This movie/book is a joke!

👍 👎 Reply

4 months ago

Such a heavy emotional book for me

👍 👎 Reply

4 months ago

👍 👎 Reply

5 months ago

Gibt es einen Buch auf Deutsch oder Russisch?

👍 👎 Reply

5 months ago

In the future ... if by some miracle you ever find yourself in the position of fall in love again, fall in love with me. You're still my favourite person ...
... MELI .

👍 👎 Reply

---

**2:49**
Reminders of Him | Official Trailer
Universal Pictures ✓
37M views · 1 month ago

**1:48:40**
A Forbidden Love in a Small Town | Red Wing | Full Movie in HD
FilmVaultX
665K views · 4 months ago

**10:15**
Lily & Ryle Share a Magical Moment on the Rooftop - It Ends With Us | ...
Clip ✓
142K views · 1 year ago

**19:46**
Beginner vs Oscar Winning Actress (Same Scene)
Tristan Spohn
1.1M views · 1 month ago

**10:02**
Christian Grey's Top 5 Most Romantic Moments in the Fifty Shades Movie...
RomComs ✓
980K views · 1 year ago

9:49

Lilys schwere Entscheidung nach der
Geburt ihres Kindes | Nur noch ein …

Clips & Chill auf Deutsch

20K views · 7 months ago