**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>          Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>          Defendants.<br><br>JENNIFER ABEL,<br><br>          Third-Party Plaintiff,<br><br>    v.<br><br>JONESWORKS LLC,<br><br>          Third-Party Defendant. | No. 24-cv-10049-LJL (lead case) |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF BLAKE LIVELY'S
MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF JAMES F.
HAGGERTY**

I, Kristin Bender, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an attorney admitted before this Court, a partner at the law firm of Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's Motion to Exclude the Opinions and Testimony of James Haggerty.

3. A true and correct copy of James Haggerty's Expert Report dated October 10, 2025 is attached hereto as **Exhibit 1**.

4.      A true and correct copy of James Haggerty's Excerpted Deposition Transcript dated December 11, 2025 is attached hereto as **Exhibit 2**.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2026

s/ Kristin E. Bender
WILLKIE FARR & GALLAGHER LLP
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

*Counsel for Blake Lively*

2