**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                    Defendants. | No. 24-cv-10049 (LJL) |

### [PROPOSED] VOIR DIRE AND QUESTIONNAIRE

The parties have worked collaboratively to propose the following voir dire and questionnaire. Matters that the parties could not agree upon are identified with highlights and denote each party's position. All parties reserve the right to offer additional argument or authorities in support of their positions and to seek changes as the trial progresses.

Dated: April 10, 2026

| | |
|---|---|
| _/s/_ _Michael J. Gottlieb_ | _/s/_ _Ellyn S. Garofalo_ |
| WILLKIE FARR & GALLAGHER LLP<br>Michael J. Gottlieb<br>Koren L. Bell<br>2029 Century Park East<br>Los Angeles, CA 90067<br>(310) 855-3111<br>mgottlieb@willkie.com<br>kbell@willkie.com<br><br>Kristin E. Bender<br>1875 K Street NW<br>Washington, DC 20006<br>(202) 303-1000<br>kbender@willkie.com | SHAPIRO ARATO BACH LLP<br>Alexandra A.E. Shapiro<br>Jonathan P. Bach<br>Alice Buttrick<br>1140 Avenue of the Americas, 17th Floor<br>New York, NY 10036<br>(212) 257-4881<br>ashapiro@shapiroarato.com<br>jbach@shapiroarato.com<br>abuttrick@shapiroarato.com<br><br>MEISTER SEELIG & SCHUSTER PLLC<br>Mitchell Schuster<br>Kevin Fritz |

Michael S. Schachter
Aaron E. Nathan
Michaela A. Connolly
Melissa S. Taustine
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
mschachter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson (admitted *pro hac vice*)
Naeun Rim (*pro hac vice* pending)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
nrim@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski
401 9th Street NW
Washington, DC 20004
(202) 240-2927
mgovernski@dirllp.com

*Attorneys for Blake Lively*

125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@mss-pllc.com
kaf@msf-law.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

*Attorneys for the Wayfarer Parties*

## <u>Voir Dire Questions for Jurors</u>

**A.    General Questions**

1.    Do you have any ideas or prejudices that would impact your ability to follow my instructions as to the law?

2.    Do you have any doubt that you will be able to apply the law as I explain it, even if you disagree with the law, believe it should be different, or have strong personal beliefs that you believe conflict with the law?

3.    Do you have any problem accepting any of the following instructions: (a) that this is a civil case, and not a criminal case; (b) that your decision must be based solely on the evidence presented at trial and my instructions to you concerning that evidence; (c) that you are to consider the quality, and not the quantity, of the evidence presented; and (d) that you cannot consider your personal feelings towards the parties or their counsel in your deliberations?

4.    As I mentioned, this is a civil case that applies a "preponderance of the evidence" standard, which is a lower standard than the "beyond a reasonable doubt" standard applied in criminal cases. Do any of you feel that you cannot follow the Court's instructions and apply this standard?

5.    Do you have any strong feelings about litigation in general that would make it difficult for you to be a fair and impartial juror in this case?

6.    Do you have any doubt that you would be able to evaluate each witness's credibility without bias or prejudice?

7.    Do you have any religious or ethical beliefs that would prevent you from passing judgment on another person or entity?

1

8. Is there anything about the nature of this case or the facts as I have described them that would cause you to be unable to render a fair and impartial verdict?

9. If you are chosen as a juror, is there any reason why you could not be fair and impartial?

**B.  Hardship**

10. This case is expected to last [3-4] weeks. Do you have any vacation plans or other family matters that would conflict with jury service?

11. Do you have any problems with your hearing or vision that would prevent you from giving full attention to all of the evidence at this trial?

12. Are you taking any medication, or do you have any medical condition, that would prevent you from giving full attention to all of the evidence at this trial?

13. Do any of you have any problems at home or at work that might interfere with your ability to concentrate on this case during trial or to act impartially as a juror?

14. Do you have any difficulty in reading or understanding English?

15. Do you know any of the other prospective jurors?

16. I will instruct you that you must absolutely avoid reading about this case or any participants in the case in the newspapers or on the Internet or social media or listening to any radio or television reports, podcasts or any other media concerning the case until after it is over. Would you have difficulty following this instruction?

17. The questions that follow direct your attention to possible reasons why you might not be able to sit as a fair and impartial juror. Putting that aside for this question, do you have any extraordinary personal hardship that would prevent you from serving on this jury?

**C.**    **Knowledge of the Trial Participants**

18.    Have you, a family member, or a close friend ever had any dealings with, or do you personally know, the plaintiff Blake Lively or anyone who has worked for her?

19.    Have you, a family member, or a close friend ever had any dealings with, or do you personally know Ryan Reynolds or anyone who has worked for him?

20.    Plaintiff is represented at trial by attorneys Michael Gottlieb, Michael Schachter, Koren Bell, Kristin Bender, Aaron Nathan, Michaela Connolly, and Melissa Taustine of Willkie Farr & Gallagher LLP, Esra Hudson, Naeun Rim, Matthew Bruno, Stephanie Roeser, Sarah Moses, Sareen Armani and Katelyn Climaco of Manatt Phelps Phillips LLP and Meryl Governski of Dunn Isaacson Rhee LLP. Do you know any of these attorneys or anyone at Willkie Farr & Gallagher LLP, Manatt Phelps Phillips LLP or Dunn Isaacson Rhee LLP?

21.    Have you, a family member, or a close friend ever had any dealings with, or do you personally know, the defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, or The Agency Group PR, or anyone who works with any of these parties?

22.    Have you, a family member, or a close friend ever had any dealings with, or do you personally know, the defendant Justin Baldoni or anyone who has worked for him?

23.    Have you, a family member, or a close friend ever had any dealings with, or do you personally know, Jamey Heath, Steve Sarowitz, Melissa Nathan, or Jennifer Abel, or anyone who has worked with any of these parties?

24.    Defendants are represented by attorneys Alexandra Shapiro, Jonathan Bach, and Alice Buttrick of Shapiro Arato Bach LLP, Bryan Freedman, Ellyn Garofalo, Kim Zeldin, Amir Kaltgrad, Theresa Troupson, Summer Benson and Jason Sunshine of Liner Freedman Taitelman Cooley LLP, Kevin Fritz and Mitchell Schuster of

3

Meister Seelig & Schuster PLLC, and Mitra Ahouraian of Ahouraian Law. Do you know any of these attorneys or anyone at Shapiro Arato Bach LLP, Liner Freedman Taitelman + Cooley LLP, Meister Seelig & Fein PLLC or Ahouraian Law?

25.    Do you know any of the following people that you may hear from or about over the course of the trial? Please listen carefully to the list.

a.    Jennifer Abel
b.    Kevin Alexander
c.    Nicole Alexander
d.    Claire Ayoub
e.    Emily Baldoni
f.    Justin Baldoni
g.    Vivian Baker
h.    Jarriesse Blackmon
i.    Julie Bloom
j.    Katie Case
k.    Anne Carroll
l.    Aron Culotta
m.    Eden Charmant
n.    Ashmi Dang
o.    Isabela Ferrer
p.    Kjersti Flaa
q.    Oona Flaherty
r.    Jennifer Freyd
s.    Ann Fromholz
t.    Ange Giannetti
u.    Danny Greenberg
v.    Josh Greenstein
w.    James Haggerty
x.    Christy Hall
y.    Tera Hanks
z.    Jamey Heath
aa.    Natasha Heath
bb.    Colleen Hoover
cc.    Ashlee Humphreys
dd.    Stephanie Jones
ee.    Jeffrey Kinrich
ff.    Breanna Butler Koslow
gg.    Blake Lively
hh.    Robyn Lively
ii.    Rylie Long
jj.    Danni Maggi

4

kk.     AJ Marbory
ll.     Richard Marks
mm.     Dina Mayzlin
nn.     Dervla Mcneice
oo.     Imene Meziane
pp.     Hasan Minhaj
qq.     Matthew Mitchell
rr.     Adam Mondschein
ss.     Ahmed Musiol
tt.     Melissa Nathan
uu.     Sara Nathan
vv.     Alex Neustaedter
ww.     Emanuel Nunez
xx.     Mark Perzely
yy.     Liz Plank
zz.     Ryan Reynolds
aaa.    Shekinah Reese
bbb.    Michael Robbins
ccc.    Joseph Rosario
ddd.    Alex Saks
eee.    Steve Sarowitz
fff.    Alyx Sealy
ggg.    Tatiana Siegel
hhh.    Michael Sippel
iii.    Brandon Sklenar
jjj.    Jenny Slate
kkk.    Leslie Sloane
lll.    Justin Grey Stone
mmm.    Sage Steele
nnn.    Lindsey Strasberg
ooo.    Dion Suleman
ppp.    Chris Surgent
qqq.    Taylor Swift
rrr.    Elizabeth ("Liz" or "Lizzy") Talbot
sss.    Sophia Travaglia
ttt.    Milica ("Mitz") Toskovic
uuu.    James Vituscka
vvv.    Michael Wagner
www.    Jed Wallace
xxx.    Patrick Whitesell
yyy.    Warren Zavala
zzz.    Erin Westerman
aaaa.   Findlay Zotter
bbbb.   Betty B Holdings LLC
cccc.   Betty Booze Opco LLC
dddd.   Betty Buzz LLC

5

eeee. Blakel, Inc.
ffff. Columbia Pictures
gggg. Family Hive LLC
hhhh. It Ends With Us Movie LLC
iiii. Jonesworks LLC
jjjj. Marketcast, LLC
kkkk. Maximum Effort
llll. Paylocity Holding Corporation
mmmm.     RWA Communications LLC
nnnn. Sony Pictures Entertainment, Inc.
oooo. Street Relations, Inc.
pppp. The Agency Group PR LLC
qqqq. Vanzan, Inc.
rrrr. Vision PR LLC
ssss. Wayfarer Studios LLC
tttt. William Morris Endeavor Entertainment LLC

26. During this trial, you will also see me and members of the Court's staff, including Matt Fishman, the courtroom deputy, and my law clerks, _____. Do you know any of us?

**D.    Personal Juror Experiences and Opinions**

27. Do you have any beliefs or feelings about civil lawsuits or the parties that bring them or defend them, that would prevent you from being fair and impartial in this case?

28. Do you have any opinions about lawsuits alleging harassment, discrimination, or retaliation generally that would affect your ability to render a fair and impartial verdict in this case?

29. Have you, a family member, or a close friend ever been personally involved in a lawsuit or investigation, including an internal investigation, alleging harassment, discrimination, or retaliation in the workplace, whether as a plaintiff, defendant, or witness?

6

30. Have you, or any member of your family, or any of your close friends, ever been involved in any kind of proceeding involving a dispute between an employee and his or her employer?

31. Have you, a family member, or a close friend ever experienced or observed harassment, discrimination, or retaliation in the workplace?

32. Have you, a family member, or a close friend ever filed a complaint with your employer, or with an agency or court, alleging harassment, discrimination, or retaliation?

33. Have you, a family member, or a close friend ever been the subject of a complaint alleging harassment, discrimination, or retaliation?

34. Have you, a family member, or a close friend ever been accused of participating in harassment, discrimination, or retaliation in the workplace?

35. Do you believe it is too easy or too hard to accuse people of harassment, discrimination or retaliation?

**Defendants' Position**:   This question is compound and confusing.  Defendants suggest it should be replaced with: "Do you have a view that because a woman has brought a lawsuit accusing someone of harassment, discrimination or retaliation, those claims necessarily lack merit?"

**Plaintiff's Position**: Plaintiff's proposal is appropriate However, Plaintiff is also amenable to splitting the question into two parts. In turn, Defendants' suggestion centers the question on gender in a manner that is inappropriate. Defendants' proposal to narrow the question to the context of bringing a lawsuit (rather than raising allegations) fails to fully capture the purpose of the question.

36. Do you have a view that because a person has brought a lawsuit, those claims necessarily have merit?

**Defendants' Position**: This is incomplete.  Defendants propose: "Do you have a view that because a woman has brought a lawsuit accusing someone of harassment, discrimination or retaliation, those claims necessarily have merit?

7

**Plaintiff's Position**: Plaintiff's proposal is appropriate. Defendants' suggestion centers the question on gender in a manner that is inappropriate.

37. Do you believe people have the right to speak up for themselves if they feel wronged?

**Defendants' Position**: This question should be deleted.  It will illicit ambiguous responses because both sides feel wronged -- Ms. Lively feels that she was treated wrongfully and Defendants believe that they have been wrongfully accused.

**Plaintiff's Position**: This question will inform the jurors' views as to raising allegations and pursuit of legal action. Defendants may feel wronged, but they have no claims in this lawsuit and nothing for the jury to consider regarding their own feelings of being wronged.

38. Do you have a view that because a person has brought a lawsuit that they should receive some compensation from the parties they have sued?

39. Do you have any feelings or opinions about people who raise complaints in the workplace about harassment or discrimination based on gender or sex, or retaliation?

    a.    Would those feelings make it difficult for you to be a fair and impartial juror in the case?

40. Have you ever had training or education regarding harassment, discrimination, or retaliation in the workplace?

41. Do you have strong feelings that people should or should not be able to bring lawsuits related to harassment, discrimination, or retaliation?

42. Have you, a family member, or a close friend ever been unfairly targeted or harassed online, or felt harmed in any way by what someone posted online?

43. Have you, a family member, or a close friend ever been unfairly accused of targeting or harassing someone online?

44. Have you, a family member, or a close friend ever been personally involved in a lawsuit alleging breach of contract?

45. Do you have any feelings about breach of contract claims that would make it difficult for you to be a fair and impartial juror in this case?

46. Would you have any hesitations or concerns about rendering a verdict for Plaintiff, Ms. Lively, if she proves by a preponderance of the evidence that Defendants are liable?

47. Would you have any hesitations or concerns about rendering a verdict in favor of any or all Defendants and against Ms. Lively if Ms. Lively fails to prove that Defendants are liable for the claims brought by her?

48. Would you have any hesitations or concerns about awarding Ms. Lively money damages if she proves by a preponderance of the evidence that she was harmed?

**Defendants' Position**:   Defendants request that the following question be added for balance: "Would you have any hesitations or concerns about rendering a verdict of zero (0) money damages if Ms. Lively does not prove that she was harmed?"

**Plaintiff's Position**: This is sufficiently captured by Question 47. If there were no liability, there would be no damages.

49. Do you disagree that if someone is successful, they can still be harassed, discriminated against, retaliated against, or financially harmed as a result?

**Defendants' Position**: This question is ambiguous and incomplete as phrased. Defendants believe this question should be re-phrased as follows: "Would a person's wealth or success be a relevant factor for you if they brought a lawsuit claiming that they were harassed, discriminated against, retaliated against, or financial harmed?"

**Plaintiff's Position**: Defendants' counter-proposal improperly centers the inquiry on the bringing of a lawsuit. Question 49 is intended to capture juror bias regarding any belief that successful individuals cannot be discriminated against or otherwise financially harmed. Plaintiff is amenable to the following: "Would a

person's wealth or success be a relevant factor for you in determining whether their complaints of harassment, discrimination or retaliation had merit?"

50. Would you have any difficulty awarding damages to a person who already has money if you find they have suffered harm?

**Defendants' Position**: This question is repetitive and ambiguous.  Defendants request that it be deleted.

**Plaintiff's Position**: Question 50 allows the Court to evaluate juror bias against the award of damages or regarding any belief that successful individuals cannot be financially harmed.

51. Would your judgment or ability to state your views be affected if you found yourself in the minority at the time the jury begins its deliberations?

52. Would you change your vote to reach a unanimous decision even if your vote did not reflect how you felt about the verdict?

53. If there is a disagreement among jurors during deliberations, would you want to resolve the agreement based on what you think is fair, instead of what the law says?

E. **Other Questions**

54. This case may receive attention outside the courtroom, including from the press and on social media. Do you have any concerns that press or social media attention might affect your ability to serve as a juror in this case or speak openly and candidly during jury deliberations?

55. Would you have any hesitations or concerns about entering a verdict for or against any of the parties knowing that this case may be reported on in the press or social media?

56. Would you find it difficult to enter a verdict for or against any party because they are a celebrity?

10

57.     Would you find it at all difficult to refrain from googling, or otherwise researching, the case, the book, the movie, or people and events related to the case until after a verdict is rendered?

58.     Is there any matter that you would like to discuss privately that bears on your ability to serve as a juror in this case?

59.     Apart from any prior question, do you have the slightest doubt in your mind, for any reason whatsoever, that you will be able to serve on a jury in this case, to do so conscientiously, fairly and impartially, and to render a true and just verdict without fear, favor, sympathy, bias, or prejudice—and according to the law as it will be explained to you?

## **Written Questionnaire**

**A.     Background Questions**

1.  Full Name: (Please print)

_____

*(Last)*                          *(First)*                          *(Middle Initial)*

2.  Gender:

    Male \_\_\_\_\_ Female \_\_\_\_\_ Other \_\_\_\_\_

3.  Age: _____

4.  Where were you born?          _____

5.  Town/village or geographical area (neighborhood) where you live: _____

6.  Number of years:

    a.  Living at current address?      _____

    b.  Living in this country?        _____

11

7.  In what counties have you lived in the past five years?

_____

8.  Do you own your home, rent your home, or live with family or friends?

Own ___    Rent ___    Live with Family/Friends ___

If you own, how long have you owned? _____

9.  Occupations and relationship to you of the other adults in your household?

_____

_____

10. Marital Status?                    _____

11. Do you have any children?

Yes ___    No ___

If yes, what are their ages and gender, and, if over 18, what do they do for work?

_____

_____

12. What is the highest level of schooling you have completed?

Less than high school:___
High school graduate: ___
Trade school:        ___
Some college:        ___
2 yr. college graduate:___
4 yr. college graduate:___ (degree and area of study _____)
Post graduate degree: ___ (degree and area of study _____)

13. Do you, a family member, or someone close to you have any education, training, or

employment in the following:

|  | Self | Other | None |
|---|---|---|---|
| Entertainment industry (including television, film, theater or music) | ___ | ___ | ___ |

12

Actor/producer/director                                                      ___   ___   ___

Human resources or workplace investigations                                  ___   ___   ___

Public relations                                                             ___   ___   ___

Journalism/print media                                                       ___   ___   ___

Journalism/online media (incl. blogs, podcasts, or social media)             ___   ___   ___

Crisis communications                                                        ___   ___   ___

Digital or social media support/analysis                                     ___   ___   ___

Legal field/law/courts                                                       ___   ___   ___

Patient care or psychological services                                       ___   ___   ___

Victim advocacy, incl. domestic violence or rape counseling                  ___   ___   ___

14. What is your current employment status?

> Work full-time remotely_____ or outside the home_____
> Work part-time remotely_____ or outside the home_____
> Full-time homemaker_____
> Homemaker with part-time employment_____
> Volunteer full-time with charitable organization_____
> Volunteer part-time with charitable organization_____
> Unemployed-looking for work_____
> Unemployed-not looking for work_____
> Student_____
> Retired_____
> Disabled_____
> Other (please specify)_____

15. If employed, what occupation(s) have you had in the past five years?

_____

_____

16.  If retired or unemployed, what was your most recent occupation?

_____

_____

17. Have you supervised employees in any role you have held?

13

Yes ___        No ___

18. Have you had any involvement in the hiring or termination of employees?

Yes ___        No ___

19. What is your spouse's or partner's profession, business, or occupation?

_____

20. What newspapers, magazines, social media, podcasts, or websites do you read or get your information from?

_____

21. What television programs do you regularly watch?

_____

22. Do you regularly use or post on social media?

Yes ___        No ___

If yes, which platforms do you use? Check all that apply.

____ Substack
____ X (formerly Twitter)
____ Instagram
____ Facebook
____ TikTok
____ Reddit
____ YouTube
____ Discord
____ Truth Social
____ Blue Sky
____ SnapChat
____ Other (please specify)    _____

23. How often do you read, use, or post on social media?

_____

_____

24. Do you read for entertainment, news, or celebrity gossip?

14

Yes ___        No ___

If yes, which platforms do you use? Check all that apply.

_____E! News

_____Entertainment Weekly

_____Deadline

_____Variety

_____Pop Crave

_____People

_____Daily Mail

_____Elle/ElleUK

_____Deuxmoi

_____Us Weekly

_____TMZ

_____Perez Hilton

_____Other (please specify)  _____

_____I do not follow entertainment news


25. Are you actively involved in any civic, social, union, professional, or other organizations?

Yes ___        No ___

If yes, please list each:

_____

_____

26. What are your hobbies or recreational activities?

_____

_____

**B.      Prior Jury and/or Litigation Experience**

27. Have you ever served as a member of a trial jury in state or federal court?

Yes ___        No ___

If so, what court?

_____

Was it civil or criminal?

Criminal ___    Civil ___

What was the nature of the case?

_____

_____

Were you foreperson?

Yes ___        No ___

Did the jury reach a verdict?

Yes ___        No ___

Do you believe the outcome was fair based on your understanding of the evidence submitted? Why or why not?

Yes ___        No ___

28. Do you have any courtroom experience as a witness, or any other participant, at trial?

Yes ___        No ___

If so, was it civil or criminal?

Criminal ___    Civil ___

What was the nature of the case?

_____

_____

What was the outcome?

16

_____

_____

Do you believe the outcome was fair based on your understanding of the evidence submitted?

Yes ___        No ___

Why or why not?

_____

_____

29.    Have you, a family member, or a close friend ever been a party to a lawsuit, including as a plaintiff, defendant, witness, or other interested party?

Yes, a plaintiff_____ Yes, a defendant_____ Yes, other_____ No_____

If yes, please explain, including when, the circumstances of the lawsuit, and the outcome?

_____

_____

**C.    Knowledge About the Case and Relevant Experiences**

30. Have you read the book or seen the movie *It Ends With Us*?

Yes ___        No ___

31. Have you read, heard, or seen anything about the book, or the movie *It Ends With Us* (including about filming the movie or the promotional tour), whether in interviews, articles, or online?

Yes ___        No ___

If so, when, and what did you read or hear about the book or the movie, and what was the source of your information?

_____

_____

32. Have you read, heard, or seen anything about this case, or anything related to the claims brought by Blake Lively against Wayfarer Studios, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Melissa Nathan, Jennifer Abel, or The Agency Group PR?

Yes ___    No ___

If so, when, and what did you read or hear about this case, and what was the source of your information?

_____

_____

_____

33. Is there anything about the subject matter or nature of the allegations made by Ms. Lively – which include sexual harassment and retaliation – that would make it difficult for you to consider the evidence in this case with an open mind to both sides?

Yes ___    No ___

If yes, please explain:

_____

_____

_____

34. Have you formed any views or opinions about the facts or the parties in this case based on anything that you have read, heard, or seen?

Yes ___        No ___

If yes, please explain.

_____

_____

_____

35. Do you have any opinions about Ms. Lively?

Yes ___        No ___

If yes, please explain.

_____

_____

_____

36. Do you have any opinions about Mr. Reynolds?

Yes ___        No ___

If yes, please explain.

_____

_____

_____

37. Do you have any opinions about Mr. Baldoni?

Yes ___        No ___

If yes, please explain.

_____

_____

_____

38. Do you have and opinions about Mr. Heath?

Yes ___        No ___

If yes, please explain.

_____

_____

_____

39. Does the fact that Ms. Lively, Mr. Reynolds, or Mr. Baldoni are celebrities cause you to have

any bias for or against any of them?

19

Yes ___        No ___

If yes, please explain.

_____

_____

_____

40. Does the fact that Ms. Lively, Mr. Reynolds, or Mr. Baldoni are actors make it more difficult

for you to believe any of them as a witness?

Yes ___        No ___

If yes, please explain.

_____

_____

_____

41. Would your opinion of any character that Ms. Lively, Mr. Reynolds, or Mr. Baldoni has played

on television or in a movie influence your feelings about any one of them as a person?

Yes ___        No ___

If yes, please explain.

_____

_____

_____

42. Have you ever watched either of the television shows Gossip Girl or Jane the Virgin?

Yes, Gossip Girl ___        Yes, Jane the Virgin___        Yes, Both ___        No ___

If yes, please describe how familiar you are with these shows and any opinions you have of
them.

_____

_____

20

43. Have you ever written, posted, or published anything about (i) this case, or about any of the parties or lawyers involved, or (ii) or any other case, including in a social media post, blog, article, op-ed, online forum, or on any social media platforms.

Yes ___        No ___

If yes, check all of the following that apply:

____ Substack
____ X (formerly Twitter)
____ Instagram
____ Meta (formerly Facebook)
____ TikTok
____ Reddit
____ YouTube
____ Discord
____ Truth Social
____ Blue Sky
____ SnapChat
____ Other  (please specify)  _____

If yes, please describe to the best of your recollection what you posted.

_____

_____

_____

44. Have you or someone close to you ever experienced any of the following?

|  | Self | Other | No |
|---|---|---|---|
| Sexual harassment | ____ | ____ | ____ |
| Retaliation in the workplace | ____ | ____ | ____ |
| Termination from employment | ____ | ____ | ____ |
| A serious dispute with employer/supervisor/coworker | ____ | ____ | ____ |
| Been humiliated or intimidated in the workplace | ____ | ____ | ____ |
| Made a complaint about something in the workplace | ____ | ____ | ____ |
| Made a complaint that was not adequately investigated | ____ | ____ | ____ |
| Worked in a hostile environment | ____ | ____ | ____ |

If you answered yes to any of the above, please explain.

_____

_____

_____

_____

_____

_____

_____

_____

45. Do you think you would be a good juror in this case?            Yes_____ No_____

Why or why not?

_____

_____

46. Do you have any hesitations or concerns about your ability to render a fair and impartial verdict in this case based on anything that you have read, heard, or seen about the facts or parties?

Yes ____    No____

If yes, please explain.

_____

_____

_____

22