**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | No. 1:24-cv-10049-LJL |
|            Plaintiff, | |
| -v- | |
| WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC., | |
|            Defendants. | |

## DEFENDANTS' PROPOSED VERDICT FORM

1

**SPECIAL VERDICT FORM**

We, the jury in the above-entitled action, find as follows on the questions submitted to us:

**Question 1:**

Did Blake Lively complain about or oppose conduct based on a reasonable belief that she had experienced sexual harassment?

_____Yes     _____No

If your answer to question 1 is yes, then answer question 2. If you have answered no, proceed to question 8.

**Question 2:**

Did Wayfarer Studios subject Blake Lively to an adverse employment action?

_____Yes     _____No

Go to question 3.

**Question 3:**

Did It Ends With Us Movie, LLC subject Blake Lively to an adverse employment action?

_____Yes     _____No

Go to question 4.

**Question 4:**

**Only answer question 4 if you answered yes to either question 2 or question 3.  If you did**

**not answer yes to question 2 or question 3, go to question 8.**

Were Blake Lively's complaints about, or opposition to, conduct she believed was sexual harassment a substantial motivating reason for Wayfarer Studios/It Ends With Us Movie LLC's conduct?

_____Yes     _____No

2

If your answer to question 4 is yes, then answer question 5. If you have answered no, proceed to question 8.

**Question 5:**

Were Wayfarer Studios/It Ends With Us Movie LLC's efforts to protect Wayfarer and the film from adverse media coverage also a substantial motivating reason for its conduct?

_____Yes    _____No

If your answer to question 4 is yes, then answer question 5. If you have answered no, skip question 6 and answer question 7

**Question 6:**

Would Wayfarer Studios/It Ends With Us Movie LLC have engaged in the same conduct anyway at that time based on its efforts to protect Wayfarer and the film from adverse media coverage had Wayfarer Studios/It Ends With Us Movie LLC not also been substantially motivated by retaliation?

_____Yes    _____No

If your answer to question 6 is no, proceed to 8. If you have answered yes, proceed to question 7.

**Question 7:**

Was Wayfarer Studios/It Ends With Us Movie LLC's conduct a substantial factor in causing harm to Blake Lively?

_____Yes    _____No

If your answer to question 7 is yes, proceed to 8. If you have answered yes, proceed to question 11

.

491321.1

**Question 8:**

Did The Agency Group PR, LLC know that Wayfarer Studios/It Ends With Us Movie LLC was going to retaliate against Blake Lively?

_____Yes    _____No

If your answer to question 8 is yes, proceed to 9. If you have answered yes, proceed to question 11.

**Question 9:**

Did The Agency Group PR, LLC give substantial assistance or encouragement to Wayfarer Studios/It Ends With Us Movie LLC?

_____Yes    _____No

If your answer to question 9 is yes, proceed to 10. If you have answered no, proceed to question 11.

**Question 10:**

Was The Agency Group PR, LLC's conduct a substantial factor in causing harm to Blake Lively?

_____Yes    _____No

Proceed to question 11.

**Question 11:**

Did Blake Lively and It Ends With Us Movie, LLC enter into a contract?

_____Yes    _____No

If your answer to question 11 is yes, proceed to 12. If you have answered no, proceed to question 17.

491321.1

**Question 12:**

Did Blake Lively use a wrongful act or wrongful threat to pressure It Ends With Us

Movie, LLC into consenting to the contract?

_____Yes    _____No

If your answer to question 12 is yes, proceed to 13. If you have answered no, proceed to

question 15.

**Question 13:**

Was It Ends With Us Movie, LLC so afraid or intimidated by the wrongful act or

wrongful threat that it did not have the free will to refuse to consent to the contract into

consenting to the contract?

_____Yes    _____No

If your answer to question 13 is yes, proceed to 14. If you have answered no, proceed to

question 15.

**Question 14:**

Would It Ends With Us Movie, LLC have consented to the contract without the wrongful

act or wrongful threat?

_____Yes    _____No

If your answer to question 14 is yes, proceed to 15. If you have answered no, proceed to

question 17.

**Question 15:**

Did It Ends With Us Movie, LLC do something that the contract prohibited it from doing?

_____Yes    _____No

If your answer to question 15 is yes, proceed to 16. If you have answered no, proceed to

491321.1

question 17.

**Question 16:**

Was Blake Lively harmed by It Ends With Us Movie, LLC's breach of contract?

_____Yes    _____No

Proceed to question 17.

**Question 17:**

Only answer question 17 if you answered yes to question 7 or question 16. If you did not answer yes to question 7 or question 16, stop here, answer no further questions, and have the presiding juror sign and date this form.

What are Blake Lively's damages?

a. economic damages: lost past earnings. Enter the amount below if you find that Wayfarer Studios, It Ends With Us Movie, LLC or The Agency Group PR, LLC is liable to Ms. Lively under Retaliation, Aiding and Abetting Retaliation or Breach of Contract

$ _____

If you awarded any damages, what percentage is related to:

Retaliation/Aiding and Abetting Retaliation    _____%

Breach of Contract    _____%

TOTAL    100 %

b. economic damages: lost future earnings. Enter the amount below if you find that Wayfarer Studios, It Ends With Us Movie, LLC or The Agency Group PR, LLC is liable to Ms. Lively under Retaliation, Aiding and Abetting Retaliation or Breach of Contract

$ _____

6

491321.1

If you awarded any damages, what percentage is related to:

Retaliation/Aiding and Abetting Retaliation  _____%

Breach of Contract  _____%

TOTAL  100 %

c.  economic damages: lost profits. Enter the amount below if you find that Wayfarer

Studios, It Ends With Us Movie, LLC or The Agency Group PR, LLC is liable to Ms.

Lively under Retaliation, Aiding and Abetting Retaliation or Breach of Contract

$ _____

If you awarded any damages, what percentage is related to:

Retaliation/Aiding and Abetting Retaliation  _____%

Breach of Contract  _____%

TOTAL  100 %

d.  noneconomic damages: "garden variety" emotional distress. Enter the amount below if

you find that Wayfarer Studios, It Ends With Us Movie, LLC or The Agency Group PR,

LLC is liable to Ms. Lively under Retaliation or Aiding and Abetting Retaliation.

$ _____

Total: $ _____

*Go to Question 18.*

**Question 18:**

Only answer this question if you awarded more than $0 in damages for question 17(d).

Otherwise, skip question 18 and go to question 19.

If you awarded any damages under question 17(d), what percentage of responsibility for

Ms. Lively's noneconomic damages do you assign to:

7

491321.1

|  |  |
|---|---|
| Wayfarer Studios | _____% |
| It Ends With Us Movie, LLC | _____% |
| The Agency Group PR, LLC | _____% |
| Blake Lively | _____% |
| Others | _____% |
| TOTAL | 100 % |

**Question 19:**

Only answer question 19 if you answered yes to questions 2 and 7 and awarded more than $0 in damages in question 17.  Otherwise, skip question 19 and go to question 20.

Did Ms. Lively prove by clear and convincing evidence that one or more officers, directors, or managing agents of Wayfarer Studios, acting on behalf of Wayfarer Studios, engaged in conduct constituting malice, oppression, or fraud as part of its retaliation?

_____Yes     _____No

Proceed to question 20.

**Question 20:**

Only answer question 20 if you answered yes to questions 3 and 7 and awarded more than $0 in damages in question 17.  Otherwise, skip question 20 and go to question 21.

Did Ms. Lively prove by clear and convincing evidence that one or more officers, directors, or managing agents of It Ends With Us Movie, LLC, acting on behalf of It Ends With Us Movie, LLC, engaged in conduct constituting malice, oppression, or fraud as part of its retaliation?

_____Yes     _____No

Proceed to question 21.

8

491321.1

**Question 21:**

Only answer question 21 if you answered yes to question 10 and awarded more than $0 in damages in question 17.  Otherwise, skip question 21 and sign and date this form.

Did Ms. Lively prove by clear and convincing evidence that one or more officers, directors, or managing agents of The Agency Group PR, LLC, acting on behalf of The Agency Group PR, LLC, engaged in conduct constituting malice, oppression, or fraud as part of its retaliation?

_____Yes    _____No

Sign and date this form.

Signed: _____

Presiding Juror

Dated: _____

After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

Respectfully submitted,

Dated: April 10, 2026          **LINER FREEDMAN TAITELMAN**
Los Angeles, CA                **+ COOLEY**

By:_____/s/ Ellyn S. Garofalo_____
Bryan J. Freedman
Ellyn S. Garofalo

9

491321.1

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
        egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
        jbach@shapiroarato.com
        abuttrick@shapiroarato.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

10