**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>                Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                Defendants. | No. 1:24-cv-10049-LJL |

## DEFENDANTS' NOTICE OF MOTION AND MOTIONS IN LIMINE

PLEASE TAKE NOTICE that, Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC's ("Defendants") hereby move for orders in limine under Federal Rules of Evidence 401, 402 and 403, and other cited authorities, and for all such further and additional relief that the Court may find just and proper.  These motions in limine are based on this Notice and upon the accompanying Memorandum of Law and Declaration of Ellyn S. Garofalo, dated April 10, 2026 and exhibits attached thereto.

1

491318.1

Respectfully submitted,

Dated: April 10, 2026
   Los Angeles, CA

**LINER FREEDMAN TAITELMAN
+ COOLEY**

By: _____/s/ Ellyn S. Garofalo_____
Bryan J. Freedman
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
   egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
   jbach@shapiroarato.com
   abuttrick@shapiroarato.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@msf-law.com
kaf@msf-law.com
AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

2