UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>                              Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>                              Defendants. | Case No. 1:24-cv-10049-LJL<br>(consolidated with 1:25-cv-00449-LJL) |

**NOTICE OF MOTION TO EXCLUDE FROM TRIAL THE TESTIMONY AND OPINIONS OF PLAINTIFF'S PROFFERED EXPERTS**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Evidence 401, 403, 702, and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and for the reasons stated in the accompanying Memorandum of Law and Declaration of Ellyn S. Garofalo, with the exhibits attached thereto, the undersigned will move this Court, before Judge Lewis J. Liman, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an order excluding from trial the testimony and opinions of Plaintiff's proffered experts Jennifer Freyd, Dina Mayzlin, Aron Culotta, Michael Robbins, Jeffrey Kinrich, Richard Marks, Michael Sippel, and Ashlee Humphreys.

1

Dated: April 10, 2026


/s/ Ellyn S. Garofalo

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
Kim S. Zeldin (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@msf-law.com
kaf@msf-law.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

2

*Attorneys for Defendants Wayfarer Studios
LLC, It Ends With Us Movie LLC, and The
Agency Group PR LLC*