**Liner Freedman Taitelman+Cooley LLP**

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
egarofalo@lftcllp.com

April 10, 2026

*Via ECF*

Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

Re:    ***Blake Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC (collectively, the "Wayfarer Defendants"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal sections of the Wayfarer Parties' Memorandum of Law in Support of the Wayfarer Parties' Motion to Exclude the Testimony of Plaintiff's Proffered Experts and Exhibits 3-4, 6, 17-19, 21-22, 24-26, 28-33, and 36-47 to the Declaration of Ellyn S. Garofalo submitted concurrently therewith.

The exhibits listed above reflect documents, testimony, and information produced by or belonging to other parties and non-parties to this litigation and designated "Confidential" or "Attorneys' Eyes Only" by them.

In accordance with Rule 4.b of Attachment A of the Court's Individual Practices, the Wayfarer Defendants respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties and non-parties have the opportunity to meet and confer, and so that they may file a motion for continued sealing if they so choose.

Very truly yours,

*/s/ Ellyn S. Garofalo*
Ellyn S. Garofalo