**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>            Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>            Defendants. | No. 1:24-cv-10049-LJL |

## DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC.  As such, I am competent to testify to the facts set forth herein.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition transcript of Colleen Hoover, dated September 29, 2025.

3.      Attached hereto as Exhibit B is a compendium of true and correct copies of documents proffered as potential trial exhibits by Plaintiff Blake Lively.

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition transcript of Alexandria Saks, dated September 24, 2025.

1

5.    Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition transcript of Shelley Anne Carroll, dated September 25, 2025.

6.    Attached hereto as Exhibit E is a true and correct copy of excerpts of the deposition transcript of Vivian Baker, dated September 12, 2025.

7.    Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition transcript of Warren Zavala, dated September 18, 2025.

8.    Attached hereto as Exhibit G is a true and correct copy of excerpts of the deposition of Josh Greenstein, dated September 30, 2025.

9.    Attached hereto as Exhibit H is a true and correct copy of the Initial FRCP 26(A)(1) Disclosures of Blake Lively, dated February 18, 2025.

10.    Attached hereto as Exhibit I is a true and correct copy of Plaintiff Blake Lively's Amended FRCP 26(A)(1) Initial Disclosures, dated June 11, 2025.

11.    Attached hereto as Exhibit J is a true and correct copy of Plaintiff Blake Lively's Second Amended FRCP 26(A)(1) Initial Disclosures, dated July 25, 2025.

12.    Attached hereto as Exhibit K is a true and correct copy of Plaintiff Blake Lively's Third Amended FRCP 26(A)(1) Initial Disclosures, dated September 30, 2025.

13.    Attached hereto as Exhibit L is a true and correct copy of the Amended Expert Report of Professor Ashlee Humphreys, dated October 29, 2025.

14.    Attached hereto as Exhibit M is a true and correct copy of Plaintiff Blake Lively's Fourth Amended FRCP 26(A)(1) Initial Disclosures, dated October 29, 2025.

15.    Attached hereto at Exhibit N is a true and correct copy of the Expert Report of Jeffrey H. Kinrich, dated October 17, 2025.

16.     Attached hereto as Exhibit O is a true and correct copy of excerpts of the deposition transcript of Jeffrey Kinrich, dated November 25, 2025.

17.     Attached hereto as Exhibit P is a true and correct copy of Exhibit 3 to the deposition of Family Hive, LLC by and through Laura Tedesco.

18.     Attached hereto as Exhibit Q is a true and correct copy of excerpts of the deposition transcript of Family Hive, LLC by and through Laura Tedesco, dated October 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026
        Los Angeles, CA

By: */s/ Ellyn S. Garofalo*
LINER FREEDMAN TAITELMAN + COOLEY, LLP
    Ellyn S. Garofalo
    1801 Century Park West, 5th Floor
    Los Angeles, CA 90067
    Tel: (310) 201-0005
    Email: egarofalo@lftcllp.com

3