# EXHIBIT G

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____
                              )
BLAKE LIVELY,                 )
                              )
        Plaintiff,            )
                              )
   vs.                        )  No. 1:24-CV-10049-LJL
                              )  (Consolidated with
WAYFARER STUDIOS LLC, a       )  1:25-CV-00449-LJL)
Delaware Limited Liability    )
Company, JUSTIN BALDONI, an   )
individual, JAMEY HEATH, an   )
individual, STEVE SAROWITZ, an)     CONFIDENTIAL
individual, IT ENDS WITH US   )
MOVIE LLC, a California        )
Limited Liability Company,    )
MELISSA NATHAN, an individual,)
THE AGENCY GROUP PR LLC, a    )
Delaware Limited Liability    )
Company, JENNIFER ABEL, an    )
individual, JED WALLACE, an   )
individual, and STREET        )
RELATIONS INC., a California  )
Corporation,                  )
                              )
        Defendants.           )
_____)
                              )
(RELATED CONSOLIDATED CASE.   )
_____)


     VIDEOTAPED DEPOSITION OF JOSH GREENSTEIN
            Los Angeles, California
          Tuesday, September 30, 2025


Reported by:
RENEE A. PACHECO, RPR, CLR
CSR No. 11564

212-267-6868          www.veritext.com          516-608-2400

CONFIDENTIAL

Page 133

Do you see that?

A    Yes.

Q    Why did you include that line?

A    Because I was incredibly impressed that -- especially seeing everything she was doing in terms    10:33AM
of the cut of the film and the marketing of the
film, that she -- her creativity, she took a -- like
an okay campaign and elevated it.

And that whole Lily's flower shop special
shoot with her and the cast was all kind of her --    10:33AM
her design, right.  And it really helped the movie.

Her pushing us to go screen the movie in
full at Colleen's book event thing and having
courage to do that and where we wanted to just show
a little snippet of the movie.    10:33AM

And, you know, that's what I remember.  And
I was really, really impressed.  Because you don't
always get -- you rarely get that from partners much
less producers or actors.

Q    Okay.  Can you read the next sentence    10:34AM
beginning with her cut?  You can read it out loud,
please?

A    Where do you want?

Q    After total badass.

A    (As read):    10:34AM

CONFIDENTIAL

Page 134

"Her cut is better, no

question.  I have her back all the

way.  It would be agreement both

you making movies at Sony, both of

you -- to both of you" --                      10:34AM

Man, I'm --

Q   You can stop.  It's okay.

A   I'm a terrible speller and grammar --

Q   I'm sorry.  I should have told you where to

stop.  I'm interested in your sentence where you          10:34AM

said "her cut is better, no question."  By "her

cut," you meant Sony's cut?

A   Yeah.

Q   And you said (as read):

"Her cut is better, no                         10:34AM

question.  I have her back all the

way."

Why did you communicate this in the text

message?

A   Because there was a lot of back-and-forth          10:34AM

between Wayfarer and them and us.  And I believe

that that cut was a stronger cut.

Q   As of May 26, you believed that the Sony

cut was the stronger cut?

A   I assume or I saw a path that it would           10:35AM

CONFIDENTIAL

Page 370

I, the undersigned, a Certified Shorthand Reporter of the State of California, Registered Professional Reporter, Certified Live Note Reporter, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [  ] was [  ] was not requested. I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: October 1, 2025

RENEE A. PACHECO
CSR No. 11564 RPR, CLR