# EXHIBIT M

CONFIDENTIAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>    Defendants. | No. 24-cv-10049-LJL (lead case) |
| JENNIFER ABEL,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>JONESWORKS LLC,<br><br>    Third-Party Defendant. | |
| WAYFARER STUDIOS LLC, et al.,<br><br>    Consolidated Plaintiffs,<br><br>    v.<br><br>BLAKE LIVELY, et al.,<br><br>    Consolidated Defendants. | No. 25-cv-449 (LJL) (member case) |

## PLAINTIFF BLAKE LIVELY'S FOURTH AMENDED FRCP 26(A)(1) INITIAL DISCLOSURES

**CONFIDENTIAL**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Blake Lively hereby submits the following amended initial disclosures. These initial disclosures are based on the information reasonably available to Ms. Lively at this time, and are made without waiving any objections as to relevance, materiality or admissibility of evidence in the action. Ms. Lively reserves the right to revise, correct, supplement, or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure.

By providing these disclosures, Ms. Lively does not represent that these disclosures identify every document or witness possibly relevant to this action. Ms. Lively also reserves the right to object to the production of any document or tangible thing identified herein or to the admissibility into evidence of any document or tangible thing identified herein. In making these disclosures, Ms. Lively does not waive and expressly reserves the right to assert claims of attorney-client privilege, attorney work product, or any other privilege or discovery immunity applicable to any information known to any of the persons identified below. Moreover, these disclosures should not be construed by anyone as an admission by Ms. Lively. Each and every disclosure set forth below is subject to the above qualifications and limitations. These disclosures are submitted confidentially subject to the Protective Order (ECF No. 125).

I.     **Rule 26(a)(1)(a)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based on the information available to Ms. Lively at this time, and without waiving the foregoing qualifications, Ms. Lively identifies below the individuals who are likely to have

2

**CONFIDENTIAL**

discoverable information that they may use to support their claims or defenses in this matter, unless

solely for impeachment.

| Name and Title (for Non-Parties) | Contact Information | General Topics of Information |
|---|---|---|
| Blake Lively | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Ryan Reynolds | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

3

**CONFIDENTIAL**

| Leslie Sloane | May be contacted through counsel. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
|---|---|---|
| Stephanie Jones – Founder and CEO of Jonesworks | May be contacted through counsel. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Justin Baldoni | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

4

**CONFIDENTIAL**

| | | |
|---|---|---|
| Jamey Heath | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; publicity surrounding the Film; efforts taken to market or promote the Film; the retaliation campaign alleged by Ms. Lively. |
| Steve Sarowitz | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Wayfarer Studios LLC | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and |

**CONFIDENTIAL**

| | | |
|---|---|---|
| | | creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| It Ends With Us Movie LLC | May be contacted through counsel. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| The Agency Group PR LLC ("TAG") | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jennifer Abel | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

6

**CONFIDENTIAL**

| Melissa Nathan | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
|---|---|---|
| Jed Wallace – Owner of Street Relations, Inc. | c/o Charles Babcock<br>Jackson Walker LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Street Relations, Inc. | c/o Charles Babcock<br>Jackson Walker LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Bryan Freedman – Attorney | Liner Freedman Taitelman + Cooley LLP<br>1801 Century Park West<br>5th Floor<br>Los Angeles, CA 90067 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; statements published about Ms. Lively, including accusing her of fabricating her claims. |
| Person most knowledgeable of Liner Freedman Taitelman + Cooley LLP | Liner Freedman Taitelman + Cooley LLP<br>1801 Century Park West<br>5th Floor<br>Los Angeles, CA 90067 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; statements published about Ms. Lively, including accusing her of fabricating her claims; evasion of service; harassment or intimidation of witnesses. |

7

**CONFIDENTIAL**

| Charles Babcock – Attorney for Jed Wallace | Jackson Walker LLP 1401 McKinney Street Suite 1900 Houston, TX 77010 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; evasion of service; Defendant Wallace's contacts in New York. |
|---|---|---|
| Tera Hanks – President at Wayfarer Studios LLC | c/o Bryan J. Freedman Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Milica Toskovic – Vice President Operations at Wayfarer Studios LLC | c/o Bryan J. Freedman Liner Freedman Taitelman + Cooley LLP 1801 Century Park West 5th Floor Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Jarriesse Blackmon – Executive Assistant at Wayfarer Studios LLC | c/o Bryan J. Freedman<br>Liner Freedman Taitelman + Cooley LLP<br>1801 Century Park West<br>5th Floor<br>Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Matthew Mitchell – Vice President, Talent at Jonesworks LLC | c/o Kristin Tahler, Nicholas Inns, Maaren Alia Shah<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 5th Avenue, 9th Floor<br>New York, NY 10016 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Matthew Gibson – Director of Talent at Jonesworks LLC | c/o Kristin Tahler, Nicholas Inns, Maaren Alia Shah<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 5th Avenue, 9th Floor<br>New York, NY 10016 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

9

**CONFIDENTIAL**

| | | |
|---|---|---|
| Henry Hargitai – Senior Social Media Manager at Jonesworks LLC | c/o Kristin Tahler, Nicholas Inns, Maaren Alia Shah<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 5th Avenue, 9th Floor<br>New York, NY 10016 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Katie Case – former Senior Director, Entertainment and Strategy at TAG | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Breanna Butler Koslow – Publicist at TAG | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Colleen Hoover – Author of It Ends with Us | ████████████████<br>Additional contact information to be determined. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Brandon Feakins (professionally known as Brandon Sklenar) – Cast, It Ends With Us | ███████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jenny Slate – Cast, It Ends With Us | c/o Katherine Porter<br>Akin Gump Straus Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Isabela Ferrer – Cast, It Ends With Us | c/o Sanford Michelman<br>Michelman & Robinson, LLP<br>10880 Wilshire Blvd.<br>Los Angeles, CA 90024 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and |

11

**CONFIDENTIAL**

| | | |
|---|---|---|
| | | creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Alex Saks – Film Producer | c/o Andrew Hurwitz<br>Frankfurt Kurnit Klein & Selz<br>2029 Century Park East<br>Suite 2500N<br>Los Angeles, CA  90067 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film;  the retaliation campaign alleged by Ms. Lively; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Ange Gianetti – Producer at Sony Pictures Motion Picture Group | c/o Jill Ratner<br>Sony Pictures Entertainment<br>10202 Washington Blvd.<br>Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film. |

12

**CONFIDENTIAL**

| | | |
|---|---|---|
| Tahra Grant – Executive Vice President & Chief Communications Officer at Sony Pictures Entertainment | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Josh Greenstein – President of Sony Pictures Motion Picture Group | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Warren Zavala – Agent at WME | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Patrick Whitesell – Executive Chairman of Endeavor Group Holdings | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film. |

13

**CONFIDENTIAL**

| | | |
|---|---|---|
| Danny Greenberg – Agent at WME | c/o Courtney Braun<br>William Morris Endeavor Entertainment, LLC<br>9601 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Don Saladino – Trainer | c/o Sean Hecker<br>Hecker Fink LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; publicity surrounding the Film. |
| Candace Owens – Influencer | ▮▮▮▮▮ Additional contact information to be determined. | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Mario Lavandeira (a/k/a Perez Hilton) – Influencer | ▮▮▮▮▮ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Whitney Fransway – Influencer | ▮▮▮▮▮ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Adam Investigations Counsel – Wayfarer's Investigation Counsel | 21515 Hawthorne Blvd.<br>Suite 200<br>Torrance, CA 90503 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; harassment or intimidation of witnesses; complaints or discussions about the work environment or conduct on the set of the Film. |

14

**CONFIDENTIAL**

| | | |
|---|---|---|
| Andrea Ajemian – Line Producer and Unit Production Manager of It Ends With Us | ██████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Kevin Alexander – Ms. Lively's Driver | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Ashley Avignone | c/o<br>██████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Claire Ayoub – Filmmaker | c/o Sean Hecker<br>Hecker Fink LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 | The parties' conduct in connection with Wayfarer Studios LLC projects other than It Ends With Us; the retaliation campaign alleged by Ms. Lively. |

15

**CONFIDENTIAL**

| | | |
|---|---|---|
| Vivian Baker – Ms. Lively's Makeup Artist | ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
| Emily Baldoni – Mr. Baldoni's Wife and Actress | c/o Liner Freedman Taitelman + Cooley LLP<br>1801 Century Park West<br>5th Floor<br>Los Angeles, CA 90067 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Russell Barnes – Production Designer of It Ends With Us | ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |

16

**CONFIDENTIAL**

| | | |
|---|---|---|
| Emily Blunt – Actress | c/o Chris Andrews<br>Creative Artists Agency, LLC<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067<br>▇▇▇▇▇▇▇ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| Betty Buzz LLC | c/o Rachel Penski Fissell<br>Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Betty Booze Opco LLC | c/o Rachel Penski Fissell<br>Katsky Korins LLP<br>605 Third Avenue<br>New York, NY 10158 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Blakel, Inc. | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film. |
| Alexis Bledel – Actress | c/o Abby Bluestone<br>Innovative Artists Talent & Literary Agency, Inc.<br>1505 10th Street<br>Santa Monica, CA 90401 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

17

**CONFIDENTIAL**

| | | |
|---|---|---|
| Todd Black – Executive Producer of It Ends With Us | ███████████ ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Scooter Braun – CEO at Hybe America and Executive at Scooter Braun Films | ███████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Kristofer Buckle – Makeup Artist | c/o OPUS Beauty 505 West 43rd Street Unit 6L New York, NY 10036 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| Anne Carroll – Ms. Lively's It Ends With Us Hair Stylist | ████████ Additional contact information to be determined. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Chelsea Cary – It Ends With Us Intimacy Coordinator | ███████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Eden Charmant – Former Nanny | ███████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| Amy Chozick – Former Reporter at The New York Times | ███████████ | The parties' alleged conduct; publicity surrounding the Film. |
| Charles Cooperman – Ms. Lively's Fitness Coach | ███████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| Barclay Crawford – Executive Editor of Daily Mail | ███████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Andrew Chrisomalis – Co-Founder and Chairman of Betty B Holdings | c/o Jason Berger Cowan, DeBaets, Abrahams & Sheppard LLP 60 Broad Street, 30th Floor New York, NY 10004 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

19

**CONFIDENTIAL**

| | | |
|---|---|---|
| George Dewey – Co-Founder of Maximum Effort and Film Producer | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Ariel Emanuel – CEO of WME | c/o Courtney Braun<br>William Morris Endeavor Entertainment, LLC<br>9601 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90210 | The parties' alleged conduct; publicity surrounding the Film. |
| Family Hive LLC d/b/a Blake Brown Beauty | c/o Samuel D. Levy<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| America Ferrera – Actress and Director | c/o Alexandra Trustman<br>Creative Artists Agency, LLC<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Tarryn Fisher – Author and Colleen Hoover's Friend | ▮▮▮▮▮▮▮ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered; the production, editing, cut, and creative process associated with the Film. |
| Kjersti Flaa – YouTuber, Reporter, and Journalist | ▮▮▮▮▮▮▮ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Gloria Rico Haan – Executive Vice President of National Publicity at Sony Pictures Entertainment | c/o Jill Ratner<br>Sony Pictures Entertainment<br>10202 West Washington Blvd.<br>Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Gigi Hadid – Fashion Model and TV Personality | c/o Luiz Mattos<br>IMG Models<br>304 Park Avenue South Penthouse North<br>New York, NY 100010 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film. |
| Alana Haim | c/o Rachel Arlook<br>United Talent Agency<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Danielle Haim | c/o Rachel Arlook<br>United Talent Agency<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |
| Este Haim | c/o Rachel Arlook<br>United Talent Agency<br>9336 Civic Center Drive<br>Beverly Hills, CA 90210 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Tina Haveles – Ms. Lively's Assistant | ███████ Additional contact information to be determined. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Natasha Heath – Jamey Heath's wife | ██████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Christy Hall – It Ends With Us Screenwriter | ████████ 2000 Avenue of the Stars Los Angeles, CA 90067 | The parties' alleged conduct; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Carolina Hurley – SVP Entertainment Crisis at TAG | █████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

22

**CONFIDENTIAL**

| | | |
|---|---|---|
| Hugh Jackman – Actor | c/o Courtney Braun<br>William Morris Endeavor Entertainment, LLC<br>9601 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90210 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Kate Johnson – Ms. Lively's Niece | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| Jonesworks LLC | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Roza Kalantari – Chief Marketing Officer at The Skyline Agency | | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jami Kandel – Senior Vice President at Vision PR, Inc. | | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Molly Karow – Ms. Lively's assistant | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Amy Kelly – Ms. Lively's Friend | ███████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| James Knobloch – Social Media Account Manager at Jonesworks LLC | c/o Kristin Tahler<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 5th Avenue, 9th Floor<br>New York, NY 10016<br>(212) 849-7000 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Melanie Licata – Makeup Artist | c/o Jackson Vickery Impact24 PR 811 West 7th Street Los Angeles, CA 90017 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Robyn Lively – Ms. Lively's Sister and Cast Member, It Ends With Us | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Elaine Lively – Ms. Lively's Mother | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Eric Lively – Ms. Lively's Brother | c/o Michael J. Gottlieb Willkie Farr & Gallagher LLP 1875 K Street, N.W. Washington, DC 20006 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Rylie Long – Account Executive at TAG | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Mike McIntire – Reporter at The New York Times | c/o Diane Brayton<br>The New York Times<br>620 8th Avenue<br>New York, NY 10018 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |
| Danni Maggin – Employee in Marketing and Public Relations Dept. of Sony Pictures Entertainment | c/o Jill Ratner<br>Sony Pictures Entertainment<br>10202 West Washington Blvd.<br>Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| AJ Marbory – Mr. Baldoni's Assistant | ███████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Dervla Mcneice – Director of Entertainment & Crisis at TAG | ███████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Adam Mondschein – Cast, It Ends With Us | ██████████ ████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Michele Morrone – Actor | c/o Chuck James Ascend Artist Representation ██████████████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| Ahmed Musiol – Film Producer | c/o Kaufman Abdel-Aal LLP ██████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Sara Nathan – Reporter, New York Post; Contributor at Page Six; Melissa Nathan's Sister | ██████████ ████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Alex Neustadter – Cast, It Ends With Us | ███████ ██████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Angie Niles – Author | c/o Kim Perel ████████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| NO MORE – Domestic Violence Non-Profit | (718) 614-2271; 195 Maplewood Avenue Maplewood, NJ 07040 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |

28

**CONFIDENTIAL**

| | | |
|---|---|---|
| Stacey O'Neil – Jenny Slate's Manager | c/o Katherine Porter<br>Akin Gump Straus Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Paylocity Holding Corporation – Software Company | (847) 463-3200;<br>1400 American Lane<br>Schaumburg, IL 60173 | The parties' alleged conduct; Defendant Sarowitz's alleged damages and commitment to pledge funds to harm Ms. Lively, Mr. Reynolds and their families. |
| Jack Pan – Marketing at Sony Pictures Entertainment | c/o Jill Ratner<br>Sony Pictures Entertainment<br>10202 West Washington Blvd.<br>Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Liz Plank –Former Co-Host of "Man Enough" Podcast | ██████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered; the parties' conduct in connection with Wayfarer Studios LLC projects other than It Ends With Us; publicity surrounding the Film. |
| Marc Platt – Film Producer | c/o Annalee Paulo<br>42West<br>██████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |

29

**CONFIDENTIAL**

| | | |
|---|---|---|
| Brian Porette – Ms. Lively's Driver | ██████████ ██████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
| Producers Guild of America | (310) 358-9020; 11150 West Olympic Blvd. Suite 980 Los Angeles, CA 90064 | The production, editing, cut, and creative process associated with the Film. |
| Josh Raffel – Head of External Affairs at Standard Building Solutions Inc. (f/k/a Standard Industries) | ██████████ ██████████ | The parties' alleged conduct; publicity surrounding the Film. |
| Raines Feldman & Littrell LLP – Investigation Counsel | 1900 Avenue of the Stars 19th Floor Los Angeles, CA 90067 | The retaliation campaign and retaliatory conduct alleged by Ms. Lively; harassment or intimidation of witnesses; complaints or discussions about the work environment or conduct on the set of the Film. |
| Range Media Partners, LLC – Mr. Baldoni's Talent Agency | (424) 610-9300; 2423 Michigan Avenue Santa Monica, CA 90404 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Jenna Redfield – Content Producer | ████████████ Additional contact information to be determined. | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Jaimie Reynolds – Mr. Reynolds's Niece | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film. |
| Tamara Reynolds – Mr. Reynolds's Mother | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Lisa Rodgers – It Ends With Us Post-Production Supervisor | ███████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Joseph Rosario – Ms. Lively's Teamster Driver | ████████ Additional contact information to be determined. | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film. |

31

**CONFIDENTIAL**

| | | |
|---|---|---|
| Sarah L. Rothman – Co-CEO of The Lede Company LLC | ███████████ | The parties' alleged conduct; publicity surrounding the Film. |
| Tom Rothman – Chairman of Sony Pictures Motion Picture Group | c/o Jill Ratner Sony Pictures Entertainment 10202 Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Alyx Sealy – Senior Director of Entertainment at TAG | ███████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Sarah Self – Partner, Co-Head, and Talent Agent at WME; Ms. Lively's Talent Agent | c/o Courtney Braun William Morris Endeavor Entertainment, LLC 9601 Wilshire Blvd., 5th Floor Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about the work environment or conduct on the set of the Film. |

32

**CONFIDENTIAL**

| | | |
|---|---|---|
| Brian Singer – CFO at Wayfarer Studios | ████████ ████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| Cynthia Barnes Slater – Head of HR at Wayfarer Studios; Board Member and Treasurer of The Wayfarer Foundation | ████████ ████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Stefan Sonnenfeld – It Ends With Us Colorist | ██████ <br> c/o Company 3 <br> 3401 Exposition Blvd. <br> Santa Monica, CA 90404 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Sony Pictures Entertainment, Inc. | c/o Jill Ratner Sony Pictures Entertainment 10202 West Washington Blvd. Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film. |
| Justin Grey Stone – Ms. Lively's Manager; Partner at Management 360 | ███████████ ██████████████ ██████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Samantha Stone – Chief Membership Officer at Soho House & Co. | ████████████████ ████████████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |

34

**CONFIDENTIAL**

| Dion Suleman – Mr. Baldoni's Assistant | ███████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
|---|---|---|
| Taylor Swift – Singer | c/o J. Douglas Baldridge<br>Venable LLP<br>600 Massachusetts Avenue Northwest<br>Washington, DC 20001 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Amy Tagliamonti – Makeup Artist | ███████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Lizzy Talbot – Intimacy Coordinator on It Ends With Us | ████████████ | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film. |
| Amber Tamblyn – Actress and Writer | c/o Nancy Mendelson Gates United Talent Agency, LLC 888 Seventh Avenue, 7th Floor New York, NY 10106 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Julie Tate – Reporter at The New York Times | c/o Diane Brayton The New York Times 620 8th Avenue New York, NY 10018 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |
| Laura Tedesco – CEO at Family Hive LLC d/b/a Blake Brown Beauty | c/o Samuel D. Levy Blank Rome LLP 1271 Avenue of the Americas New York, NY 10020 | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| The New York Times | May be contacted through counsel. | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |

36

**CONFIDENTIAL**

| | | |
|---|---|---|
| Sophia Travaglia – Ms. Lively's Assistant | c/o Michael J. Gottlieb<br>Willkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, DC 20006 | The parties' alleged conduct; the sexually discriminating, harassing, and other inappropriate or unwelcome actions, conduct, or comments made during production of the Film; complaints or discussions about the work environment or conduct on the set of the Film; the production, editing, cut, and creative process associated with the Film; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |
| Megan Twohey – Reporter at The New York Times | c/o Diane Brayton<br>The New York Times<br>620 8th Avenue<br>New York, NY 10018 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively. |
| Tony Vinciquerra – Chairperson at Sony Pictures Entertainment | c/o Jill Ratner<br>Sony Pictures Entertainment<br>10202 Washington Blvd.<br>Culver City, CA 90232 | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; |
| James Vituscka – Reporter at Daily Mail | ▉▉▉▉▉▉ Additional contact information to be determined. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively and resulting damages suffered. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| Erin Westerman – Producer | ██████████████ | The parties' alleged conduct; the retaliation campaign alleged by Ms. Lively and damages suffered. |
| Jack Whigham – Talent Manager at Range Media Talent Agency | ██████████████ | The parties' alleged conduct; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively; Defendants' alleged damages. |
| Bridgette Wright – Senior Vice President of Global Creative Advertising at Sony Pictures Entertainment | c/o Jill Ratner<br>Sony Pictures Entertainment<br>10202 West Washington Blvd.<br>Culver City, CA 90232 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film. |
| Shane Reid – It Ends With Us Editor | ████████ Additional contact information to be determined. | The parties' alleged conduct; the production, editing, cut, and creative process associated with the Film; complaints or discussions about the work environment or conduct on the set of the Film. |
| Vision PR, Inc. | May be contacted through counsel. | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; the retaliation campaign alleged by Ms. Lively. |
| William Morris Endeavor Entertainment, LLC | c/o Courtney Braun<br>William Morris Endeavor Entertainment, LLC<br>9601 Wilshire Blvd., 5th Floor<br>Beverly Hills, CA 90210 | The parties' alleged conduct; efforts taken to market or promote the Film; publicity surrounding the Film; complaints or discussions about |

**CONFIDENTIAL**

| Jennifer Yepez – Hair Stylist | c/o Melissa Pursel The Wall Group ███████████████ | The parties' alleged conduct; complaints or discussions about the work environment or conduct on the set of the Film; the retaliation campaign alleged by Ms. Lively and damages suffered. |
|---|---|---|

In addition, Ms. Lively anticipates that other, unknown individuals may have discoverable information that may be used to support her claims or defenses. Ms. Lively incorporates by reference any other individuals disclosed in any other party's Rule 26(a)(1) disclosures, including those disclosed by the parties on February 18, 2025, and reserves the right to obtain discovery in support of her claims and/or defenses from such individuals, and further reserves the right to supplement pursuant to Rule 26(e).

II.    **Rule 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based on the information available to Ms. Lively at this time, and without waiving the foregoing qualifications, Ms. Lively identifies below the categories of documents, electronically stored information, and/or tangible things in her possession, custody, or control that she may use to support her claims or defenses, unless solely for impeachment. To the extent that any documents are produced in this case in response to any party's document request or subpoena, the documents should be considered disclosed for purposes of Ms. Lively's obligations under Federal Rule of Civil Procedure 26(a)(1)(A)(ii).

1.    Documents concerning the allegations underlying Ms. Lively's claims set forth in her Amended Complaint and the allegations underlying the Wayfarer Parties' claims set forth in such Amended Complaint.

**CONFIDENTIAL**

2.     Documents concerning Ms. Lively's employment to play the role of Lily Bloom in the Film, including those concerning the "Protections for Return to Production" agreement and contractual rider attached to the Lively Complaint.

3.     Documents concerning sexually discriminating, harassing, or other inappropriate or unwelcome actions, conduct, or comments made during production of the Film.

4.     Documents concerning formal and informal complaints made by Ms. Lively and others during production of the Film relating to the conduct of Mr. Baldoni and/or Mr. Heath or others.

5.     Documents concerning engaging in media, press, marketing activities, and promotional efforts related to the Film.

6.     Documents concerning publicity surrounding the Film.

7.     Documents concerning the production, editing, cut, and creative process associated with the Film.

8.     Documents regarding press/crisis management/strategy and retaliation by the Wayfarer Parties.

9.     Documents regarding financial, reputational, economic, emotional, or other harm or damages.

**III.    Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Pursuant to FRCP 26(a)(1)(A)(iii), and the Court's July 17, 2025 Order, Ms. Lively claims the damages set forth below in connection with her affirmative claims. All numbers set forth below are preliminary and based on information and documents gathered to date, and are subject to proof, including but not limited to expert testimony.

40

**CONFIDENTIAL**

| | |
|---|---|
| **Economic Damages** | Lost earnings between approximately $41,550,956 and $87,793,592 subject to expert testimony.<br><br>Lost profits between approximately $39.6 million and $143.5 million subject to expert testimony. |
| **Noneconomic Damages** | Pain and suffering, physical pain, and humiliation in the range of $250,000 to $400,000.<br><br>Reputational harm attributable to defamation in an amount of approximately $24,375,267, subject to expert testimony.<br><br>Other reputational harm in an amount of approximately $36.5 million to $40.5 million, subject in part to expert testimony. |
| **Punitive Damages** | Punitive damages an amount _not less than_ three times the amount of Ms. Lively's actual damages. |
| **Attorneys' Fees and Costs** | All attorneys' fees and costs incurred by Ms. Lively. |

41

**CONFIDENTIAL**

**Computations as to the above are as follows:**

| Lost earnings | Lost wages between approximately $41,550,956 and $87,793,592 based on the following:<br><br>• Between approximately $47,500,000 and $90,000,000 in relation to lost acting and/or producing opportunities for major studio feature films from August 2024 through August 2029, subject to expert testimony.<br><br>• Between approximately $2,500,000 and $22,500,000 in relation to lost acting and/or producing opportunities for independent, limited budget and cameo films from August 2024 through August 2029, subject to expert testimony.<br><br>• Between approximately $8,000,000 and $20,000,000 in relation to lost acting and/or producing opportunities for limited television series from August 2024 through August 2029, subject to expert testimony.<br><br>• Between approximately $9,500,000 and $26,000,000 in relation to lost endorsements, speaking engagements, and personal appearances from August 2024 through August 2029, subject to expert testimony.<br><br>Alternatively, lost past wages of approximately $34,300,124 based on lost acting and producing opportunities, endorsements, speaking engagements, and personal appearances from August 2024 through August 2029, subject to expert testimony. |
|---|---|

**CONFIDENTIAL**

| | |
|---|---|
| **Lost Profits** | Between approximately $19.4 million and $45.1 million in relation to Blake Brown Beauty, subject to expert testimony. |
| | ▪ The value of Blake Brown's lost cash flows is based on the projected free cash flows from the Blake Brown Forecast (BL-000039169) and actual free cash flows from the Blake Brown Brand Update (BL-000038373-382, at 376 and 381), discounted to their present values as of March 31, 2026, using an appropriate discount rate of 17.5%. The lost cash flows are multiplied by Ms. Lively's ownership percentage in Blake Brown to determine the estimated minimum total damages. |
| | Between approximately $7.9 million and $28.3 million in relation to Betty B Holdings, LLC, subject to expert testimony. |
| | ▪ The value of Betty B Holdings' lost cash flows reflects only the lost profits from Betty Booze, which are based on the projected free cash flows from the October 2024 Presentation (BL-000037970_A-8164_A, at 8124_A and 8125_A) and actual free cash flows from the May 2025 Presentation (BL-000038862), discounted to their present values as of March 31, 2026, using an appropriate discount rate of 16.0%. The lost cash flows are multiplied by Ms. Lively's ownership percentage in Betty B Holdings to determine the estimated minimum total damages. |
| | In the amount of approximately $12.3 million to $70.2 million in relation to Blake Brown Beauty, subject to expert testimony. |
| | • The value of Ms. Lively's lost royalties from Blake Brown is based on the projected royalties from the Blake Brown Forecast (BL-000039169) and actual royalties received by Ms. Lively from the Blake Brown Brand Update (BL-000038373-382, at 376 and 381), discounted to their present values as of March 31, 2026, using an appropriate discount rate of 14.5%. |
| **Reputational Harm** | In the amount of approximately $24,375,267, based on a conservative estimated 116,959,530 impressions of the defamatory statements, subject to expert testimony. |

43

**CONFIDENTIAL**

|   | In the amount of approximately $36.5 million to $40.5 million based on a conservative estimated 176,738,781 impressions of the terms "bully," "mean girl," and "tone deaf," attributable to the retaliatory campaign, which impressions are subject to expert testimony. |
|---|---|

Supporting materials, including those bearing on the nature and extent of injuries suffered, were produced in Ms. Lively's document productions. All computations, assessments, and estimates are conservative and subject to amendment. Ms. Lively has identified each damages figure as the minimum sought in each category based on presently available information. Ms. Lively additionally intends to seek damages and fees in connection with California Civil Code 47.1 and applicable anti-SLAPP laws, which are not included in the above assessment of damages related to Ms. Lively's pleaded claims. As the Court acknowledged, Ms. Lively's damages depend largely on expert discovery, and the precise method of calculating damages is subject to expert discovery where applicable. *See* ECF No. 433.

IV.    **Rule 26(a)(1)(A)(iv): For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payment made to satisfy the judgment.**

Ms. Lively will produce applicable insurance agreements under which the insurer may be liable to satisfy part or all of a judgment, if entered, pursuant to a stipulated confidentiality order.

Date: October 29, 2025

/s/ Esra A. Hudson
MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson
Stephanie A. Roeser
Sarah E. Moses
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000

44

**CONFIDENTIAL**

E-mail: ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com
Matthew F. Bruno
Manatt, Phelps & Phillips, LLP 7
Times Sq
New York, NY 10036
(212) 790-4500
E-mail: mbruno@manatt.com


WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Kristin E. Bender 1875 K Street NW
Washington, DC 20006
(202) 303-1000
E-mail: mgottlieb@willkie.com
kbender@willkie.com

Aaron Nathan
Michaela A. Connolly
Willkie Farr & Gallagher LLP
787 7th Avenue New York, NY 10019
(212) 728-8000
E-mail: anathan@willkie.com
mconnolly@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (pro hac vice)
401 Ninth Street, NW Washington, DC
20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*

45

## CERTIFICATE OF SERVICE

I certify that on October 29, 2025, the foregoing was served on all counsel of record via email.


/s/ Michaela A. Connolly
Michaela A. Connolly