# manatt

**Esra Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

April 10, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

Pursuant to Rule 1(D) of this Court's Individual Rules of Civil Practice, Plaintiff Blake Lively respectfully submits this letter to inform the Court of the Parties' agreement following submission of Ms. Lively's letter regarding Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC's ("Defendants") exchange of pre-trial materials and disclosures and Defendants' response thereto. Dkt. Nos. 1276, 1279.

The parties have jointly agreed to extend the deadline to submit designations, objections, and counter-designations pursuant to Federal Rules of Civil Procedure 26(a)(3)(A) and Rule 5(A)(ix) of this Court's Individual Practices in Civil Cases, for any of Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, and Jennifer Abel who Defendants have confirmed will testify at trial by deposition rather than live testimony. The present deadline is April 10, 2026 and the new agreed-to deadline is April 15, 2026. Plaintiff respectfully submits that good cause exists to support such extension to enable the parties to meaningfully evaluate, object to, and confer regarding designations for Jennifer Abel and Steve Sarowitz, who Defendants only confirmed would be appearing by deposition yesterday, on April 9. This is the first request for such an extension (except as articulated in Dkt. No. 1276), and the parties' next scheduled appearance before this Court is April 28, 2026.

Ms. Lively respectfully requests an Order granting this limited, jointly agreed to extension.

Respectfully submitted,

/s/ Esra A. Hudson

Esra A. Hudson (*pro hac vice*)
Stephanie A. Roeser (*pro hac vice*)
Sarah E. Moses (*pro hac vice*)
Sareen Armani
Katelyn A. Climaco
Manatt, Phelps & Phillips, LLP

# manatt

**Esra Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

Michael J. Gottlieb
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, California 90067
(310) 855-3111
mgottlieb@willkie.com

Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

Meryl C. Governski (*pro hac vice*)
Dunn Isaacson Rhee LLP
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

*Attorneys for Blake Lively*