**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>　　　　　　　　　Defendants. | No. 24-cv-10049 (LJL) |

## [PROPOSED] VERDICT FORM

The parties have been unable to reach agreement on a proposed verdict form. Accordingly, Plaintiff Blake Lively respectfully submits the following proposed Verdict Form, reserving the right to propose additional changes and modifications as the trial progresses.

Dated: April 10, 2026

*/s/ Michael J. Gottlieb*

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | (212) 728-8904 |
| Michael J. Gottlieb | mschachter@willkie.com |
| Koren L. Bell | anathan@willkie.com |
| 2029 Century Park East | mconnolly@willkie.com |
| Los Angeles, CA 90067 | mtaustine@willkie.com |
| (310) 855-3111 | |
| mgottlieb@willkie.com | MANATT, PHELPS & PHILLIPS LLP |
| kbell@willkie.com | Esra A. Hudson (admitted *pro hac vice*) |
| | Naeun Rim (*pro hac vice* pending) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac vice*) |
| 1875 K Street NW | Sarah E. Moses (admitted *pro hac vice*) |
| Washington, DC 20006 | Sareen K. Armani |
| (202) 303-1000 | Katelyn A. Climaco |
| kbender@willkie.com | 2049 Century Park East, Suite 1700 |
| | Los Angeles, California 90067 |
| Michael S. Schachter | (310) 312-4000 |
| Aaron E. Nathan | ehudson@manatt.com |
| Michaela A. Connolly | nrim@manatt.com |

Melissa S. Taustine
787 Seventh Avenue
New York, NY 10019

sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski
401 9th Street NW
Washington, DC 20004
(202) 240-2927
mgovernski@dirllp.com

*Attorneys for Blake Lively*

# VERDICT FORM

## PLEASE FOLLOW ALL INSTRUCTIONS,

## CHECK (✓) YOUR ANSWERS, AND FILL IN THE BLANKS

### All Answers Must Be Unanimous

I.  **Ms. Lively's Claim for Retaliation in Violation of the California Fair Employment and Housing Act**

   1. Do you find that Wayfarer Studios LLC is liable for retaliating against Ms. Lively?

      YES _____        NO _____

      *Go to Question 2.*

   2. Do you find that It Ends With Us Movie LLC is liable for retaliating against Ms. Lively?

      YES _____        NO _____

      *Go to Section II.*

II.  **Ms. Lively's Claim for Breach of Contract**

   3. Do you find that It Ends With Us Movie LLC breached Paragraph 10 of the Protections Agreement, which provides:

      "There shall be no retaliation of any kind against [Blake Lively] for raising concerns about the conduct described in this letter or for these requirements.  Any changes in attitude, sarcasm, marginalization or other negative behavior, either on set or otherwise, including during publicity and promotional work, as a result of these requests is retaliatory and unacceptable, and will be met with immediate action."

      YES _____        NO _____

      *Go to Section III.*

III.  **Ms. Lively's Claim for Aiding and Abetting Retaliation in Violation of the California Fair Employment and Housing Act**

   *Only answer the questions in this Section III if you answered YES to Question 1 or Question 2. Otherwise, skip Section III and go to Section IV.*

4.  Do you find that The Agency Group PR LLC is liable for aiding and abetting retaliation against Ms. Lively?

YES _____        NO _____

*Go to Section IV.*

**IV.**  **Damages**

5.  If you find in favor of Ms. Lively on her claim for retaliation (by answering YES to any question in Section I above), how much do you award Ms. Lively in damages?

$_____

*Go to Question 6.*

6.  If you find in favor of Ms. Lively on her breach of contract claim (by answering YES to the question in Section II above), how much do you award Ms. Lively in damages?

$_____

*Go to Question 7.*

7.  If you find in favor of Ms. Lively on her claim for aiding and abetting retaliation (by answering YES to the question in Section III above), how much do you award Ms. Lively in damages?

$_____

*Go to Section V.*

## V.    **Punitive Damages**

8.  Do you find that Defendant Wayfarer Studios LLC engaged in the conduct with malice, oppression, or fraud? (*only answer this question if you answered YES to Question 1*):

    YES _____          NO _____

    *If you answered YES to Question 8, go to Question 9. Otherwise, skip Question 9 and go to Question 10.*

9.  What amount of punitive damages do you award against Wayfarer Studios LLC, if any?

    $_____

    *Go to Question 10.*

10. Do you find that Defendant It Ends With Us Movie LLC engaged in the conduct with malice, oppression, or fraud? (*only answer this question if you answered YES to Question 2*):

    YES _____          NO _____

    *If you answered YES to Question 10, go to Question 11. Otherwise, skip Question 11 and go to Question 12*):

11. What amount of punitive damages do you award against It Ends With Us Movie LLC, if any?

    $_____

    *Go to Question 12.*

12. Do you find that Defendant The Agency Group PR LLC engaged in the conduct with malice, oppression, or fraud? (*only answer this question if you answered YES to Question 4*):

    YES _____          NO _____

6

*If you answered YES to Question 12, go to Question 13. Otherwise, skip Question 13 and go to the Signatures page*):

13. What amount of punitive damages do you award against The Agency Group PR LLC, if any?

$_____

*Go to the Signatures page.*

8

## VI.    Signatures

After completing the form, each juror who agrees with this verdict must sign below:

_____    _____    _____

Foreperson

_____    _____    _____

_____    _____    _____

_____    _____    _____