**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY, <br><br> Plaintiff, <br><br> -v- <br><br> WAYFARER STUDIOS LLC, et al., <br><br> Defendants. | No. 24-cv-10049 (LJL) |

**NOTICE OF PLAINTIFF BLAKE LIVELY'S MOTIONS *IN LIMINE***

PLEASE TAKE NOTICE that upon the accompanying Omnibus Memorandum of Law in Support of Plaintiff's Motions *in Limine*, the Declaration of Esra A. Hudson, dated April 10, 2026, and its exhibits, and such other and further papers and proceedings as may be filed or had, Plaintiff Blake Lively, by and through her counsel and pursuant to the Federal Rules of Evidence, will move this Court before the Honorable Lewis J. Liman, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, Courtroom 15C, at a time and date to be determined by this Court, for an Order granting:

1. Ms. Lively's Motion *in Limine* No. 1 to Preclude Improper Character Evidence and Lay Opinion Concerning Ms. Lively's Reputation;

2. Ms. Lively's Motion *in Limine* No. 2 to Preclude Evidence and Argument Relating to the "Vanzan Subpoena";

3. Ms. Lively's Motion *in Limine* No. 3 to Preclude Evidence Concerning the Character "Nicepool" in the Film Deadpool & Wolverine;

4. Ms. Lively's Motion *in Limine* No. 4 to Preclude Testimony and Evidence Regarding Ms. Lively's and Non-Party Ryan Reynold's Net Worth and Financial Status;

5. Ms. Lively's Motion *in Limine* No. 5 to Preclude Internal Sony Communications;

6. Ms. Lively's Motion *in Limine* No. 6 to Preclude Evidence Concerning Defendants' Alleged Post-Litigation Harm;

7. Ms. Lively's Motion *in Limine* No. 7 to Preclude Evidence Concerning Statements by Plaintiff and Her Agents regarding the Court's Summary Judgment Order or Proceedings; and

8. Ms. Lively's Motion *in Limine* No. 8 to Exclude Testimony of Non-Party Witness Kjersti Flaa.

Respectfully submitted,

Dated: April 10, 2026

/s/ Esra A. Hudson

Michael J. Gottlieb
Koren Bell
2049 Century Park East
Los Angeles, California 90067
(310) 855-3000
mgottlieb@willkie.com
kbell@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Michael Schacter
Aaron Nathan
Michaela A. Connolly
Melissa Taustine
787 7th Avenue
New York, NY 10019
(212) 728-8000
MSchacter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

Esra A. Hudson (admitted *pro hac vice*)
Naeun Rim (*pro hac vice* pending)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
nrim@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

Meryl C. Governski (admitted *pro hac vice*)
401 9th Street NW
Washington, DC 20004
(202) 240-2927
mgovernski@dirllp.com

*Attorneys for Blake Lively*