# Exhibit C

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1000* | BALDONI_000000618 | BALDONI_000000618 | | | | |
| 1001* | BALDONI_000000619 | BALDONI_000000630 | | | | |
| 1002 | BALDONI_000003760 | BALDONI_000003760 | | | FRE 802 | |
| 1003 | BALDONI_000003761 | BALDONI_000003763 | | | FRE 802 | |
| 1004 | BALDONI_000004987 | BALDONI_000004987 | | | FRE 402; FRE 802; FRE 901 | |
| 1005 | BALDONI_000010363 | BALDONI_000010364 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1006 | BALDONI_000010377 | BALDONI_000010380 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1007 | BALDONI_000010437 | BALDONI_000010438 | | | FRE 402; FRE 802; FRE 901 | |
| 1008 | BALDONI_000014391 | BALDONI_000014391 | | | FRE 402; FRE 802 | |
| 1009 | BALDONI_000014392 | BALDONI_000014519 | | | FRE 402; FRE 802; FRE 805; FRE 901; FRE 602 | |
| 1010 | BALDONI_000015368 | BALDONI_000015373 | | | FRE 106; FRE 402; FRE 403; FRE 802; FRE 1002 | |
| 1011 | BALDONI_000015397 | BALDONI_000015404 | | | FRE 402; FRE 403; FRE 404; FRE 802; FRE 805; FRE 901; FRE 602 | |
| 1012 | BALDONI_000015483 | BALDONI_000015516 | | Hoover 28 | FRE 402; FRE 404; FRE 802; FRE 602 | |
| 1013 | BALDONI_000015944 | BALDONI_000015946 | | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1014 | BALDONI_000016171 | BALDONI_000016172 | | | FRE 402; FRE 802; FRE 805; FRE 901; FRE 602 | Yes |
| 1015 | BALDONI_000016411 | BALDONI_000016415 | | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | |
| 1016 | BALDONI_000016432 | BALDONI_000016433 | | | FRE 402; FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1017 | BALDONI_000016437 | BALDONI_000016437 | | | FRE 402; FRE 901 | |
| 1018 | BALDONI_000016470 | BALDONI_000016470 | | Giannetti 24 | FRE 402; FRE 802; FRE 901; FRE 602 | Yes |
| 1019* | BALDONI_000017003 | BALDONI_000017003 | | | | |
| 1020 | BALDONI_000017008 | BALDONI_000017008 | | | FRE 402; FRE 412; FRE 802 | |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1021 | BALDONI_000017194 | BALDONI_000017195 | | | FRE 402; FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1022 | BALDONI_000017233 | BALDONI_000017234 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1023 | BALDONI_000017235 | BALDONI_000017237 | | | FRE 402; FRE 802; FRE 901 | |
| 1024 | BALDONI_000017240 | BALDONI_000017242 | | | FRE 802; FRE 1002 | |
| 1025 | BALDONI_000017253 | BALDONI_000017256 | | | FRE 402; FRE 802; FRE 901 | |
| 1026 | BALDONI_000017299 | BALDONI_000017302 | | Giannetti 36 | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1027 | BALDONI_000018544 | BALDONI_000018546 | | Giannetti 26 | FRE 402; FRE 403; FRE 802; FRE 901 | Yes |
| 1028 | BALDONI_000018702 | BALDONI_000018703 | | | FRE 402; FRE 404; FRE 802; FRE 805 | |
| 1029 | BALDONI_000018717 | BALDONI_000018723 | | | FRE 402; FRE 802 | |
| 1030 | BALDONI_000018766 | BALDONI_000018766 | | | FRE 802; FRE 805; FRE 901 | |
| 1031 | BALDONI_000018771 | BALDONI_000018774 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1032 | BALDONI_000018831 | BALDONI_000018831 | | | FRE 802; FRE 805; FRE 901 | |
| 1033 | BALDONI_000018898 | BALDONI_000018899 | | | FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1034 | BALDONI_000018926 | BALDONI_000018928 | | | FRE 802; FRE 901 | |
| 1035 | BALDONI_000018984 | BALDONI_000018990 | | | FRE 802; FRE 805; FRE 901 | |
| 1036* | BALDONI_000019422 | BALDONI_000019424 | | | | |
| 1037 | BALDONI_000020436 | BALDONI_000020440 | | | FRE 802; FRE 805; FRE 901 | |
| 1038 | BALDONI_000021300 | BALDONI_000021301 | | | FRE 802 | |
| 1039 | BALDONI_000024619 | BALDONI_000024619 | | | FRE 901 | |
| 1040 | BALDONI_000026167 | BALDONI_000026167 | | | FRE 402; FRE 802; FRE 901 | |
| 1041 | BALDONI_000026168 | BALDONI_000026168 | | | FRE 402; FRE 802; FRE 901 | |
| 1042 | BALDONI_000026169 | BALDONI_000026170 | | | FRE 402; FRE 802; FRE 901 | |
| 1043 | BALDONI_000026173 | BALDONI_000026176 | | | FRE 402; FRE 802; FRE 901 | |
| 1044 | BALDONI_000026188 | BALDONI_000026188 | | | FRE 106; FRE 802; FRE 805; FRE 901; FRE 1002 | |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1045 | BALDONI_000026189 | BALDONI_000026189 | | | FRE 106; FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1046 | BALDONI_000026204 | BALDONI_000026206 | | Baldoni 34 | FRE 802 | |
| 1047 | BALDONI_000026329 | BALDONI_000026331 | | | FRE 802; FRE 805 | |
| 1048 | BALDONI_000026352 | BALDONI_000026352 | | | FRE 802; FRE 901 | |
| 1049 | BALDONI_000026353 | BALDONI_000026375 | | | FRE 901; FRE 1002 | |
| 1050 | BALDONI_000031127 | BALDONI_000031129 | | | FRE 402; FRE 802; FRE 901 | |
| 1051 | BALDONI_000031828 | BALDONI_000031831 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1052 | BALDONI_000031844 | BALDONI_000031847 | | | FRE 802; FRE 805; FRE 901 | |
| 1053 | BALDONI_000031938 | BALDONI_000031938 | | | FRE 404; FRE 802; FRE 901 | |
| 1054 | BALDONI_000034832 | BALDONI_000034832 | | | FRE 106; FRE 402; FRE 403; FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1100 | HEATH_000004400 | HEATH_000004401 | | | FRE 802; FRE 805; FRE 901 | |
| 1101 | HEATH_000006932 | HEATH_000006963 | | | FRE 802; FRE 805; FRE 901 | |
| 1102 | HEATH_000006964 | HEATH_000006965 | | | FRE 802; FRE 805; FRE 901 | |
| 1103 | HEATH_000006966 | HEATH_000006979 | | | FRE 802; FRE 805; FRE 901 | |
| 1104 | HEATH_000006980 | HEATH_000006983 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1105 | HEATH_000006984 | HEATH_000006988 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1106 | HEATH_000006989 | HEATH_000006998 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1107 | HEATH_000019467 | HEATH_000019468 | | | FRE 802; FRE 805; FRE 901 | |
| 1108 | HEATH_000027420 | HEATH_000027420 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1109 | HEATH_000028508 | HEATH_000028508 | | | | |
| 1110 | HEATH_000028774 | HEATH_000028775 | | | FRE 901 | |
| 1111 | HEATH_000031717 | HEATH_000031717 | | | FRE 802; FRE 805 | |
| 1112 | HEATH_000031739 | HEATH_000031740 | | | FRE 802 | |
| 1113 | HEATH_000032637 | HEATH_000032637 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |

3

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1114 | HEATH_000033479 | HEATH_000033480 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1115 | HEATH_000034661 | HEATH_000034661 | | | FRE 402; FRE 802; FRE 901 | |
| 1116 | HEATH_000034943 | HEATH_000034970 | | Heath 1 | FRE 106 | |
| 1117 | HEATH_000035022 | HEATH_000035026 | | | FRE 802; FRE 805; FRE 901 | |
| 1118 | HEATH_000035030 | HEATH_000035030 | | | FRE 106; FRE 402; FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1119* | HEATH_000041864 | HEATH_000041864 | | Grey Stone 20 | | |
| 1120* | HEATH_000041865 | HEATH_000041899 | | | | |
| 1121* | HEATH_000045271 | HEATH_000045293 | | | | |
| 1122 | HEATH_000045312 | HEATH_000045322 | | | FRE 106; FRE 802 | |
| 1123* | HEATH_000045645 | HEATH_000045652 | | | | |
| 1124 | HEATH_000045662 | HEATH_000045677 | | | | |
| 1125* | HEATH_000045678 | HEATH_000045681 | | | | |
| 1126 | HEATH_000045731 | HEATH_000045740 | | | FRE 802; FRE 805 | |
| 1127 | HEATH_000045741 | HEATH_000045744 | | | FRE 802; FRE 805 | |
| 1128 | HEATH_000046085 | HEATH_000046085 | | | FRE 802; FRE 901 | |
| 1129* | HEATH_000046097 | HEATH_000046097 | | | | |
| 1130* | HEATH_000046098 | HEATH_000046099 | | | | |
| 1131 | HEATH_000046108 | HEATH_000046108 | | | FRE 402 | |
| 1132 | HEATH_000046109 | HEATH_000046111 | | | FRE 402 | |
| 1133 | HEATH_000046112 | HEATH_000046114 | | | FRE 402 | |
| 1134 | HEATH_000046122 | HEATH_000046122 | | | FRE 402 | |
| 1135 | HEATH_000046123 | HEATH_000046125 | | | FRE 402 | |
| 1136* | HEATH_000046126 | HEATH_000046137 | | Heath 10 | | |
| 1137 | HEATH_000046740 | HEATH_000046741 | | | FRE 402; FRE 802 | |
| 1138 | HEATH_000046742 | HEATH_000046742 | | | FRE 402; FRE 802 | |
| 1139 | HEATH_000046747 | HEATH_000046748 | | | FRE 802 | Yes |
| 1140 | HEATH_000046756 | HEATH_000046756 | | | FRE 802 | |
| 1141 | HEATH_000048496 | HEATH_000048498 | | | FRE 802 | |
| 1142 | HEATH_000048501 | HEATH_000048501 | | Heath 3; Giannetti 9 | | |

4

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1143* | HEATH_000049954 | HEATH_000049955 | | | | |
| 1144 | HEATH_000050708 | HEATH_000050711 | | | FRE 402; FRE 802; FRE 805 | |
| 1145 | HEATH_000051764 | HEATH_000051764 | | | FRE 402; FRE 802 | |
| 1200 | WAYFARER_000030416 | WAYFARER_000030416 | | | FRE 402; FRE 802; FRE 901 | |
| 1201 | WAYFARER_000030417 | WAYFARER_000030418 | | | FRE 402; FRE 802; FRE 901 | |
| 1202 | WAYFARER_000067020 | WAYFARER_000067022 | | | FRE 802; FRE 901 | |
| 1203 | WAYFARER_000111054 | WAYFARER_000111054 | | Abel 46 | FRE 802 | |
| 1204 | WAYFARER_000111055 | WAYFARER_000111056 | | | FRE 802 | |
| 1205 | WAYFARER_000113082 | WAYFARER_000113101 | | | FRE 802; FRE 901 | |
| 1206 | WAYFARER_000113106 | WAYFARER_000113107 | | | FRE 802; FRE 901 | |
| 1207 | WAYFARER_000113111 | WAYFARER_000113119 | | | FRE 802; FRE 901 | |
| 1208 | WAYFARER_000113124 | WAYFARER_000113130 | | | FRE 802; FRE 901 | |
| 1209 | WAYFARER_000126472 | WAYFARER_000126474 | | Hoover 19 | FRE 802 | |
| 1210 | WAYFARER_000127837 | WAYFARER_000127837 | | | FRE 802; FRE 901 | |
| 1211 | WAYFARER_000131431 | WAYFARER_000131431 | | | FRE 802; FRE 901 | |
| 1212 | WAYFARER_000131671 | WAYFARER_000131671 | | | FRE 802; FRE 901 | |
| 1213 | WAYFARER_000137426 | WAYFARER_000137428 | | | FRE 402; FRE 802; FRE 901 | |
| 1214 | WAYFARER_000137429 | WAYFARER_000137429 | | | FRE 802; FRE 901 | |
| 1215 | WAYFARER_000138568 | WAYFARER_000138572 | | | FRE 402; FRE 802; FRE 901 | |
| 1216 | WAYFARER_000138579 | WAYFARER_000138581 | | | FRE 802; FRE 901 | |
| 1217 | WAYFARER_000138585 | WAYFARER_000138588 | | | FRE 802; FRE 901 | |
| 1218 | WAYFARER_000138736 | WAYFARER_000138737 | | Hoover 34 | FRE 802; FRE 901 | |
| 1219* | WAYFARER_000140111 | WAYFARER_000140112 | | | | |
| 1220* | WAYFARER_000140113 | WAYFARER_000140113 | | | | |
| 1221* | WAYFARER_000140115 | WAYFARER_000140116 | | | | |
| 1222* | WAYFARER_000140131 | WAYFARER_000140132 | | | | |
| 1223 | WAYFARER_000140494 | WAYFARER_000140494 | | | FRE 106; FRE 402 | |
| 1224* | WAYFARER_000140956 | WAYFARER_000140956 | | | | |
| 1225* | WAYFARER_000140957 | WAYFARER_000140990 | | | | |
| 1226* | WAYFARER_000140991 | WAYFARER_000140993 | | Heath 13 | | |
| 1227 | WAYFARER_000141021 | WAYFARER_000141021 | | | FRE 402; FRE 802; FRE 901 | |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1228 | WAYFARER_000141023 | WAYFARER_000141024 | | | FRE 402; FRE 802; FRE 901 | |
| 1229 | WAYFARER_000141469 | WAYFARER_000141472 | | Saks 8 | FRE 106 | |
| 1230 | WAYFARER_000141658 | WAYFARER_000141659 | | | FRE 404; FRE 802 | |
| 1231 | WAYFARER_000141660 | WAYFARER_000141662 | | Hoover 19 | FRE 802 | |
| 1232 | WAYFARER_000141663 | WAYFARER_000141665 | | Hoover 3 | | |
| 1233 | WAYFARER_000141667 | WAYFARER_000141668 | | | FRE 802 | |
| 1234 | WAYFARER_000141669 | WAYFARER_000141670 | | Hoover 28 | FRE 802 | |
| 1235 | WAYFARER_000141671 | WAYFARER_000141675 | | | FRE 802 | |
| 1236* | WAYFARER_000141754 | WAYFARER_000141754 | | | | |
| 1237* | WAYFARER_000141838 | WAYFARER_000141838 | | | | |
| 1238* | WAYFARER_000142434 | WAYFARER_000142435 | | | | |
| 1239 | WAYFARER_000142484 | WAYFARER_000142490 | | | FRE 802 | |
| 1240 | WAYFARER_000142562 | WAYFARER_000142601 | | | FRE 802; FRE 901 | |
| 1241* | WAYFARER_000142796 | WAYFARER_000142863 | | Fromholz 7 | | |
| 1242 | WAYFARER_000149780 | WAYFARER_000149781 | | | FRE 802 | |
| 1300 | JONESWORKS_00006978 | JONESWORKS_00006988 | | | FRE 802 | |
| 1301 | JONESWORKS_00013415 | JONESWORKS_00013417 | | | FRE 402; FRE 802 | Yes |
| 1302 | JONESWORKS_00013485 | JONESWORKS_00013487 | | Abel 58 | FRE 802 | |
| 1303 | JONESWORKS_00013488 | JONESWORKS_00013490 | | | FRE 802 | |
| 1304 | JONESWORKS_00013830 | JONESWORKS_00013831 | | Abel 68 | | |
| 1305* | JONESWORKS_00014512 | JONESWORKS_00014520 | | Abel 44 | | |
| 1306 | JONESWORKS_00014920 | JONESWORKS_00014922 | | Abel 48 | FRE 802 | |
| 1307 | JONESWORKS_00017201 | JONESWORKS_00017202 | | | FRE 802 | |
| 1308 | JONESWORKS_00017221 | JONESWORKS_00017222 | | | FRE 802 | |

6

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1309 | JONESWORKS_00017397 | JONESWORKS_00017397 | | | FRE 802 | |
| 1310 | JONESWORKS_00018215 | JONESWORKS_00018218 | | | FRE 802 | |
| 1311 | JONESWORKS_00021631 | JONESWORKS_00021632 | | | FRE 802 | |
| 1312 | JONESWORKS_00022081 | JONESWORKS_00022082 | | | FRE 106; FRE 802 | |
| 1313 | JONESWORKS_00030156 | JONESWORKS_00030157 | | Hanks 6 | FRE 402; FRE 802 | |
| 1314 | JONESWORKS_00030241 | JONESWORKS_00030242 | | Hanks 14 | FRE 402; FRE 802 | |
| 1315 | JONESWORKS_00040614 | JONESWORKS_00040615 | | | FRE 402; FRE 802 | |
| 1316 | JONESWORKS_MN_000000842 | JONESWORKS_MN_000000863 | | Nathan 91 | FRE 402; FRE 802 | Yes |
| 1317 | JONESWORKS_WAYFARER_000003009 | JONESWORKS_WAYFARER_000003013 | | Hanks 8 | FRE 402 | |
| 1400 | NATHAN_000000278 | NATHAN_000000280 | | | FRE 403; FRE 404; FRE 802; FRE 901 | Yes |
| 1401 | NATHAN_000000290 | NATHAN_000000290 | | | FRE 802; FRE 901 | |
| 1402 | NATHAN_000000292 | NATHAN_000000292 | | | FRE 403; FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1403 | NATHAN_000000547 | NATHAN_000000547 | | | FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1404 | NATHAN_000001030 | NATHAN_000001033 | | | FRE 802 | |
| 1405 | NATHAN_000001906 | NATHAN_000001908 | | | FRE 106; FRE 802 | |
| 1406 | NATHAN_000002524 | NATHAN_000002536 | | Nathan 22 | FRE 802; FRE 901; FRE 1002 | |
| 1407* | NATHAN_000003599 | NATHAN_000003611 | | | | |
| 1408 | KCASE-000001675 | KCASE-000001679 | | Case 21 | FRE 404; FRE 802; FRE 602 | Yes |
| 1409 | KCASE-000002654 | KCASE-000002665 | | Koslow 6 | FRE 802 | |
| 1410 | KCASE-000002919 | KCASE-000002922 | | Case 20 | FRE 802 | |
| 1411 | KCASE-000003338 | KCASE-000003338 | | | FRE 404; FRE 802; FRE 805 | Yes |

7

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1412* | KCASE-000005773 | KCASE-000005778 | | Nathan 15 | | |
| 1413 | BBKOSLOW-000005795 | BBKOSLOW-000005817 | | Koslow 21; Nathan 94 | FRE 802; FRE 805; FRE 1002 | |
| 1414* | SR 1.00000011 | SR 1.00000012 | | | | |
| 1415 | ABEL_000000539 | ABEL_000000540 | | | | |
| 1500* | SPE_BL0000001 | SPE_BL0000140 | | Heath 5 | | |
| 1501* | SPE_BL0000343 | SPE_BL0000343 | | Greenberg 22 | | |
| 1502* | SPE_BL0000344 | SPE_BL0000348 | | | | |
| 1503 | SPE_BL0000789 | SPE_BL0000790 | | Giannetti 23 | FRE 402; FRE 802 | |
| 1504 | SPE_BL0001059 | SPE_BL0001062 | | Greenstein 12 | | |
| 1505 | SPE_BL0001106 | SPE_BL0001106 | | | FRE 402; FRE 901 | |
| 1506 | SPE_BL0001107 | SPE_BL0001141 | | | FRE 402; FRE 901 | |
| 1507 | SPE_BL0001180 | SPE_BL0001180 | | | FRE 402; FRE 901 | |
| 1508 | SPE_BL0001656 | SPE_BL0001656 | | | FRE 402; FRE 901 | |
| 1509 | SPE_BL0001657 | SPE_BL0001690 | | | FRE 402; FRE 901 | |
| 1510 | SPE_BL0001762 | SPE_BL0001768 | | Greenstein 9 | | |
| 1511 | SPE_BL0002044 | SPE_BL0002046 | | Greenstein 7 | | |
| 1512 | SPE_BL0002894 | SPE_BL0002896 | | | FRE 402; FRE 901 | |
| 1513 | SPE_BL0002897 | SPE_BL0002930 | | | FRE 402; FRE 901 | |
| 1514 | SPE_BL0003328 | SPE_BL0003335 | | | | |
| 1515 | SPE_BL0003512 | SPE_BL0003514 | | Giannetti 19 | | |
| 1516* | SPE_BL0003515 | SPE_BL0003516 | | | | |
| 1517 | SPE_BL0004203 | SPE_BL0004203 | | | FRE 402; FRE 901 | |
| 1518 | SPE_BL0004204 | SPE_BL0004204 | | | FRE 402; FRE 901 | |
| 1519 | SPE_BL0004298 | SPE_BL0004298 | | | FRE 402; FRE 901 | |
| 1520 | SPE_BL0004363 | SPE_BL0004401 | | | FRE 402; FRE 901 | |
| 1521 | SPE_BL0004987 | SPE_BL0004987 | | | FRE 402; FRE 802 | |
| 1522 | SPE_BL0005326 | SPE_BL0005326 | | | | |
| 1523* | SPE_BL0005327 | SPE_BL0005328 | | | | |
| 1524 | SPE_BL0005500 | SPE_BL0005500 | | | FRE 802; FRE 901 | |
| 1525 | SPE_BL0005501 | SPE_BL0005503 | | | FRE 802; FRE 901 | |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1526 | SPE_BL0005959 | SPE_BL0005961 | | Giannetti 31 | FRE 802; FRE 901 | |
| 1527 | SPE_BL0007874 | SPE_BL0007875 | | Greenstein 15 | | |
| 1528* | SPE_BL0007876 | SPE_BL0007876 | | | | |
| 1529* | SPE_BL0007877 | SPE_BL0007877 | | | | |
| 1530 | SPE_BL0008472 | SPE_BL0008473 | | Greenstein 36 | FRE 802; FRE 901; FRE 1002 | |
| 1531 | SPE_BL0009469 | SPE_BL0009473 | | | FRE 802; FRE 901; FRE 1002 | |
| 1532 | SPE_BL0010515 | SPE_BL0010517 | | | FRE 802; FRE 805; FRE 901 | |
| 1533 | SPE_BL0011992 | SPE_BL0011993 | | | FRE 402; FRE 802; FRE 901 | |
| 1534 | SPE_BL0012469 | SPE_BL0012471 | | | FRE 402; FRE 802; FRE 901 | |
| 1535 | SPE_BL0012556 | SPE_BL0012556 | | | FRE 802; FRE 901 | |
| 1536 | SPE_BL0012796 | SPE_BL0012819 | | | FRE 402; FRE 805; FRE 901 | |
| 1537 | SPE_BL0012820 | SPE_BL0012824 | | | FRE 402; FRE 802; FRE 901 | |
| 1538 | SPE_BL0013498 | SPE_BL0013498 | | | FRE 402; FRE 802; FRE 901 | |
| 1539 | SPE_BL0013499 | SPE_BL0013499 | | | FRE 402; FRE 802; FRE 901 | |
| 1540 | SPE_BL0021910 | SPE_BL0021926 | | | FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1541 | SPE_BL0021955 | SPE_BL0021955 | | | FRE 802; FRE 901 | |
| 1542 | SPE_BL0022891 | SPE_BL0022893 | | Greenstein 41 | FRE 402; FRE 802; FRE 901 | |
| 1543 | SPE_BL0023136 | SPE_BL0023137 | | Greenstein 40 | FRE 402; FRE 802; FRE 901 | |
| 1544 | SPE_BL0023149 | SPE_BL0023150 | | Greenstein 39 | FRE 402; FRE 802; FRE 901 | |
| 1545 | SPE_BL0023201 | SPE_BL0023202 | | Greenstein 35 | FRE 402; FRE 404; FRE 805; FRE 602 | Yes |
| 1546 | SPE_BL0023261 | SPE_BL0023262 | | | FRE 402; FRE 403; FRE 802; FRE 901 | Yes |
| 1547 | SPE_WF0000021 | SPE_WF0000021 | | | FRE 402 | |
| 1548 | SPE_WF0000022 | SPE_WF0000023 | | | FRE 402 | |
| 1549 | SPE_WF0000024 | SPE_WF0000024 | | | FRE 402 | |
| 1550 | SPE_WF0000025 | SPE_WF0000025 | | | FRE 402 | |
| 1551 | SPE_WF0000026 | SPE_WF0000026 | | | FRE 402 | |
| 1552 | SPE_WF0000027 | SPE_WF0000027 | | | FRE 402 | |
| 1553 | SPE_WF0000086 | SPE_WF0000087 | | | FRE 402; FRE 802; FRE 901 | |
| 1554 | SPE_WF0000137 | SPE_WF0000139 | | | FRE 402; FRE 802; FRE 901 | |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1555 | SPE_WF0000150 | SPE_WF0000153 | | Saks 10 | FRE 402; FRE 802; FRE 901 | |
| 1556 | SPE_WF0000260 | SPE_WF0000260 | | Giannetti 32 | FRE 402; FRE 802; FRE 901 | |
| 1557 | SPE_WF0000311 | SPE_WF0000312 | | Giannetti 37 | FRE 402; FRE 802; FRE 901 | |
| 1558 | SPE_WF0000415 | SPE_WF0000417 | | Giannetti 39 | FRE 402; FRE 403; FRE 802; FRE 901; FRE 602 | Yes |
| 1559 | SPE_WF0000460 | SPE_WF0000461 | | Greenstein 45 | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1560 | SPE_WF0000472 | SPE_WF0000474 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1561 | SPE_WF0000641 | SPE_WF0000642 | | | FRE 402; FRE 802; FRE 901; FRE 602 | Yes |
| 1562 | SPE_WF0000719 | SPE_WF0000722 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1563 | SPE_WF0000740 | SPE_WF0000744 | | Greenstein 37 | FRE 403; FRE 404; FRE 802; FRE 901 | Yes |
| 1564 | SPE_WF0000762 | SPE_WF0000764 | | | FRE 402; FRE 403; FRE 802; FRE 901; FRE 1002; FRE 602 | Yes |
| 1565 | SPE_WF0000793 | SPE_WF0000794 | | Mayzlin 2 | FRE 402; FRE 403; FRE 802; FRE 901; FRE 602 | Yes |
| 1566 | WME_00000547 | WME_00000549 | | Greenberg 10; Zavala 7 | FRE 402; FRE 802 | |
| 1567 | WME_00000550 | WME_00000550 | | Greenberg 13 | FRE 802 | |
| 1568 | WME_00000661 | WME_00000663 | | Greenberg 11 | FRE 402; FRE 802 | |
| 1569 | WME_00001051 | WME_00001051 | | | FRE 802 | |
| 1570 | WME_00001169 | WME_00001171 | | Greenberg 4 | FRE 403; FRE 802 | Yes |
| 1571 | WME_00001185 | WME_00001186 | | | FRE 402; FRE 802 | |
| 1572 | WME_00001214 | WME_00001215 | | Greenberg 8; Zavala 6 | FRE 402; FRE 802 | |
| 1573 | WME_00001254 | WME_00001255 | | Greenberg 16 | FRE 402; FRE 802 | |
| 1574 | WME_00001300 | WME_00001301 | | Greenberg 27 | FRE 802 | |
| 1575 | WME_00001342 | WME_00001342 | | Greenberg 19 | FRE 802 | |
| 1600 | 24-CV-10049_0000319 | 24-CV-10049_0000447 | | | FRE 402 | |
| 1601 | 24-CV-10049_0001089 | 24-CV-10049_0001094 | | | FRE 402; FRE 901 | |

10

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1602 | 24-CV-10049_0001097 | 24-CV-10049_0001098 | | | | |
| 1603 | 24-CV-10049_0001816 | 24-CV-10049_0001818 | | Talbot 12 | FRE 802 | |
| 1604* | 24-CV-10049_0001819 | 24-CV-10049_0001821 | | | | |
| 1605 | 24-CV-10049_0001822 | 24-CV-10049_0001824 | | | FRE 402 | |
| 1606 | 24-CV-10049_0001869 | 24-CV-10049_0001870 | | Talbot 10 | | |
| 1607 | 24-CV-10049_0002001 | 24-CV-10049_0002004 | | Talbot 7 | FRE 402 | |
| 1608 | 24-CV-10049_0002367 | 24-CV-10049_0002368 | | Talbot 5 | FRE 402; FRE 802 | |
| 1609* | 24-CV-10049_0003314 | 24-CV-10049_0003321 | | | | |
| 1610 | 24-CV-10049_0003550 | 24-CV-10049_0003551 | | Talbot 11 | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1611 | 24-CV-10049_0003560 | 24-CV-10049_0003561 | | Talbot 25 | FRE 402; FRE 802 | |
| 1612 | 24-CV-10049_0003564 | 24-CV-10049_0003565 | | Talbot 27 | FRE 402; FRE 802 | |
| 1613 | 24-CV-10049_0003588 | 24-CV-10049_0003591 | | Talbot 16 | FRE 402; FRE 802 | |
| 1614 | AS000003 | AS000004 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1615 | AS000005 | AS000007 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1616 | AS000008 | AS000008 | | Saks 2; Heath 2 | | |
| 1617 | AS000097 | AS000100 | | | FRE 402; FRE 403; FRE 802; FRE 901 | |
| 1618* | AS000101 | AS000102 | | | | |
| 1619 | AS000105 | AS000106 | | | FRE 402; FRE 802; FRE 901 | |
| 1620 | AS000165 | AS000167 | | | FRE 402; FRE 802; FRE 901 | |
| 1621* | AS000765 | AS000766 | | | | |
| 1622 | AS004690 | AS004725 | | Saks 22 | FRE 106; FRE 402; FRE 403; FRE 404; FRE 802; FRE 805; FRE 901; FRE 1002 | Yes |
| 1623 | BENSON_0001 | BENSON_0014 | | | FRE 106; FRE 402; FRE 403; FRE 901; FRE 1002 | |
| 1624 | BENSON_0015 | BENSON_0016 | | | FRE 402; FRE 403; FRE 901 | |
| 1625* | HOOVER_000000090 | HOOVER_000000099 | | | | |
| 1626 | HOOVER_000000152 | HOOVER_000000161 | | | FRE 402; FRE 802; FRE 901 | |

11

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1627* | IF_000015 | IF_000021 | | Slate 25; Ferrer 3 | | |
| 1628 | JS0000394 | JS0000398 | | Slate 23 | FRE 402; FRE 403; FRE 802 | Yes |
| 1629 | JS0000399 | JS0000399 | | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1700 | BL-000000009 | BL-000000011 | | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | |
| 1701 | BL-000000035 | BL-000000053 | | | FRE 805; FRE 901; FRE 1002 | |
| 1702 | BL-000000379 | BL-000000382 | | | FRE 106 | |
| 1703 | BL-000003464 | BL-000003471 | | | FRE 802; FRE 805; FRE 901 | |
| 1704 | BL-000004327 | BL-000004344 | | | FRE 802; FRE 901 | |
| 1705 | BL-000004388 | BL-000004462 | | | FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1706 | BL-000007943 | BL-000007944 | | Giannetti 30 | FRE 402; FRE 412; FRE 802 | |
| 1707 | BL-000007955 | BL-000007956 | | | FRE 402 | |
| 1708 | BL-000008107 | BL-000008108 | | | FRE 802 | |
| 1709 | BL-000008170 | BL-000008175 | | | FRE 106; FRE 404 | |
| 1710 | BL-000008211 | BL-000008214 | | | FRE 802; FRE 805 | |
| 1711 | BL-000008231 | BL-000008231 | | | FRE 402; FRE 802 | |
| 1712* | BL-000008236 | BL-000008236 | | | | |
| 1713 | BL-000008361 | BL-000008369 | | | FRE 802 | |
| 1714 | BL-000008567 | BL-000008572 | | Marks 3 | | |
| 1715 | BL-000008771 | BL-000008772 | | | FRE 802 | |
| 1716* | BL-000008801 | BL-000008805 | | | | |
| 1717 | BL-000008806 | BL-000008806 | | | FRE 402; FRE 403 | Yes |
| 1718 | BL-000008810 | BL-000008814 | | | FRE 403 | |
| 1719* | BL-000008819 | BL-000008820 | | | | |
| 1720* | BL-000008821 | BL-000008822 | | | | |
| 1721* | BL-000009166 | BL-000009168 | | | | |
| 1722* | BL-000009212 | BL-000009213 | | | | |
| 1723* | BL-000009220 | BL-000009222 | | | | |
| 1724 | BL-000009245 | BL-000009246 | | | | |

12

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1725 | BL-000009247 | BL-000009249 | | | FRE 412 | |
| 1726 | BL-000009345 | BL-000009348 | | | | |
| 1727 | BL-000009349 | BL-000009352 | | | FRE 802 | |
| 1728 | BL-000011088 | BL-000011091 | | | FRE 802 | |
| 1729* | BL-000011242_A | BL-000011248_A | | | | |
| 1730 | BL-000011512 | BL-000011517 | | | | |
| 1731 | BL-000011518 | BL-000011519 | | | FRE 412 | |
| 1732* | BL-000011539 | BL-000011540 | | | | |
| 1733 | BL-000011555 | BL-000011556 | | | | |
| 1734* | BL-000011569 | BL-000011570 | | | | |
| 1735* | BL-000011571 | BL-000011572 | | | | |
| 1736* | BL-000011580 | BL-000011581 | | Heath 11 | | |
| 1737 | BL-000011736 | BL-000011738 | | | FRE 402 | |
| 1738 | BL-000011739 | BL-000011739 | | | FRE 402 | |
| 1739 | BL-000011740 | BL-000011740 | | | FRE 402 | |
| 1740 | BL-000015039 | BL-000015039 | | | FRE 402 | |
| 1741 | BL-000015040 | BL-000015163 | | | FRE 402 | |
| 1742 | BL-000015164 | BL-000015287 | | | FRE 402 | |
| 1743 | BL-000015532 | BL-000015534 | | | FRE 402 | |
| 1744 | BL-000015889 | BL-000015890 | | | FRE 402 | |
| 1745 | BL-000016256 | BL-000016261 | | | FRE 802 | |
| 1746 | BL-000016569 | BL-000016570 | | | FRE 402 | |
| 1747 | BL-000018396 | BL-000018400 | | | FRE 106 | |
| 1748 | BL-000018412 | BL-000018412 | | | FRE 106 | |
| 1749 | BL-000018415 | BL-000018415 | | | FRE 106 | |
| 1750* | BL-000018426 | BL-000018427 | | Saks 18 | | |
| 1751 | BL-000018460 | BL-000018460 | | | FRE 802; FRE 901 | |
| 1752 | BL-000018565 | BL-000018567 | | | FRE 402; FRE 802 | |
| 1753 | BL-000018596 | BL-000018597 | | | FRE 402; FRE 403; FRE 802 | |
| 1754 | BL-000018608 | BL-000018609 | | | FRE 106; FRE 402; FRE 802 | |
| 1755 | BL-000018765 | BL-000018766 | | | FRE 402; FRE 403; FRE 802 | Yes |

13

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1756 | BL-000018767 | BL-000018769 | | | FRE 403; FRE 404; FRE 802 | Yes |
| 1757 | BL-000018806 | BL-000018807 | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1758 | BL-000018808 | BL-000018809 | | | FRE 402; FRE 802 | Yes |
| 1759 | BL-000018810 | BL-000018812 | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1760 | BL-000018824_A | BL-000018825_A | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1761 | BL-000018828_A | BL-000018829_A | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1762* | BL-000019015 | BL-000019016 | | | | |
| 1763 | BL-000019326_A | BL-000019330_A | | Greenstein 21 | FRE 402 | |
| 1764 | BL-000019440 | BL-000019443 | | | FRE 402; FRE 802 | |
| 1765 | BL-000019544 | BL-000019546 | | | FRE 402; FRE 802 | |
| 1766 | BL-000019739 | BL-000019740 | | | FRE 402; FRE 403; FRE 802 | |
| 1767 | BL-000019971 | BL-000019972 | | | FRE 402; FRE 802 | |
| 1768* | BL-000019985 | BL-000019986 | | | | |
| 1769 | BL-000020045 | BL-000020049 | | | FRE 402; FRE 802 | |
| 1770 | BL-000020058 | BL-000020063 | | | FRE 402; FRE 412 | |
| 1771 | BL-000020310 | BL-000020312 | | Zavala 4 | FRE 404 | |
| 1772 | BL-000020323 | BL-000020324 | | | FRE 802 | |
| 1773 | BL-000020645 | BL-000020649 | | Ferrer 5 | FRE 1002 | |
| 1774 | BL-000020770 | BL-000020774 | | Giannetti 15 | | |
| 1775 | BL-000020897 | BL-000020898 | | | FRE 802 | |
| 1776 | BL-000020979 | BL-000020981 | | | FRE 802 | |
| 1777 | BL-000021065 | BL-000021068 | | | FRE 802 | |
| 1778 | BL-000021178_A | BL-000021182_A | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1779 | BL-000021190 | BL-000021196 | | Jones 15 | FRE 402; FRE 403; FRE 802 | Yes |
| 1780 | BL-000021208_A | BL-000021212_A | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1781 | BL-000021232 | BL-000021235 | | Hoover 25 | | |
| 1782 | BL-000021371 | BL-000021373 | | | FRE 402; FRE 802 | |
| 1783 | BL-000021386 | BL-000021387 | | | FRE 402; FRE 802 | |
| 1784 | BL-000021388 | BL-000021388 | | | FRE 402; FRE 802; FRE 805; FRE 1002 | |
| 1785 | BL-000021597 | BL-000021600 | | | FRE 402; FRE 802 | |
| 1786 | BL-000021725 | BL-000021728 | | | FRE 802 | |

14

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1787 | BL-000021729 | BL-000021730 | | | FRE 802 | |
| 1788 | BL-000021967 | BL-000021971 | | Zavala 3 | | |
| 1789* | BL-000022308 | BL-000022309 | | | | |
| 1790 | BL-000022522 | BL-000022533 | | | FRE 402; FRE 802 | |
| 1791 | BL-000024046 | BL-000024049 | | | FRE 402; FRE 403; FRE 412; FRE 802 | Yes |
| 1792 | BL-000026538 | BL-000026539 | | | FRE 403; FRE 412; FRE 802 | Yes |
| 1793 | BL-000027060 | BL-000027062 | | Hoover 35 | FRE 106; FRE 402; FRE 802; FRE 805; FRE 1002 | |
| 1794 | BL-000027069 | BL-000027069 | | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1795 | BL-000027070 | BL-000027073 | | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1796 | BL-000027117 | BL-000027126 | | Hoover 18; Hoover 20 | FRE 106; FRE 404 | |
| 1797 | BL-000027673 | BL-000027673 | | | FRE 402; FRE 802 | |
| 1798 | BL-000027681 | BL-000027681 | | | FRE 402; FRE 802 | |
| 1799 | BL-000027683 | BL-000027683 | | | FRE 402; FRE 802; FRE 805 | |
| 1800 | BL-000028373 | BL-000028374 | | | FRE 402; FRE 412; FRE 802 | Yes |
| 1801 | BL-000028650 | BL-000028651 | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1802 | BL-000028762 | BL-000028762 | | | FRE 402; FRE 802; FRE 805 | |
| 1803 | BL-000028763 | BL-000028763 | | | FRE 402; FRE 802; FRE 805 | |
| 1804 | BL-000028962 | BL-000028962 | | | FRE 402 | |
| 1805 | BL-000028976 | BL-000028976 | | | FRE 402 | |
| 1806 | BL-000031999 | BL-000032000 | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1807* | BL-000032519 | BL-000032521 | | Sloane 27 | | |
| 1808 | BL-000032954 | BL-000032955 | | Family Hive 15 | FRE 802; FRE 805 | |
| 1809 | BL-000032962 | BL-000032966 | | Family Hive 14 | FRE 802; FRE 805 | |
| 1810 | BL-000033431 | BL-000033431 | | | | |
| 1811 | BL-000034245 | BL-000034246 | | | FRE 402; FRE 802 | |
| 1812 | BL-000034247 | BL-000034247 | | | FRE 402; FRE 802 | |
| 1813* | BL-000038466 | BL-000038476 | | | | |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1814 | BL-000038477 | BL-000038515 | | Heath 40 | | |
| 1815* | BL-000038516 | BL-000038553 | | | | |
| 1816* | BL-000038554 | BL-000038598 | | | | |
| 1817* | BL-000038599 | BL-000038636 | | | | |
| 1818 | BL-000038648 | BL-000038654 | | | FRE 106; FRE 802 | |
| 1819 | BL-000038655 | BL-000038668 | | Grey Stone 2 | | |
| 1820 | BL-000038677 | BL-000038680 | | | FRE 106; FRE 802 | |
| 1821* | BL-000038696 | BL-000038749 | | | | |
| 1822 | BL-000038780 | BL-000038793 | | | FRE 106; FRE 802 | |
| 1823 | LS_0000185 | LS_0000189 | | Sloane 37 | FRE 403; FRE 802; FRE 901 | Yes |
| 1824 | LS_0000215 | LS_0000216 | | | FRE 802; FRE 901 | |
| 1825 | LS_0000219 | LS_0000222 | | | FRE 802; FRE 805; FRE 901 | |
| 1826 | LS_0000223 | LS_0000226 | | Sloane 11 | FRE 802; FRE 805; FRE 901 | |
| 1827 | LS_0000234 | LS_0000239 | | Sloane 33 | FRE 106, FRE 802, FRE 805, FRE 901 | |
| 1828 | LS_0000243 | LS_0000246 | | Sloane 12 | FRE 402; FRE 802; FRE 805; FRE 901 | Yes |
| 1829 | LS_0000253 | LS_0000256 | | Sloane 39 | FRE 802; FRE 805; FRE 901 | |
| 1830 | LS_0000279 | LS_0000280 | | | FRE 802; FRE 805; FRE 901 | |
| 1831 | LS_0000314 | LS_0000318 | | Sloane 13 | FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1832 | LS_0000325 | LS_0000327 | | Sloane 14; Greenstein 28 | FRE 802; FRE 901 | |

16

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1833 | LS_0000431 | LS_0000434 | | Sloane 16 | FRE 802; FRE 901 | |
| 1834 | RR-SUBPOENA-000000025 | RR-SUBPOENA-000000027 | | | FRE 402; FRE 802; FRE 805 | |
| 1835 | RR-SUBPOENA-000000049 | RR-SUBPOENA-000000050 | | | FRE 402; FRE 802 | |
| 1836 | RR-SUBPOENA-000000082 | RR-SUBPOENA-000000084 | | | FRE 402; FRE 802 | |
| 1837 | RR-SUBPOENA-000000085 | RR-SUBPOENA-000000086 | | Greenstein 19 | FRE 403 | Yes |
| 1838 | RR-SUBPOENA-000000102 | RR-SUBPOENA-000000105 | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1839 | RR-SUBPOENA-000000113 | RR-SUBPOENA-000000115 | | | FRE 402; FRE 403; FRE 802 | Yes |
| 1840 | RR-SUBPOENA-000000116 | RR-SUBPOENA-000000119 | | | FRE 802 | |
| 1841 | RR-SUBPOENA-000000120 | RR-SUBPOENA-000000124 | | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1842* | RR-SUBPOENA-000000130 | RR-SUBPOENA-000000131 | | | | |
| 1843 | VPR_0000006 | VPR_0000006 | | Sloane 51 | FRE 402; FRE 404; FRE 802; FRE 901 | Yes |
| 1844 | VPR_0000111 | VPR_0000111 | | Sloane 52 | FRE 402; FRE 802; FRE 901 | |
| 1845 | VPR_0000846 | VPR_0000847 | | Sloane 55 | FRE 802; FRE 901 | |
| 1846 | VPR_0000877 | VPR_0000877 | | Sloane 41 | FRE 802; FRE 901 | |
| 1847 | VPR_0000878 | VPR_0000878 | | Sloane 42 | FRE 802; FRE 901 | |
| 1848* | BL-000021314 | BL-000021316 | | | FRE 402, FRE 403, FRE 803, FRE 805 | |
| 1849* | BL-000021323 | BL-000021325 | | | FRE 402, FRE 403, FRE 412, FRE 803, FRE 805 | |
| 1850* | BL-000021364 | BL-000021368 | | | FRE 402, FRE 403, FRE 803, FRE 805 | |
| 1851 | BL-000007953 | BL-000007954 | | Giannetti 12 | | |

17

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1852 | WME_00001266 | WME_00001267 | | Greenberg 17 | FRE 402; FRE 403; FRE 602; FRE 802; FRE 805. Plaintiff objects that this exhibit was not timely provided, as it was identified for the first time at 4:45PM ET on April 10, 2026, leaving Plaintiff with insufficient time to review. Plaintiff reserves all rights to file amended objections or a motion in limine to address this exhibit at a later date. | Yes |
| 1853 | WME_00001259 | WME_00001261 | | Greenberg 18 | FRE 106; FRE 402; FRE 403; FRE 404; FRE 602; FRE 802. Plaintiff objects that this exhibit was not timely provided, as it was identified for the first time at 4:45PM ET on April 10, 2026, leaving Plaintiff with insufficient time to review. Plaintiff reserves all rights to file amended objections or a motion in limine to address this exhibit at a later date. | Yes |
| 1854 | SPE_BL0022803 | SPE_BL0022807 | | Greenstein 44 | FRE 106; FRE 402; FRE 403; FRE 802; FRE 1002. Plaintiff objects that this exhibit was not timely provided, as it was identified for the first time at 4:45PM ET on April 10, 2026, leaving Plaintiff with insufficient time to review. Plaintiff reserves all rights to file amended objections or a motion in limine to address this exhibit at a later date. | Yes |

18

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1855 | SPE_BL0022682 | SPE_BL0022687 | | Greenstein 47 | FRE 106; FRE 402; FRE 403; FRE 802; FRE 1002. Plaintiff objects that this exhibit was not timely provided, as it was identified for the first time at 4:45PM ET on April 10, 2026, leaving Plaintiff with insufficient time to review. Plaintiff reserves all rights to file amended objections or a motion in limine to address this exhibit at a later date. | Yes |
| 1900 | | | 2023 Versions of Natasha's Website and Instagram posts | | FRE 402; FRE 602; FRE 901 | |
| 1901 | | | ABC News - "All of Blake Lively's looks for the 'It Ends With Us' press tour: See all the photos | | FRE 402 | |
| 1902 | | | Blakel Inc. W-9 2023 | | FRE 402 | |
| 1903 | | | Bustle: "Lively Premieres Racist Photo Spread on Preserve" | | FRE 402; FRE 403; FRE 404; FRE 901 | |
| 1904 | | | Carroll Dep. Ex. 2 (Lively exposed breasts at London premiere) (Aug. 8, 2024) | Carroll 2 | FRE 402; FRE 403; FRE 412 | Yes |
| 1905 | | | Daily Mail Online - It Ends With Us fans are convinced there's a huge feud between Blake Lively and Justin Baldoni | | | |
| 1906 | | | E News - It Ends With Us Author Colleen Hoover Addresses Backlash Over | | FRE 402; FRE 802; FRE 901 | |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| | | | Blake Lively's Costumes in Film | | | |
| 1907 | | | E News: "Blake Lively: Does This Dress Make Me Look Tranny?" | | FRE 402; FRE 403; FRE 404 | Yes |
| 1908 | | | Episode Description of Apple Podcasts - The Man Enough Podcast - No More - Working Together to End Domestic Violence | | FRE 402; FRE 404; FRE 901 | |
| 1909 | | | Episode Description of Spotify - A Life of Greatness, Justin Baldoni - The Power of Being Enough | | FRE 402; FRE 404; FRE 901 | |
| 1910 | | | Episode Description of Spotify - Art of Power, Justin Baldoni On Being 'Man Enough,' Porn and A Traumatic First Time | | FRE 402; FRE 404; FRE 901 | Yes |
| 1911 | | | Forbes: "Blake Lively: Taking The Entrepreneurial Stage | 2022 Forbes Power Women's Summit" | | FRE 402; FRE 404; FRE 802 | Yes |
| 1912 | | | IEWU Book - WHOLE BOOK | | FRE 1002 | |
| 1913 | | | It Ends With Us - Release version | | FRE 1002 | |
| 1914 | | | Mayzlin Backup Data Volumes 3 and 4 | | | |
| 1915 | | | Movie Trailer #1 | | FRE 402 | |
| 1916 | | | Movie Trailer #2 | | FRE 402 | |
| 1917 | | | NBC News: "Ryan Reynolds and Blake Lively apologize for plantation wedding" | | FRE 402; FRE 403; FRE 404; FRE 802 | Yes |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1918 | | | NY Times: "What 'It Ends With us' Says About the Blake Lively Brand" | | FRE 402; FRE 403; FRE 404; FRE 802 | Yes |
| 1919 | | | Pact Equity Agreement | | FRE 402; FRE 602; FRE 901 | |
| 1920 | | | Page Six: "Blake Lively called out again for repeatedly using 'problematic' transgender slur in resurfaced interviews" | | FRE 402; FRE 403; FRE 404 | Yes |
| 1921 | | | Rolling Stone - How Do you Market a Domestic-Violence Movie? Not Like 'It Ends With Us' | | FRE 106; FRE 802; FRE 805 | Yes |
| 1922 | | | SAG-AFTRA: How to Report Discrimination or Harrassment | | FRE 402; FRE 602; FRE 901 | |
| 1923 | | | SAG-AFTRA: Reporting | | FRE 402; FRE 602; FRE 901 | |
| 1924 | | | SAG-AFTRA: Reporting Unlawful Discrimination and Harassment | | FRE 402; FRE 602; FRE 901 | |
| 1925 | | | Talbot Dep. Ex. 3 | Talbot 3 | FRE 402; FRE 802 | |
| 1926 | | | Talbot Dep. Ex. 38 | Talbot 38 | | |
| 1927 | | | Talbot Dep. Ex. 3A | Talbot 3A | FRE 402; FRE 802 | |
| 1928 | | | Talbot Dep. Ex. 3B | Talbot 3B | FRE 402; FRE 802 | |
| 1929 | | | The Guardian: "Sorry, Blake Lively: using a movie about domestic violence to sell stuff is not a good look" | | FRE 106; FRE 403; FRE 404; FRE 802; FRE 805 | Yes |
| 1930 | | | Trailer Schematic - 9 Station 53' Double Popout HMU Semi Trailer | | FRE 106; FRE 402; FRE 701; FRE 901 | Yes |

21

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| 1931 | | | Vox: "Blake Lively wants to return to a time of cut hats and slavery" | | FRE 402; FRE 403; FRE 404; FRE 901 | Yes |
| 1932 | | | YouTube, Access Hollywood - Justin Baldoni - I Got 'Out Of The Way' So Blake Lively Could Take Lead On 'It Ends With Us' | | FRE 404; FRE 802; FRE 805 | Yes |
| 1933 | | | YouTube, Capital FM - Blake Lively reacts to Ryan Reynolds' surprise, and talks Taylor Swift | | FRE 402; FRE 404; FRE 802 | Yes |
| 1934 | | | YouTube, Cosmopolitan UK - Justin Baldoni on It Ends With Us, Intimacy Coordinators and Blake Lively | | FRE 404; FRE 802; FRE 805 | |
| 1935 | | | YouTube, ELLE UK - Justin Baldoni Likens Blake Lively To A 'Ferrari' As He Talks The Magic Of Movie-Set Friction | | | |
| 1936 | | | YouTube, Enterntainment Tonight - It Ends With Us: Justin Baldoni and Colleen Hoover on Blake Lively and Fan REACTIONS | | FRE 106; FRE 402; FRE 802; FRE 805 | |
| 1937 | | | YouTube, Heart - Spice Girl Emma Bunton surprises her new bestie Blake Lively | | FRE 402; FRE 802 | Yes |
| 1938 | | | YouTube, Jake's Takes - Blake Lively and Brandon Sklenar Cried While | | FRE 403; 404; FRE 802 | Yes |

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| | | | Watching IT ENDS WITH US \| Interview | | | |
| 1939 | | | YouTube, Kjersti Flaa - The Blake Lively interview that made me want to quit my job | | FRE 403; FRE 404; FRE 802 | Yes |
| 1940 | | | YouTube, Ryan Reynolds - Junket Crashers | | FRE 402; FRE 602 | Yes |
| 1941 | | | YouTube, Today - Justin Baldoni talks directing and co-starring in 'It Ends with Us' | | FRE 402; FRE 404; FRE 802 | |
| 1942 | | | Instagram - Blake Lively April 3, 2026 Statement | | FRE 106; FRE 402; FRE 403; FRE 802; FRE 901 | Yes |
| 1943 | | | Instagram - Michael Gottlieb April 3, 2026 Statement | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1944 | | | People: "Blake Lively 'Looks Forward to Testifying at Trial' After the Dismissal of 10 of 13 Claims Against Justin Baldoni" | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1945 | | | TMZ, Blake Lively's Lawyer Sigrid McCawley Gives Statement After Hearing | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1946 | | | YouTube, XHBunny - All Nicepool Scenes 4K IMAX Deadpool v. Wolverine | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1947 | | | Meta: Introducing Community Notes | | FRE 106, FRE 402, FRE 403, FRE 602, FRE 701, FRE 802, FRE 901. Plaintiff objects that this exhibit was not timely provided, as it was identified for the first time at 4:45PM ET on April 10, 2026, | Yes |

23

| Potential Exhibit Number | Beginning Bates | End Bates | Non-Bates Description | Deposition Exhibit Number | Objections | Advance Ruling Requested |
|---|---|---|---|---|---|---|
| | | | | | leaving Plaintiff with insufficient time to review. Plaintiff reserves all rights to file amended objections or a motion in limine to address this exhibit at a later date. | |
| 1948 | | | Instagram - Blake Lively Post with Community Note | | FRE 106, FRE 402, FRE 403, FRE 602, FRE 701, FRE 802, FRE 805, FRE 901.  Plaintiff objects that this exhibit was not timely provided, as it was identified for the first time at 4:45PM ET on April 10, 2026, leaving Plaintiff with insufficient time to review. Plaintiff reserves all rights to file amended objections or a motion in limine to address this exhibit at a later date. | Yes |