**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>     Plaintiff,<br><br>  v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>     Defendants. | No. 24-cv-10049-LJL (lead case) |

**DECLARATION OF ESRA A. HUDSON IN SUPPORT OF BLAKE LIVELY'S**
**MOTION TO EXCLUDE TESTIMONY OF ANN FROMHOLZ**

I, Esra A. Hudson, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.  I am an attorney admitted to practice before this Court, a partner with the law firm of Manatt, Phelps & Phillips LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067, and counsel of record for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

2.  I respectfully submit this declaration in support of Ms. Lively's Motion to Exclude Testimony of Ann Fromholz.

3.  A true and correct copy of Michael Robbins' Expert Report, dated October 16, 2025, which was previously filed at Dkt. 1230-124, is attached hereto as **Exhibit 1**. Exhibit 1 bears the designation "Exhibit 1," as marked at Michael Robbins' deposition on November 24, 2025.

4.  A true and correct copy of excerpts of Michael Robbins' Deposition Transcript, dated November 24, 2025, is attached hereto as **Exhibit 2**.

5.      A true and correct copy of Ann Fromholz's Expert Report, dated November 3, 2025, is attached hereto as **Exhibit 3**. Exhibit 3 bears the designation "Exhibit 1," as marked at Ann Fromholz's deposition on December 11, 2025.

6.      A true and correct copy of excerpts of Ann Fromholz's Deposition Transcript, dated December 11, 2025, is attached hereto as **Exhibit 4**.

7.      A true and correct copy of SAG-AFTRA's Standards and Protocols for the Use of Intimacy Coordinators, dated February 2024, previously filed at Dkt. 1230-139, is attached hereto as **Exhibit 5**. Exhibit 5 bears the designation "Exhibit 38," as marked at Elizabeth Talbot's Deposition on August 21, 2025.

8.      A true and correct copy of SAG-AFTRA's Quick Guide for Scenes Involving Nudity and Simulated Sex, previously filed at Dkt. 1230-140, is attached hereto as **Exhibit 6**. Exhibit 6 bears the designation "Exhibit 39," as marked at Elizabeth Talbot's Deposition on August 21, 2025.

9.      A true and correct copy of Blake Lively's Declaration In Support of Opposition to Defendants' Motion for Summary Judgment, dated December 3, 2025, previously filed at Dkt. 1235-1, is attached hereto as **Exhibit 7**.

10.     A true and correct copy of excerpts of Elizabeth Talbot's Deposition transcript, dated August 21, 2025, excerpts of which were previously filed at Dkt. 1230-14, is attached here to as **Exhibit 8**.

11.     A true and correct copy of excerpts of Anne Carroll's Deposition transcript, dated September 25, 2025, excerpts of which were previously filed at Dkt. 1230-23, is attached here to as **Exhibit 9**.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed: April 10, 2026

/s/ Esra. A. Hudson
MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com

3