# EXHIBIT 1 Part 2

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

# Exhibit A

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3



## EXHIBIT A

**MICHAEL A. ROBBINS, AWI-CH[1]**
**President**
**EXTTI, Incorporated**



**Practice Areas:** **Expert Testimony, Training, Investigations—**
*in the Employment Area.*

**Professional History:** Michael A. Robbins founded EXTTI, Incorporated in 1998. EXTTI provides **Expert Testimony, Training** and **Investigations** on employment issues. Mr. Robbins frequently appears as an Expert Witness in harassment, discrimination and other employment matters--both for Plaintiffs and Defendants. He has worked as an expert witness on close to 750 occasions. In addition, he conducts harassment/ discrimination awareness training, as well as training on conducting workplace investigations. He has extensive experience conducting harassment, discrimination, retaliation and employee misconduct investigations-- having conducted and /or supervised well over 600 workplace investigations. In addition, he has served as a Consent Decree Monitor in Federal District Courts.

From 1991 to 1998 Mr. Robbins was a Partner in the Beverly Hills law firm of Rosenfeld, Meyer & Susman, LLP. With 60 attorneys, RM&S was the largest firm in Beverly Hills. From 1991 to 1997 he was Chair of that firm's Labor and Employment Law Department. In 1997, Mr. Robbins was elected C.E.O. and Managing Partner of the firm.

From 1982 through 1990, Mr. Robbins was first, a Senior Associate, and later a Partner in the International law firm of Pepper, Hamilton, LLP (now, Troutman Pepper Locke). During that time, he twice headed that firm's West Coast Labor Law Department.

In 1981 and 1982, Mr. Robbins worked as Director of Labor Relations and Labor Counsel for Golden West Broadcasters/Golden West Television (which then owned KTLA-TV, KMPC, KSFO and the Angels baseball franchise, among other companies).

In 1980 and 1981, Mr. Robbins was a Senior Attorney at CBS, Inc. working in the Labor Law Department.

Mr. Robbins began his career in 1977 at the National Labor Relations Board (NLRB).

---

[1] Association of Workplace Investigators, Certificate Holder

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

**Professional Affiliations/ Activities:**

Mr. Robbins is a Charter Member and a Past President of the Association of Workplace Investigators (AWI) and was a Founding Member and Past President of the Society of Independent Workplace Investigators (SIWI). He is a member the American Bar Association (Section of Labor and Employment Law) and is a long time member of the Executive Board of the Los Angeles County Bar Association's Labor & Employment Law Section and is a Past Chair of the Section. And, for three years, he was a member of California Lawyers Association Labor & Employment Executive Committee.

In 2013, he was elected a Fellow of the College of Labor and Employment Lawyers. In 2015 he was invited to and testified before the EEOC's Select Task Force on the Study of Harassment in the Workplace.

In recognition of his work conducting investigations in the Entertainment Industry, Mr. Robbins was named Labor & Employment Counsel of the Year for 2023 by the Association of Media & Entertainment Counsel. One of the few neutrals chosen for this honor since the organization was founded.

Mr. Robbins was a member of the Technical Committee tasked with creating ANSI (American National Standards Institute) standards for Managing the Investigative Process. Those standards went into effect July 2015. Also, he chaired the Association of Workplace Investigators' committee which obtained ANSI accreditation for AWI's National Training Institute.

In 1995, The Los Angeles Business Journal selected Mr. Robbins for inclusion in their "Who's Who in Law". Starting in 2006, Mr. Robbins has been selected for inclusion in "Best Lawyers in America, Preferred Experts". He has been extensively involved with non-profit entities—including twice serving as Vice President of Personnel and later President for one such organization.

**Teaching/ Lectures:**

Mr. Robbins has widely written and lectured in the area of Employment Law and Human Resources. For more than a decade, he was a speaker for the Continuing Education of the Bar (CEB) at its Employment Law Practice: Annual Recent Developments Program—moderating and presenting at the program for most of that time. He has spoken at numerous seminars for Bar Associations and Human Resource conferences. For three years, he was an Adjunct Professor at the Loyola Marymount University Center for Industrial Relations. He has been a guest lecturer at Stanford Law School, Loyola Law School, USC and

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

|  |  |
|---|---|
|  | UCLA's Anderson School of Management and has conducted harassment, discrimination and retaliation training seminars and workshops throughout the U.S. |
| **Publications/ Appearances:** | Mr. Robbins was twice a Contributing Editor for The Developing Labor Law (BNA) and was a Contributing Author of a chapter on sexual harassment, in Workers' Compensation Abuse (Griffin). His articles have been published in the *Civil Litigation Reporter, Employee Relations Law Journal, Forum Magazine, The AWI Journal* and Matthew Benders' *California Labor & Employment Bulletin.* Periodically, he has been quoted or mentioned in *The New York Times, USA Today, Variety, The Los Angeles Times, The Chicago Tribune, The Los Angeles Business Journal, The Los Angeles Daily Journal, The San Jose Mercury News, The Sacramento Bee, The Fresno Bee, The Daily Mail* (in the U.K.), and in other publications regarding labor, employment and investigation issues. Also, he has been interviewed by PBS, Univision, NBC, on several local television stations and on National Public Radio (NPR). |
| **Selected Speaking engagements and presentations:** | "Confidentiality in Workplace Investigations: What's New, Changing, & Necessary to know under the current state of the law." Los Angeles County Bar Association. |
|  | "Empowering Employers to Confront Harassment." EEOC. |
|  | "Investigations in the Entertainment Industry." The Beverly Hills Bar Association. |
|  | "Investigation Under Fire: Defending Your Investigation In a Contentious Deposition." 2022 AWI Annual Conference. |
|  | "Conducting Effective Workplace Investigations, Advanced." Stradling Yocca Carlson & Rauth. |
|  | "Investigating the Cuomo Investigation." The Association of Workplace Investigators. |
|  | "Workplace Investigation Testimony: The Tightrope of Admissibility." Labor & Employment Section of the California Lawyers Association. |
|  | "Being Deposed on Your Investigation: Strategies for Success." The Association of Workplace Investigators. |
|  | Twice, The AWI Virtual Basics Program, "Planning the Investigation." The Association of Workplace Investigators. |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

"Conducting Investigations in Uncertain Times." The Association of Workplace Investigators.

"Banner is Toast (*Apogee* and Other NLRB Developments Affecting Workplace Investigations)." Labor & Employment Section of the California Lawyers Association.

"Workplace Investigations, Particularly Amidst The 'Me Too' Movement." National Public radio (NPR).

"How to be an Expert Witness on Workplace Investigations." The Association of Workplace Investigators.

"Investigations in Hollywood, It's the Same, But Different." Australasian Association of Workplace Investigators, Melbourne, Australia.

"Looking Forward/Looking Back—2019 Employment Legislation." California Lawyers Association, Labor & Employment Section Annual Meeting.

"California's New Sexual Harassment Training Law and the Mechanics of Workplace Investigations." California Lawyers Association 2019 Solo and Small Firm Summit.

"If Joe Biden Were An Employee: Investigating Not-Quite-Harassment Allegations Against a Celebrity Respondent." Association of Workplace Investigators'

"It's a Crime (Maybe). Dealing With Concurrent Criminal And Workplace Investigations." The Los Angeles County Bar Association.

"It's a Crime (Maybe). Dealing With Concurrent Criminal And Workplace Investigations." Association of Workplace Investigators' Annual Conference.

The Association of Workplace Investigators "Basics Seminar."

"New Tools To Combat Harassment." EEOC.

"Conducting Lawful Investigations." LERA 69th Annual Meeting.

"A Banner Year for the NLRB: How Recent NLRB Decisions Impact Workplace Investigations." UCLA Institute for Research on Labor and Employment and the Los Angeles County Bar Association.

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

"A Banner Year for the NLRB: How Recent NLRB Decisions Impact Workplace Investigations." Orange County Chapter of the Labor and Employment Relations Association (OCLERA).

"Do We Really Need Experts in this Case and When Should We Hire Them?" American Bar Association.

"Employment Investigations Basics." California State Bar Association.

"A Banner Year for the NLRB: How Recent NLRB Decisions Impact Workplace Investigations." The Association of Workplace Investigators.

"Workplace Investigations; Avoiding the Traps." HR.com.

"Trends in Workplace Investigations." The Association of Workplace Investigators Fifth Annual Conference.

"Ethical Issues Involving Internal Investigations." 2014 UFCW Attorneys Conference.

"This Is Not Your Father's (or Mother's) Investigation: How Workplace Investigations Have Changed Over the Past 10 Years." Los Angeles County Bar Association.

"Workplace Investigations as a Defense," The Defense Research Institute (DRI).

"Workplace Investigations as a Defense," The Association of Southern California Defense Counsel (ASCDC).

"Workplace Investigations, Conducting, Managing, Attacking and Defending." The Rutter Group

"The Standard of Care for a Workplace Investigation." The State Bar of California, Labor & Employment Section.

"Conducting Effective Workplace Investigations." Hawaii State Bar, Labor & Employment Section.

"Investigating Complaints of Disability Discrimination." The Association of Workplace Investigators.

"Liability Experts in Employment Litigation." The State Bar of California, Labor & Employment Section.

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

Fourteen times Faculty member at the Association of Workplace Investigators' week-long National Training Institute.

"Hey Boss, It's the Fed! Federal Laws You Should Know as an Employer." (Presenting on workplace investigations. Also, on reasonable accommodation of disabled employees through use of the interactive process). International Association of Insurance Receivers.

"The Year in Review." The Los Angeles County Bar Association's 32nd Annual Labor and Employment Law Symposium.

"Conducting Effective Investigations." New Hampshire Bar Association.

"Examining the Investigation." Also, "Expert Testimony on Trial, By the Experts." Association of Workplace Investigators (AWI), 2nd Annual Conference.

"Use of Liability Experts in Harassment Litigation." The 29th Annual Meeting, California State Bar Association, Labor & Employment Section.

"Finding Buried Workplace Treasure—Then Using It at Trial." (Presenting on workplace investigations). 2011 Midwinter Meeting of the American Bar Association's Employment Rights and Responsibilities Committee.

"Mastering the Art of Workplace Investigations." California State Bar Association, Labor & Employment Section and the California Association of Workplace Investigator's (CAOWI).

"Dispelling Misconceptions Pertaining to the Employment of Individuals with Disabilities." HR Conference sponsored by EMPOWERTECH.

"The Year in Review." The Los Angeles County Bar Association's 30th Annual Labor and Employment Law Symposium.

"Workplace Investigations on Trial: How Defendants Conduct Bulletproof Investigations and How Plaintiffs Shoot Them Down." The Los Angeles County Bar Association's Labor & Employment Section.

"Workplace Investigations on Trial: How Defendants Conduct Bulletproof Investigations and How Plaintiffs Shoot Them Down." The California Association of Workplace Investigator's (CAOWI).

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

"Hot Topics in Disability Discrimination." The 28th Annual Los Angeles County Bar Association's Labor and Employment Law Symposium.

"Sexual Harassment Investigations; Protecting Your Clients, Protecting Your Law Firm." The Wilshire Bar Association.

"Internal Investigations on Trial: Plaintiff and Defense Perspectives." California State Bar Labor & Employment Section.

"Harassment and Discrimination Investigations: Protecting Your Clients, Protecting Your Law Firm." The Labor & Employment Section of the Orange County Bar Association.

"Disability Discrimination Cases; From Intake Through Trial". The California Employment Lawyers Association.

"Working on the Chain Gang, Accommodating the Disabled Worker". The Consumer Attorneys of California.

"Employee Discharge and Documentation in California." (Presenting on workplace investigations). Lorman Educational Services.

Moderator of the Los Angeles County Bar Association's program on *Lyle v. Warner Bros.* (the "Friends lawsuit)".

"Conducting Workplace Investigations." The Sixteenth Annual Convention of the National Employment Lawyers Association (NELA).

"Investigation Advice - Workplace Investigations by the Experts." The Beverly Hills Bar Association.

"Conducting Workplace Investigations In The Public Sector." The annual meeting of the County Counsels' Association of California.

State Wrongful Discharge Law: Are Unionized Employees Covered?" *Employee Relations Law Journal* (1986).

Portions of two chapters in the first and second editions of The Developing Labor Law (BNA).

|                   |                                                                                                                        |
| ----------------- | ---------------------------------------------------------------------------------------------------------------------- |
| **Publications:** | An article in the *Civil Litigation Reporter* relating to *Foley v. Interactive Data Corp.,* 47 Cal.3d 654, 254 Cal. Rptr. 211 (1988). |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

A chapter entitled "Sexual Harassment and the Law" which was contained in a book entitled Preventing Worker's Compensation Abuse (Griffin, 1992).

"Why, How and What Now? The Ramifications of the Duty to Investigate In California Discrimination Actions," *Bender's California Labor & Employment Bulletin* (April-May 2007).

"Why How and What Now? Deriving Maximum Value from Your Neutral Investigation," *Bender's California Labor & Employment Bulletin* (November-December 2007).

"Effective Use of Experts in Disability Cases," FORUM Magazine (January-February 2008).

"Why, How and What Now? Getting Your Expert Testimony Admitted." *Bender's California Labor & Employment Bulletin.* (November-December 2008).

"Workplace Investigations: Understanding Standard Practice." *Bender's California Labor & Employment Bulletin.* (June 2010). (Peer reviewed and Republished in *The CAOWI Quarterly*, April 2011).

"Expert Testimony on Investigations." *The AWI Quarterly* (April 2012).

"Workplace Investigations as a Defense" *In-House Defense Quarterly* (DRI, Spring 2014).

"This Is Not Your Father's (or Mother's) Investigation: How Workplace Investigations Have Changed Over the Past 10 Years." 28 *California Labor & Employment Law Review* No. 6 (November 2014). (Peer reviewed and Republished in *The AWI Journal*, April 2015).

"California Legal Update," *The AWI Journal* (January 2015).

"Oops, I Stepped Into Your Privilege – Now How Do I Get Out?" *The AWI Journal* (Summer 2017).

"Union Not Entitled to Detailed Information Prior to Pre-Disciplinary Interview," *The AWI Journal* (September 2021).

"Being Deposed on Your Investigation: Strategies for Success," *The AWI Journal* (December 2021 and March 2022).

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

"Clear and Convincing or Preponderance of the Evidence: What's a Workplace Investigator to Do? *36 California Labor & Employment Law Review* No. 3 (May 2022).

Investigations in Hollywood: It's the Same, But Different," *The AWI Journal* (December 2022). (Republished in the *AMEC Weekly*, August, 2024).

"Investigations in Hollywood – There's No Business Like Show Business," *The Daily Journal* (January 19, 2024). (Republished in the *AMEC Weekly*, August, 2024).

"Conflicting Views on Confidentiality in Workplace Investigations Create a Legal Dilemma," The Daily Journal (July 19, 2024). (Republished in the *AMEC Weekly*, August, 2024).

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

# Exhibit B

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

## Michael A. Robbins
## Expert Testimony List[1]
## Exhibit B

| Case Name: | Deposition or Trial: | |
|---|---|---|
| Shelly v. CRST International | Deposition and Trial | No case number found |
| Wallace v. Countrywide | Deposition | 04CC11425 |
| Crable v. HSBC Card Services, Inc. | Deposition | M77614 |
| Morales v. R Ranch Markets, Inc. | Trial | BC350124 |
| Distelrath v. CHP, State of Calif. | Deposition | BC315085 |
| Otis v. Irvine USD | Deposition | 05CC0851 |
| O'Leary v. DR Horton | Deposition | 06-00639 |
| EEOC v. Scolari Warehouse Stores | Deposition | CV-N-040229LRH-RAM |
| McCall v. Safety Consultant Services, Inc., School Ten, Inc, Alfred Escobar | Deposition and Trial | VC046814 |
| La Pham v. Santa Ana USD | Deposition | 06CC01937 |
| Jimenez v. Rowland USD | Deposition | BL358662 |
| Bain v. Countrywide | Deposition and Trial | 12200347733 |
| EEOC v. Leo Palace | Deposition | 1:06CV00028 |
| Lang v. PSF | Deposition | 06CC13276 |
| Ashworth v. Foot Locker, Inc. | Deposition | CV066121DPP(FFMx) |
| Acosta v. Bijan, Fashion World | Deposition | BC363777 |
| Kinkaid v. Tribune Co. | Deposition | BC367308 |
| Gillette v. ANTC | Trial | 05-ARB-142 |
| Roe v. Wal*Mart | Deposition | CV2005-009394 |
| Asperi & Asperi v. Hyundai Motor American | Deposition | 06CC09820 |
| Connelly v. Toll Brothers | Deposition and Trial | 73160023907JOGU |
| Isman v. Beverly Hospital | Deposition and Trial | BC366198 |
| Richardson v. Selective Insurance Group, Inc. and Selective Insurance Company of America | Deposition | RDB06-CV-2594 |
| Morales v. MTA | Deposition and Trial | BC739557 |

---

[1] 2008+

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

*Robbins' Testimony List 2008+*                                                   2

| | | |
|---|---|---|
| Nguyen v. Computer Services Corp. | Deposition | BC358617 |
| DFEH (Carauddo) v. Lucent Technologies | Deposition | C07-3747 Pjh |
| Abdel v. Citigroup | Trial | 72 160 000944 DECR |
| Sharbono v. Chicago Title | Deposition | 07CC05199 |
| Belshe v. Ojai Valley School | Deposition | 56-2007-00286520-CU-WT-VTA |
| Vara v. Countrywide | Deposition | 1120037370 |
| Burgess v. The Grand Del Mar | Deposition and Trial | NO. 37-2008-00079210-CU-WE-CTL |
| Ewing v. Fidelity National Title | Deposition | BC386339 |
| EEOC v. Bill Heard | Deposition | NO.: 2:07-CV-1195-RLH-PAL |
| Hampton v. Spectrum Security Services, Inc. | Deposition and Trial | BC 387130 |
| Vrastil v. Madison Marquette | Trial | YC052811 |
| Martinez v. County of Los Angeles | Deposition and Trial | BC 377968 |
| Espinosa v. County of Orange | Deposition and Trial | 30-2008 00110643 |
| Curry v. Schlumberger | Deposition | BC398542 |
| Lopez v. Stanislaus County | Deposition and Trial | No. 628471 |
| Klein v. Raytheon | Deposition | CV08-6461 CAS |
| Martinez v. Rite Aid Corporation | Deposition | BC401746 |
| Dsouza v. Los Angeles World Airports | Deposition and Trial | YC057846 |
| Babakitis v. Henry's Farmers Market | Deposition | 30-2009 00124459 |
| Shank v. CRST | Deposition and Trial | SCVSS 140516 |
| Dickinson v. Allstate Insurance Company | Deposition and Trial | 30-2009-310856 |
| Scharlach v. Coastal Radiation Oncology Medical Group | Deposition and arbitration hearing | Arbitration |
| Devgan v. Loma Linda University Medical Center, | Deposition and Trial | CIVSS 807479 |
| Saldana v. LA County | Deposition | BC 345048 |
| Miles v. Las Cal Corp. | Deposition | X575002 (Nevada) |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

*Robbins' Testimony List 2008+*                                                              *3*

| | | |
|---|---|---|
| Galindo v. LA County | Deposition | CV 07-07911GW (Ex) |
| Tookhli v. Avis Budget Group Inc. | Deposition | CGC-10-497120 |
| Gaede v. Loma Linda University | Deposition and Trial | CIVDS 1005806 |
| Meyle v. Dynamex, Inc. | Deposition | 34-2009-00055774 |
| Haley v. Cohen & Steers | Deposition | C10-03856 |
| Dang v. Sutter's Place, Inc. dba Bay 101; Unite Here! Local 19 | Deposition | 10-CV-02818 (RMW) |
| Daniel v. Tesoro | Deposition and Trial | BC 383 531 |
| Olivo v. Corovan Moving & Storage | Deposition | Arbitration |
| Abdullah v. SDG&E | Deposition | 37-2011-00086007 CU-WT-CTL |
| Mailhoit v. Home Depot | Deposition | CV11-03892-AHM (SSx) |
| Zwarg v. Union Bank; Best Best & Trust (BB&T) et al | Deposition and Trial | RG09477291 |
| Rhodes v. Dyson, Inc. | Deposition and Trial | SACV 12-616 JVC (JPRx) |
| Arenas v. Pediatric Management Group | Deposition | BC492104 |
| Fitzgerald v. CSAA | Deposition | C 10-03173 |
| Le v. Orange County Transportation Authority | Trial | 30-2010-00381599 |
| Felix v. Union Pacific | Deposition | BC497357 |
| Segal v. TCW Group | Deposition and Arbitration | JAMS 1220045625 |
| Acosta v. Costco | Deposition and Trial | RIC 1109224 |
| Rivera v. Costco | Deposition and Trial | RIC 1218368 |
| Bradford v. City of Compton | Deposition and Trial | TC026769 |
| Pao v. Kleiner Perkins | Deposition and Trial | CGC-12-520719 |
| Furutsuki v. Cisco Systems | Deposition and Arbitration | JAMS NO. 1110016574 |
| Luck v. USD | Deposition | 13CV3088 JLS BGS |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

*Robbins' Testimony List 2008+*                                                                    *4*

| | | |
|---|---|---|
| Abarca v. Citizens of Humanity | Deposition and trial | BC 521 900 |
| Gonzalez and Valenzuela v. Urology Associates of Central California Medical Group | Deposition | 14CECG02860 |
| Bohnert v. Archdiocese of San Francisco | Deposition | 3:14-cv-02854-WHO |
| Lenard v. OCTA [Orange County Transportation Authority] | Deposition and trial | 30-2013-00690455-CU-OE-CJC |
| Parsons v. Office Depot | Deposition | BC513972 |
| Aboulhosn v. Merrill Lynch | Deposition | CV 2-00891-MMM-SPX |
| Smith v. City of Redlands | Deposition and trial | CIVDS 1311213 |
| Gutierrez v. Kenneth Cole Productions | Deposition | 3:15-cv-00129-SC |
| Vasquez v. Hazy | Deposition | SC123280 |
| Losorelli v. State of CA Department of Corrections | Deposition and trial | CIVDS 1418794 |
| Burns v. SDSU | Deposition | 37-2014-00003408-CU-CO-CTL |
| Perona v. Time Warner Cable | Trial | 5:14- cv- 02501-MWF(SPx) |
| Motakef v. Grubb & Ellis | Deposition and trial | 30-2011-00524087-CU-OE-CC |
| Teasley v. SpaceX | Deposition and trial | BC568896 |
| Monge v. Interspace Battery, Inc.; Concord Battery Corporation | Deposition | BC551981 |
| Abrams v.SkyOne Credit Union | Deposition | BC605650 |
| Stinson v. Pepperdine University | Deposition and trial | BC591794 |
| Zuniga v. City of Commerce | Deposition | BC 560902 |
| Harris v. The Zoological Society of San Diego | Deposition | 37-2016-00003260 CU-WT-CTL |
| Blasdell v. SpaceX | Deposition | BC 615 112 |
| Moland v. McWane | Trial | BC 559796 |
| Avetisyan v. Drinker Biddle & Reath LLP | Deposition | BC551859 |
| Wergechik v. Anaheim Arena | Deposition and trial | 30-2015-00786670- |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

*Robbins' Testimony List 2008+*                                          5

| | | |
|---|---|---|
| Management (Honda Center) | | CU-WT-CJC |
| Herrera v. Power Distribution, Inc | Deposition | 30-2016-00866182-CU-WT-CJC |
| Carranza v. State of California, Department of Corrections | Deposition | CIVRS1201373 |
| Carbajal v. Orange County | Deposition | No. 30-2013-00688237-CU-CR-CJC |
| Delgado v. Commerce Casino | Deposition | BC586727 |
| Monsef v. Cedars-Sinai Medical Center | Deposition | 01-15-0005-4331 |
| Gill v. CR Laurence Co., Inc | Deposition and trial | BC611501 |
| Bland v. J. Paul Getty Trust | Deposition | BC 604926 |
| Sarkisian v. USC | Deposition and arbitration | 01-16-0001-0212 |
| Sepah v. County of Los Angeles | Deposition and trial | BC622387 |
| Do v. Raytheon | Deposition | BC603539 |
| Horton v. Trident Society; Neptune Society of America | Deposition and trial | 37-2016-00039356-CU-OE-CTL |
| Pineda v. Abbott Laboratories | Deposition | 1240023036 |
| Gokhale v. Dolby Laboratories | Deposition | 3:17-cv-03845-IST |
| Bracken v. Equinox | Deposition and trial | BC 673140 |
| Mulder v. Children's Hospital | Deposition and trial | RG-17868998 |
| Narayan v. Compass Group | Deposition | 2:17-cv-00999-MCE-CKD |
| Goldstine v. NBCUniversal | Deposition | JAMS<br>DT<br><br>TT |
| Allen V. KRM, INC., KRM, Inc., d/b/a Thomas Keller Restaurant Group | Deposition and trial | 16-CV-000854 |
| Van de Motter & Tillotson v. The Irvine Company | Deposition and trial | JAMS NO., 1220059645 |
| Harrison v. Long Beach USD | Deposition | BC658086 |
| Ribaudo v. GE | Trial | JAMS No.1220058648 |
| Gardner v. Southern California Edison | Deposition and trial | BC669840 |
| Doe v. CRST | Deposition | RIC 1808034 |
| McConn v. UPS | Deposition and trial | BC7I7923 |
| Waring v. GEODIS | Deposition | 2:19-cv-04415-GW-KS |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

*Robbins' Testimony List 2008+*                                                    *6*

| LOGISTICS | | |
|---|---|---|
| Romo v. COSTCO | Deposition | 19CV1120 JAH MSB |
| Pasinosky v. Pay Pal | Deposition | JAMS 1220062987 |
| Taylor v. UNUM | Deposition | 2:19-cv-07712-FMO-SS |
| Zeppos v. Brandman University | Deposition | 30-2019-01044513-CU-WT-CJC |
| Aguiar v. O'Reilly | Deposition | BC708634 |
| Wentworth v. University of California (Berkeley) | Deposition and trial | RG16833068 |
| De La Garza v. Perfect Promotional Products | Deposition | 56w201Bw00-11-0-CUWT-VTA |
| DFEH v. Pathways Community Services | Deposition | 30-2018-01039657-CU-CR-CJC |
| Sprengel v. Advanced Ambulatory Surgery Center, LP | Deposition | CIVDS 1516318 |
| Zucchella v. Olympusat, Inc | Deposition | 2:19-CV-7335 DSF (PLAx) |
| George v. Ingraham Micro | Deposition | RIC1903685 |
| Zareh v. LA County and USC | Deposition and trial | BC644274 |
| Alnadawi v. Flemings | Deposition and trial | CIVDS1611613 |
| Nunez v. Aspen Skilled Health Care aka Kei-Ai Los Angeles aka ALAL | Deposition | 18STCV00445 |
| Martignetti v. Southern California Healthcare System | Trial | 1220066760 |
| West v. County of Los Angeles | Deposition and trial | BC716104 |
| Fisker v. Albano | Trial | 1-20-0015-1304 |
| Cazares v. Anaheim Terrace Care Center | Deposition | 30-2019-01062296 |
| Assaad v. Caltrans | Deposition and trial | BC698405 |
| Lange v. Monster Energy | Deposition | BC697115 |
| Bridges v. United States Veterans Initiative | Trial | 1200057644 |
| Yphantides v. County of San Diego | Deposition and trial | 21-CV-1575-GPC (BLM) |
| Alexiadis v. Cambridge Systematics | Deposition | 2:21-CV-08564-JAK(pvc) |
| Demetriades v. USC., Keck | Deposition and Arbitration | AAA 1-22-000-6912 |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

*Robbins' Testimony List 2008+*                                                                           7

| | | |
|---|---|---|
| Kim v. USC | Deposition | 21STCV14870 |
| Doe v. AutoZoners | Deposition and Arbitration | NMMZE |
| Milner v. TBWA | Deposition | 19 STCV29137 |
| Pinter-Brown v. UCLA | Deposition and trial | BC 624 838 |
| Abrahamian v. Cedars Sinai | Deposition | 22STCV21788 |
| EEOC v. Fresh Venture Farms; Gold Coast Packing; Babe Farms | Deposition | 2:21-cv-07679-CBM-DFMx |
| John Doe v. DYE Precision, Inc. | Deposition | 37-2022-00047300-CU-OE-CTL |
| Cushman and Wakefield | Deposition | 37-2023-00006734 ·CU-WT-CTL |
| Cheung v. Grail Inc. | Deposition | 23CV038119 |
| Aylward v. Brinker (Chili's) | Trial | 22STCV34846 |
| Sanchez and Acevedo v. Walt Disney Parks & Resorts US, Inc. | Deposition | 20STCV03170 |
| | | |

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

# Exhibit C

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

## FACTS OR DATA CONSIDERED OR RELIED UPON

### Documents

1. 24-CV-10049_0001097
2. ABEL_000005094
3. AS000008
4. AS000010-11
5. AS000062
6. AS004588-89
7. BALDONI_000016432-33
8. BALDONI_000019296-98
9. BALDONI_000019422-24
10. BALDONI_000033615-16
11. BBKOSLOW-000005085-89
12. BL-000005595
13. BL-000007953-54
14. BL-000007966-67
15. BL-000007990-91
16. BL-000008024-25
17. BL-000016442-43
18. BL-000018761-62
19. BL-000020756-58
20. BL-000020760-62
21. BL-000021653-57
22. BL-000033428
23. BL-000033431
24. BL-000038461
25. BL-000038463-65
26. HEATH 000035492-93
27. HEATH_000052026
28. HEATH_000007969-73
29. HEATH_000008993-9133
30. JONESWORKS_00000182-200
31. JONESWORKS_00000762-882
32. JONESWORKS_00001639-1895
33. JONESWORKS_00006011-20
34. JONESWORKS_00006978-88
35. JONESWORKS_00007063-201
36. JONESWORKS_00007863-80
37. JONESWORKS_00009099-189
38. JONESWORKS_00009300-514
39. JONESWORKS_00011289-695
40. JONESWORKS_00013832-34
41. JONESWORKS_00014980-82
42. JONESWORKS_00015018-22
43. JONESWORKS_00016225-32

1

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

44.     JONESWORKS_00016351-59
45.     JONESWORKS_00041606-608
46.     JS0000283-84
47.     JS0000289-91
48.     JS0000297-98
49.     JS0000333-35
50.     JS0000368-70
51.     JS0000374-76
52.     JS0000379-83
53.     JS0000506-07
54.     KCASE-000000578-80
55.     LS_0000277-78
56.     NATHAN_000003767
57.     SAROWITZ_000000069-74
58.     SPE_BL0002023-25
59.     SPE_BL0002026-35
60.     SPE_BL0002193-97
61.     SPE_BL0003512-16
62.     SPE_BL0003351-54
63.     SPE_BL0004512-13
64.     SPE_BL0011099-102
65.     SPE_BL0015756-60
66.     TAG_000000151
67.     WAYFARER_000139049-76
68.     WAYFARER_000140115-16
69.     WAYFARER_000140131-32
70.     WAYFARER_000142434-35
71.     WAYFARER_000142796-863
72.     Baker Deposition, Exhibit 1
73.     WAYFARER_000140494 at 040_1_A, 40_1_B, 40_2_A, 40_2B, 40A_1_A, 40A_1_B, 106_1_A, 106_1_B, 106_2_A, 106_2_B, 106A_1_A, 106A_1_B, 106A_2_A, 106A_2_B, 106B_1_A, 106B_1_B

## Depositions (and Related Exhibits)

1.     2025-07-31 Deposition of Blake Lively
2.     2025-08-21 Deposition of Elizabeth Talbot
3.     2025-09-12 Deposition of Vivian Baker
4.     2025-09-23 Deposition of Andrea Giannetti
5.     2025-09-24 Deposition of Alexandra Saks
6.     2025-09-26 Deposition of Jenny Slate
7.     2025-09-29 Deposition of Margaret Colleen Hoover
8.     2025-09-30 Deposition of Isabela Ferrer
9.     2025-10-03 Deposition of Steve Sarowitz
10.     2025-10-06 Deposition of Justin Baldoni
11.     2025-10-07 Deposition of Justin Baldoni
12.     2025-10-08 Deposition of Jamey Heath

2

Docusign Envelope ID: 7A906A42-EA76-479B-B40D-261C615F5AF3

13.     2025-10-09 Deposition of Jamey Heath

## Pleadings and Filings

1.     2025-01-31 Wayfarer Parties' Amended Complaint, Dkt. 50
2.     2025-01-31 Wayfarer Parties' Amended Complaint, Ex. A, Dkt. 50-1
3.     2025-07-30 B. Lively Second Amended Complaint, Dkt. 520
4.     2025-07-30 Exhibit to Filing, Dkt. 521-3

## Other

1.     Conversation with Laura Rikard, Owner of Theatrical Intimacy Education.
2.     SAG-AFTRA Quick Guide for Scenes involving Nudity and Simulated Sex.
3.     SAG-AFTRA Standards and Protocols for the Use of Intimacy Coordinators.
4.     PREVENTING WORKPLACE HARASSMENT, DISCRIMINATION, AND RETALIATION (Liebert, Cassidy, Whitmore 2008).
5.     L. Guerin, ESSENTIAL GUIDE TO WORKPLACE INVESTIGATIONS (2nd ed., Nolo 2010).
6.     *California Department of Fair Employment and Housing Workplace Harassment Guide for California Employers* (DFEH).
7.     M. Robbins and J. Yanow, *Why, How and What Now? The Ramifications of the Duty to Investigate in California Discrimination Actions*, BENDER'S CALIFORNIA LABOR & EMPLOYMENT BULLETIN (April-May 2007).
8.     *Guiding Principles for Conducting Workplace Investigations*, (AWI);  EEOC, *Enforcement Guidance: Vicarious Employer Liability for Unlawful Harassment by Supervisors* (June 1999).
9.     INVESTIGATING WORKPLACE CONDUCT, INVESTIGATOR'S GUIDEBOOK (Equal Employment Advisory Council 1999).
10.    ADVISING CALIFORNIA EMPLOYERS AND EMPLOYEES (CEB 2011), M. Robbins and S. Wooley,  28 CALIFORNIA LABOR & EMPLOYMENT LAW REVIEW No. 6 (November, 2014), (Peer reviewed and Republished in THE AWI JOURNAL, April 2015).
11.    Workplace Investigations: Understanding Standard Practice, BENDER'S CALIFORNIA LABOR & EMPLOYMENT BULLETIN (June 2010) (Republished in THE CAOWI QUARTERLY, April 2011).
12.    Conducting Effective Independent Workplace Investigations in a Post #MeToo Era, DISPUTE RESOLUTION JOURNAL, (2019, volume 74 No. 1).
13.    Nancy Bornn and Debra L. Reilly, Practice Pointers for Workplace Investigations, (AWI JOURNAL); California Department Of Fair Employment And Housing Workplace Harassment Guide For California Employers; Robbins and Wagener, *Investigations in Hollywood: It's the Same, but Different* (AWI Journal, December 2022).
14.    Wagener and Robbins, *Investigations in Hollywood – there's no business like show business* (Daily Journal, January 19, 2024).

3