# EXHIBIT 8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

BLAKE LIVELY,

                Plaintiff,

        v.


WAYFARER STUDIOS LLC, a      Civ. Action No.
Delaware Limited
Liability Company,           1:24-cv-10049-LJL
JUSTIN BALDONI, an
individual, JAMEY HEATH,     (Consolidated for
an individual, STEVE
SAROWITZ, an individual,     pretrial purposes with
IT ENDS WITH US MOVIE
LLC, a California            1:25-cv-00449-LJL)
Limited Liability
Company, MELISSA NATHAN,     Rel. 1:25-cv-00779-LJL
an individual, THE
AGENCY GROUP PR LLC, a
Delaware Limited
Liability Company,
JENNIFER ABEL, an
individual, JED WALLACE,
an individual, and
STREET RELATIONS INC., a
California Corporation

                Defendants.
- - - - - - - - - - - - - - x
      Videotaped Deposition of ELIZABETH TALBOT

                New York, New York

              Thursday, August 21st, 2025

                     9:31 A.M.

      CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Pages: 1 - 209
Reported Stenographically By: Anita M. Trombetta,
RMR, CRR, California CSR No. 14647

ATTORNEY HAGGERTY:  Just to make sure to let Mr. Fritz finish his question --

THE WITNESS:  Sorry.

ATTORNEY HAGGERTY:  -- before you answer.

Q  Is the birth scene one of these five here?

A  No, it is not.

Q  Have you seen the movie?

A  Yes.

Q  Okay.

A  Oh, this movie?

Q  This movie, It Ends With Us?

A  Not in its entirety; pieces of it.

Q  Okay.  Have you seen the birthing scene?

A  I have seen the birthing scene.

Q  Do you recall any nudity in that?

ATTORNEY ROESER:  Objection.

Q  If you recall?

A  I don't recall any nudity.  There was a high hip line that may have been called profile nudity to an extent, and that some actors would require or request a nudity rider for.

Q  Do you know if Blake requested that?

A  No, this was not on our discussion.

ATTORNEY FRITZ:  Let's take a look at 11 quickly.

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, ANITA M. TROMBETTA, RMR, CRR, and Certified California Shorthand Reporter, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested [or not requested, as appropriate]; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 21st day of August, 2025.

My commission expires: 10.07.2025

_____

Anita M. Trombetta