# EXHIBIT 9

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                )
BLAKE LIVELY,                   )
                                )
          Plaintiff,            )
                                )
     vs.                        ) No. 1:24-CV-10049-LJL
                                ) (Consolidated with
WAYFARER STUDIOS LLC, a         ) 1:25-cv-00449-LJL)
Delaware Limited Liability      )
Company, JUSTIN BALDONI, an     )
individual, JAMEY HEATH, an     )
individual, STEVE SAROWITZ, an) HIGHLY CONFIDENTIAL -
individual, IT ENDS WITH US   ) ATTORNEYS' EYES ONLY
MOVIE LLC, a California          )
Limited Liability Company,      )
MELISSA NATHAN, an individual,)
THE AGENCY GROUP PR LLC, a      )
Delaware Limited Liability      )
Company, JENNIFER ABEL, an      )
individual, JED WALLACE, an     )
individual, and STREET          )
RELATIONS INC., a California    )
Corporation,                    )
                                )
          Defendants.           )
_____)
                                )
(RELATED CONSOLIDATED CASE.     )
_____)

VIDEOTAPED DEPOSITION OF SHELLEY ANNE CARROLL
Los Angeles, California
Thursday, September 25, 2025

Reported by:
RENEE A. PACHECO, RPR, CLR
CSR No. 11564

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 60

Q   But nevertheless, at that point he stayed in the trailer?

A   Yes.

Q   Given your understanding of where Ms. Lively and Mr. Heath were in the trailer, if Mr. Heath had looked into the mirror, would he have seen Ms. Lively's breasts exposed?

MS. GAROFALO:  Objection.

THE DEPONENT:  You can see the room when you look -- you can see into different parts of the room through reflection, yes.

BY MS. BENDER:

Q   And so from where Mr. Heath was standing, if Ms. Lively was facing the mirror Mr. Heath could have seen Ms. Lively's breasts exposed; is that correct?

MS. GAROFALO:  Objection.

THE DEPONENT:  He would be able to see her, yes.

BY MS. BENDER:

Q   How did this interaction between Mr. Heath and Ms. Lively in Ms. Lively's hair and makeup trailer make you feel?

A   Uncomfortable.  It was strange.

Q   You found the interaction between Mr. Heath

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 245

I, the undersigned, a Certified Shorthand Reporter of the State of California, Registered Professional Reporter, Certified Live Note Reporter, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [  ] was [  ] was not requested. I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: September 26, 2025

_____

RENEE A. PACHECO

CSR No. 11564 RPR, CLR