# Exhibit 6

| Potential Exhibit Number | Beginning Bates | End Bates | non-Bates Description | Deposition Exhibit Number | Objection(s) | Advanced Ruling Requested? |
|---|---|---|---|---|---|---|
| 1000* | BALDONI_000000618 | BALDONI_000000618 | | | | |
| 1001* | BALDONI_000000619 | BALDONI_000000630 | | | | |
| 1002 | BALDONI_000003760 | BALDONI_000003760 | | | FRE 802 | |
| 1003 | BALDONI_000003761 | BALDONI_000003763 | | | FRE 802 | |
| 1004 | BALDONI_000004987 | BALDONI_000004987 | | | FRE 402; FRE 802; FRE 901 | |
| 1005 | BALDONI_000010363 | BALDONI_000010364 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1006 | BALDONI_000010377 | BALDONI_000010380 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1007 | BALDONI_000010437 | BALDONI_000010438 | | | FRE 402; FRE 802; FRE 901 | |
| 1008 | BALDONI_000014391 | BALDONI_000014391 | | | FRE 402; FRE 802 | |
| 1009 | BALDONI_000014392 | BALDONI_000014519 | | | FRE 402; FRE 802; FRE 805; FRE 901; FRE 602 | |
| 1010 | BALDONI_000015368 | BALDONI_000015373 | | | FRE 106; FRE 402; FRE 403; FRE 802; FRE 1002 | |
| 1011 | BALDONI_000015397 | BALDONI_000015404 | | | FRE 402; FRE 403; FRE 404; FRE 802; FRE 805; FRE 901; FRE 602 | |
| 1012 | BALDONI_000015483 | BALDONI_000015516 | | Hoover 28 | FRE 402; FRE 404; FRE 802; FRE 602 | |
| 1013 | BALDONI_000015944 | BALDONI_000015946 | | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1014 | BALDONI_000016171 | BALDONI_000016172 | | | FRE 402; FRE 802; FRE 805; FRE 901; FRE 602 | Yes |
| 1015 | BALDONI_000016411 | BALDONI_000016415 | | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | |
| 1016 | BALDONI_000016432 | BALDONI_000016433 | | | FRE 402; FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1017 | BALDONI_000016437 | BALDONI_000016437 | | | FRE 402; FRE 901 | |
| 1018 | BALDONI_000016470 | BALDONI_000016470 | | Giannetti 24 | FRE 402; FRE 802; FRE 901; FRE 602 | Yes |
| 1019* | BALDONI_000017003 | BALDONI_000017003 | | | | |
| 1020 | BALDONI_000017008 | BALDONI_000017008 | | | FRE 402; FRE 412; FRE 802 | |
| 1021 | BALDONI_000017194 | BALDONI_000017195 | | | FRE 402; FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1022 | BALDONI_000017233 | BALDONI_000017234 | | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1023 | BALDONI_000017235 | BALDONI_000017237 | | | FRE 402; FRE 802; FRE 901 | |
| 1024 | BALDONI_000017240 | BALDONI_000017242 | | | FRE 802; FRE 1002 | |
| 1025 | BALDONI_000017253 | BALDONI_000017256 | | | FRE 402; FRE 802; FRE 901 | |
| 1026 | BALDONI_000017299 | BALDONI_000017302 | | Giannetti 36 | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1027 | BALDONI_000018544 | BALDONI_000018546 | | Giannetti 26 | FRE 402; FRE 403; FRE 802; FRE 901 | Yes |
| 1028 | BALDONI_000018702 | BALDONI_000018703 | | | FRE 402; FRE 404; FRE 802; FRE 805 | |
| 1029 | BALDONI_000018717 | BALDONI_000018723 | | | FRE 402; FRE 802 | |
| 1030 | BALDONI_000018766 | BALDONI_000018766 | | | FRE 802; FRE 805; FRE 901 | |
| 1031 | BALDONI_000018771 | BALDONI_000018774 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1032 | BALDONI_000018831 | BALDONI_000018831 | | | FRE 802; FRE 805; FRE 901 | |
| 1033 | BALDONI_000018898 | BALDONI_000018899 | | | FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1034 | BALDONI_000018926 | BALDONI_000018928 | | | FRE 802; FRE 901 | |
| 1035 | BALDONI_000018984 | BALDONI_000018990 | | | FRE 802; FRE 805; FRE 901 | |
| 1036* | BALDONI_000019422 | BALDONI_000019424 | | | | |
| 1037 | BALDONI_000020436 | BALDONI_000020440 | | | FRE 802; FRE 805; FRE 901 | |
| 1038 | BALDONI_000021300 | BALDONI_000021301 | | | FRE 802 | |
| 1039 | BALDONI_000024619 | BALDONI_000024619 | | | FRE 901 | |
| 1040 | BALDONI_000026167 | BALDONI_000026167 | | | FRE 402; FRE 802; FRE 901 | |
| 1041 | BALDONI_000026168 | BALDONI_000026168 | | | FRE 402; FRE 802; FRE 901 | |
| 1042 | BALDONI_000026169 | BALDONI_000026170 | | | FRE 402; FRE 802; FRE 901 | |
| 1043 | BALDONI_000026173 | BALDONI_000026176 | | | FRE 402; FRE 802; FRE 901 | |
| 1044 | BALDONI_000026188 | BALDONI_000026188 | | | FRE 106; FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1045 | BALDONI_000026189 | BALDONI_000026189 | | | FRE 106; FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1046 | BALDONI_000026204 | BALDONI_000026206 | | Baldoni 34 | FRE 802 | |
| 1047* | BALDONI_000026329 | BALDONI_000026331 | | | FRE 802; FRE 805 | |
| 1048 | BALDONI_000026352 | BALDONI_000026352 | | | FRE 802; FRE 901 | |
| 1049 | BALDONI_000026353 | BALDONI_000026375 | | | FRE 901; FRE 1002 | |
| 1050 | BALDONI_000031127 | BALDONI_000031129 | | | FRE 402; FRE 802; FRE 901 | |
| 1051 | BALDONI_000031828 | BALDONI_000031831 | | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1052 | BALDONI_000031844 | BALDONI_000031847 | | | FRE 802; FRE 805; FRE 901 | |

| | | | | | |
|---|---|---|---|---|---|
| 1053 | BALDONI_000031938 | BALDONI_000031938 | | FRE 404; FRE 802; FRE 901 | |
| 1054 | BALDONI_000034832 | BALDONI_000034832 | | FRE 106; FRE 402; FRE 403; FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1100 | HEATH_000004400 | HEATH_000004401 | | FRE 802; FRE 805; FRE 901 | |
| 1101 | HEATH_000006932 | HEATH_000006963 | | FRE 802; FRE 805; FRE 901 | |
| 1102 | HEATH_000006964 | HEATH_000006965 | | FRE 802; FRE 805; FRE 901 | |
| 1103 | HEATH_000006966 | HEATH_000006979 | | FRE 802; FRE 805; FRE 901 | |
| 1104 | HEATH_000006980 | HEATH_000006983 | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1105 | HEATH_000006984 | HEATH_000006988 | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1106 | HEATH_000006989 | HEATH_000006998 | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1107 | HEATH_000019467 | HEATH_000019468 | | FRE 802; FRE 805; FRE 901 | |
| 1108 | HEATH_000027420 | HEATH_000027420 | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1109 | HEATH_000028508 | HEATH_000028508 | | | |
| 1110 | HEATH_000028774 | HEATH_000028775 | | FRE 901 | |
| 1111 | HEATH_000031717 | HEATH_000031717 | | FRE 802; FRE 805 | |
| 1112 | HEATH_000031739 | HEATH_000031740 | | FRE 802 | |
| 1113 | HEATH_000032637 | HEATH_000032637 | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1114 | HEATH_000033479 | HEATH_000033480 | | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1115 | HEATH_000034661 | HEATH_000034661 | | FRE 402; FRE 802; FRE 901 | |
| 1116 | HEATH_000034943 | HEATH_000034970 | Heath 1 | FRE 106 | |
| 1117 | HEATH_000035022 | HEATH_000035026 | | FRE 802; FRE 805; FRE 901 | |
| 1118 | HEATH_000035030 | HEATH_000035030 | | FRE 106; FRE 402; FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1119* | HEATH_000041864 | HEATH_000041864 | Grey Stone 20 | | |
| 1120* | HEATH_000041865 | HEATH_000041899 | | | |
| 1121* | HEATH_000045271 | HEATH_000045293 | | | |
| 1122 | HEATH_000045312 | HEATH_000045322 | | FRE 106; FRE 802 | |
| 1123* | HEATH_000045645 | HEATH_000045652 | | | |
| 1124 | HEATH_000045662 | HEATH_000045677 | | | |
| 1125* | HEATH_000045678 | HEATH_000045681 | | | |
| 1126 | HEATH_000045731 | HEATH_000045740 | | FRE 802; FRE 805 | |
| 1127 | HEATH_000045741 | HEATH_000045744 | | FRE 802; FRE 805 | |
| 1128 | HEATH_000046085 | HEATH_000046085 | | FRE 802; FRE 901 | |
| 1129* | HEATH_000046097 | HEATH_000046097 | | | |
| 1130* | HEATH_000046098 | HEATH_000046099 | | | |
| 1131 | HEATH_000046108 | HEATH_000046108 | | FRE 402 | |
| 1132 | HEATH_000046109 | HEATH_000046111 | | FRE 402 | |
| 1133 | HEATH_000046112 | HEATH_000046114 | | FRE 402 | |
| 1134 | HEATH_000046122 | HEATH_000046122 | | FRE 402 | |
| 1135 | HEATH_000046123 | HEATH_000046125 | | FRE 402 | |
| 1136* | HEATH_000046126 | HEATH_000046137 | Heath 10 | | |
| 1137 | HEATH_000046740 | HEATH_000046741 | | FRE 402; FRE 802 | |
| 1138 | HEATH_000046742 | HEATH_000046742 | | FRE 402; FRE 802 | |
| 1139 | HEATH_000046747 | HEATH_000046748 | | FRE 802 | Yes |
| 1140 | HEATH_000046756 | HEATH_000046756 | | FRE 802 | |
| 1141 | HEATH_000048496 | HEATH_000048498 | | FRE 802 | |
| 1142 | HEATH_000048501 | HEATH_000048501 | Heath 3; Giannetti 9 | | |
| 1143* | HEATH_000049954 | HEATH_000049955 | | | |
| 1144 | HEATH_000050708 | HEATH_000050711 | | FRE 402; FRE 802; FRE 805 | |
| 1145 | HEATH_000051764 | HEATH_000051764 | | FRE 402; FRE 802 | |
| 1200 | WAYFARER_000030416 | WAYFARER_000030416 | | FRE 402; FRE 802; FRE 901 | |
| 1201 | WAYFARER_000030417 | WAYFARER_000030418 | | FRE 402; FRE 802; FRE 901 | |
| 1202 | WAYFARER_000067020 | WAYFARER_000067022 | | FRE 802; FRE 901 | |
| 1203 | WAYFARER_000111054 | WAYFARER_000111054 | Abel 46 | FRE 802 | |
| 1204 | WAYFARER_000111055 | WAYFARER_000111056 | | FRE 802 | |
| 1205 | WAYFARER_000113082 | WAYFARER_000113101 | | FRE 802; FRE 901 | |

| 1206 | WAYFARER_000113106 | WAYFARER_000113107 | | FRE 802; FRE 901 | |
|---|---|---|---|---|---|
| 1207 | WAYFARER_000113111 | WAYFARER_000113119 | | FRE 802; FRE 901 | |
| 1208 | WAYFARER_000113124 | WAYFARER_000113130 | | FRE 802; FRE 901 | |
| 1209 | WAYFARER_000126472 | WAYFARER_000126474 | Hoover 19 | FRE 802 | |
| 1210 | WAYFARER_000127837 | WAYFARER_000127837 | | FRE 802; FRE 901 | |
| 1211 | WAYFARER_000131431 | WAYFARER_000131431 | | FRE 802; FRE 901 | |
| 1212 | WAYFARER_000131671 | WAYFARER_000131671 | | FRE 802; FRE 901 | |
| 1213 | WAYFARER_000137426 | WAYFARER_000137428 | | FRE 402; FRE 802; FRE 901 | |
| 1214 | WAYFARER_000137429 | WAYFARER_000137429 | | FRE 802; FRE 901 | |
| 1215 | WAYFARER_000138568 | WAYFARER_000138572 | | FRE 402; FRE 802; FRE 901 | |
| 1216 | WAYFARER_000138579 | WAYFARER_000138581 | | FRE 802; FRE 901 | |
| 1217 | WAYFARER_000138585 | WAYFARER_000138588 | | FRE 802; FRE 901 | |
| 1218 | WAYFARER_000138736 | WAYFARER_000138737 | Hoover 34 | FRE 802; FRE 901 | |
| 1219* | WAYFARER_000140111 | WAYFARER_000140112 | | | |
| 1220* | WAYFARER_000140113 | WAYFARER_000140113 | | | |
| 1221* | WAYFARER_000140115 | WAYFARER_000140116 | | | |
| 1222* | WAYFARER_000140131 | WAYFARER_000140132 | | | |
| 1223 | WAYFARER_000140494 | WAYFARER_000140494 | | FRE 106; FRE 401 | |
| 1224* | WAYFARER_000140956 | WAYFARER_000140956 | | | |
| 1225* | WAYFARER_000140957 | WAYFARER_000140990 | | | |
| 1226* | WAYFARER_000140991 | WAYFARER_000140993 | Heath 13 | | |
| 1227 | WAYFARER_000141021 | WAYFARER_000141021 | | FRE 402; FRE 802; FRE 901 | |
| 1228 | WAYFARER_000141023 | WAYFARER_000141024 | | FRE 402; FRE 802; FRE 901 | |
| 1229 | WAYFARER_000141469 | WAYFARER_000141472 | Saks 8 | FRE 106 | |
| 1230 | WAYFARER_000141658 | WAYFARER_000141659 | | FRE 404; FRE 802 | |
| 1231 | WAYFARER_000141660 | WAYFARER_000141662 | Hoover 19 | FRE 802 | |
| 1232 | WAYFARER_000141663 | WAYFARER_000141665 | Hoover 3 | | |
| 1233 | WAYFARER_000141667 | WAYFARER_000141668 | | FRE 802 | |
| 1234 | WAYFARER_000141669 | WAYFARER_000141670 | Hoover 28 | FRE 802 | |
| 1235 | WAYFARER_000141671 | WAYFARER_000141675 | | FRE 802 | |
| 1236* | WAYFARER_000141754 | WAYFARER_000141754 | | | |
| 1237* | WAYFARER_000141838 | WAYFARER_000141838 | | | |
| 1238* | WAYFARER_000142434 | WAYFARER_000142435 | | | |
| 1239 | WAYFARER_000142484 | WAYFARER_000142490 | | FRE 802 | |
| 1240 | WAYFARER_000142562 | WAYFARER_000142601 | | FRE 802; FRE 901 | |
| 1241* | WAYFARER_000142796 | WAYFARER_000142863 | Fromholz 7 | | |
| 1242 | WAYFARER_000149780 | WAYFARER_000149781 | | FRE 802 | |
| 1300 | JONESWORKS_00006978 | JONESWORKS_00006988 | | FRE 802 | |
| 1301 | JONESWORKS_00013415 | JONESWORKS_00013417 | | FRE 402; FRE 802 | Yes |
| 1302 | JONESWORKS_00013485 | JONESWORKS_00013487 | Abel 58 | FRE 802 | |
| 1303 | JONESWORKS_00013488 | JONESWORKS_00013490 | | FRE 802 | |
| 1304 | JONESWORKS_00013830 | JONESWORKS_00013831 | Abel 68 | | |
| 1305* | JONESWORKS_00014512 | JONESWORKS_00014520 | Abel 44 | | |
| 1306 | JONESWORKS_00014920 | JONESWORKS_00014922 | Abel 48 | FRE 802 | |
| 1307 | JONESWORKS_00017201 | JONESWORKS_00017202 | | FRE 802 | |
| 1308 | JONESWORKS_00017221 | JONESWORKS_00017222 | | FRE 802 | |
| 1309 | JONESWORKS_00017397 | JONESWORKS_00017397 | | FRE 802 | |
| 1310 | JONESWORKS_00018215 | JONESWORKS_00018218 | | FRE 802 | |
| 1311 | JONESWORKS_00021631 | JONESWORKS_00021632 | | FRE 802 | |
| 1312 | JONESWORKS_00022081 | JONESWORKS_00022082 | | FRE 106; FRE 802 | |
| 1313 | JONESWORKS_00030156 | JONESWORKS_00030157 | Hanks 6 | FRE 402; FRE 802 | |
| 1314 | JONESWORKS_00030241 | JONESWORKS_00030242 | Hanks 14 | FRE 402; FRE 802 | |
| 1315 | JONESWORKS_00040614 | JONESWORKS_00040615 | | FRE 402; FRE 802 | |
| 1316 | JONESWORKS_MN_000000842 | JONESWORKS_MN_000000863 | Nathan 91 | FRE 402; FRE 802 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 1317 | JONESWORKS_WAYFARER_00000 3009 | JONESWORKS_WAYFARER_00000 3013 | Hanks 8 | FRE 402 | |
| 1400 | NATHAN_000000278 | NATHAN_000000280 | | FRE 403; FRE 404; FRE 802; FRE 901 | Yes |
| 1401 | NATHAN_000000290 | NATHAN_000000290 | | FRE 802; FRE 901 | |
| 1402 | NATHAN_000000292 | NATHAN_000000292 | | FRE 403; FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1403 | NATHAN_000000547 | NATHAN_000000547 | | FRE 404; FRE 802; FRE 805; FRE 901 | Yes |
| 1404 | NATHAN_000001030 | NATHAN_000001033 | | FRE 802 | |
| 1405 | NATHAN_000001906 | NATHAN_000001908 | | FRE 106; FRE 802 | |
| 1406 | NATHAN_000002524 | NATHAN_000002536 | Nathan 22 | FRE 802; FRE 901; FRE 1002 | |
| 1407* | NATHAN_000003599 | NATHAN_000003611 | | | |
| 1408 | KCASE-000001675 | KCASE-000001679 | Case 21 | FRE 404; FRE 802; FRE 602 | Yes |
| 1409 | KCASE-000002654 | KCASE-000002665 | Koslow 6 | FRE 802 | |
| 1410 | KCASE-000002919 | KCASE-000002922 | Case 20 | FRE 802 | |
| 1411 | KCASE-000003338 | KCASE-000003338 | | FRE 404; FRE 802; FRE 805 | Yes |
| 1412 | KCASE-000005773 | KCASE-000005778 | Nathan 15 | FRE 805 | |
| 1413 | BBKOSLOW-000005795 | BBKOSLOW-000005817 | Koslow 21; Nathan 94 | FRE 802; FRE 805; FRE 1002 | |
| 1414* | SR 1.00000011 | SR 1.00000012 | | | |
| 1415 | ABEL_000000539 | ABEL_000000540 | | | |
| 1500* | SPE_BL0000001 | SPE_BL0000140 | Heath 5 | | |
| 1501* | SPE_BL0000343 | SPE_BL0000343 | Greenberg 22 | | |
| 1502* | SPE_BL0000344 | SPE_BL0000348 | | | |
| 1503 | SPE_BL0000789 | SPE_BL0000790 | Giannetti 23 | FRE 402; FRE 802 | |
| 1504 | SPE_BL0001059 | SPE_BL0001062 | Greenstein 12 | | |
| 1505 | SPE_BL0001106 | SPE_BL0001106 | | FRE 402; FRE 901 | |
| 1506 | SPE_BL0001107 | SPE_BL0001141 | | FRE 402; FRE 901 | |
| 1507 | SPE_BL0001180 | SPE_BL0001180 | | FRE 402; FRE 901 | |
| 1508 | SPE_BL0001656 | SPE_BL0001656 | | FRE 402; FRE 901 | |
| 1509 | SPE_BL0001657 | SPE_BL0001690 | | FRE 402; FRE 901 | |
| 1510 | SPE_BL0001762 | SPE_BL0001768 | Greenstein 9 | | |
| 1511 | SPE_BL0002044 | SPE_BL0002046 | Greenstein 7 | | |
| 1512 | SPE_BL0002894 | SPE_BL0002896 | | FRE 402; FRE 901 | |
| 1513 | SPE_BL0002897 | SPE_BL0002930 | | FRE 402; FRE 901 | |
| 1514 | SPE_BL0003328 | SPE_BL0003335 | | | |
| 1515 | SPE_BL0003512 | SPE_BL0003514 | Giannetti 19 | | |
| 1516* | SPE_BL0003515 | SPE_BL0003516 | | | |
| 1517 | SPE_BL0004203 | SPE_BL0004203 | | FRE 402; FRE 901 | |
| 1518 | SPE_BL0004204 | SPE_BL0004204 | | FRE 402; FRE 901 | |
| 1519 | SPE_BL0004298 | SPE_BL0004298 | | FRE 402; FRE 901 | |
| 1520 | SPE_BL0004363 | SPE_BL0004401 | | FRE 402; FRE 901 | |
| 1521 | SPE_BL0004987 | SPE_BL0004987 | | FRE 402; FRE 802 | |
| 1522 | SPE_BL0005326 | SPE_BL0005326 | | | |
| 1523* | SPE_BL0005327 | SPE_BL0005328 | | | |
| 1524 | SPE_BL0005500 | SPE_BL0005500 | | FRE 802; FRE 901 | |
| 1525 | SPE_BL0005501 | SPE_BL0005503 | | FRE 802; FRE 901 | |
| 1526 | SPE_BL0005959 | SPE_BL0005961 | Giannetti 31 | FRE 802; FRE 901 | |
| 1527 | SPE_BL0007874 | SPE_BL0007875 | Greenstein 15 | | |
| 1528* | SPE_BL0007876 | SPE_BL0007876 | | | |
| 1529* | SPE_BL0007877 | SPE_BL0007877 | | | |
| 1530 | SPE_BL0008472 | SPE_BL0008473 | Greenstein 36 | FRE 802; FRE 901; FRE 1002 | |
| 1531 | SPE_BL0009469 | SPE_BL0009473 | | FRE 802; FRE 901; FRE 1002 | |
| 1532 | SPE_BL0010515 | SPE_BL0010517 | | FRE 802; FRE 805; FRE 901 | |
| 1533 | SPE_BL0011992 | SPE_BL0011993 | | FRE 402; FRE 802; FRE 901 | |
| 1534 | SPE_BL0012469 | SPE_BL0012471 | | FRE 402; FRE 802; FRE 901 | |
| 1535 | SPE_BL0012556 | SPE_BL0012556 | | FRE 802; FRE 901 | |

| | | | | | |
|---|---|---|---|---|---|
| 1536 | SPE_BL0012796 | SPE_BL0012819 | | FRE 402; FRE 805; FRE 901 | |
| 1537 | SPE_BL0012820 | SPE_BL0012824 | | FRE 402; FRE 802; FRE 901 | |
| 1538 | SPE_BL0013498 | SPE_BL0013498 | | FRE 402; FRE 802; FRE 901 | |
| 1539 | SPE_BL0013499 | SPE_BL0013499 | | FRE 402; FRE 802; FRE 901 | |
| 1540 | SPE_BL0021910 | SPE_BL0021926 | | FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1541 | SPE_BL0021955 | SPE_BL0021955 | | FRE 802; FRE 901 | |
| 1542 | SPE_BL0022891 | SPE_BL0022893 | Greenstein 41 | FRE 402; FRE 802; FRE 901 | |
| 1543 | SPE_BL0023136 | SPE_BL0023137 | Greenstein 40 | FRE 402; FRE 802; FRE 901 | |
| 1544 | SPE_BL0023149 | SPE_BL0023150 | Greenstein 39 | FRE 402; FRE 802; FRE 901 | |
| 1545 | SPE_BL0023201 | SPE_BL0023202 | Greenstein 35 | FRE 402; FRE 404; FRE 805; FRE 602 | Yes |
| 1546 | SPE_BL0023261 | SPE_BL0023262 | | FRE 402; FRE 403; FRE 802; FRE 901 | Yes |
| 1547 | SPE_WF0000021 | SPE_WF0000021 | | FRE 402 | |
| 1548 | SPE_WF0000022 | SPE_WF0000023 | | FRE 402 | |
| 1549 | SPE_WF0000024 | SPE_WF0000024 | | FRE 402 | |
| 1550 | SPE_WF0000025 | SPE_WF0000025 | | FRE 402 | |
| 1551 | SPE_WF0000026 | SPE_WF0000026 | | FRE 402 | |
| 1552 | SPE_WF0000027 | SPE_WF0000027 | | FRE 402 | |
| 1553 | SPE_WF0000086 | SPE_WF0000087 | | FRE 402; FRE 802; FRE 901 | |
| 1554 | SPE_WF0000137 | SPE_WF0000139 | | FRE 402; FRE 802; FRE 901 | |
| 1555 | SPE_WF0000150 | SPE_WF0000153 | Saks 10 | FRE 402; FRE 802; FRE 901 | |
| 1556 | SPE_WF0000260 | SPE_WF0000260 | Giannetti 32 | FRE 402; FRE 802; FRE 901 | |
| 1557 | SPE_WF0000311 | SPE_WF0000312 | Giannetti 37 | FRE 402; FRE 802; FRE 901 | |
| 1558 | SPE_WF0000415 | SPE_WF0000417 | Giannetti 39 | FRE 402; FRE 403; FRE 802; FRE 901; FRE 602 | Yes |
| 1559 | SPE_WF0000460 | SPE_WF0000461 | Greenstein 45 | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1560 | SPE_WF0000472 | SPE_WF0000474 | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1561 | SPE_WF0000641 | SPE_WF0000642 | | FRE 402; FRE 802; FRE 901; FRE 602 | Yes |
| 1562 | SPE_WF0000719 | SPE_WF0000722 | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1563 | SPE_WF0000740 | SPE_WF0000744 | Greenstein 37 | FRE 403; FRE 404; FRE 802; FRE 901 | Yes |
| 1564 | SPE_WF0000762 | SPE_WF0000764 | | FRE 402; FRE 403; FRE 802; FRE 901; FRE 1002; FRE 602 | Yes |
| 1565 | SPE_WF0000793 | SPE_WF0000794 | Mayzlin 2 | FRE 402; FRE 403; FRE 802; FRE 901; FRE 602 | Yes |
| 1566 | WME_00000547 | WME_00000549 | Greenberg 10; Zavala 7 | FRE 402; FRE 802 | |
| 1567 | WME_00000550 | WME_00000550 | Greenberg 13 | FRE 802 | |
| 1568 | WME_00000661 | WME_00000663 | Greenberg 11 | FRE 402; FRE 802 | |
| 1569 | WME_00001051 | WME_00001051 | | FRE 802 | |
| 1570 | WME_00001169 | WME_00001171 | Greenberg 4 | FRE 403; FRE 802 | Yes |
| 1571 | WME_00001185 | WME_00001186 | | FRE 402; FRE 802 | |
| 1572 | WME_00001214 | WME_00001215 | Greenberg 8; Zavala 6 | FRE 402; FRE 802 | |
| 1573 | WME_00001254 | WME_00001255 | Greenberg 16 | FRE 402; FRE 802 | |
| 1574 | WME_00001300 | WME_00001301 | Greenberg 27 | FRE 802 | |
| 1575 | WME_00001342 | WME_00001342 | Greenberg 19 | FRE 802 | |
| 1600 | 24-CV-10049_0000319 | 24-CV-10049_0000447 | | FRE 402 | |
| 1601 | 24-CV-10049_0001089 | 24-CV-10049_0001094 | | FRE 402; FRE 901 | |
| 1602 | 24-CV-10049_0001097 | 24-CV-10049_0001098 | | | |
| 1603 | 24-CV-10049_0001816 | 24-CV-10049_0001818 | Talbot 12 | FRE 802 | |
| 1604* | 24-CV-10049_0001819 | 24-CV-10049_0001821 | | | |
| 1605 | 24-CV-10049_0001822 | 24-CV-10049_0001824 | | FRE 402 | |
| 1606 | 24-CV-10049_0001869 | 24-CV-10049_0001870 | Talbot 10 | | |
| 1607 | 24-CV-10049_0002001 | 24-CV-10049_0002004 | Talbot 7 | FRE 402 | |
| 1608 | 24-CV-10049_0002367 | 24-CV-10049_0002368 | Talbot 5 | FRE 402; FRE 802 | |
| 1609* | 24-CV-10049_0003314 | 24-CV-10049_0003321 | | | |
| 1610 | 24-CV-10049_0003550 | 24-CV-10049_0003551 | Talbot 11 | FRE 402; FRE 802; FRE 805; FRE 901 | |
| 1611 | 24-CV-10049_0003560 | 24-CV-10049_0003561 | Talbot 25 | FRE 402; FRE 802 | |
| 1612 | 24-CV-10049_0003564 | 24-CV-10049_0003565 | Talbot 27 | FRE 402; FRE 802 | |

| | | | | | |
|---|---|---|---|---|---|
| 1613 | 24-CV-10049_0003588 | 24-CV-10049_0003591 | Talbot 16 | FRE 402; FRE 802 | |
| 1614 | AS000003 | AS000004 | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1615 | AS000005 | AS000007 | | FRE 402; FRE 802; FRE 901; FRE 602 | |
| 1616 | AS000008 | AS000008 | Saks 2; Heath 2 | | |
| 1617 | AS000097 | AS000100 | | FRE 402; FRE 403; FRE 802; FRE 901 | |
| 1618* | AS000101 | AS000102 | | | |
| 1619 | AS000105 | AS000106 | | FRE 402; FRE 802; FRE 901 | |
| 1620 | AS000165 | AS000167 | | FRE 402; FRE 802; FRE 901 | |
| 1621* | AS000765 | AS000766 | | | |
| 1622 | AS004690 | AS004725 | Saks 22 | FRE 106; FRE 402; FRE 403; FRE 404; FRE 802; FRE 805; FRE 901; FRE 1002 | Yes |
| 1623 | BENSON_0001 | BENSON_0014 | | FRE 106; FRE 402; FRE 403; FRE 901; FRE 1002 | |
| 1624 | BENSON_0015 | BENSON_0016 | | FRE 402; FRE 403; FRE 901 | |
| 1625* | HOOVER_000000090 | HOOVER_000000099 | | | |
| 1626 | HOOVER_000000152 | HOOVER_000000161 | | FRE 402; FRE 802; FRE 901 | |
| 1627* | IF_000015 | IF_000021 | Slate 25; Ferrer 3 | | |
| 1628 | JS0000394 | JS0000398 | Slate 23 | FRE 402; FRE 403; FRE 802 | Yes |
| 1629 | JS0000399 | JS0000399 | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1700 | BL-000000009 | BL-000000011 | | FRE 402; FRE 403; FRE 802; FRE 805; FRE 901 | |
| 1701 | BL-000000035 | BL-000000053 | | FRE 805; FRE 901; FRE 1002 | |
| 1702 | BL-000000379 | BL-000000382 | | FRE 106 | |
| 1703 | BL-000003464 | BL-000003471 | | FRE 802; FRE 805; FRE 901 | |
| 1704 | BL-000004327 | BL-000004344 | | FRE 802; FRE 901 | |
| 1705 | BL-000004388 | BL-000004462 | | FRE 802; FRE 805; FRE 901; FRE 1002 | |
| 1706 | BL-000007943 | BL-000007944 | Giannetti 30 | FRE 402; FRE 412; FRE 802 | |
| 1707 | BL-000007955 | BL-000007956 | | FRE 402 | |
| 1708 | BL-000008107 | BL-000008108 | | FRE 802 | |
| 1709 | BL-000008170 | BL-000008175 | | FRE 106; FRE 404 | |
| 1710 | BL-000008211 | BL-000008214 | | FRE 802; FRE 805 | |
| 1711 | BL-000008231 | BL-000008231 | | FRE 402; FRE 802 | |
| 1712* | BL-000008236 | BL-000008236 | | | |
| 1713 | BL-000008361 | BL-000008369 | | FRE 802 | |
| 1714 | BL-000008567 | BL-000008572 | Marks 3 | | |
| 1715 | BL-000008771 | BL-000008772 | | FRE 802 | |
| 1716* | BL-000008801 | BL-000008805 | | | |
| 1717 | BL-000008806 | BL-000008806 | | FRE 402; FRE 403 | Yes |
| 1718 | BL-000008810 | BL-000008814 | | FRE 403 | |
| 1719* | BL-000008819 | BL-000008820 | | | |
| 1720* | BL-000008821 | BL-000008822 | | | |
| 1721* | BL-000009166 | BL-000009168 | | | |
| 1722* | BL-000009212 | BL-000009213 | | | |
| 1723* | BL-000009220 | BL-000009222 | | | |
| 1724 | BL-000009245 | BL-000009246 | | | |
| 1725 | BL-000009247 | BL-000009249 | | FRE 412 | |
| 1726 | BL-000009345 | BL-000009348 | | | |
| 1727 | BL-000009349 | BL-000009352 | | FRE 802 | |
| 1728 | BL-000011088 | BL-000011091 | | FRE 802 | |
| 1729* | BL-000011242_A | BL-000011248_A | | | |
| 1730 | BL-000011512 | BL-000011517 | | | |
| 1731 | BL-000011518 | BL-000011519 | | FRE 412 | |
| 1732* | BL-000011539 | BL-000011540 | | | |
| 1733 | BL-000011555 | BL-000011556 | | | |
| 1734* | BL-000011569 | BL-000011570 | | | |
| 1735* | BL-000011571 | BL-000011572 | | | |
| 1736* | BL-000011580 | BL-000011581 | Heath 11 | | |
| 1737 | BL-000011736 | BL-000011738 | | FRE 402 | |

| | | | | | |
|---|---|---|---|---|---|
| 1738 | BL-000011739 | BL-000011739 | | FRE 402 | |
| 1739 | BL-000011740 | BL-000011740 | | FRE 402 | |
| 1740 | BL-000015039 | BL-000015039 | | FRE 402 | |
| 1741 | BL-000015040 | BL-000015163 | | FRE 402 | |
| 1742 | BL-000015164 | BL-000015287 | | FRE 402 | |
| 1743 | BL-000015532 | BL-000015534 | | FRE 402 | |
| 1744 | BL-000015889 | BL-000015890 | | FRE 402 | |
| 1745 | BL-000016256 | BL-000016261 | | FRE 802 | |
| 1746 | BL-000016569 | BL-000016570 | | FRE 402 | |
| 1747 | BL-000018396 | BL-000018400 | | FRE 106 | |
| 1748 | BL-000018412 | BL-000018412 | | FRE 106 | |
| 1749 | BL-000018415 | BL-000018415 | | FRE 106 | |
| 1750* | BL-000018426 | BL-000018427 | Saks 18 | | |
| 1751 | BL-000018460 | BL-000018460 | | FRE 802; FRE 901 | |
| 1752 | BL-000018565 | BL-000018567 | | FRE 402; FRE 802 | |
| 1753 | BL-000018596 | BL-000018597 | | FRE 402; FRE 403; FRE 802 | |
| 1754 | BL-000018608 | BL-000018609 | | FRE 106; FRE 402; FRE 802 | |
| 1755 | BL-000018765 | BL-000018766 | | FRE 402; FRE 403; FRE 802 | Yes |
| 1756 | BL-000018767 | BL-000018769 | | FRE 403; FRE 404; FRE 802 | Yes |
| 1757 | BL-000018806 | BL-000018807 | | FRE 402; FRE 403; FRE 802 | Yes |
| 1758 | BL-000018808 | BL-000018809 | | FRE 402; FRE 802 | Yes |
| 1759 | BL-000018810 | BL-000018812 | | FRE 402; FRE 403; FRE 802 | Yes |
| 1760 | BL-000018824_A | BL-000018825_A | | FRE 402; FRE 403; FRE 802 | Yes |
| 1761 | BL-000018828_A | BL-000018829_A | | FRE 402; FRE 403; FRE 802 | Yes |
| 1762* | BL-000019015 | BL-000019016 | | | |
| 1763 | BL-000019326_A | BL-000019330_A | Greenstein 21 | FRE 402 | |
| 1764 | BL-000019440 | BL-000019443 | | FRE 402; FRE 802 | |
| 1765 | BL-000019544 | BL-000019546 | | FRE 402; FRE 802 | |
| 1766 | BL-000019739 | BL-000019740 | | FRE 402; FRE 403; FRE 802 | |
| 1767 | BL-000019971 | BL-000019972 | | FRE 402; FRE 802 | |
| 1768* | BL-000019985 | BL-000019986 | | | |
| 1769 | BL-000020045 | BL-000020049 | | FRE 402; FRE 802 | |
| 1770 | BL-000020058 | BL-000020063 | | FRE 402; FRE 412 | |
| 1771 | BL-000020310 | BL-000020312 | Zavala 4 | FRE 404 | |
| 1772 | BL-000020323 | BL-000020324 | | FRE 802 | |
| 1773 | BL-000020645 | BL-000020649 | Ferrer 5 | FRE 1002 | |
| 1774 | BL-000020770 | BL-000020774 | Giannetti 15 | | |
| 1775 | BL-000020897 | BL-000020898 | | FRE 802 | |
| 1776 | BL-000020979 | BL-000020981 | | FRE 802 | |
| 1777 | BL-000021065 | BL-000021068 | | FRE 802 | |
| 1778 | BL-000021178_A | BL-000021182_A | | FRE 402; FRE 403; FRE 802 | Yes |
| 1779 | BL-000021190 | BL-000021196 | Jones 15 | FRE 402; FRE 403; FRE 802 | Yes |
| 1780 | BL-000021208_A | BL-000021212_A | | FRE 402; FRE 403; FRE 802 | Yes |
| 1781 | BL-000021232 | BL-000021235 | Hoover 25 | | |
| 1782 | BL-000021371 | BL-000021373 | | FRE 402; FRE 802 | |
| 1783 | BL-000021386 | BL-000021387 | | FRE 402; FRE 802 | |
| 1784 | BL-000021388 | BL-000021388 | | FRE 402; FRE 802; FRE 805; FRE 1002 | |
| 1785 | BL-000021597 | BL-000021600 | | FRE 402; FRE 802 | |
| 1786 | BL-000021725 | BL-000021728 | | FRE 802 | |
| 1787 | BL-000021729 | BL-000021730 | | FRE 802 | |
| 1788 | BL-000021967 | BL-000021971 | Zavala 3 | | |
| 1789* | BL-000022308 | BL-000022309 | | | |
| 1790 | BL-000022522 | BL-000022533 | | FRE 402; FRE 802 | |
| 1791 | BL-000024046 | BL-000024049 | | FRE 402; FRE 403; FRE 412; FRE 802 | Yes |
| 1792 | BL-000026538 | BL-000026539 | | FRE 403; FRE 412; FRE 802 | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 1793 | BL-000027060 | BL-000027062 | Hoover 35 | FRE 106; FRE 402; FRE 802; FRE 805; FRE 1002 | |
| 1794 | BL-000027069 | BL-000027069 | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1795 | BL-000027070 | BL-000027073 | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1796 | BL-000027117 | BL-000027126 | Hoover 18; Hoover 20 | FRE 106; FRE 404 | |
| 1797 | BL-000027673 | BL-000027673 | | FRE 402; FRE 802 | |
| 1798 | BL-000027681 | BL-000027681 | | FRE 402; FRE 802 | |
| 1799 | BL-000027683 | BL-000027683 | | FRE 402; FRE 802; FRE 805 | |
| 1800 | BL-000028373 | BL-000028374 | | FRE 402; FRE 412; FRE 802 | Yes |
| 1801 | BL-000028650 | BL-000028651 | | FRE 402; FRE 403; FRE 802 | Yes |
| 1802 | BL-000028762 | BL-000028762 | | FRE 402; FRE 802; FRE 805 | |
| 1803 | BL-000028763 | BL-000028763 | | FRE 402; FRE 802; FRE 805 | |
| 1804 | BL-000028962 | BL-000028962 | | FRE 402 | |
| 1805 | BL-000028976 | BL-000028976 | | FRE 402 | |
| 1806 | BL-000031999 | BL-000032000 | | FRE 402; FRE 403; FRE 802 | Yes |
| 1807* | BL-000032519 | BL-000032521 | Sloane 27 | | |
| 1808 | BL-000032954 | BL-000032955 | Family Hive 15 | FRE 802; FRE 805 | |
| 1809 | BL-000032962 | BL-000032966 | Family Hive 14 | FRE 802; FRE 805 | |
| 1810 | BL-000033431 | BL-000033431 | | | |
| 1811 | BL-000034245 | BL-000034246 | | FRE 402; FRE 802 | |
| 1812 | BL-000034247 | BL-000034247 | | FRE 402; FRE 802 | |
| 1813* | BL-000038466 | BL-000038476 | | | |
| 1814 | BL-000038477 | BL-000038515 | Heath 40 | | |
| 1815* | BL-000038516 | BL-000038553 | | | |
| 1816* | BL-000038554 | BL-000038598 | | | |
| 1817* | BL-000038599 | BL-000038636 | | | |
| 1818 | BL-000038648 | BL-000038654 | | FRE 106; FRE 802 | |
| 1819 | BL-000038655 | BL-000038668 | Grey Stone 2 | | |
| 1820 | BL-000038677 | BL-000038680 | | FRE 106; FRE 802 | |
| 1821* | BL-000038696 | BL-000038749 | | | |
| 1822 | BL-000038780 | BL-000038793 | | FRE 106; FRE 802 | |
| 1823 | LS_0000185 | LS_0000189 | Sloane 37 | FRE 403; FRE 802; FRE 901 | Yes |
| 1824 | LS_0000215 | LS_0000216 | | FRE 802; FRE 901 | |
| 1825 | LS_0000219 | LS_0000222 | | FRE 802; FRE 805; FRE 901 | |
| 1826 | LS_0000223 | LS_0000226 | Sloane 11 | FRE 802; FRE 805; FRE 901 | |
| 1827 | LS_0000234 | LS_0000239 | Sloane 33 | FRE 106, FRE 802, FRE 805, FRE 901 | |
| 1828 | LS_0000243 | LS_0000246 | Sloane 12 | FRE 402; FRE 802; FRE 805; FRE 901 | Yes |
| 1829 | LS_0000253 | LS_0000256 | Sloane 39 | FRE 802; FRE 805; FRE 901 | |
| 1830 | LS_0000279 | LS_0000280 | | FRE 802; FRE 805; FRE 901 | |
| 1831 | LS_0000314 | LS_0000318 | Sloane 13 | FRE 403; FRE 802; FRE 805; FRE 901 | Yes |
| 1832 | LS_0000325 | LS_0000327 | Sloane 14; Greenstein 28 | FRE 802; FRE 901 | |
| 1833 | LS_0000431 | LS_0000434 | Sloane 16 | FRE 802; FRE 901 | |
| 1834 | RR-SUBPOENA-000000025 | RR-SUBPOENA-000000027 | | FRE 402; FRE 802; FRE 805 | |
| 1835 | RR-SUBPOENA-000000049 | RR-SUBPOENA-000000050 | | FRE 402; FRE 802 | |
| 1836 | RR-SUBPOENA-000000082 | RR-SUBPOENA-000000084 | | FRE 402; FRE 802 | |
| 1837 | RR-SUBPOENA-000000085 | RR-SUBPOENA-000000086 | Greenstein 19 | FRE 403 | Yes |
| 1838 | RR-SUBPOENA-000000102 | RR-SUBPOENA-000000105 | | FRE 402; FRE 403; FRE 802 | Yes |
| 1839 | RR-SUBPOENA-000000113 | RR-SUBPOENA-000000115 | | FRE 402; FRE 403; FRE 802 | Yes |
| 1840 | RR-SUBPOENA-000000116 | RR-SUBPOENA-000000119 | | FRE 802 | |
| 1841 | RR-SUBPOENA-000000120 | RR-SUBPOENA-000000124 | | FRE 402; FRE 403; FRE 802; FRE 805 | Yes |
| 1842* | RR-SUBPOENA-000000130 | RR-SUBPOENA-000000131 | | | |
| 1843 | VPR_0000006 | VPR_0000006 | Sloane 51 | FRE 402; FRE 404; FRE 802; FRE 901 | Yes |
| 1844 | VPR_0000111 | VPR_0000111 | Sloane 52 | FRE 402; FRE 802; FRE 901 | |
| 1845 | VPR_0000846 | VPR_0000847 | Sloane 55 | FRE 802; FRE 901 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1846 | VPR_0000877 | VPR_0000877 | | Sloane 41 | FRE 802; FRE 901 | |
| 1847 | VPR_0000878 | VPR_0000878 | | Sloane 42 | FRE 802; FRE 901 | |
| 1848* | BL-000021314 | BL-000021316 | | | | |
| 1849* | BL-000021323 | BL-000021325 | | | | |
| 1850* | BL-000021364 | BL-000021368 | | | | |
| 1851 | BL-000007953 | BL-000007954 | | Giannetti 12 | | |
| 1852 | WME_00001266 | WME_00001267 | | Greenberg 17 | | |
| 1853 | WME_00001259 | WME_00001261 | | Greenberg 18 | | |
| 1854 | SPE_BL0022803 | SPE_BL0022807 | | Greenstein 44 | | |
| 1855 | SPE_BL0022682 | SPE_BL0022687 | | Greenstein 47 | | |
| 1900 | | | 2023 Versions of Natasha's Website and Instagram posts | | FRE 401; FRE 602; FRE 901 | |
| 1901 | | | ABC News - "All of Blake Lively's looks for the 'It Ends With Us' press tour: See all the photos | | FRE 401 | |
| 1902 | | | Blakel Inc. W-9 2023 | | FRE 401 | |
| 1903 | | | Bustle: "Lively Premieres Racist Photo Spread on Preserve" | | FRE 401; FRE 403; FRE 404; FRE 901 | |
| 1904 | | | Carroll Dep. Ex. 2 (Lively exposed breasts at London premiere) (Aug. 8, 2024) | Carroll 2 | FRE 401; FRE 403; FRE 412 | Yes |
| 1905 | | | Daily Mail Online - It Ends With Us fans are convinced there's a huge feud between Blake Lively and Justin Baldoni | | | |
| 1906 | | | E News - It Ends With Us Author Colleen Hoover Addresses Backlash Over Blake Lively's Costumes in Film | | FRE 401; FRE 802; FRE 901 | |
| 1907 | | | E News: "Blake Lively: Does This Dress Make Me Look Tranny?" | | FRE 401; FRE 403; FRE 404 | Yes |
| 1908 | | | Episode Description of Apple Podcasts - The Man Enough Podcast - No More - Working Together to End Domestic Violence | | FRE 401; FRE 404; FRE 901 | |
| 1909 | | | Episode Description of Spotify - A Life of Greatness, Justin Baldoni - The Power of Being Enough | | FRE 401; FRE 404; FRE 901 | |
| 1910 | | | Episode Description of Spotify - Art of Power, Justin Baldoni On Being 'Man Enough,' Porn and A Traumatic First Time | | FRE 401; FRE 404; FRE 901 | Yes |
| 1911 | | | Forbes: "Blake Lively: Taking The Entrepreneurial Stage \| 2022 Forbes Power Women's Summit" | | FRE 401; FRE 404; FRE 802 | Yes |
| 1912 | | | IEWU Book - WHOLE BOOK | | FRE 1002 | |
| 1913 | | | It Ends With Us - Release version | | FRE 1002 | |
| 1914 | | | Mayzlin Backup Data Volumes 3 and 4 | | | |
| 1915 | | | Movie Trailer #1 | | FRE 401 | |
| 1916 | | | Movie Trailer #2 | | FRE 401 | |
| 1917 | | | NBC News: "Ryan Reynolds and Blake Lively apologize for plantation wedding" | | FRE 401; FRE 403; FRE 404; FRE 802 | Yes |
| 1918 | | | NY Times: "What 'It Ends With us' Says About the Blake Lively Brand" | | FRE 401; FRE 403; FRE 404; FRE 802 | Yes |
| 1919 | | | Pact Equity Agreement | | FRE 401; FRE 602; FRE 901 | |

| | | | | |
|---|---|---|---|---|
| 1920 | Page Six: "Blake Lively called out again for repeatedly using 'problematic' transgender slur in resurfaced interviews" | | FRE 401; FRE 403; FRE 404 | Yes |
| 1921 | Rolling Stone - How Do you Market a Domestic-Violence Movie? Not Like 'It Ends With Us' | | FRE 106; FRE 802; FRE 805 | Yes |
| 1922 | SAG-AFTRA: How to Report Discrimination or Harrassment | | FRE 401; FRE 602; FRE 901 | |
| 1923 | SAG-AFTRA: Reporting | | FRE 401; FRE 602; FRE 901 | |
| 1924 | SAG-AFTRA: Reporting Unlawful Discrimination and Harassment | | FRE 401; FRE 602; FRE 901 | |
| 1925 | Talbot Dep. Ex. 3 | Talbot 3 | FRE 401; FRE 802 | |
| 1926 | Talbot Dep. Ex. 38 | Talbot 38 | | |
| 1927 | Talbot Dep. Ex. 3A | Talbot 3A | FRE 401; FRE 802 | |
| 1928 | Talbot Dep. Ex. 3B | Talbot 3B | FRE 401; FRE 802 | |
| 1929 | The Guardian: "Sorry, Blake Lively: using a movie about domestic violence to sell stuff is not a good look" | | FRE 106; FRE 403; FRE 404; FRE 802; FRE 805 | Yes |
| 1930 | Trailer Schematic - 9 Station 53' Double Popout HMU Semi Trailer | | FRE 106; FRE 401; FRE 701; FRE 901 | Yes |
| 1931 | Vox: "Blake Lively wants to return to a time of cut hats and slavery" | | FRE 401; FRE 403; FRE 404; FRE 901 | Yes |
| 1932 | YouTube, Access Hollywood - Justin Baldoni - I Got 'Out Of The Way' So Blake Lively Could Take Lead On 'It Ends With Us' | | FRE 404; FRE 802; FRE 805 | Yes |
| 1933 | YouTube, Capital FM - Blake Lively reacts to Ryan Reynolds' surprise, and talks Taylor Swift | | FRE 401; FRE 404; FRE 802 | Yes |
| 1934 | YouTube, Cosmopolitan UK - Justin Baldoni on It Ends With Us, Intimacy Coordinators and Blake Lively | | FRE 404; FRE 802; FRE 805 | |
| 1935 | YouTube, ELLE UK - Justin Baldoni Likens Blake Lively To A 'Ferrari' As He Talks The Magic Of Movie-Set Friction | | | |
| 1936 | YouTube, Enterntainment Tonight - It Ends With Us: Justin Baldoni and Colleen Hoover on Blake Lively and Fan REACTIONS | | FRE 106; FRE 401; FRE 802; FRE 805 | |
| 1937 | YouTube, Heart - Spice Girl Emma Bunton surprises her new bestie Blake Lively | | FRE 401; FRE 802 | |
| 1938 | YouTube, Jake's Takes - Blake Lively and Brandon Sklenar Cried While Watching IT ENDS WITH US | Interview | | FRE 403; 404; FRE 802 | Yes |
| 1939 | YouTube, Kjersti Flaa - The Blake Lively interview that made me want to quit my job | | FRE 403; FRE 404; FRE 802 | Yes |
| 1940 | YouTube, Ryan Reynolds - Junket Crashers | | FRE 401; FRE 602 | Yes |
| 1941 | YouTube, Today - Justin Baldoni talks directing and co-starring in 'It Ends with Us' | | FRE 401; FRE 404; FRE 802 | |

| | | |
|---|---|---|
| 1942 | Instagram - Blake Lively April 3, 2026 Statement | Yes |
| 1943 | Instagram - Michael Gottlieb April 3, 2026 Statement | Yes |
| 1944 | People: "Blake Lively 'Looks Forward to Testifying at Trial' After the Dismissal of 10 of 13 Claims Against Justin Baldoni" | Yes |
| 1945 | TMZ, Blake Lively's Lawyer Sigrid McCawley Gives Statement After Hearing | Yes |
| 1946 | YouTube, XHBunny - All Nicepool Scenes 4K IMAX Deadpool v. Wolverine | Yes |
| 1947 | Meta: Introducing Community Notes | |
| 1948 | Instagram - Blake Lively Post with Community Note | |
| | | |