# Exhibit 7

Case 1:24-cv-10049-LJL     Document 1327-7     Filed 04/11/26     Page 2 of 2

# Does This Dress Make Me Look Tranny?

**E!NEWS** **eonline.com**/news/118589/blake_lively_does_this_dress_make_me

Jennifer Cady                                                                    April 14, 2009

*Gossip Girl*'s **Blake Lively** opened up in the [May issue of *Allure*](#), revealing her deepest insecurity.

"I feel like a tranny a lot of the time," the 5-foot-10 actress said.

"I don't know, I'm…large? They put me in six-inch heels, and I tower over every man. I've got this long hair and lots of clothes and makeup on. I just feel really big a lot of the time, and I'm surrounded by a lot of tiny people. I feel like a man sometimes."

So the beauty magazine decided to help her out and apply heavy tranny eye makeup for the cover. It's all about conquering your fears by facing them head-on in extreme close-ups.