# Exhibit 9

Case 1:24-cv-10049-LJL    Document 1327-9    Filed 04/11/26    Page 2 of 5

# Blake Lively wants to return to a time of cute hats and slavery

𝐕 **vox.com**/2014/10/13/6969341/blake-lively-preserve-slavery-antebellum

Alex Abad-Santos                                                    October 13, 2014

- [archives](#)



NEW YORK, NY - JUNE 02: Actress Blake Lively attends the 2014 CFDA fashion awards at Alice Tully Hall, Lincoln Center on June 2, 2014 in New York City. (Photo by Larry Busacca/Getty Images)

*Larry Busacca/Getty Images*



[Alex Abad-Santos](#) is a senior correspondent who explains what society obsesses over, from Marvel and movies to fitness and skin care. He came to Vox in 2014. Prior to that, he worked at The Atlantic.

This week, Blake Lively, a popular human with great hair who supposedly stars in movies sometimes, made the most interesting move of her career: she accidentally published pro-slavery propaganda in her online lifestyle magazine, [Preserve](#). A spread entitled "[The Allure of Antebellum](#)" appeared in the magazine's fall issue, with a word salad that extolled the sartorial tastes of the (white) women of the Confederate South:



(Preserve)

"The term *Southern Belle* came to fruition during the Antebellum period (prior to the Civil War), acknowledging women with an inherent social distinction who set the standards for style and appearance," the Preserve article states. "These women epitomized Southern hospitality with a cultivation of beauty and grace, but even more with a captivating and magnetic sensibility."

Some of the accompanying words make no sense:

"While at times depicted as coy, these belles of the ball, in actuality could command attention with the ease of a hummingbird relishing a pastoral bloom," the word salad at Preserve continues.

Preserve failed to realize that hummingbirds' lives aren't leisurely. They're in constant motion and eat [more than their body weight](#) in food each day.

But the bigger point here is that Lively and her team only wrote half the story in this article.

[Become a Vox member](#) to continue reading.

## Most Popular

1. [Ozempic just got cheap enough to change the world](#)
2. [Take a mental break with the newest Vox crossword](#)
3. [MAGA's favorite strongman might be on the brink of defeat](#)
4. [Democrats just locked down control of one of the most important courts in America](#)
5. [A new theory of Trump: the "soft TACO"](#)

## More in **archives**



[Ethics and Guidelines at Vox.com](#)



[The Supreme Court will decide if the government can ban transgender health care](#)



[On the Money](#)



[Total solar eclipse passes over US](#)

4/9/26, 1:42 PM
Blake Lively wants to return to a time of cute hats and slavery | Vox
Case 1:24-cv-10049-LJL    Document 327-9    Filed 04/11/26    Page 5 of 5



[The 2024 Iowa caucuses](#)



[The Big Squeeze](#)
[Advertiser Content From](#)
[This is the title for the native ad](#)

## Recommended For You

[So what's behind the Iran ceasefire?](#)
["A whole civilization will die tonight": How Trump is threatening war crimes](#)
[Vox Launches America, Actually, a New Video Podcast Hosted by Astead W. Herndon](#)
[How climate science is sneakily getting funded under Trump](#)
[Did Trump accidentally do something woke for global health?](#)
[How can you prepare your kids for AI's disruption to the job market?](#)