# Exhibit 14

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 8/7/2024 |

**Outline of Conversations**



**Josh Greenstein** < ███████ **Jason Groff** < █████████ > ∘ 3 messages on 8/7/2024 ∘ Jason Groff < ███████ > ∘ Josh Greenstein < █████████ >

Confidential

**Messages in chronological order** (times are shown in GMT -07:00)

💬     **Josh Greenstein ◄▬▬▬▬▶ Jason Groff ◄▬▬▬**

JG     **Jason Groff ◄▬▬▬**                                                    8/7/2024, 4:42 PM

Hey Josh, at the premiere you told the team NOT to include Justin in the premiere sizzle. Danielle wanted me to double check since the conversation about him not being involved is getting louder and louder.

JG     **Jason Groff ◄▬▬▬**                                                    8/7/2024, 4:52 PM

OKay

JG     **Jason Groff ◄▬▬▬**                                                    8/7/2024, 4:52 PM

Get some rest!

Confidential                                                                      SPE_BL0023137