# Exhibit 19

Case 1:24-cv-10049-LJL    Document 1327-10    Filed 04/11/26    Page 2 of 3

 Outlook

**From:** Benally, Nathaniel <█████████████████████>
**Sent:** Wednesday, September 10, 2025 3:52 PM
**To:** Roeser, Stephanie <███████████████ Hudson, Esra <███████████████ Theresa Troupson
**Cc:** Hallinan, Kathleen <███████████ Floyd, Daniel <█████████████████
**Subject:** Blake Lively, et al. v. Wayfarer Studios LLC - Civil Action no. 1:24-cv-10049; 1:25-cv-00449

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

---

Dear Counsel,

Attached please find:

1. Declaration of Custodian Records
2. SPE Production Set 13: SPE_BL0022583 - SPE_BL0023278
   Link to Document Production: ███████████████████████████████████ – will send password in follow up email
3. Proof of Service

We would like to provide some information regarding the data in this production. Our eDiscovery team imaged Josh Greenstein's phone and found that the text threads appeared to be one sided. For each day, there is simply one long thread containing all of Mr. Greenstein's messages sent that day to numerous recipients and we can only view his side of the conversation across all conversations for that day. For each recipient, we can only see their side of the conversation. We have made a reasonable effort to match the text threads and have provided the texts as they appear on Mr. Greenstein's phone. Conversations related to personal matters or other unrelated business matters have been redacted. Please note that our eDiscovery team double checked Mr. Greenstein's physical phone and this is how the messages appeared on the phone.

Thank you, Nate



**Nate Benally**
Senior Coordinator
Litigation