# Exhibit 23

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

BLAKE LIVELY,

Plaintiff,

vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)

25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

_____

JENNIFER ABEL,

Third-party Plaintiff,

vs.

JONESWORKS, LLC,

Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

Consolidated Plaintiffs,

vs.

BLAKE LIVELY, et al.

Consolidated Defendants.

_____

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI

Los Angeles, California

Monday, October 6, 2025

Stenographically Reported by:  Ashley Soevyn,

CALIFORNIA CSR No. 12019

CONFIDENTIAL

Page 268

and had bullied Leighton Meester?

MS. SHAPIRO:  Objection.

THE WITNESS:  I was unaware of that. I also was unaware that she bullied Leighton Meester.

BY MS. SHAH:

Q    And you were unaware of that even though that you here suggested to Jen Abel that what you would need in the event that Ms. Lively disclosed anything negative about you is articles similar to this one that says "Hailey Bieber's history of bullying many women"?

MS. SHAPIRO:  Objection.

THE WITNESS:  I disagree with the way that question was phrased.

BY MS. SHAH:

Q    Do you think that's just a coincidence?

MS. SHAPIRO:  Objection.

THE WITNESS:  That what is?

BY MS. SHAH:

Q    That you suggested that you would need articles about similar to Hailey Bieber's history of bullying many women and then TAG, the company that you employed as crisis PR, did in fact plant an article about Blake Lively bullying other women.

MS. SHAPIRO:  Objection.

CONFIDENTIAL

Page 269

THE WITNESS:  So what is the question?

BY MS. SHAH:

Q    The question is do you think that's a coincidence?

MS. SHAPIRO:  Objection.

THE WITNESS:  I don't think it's a coincidence that I felt bullied and then it seems the Internet dug up true stories of how Ms. Lively bullied other people.  So it just shows that I wasn't the only one who was bullied.

BY MS. SHAH:

Q    When you say "the internet dug up stories" what do you mean by that?

A    It seemed like people came forward with their own experiences of being bullied to the extent that I never had to.

Q    Okay.  How does this fit in with the strategy that you were discussing with Ms. Abel and TAG about promoting positive coverage of the film?

A    How does this fit in?

Q    Uh-huh.

A    This is part of a -- like I said earlier, a what-happens-if scenario.

Q    So if positive doesn't work, then you would move to something like this?

CONFIDENTIAL

Page 315

MS. SHAH:  One defendant per deposition, please.

MR. BACH:  One defendant but one person sitting here late at night, wondering what you're doing here at this point.  You're just improvising.

MS. SHAH:  All right.  That's enough.  That's enough.  I'm going to go off the record if you continue to eat up my time.

MR. BACH:  Go ahead.

THE WITNESS:  I'm happy to answer your question.  I don't know anything about what Jed Wallace knows or where he could find the manosphere.

MS. SHAH:  Okay.

BY MS. SHAH:

Q    What do you know about what Jed Wallace does?

A    I know he's very good at compiling information and then sending it, as I believe I testified to earlier.  I know he can help.  I had -- I've had people call me and, like, threat -- like, leave me threats.  I've had death threats.  So I know that he knows people in security, so he was able to help me get security.

I know that he loves his family a lot.  I

CONFIDENTIAL

Page 318

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 7th day of October 2025.

ASHLEY SOEVYN

CSR No. 12019