# Exhibit 24

I'm grateful for the Court's ruling which allows the heart of my case to be presented to a jury next month, and for the ability to finally tell my story in full at trial, for my own sake, but also for those who don't have the same opportunity to... many of whom I have known and loved deeply in my life, and the countless I'll never know.

The last thing I wanted in my life was a lawsuit, but I brought this case because of the pervasive **RETALIATION I faced**, and continue to, **for privately and professionally asking for a safe working environment for myself and others.**

I hope the Court's decision shows others that, as unfathomably painful as it is, you can speak up.

Don't be distracted by the digital soap opera. The constant packaging of this lawsuit as a "Celebrity Drama" is not only irresponsible, but it is by design: to keep you from seeing yourselves in my story.

The physical pain from digital violence is very real.

It is abuse. And it's everywhere. Not just in the news, but in your communities and schools.

If you're looking, my claims won't be the first or last time you'll see examples of the extreme dangers of retaliation and digital warfare. And it often won't be directed at celebrities or those who may able to speak up.

It affects us all. Across the political spectrum. Pay attention to all the ways we can be manipulated online. Digital manipulation has been boasted as "untraceable". If you have kids on phones, they are some of the most vulnerable. Protect them. Have conversations with them.

Studies estimate that between 16% and 58% of women have experienced online abuse or stalking, with 97% of gender-based violence service providers reporting technology-facilitated abuse in their cases.

So much critical work has already been done to expose systems, tactics and players who harm. The work to create more safety is in part at trial, but it will also will continue far after this trial is over. This is the work I'm most proud of.

I couldn't begin to stand up if not for the countless who've gone before me - and the masses who are still around us all - creating laws, social change, sparking conversations, rallying, working privately and publicly, risking and sometimes losing everything for the safety of others in all spaces. Some whose names we know, most we don't. Thank you. All of you.

I will never stop doing my part in fighting to expose the systems and people who seek to harm, shame, silence and retaliate against victims. I know it's a privilege to be able to stand up. I will not waste it.

Your support keeps me going.

-B

• • • • •