# Exhibit 25

OFFICIAL STATEMENT

*Mike Gottlieb, Attorney for Blake Lively*

It is completely unsurprising that Bryan Freedman does not understand the court's actual ruling. He didn't even argue the summary judgment motion he's now spinning, had to bring in another law firm for the trial, and just last week was reprimanded by the court for having filed legally frivolous claims.

What the Court actually decided yesterday is that Blake Lively provided evidence to go to trial on her core claims: that she spoke out against what she believed was sexual harassment on the set, and suffered retaliation that harmed her reputation as a result.

**The court held, in painstaking detail, that Ms. Lively provided sufficient evidence of all the following:**

*(1) She privately spoke up about and negotiated changes to on-set behavior by Justin Baldoni, Jamey Heath that she, and others, found disturbing;*

*(2) She reasonably believed, in good faith, that the behavior she privately raised concerns about was unlawful sexual harassment;*

*(3) Baldoni, Heath, and Wayfarer Studios understood that her claims amounted to sexual harassment allegations; and*

*(4) In response, they crossed the line and took steps that harmed her reputation and career.*

And because of yesterday's decision, all of those claims will be heard by the jury.

And here is what the Court actually said about Ms. Lively's sexual harassment claims:

*"a person in her position could have understood the workplace to at times reflect a gendered and sexualized view of women and a disregard for their privacy sufficient to make it reasonable to complain about a hostile work environment based on sex or gender."*

The Court's ruling that Ms. Lively's state and federal harassment claims could not go to trial was about legal issues rather than an endorsement of the defendants' conduct. The court held that Ms. Lively's sexual harassment claims could not go to a jury because Ms. Lively did not sign a contract, that she is an independent contractor instead of an employee, and that the offensive conduct occurred in New Jersey instead of California. The fact that Bryan Freedman is claiming exoneration based on legal technicalities while facing trial next month tells you everything you need to know.

The retaliation Ms. Lively faced for privately speaking up for a safe working environment has always been the beating heart of her case. It is why she filed her lawsuit. The Court found ample evidence to move her case forward.

We look forward to trial May 18.