# Exhibit 27

4:48

## Posts
blakelively

harm. The work to create more safety is in part at trial, but it will also will continue far after this trial is over. This is the work I'm most proud of.

I couldn't begin to stand up if not for the countless who've gone before me - and the masses who are still around us all - creating laws, social change, sparking conversations, rallying, working privately and publicly, risking and sometimes losing everything for the safety of others in all spaces. Some whose names we know, most we don't. Thank you. All of you.

I will never stop doing my part in fighting to expose the systems and people who seek to harm, shame, silence and retaliate against victims. I know it's a privilege to be able to stand up. I will not waste it.

Your support keeps me going.



-B

187K    18    1,884    30.2K

 Liked by **vancityreynolds** and **others**

### Community note
Written by an Instagram user

This contains cherry-picked information from the federal judge's ruling, which actually threw out 10/13 of Blake's claims, the core one being sexual harassment.

The judge found that many of her claims of sexual harassment also did not rise to that level, and that the behavior in question was part of normal improvisation expected for that kind of scene.

This post also ignores the fact that Blake had in fact kissed Justin Baldoni without his consent.

🔗 Sources          ℹ️ More info

Instagram users in the Community Notes program rated this note helpful. Do you agree?          👍  👎

3 days ago

**blakelively** ✓
🎵 Ernest Moon · The Cotswolds

