**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>Defendants. | No. 24-cv-10049-LJL (lead case) |
| JENNIFER ABEL,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JONESWORKS LLC,<br><br>Third-Party Defendant. |  |

**DECLARATION OF ESRA A. HUDSON IN SUPPORT OF BLAKE LIVELY'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF MICHAEL J. WAGNER**

I, Esra A. Hudson, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an attorney admitted before this Court, a partner at the law firm of Manatt, Phelps & Phillips, LLP, 2049 Century Park East, Suite 1700, Los Angeles, CA 90067, and counsel of record for Ms. Lively in the above-captioned action.

2. I respectfully submit this declaration in support of Ms. Lively's Motion to Exclude Opinions and Testimony of Michael J. Wagner.

3. A true and correct copy of Jeffrey H. Kinrich's Expert Report dated October 17, 2025, is attached hereto as **Exhibit 1**. Exhibit 1 bears the designation "Exhibit 266," as it was

marked when filed as exhibit to Ms. Lively's Opposition to Summary Judgement and then subsequently unsealed at Dkt. No. 1233-117.

4.      A true and correct copy of Michael J. Wagner's Expert Report, Volume 1, dated November 3, 2025, is attached hereto as **Exhibit 2**.

5.      A true and correct copy of portions of Jeffrey H. Kinrich's Deposition Transcript dated November 25, 2025, is attached hereto as **Exhibit 3**.

6.      A true and correct copy of Richard Mark's Expert Report dated October 17, 2025, is attached hereto as **Exhibit 4**.

7.      A true and correct copy of Michael Sippel's Expert Report dated October 17, 2025, is attached hereto as **Exhibit 5**.

8.      A true and correct copy of portions of Micheal Wagner's Deposition Transcript dated December 12, 2025, is attached hereto as **Exhibit 6.**

9.      A true and correct copy of portions of Justin Grey Stone's Deposition Transcript dated October 10, 2025, is attached hereto as **Exhibit 7.**

10.      A true and correct copy of a document produced by Ms. Lively, dated June 12, 2025, bearing the Bates stamp BL-000039107, is attached hereto as **Exhibit 8.** Exhibit 8 bears the designation "Exhibit 24," as marked at Mr. Grey Stone's Deposition on October 6, 2025.

11.      A true and correct copy of Ashlee Humphrey's Amended Expert Report dated October 29, 2025, is attached hereto as **Exhibit 9**.

12.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 10, 2026

2

/s/ Esra A. Hudson

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
smoses@manatt.com

*Counsel for Blake Lively*