# Exhibit 1

# Exhibit 266

CONFIDENTIAL – Attorneys' Eyes Only

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Blake Lively,<br><br>        Plaintiff,<br><br>    v.<br><br>Wayfarer Studios LLC, et al.,<br><br>        Defendants. | Case No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL) |

**EXPERT REPORT OF JEFFREY H. KINRICH**

**OCTOBER 17, 2025**

CONFIDENTIAL – Attorneys' Eyes Only

**TABLE OF CONTENTS**

I.    OVERVIEW OF ASSIGNMENT ...........................................................................1

II.   QUALIFICATIONS AND EXPERIENCE ...........................................................1

III.  SUMMARY OF OPINIONS ..................................................................................2

IV.   DOCUMENTS RELIED UPON ...........................................................................4

V.    BACKGROUND .....................................................................................................4

    A.    Summary of Allegations ...............................................................................4

    B.    Blake Brown ..................................................................................................6

    C.    Betty B ...........................................................................................................7

VI.   FRAMEWORK FOR QUANTIFYING DAMAGES ...........................................9

VII.  LOST PROFITS FOR BLAKE BROWN ...........................................................12

    A.    Common Assumptions ................................................................................12

        1.    Terminal Growth Rate ...................................................................13

        2.    Interest Rate / Discount Rate ........................................................14

    B.    But-For Scenario .........................................................................................16

        1.    But-For Value of Free Cash Flows .................................................16

        2.    Valuation of Blake Brown ..............................................................23

    C.    Actual Scenario ...........................................................................................24

        1.    Shutdown Case ................................................................................24

        2.    Marketing Investment Case ...........................................................25

        3.    Valuation of Blake Brown ..............................................................26

VIII. LOST PROFITS FOR BETTY BOOZE ............................................................27

    A.    But-For Scenario .........................................................................................27

    B.    Actual Scenario ...........................................................................................32

IX.   LOST ROYALTIES .............................................................................................34

X.    INDUSTRY RESEARCH SHOWS HIGH GROWTH RATES OF
CELEBRITY-OWNED BRANDS .......................................................................35

    A.    Market Trends of Celebrity-Owned Beauty Brands ...............................36

    B.    Market Trends of Celebrity-Owned Alcohol Brands ..............................39

CONFIDENTIAL – Attorneys' Eyes Only

## I.    OVERVIEW OF ASSIGNMENT

1.    I have been engaged by counsel for Blake Lively ("Plaintiff" or "Ms. Lively") to provide expert testimony in the matter of *Blake Lively v. Wayfarer Studios, et al.*[1] I understand that Ms. Lively alleges that the Defendants "mount[ed] a sophisticated and well-funded retaliation campaign" that damaged her reputation and negatively affected the performance of her businesses, including her haircare business, Blake Brown, and beverage businesses, Betty Buzz and Betty Booze (collectively known as "Betty B").[2]

2.    I have been asked to quantify the economic damages Ms. Lively has suffered as a result of Defendants' alleged wrongful conduct. In particular, I have been asked to determine Ms. Lively's losses attributable to damage to Ms. Lively's business interests and Ms. Lively's lost royalties due to the impact of the online manipulation.[3]

## II.    QUALIFICATIONS AND EXPERIENCE

3.    I am a Managing Principal at Analysis Group, Inc., an economic, financial, and strategy consulting firm.  I graduated summa cum laude from Pomona College with a Bachelor of Arts degree in Mathematics.  I received a Master of Science degree in Statistics from Stanford University and a Master of Business Administration in Finance and Quantitative Methods from the University of Maryland.  I am a Certified Public Accountant. I have more than 40 years of experience analyzing damages in commercial disputes.  A copy

---

[1] Second Amended Complaint For Sexual Harassment, Retaliation, Breach of Contract, False Light, Defamation, and Other Claims, *Blake Lively, v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049-LJL, July 30, 2025 ("Complaint").

[2] Complaint, ¶¶ 5, 26, 44, 342-343.

[3] Expert Report of Dina Mayzlin, October 17, 2025 ("Mayzlin Report"), ¶ 50.

1

CONFIDENTIAL – Attorneys' Eyes Only

of my CV, together with a list of the trial and deposition testimony I have given since 2017, is attached as **Appendix A**.

4.   Analysis Group is compensated at the rate of $1,075 per hour for my time. Research and analysis for this report was also performed by Analysis Group personnel working under my direction and guidance.  Rates for other staff working on this matter range from $485 to $895 per hour.  Neither my compensation nor that of Analysis Group is contingent upon my findings, the testimony I may give, or the outcome of this litigation.

## III.   SUMMARY OF OPINIONS

5.   On the basis of my review and analysis of the information identified herein, I have reached the following opinions:[4]

- The damages suffered by Ms. Lively based on her interest in Blake Brown as of March 31, 2026, are between approximately $19.4 million and $45.1 million. Damages are calculated as the difference between the but-for profits for Blake Brown and the actual profits in each case, multiplied by Ms. Lively's ownership percentage in Blake Brown. The range reflects different assumptions about the actual world, including whether Blake Brown ceases to operate sometime after 2025 or, alternatively, whether the business is able to return to its expected performance prior to the online manipulation, assuming its planned marketing investment is successful.
  - Shutdown Case: $45.1 million

---

[4] My opinions are based on information available to date. Given the ongoing developments in Ms. Lively's businesses, my analysis and opinions are subject to revision as additional data or materials become available closer to the date of trial.

CONFIDENTIAL – Attorneys' Eyes Only

- Marketing Investment Case: $19.4 million

- The damages suffered by Ms. Lively based on her interest in Betty Booze as of March 31, 2026, are between approximately $7.9 million and $28.3 million. Damages are calculated as the difference between the but-for profits for Betty Booze and the actual profits in each case, multiplied by Ms. Lively's ownership percentage in Betty Booze. The range reflects different assumptions about the actual world, including whether Betty Booze ceases to operate sometime after 2025 or, alternatively, whether the business experiences a delay before returning to its expected performance before the online manipulation.

  - Shutdown Case: $28.3 million

  - 2-Year Delay Case: $7.9 million

  - 3-Year Delay Case: $11.2 million

- The damages suffered by Ms. Lively based on her lost royalties from Blake Brown as of March 31, 2026, are between approximately $12.3 million and $70.2 million. The lost royalties are calculated based on the same actual-world scenarios used in the lost profits analysis for Blake Brown.

  - Shutdown Case: $70.2 million

  - Marketing Investment Case: $12.3 million

- The total damages suffered by Ms. Lively based on her lost profits in Blake Brown and Betty Booze, as well as her lost royalties from Blake Brown, are between approximately $39.6 million and $143.5 million (*See* **Table 1**).

3

CONFIDENTIAL – Attorneys' Eyes Only

**Table 1: Total Damages for Blake Brown and Betty Booze**

|  |  | Damages ($ in millions) |
|---|---|---|
| **Lost Profits** | Blake Brown | $19.4 – $45.1 |
|  | Betty Booze | $7.9 – $28.3 |
| **Lost Royalties from Blake Brown** |  | $12.3 – $70.2 |
| **Total** |  | **$39.6 – $143.5** |

## IV.    DOCUMENTS RELIED UPON

6.   In forming my opinions, I have reviewed documents and other materials provided to me by counsel for Plaintiff or obtained from public sources. These materials are identified in this report and accompanying exhibits and/or listed in **Appendix B**.

7.   My analyses and opinions are based on information available to me as of the date of this report. Should additional information or documents become available, I may revise or supplement my opinions as appropriate. For example, if additional operating or financial information for the at-issue businesses becomes available before the date of trial, I may update my damages analysis and opinions accordingly.

## V.    BACKGROUND

### A.    Summary of Allegations

8.   Plaintiff, Ms. Lively, alleges, among other things, that Justin Baldoni ("Mr. Baldoni"), Wayfarer Studios LLC ("Wayfarer"), and the other Defendants (the "Wayfarer Parties") engaged in a "sophisticated and well-funded retaliation campaign" designed to

CONFIDENTIAL – Attorneys' Eyes Only

"destroy" Ms. Lively's reputation.[5] Ms. Lively claims that the online manipulation damaged her reputation, career, and business ventures.[6]

9.   Specifically, beginning in July 2024, the Wayfarer Parties prepared anticipatory proposals and strategies should Ms. Lively "make her grievances public."[7] Subsequently, around the time of the August 6 premiere of *It Ends With Us* in New York City, the Wayfarer Parties, through the use of a "digital army," "create[d], seed[ed], manipulate[d], and advance[d] disparaging content that appeared to be authentic on social media platforms and internet chat forums."[8]

10. Ms. Lively, along with her reputation, profession, and businesses, suffered "sustained" harm from the disparaging content.[9] For example, as a result of "feeling harassed and fearful of further attacks on herself, her family, and her colleagues," Ms. Lively has declined or cancelled promotional, acting, and directing opportunities.[10] In addition, Ms. Lively temporarily suspended all social media activity, including the activity of her business accounts, after receiving an influx of negative comments, rendering her unable to fulfill her typical or intended obligations to her brands.[11]

---

[5] Complaint, ¶¶ 5, 26, 29, 33, 36.

[6] Complaint, ¶¶ 338-346.

[7] Complaint, ¶¶ 29-31.

[8] Complaint, ¶¶ 26, 223.

[9] Complaint, ¶ 438.

[10] Complaint, ¶¶ 341-342.

[11] Complaint, ¶¶ 343-346.

CONFIDENTIAL – Attorneys' Eyes Only

### B.    Blake Brown

11. Blake Brown is a company founded by Ms. Lively that specializes in hair care products such as shampoos and hair masks.[12] On July 31, 2024, Ms. Lively announced the launch of Blake Brown, which was scheduled for August 4, 2024, exclusively at Target and Target.com, following seven years of development.[13]

12. The debut of Blake Brown became "the [b]iggest hair care launch" in Target's history.[14] According to a Blake Brown internal presentation, in its first month (August 4 through September 6, 2024), all products "outpace[ed] Target's Aggressive Forecast," and the brand generated more than $7 million in sales.[15] However, following the start of the online manipulation, Blake Brown's sales declined dramatically. By September 2024, weekly sales had fallen to between $374 thousand to $462 thousand, approximately half of Target's projection of $821 thousand.[16] Over the six months ending January 31, 2025, sales were 68 percent below projections.[17]

---

[12] "From my shower to yours," *Blake Brown*, available at https://www.blakebrownbeauty.com/pages/about. Blake Brown's website notes that "Blake is the founder and creative director of Blake Brown." *See* "Frequently asked questions," *Blake Brown*, available at https://www.blakebrownbeauty.com/pages/faq#section-product ("How is Blake Lively involved in Blake Brown? Blake is the founder and creative director of Blake Brown. She is intimately involved in all aspects of the brand, from overseeing product development to creative direction and marketing.").

[13] "Introducing Blake Brown, a New Haircare Brand from Blake Lively for Iconic Hair, Every Day," *PR Newswire*, July 31, 2024, available at https://www.prnewswire.com/news-releases/introducing-blake-brown-a-new-haircare-brand-from-blake-lively-for-iconic-hair-every-day-302211224.html.

[14] BL-000034272-292, at 280; Fine, Jenny B., "How Blake Lively Broke the Hair Care Mold," *Women's Wear Daily*, available at https://wwd.com/beauty-industry-news/beauty-features/blake-lively-brown-target-hair-care-beauty-inc-award-1236758589/; Parisi, Danny, "Blake Lively announced as Glossy Pop NYC speaker," *Glossy*, August 19, 2025, available at https://www.glossy.co/beauty/blake-lively-announced-as-glossy-pop-nyc-speaker/.

[15] BL-000034272-292, at 272-273, 275.

[16] BL-000034377-4432, at 4379.

[17] BL-000034433-36, at 34.

CONFIDENTIAL – Attorneys' Eyes Only

### C.    Betty B

13. Betty B, which was established by Ms. Lively in 2023, has two brands: (1) Betty Buzz, a line of non-alcoholic sparkling mixers,[18] and (2) Betty Booze, a line of alcoholic sparkling cocktails.[19]

14. Within its first year of launch, Betty Buzz sold 5 million bottles and entered into a partnership with British Airways.[20] By 2023, the brand was distributed "in over 8,500 [U.S.] stores" and partnered with a restaurant chain, Yard House.[21] Betty Buzz's sales continued to expand into 2024.[22] However, by late 2024, management had doubts about the profitability and sustainability of Betty Buzz for reasons unrelated to the online manipulation.[23] In 2025,

---

[18] Betty Buzz, LLC was founded in 2021. *See* Deposition of Andrew Chrisomalis, September 24, 2025 ("Chrisomalis Deposition"), at 26:16-25, 27:9-15. Mr. Chrisomalis is the chairman and CEO of Betty B Holdings, LLC. *See* Chrisomalis Deposition, at 25:7-18. *See also*, "Betty Buzz," *Betty Buzz*, available at https://bettybuzz.com/ ("Blake Lively founded Betty Buzz with a simple idea"). "Blake Lively Announces The Launch of Betty Buzz," *PR Newswire*, September 23, 2021, available at https://www.prnewswire.com/news-releases/blake-lively-announces-the-launch-of-betty-buzz-301384046.html.

[19] *See* "Betty Booze," *Betty Booze*, available at https://bettybooze.com/ ("Founded by Blake Lively, Betty Booze started with a simple idea"). *See also*, Chrisomalis Deposition, at 27:19-28:7. "Blake Lively Announces the Launch of Betty Booze, A New line of Gourmet Sparkling Canned Cocktails," *PR Newswire*, June 29, 2023, available at https://www.prnewswire.com/news-releases/blake-lively-announces-the-launch-of-betty-booze--a-new-line-of-gourmet-sparkling-canned-cocktails-301866520.html. *See* Chrisomalis Deposition, at 28:13-25.

[20] "Blake Lively's Betty Buzz Launches In British Airways' US Lounges," *PR Newswire*, November 10, 2021, available at https://www.prnewswire.com/news-releases/blake-livelys-betty-buzz-launches-in-british-airways-us-lounges-301421714.html; "Betty Buzz Sparkling Mixers Expands Distribution With First National Restaurant Partner," *PR Newswire*, February 15, 2023, available at https://www.prnewswire.com/news-releases/betty-buzz-sparkling-mixers-expands-distribution-with-first-national-restaurant-partner-301747350.html.

[21] "Betty Buzz Sparkling Mixers Expands Distribution With First National Restaurant Partner," *PR Newswire*, February 15, 2023, available at https://www.prnewswire.com/news-releases/betty-buzz-sparkling-mixers-expands-distribution-with-first-national-restaurant-partner-301747350.html.

[22] BL-000033111-141, at 129.

[23] Management mentioned the possibility of shutting down Betty Buzz in the October 2024 Presentation. While this presentation was prepared after the online manipulation began, management's consideration was not related to that online manipulation for several reasons. First, in its discussion of the "Impact of Recent Events," management noted that Betty Buzz "has not seen a decline in Daily Sales or Daily [Return on Ad Spend]" on Amazon during the period August 1, 2024, through September 20, 2024, after the online manipulation began. Management did not otherwise reference the online manipulation or negative sentiment in its strategic analysis of Betty Buzz. Second, management's evaluation of Betty Buzz was tied to the brand's limited ability to become self-sufficient. The October 2024 Presentation stated that Betty Buzz would be "self-efficient" at 400,000 cases sold annually, which

CONFIDENTIAL – Attorneys' Eyes Only

management has decided to shut down the brand for reasons unrelated to the online manipulation.[24]

15. Betty Booze launched in June 2023,[25] and within several months, the brand ranked among the top five ready-to-drink ("RTD") products at the American alcohol retailer Total Wine & More ("Total Wine").[26] By the third quarter of 2024, the brand was "available in over 6,000 locations throughout the [U.S.]," including "top grocery and liquor chains in the country."[27]

16. Both brands experienced declines following the online manipulation. For example, Betty Buzz's retail sales at Albertsons/Safeway, Whole Foods, Total Wine, and Hy-Vee declined by 18 percent in the seven weeks ending September 28, 2024, compared to the prior seven weeks.[28] The brand's online sales at Amazon between mid-August to mid-October 2024 declined 26 percent year-over-year,[29] and its Instagram following and engagement also declined after the negative publicity.[30]

---

management acknowledged was roughly "double our current business." The accompanying five-year financial model indicated that Betty Buzz sold approximately 190,000 cases in 2023 and was not projected to reach 400,000 cases annually until 2028. This trajectory was consistent with the five-year financial model prepared for the June 2024 Presentation, before the online manipulation. BL-000037970_A–38164_A, at 38111_A, 38133_A, 38138_A. *See also*, BL-000028664-8725, at 8712.

[24] BL-000038170_A-8269_A, at 8177_A. *See also* Chrisomalis Deposition, at 213:22-214:16.

[25] "Blake Lively Announces the Launch of Betty Booze, A New line of Gourmet Sparkling Canned Cocktails," *PR Newswire*, June 29, 2023, available at https://www.prnewswire.com/news-releases/blake-lively-announces-the-launch-of-betty-booze--a-new-line-of-gourmet-sparkling-canned-cocktails-301866520.html.

[26] BL-000037661-7748, at 7696.

[27] BL-000033111-141, at 113.

[28] BL-000037129_A-151_A, at 133_A.

[29] BL-000037129_A-151_A, at 131_A.

[30] BL-000037129_A-151_A, at 139_A.

CONFIDENTIAL – Attorneys' Eyes Only

17. Betty Booze similarly underperformed after the online manipulation. In the last five months of 2024, it generated only one-third of the revenue it earned in the preceding four months.[31] During the 2024 Labor Day period, at Total Wine, its sales rose only 16 percent compared to 41 percent in 2023 and a 30 percent median across all RTD brands in 2024.[32]

## VI.    FRAMEWORK FOR QUANTIFYING DAMAGES

18. Economic damages are intended to restore a plaintiff to the same economic position they would have been in but for the challenged conduct. To determine economic damages, I necessarily assume that Defendants will be found liable for the alleged wrongful conduct, and I rely in part on Professor Mayzlin's opinion that the online manipulation "produc[ed] sharp and sustained deterioration in sentiment," which "weakened perceptions of Ms. Lively" and "in turn spilled over to her commercial ventures."[33] I have been asked to value Ms. Lively's economic damages as of March 31, 2026,[34] which is the end of month of the anticipated trial in this case ("valuation date").

19. Ms. Lively's damages are properly classified in two categories: (1) the lost profits of her two businesses, Blake Brown and Betty B, which are measured as her share of the profits the businesses would have earned but for the alleged wrongdoing ("but-for" profits or

---

[31] BL-000037129_A-151_A, at 141_A.

[32] BL-000037129_A-151_A, at 134_A.

[33] Mayzlin Report, ¶ 52.

[34] While March 31, 2026, is a future date, I refer to it as the "present value" date for convenience. For all cash flows that occur prior to March 31, 2026, I compound them forward to that date using the 1-year U.S. Treasury yield as of November 15, 2024, (4.3 percent) for 2024 Q4 and as of June 30, 2025, (4.0 percent) for 2025. "Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)," *Federal Reserve Bank of St. Louis,* available at https://fred.stlouisfed.org/series/DGS1.

CONFIDENTIAL – Attorneys' Eyes Only

"but-for" scenario) less actual profits ("actual" profits or "actual" scenario) (Technically, and as will be seen below, damages are computed as lost cash flows, not lost profits. I use the phrase "lost profits" throughout this report because that is the common way to refer to these types of damages.); and (2) lost royalties, which are calculated as the amount of royalties Ms. Lively would have received absent the alleged misconduct minus actual royalties.[35] The lost profits for Betty B reflect only the lost profits from Betty Booze, and not from Betty Buzz.[36]

20. Under this framework, the but-for scenario represents the financial performance that Blake Brown and Betty Booze would likely have achieved absent the online manipulation. The actual scenario reflects the observed and expected financial performance of the businesses in the actual world, with the presence of the online manipulation and its continuing effects.

21. The profits under each scenario are calculated using a discounted cash flow ("DCF") approach, which forecasts the operating results of the businesses into future years and discounts those cash flows to their present values as of the valuation date. This is a commonly used and accepted approach for valuing a business. I estimate damages beginning in the last quarter of 2024, approximately two months after the onset of the online manipulation, and extend the projections forward to capture the continuing effects. For each business, I calculate the difference between the present values of future cash flows in the but-for and actual scenarios, multiplied by Ms. Lively's ownership interest in each business.

---

[35] According to Laura Tedesco, CEO of Family Hive, the "overarching entity for the Blake Brown brand," Ms. Lively is entitled to receive royalties from Family Hive LLC. *See* Deposition of Laura Tedesco, September 29, 2025, ("Tedesco Deposition"), at 14:9-13, 24:23-25, 25:12-26:5, 26:12-14, 61:7-10. *See also,* BL-000037820-853 at 829.

[36] As I discuss in **Section V.C**, Betty B management contemplated shutting down Betty Buzz in late 2024 for reasons unrelated to the online manipulation. Thus, I do not calculate damages for Betty Buzz.

CONFIDENTIAL – Attorneys' Eyes Only

22. The but-for scenarios are constructed using contemporaneous forecasts and expectations that were developed prior to the online manipulation.[37] The actual scenarios, by contrast, incorporate the "sharp and sustained deterioration in sentiment," which "weakened perceptions of Ms. Lively" and "in turn spilled over to her commercial ventures," as identified in the Mayzlin Report,[38] and extend the effects from the reputational harm and sales disruption into the future through projections.

23. I consider several possible outcomes for Ms. Lively's businesses in the actual world. One is that the businesses fail to recover and cease operations sometime after 2025 ("Shutdown Case"). For Blake Brown, I also consider an additional outcome in which the company successfully implements its planned $6.1 million incremental marketing investment plan, which would "re-ignite brand awareness and drive shoppers to the aisle"[39] ("Marketing Investment Case"). Under this case, Blake Brown would achieve the minimum sales level required by Target and eventually return to its expected performance prior to the online manipulation.[40] For Betty Booze, I consider the Shutdown Case as well as two additional potential outcomes in which the business eventually returns to its pre-online manipulation expectations, but only after a recovery period of two or three years (the "2-Year Delay Case" and "3-Year Delay Case," collectively, the "delayed" cases).[41]

---

[37] I have reviewed the forecasts contained in the source documents that serve as inputs in my damages calculations and concluded that they are reasonable. For each forecast, which was prepared in the ordinary course of business, I have reviewed the supporting information and determined that the underlying assumptions are reasonable and consistent with available evidence.

[38] Mayzlin Report, ¶ 52.

[39] BL-000039329-337, at 332.

[40] BL-000039329-337, at 331.

[41] I understand that Betty B's management expects a potential delay of two or three years before the company returns to its pre-online manipulation expectations.

CONFIDENTIAL – Attorneys' Eyes Only

24. For each of the Betty Booze delayed cases, the forecasts for operating performance for the recovery year (*e.g.*, 2026 under a two-year delay, and 2027 under a three-year delay) and thereafter are constructed by shifting the pre-online manipulation forecasts forward by the length of the assumed delay. For example, under a three-year delay, the 2024 forecast made before the online manipulation becomes the 2027 forecast in the actual world, the 2025 forecast becomes the 2028 forecast, and so on. The forecast for earlier years without actual results are estimated through interpolation. For example, 2026 in the three-year delay outcome is calculated as the midpoint between the 2025 actuals and the 2027 delayed forecast (*i.e.*, the 2024 pre-online manipulation forecast). This methodology captures two different possible outcomes in which the business ultimately returns to its pre-online manipulation expectation, but only after varying periods of delay.

## VII.   LOST PROFITS FOR BLAKE BROWN

25. As discussed above, I calculate Ms. Lively's lost profits in Blake Brown as the profits in the but-for scenario less the profits in the actual scenario. My conclusion is that the economic damages Ms. Lively suffered due to the harm to her interest in Blake Brown are between approximately $19.4 million and $45.1 million. I discuss my valuation methodology in the following subsections.

### A.   Common Assumptions

26. To calculate the profits in both the but-for and actual scenarios, I apply a DCF approach, which requires three key components regarding future performance: (1) Blake Brown's projected free cash flows in each scenario; (2) the rate that Blake Brown would be expected to grow during the terminal period (*i.e.*, the period after the assumed exit year); and

CONFIDENTIAL – Attorneys' Eyes Only

(3) the appropriate risk-adjusted discount rate or interest rate to calculate the net present value of the cash flows as of the valuation date. I first describe the terminal growth rate and the discount rate or interest rate because they are the same for both the but-for and actual scenarios.

### 1.    Terminal Growth Rate

27. The terminal growth rate is typically determined based on inflation rates and gross domestic product ("GDP").[42] To determine the terminal growth rate in my analysis, I reviewed long-term inflation and GDP forecasts from the Federal Reserve Bank of Philadelphia's Livingston Surveys from 2016 to 2025. From this data, I select the median long-term forecasts for the CPI inflation rate and real GDP and then calculate nominal GDP growth.[43] **Table 2** below summarizes forecasts of long-run inflation and GDP growth. Based on the Livingston Surveys from 2016 to 2025, CPI inflation rates range from 2.2 percent to 2.5 percent, and nominal GDP growth rates range from 4.2 percent to 4.6 percent.

---

[42] Damodaran, Aswath, *Investment Valuation*, 3rd Ed., John Wiley & Sons, 2012, p. 304 ("As a firm grows, it becomes more difficult for it to maintain high growth and it eventually will grow at a rate less than or equal to the growth rate of the economy in which it operates.").

[43] Nominal GDP growth equals (1 + Inflation Rate) × (1 + Real GDP Growth) – 1.

CONFIDENTIAL – Attorneys' Eyes Only

**Table 2: Long-Term Economic Growth Rate Estimates for the U.S.
per Federal Reserve Bank of Philadelphia's Livingston Survey[44]**

| Survey | Inflation Rate | Real GDP Growth | Nominal GDP Growth | Time Period |
|---|---|---|---|---|
| 2016 Survey | 2.30% | 2.20% | 4.55% | 2017-2027 |
| 2017 Survey | 2.34% | 2.18% | 4.57% | 2018-2028 |
| 2018 Survey | 2.23% | 2.07% | 4.35% | 2019-2029 |
| 2019 Survey | 2.22% | 2.00% | 4.26% | 2020-2030 |
| 2020 Survey | 2.23% | 2.20% | 4.48% | 2021-2031 |
| 2021 Survey | 2.40% | 2.10% | 4.55% | 2022-2032 |
| 2022 Survey | 2.50% | 1.93% | 4.48% | 2023-2033 |
| 2023 Survey | 2.26% | 1.90% | 4.20% | 2024-2034 |
| 2024 Survey | 2.28% | 2.05% | 4.38% | 2025-2035 |
| 2025 Survey | 2.26% | 2.00% | 4.31% | 2026-2036 |

28. The data I present in **Table 2** support a terminal growth rate between an expected long-term inflation rate of 2.0 percent and a long-term nominal GDP growth rate of 4.0 percent. Thus, for my valuation model, I select a terminal growth rate of 3.0 percent.

### 2. *Interest Rate / Discount Rate*

29. Another assumption in the DCF model relates to interest rates and the discount rate used to bring the cash flows to their present/future values as of March 31, 2026, the valuation date. For cash flows occurring before the valuation date, I grow them using the 1-

---

[44] The Livingston Survey, Federal Reserve Bank of Philadelphia, December 9, 2016; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 15, 2017; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 21, 2018; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 13, 2019; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 18, 2020; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 17, 2021; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 16, 2022; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 15, 2023; The Livingston Survey, Federal Reserve Bank of Philadelphia, December 20, 2024; The Livingston Survey, Federal Reserve Bank of Philadelphia, June 24, 2025.

CONFIDENTIAL – Attorneys' Eyes Only

year U.S. Treasury yield as of November 15, 2024, (4.3 percent) for 2024 Q4 and as of June 30, 2025, (4.0 percent) for 2025.[45] For cash flows occurring after the valuation date, I apply a discount rate of 17.5 percent for Blake Brown based on the weighted average cost of capital ("WACC") to convert projected future cash flows to their present value as of the valuation date.[46] WACC reflects the cost of equity and debt financing and their relative weights to the firm's capital structure and represents a company's average cost of financing from all sources—debt, equity, and preferred stock. Because Blake Brown has no long-term debt or preferred stock,[47] I use a cost of equity capital rate for my analysis.

30. I calculate the cost of equity capital using the *Kroll Cost of Capital Navigator* under two industry standard approaches:[48] (1) the build-up method, and (2) the Capital Asset Pricing Model with size premium ("CAPM + Size Premium").[49] Using these approaches, my estimated cost of equity capital rate is 17.5 percent for Blake Brown.[50]

---

[45] "Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)," *Federal Reserve Bank of St. Louis,* available at https://fred.stlouisfed.org/series/DGS1.

[46] **Backup Exhibit 1.D**.

[47] *See* BL-000038373-382, at 377.  *See also*, BL-000039160-68, at 63-64.

[48] Pratt, Shannon P. and Roger J. Grabowski, *Cost of Capital*, 5th Ed., John Wiley & Sons, 2014, p. 94 ("Data in the Duff & Phelps Studies can be used as an alternative to Morningstar data in estimating the cost of capital."). Kroll was formerly known as Duff & Phelps. "Duff & Phelps Announces Plans to Unify Company Under Kroll Brand," *Kroll*, February 24, 2021, available at https://www.kroll.com/en/newsroom/duff-and-phelps-unifies-under-kroll-brand.

[49] The build-up and CAPM + Size Premium approaches are both standard approaches for calculating the cost of equity capital. *See*, *e.g.*, Pratt, Shannon P. and Roger J. Grabowski, *Cost of Capital*, 5th Ed., John Wiley & Sons, 2014, Chapters 9-10.

[50] I first calculate the medians of four sets of estimates based on alternative input combinations using the CAPM + Size Premium or build-up approaches, each incorporating a different size premium derived from two groups of comparable companies (*i.e.*, regression-based and portfolio-based) (*see* **Backup Exhibit 1.D** and **Appendices C.4-5**). I then use the higher of the average or median of these four medians and round the result up to the nearest 0.5 percent to ensure a conservative estimate of the discount rate.

15

CONFIDENTIAL – Attorneys' Eyes Only

**B.     But-For Scenario**

31. To determine the but-for profits, I also need to determine the free cash flows the company would have been expected to earn absent the alleged wrongdoing.

*1.     But-For Value of Free Cash Flows*

32. To calculate the but-for value of the free cash flows for Blake Brown, I begin with the EBITDA forecasts from 2024 through 2030 prepared by Deloitte Consulting LLP ("Deloitte") in July 2024, before the online manipulation began (the "Blake Brown Forecast").[51] These forecasts represent Deloitte's expectations as a prominent, third-party advisor and consultant prior to the at-issue online manipulation against Ms. Lively.

33. The Blake Brown Forecast projected revenues based on three operational "key drivers:" (1) the number of retail doors, (2) the product lines, and (3) product productivity, defined as the weekly units sold per product per store.[52] Deloitte noted that these forecasts were "predicated on a rapid and successful initial launch at Target," which was reasonable given Target's reach as "a top destination for Haircare in the US" and was subsequently confirmed by Blake Brown's early sales performance.[53]

---

[51] BL-000039169.  On August 7, 2023, Give Back Beauty and Ms. Lively agreed to engage Deloitte Consulting to "prepare a **full 5-year business plan**, to be prepared in good faith, with reasonability in the best interest of [Family Hive LLC], starting from the business plan developed by [Give Back Beauty.]" (emphasis in original). BL-000037854-865, at 854, 859. Ms. Tedesco testified that the Blake Brown Forecast is "an unbiased perspective on a business plan that would allow Family Hive to achieve [an end goal of a billion-dollar valuation]." Tedesco Deposition, at 72:4-25.

[52] BL-000021798-1910, at 1806.

[53] BL-000021798-1910, at 1806, 1818. *See also*, BL-000034272-292, at 275.

CONFIDENTIAL – Attorneys' Eyes Only

- For retail doors, Deloitte outlined a sequenced expansion plan with detailed assumptions for distribution into Ulta and international markets by mid-2025.[54] Deloitte supported this plan with data showing meaningful consumer overlap between Target and Ulta shoppers, particularly among Millennials and Gen-Z.[55] For example, Deloitte's analysis of credit card data showed that 51 percent of Ulta shoppers also shopped at Target each month, and survey data indicated that more than one third of Ulta consumers purchased haircare products specifically at Target.[56] These data points supported that, with a successful product launch at Target, it is reasonable to assume a similar entry at Ulta in subsequent years.

- For the product line, Deloitte tied expected sales to a launch portfolio of seven haircare products, which would be expanded to 14 products by 2026.[57] Deloitte positioned Blake Brown in the "masstige" segment of the haircare market, defined as a group of brands that "can offer quality, performance, and authority at more accessible price points."[58] Deloitte noted that Target, the number one retailer in masstige haircare, could provide "favorable shelf space, end caps, and marketing / promotional support."[59] Deloitte also used the strong growth of the masstige category in the haircare market (*i.e.*, 7.5 percent

---

[54] BL-000021798-1910, at 1806.

[55] BL-000021798-1910, at 1818 and 1820.

[56] BL-000021798-1910, at 1825 ("51% of Ulta shoppers shop in Target each month based on credit card research. ~35% of Ulta consumers surveyed shop at Target for haircare.").

[57] BL-000021798-1910, at 1806.

[58] BL-000021798-1910, at 1817. Ms. Tedesco also testified that Blake Brown has "[a] lower price relative to traditional salon brands but a more premium price related to straight mass brands." Tedesco Deposition, 78:18-24.

[59] BL-000021798-1910, at 1803.

compound annual growth rate)[60] to further support its revenue growth assumption for Blake Brown.

- For productivity, Deloitte assessed Blake Brown's expected sales per product per store, and placed its assumptions toward the higher end of observed ranges, but still within peer performance. For the first six months after launch, Deloitte projected a sales rate of approximately two units per product per store per week, which increased to approximately two and a half units as distribution expanded.[61] These levels were consistent with Target's experience with other masstige haircare brands.[62] Given the exclusive relationship with Target, the marketing investment,[63] and the brand's celebrity backing,[64] Deloitte reasonably assumed that Blake Brown's productivity would fall within the range of comparable masstige brands at Target, albeit toward the higher end of that range.[65]

34. In addition to revenues, Deloitte modeled cost assumptions related to expected gross margins, service fees owed to Blake Brown's joint venture partner, overhead, which includes royalty payments, and marketing expenses. I discuss each assumption below:

- For gross margin, the Blake Brown Forecast assumed an initial decline followed by an increase after 2026 from a planned price increase and improved scale efficiencies based

---

[60] BL-000021798-1910, at 1816.

[61] BL-000021798-1910, at 1806.

[62] BL-000021798-1910, at 1806, 1846.

[63] BL-000021798-1910, at 1804.

[64] BL-000021798-1910, at 1804.

[65] BL-000021798-1910, at 1806.

CONFIDENTIAL – Attorneys' Eyes Only

on larger supplier purchases.[66] Over the projected period, gross margins were expected to range from 58 percent to 63 percent, consistent with Deloitte's benchmarks for comparable makeup brands, which reported gross margins of between 55 percent to 72 percent.[67]

- Joint venture service fees were modeled with a "defined fee structure" under an existing business agreement with Give Back Beauty.[68]

- Other overhead costs were held constant as a percentage of sales, and the percentage differs by sales channel.[69] These costs include royalty payments to Ms. Lively, which are 5 percent for wholesale and 10 percent for direct-to-consumer sales.[70]

- Deloitte projected marketing investment at 20 percent to 25 percent of sales, consistent with Deloitte's benchmarks showing marketing spend in the range of 20 percent to 30 percent of revenue for masstige and prestige brands.[71]

35. Further, Deloitte supported the forecasts with market research, which shows growth in both prestige and masstige channels, consumers' increasing willingness to try new products in the beauty segment, and the rising perception of haircare as part of wellness

---

[66] BL-000021798-1910, at 1807 ("COGS per unit declines steadily as the business **scales purchases with suppliers, offsetting any inflation in the supply chain**. Gross margin percent increases 4% in 2027 largely due to a price increase – additional price increases may be required to maintain gross margin if inflation is greater than expected.") (emphasis in original).

[67] BL-000021798-1910, at 1807, 1856.

[68] *See* BL-000021798-1910, at 1807. Ms. Tedesco testified that "the joint venture agreement includes [Ms. Lively] and [Give Back Beauty]. As part of [Give Back Beauty]'s contribution to Family Hive, they provide non-consumer-facing operational support; for example, supply chain, finance operations. […] [A]nd in exchange, […], [Family Hive LLC] pay[s] a distribution fee to Give Back Beauty." *See also*, Tedesco Deposition, at 81:4-82:2.

[69] BL-000021798-1910, at 1807. *See also*, BL-000037766-7819, at 7808.

[70] BL-000021798-1910, at 1807.

[71] BL-000021798-1910, at 1807, 1854.

19

CONFIDENTIAL – Attorneys' Eyes Only

routines. For example, Deloitte indicated that willingness to experiment and to try new products is "higher in Hair than any other beauty category in 2023," with 69 percent of consumers trying a new product at least every six months.[72] Deloitte concluded that these trends created a "whitespace opportunity"[73] for Blake Brown as a masstige haircare brand, as reduced barriers to entry from technologies and changing consumer behavior allowed new products to gain traction at accessible price points.[74]

36. Deloitte's findings are consistent with third party market research. For example, a YouGov survey of American adults found that less than half of respondents always use the same brand of shampoo,[75] which suggested a large segment of consumers are willing to switch or try alternatives. Similarly, a survey conducted by Cohley found that over half of consumers describe their haircare routine as "[h]ighly involved" and only 38% of consumers "tend to [s]tick with products they know vs. experimenting with new products."[76] In contrast, another survey by YouGov found that more than 60 percent of respondents "tend to rely on familiar products rather than exploring new options" for "beauty products" in general.[77]

---

[72] BL-000021798-1910, at 1817.

[73] BL-000021798-1910, at 1822. A "whitespace opportunity" is "an untapped or unmet need in the market that presents a potential area for differentiation." *See* "How to find your brand's whitespace opportunities," *Nepa*, available at https://nepa.com/blog/whitespace-opportunities/.

[74] BL-000021798-1910, at 1817.

[75] Shah, Kineree, "From brand loyalty to smell – What shapes US consumer's hair care choices?" *YouGov,* November 13, 2024, available at https://business.yougov.com/content/50928-from-brand-loyalty-to-smell-what-shapes-us-consumers-hair-care-choices.

[76] Knudsen, Christoph, "Haircare shopper insights," *Cohley*, February 2024, available at https://www.cohley.com/insights/haircare.

[77] Fernandes, Janice, "Key insights on American attitudes towards beauty products," *YouGov*, October 14, 2024, available at https://business.yougov.com/content/50685-key-insights-on-american-attitudes-towards-beauty-products.

CONFIDENTIAL – Attorneys' Eyes Only

These survey findings support Deloitte's view that haircare consumers are more receptive to new entrants compared to consumers of other beauty products.

37. Further, industry analyses corroborate Deloitte's conclusion that Blake Brown's growth potential was high given its position in a fast-growing segment. For example, Circana reported that masstige beauty sales grew 16 percent in 2023, faster than both prestige and mass market beauty sales.[78] Reports published after the Blake Brown Forecast noted strong outlook for masstige beauty products. For example, in 2024, Baird commented that "[w]hile the share of masstige is still relatively small, the landscape will evolve in the coming years as masstige continues to grow at an accelerated pace…"[79] In 2025, Circana reported that the "mass and prestige markets are converging, with premium-priced brands in mass retail and value-priced prestige brands outperforming their counterparts."[80] These later reports demonstrate that the Blake Brown Forecast was not only reasonable when it was prepared, but also supported by subsequent industry trends.

38. Deloitte validated the reasonableness of the forecasts through triangulation across three benchmarking groups: (1) comparable public companies, (2) private acquisitions, and (3) venture financings.[81] The Blake Brown Forecast implied an enterprise value of approximately $612 million at exit, reflecting a 4x revenue multiple.[82] Both the valuation and

---

[78] "Beauty Growth to Continue Through 2026," *Global Cosmetic Industry*, March 1, 2024, available at https://www.gcimagazine.com/consumers-markets/article/22887549/beauty-growth-to-continue-through-2026.

[79] "Baird's Takeaways from the 22nd Edition of Cosmoprof North America," *Baird*, 2024, available at https://www.rwbaird.com/siteassets/gib/pdf/cosmoprof-na-takeaways-summer-2024.pdf.

[80] Jensen, Larissa, "US Beauty Industry Grows in the First Half of 2025, Circana Reports," *Circana*, August 19, 2025, available at https://www.circana.com/post/us-beauty-industry-grows-in-the-first-half-of-2025-circana-reports.

[81] BL-000021798-1910, at 1859.

[82] BL-000021798-1910, at 1863.

CONFIDENTIAL – Attorneys' Eyes Only

the multiple were consistent with the benchmarking groups, indicating that the Blake Brown Forecast aligned with the observed market transactions.[83]

39. Deloitte also conducted sensitivity analyses to evaluate the potential impact of embedded risks in the Blake Brown Forecast, including risks related to the three operational "key drivers." The analysis showed, for example, that a reduction of 500 retail doors selling Blake Brown products could decrease the projected 2030 revenue by approximately $20 million in 2030.[84] The use of these sensitivity analyses demonstrates that the model incorporated key risks and that Deloitte tested the stability of the forecasts under alternative assumptions.

40. In addition, the Blake Brown Forecast was conservative relative to Blake Brown's actual early performance, before the online manipulation. Deloitte projected negative EBITDA of approximately –$1.3 million for the second half of 2024, yet actual EBITDA in August, the first month after its formal launch, was positive and nearly $1 million.[85] This outperformance was driven by stronger-than-expected sales: Deloitte forecasted total net revenue of approximately $8.7 million for the second half of 2024, while cumulative actual revenues had already reached $7.3 million by August 2024, less than two months after launch.[86]

---

[83] BL-000021798-1910, at 1861-1865.

[84] BL-000021798-1910, at 1808.

[85] BL-000021798-1910, at 1805. *See also*, BL-000038373-382, at 376.

[86] BL-000021798-1910, at 1805. *See also*, BL-000038373-382, at 376.  For specific categories like shampoo, Ms. Tedesco testified that "[a]t launch, [Blake Brown's shampoo] far exceeded [Kristin Ess and Native shampoos.]" As for masks products, Ms. Tedesco testified that "[m]asks in particular were selling incredibly well, even more so than the other incredibly well-selling products. […] [T]he sell through was so much higher than even the high forecast Target provided." Tedesco Deposition, 102:23-103:5, 110:12-111:10.

CONFIDENTIAL – Attorneys' Eyes Only

41. In my analysis, free cash flow is calculated as the Blake Brown Forecast for EBITDA less changes in Blake Brown's net working capital.[87] I use the net working capital forecasts from 2024 through 2030 based on the "Working Capital Needs from Deloitte Business Plan."[88] I then calculate the change in net working capital by subtracting the current period net working capital from the prior period net working capital. The Blake Brown Forecast for net working capital incorporate assumptions about receivables, inventory, and payables.[89] For example, the receivables are assumed to (1) be zero for direct-to-consumer sales because payment is collected at purchase; and (2) have a 45-day credit term for sales via a business that has a physical location (*i.e.*, brick-and-mortar sales), which is longer than Target's credit terms and thus conservative.[90] Inventory is assumed to be "in line with industry benchmark," and payables are assumed to have a 60-day credit term.[91]

### 2.     *Valuation of Blake Brown*

42. Based on the DCF analysis and inputs described above, I calculate the but-for value of Blake Brown to be $108.6 million as of March 31, 2026.[92]

---

[87] From my review of Blake Brown's financial statements and case documents, I observe that Blake Brown has minimal capital expenditures. Thus, I make no adjustments for depreciation and amortization when calculating the projected free cash flows. In addition, I do not adjust for taxes because any award to Ms. Lively will itself be taxable. Thus, adjusting for taxes in the free cash flow calculation and then applying taxes again to the award would result in double taxation.

[88] BL-000039160-68, at 62.

[89] BL-000039160-68, at 62.

[90] BL-000039160-68, at 62.

[91]  BL-000039160-68, at 62.

[92] *See* **Exhibit 1.**

23

CONFIDENTIAL – Attorneys' Eyes Only

**C.      Actual Scenario**

43. To analyze the cash flows in the actual scenario, I apply the same DCF approach as in the but-for scenario. The assumptions for the terminal growth and discount rates remain unchanged. For the cash flow projections, however, I consider several possible outcomes for Blake Brown in light of the "sharp and sustained deterioration in sentiment," which "weakened perceptions of Ms. Lively" and "in turn spilled over to her commercial ventures" as I discussed above in **Section VI**: (1) the business fails to recover and ceases operations after 2025 (Shutdown Case), and (2) the business successfully implements its planned $6.1 million incremental marketing investment plan, which would "re-ignite brand awareness and drive shoppers to the aisle" (Marketing Investment Case).[93] I describe the different outcomes below.

*1.      Shutdown Case*

44. For this outcome, I assume that Blake Brown will continue operating until sometime after 2025, but then will cease operations, generating no free cash flow after that point.

45. To calculate free cash flow through 2025, I follow the same methodology as in the but-for scenario: free cash flow is estimated as EBITDA adjusted for changes in net working capital. For 2024, I use Blake Brown's actual financial results from October through December 2024, which directly capture the immediate and large impact of the online manipulation on revenue. Specifically, while net revenue was $4.2 million in August, it fell

---

[93] BL-000039329-337, at 332.

CONFIDENTIAL – Attorneys' Eyes Only

by 50 percent to $2.1 million in September, dropped again to $1.2 million in October, and continued to decline to $331 thousand in November and $329 thousand in December.[94]

46. For 2025, I rely on the "2025 full year forecast" in the Blake Brown Brand Update, prepared in the "July 2025 time frame" by management.[95] The Brand Update notes that "[a]s a matter of fact, the negative impact of digital manipulation, generated an adverse trend that is still affecting current performance."[96] The Brand Update also notes that "[b]ecause of the negative sell-out performance initiated in September 2024 and continuing through 2025, the forecast for 2025 is very weak when compared to the Deloitte BP, with net sales down 76%."[97]

### 2. Marketing Investment Case

47. As discussed above in **Section VI**, for this case, I assume that Blake Brown's planned $6.1 million incremental marketing investment, as described in a board presentation dated August 2025 (the "August 2025 Board Meeting Presentation"), will be successful and will "re-ignite brand awareness and drive shoppers to the aisle."[98]

- For revenue, I assume that Target sales reach approximately $500,000 per week by the second half of 2026, the minimum required to "secure brand position at Target," and that

---

[94] BL-000038373-382, at 376.

[95] BL-000038373-382, at 380-381. Ms. Tedesco testified that the document was prepared by Marco Cecchini, the "head of strategy for [Give Back Beauty]" in the "July 2025 time frame." Ms. Tedesco also testified that Give Back Beauty is "one of [two] major shareholders of Family Hive." Tedesco Deposition, September 29, 2025, at 26:1-5, 175:20-176:10, 184:1-12.

[96] BL-000038373-382, at 375.

[97] BL-000038373-382, at 381.  Ms. Tedesco also testified that Blake Brown "overdelivered the Deloitte plan, but that was really driven by the launch month and wasn't a consistent performance throughout […] September, October, November, December." Tedesco Deposition, 177:16-178:4.

[98] BL-000039329-337, at 331-332.

CONFIDENTIAL – Attorneys' Eyes Only

sales return to pre-online manipulation expectations beginning in 2027.[99] Because Ulta and international sales would depend on an established track record at Target,[100] I assume zero revenue from these channels in 2026 and pre-online manipulation levels beginning in 2027.[101]

- For cost of goods sold and other variable costs, including distribution costs, warehouse and logistics, and marketing, I apply fixed ratios for each line item to the total forecasted net revenue, using the average ratios across 2026 to 2030 in the Blake Brown Forecast. My calculation for royalties follows the description below in **Section IX**. For fixed costs, including other admin and overhead and SG&A expenses, I assume pre-online manipulation levels.[102] In addition, I allocate the $6.1 million incremental marketing investment as $4.6 million in 2025 and $1.5 million in 2026, consistent with the August 2025 Board Meeting Presentation.[103]

### 3.    *Valuation of Blake Brown*

48. Based on the DCF analysis and inputs described above, I calculate the value of Blake Brown in the actual world to be in the range of -$4.1 million to $60.2 million as of March 31, 2026 (*See* **Exhibit 1** and **Table 3** below).

---

[99] BL-000039329-337, at 331. I assume that the first half of 2026 will be a transition period in which the average weekly sales is the midpoint between the performance as of the August 2025 Board Meeting Presentation ($170 thousand) and $500 thousand. For 2027 to 2031, I assume the Target sales follows the Blake Brown Forecast for 2026 to 2030.

[100] BL-000039329-337, at 331. According to Ms. Tedesco, Ulta postponed the time to launch with Blake Brown due to the "controversial" media environment. For international retailers like Sephora in Europe, "there wasn't an interest in pursuing partnership." Tedesco Deposition, 179:11-180:10, 181:1-12.

[101] For 2027 to 2031, I assume the Ulta and international sales follow the Blake Brown Forecast for 2025 to 2029.

[102] For 2027 to 2031, I assume the fixed costs follow the Blake Brown Forecast for 2026 to 2030.

[103] BL-000039329-337, at 330.

CONFIDENTIAL – Attorneys' Eyes Only

**Table 3: The Actual Profits for Blake Brown**[104]

|  | Actual Profits for Blake Brown ($ in millions) |
|---|---|
| Shutdown Case | -$4.1 |
| Marketing Investment Case | $60.2 |

## VIII.   LOST PROFITS FOR BETTY BOOZE

49. The damages calculation for Betty Booze follows the same general methodology described above in **Section VII** for Blake Brown. Specifically, lost profits are measured as the difference between profits in the but-for scenario and profits in the actual scenario, based on a DCF approach. The terminal growth rate, statutory interest rate, and discount rate are also derived using the same methodology used in my analysis of Blake Brown.[105] Using this approach, my conclusion is that the economic damages Ms. Lively suffered due to the harm to her interest in Betty Booze are between approximately $7.9 million and $28.3 million.

### A.   But-For Scenario

50. In the but-for scenario, I calculate projected free cash flows for Betty Booze using forecasts prepared by Betty B management in a board presentation dated October 1, 2024 (the "October 2024 Presentation").[106] The calculation follows the same approach used for Blake Brown. I begin with the management's EBITDA forecasts for 2024 through 2028 in

---

[104] *See* **Exhibit 1.**

[105] I apply the cost of equity capital for Betty B, which is calculated using inputs from the consolidated financials, to Betty Booze. My estimated cost of equity capital rate is 16.0 percent for Betty B. *See* **Backup Exhibit 2.C** and **Appendices D.7-8**.

[106] BL-000037970_A-38164_A, at 38124_A-38125_A, 38136_A.

CONFIDENTIAL – Attorneys' Eyes Only

Betty Booze's "5 Year Financial Model."[107] Although the forecasts were prepared soon after the beginning of the online manipulation, I understand that the impact of the online manipulation was not incorporated into the projections.[108]

51. I then adjust EBITDA for changes in working capital. Because working capital forecasts were only available at the consolidated level for Betty B,[109] I allocate the total changes in working capital to Betty Booze in proportion to the brand's forecasted total revenue in each year. This adjustment is made because the major components of working capital, including accounts receivable, inventory, and accounts payable, generally scale with total sales.

52. The forecasts in the October 2024 Presentation are accompanied by a summary of the management's "macro thesis" and strategic goals for Betty B, along with management's assessment of positive factors ("glass half full") and negative factors ("glass half empty") that had occurred in the businesses.[110] As I discuss below, the assumptions used in the forecast are consistent with contemporaneous evidence.

53. Projected revenues for Betty Booze are based on the brand's performance through four distribution channels: (1) new innovations, (2) reorders, (3) the brand's partnership with

---

[107] BL-000037970_A-38164_A, at 38124_A, 38136_A. The October 2024 Presentation does not explicitly report EBITDA forecasts separately for Betty Booze, although it does provide brand-level revenue forecasts and a projected "EBITDA % of Net Revenue" for Betty Booze. Thus, I calculate Betty Booze's EBITDA by applying the reported "EBITDA % of Net Revenue" to its revenue forecast.

[108] For example, when asked about the October 2024 Presentation lowering "shipment forecast from 200k cases to 125k cases in 2024," Andrew Chrisomalis, chairman of Betty B, testified that the change "had nothing to do with any negative publicity of the brand" and was instead attributed to the brand's later than anticipated launch with Southern Glazier's Wine and Spirits." Chrisomalis Deposition, at 25:7-10, 141:16-143:16. *See also*, BL-000037970_A-38164_A, at 38048_A.

[109] BL-000037970_A-38164_A, at 38125_A.

[110] BL-000037970_A-38164_A, at 37986_A.

CONFIDENTIAL – Attorneys' Eyes Only

Princess Cruises, and (4) international markets.[111] The forecasted revenue growth in the October 2024 Presentation for Betty Booze is consistent with growth achieved by other brands in the RTD alcohol market. In 2023, Betty Booze's launch year, it sold approximately 40 thousand cases.[112] The October 2024 Presentation forecasts that the sales will grow to 0.5 million cases annually by 2025 and 1.0 million cases annually by 2026.[113] Management commented that "[i]n addition to High Noon & Cutwater, [s]everal others have hit >1M cs/year in 3-4 years."[114] For example, Long Drink, a Finnish-inspired RTD alcohol brand backed by celebrity co-owners Miles Teller and Kygo,[115] started at a similar level in the launch year, and sold approximately 30 thousand cases in 2019.[116] The brand reached 467 thousand cases in its third year, and one million cases in its fourth year.[117] Mom Water, a fruit-infused vodka water brand with woman co-ownership,[118] which also launched with approximately 40 thousand cases in its first year, grew to approximately 500 thousand cases by the second year and reached one million cases three years after launch.[119] Similarly, Carbliss, a line of RTD vodka cocktails,[120] sold approximately 40 thousand cases in 2021 and 400 thousand cases in 2022.[121] These comparisons show that the case volumes projected for

---

[111] BL-000037970_A-38164_A, at 37970_A-38137_A.

[112] BL-000037970_A-38164_A, at 38136_A.

[113] BL-000037970_A-38164_A, at 38136_A.

[114] BL-000037970_A-38164_A, at 38009_A.

[115] "The Story," *Long Drink*, available at https://www.longdrink.com/the-story.

[116] BL-000037661-7748, at 7723.

[117] BL-000037661-7748, at 7723.

[118] "Our Story," *Mom Water*, available at https://drinkmomwater.com/pages/about.

[119] BL-000037661-7748, at 7723.  *See also*, BL-000037970_A-38164_A, at 38009_A.

[120] "Founder's Story," *Carbliss*, available at https://drinkcarbliss.com/pages/founders-story.

[121] BL-000037661-7748, at 7723.

CONFIDENTIAL – Attorneys' Eyes Only

Betty Booze over the next several years are in line with the experience of other recent RTD entrants.[122]

54. Beyond the time expected to reach certain case volume benchmarks, the forecast was supported by Betty Booze's strong early performance after launch. Based on Nielson data from June 25, 2023, through July 20, 2024, Betty Booze already ranked #6 in "RTD Spirit brand at Total Wine," and the management noted that "[a]ll other brands [on the list]… are projected to do **1mm or more cases nationally** across all retailers" (emphasis in original).[123] In addition, Betty Booze has built a broad distribution network faster than expected. From January to August 2024, the brand expanded from 235 accounts limited to Total Wine to more than 5,000 accounts across major national retailers including Whole Foods, Kroger, Sprouts, Albertsons, and Walmart.[124] This exceeded the internal forecast of 4,800 accounts for the same period and provides a strong base for further growth.[125]

55. Further, Betty Booze's brand awareness and social media presence provide additional support for the forecast. The brand has already generated billions of earned media impressions.[126] With 148 thousand Instagram followers, Betty Booze ranks the second

---

[122] While the comparison of RTD brands may be subject to a potential "survivorship bias" because it only includes brands that achieved rapid growth, the purpose of this comparison is not to assert that every new RTD brand will achieve similar growth. Rather, the comparison supports that the forecast for Betty Booze is within a range that has been observed in the industry.

[123] BL-000037970_A-38164_A, at 38025_A.

[124] BL-000037970_A-38164_A, at 38029_A-38047_A. While the October 2024 Presentation noted a loss of market share at Total Wine, management associated the loss to the brand's lack of vodka-based products. In response, management proposed a vodka and tea-based product, which launched in June 2025. BL-000037970_A-38164_A, at 38044_A-38045_A, 38052_A-38056-A; "Betty Booze, Introduces New Vodka Iced Teas - Just in Time for Summer," *PR Newswire*, June 4, 2025, available at https://www.prnewswire.com/news-releases/betty-booze-introduces-new-vodka-iced-teas--just-in-time-for-summer-302472674.html.

[125] BL-000037970_A-38164_A, at 38047_A.

[126] BL-000037970_A-38164_A, at 38016_A.

CONFIDENTIAL – Attorneys' Eyes Only

among RTD brands by social media following, behind only White Claw.[127] Management also noted the "amplification" effect from the combined 46 million followers of Blake Lively and Betty Buzz,[128] which increases visibility for potential consumers.

56. In addition, Betty B is managed by a team with substantial experience building and scaling alcoholic beverage companies, including celebrity-owned alcoholic brands. Several members of the management team previously held positions at Davos Brands,[129] a company known for successfully developing alcohol brands, including Sombra Mezcal.[130] Within two years under Davos Brands's management, Sombra Mezcal's sales "surged by triple digits in 2017."[131] In the same year, Davos Brands acquired a controlling interest in the brand, further growing Sombra Mezcal sales by 30 percent to 13,000 cases two years later.[132] As another example, as I discuss in more detail in **Section X.B**, Davos Brands supported the growth of the celebrity-backed Aviation American Gin, cumulating in its sale to Diageo in a deal with a total consideration of up to $610 million.[133] These examples demonstrate that

---

[127] BL-000037970_A-38164_A, at 38020_A.

[128] BL-000037970_A-38164_A, at 38020_A.

[129] For example, Andrew Chrisomalis, co-founder and CEO of Davos Brands, is also the co-founder and chairman of Betty B. *See*, *e.g.*, "Diageo to acquire Aviation Gin and Davos Brands," *Diageo*, August 17, 2020, available at https://www.diageo.com/en/news-and-media/press-releases/2020/diageo-to-acquire-aviation-gin-and-davos-brands; "Blake Lively Announces the Launch of Betty Booze, A New line of Gourmet Sparkling Canned Cocktails," *PR Newswire*, June 29, 2023, available at https://www.prnewswire.com/news-releases/blake-lively-announces-the-launch-of-betty-booze--a-new-line-of-gourmet-sparkling-canned-cocktails-301866520.html; "Betty Booze Announces New Flavors, A Variety Pack and Top National Distribution Partnership," *BevNET*, April 9, 2024, available at https://www.bevnet.com/spirits/2024/betty-booze-announces-new-flavors-a-variety-pack-and-top-national-distribution-partnership/.

[130] "Davos Brands Acquires Controlling Interest in Sombra Mezcal," *BevNET*, March 29, 2017, available at https://www.bevnet.com/spirits/2017/davos-brands-acquires-controlling-interest-sombra-mezcal.

[131] Pelner, Laura, "Mezcal's Momentum," *Market Watch*, May 16, 2018, available at https://www.marketwatchmag.com/mezcals-momentum/.

[132] English, Shane, "Mezcal Makes Its Move," *Market Watch*, February 18, 2021, available at https://www.marketwatchmag.com/mezcal-makes-its-move.

[133] "Diageo to acquire Aviation Gin and Davos Brands," *Diageo*, August 17, 2020, available at https://www.diageo.com/en/news-and-media/press-releases/2020/diageo-to-acquire-aviation-gin-and-davos-brands.

31

CONFIDENTIAL – Attorneys' Eyes Only

Betty B's management team has direct experience and a proven track record taking emerging alcohol brands from early-stage operations to significant scale, which provides a reasonable foundation for the growth projected for Betty B.

57. Based on the DCF analysis and inputs described above, I calculate the but-for value of Betty B to be $127.7 million as of March 31, 2026.[134]

## B. Actual Scenario

58. The calculation of free cash flows in the actual world for Betty Booze follows the same general approach used for Blake Brown. For Betty Booze, I consider the Shutdown Case, the 2-Year Delay Case, and the 3-Year Delay Case.

59. For the Shutdown Case, I use actual financial results from October through December 2024 for Betty Booze.[135] For 2025, I rely on the "2025F" EBITDA forecasts contained in the "Betty B Updates" presentation dated May 8, 2025 (the "May 2025 Presentation").[136] I then adjust EBITDA for changes in working capital. For 2025, I rely on the changes in working capital reported in the May 2025 Presentation.[137] For 2024 Q4, because changes in working capital are unavailable from the actual financial results, I

---

[134] *See* **Exhibit 2**.

[135] Quarterly financial results for Q4 2024 are only reported on a consolidated basis for Betty B, without a separate breakdown for Betty Buzz and Betty Booze. BL-000038862. However, the full-year 2024 actual results provide brand-level EBITDA. BL-000038170_A-8269_A, at 8236_A-8237_A. Thus, I apply the ratio of consolidated Betty B Q4 EBITDA to consolidated Betty B full-year 2024 EBITDA and use that ratio to convert the full-year brand-level EBITDA of Betty Booze to its respective quarterly EBITDA value.

[136] BL-000038170_A-8269_A, at 8243_A-8244_A. To verify the reasonableness of the "2025F" EBITDA forecast (*i.e.*, -$10 million on a consolidated basis), I compare it to the forecast based on doubling the actual January–June 2025 EBITDA results (*i.e.*, -$9.5 million on a consolidated basis), which gives similar results. *See* BL-000038862 and BL-000038170_A-8269_A, at 8241_A.

[137] BL-000038170_A-8269_A, at 8245_A.

CONFIDENTIAL – Attorneys' Eyes Only

calculate the value using current assets (excluding cash) and current liabilities.[138] As with the but-for calculation, I allocate the consolidated changes in working capital to Betty Booze based on its share of revenue relative to the consolidated Betty B revenue.

60. For the delayed cases for Betty Booze, I rely on the same actual financial results as the Shutdown Case. However, rather than assuming the business will cease operations sometime after 2025, I assume that the expected recovery of the business will be delayed by a period of two or three years. For these delayed outcomes, the forecasts for operating performance for the recovery year and thereafter are constructed by shifting the pre-online manipulation forecasts forward by the length of the assumed delay, and for the years prior to the recovery year, forecasts are estimated through interpolation.[139] In other words, I assume that, once recovery occurs, the business is projected to achieve the same trajectory that was expected before the online manipulation, but only after the specified period of disruption.

61. Based on the DCF analysis and inputs described above, I calculate the value of Betty B in the actual scenarios to be between -$2.8 million and $91.1 million (*See* **Exhibit 2** and **Table 4** below).

---

[138] BL-000038862.

[139] I also extend the projection period accordingly, with the exit year set at 2028 plus the assumed delay.

CONFIDENTIAL – Attorneys' Eyes Only

**Table 4: The Actual Profits for Betty B**[140]

|  | Actual Profits for Betty B ($ in millions) |
| --- | --- |
| Shutdown Case | -$2.8 |
| 2-Year Delay Case | $91.1 |
| 3-Year Delay Case | $75.9 |

## IX.   LOST ROYALTIES

62. I calculate Ms. Lively's lost royalties from Blake Brown as the amount of royalties Ms. Lively would likely have received absent the alleged misconduct minus the amount of royalties she receives in the actual scenarios. I understand that Ms. Lively does not receive royalties from Betty B. My calculation of damages from lost royalties follows the same general methodology described above in **Section VII** for the lost profits of Blake Brown. Specifically, lost royalties are measured as the difference between royalties in the but-for scenario and royalties in the actual scenarios, based on a DCF approach. I apply a discount rate of 14.5 percent, which is three percentage points lower than the discount rate I used when calculating lost profits for Blake Brown, to reflect the lower risk associated with a royalty income stream compared to a profits stream. Using this approach, my conclusion is that the economic damages Ms. Lively suffered due to the loss in royalties are between approximately $12.3 million and $70.2 million (*See* **Exhibit 3**).

63. In the but-for scenario, projected royalties are calculated based on net revenue forecasts for Blake Brown presented in the Blake Brown Forecast.[141] Consistent with the

---

[140] *See* **Exhibit 2**.

[141] I discussed the Blake Brown Forecast, including the reasonableness of its assumptions when projecting revenues for Blake Brown, above in **Section VII**.

CONFIDENTIAL – Attorneys' Eyes Only

Blake Brown Forecast and the terms of the Promotional Agreement,[142] I calculate projected royalties using a five percent royalty rate on retailer sales and a 10 percent royalty rate on projected net revenue for direct-to-consumer sales.[143] The terminal growth rate, statutory interest rate, and discount rate for my analysis are each derived using the same methodology used in my analysis of lost profits. In addition, I use the same assumptions for the possible outcomes in the actual world, including the Shutdown Case and the Marketing Investment Case. For both scenarios, I rely on actual 2024 royalties and the royalties in the "2025 full year forecast," based on results through June 2025 as reported in the Blake Brown Brand Update.[144]

## X. INDUSTRY RESEARCH SHOWS HIGH GROWTH RATES OF CELEBRITY-OWNED BRANDS

64. In recent years, there has been a "boom" in the number of celebrities launching their own brands, with 60 percent of celebrity retail brands in the United States formed in 2017 or later.[145] Leveraging their personal brand and large social media followings,

---

[142] BL-000037820-853, at 829 ("During the License Term and any Wind-Down Period… Company shall pay to Lender [LOL HATA] (a) a royalty equal to 5% of Wholesale Gross Sales ('Wholesale Royalties'), and (b) a royalty equal to 10% of Consumer Gross Sales ('Consumer Royalties' and together with Wholesale Royalties, 'Product Royalties')").

[143] BL-000039169 at tab "c.Overhead." According to the "Promotional Services and License Agreement," Ms. LOL HATA, which is wholly owned by Ms. Lively, receives a 5 percent royalty rate on "Wholesale Gross Sales" and a 10 percent royalty rate on "Consumer Gross Sales." BL-000037820-853, at 820, 829. However, I rely on royalties calculated by applying the contracted royalty rates to net revenues rather than gross sales, consistent with the Blake Brown Forecast and with the royalty calculations and payment records between Family Hive and representatives for LOL HATA. *See*, *e.g.*, BL-000034269.

[144] BL-000038373-382 at 375, 379, 380-381. I note that the reported royalties in the Blake Brown Brand Update income statements ($572k in 2024 and $174k for January through June 2025) differ from the royalty payments recorded in the LOL HATA royalty general ledger (*e.g.*, $607k in 2024 and $153k for January through June 2025). To maintain consistency with the lost profits analyses, I rely on the royalty values in the "2025 full year forecast" in the Blake Brown Brand Update. *See* BL-000034271.

[145] "Kim Kardashian, Ryan Reynolds and the age of the celebrity brand," *The Economist*, July 3, 2025, available at https://www.economist.com/business/2025/07/03/kim-kardashian-ryan-reynolds-and-the-age-of-the-celebrity-brand; "Behind the Boom in Celebrity Brands," *HBR IdeaCast*, https://hbr.org/podcast/2024/05/behind-the-boom-in-

CONFIDENTIAL – Attorneys' Eyes Only

celebrities have been able to establish viable businesses across a wide range of industries, including apparel, footwear, and health and wellness. [146] For example, Skims, the shapewear and clothing brand founded by television personality Kim Kardashian, has expanded quickly after being promoted to Ms. Kardashian's 350 million followers on Instagram. It now generates approximately $1 billion in annual sales.[147]

### A.        Market Trends of Celebrity-Owned Beauty Brands

65. Within this broader trend, celebrity-owned beauty brands have emerged as a particularly fast-growing segment. According to Nielsen data, sales of celebrity-owned beauty brands in the U.S. surpassed $1 billion in 2023, representing 57.8 percent growth from the previous year, which is higher than the 11.1 percent increase in overall beauty industry sales.[148] In addition, consumer adoption of celebrity-owned beauty brands is also expanding: as of 2024, more than 20 million U.S. households purchased a celebrity-owned beauty brand, an increase of 21.9 percent from the previous year.[149]

---

celebrity-brands; "What Makes a Successful Celebrity Brand?" *Harvard Business Review*, 2024, available at https://hbr.org/2024/05/what-makes-a-successful-celebrity-brand.

[146] "Kim Kardashian, Ryan Reynolds and the age of the celebrity brand," *The Economist*, July 3, 2025, available at https://www.economist.com/business/2025/07/03/kim-kardashian-ryan-reynolds-and-the-age-of-the-celebrity-brand; "Behind the Boom in Celebrity Brands," *HBR IdeaCast*, https://hbr.org/podcast/2024/05/behind-the-boom-in-celebrity-brands; "What Makes a Successful Celebrity Brand?" *Harvard Business Review*, 2024, available at https://hbr.org/2024/05/what-makes-a-successful-celebrity-brand.

[147] Kim Kardashian, Ryan Reynolds and the age of the celebrity brand," *The Economist*, July 3, 2025, available at https://www.economist.com/business/2025/07/03/kim-kardashian-ryan-reynolds-and-the-age-of-the-celebrity-brand; "What Makes a Successful Celebrity Brand?" *Harvard Business Review*, 2024, available at https://hbr.org/2024/05/what-makes-a-successful-celebrity-brand.

[148] "Celebrity-founded Beauty brands surpass $1 billion in sales," *Nielsen IQ*, January 22, 2024, available at https://nielseniq.com/global/en/insights/analysis/2024/celebrity-founded-beauty-brands-surpass-1-billion-in-sales/.

[149] "Celebrity-founded Beauty brands surpass $1 billion in sales," *Nielsen IQ*, January 22, 2024, available at https://nielseniq.com/global/en/insights/analysis/2024/celebrity-founded-beauty-brands-surpass-1-billion-in-sales/.

CONFIDENTIAL – Attorneys' Eyes Only

66. One example is Rare Beauty, a cosmetics brand founded by actress and singer Selena Gomez in 2020.[150] *Business Insider* described its launch as a "smash hit,"[151] and the brand has continued to grow rapidly. For the 12 months ending May 2024, Rare Beauty generated over $400 million in sales.[152] One of its best-selling products, the "Soft Pinch Liquid Blush," became a viral success and was voted by readers of the *Cosmopolitan* as the best blush of 2024.[153] This product alone accounted for over 26 percent of total blush sales at Sephora, a multinational personal care and beauty products retailer, surpassing established brands such as Dior.[154] Rare Beauty is currently one of the fastest-growing beauty brands on Instagram.[155]

---

[150] Weiss, Geoff and Micaela Garber, "Selena Gomez's beauty brand just made her a billionaire," *Business Insider*, September 6, 2024, available at https://www.businessinsider.com/selena-gomez-billionaire-rare-beauty-brand-2024-9.

[151] Weiss, Geoff and Micaela Garber, "Selena Gomez's beauty brand just made her a billionaire," *Business Insider*, September 6, 2024, available at https://www.businessinsider.com/selena-gomez-billionaire-rare-beauty-brand-2024-9.

[152] Feldman, Lucy, "How Selena Gomez Is Revolutionizing the Celebrity Beauty Business," *TIME*, May 29, 2024, available at https://time.com/6979619/rare-beauty/.

[153] Valenti, Lauren, "TikTok Made me Buy It: The Liquid Blush That Gives Me Juicy, Sculpted Cheeks," *Vogue*, June 6, 2022, available at https://www.vogue.com/article/tiktok-rare-beauty-liquid-blush; C., Olivia, "The Viral Blush That Actually Lives Up to the Hype," *Luminli*, April 20, 2025, available at https://luminli.com/rare-beauty-soft-pinch-liquid-blush/; Gillette, Beth and Marta Skovro, "Introducing: Cosmopolitan's 2024 Readers' Choice Beauty Awards," *Cosmopolitan*, September 9, 2024, available at https://www.cosmopolitan.com/style-beauty/beauty/a61817767/readers-choice-beauty-awards-2024/.

[154] Lobad, Noor, "The Top 10 Blush Brands at Sephora From Rare Beauty to Dior," *Women's Wear Daily*, January 21, 2025, available at https://wwd.com/beauty-industry-news/beauty-features/top-blushes-sephora-rare-beauty-drior-haus-labs-1236850523/.

[155] King, Candice, "How Rare Beauty Became One of the Fastest-Growing Beauty Brands on Instagram in 2025," *HypeAuditor*, June 4, 2025, available at https://hypeauditor.com/blog/how-rare-beauty-became-one-of-the-fastest-growing-beauty-brands-on-instagram-in-2025/.

CONFIDENTIAL – Attorneys' Eyes Only

67. Another example is Rhode, a skincare company founded by model Hailey Bieber in June 2022.[156] The brand reached $10 million in sales in the first 11 days after its launch.[157] In the 12 months ending March 31, 2025, Rhode generated over $200 million in net sales and more than doubled its consumer base.[158] In May 2025, less than three years after its launch, Rhode was acquired by e.l.f. Beauty in a deal valued at $1 billion.[159] The brand recently announced a retail partnership with Sephora, which allows its products to be offered in-store and on Sephora's website beginning in September 2025.[160]

68. News articles, blogs, and public data demonstrate that celebrity-owned beauty brands have achieved rapid growth in recent years, with some brands, including Rhode, even securing high-valued deals, reflecting the market's confidence in the brands' long-term success. This industry trend suggests that the projected expansion of Blake Brown absent the alleged misconduct was reasonable and consistent with the performance of other celebrity-owned beauty brands.

---

[156] Saltzman, Steph, "Hailey Bieber's Beauty Brand is Officially Here," *Fashionista*, June 15, 2022, available at https://fashionista.com/2022/06/rhode-hailey-bieber-skin-care-launch-products.

[157] Davies, Jackie, "The Rhode to riches – a deep dive into the brand and the audience that soared them to 1Billion," *audience*, June 11, 2025, available at https://resources.audiense.com/en/blog/the-rhode-to-riches-a-deep-dive-into-the-brand-and-the-audience-that-soared-them-to-1billion.

[158] "e.l.f. Beauty Announces Definitive Agreement to Acquire rhode in $1 Billion Deal," *Business Wire*, May 28, 2025, available at https://www.businesswire.com/news/home/20250528613364/en/e.l.f.-Beauty-Announces-Definitive-Agreement-to-Acquire-rhode-in-%241-Billion-Deal.

[159] "e.l.f. Beauty Announces Definitive Agreement to Acquire rhode in $1 Billion Deal," *Business Wire*, May 28, 2025, available at https://www.businesswire.com/news/home/20250528613364/en/e.l.f.-Beauty-Announces-Definitive-Agreement-to-Acquire-rhode-in-%241-Billion-Deal.

[160] Shafiq, Saman, "Hailey Bieber's Rhode officially gets a Sephora launch date," *USA Today*, August 18, 2025, available at https://www.usatoday.com/story/money/2025/08/18/rhode-sephora-release-date-hailey-bieber/85714612007/.

CONFIDENTIAL – Attorneys' Eyes Only

## B.        Market Trends of Celebrity-Owned Alcohol Brands

69. Similar to celebrity-owned beauty brands, celebrity-owned alcohol brands have also been expanding rapidly. The number of celebrity-owned alcohol brands increased by over 700 percent between 2018 and 2022, from fewer than 40 brands to more than 350 brands.[161] In 2022 and 2023, sales of celebrity-owned tequila brands grew at 40 percent and 16 percent, respectively, higher than the 13 percent and 3 percent growth in the overall tequila industry.[162]

70. One example is Casamigos, a tequila brand founded by actor George Clooney and his friends in 2013.[163] The brand achieved rapid success, doubling its sales volume between 2014 and 2015 and again in 2016.[164] The brand also received recognition in multiple tasting competitions, winning gold medals at the Los Angeles International Spirits Competition, the San Francisco World Spirits Competition, and more.[165] In 2017, Casamigos was sold to Diageo in a deal with a total consideration of up to $1 billion.[166]

---

[161] Dingwall, Kate, "Inside the Complicated (And Profitable) World of Celebrity Spirits," *SOMM TV Magazine*, September 15, 2022, available at https://mag.sommtv.com/2022/09/celebrity-spirits/.

[162] "How impactful are celebrity-backed brands?" *IWSR*, May 9, 2024, available at https://www.theiwsr.com/insight/how-impactful-are-celebrity-backed-brands.

[163] Millington, Alison, "The $1 billion sale of George Clooney's tequila company just made him 2018's highest-paid actor — here's the story of how the brand was set up by accident," *Business Insider*, August 23, 2018, available at https://www.businessinsider.com/george-clooney-tequila-brand-casamigos-started-by-accident-2017-6.

[164] Millington, Alison, "The $1 billion sale of George Clooney's tequila company just made him 2018's highest-paid actor — here's the story of how the brand was set up by accident," *Business Insider*, August 23, 2018, available at https://www.businessinsider.com/george-clooney-tequila-brand-casamigos-started-by-accident-2017-6.

[165] Millington, Alison, "The $1 billion sale of George Clooney's tequila company just made him 2018's highest-paid actor — here's the story of how the brand was set up by accident," *Business Insider*, August 23, 2018, available at https://www.businessinsider.com/george-clooney-tequila-brand-casamigos-started-by-accident-2017-6.

[166] The total consideration includes an initial payment of $700 million and a potential future payment of $300 million depending on the company's performance. Millington, Alison, "The $1 billion sale of George Clooney's tequila company just made him 2018's highest-paid actor — here's the story of how the brand was set up by accident," *Business Insider*, August 23, 2018, available at https://www.businessinsider.com/george-clooney-tequila-brand-casamigos-started-by-accident-2017-6.

CONFIDENTIAL – Attorneys' Eyes Only

71. Another example is Aviation American Gin. As described by *Forbes*, the brand "attained widespread recognition" when actor Ryan Reynolds acquired an ownership stake in the brand in 2018,[167] introducing new marketing campaigns that leveraged his "humorous and relatable" social media presence.[168] The brand more than doubled its sales volume in the following year.[169] In 2020, Diageo acquired the brand in a deal with a total consideration of up to $610 million.[170]

72. A third example is Dre and Snoop, the spirits brand founded by rappers and record producers Dr. Dre and Snoop Dogg.[171] In February 2024, at the Super Bowl afterparty in Las Vegas, Dr. Dre and Snoop Dogg announced their RTD cocktail line, Gin & Juice, in honor of the 30th anniversary of Snoop Dogg's Grammy-nominated song of the same name.[172] After its nationwide rollout through the American beverage distributor Southern Glazier's Wine & Spirits, the product line was introduced in the U.K. in July 2024 to nearly 1,000 independent retailers as well as online platforms like Amazon.[173] In October 2024, the

---

[167] Japhe, Brad, "Actor Ryan Reynolds Sells Aviation Gin Brand For A Reported $610 Million," *Forbes*, August 7, 2020, available at https://www.forbes.com/sites/bradjaphe/2020/08/17/actor-ryan-reynolds-sells-his-gin-brand-for-a-reported-610-million.

[168] Padia, Vrushali, "The 'Aviation Gin' Story: Here's How Ryan Reynolds Grew The $610 Million Alcohol Brand," *TheRichest*, August 3, 2023, available https://www.therichest.com/rich-powerful/the-aviation-gin-story-heres-how-ryan-reynolds-grew-the-610-million-alcohol-brand/.

[169] "Diageo to acquire Aviation Gin and Davos Brands," *Diageo*, August 17, 2020, available at https://www.diageo.com/en/news-and-media/press-releases/2020/diageo-to-acquire-aviation-gin-and-davos-brands.

[170] The total consideration includes an initial payment of $335 million and a potential future payment of up to $275 million depending on the company's performance. "Diageo to acquire Aviation Gin and Davos Brands," *Diageo*, August 17, 2020, available at https://www.diageo.com/en/news-and-media/press-releases/2020/diageo-to-acquire-aviation-gin-and-davos-brands.

[171] "Explore Gin's Next Episode," *Dre and Snoop*, available at https://dreandsnoop.com/pages/about.

[172] "Dr. Dre and Snoop Dogg Launch Ready To Drink Gin & Juice By Dre and Snoop," *PR Newswire*, February 12, 2024, available at https://www.prnewswire.com/news-releases/dr-dre-and-snoop-dogg-launch-ready-to-drink-gin--juice-by-dre-and-snoop-302059505.html.

[173] "Dr. Dre and Snoop Dogg Launch Ready To Drink Gin & Juice By Dre and Snoop," *PR Newswire*, February 12, 2024, available at https://www.prnewswire.com/news-releases/dr-dre-and-snoop-dogg-launch-ready-to-drink-gin--juice-by-dre-and-snoop-302059505.html; Evison, James, "Dr Dre and Snoop Dogg's Gin & Juice arrives in the

CONFIDENTIAL – Attorneys' Eyes Only

brand launched STILL G.I.N., a bottled spirit inspired by one of Dr. Dre's signature songs, "Still D.R.E."[174] The spirit was awarded the Master Medal in the "Ultra-Premium" category of The Gin Masters 2025 awards. [175]

73. Another example is Sprinter, a vodka soda brand founded by television personality Kylie Jenner in March 2024.[176] In its first month, the brand was available in more than 10,000 U.S. retailers and sold over 140,000 cases, surpassing its initial sales goals.[177] The brand expanded further through partnerships, including a distribution agreement with Southern Glazer's Wine & Spirits announced in August 2024.[178] Sprinter also partnered with the Coachella Valley Music and Arts Festival, promoting the brand through pop-up tasting events and delivery services for festivalgoers.[179]

74. Industry trends show rapid growth for celebrity-owned alcohol brands, many of which have leveraged their owner's fame to drive marketing campaigns, form partnerships,

---

UK," *The Drinks Business*, July 18, 2024, available at https://www.thedrinksbusiness.com/2024/07/dr-dre-and-snoop-doggs-gin-juice-arrives-in-the-uk/.

[174] Ekpo, Ime, "Dr. Dre and Snoop Dogg Become Co-Founders With Launch Of STILL G.I.N.," *Forbes*, October 16, 2024, available at https://www.forbes.com/sites/imeekpo/2024/10/15/dr-dre-and-snoop-dogg-launch-ultra-premium-still-gin-nationwide/; "Dr. Dre and Snoop Dogg Launch Ready To Drink Gin & Juice By Dre and Snoop," PR Newswire, February 12, 2024, available at https://www.prnewswire.com/news-releases/dr-dre-and-snoop-dogg-launch-ready-to-drink-gin--juice-by-dre-and-snoop-302059505.html.

[175] Kiely, Melita, "The Gin Masters 2025 – First Tasting results," *The Spirits Business*, July 1, 2025, available at https://www.thespiritsbusiness.com/2025/07/the-gin-masters-2025-first-tasting-results/; "Explore Gin's Next Episode," *Dre and Snoop*, available at https://dreandsnoop.com/pages/about.

[176] "Kylie Jenner Introduces Sprinter, a Premium Canned Vodka Soda," *BevNET*, March 7, 2024, available at https://www.bevnet.com/spirits/2024/kylie-jenner-introduces-sprinter-a-premium-canned-vodka-soda.

[177] "Kylie Jenner's Sprinter Vodka Soda Announces Impressive Early Sales," *BevNET*, April 24, 2024, available at https://www.bevnet.com/pr/2024/04/24/kylie-jenners-sprinter-vodka-soda-announces-impressive-early-sales.

[178] "Kylie Jenner's Sprinter RTD Voda Soda Strikes New Distribution Deal," *RTD Magazine*, August 5, 2024, available at https://rtdmagazine.com/blogs/rtd-cocktail-news/sprinter-vodka-soda-new-distribution-deal.

[179] "Kylie Jenner's Sprinter Partners With Gopuff Ahead of Coachella," *BevNET*, April 12, 2024, available at https://www.bevnet.com/spirits/2024/kylie-jenners-sprinter-partners-with-gopuff-ahead-of-coachella; "Kylie Jenner's Sprinter Vodka Soda Launches New Palm Springs Variety Pack," *BevNET*, April 2, 2025, available at https://www.bevnet.com/pr/2025/04/02/kylie-jenners-sprinter-vodka-soda-launches-new-palm-springs-variety-pack.

CONFIDENTIAL – Attorneys' Eyes Only

and gain recognition at tasting competitions. These trends suggest that the projected growth of Betty Booze absent the alleged misconduct was reasonable and consistent with the performance of other celebrity-owned alcohol brands.

Signed on the 17th day of October, 2025, at Los Angeles, California.

*Jeffrey Kinrich*

Jeffrey Kinrich

42

CONFIDENTIAL – Attorneys' Eyes Only

**Exhibit 1**

## Summary of Ms. Lively's Damages
## Based on Lost Profits for Blake Brown
*As of March 31, 2026*

*($ in millions)*

| But-For Profits | | Actual Profits | | Lost Profits | Ms. Lively's Share of Lost Profits[1] |
|---|---|---|---|---|---|
| | | Scenario | Profits | | |
| [A] | | | [B] | [C] = [A] - [B] | [D] = [C] * 40% |
| $108.6 | | Shutdown Case | ($4.1) | $112.7 | $45.1 |
| $108.6 | | Marketing Investment Case | $60.2 | $48.4 | $19.4 |

**Note:**

[1] Ms. Lively owns 100% of LOL HATA, which owns 40% of Family Hive as of March 4, 2022. This analysis assumes that Family Hive owns 100% of Blake Brown. *See* BL-000037766-7819, at 7808 and BL-000037820-853, at 820.

**Sources:**
**Backup Exhibits 1.A-C**.

CONFIDENTIAL – Attorneys' Eyes Only

## Backup Exhibit 1.A

*But-For Profits For Blake Brown*

| | | | | Fiscal Year Ending | | | | |
|---|---|---|---|---|---|---|---|---|
| *($ in millions)* | | 2024Q4F | 2025F | 2026F | 2027F | 2028F | 2029F | 2030F |
| **Free Cash Flow ("FCF")** | | | | | | | | |
| [A] | Net Revenue | $4.3 | $29.2 | $64.2 | $107.2 | $124.9 | $142.3 | $152.9 |
| [B] | EBITDA | ($0.7) | ($0.3) | $3.5 | $13.2 | $16.5 | $19.5 | $21.4 |
| [C] | *EBITDA Margin %* | *-15.1%* | *-1.2%* | *5.5%* | *12.3%* | *13.2%* | *13.7%* | *14.0%* |
| [D] | (Increase) / Decrease in Working Capital | ($0.5) | ($2.0) | ($3.8) | ($3.7) | ($1.6) | ($1.6) | ($0.9) |
| [E] | **Total FCF** | **($1.2)** | **($2.3)** | **($0.3)** | **$9.5** | **$14.9** | **$17.9** | **$20.5** |
| **Present Value of FCF as of March 31, 2026** | | | | | | | | |
| [F] | Interest Rate / Discount Rate | 4.3% | 4.0% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% |
| [G] | Years to Grow / Discount | 1.38 | 0.75 | 0.25 | 1.25 | 2.25 | 3.25 | 4.25 |
| [H] | Present Value of FCF | ($1.2) | ($2.4) | ($0.2) | $7.8 | $10.4 | $10.6 | $10.3 |
| [I] | **Sum of Total Present Value of FCF** | **$35.2** | | | | | | |
| **Valuation After the Terminal Year** | | | | | | | | |
| [J] | Terminal Growth Rate | 3.0% | | | | | | |
| [K] | Terminal Value | $145.7 | | | | | | |
| [L] | **Present Value of Terminal Value** | **$73.4** | | | | | | |
| [M] | **Total Enterprise Value** | **$108.6** | | | | | | |

CONFIDENTIAL – Attorneys' Eyes Only

# Backup Exhibit 1.A

## *But-For Profits For Blake Brown*

| | | |
|---|---|---|
| [A] | Net Revenue | Net Revenue for 2024Q4 is based on Deloitte's six-month post-launch projections for 2024, divided by two to reflect a quarterly amount. Net Revenue for 2025 through 2030 reflect values from the Blake Brown Forecast dated July 2024. *See* **Appendix C.3**. Any differences from the source are the result of rounding. |
| [B] | EBITDA | EBITDA for 2024Q4 is based on Deloitte's six-month post-launch projections for 2024, divided by two to reflect a quarterly amount. EBITDA for 2025 through 2030 reflect values from the Blake Brown Forecast dated July 2024. *See* **Appendix C.3**. Any differences from the source are the result of rounding. |
| [C] | EBITDA Margin % | = [B] ÷ [A] |
| [D] | (Increase) / Decrease in Working Capital | Working Capital estimates are based on the Working Capital Needs from Deloitte Business Plan. For 2024Q4, the prior period of working capital is assumed to be 0. *See* **Appendix C.3**. |
| [E] | Total FCF | = [B] + [D] |
| [F] | Interest Rate / Discount Rate | The interest rate is assumed to be 4.3% for 2024Q4, based on the 1-year U.S. Treasury yield as of November 15, 2024, and 4.0% for 2025, based on the 1-year U.S. Treasury yield as of June 30, 2025. *See* "Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)," *Federal Reserve Bank of St. Louis,* available at https://fred.stlouisfed.org/series/DGS1. The model uses a 17.5% discount rate. *See* **Appendices C.4-5**. |
| [G] | Years to Grow / Discount | Years to Grow / Discount is the time from mid-year or mid-quarter to the valuation date, March 31, 2026, expressed in years. The analysis assumes mid-year cash flows for 2025 through 2030 and mid-quarter cash flows for 2024Q4. |
| [H] | Present Value of FCF | = [E] × (1+[F])^[G], for 2024Q4 and 2025; [E] × (1/(1+[F]))^[G], for 2026-2030. |
| [I] | Sum of Total Present Value of FCF | = Sum ([I]$_{2024Q4}$, [I]$_{2025}$,…, [I]$_{2030}$) |
| [J] | Terminal Growth Rate | The model uses a 3% terminal growth rate. |
| [K] | Terminal Value | = ([E]$_{2030}$ × (1+[J])) ÷ ([F]$_{2030}$ - [J]) |
| [L] | Present Value of Terminal Value | = [K] × (1/(1+[F]$_{2030}$))^[G] |
| [M] | Total Enterprise Value | = [I] + [L] |

**Sources:**
**Appendices C.3-5**.

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 1.B**

*Actual Profits For Blake Brown*

| ($ in millions) | 2024Q4A | Fiscal Year Ending | | | | | | |
| | | 2025F | 2026F | 2027F | 2028F | 2029F | 2030F | 2031F |
|---|---|---|---|---|---|---|---|---|
| **Free Cash Flow ("FCF")** | | | | | | | | |
| [A]  EBITDA | | | | | | | | |
|    Shutdown Case | ($0.4) | ($3.9) | | | | | | |
|    Marketing Investment Case | ($0.4) | ($8.5) | ($2.2) | $3.2 | $8.2 | $13.5 | $15.5 | $16.9 |
| [B]  (Increase) / Decrease in Working Capital | | | | | | | | |
|    Shutdown Case | $0.7 | ($0.5) | | | | | | |
|    Marketing Investment Case | $0.7 | ($0.5) | ($1.7) | ($2.0) | ($3.5) | ($2.8) | ($1.5) | ($1.0) |
| [C]  Present Value of FCF as of March 31, 2026 | | | | | | | | |
|    Shutdown Case | $0.3 | ($4.4) | | | | | | |
|    Marketing Investment Case | $0.3 | ($9.2) | ($3.8) | $1.0 | $3.2 | $6.4 | $7.0 | $6.8 |
| **Valuation After Terminal Year Assuming 3% Growth Rate** | | | | | | | | |
| [D]  Present Value of Terminal Value | | | | | | | | |
|    Shutdown Case | $0.0 | | | | | | | |
|    Marketing Investment Case | $48.4 | | | | | | | |
| [E]  Total Enterprise Value | | | | | | | | |
|    Shutdown Case | ($4.1) | | | | | | | |
|    Marketing Investment Case | $60.2 | | | | | | | |

CONFIDENTIAL – Attorneys' Eyes Only

# Backup Exhibit 1.B

## *Actual Profits For Blake Brown*

| | | |
|---|---|---|
| [A] | EBITDA | *See* **Appendices C.2** and **Backup Exhibit 1.C**. |
| [B] | (Increase) / Decrease in Working Capital | Working capital is estimated at 9% of Net Revenue for each year, derived from Deloitte's projected average working capital as a percentage of net revenue for 2025 - 2030, rounded to the nearest whole percent. *See* **Appendix C.3** and **Backup Exhibit 1.C**. The (Increase) / Decrease in Working Capital in 2024Q4A is calculated based on an estimated working capital of $0.8 million (= $9.4 million net revenue x 9%) in 2024Q3A. *See* **Appendix C.2**. (Increase) / Decrease in Working Capital = Working Capital$_t$ - Working Capital$_{t-1}$. |
| [C] | Present Value of FCF as of March 31, 2026 | The calculation of Present Value of FCF is consistent with **Backup Exhibit 1.A** (*see* notes for Rows [F], [G], and [H] in **Backup Exhibit 1.A**). |
| [D] | Present Value of Terminal Value | $= ([A]_{\text{the last year of each actual scenario}} + [B]_{\text{the last year of each actual scenario}}) \times (1 + \text{Terminal Growth Rate}) / (\text{Discount Rate - Terminal Growth Rate}) \times (1/(1+[\text{Discount Rate}]))^{[\text{Years to Discount}]}$<br><br>The terminal value is zero in the Shutdown Case. The model uses a 3% terminal growth rate. |
| [E] | Enterprise Value | $= \text{Sum}([C]_{2024Q4}, [C]_{2025}\ldots [C]_{2031}) + [D]$ |

**Sources:**
**Appendices C.2-5** and **Backup Exhibit 1.C**.

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 1.C**

*Blake Brown Business Projections for Marketing Investment Case*

|  | | Fiscal Year Ending | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *($ in millions)* | | **2024Q4A** | **2025F** | **2026F** | **2027F** | **2028F** | **2029F** | **2030F** | **2031F** |

| | | 2024Q4A | 2025F | 2026F | 2027F | 2028F | 2029F | 2030F | 2031F |
|---|---|---|---|---|---|---|---|---|---|
| **Net Revenue by Channel** | | | | | | | | | |
| [A] | Target | – | – | $21.7 | $31.7 | $48.1 | $56.0 | $63.3 | $65.0 |
| [B] | Ulta | – | – | $0.0 | $2.8 | $7.8 | $13.0 | $15.2 | $17.4 |
| [C] | International Retailer | – | – | $0.0 | $3.7 | $14.9 | $29.8 | $34.7 | $39.9 |
| [D] | DTC | – | – | $4.4 | $9.7 | $16.3 | $19.0 | $21.7 | $23.3 |
| [E] | **Total Net Revenue** | **$1.9** | **$6.9** | **$26.1** | **$48.0** | **$87.2** | **$117.8** | **$134.8** | **$145.7** |
| [F] | COGS | ($0.7) | ($2.7) | ($10.7) | ($18.3) | ($33.2) | ($44.9) | ($51.4) | ($55.5) |
| [G] | **Operating Income** | **$1.3** | **$4.2** | **$15.4** | **$29.7** | **$54.0** | **$72.9** | **$83.5** | **$90.2** |
| | **Overhead Costs and SG&A** | | | | | | | | |
| [H] | Distribution Costs | – | – | ($2.7) | ($3.1) | ($5.7) | ($7.6) | ($8.7) | ($9.4) |
| [I] | Warehouse and Logistics | – | – | ($1.7) | ($3.5) | ($6.3) | ($8.5) | ($9.7) | ($10.5) |
| [J] | Royalties | ($0.1) | ($0.4) | ($1.5) | ($2.9) | ($5.2) | ($6.8) | ($7.8) | ($8.5) |
| [K] | Marketing | – | – | ($6.4) | ($10.0) | ($18.1) | ($24.5) | ($28.0) | ($30.2) |
| [L] | Incremental Marketing Investment | $0.0 | ($4.6) | ($1.5) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| [M] | Other Admin and Overhead | – | – | ($1.1) | ($2.0) | ($3.1) | ($3.5) | ($4.0) | ($4.2) |
| [N] | SG&A | – | – | ($2.7) | ($5.1) | ($7.5) | ($8.5) | ($9.7) | ($10.5) |
| [O] | **Total Overhead and SG&A** | **($1.6)** | **($12.7)** | **($17.7)** | **($26.5)** | **($45.8)** | **($59.5)** | **($67.9)** | **($73.3)** |
| [P] | **EBITDA** | **($0.4)** | **($8.5)** | **($2.2)** | **$3.2** | **$8.2** | **$13.5** | **$15.5** | **$16.9** |

**Note:**

[1] A "–" indicates that the breakdown value for the line item is not available and the data are provided at a different level of granularity.

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 1.C**

*Blake Brown Business Projections for Marketing Investment Case*

| [A] | Target Net Revenue | For 2024Q4 and 2025, channel-level data are not reported. 2026 is modeled as a transition year when the weekly sales are assumed at $335,000 for H1 (midpoint of $170k and $500k) and $500,000 for H2. *See* BL-000039329-337, at 330. For 2027 onward: Target Revenue follows the Blake Brown Forecast after being shifted by one year. *See* **Appendix C.3**. |
|---|---|---|
| [B] | Ulta Net Revenue | Ulta revenue is assumed to be zero in 2024 through 2026. For 2027 through 2031, values reflect the Ulta channel values in the Blake Brown Forecast shifted forward by two years. *See* **Appendix C.3**. |
| [C] | International Net Revenue | International Retailer revenue is assumed to be zero in 2024 through 2026. For 2027 through 2031, values reflect the International Retailer channel values in the Blake Brown Forecast shifted forward by two years. *See* **Appendix C.3**. |
| [D] | DTC Net Revenue | For 2024Q4 and 2025, channel-level data are not reported. For 2026 onward, DTC Revenue follows the Blake Brown Forecast after being shifted by one year. *See* **Appendix C.3**. |
| [E] | Total Net Revenue | 2024Q4 uses actual results. For 2025, Total Net Revenue reflects the value from the 2025 "LE7" forecast prepared by Blake Brown, based on actual results from January–June. *See* **Appendix C.2**. For 2026 onward, the value is calculated as = [A] + [B] + [C] + [D]. |
| [F] | COGS | 2024Q4 uses actual results. For 2025, COGS reflects the value from the 2025 "LE7" forecast prepared by Blake Brown, based on actual results from January–June. *See* **Appendix C.2**. For 2026, COGS is calculated as the ratio of COGS to Total Projected Net Revenue in the Blake Brown Forecast for 2025, multiplied by the Total Net Revenue. For 2027–2031, COGS is calculated as the average ratio of COGS over Net Revenue in the Blake Brown Forecast across 2026–2030 (*see* **Appendix C.3**), multiplied by Total Net Revenue for each year. |
| [G] | Operating Income | = [E] + [F] |
| [H] | Distribution Costs | For 2024Q4 and 2025, Distribution Costs are not separately reported. For 2026, Distribution Costs are calculated as the ratio of Distribution Costs to Total Projected Net Revenue in the Blake Brown Forecast for 2025, multiplied by the Total Net Revenue. For 2027–2031, Distribution Costs are calculated as the average ratio of Distribution Costs over Net Revenue in the Blake Brown Forecast across 2026–2030 (*see* **Appendix C.3**), multiplied by Total Net Revenue for each year. |
| [I] | Warehouse and Logistics | For 2024Q4 and 2025, Warehouse and Logistics is not separately reported. For 2026, Warehouse and Logsitics is calculated as the ratio of Warehouse and Logistics to Total Projected Net Revenue in the Blake Brown Forecast for 2025, multiplied by the Total Net Revenue. For 2027–2031, Warehouse and Logistics is calculated as the average ratio of Warehouse and Logistics over Net Revenue in the Blake Brown Forecast across 2026–2030 (*see* **Appendix C.3**), multiplied by Total Net Revenue for each year. |

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 1.C**

*Blake Brown Business Projections for Marketing Investment Case*

| | | |
|---|---|---|
| [J] | Royalties | 2024Q4 uses actual results. For 2025, Royalties reflect the value from the 2025 "LE7" forecast prepared by Blake Brown, based on actual results from January–June. *See* **Appendix C.2**. Royalties for 2026–2031 are calculated as the sum of the Target, Ulta, and International Retailer net revenue multiplied by a 5 percent royalty rate and DTC net revenue multiplied by a 10 percent royalty rate. |
| [K] | Marketing | Marketing reflects actuals in 2024 and 2025 and are aggregated under "Total Overhead" due to differences in line item classifications from the Blake Brown Forecast. *See* **Appendix C.2**. For 2026, Marketing is calculated as the ratio of Marketing to Total Projected Net Revenue in the Blake Brown Forecast for 2025, multiplied by the Total Net Revenue. For 2027–2031, Marketing is calculated as the average ratio of Marketing over Net Revenue in the Blake Brown Forecast across 2026–2030 (*see* **Appendix C.3**), multiplied by Total Net Revenue for each year. |
| [L] | Incremental Marketing Investment | The Incremental Marketing Investment reflects a $6.1 million additional marketing investment planned by Blake Brown management, allocated as $4.6 million in 2025 and $1.5 million in 2026. *See* BL-000039329-337, at 330, 333. |
| [M] | Other Admin and Overhead | For 2024Q4 and 2025, Other Admin and Overhead are not separately reported. For 2026 onward: Other Admin and Overhead follows the Blake Brown Forecast after being shifted by one year. *See* **Appendix C.3**. |
| [N] | SG&A | For 2024Q4 and 2025, SG&A is not separately reported. For 2026 onward: SG&A follows the Blake Brown Forecast after being shifted by one year. *See* **Appendix C.3**. |
| [O] | Total Overhead and SG&A | = [H] + [I] + [J] + [K] + [L] + [M] + [N], for 2026 - 2031. For 2024Q4A and 2025F, Total Overhead is the sum of "Royalties" and "Incremental Marketing Investment," and the "Freight In, Special Handling and Sourcing Fees," "Customs & Excise," "Warehouse Storage and Fill & Pack," "Other Warehouse Expenses," "Marketing," and "Other Overhead" line items from **Appendix C.2**. |
| [P] | EBITDA | = [G] + [O] |

<u>Sources:</u>
**Appendices C.2-3**.

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 1.D**

## Summary of Cost of Equity Capital for Blake Brown

*As of March 31, 2026*

| Risk Premium Report Study | Approach | Median Cost of Equity Capital |
|---|---|---|
| CAPM + Size Premium | Regression | 17.47% |
| CAPM + Size Premium | Portfolio 25 | 15.88% |
| Build-up | Regression | 19.42% |
| Build-up | Portfolio 25 | 16.22% |
| | Average | 17.25% |
| | Median | 16.84% |
| | **Round Up To** | **17.50%** |

**Sources:**
**Appendices C.4-5**.

CONFIDENTIAL – Attorneys' Eyes Only

# Exhibit 2

## Summary of Ms. Lively's Damages
## Based on Lost Profits for Betty Booze

*As of March 31, 2026*

*($ in millions)*

| But-For Profits | Actual Profits | | Lost Profits | Ms. Lively's Share of Lost Profits[1] |
| | Scenario | Profits | | |
|---|---|---|---|---|
| [A] | | [B] | [C] = [A] - [B] | [D] = [C] * 21.7% |
| $127.7 | Shutdown Case | ($2.8) | $130.5 | $28.3 |
| $127.7 | 2-Year Delay Case | $91.1 | $36.6 | $7.9 |
| $127.7 | 3-Year Delay Case | $75.9 | $51.7 | $11.2 |

**Note:**

[1] Ms. Lively holds a 100% ownership interest in LOL HATA LLC, which owns 21.657% of Betty B Holdings LLC. *See* BL-000037497; Deposition of Andrew Chrisomalis, September 24, 2025, at 76:1-8; and BL-000037820-853, at 820.

**Sources:**

**Backup Exhibits 2.A-B**.

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 2.A**

*But-For Profits For Betty Booze*

|  | ($ in millions) | 2024Q4F | Fiscal Year Ending | | | |
|---|---|---|---|---|---|---|
|  |  |  | 2025F | 2026F | 2027F | 2028F |
| **Free Cash Flow ("FCF")** | | | | | | |
| [A] | Net Revenue | $0.4 | $18.6 | $37.2 | $52.4 | $69.7 |
| [B] | EBITDA | ($0.8) | $1.9 | $7.4 | $12.6 | $20.2 |
| [C] | *EBITDA Margin %* | *-196.5%* | *10.0%* | *20.0%* | *24.0%* | *29.0%* |
| [D] | (Increase) / Decrease in Working Capital | $0.2 | ($1.8) | ($1.9) | ($1.5) | ($2.4) |
| [E] | **Total FCF** | **($0.7)** | **$0.1** | **$5.5** | **$11.1** | **$17.8** |
| **Present Value of FCF as of March 31, 2026** | | | | | | |
| [F] | Interest Rate / Discount Rate | 4.3% | 4.0% | 16.0% | 16.0% | 16.0% |
| [G] | Years to Grow / Discount | 1.38 | 0.75 | 0.25 | 1.25 | 2.25 |
| [H] | Present Value of FCF | ($0.7) | $0.1 | $5.3 | $9.2 | $12.7 |
| [I] | **Sum of Total Present Value of FCF** | **$26.7** | | | | |
| **Valuation After the Terminal Year** | | | | | | |
| [J] | Terminal Growth Rate | 3.0% | | | | |
| [K] | Terminal Value | $141.1 | | | | |
| [L] | **Present Value of Terminal Value** | **$101.0** | | | | |
| [M] | **Total Enterprise Value** | **$127.7** | | | | |

CONFIDENTIAL – Attorneys' Eyes Only

# Backup Exhibit 2.A

## *But-For Profits For Betty Booze*

| | | |
|---|---|---|
| [A] | Net Revenue | Net Revenue is based on brand-level P&L projections dated October 2024, except for the period 2024Q4. Because only full-year 2024 data are available at the brand level, 2024Q4 Net Revenue for Betty Booze is estimated by applying the ratio of consolidated Betty B actual Q4 Net Revenue to consolidated full-year 2024 Net Revenue to the total 2024 Betty Booze Net Revenue projection. *See* **Appendices D.2, D.5**. While these projections were prepared after the online manipulation, the values are consistent with those in management forecasts dated March and June 2024. |
| [B] | EBITDA | EBITDA is based on brand-level P&L projections dated October 2024, except for the period 2024Q4. Because only full-year 2024 data are available at the brand level, 2024Q4 EBITDA for Betty Booze is estimated by applying the ratio of consolidated Betty B actual Q4 EBITDA to consolidated full-year 2024 EBITDA to the total 2024 Betty Booze EBITDA projection. *See* **Appendices D.2, D.5**. While these projections were prepared after the online manipulation, the values are consistent with those in management forecasts dated March and June 2024. |
| [C] | EBITDA Margin % | $= [B] \div [A]$ |
| [D] | (Increase) / Decrease in Working Capital | Changes in Working Capital are based on projections from the Betty B Holdings P&L as of October 2024, allocated to Betty Booze based on its share of Betty B net revenue projections. *See* **Appendix D.5**. |
| [E] | Total FCF | $= [B] + [D]$ |
| [F] | Interest Rate / Discount Rate | The interest rate is assumed to be 4.3% for 2024Q4, based on the 1-year U.S. Treasury yield as of November 15, 2024, and 4.0% for 2025, based on the 1-year U.S. Treasury yield as of June 30, 2025. *See* "Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)," *Federal Reserve Bank of St. Louis,* available at https://fred.stlouisfed.org/series/DGS1. The model uses a 16.0% discount rate. *See* **Appendices D.7-8.** |
| [G] | Years to Grow / Discount | Years to Grow / Discount is the time from mid-year or mid-quarter to the valuation date, March 31, 2026, expressed in years. The analysis assumes mid-year cash flows for 2025 through 2028 and mid-quarter cash flows for 2024Q4. |
| [H] | Present Value of FCF | $= [E] \times (1+[F])^\wedge[G]$, for 2024Q4 and 2025; $[E] \times (1/(1+[F]))^\wedge[G]$, for 2026-2028. |
| [I] | Sum of Total Present Value of FCF | $= \text{Sum} ([H]_{2024Q4}, [H]_{2025},\dots, [H]_{2028})$ |
| [J] | Terminal Growth Rate | The model uses a 3% terminal growth rate. |
| [K] | Terminal Value | $= ([E]_{2028} \times (1+[J])) \div ([F]_{2028} - [J])$ |

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 2.A**

*But-For Profits For Betty Booze*

| | | |
|---|---|---|
| [L] | Present Value of Terminal Value | $= K \times (1/(1+[F]_{2028}))\wedge[G]_{2028}$ |
| [M] | Total Enterprise Value | $= [I] + [L]$ |

**Sources:**
**Appendices D.2, D.5, D.7-8**.

CONFIDENTIAL – Attorneys' Eyes Only

## Backup Exhibit 2.B

### *Actual Profits For Betty Booze*

| ($ in millions) | 2024Q4A | 2025F | 2026F | 2027F | 2028F | 2029F | 2030F | 2031F |
|---|---|---|---|---|---|---|---|---|
| | | | | **Fiscal Year Ending** | | | | |
| **Free Cash Flow ("FCF")** | | | | | | | | |
| [A]  EBITDA | | | | | | | | |
|    Shutdown Case | ($1.3) | ($3.0) | | | | | | |
|    2-Year Delay Case | ($1.3) | ($3.0) | ($1.7) | $1.9 | $7.4 | $12.6 | $20.2 | |
|    3-Year Delay Case | ($1.3) | ($3.0) | (_$2.3_) | ($1.7) | $1.9 | $7.4 | $12.6 | $20.2 |
| [B]  (Increase) / Decrease in Working Capital | | | | | | | | |
|    Shutdown Case | $1.6 | ($0.1) | | | | | | |
|    2-Year Delay Case | $1.6 | ($0.1) | $0.2 | ($1.8) | ($1.9) | ($1.5) | ($2.4) | |
|    3-Year Delay Case | $1.6 | ($0.1) | _$0.0_ | $0.2 | ($1.8) | ($1.9) | ($1.5) | ($2.4) |
| [C]  Present Value of FCF as of March 31, 2026 | | | | | | | | |
|    Shutdown Case | $0.3 | ($3.1) | | | | | | |
|    2-Year Delay Case | $0.3 | ($3.1) | ($1.5) | $0.1 | $3.9 | $6.8 | $9.5 | |
|    3-Year Delay Case | $0.3 | ($3.1) | (_$2.2_) | ($1.3) | $0.1 | $3.4 | $5.9 | $8.2 |

**Valuation After Terminal Year Assuming 3% Growth Rate**

| | 2024Q4A |
|---|---|
| [D]  Present Value of Terminal Value | |
|    Shutdown Case | $0.0 |
|    2-Year Delay Case | $75.1 |
|    3-Year Delay Case | $64.7 |
| [E]  Total Enterprise Value | |
|    Shutdown Case | ($2.8) |
|    2-Year Delay Case | $91.1 |
|    3-Year Delay Case | $75.9 |

**Note:**

[1] Interpolated values are indicated with an underline.

CONFIDENTIAL – Attorneys' Eyes Only

## Backup Exhibit 2.B

### *Actual Profits For Betty Booze*

| | | |
|---|---|---|
| [A] | EBITDA | EBITDA for 2024Q4 and 2025 is based on actual and projected values dated October 2024 for Betty Booze, as shown in **Appendix D.6**. The 2- and 3-Year Delay Cases are constructed by shifting the 2024–2028 business performance projections by two or three years, respectively. For the 3-Year Delay Case, because actuals beyond 2025 are unavailable, performance is assumed to improve linearly during 2026. While these projections were prepared after the online manipulation, the values are consistent with those in management forecasts dated March and June 2024. |
| [B] | (Increase) / Decrease in Working Capital | The change in working capital for 2024 is calculated from the Betty B Holdings Quarterly Balance Sheet as current assets less cash and current liabilities, allocated to Betty Booze based on its share of net revenue in 2024. Due to availability of data, change in working capital in 2024Q4 equals the working capital in 2024Q4 minus working capital in 2024Q3. For 2025, the change in working capital is based on the reported value in the May 2025 Presentation, allocated to Betty Booze based on its share of net revenue in 2025. *See* **Appendices D.4** and **D.6**.<br><br>The 2- and 3-Year Delay Cases are constructed by shifting the 2024–2028 business performance projections by two or three years, respectively. For the 3-Year Delay Case, because actuals beyond 2025 are unavailable, performance is assumed to improve linearly during 2026. *See* **Appendix D.5**. |
| [C] | Present Value of FCF as of March 31, 2026 | The calculation of Present Value of FCF is consistent with **Backup Exhibit 2.A** (see notes for Rows [F], [G], and [H] in **Backup Exhibit 2.A**). |
| [D] | Present Value of Terminal Value | $= ([A]_{\text{the last year of each actual scenario}} + [B]_{\text{the last year of each actual scenario}}) \times (1 + \text{Terminal Growth Rate}) / (\text{Discount Rate - Terminal Growth Rate}) \times (1/(1+[\text{Discount Rate}]))^{[\text{Years to Discount}]}$<br><br>The terminal value is zero in the Shutdown Case. The model uses a 3% terminal growth rate. |
| [E] | Enterprise Value | $= \text{Sum}([C]_{2024Q4}, [C]_{2025}\ldots [C]_{2031}) + [D]$ |

**Sources:**
**Appendices D.4-6**.

CONFIDENTIAL – Attorneys' Eyes Only

**Backup Exhibit 2.C**

## Summary of Cost of Equity Capital for Betty B

*As of March 31, 2026*

| Risk Premium Report Study | Approach | Median Cost of Equity Capital |
|---|---|---|
| CAPM + Size Premium | Regression | 14.30% |
| CAPM + Size Premium | Portfolio 25 | 12.89% |
| Build-up | Regression | 18.67% |
| Build-up | Portfolio 25 | 16.22% |
| | Average | 15.52% |
| | Median | 15.26% |
| | **Round Up To** | **16.00%** |

**Sources:**
**Appendices D.7-8**.

CONFIDENTIAL – Attorneys' Eyes Only

## Exhibit 3

## Summary of Ms. Lively's Damages
## Based on Lost Royalties for Blake Brown
*As of March 31, 2026*

*($ in millions)*

| But-For Royalties | Actual Royalties | | Lost Royalties |
|---|---|---|---|
| | Scenario | Royalties | |
| **[A]** | | **[B]** | **[C] = [A] - [B]** |
| $70.7 | Shutdown Case | $0.5 | $70.2 |
| $70.7 | Marketing Investment Case | $58.4 | $12.3 |

**Sources:**
**Backup Exhibits 3.A-B**.

CONFIDENTIAL – Attorneys' Eyes Only

# Backup Exhibit 3.A

## *But-For Royalties For Blake Brown*

| ($ in millions) | 2024Q4F | Fiscal Year Ending | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2025F | 2026F | 2027F | 2028F | 2029F | 2030F |
| [A]  Retailer Revenue | $3.7 | $24.9 | $54.4 | $90.9 | $105.9 | $120.6 | $129.6 |
| [B]  DTC Revenue | $0.6 | $4.4 | $9.7 | $16.3 | $19.0 | $21.7 | $23.3 |
| [C]  *Percentage of Revenue from Retailer* | *85.4%* | *85.0%* | *84.8%* | *84.8%* | *84.8%* | *84.8%* | *84.7%* |
| [D]  **Total Net Revenue** | **$4.3** | **$29.2** | **$64.2** | **$107.2** | **$124.9** | **$142.3** | **$152.9** |
| **Total Royalties** | | | | | | | |
| [E]  Retailer Royalties (5% of Retail Revenue) | $0.2 | $1.2 | $2.7 | $4.5 | $5.3 | $6.0 | $6.5 |
| [F]  DTC Royalties (10% of DTC Revenue) | $0.1 | $0.4 | $1.0 | $1.6 | $1.9 | $2.2 | $2.3 |
| [G]  **Total Royalties** | **$0.2** | **$1.7** | **$3.7** | **$6.2** | **$7.2** | **$8.2** | **$8.8** |
| **Present Value of Total Royalties as of March 31, 2026** | | | | | | | |
| [H]  *Interest Rate / Discount Rate* | *4.3%* | *4.0%* | *14.5%* | *14.5%* | *14.5%* | *14.5%* | *14.5%* |
| [I]  Years to Grow / Discount | 1.38 | 0.75 | 0.25 | 1.25 | 2.25 | 3.25 | 4.25 |
| [J]  Present Value of Royalties | $0.3 | $1.7 | $3.6 | $5.2 | $5.3 | $5.3 | $5.0 |
| [K]  **Sum of Total Present Value of Royalties** | **$26.3** | | | | | | |
| **Value of Royalties After the Terminal Year** | | | | | | | |
| [L]  Terminal Growth Rate | 3.0% | | | | | | |
| [M]  Terminal Value | $78.9 | | | | | | |
| [N]  **Present Value of Terminal Value** | **$44.4** | | | | | | |
| [O]  **Total Value of Royalties for Ms. Lively** | **$70.7** | | | | | | |

CONFIDENTIAL – Attorneys' Eyes Only

# Backup Exhibit 3.A

## *But-For Royalties For Blake Brown*

| | | |
|---|---|---|
| [A] | Retailer Revenue | Total Retailer Net Revenue is the sum of net revenue in the Blake Brown Forecast across the Target, Ulta, and International Retail revenue channels. Retailer Net Revenue for 2024Q4 is based on Deloitte's six-month post-launch projections for 2024, divided by two to reflect a quarterly amount. *See* **Appendix C.3** |
| [B] | DTC Revenue | Total DTC Net Revenue is the sum of net revenue in the Blake Brown Forecast across domestic and international DTC revenue channels. DTC Net Revenue for 2024Q4 is based on Deloitte's six-month post-launch projections for 2024, divided by two to reflect a quarterly amount. *See* **Appendix C.3.** |
| [C] | Percentage of Revenue from Retailer | = [A] ÷ [D]. |
| [D] | Total Net Revenue | = [A] + [B]. |
| [E] | Retailer Royalties | = [A] × 5%. The Blake Brown Forecast applies a 5% royalty rate to net revenue for Retailer Revenue, payable to LOL HATA. The "Promotional Services and License Agreement" states that this royalty is to be applied to "Wholesale Gross Sales," however this analysis applies the royalty rate to net revenue, consistent with the Blake Brown Forecast. *See* BL-000039169 at tab "c.Overhead" and BL-000037820-853, at 829. |
| [F] | DTC Royalties | = [B] × 10%. The Blake Brown Forecast applies a 10% royalty rate to net revenue for direct to consumer sales, payable to LOL HATA. The "Promotional Services and License Agreement" states that this royalty is to be applied to "Consumer Gross Sales," however this analysis applies the royalty rate to net revenue, consistent with the Blake Brown Forecast. *See* BL-000039169 at tab "c.Overhead" and BL-000037820-853, at 829. |
| [G] | Total Royalties | = [E] + [F]. |
| [H] | Interest Rate / Discount Rate | The interest rate is assumed to be 4.3% for 2024Q4, based on the 1-year U.S. Treasury yield as of November 15, 2024, and 4.0% for 2025, based on the 1-year U.S. Treasury yield as of June 30, 2025. *See* "Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)," *Federal Reserve Bank of St. Louis,* available at https://fred.stlouisfed.org/series/DGS1. The model uses a 14.5% discount rate. *See* **Appendix C.4-5**. |
| [I] | Years to Grow / Discount | Years to Grow / Discount is the time from mid-year or mid-quarter to the valuation date, March 31, 2026, expressed in years. The analysis assumes mid-year cash flows for 2025 through 2030 and mid-quarter cash flows for 2024Q4. |
| [J] | Present Value of Royalties | = $[G] \times (1 + [H])^{\wedge}[I]$ for 2024Q4 and 2025; $[G] \times (1/(1+[H]))^{\wedge}[I]$, for 2026-2030. |
| [K] | Sum of Total Present Value of Royalties | = $\text{Sum}([J]_{2024Q4}, [J]_{2025}\ldots[J]_{2030})$ |
| [L] | Terminal Growth Rate | The model uses a 3% terminal growth rate. |
| [M] | Terminal Value | = $([G]_{2030} \times (1+[L])) \div ([H]_{2030} - [L])$ |
| [N] | Present Value of Terminal Value | = $[M] \times (1 \div (1 + [H]_{2030)})^{\wedge}[I]$ |
| [O] | Total Value of Royalties for Ms. Lively | = [K] + [N]. Ms. Lively owns 100% of LOL HATA. This analysis assumes that 100% of the royalties to LOL HATA are payable to Ms. Lively. *See* BL-000037820-853, at 820. |

**Sources:**
**Appendix C.3.**

CONFIDENTIAL – Attorneys' Eyes Only

## Backup Exhibit 3.B

### *Actual Royalties For Blake Brown*

| ($ in millions) | 2024Q4A | 2025F | 2026F | 2027F | 2028F | 2029F | 2030F | 2031F |
|---|---|---|---|---|---|---|---|---|
| | | | | | Fiscal Year Ending | | | |
| **[A]  Net Revenue** | | | | | | | | |
| Shutdown Case | $1.9 | $6.9 | | | | | | |
| Marketing Investment Case | $1.9 | $6.9 | $26.1 | $48.0 | $87.2 | $117.8 | $134.8 | $145.7 |
| **[B]  Total Royalties** | | | | | | | | |
| Shutdown Case | $0.1 | $0.4 | | | | | | |
| Marketing Investment Case | $0.1 | $0.4 | $1.5 | $2.9 | $5.2 | $6.8 | $7.8 | $8.5 |
| **[C]  Present Value of Total Royalties** | | | | | | | | |
| Shutdown Case | $0.1 | $0.4 | | | | | | |
| Marketing Investment Case | $0.1 | $0.4 | $1.5 | $2.4 | $3.8 | $4.4 | $4.4 | $4.2 |

**Royalties Value After Terminal Year Assuming 3% Growth Rate**

**[D]  Present Value of Terminal Value**

| | 2024Q4A |
|---|---|
| Shutdown Case | $0.0 |
| Marketing Investment Case | $37.2 |

**[E]  Total Value of Royalties for Ms. Lively**

| | |
|---|---|
| Shutdown Case | $0.5 |
| Marketing Investment Case | $58.4 |

CONFIDENTIAL – Attorneys' Eyes Only

## Backup Exhibit 3.B

### *Actual Royalties For Blake Brown*

| | | |
|---|---|---|
| [A] | Net Revenue | *See* **Appendix C.2** and **Backup Exhibit 1.C**. |
| [B] | Total Royalties | *See* **Appendix C.2** and **Backup Exhibit 1.C**. |
| [C] | Present Value of Total Royalties | The calculation of Present Value of Total Royalties is consistent with **Backup Exhibit 3.A** (*see* notes for Rows [H], [I], and [J] in **Backup Exhibit 3.A**). |
| [D] | Present Value of Terminal Value | = ([B]$_{\text{the last year of each actual scenario}}$) × (1 + Terminal Growth Rate) / (Discount Rate - Terminal Growth Rate) × (1/(1+[Discount Rate]))^[Years to Discount].<br><br>The terminal value is zero in the Shutdown Case. The model uses a 3% terminal growth rate. |
| [E] | Total Value of Royalties for Ms. Lively | = Sum([C]$_{2024}$, [C]$_{2025}$… [C]$_{2031}$) + [D]. |

**Sources:**
**Appendices C.4-5** and **Backup Exhibit 1.C**.

Appendix A

CONFIDENTIAL – Attorneys' Eyes Only

## JEFFREY H. KINRICH
### Managing Principal

Phone:
Fax:



Jeff Kinrich has over four decades of litigation consulting experience with business clients and individuals on engagements involving applications of financial and economic analysis, accounting, business valuation and statistics. He specializes in damage quantification and valuation in the areas of commercial litigation and intellectual property. Mr. Kinrich has testified frequently on damages, valuation, and accounting issues in numerous state and federal courts. He is a Certified Public Accountant and holds an Accreditation in Business Valuation.

## EDUCATION

| | |
|---|---|
| 1980 | M.B.A., Finance and Quantitative Methods (with honors, first in class), University of Maryland |
| 1977 | M.S., Statistics, Stanford University |
| 1976 | B.A., Mathematics (*summa cum laude*, *Phi Beta Kappa*, first in class), Pomona College |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2001–Present | Analysis Group, Inc. | *Managing Principal* |
| 1981–2001 | PricewaterhouseCoopers LLP | *Partner, Financial Advisory Services* |
| 1978–1980 | BDM Corporation | *Statistical Analyst* |
| 1977–1978 | Lawrence Livermore Laboratory | *Statistician* |

## AWARDS

Elijah Watts Sells Silver Medal for second highest score in the US on CPA Examination

Forbes Gold Medal for the highest CPA examination score in California

Volunteer of the Year, AICPA Forensic and Litigation Services

## PROFESSIONAL AND BUSINESS AFFILIATIONS

Certified Public Accountant

Member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants

**Appendix A**

Accredited in Business Valuation (ABV)

Certified in Financial Forensics (CFF)

California Society of CPAs Litigation Sections, Steering Committee

American Institute of CPAs, Forensic and Litigation Services Committee (former)

Phi Beta Kappa

Board of Directors and Chair of Audit Committee, Bet Tzedek Legal Services

Board of Directors and Chair of Audit Committee, Jewish Community Foundation, Los Angeles

## SELECTED EXPERIENCE

### Commercial Damages

- Evaluated lost profits damages for hundreds of commercial litigation engagements, including breach of contract, employment, and business tort matters. Matters involved dozens of different industries.

- Analyzed revenue, cost, profit, and typicality issues in connection with consumer class actions. Evaluated class action damages, including actual loss to plaintiffs and unjust enrichment to defendants.

- Evaluated impact of mergers on value of combined firms; computed damages resulting from failed or improperly implemented mergers.

- Assessed damages resulting from trade secrets misappropriation, theft of confidential information, and breach of non-compete agreements in numerous industries, including mortgage banking/brokerage, insurance, and other professional services fields.

- Measured losses due to business interruption.

- Determined damages from breach of distribution and franchising agreements.

- Valued assets and evaluated accounting issues in connection with merger and purchase price disputes.

- Conducted several forensic accounting analyses involving large volumes of transaction-level data to address issues of causation and damages in matters involving misappropriation of funds, corporate fraud, and collectability of a potential judgment.

- Conducted several alter ego studies. Searched for commingling of funds, violation of corporate formalities, and other improper transactions between the company and shareholder/parent.

- Analyzed and testified about Generally Accepted Accounting Principles, cost accounting issues, accounting records, and related matters.

- Computed damages from loss of individual earnings in connection with wrongful termination, employment, and personal injury claims. Such claims included loss of wages, commissions, and bonuses. Considered issues of mitigation and discounting.

- Provided technical consulting on many applications of statistics to litigation, including statistical sampling, regression analysis, time series, probability theory, and survey design.

- Served as an arbitrator or court-appointed special master in several commercial disputes.

**Intellectual Property**

- Analyzed patent infringement damages under both lost profits and reasonable royalty approaches for a wide variety of patents. Industries include medical and surgical products, semiconductors, digital and optical switches, HIV diagnostic test kits, cable television, cell phones, smart phones, aircraft engine housings, telephone equipment, toys, computer printer cartridges, disposable diapers, automobile components and accessories, cigarette lighters, photographic equipment, oil tools, satellite antenna feeds, water coolers, athletic shoes, contact lenses, sprinkler systems, computer disks, magnetic insoles, robotic surgery equipment, compact disk cases, superconducting amplifiers, food products, bottle inspection machinery, molded dog houses, landscape lighting systems, disposable respirators, airport security equipment, smart watches, communications networks, and bicycle seats.

- Measured patent damages for business method patents, including stock/security management software, insurance processing systems, space orbital trajectories, encryption algorithms, and farming methods.

- Negotiated a reasonable royalty in settlement of a patent dispute.

- Measured damages from various trademark, false advertising, and copyright infringement matters, including consumer and industrial products, software, and entertainment properties. Apportioned profits between infringing and non-infringing elements.

- Computed damages for trade secrets and non-compete agreements. Issues involved theft of customer lists, business plans, technology, and manufacturing methods and technologies.

- Assessed compliance with royalty agreements in connection with computer sales, pharmaceuticals, medical devices, semiconductors, online gaming, and music licensing agreements, and other industries.

**Technology/Computers**

- Conducted numerous damage studies related to high tech intellectual property, including semiconductors, space systems, computers, printers, medical products, and search engine design. Computed both lost profits and reasonable royalties.

- Measured damages in connection with several Internet issues, including cybersquatting, communications protocols, and misuse of website names.

- Computed lost profits and disgorgement from sale of counterfeit software.

- Testified as to the value of a software VAR agreement.

- Conducted international transfer pricing analysis for computer manufacturer.

- Determined damages from breach of a software/firmware development agreement.

**Real Estate/Construction/Environmental**

- On several matters, measured the diminution in value and lost rents due to a construction delay claims resulting from, among other things, contractor non-performance, construction defects, and environmental contamination.

**Appendix A**                           CONFIDENTIAL – Attorneys' Eyes Only

- Evaluated statistical methods for invasive testing of construction defects.

- Performed and critiqued statistical sampling and extrapolation in connection with construction defects litigation.

- Opined about appropriate expenditures by homeowner's associations in connection with maintenance and capital expenditures.

- Testified for a construction contractor as to the amount due in a breach of contract dispute, and provided opinion on alter ego issues.

## Business Valuation

- Valued numerous businesses in connection with commercial or personal disputes.

- Valued intangibles, including patents, trademarks, copyrights, trade secrets, and business protocols.

- Assessed issues of fair market value, minority discounts, control premiums, and other important valuation concepts.

- Appraised businesses in connection with corporate mergers, acquisitions, shareholder disputes, minority shareholder buyouts, and personal divorces.

- Valued numerous businesses in connection with commercial or personal disputes.

## Entertainment

- Determined royalties owed to entertainers and managers.

- Computed damages for copyright and breach of contract issues related to infomercial sales.

- Measured actual losses and disgorgement of profits from copyright infringement related to scripts, story ideas, photographic images, video, and software.

- Assessed damages from a breach of contract in connection with the development of a major videogame franchise.

- Assisted numerous entertainment executives and performers in valuing personal, professional, and entertainment assets.

- Computed lost profits from a breach of an agreement to lease movie projection equipment.

- Valued the overseas rights to a catalog of films.

- Estimated damages related to failure to execute a film financing guarantee.

- Analyzed cost savings and antitrust issues resulting from selling box-lot quantities of recorded music at a discounted price.

- Evaluated the likely impact of a new video distribution technology.

- Measured value of broadcast and publicity rights.

- Computed damages related to breach of radio advertising sales contract.

- Evaluated reasonable fees to be paid for a broadcast television series.

- Computed royalties due for film rights distributed through various media.

**Appendix A**                    CONFIDENTIAL – Attorneys' Eyes Only

- Measured unjust enrichment and disgorgement from misappropriation of the Academy Award® of Merit Oscar statuette image.
- Valued movie download rights in connection with a distribution deal.

**Employment**

- Measured statistical likelihood of differential results in employment decisions.
- Conducted numerous employment-related damages analyses, including assessing claims for lost wages, lost commissions, and loss associated with alleged inadequate expense reimbursements.
- Conducted analyses in connection with both class action and individual claims.

**Telecommunications**

- Conducted lost profits studies for telecommunications antitrust suits.
- Measured damages in connection with various telecommunications patents and trade secrets.
- Testified as to damages from alleged below cost pricing of telecommunications services.
- Critiqued plaintiff's claim in an offshore telecom litigation.
- Worked for a cellular telephone service provider defending against breach of contract claims from a former agent.
- Testified concerning the value of stock in two privately held communications companies in conjunction with a purchase price dispute.
- Analyzed claim of predatory pricing in the cellular industry.
- Acted as arbitrator in a telecommunications contract dispute.

**Automobile Industry**

- Conducted various damages analyses involving automobile dealership disputes, including dealer terminations, dealer relocations, and failure to award a dealership. Analyzed deal financial records and other economic information to quantify the value of automobile dealerships.
- Analyzed losses from a breach of an acquisition/sale agreement for an automobile parts manufacturer.
- Computed damages for patent infringement of an automobile parts manufacturing patent.
- Conducted transfer pricing study for automobile importer.
- Investigated alternative causes for failure of auto dealerships. Searched for diverted funds.
- Acted as a neutral arbitrator in dispute between automobile manufacturer and insurer over extended warranty payments.
- Assisted automobile manufacturer in investigating fraud and diversion of funds in connection with a collection dispute.
- Analyzed accounting issues in connection with the sale of a dealer network.

**Class Action/Class Certification**

**Appendix A**          CONFIDENTIAL – Attorneys' Eyes Only

- Provided financial and statistical analyses in opposition to class certification and class damage computations in late fee cases filed by consumers against various companies.

- Worked on behalf of a major car rental company in a class action matter alleging failure to comply with the law in advertising rental rates.

- Evaluated whether the alleged violations had common impact across class members and whether a common damages methodology could be applied in a matter concerning overcharges.

- Worked on class action suits alleging false advertising related to various consumer products including collectable dolls and energy drinks.

- Addressed class certification in an action brought by consumers alleging false advertising related to a consumer hygiene product.

- Worked with several companies in defending wage and hour class action matters.

**Family and Partnership Law**

- Conducted valuations of numerous private businesses.

- Performed analyses of lifestyle and cash available for support.

- Valued professional practices, including law firms and accounting firms. Performed valuations for divorce purposes and to wrap up partnerships under *Jewel v. Boxer*.

- Determined community portion of earnings and assets under various circumstances. Apportioned and valued stock options and profit participations.

- Traced and valued separate vs. community property. Conducted Pereira-Van Camp analyses of pre-marital property (as well as conducted similar tracings in connection with commercial litigation).

**Tax Disputes**

- Conducted transfer pricing studies for an automobile importer, semiconductor manufacturer, computer maker, and consumer electronics manufacturer.

- Designed sampling methodology to evaluate customs duty drawback claims.

- Measured damages from improper conversion from an S-Corp. to a C-Corp.

**PUBLICATIONS**

*Lost Profits Damages: Principles, Methods, and Applications, 2nd edition*, co-edited with Everett P. Harry, Valuation Products and Services (2022)

"Analysis of Cost Behavior," with Elizabeth Eccher and James Rosberg, Chapter 12 of *Lost Profits Damages: Principles, Methods and Applications, 2nd edition*, Harry and Kinrich, editors (2022)

"Analysis of Cost Behavior When Calculating Damages," Parts 1 and 2, *Business Law Today*, American Bar Association (2018)

*Lost Profits Damages: Principles, Methods, and Applications*, co-edited with Everett P. Harry, Valuation Products and Services (2017)

"Analysis of Cost Behavior," with Elizabeth Eccher and James Rosberg, Chapter 11 of *Lost Profits Damages: Principles, Methods and Applications*, Harry and Kinrich, editors (2017)

**Appendix A**          CONFIDENTIAL – Attorneys' Eyes Only

"Risk and Economic Damages: Theoretical and Practical Issues," with Brian Brinig, *Dunn on Damages,* Issue 7 (Summer 2012)

"Can a Reasonable Royalty Ever Be Zero?" with Michael Hsu, *Intellectual Property Today* (May 2011)

"Discount Rate, Risk & Economic Damages: Practical Considerations," with Brian Brinig, *Business Valuation Update*, Vol. 15, No. 9 (September 2009)

"Analysis and Measurement of Damages in Patent Infringement Actions," *Calculating Patent Damages*, Law Seminars International (2009)

"Engagement Letters for Litigation Services: Business Valuation and Forensic & Litigation Services Practice Aid 04-1," coauthor, *American Institute of Certified Public Accountants* (2004)

"Trademark Misuse," *Litigation Support Report Writing: Accounting, Finance, and Economic Issues*, Friedman and Weil, eds., John Wiley & Sons (2003)

"Analysis and Measurement of Damages in Patent Infringement Actions," coauthor, *Patent Litigation 2001*, Practising Law Institute (2001)

"Cost Estimation," *Litigation Services Handbook: The Role of the Accountant as Expert Witness, 3rd ed.,* Weil, Wagner, and Frank, eds., John Wiley (2001)

"Preparing for Daubert Challenges in Antitrust Cases," coauthor, *Antitrust Section of the American Bar Association, Economic Committee Newsletter* (Spring 2001)

"Conflicting Rulings About Conflicts," coauthor, *The Witness Chair*, California Society of CPAs (Fall 1996)

"Damage Measures in Patent Infringement Actions," coauthor, *Second Annual Institute for Intellectual Property Law*, Practising Law Institute (1996)

"Damages on the Internet," *Proceedings of the AIPLA Winter Conference*, AIPLA (1996)

"Section 482 and Technology Transfers," coauthor, *Price Waterhouse, Intellectual Property Conference* (1993)

"Dull Witnesses," *Litigation*, American Bar Association, Vol. 19, No. 3 (Spring 1993)

"Economic Damages in Patent Infringement Cases," coauthor, *Patent Litigation 1991*, Practising Law Institute (1991)

"Forensic Accounting and Litigation Consulting Services," coauthor, *The Accountant's Handbook, 7th ed.*, John Wiley (1990)

**Appendix A**

## <u>Testimony List of Jeffrey H. Kinrich (2017 - Present)</u>

| <u>MATTER</u> | <u>YEAR</u> | <u>COURT</u> | <u>DEPOSITION</u> | <u>TRIAL</u> |
|---|---|---|---|---|
| 4 Corners v Nazarian | 2017 | California Superior Court, Los Angeles | X | |
| Cone v Causeway | 2017 | California Superior Court, Los Angeles | X | |
| Kaufman v Blue Shield | 2017 | California Superior Court, Los Angeles | | X |
| Kennedy v Regency Outdoor | 2017 | California Superior Court, Los Angeles | X | |
| Craven v Centex | 2017, 2018 | California Superior Court, Orange | X | X |
| UM Corp v Tsuburaya | 2017 | Federal District Court, Los Angeles | X | |
| Simkhai & Grindr Holdings Co v KL Grindr et al | 2017 | American Arbitration Association | X | |
| The Mark Condominium Owners Assoc. v Hensel Phelps et al | 2017 | California Superior Court, San Diego | X | X (402) |
| ICSOP v County of San Bernardino | 2017 | Federal District Court, Central District of California | X | |
| Alstatt v Centex Homes | 2017 | Nevada State Court | X | |
| SwiftAir v Row44 and Southwest Air | 2017 | California Superior Court, Los Angeles | X | |

**Appendix A**

CONFIDENTIAL – Attorneys' Eyes Only

## <u>Testimony List of Jeffrey H. Kinrich (2017 - Present)</u>

| **<u>MATTER</u>** | **<u>YEAR</u>** | **<u>COURT</u>** | **<u>DEPOSITION</u>** | **<u>TRIAL</u>** |
|---|---|---|---|---|
| Toyo Tire v Atturo Tire | 2017 | Federal District Court, ND of Illinois | X | |
| Carducci v Centex Homes | 2018 | Nevada State Court | X | |
| ALS Scan v Cloudflare | 2018 | Federal District Court, ND of California | X | |
| Sarkisian v University of Southern California | 2018 | Arbitration | X | X |
| Lincoln Electric v Harbor Freight Tools | 2018 | Federal District Court, ND of Ohio | X | |
| Estate of Chui | 2018, 2019 | California Superior Court, Los Angeles | X | |
| Scopely v Kung Fu Factory | 2018 | JAMS | X | |
| Golden, as trustee for Aletheia v. O'Melveny & Myers | 2018 | Phillips ADR | X | X |
| Solid 21 v Hublot | 2018 | Federal District Court, Central District of California | X | |
| Newmark Realty Capital v BGC Partners, Newmark & Co., et al. | 2018 | Federal District Court, Northern District of California | X | |
| Jet Edge v Schembari | 2018, 2019 | Federal District Court, Central District of California | X | X |

**Appendix A**                              CONFIDENTIAL – Attorneys' Eyes Only

## Testimony List of Jeffrey H. Kinrich (2017 - Present)

| MATTER | YEAR | COURT | DEPOSITION | TRIAL |
|---|---|---|---|---|
| Kjaer Weis v Kimsaprincess | 2018 | Federal District Court, Central District of California | X | |
| Wi-LAN v Vizio | 2018 | Federal District Court, District of Delaware | X | |
| Marriage of Stoddard & Treacy | 2018, 2019 | California Superior Court; Los Angeles | X | X |
| Marriage of Bower | 2018 | California Superior Court, San Diego | X | X |
| Tempic Five v Kingsco | 2018, 2019 | California Superior Court, Orange County | X | X |
| Safinia v Voltage Pictures | 2018 | Federal District Court, Central District of California | X | |
| Ballet Beauty v Lionsgate | 2019 | JAMS Arbitration | X | |
| Sanchez v CalPERS | 2019 | California Superior Court, Los Angeles | X | |
| Disney et al v VidAngel | 2019 | Federal District Court, Central District of California | X | X |
| Menendez v Seterus | 2019 | California Superior Court, Los Angeles | X | |
| Obagi v ZO | 2019 | JAMS Arbitration | X | X |

CONFIDENTIAL – Attorneys' Eyes Only

## Testimony List of Jeffrey H. Kinrich (2017 - Present)

| MATTER | YEAR | COURT | DEPOSITION | TRIAL |
|---|---|---|---|---|
| Marriage of Temmerman | 2019 | California Superior Court, Santa Clara | X | X |
| Tesla v Tripp | 2019 | Federal District Court, District of Nevada | X | |
| Manchester v Sivantos | 2019 | Federal District Court, Central District of California | X | |
| Applied Medical Resources v Southern California Edison | 2019 | California Superior Court, Orange | X | |
| Siena at Sorrento HOA v Toll Brothers et al. | 2019 | JAMS Arbitration, Walnut Creek | X | X |
| Fantasy Cookie v Bar Bakers | 2019, 2020 | California Superior Court, Los Angeles | X | X |
| Saxco International v Anchor Glass Container Corp. | 2019, 2020 | AAA Arbitration, Philadelphia | X | X |
| MRC v Spacey | 2020 | JAMS Arbitration, Los Angeles | X | X |
| Amalfi at Sorrento v Toll Brothers | 2020 | JAMS Arbitration, Walnut Creek | X | |
| Yu v Forest Surgical | 2020 | California Superior Court, San Francisco | X | |
| Network-1 Technologies, Inc. v Google, Inc and YouTube LLC | 2020 | Federal District Court, Southern District of New York | X | |

Appendix A

CONFIDENTIAL – Attorneys' Eyes Only

## Testimony List of Jeffrey H. Kinrich (2017 - Present)

| MATTER | YEAR | COURT | DEPOSITION | TRIAL |
|---|---|---|---|---|
| Altair v Telebrands | 2020 | Federal District Court, Central District of California | X | |
| Sorrento at Dublin Ranch v Toll Brothers | 2020 | JAMS Arbitration, Walnut Creek | X | |
| Cardinal v Gregory | 2020 | AAA Arbitration, Dallas TX | | X |
| Kessler v Wollmuth Maher & Deutsch | 2020 | AAA Arbitration, New York, NY | | X |
| Karpiuk et al v Wargaming World, Ltd. | 2020 | International Centre for Dispute Resolution, Nicosia, Cyprus | | X |
| Get Kaisered, Inc. v AKT Franchise, LLC | 2020 | Federal District Court, Delaware | X | |
| SPS Technologies, LLC d/b/a PB Fasteners v. Briles Aerospace, Inc. | 2020 | Federal District Court, Central District of California | X | |
| QC Manufacturing, Inc. v Solatube International | 2020 | JAMS Arbitration, Los Angeles | | X |
| Miner v. Olsen & Larson | 2020, 2021 | Utah Alternative Dispute Resolution Services | X | X |
| Workspot v Citrix | 2021 | Federal District Court, Delaware | X | |
| Zeitlin v Bank of America | 2021 | Federal District Court, Nevada | X | |

**Appendix A**

CONFIDENTIAL – Attorneys' Eyes Only

## Testimony List of Jeffrey H. Kinrich (2017 - Present)

| MATTER | YEAR | COURT | DEPOSITION | TRIAL |
|---|---|---|---|---|
| RevPAR Collective dba Stash Rewards v Synchrony Bank | 2021 | California Superior Court, San Francisco | X | |
| CP III Rincon Towers v Richard Cohen | 2021 | Federal District Court, SD of New York | X | |
| JTS Communities v ZB dba California Bank & Trust | 2021 | California Superior Court, Sacramento | X | |
| Skyhawke v GolfzonDeca | 2021 | Federal District Court, CD of California | X | |
| Fahrenheit Homeowners Ass'n v CityMark Fahrenheit LLC | 2021 | California Superior Court, San Diego | X | |
| PGA v Trump National Bedminster | 2021 | JAMS Arbitration | X | |
| Microvention, Inc. v Balt | 2021 | Federal District Court, Central District of California | X | |
| Honey Bum v Fashion Nova | 2021 | Federal District Court, Central District of California | X | |
| Level 1 HOA v Taylor Morrison | 2021 | JAMS Arbitration | X | X |
| Aramark & HPSI v Borgquist, Beacon Holdings | 2021 | Federal District Court, Central District of California | | X |
| Honda Trading America v BASF | 2021 | Federal District Court, Central District of California | X | |

**Appendix A**                                     CONFIDENTIAL – Attorneys' Eyes Only

## <u>Testimony List of Jeffrey H. Kinrich (2017 - Present)</u>

| <u>MATTER</u> | <u>YEAR</u> | <u>COURT</u> | <u>DEPOSITION</u> | <u>TRIAL</u> |
|---|---|---|---|---|
| Marriage of Temmerman (II) | 2022 | California Superior Court, Santa Clara | X | |
| USA v Bychak (Amobee) | 2022 | Federal District Court, Southern District of California | | X (privilege hearing) |
| USA ex rel Stahl, et al. v Orthopedic Alliance, LLC et al. | 2022 | Federal District Court, Central District of California | X | |
| InComm Holdings v Quality Investment Properties Suwanee LLP | 2022 | Gwinnett County Superior Court, Georgia | X | |
| SEC v Yin | 2022 | Federal District Court, Southern District of New York | X | |
| American Career College et al. v Pronto, Medina et al. | 2022 | Federal District Court, Central District of California | X | |
| Gilead v Royalty Pharma Trust | 2022, 2023 | American Arbitration Ass'n, Atlanta, GA | X | X |
| Wedding v CalPERS | 2022 | California Superior Court, Los Angeles | X | |
| PennyMac v BlackKnight | 2022, 2023 | American Arbitration Ass'n, Jacksonville, FL | X | X |
| Masimo v Apple | 2023, 2024 | Federal District Court, Central District of California | X | X |

**Appendix A**                                                    CONFIDENTIAL – Attorneys' Eyes Only

## <u>Testimony List of Jeffrey H. Kinrich (2017 - Present)</u>

| <u>MATTER</u> | <u>YEAR</u> | <u>COURT</u> | <u>DEPOSITION</u> | <u>TRIAL</u> |
|---|---|---|---|---|
| Ryan Martin v Agency for the Performing Arts | 2023 | California Superior Court, Los Angeles | X | X |
| BVK Gaming v Polvora | 2023, 2024 | California Superior Court, Napa | X | X |
| Wisk Aero LLC v Archer Aviation | 2023 | Federal District Court, Northern District of California | X | |
| Guild Mortgage v Flowers | 2023 | JAMS Arbitration, Seattle | X | X |
| Krafton v NetEase | 2023 | California Superior Court, San Mateo | X | X |
| County of San Bernardino v ICSOP | 2023 | Federal District Court, Central District of California | X | |
| CCSCLA v Astroturf | 2023 | California Superior Court, Los Angeles | X | |
| Rensselaer Polytechnic Institute and CF Dynamic Advances LLC v Amazon.com | 2023 | Federal District Court, Northern District of New York | X | |
| Modern Ice Owners Association v Taylor Morrison of California | 2023 | California Superior Court, Santa Clara | X | X |
| Rinsch & Home VFX v Netflix | 2023 | ADR Services Arbitration | | X |
| In the Matter of The Donald W. Callender Family Trust (Ammerman & Feldmar) | 2023, 2024 | California Superior Court, Orange County | X | X |

**Appendix A**                    CONFIDENTIAL – Attorneys' Eyes Only

## <u>Testimony List of Jeffrey H. Kinrich (2017 - Present)</u>

| <u>MATTER</u> | <u>YEAR</u> | <u>COURT</u> | <u>DEPOSITION</u> | <u>TRIAL</u> |
|---|---|---|---|---|
| Yucaipa Companies LLC, et al. v Lantern Asset Management GP, LLC, et al. | 2024 | California Superior Court, Los Angeles | X | |
| loanDepot.com, LLC v Johnson | 2024 | JAMS Arbitration, Washington, DC | X | X |
| loanDepot.com, LLC v Stowers | 2024 | California Superior Court, San Diego | X | |
| 37 Degrees North HOA v Taylor Morrison of California LLC | 2024 | JAMS Arbitration, Northern Calif. | X | |
| Meridian at Willow Glen HOA v. Taylor Morrison of California, LLC | 2024 | California Superior Court, Santa Clara | X | |
| loanDepot.com, LLC v. Kevin Luchko, et al. | 2024 | JAMS Arbitration, Philadelphia, PA | X | |
| Dialect, LLC v Amazon.com, Inc., et al. | 2024 | Federal District Court, Eastern District of Virginia | X | |
| loanDepot.com, LLC v Schneider | 2024 | JAMS Arbitration, Chicago, IL | X | |
| Movora, LLC (VOI) v. Claude Gendreau, et al. | 2024, 2025 | Delaware Superior Court | X | X |
| Land Home Financial Services, Inc. v Gold Start Financial Mortgage Group Corp, et al. | 2024 | California Superior Court, Contra Costa | X | |
| Fate Therapeutics v Shoreline Biosciences, Dr. Dan Kaufman, et al. | 2024 | California Superior Court, San Diego | X | |

**Appendix A**          CONFIDENTIAL – Attorneys' Eyes Only

## Testimony List of Jeffrey H. Kinrich (2017 - Present)

| MATTER | YEAR | COURT | DEPOSITION | TRIAL |
|---|---|---|---|---|
| In re iCAP Enterprises, Inc., et al. | 2024 | US Bankruptcy Court, ED Washington | | X |
| Laatz v Zazzle, Inc. | 2024 | US District Court, Northern District of California | X | |
| Buchner v Licosati & Winship | 2024 | California Superior Court, San Diego | X | |
| loanDepot.com, LLC v CrossCountry, et al. | 2024 | California Superior Court, San Diego | X | |
| Redlingshafer v Benefit Finance Partners | 2025 | Missouri State Court, St Louis | X | |
| SAH 2001 Fund III MM, Inc. v. Jolt Realty, LLC | 2025 | California Superior Court, Orange County | X | |
| Bansal, MD v Sahgal, MD | 2025 | California Superior Court, Los Angeles | X | |
| Flyer Defense v Marvin Engineering Co. | 2025 | California Superior Court, Los Angeles | X | |
| Graham Packaging Co v Ring Container Technologies | 2025 | US District Court, WD of Kentucky | X | |

## Appendix B
## Materials Relied Upon

**Case Documents**

Second Amended Complaint For Sexual Harassment, Retaliation, Breach of Contract, False Light, Defamation, and Other Claims, *Blake Lively, v. Wayfarer Studios LLC, et al.,* Case No. 1:24-cv-10049-LJL, July 30, 2025

Expert Report of Dina Mayzlin, October 17, 2025

**Depositions**

Deposition of Andrew T. Chrisomalis, September 24, 2025

Deposition of Laura Tedesco, September 29, 2025

**Discussions with Management**

Discussion with management of Blake Brown on July 30, 2025

Discussions with management of Betty B on July 31, 2025, and September 30, 2025

**Bates Stamped Documents**

BL-000021798-1910

BL-000028664-8725

BL-000033111-141

BL-000034269

BL-000034271

BL-000034272-292

BL-000034377-4432

BL-000034433-36

BL-000037129_A-151_A

BL-000037497

BL-000037661-7748

BL-000037766-7819

BL-000037820-853

BL-000037854-865

BL-000037970_A-38164_A

BL-000038170_A-8269_A

BL-000038373-382

BL-000038862

BL-000039160

BL-000039169

BL-000039329-337

**Publicly Available Documents**

"Baird's Takeaways from the 22nd Edition of Cosmoprof North America," *Baird*, 2024, available at https://www.rwbaird.com/siteassets/gib/pdf/cosmoprof-na-takeaways-summer-2024.pdf

"Beauty Growth to Continue Through 2026," *Global Cosmetic Industry*, May 1, 2024, available at https://www.gcimagazine.com/consumers-markets/article/22887549/beauty-growth-to-continue-through-2026

"Behind the Boom in Celebrity Brands," *HBR IdeaCast*, https://hbr.org/podcast/2024/05/behind-the-boom-in-celebrity-brands

"Betty Booze Announces New Flavors, A Variety Pack and Top National Distribution Partnership," *BevNET*, April 9, 2024, available at https://www.bevnet.com/spirits/2024/betty-booze-announces-new-flavors-a-variety-pack-and-top-national-distribution-partnership/

"Betty Booze, Introduces New Vodka Iced Teas - Just in Time for Summer," *PR Newswire*, June 4, 2025, available at https://www.prnewswire.com/news-releases/betty-booze-introduces-new-vodka-iced-teas--just-in-time-for-summer-302472674.html

"Betty Booze," *Betty Booze*, available at https://bettybooze.com/

"Betty Buzz Sparkling Mixers Expands Distribution With First National Restaurant Partner," *PR Newswire*, February 15, 2023, available at https://www.prnewswire.com/news-releases/betty-buzz-sparkling-mixers-expands-distribution-with-first-national-restaurant-partner-301747350.html

"Betty Buzz," *Betty Buzz*, https://bettybuzz.com/

"Blake Lively Announces the Launch of Betty Booze, A New line of Gourmet Sparkling Canned Cocktails," *PR Newswire*, June 29, 2023, available at https://www.prnewswire.com/news-releases/blake-lively-announces-the-launch-of-betty-booze--a-new-line-of-gourmet-sparkling-canned-cocktails-301866520.html

"Blake Lively Announces The Launch of Betty Buzz," *PR Newswire*, September 23, 2021, available at https://www.prnewswire.com/news-releases/blake-lively-announces-the-launch-of-betty-buzz-301384046.html

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix B**
**Materials Relied Upon**

"Blake Lively's Betty Buzz Launches In British Airways' US Lounges," *PR Newswire* , November 10, 2021, available at https://www.prnewswire.com/news-releases/blake-livelys-betty-buzz-launches-in-british-airways-us-lounges-301421714.html

"Celebrity-founded Beauty brands surpass $1 billion in sales," *Nielsen IQ* , January 22, 2024, available at https://nielseniq.com/global/en/insights/analysis/2024/celebrity-founded-beauty-brands-surpass-1-billion-in-sales/

"Davos Brands Acquires Controlling Interest in Sombra Mezcal," *BevNET* , March 29, 2017, available at https://www.bevnet.com/spirits/2017/davos-brands-acquires-controlling-interest-sombra-mezcal

"Diageo to acquire Aviation Gin and Davos Brands," *Diageo* , August 17, 2020, available at https://www.diageo.com/en/news-and-media/press-releases/2020/diageo-to-acquire-aviation-gin-and-davos-brands

"Dr. Dre and Snoop Dogg Launch Ready To Drink Gin & Juice By Dre and Snoop," *PR Newswire* , February 12, 2024, available at https://www.prnewswire.com/news-releases/dr-dre-and-snoop-dogg-launch-ready-to-drink-gin--juice-by-dre-and-snoop-302059505.html

"Duff & Phelps Announces Plans to Unify Company Under Kroll Brand," *Kroll* , February 24, 2021, available at https://www.kroll.com/en/newsroom/duff-and-phelps-unifies-under-kroll-brand

"e.l.f. Beauty Announces Definitive Agreement to Acquire rhode in $1 Billion Deal," *Business Wire* , May 28, 2025, available at https://www.businesswire.com/news/home/20250528613364/en/e.l.f.-Beauty-Announces-Definitive-Agreement-to-Acquire-rhode-in-%241-Billion-Deal

"Explore Gin's Next Episode," *Dre and Snoop* , available at https://dreandsnoop.com/pages/about

"Founder's Story," *Carbliss* , available at https://drinkcarbliss.com/pages/founders-story

"Frequently asked questions," *Blake Brown* , available at https://www.blakebrownbeauty.com/pages/faq#section-product

"From my shower to yours," *Blake Brown* , available at https://www.blakebrownbeauty.com/pages/about

"Global Industry Classification Standard (GICS®) Methodology," *MSCI* , February 2025

"How impactful are celebrity-backed brands?" *IWSR* , May 9, 2024, available at https://www.theiwsr.com/insight/how-impactful-are-celebrity-backed-brands

"How to find your brand's whitespace opportunities," Nepa, available at https://nepa.com/blog/whitespace-opportunities/

"Introducing Blake Brown, a New Haircare Brand from Blake Lively for Iconic Hair, Every Day," *PR Newswire* , July 31, 2024, available at https://www.prnewswire.com/news-releases/introducing-blake-brown-a-new-haircare-brand-from-blake-lively-for-iconic-hair-every-day-302211224.html

"Kim Kardashian, Ryan Reynolds and the age of the celebrity brand," *The Economist* , July 3, 2025, available at https://www.economist.com/business/2025/07/03/kim-kardashian-ryan-reynolds-and-the-age-of-the-celebrity-brand

"Kylie Jenner Introduces Sprinter, a Premium Canned Vodka Soda," *BevNET* , March 7, 2024, available at https://www.bevnet.com/spirits/2024/kylie-jenner-introduces-sprinter-a-premium-canned-vodka-soda

"Kylie Jenner's Sprinter Partners With Gopuff Ahead of Coachella," *BevNET* , April 12, 2024, available at https://www.bevnet.com/spirits/2024/kylie-jenners-sprinter-partners-with-gopuff-ahead-of-coachella

"Kylie Jenner's Sprinter RTD Voda Soda Strikes New Distribution Deal," *RTD Magazine* , August 5, 2024, available at https://rtdmagazine.com/blogs/rtd-cocktail-news/sprinter-vodka-soda-new-distribution-deal

"Kylie Jenner's Sprinter Vodka Soda Announces Impressive Early Sales," *BevNET* , April 24, 2024, available at https://www.bevnet.com/pr/2024/04/24/kylie-jenners-sprinter-vodka-soda-announces-impressive-early-sales

"Kylie Jenner's Sprinter Vodka Soda Launches New Palm Springs Variety Pack," *BevNET* , April 2, 2025, available at https://www.bevnet.com/pr/2025/04/02/kylie-jenners-sprinter-vodka-soda-launches-new-palm-springs-variety-pack

"Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)," *Federal Reserve Bank of St. Louis* , available at https://fred.stlouisfed.org/series/DGS1.

"Our Story," *Mom Water* , available at https://drinkmomwater.com/pages/about

"The Story," *Long Drink* , available at https://www.longdrink.com/the-story

"What Makes a Successful Celebrity Brand?" *Harvard Business Review* , 2024, available at https://hbr.org/2024/05/what-makes-a-successful-celebrity-brand

C., Olivia, "The Viral Blush That Actually Lives Up to the Hype," *Luminli* , April 20, 2025, available at https://luminli.com/rare-beauty-soft-pinch-liquid-blush/

Damodaran, Aswath, *Investment Valuation* , 3rd Ed., John Wiley & Sons, 2012

Davies, Jackie, "The Rhode to riches – a deep dive into the brand and the audience that soared them to 1Billion," *audience* , June 11, 2025, available at https://resources.audiense.com/en/blog/the-rhode-to-riches-a-deep-dive-into-the-brand-and-the-audience-that-soared-them-to-1billion

Dingwall, Kate, "Inside the Complicated (And Profitable) World of Celebrity Spirits," *SOMM TV Magazine,* September 15, 2022, available at https://mag.sommtv.com/2022/09/celebrity-spirits/

Ekpo, Ime, "Dr. Dre and Snoop Dogg Become Co-Founders With Launch Of STILL G.I.N.," *Forbes* , October 16, 2024, available at https://www.forbes.com/sites/imeekpo/2024/10/15/dr-dre-and-snoop-dogg-launch-ultra-premium-still-gin-nationwide/

English, Shane, "Mezcal Makes Its Move," *Market Watch* , February 18, 2021, available at https://www.marketwatchmag.com/mezcal-makes-its-move

Evison, James, "Dr Dre and Snoop Dogg's Gin & Juice arrives in the UK," *The Drinks Business* , July 18, 2024, available at https://www.thedrinksbusiness.com/2024/07/dr-dre-and-snoop-doggs-gin-juice-arrives-in-the-uk/

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix B**
**Materials Relied Upon**

Feldman, Lucy, "How Selena Gomez Is Revolutionizing the Celebrity Beauty Business," *TIME* , May 29, 2024, available at https://time.com/6979619/rare-beauty/

Fernandes, Janice, "Key insights on American attitudes towards beauty products," *YouGov* , October 14, 2024, available at https://business.yougov.com/content/50685-key-insights-on-american-attitudes-towards-beauty-products

Fine, Jenny B., "How Blake Lively Broke the Hair Care Mold," *Women's Wear Daily* , available at https://wwd.com/beauty-industry-news/beauty-features/blake-lively-brown-target-hair-care-beauty-inc-award-1236758589/

Gillette, Beth and Marta Skovro, "Introducing: Cosmopolitan's 2024 Readers' Choice Beauty Awards," *Cosmopolitan* , September 9, 2024, available at https://www.cosmopolitan.com/style-beauty/beauty/a61817767/readers-choice-beauty-awards-2024/

Japhe, Brad, "Actor Ryan Reynolds Sells Aviation Gin Brand For A Reported $610 Million," *Forbes* , August 7, 2020, available at https://www.forbes.com/sites/bradjaphe/2020/08/17/actor-ryan-reynolds-sells-his-gin-brand-for-a-reported-610-million

Jensen, Larissa, "US Beauty Industry Grows in the First Half of 2025, Circana Reports," *Circana* , August 19, 2025, available at https://www.circana.com/post/us-beauty-industry-grows-in-the-first-half-of-2025-circana-reports

Kiely, Melita, "The Gin Masters 2025 – First Tasting results," *The Spirits Business* , July 1, 2025, available at https://www.thespiritsbusiness.com/2025/07/the-gin-masters-2025-first-tasting-results/

King, Candice, "How Rare Beauty Became One of the Fastest-Growing Beauty Brands on Instagram in 2025," *HypeAuditor* , June 4, 2025, available at https://hypeauditor.com/blog/how-rare-beauty-became-one-of-the-fastest-growing-beauty-brands-on-instagram-in-2025/

Knudsen, Christoph, "Haircare shopper insights," *Cohley* , February 2024, available at https://www.cohley.com/insights/haircare

Lobad, Noor, "The Top 10 Blush Brands at Sephora From Rare Beauty to Dior," *Women's Wear Daily* , January 21, 2025 available at https://wwd.com/beauty-industry-news/beauty-features/top-blushes-sephora-rare-beauty-drior-haus-labs-1236850523/

Millington, Alison, "The $1 billion sale of George Clooney's tequila company just made him 2018's highest-paid actor — here's the story of how the brand was set up by accident," *Business Insider* , August 23, 2018, available at https://www.businessinsider.com/george-clooney-tequila-brand-casamigos-started-by-accident-2017-6

Padia, Vrushali, "The 'Aviation Gin' Story: Here's How Ryan Reynolds Grew The $610 Million Alcohol Brand," *TheRichest* , August 3, 2023, available https://www.therichest.com/rich-powerful/the-aviation-gin-story-heres-how-ryan-reynolds-grew-the-610-million-alcohol-brand/

Parisi, Danny, "Blake Lively announced as Glossy Pop NYC speaker," *Glossy* , August 19, 2025, available at https://www.glossy.co/beauty/blake-lively-announced-as-glossy-pop-nyc-speaker/

Pelner, Laura, "Mezcal's Momentum," *Market Watch* , May 16, 2018, available at https://www.marketwatchmag.com/mezcals-momentum/

Pratt, Shannon P. and Roger J. Grabowski, *Cost of Capital* , 5th Ed., John Wiley & Sons, 2014

Saltzman, Steph, "Hailey Bieber's Beauty Brand is Officially Here," *Fashionista* , June 15, 2022, available at https://fashionista.com/2022/06/rhode-hailey-bieber-skin-care-launch-products

Shafiq, Saman, "Hailey Bieber's Rhode officially gets a Sephora launch date," *USA Today* , August 18, 2025, available at https://www.usatoday.com/story/money/2025/08/18/rhode-sephora-release-date-hailey-bieber/85714612007/

Shah, Kineree, "From brand loyalty to smell – What shapes US consumer's hair care choices?" *YouGov* , November 13, 2024, available at https://business.yougov.com/content/50928-from-brand-loyalty-to-smell-what-shapes-us-consumers-hair-care-choices

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 9, 2016

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 15, 2017

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 21, 2018

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 13, 2019

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 18, 2020

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 17, 2021

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 16, 2022

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 15, 2023

The Livingston Survey, Federal Reserve Bank of Philadelphia, December 20, 2024

The Livingston Survey, Federal Reserve Bank of Philadelphia, June 24, 2025

Valenti, Lauren, "TikTok Made me Buy It: The Liquid Blush That Gives Me Juicy, Sculpted Cheeks," *Vogue* , June 6, 2022, available at https://www.vogue.com/article/tiktok-rare-beauty-liquid-blush

Weiss, Geoff and Micaela Garber, "Selena Gomez's beauty brand just made her a billionaire," *Business Insider* , September 6, 2024, available at https://www.businessinsider.com/selena-gomez-billionaire-rare-beauty-brand-2024-9

**Data**

*Kroll Cost of Capital Navigator*

CONFIDENTIAL – Attorneys' Eyes Only

# Appendix C.1

## Consolidated Balance Sheet of Family Hive

*As of December 2024*

| ($ in millions) | 2024 |
|---|---|
| **Assets** | |
| Current Assets | |
|   Bank of America | $0.01 |
|   Trade - Account Receivable | $0.36 |
|   Accrued Deduction - Account Receivable | ($0.68) |
| **Total Current Assets** | **($0.31)** |
| | |
| Other Current Assets | |
|   Inventories - Finished Goods and Components | $7.15 |
|   Suppliers Advance | $1.14 |
|   Prepaid Expense | $0.03 |
| **Total Other Current Assets** | **$8.32** |
| | |
| Fixed Assets | |
|   Tangible Fixed Assets | |
|     Retail Fixtures and Displays | $0.59 |
|     Equipment | $0.15 |
|     Accumulated Depreciation Tangible Fixed Asset | ($0.16) |
|   Net Tangible Fixed Asset | $0.58 |
| | |
|   Intangible Fixed Assets | |
|     Website Development | $0.13 |
|     Trademark & User Rights | $0.45 |
|     Accumulated Depreciation Intangible Fixed Asset | ($0.12) |
|   Net Intangible Fixed Asset | $0.46 |
| **Total Fixed Assets** | **$1.05** |
| | |
| **Total Assets** | **$9.05** |
| | |
| **Liabilities and Members' Equity** | |
| Current Liabilities | |
|   Account Payable | $0.20 |
| **Total Current Liabilities** | **$0.20** |
| | |
| Other Current Liabilities | |
|   Accrued Expenses | |
|     Accrued Purchases | $0.00 |
|     Accrued Expenses | $0.07 |
|     Accrued Bonuses | $0.18 |
|     Deferred Revenue | $0.04 |
|   Total Accrued Expenses | $0.30 |
| | |
|   Intercompany | |
|     Intercompany - GBB | $6.44 |
|   Total Intercompany | $6.44 |
| | |
| **Total Other Current Liabilities** | **$6.73** |
| | |
| **Total Liabilities** | **$6.94** |

CONFIDENTIAL – Attorneys' Eyes Only

# Appendix C.1

## Consolidated Balance Sheet of Family Hive

*As of December 2024*

| ($ in millions) | 2024 |
|---|---|
| **Equity** | |
| Retained Earnings | ($0.00) |
| Equity | $4.00 |
| Net Income | ($1.88) |
| **Total Equity** | **$2.12** |
| | |
| **Total Liabilities and Members' Equity** | **$9.05** |

**Source:**
BL-000038373-382, at 377.

CONFIDENTIAL – Attorneys' Eyes Only

## Appendix C.2

## Blake Brown Income Statement

*2024Q3, Q4, 2024, 2025*

| ($ in millions) | 2024Q3A[1][2] | 2024Q4A[2] | 2024A | 2025F[3] |
|---|---|---|---|---|
| Gross Sales | $10.40 | $2.09 | $12.49 | $9.17 |
| Route Insurance | $0.00 | $0.00 | $0.01 | $0.00 |
| Deductions | ($1.04) | ($0.19) | ($1.23) | ($2.23) |
| **Net Revenue** | **$9.36** | **$1.90** | **$11.26** | **$6.94** |
| COGS | $3.31 | $0.65 | $3.96 | $2.70 |
| Freight In, Special Handling and Sourcing Fees | $0.47 | $0.12 | $0.59 | $0.63 |
| Customs & Excise | $0.04 | $0.00 | $0.04 | $0.00 |
| Warehouse Storage and Fill & Pack | $0.14 | $0.03 | $0.17 | $0.45 |
| Other Warehouse Expenses | $0.00 | $0.02 | $0.02 | $0.09 |
| **Total Charges Merchandises** | **$3.97** | **$0.81** | **$4.78** | **$3.87** |
| **Gross Margin** | **$5.39** | **$1.09** | **$6.48** | **$3.07** |
| Royalties | $0.47 | $0.10 | $0.57 | $0.39 |
| Marketing | $0.95 | $0.60 | $1.55 | $2.45 |
| Other Overhead | $2.68 | $0.74 | $3.42 | $4.10 |
| **EBITDA** | **$1.29** | **($0.36)** | **$0.94** | **($3.86)** |

**Notes:**

[1] The "Jan–July 2024" column in the source document represents July 2024 only, because Blake Brown started to operate in July 2024. *See* BL-000021798-1910, at 1807.

[2] "2024Q3A" is calculated as the sum of the "Jan–July 2024," "August 2024," and "September 2024" columns; "2024Q4A" is calculated as the sum of October–December 2024.

[3] Values for "2025F" are full-year estimates prepared by Blake Brown using actual financial performance available through June 2025.

**Sources:**

BL-000038373-382, at 376 and 381; BL-000021798-1910, at 1807.

CONFIDENTIAL – Attorneys' Eyes Only

# Appendix C.3

## Blake Brown Business Projections (Blake Brown Forecast)
*2024 – 2030*

| ($ in millions) | Fiscal Year Ending | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2024F[1] | 2025F | 2026F | 2027F | 2028F | 2029F | 2030F |
| **Net Revenue by Channel** | | | | | | | |
| **Retailer** | | | | | | | |
| Target | $7.4 | $18.3 | $31.7 | $48.1 | $56.0 | $63.3 | $65.0 |
| Ulta | $0.0 | $2.8 | $7.8 | $13.0 | $15.2 | $17.4 | $19.6 |
| International Retailers | $0.0 | $3.7 | $14.9 | $29.8 | $34.7 | $39.9 | $45.0 |
| **Total Retailer** | **$7.4** | **$24.9** | **$54.4** | **$90.9** | **$105.9** | **$120.6** | **$129.6** |
| **DTC** | | | | | | | |
| Domestic DTC | $1.3 | $3.7 | $6.9 | $10.7 | $12.5 | $14.2 | $14.9 |
| International DTC | – | $0.7 | $2.8 | $5.6 | $6.5 | $7.5 | $8.4 |
| **Total DTC** | **$1.3** | **$4.4** | **$9.7** | **$16.3** | **$19.0** | **$21.7** | **$23.3** |
| **Net Revenue** | **$8.7** | **$29.2** | **$64.2** | **$107.2** | **$124.9** | **$142.3** | **$152.9** |
| COGS | ($3.4) | ($11.9) | ($27.1) | ($40.3) | ($46.5) | ($52.5) | ($56.0) |
| *As a Percent of Net Revenue* | *-39.3%* | *-40.9%* | *-42.2%* | *-37.6%* | *-37.2%* | *-36.9%* | *-36.6%* |
| *Average Percent of Net Revenue, 2026–2030* | *-38.1%* | | | | | | |
| **Operating Income** | **$5.3** | **$17.3** | **$37.1** | **$67.0** | **$78.4** | **$89.8** | **$96.9** |
| **Overhead Costs and SG&A** | | | | | | | |
| Distribution Costs | ($1.6) | ($3.0) | ($4.9) | ($7.0) | ($7.7) | ($8.6) | ($9.1) |
| *As a Percent of Net Revenue* | *-18.1%* | *-10.4%* | *-7.6%* | *-6.5%* | *-6.2%* | *-6.1%* | *-6.0%* |
| *Average Percent of Net Revenue, 2026–2030* | *-6.5%* | | | | | | |
| Warehouse and Logistics | ($0.5) | ($1.9) | ($4.5) | ($7.7) | ($9.0) | ($10.3) | ($11.1) |
| *As a Percent of Net Revenue* | *-6.2%* | *-6.7%* | *-7.1%* | *-7.2%* | *-7.2%* | *-7.2%* | *-7.3%* |
| *Average Percent of Net Revenue, 2026–2030* | *-7.2%* | | | | | | |
| Royalties | ($0.5) | ($1.7) | ($3.7) | ($6.2) | ($7.2) | ($8.2) | ($8.8) |
| Marketing | ($2.9) | ($7.2) | ($13.3) | ($22.3) | ($25.9) | ($29.5) | ($31.8) |
| *As a Percent of Net Revenue* | *-33.7%* | *-24.6%* | *-20.8%* | *-20.8%* | *-20.8%* | *-20.8%* | *-20.8%* |
| *Average Percent of Net Revenue, 2026–2030* | *-20.8%* | | | | | | |
| Other Admin and Overhead | ($0.3) | ($1.1) | ($2.0) | ($3.1) | ($3.5) | ($4.0) | ($4.2) |
| SG&A | ($0.7) | ($2.7) | ($5.1) | ($7.5) | ($8.5) | ($9.7) | ($10.5) |
| **Total Overhead and SG&A** | **($6.6)** | **($17.6)** | **($33.5)** | **($53.8)** | **($61.9)** | **($70.3)** | **($75.5)** |
| **EBITDA** | **($1.3)** | **($0.3)** | **$3.5** | **$13.2** | **$16.5** | **$19.5** | **$21.4** |
| **Working Capital Needs [2]** | | | | | | | |
| Receivables | $0.9 | $3.1 | $6.7 | $11.2 | $13.1 | $14.9 | $16.0 |
| Inventory | $1.1 | $3.8 | $8.7 | $13.0 | $15.0 | $16.9 | $18.1 |
| Payables | ($1.5) | ($4.4) | ($9.1) | ($14.3) | ($16.5) | ($18.6) | ($19.9) |
| Working Capital | $0.5 | $2.5 | $6.3 | $10.0 | $11.6 | $13.2 | $14.1 |
| *Working Capital As a Percent of Net Revenue* | *5.8%* | *8.6%* | *9.8%* | *9.3%* | *9.3%* | *9.3%* | *9.2%* |
| *Average Working Capital as a Percent of Net Revenue 2025 - 2030* | *9.2%* | | | | | | |
| *Estimates of Working Capital as a Percent of Net Revenue* | *9.0%* | | | | | | |

**Notes:**

[1] 2024F column presents results from operations beginning July 1, 2024. *See* BL-000021798-1910, at 1805.

[2] Working Capital Needs is based on the Cash Requirements presentation from the Deloitte Business Plan. All amounts were originally stated in millions. *See* BL-000039160-68, at 62.

[3] There is a modest discrepancy in net revenue between BL-000039169 and BL-000039160-68, but it is not material to the analysis. Net revenue figures are from BL-000039169, tab "c.P&L" and projected working capital is from BL-000039160-68, at 62.

**Sources:**

BL-000021798-1910, at 1805; BL-000039169; BL-000039160-68.

CONFIDENTIAL – Attorneys' Eyes Only

# Appendix C.4

## Cost of Equity Capital for Blake Brown
## Risk Premium Report Study: CAPM + Size Premium
*As of March 31, 2026*

| | | Book Value of Equity | Total Assets | 5-Year Average EBITDA[F] | Net Sales |
|---|---|---|---|---|---|
| *Regression Approach* | | | | | |
| [A] | Risk-Free Rate | 4.66% | 4.66% | 4.66% | 4.66% |
| [B] | Estimated Beta | 1.04 | 1.04 | 1.04 | 1.04 |
| | Equity Risk Premium (ERP) | | | | |
| [C] | Kroll Recommended ERP | 5.00% | 5.00% | 5.00% | 5.00% |
| [D] | Supply-Side Long-term ERP | 6.26% | 6.26% | 6.26% | 6.26% |
| [E] | Size Premium | 6.08% | 6.61% | 6.60% | 5.07% |
| [F] | Company-Specific Premium | 1.00% | 1.00% | 1.00% | 1.00% |
| [G] | Total Cost of Equity Capital | | | | |
| | Kroll Recommended ERP | 16.94% | 17.47% | 17.46% | 15.93% |
| | Kroll Supply-Side Long-term ERP | 18.25% | 18.78% | 18.77% | 17.24% |
| | | | Median Cost of Equity Capital (Regression Approach) | | **17.47%** |
| | | | | | |
| *Portfolio Approach* | | | | | |
| [A] | Risk-Free Rate | 4.66% | 4.66% | 4.66% | 4.66% |
| [B] | Estimated Beta | 1.04 | 1.04 | 1.04 | 1.04 |
| | Equity Risk Premium (ERP) | | | | |
| [C] | Kroll Recommended ERP | 5.00% | 5.00% | 5.00% | 5.00% |
| [D] | Supply-Side Long-term ERP | 6.26% | 6.26% | 6.26% | 6.26% |
| [E] | Size Premium | 4.11% | 4.61% | 4.59% | 4.49% |
| [F] | Company-Specific Premium | 1.00% | 1.00% | 1.00% | 1.00% |
| [G] | Total Cost of Equity Capital | | | | |
| | Kroll Recommended ERP | 14.97% | 15.47% | 15.45% | 15.35% |
| | Kroll Supply-Side Long-term ERP | 16.28% | 16.78% | 16.76% | 16.66% |
| | | | Median Cost of Equity Capital (Portfolio Approach) | | **15.88%** |

**Notes:**

[A]  The Risk-Free Rate is based on the 20-year Treasury yield with constant maturity on Kroll, accessed on October 9, 2025.

[B]  Beta is the median sum beta for GICS Code 30302010 (Personal Care Products). According to Kroll, "[s]um beta is calculated as a multiple regression with a company's (or portfolio's) excess monthly total returns (i.e., returns over the risk-free rate) acting as the dependent variable, and the market's current month's excess returns and the market's previous month's (i.e., 'lagged') excess returns acting as the independent variables, and then summing the resulting coefficients." GICS Code 30302010 includes companies that manufacture personal and beauty care products, including cosmetics and perfumes.

[C]  Kroll employs a "multi-faceted analysis" to estimate the Kroll Recommended ERP: "First, a reasonable range of normal or unconditional ERP is established. Second, based on current economic conditions, Kroll estimates where in the range the true ERP likely lies (top, bottom, or middle) by examining the current state of the economy (both by examining economic indicators and forecasts, as well as by analyzing the level and trends of stock market indices as forward indicators), in conjunction with the implied equity volatility and corporate spreads as indicators of perceived risk."

[D]  Kroll forecasts the Supply-Side Long-term ERP using historical data. The analysis uses an earnings model as the basis for the supply-side estimate, which "breaks the historical equity return into four pieces, with only three historically being supplied by companies: inflation, income return, and growth in real earnings per share. The growth in the P/E ratio, the fourth piece, is a reflection of investors' changing prediction of future earnings growth."

[E]  The Size Premium is determined using four measures of size: (1) the book value of equity as of 2024; (2) total assets as of 2024; (3) 5-Year Average EBITDA, which is calculated as the average of the projected 2024 to 2026 EBITDA from the Blake Brown Forecast due to limited data availability; and (4) projected net sales in 2026. Items (1) and (2) are as of 2024 because it is the only year with available Family Hive Consolidated Balance Sheet data. *See* **Appendices C.1, C.3**.

[F]  Company-Specific Premium reflects the inherent risks. The model uses a 1% Company-Specific Premium.

[G]  = [A] + [B] × ([C] or [D]) + [E] + [F]

**Sources:**

**Appendices C.1, C.3**; Kroll Cost of Capital Navigator; "Global Industry Classification Standard (GICS®) Methodology," *MSCI,* February 2025, p. 38.

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix C.5**

## Cost of Equity Capital for Blake Brown
## Risk Premium Report Study: Build-up
*As of March 31, 2026*

| | Book Value of Equity | Total Assets | 5-Year Average EBITDA[B] | Net Sales |
|---|---|---|---|---|
| *Regression Approach* | | | | |
| [A]   Risk-Free Rate | 4.66% | 4.66% | 4.66% | 4.66% |
| [B]   Risk Premium Over the Risk-Free Rate (size study) | 14.19% | 14.88% | 14.78% | 11.79% |
| [C]   Equity (Market) Risk Premium Adjustment | | | | |
|   Kroll Recommended ERP | -1.07% | -1.07% | -1.07% | -1.07% |
|   Supply-Side Long-term ERP | 0.19% | 0.19% | 0.19% | 0.19% |
| [D]   Company-Specific Premium | 1.00% | 1.00% | 1.00% | 1.00% |
| [E]   Total Cost of Equity Capital | | | | |
|   Kroll Recommended ERP | 18.78% | 19.47% | 19.37% | 16.38% |
|   Kroll Supply-Side Long-term ERP | 20.04% | 20.73% | 20.63% | 17.64% |
| | | **Median Cost of Equity Capital (Regression Approach)** | | **19.42%** |
| | | | | |
| *Portfolio Approach* | | | | |
| [A]   Risk-Free Rate | 4.66% | 4.66% | 4.66% | 4.66% |
| [B]   Risk Premium Over the Risk-Free Rate (size study) | 10.63% | 11.37% | 11.23% | 10.84% |
| [C]   Equity (Market) Risk Premium Adjustment | | | | |
|   Kroll Recommended ERP | -1.07% | -1.07% | -1.07% | -1.07% |
|   Supply-Side Long-term ERP | 0.19% | 0.19% | 0.19% | 0.19% |
| [D]   Company-Specific Premium | 1.00% | 1.00% | 1.00% | 1.00% |
| [E]   Total Cost of Equity Capital | | | | |
|   Kroll Recommended ERP | 15.22% | 15.96% | 15.82% | 15.43% |
|   Kroll Supply-Side Long-term ERP | 16.48% | 17.22% | 17.08% | 16.69% |
| | | **Median Cost of Equity Capital (Portfolio Approach)** | | **16.22%** |

**Notes:**

[A]   The Risk-Free Rate is based on the 20-year Treasury yield with constant maturity on Kroll, accessed on October 9, 2025.

[B]   Risk Premium Over the Risk-Free Rate represents "the difference between the historical (observed) return of equities over the risk-free rate, and [is] a measure of risk in terms of the combined effect of market risk and size risk." This analysis uses unlevered estimates and four measures of size: (1) the book value of equity as of 2024; (2) total assets as of 2024; (3) 5-Year Average EBITDA, which is calculated as the average of the projected 2024 to 2026 EBITDA from the Blake Brown Forecast due to limited data availability; and (4) projected net sales in 2026. Items (1) and (2) are as of 2024 because it is the only year with available Family Hive Consolidated Balance Sheet data. *See* **Appendices C.1, C.3**.

[C]   Equity (Market) Risk Premium Adjustment accounts for "the difference between the forward-looking [equity risk premium (ERP)] as of the valuation date... and the historical... ERP that was used as a convention in the calculations performed to create the Risk Premium Report Study." The Equity (Market) Risk Premium Adjustment varies depending on which ERP is applied.

[D]   Company-Specific Premium reflects the inherent risks. The model uses a 1% Company-Specific Premium.

[E]   = [A] + [B] + [C] + [D]

**Sources:**
**Appendices C.1, C.3**; Kroll Cost of Capital Navigator.

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix D.1**

# Betty B Holdings, LLC Balance Sheet
*2024 Q1 – 2025 Q2*

| ($ in millions) | 2024 Q1 | 2024 Q2 | 2024 Q3 | 2024 Q4 | 2025 Q1 | 2025 Q2 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Current Assets | | | | | | |
| Cash | $0.50 | $1.72 | $0.65 | $7.25 | $1.05 | $3.37 |
| Short-Term Investments | $0.00 | $0.00 | $0.00 | $0.00 | $2.50 | $1.00 |
| Accounts Receivable | $1.13 | $2.57 | $1.57 | $0.77 | $0.79 | $0.63 |
| Inventory | $3.82 | $3.27 | $3.99 | $2.60 | $3.53 | $3.75 |
| Prepaid Expense | $0.05 | $0.06 | $0.09 | $0.06 | $0.05 | $0.05 |
| Due from Related Entities | $0.23 | $0.25 | $0.10 | $0.00 | $0.09 | $0.02 |
| Due from Intercompany | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Current Assets** | **$5.73** | **$7.88** | **$6.40** | **$10.67** | **$8.00** | **$8.82** |
| Property and Equipment | $1.03 | $1.03 | $1.09 | $1.09 | $1.09 | $1.09 |
| Less: Accumulated Depreciation | ($0.22) | ($0.23) | ($0.29) | ($0.33) | ($0.36) | ($0.40) |
| **Net Property and Equipment** | **$0.81** | **$0.80** | **$0.80** | **$0.77** | **$0.73** | **$0.69** |
| Other Assets | | | | | | |
| Deposits | $0.23 | $0.23 | $0.23 | $0.23 | $0.26 | $0.26 |
| Office Lease | $0.17 | $0.16 | $0.12 | $0.10 | $0.07 | $0.05 |
| Net Deferred Loan Costs | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Other Assets** | **$0.41** | **$0.40** | **$0.36** | **$0.33** | **$0.33** | **$0.31** |
| **Total Assets** | **$6.94** | **$9.07** | **$7.56** | **$11.77** | **$9.07** | **$9.83** |
| **Liabilities and Members' Equity** | | | | | | |
| Current Liabilities | | | | | | |
| Accounts Payable and Accrued Expense | $2.52 | $3.20 | $2.89 | $4.54 | $4.20 | $4.27 |
| Accrued Purchases | $0.56 | $0.15 | ($0.11) | ($0.01) | $0.17 | ($0.06) |
| Promotional Reserve | $0.19 | $0.35 | $0.44 | $0.61 | $0.65 | $0.71 |
| Due to Related Entities | $0.00 | $0.00 | $0.00 | $0.02 | $0.00 | $0.02 |
| **Total Current Liabilities** | **$3.27** | **$3.70** | **$3.22** | **$5.17** | **$5.02** | **$4.93** |
| Capital Lease Obligation | $0.19 | $0.18 | $0.14 | $0.11 | $0.09 | $0.06 |
| Long Term Debt | $2.00 | $4.00 | $7.00 | $6.00 | $6.00 | $0.00 |
| **Total Long Term Liabilities** | **$2.19** | **$4.18** | **$7.14** | **$6.11** | **$6.09** | **$0.06** |
| Members' Equity | | | | | | |
| Capital Contributions | $24.12 | $24.12 | $24.12 | $34.12 | $34.12 | $43.39 |
| Equity Based Compensation | $0.65 | $0.65 | $0.94 | $0.97 | $1.17 | $1.35 |
| Retained Earnings | ($23.29) | ($23.59) | ($27.86) | ($34.60) | ($37.33) | ($39.90) |
| **Total Members' Equity** | **$1.48** | **$1.18** | **($2.80)** | **$0.49** | **($2.04)** | **$4.84** |
| **Total Liabilities and Members' Equity** | **$6.94** | **$9.07** | **$7.56** | **$11.77** | **$9.07** | **$9.83** |

**Source:**

BL-000038862.

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix D.2**

## Betty B Holdings, LLC Income Statement
*2022 Q1 – 2025 Q2*

| ($ in millions) | 2022 Q1 | 2022 Q2 | 2022 Q3 | 2022 Q4 | 2022 Total |
|---|---|---|---|---|---|
| Revenue | $0.87 | $1.52 | $1.58 | $1.84 | $5.81 |
| Discounting | ($0.10) | ($0.46) | ($0.35) | ($0.45) | ($1.37) |
| Federal Excise Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Net Revenue** | **$0.77** | **$1.06** | **$1.23** | **$1.39** | **$4.44** |
| Cost of Goods Sold | $0.38 | $0.69 | $0.78 | $1.09 | $2.95 |
| **Gross Profit** | **$0.39** | **$0.36** | **$0.45** | **$0.30** | **$1.50** |
| Fulfillment and Distribution Costs | $0.29 | $0.43 | $0.47 | $0.46 | $1.64 |
| Advertising and Promotion | $0.63 | $0.41 | $0.46 | $1.05 | $2.55 |
| SGA | $0.72 | $0.82 | $1.03 | $1.75 | $4.32 |
| **EBITDA** | **($1.24)** | **($1.30)** | **($1.51)** | **($2.97)** | **($7.02)** |

| | 2023 Q1 | 2023 Q2 | 2023 Q3 | 2023 Q4 | 2023 Total |
|---|---|---|---|---|---|
| Revenue | $1.36 | $2.12 | $2.11 | $2.62 | $8.21 |
| Discounting | ($0.22) | ($0.27) | ($0.44) | ($0.59) | ($1.53) |
| Federal Excise Tax | $0.00 | ($0.07) | ($0.01) | ($0.03) | ($0.11) |
| **Net Revenue** | **$1.14** | **$1.78** | **$1.66** | **$1.99** | **$6.57** |
| Cost of Goods Sold | $0.60 | $0.84 | $0.87 | $1.17 | $3.49 |
| **Gross Profit** | **$0.54** | **$0.94** | **$0.79** | **$0.82** | **$3.08** |
| Fulfillment and Distribution Costs | $0.43 | $0.36 | $0.55 | $0.70 | $2.04 |
| Advertising and Promotion | $0.49 | $0.97 | $1.76 | $1.63 | $4.84 |
| SGA | $1.86 | $1.92 | $1.83 | $1.60 | $7.20 |
| **EBITDA** | **($2.24)** | **($2.30)** | **($3.35)** | **($3.10)** | **($11.00)** |

| | 2024 Q1 | 2024 Q2 | 2024 Q3 | 2024 Q4 | 2024 Total |
|---|---|---|---|---|---|
| Revenue | $2.03 | $4.63 | $3.86 | $1.98 | $12.50 |
| Discounting | ($0.42) | ($0.53) | ($0.79) | ($1.09) | ($2.83) |
| Federal Excise Tax | $0.00 | ($0.18) | ($0.07) | ($0.03) | ($0.29) |
| **Net Revenue** | **$1.60** | **$3.92** | **$3.00** | **$0.87** | **$9.39** |
| *As Percent of 2024 Total* | *17%* | *42%* | *32%* | *9%* | *100%* |
| Cost of Goods Sold | $1.03 | $1.94 | $1.88 | $3.50 | $8.36 |
| **Gross Profit** | **$0.57** | **$1.98** | **$1.12** | **($2.64)** | **$1.03** |
| Fulfillment and Distribution Costs | $0.58 | $0.72 | $1.02 | $0.72 | $3.04 |
| Advertising and Promotion | $1.27 | $1.37 | $1.28 | $1.45 | $5.37 |
| SGA | $1.33 | $1.50 | $1.43 | $1.77 | $6.03 |
| **EBITDA** | **($2.61)** | **($1.61)** | **($2.61)** | **($6.58)** | **($13.41)** |
| *As Percent of 2024 Total* | *19%* | *12%* | *19%* | *49%* | *100%* |

| | 2025 Q1 | 2025 Q2 |
|---|---|---|
| Revenue | $1.89 | $2.07 |
| Discounting | ($0.34) | ($0.56) |
| Federal Excise Tax | ($0.02) | ($0.05) |
| **Net Revenue** | **$1.53** | **$1.46** |
| Cost of Goods Sold | $0.98 | $1.12 |
| **Gross Profit** | **$0.55** | **$0.33** |
| Fulfillment and Distribution Costs | $0.62 | $0.75 |
| Advertising and Promotion | $1.20 | $1.01 |
| SGA | $1.19 | $0.87 |
| **EBITDA** | **($2.46)** | **($2.30)** |

**Source:**

BL-000038862.

CONFIDENTIAL – Attorneys' Eyes Only

# Appendix D.3

# Betty B Holdings, LLC Business Plan Projections (October 2024 Presentation)

*2024 – 2028*

| ($ in millions) | Fiscal Year Ending | | | | |
|---|---|---|---|---|---|
| | 2024F | 2025F | 2026F | 2027F | 2028F |
| Gross Revenue | $13.87 | $32.58 | $57.03 | $76.87 | $100.04 |
| Discounting | ($1.75) | ($3.46) | ($5.96) | ($7.70) | ($9.98) |
| Early Payment | ($0.05) | ($0.06) | ($0.07) | ($0.09) | ($0.10) |
| Slotting | ($0.15) | ($0.14) | ($0.17) | ($0.21) | ($0.25) |
| FET | ($0.34) | ($1.35) | ($2.70) | ($3.78) | ($5.03) |
| **Net Revenue** | **$11.58** | **$27.57** | **$48.12** | **$65.10** | **$84.67** |
| COGS | $5.51 | $13.83 | $23.42 | $30.39 | $38.06 |
| COGS - Logistics | $0.15 | $0.15 | $0.15 | $0.15 | $0.15 |
| **Total COGS** | **$5.66** | **$13.98** | **$23.57** | **$30.54** | **$38.21** |
| **Gross Profit** | **$5.93** | **$13.59** | **$24.56** | **$34.57** | **$46.46** |
| Advertising & Promotion | $6.20 | $7.60 | $9.60 | $11.60 | $12.60 |
| Selling & Distribution | $2.26 | $4.11 | $6.41 | $8.27 | $10.34 |
| **Operating Income from Sales[1]** | **($2.53)** | **$1.88** | **$8.55** | **$14.70** | **$23.52** |
| Salaries | $3.42 | $3.21 | $3.28 | $3.34 | $3.44 |
| Payroll Taxes | $0.24 | $0.23 | $0.23 | $0.24 | $0.24 |
| Benefits & Insurance | $0.32 | $0.33 | $0.34 | $0.35 | $0.36 |
| T&E | $0.48 | $0.48 | $0.49 | $0.50 | $0.51 |
| **Total Salaries and T&E** | **$4.46** | **$4.25** | **$4.34** | **$4.43** | **$4.56** |
| Accounting | $0.10 | $0.10 | $0.10 | $0.11 | $0.11 |
| Company Insurance | $0.14 | $0.15 | $0.15 | $0.15 | $0.15 |
| IT | $0.20 | $0.21 | $0.21 | $0.21 | $0.22 |
| Legal | $0.18 | $0.18 | $0.19 | $0.19 | $0.20 |
| Office Expense | $0.20 | $0.20 | $0.21 | $0.21 | $0.21 |
| Broker Fees | $0.72 | $0.90 | $1.30 | $1.66 | $2.09 |
| Consultants | $0.22 | $0.17 | $0.17 | $0.17 | $0.18 |
| Consultants - Sales Mgt | $0.18 | $0.18 | $0.18 | $0.18 | $0.18 |
| Consultants - Digital | $0.20 | $0.21 | $0.21 | $0.21 | $0.22 |
| Processing Fees | $0.04 | $0.05 | $0.05 | $0.05 | $0.05 |
| Research and Development | $0.13 | $0.13 | $0.13 | $0.13 | $0.14 |
| **Other SG&A** | **$2.31** | **$2.47** | **$2.89** | **$3.28** | **$3.74** |
| **EBITDA** | **($9.30)** | **($4.85)** | **$1.32** | **$6.99** | **$15.22** |
| (Increase) / Decrease in Working Capital | $0.43 | ($2.62) | ($2.50) | ($1.84) | ($2.92) |
| **Cash Flow from Operations** | **($8.87)** | **($7.46)** | **($1.19)** | **$5.15** | **$12.31** |
| Capital Expenditure | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Free Cash Flow** | **($8.87)** | **($7.46)** | **($1.19)** | **$5.15** | **$12.31** |

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix D.3**

# Betty B Holdings, LLC Business Plan Projections (October 2024 Presentation)

*2024 – 2028*

**Note:**

[1] The Betty B projections indicate "Total CAAP" as Gross Profit less Advertising & Promotion and Selling & Distribution. This line item is referred to as "Operating Income from Sales."

**Source:**

BL-000037970_A-38164_A, at 38124_A-38125_A.

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix D.4**

**Change in Working Capital Calculation for Betty B**

| *($ in millions)* | | 2024 Q3 | 2024 Q4 | 2025 |
|---|---|---|---|---|
| [A] | Current Assets (excluding cash) | $5.7 | $3.4 | – |
| [B] | Current Liabilities | $3.2 | $5.2 | – |
| [C] | Working Capital | $2.5 | ($1.7) | – |
| **[D]** | **Change in Working Capital** | | **($4.3)** | **$0.1** |

**Notes:**

[A] Total Current Assets excluding Cash. *See* **Appendix D.1**.

[B] Total Current Liabilities.

[C] = [A] - [B]

[D] = $[C]_t$ - $[C]_{t-1}$. For 2025, the change in working capital is as reported in the May 2025 Presentation. *See* BL-000038170_A-8269_A, at 8245_A.

**Sources:**

**Appendix D.1**; BL-000038170_A-8269_A, at 38245_A.

CONFIDENTIAL – Attorneys' Eyes Only

## Appendix D.5

## Betty Booze Business Plan Projections

*2024 – 2028*

| | | Fiscal Year Ending | | | | |
|---|---|---|---|---|---|---|
| *($ in millions)* | | 2024F | 2025F | 2026F | 2027F | 2028F |
| [A] | **Net Revenue** | **$4.65** | **$18.60** | **$37.20** | **$52.39** | **$69.67** |
| [B] | *% of Betty B Net Revenue* | *40%* | *67%* | *77%* | *80%* | *82%* |
| [C] | *EBITDA % of Net Revenue* | *-37%* | *10%* | *20%* | *24%* | *29%* |
| [D] | **EBITDA** | **($1.72)** | **$1.86** | **$7.44** | **$12.57** | **$20.21** |
| [E] | (Increase) / Decrease in Working Capital | $0.17 | ($1.77) | ($1.93) | ($1.48) | ($2.40) |
| [F] | **Cash Flow from Operations** | **($1.55)** | **$0.09** | **$5.50** | **$11.09** | **$17.80** |
| [G] | Capital Expenditure | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| [H] | **Free Cash Flow** | **($1.55)** | **$0.09** | **$5.50** | **$11.09** | **$17.80** |

**Notes:**

[A]   BL-000037970_A-38164_A, at 38136_A.

[B]   = [A] / Total Betty B Forecasted Net Revenue$_t$. *See* **Appendix D.3.**

[C]   BL-000037970_A-38164_A, at 38136_A.

[D]   =[A] * [C]. The October 2024 Presentation does not explicitly report EBITDA forecasts separately for Betty Booze, although it does provide brand-level revenue forecasts and a projected "EBITDA % of Net Revenue," for Betty Booze. Thus, Betty Booze's EBITDA is calculated by applying the reported "EBITDA % of Net Revenue" to its revenue forecast.

[E]   = [B] * Total Betty B Forecasted (Increase) / Decrease in Working Capital$_t$. *See* **Appendix D.3.**

[F]   = [D] + [E]

[G]   **Appendix D.3**.

[H]   = [F] - [G]

**Sources:**

BL-000037970_A-38164_A, at 38136_A; **Appendix D.3**.

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix D.6**

## Betty Booze Net Revenue and EBITDA

| ($ in millions) | 2024 Q4 | 2024 Total | 2025 |
|---|---|---|---|
| **Betty Booze** | | | |
| [A] Net Revenue | $0.33 | $3.54 | $6.77 |
| [B] *Percent of Total Net Revenue* | *38%* | *38%* | *69%* |
| [C] EBITDA | ($1.32) | ($2.70) | ($2.96) |
| **Betty B** | | | |
| [D] Net Revenue | $0.87 | $9.39 | $9.80 |

**Notes:**

[A] = Betty Booze 2024 Total Net Revenue * Betty B Net Revenue as Percent of 2024 Total Net Revenue$_t$. For 2025, the analysis relies on the "2025F" net revenue forecasts contained in the May 2025 Presentation. Quarterly financial results for 2024 Q4 are only reported on a consolidated basis for Betty B, without a separate breakdown for Betty Buzz and Betty Booze. The ratio of consolidated Betty B net revenue per quarter to consolidated Betty B full-year 2024 net revenue is applied to the 2024 Total Betty Booze net revenue in the May 2025 Presentation to calculate quarterly net revenue. BL-000038170_A–8269_A, at 8236_A, 8243_A. *See* **Appendix D.2.**

[B] = [A] ÷ [D]

[C] = Betty Booze 2024 Total EBITDA * Betty B EBITDA as Percent of 2024 Total EBITDA$_t$. For 2025, the analysis relies on the "2025F" EBITDA forecasts contained in the May 2025 Presentation. Quarterly financial results for 2024 Q4 are only reported on a consolidated basis for Betty B, without a separate breakdown for Betty Buzz and Betty Booze. The ratio of consolidated Betty B EBITDA per quarter to consolidated Betty B full-year 2024 EBITDA is applied to the 2024 Total Betty Booze EBITDA in the May 2025 Presentation to calculate quarterly EBITDA. BL-000038170_A–8269_A, at 8236_A, 8243_A. *See* **Appendix D.2.**

[D] For 2025, the analysis relies on the "2025F" net revenue forecasts contained in the "Betty B Updates" presentation dated May 8, 2025. For 2024, the analysis relies on the consolidated quarterly financial results for Betty B. BL-000038170_A–8269_A, at 8241_A. *See* **Appendix D.2.**

**Sources:**

BL-000038170_A–8269_A, at 8236_A, 8241_A, 8243_A; **Appendix D.2**.

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix D.7**

## Cost of Equity Capital for Betty B
## Risk Premium Report Study: CAPM + Size Premium
*As of March 31, 2026*

| | | Book Value of Equity | Total Assets | Net Sales |
|---|---|---|---|---|
| *Regression Approach* | | | | |
| [A] | Risk-Free Rate | 4.66% | 4.66% | 4.66% |
| [B] | Estimated Beta | 0.51 | 0.51 | 0.51 |
| | Equity Risk Premium (ERP) | | | |
| [C] | Kroll Recommended ERP | 5.00% | 5.00% | 5.00% |
| [D] | Supply-Side Long-term ERP | 6.26% | 6.26% | 6.26% |
| [E] | Size Premium | 5.67% | 6.56% | 5.22% |
| [F] | Company-Specific Premium | 1.00% | 1.00% | 1.00% |
| [G] | Total Cost of Equity Capital | | | |
| | Kroll Recommended ERP | 13.88% | 14.77% | 13.43% |
| | Kroll Supply-Side Long-term ERP | 14.52% | 15.41% | 14.07% |
| | **Median Cost of Equity Capital (Regression Approach)** | | | **14.30%** |
| | | | | |
| *Portfolio Approach* | | | | |
| [A] | Risk-Free Rate | 4.66% | 4.66% | 4.66% |
| [B] | Estimated Beta | 0.51 | 0.51 | 0.51 |
| | Equity Risk Premium (ERP) | | | |
| [C] | Kroll Recommended ERP | 5.00% | 5.00% | 5.00% |
| [D] | Supply-Side Long-term ERP | 6.26% | 6.26% | 6.26% |
| [E] | Size Premium | 4.11% | 4.61% | 4.49% |
| [F] | Company-Specific Premium | 1.00% | 1.00% | 1.00% |
| [G] | Total Cost of Equity Capital | | | |
| | Kroll Recommended ERP | 12.32% | 12.82% | 12.70% |
| | Kroll Supply-Side Long-term ERP | 12.96% | 13.46% | 13.34% |
| | **Median Cost of Equity Capital (Portfolio Approach)** | | | **12.89%** |

**Notes:**

[A] The Risk-Free Rate is based on the 20-year Treasury yield with constant maturity on Kroll, accessed on October 9, 2025.

[B] Beta is the median sum beta for GICS Code 302010 (Beverages). According to Kroll, "[s]um beta is calculated as a multiple regression with a company's (or portfolio's) excess monthly total returns (i.e., returns over the risk-free rate) acting as the dependent variable, and the market's current month's excess returns and the market's previous month's (i.e., 'lagged') excess returns acting as the independent variables, and then summing the resulting coefficients." GICS Code 302010 includes companies that produce beer and malt liquors and distill alcoholic beverages.

[C] Kroll employs a "multi-faceted analysis" to estimate the Kroll Recommended ERP: "First, a reasonable range of normal or unconditional ERP is established. Second, based on current economic conditions, Kroll estimates where in the range the true ERP likely lies (top, bottom, or middle) by examining the current state of the economy (both by examining economic indicators and forecasts, as well as by analyzing the level and trends of stock market indices as forward indicators), in conjunction with the implied equity volatility and corporate spreads as indicators of perceived risk."

[D] Kroll forecasts the Supply-Side Long-term ERP using historical data. The analysis uses an earnings model as the basis for the supply-side estimate, which "breaks the historical equity return into four pieces, with only three historically being supplied by companies: inflation, income return, and growth in real earnings per share. The growth in the P/E ratio, the fourth piece, is a reflection of investors' changing prediction of future earnings growth."

[E] The Size Premium is determined using three measures of size: (1) the book value of equity as of Q2 2025; (2) total assets as of Q2 2025; and (3) projected net sales in 2026. *See* **Appendices D.1, D.3**.

[F] Company-Specific Premium reflects the inherent risks. The model uses a 1% Company-Specific Premium.

[G] = [A] + [B] × ([C] or [D]) + [E] + [F]

**Sources:**

**Appendices D.1, D.3**; Kroll Cost of Capital Navigator; "Global Industry Classification Standard (GICS®) Methodology," *MSCI,* February 2025, p. 37.

CONFIDENTIAL – Attorneys' Eyes Only

**Appendix D.8**

# Cost of Equity Capital for Betty B
## Risk Premium Report Study: Build-up
*As of March 31, 2026*

| | | Book Value of Equity | Total Assets | Net Sales |
|---|---|---|---|---|
| *Regression Approach* | | | | |
| [A] | Risk-Free Rate | 4.66% | 4.66% | 4.66% |
| [B] | Risk Premium Over the Risk-Free Rate (size study) | 13.45% | 14.79% | 12.04% |
| [C] | Equity (Market) Risk Premium Adjustment | | | |
| | Kroll Recommended ERP | -1.07% | -1.07% | -1.07% |
| | Supply-Side Long-term ERP | 0.19% | 0.19% | 0.19% |
| [D] | Company-Specific Premium | 1.00% | 1.00% | 1.00% |
| [E] | Total Cost of Equity Capital | | | |
| | Kroll Recommended ERP | 18.04% | 19.38% | 16.63% |
| | Kroll Supply-Side Long-term ERP | 19.30% | 20.64% | 17.89% |
| | **Median Cost of Equity Capital (Regression Approach)** | | | **18.67%** |
| | | | | |
| *Portfolio Approach* | | | | |
| [A] | Risk-Free Rate | 4.66% | 4.66% | 4.66% |
| [B] | Risk Premium Over the Risk-Free Rate (size study) | 10.63% | 11.37% | 10.84% |
| [C] | Equity (Market) Risk Premium Adjustment | | | |
| | Kroll Recommended ERP | -1.07% | -1.07% | -1.07% |
| | Supply-Side Long-term ERP | 0.19% | 0.19% | 0.19% |
| [D] | Company-Specific Premium | 1.00% | 1.00% | 1.00% |
| [E] | Total Cost of Equity Capital | | | |
| | Kroll Recommended ERP | 15.22% | 15.96% | 15.43% |
| | Kroll Supply-Side Long-term ERP | 16.48% | 17.22% | 16.69% |
| | **Median Cost of Equity Capital (Portfolio Approach)** | | | **16.22%** |

**Notes:**

[A]  The Risk-Free Rate is based on the 20-year Treasury yield with constant maturity on Kroll, accessed on October 9, 2025.

[B]  Risk Premium Over the Risk-Free Rate represents "the difference between the historical (observed) return of equities over the risk-free rate, and [is] a measure of risk in terms of the combined effect of market risk and size risk." This analysis uses unlevered estimates and three measures of size: (1) the book value of equity as of Q2 2025; (2) total assets as of Q2 2025; and (3) projected net sales in 2026. *See* **Appendices D.1, D.3**.

[C]  Equity (Market) Risk Premium Adjustment accounts for "the difference between the forward-looking [equity risk premium (ERP)] as of the valuation date... and the historical... ERP that was used as a convention in the calculations performed to create the Risk Premium Report Study." The Equity (Market) Risk Premium Adjustment varies depending on which ERP is applied.

[D]  Company-Specific Premium reflects the inherent risks. The model uses a 1% Company-Specific Premium.

[E]  = [A] + [B] + [C] + [D]

**Sources:**
Appendices D.1, D.3; Kroll Cost of Capital Navigator.