# EXHIBIT 4

## FILED
## UNDER SEAL