# EXHIBIT 6

## FILED
## UNDER SEAL