# EXHIBIT 7

## FILED
## UNDER SEAL