# EXHIBIT 8

## FILED
## UNDER SEAL