# EXHIBIT 9

## FILED
## UNDER SEAL