**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

Plaintiff,

-v-

WAYFARER STUDIOS LLC, JUSTIN
BALDONI, JAMEY HEATH, STEVE
SAROWITZ, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, THE AGENCY GROUP PR
LLC, JENNIFER ABEL, JED WALLACE, and
STREET RELATIONS INC.,

Defendants.

No. 1:24-cv-10049-LJL

## DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS' DAUBERT MOTIONS

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC. As such, I am competent to testify to the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Jennifer Freyd, Ph.D., dated October 17, 2025.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dina Mayzlin, dated October 17, 2025.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Dina Mayzlin, dated December 2, 2025.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Nicole M. Alexander, dated November 3, 2025.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of Jeffrey H. Kinrich, dated October 17, 2025.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of a document produced in this litigation bearing Bates number BL-000038794.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Professor Aron Culotta, Ph.D., dated October 17, 2025.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition transcript of Aron Culotta, dated November 20, 2025.

10. Attached hereto as Exhibit 9 is a true and correct copy of Chao Yang et al., "Empirical Evaluation and New Design for Fighting Evolving Twitter Spammers" (2013).

11. Attached hereto as Exhibit 10 is a true and correct copy of Baris Kirdemir et al., "Towards Characterizing Coordinated Inauthentic Behaviors on YouTube" (2023).

12. Attached hereto as Exhibit 11 is a true and correct copy of Laura Jahn et al., "Detecting Coordinated Inauthentic Behavior in Likes on Social Media: Proof of Concept" (2023).

13. Attached hereto as Exhibit 12 is a true and correct copy of TikTok validation data served in connection with the Expert Report of Professor Aron Culotta, Ph.D., dated October 17, 2025.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Expert Witness Report of Michael Robbins, dated October 16, 2025.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the deposition transcript of Michael Robbins, dated November 24, 2025.

16.     Attached hereto as Exhibit 15 is a true and correct copy of Michael A. Robbins and Matthias Wagener, "Investigations in Hollywood: It's the Same but Different," AWI Journal (Dec. 2022).

17.     Attached hereto as Exhibit 16 is a true and correct copy of Matthias A. Wagener and Michael A. Robbins, "Investigations in Hollywood—There's No Business Like Show Business," Daily Journal (Jan. 19, 2024).

18.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the deposition of Jeffrey H. Kinrich, dated November 25, 2025.

19.     Attached hereto as Exhibit 18 is a true and correct copy of Plaintiff Blake Lively's Second Amended FRCP 26(A)(1) Initial Disclosures, dated July 25, 2025.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Plaintiff Blake Lively's Third Amended FRCP 26(A)(1) Initial Disclosures, dated September 30, 2025.

21.     Attached hereto as Exhibit 20 is a true and correct copy of Plaintiff Blake Lively's Fourth Third Amended FRCP 26(A)(1) Initial Disclosures, dated September 30, 2025.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts of the deposition transcript of Family Hive, LLC by and through Laura Tedesco, dated September 29, 2025.

23.     Attached hereto as Exhibit 22 is a true and correct copy of Exhibit 3 to the deposition of Family Hive, LLC by and through Laura Tedesco, dated September 29, 2025.

24.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts of Everett P. Harry, III and Jeffrey H. Kinrich, "Lost Profits Damages: Principles, Methods, and Applications," 2d ed.

25.     Attached hereto as Exhibit 24 is a true and correct copy of Exhibit 7 to the deposition of Family Hive, LLC by and through Laura Tedesco, dated September 29, 2025.

26.    Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 6 to the deposition of Family Hive, LLC by and through Laura Tedesco, dated September 29, 2025.

27.    Attached hereto as Exhibit 26 is a true and correct copy of excerpts of the deposition transcript of Betty B Holdings LLC by and through Andrew T. Chrisomalis, dated September 24, 2025.

28.    Attached hereto as Exhibit 27 is a true and correct copy of Exhibit 8 to the deposition of Betty B Holdings LLC by and through Andrew T. Chrisomalis, dated September 24, 2025.

29.    Attached hereto as Exhibit 28 is a true and correct copy of the Expert Report of Michael J. Wagner, Vol. I, dated November 3, 2025.

30.    Attached hereto as Exhibit 29 is a true and correct copy of Exhibit 6 to the deposition of Betty B Holdings LLC by and through Andrew T. Chrisomalis, dated September 24, 2025.

31.    Attached hereto as Exhibit 30 is a true and correct copy of Exhibit 7 to the deposition of Betty B Holdings LLC by and through Andrew T. Chrisomalis, dated September 24, 2025.

32.    Attached hereto as Exhibit 31 is a true and correct copy of Exhibit 12 to the deposition of Family Hive, LLC by and through Laura Tedesco, dated September 29, 2025.

33.    Attached hereto as Exhibit 32 is a true and correct copy of Exhibit 19 to the deposition of Family Hive, LLC by and through Laura Tedesco, dated September 29, 2025.

34.    Attached hereto as Exhibit 33 is a true and correct copy of Exhibit 9 to the deposition of Betty B Holdings LLC by and through Andrew T. Chrisomalis, dated September 24, 2025.

35.     Attached hereto as Exhibit 34 is a true and correct copy of Exhibit 12 to the deposition of Betty B Holdings LLC by and through Andrew T. Chrisomalis, dated September 24, 2025.

36.     Attached hereto as Exhibit 35 is a true and correct copy of Exhibit 2 to the deposition of Betty B Holdings LLC by and through Andrew T. Chrisomalis, dated September 24, 2025.

37.     Attached hereto as Exhibit 36 is a true and correct copy of Exhibit 10 to the deposition of Family Hive, LLC by and through Laura Tedesco, dated September 29, 2025.

38.     Attached hereto as Exhibit 37 is a true and correct copy of the Expert Report of Richard Marks, dated October 17, 2025.

39.     Attached hereto as Exhibit 38 is a true and correct copy of excerpts of the deposition transcript of Richard Marks, dated December 3, 2025.

40.     Attached hereto as Exhibit 39 is a true and correct copy of the Expert Report of Michael F. Sippel, dated October 17, 2025.

41.     Attached hereto as Exhibit 40 is a true and correct copy of excerpts of the deposition transcript of Warren Zavala, dated September 18, 2025.

42.     Attached hereto as Exhibit 41 is a true and correct copy of a document produced in this litigation bearing Bates number BL-000038937.

43.     Attached hereto as Exhibit 42 is a true and correct copy of a document produced in this litigation bearing Bates number BL-000038961.

44.     Attached hereto as Exhibit 43 is a true and correct copy of a document produced in this litigation bearing Bates number BL-000038958.

45.     Attached hereto as Exhibit 44 is a true and correct copy of a document produced in this litigation bearing Bates number BL-000039172.

46.     Attached hereto as Exhibit 45 is a true and correct copy of a document produced in this litigation bearing Bates number BL-000038881.

47.     Attached hereto as Exhibit 46 is a true and correct copy of a document produced in this litigation bearing Bates number BL-000039194.

48.     Attached hereto as Exhibit 47 is a true and correct copy of a document produced in this litigation bearing Bates number BL-000039055.

49.     Attached hereto as Exhibit 48 is a true and correct copy of the Amended Expert Report of Professor Ashlee Humphreys, dated October 29, 2025.

50.     Attached hereto as Exhibit 49 is a true and correct copy of excerpts of the deposition transcript of Ashley Humphreys, dated November 25, 2025.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026
        Los Angeles, CA

By: */s/ Ellyn S. Garofalo*_____