# EXHIBIT 1

Docusign Envelope ID: 0FC42BD3-21EF-4207-AEB1-4A819DEBD20B

CONFIDENTIAL – ATTORNEYS' EYES ONLY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Blake Lively,<br><br>   Plaintiff,<br><br>  v.<br><br>Wayfarer Studios LLC, et al.,<br><br>   Defendants. | Case No. 1:24-cv-10049-LJL<br>(Consolidated with 1:25-cv-00449-LJL) |

# EXPERT REPORT OF JENNIFER FREYD, PHD

## OCTOBER 17, 2025

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**TABLE OF CONTENTS**

I.   INTRODUCTION ...................................................................................................1

II.  SUMMARY OF OPINION......................................................................................1

III. PROFESSIONAL BACKGROUND AND EXPERTISE.........................................2

IV.  COMPENSATION...................................................................................................4

V.   RESEARCH FRAMEWORK...................................................................................4

    A.   Betrayal Trauma...............................................................................................4

    B.   Institutional Betrayal........................................................................................6

    C.   DARVO...........................................................................................................10

    D.   Polyvictimization.............................................................................................13

VI.  APPLICATION OF RESEARCH............................................................................14

    A.   Ms. Lively Experienced Betrayal Trauma and Institutional Betrayal.............14

        1.   Early Interactions ..................................................................................14

        2.   Film Development and Behavior On-Set...............................................16

        3.   Ms. Lively's Response ..........................................................................19

        4.   Analyzing Ms. Lively's Experiences Under IBQ-2 ...............................20

            a.   Item 2: Did the institution play a role by creating an environment in which this type of experience seemed common or normal? ...........................................................20

            b.   Item 4: Did the institution play a role by making it difficult to report the experience?....................................24

            c.   Items 7-9: Did the institution play a role by covering up the experience?  Did the institution play a role by denying your experience in some way?  Did the institution play a role by punishing you in some way for reporting the experience (e.g., loss of privileges or status)?....................................25

    B.   Ms. Lively Experienced DARVO .....................................................................28

        1.   Deny........................................................................................................28

        2.   Attack.....................................................................................................29

        3.   Reversing Victim and Offender ............................................................34

    C.   Defendants' Conduct Puts Ms. Lively At Increased Risk of Physical and Mental Distress Consistent with Research on Betrayal Trauma, Institutional Betrayal, and DARVO. ...................................................................36

VII. CONCLUSION.........................................................................................................38

APPENDIX A: TESTIMONY IN LAST FOUR YEARS ............................................40

APPENDIX B: FACTS OR DATA CONSIDERED OR RELIED UPON ...................41

EXHIBIT 1: CURRICULUM VITAE .........................................................................43

CONFIDENTIAL – ATTORNEYS' EYES ONLY

## I.     INTRODUCTION

I have been retained by Plaintiff Blake Lively's counsel, Manatt, Phelps & Phillips, LLP, to provide expert testimony concerning psychological theory and research as it pertains to the response of victims of betrayal trauma, institutional betrayal, and DARVO, particularly when the perpetrator of that mistreatment is someone or some institution that the victim trusts or that has power over the victim. My opinions relate to both the general theories of betrayal trauma, institutional betrayal, and DARVO (theories with substantial empirical research support that I originally proposed and named), as well as the potential relevance of these theories and research to this specific case. I have reviewed the case documents listed in **Appendix B** of this report.

In the remainder of this report, I will provide an analysis of what I have reviewed and researched based on my knowledge as a researcher and scholar of betrayal trauma, institutional betrayal, and DARVO. I will begin with information about my professional background and expertise, followed by a summary of certain relevant research findings, and then an analysis of this case based on information that has been provided to me.

## II.     SUMMARY OF OPINION

Based on the information presented to me, it is my opinion that (1) Ms. Lively has experienced and continues to experience betrayal trauma, institutional betrayal, and DARVO perpetrated by Justin Baldoni ("Mr. Baldoni"), Jamey Heath ("Mr. Heath"), Steve Sarowitz ("Mr. Sarowitz"), It Ends With Us Movie LLC, and Wayfarer Studios LLC (collectively, "Wayfarer"), with and through Melissa Nathan, The Agency Group PR LLC ("TAG"), Jennifer Abel, Jed Wallace, and Street Relations Inc. (collectively with Wayfarer, the "Defendants"); and (2) Defendants' actions put Ms. Lively at increased risk of the symptoms of distress consistent with research on the mental and physical health impact of betrayal trauma, institutional betrayal, and DARVO.

1

CONFIDENTIAL – ATTORNEYS' EYES ONLY

### III.     PROFESSIONAL BACKGROUND AND EXPERTISE

I received my PhD in Psychology from Stanford University in 1983. I was employed as an assistant professor of psychology from 1983-1987 at Cornell University and then, starting in 1987, I was an associate professor with tenure at the University of Oregon. I was granted tenure in 1987 and promoted to full professor in 1992 until my retirement in 2021, at which time I was appointed as Professor Emerit of Psychology. Prior to retirement, I also served as a member of the Clinical Psychology faculty at the University of Oregon.

I currently hold two appointments at the University of Washington in Seattle. I am an Affiliate Professor of Psychology and an Affiliate Professor of Gender, Women & Sexuality Studies at the University of Washington. I also have recently had several appointments at Stanford University. During the 1989-90 and 2018-19 academic years, I served as a Fellow at Stanford University's Center for Advanced Study in the Behavioral Sciences. During the academic year 2020-2021, I was appointed Faculty Fellow at the Clayman Institute for Gender Research at Stanford University. From 2019-2021, I also served as a Visiting Scholar and from 2021 through 2023 I served as Adjunct Professor of Psychiatry and Behavioral Sciences in the School of Medicine at Stanford University. I continue to serve as Affiliated Faculty, VMware Women's Leadership Innovation Lab at Stanford University.

In addition to these academic appointments, I served as a member of the Advisory Committee in 2019-2023 for the Action Collaborative on Preventing Sexual Harassment in Higher Education, National Academies of Science, Engineering, and Medicine. In addition, I am the founder and President of the Center for Institutional Courage, a research and education nonprofit and the co-founder of a leadership consulting and education firm, the Alto Group.

I am not myself a therapist or licensed clinician; rather, I research and teach topics within clinical and trauma psychology that provide a framework to understand trauma response. I am

2

CONFIDENTIAL – ATTORNEYS' EYES ONLY

primarily a researcher and educator. As my primary employment has been as a professor of psychology at a research university, I have conducted research, published my research, advised doctoral students, taught both undergraduate and graduate courses, and participated in university service and governance. I speak frequently at conferences, universities, and other events nationally and internationally. I also occasionally serve as a consultant and/or expert witness for legal cases.

My research is focused on the psychology of trauma including mental health impacts and the nature of trauma disclosure, betrayal trauma, and institutional betrayal. I continue to conduct research investigating the impact of interpersonal and institutional trauma on mental and physical health, behavior, and society. In my research, I have collected information from thousands of research participants, including numerous individuals who have experienced sexual trauma and betrayal. I have published over 200 articles, and I am the author of the Harvard Press award-winning book *Betrayal Trauma: The Logic of Forgetting Childhood Abuse*. My book *Blind to Betrayal,* co-authored with Pamela J. Birrell, was published in English by Wiley in March 2013 with translations into Korean, Japanese, Portuguese, Russian, Turkish, and both Simple and Traditional Chinese. In the spring of 2014, I was invited two times to the U.S. White House due to my expertise in sexual misconduct and betrayal trauma.

I am a Fellow of the American Psychological Association, the American Psychological Society, and the American Association for the Advancement of Science. I have received numerous national and international awards including being named a John Simon Guggenheim Fellow and the Lifetime Achievement Award from the International Society for the Study of Trauma & Dissociation. In 2024, I received the Gold Medal Award for Impact in Psychology

CONFIDENTIAL – ATTORNEYS' EYES ONLY

from the American Psychological Foundation. I received an honorary doctorate from Claremont Graduate University in May 2024.

A more complete summary of my training, education and experience is included in my C.V., attached to this report as **Exhibit 1**. My C.V. also contains a list of all publications I have authored, including in the last ten years. I have also included in this report **Appendix A,** a list of all cases in which I have testified in the last four years.

## IV.    COMPENSATION

I am being compensated at a rate of $800 per hour for this report and any rebuttal report(s), and a rate of $1,000 per hour for deposition and trial testimony, if applicable.

## V.    RESEARCH FRAMEWORK

### A.    Betrayal Trauma

Research that my students, collaborators, and I have conducted over two decades has identified the unique harm caused by severe betrayal. We call this *betrayal trauma*. Betrayal trauma is a term I introduced in conference presentations beginning in 1991 and then in a publication, followed by a Harvard Press book.[1] It has become a term used by many other researchers and psychologists since then.

Betrayal trauma is primarily a function of the nature of the victim-perpetrator relationship with certain predictable consequences. When a victim depends upon or trusts the perpetrator of interpersonal trauma, that trauma is significantly more toxic on average than when individuals are harmed in other ways such as trauma committed by strangers, or non-interpersonal traumas such as severe accidents. Severity of trauma is thus not primarily about the severity of the

---

[1] Freyd, J. (1994). Betrayal trauma: Traumatic amnesia as an adaptive response to childhood abuse. *Ethics & Behavior, 4*(4), 307–329. https://doi.org/10.1207/s15327019eb0404_1; Freyd, J. J. (1996). *Betrayal Trauma: The Logic of forgetting childhood abuse*. Cambridge, MA: Harvard University Press.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

behaviors of the perpetrator, but rather the relational betrayal inherent in the perpetrator's behaviors. In peer-reviewed research conducted over the past three decades, we have shown that this toxic quality of betrayal impacts individuals and their ability to have healthy relationships with others.[2] Individuals who experience betrayal trauma are more likely to suffer from symptoms of depression, anxiety, dissociation, personality disorders, substance abuse, and even physical health problems.[3] When those individuals attempt to find new relationships, they are more likely to have difficulty trusting others, leading to instability and difficulty with intimacy, or, due to continued betrayal blindness, more likely to be overly trusting of dangerous others leading to victimization.

---

**Definitions:**

**Betrayal trauma:** A betrayal trauma occurs when someone you trust and/or someone who has power over you mistreats you. Research shows that betrayal traumas are toxic and harm people psychologically and physically.

**Betrayal blindness:** Betrayal blindness, a key concept of betrayal trauma theory, is the unawareness, not-knowing, and forgetting of betrayal traumas. Victims, perpetrators, and witnesses may display betrayal blindness in order to preserve the relationships, institutions, and social systems on which they depend.

---

In addition to demonstrating the harm of betrayal trauma, we have also found evidence for *betrayal blindness* whereby victims frequently do not fully perceive, remember, or comprehend the betrayal. The function of betrayal blindness is to preserve relationships that feel necessary in some way due to the amount of trust, power, dependence, and/or closeness. Without betrayal blindness, victims might respond to the betrayal with confrontation or withdrawal that

---

[2] *See* Freyd, J., & Birrell, P. (2013). *Blind to betrayal*. Somerset, NJ: John Wiley & Sons.
[3] Klest, B. K., & Freyd, J. J. (2007). Global ratings of essays about trauma: Development of the GREAT code, and correlations with physical and mental health outcomes. *Journal of Psychological Trauma*, 6, 1–20. http://dx.doi.org/10.1300/J513v06n01_01.

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

might threaten a necessary or apparently necessary relationship. Betrayal blindness can thus cause victims to fail to recognize or fully recognize that they are being mistreated by someone. Research indicates that betrayal blindness can lead to full or partial forgetting of the event, minimization of the significance of the event, and delays in disclosure or even failure to disclose the event.

Research on betrayal trauma has become increasingly prevalent, and now entirely completed by researchers outside of my lab.[4] Dozens of peer-reviewed articles have been published about betrayal trauma.[5] A scholarly journal published a whole special issue on betrayal trauma and institutional betrayal.[6]

## B.    Institutional Betrayal

Betrayal trauma theory has been extended to the concept of institutional betrayal. The term *institutional betrayal* was one I first introduced in presentations in 2007 and has since become a highly used concept and researched topic.

---

[4] *See* Freyd, J., & Birrell, P. (2013). *Blind to betrayal*. Somerset, NJ: John Wiley & Sons (summarizing betrayal trauma research); *see also* Goldberg, LR. & Freyd, J.J. (2006). Self-reports of potentially traumatic experiences in an adult community sample: Gender differences and test-retest stabilities of the items in a Brief Betrayal-Trauma Survey. Journal of Trauma & Dissociation, 7(3), 39-63.

[5] *See, e.g.*, Chang, H. A., Silver, R. C., & Holman, E. A. (2025). Betrayal trauma and somatic symptoms among patients in a medically underserved primary care clinic. Psychological Trauma: Theory, Research, Practice, and Policy, 17(1), 97–104. https://doi.org/10.1037/tra0001689; Kelley, L.P., Weathers, F.W., Mason, E.A. and Pruneau, G.M. (2012), Association of life threat and betrayal with posttraumatic stress disorder symptom severity. *Journal of Traumatic Stress,* 25: 408-415. https://doi.org/10.1002/jts.21727; Kline, N. K., & Palm Reed, K. M. (2021). Betrayal vs. nonbetrayal trauma: Examining the different effects of social support and emotion regulation on PTSD symptom severity. *Psychological Trauma: Theory, Research, Practice, and Policy, 13*(7), 802–809. https://doi.org/10.1037/tra0000983; Lawson, D. M. & Akay-Sullivan, S. (2020) Considerations of Dissociation, Betrayal Trauma, and Complex Trauma in the Treatment of Incest, *Journal of Child Sexual Abuse*, 29:6, 677-696, DOI: 10.1080/10538712.2020.1751369; Tirone, V. Orlowska, D. Lofgreen, A.M. Blais, R.K. Stevens, N.R, Klassen, B., Held, P. & Zalta, A.K. (2021) The association between social support and posttraumatic stress symptoms among survivors of betrayal trauma: a meta-analysis, *European Journal of Psychotraumatology*, 12:1, DOI: 10.1080/20008198.2021.1883925.

[6] Hannan, S. M., Zimnick, J., & Park, C. (2020). Consequences of Sexual Violence among College Students: Investigating the Role of PTSD Symptoms, Rumination, and Institutional Betrayal. *Journal of Aggression, Maltreatment & Trauma,* 30(5), 586–604. https://doi.org/10.1080/10926771.2020.17968711.

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

The research in my laboratory on institutional betrayal has focused on the experience of students and employees. Others have also researched the theory with respect to a variety of populations, such as military veterans, health care patients, and in the workplace.[7] Institutional betrayal can be applied to many domains in which institutions interact with individuals within them. For instance, in my lab we recently published a study of institutional betrayal around COVID-19 policies and practices experienced by students in the university setting.[8]

Similarly, although the extensive empirical research on institutional betrayal from my laboratory has been primarily in the context of employees, college students, and sexual abuse, we have also published one influential study regarding institutional betrayal experienced by high school students.[9] We investigated high school gender harassment and institutional betrayal reported retrospectively by surveying 535 current undergraduates. Our primary aim was to investigate whether institutional betrayal moderates the relationship between high school gender harassment and current trauma symptoms. We found that high school gender harassment significantly predicted college trauma-related symptoms and that institutional betrayal predicted unique variance in current trauma symptoms above and beyond the other variables. These

---

[7] *See, e.g.*, Ahern, K. (2018). Institutional Betrayal and Gaslighting. Journal of Perinatal & Neonatal Nursing, 32(1), 59–65. https://doi.org/10.1097/jpn.0000000000000306; Andresen, F. J., Monteith, L. L., Kugler, J., Cruz, R. A., & Blais, R. K. (2019). Institutional betrayal following military sexual trauma is associated with more severe depression and specific posttraumatic stress disorder symptom clusters. *Journal of Clinical Psychology*, 75(7), 1305-1319; Beck, J. G., Majeed, R., Brown, T. A., Free, B. L., Bowen, M. E., Garrett, A. B., Farchione, T. J., & Brown, B. S. (2023). Understanding the role of COVID-19–related workplace stress and institutional betrayal on mental health in nurses: Some heroes wear scrubs. *Journal of Traumatic Stress*, 36(2), 421–432. Portico. https://doi.org/10.1002/jts.22920; Hannan, S. M., Zimnick, J., & Park, C. (2020). Consequences of Sexual Violence among College Students: Investigating the Role of PTSD Symptoms, Rumination, and Institutional Betrayal. *Journal of Aggression, Maltreatment & Trauma,* 30(5), 586–604. https://doi.org/10.1080/10926771.2020.1796871l.

[8] Adams-Clark, A.A. & Freyd, J.J. (2021). COVID-19-related institutional betrayal associated with trauma symptoms among undergraduate students. *PLoS ONE*, 16(10): e0258294.

[9] Lind, M.N., Adams-Clark, A.A., & Freyd, J.J. (2020). Isn't high school bad enough already? Rates of gender harassment and institutional betrayal in high school and their association with trauma-related symptoms. *PLOS One*, 15(8): e0237713.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

findings indicate that both high school gender harassment and high school institutional betrayal are associated with trauma symptoms.

---

**Brief Definition**

**Institutional betrayal:** Institutional betrayal, developed from betrayal trauma theory, occurs when the institution an individual trusts or depends on mistreats that individual. It can be overt, such as when an employer creates harmful policies, such as demoting or otherwise punishing employees who become pregnant and/or give birth. It can also be less obvious, such as a failure to protect when there is a reasonable expectation to be protected, such as when an employee who reports being sexually harassed continues to be victimized after their employer fails to take action. Research shows that institutional betrayal is related to measurable harm – both psychological and physical.

---

A recent review article titled, "When Institutions Harm Those Who Depend on Them: A Scoping Review of Institutional Betrayal," published in a leading peer-reviewed scholarly journal,[10] indicates the growing maturity and influence of this field of research:

> The term institutional betrayal (Smith and Freyd, 2014) builds on the conceptual framework of betrayal trauma theory (see Freyd, 1996) to describe the ways that institutions (e.g., universities, workplaces) fail to take appropriate steps to prevent and/or respond appropriately to interpersonal trauma. A nascent literature has begun to describe individual costs associated with institutional betrayal throughout the United States (U.S.), with implications for public policy and institutional practice. A scoping review was conducted to quantify existing study characteristics and key findings to guide research and practice going forward. Multiple academic databases were searched for keywords (i.e., "institutional betrayal" and "organizational betrayal"). Thirty-seven articles met inclusion criteria (i.e., peer-reviewed empirical studies of institutional betrayal) and were included in analyses. Results identified research approaches, populations and settings, and predictor and outcome variables frequently studied in relation to institutional betrayal. This scoping review describes a strong foundation of published studies and provides recommendations for future research, including longitudinal research with diverse individuals across diverse institutional settings. The growing evidence for action has broad implications for research-informed policy and institutional practice.

---

[10] Christl, M.-E., Pham, K.-C. T., Rosenthal, A., & DePrince, A. P. (2024). When Institutions Harm Those Who Depend on Them: A Scoping Review of Institutional Betrayal. *Trauma, Violence, & Abuse*, *0*(0). https://doi.org/10.1177/15248380241226627.

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Institutional betrayal harms victims in at least two distinct ways: pragmatically and psychologically. For instance, an employee who is not protected from sexual harassment in the workplace will suffer pragmatic consequences. Due to the psychological toxicity of betrayal, institutional betrayal is also very likely to have psychological consequences (leading to emotional and physical distress and thus more pragmatic harm). Research indicates that institutional betrayal is associated with symptoms of depression, anxiety, difficulties with sleep, dizziness and other physical symptoms, PTSD, and suicidal tendencies.[11]

Institutional betrayal can occur through acts of commission or omission. Acts of commission are identified by behaviors such as employers harassing or retaliating against an employee. In contrast, acts of omission are understood as a failure to prevent or respond supportively, including, for example, a failure to respond to or investigate a complaint of discrimination or harassment or other unsafe working conditions. In research on institutional betrayal with a focus on omission, we operationalize and assess institutional betrayal using the Institutional Betrayal Questionnaire (IBQ). The currently recommended version of the IBQ is the IBQ-2. The IBQ-2 can be administered to a research participant who indicates having experienced some form of mistreatment, such as sexual harassment, in the context of an

---

[11] Adams-Clark, A.A., Harsey, S., & Freyd, J. J. (2024). Factors of institutional betrayal associated with posttraumatic stress symptoms and barriers to service use among campus sexual assault survivors. *Psychological Law and Injury*. 17, 383–397. https://doi.org/10.1007/s12207-024-09524-5; Andresen, F. J., Monteith, L. L., Kugler, J., Cruz, R. A., & Blais, R. K. (2019). Institutional betrayal following military sexual trauma is associated with more severe depression and specific posttraumatic stress disorder symptom clusters. *Journal of Clinical Psychology*, 75(7), 1305-1319; Smith, C. P., & Freyd, J. J. (2013). Dangerous Safe Havens: Institutional Betrayal Exacerbates Sexual Trauma. *Journal of Traumatic Stress* (2013). doi: 10.1002/jts.21778 10.1080/15299732.2013.837135; Smith, C. P., & Freyd, J. J. (2017). Insult, then Injury: Interpersonal and Institutional Betrayal Linked to Health and Dissociation. *Journal of Aggression, Maltreatment and Trauma*, 26(10), 1117-1131. https://doi.org/10.1080/10926771.2017.1322654.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

institution. The IBQ-2 is not a medical assessment, but a research tool. Participants are instructed: "In thinking about the events described in the previous section, did an *institution* play a role by (check all that apply)..." and then provided with a list of items:

1. Not taking proactive steps to prevent this type of experience?
2. Creating an environment in which this type of experience seemed common or normal?
3. Creating an environment in which this experience seemed more likely to occur?
4. Making it difficult to report the experience?
5. Responding inadequately to the experience, if reported?
6. Mishandling your case, if disciplinary action was requested?
7. Covering up the experience?
8. Denying your experience in some way?
9. Punishing you in some way for reporting the experience (e.g., loss of privileges or status)?
10. Suggesting your experience might affect the reputation of the institution?
11. Creating an environment where you no longer felt like a valued member of the institution?
12. Creating an environment where continued membership was difficult for you?

In a research context, we would categorize someone as having experienced institutional betrayal if that participant endorsed one or more items. Note that these acts of institutional betrayal are often psychological or emotional acts and occur without physical aggression.

C.    **DARVO**

DARVO is a term I coined, and stands for Deny, Attack, and Reverse Victim and Offender.[12] Perpetrators and their defenders may Deny the behavior, Attack the victim confronting them, and Reverse the roles of Victim and Offender. In this way, a perpetrator can adopt the victim role and accuse the true victim of being an offender. This can occur when an actually guilty perpetrator assumes the role of "falsely accused," attacks the victim's credibility, and accuses the victim of perpetrating a false accusation.

One of the primary sources of inspiration for me in identifying the pattern and coining the term DARVO was the response to Anita Hill's testimony in the Clarence Thomas confirmation

---

[12] Freyd, J. J. (1997). Violations of power, adaptive blindness, and betrayal trauma theory. Feminism and Psychology. 7, 22-32.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

hearings in the 1990s. Anita Hill described being the victim of sexual harassment in the workplace; the response from Thomas, many Senators, and many in the press, was to deny her claims, attack her credibility, and place her in the role of offender while presenting Thomas as the victim. I noticed in the 1990s that the pattern was a frequent response of individuals being held accountable for wrongdoings such as sexual harassment and I thus labeled the pattern as "DARVO."

In the last decade, my colleagues and I have conducted research on DARVO responses. Our survey and experimental research has revealed that DARVO is associated with harm to victims by inducing self-blame, leading to increased trauma symptoms beyond the trauma exposure, and reducing the believability of victim reports when heard by third parties.[13] This impact of DARVO speaks to its effectiveness for perpetrators in rendering victims less believable and less likely to speak up, as self-blame leads to self-silencing. Fortunately, education about DARVO can reduce its negative impact on victims and observers.

---

[13] Barnes, M.L., Harsey, S., Mills, K.L., & Freyd, J.J. (in press). Assessing Perpetrator Responses to Confrontation: Associations with a DARVO-SF and Post-trauma Symptoms in Two Different Populations. In press, the Journal of Trauma & Dissociation; Harsey, Zurbriggen & Freyd (2017) Perpetrator Responses to Victim Confrontation: DARVO and Victim Self-Blame, *Journal of Aggression, Maltreatment & Trauma*, 26:6, 644-663, DOI: 10.1080/10926771.2017.1320777; Rosenthal, M. N. & Freyd, J.J. (2022). From DARVO to Distress: College women's contact with their perpetrators after sexual assault. *Journal of Aggression, Malpractice, & Trauma.* https://doi.org/10.1080/10926771.2022.2055512; Harsey & Freyd (2020): Deny, Attack, and Reverse Victim and Offender (DARVO): What Is the Influence on Perceived Perpetrator and Victim Credibility? *Journal of Aggression, Maltreatment & Trauma*, DOI: 10.1080/10926771.2020.1774695.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

---

**Brief Definitions**

**DARVO:** DARVO stands for Deny, Attack, and Reverse Victim and Offender. Perpetrators and their defenders may Deny the behavior, Attack the victim confronting them, and Reverse the roles of Victim and Offender. In this way, a perpetrator can adopt the victim role and accuse the true victim of being an offender.

**Institutional DARVO:** Occurs when the DARVO is committed by an institution or representative of the institution (or with institutional complicity). Institutional DARVO is a pernicious form of institutional betrayal.

---

In the research setting, we identify and measure DARVO using either the long-form DARVO Questionnaire or the short-form DARVO Questionnaire.[14] The short form (DARVO-SF Item Categorization) contains 18 items categorized by the three elements of DARVO:

**DARVO-SF Item Categorization**

| Deny | Attack | Reverse |
|---|---|---|
| "Whatever you're saying happened isn't my fault." | "You're just trying to make me look bad" | "I can't believe you're trying to make this my fault" |
| "That never happened" | "You're acting crazy" | "I'm the real victim here" |
| "You're remembering it incorrectly" | "You're a liar" | "I am the one who suffered the most from it" |
| | "You're acting delusional" | "You're not being fair to me" |
| | "No one would believe you if you said anything about it" | "You should be apologizing to me" |
| | "You need help" | "Why are you punishing me?" |
| | "You're just trying to manipulate me" | "You treated me worse than I ever treated you" |
| | "You regret what you did and now you're blaming me" | |

While these 18 items are instructive, they are not exhaustive. These 18 items are meant to allow researchers to quickly identify exposure to DARVO behavior.

---

[14] Harsey, Zurbriggen & Freyd (2017) Perpetrator Responses to Victim Confrontation: DARVO and Victim Self-Blame, *Journal of Aggression, Maltreatment & Trauma*, 26:6, 644-663, DOI: 10.1080/10926771.2017; Barnes, M. L., Mills, K. L., Harsey, S. J., & Freyd, J. J. (2020, August 06). Assessing perpetrator responses to confrontation: Development of the DARVO-Short Form Scale. [Conference poster]. 2020 APA Annual Convention, Washington, D.C.; Barnes, M.L., Harsey, S., Mills, K.L., & Freyd, J.J. (in press). Assessing Perpetrator Responses to Confrontation: Associations with a DARVO-SF and Post-trauma Symptoms in Two Different Populations. In press, the Journal of Trauma & Dissociation.

12

### D.    Polyvictimization

Polyvictimization is a term used to refer to a person's exposure to multiple types of victimization. Research in this literature and related literature indicates that the more mistreatment a person experiences, the more likely they are to be suffering from physical and mental health symptoms. Furthermore, research indicates that the negative impact of polyvictimization is more powerful than the impact of a similar number of events of a single type of victimization.

---

**Brief Definition**

**Polyvictimization:** Polyvictimization is exposure to multiple types of violence or victimization. Research indicates that the more abuse, the worse the outcome, and also that the negative impact of polyvictimization is more powerful than a similar number of events of a single type of victimization.

---

As a person experiences additional types of victimization, mental and physical health troubles increase on average.[15] Similarly, more instances of victimization leads to greater sensitization to later stressors and then more PTSD and other difficulties.[16] Overall, the literature on interpersonal misconduct indicates that the more instances of misconduct, the worse on average a person is doing, and that this effect is stronger when there are multiple types of victimization.

---

[15] Finkelhor D, Ormrod RK, & Turner HA. (2007a) Poly-victimization: a neglected component in child victimization. Child Abuse Negl. 2007 Jan;31(1):7-26. doi: 10.1016/j.chiabu.2006.06.008. Epub 2007 Jan 16. PMID: 17224181; Finkelhor, D., Ormrod, R. K., & Turner, H. A. (2007b). Polyvictimization and trauma in a national longitudinal cohort. *Development and psychopathology*, *19*(1), 149-166.

[16] McLaughlin K, Conron K, Koenen K, & Gilman S (2010). Childhood adversity, adult stressful life events, and risk of past-year psychiatric disorder: A test of the stress sensitization hypothesis in a population-based sample of adults. Psychological Medicine, 40(10), 1647–1658.

## VI.    APPLICATION OF RESEARCH

My opinions assume that the facts presented in documents I have received are as presented. I reserve the right to change my opinion if more or conflicting information becomes available. The analysis below only includes examples, rather than every instance of, betrayal trauma, institutional betrayal, and DARVO in this matter.

### A.    Ms. Lively Experienced Betrayal Trauma and Institutional Betrayal

When an individual must trust someone with power over her and that powerful person betrays the individual, that is betrayal trauma. When an individual is betrayed by an institution, including an employer, that has power over her or she must depend upon or trust, through acts of commission, retaliation, or failure to protect, that constitutes institutional betrayal. For example, institutional betrayal occurs when an employee depends on and/or trusts their employer, and their employer violates the employee's well-being, including by discriminating, harassing, or retaliating against the employee. Research shows that when such violations come from a trusted authority, the impact is more profound because it undermines the individual's trust in the very system she was supposed be able to rely on for protection.

Ms. Lively experienced betrayal trauma and institutional betrayal at the hands of Defendants through many instances of sexual harassment and retaliation. It is important to add that Wayfarer, through their actions and inactions, allowed this betrayal trauma and institutional betrayal to go on for longer than it likely would have had they responded adequately to concerns that Ms. Lively raised regarding Mr. Baldoni and Mr. Heath's behavior in connection with the film *It Ends With Us*, and have continued to perpetuate.

#### 1.    Early Interactions

In December 2022, when Ms. Lively received an initial phone call about working on the film, *It Ends With Us*, she was aware of Mr. Baldoni because she and Mr. Baldoni shared a

14

Docusign Envelope ID: 0EC42BD2-21FF-4207-AEB1-4A819DEBD20B

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

mutual friend, with whom Mr. Baldoni co-hosted a podcast. (Deposition of Blake Lively, "Lively Depo.," at 20:25-21:7.) Ms. Lively was also aware of Mr. Baldoni through a social media account that she followed called CelebrityKind. (*Id*.) The premise of *It Ends With Us* is that the main character, Lily Bloom, suffers from domestic violence at the hands of her trusted husband and eventually overcomes the cycle of domestic violence. (Ms. Lively's Second Amended Complaint filed on July 30, 2025, "SAC," Ex. C.) It is my opinion that the film also involves betrayal blindness in the marital relationship.

At the time Ms. Lively signed on to the film to portray Lily Bloom as overcoming the cycle of domestic violence, Mr. Baldoni had previously portrayed himself as a leader of the male feminist movement, by, for example, writing books, hosting podcasts, and holding TED Talks on the topic and, in particular, with respect to listening to women. (SAC ¶¶ 3, 314-323; Deposition of Warren Zavala ("Zavala Depo."), at 196:3-16, 232:4-23.) Furthermore, Mr. Baldoni and Mr. Heath had positioned Wayfarer Studios as a male-feminist platform that explored gender roles, dismantled toxic masculinity, and created a safer and judgment-free society for women. (Deposition of Justin Baldoni, dated October 6, 2025 ("Baldoni Depo. Vol. 1") at 37:13-41:7.) It is my opinion that Ms. Lively suffered significant betrayal trauma and institutional betrayal at the hands of Mr. Baldoni, Mr. Heath, and Wayfarer, amplified by Sony, the distributor of the film, and the fact that such actions occurred on a film meant to raise awareness on related issues including betrayal blindness.

Prior to accepting the leading role in the film, Ms. Lively met Mr. Baldoni once in her apartment. (Lively Depo. at 28:15-21.) Ms. Lively described Mr. Baldoni in that meeting as: "he is very good at talking about disturbances of the past as being in the past. He's very good at talking about the way things are now, which are incredibly reassuring." (Lively Depo. at 36:6-

15

Docusign Envelope ID: 0EC42BD2-21FF-4207-AEB1-4A819DFBD20B

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

18.) Ms. Lively noted that Mr. Baldoni was complimentary of her in that initial meeting. (Lively Depo. at 42:2-11.)

However, Ms. Lively also stated that during her first meeting with Mr. Baldoni, he stated that he was circumcised. (Lively Depo. at 51:7-9; Baldoni Depo. Vol. 1 at 148:25-149:6.) At the time, Ms. Lively found the comment "disturbing, but given that it was one comment and he seemed nice, [she] wrote it off as him taking a benign conversation too far and hoped and assumed it would be an isolated incident." (Lively Depo. at 54:9-13.) It is my opinion that Ms. Lively's willingness to overlook this inappropriate comment reflected both a maturity in understanding that sometimes good people say inappropriate things, but also planted the seeds for a kind of low-level betrayal blindness, whereby Ms. Lively continued to give Mr. Baldoni the benefit of the doubt as he continued to make inappropriate remarks and violate Ms. Lively's boundaries in a sexually inappropriate way.

### 2. Film Development and Behavior On-Set

Once Ms. Lively started working on the film, Wayfarer, and Mr. Baldoni, in particular, became extremely important to her work life due to their near-complete control of the working conditions of the film as her employer. (Lively Depo. at 186:7-187:16; Deposition of Andrea Giannetti ("Giannetti Depo.") at 82:9-13, 138:18-139:1.) Mr. Baldoni is the co-chairman and co-founder of Wayfarer Studios, and served as Director, Executive Producer, and actor in the lead role of Ryle Kincaid in the film, alongside Ms. Lively playing the lead role of Lily Bloom. (Giannetti Depo. at 39:7-20.) Throughout the production, editing, and promotion of the film, Ms. Lively was Wayfarer's employee, along with all other cast and crew. (BL-000038599-636.) Sony was the co-financier and distributor of the film. (Giannetti Depo. at 43:1-16.)

It is my opinion that this institutional hierarchy allowed Wayfarer to engage in unchecked misconduct, facilitated by Sony, leaving Ms. Lively with little to no recourse. For example, after

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Ms. Lively reviewed the original script and signed on to play the role of Lily Bloom, Mr. Baldoni led the process into making significant changes to the script without her consent—adding nudity and other graphic sexual content that would have required Ms. Lively to depict an on-screen orgasm, perform simulated oral sex, and perform a birth scene.[17] (*See* Lively Depo. at 58:18-59:6, 62:3-20, 63:2-64:12; 24-CV-10049_0002473-2591.) The addition of such scenes to a script would have been a material change requiring an actor's consent. (Giannetti Depo. at 67:12-68:20.)

On set, Mr. Baldoni spoke to Ms. Lively about his prior pornography addiction, divulged information about his sex life, and made unwanted sexual comments about Ms. Lively's and other's appearance. (Lively Depo. at 100:18-102:25, 131:8-133:2; Deposition of Jenny Slate ("Slate Depo.") at 42:7-20; Baldoni Depo. Vol. 1 at 175:20-177:16.) Mr. Heath entered Ms. Lively's trailer while she was nude from the waist up and her breasts were exposed, while she was having body makeup removed, despite Ms. Lively's requests that Mr. Heath remain outside or refrain from looking at her while undressed.[18] (Lively Depo. at 123:2-25, 126:12-129:21; Deposition of Vivian Baker ("Baker Depo.") at 71:14-81:24; Deposition of Shelley Anne Carroll ("Carroll Depo.") at 52:17-58:8.) Mr. Baldoni also improvised intimacy in scenes with Ms. Lively that had not been rehearsed, choreographed, or discussed with Ms. Lively in advance, for example, nuzzling into Ms. Lively's neck in a scene that did not indicate this type of intimate

---

[17] Wayfarer initially took the position that the intimacy coordinator, not Mr. Baldoni, wrote the sex scenes. (Wayfarer Parties' Amended Complaint, *Lively et al., v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL (S.D.N.Y) (Jan. 31, 2025) ("Wayfarer Amended Complaint"), ¶¶ 80, 86-88.) At Mr. Baldoni's deposition, however, he testified that Christy Hall, the screenwriter of the film, wrote the intimate scenes, but Mr. Baldoni was the director and chair of the studio. (Deposition of Justin Baldoni dated October 7, 2025 ("Baldoni Depo. Vol. 2") at 165:24-172:17, 174:8-10.)

[18] Mr. Heath claims that he "knocked on the door [and] heard some indication to come in." He testified that he believed Ms. Lively was either pumping or breastfeeding at the time, and confirmed that Ms. Lively had asked him to look away because she did not want him to look at her and that what she was doing involved her breasts being exposed. (Heath Depo. Vol. 1 at 204:7-212:25; Heath Depo. Vol. 2 at 145:16-147:7.)

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

touching in the script.[19] (SAC ¶ 80; WAYFARER_000140494 at 40_1_A; Slate Depo. at 78:23-79:11.)

Wayfarer also failed to take precautions to ensure Ms. Lively's physical and emotional safety. For example, Ms. Lively alleges that Mr. Baldoni and/or Wayfarer did not implement "closed set" protocols for filming of a scene in which Ms. Lively was to portray giving birth,[20] pressured Ms. Lively to simulate full nudity, and instructed Mr. Heath to show Ms. Lively a graphic video of his own naked wife in the context of giving birth without seeking Ms. Lively's consent in advance.[21] (Lively Depo. at 188:17-190:8; WAYFARER_000141838[22]; Deposition of Elizabeth Talbot ("Talbot Depo." at 153:1-10.) Despite complaints by Ms. Lively and others about Wayfarer's behavior on set, Wayfarer decided not to conduct an internal investigation or make any Human Resources support available to Ms. Lively or others, thus confirming that the institutional structure would not protect her.[23] (Lively Depo. at 220:19-221:21; Deposition of Alexandra Saks ("Saks Depo.") at 57:8-21, 112:2-9, 116:14-22, 118:8-119:5.) This is true even after Wayfarer agreed to Ms. Lively's November 9, 2023 Protections for Return to Production in

---

[19] Mr. Baldoni testified that he did not try to kiss Ms. Lively during the scene. (Baldoni Depo. Vol. 1 at 251:2-21.)
[20] Mr. Heath testified that the set was "closed" in that it was generally closed to the public. (Heath Depo. Vol. 1 at 198:7-204:6.) However, as Ms. Talbot testified, the term "closed set" has a different meaning in the context of scenes involving, intimacy, nudity or depicted nudity, which includes additional restrictions as to who may access set while such scene is being filmed, among other things. (Talbot Depo. at 153:11-154:20.)
[21] Mr. Heath does not dispute that he showed Ms. Lively a video of his wife at least partially nude and their newborn baby;. He also claims that he showed Ms. Lively the video because Mr. Baldoni told him that she wanted to see it. (Deposition of Jamey Heath, dated October 8, 2025 ("Heath Depo. Vol. 1") at 178:2-24, 187:7-189:23.).
[22] I understand that Mr. Heath acknowledges having shown Ms. Lively a video to this effect but maintains that such video depicted his wife after delivering their child.
[23] Mr. Heath testified that Wayfarer opted not to investigate the complaints of inappropriate behavior because it "hadn't heard anything else about anybody being uncomfortable," and Ms. Lively had voiced her concerns in the Protections for Return to Production document. (Heath Depo. Vol. 1 at 291:23-293:7.) When asked if complaints of harassment merit an investigation, Mr. Heath testified that "I don't know if it would merit an investigation. I'm saying that it would merit consideration for a step to be taken." (Heath Depo. Vol. 1 at 60:10-62:20.) Mr. Heath further testified that he did not know if Wayfarer's employment policy was provided, or made accessible to, cast and crew in connection with the film. (Heath Depo. Vol. 1 at 396-396.) He also testified that Wayfarer works with a human resources consultant, who works from home, and that Wayfarer did not have a separate human resources department for the Film. (Heath Depo. Vol. 1 at 38:7-39:21.).

CONFIDENTIAL – ATTORNEYS' EYES ONLY

January 2024, a set of seventeen protections she negotiated with Wayfarer to ensure a safe set for all cast and crew and cease certain on-set behavior by Mr. Baldoni and Mr. Heath. (*See id.*; BL-000038463-65; WAYFARER_000140115-16; HEATH_000007969-73.)

### 3.    Ms. Lively's Response

Given Ms. Lively's frequent, necessary contact with Wayfarer as its employee and the power differential, and despite Wayfarer's conduct, Ms. Lively nevertheless tried to see the best in Wayfarer, and Mr. Baldoni in particular. For example, she felt a responsibility to keep the production on track for the benefit of all cast and crew. (*See, e.g.*, JS0000477-78; HEATH_000045425-26; SAC ¶ 351.) As a result, it is my opinion that Ms. Lively oscillated between awareness of Mr. Baldoni and Wayfarer's toxic behavior and an understandable desire to hope for the best.

For example, in June 2023, after Ms. Lively had made her concerns known, Ms. Lively explained how she felt during a meeting in which Mr. Baldoni and Ms. Lively discussed her complaints: "I just wanted a safe set. I just wanted a workplace that wasn't controlled by their touch and their gaze and how they wanted to do things and their lack of boundaries and their behavior when a boundary was expressed. So an apology was not something I was looking for. I just wanted to do my job." (Lively Depo. at 195:2-11.) Around the same time, after a female cast member told Ms. Lively about her growing concerns with the conditions on set and that she found it difficult to talk to Mr. Baldoni, Ms. Lively responded, "I know I find it really hard to speak to him. I try to cover it with busyness but not sure that covers what's going on." (JS0000394-98.)

But at the same time, it is my opinion that Ms. Lively did keep giving Mr. Baldoni and Wayfarer the benefit of the doubt. For example, in January 2024, Ms. Lively reassured a female cast member that, as a result of the Protections for Return to Production that Wayfarer and Sony

19

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

had agreed to, "you don't need to hug anyone" this time, to which the female cast member responded with gratitude. (JS0000479-81.) Ms. Lively continued that "he won't touch you. Or shouldn't. I don't think he or Jamey [Heath] will." (*Id.*). Ms. Lively expressed her belief that after the Protections for Return to Production, it would be "a professional set and we're getting good work." (*Id.*)

### 4. Analyzing Ms. Lively's Experiences Under IBQ-2

Here, it is my opinion that Mr. Baldoni's interpersonal betrayal was intermixed with and exacerbated by Wayfarer's institutional betrayal. As noted earlier in my report, in research on institutional betrayal with a focus on omission, we operationalize and assess institutional betrayal using IBQ-2. In a research context, researchers categorize someone as having experienced institutional betrayal if that participant endorsed one or more items. It is instructive to consider the experiences of Ms. Lively in light of these behavioral descriptions of institutional betrayal. Based on the information presented to me, it is my opinion that Ms. Lively's experiences are consistent with many, if not all, of the behaviors captured by the IBQ-2 survey items. I provide examples below.

### a. Item 2: Did the institution play a role by creating an environment in which this type of experience seemed common or normal?

Using the items from the IBQ-2 as a guide to thinking about this case, we can consider Item 2: *Did the institution play a role by creating an environment in which this type of experience seemed common or normal?*

Ms. Lively testified that she repeatedly raised concerns about conduct by Mr. Baldoni and Mr. Heath that she perceived to be sexually harassing, and that instead of addressing her concerns, Wayfarer dismissed her. (Lively Depo. at 49:1-19, 74:15-81:14.) For example, Ms. Lively testified that during filming, Mr. Heath showed her a video of his nude wife, without Ms.

20

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Lively's consent. (Lively Depo. at 188:17-190:21; Giannetti Depo. at 123:1-23; Deposition of Jamey Heath, dated October 9, 2025 ("Heath Depo. Vol. 2") at 134:8-135:8.) When Ms. Lively confronted Mr. Baldoni, Mr. Baldoni did not condemn or renounce Mr. Heath's conduct, but only expressed that it was his fault: "I told him to show you because I thought you wanted to see it." (Lively Depo. at. 186:7-15.) Mr. Heath testified that he showed Ms. Lively the video because Mr. Baldoni told him that she wanted to see it. (Heath Depo. Vol. 1 at 187:7-189:23.) This only served to confirm Ms. Lively's concern that Wayfarer did not see such behavior as an issue and would not ensure a safe set. (Lively Depo. at. 187:3-16.)

Similarly, when Ms. Lively raised her concerns to Andrea Giannetti, currently the Executive Vice President Production and Senior Creative of Columbia Pictures, a label owned by Sony Pictures, Ms. Giannetti downplayed and minimized Ms. Lively's concerns. (*See, e.g.*, Giannetti Depo. at 118:22-119:125:6.) Although Ms. Giannetti acknowledged that the video was not appropriate to show in the workplace without consent, she chalked the event up to a "misunderstanding" and did not tell anyone in human resources at Wayfarer that Mr. Heath had shown Ms. Lively a video of his wife nude in a tub in connection with the birth of their child. (*Id.*)

As another example, Mr. Baldoni referred to women in the workplace, including Ms. Lively, as "sexy" or "hot." (Lively Depo. at 100:18-20; Slate Depo. at 42:7-44:24; 51:14-18.) On one occasion, Mr. Baldoni said to Ms. Slate, "I can say this because my wife is here, but you look sexy in what you're wearing." (Slate Depo. at 51:6-23; Baldoni Depo. Vol. 1 at 203:8-204:8.) In another instance, Mr. Baldoni called Ms. Lively "sexy," to which Ms. Lively replied, "that's not what I'm going for." (Lively Depo. at 101:19-102:17; Baldoni Depo. at 229:9-230:18.) He then stated, "Oh, I'm sorry. Hot?" (Lively Depo. at 102:18.) Deeply uncomfortable,

21

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Ms. Lively replied, "not that either." (Lively Depo. at 102:19.) Mr. Baldoni responded, "Ah, well, I guess I missed the HR meeting." (Lively Depo. at 102:20-21.) Ms. Slate testified that she chimed in to explain to Mr. Baldoni how uncomfortable it can be to receive unwarranted comments. (Slate Depo. at 42-43). But, instead of ceasing his inappropriate behaviors, Ms. Lively and Ms. Slate felt that Mr. Baldoni was trying to justify and backpedal. (Lively Depo at 103-107; Slate Depo. at 42-43). Although Ms. Lively was "very uncomfortable" afterward, especially given the repeated nature of Wayfarer's conduct, she continued filming because she "knew that [she] had to be in scenes and maintain some level of chemistry and camaraderie" with Mr. Baldoni to do her job. (Lively Depo. at 105:12-17; JS0000379-383.)

Furthermore, Mr. Baldoni and/or Mr. Heath made jokes about how one cannot make eye contact with people anymore, which undermined and lessened the importance of wanting to be comfortable in the workplace. (*See, e.g.*, Saks Depo. at 138:199-142:10; SPE_BL0002026-35.) Mr. Baldoni and Mr. Heath also engaged in daily "hugging rituals" with the cast and crew. (Lively Depo. at 117:8-118:8; Saks Depo. at 138:4-24; Baldoni Depo. Vol. 1 at 111:23-24 ("I think some people would qualify me as a hugger.") When Ms. Lively or others avoided their touching, Mr. Baldoni and Mr. Heath would retaliate by becoming irritated, cold, and uncollaborative. (Lively Depo. at 117:8-120:4.) Ms. Lively recalled that they would become "prickly and standoffish and shut down." (Lively Depo. at 117:25-120:4; Slate Depo. at 70:23-80:10, 89:16-20 (another female cast member recalled the same reaction); JS0000379-383.)

It is my opinion that when Ms. Lively and others raised their concerns to Ms. Giannetti, Ms. Giannetti downplayed and minimized them, thereby enabling and exacerbating the institutional betrayal of Wayfarer and the betrayal trauma by Mr. Baldoni and Mr. Heath. (Giannetti Depo. at 24:4-12; 124:12-125:25; 151:4-5.) Although Ms. Giannetti knew that Ms.

22

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Lively had raised concerns about Wayfarer that Ms. Giannetti characterized as Wayfarer being "too loose" or "too casual" on set, as well as "too sensitive," Ms. Giannetti never spoke to anyone in human resources about how best to handle such concerns, and whether a neutral investigation was warranted. (Giannetti Depo. at 116:1-133:25.) Ms. Giannetti testified that she did not think there was a reason to call human resources, even though she also testified that "something that was illegal" such as sexual harassment or retaliation, would trigger her desire to get someone neutral involved. (Giannetti Depo. at 32:25-33:8.) She further testified that it was not her responsibility to learn who was responsible for handling human resources complaints because Sony was "the co-financier and the distributor of the film," and her "role on the movie was to protect Sony's investment in the film." (Giannetti Depo. at 82:20-83:9.)

As another example, Mr. Baldoni wrote an apology letter to Alex Saks, a female producer on the film, after he yelled at her when she tried to voice her opinion about abuse, and, as he noted in his letter, he mansplained to her about sexual trauma and abuse. (Saks Depo. at 66:24-71:25; AS004588-89.) When asked about the apology letter written by Mr. Baldoni addressing his behavior with Ms. Saks, Ms. Giannetti thought the letter was "a little overkill" and noted she personally had "never been offended by any of the communication that [she] had with Justin Baldoni." (Giannetti Depo. at 88:17-99:19; AS004588-89.) Ms. Giannetti failed to acknowledge that Mr. Baldoni's apology letter was written in gendered terms, referencing "mansplain," "women," and comparing communication with his female producer with how he would communicate with women generally in his life. (*Id*.; *see also* Saks Depo. at 66:24-71:25.)

On another occasion, Mr. Baldoni asked Ms. Saks about a scene being shot, proceeded to yell at her, slammed his hands on a chair that was next to her while saying her name, and walked away. (Saks Depo. at 76:16-:83:14.) Ms. Saks felt physically intimidated by Mr. Baldoni, and

23

CONFIDENTIAL – ATTORNEYS' EYES ONLY

turned to Ms. Giannetti and Mr. Heath who were both present, and said, "if [Mr. Baldoni] did…something like that to me one more time, that I was going to walk off the movie." (*Id*.) Mr. Heath said nothing, and Ms. Giannetti, said something resembling, "Well, it's his movie. He can keep shooting." (*See id*.)

> b.    **Item 4: Did the institution play a role by making it difficult to report the experience?**

Another IBQ-2 item is Item 4, *Did the institution play a role by making it difficult to report the experience?*

Ms. Lively testified that "I was never provided an HR resource" and "Like I said, I wasn't provided an HR resource. I had made attempts to file HR claims." (Lively Depo. at 220:24; 221:8-9.) She also explained: "Wayfarer parties never offered me or made me aware of who to go to for HR. That's standard on a set. I don't know movies that happen anymore in which the actor doesn't have to do an HR meeting along with the rest of the crew. That's a requirement. But this film did not provide it, as far as I'm aware. And so I called Ange Giannetti and told her that I would like to file one through Sony and was told that I couldn't." (Lively Depo. at 221:12-21.)

Others on set similarly testified that Wayfarer did not make harassment training, resources, or reporting avenues readily available in connection with the film. (Baker Depo. at 44:24-48:1; Slate Depo. at 38:7-24; Saks Depo. at 59:25-63:9; Deposition of Isabela Ferrer ("Ferrer Depo."), at 240:10-242:23.) Wayfarer set up a third-party sexual harassment training, but any reporting all went back to Wayfarer, as opposed to Sony. (Saks Depo. at 202:2-13; SPE_BL0015756-60.)

Ms. Giannetti testified that Wayfarer was responsible for handling human resources complaints related to production, and Sony would typically expect a production company it was

CONFIDENTIAL – ATTORNEYS' EYES ONLY

working with—such as Wayfarer—to provide workplace harassment training for the cast and crew before the start of production. (Giannetti Depo. at 78:23-79:5, 82:9-13, 84:1-9.) She did not think it was her "job to police behavior on set." (*See id*.)

Wayfarer, however, did not have a human resources department dedicated to the film. (Heath Depo. Vol. 1 at 116:18-117:1.) Before production began, Ms. Saks raised concerns to Wayfarer that, given Mr. Baldoni's role at the company, the film's workplace harassment protocols should come from Sony. (AS000062). Mr. Heath later agreed it might be advisable to hire an outside agency for the production, but no such agency was ever retained. (HEATH_000048499-500.) When asked why, Mr. Heath testified that there had been "a constant flow of suggestions" before filming and added that most independent films do not have human resources personnel outside the production company. When pressed whether Wayfarer's HR was responsible for on-set issues, Mr. Heath said he deferred to Ms. Saks, the production supervisor, and line producer. (Heath Depo. Vol. 1 at 125:1-133:2.)

          c.       **Items 7-9: Did the institution play a role by covering up the experience? Did the institution play a role by denying your experience in some way? Did the institution play a role by punishing you in some way for reporting the experience (e.g., loss of privileges or status)?**

Additional items from the IBQ are instructive to this case including Items 7, 8, & 9: *Did the institution play a role by covering up the experience? Did the institution play a role by denying your experience in some way? Did the institution play a role by punishing you in some way for reporting the experience (e.g., loss of privileges or status)?*

As noted earlier, in a research context we would categorize someone as having experienced institutional betrayal if that participant endorsed one or more Items on the IBQ-2. In this case, using these Items as guides, and taken together, the evidence indicates repeated institutional betrayals perpetrated by Defendants against Mr. Lively.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

It is my opinion that Ms. Lively experienced a pattern of retaliation and intentional reputation damage directed at Mr. Lively, as set forth in detail below in DARVO, Section V.B. Each time Mr. Baldoni was confronted with concerns, he "tried to explain and justify why [his behavior] was okay, why [Ms. Lively] shouldn't feel the way [she] felt about it." (*See, e.g.*, Lively Depo. at 194:15-21.)

Additionally, on November 10, 2023, when Sony received Ms. Lively's Protections for Return to Production, Michael Marshall, the President of Business Affairs at Sony, copying Ms. Giannetti, told Mr. Heath, "as discussed, overall the tone of the response has to be part denying the underlying insinuations/allegations, but doing so in a way that doesn't inflame or escalate further since most of what's on the list Wayfarer is acknowledging/addressing…" (SPE_BL0003512-16.) It is my opinion that Sony's response to immediately invalidate and deny implications of wrongdoing, without any investigation or understanding of the facts leading up to the Protections for Return to Production, further facilitated the institutional betrayal by Wayfarer.

The next day, on November 11, 2023, Wayfarer responded to Ms. Lively's Protections for Return to Production, echoing that requested tone: "Wayfarer, Sony and Production respectfully acknowledge that your client has concerns regarding safety, professionalism and workplace culture. Although our perspective differs in may aspects, ensuring a safe environment for all involved is paramount, irrespective of differing viewpoints…" (WAYFARER_000140115-16.) The following day, on November 12, 2023, Mr. Baldoni texted his friends, "…In an effort to gain power over me personally and the studio, we received a legal letter sighting How unsafe I and the workplace were for the Actor (s)…we all know what this document insinuates – that i am / unsafe/sexually harassing etc etc etc…there's even silly things inferring Jamey was inappropriate

26

Docusign Envelope ID: 0EC42BD2-21FF-4207-AEB1-4A819DFBD20B

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

which is silly. It's all manipulation…I believe this is in part punishment for standing my ground and not giving her little things she wanted…" (BALDONI_000020294-99.)

On January 5, 2024, Mr. Baldoni texted his friends again, stating, "…My brain was trying to defend itself when they were needing me to apologize for all of the ways I have fucked up and made her feel unsafe…They essentially said that Jamey and I are not who we claimed to be and that for us to have a pod cast is unsafe because it makes people feel like we are safe. I was read from a phone all of the things that I did while many of them were based in actual situations. The events were wrong and things were taken completely out of context. The word creepy and abuse were used in reference to me in my behavior…it's hard to feel so much of what they believe about me is false because they are so convinced that it's real…" (BALDONI_000026204-06.)

Wayfarer signed the Protections for Return to Production on January 19, 2024. (HEATH_000007969-73.) It is my opinion that Mr. Baldoni's texts to his friends after receiving Ms. Lively's Protections for Return to Production accusing Ms. Lively of being manipulative and manufacturing her complaints, downplayed her concerns while at the same time acknowledging that she was accusing him of sexual harassment and creating an unsafe set.

Additionally, on May 6, 2024, at a dinner with Colleen Hoover, the author of the book on which the film was based, it is my opinion that Mr. Baldoni and Mr. Heath continued to cover up Ms. Lively's experience. Ms. Hoover left the dinner "blindsided" and "disappointed that it felt like [she] was made to not like [Ms. Lively]" and that Mr. Baldoni and Mr. Heath's "intention was to get [Ms. Hoover] on their side, or…just explain their side before [Ms. Hoover] heard it from [Ms. Lively]." (Deposition of Colleen Hoover ("Hoover Depo") at 70:18-83:11.) Ms. Hoover testified that this behavior was "not at all" what she would have expected from Mr.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Baldoni based on how he had portrayed himself early on when he optioned the book from Ms. Hoover. (*See id.*)

> ### B.    Ms. Lively Experienced DARVO

As explained earlier in this report, DARVO stands for Deny, Attack, and Reverse Victim and Offender. Institutions or individuals who engage in DARVO use it as a form of defense or punishment, to shift blame to the complainant and undermine their credibility, and minimize the complained-of conduct. The materials provided to me include examples of these components of DARVO and show that Defendants engaged in DARVO.

> #### 1.    Deny

Denial can be absolute, or it can depend on minimizing the severity of behavior. In this case, Defendants relied primarily on minimization. Mr. Baldoni "always admitted to [his behavior]. He would just try to explain and justify why it was okay, why [Ms. Lively] shouldn't feel the way [she] felt about it." (Lively Depo. at 194:19-21.) Mr. Baldoni claimed that there were "innocent things ive said taken completely the wrong way" and "It's all manipulation…I believe this is in part punishment for standing my ground and not giving her little things she wanted…" (BALDONI_000020294-99; SPE_BL0003351-54.) He also claimed, "The events were wrong and things were taken completely out of context. The word creepy and abuse were used in reference to me in my behavior…it's hard to feel so much of what they believe about me is false because they are so convinced that it's real…" (BALDONI_000026204-06.) But, when Ms. Lively confronted Mr. Baldoni about Mr. Heath showing her the initial seconds of a video of his wife in connection with the birth of their child, Mr. Baldoni responded: "I told him to show you because I thought you wanted to see it." (Lively Depo. at 186:13-14.) Mr. Heath also admitted to his behavior but also claimed that Mr. Baldoni told him that Ms. Lively wanted to see it. (Lively Depo. at 194:22-195:1; Heath Depo. Vol. 1 at 187:7-189:23.)

28

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Mr. Heath also repeatedly downplayed and reframed Ms. Lively and others' complaints, portraying them as overly sensitive or difficult, while characterizing their reports of misconduct as normal creative friction or misunderstandings. (SPE_BL0003349-50; HEATH_000035492-93; Heath Depo. Vol. 1 at 300:1-3, 303:13-304:22; Heath Vol. 2 at 145:22-148:13.) Even though he recalled in vivid detail each incident that occurred on set, Mr. Heath consistently framed the women's experiences as mere differences in perception, insisting that while they may have seen events one way, he and Wayfarer saw them differently. (Heath Depo. Vol. 1 at 300:1-3, 303:13-304:22; Heath Vol. 2 at 145:22-148:13.) It is my opinion that Mr. Heath essentially offered a performative acknowledgment of the women's experiences, recognizing them only to deny their validity and reassert his version of events, as though the women's experiences were subjective misunderstandings rather than actual misconduct.

### 2. Attack

In DARVO, Attack usually takes the form of attacking the credibility of the person or people making an accusation of harmful behavior. Reverse Victim & Offender ("RVO") can build upon this attack by positioning the true victim as causing harm to the true perpetrator. In this case, the evidence suggests a particularly pernicious form of "Attack" and "RVO," which included an online, intentional retaliation campaign led by Wayfarer (the "Smear Campaign").

It is my opinion that from the very beginning of production until now, each time Ms. Lively raised a concern, Wayfarer minimized her concerns and attacked her instead. As discussed in Section VI.A.4.c., before Ms. Lively had to take matters into her own hands with the Protections for Return to Production, when, for example, Ms. Lively avoided Mr. Baldoni and Mr. Heath's touching on set, they would retaliate by becoming irritated, cold, and uncollaborative. (Lively Depo. at 117:25-120:4.) Ms. Lively recalled that they would become "prickly and standoffish and shut down." (Lively Depo. at 117:25-120:4.) Other female cast

CONFIDENTIAL – ATTORNEYS' EYES ONLY

members recalled the same reaction when they disagreed with Mr. Baldoni and Mr. Heath's conduct on set. (Slate Depo. at 70:23-10, 89:16-20; Saks Depo. at 76:25-81:15.)

Later in November 2023, as discussed in Section VI.A.4.c. above, when Sony received Ms. Lively's Protections for Return to Production, Mr. Marshall directed Mr. Heath, "as discussed, overall the tone of the response has to be part denying the underlying insinuations/allegations…" (SPE_BL0003512-16.) The next day, Wayfarer responded to Ms. Lively's Protections for Return to Production, echoing that requested tone: "Wayfarer, Sony and Production respectfully acknowledge that your client has concerns regarding safety, professionalism and workplace culture. Although our perspective differs in may aspects, ensuring a safe environment for all involved is paramount, irrespective of differing viewpoints…" (WAYFARER_000140115-16.) The day after that, on November 12, 2023, Mr. Baldoni texted his friends furthering his "Attack" on Ms. Lively's character: "…In an effort to gain power over me personally and the studio, we received a legal letter sighting How unsafe I and the workplace were for the Actor (s)…we all know what this document insinuates – that i am / unsafe/sexually harassing etc etc etc…there's even silly things inferring Jamey was inappropriate which is silly. It's all manipulation…I believe this is in part punishment for standing my ground and not giving her little things she wanted…" (BALDONI_000020294-99.)

On January 5, 2024, Mr. Baldoni texted his friends again attacking Ms. Lively and accusing her of manipulating and manufacturing her complaints: "…My brain was trying to defend itself when they were needing me to apologize for all of the ways I have fucked up and made her feel unsafe…They essentially said that Jamey and I are not who we claimed to be and that for us to have a pod cast is unsafe because it makes people feel like we are safe. I was read from a phone all of the things that I did while many of them were based in actual situations. The

events were wrong and things were taken completely out of context. The word creepy and abuse were used in reference to me in my behavior…it's hard to feel so much of what they believe about me is false because they are so convinced that it's real…" (BALDONI_000026204-06.) Wayfarer ultimately signed the (HEATH_000007969-73.)

Additionally, on May 6, 2024, after Wayfarer signed the Protections for Return to Production on January 19, 2024, Mr. Baldoni and Mr. Heath continued to attack Ms. Lively's character at a dinner with Ms. Hoover. Ms. Hoover left the dinner "blindsided" and "disappointed that it felt like [she] was made to not like [Ms. Lively]" and that Mr. Baldoni and Mr. Heath's "intention was to get [Ms. Hoover] on their side, or…just explain their side before [Ms. Hoover] heard it from [Ms. Lively]. (Hoover Depo. at 70:18-83:11.) Ms. Hoover testified that this behavior was "not at all" what she would have expected from Mr. Baldoni based on how he had portrayed himself early on when he optioned the book from Ms. Hoover. (*See id*.)

In June 2024, Ms. Lively and others fulfilled certain publicity obligations for the film without Mr. Baldoni, mainly because they were uncomfortable with the behaviors that Mr. Baldoni and Mr. Heath engaged in on set. (Saks Depo. at 160:25-164:10; Slate Depo. at 120:5-19; Hoover Depo. at 178:21-179:15; JS0000283; JS0000316; JS0000506.) One of those publicity events was an early screening of the film at Book Bonanza on June 14–15, 2024, attended by Ms. Lively, Colleen Hoover, Brandon Sklenar, and Isabela Ferrer. (Hoover Depo. at 108:9-111:20). The event drew exceptionally strong public praise and a highly positive reception. Two days later, Mr. Heath directed Wayfarer's Vice President of Operations, Mitz Toskovic, to create a timeline cataloguing each and every alleged incident involving Ms. Lively, complete with dates and placeholders for details to be filled in. (TOSKOVIC_00000677-88.) This timeline, largely drafted and populated by Mr. Heath himself, was transmitted to TAG on July 30, 2024, and

31

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

ultimately became part of Wayfarer's coordinated effort to publicly smear and discredit Ms. Lively's character, as discussed in Section VI(B)(3) below. (WAYFARER_000140710; Heath Depo. Vol. 1 at 313:331).

Wayfarer's behavior continued. Ms. Abel texted Mr. Heath her concern, "we can't have fans starting to guess why [Mr. Baldoni] is left out of this stuff." (HEATH_000053037.) Mr. Baldoni proposed an offensive to explain that anything he had been accused of was "social awkwardness and impulsive speech." (JONESWORKS_00013502-03.) Mr. Baldoni told his team that they needed a plan to get ahead of Ms. Lively's claims against him, in the event they were to go public. (JONESWORKS_00013485-87.) Ms. Abel emailed Mr. Heath discussing what would be "helpful to arm us in the case we need to refute any of the claims." (JONESWORKS_00017397; *see also* BALDONI_000014593-96 ("Scenario Planning" document identifying "several potential scenarios…should BL and her team make her grievances public…").)

Around the time the film was released in August 2024, it is my opinion that Wayfarer engaged in further Attack and RVO by causing the online Smear Campaign to commence with Attack and RVO themes that followed the same themes Wayfarer had used against Ms. Lively up to that point. Ms. Lively alleges that the goal of the Smear Campaign was two-fold: (1) to conceal the pattern of harassment and other misconduct by Wayfarer (and thus is relevant to the Deny component of DARVO); and (2) retaliate against Ms. Lively by battering her image, harming her business, and causing her and her family serve emotional harm (particularly relevant to Attack and Reverse Victim & Offender). (*See* BALDONI_000014593-96.)

In her deposition (Lively Depo. at 209:20-210:1), Ms. Lively recounts "there was a story that was being told about me suddenly on August 9th that I was a…bully. And my character was

32

CONFIDENTIAL – ATTORNEYS' EYES ONLY

being attacked." Ms. Lively further explains: "That's part of what was so unique about [the Smear Campaign], is there was not a single event or moment or experience or revelation that led to this. It felt like a scattershot of negativity. So I can't even keep track of all the narratives." (Lively Depo. at 256:18-24.) The narratives included, and continue to include, an assault on Ms. Lively's character, and casting her as a mean girl, a bully, tone-deaf, and power-hungry, including by attempting to "take over" the film. (Lively Depo. at 179:23-180:12; 212:3-21; 256:5-260:8.) This felt to Ms. Lively like an "erasure of so much—not only goodwill that [she] had built up over many decades, but on [the film's] press tour." (Lively Depo. at 260:11-13.)

In July 2024, Wayfarer engaged a crisis communications specialist, Melissa Nathan, and her company, The Agency Group PR LLC (together, "TAG"), along with Jed Wallace and Street Relations, Inc. in early August, (together, "Wallace") to execute the Smear Campaign. (KCASE-000001842-73; KCASE-000000414-24; TAG_000000467; STREET 1.000006; *see also* BALDONI_000014593-96.) On July 30, 2024, Wayfarer transmitted to TAG the timeline it had been building that catalogued each and every alleged incident involving Ms. Lively (HEATH_000046882-83.) On August 2, 2024, TAG circulated a "Scenario Planning" document to Wayfarer should Ms. Lively "and her team make her grievances public," which advanced misleading counternarratives including blaming Ms. Lively for production members' job losses. (BALDONI_000014593-96.) My analysis assumes that Wayfarer, through TAG and others, engaged, in whole or in part, in the conduct set forth in the Scenario Planning document.

Mr. Baldoni expressed concerns that the plan had "not much defense" and lacked "protection." (BALDONI_000020407-08.) In response, TAG and Wayfarer exchanged texts, stating, among other things, that Mr. Baldoni "wants to feel like [Ms. Lively] can be buried," and "[i]magine if a document saying all the things that he wants ends up in the wrong hands."

33

CONFIDENTIAL – ATTORNEYS' EYES ONLY

(NATHAN_000000141-47 at 43; *see also* JONESWORKS_00016225-32.) Also in August 2024, Wayfarer was asked to issue a statement to help correct the situation by accepting accountability for the production it oversaw. But rather than doing so, Ms. Nathan advised that issuing such a statement would be a "Career killer" for Mr. Baldoni, who she urged to "Lawyer up" and "fight." (NATHAN_000002151-56.) The Smear Campaign is consistent with the Attack and RVO stages of DARVO, which seeks to shift the focus from the misconduct to the accuser's character and credibility, and to undermine the accuser and reframe her as untrustworthy.

### 3. Reversing Victim and Offender

The insidious element of DARVO, Reversing Victim & Offender ("RVO"), often appears with the Attack element, as set forth in the examples in Section VI.B.2. above. It also appears most notably in August 2024, when, for example, Mr. Baldoni sent Ms. Abel a screenshot of a thread on X that had accused another female celebrity of bullying women. Mr. Baldoni stated, "this is what we would need." (Lively Depo. at 162:21-163:1; BALDONI_000018710-11.)

After December 2024, Defendants, with and through its counsel, continued the DARVO by filing multiple lawsuits against Ms. Lively and others in three jurisdictions for hundreds of millions of dollars each. (*Wayfarer Studios LLC et al. v. Lively et al.*, No. 1:25-cv-00449-LJL (S.D.N.Y) (Jan. 16, 2025); *Wayfarer, LLC et al. v. N.Y. Times Co.*, No. 24ST-cv-34662 (CA Super. Ct., Cnty. L.A.) (Dec. 31, 2024); *Jed Wallace et al. v. Lively*, No. 25-163-DAE (W.D.Tex) (Feb. 4, 2025).) In my opinion, Wayfarer's entire defense in such court proceedings is a classic example of DARVO. The lawsuits accused Ms. Lively and others of lying about the sexual harassment and retaliation during filming and promotion of the film, and extorting Wayfarer to take control of the film, among other allegations. (*See id.*)

Wayfarer continued to minimize the severity of Ms. Lively's complaints by saying she raised a "series of grievances" that "she appeared to have spent the past five days overanalyzing"

34

CONFIDENTIAL – ATTORNEYS' EYES ONLY

and "scrutinized every minor infraction and perceived slight . . ." (Wayfarer Amended Complaint, Ex. A, Dkt. 50-1.) Despite this, Wayfarer included text messages in its filing acknowledging that Ms. Lively "genuine belief that she has been mistreated. (*Id.* at 155 ("…I just know her personality and this is the kind of person that genuinely believes she's right and that all of this is unjust.".) Wayfarer's Amended Complaint acknowledged the behavior Ms. Lively alleged but attempted to undermine it. (*See, e.g.*, Wayfarer Amended Complaint ¶¶ 93-94.)

As a further example, Wayfarer attempted to make themselves the victims of Ms. Lively's unwillingness to take photos at the film's premiere with Mr. Baldoni, the perpetrator of betrayal trauma, institutional betrayal, and DARVO.  Wayfarer claimed that Ms. Lively was responsible for "[her] and the cast [] not participat[ing] in any marketing or promotion of the Film alongside Baldoni, in spite of Baldoni and Wayfarer's acquiescence to all her demands." (*See, e.g.*, Wayfarer Amended Complaint ¶ 158.) However, in my opinion, it is expected for a victim of betrayal trauma, institutional betrayal, and DARVO to not to want to further subject herself to trauma at the hands of the same individuals or institution. (*See also* Hoover Depo. at 178:9-13 ("[Ms. Lively] hadn't really gone into detail about her accusations against [Mr. Baldoni]. But, like, I mean, it was obvious at that point that they did not get along, and she had insinuated that she was a victim of sexual harassment and didn't want to be in a room with him.").) Indeed, Ms. Hoover, Ms. Slate, and another actor on the film, Brandon Sklenar, did not want to be at the premiere with Mr. Baldoni because they independently felt uncomfortable (*See* Deposition of Josh ("Greenstein Depo.") at 156:7-160:13; Hoover Depo. at 178:7-179:15.) In stark contrast to Wayfarer's framing of Ms. Lively's contribution to the team, Josh Greenstein, formerly the President of the Motion Picture Group at Sony, recalled that Ms. Lively had "incredible ideas," "pushed the marketing team every day to be better," and "was just relentless in a positive way."

35

CONFIDENTIAL – ATTORNEYS' EYES ONLY

(Greenstein Depo. at 23:2-20.)  By claiming that Ms. Lively was threatening not to promote the film or go to the premiere, Wayfarer engaged in further RVO.

In addition to filings in court, Wayfarer, with and through its attorneys, have attacked Ms. Lively's character in the press, accusing her of being a liar and coward. (*See, e.g.*, *Read the Statement: Statement to The New York Times from Bryan Freedman, attorney for Justin Baldoni, Wayfarer Studios and all its representatives*, N.Y. Times (Dec. 21, 2024); Dominic Pattern, *Justin Baldoni Lawyer Scolds "Privileged" Blake Lively & "Cowardly" Ryan Reynolds Amidst Flurry Of Filing,* Deadline (Mar. 21, 2025). Mr. Sarowitz, the head of Wayfarer Studios and Ms. Lively's employer, was prepared to spend whatever necessary to defend Baldoni, Wayfarer Studios and himself, against Ms. Lively and her husband. (Monica Hunger-Hart, *Meet The Little-Known Billionaire Caught Up In the Baldoni-Lively Scandal*, Forbes (March 31, 2025).)

Wayfarer's lawyers have stated their intention to sue Ms. Lively "into oblivion," and even proposed taking her deposition at Madison Square Garden and charging tickets for admission. (Elizabeth Rosner, *Justin Baldoni's Lawyer Wants to Sell Tickets to Blake Lively's Deposition for This Reason (Exclusive)*, People (May 8, 2025) ("Since Ms. Lively is open to testifying, let's make it count," Mr. Baldoni's attorney Bryan Freedman tells PEOPLE. "Hold the deposition at MSG, sell tickets or stream it, and donate every dollar to organizations helping victims of domestic abuse."). This conduct compounded Ms. Lively's extant institutional betrayal and is prototypical RVO, using Ms. Lively's claims against her to turn Wayfarer into the "true" victim.

C.    **Defendants' Conduct Puts Ms. Lively At Increased Risk of Physical and Mental Distress Consistent with Research on Betrayal Trauma, Institutional Betrayal, and DARVO.**

At the outset it is important to establish that institutional betrayal often precedes, co-occurs with, or follows betrayal trauma. DARVO follows betrayal trauma. These patterns characterize many instances of institutional betrayal associated with interpersonal harm that

occur in an institutional context. We know from the research on institutional betrayal in these cases that the harm is best understood as a new injury that exacerbates the harm of the betrayal trauma. Sometimes people think that multiple traumas would protect the victim from new harm – imagining perhaps that traumas are like immunity to a virus in which initial exposure helps protect against future severity. However, as explained earlier in this report in the section on polyvictimization, Section V.D, the impact of multiple traumas, including institutional betrayal and DARVO, is just the opposite of this: each new trauma compounds the impact of the prior traumas.

Based on the documents provided to me, and based on decades of research on betrayal trauma exposure, it is my opinion that Wayfarer's conduct puts Ms. Lively at increased risk of:

- Betrayal blindness including forgetting, unawareness, not telling

- Revictimization

- Depression and suicidal ideation

- Anxiety

- Shame

- PTSD

- Dissociation

- Physical illness

- Hallucinations

- Self harm

- Problematic substance use

Indeed, Ms. Lively has confirmed that she suffers from certain of these symptoms because of the "scorn, pity, ridicule, humiliation" suffered, which resulted in "physical and

CONFIDENTIAL – ATTORNEYS' EYES ONLY

emotional suffering." (Lively Depo. at 268:24-269:21.) Mr. Greenstein recalled a phone call with Ms. Lively that he described as "someone who was going through severe trauma, is all I can describe, almost hyperventilating, crying, incredibly upset, inconsolable, I would say." (Greenstein Depo. at 208:10-15.)

It is important to note that many victims of betrayal trauma and institutional betrayal may have experienced some of these symptoms prior to the new events. The research on polyvictimization indicates that symptoms increase as a function of exposure to betrayal trauma and institutional betrayal, as noted above. Here, my opinion is that Wayfarer's sexual harassment, initial retaliation during filming and promotion of the film, and subsequent retaliatory litigation, created a scenario where Ms. Lively was, and continues to be, victimized repeatedly at the hands of her former employer, including through the media, online commenters, and others. Given the ongoing nature of this institutional betrayal and DARVO, I would expect Ms. Lively's risk associated with the above symptoms to be extremely high.

## VII.    CONCLUSION

Assuming the allegations in the documents provided to me are true, Ms. Lively was subjected to experiences of betrayal trauma and institutional betrayal along with subsequent aspects of DARVO by each of the Defendants. These traumas put Ms. Lively at risk for significant physical and mental health impacts. Moreover, as the research on polyvictimization shows, the repeated abuse Ms. Lively suffered—first in the form of Wayfarer's sexual harassment on set, then the retaliation and Smear Campaign, and finally, Defendants' litigation tactics in this lawsuit—confirms that Ms. Lively is at heightened risk of those impacts here.

My opinions are provided to a reasonable degree of scientific certainty and are based on my education, training, experience, skills, scholarly expertise, knowledge of the scientific

Docusign Envelope ID: 0EC42BD2-21FF-4207-AEB1-4A819DEBD20B

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

literature, other materials reasonably relied upon by scholars in my field, and my review of the case information available at this time (as described above). Should additional information become available that modifies my opinions and conclusions, I will author an addendum. I also expressly reserve the right to render additional opinions within my expertise prior to trial.

Dated: October 17, 2025

Signed by:

*Jennifer Freyd*

By: ____B4C7FD0E1BC9428...____

Jennifer Freyd, PhD

39

CONFIDENTIAL – ATTORNEYS' EYES ONLY

## APPENDIX A: TESTIMONY IN LAST FOUR YEARS

1. Deposition testimony on June 12, 2025, for Corine Pandelo, Plaintiff v. The Governing Body of Jehovah's Witnesses; Fairlawn Congregation of Jehovah's Witnesses; Watchtower Bible and Tract Society Of New York; Hackensack Congregation of Jehovah's Witnesses; and John and Jane Does 1-100, Superior Court of New Jersey, Bergen County, Case No. BER-L-005508-21.

2. Deposition testimony on June 26, 2025, for Mandip Grewal, Plaintiff v. The Four Winds Society, Inc. and The Chi Center, Inc., United States District Court for The District of New Mexico, Case No. 1:24-CV-758-JMR/SCY.

3. Trial testimony on October 10, 2025, for Tara Rose and James Rose, as Co-Conservators for and On Behalf of Kathleen Rose, Plaintiffs, v. Campbell County Health, Campbell County Memorial Hospital, and Dr. Kurt L. Cousins, State of Wyoming, County of Campbell in The District Court Sixth Judicial District, Civil Action No. 2023-Cv-0041042.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

## APPENDIX B: FACTS OR DATA CONSIDERED OR RELIED UPON

**Documents**

1. 24-CV-10049_0002473-91
2. AS000062
3. AS004588-89
4. BALDONI_000014593-96
5. BALDONI_000018710-11
6. BALDONI_000020294-99
7. BALDONI_000020407-08
8. BALDONI_000026204-06
9. BL-000038463-65
10. BL-000038599-636
11. HEATH_000007969-73
12. HEATH_000035492-93
13. HEATH_000045425-26
14. HEATH_000046882-83
15. HEATH_000048499-500
16. HEATH_000053037
17. JONESWORKS_00013485-87
18. JONESWORKS_00013502-03
19. JONESWORKS_00016225-32
20. JONESWORKS_00017397
21. JS0000283
22. JS0000316
23. JS0000379-83
24. JS0000394-98
25. JS0000477-78
26. JS0000479-83
27. JS0000506-07
28. KCASE-000000414-24
29. KCASE-000001842-73
30. NATHAN_000000141-47
31. NATHAN_000002151-56
32. SPE_BL0002026-35
33. SPE_BL0003349-54
34. SPE_BL0003351-54
35. SPE_BL0003512-16
36. SPE_BL0015756-60
37. STREET 1.000006
38. TAG_000000467
39. TOSKOVIC_00000677-688
40. WAYFARER_000140115-16
41. WAYFARER_000140494 at 40_1_A (video)
42. WAYFARER_000140710
43. WAYFARER_000141838  (video)

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Depositions**

1. 2025-07-31 Deposition of Blake Lively
2. 2025-08-21 Deposition of Elizabeth Talbot
3. 2025-09-12 Deposition of Vivian Baker
4. 2025-09-18 Deposition of Warren Zavala
5. 2025-09-23 Deposition of Andrea Giannetti
6. 2025-09-24 Deposition of Alexandra Saks
7. 2025-09-25 Deposition of Shelley Anne Carroll
8. 2025-09-26 Deposition of Jenny Slate
9. 2025-09-29 Deposition of Margaret Colleen Hoover
10. 2025-09-30 Deposition of Isabela Ferrer
11. 2025-09-30 Deposition of Josh Greenstein
12. 2025-10-06 Deposition of Justin Baldoni
13. 2025-10-07 Deposition of Justin Baldoni
14. 2025-10-08 Deposition of Jamey Heath
15. 2025-10-09 Deposition of Jamey Heath

**Pleadings and Filings**

1. 2025-01-31 Wayfarer Parties' Amended Complaint, Dkt. 50
2. 2025-01-31 Wayfarer Parties' Amended Complaint, Ex. A, Dkt. 50-1
3. 2025-07-30 B. Lively Second Amended Complaint, Dkt. 521

**Other**

1. Monica Hunger-Hart, *Meet The Little-Known Billionaire Caught Up In the Baldoni-Lively Scandal*, Forbes (March 31, 2025).
2. *Read the Statement: Statement to The New York Times from Bryan Freedman, attorney for Justin Baldoni, Wayfarer Studios and all its representatives*, N.Y. Times (Dec. 21, 2024).
3. Dominic Pattern, *Justin Baldoni Lawyer Scolds "Privileged" Blake Lively & "Cowardly" Ryan Reynolds Amidst Flurry Of Filing,* Deadline (Mar. 21, 2025).
4. Elizabeth Rosner, *Justin Baldoni's Lawyer Wants to Sell Tickets to Blake Lively's Deposition for This Reason (Exclusive)*, People (May 8, 2025).
5. Additional sources footnoted in the Report.

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**EXHIBIT 1**

**CURRICULUM VITAE**

15 October 2025

**Vita**

**Jennifer J. Freyd**

*https://www.jjfreyd.com/*

Professor Emerit, Psychology, University of Oregon

Founder and President, Center for Institutional Courage

Affiliate Professor of Psychology and Affiliate Professor of
Gender, Women & Sexuality Studies at the University of Washington

Education:

B.A. Anthropology, 1979 (Magna Cum Laude), University of Pennsylvania
Ph.D. Psychology, 1983, Stanford University

Primary Academic Positions:

Assistant Professor of Psychology, Cornell University, 1983-87
Associate Professor of Psychology, University of Oregon, 1987-1992
Professor of Psychology, University of Oregon, 1992- March 15, 2021
Professor Emerit, University of Oregon, March 16, 2021 --

Academic Visiting Positions

Erskine Fellow, University of Canterbury, Christchurch, New Zealand, 2009
Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford University, 1989-90
        and 2018-19
Leader, Project on Interdisciplinary Perspectives on Sexual Violence, Stanford University's
        Center for Advanced Study in the Behavioral Sciences, 2018-19
Visiting Scholar in the Department of Psychiatry and Behavioral Sciences, in the School of
        Medicine, Stanford University, 2018-2020
Adjunct Professor at Stanford University in the Department of Psychiatry and Behavioral
        Sciences, School of Medicine, 2021-2023
Faculty Fellow at the Clayman Institute for Gender Research at Stanford, 2021-2022
Affiliated Faculty, VMware Women's Leadership Innovation Lab, Stanford University, 2019-
Affiliate Professor of Gender, Women & Sexuality Studies at the University of Washington,
        2023-
Affiliate Professor of Psychology at the University of Washington, 2024-

Jennifer J. Freyd                                                                    Vita – October  2025

---

Selected Additional Positions

Editor: *Journal of Trauma & Dissociation*, 2005-2023
Member, Advisory Committee, Action Collaborative on Preventing Sexual Harassment in
        Higher Education, National Academies of Science, Engineering, and Medicine, 2019-
        2023
Founder and President, Center for Institutional Courage, Inc., 2019-
Co-founder, Alto Group, 2022-


Selected Honors and Awards:

Graduate Fellowship, National Science Foundation, 1979-82
Presidential Young Investigator Award, National Science Foundation, 1985-90
IBM Faculty Development Award, 1985-87
Fellow, Center for Advanced Study in the Behavioral Sciences, 1989-90
Fellow, John Simon Guggenheim Memorial Foundation, 1989-90
Research Scientist Development Award, NIMH, 1989-1994
Fellow, American Association for the Advancement of Science, 1992
Fellow, Association for Psychological Science, 1994
Fellow, American Psychological Association, 1996
Pierre Janet Award, International Society for the Study of Trauma & Dissociation, 1997
Distinguished Publication Award, Association for Women in Psychology, 1997
Pierre Janet Award, International Society for the Study of Trauma & Dissociation, 2005
Psychologist-Scientist of the Year Award, Lane County Psychologists' Association, 2006
Fellow, International Society for the Study of Trauma & Dissociation, 2009
Erskine Fellowship, University of Canterbury, New Zealand, 2009
Research Innovation Award, University of Oregon, 2009
Award for Outstanding Contributions to Science in Trauma Psychology, Division 56, American
        Psychological Association, 2011
Distinguished Achievement Award, International Society for the Study of Trauma &
        Dissociation, 2011
Excellence Award for Outstanding Mentorship in Graduate Studies, University of Oregon, 2012
William Friedrich Memorial Child Sexual Abuse Research Award from the Institute on
        Violence, Abuse, and Trauma, 2015
Lifetime Achievement Award, International Society for the Study of Trauma & Dissociation,
        2016
The Wayne T. Westling Award for University Leadership and Service, University of Oregon,
        2017
Award for Media Contributions to the Field of Trauma Psychology, Division 56, American
        Psychological Association, 2018
Fellow, Stanford University's Center for Advanced Study in the Behavioral Sciences, 2018-19
Distinguished Publication Award, Association for Women in Psychology, 2019
Christine Blasey Ford Woman of Courage Award, Association for Women in Psychology, 2021
Faculty Research Fellowship at the Clayman Institute for Gender Research at Stanford, 2021-2022
President's Award of Distinction, International Society for the Study of Trauma & Dissociation,
        2024
Gold Medal Award for Impact in Psychology, American Psychological Foundation, 2024
Honorary Degree, Doctor of Science, Claremont Graduate University, 2024

2

Jennifer J. Freyd                                        Vita – October  2025

Featured in Podcasts, Videos, Profiles, and News

Selected Examples of podcasts, videos, and profiles: https://www.jjfreyd.com/media

Additional media coverage: https://pages.uoregon.edu/dynamic/jjf/inthenews.html


Legal Case Consulting, Completed:

For plaintiff in civil child sexual abuse case in Gadsden County, Florida, 2005
For Clatskanie (Oregon) School District regarding Fair Dismissal Appeals Board case, Salem,
        Oregon, May-July 2006
For Portland Metropolitan Public Defender regarding criminal perjury case, Portland, Oregon,
        August 2008
For United State Attorney, District of Oregon, Portland Office, regarding criminal abusive sexual
        contact case, Portland, Oregon, April – August 2008
For United State Attorney, District of Oregon, Portland Office, regarding criminal case, Portland,
        Oregon, June-August 2009
For defense in criminal attempted murder case, Clark County Superior Court, Washington, June
        2009 – August 2010
For prosecution in Court-Martial, Region Legal Service Office Hawaii, November 2009 -
        January 2010
For United State Attorney, District of Oregon, Eugene Office, regarding criminal forced labor
        investigation, January - April 2010
For United State Attorney, District of Oregon, Portland Office, regarding criminal child sexual
        abuse case, Portland, Oregon, March 2010
For United State Attorney, District of Oregon, Portland Office, regarding criminal deprivation of
        rights case, Portland, Oregon, December 2010 – October 2011
For a Washington State Prosecutor in Clark County regarding memory testimony in a child
        sexual abuse criminal case, August 2012 – September 2012
For plaintiffs in a Josephine County Oregon case (firms in Seattle and Medford Oregon) filed in
        federal court utilizing the concept of institutional betrayal, April 2014 – 2017.
For plaintiffs in a Michigan State case (firm in Ann Arbor) filed in federal court utilizing the
        concept of institutional betrayal, September 2015 – June 2016
For plaintiffs in a Michigan State case (firm in Detroit), January – September 2017
For United State Attorney, District of Oregon, Portland Office, regarding sexual assault,
        Portland, Oregon, October 2017 - – November 2017
For plaintiffs in a Jackson County Oregon civil rights case (firm in Medford Oregon) filed in
        federal court, May 2017 – April 2018
For plaintiff in a civil rights case pending (firm in Salem Oregon, anticipated filing in a Federal
        Court in Oregon), April 2018 – May 2019
For plaintiff in a civil rights case pending involving a university (firm in Salt Lake City, Utah),
        Federal Court in Utah, September 2018 – November 2018.
For United State Attorney, Northern District of Oklahoma, Tulsa Office, regarding sexual assault
        of a minor, Tulsa, Oklahoma, October 2018 – March 2019.
For plaintiff in a civil rights case involving a high school district (firm in Waco, Texas) filed in
        Federal Court in Texas, September 2018 –October 2019

Jennifer J. Freyd                                                                    Vita – October  2025

For plaintiff in a civil rights case (firm in Minneapolis, Minnesota, filed in Federal Court in Minnesota), 2018 –2019

For plaintiff in a civil rights case involving a university (firm in Waco, Texas) filed in Federal Court in Texas, 2018-2019

For plaintiff in a civil rights case involving sexual assault and institutional betrayal in a state hospital (firm in Montana) filed in State of Wyoming, March 2019 –2021

For plaintiff in a civil rights case involving pay inequity and institutional betrayal in a university (for Hatton at Georgetown Law Clinic) filed in Federal Court in Maryland, January 2020 –October 2023

For plaintiffs regarding non-monetary reform in a class action civil right case involving sexual assault and institutional betrayal in a major university (national firm) filed in United States District Court, Eastern District of Michigan, Southern Division, May 2021- March 2022

For plaintiffs in a class action civil rights case involving abuse and institutional betrayal to students in a school in North Carolina (for Jenkins, Lanier Law Group, Raleigh, North Caroline), filed in North Caroline General Court of Justice, December 2021 – April 2022.

Rebuttal report for plaintiffs in a civil rights case involving child abuse and institutional betrayal (firms in Portland and Eugene Oregon) filed in Federal Court in Oregon, March 2022.

For plaintiffs in a sexual assault and institutional betrayal case involving a student and the University of Utah (firm in Salt Lake City Utah) filed in Federal Court in Utah, March 2022 – August 2022

For plaintiff in a civil rights case involving sexual abuse and institutional betrayal to a high school student with Downs Syndrome (for Hadler at Garau Germano, Indianapolis), filed in United States District Court, Southern District of Indiana, Indianapolis Division, January 2022 – March 2023

For plaintiff in a large civil rights action involving many plaintiffs suing a youth detention center in New Hampshire for failure to prevent sexual assault and institutional betrayal (for Nixon Peabody, Boston), December 2022- February 2024

For plaintiff in a civil action case in State of Wyoming for failure to prevent sexual assault and institutional betrayal in a hospital (for Fitzgerald Law Firm, Cheyenne, Wyoming), September 2023-October 2025

For plaintiff in a civil action case in State of Washington for failure to prevent sexual assault and institutional betrayal in two children's dance theaters (for James, Vernon, and Weeks Law Firm, Coeur D'Alene, Idaho) December 2023-April 2024

For plaintiff in a civil action in District Court Denver County, for failure to prevent sexual assault and institutional betrayal in a religious organization (Denver Trial Lawyers) November 2024 - May 2025

Legal Case Consulting, Currently Open but Inactive:

For plaintiffs in civil rights action involving many plaintiffs suing rideshare companies for failure to prevent sexual assault and institutional betrayal (for Williams Hart, Houston), October 2022-

For plaintiff in a civil action case in State of Kentucky for failure to prevent sexual assault and institutional betrayal in a university (for Oldfather Law Firm, Louisville), March 2023-

Jennifer J. Freyd                                        Vita – October  2025

For plaintiff in a civil action and class action case in Ontario Superior Court of Justice, Canada for child abuse and institutional betrayal in a group home (for Siskinds Law Firm, Toronto, Ontario), October 2023-

For plaintiff in a civil action in federal court in Washington State, for institutional betrayal in a group home for youth 2024-(Pfau Cochran Vertetis Amala law firm)

Legal Case Consulting, Currently Active:

For plaintiff in a civil action case in State of New Jersey for failure to prevent sexual assault and institutional betrayal in religious organization (for Zalkin Law Firm), August 2023-

For plaintiff in a case involving the sexual abuse of a minor, filed in federal court in Washington state (for James, Vernon, & Weeks law firm), 2025 -

For plaintiff in a civil action in federal court in New Mexico, for failure to prevent sexual assault and institutional betrayal in a healing retreat (Jamison Barkley Law Firm) 2025-

For plaintiff in a civil action in federal court in New York, for sexual harassment, retaliation, institutional betrayal, and DARVO (Manatt, Phelps & Phillips, LLP) 2025-

Service to Profession – Reviewing, Editorial Boards, and Editorships:

Editorial Boards: *Gestalt Theory*. 1985–1999; *Journal of Experimental Psychology: Learning, Memory, and Cognition* 1989-1991, *Journal of Aggression, Maltreatment, and Trauma*, 1997-2005; *Journal of Trauma & Dissociation* 1999-2003.; *Journal of Psychopathology and Behavioral Assessment* 2001-2003; Journal *of Psychological Trauma,* 2003-2007; *Psychological Trauma: Theory, Research, Practice a Policy*, 2008-2012.

Agency Guest Reviewer for: National Institute of Mental Health, National Science Foundation, others

Journal Guest Reviewer for:  *American Psychologist, Applied Cognitive Psychology, Journal of Experimental Child Psychology, Journal of Experimental Psychology: General, Memory & Cognition, Journal of Interpersonal Violence, Psychological Bulletin, Psychological Science, Science* (AAAS) and many others

Press Reviewer for: M.I.T. Press; Lawrence Erlbaum Associates; HarperCollins; Harvard Press, Oxford Press, others

Psychology Editorial Advisor: Microsoft *Encarta*, 1995 edition.

Co-Editor: *Journal of Trauma & Dissociation*, 2004 (for Volume 6 published in 2005).

Participant in the consensus conference "Advancing the Science of Education, Training and Practice in Trauma" hosted by Yale University, New Haven, CT, 25-28 April 2013.

Editor: *Journal of Trauma & Dissociation,* 2005-2023 (Beginning with Volume 7 published in 2006).

Leader, Project on Interdisciplinary Perspectives on Sexual Violence, Stanford University's Center for Advanced Study in the Behavioral Sciences, 2018-2021

Jennifer J. Freyd                                              Vita – October  2025

Other Service to Profession and Positions:

Liaison for APA, Division 35, to APA Science Directorate and Board of Scientific Affairs (1996-2000)

Organizer and  Program Committee Co-Chair of the 1998 Meeting on Trauma and Cognitive Science, Eugene, Oregon, July 17-19, 1998

International Advisory Committee member, International Conference on Trauma, Attachment & Dissociation, 12-14 September 2003, Melbourne, Australia.

Freyd, J.J. Organizer and moderator for AAAS symposium: The Science of Child Abuse, its Media Presentation, and Forensic Considerations, Annual Meeting of the American Association for the Advancement of Science, Seattle, 12-16 February 2004.

Deputy, Ethics Track, International Society for Traumatic Stress Studies 2007 Annual Meeting

Member, Ethics Policy Task Force for *Journal of Traumatic Stress*, 2007.

Helped create and oversee the digitization of the complete run of the journal of *Dissociation* (on-line in 2005), https://scholarsbank.uoregon.edu/xmlui/handle/1794/1129, and the historical Trauma & Dissociation Archives, (on-line in 2008), http://boundless.uoregon.edu/digcol/diss/index.php.

Liaison for APA, Division 56, to APA Science Directorate and Board of Scientific Affairs (2006-2009)

Chair, Science Committee (2006-2009), and Member, Executive Committee (2006-2009), and Member, Nomination and Elections Committee (2006-2007), Member, Task Force on Dissemination (2009), Division of Trauma Psychology (Div. 56) of the American Psychological Association.

Member, Awards Committee, International Society for the Study of Trauma & Dissociation (2008-2010)

Member, Research Committee, The Cannan Institute, Belmont Hospital, Brisbane, Australia, 2009-

Research Associate, United States Department of Veterans Affairs, Boston Healthcare System, 6 June 2012 – 31 March 2016.

Invited to discuss research with the White House Advisor on Violence Against Women, Washington DC, 25 March 2014.  Second invitation to White House to attend Task Force report announcement on 29 April 2014.

Consulted for US Senator Kirsten Gillibrand on 30 April 2014 and followed-up by sending requested materials by email on 7 May 2014.

Advisory Board, Faculty Against Rape (FAR), 2014 - 2016

Higher Education Advisory Board, Project Callisto/Sexual Health Innovations (a 501 (c)3 organization), 2016 –

External Reviewer for the National Park Service (NPS) 2017 Work Environment Survey, July 2017.

Co-Leader of the Workshop on Research on Sexual Violence & Project on Institutional Courage, Center for Advanced Study in the Behavioral Sciences, Stanford University, CA, 1 November 2019.

Advisory Committee Member, Action Collaborative on Preventing Sexual Harassment in Higher Education, National Academies of Science, Engineering, and Medicine, 2019-2023.

Pro bono psychology expert consultant for TIME'S UP, 2020

Jennifer J. Freyd                                                               Vita – October  2025

University Service:

Elected Member, Faculty Council of Representatives, Cornell, 1986-87

Elected Member, Executive Committee, Institute for Cognitive and Decisions Sciences, University of Oregon, 1991-94 (also chair, Committee on New Members, 1988-89; chair, Inaugural [1989], 4th [1992], and 7th Annual [1995] Attneave Lecture committees; organizer, Lecture Series in Cognitive Science and Mental Health, 1992-95).

Appointed Member, Executive Committee of the Center for the Study of Women in Society (CSWS), University of Oregon, 1991-92.  Appointed Member, Research Proposal Review Committee of CSWS, 1995-96.

Appointed Member, Child Care Committee, University of Oregon, 1987-1989; 1990-91.

Appointed member, Status of Women Committee, University of Oregon, 1998-2000.

Appointed Member, Teaching Effectiveness Program Advisory Group member, 2000-2005.

Appointed member, Internal Review Board/ Human Subjects Compliance Committee, University of Oregon, 2002-2005.

Appointed member, Human Research Protection Program Accreditation Working Group, University of Oregon, 2006-2007.

Appointed member, Excellence Awards Committee, Graduate School 2013.

Appointed Chair of Undergraduate Education Committee, Director of Undergraduate Studies, Department of Psychology, 2004-2008.

Elected to Psychology Department Executive Committee, 1999-2000; 2006-08.

Elected Member, Dean's Advisory Committee (promotion and tenure committee), College of Arts & Sciences, University of Oregon, 1990-1991, 1992-1993, and 2009-2010.

Elected Member, Intercollegiate Athletics Committee, 2013-2015

Appointed Member, University Senate Task Force to Address Sexual Violence and Survivor Support, 2014-15

Appointed Member, University Committee to Address Sexual and Gender-Based Violence, 2015-2016

Elected Member (2 year terms), University Senate, 2014-2016 and 2016-2018

Appointed Member (1 year terms), University Senate Executive Committee, 2014-2015, 2015-2016; 2016-2017, 2017-2018

Appointed Member, Senate Responsible Reporting Working Group, 2016-2017

Appointed Member, Senate Task Force on Time, Place and Manner Restrictions of Free Speech, 2016-2017

Appointed Member, Task Force for Implementing the New Reporting Policy, Title IX Office, University of Oregon, and Appointed Chair of the Subcommittee on Suggested Syllabus Language, Summer 2017

Appointed Member, Climate Survey Assessment Group, Title IX Office, University of Oregon, 2017-18

Appointed member and/or chair of various committees each year in the Department of Psychology at the University of Oregon.


Clinical Service:

Counselor at DeBusk Memorial Center, University of Oregon (1991-92)
Counselor at Aslan Counseling Center, Eugene, Oregon (1992)

Jennifer J. Freyd                                               Vita – October  2025

Teaching:

Cornell University: Perceptual Development; Psychology of Reading; Human Experimental Laboratory; Perceptual and Cognitive Processes; Issues of Mental Representation (graduate)

University of Oregon, Undergraduate: Introductory Psychology; Cognition; Psychology of Gender; Honors College Introduction to Experimental Psychology; Psychology of Trauma, Introductory Psychology Honors, Honors in Psychology Year-long Seminar

University of Oregon, Graduate Course: History, Systems, & Social Justice

University of Oregon, Graduate Seminars: Visual Cognition; Shareability and Mental Representations; Mental Representations; Trauma, Dissociation, and Repression; Dissociation and Mental Representations; Face and Human Form Perception; Ethics, Power, and Oppression in Psychology; Language, Gender, & Cognition; Trauma & Cognitive Science; Developmental Traumatology; Trauma & Sexuality; Ethics, Gender, & Diversity; Trauma as Etiology; Trauma's Legacy; Trauma Intervention; Trauma & Psychosis; Trauma & the Human/Animal Bond; Child Trauma; Trauma of War; Psychosis, Trauma, & Dissociation, Trauma & Attachment; Systemic Trauma; Non-Pathologizing Approaches to Trauma; Trauma and Justice; Feminist Lens on Trauma; Sexual Violence & Institutional Responsibilities


University of Oregon Advising and Supervision:

Primary Advisor of Completed Doctoral Dissertations:  Mark Faust, 1990; Donna McKeown, 1996; Amy Hayes, 1997; Ian Thornton, 1997; Heather Scott, 2000; Anne DePrince, 2001; Vicky Curry, 2002; Kathy Becker 2002; Rachel Goldsmith 2004, Margaret Rose Barlow, 2005, Lisa DeMarni Cromer, 2006, Carolyn Allard 2007, Sharon Shin-Shin Tang, 2009, Bridget Klest, 2010, Melissa Foynes, 2010, Annmarie Hulette, 2011; Robyn Gobin, 2012; Laura Kaehler, 2013; Melissa Platt, 2013; Carly Smith, 2015; Christina Gamache Martin, 2016; Jennifer Gomez, 2016; Marina Rosenthal, 2017; Kristen Reinhardt, 2017; Alec Smidt, 2019; Melissa Barnes, 2022; Alexis Adams-Clark, 2023.

Primary Advisor of Completed Masters Degrees:  Kristine Taylor; Donna McKeown; Amy Hayes; Susan Reilly; Spark Campbell; Kathy Becker; Anne DePrince; Chris Graver; Rose Barlow; Rachel Goldsmith; Ann Yee, Carolyn Allard, Jessica Kieras, 2003, Cindy Veldhuis, 2003, Bridget Klest, 2003, Melissa Foynes, 2005, Daniel Friend, 2006, Annmarie Cholankeril, 2006, Robin Grimes, 2007, Laura Kaehler, 2007, Jocelyn Barton, 2008, Melissa Platt, 2008, Carly Smith, 2011, Jennifer Gomez 2012, Marina Rosenthal 2013, Kristen Reinhardt, 2013, Sarah Harsey, 2014; Alec Smidt, 2014, Melissa Barnes, 2017; Alexis Adams-Clark, 2018.

Faculty Advisor of NIMH Postdoctoral Fellow: Dr. Eileen Zurbriggen, 1999-2000

Faculty Advisor of Completed Honors Thesis Projects:  Naomi Wright, 2015, Alexandra Henry, 2015, Sarah Cunningham 2013, Cord Chen 2013, Alex Fortune, 2012; Sarah Harsey, 2012; Janae Chavez, 2011, Leslie Medrano, 2011, Laura Gramcko, 2010, Christen McLean, 2007, Kathryn Spaventa, 2007, Michelle Marie Baldwin, 2006, Melissa Pistono, 2005, Mary Gray, 2005, Christina Gamache Martin, 2005, Paul Monson, 2005, Daniel Friend, 2004; Catherine Tenedios, 2004; Kimberly Babcock, 2003; Maureen Hansen, 2003; Bridget Klest, 2002; Stephanie Skow, 2000; Ingrid Elise Perdew, 2000; David Smith, 1999; Melissa Dianne Hill, 1998; Patricia Montgomery, 1998.

Docusign Envelope ID: 0EC42BD2-21FF-4207-AEB1-4A819DFBD20B

Jennifer J. Freyd                                                    Vita – October  2025

Faculty Advisor of Completed McNair Program project: Angela Binder, 2005; Leslie Medrano, 2011.

Faculty Advisor of students Hannah Oh, 2003; Robyn Grimes, 2004, Meggy Wang, 2005 in the NIMH funded (PI, Gordon Hall) summer training program for minority students.

Academic Membership:

American Association for the Advancement of Science (Fellow, 1992)
American Psychological Association (Divisions 3; 35, 56; Fellow, 1996)
Association for Psychological Science (Fellow, 1994)
International Society for the Study of Trauma and Dissociation (Fellow, 2009)
Psychonomic Society (elected Member 1983 [Fellow, 2013])

Funding:

| | |
|---|---|
| 1985-90 | Presidential Young Investigator Award from the National Science Foundation (BNS-8451356/BNS-8796324): $25,000 annually plus an additional $37,500 annually in matching funds. |
| 1985-87 | IBM Faculty Development Award: $60,000 (matched by NSF). |
| 1985-86 | Exxon Educational Foundation Award: $10,000 (matched by NSF). |
| 1985-87 | National Institute of Mental Health, R01 MH39784, "Dynamic Information and Mental Representation". |
| 1986-87 | Equipment donation from Sun Microsystems of $32,900 (matched by NSF). |
| 1987-91 | National Institute of Mental Health, R01 MH39784, "Dynamic Information and Mental Representation": $102,122 (direct costs). |
| 1988-89 | Northwest Area Funds: $9,600 (matched by NSF). |
| 1989-90 | Fellowship, Center for Advanced Study in the Behavioral Sciences: $20,000 in support, and office space, travel expenses, secretarial assistance, etc. (partially matched by NSF) |
| 1989-90 | Fellowship, Guggenheim Foundation, "Shareable Mental Representations": $25,000 (matched by NSF) |
| 1989-94 | Research Scientist Development Award, National Institute of Mental Health, K02 MH00780, "Integrating Theories of Mental Representation": Approximately 90% of PI's 12-month salary for 5 years. |
| 1990-91 | (with Timothy Hubbard) Research Opportunity Awards from the National Science Foundation for collaborative research: $9,999 (1990) and $9,998 (1991). |
| 1990-91 | Pew Charitable Trust:  $15,000 (matched by NSF). |
| 1991-97 | National Institute of Mental Health, R01 MH39784, "Dynamic Information and Mental Representation": $262,375 (direct costs). |
| 1997-98 | Center for the Study of Women in Society, University of Oregon, "Adaptive Blindness for Abuse in Dependent Relationships": $6,000. |
| 1998 | University of Oregon 1998 Summer Research Award, "Cognitive and Clinical Investigations of Betrayal Trauma Theory": $4,000. |
| 1999-2000 | Tom and Carol Williams Fund Grant for Teaching Innovation, University of Oregon: $29,344. |

Jennifer J. Freyd                                                    Vita – October  2025

| | |
|---|---|
| 1999-2000 | Faculty Sponsor for Eileen Zurbriggen postdoctoral fellowship from the National Institute of Mental Health, F32 MH12068, "Conceptual and computer models of sexual decision making": $55,920. |
| 2002-2004 | Northwest Health Foundation "Child abuse and health: an intervention"  $29,000. |
| 2006-2008 | Faculty sponsor of Melissa Ming Foynes for a National Institute of Mental Health/American Psychological Association, Minority Fellowship.  Full tuition and stipend provided. |
| 2007-2010 | Faculty sponsor of Robyn Grimes Gobin for a Substance Abuse and Mental Health Services Administration /American Psychological Association, Minority Fellowship.  Full tuition and stipend provided |
| 2008-2013 | Consultant (funded) on "Personality and Health -- A Longitudinal Study" (S. Hampson, PI) from the National Institute of Health, R01 AG020048-10. |
| 2009 | Erskine Fellowship, University of Canterbury, New Zealand, 2009.  Travel expenses, housing, and stipend. |
| 2009 | Research Innovation Award from the Office of the Vice President for Research and Graduate Studies, University of Oregon, $1,000. |
| 2014 | Faculty Research Award, University of Oregon, $5,500. |
| 2014 | Research Funding, Center for the Study of Women in Society, University of Oregon, $10,000 |
| 2015 | Funding from the Office of the President, University of Oregon, for the campus climate and victimization survey, 4 terms GTF and participant compensation (about $75,000). |
| 2000-2019 | Private donations to University of Oregon Foundation "Fund for Research on Trauma and Oppression" in support of J Freyd research: established in 2000 with $50,000 by donor.  Most recent donation in November 2019. Cumulative donations over $295,000. |
| 2005-2020 | Annual editorship teaching release and funds for editorial assistant granted to the University of Oregon by the International Society for the Study of Trauma & Dissociation. |
| 2019-2020 | Stanford Social X-Change Impact Lab Fellowship awarded to team of Baiocchi & Freyd, includes $50,000 unrestricted funding |
| 2019-2020 | Seed grant of $50,000 to Stanford University from the Silence Breakers Alliance for Freyd's Project on Institutional Courage at Stanford. |
| 2020-current | Over $500,000 to the Center for Institutional Courage, Inc., from philanthropists and community donors. |
| 2021-22 | Research Grant of $7,500 Faculty Fellow Research Grant at Clayman Institute of Gender Research at Stanford. |

Books and Monographs:

Freyd, J.J. (1983). *Dynamic mental representations and apparent accelerated motion*.  Doctoral dissertation, Stanford University.  University Microfilms.

Freyd, J. J. (1996).  *Betrayal Trauma: The Logic of Forgetting Childhood Abuse*.  Cambridge, MA:  Harvard University Press.

10

Jennifer J. Freyd                                                    Vita – October  2025

[Hardback released in 1997; paperback released in 1998.  Reviewed favorably in the *New York Times Book Review* (Jan 26, 1997), the *Journal of the American Medical Association* (1997, volume 277, 854-855), and other places.  Awarded the Distinguished Publication Award of the Association for Women in Psychology, 1997.  Awarded P Pierre Janet Award, International Society for the Study of Dissociation, 1997.]

Excerpts of *Betrayal Trauma* published in the *Oregon Quarterly,* Summer 1997, pp 10-13 and in J. Hurley (Ed.), Child *Abuse: Opposing Viewpoints*, Greenhaven Press, 1999, pp 111-118.

Spanish language edition of *Betrayal Trauma*:  Freyd, J.J. (2003). *Abusos sexuales en la enfancia: La lógica del olvido* (Pablo Manzano, Trans.). Madrid: Ediciones Morata.

Freyd, J.J.  & DePrince, A.P., Eds.  (2001). *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.*  Published as a Special Issue of the *Journal of Aggression, Maltreatment, & Trauma* (Volume **4**, number 2) and simultaneously as a hardback and soft cover book published by Haworth Press.

Freyd, J.J.& Birrell, P.J. (2013). *Blind to Betrayal.* John Wiley & Sons. (Also released in Audible)

**Translations:**
- Portuguese/Brazil – Campus/Elsevier, 2013
- Russian – Piter, 2013
- Chinese/Traditional – Business Weekly/CITE, 2013
- Chinese/Simplified – Bejing Standway, 2015
- Korean – KPI, 2015
- Japanese - Aki Shobo, 2016
- Turkish -  Kuraldisi, 2018
- Czech Republic – Portal, forthcoming

Selected Scholarly and Professional Publications and Commentaries:

Baron, J., Treiman, R., Freyd, J.J., and Kellman, P. (1979). Spelling and reading by rules.  In: U. Frith (Ed.), *Cognitive processes in spelling* (pp. 159-194).

Baron, J., Freyd, J.J., and Stewart, J. (1980).  Individual differences in general abilities useful in solving problems.  In R. Nickerson (Ed.), *Attention and performance VIII* (pp. 763-778). Hillsdale, NJ: Erlbaum.

Freyd, J.J. (1983).  Representing the dynamics of a static form.  *Memory & Cognition*, **11**, 342-346.

Freyd, J.J. (1983). Shareability: the social psychology of epistemology.  *Cognitive Science,* **7**, 191-210.

Freyd, J.J. (1983).  The mental representation of action. *The Behavioral and Brain Sciences,* **6**, 145-146.

11

Jennifer J. Freyd                                    Vita – October  2025

Freyd, J.J. (1983).  The mental representation of movement when static stimuli are viewed. *Perception & Psychophysics*, **33**, 575-581.

Treiman, R., Freyd, J.J., & Baron, J. (1983). Phonological recoding and use of spelling-sound rules in reading of sentences.  *The Journal of Verbal Learning and Verbal Behavior*, **22**, 682-700.

Freyd, J.J., & Tversky, B. (1984). Force of symmetry in form perception.  *American Journal of Psychology*, **97**, 109-126.

Freyd, J.J., & Finke, R.A. (1984). Representational momentum.  *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **10**, 126-132.

Freyd, J.J., & Finke, R.A. (1984). Facilitation of length discrimination using real and imagined context frames.  *American Journal of Psychology*, **97**, 323-341.

Freyd, J.J. (1985). Think again. [book review] *Contemporary Psychology*, **30**, 52-53.

Finke, R.A., & Freyd, J.J. (1985). Transformations of visual memory induced by implied motions of pattern elements. *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **11**, 780-794.

Freyd, J.J. (1985).  Drawing from the bottom up. [book review] *Contemporary Psychology*, **30**, 776-777.

Freyd, J.J., & Finke, R.A. (1985).  A velocity effect for representational momentum.  *Bulletin of the Psychonomic Society*, **23**, 443-446.

Finke, R.A., Freyd, J.J., & Shyi, G.C.-W. (1986). Implied velocity and acceleration induce transformations of visual memory.  *Journal of Experimental Psychology: General*, **115**, 175-188.

Freyd, J.J., & Johnson, J.Q. (1987). Probing the time course of representational momentum.  *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **13**, 259-268.

Kelly, M.H., & Freyd, J.J. (1987).  Explorations of representational momentum.  *Cognitive Psychology*, **19**, 369-401.

Freyd, J.J. (1987).  Dynamic mental representations.  *Psychological Review*, **94**, 427-438.

Babcock, M.K., & Freyd, J.J. (1988).  Perception of dynamic information in static handwritten forms.  *American Journal of Psychology*, **101**, 111-130.

Freyd, J.J., Pantzer, T.M., & Cheng, J.L. (1988). Representing statics as forces in equilibrium.  *Journal of Experimental Psychology: General*, **117**, 395-407.

Finke, R.A., & Freyd, J.J. (1989).  Mental extrapolation and cognitive penetrability: Reply to Ranney, and some other matters and proposals for evaluative criteria.  *Journal of Experimental Psychology: General*, **118**, 403-408.

Jennifer J. Freyd                                                    Vita – October  2025

Shiffrar, M., & Freyd, J.J. (1990).  Apparent motion of the human body.  *Psychological Science*, **1**, 257-264.

Freyd, J.J., Kelly, M.H., & DeKay, M.L. (1990). Representational momentum in memory for pitch. *Journal of Experimental Psychology: Learning, Memory, and Cognition,* **16**, 1107-1117.

Freyd, J.J. (1990). Natural selection or shareability? *Behavioral and Brain Sciences,* **13**, 732-734.

DeKay, M.L., & Freyd, J.J. (1991).  The effects of drawing method on the discriminability of characters.  *Visible Language, 25 , 377-414*.

Freyd, J.J. (1991).  The facts of perception.  [book review]  *Contemporary Psychology* , **36**, 972-974.

Freyd, J.J. (1992).  Dynamic representations guiding adaptive behavior.  In F. Macar, V. Pouthas and W.J. Friedman (Eds) *Time, Action and Cognition:  Towards Bridging the Gap* (pp. 309-323).  Dordrecht: Kluwer Academic Publishers.

Freyd, J.J., & Johnson, J.Q. (1992).  The evolutionary psychology of priesthood celibacy. *Behavioral and Brain Sciences, 15, 385-386.*

Freyd, J.J. (1993).  Five hunches about perceptual processes and dynamic representations.  In Meyer, D. & Kornblum, S. (Eds) *Attention & Performance XIV: Synergies in Experimental Psychology, Artificial Intelligence, and Cognitive Neuroscience - A Silver Jubilee* (pp. 99-119). Cambridge, MA:  MIT Press.

Freyd, J.J. (1993).  Theoretical and personal perspectives on the delayed  memory debate.  In *Proceedings of The Center for Mental Health at Foote Hospital's Continuing Education Conference,  Controversies Around Recovered Memories of Incest and Ritualistic Abuse.* Ann Arbor, Michigan:  Foote Hospital.  [pp. 69-108]   Reprinted in part in: *Family Violence & Sexual Assault Bulletin*, 9(3), 1993, pp. 28-33.  [Also published in various places including *Moving Forward*, **2**(5), 1993, pp. 6-11; *Treating Abuse Today*, **3** (5), 1993, pp. 13-20.]

Shiffrar, M., & Freyd, J.J. (1993).  Timing and apparent motion path choice with human body photographs.  *Psychological Science*, **4**, 379-384.

Freyd, J.J. (1994).  Circling Creativity.  *Psychological Science*, **5**, 122-126.

Freyd, J.J., & Jones, K.T. (1994).  Representational momentum for a spiral path.  *Journal of Experimental Psychology: Learning, Memory, and Cognition*, **20**, 968-976.

Finke, R.A., & Freyd, J.J. (1994).  Imagery.  In R. Sternberg (Ed) *Encyclopedia of Intelligence, Volume 1*.  New York: Macmillan Publishing Company. [pp. 561-563]

Freyd, J.J. (1994).  Betrayal-trauma: Traumatic amnesia as an adaptive response to childhood abuse.  *Ethics & Behavior*, **4**, 307-329.

Jennifer J. Freyd                                                    Vita – October  2025

Freyd, J.J., & Pantzer, T.M. (1995).  Static patterns moving in the mind.  In S.M. Smith, T. B. Ward, & R. A. Finke (Eds) *The Creative Cognition Approach*.  Cambridge, MA:  MIT Press.  [pp. 181-204]

Freyd, J. J. & Gleaves, D. H (1996). Remembering Words Not Presented in Lists:  Implications for the Recovered/False Memory Controversy? *Journal of Experimental Psychology: Learning, Memory, and* Cognition, **22**, 811-813.

Chatterjee, S. H., Freyd, J.J., & Shiffrar M. (1996). Configural processing in the perception of apparent biological motion. *Journal of Experimental Psychology:  Human Perception and Performance*, **22**, 916-929.

Freyd, J.J. (1996).  The science of memory: Apply with caution.  *Traumatic StressPoints*, **10** (4), pp. 1 & 8.

Freyd, J.J. (1997). Student web publishing in psychology.  *The Lizard,* Teaching Effectiveness Program, University of Oregon, Spring 1997, Issue Number 41, 7-8.

Freyd, J.J. (1997).  Violations of power, adaptive blindness, and betrayal trauma theory.  *Feminism & Psychology*, **7**, 22-32.

DePrince, A.P. and Freyd, J.J. (1997).  So what's the dispute about? *The Judges' Journal: A Quarterly of the Judicial Division* of the American Bar Association. **36**(3), 70-72.

Gleaves, D. H. & Freyd, J.J. (1997).  Questioning additional claims about the "false memory syndrome" epidemic.  *American Psychologist,* **52,** 993-994.

Freyd, J.J. (1997).  Clearly talking to many.  *Contemporary* Psychology, **42**, 856.

DePrince, A.P. and Freyd, J.J. (1998). Trauma, Science, and Society  [Book review]  *Contemporary Psychology*, **43**, 398-399.

Freyd, J. J. (1998).  Science in the Memory Debate. *Ethics & Behavior,*  **8,** 101-113.

Freyd, J. J., S. R. Martorello, J. S. Alvarado, A. E. Hayes, & J. C. Christman  (1998). Cognitive environments and dissociative tendencies: Performance on the Standard Stroop task for high versus low dissociators. *Applied Cognitive Psychology*, **12**, S91-S103.

Freyd, J.J. (1999).  Blind to Betrayal:  New Perspectives on Memory for Trauma. *The Harvard Mental Health Letter*, **15** (12) 4-6.

Veldhuis, C. B., & Freyd, J. J. (1999). Groomed for silence, groomed for betrayal.   In M. Rivera (Ed.), *Fragment by Fragment: Feminist Perspectives on Memory and Child Sexual Abuse* (pp. 253-282).  Charlottetown, PEI Canada: Gynergy Books.

DePrince, A.P. & Freyd, J.J. (1999). Review of *Truth in Memory* (Lynn & McConkey, Eds.)  *American Journal of Clinical Hypnosis*, **41**, 281-283.

DePrince, A.P. & Freyd, J.J. (1999). Dissociative tendencies, attention, and memory.  *Psychological Science,* **10***,* 449-452.

Jennifer J. Freyd                                                  Vita – October  2025

Freyd, J. J. & Quina, K. (2000). Feminist ethics in the practice of science: The contested memory controversy as an example.  In M. Brabeck (Ed) *Practicing Feminist Ethics in Psychology* (pp. 101-124).  Washington, D.C.:  American Psychological Association.

Becker, K.A. & Freyd, J.J. (2000). Book review of Pillemer's *Momentous Events.   biography: an international quarterly*, **23**, 372-374.

DePrince, A.P. & Freyd, J.J. (2001). The meeting of trauma & cognitive science: Facing challenges and creating opportunities at the crossroads, *Journal of Aggression, Maltreatment, & Trauma,* **4** (2), 1-8. [Also in:  Freyd, J.J.  & DePrince, A.P. (Eds). (2001).  *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.*   New York: Haworth Press.]

Freyd, J.J. & DePrince, A.P.  (2001). Perspectives on memory for trauma and cognitive processes associated with dissociative tendencies, *Journal of Aggression, Maltreatment, & Trauma.*, **4**, 137-163. [Also in:  Freyd, J.J.  & DePrince, A.P. (Eds).  (2001).  *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.*   New York: Haworth Press.]

Freyd, J.J. & DePrince, A.P. (2001). Finding a secret garden in trauma research, *Journal of Aggression, Maltreatment, & Trauma,* **4** (2), 305-309. [Also in:  Freyd, J.J.  & DePrince, A.P. (Eds).  (2001).  *Trauma and Cognitive Science: A Meeting of Minds, Science, and Human Experience.*   New York: Haworth Press.]

Becker, K.A. & Freyd, J.J. (2001). Legal remedies for sexual abuse survivors (book review of *Sexual Abuse Litigation: A Practical Resource for Attorneys, Clinicians, and Advocates) Psychology of Women's Quarterly*, 25, 258 - 259.

DePrince, A.P. & Freyd, J.J. (2001). Memory and dissociative tendencies: The roles of attentional context and word meaning in a directed forgetting task. *Journal of Trauma & Dissociation,* **2**(2), 67-82.

Stoler, L., Quina, K., DePrince, A.P  &. Freyd, J. J. (2001). Recovered memories.  In J. Worrell (Ed.) *Encyclopedia of Women and Gender, Volume Two.*  (pp 905-917) San Diego, California and London: Academic Press.

Freyd, J.J., DePrince, A.P., & Zurbriggen, E.L. (2001).  Self-reported memory for abuse depends upon victim-perpetrator relationship. *Journal of Trauma & Dissociation*  **2**(3), 5-17.

Freyd, J.J. (2001). Memory and Dimensions of Trauma: Terror May be 'All-Too-Well Remembered' and Betrayal Buried.  In J.R. Conte (Ed) *Critical Issues in Child Sexual Abuse: Historical, Legal, and Psychological Perspectives*.  (pp 139-173) Sage Publications: Thousand Oaks, CA.

Freyd, J.J. (2002). In the wake of terrorist attack hatred may mask fear. *Analyses of Social Issues and Public Policy.* **2**, 5-8.  <http://www.asap-spssi.org/vol2i1b.htm>  [Earlier version published as: Misplaced anger may mask fear and sadness. [Op-Ed article] *Register Guard*, September 24, 2001, p. 9A.]

Jennifer J. Freyd                                                           Vita – October  2025

Hayes, A.E. & Freyd, J.J. (2002).  Representational momentum when attention is divided. *Visual Cognition*, **9,** 8-27 [Also published as Hayes, A.E. & Freyd, J.J. (2002) Representational momentum when attention is divided. In I. M. Thornton & T.L. Hubbard (Eds) *Representational Momentum: New Findings, New Directions* (pp 8-27) New York: Taylor & Francis Inc.]

Sivers, H., Schooler, J. , Freyd, J. J. (2002). Recovered memories. In V.S. Ramachandran (Ed.) *Encyclopedia of  the Human Brain, Volume 4*.  (pp 169-184). San Diego, California and London: Academic Press.

DePrince, A.P. & Freyd, J.J. (2002). The harm of trauma: Pathological fear, shattered assumptions, or betrayal? In J. Kauffman (Ed.) *Loss of the Assumptive World: a theory of traumatic loss*. (pp 71-82). New York: Brunner-Rutledge.

DePrince, A.P. & Freyd, J.J. (2002). The intersection of gender and betrayal in trauma.  In R. Kimerling, P.C. Ouimette, & J. Wolfe (Eds.) *Gender and PTSD.*  (pp 98-113). New York: Guilford Press.

Goldsmith, R. & Freyd, J. (2002). Teaching psychology of women with accuracy and optimism. Book Review. *Contemporary Psychology*, **47**, 613-616.

Zurbriggen, E.L., Pearce, G.E. & Freyd, J.J. (2003). Evaluating the impact of betrayal for children exposed in photographs. *Children & Society*, **17**, 305-320.

Freyd, J. J. (2003). Memory for abuse: What can we learn from a prosecution sample? *Journal of Child Sexual Abuse*, **12**(2), 97-103.

Zurbriggen, E.L. & Freyd, J.J. (2004). The link between childhood sexual abuse and risky sexual behavior:  The role of dissociative tendencies, information-processing effects, and consensual sex decision mechanisms.  In L.J. Koenig, L.S. Doll, A. O'Leary, & W. Pequegnat (Eds.) *From Child Sexual Abuse to Adult Sexual Risk:  Trauma, Revictimization, and Intervention.* (pp 135-158) Washington, D.C.: American Psychological Association.

Becker-Blease, K.A., Deater-Deckard, K., Eiley, T, Freyd, J.J., Stevenson, J., & Plomin, R. (2004). A genetic analysis of individual differences in dissociative behaviors in childhood and adolescence.  *The Journal of Child Psychology and Psychiatry*, **45**, 522-532.

Becker-Blease, K.A. & Freyd, J.J., & Pears, K.C. (2004). Preschoolers' memory for threatening information depends on trauma history and attentional context: Implications for the development of dissociation. *Journal of Trauma & Dissociation,* **5**(1), 113-131.

DePrince, A.P. & Freyd, J.J. (2004). Forgetting trauma stimuli.  *Psychological Science,* **15**, 488-492.

Birrell, P.J., & Freyd, J.J. (2004). Speaking for ourselves: unmasking the hidden agenda of the false memory controversy.  [book review] *Ethics & Behavior*, **14**, 89-92.

Jennifer J. Freyd                                                                                   Vita – October  2025

DePrince, A.P., Allard, C.B., Oh, H., & Freyd, J.J. (2004). What's in a name for memory errors? Implications and ethical issues arising from the use of the label "false memory" for errors in memory for details. *Ethics & Behavior*, **14**, 201-233.

Goldsmith, R.E., Barlow, M.R., & Freyd, J.J. (2004). Knowing and not knowing about trauma*:* Implications for therapy. *Psychotherapy: Theory, Research, Practice, Training*, **41**, 448-463.

DePrince, A.P. & Freyd, J.J. (2004). Costs and benefits of being asked about trauma history. *Journal of Trauma Practice,* **4**(3), 23-35.

Becker-Blease, K.A., & Freyd, J.J.  (2005). Beyond PTSD: An evolving relationship between trauma theory and family violence research. *Journal of Interpersonal Violence,* **20**, 403-411.

Freyd, J.J., Putnam, F.W., Lyon, T.D., Becker-Blease, K. A., Cheit, R.E., Siegel, N.B., & Pezdek, K. (2005).  The science of child sexual abuse.  *Science*, **308**, 501.

Freyd, J.J., Putnam, F.W., Lyon, T.D., Becker-Blease, K. A., Cheit, R.E., Siegel, N.B., & Pezdek, K. (2005).  The problem of child sex abuse [Response to letters].  *Science*, **309**, 1183-1185.

Cheit, R.E. & Freyd, J.J. (2005). Let's have an honest fight against child sex abuse. *Brown University Child & Adolescent Behavior Letter*, **21**(6), 8. [Reprinted as Cheit, R.E. & Freyd, J.J. (2006)  "Funding for child abuse prevention programs must be increased", pp 124-127,  in L. Almond (Ed.) *Child Abuse*, Greenhaven Press.]

Goldsmith, R. & Freyd, J.J. (2005). Awareness for emotional abuse. *Journal of Emotional Abuse,* **5**(1), 95-123.

Freyd, J.J., Klest, B., & Allard, C.B.  (2005). Betrayal trauma: Relationship to physical health, psychological distress, and a written disclosure intervention. *Journal of Trauma & Dissociation*, **6**(3), 83-104.

Middleton, W. Cromer, L. & Freyd, J.J. (2005). Remembering the past: Anticipating a future. *Australasian Psychiatry*, **13**(3), 223-233.

Freyd, J.J. (2006). Long Live the Journal of Trauma & Dissociation. [Editorial]  *Journal of Trauma & Dissociation*, **7**(1), 1-3.

Becker-Blease, K.A. & Freyd, J.J. (2006). Research participants telling the truth about their lives: the ethics of asking and not asking about abuse. *American Psychologist*, **61**, 218-226.

Goldberg, LR. & Freyd, J.J. (2006). Self-reports of potentially traumatic experiences in an adult community sample: Gender differences and test-retest stabilities of the items in a Brief Betrayal-Trauma Survey. *Journal of Trauma & Dissociation*, 7(3), 39-63.

Jennifer J. Freyd                                               Vita – October  2025

Cromer, L.D., Freyd, J.J., Binder, A., DePrince, A.P., & Becker-Blease, K.A (2006). What's the risk in asking? Participant reaction to trauma history questions compared with other personal questions. *Ethics & Behaviour,* **16**, 347-362.

Birrell, P.J. & Freyd, J.J. (2006).  Betrayal trauma: Relational models of harm and healing. *Journal of Trauma Practice,* **5**(1), 49-63.

Freyd, J.J. (2006). The Social Psychology of Cognitive Repression  *Behavioral and Brain Sciences.* 29, 518-519.

Cromer, L.D. & Freyd, J.J. (2007). What influences believing abuse reports? The roles of depicted memory persistence, participant gender, trauma history, and sexism. *Psychology of Women's Quarterly*, 3, 13-22.

Freyd, J.J., DePrince, A.P., & Gleaves, D.  (2007).  The State of Betrayal Trauma Theory: Reply to McNally (2007) -- Conceptual Issues and Future Directions.   *Memory,* **15**, 295-311.

DePrince, A.P, Freyd, J.J., & Malle, B. (2007). A replication by another name: A response to Devilly et al. (2007).  *Psychological Science*, 18, 218-219.

Becker Blease, K.A. & Freyd, J.J. (2007). The Ethics of Asking about Abuse and the Harm of "Don't Ask Don't Tell" . *American Psychologist*, **62**, 330-332.

Veldhuis, C.. & Freyd, J.J. (2007). Primary Prevention of Violence by Adults: Let's Not Overlook the Impacts of Having Been a Victim of Abuse.  *Trauma Psychology, Division 56, American Psychological Association, Newsletter.* 2(2), 3-4.

DePrince, A.P. & Freyd, J.J. (2007). Trauma-induced dissociation.  In M.J. Friedman, T.M. Keane, & P.A. Resick (Eds.), *Handbook of PTSD: Science & Practice* (pp 135-150). New York: Guilford Press.

Becker-Blease, K.A., & Freyd, J.J. (2007). Dissociation and Memory for Perpetration among Convicted Sex Offenders.  Co-published in *Journal of Trauma & Dissociation*, **8**(2), 69-80, and in Brown, L.S. & Quina, K. (Eds.). *Trauma and Dissociation in Convicted Offenders: Gender, Science, and Treatment Issues*. New York: Haworth Press.

Klest, B. K. & Freyd, J.J. (2007). Global Ratings of Essays About Trauma: Development of the GREAT Code, and Correlations with Physical and Mental Health Outcomes.  *Journal of Psychological Trauma, 6(1), 1-20.*

Freyd, J.J. (2007). Archiving Dissociation as a Precaution against Dissociating Dissociation. [Editorial]  *Journal of Trauma & Dissociation*, **8**(3), 1-5.

Tang, S.S., Freyd, J.J., & Wang, M. (2007).  What Do We Know About Gender in the Disclosure of Child Sexual Abuse? *Journal of Psychological Trauma.* 6(4), 1-26.

Goldsmith, R., Tang, S.S.S., & Freyd, J.J. (2008). Policy and Practice Implications. In C. Hilarski, J.S. Wodarski, & M. Feit (Eds)  *Handbook of Social Work in Child and Adolescent Sexual Abuse*.  (pp 253-277) New York: Haworth Press/Taylor & Francis Group.

Jennifer J. Freyd                                        Vita – October  2025

Brown, L.S. & Freyd, J.J. (2008). PTSD criterion A and betrayal trauma: A modest proposal for a new look at what constitutes danger to self.  *Trauma Psychology, Division 56, American Psychological Association, Newsletter.* **3**(1), 11-15.

Hulette, A. C., Freyd, J. J.,  Pears,  K. C., Kim, H. K., Fisher, P.A., & Becker-Blease, K. A. (2008). Dissociation and posttraumatic symptoms in maltreated preschool children. *Journal of Child and Adolescent Trauma*, 1(2), 93-108.

Freyd, J.J. (2008) Giving psychology away on Wikipedia.  *Trauma Psychology, Division 56, American Psychological Association, Newsletter.* **3**(2), 27.

Freyd, J.J. (2008). A new publisher, a new archive, and an old mystery. [Editorial]  *Journal of Trauma & Dissociation*, **9**(4), 439-444.

Becker-Blease, K.A. & Freyd, J.J. (2008). A Preliminary Study of ADHD Symptoms and Correlates: Do Abused Children Differ from Non-Abused Children?  *Journal of Aggression, Maltreatment, & Trauma,* **17**(1), 133-140.

Freyd, J.J. (2008) Betrayal trauma.  In G. Reyes, J.D. Elhai, & J.D. Ford (Eds) *Encyclopedia of Psychological Trauma*.  (p. 76). New York: John Wiley & Sons.

Freyd, J.J. (2008) What juries don't know: Dissemination of research on victim response is essential for justice.  *Trauma Psychology, Division 56, American Psychological Association, Newsletter.* **3**(3), 15-18.  [Excerpted in the April 2010 newsletter of the Blackburn Center Against Domestic and Sexual Violence, Greensburg, PA.]

Pezdek, K. & Freyd, J.J. (2008). False Memory. In C.M. Renzetti & J.L. Edleson (Eds.), *Encyclopedia of Interpersonal Violence* (Vol 1, pp. 236-237), Thousand Oaks, CA: Sage Publications.

Barlow, M. R. & Freyd, J. J. (2009). Adaptive dissociation: Information processing and response to betrayal. In P. F. Dell and J. A. O'Neil (Eds.), *Dissociation and the Dissociative Disorders: DSM-V and Beyond* (pp. 93 - 105). New York: Routledge.  [Short version preprinted as: Barlow, M.R. & Freyd, J.J. (2007) Adaptive Dissociation: Information Processing and Response to betrayal. *International Society for the Study of Trauma and Dissociation News*, **25** (3), 5-7.]

Foynes, M.M., Freyd, J.J., & DePrince, A. (2009). Child abuse: Betrayal and disclosure. *Child Abuse and Neglect,* **33**, 209-217.

Goldsmith, R.E., Freyd, J.J. & DePrince, A.P.(2009). To Add Insight to Injury: Childhood Abuse, Abuse Perceptions, and the Emotional and Physical Health of Young Adults. *Journal of Aggression, Maltreatment & Trauma*, 18, 350 — 366

Freyd, J.J. (2009) Rules of conscience: Betray ethics, betray trust [Letter]. *BMJ*, 338, b2191.

Becker-Blease, K.A., Cheit, R.E., & Freyd, J.J.  (2009). Sexual abuse: Legal and public policy perspectives. In R. A. Shweder (Ed.) *The Child: An Encyclopedic Companion.* (pp. 885-887), Chicago: University of Chicago Press.

Jennifer J. Freyd                                                    Vita – October  2025

Platt, M., Barton, J., & Freyd, J.J. (2009). A betrayal trauma perspective on domestic violence. In E. Stark & E. S. Buzawa (Eds.) *Violence against Women in Families and Relationships* (Volume 1, pp. 185-207).  Westport, CT: Greenwood Press.

Freyd, J.J. (2009). Journal Ethics and Impact. [Editorial]  *Journal of Trauma & Dissociation*, **10**, 377 – 384.

Gobin, R.L. & Freyd, J.J. (2009). Betrayal and revictimization: Preliminary findings. *Psychological Trauma: Theory, Research, Practice, and Policy,* **1**, 242-257.

Freyd, J.J. (2009).  Exposure to betrayal trauma and risks to the well being of girls and women. *CSWS Research Matters*. Retrieved from http://csws.uoregon.edu/wp-content/docs/publications/ResearchMatters/2009_fallRM.pdf.

Cromer, L.D. & Freyd, J.J.  (2009). Hear no evil, see no evil? Associations of gender, trauma history, and values with believing trauma vignettes.  *Analyses of Social Issues and Public Policy*, **9**, 85-96.

Pezdek, K. & Freyd, J.J. (2009). The fallacy of generalizing from egg salad in false belief research.  *Analyses of Social Issues and Public Policy*, **9**, 177-183.

DePrince, A.P., Becker-Blease, K.A., Freyd, J, J. (2009). Forgetting sexual abuse: Conceptualizations of why and how questions. In V. Ardino (Ed.), *Il Disturbo Post-traumatico da Stress nello sviluppo. ["Developmental PTSD"]* (pp. 153-171).  Milan, Italy: Unicopli.

Kaehler, L.A. & Freyd, J.J. (2009). Borderline personality characteristics: A betrayal trauma approach.  *Psychological Trauma: Theory, Research, Practice, and Policy*, **1**, 261-268.

Freyd, J.J., Klest, B., & DePrince, A.P. (2010). Avoiding awareness of betrayal: Comment on Lindblom and Gray (in press).  *Applied Cognitive Psychology, 24, 20-26.*

Nagi, M., Suganuma, M., Nijhawan, R., Freyd, J., Miller, G. F., & Watanabe, K. (2010). Conceptual influence on the flash lag effect and representational momentum. In R. Nijhawan & B. Khurana (Eds.), *Space and Time in Perception and Action*.  (pp. 366-378).  Cambridge, UK: Cambridge U. Press.

Zurbriggen, E.L., Gobin, R., & Freyd, J.J. (2010). Childhood Emotional Abuse Predicts Late Adolescent Sexual Aggression Perpetration and Victimization.  *Journal of Aggression, Maltreatment & Trauma,* **19**, 204-223.

Freyd, J.J. (2010). State of the Journal.  [Editorial]  *Journal of Trauma & Dissociation*, **11,** 385-386.

Martin, C.G., Cromer, L.D. & Freyd, J.J.  (2010) Teachers' Beliefs about Maltreatment Effects on Student Learning and Classroom Behavior.  Journal of Child & Adolescent Trauma, 3, 245 - 254.

Foynes, M.M. & Freyd, J.J.  (2011). The Impact of Skills Training on Responses to the Disclosure of Mistreatment. *Psychology of Violence*, **1**, 66-77.

Jennifer J. Freyd                                           Vita – October  2025

Becker-Blease, K.A., DePrince, A.P., & Freyd, J.J. (2011). Why and how people forget sexual abuse.  In V. Ardino (Ed.), *Posttraumatic Syndromes in Children and Adolescents.* (pp 135-155)  West Sussex, UK:  Wiley/Blackwell.

Hulette, A.C., Kaehler, L.A., & Freyd, J.J. (2011).  Intergenerational associations between trauma and dissociation.  *Journal of Family Violence*, 26, 217-225.

Hulette, A.C., Freyd, J.J., & Fisher, P. A. (2011). Dissociation in middle childhood among foster children with early maltreatment experiences. *Child Abuse & Neglect,* **35**, 123-126.

Chu, A.T., Pineda, A.S., DePrince, A.P., & Freyd, J.J. (2011). Vulnerability and protective factors for child abuse and maltreatment. In J.W. White, M.P. Koss, & A.E. Kazdin (Eds.) *Violence against women and children, Volume 1: Mapping the Terrain* (pp 55-75). Washington, DC: American Psychological Association.

Freyd, J.J. (2011). Journal vitality, intellectual integrity, and the problems of McEthics [Editorial]  *Journal of Trauma & Dissociation*, 12, 475-481.

DePrince, A.P, Brown, L.S., Cheit, R.E., Freyd, J.J., Gold, S.N., Pezdek, K. & Quina, K (2012). Motivated forgetting and misremembering: Perspectives from Betrayal Trauma Theory. In Belli, R. F. (Ed.), *True and False Recovered Memories: Toward a Reconciliation of the Debate (Nebraska Symposium on Motivation 58)* (pp 193-243). New York: Springer.

Goldsmith, R., Freyd, J.J., & DePrince, A.P. (2012) Betrayal trauma: Associations with psychological and physical symptoms in young adults.  *Journal of Interpersonal Violence,* **27**, 547-567.

Edwards, V. J., Freyd, J. J., Dube, S.R., Anda, R.F., & Felitti, V.J. (2012). Health outcomes by closeness of sexual abuse perpetrator: A test of Betrayal Trauma Theory. *Journal of Aggression, Maltreatment & Trauma*, **21**, 133-148.

Platt, M. & Freyd, J.J. (2012) Trauma and Negative Underlying Assumptions in Feelings of Shame: An Exploratory Study. *Psychological Trauma: Theory, Research, Practice, and Policy*, 4, 370-378.

Kaehler, L.A., & Freyd, J.J. (2012) Betrayal Trauma and Borderline Personality Characteristics: Gender Differences. *Psychological Trauma: Theory, Research, Practice, and Policy*, 4, 379-385.

Tang, S.S., & Freyd, J.J.  (2012). Betrayal trauma and gender differences in posttraumatic stress. *Psychological Trauma: Theory, Research, Practice, and Policy,* **4**, 469-478.

Barlow, M. R., Cromer, L. D., Caron, H., & Freyd, J. J. (2012). Comparison of normative and diagnosed dissociation on attachment to companion animals and stuffed animals. *Psychological Trauma: Theory, Research, Practice, and Policy*, **4**, 501-506.

Freyd, J.J. (2012). A Plea to University Researchers.  [Editorial]  *Journal of Trauma & Dissociation*, **13**, 497-508.

Jennifer J. Freyd                                                      Vita – October  2025

Smith, C.P. & Freyd, J.J. (2013). Dangerous Safe Havens: Institutional Betrayal Exacerbates Sexual Trauma. *Journal of Traumatic Stress*, 26, 119-124.

Martin, C.G., Cromer, L.D., DePrince, A.P. & Freyd, J.J. (2013). The role of cumulative trauma, betrayal, and appraisals in understanding trauma symptomatology.  *Psychological Trauma: Theory, Research, Practice, and Policy,* 5, 110-118.

Johnson-Freyd, S. & Freyd, J.J. (2013).  Revenge and forgiveness or betrayal blindness?  *The Behavioral and Brain Sciences*, **36**, 23-24.

Foynes, M.M. & Freyd, J.J. (2013). An Exploratory Study Evaluating Responses to the Disclosure of Stressful Life Experiences as they Occurred in Real Time. *Psychological Trauma: Theory, Research, Practice, and Policy*, 5, 295-300.

Kaehler, L.A., Babcock, R., DePrince, A.P., Freyd, J.J. (2013).  Betrayal trauma.  In J.D. Ford & C.A. Courtois (Eds.) *Treating Complex Traumatic Stress Disorders in Children and Adolescents: Scientific Foundations and Therapeutic Models* (pp 62-78). New York: The Guilford Press.

Klest, B., Freyd, J.J., Hampson, S.E., & Dubanoski, J.P. (2013). Trauma, socioeconomic resources, and self-rated health in an ethnically diverse adult cohort. *Ethnicity and Health*, 18, 97-113.

Freyd, J.J. (2013). Preventing Betrayal.  [Editorial]  *Journal of Trauma & Dissociation*, **14**, 495-500.

Klest, B., Freyd, J.J., & Foynes, M.M. (2013). Trauma exposure and posttraumatic symptoms in Hawaii: Gender, ethnicity, and social context.  *Psychological Trauma: Theory, Research, Practice, and Policy*, **5**, 409-416.

Foynes, M.M., Platt, M., Hall, G.C.N., Freyd, J.J. (2014). The impact of Asian values and victim−perpetrator closeness on the disclosure of emotional, physical, and sexual abuse. *Psychological Trauma: Theory, Research, Practice, and Policy*, 6(2), 134-141.

Bernstein, R.E., & Freyd, J.J. (2014). Trauma at home: How betrayal trauma and attachment theories understand the human response to abuse by an attachment figure. *New Directions in Psychotherapy and Relational Psychoanalysis, 8,* 18-41.

Smith, C.P, Gómez, J. M., & Freyd, J. J. (2014). The Psychology of Judicial Betrayal.  *Roger Williams University Law Review,* 19, 451-475.

Gómez, J. M., Smith, C. P., & Freyd, J. J. (2014). Zwischenmenschlicher und institutioneller verrat [Interpersonal and institutional betrayal].  In R. Vogt (Ed.), Verleumdung und Verrat: Dissoziative Störungen bei schwer traumatisierten Menschen als Folge von Vertrauensbrüchen (pp. 82-90). Roland, Germany: Asanger Verlag.

DePrince, A.P. & Freyd, J.J. (2014). Trauma-induced dissociation. In M.J. Friedman, T.M. Keane, & P.A. Resick (Eds.), *Handbook of PTSD: Science & Practice, Second Edition* (pp 219-233). New York: Guilford Press. [Updated version of DePrince & Freyd (2007).]

Jennifer J. Freyd                                                    Vita – October  2025

Smith, C.P. & Freyd, J.J. (2014).  Institutional betrayal.  *American Psychologist*, 69, 575-587.

Gobin, R.L. & Freyd, J.J. (2014). The Impact of Betrayal Trauma on the Tendency to Trust. *Psychological Trauma: Theory, Research, Practice, and Policy,* **6,** 505-511

Smith, C.P. & Freyd, J.J. (2014). The courage to study what we wish did not exist.  [Editorial] *Journal of Trauma & Dissociation*, **15,** 521-526.

Delker, B.C. & Freyd, J.J. (2014). From betrayal to the bottle: Investigating possible pathways from trauma to problematic substance use. *Journal of Traumatic Stress*, **27,** 576-584.

Gómez, J. M., Kaehler, L. A., & Freyd, J. J. (2014). Are hallucinations related to betrayal trauma exposure? A three-study exploration. *Psychological Trauma: Theory, Research, Practice, & Policy,* **6**, 675-682.

Gómez, J. M., Becker-Blease, K., & Freyd, J. J. (2015). A brief report on predicting self-harm: Is it gender or abuse that matters? *Journal of Aggression, Maltreatment, & Trauma,*  24, 203-214.

Platt, M.G., & Freyd, J. J. (2015). Betray my trust, shame on me: Shame, dissociation, fear, and betrayal trauma. *Psychological Trauma: Theory, Research, Practice, & Policy,* 7, 398-404.

Bernstein, R. E., Delker, B. C., Knight, J. A., & Freyd, J. J. (2015) Hypervigilance in college students: Associations with betrayal and dissociation and psychometric properties in a Brief Hypervigilance Scale. *Psychological Trauma: Theory, Research, Practice, & Policy,* 7, 448-445.

Gómez, J. M., Rosenthal, M. N., Smith, C. P., & Freyd, J. J. (2015). Participant reactions to questions about gender-based sexual violence: Implications for campus climate surveys. *eJournal of Public Affairs: Special Issue on Higher Education's Role on Preventing and Responding to Gender-Based Violence*, 4(2), 39-71.

Freyd, J.J. (2015). Proposal for a National Institute on Sexual Violence.  [Editorial]  *Journal of Trauma & Dissociation*, **16,** 497-499.

Reinhardt, K. M., Smith, C. P., & Freyd, J. J. (2016). Came to serve, left betrayed; MST and the trauma of betrayal. In L. S. Katz (Ed.), *Understanding and treating military sexual trauma* (pp. 61-78). New York: Springer.

Rosenthal, M.N., Smidt, A.M., & Freyd, J.J. (2016). Still second class: Sexual harassment of graduate students. *Psychology of Women Quarterly*, 40, 364-377.

Freyd, J.J. (2016). A Brief Report on the Status of the *Journal of Trauma & Dissociation*. [Editorial]  *Journal of Trauma & Dissociation*, **17**, 523-526.

Gomez, J.M., Smith, C.P, Gobin, R.L., Tang, S.S., & Freyd, J.J. (2016). Collusion, Torture, and Inequality: Understanding the Actions of the American Psychological Association as Institutional Betrayal [Editorial].  *Journal of Trauma & Dissociation*, **17**, 527–544.

Jennifer J. Freyd                                                    Vita – October  2025

Smith, C.P., Cunningham, S., & Freyd, J.J. (2016).  Sexual Violence, Institutional Betrayal, and Psychological Outcomes for LGB College Students. *Translational Issues in Psychological Science,* **2**, 351-360.

Birrell, P.J., Bernstein, R.E., & Freyd, J.J. (2017). With the fierce and loving embrace of another soul: Finding connection and meaning after the profound disconnection of betrayal trauma.  In E.M. Altmaier (Ed), *Reconstructing Meaning after Trauma: Theory, Research and Practice* (pp 29-43). Academic Press.

Rosenthal, M.N. & Freyd, J.J. (2017).  Silenced by betrayal: The path from childhood trauma to diminished sexual communication in adulthood. *Journal of Aggression, Maltreatment & Trauma,* **26,** 3-17.

Platt, M.G., Luoma, J.B, & Freyd, J.J. (2017) Shame and dissociation in survivors of high and low betrayal trauma.  *Journal of Aggression, Maltreatment & Trauma,* **26,** 34-49.

Wright, N.M., Smith, C.P., & Freyd, J.J. (2017) Experience of a lifetime: Study abroad, trauma, and institutional betrayal. *Journal of Aggression, Maltreatment and Trauma,* **26,** 50-68.

Becker Blease, K. & Freyd, J.J. (2017) Additional Questions about the Applicability of "False Memory" Research. *Applied Cognitive Psychology,* **31**, 34-36.

Lewis, J. & Freyd, J.J. (2017). Recovered Memory. In A. Wenzel (Ed.) *The SAGE Encyclopedia of Abnormal and Clinical Psychology*. (pp 2811-2814). Thousand Oaks, CA: SAGE Publications.

Gobin, R.L. & Freyd, J.J. (2017). Do Participants Detect Sexual Abuse Depicted in a Drawing? Investigating the Impact of Betrayal Trauma Exposure on State Dissociation and Betrayal Awareness, *Journal of Child Sexual Abuse*, 26, 233-245.  DOI: 10.1080/10538712.2017.1283650.

Gómez, J. M., & Freyd, J. J. (2017). High betrayal child sexual abuse and hallucinations: A test of an indirect effect of dissociation. *Journal of Child Sexual Abuse, 26, 507-518.* DOI: 10.1080/10538712.2017.1310776.

Harsey, S., Zurbriggen, E., & Freyd, J.J. (2017). Perpetrator Responses to Victim Confrontation: DARVO and Victim Self-Blame. *Journal of Aggression, Maltreatment, & Trauma,* 26, 644-663. DOI: 10.1080/10926771.2017.1320777.

Delker, B.C. & Freyd, J.J. (2017). Betrayed? That's me: Implicit and Explicit Betrayed Self-Concept in Young Adults Abused as Children. *Journal of Aggression, Maltreatment, & Trauma, 26,* 701–716. *DOI:* 10.1080/10926771.2017.1308982.

Freyd, J.J. (2017). Attributes, Behaviors, or Experiences?  Lessons from Research on Trauma Regarding Gender Differences. [Editorial] *Journal of Trauma & Dissociation*, **18,** 645-648. http://dx.doi.org/10.1080/15299732.2017.1358687.

Jennifer J. Freyd                                                  Vita – October  2025

Smith, C. P., & Freyd, J.J. (2017). Insult, then injury: Interpersonal and institutional betrayal linked to health and dissociation. *Journal of Aggression, Maltreatment, & Trauma,* 26, 1117-1131, DOI: 10.1080/10926771.2017.1322654

Rosenthal, M.N., Smith, C.P, & Freyd, J.J. (2017).  Behind closed doors: University employees as stakeholders in campus sexual violence. *Journal of Aggression, Conflict and Peace Research,* **9,** 290-304. https://doi.org/10.1108/JACPR-02-2017-0272

Cromer, L.D., Vasquez, L., Gray, M.E., Freyd, J.J. (2018). The Relationship of Acculturation to Historical Loss Awareness, Institutional Betrayal, and the Intergenerational Transmission of Trauma in the American Indian Experience. *Journal of Cross Cultural Psychology*, **49,** 99–114.

Holland, K. J., Cortina, L. M., & Freyd, J. J. (2018). Compelled disclosure of college sexual assault. *American Psychologist, 73*, 256-268. http://dx.doi.org/10.1037/amp0000186

Delker, B.C., Smith, C.P., Rosenthal, M., Bernstein, R., & Freyd, J.J. (2018).  When home is where the harm is: Family betrayal and posttraumatic outcomes in young adulthood. *Journal of Aggression, Maltreatment, & Trauma, 27*, 720-743. DOI: 10.1080/10926771.2017.1382639

Rosenthal, M.N. & Freyd, J.J. (2018) Sexual Violence on Campus: No Evidence that Studies Are Biased Due to Self-Selection. *Dignity: A Journal on Sexual Exploitation and Violence*: **3**, 1, Article 7. DOI: 10.23860/dignity.2018.03.01.07

Smidt, A.M. & Freyd, J.J. (2018). Government Mandated Institutional Betrayal [Editorial] *Journal of Trauma & Dissociation*, **19**, 491-499. DOI: 10.1080/15299732.2018.1502029

Martin, C. G., Kim, H. K., & Freyd, J. J. (2018). In the spirit of full disclosure: Maternal distress, emotion validation, and adolescent disclosure of distressing experiences. *Emotion*, **18**, 400-411.

Gómez, J. M., & Freyd, J. J. (2018). Psychological outcomes of within-group sexual violence: Evidence of cultural betrayal. *Journal of Immigrant & Minority Health,* **20***, 1458-1467.* doi: 10.1007/s10903-017-0687-0

Martin, C.G., Kim, H.K., Freyd, J.J. (2018). Overwhelmed by Emotion: Pathways from Revictimization to Mothers' Negative Emotional Responsivity. *Family Process*, **57**, 947–959.

Holland, K. J., Cortina, L. M., & Freyd, J. J. (2019). Advocating alternatives to mandatory reporting of college sexual assault: Reply to Newins (2018). *American Psychologist,* **74**, 250-251.

Gómez, J. M., & Freyd, J. J. (2019). Betrayal trauma. In J. J. Ponzetti (Ed.), *Macmillan Encyclopedia of Intimate and Family Relationships: An Interdisciplinary Approach* (pp. 79-82). Boston, MA: Cengage Learning Inc.

25

Jennifer J. Freyd                                                   Vita – October  2025

Freyd, J.J. & Smidt, A.M. (2019). So You Want to Address Sexual Harassment and Assault in Your Organization? *Training* is Not Enough; *Education* is Necessary [Editorial] *Journal of Trauma & Dissociation*, **20**, 489-494.

Adams-Clark, A.A., Rosenthal, M.N., & Freyd, J.J. (2020) Out-of-Body experience: Sex-based harassment linked to general dissociation, sexual dissociation, and sexual communication. *Equality, Diversity and Inclusion: An International Journal, 39, 38-52.* doi:10.1108/EDI-11-2018-0211.

Harsey, S. & Freyd, J.J. (2020). Deny, Attack, and Reverse Victim and Offender (DARVO): What is the influence on perceived perpetrator and victim credibility? *Journal of Aggression, Maltreatment, & Trauma, 29, 897-916.* doi.org/10.1080/10926771.2020.1774695

Adams-Clark, A.A. & Freyd, J.J. (2020). Questioning beliefs about sexual violence [Editorial] *Journal of Trauma & Dissociation*, **21**, 505-512. doi.org/10.1080/15299732.2020.1789407

Adams-Clark, A. A., Smith, C.P., Bhuptani, P. & Freyd, J.J. (2020). University crime alerts: Do they contribute to institutional betrayal and rape myths? *Dignity: A Journal on Sexual Exploitation and Violence.* Vol. 5: Issue 1, Article 6. DOI: 10.23860/dignity.2020.05.01.06

Lind, M.N., Adams-Clark, A.A., & Freyd, J.J. (2020). Isn't high school bad enough already? Rates of gender harassment and institutional betrayal in high school and their association with trauma-related symptoms. *PLOS ONE*, **15**(8): e0237713. https://doi.org/10.1371/journal.pone.0237713

Smidt, A.M., Rosenthal, M.N., Smith, C.P., & Freyd, J.J. (2021). Out and in Harm's Way: Sexual Minority Students' Psychological and Physical Health After Institutional Betrayal and Sexual Assault. *Journal of Child Sexual Abuse, 30*, 41-55, DOI: 10.1080/10538712.2019.1581867.

Barnes, M.L., Adams-Clark, A.A., Rosenthal, M.N., Smith, C.P, & Freyd, J.J. (2021).  Pledged into harm: Sorority and fraternity members face increased risk of sexual assault and sexual harassment. *Dignity: A Journal on Sexual Exploitation and Violence*, **6 (**1), Article 9, DOI: 10.23860/dignity.2021.06.01.09

Freyd, J.J. (2021). *Professor Emerit*: It is Time to Reject Gendered Titles for Retired Faculty [Editorial]. *Journal of Trauma & Dissociation*, 22, 479-486, DOI: 10.1080/15299732.2021.1965962.

Adams-Clark, A.A. & Freyd, J.J. (2021). COVID-19-related institutional betrayal associated with trauma symptoms among undergraduate students. *PLoS ONE*, 16(10): e0258294, DOI: 10.1371/journal.pone.0258294.

Jennifer J. Freyd                                                    Vita – October  2025

Noll, L.K., Harsey, S.J., & Freyd, J.J. (2022). Assessment of Attitudes toward Internet Pornography in Emerging Adults using the Internet Pornography Questionnaire. *Computers in Human Behavior*, Volume 131, June 2022, 107231, DOI: 10.1016/j.chb.2022.107231.

Rosenthal, M. N. & Freyd, J.J. (2022). From DARVO to Distress: College women's contact with their perpetrators after sexual assault. *Journal of Aggression, Maltreatment, & Trauma, 31, 459-477,* DOI: 10.1080/10926771.2022.2055512.

Adams-Clark, A.A. & Freyd, J.J. (2022). Undergraduates' noncompliance with COVID-19 regulations is associated with lifetime sexual harassment perpetration and sexist beliefs. *Journal of Aggression, Maltreatment, & Trauma,* **31**, 851-872, DOI: 10.1080/10926771.2022.2068395.

Harsey, S. & Freyd, J.J. (2022) Defamation and DARVO [Editorial]. *Journal of Trauma & Dissociation,* **23**, 481-489, DOI: 10.1080/15299732.2022.2111510.

Smidt, A.M., Adams-Clark, A.A., & Freyd, J.J. (2023). Institutional courage buffers against institutional betrayal, protects employee health, and fosters organizational commitment following workplace sexual harassment.  *PLOS ONE*, 18(1): e0278830. https://doi.org/10.1371/journal.pone.0278830

Gómez, J.M, Freyd, J.J., Delva, J, Tracy, B., Mackenzie, L.N., Ray, V., & Weathington, B. (2023). Institutional Courage in Action: Racism, Sexual Violence, and Concrete Institutional Change [Editorial]. *Journal of Trauma & Dissociation,* 24, 157-170, DOI: 10.1080/15299732.2023.2168245

Harsey, S. & Freyd, J.J. (2023). The Influence of Deny, Attack, Reverse Victim and Offender and Insincere Apologies on Perceptions of Sexual Assault. *Journal of Interpersonal Violence*, Vol. 38(17-18) 9985–10008.  DOI: 10.1177/08862605231169751

Freyd, J.J. (2023). Live Long and Prosper, *Journal of Trauma & Dissociation* [Editorial], *Journal of Trauma & Dissociation,* 24, 555-558. DOI: 10.1080/15299732.2023.2235541

Becker-Blease, K. & Freyd, J.J. (2023). Institutionalizing Courage to Create a Safer Community. In E. Ray (Ed.), *Handbook of Higher Education Leadership*. Oregon State University. https://open.oregonstate.education/handbookhighereducationleadership/chapter/institutionalizing-courage-to-create-a-safer-community/

Freyd, J.J. & Middleton, W. (2024). Power, courage, trauma, betrayal, and memory: An interview with Professor Jennifer Freyd. In W. Middleton & M.J. Dorahy (Eds) *Contemporary Perspectives on Freud's Seduction Theory and Psychoanalysis* (pp. 97-112). Routledge.

Harsey, S., Adams-Clark, A.A. & Freyd, J. J. (2024). Associations between defensive victim-blaming responses (DARVO), rape myth acceptance, and sexual harassment. *PLOS ONE,* 19(12): e0313642. https://doi.org/10.1371/journal.pone.0313642

Jennifer J. Freyd                                                              Vita – October  2025

Adams-Clark, A.A., Harsey, S., & Freyd, J. J. (2024). Factors of institutional betrayal associated with posttraumatic stress symptoms and barriers to service use among campus sexual assault survivors. *Psychological Law and Injury*. 17, 383–397. https://doi.org/10.1007/s12207-024-09524-5

Adams-Clark, A. A.**,** Barnes, M. L., Lind, M. N., Smidt, A. M., & Freyd, J. J. (in press). Institutional courage attenuates the association between institutional betrayal and trauma symptoms among campus sexual assault survivors, *Psychological Trauma: Theory, Research, Practice, and Policy.* doi: 10.1037/tra0001812. Epub ahead of print. PMID: 39636591.

Barnes, M.L., Harsey, S., Mills, K.L., & Freyd, J.J. (in press). Assessing Perpetrator Responses to Confrontation: Associations with a DARVO-SF and Post-trauma Symptoms in Two Different Populations. In press, the *Journal of Trauma & Dissociation.*

Selected Manuscripts Under Review and Drafts in Preparation for Submission

Adams-Clark, A.A. & Freyd, J.J. (under review). Contextual factors associated with posttraumatic stress among campus sexual assault survivors*.  Submitted to the *Journal of Trauma & Dissociation*

Adams-Clark, A., A., Bernstein, R., Delker, B., Ngo, L., Ochoa-Garcia, C., & Freyd, J. J. (under review). Relational worry and trauma: Fear of partner betrayal versus bodily harm. Submitted to *Journal of Aggression, Maltreatment, and Trauma.*

Corbett, C., Warner, M., Harsey, S., & Freyd, J.J. (under review).  Unwanted sexual attention at work: Organizational prevention and response.  Submitted to *Plos One.*

Harsey, S., & Freyd, J. J. (in preparation). DARVO and the dark triad: Associations between DARVO use and narcissism, Machiavellianism, and psychopathy.

Harsey, S., & Freyd, J. J. (in preparation). Deny, Attack, Reverse Victim and Offender: Are DARVO responses associated with culpability?

Harsey, S., & Freyd, J. J. (in preparation). Deny, Attack, Reverse Victim and Offender: Theory and Evidence.

Smidt, A.M., Adams-Clark, A.A., & Freyd, J.J. (in preparation). Institutional courage responses buffers against reputational harm following claims of sexual harassment: Experimental Evidence.

Jennifer J. Freyd                                        Vita – October  2025

<u>Editorials in Newspapers, Magazines, and News Web Sites:</u>

Freyd, J.J. (1989). We all benefit from quality childcare.  *The Register-Guard* (Eugene, Oregon, city newspaper) March 16, 1989, p. 15A. [Similar versions published in the *Oregon Daily Emerald*, May 5, 1989, pp. 2-3; and in the *Stanford University Campus Report*, October 25, 1989, p. 6.]

Freyd, J.J. (1990). Faculty members with young children need more flexible schedules. *The Chronicle of Higher Education*.  February 21, 1990, p. B2.

Freyd, J. J. (1995). O.J. trial a chance to explain battered-women's syndrome.  *The Oregonian*, Saturday, February 25, 1995, page 3M.  [Also published in the *Association for Women in Psychology* Spring 1995 Newsletter, pp. 1-2.]

Freyd, J.J. (2001). Misplaced anger may mask fear and sadness. [Op-Ed article] *Register Guard*, September 24, 2001, p. 9A. [Later version published in peer-reviewed journal as: Freyd, J.J. (2002). In the wake of terrorist attack hatred may mask fear. *Analyses of Social Issues and Public Policy.* **2**, 5-8.]

Freyd, J.J. (2004). Film undermines efforts to fight child abuse. *The Register-Guard* (Eugene, Oregon), [Op-Ed] February 29, 2004, p B3.

Freyd, J.J. (2009). Hands free cell phones don't address the real safety issue. [Op-Ed] *The Register-Guard* (Eugene, Oregon), June 30, 2009, p A11.

Freyd, J.J. (2014). Official campus statistics for sexual violence mislead. [Op-Ed] *Al Jazeera America*, July 14, 2014, http://america.aljazeera.com/opinions/2014/7/college-campus-sexualassaultsafetydatawhitehousegender.html

Gomez, J.M. & Freyd, J.J. (2014). Institutional betrayal makes violence more toxic. [Op-Ed] *The Register-Guard* (Eugene, Oregon), August 22, 2014, p A9.

Freyd, J.J. (2014). Use science as tool on campus sexual assault. [Op-Ed] *The Register-Guard* (Eugene, Oregon), November 9, 2014, p H4.

Freyd, J.J. (2015). UO needs to take action to restore students' trust. [Op-Ed] *The Register-Guard* (Eugene, Oregon), March 17, 2015, p A11.

Freyd, J.J. (2015). UO can move beyond institutional betrayal. [Op-Ed] *The Register-Guard* (Eugene, Oregon), May 7, 2015, p A9.

Freyd, J.J. (2015). Examining Denial Tactics: Were Victims Overrepresented in the AAU Survey of Sexual Violence on College Campuses? *The Blog, Huffington Post*, September 29, 2015. http://www.huffingtonpost.com/jennifer-j-freyd/examining-denial-tactics-were-victims-overrepresented-in-the-aau-survey-of-sexual-violence-on-college-campuses_b_8216008.html

Jennifer J. Freyd                                                                                    Vita – October  2025

Freyd, J.J. (2016). The Problem with "Required Reporting" Rules for Sexual Violence on Campus. *The Blog, Huffington Post*, April 25, 2016. http://www.huffingtonpost.com/jennifer-j-freyd/the-problem-with-required_b_9766016.html

Rosenthal, M.N., Smidt, A.M., & Freyd, J.J. (2016). Sexual harassment compromises graduate students' safety. *The Conversation*, 18 May 2016. https://theconversation.com/sexual-harassment-compromises-graduate-students-safety-58694

Freyd, J.J. (2016). Open Letter to the Administration and Trustees of Stanford University. *The Blog, Huffington Post*, 21 June 2016. https://www.huffpost.com/entry/open-letter-to-the-admini_b_10577338

Freyd, J.J. (2016). Without our Free(ish) Press, we are Sunk. Please Help. *The Blog, Huffington Post*, 16 November 2016. https://www.huffpost.com/entry/without-our-freeish-press-we-are-sunk-please-help_b_582c65b4e4b0a904ef59ee25

Freyd, J.J. (2016). Required Supporting Instead of Required Reporting: Responding Well to Disclosures of Campus Sexual Violence. *The Blog, Huffington Post*, 1 December 2016. https://www.huffpost.com/entry/required-supporting-instead-of-required-reporting-responding_b_5831d0d1e4b0d28e552150c3

Fitzgerald, L.F. & Freyd, J.J. (2017) Trump's DARVO defense of harassment accusations. *The Boston Globe*, 20 December 2017. http://www.bostonglobe.com/opinion/2017/12/20/trump-darvo-defense-harassment-accusations/bTCR8QDrjLaYAwsQHCtpsM/story.html?event=event25?event=event25

Freyd, J.J. (2018). When sexual assault victims speak out, their institutions often betray them, *The Conversation*, 11 January 2018. https://theconversation.com/when-sexual-assault-victims-speak-out-their-institutions-often-betray-them-87050  (Republished in the *LA Times*, *Chicago Tribune*, *Salon*, Associated Press, and many others.)

Freyd, J.J. (2018). Letter: How to Reduce Suicides in College, *The New York Times*, 17 May 2018. https://www.nytimes.com/2018/05/17/opinion/college-suicide.html

Cook, J.M. & Freyd, J.J. (2019). Why victims of Catholic priests need to hear more than confessions, *The Conversation*, 16 January 2019. https://theconversation.com/why-victims-of-catholic-priests-need-to-hear-more-than-confessions-109866

Freyd, J.J. (2019). Is a quote from Chanel Miller's impact statement likely to be 'triggering' if placed on a plaque at the contemplative garden? *The Stanford Daily*, 22 October 2019. https://www.stanforddaily.com/2019/10/22/is-a-quote-from-chanel-millers-impact-statement-likely-to-be-triggering-if-placed-on-a-plaque-at-the-contemplative-garden/

Jennifer J. Freyd                                                                              Vita – October  2025

Adams-Clark, A.A. & Freyd, J.J. (2021). What does COVID-19 transmission have in common with sexism and harassment? As it turns out, quite a bit. *Gender News, Clayman Institute for Gender Research at Stanford University*, 8 November 2021. https://gender.stanford.edu/news-publications/gender-news/what-does-covid-19-transmission-have-common-sexism-and-harassment-it

Lewis, R.E., Smith, D.G., Jain, S., Johnson, W.B., & Freyd, J.J. (2022) Who's Really the Victim Here? It's time to end DARVO behavior in the healthcare workplace, *MedPage Today*, 2 June 2022.  https://www.medpagetoday.com/opinion/second-opinions/99015

Holland, K.J., Freyd, J.J., & Armstrong, E.A. (2022) Mandatory Reporting Is Exactly Not What Victims Need, *The Chronicle of Higher Education,* 22 July 2022. https://www.chronicle.com/article/mandatory-reporting-is-exactly-not-what-victims-need?cid2=gen_login_refresh&cid=gen_sign_in

Freyd, J.J. (2022). Remembering Roger Shepard, 1929-2022, Tribute by Jennifer Freyd, Cognitive Science Society, 12 August 2022. https://cognitivesciencesociety.org/remembering-roger-shepard/

Harsey, S. & Freyd, J.J. (2022) Deny, Attack, Blame: The Prosecution of Women Reporting Rape, *MsMagazine.com*, 28 November 2022. https://msmagazine.com/2022/11/28/darvo-deny-attack-blame-prosecution-women-report-rape/

Harsey, S. & Freyd, J.J. (2023).  Stanford should address campus sexual violence with courage. *Stanford Daily,* 15 March 2023. https://stanforddaily.com/2023/03/15/from-the-community-stanford-should-address-campus-sexual-violence-with-courage/

Harsey, S. & Freyd, J.J. (2023).  Former MSU football coach Mel Tucker uses toxic tactic to defend himself, *USA Today*, 13 October 2023. https://www.usatoday.com/story/opinion/2023/10/13/michigan-state-football-coach-mel-tucker-darvo-sexual-harassment/71145641007/

Freyd, J.J. & Casper, M.J. (2025) Senators Must Resist Trump's Cabinet of Sexual Abusers, *The Edge*, 16 January 2025.  https://www.theedgemedia.org/senators-must-resist-trumps-cabinet-of-sexual-abusers/

Harsey, S. & Freyd, J. J. (2025) Trump's tariff gaslighting has a name: It's DARVO, *The Hill,* 9 April 2025. https://thehill.com/opinion/white-house/5238051-trump-tariffs-gaslighting/

Freyd, J. J. & Casper, M.J. (2025) Replace betrayal with courage: Release all of the Epstein Files, *The Hill,* 16 September 2025.  https://thehill.com/opinion/white-house/5503575-epstein-files-release-survivors/

Freyd, J.J. (2020-ongoing) Numerous posts in the *Courage Brief* and *Courage in Action*, publications by the Center for Institutional Courage. https://www.institutionalcourage.org/the-courage-brief and https://www.institutionalcourage.org/courage-in-action-newsletter

Jennifer J. Freyd                                                    Vita – October  2025

Amicus Brief

In the United States Court of Appeals for the Eleventh Circuit, an Amicus Brief filed by Amicus
    Curiae Dr. Jennifer Freyd, Dr. Sara E. Boyd, and 18 Other Mental Health Experts,
    regarding A.P. v. Fayette County School District et. al., No. 21-12562, filed on 11 May
    2022.

Tip Sheets and Discussion Guides on Major Websites:

In partnership with the American Psychological Association

  How to Listen When Someone You Know Discloses Sexual Harassment or Assault. *PI, the
    American Psychological Association, Public Interest Blog*, 22 November 2017.
    https://psychologybenefits.org/2017/11/22/how-to-listen-when-someone-you-know-
    discloses-sexual-harassment-or-assault

In partnership with Leanin.org

  All-in-one meeting guide: How to Talk About Sexual Harassment, 19 December 2017.
    https://leanin.org/meeting-guides/how-to-talk-about-sexual-harassment/

  All-in-one meeting guide: Self-Care After Sexual Harassment, 19 December 2017.
    https://leanin.org/meeting-guides/self-care-after-sexual-harassment/

Selected Conference and Invited Presentations:

Freyd, J.J., & Babcock, M.K. Sensitivity to dynamic information during perception of static
    handwritten patterns.  Paper given at the Twenty-Fifth Annual Meeting of the
    Psychonomic Society, San Antonio, Texas, November 8-10, 1984.

Finke, R.A., & Freyd, J.J.  Implied motions distort visual memory.  Paper presented at the
    Eastern Psychological Association, Boston, March, 1985.

Freyd, J.J., & Finke, R.A.  A velocity effect for representational momentum.  Paper given at the
    Twenty-sixth Annual Meeting of the Psychonomic Society, Boston, Massachusetts,
    November 22-24, 1985.

Docusign Envelope ID: 0EC42BD2-21FF-4207-AEB1-4A819DFBD20B

Jennifer J. Freyd                                                    Vita – October  2025

Finke, R.A., Freyd, J.J., & Shyi, G.C.-W. Memory distortions induced by implied velocity and acceleration.  Paper given at the Twenty-sixth Annual Meeting of the Psychonomic Society, Boston, Massachusetts, November 22-24, 1985.

Freyd, J.J.  Might some mental representations be dynamic?  Paper given at the Cornell Summer Symposium on Induction in Perception and Cognition, Ithaca, New York, August 3-8, 1986.

Freyd, J.J., & Cheng, J.  The perception of statics as forces in equilibrium.  Paper given at the Twenty-seventh Annual Meeting of the Psychonomic Society, New Orleans, Louisiana, November 13-15, 1986.

Kelly, M.K., & Freyd, J.J.  Representational momentum in memory for pitch.  Paper given at the Twenty-eighth Annual Meeting of the Psychonomic Society, Seattle, Washington, November 6-8, 1987.

Freyd, J.J. & Shiffrar, M.  Violations of shortest-path constraints in apparent motion using full-bodied stimuli.   Paper given at the Twenty-ninth Annual Meeting of the Psychonomic Society, Chicago, Illinois, November 10-12, 1988.

Freyd, J.J.  Arrows and triangles moving in the mind.  Short paper given before the Inaugural Fred Attneave Lecture, University of Oregon, May 1, 1989.

Freyd, J.J.  Five hunches about perceptual processes and dynamic representations.  Paper given at Attention and Performance XIV, July 9-13, 1990, Ann Arbor, Michigan.

Freyd, J.J. & Taylor, K.  Naive physics, representational momentum, and a spiral tube.  Paper given at the Thirty-first Annual Meeting of the Psychonomic Society, New Orleans, Louisiana, November 1990.

Freyd, J.J.  Memory repression, dissociative states, and other cognitive control processes involved in adult sequelae of childhood trauma.  Paper given at the Second Annual Conference on A Psychodynamics - Cognitive Science Interface, Langley Porter Psychiatric Institute, University of California, San Francisco, August 21-22, 1991.

Freyd, J.J.   Dynamic representations guiding adaptive behavior.  Paper given at the Time, Action and Cognition International Workshop, St. Malo, Brittany, October 22-24, 1991.

Shiffrar, M., & Freyd, J.J.  Where did the time go?  Temporal factors in apparent motion path choice.  Paper given at the Thirty-second Annual Meeting of the Psychonomic Society, San Francisco, California, November 1991.

McKeown, D. & Freyd, J.J.  Dynamic aspects of static art.  Poster presented at the 1992 Convention of the American Psychological Society, San Diego, June 1992

Shiffrar, M. & Freyd, J.J.  Biological constraints on path choice in apparent motion. Paper given at the symposium on Motor Theories of Perception, XXV International Congress of Psychology, Brussels, July 19-24, 1992.

33

Jennifer J. Freyd                                                                           Vita – October  2025

Freyd, J. J.  Betrayal-trauma theory: A cognitive science approach to child abuse.  Presentation at the Symposium on Cognitive Science and Child Psychiatry at the 39th Annual Meeting of the American Academy of Child & Adolescent Psychiatry, Washington, D.C., October 20-26, 1992.

Freyd, J.J. & Miller, G.F.  Creature motion.  Paper given at the Thirty-third Annual Meeting of the Psychonomic Society, St. Louis, Missouri, November 13-15,1992. [Also available as University of Oregon Institute of Cognitive and Decision Sciences Technical Report #93-3. http://dynamic.uoregon.edu/~jjf/creature/creattpaper.html]

Miller, G.F. & Freyd, J.J.  Human perceptual adaptations for entraining, tracking, and predicting animate motion.  Paper given at the 1993 Meetings of the Human Behavior and Evolution Society, SUNY, Binghamton, August 5 - 8, 1993.

Freyd, J.J.  Theoretical and personal perspectives on the delayed memory debate.  Presentation at The Center for Mental Health at Foote Hospital's Continuing Education Conference: Controversies around recovered memories of incest and ritualistic abuse, Ann Arbor, Michigan, Saturday, August 7, 1993.

Shiffrar, M., Heptulla, S., O'Shaughnessy, M., & Freyd, J.J.  What does it mean to be sensitive to biological motion?  Paper given at the Thirty-fourth Annual Meeting of the Psychonomic Society, Washington, D.C., November 5-7, 1993.

Freyd, J. J.  Betrayal Trauma.  Keynote address at Sexual Assault Support Services' Second Annual State Wide Conference, Empowering Sexual Abuse Survivors:  Children and Adults, Eugene, Oregon, April 30 - May 1, 1994

McKeown, D., Hintzman, D., & Freyd, J. J.  The effects of implied mass on representational momentum.  Poster presented at the 6th Annual Convention of the American Psychological Society, Washington DC, June 30 - July 3, 1994.

Hayes, A. & Freyd, J. J.  Representational momentum survives discontinuity, but discontinuity can reduce memory shift.  Poster presented at the 6th Annual Convention of the American Psychological Society, Washington DC, June 30 - July 3, 1994.

Freyd, J. J.  Betrayal trauma: Adaptive response.  Presentation at The Center for Community Counseling continuing education conference "Feminism and Trauma: Theories and Treatment," Eugene, Oregon February 25, 1995.

Freyd, J. J.  Betrayal Trauma Theory.  Keynote address at The Portland State University conference on Legal and Cultural Issues of Child Abuse, April 29, 1995.

Freyd, J. J.  Plenary session speaker and also faculty lecturer (two presentations) at the 6th National Conference on Abuse, Trauma, & Dissociation, Austin Texas, September 28-October 1, 1995.

Jennifer J. Freyd                                                    Vita – October  2025

Hayes, A. & Freyd, J.J.  Attention and representational momentum.  Paper given at the Thirty-sixth Annual Meeting of the Psychonomic Society, Los Angeles, California, November 10-12, 1995. [Also available as University of Oregon Institute of Cognitive and Decision Sciences Technical Report #95-12.
http://dynamic.uoregon.edu/~jjf/attention/techrep.html]

Freyd, J. J.  Internal transformations, external constraints.  Featured Speaker at a Workshop to Honor Roger Shepard, Stanford University, January 13, 1996.

Freyd, J.J. Betrayal trauma theory: A social/cognitive model of amnesia for abuse.  Paper presented at the Association for Women in Psychology 21st Annual Conference, Portland, Oregon, March 14-17, 1996.

Hayes, A., Sacher, G., Thornton, I. M., Sereno, M. E. & Freyd, J. J. Representational momentum in depth using stereopsis. (Abstract published in: *Investigative Ophthalmology & Visual Science*, Supp., **37**, 5067.)  Paper given at the Annual Meeting of the Association for Research in Vision and Ophthalmology, Fort Lauderdale, Florida, April 21-26, 1996.

Freyd, J.J.  Betrayal trauma: Traumatic amnesia as an adaptive response to childhood abuse.  Paper presented (read by L.S. Brown) at the Second World Conference of the International Society for Traumatic Stress Studies, Jerusalem, Israel, June 9-14, 1996.

Thornton, I. M, DiGirolamo, G.J., Hayes, A, & Freyd, J.J.  Representational momentum under conditions of visual distraction.  Poster presentation given at the Thirty-seventh Annual Meeting of the Psychonomic Society, Chicago, Illinois, November 1-3, 1996.

Freyd, J.J. The Logic of Forgetting Abuse: Cognitive Science and Betrayal Trauma Theory.  Keynote Address for the 12th Annual Meeting of the International Society for Traumatic Stress Studies, San Francisco, November 9-13, 1996.

Freyd, J.J.  Critical thinking about ethics in research, teaching, and training.  Paper given at the Div 35 APA sponsored CEU conference, Ethics in Psychology: Critical Feminist Issues, Seattle, Washington, January 31, 1997.

Freyd, J.J. Science and Ethics in the Memory Debate.  Presented at enGendering Rationalities Conference, sponsored by the Center for the Study of Women in Society, University of Oregon, Eugene, April 18-20, 1997.

Freyd, J.J. Memory for Betrayal: Cognitive, Clinical, and Societal Implications. Division 35 Invited address for the 1997 Annual Meeting of the American Psychological Association, Chicago, August 16, 1997.

Freyd, J.J. Science in the Memory Debate.  Presentation within "Symposium: The Science and Politics of Recovered Memories" given at the 1997 Annual Meeting of the American Psychological Association, Chicago, August 18, 1997.

Freyd, J.J.   Power, Abuse, and Memory: Cognitive Science and Betrayal Trauma Theory.  University of Michigan, September 22-23 1997, Ann Arbor.

Jennifer J. Freyd                                                    Vita – October  2025

Freyd, J.J.   The logic of forgetting childhood abuse: Cognitive Science and Betrayal Trauma. Plenary address 1997 Midwest Conference on Child Sexual Abuse and Incest, October 9, 1997.

Thornton, I. M., & Freyd, J. J.  Representational momentum and the human face. (Abstract published in: *Perception*, **27**, 245.) Poster presented at the second Applied Vision Association Christmas Meeting, Aston University, Birmingham, UK, December 17, 1997.

Freyd, J.J.   Betrayal Trauma Theory.  Presentation to the Lane County Psychologists Association,  Eugene, Oregon, February 4, 1998.

Thornton, I. M., & Freyd, J. J. Memory for dynamic human faces. (Abstract published in: I*nvestigative Ophthalmology & Visual Science*, **39**, 818.) Poster presented at the Annual Meeting of the Association for Research in Vision and Ophthalmology, Fort Lauderdale, Florida, May 10-15, 1998.

Freyd, J.J. & DePrince, A.P. Dissociative Tendencies and Attentional Context: A Cross-Over Interaction for Stroop Interference.  Presentation at the 1998 Meeting on Trauma and Cognitive Science, Eugene, Oregon, July 17-19, 1998

Freyd, J.J.  Memory, Pain, and Abusive Relationships: Betrayal Trauma Theory.   Grand Rounds speaker for the Annual Dennis D. Kelly Memorial Lecture at New York State Psychiatric Institute and Columbia University Department of Psychiatry, September 25, 1998

Freyd, J.J.  Speculations about the Link between Childhood Sexual Abuse and HIV Risky Behavior:  Possible Role of Dissociative Tendencies, Information Processing Effects, and Consensual Sex Decision Mechanisms.  Invited speaker at a conference co-sponsored by CDC and NIMH : "Childhood Sexual Abuse and HIV Risk: Mechanisms and Intervention Strategies"  November 3-4, 1998

Freyd, J.J.  Betrayal Trauma.   Plenary Speaker for the conference "Trauma Disorders 1998: Balancing Research, Theory and Practice" at Sheppard Pratt Hospital, Baltimore, November 4-7, 1998

Freyd, J.J. & Armstrong, J.G.  Clinical Implications of Betrayal Trauma Theory.  Workshop for the conference "Trauma Disorders 1998: Balancing Research, Theory and Practice" at Sheppard Pratt Hospital, Baltimore, November 4-7, 1998

DePrince, A. P. & Freyd, J.J.  Cognitive Markers of Dissociative Experiences.  Paper presented at the  15th International Fall Conference of the International Society for the Study of Dissociation.  Seattle, Washington:  November 16, 1998.

Kistenmacher, B.R.  & Freyd, J.J.   The Relationship between Denial of Abuse and Dissociation in Men Who Batter:  Predictions from Betrayal Trauma Theory.  Paper presented at the 15th International Fall Conference of the International Society for the Study of Dissociation.  Seattle, Washington:  November 16, 1998.

Jennifer J. Freyd                                                                              Vita – October  2025

Freyd, J.J.  Trauma and Attachment.   Plenary Speaker for the 15th International Fall Conference of the International Society for the Study of Dissociation.  Seattle, Washington: November 16, 1998.

Freyd, J.J.  Listservs and Flames.  Presentation at Techniques for Teaching with Technology: New in '99, UO Educational Technology Fair, May 21, 1999.

DePrince, A. P. & Freyd, J.J.  Dissociation, Attention, and Memory.  Presentation at 15th Annual Meeting of the International Society for Traumatic Stress Studies, Miami, November 14-17, 1999.

Becker, K.A., Deater-Deckard, K., Freyd, J.J., Eley, T., Stevenson, J. & Plomin, R. A genetic analysis of individual differences in dissociative behaviors in childhood and adolescence.  Poster presented at the Western Psychological Association 2000 annual conference, Portland, Oregon, April 13-16, 2000.

DePrince, A.P. & Freyd, J.J.  Dissociation, directed forgetting, and attentional context.  Poster presented at the Western Psychological Association 2000 annual conference, Portland, Oregon, April 13-16, 2000.

DePrince, A.P. & Freyd, J.J.  Betrayal, fear, and posttraumatic response.  Poster presented at the Western Psychological Association 2000 annual conference, Portland, Oregon, April 13-16, 2000.

Freyd, J.J.  Blind to Betrayal: New Perspectives on Memory for Trauma.  Presentation at the Western Psychological Association 2000 annual conference, Portland, Oregon, April 13-16, 2000.

Maring, B. & Freyd, J.J. Psychology 201 – New and Improved.  Invited for FITT for Class: How do we teach large classes well?  University of Oregon, April 20, 2000.

Freyd, J.J.  Visions of the past and the future.  Plenary Speaker for the First International Workshop on Representational Momentum: New Findings, New Directions & New Connections, Sept 1-3 2000, Max-Planck-Institute for Biological Cybernetics, Tübingen, Germany.   http://www.kyb.tuebingen.mpg.de/repmo2000/

DePrince, A.P. & Freyd, J.J. Directed forgetting and dissociation: An examination of attentional context and memory.  Presentation at the International Society for the Study of Dissociation 17th Annual International Fall Conference. San Antonio, TX, November 12-14, 2000.

Freyd, J.J. Chair of Symposium "Examining the role of betrayal in theory, research, clinical practice, and policy."  International Society for Traumatic Stress Studies 16th Annual Meeting. San Antonio, TX, November 16-19, 2000.

Freyd, J.J.  Empirical investigations of betrayal and memory impairment. Presentation at the International Society for Traumatic Stress Studies 16th Annual Meeting.  San Antonio, TX, November 16-19, 2000.

Jennifer J. Freyd                                                     Vita – October  2025

Freyd, J.J. Discussant at the symposium Remembering and forgetting childhood sexual abuse. International Society for Traumatic Stress Studies 16th Annual Meeting.  San Antonio, TX, November 16-19, 2000.

Becker, K. A., & Freyd, J.J.  Intergenerational transmission of trauma and dissociation. Poster presented at the International Society for Traumatic Stress Studies 16th Annual Meeting. San Antonio, TX, November 16-19, 2000.

DePrince, A.P. & Freyd, J.J.  Dissociation, directed forgetting, and attentional context.  Poster presented at the International Society for Traumatic Stress Studies 16th Annual Meeting. San Antonio, TX, November 16-19, 2000.

Becker, K.A., Pears, K.,  & Freyd, J.J. Validity of  Posttraumatic Stress Disorder and Dissociation Scales of the Child Behavior  Checklist in a Preschool Sample.  Poster presented at the 2001 Biennial meeting of the Society for Research in Child Development, Minneapolis, MN, April 19-22, 2001.

Becker, K.A.,  Pears, K.,  & Freyd, J.J.  Relations between Parents' Dissociation, Harsh and Inconsistent Parenting, and Children's Externalizing Behavior." Paper presented at the 7th International Family Violence Research Conference in Portsmouth, NH, July 22-25, 2001.

Zurbriggen, E., Quina, K., & Freyd, J.J. Sexual assertiveness, condom use, and attitudes toward women.  Presentation given at the Annual Convention of the American Psychological Association, San Francisco, August 24-28, 2001.

Freyd, J.J.  Campus-wide and guest lecture presentations associated with invitation as Visiting Educator, Whitman College, Walla Walla, Washington, October 2 & 3, 2001.

Barlow, M.R., & Freyd, J.J. Implicit, explicit, and procedural memory in high and low dissociators.  Poster presented at the Psychonomics Society 42nd Annual Meeting, Orlando, Florida, November 15-18, 2001.

Becker, K. A., Pears, K. C., & Freyd, J. J. Relations among parents' dissociation, harsh and inconsistent parenting, and children's externalizing. Paper presented at the meeting of the International Society for the Study of Dissociation, New Orleans, Louisiana, December 2-4, 2001.

Freyd, J.J. & DePrince, A.P.   Do high dissociators forget trauma in the lab? Presentation given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

DePrince, A.P., & Freyd, J.J.   Exploring context in trauma responses: Betrayal and withdrawal. Presentation given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

DePrince, A.P. & Freyd, J.J.   Examining the Intersection of Gender, Betrayal, and Posttraumatic Symptoms Presentation given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

Jennifer J. Freyd                                          Vita – October 2025

Becker, K.A., Pears, K.C., & Freyd, J.J.   Relations among Parents' Dissociation, Harsh and Inconsistent Parenting, and Children's Externalizing Behavior Poster given at the International Society for Traumatic Stress Studies 17th Annual Meeting, New Orleans, Louisiana, Dec 6-9, 2001.

Freyd, J.J.  Blind to Betrayal.  Colloquium given at the Department of Psychology,  University of Auckland, New Zealand, December 18, 2001.

Freyd, J.J.  Blind to Betrayal: Forgetting, Unawareness and Interpersonal Trauma.  All-day workshop sponsored by the Cannon Institute and the Trauma and Dissociation Unit, Mayne Health Belmont Private Hospital, Brisbane, Australia, February 23, 2002.

Freyd, J.J.  Blind to Betrayal: Forgetting, Unawareness and Interpersonal Trauma  All-day workshops sponsored by the Delphi Center, in Melbourne (March 2) and Sydney (March 9) Australia, March 2002.

Freyd, J.J.  Gaps in memory and awareness for trauma: Perspectives from Betrayal Trauma Theory, Plenary speaker for Canadian Society of Trauma and Dissociation, Vancouver, British Columbia, June 7-9, 2002.

Becker, K.A. & Freyd, J.J. Attention in Traumatized Children and Adults. Paper presented at the Victimization of Children & Youth Research Conference, in Portsmouth, NH, August 4-7, 2002

Becker, K.A., Freyd, J.J., & Pears, K.C. Attention Context, Trauma History And Preschoolers' Memory For Threat-related Information.  Poster presented at the Psychonomics Society 43rd Annual Meeting, Kansas City, Missouri November 21-24, 2002.

Becker, K.A.  & Freyd, J.J. Attention Deficit Hyperactivity Disorder: Differences in Key Factors Between Abused and Nonabused School-Age Children.  Poster presented at the 2003 Biennial meeting of the Society for Research in Child Development, http://www.srcd.org/biennial.html, Tampa, Florida, April 24-27, 2003.

Goldsmith, R.E.,. & Freyd, J.J.  Emotional abuse and alexithymia.  Poster presented at the Western Psychological Association 2003 annual conference, Vancouver, BC, Canada May 1-4, 2003

Allard, C.B.,. & Freyd, J.J.  Testing Pennebaker's paradigm on betrayal trauma theory.  Poster presented at the Western Psychological Association 2003 annual conference, Vancouver, BC, Canada May 1-4, 2003

Freyd, J.J. The Role of Betrayal Trauma in Family Violence: Memory, Awareness, and Distress. Plenary presentation at the 8th International Family Violence Research Conference, http://www.unh.edu/frl/conference2003/   Portsmouth, New Hampshire, July 13th - July 16th, 2003.

Jennifer J. Freyd                                                    Vita – October  2025

Becker-Blease, K.A., & Freyd, J.J.   Sex Offenders: The Role of Previous Victimization and Cognitive Processing. Presentation at the 8th International Family Violence Research Conference, http://www.unh.edu/frl/conference2003/  Portsmouth, New Hampshire, July 13th - July 16th, 2003.

Freyd, JJ.  Betrayal Trauma: Related to Memory? Health? Gender?  Personality Seminar presentation, Department of Psychology, Stanford University, 23 October 2003.

Becker-Blease, K.A., & Freyd, J.J.   Ethical Challenges of Asking and Not Asking Sex Offenders about Abuse. Spoken presentation at  the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Becker-Blease, K.A., & Freyd, J.J.   Previous Victimization and Dissociation among Sex Offenders. Spoken presentation at the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

DeMarni Cromer, L., Freyd, J.J., & Arakaki, H.   Stuffed Animals, Pets, and Dissociation. Poster presented  at the International Society for Traumatic Stress Studies 19th Annual Meeting Chicago, October 29 – 1 November 1, 2003.

DePrince, A.P., & Freyd, J.J.   Participant Responses to Being Asked about Trauma History. Spoken presentation at the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Freyd, J.J.   Chair and Discussant of Symposium: Fragmented information processing in revictimization and perpetration. International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Freyd, J.J.   Chair of Symposium: The Ethics of Asking and Not Asking About Trauma History. International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Goldsmith, R.E., Freyd, J.J., & DePrince, A.P.  Betrayal Trauma: Fragmenting Psychological and Physical Health.  Poster presented at the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Zurbriggen, E.L., & Freyd, J.J.   Abuse and Revictimization: The Role of Consensual Sex Decision Rules. Spoken presentation at the International Society for Traumatic Stress Studies 19th Annual Meeting, Chicago, October 29 – 1 November 1, 2003.

Kieras, J. & Freyd, J.J. Dissociating, Attending, and Remembering. Poster presented at the 44th Annual Meeting of the Psychonomic Society, Vancouver, Canada, November 6-9, 2003.

Freyd, J.J. Co-organizer and moderator for AAAS symposium The Science of Child Abuse, its Media Presentation, and Forensic Considerations, Annual Meeting of the American Association for the Advancement of Science, Seattle, 12-16 February 2004.

Jennifer J. Freyd                                                                 Vita – October  2025

DeMarni Cromer, L., & Freyd, J.J.. Stuffed animals, pets and dissociation., Poster presented at the Annual Meeting of the American Association for the Advancement of Science, Seattle, 12-16 February 2004.

Goldsmith, R.E., Freyd, J.J., & DePrince, A.P.   Health Correlates of Exposure to Betrayal Trauma.  Poster presented at the Annual Meeting of the American Association for the Advancement of Science, Seattle, 12-16 February 2004.

Freyd, J.J. Betrayal Trauma Theory: Dimensions of Harm and Healing.  Presentation at the 2004 Annual meeting of the American Psychiatric Association, New York, NY, May 1-6, 2004.

Allard, C.B., Freyd, J.J., & Momiyama, T. Exploring the Potential of Pennebaker's Writing Paradigm on Betrayal Trauma Sequelae. Poster presented at the Annual Meeting of the American Psychological Association, Honolulu, 28 July - 1 August, 2004.

Freyd, J.J., Klest, B., & Allard, C.B. Physical Health, Psychological Distress, and Betrayal Trauma. Poster presented at the Annual Meeting of the American Psychological Association, Honolulu, 28 July - 1 August, 2004.

Becker-Blease, K.A., & Freyd, J.J. Why not ask about abuse? Beliefs that hold researchers back. Presentation given at the Annual Meeting of the American Psychological Association, Honolulu, 28 July - 1 August, 2004.

DePrince, A.P., & Freyd, J.J. Harmful Taboo? Fear of Harm in Asking about Trauma History. Presentation given at the Annual Meeting of the American Psychological Association, Honolulu, 28 July - 1 August, 2004.

Freyd, J.J. & Becker-Blease, K.A. Context for Enhancing Learning about Trauma and Oppression. Presentation given at the Annual Meeting of the American Psychological Association, Honolulu, 28 July - 1 August, 2004.

Hayes, A.E. & Freyd J.J. The effect of an ignored or attended abrupt auditory distractor on representational momentum. Poster presented at the European Conference on Visual Perception, Budapest, Hungary, August 22-26, 2004.

Freyd, J.J. Betrayal trauma: gender, distress, and dissociative amnesia.  Grand Rounds (colloquium) presentation, Department of Psychiatry and Behavioral Sciences, Stanford University Medical School, November 4, 2004.

Allard, C.B., & Freyd, J.J. Writing about Betrayal Trauma: Examining Gender and Narrative Structure. Poster presented at the 20th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

Binder, A., Cromer, L.D., & Freyd, J.J. What's the harm in asking? Participant reaction to trauma history questions compared with other personal questions. Poster presented at the 20th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

41

Jennifer J. Freyd                                                                          Vita – October  2025

Cromer, L.D., & Freyd, J.J. Believability Bias in Judging Memories for Abuse. Poster presented at the 20th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

DePrince, A.P., Allard, C.B., Oh, H., & Freyd, J.J.. Misleading implications from the use of the label "false memory." Poster presented at the 20th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

Klest, B.., & Freyd, J.J. Global Coding of Trauma Essays: Correlations With Health Outcomes. Poster presented at the 20th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

DePrince, A.P., Becker-Blease, K.A., & Freyd, J.J.. Forgetting trauma stimuli in and out of the lab.  Spoken presentation at the 20th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

Freyd, J.J. & Goldberg, L.R.   Gender difference in exposure to betrayal trauma. Spoken presentation at the 20th Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA, November 14-18, 2004.

Freyd, J.J.  Gender differences in exposure to betrayal trauma.  Spoken presentation at the Gender and Interpersonal Violence Forum, Center for the Study of Women in Society, University of Oregon, Eugene, November 19, 2004.

Freyd, J.J. & Goldberg, L.R. Adventures with the Brief Betrayal Trauma Survey. Colloquium, Psychology Department, University of Oregon. 28 January 2005.

Freyd, J.J. Betrayal Trauma: Forgetting, Unawareness and Treatment Implications. All-day workshop, Blue Sky Bridge - The Child and Family Advocacy Program, Boulder Colorado, 4 February 2005.

Freyd, J.J. Exposure to Betrayal Trauma: Gender, Distress, & Health.  Presentation at Addressing Sexual Violence on Oregon Campuses, conference of the Oregon Attorney General's Sexual Assault Task Force, Eugene, Oregon, 12 April 2005.

Goldsmith, R.E., Freyd, J.J., & DePrince, A.P. (July, 2005) Physical and Emotional Health Consequences of Betrayal Trauma. Presented at the 9th International Family Violence Research Conference, in Portsmouth, NH, July 10-13, 2005.

Becker-Blease, K.A.,., Freyd, J. J., & Friend, D.  (August, 2005).  Male Victimization and Perpetration.  Paper presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Zurbriggen, E. L., & Freyd, J. J.  (August, 2005).  Childhood abuse and consensual sex decision rules: Implications for revictimization.  Paper presented at the Annual Convention of the American Psychological Association, Washington, D.C.

Jennifer J. Freyd                                                    Vita – October  2025

Freyd, J.J. (September, 2005). Betrayal Trauma Theory.  Presentation at Oregon Attorney General's Sexual Assault Task Force 2005 Advocate Advanced Training Program, Eugene, Oregon, 14 September 2005.

Martin, C.G., Cromer, L., Filgas-Heck, R. & Freyd, J.J. (2005) ADHD Symptomatology and Teachers' Perceptions of Maltreatment Effects.   Poster presented at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto, Ontario, Canada November 2-5, 2005

Gray, M., Cromer, L, Freyd, J.J. (2005) Betrayal trauma, acculturation & historical grief in Native Americans. Poster presented at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto, Ontario, Canada November 2-5, 2005

Klest, B. & Freyd, J.J. (2005) Dissociation and Memory for Neutral and Traumatic Stories. Poster presented at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto, Ontario, Canada November 2-5, 2005

Allard, C. A., Freyd, J. J., & Goldberg, L. R. (2005). Are All Traumatic Events Equal? Further Research Using the BBTS. Poster presented at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto ON, Canada, November 2-5, 2005.

Baldwin, M., Cromer, L.D., & Freyd, J. (May, 2006).  The Impacts of Shareability and Affective Context on Memory.. Presentation given at the Sixth Annual Stanford Undergraduate Psychology Conference, Stanford, California, May 13, 2006.

McLean, C., Klest, B., & Freyd, J. (May, 2006).  Dissociation and Distortion: Functional and Effective Similarities. Presentation given at the Sixth Annual Stanford Undergraduate Psychology Conference, Stanford, California, May 13, 2006.

Freyd, J. J. & Zurbriggen, E.L. (August, 2006).  Using Research to Inform Trauma Treatment: Insights from Betrayal Trauma Studies.  Presentation given at the 114th Annual Convention of the American Psychological Association, New Orleans, Louisiana, August 11, 2006.

Cholankeril, A., Freyd, J.J., Becker-Blease, K.A., Pears, K.C., Fisher, P.A.  (September, 2006). Dissociation in preschool-aged foster children exposed to maltreatment.  Poster presented at the 11th International Conference on Violence, Abuse, and Trauma, San Diego, CA, September 17, 2006.

Becker Blease, K., Freyd, J.J., DePrince, A.P. (November 2006) The Ethics of Asking and Not Asking About Trauma. Presentation given at the Third Annual Conference on Innovations in Trauma Research Methods, Hollywood, CA, November 3-4, 2006.

Becker-Blease, K., Friend, D.  & Freyd, J.J. (November, 2006). Child Sex Abuse Perpetrators among Male University Students. Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollwood, CA, November 4-7, 2006.

Jennifer J. Freyd                                                          Vita – October  2025

Edwards, V. J., Freyd, J. J., Dube, S.R., Anda, R.F. Felitti, V.J. (November, 2006). Health effects by closeness of sexual abuse perpetrator: A test of Betrayal Trauma Theory.  Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Foynes, M.M, Freyd, J. J., & DePrince, A.P. (November, 2006). Child Abuse, Betrayal, and Disclosure. Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Goldsmith, R., Freyd, J.J., & DePrince, A.P. (November, 2006).  Abuse Awareness: Physical and Psychological Health Consequences.  Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Klest, B., Allard, C., & Freyd, J.J. (November, 2006).  Adult trauma and adult symptoms: Does childhood trauma drive the relationship?  Poster presented at the 22st Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA, November 4-7, 2006.

Tang, S.S. & Freyd, J.J. (November 2006). Gender differences in depression and anxiety: The mediating role of betrayal trauma. Presentation given at the International Society for the Study of Dissociation 23rd International Fall Conference, Los Angeles, California, November 9-11, 2006.

Cholankeril, A., Freyd, J.J., Becker-Blease, K.A., Pears, K.C., Fisher, P.A.  (November, 2006). Examining dissociation in maltreated preschool children.  Poster presented at the International Society for the Study of Dissociation 23rd International Fall Conference, Los Angeles, California, November 9-11, 2006.

Foynes, M.M, Freyd, J. J., & DePrince, A.P. (January, 2007). Cultural considerations in the disclosure of traumatic life events. Paper presented at the National Multicultural Conference and Summit, Seattle, Washington January 24–26, 2007.

Freyd, J. J.  (March, 2007). Betrayal trauma: Memory, health, & gender.  Presentation at the Center for Community Counseling, Eugene, Oregon, March 7, 2007.

Tenedios, C.M.,  Ablow, J.C.,  & Freyd, J.J. (March, 2007). Interpretation accuracy of infant facial expressions: Alexithymia, depression, dissociation and trauma considered.  Poster presented at the 2007 Biennial meeting  of the Society for Research in Child Development, Boston, MA, March 29-April 1, 2007.

Freyd, J.J. (April, 2007). Betrayal trauma: awareness, health, and gender.  2007 Annual Hastorf Lecture, Psychology Department, Mount Holyoke College, South Hadly, MA, 16 April 2007.

Barlow, M.R., Cromer, L.D.., Caron, H., & Freyd, J.J (August, 2007). Dissociation and Attachment to Companion Animals.  Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Jennifer J. Freyd                                                                  Vita – October  2025

Cholankeril, A., Freyd, J.J., Becker-Blease, K.A., Pears, K.C., Kim, H.K., Fisher, P.A. (August 2007). Dissociation and post-traumatic symptoms in maltreated preschool children." Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Foynes, M.M., Murakami, J. M., Hall, G. C. N., & Freyd, J. J. (August, 2007).  Trauma, Ethnicity and Psychopathology. Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Klest, B., Freyd, J.J., Goldberg, L., & Hampson, S. (August, 2007)   Trauma, Personality, and Resilience against Depression: A Longitudinal Analysis.  Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

McLean, C., Klest, B., & Freyd, J.J. (August, 2007) Dissociation and Cognitive Distortion: Functional and Effective Similarities. Poster presented at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Freyd, J.J. (August, 2007)   Symposium discussant for "Ethics and Trauma Research: Conceptual and Empirical Considerations," at the 115th Annual Convention of the American Psychological Association, San Francisco, California, August 17-20, 2007.

Spaventa, K., Tang, S.S., & Freyd, J.J.  (September, 2007).  Why don't kids tell? Gender and the disclosure of abuse.  Poster presented at the 12th International Conference on Violence, Abuse, and Trauma, San Diego, CA, September 17, 2007.

Foynes, M. & Freyd, J.J. (November, 2007) Disclosure-in-Action: Responses to First Disclosures.  Poster presented at the 23rd Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, November 16, 2007.

Cromer, L.D., Freyd, J.J., & Binder, A. (November, 2007). Ethics of Asking Questions about Traumatic Experiences.  Paper presented at the 23rd Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, November 17, 2007.

Freyd, J.J. (November, 2007). Symposium chair and discussant for "Betrayal Trauma: the Ethics of Diagnosis and Treatment," at the 23rd Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, November 16, 2007.

Freyd, J.J. (March, 2008). The Psychology of Betrayal Trauma: Memory, Health, and Gender. Invited Lecture, Thompson Hall Science and Mathematics Seminar, University of Puget Sound, Tacoma, Washington, 6 March 2008.

Freyd, J.J. (April, 2008). Betrayal Trauma: Memory, Health, and Gender.  Colloquium, Department of Psychology, New Mexico State University, Las Cruces, NM, 11 April 2008.

Jennifer J. Freyd                                                                                    Vita – October  2025

Barton, J. M. & Freyd, J.J. (July, 2008).  From the interpersonal to the institutional: Systemic betrayal of domestic violence victims.   Presentation at the 12th International Family Violence and Child Victimization Research Conference, Portsmouth, New Hampshire, July 27th – July 29th, 2008.

Gobin, R.L. & Freyd, J.J. (July, 2008).  Trust and revictimization among betrayal trauma survivors.  Presentation at the 12th International Family Violence and Child Victimization Research Conference, Portsmouth, New Hampshire, July 27th – July 29th, 2008.

Platt, M. & Freyd, J.J. (July, 2008).   Why Doesn't She Leave Him? Domestic Violence: A Betrayal Trauma Perspective.  Presentation at the 12th International Family Violence and Child Victimization Research Conference, Portsmouth, New Hampshire, July 27th – July 29th, 2008.

Gobin, R.L. & Freyd, J.J. (August, 2008).  Trust and revictimization among betrayal trauma survivors.  Poster presented at the 116th Annual Convention of the American Psychological Association, Boston, Massachusetts, August 14-17, 2008.

Foynes, M.M. & Freyd, J.J. (August, 2008).  Disclosure-in-Action: The Responses of Close Others to First Disclosures.  Poster presented at the 116th Annual Convention of the American Psychological Association, Boston, Massachusetts, August 14-17, 2008.

Gobin, R.L. & Freyd, J.J. (September, 2008).  Betrayal and revictimization.  Poster presented at the 13th International Conference on Violence, Abuse, and Trauma, San Diego, CA, September 14-17, 2008.

Kaehler, L. & Freyd, J.J. (November, 2008).  Defense against Betrayal? Borderline Personality Disorder.  Poster presented at the 24th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Chicago, Illinois, November 13-15, 2008.

Gobin, R. & Freyd, J.J. (November, 2008).  Trust and revictimization among betrayal trauma survivors.  Paper presented at the 24th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Chicago, Illinois, November 13-15, 2008.

Klest, B., Freyd, J.J. Hampson, S., & Goldberg, L.R. (November, 2008).  Trauma, personality, and demographic predictors of depression.  Paper presented at the 24th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Chicago, Illinois, November 13-15, 2008.

Barlow, M.R., & Freyd, J.J. (November, 2008). Characteristics of Memory for Autobiographical and Episodic Events in Women with Dissociative Identity Disorder.  Poster presented at the Psychonomics Society 49th Annual Meeting, Chicago, Illinois, November 13-16, 2008.

Kaehler, L. & Freyd, J.J. (November, 2008).  Betrayal Trauma predicts Borderline Personality characteristics: Etiological underpinnings?  Poster presented at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Jennifer J. Freyd                                                         Vita – October  2025

Barton, J. Klest, B., & Freyd, J.J. (November, 2008).  Exploration of relational health and cognitive measures of dissociation.  Poster presented at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Freyd, J.J. (November, 2008).  Conversation hour with Jennifer Freyd, PhD, Editor of the Journal of Trauma and Dissociation: Tips for getting your article published. Conversation Hour conducted at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Freyd, J.J. (November, 2008).  Betrayal trauma: Theory and research. In L. Kahn (Chair), *Betrayal Trauma: Theory and treatment implications.* Workshop conducted at the International Society for the Study of Trauma and Dissociation 25th International Fall Conference, Chicago, IL, November 15-17, 2008.

Freyd, J.J. (March, 2009). Betrayal Trauma: Memory, Health, and Gender.  Colloquium, Department of Psychology, University of Canterbury, Christchurch, New Zealand, 18 March 2009.

Freyd, J.J. (May, 2009). Discussant at the conference "The therapeutic origins of politics, public policy, and citizenship in the post-1945 United States", University of Oregon, Eugene, Oregon, 29 May 2009.

Freyd, J.J. (August, 2009).  The psychological injury of trauma: From terror to betrayal. Continuing education presentation invited for Oregon State Hospital, Salem, Oregon, 26 August 2009.

Freyd, J.J. (September, 2009). Betrayal Trauma: Memory, Dissociation, Health, and Gender. Presentation, Institute of Psychology at Aarhus University, Aarhus, Denmark, 18 September 2009.

Freyd, J.J. (September, 2009). Betrayal Trauma: Memory, Dissociation, Health, and Gender. Colloquium, Department of Psychology, University of Lund, Lund, Sweden, 21 September 2009.

Platt, M. & Freyd, J.J. (November, 2009). Shame, dysfunctional attitudes, and trauma: An exploratory study.  Poster presented at the 25th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Atlanta, Georgia, 5-7 November 2009.

Freyd, J.J. (February, 2010). Discussant for Symposium, "Vicarious Traumatization in the Clinic, Classroom, and Laboratory: Caring for Ourselves and Each Other," at the 35th Annual Conference of the Association for Women in Psychology, Portland, Oregon, February 12-14, 2010.

Gold, S.N. & Freyd, J.J. (April, 2010).  Betrayal Trauma Theory: A Contextual/Relational Explanation for Impaired Recall for Traumatic Events.  Invited presentation.  58th Nebraska Symposium on Motivation, University of Nebraska, Lincoln, 22-23 April 2010.

Jennifer J. Freyd                                                          Vita – October  2025

Freyd, J.J. (August, 2010). Disclosing Trauma: Research and Implications. Invited address for the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Freyd, J.J. (August, 2010). Chair and Discussant for Symposium, "Attachment, Trauma, and Oppression: Social Justice, Clinical, and Research Perspectives," for the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Tang, S.S. & Freyd, J.J. (August, 2010). Gender Differences in Posttraumatic Stress: Betrayal Trauma and Gender Roles. Paper presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Kaehler, L.A., Freyd, J.J., & Goldberg, L.R.  (August, 2010). Betrayal Trauma and Borderline Personality Characteristics: Gender Differences. Poster presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Martin, C.G., Cromer, L.D., DePrince, A.P. & Freyd, J.J. (August, 2010). Trauma Appraisals and Betrayal: Support for the Brief Betrayal Trauma Survey. Poster presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Klest, B., Freyd, J.J., Hampson, S.E., & Goldberg, L.R. (August, 2010). Trauma, Social Context, and Self-rated Health Over Time. Symposium presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Platt, M. & Freyd, J.J. (August, 2010). Shame, Dysfunctional Attitudes and Trauma: An Exploratory Study. Symposium presentation at the 118th Annual Convention of the American Psychological Association, San Diego, California, 12-15 August 2010.

Kaehler, L.A. & Freyd, J.J. (October 2010). Memory for Emotional Information in School-Aged Children.  Poster presented at the 27th annual meeting of the International Society for the Study of Dissociation, Atlanta, 16-18 October 2010.

Freyd, J.J. (November 2010). Betrayal, Gender, & Disclosure.  Woods Lecture at the Pembroke Center, Brown University, 11 November 2010.

Freyd, J.J. (November 2010). Betrayal Trauma: From Harm to Healing.  Grand Rounds at Department of Pediatrics, Hasbro Hospital, Brown University Medical School, 12 November 2010.

Freyd, J.J. (March 2011). Betrayal Trauma: From Harm to Healing. Workshop at the Leipziger Akademie für Ganzheitliche Psychotherapie, Leipzig, Germany, 13-14 March 2011.

Freyd, J.J. (March 2011). Betrayal Trauma: Memory, Health, & Gender.  Tutorial at the Department of Psychology, University of Regensburg, Regensburg, Germany, 18 March 2011.

Jennifer J. Freyd                                                                 Vita – October  2025

Freyd, J.J. (September 2011). The Impact of Betrayal Trauma. Colloquium at the Boston VA/ National Center for PTSD, 9 September 2011.

Gobin, R. L. & Freyd, J.J. (October, 2011). Trauma, Trust, and Betrayal Awareness. Invited oral presentation at the Conference of Ford Fellows, Irvine, CA, October 14-15, 2011.

Freyd, J.J. (November, 2011). Symposium Chair, "From Research to Clinical Innovations and Applications: Implications from Betrayal Trauma Theory," at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Martin, C.G., Cromer, L. DePrince, A. & Freyd, J.J. (November, 2011). Is all trauma equal? The role of betrayal in understanding trauma symptomatology. In Symposium: "From Research to Clinical Innovations and Applications: Implications from Betrayal Trauma Theory," at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Hulette, A.C., Kaehler, L.A. & Freyd, J.J. (November, 2011). Intergenerational Effects of Betrayal Trauma in a Mother-Child Sample. Poster presented at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Martin, C.G., Huss, J.M. & Freyd, J.J. (November, 2011). Interpersonal Betrayal: The Role of Relational Closeness in How Victims Appraise Betrayal. Poster presented at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Smith, C.P. & Freyd, J.J. (November, 2011). Nowhere to Turn: Institutional Betrayal Exacerbates Traumatic Aftermath of Sexual Assault. Poster presented at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Freyd, J.J. (November, 2011). Presenting Participant in Workshop (Kahn, L., Chair), "The Harm and Healing of Betrayal Trauma: A Researcher/Clinician Dialog," at the 27th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Baltimore, Maryland, 3-5 November 2011.

Medrano, L., Martin, C.G. & Freyd, J.J. (November 2011). Oregon State Hospital: A Case Study of Institutional Betrayal. Poster presented at the 28th annual meeting of the International Society for the Study of Trauma and Dissociation, Montreal, Canada, 5-7 November 2011.

Smith, C.P. & Freyd, J.J. (November 2011). Institutional Betrayal: Violations of members' trust surrounding incidents of sexual assault. Poster presented at the 28th annual meeting of the International Society for the Study of Trauma and Dissociation, Montreal, Canada, 5-7 November 2011.

Freyd, J.J. (January 2012).  Betrayal Blindness & Institutional Blindness: Harm and Healing, Department of Veterans Affairs MST Teleconference Training Series Presentation, 5 January 2012.

Freyd, J.J. (March 2012).  Panelist in "Feminist Mentoring Across the Generations."  37th Annual Conference of the Association for Women in Psychology, Palm Springs, CA, 10 March 2012.

Freyd, J.J. (April 2012).  Betrayal Trauma: Why we Dissociate Severe Violence from Significant Others. Invited lecture, 13-15 April 2012, *Faces of Violence*, Congress for the 20th Anniversary of the Institut für systemische Therapie und Traumatherapie, Stuttgart, Germany.

Becker-Blease, K., Freyd, J.J., Russo, N.F., & Rich-Edwards, J. (May 2012). The Costs of Not Asking About Abuse: Empirical Evidence. Paper presented as part of the symposium, "Costs and Benefits of Trauma Research: Implications for Institutional Review Boards" at the 2012 Association for Psychological Science Annual Convention in Chicago, IL, May 24-27, 2012.

Freyd, J.J. (October 2012).  Betrayal Trauma: Revealing & Healing.  Keynote speaker at the OAASIS 2012 Annual Conference, Portland, Oregon, 13 October 2012.

Gobin, R.L. & Freyd, J.J. (October 2012). Betrayal Trauma, Betrayal Awareness, and Peritraumatic Dissociation. Presentation at the 29th annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 18-22 October 2012.

Martin, C.G, Van Ryzin, M.J., & Freyd, J.J. (November, 2012). A Betrayal Trauma Perspective on Childhood Trauma and Psychopathology. Poster presented at the 28th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Los Angeles, CA, 1-3 November 2012.

Gobin, R.L. & Freyd, J.J. (November, 2012). The impact of betrayal trauma on trust. Poster presented at the 28th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Los Angeles, CA, 1-3 November 2012.

Freyd, J.J. (February, 2013). Avoiding Judicial Betrayal of Child Witnesses: Implications from Betrayal Trauma Theory.  Presentation in: "Symposium: Child Witnesses in Sexual Abuse Cases" at Roger Williams University in Bristol, R.I., on 22 February 2013.

Freyd, J.J. (April, 2013). Dangerous Safe Havens: Exploring Institutional Betrayal.  Presentation hosted by the Harvard Society for Mind, Brain, and Behavior, Harvard University, Cambridge, MA, 23 April 2013.

Freyd, J.J. (April, 2013). Dangerous Safe Havens: Exploring Institutional Betrayal.  Presentation at the Boston VA/ National Center for PTSD, 23 April 2013.

Jennifer J. Freyd                                    Vita – October  2025

Freyd, J.J. (June 2013). Betrayal Blindness, Institutional Betrayal, and Telling about Betrayal. Keynote for International Symposium Slander and Betrayal, Leipziger Akademie für Ganzheitliche Psychotherapie, Leipzig, Germany, 13-15 June 2013.

Gomez, J.M. & Freyd, J.J. (August, 2013). High Betrayal Child Sexual Abuse, Self Injury & Hallucinations. Poster accepted for presentation at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Freyd, J.J. (August, 2013). Symposium organizer for "Systemic Trauma and Institutional Betrayal," at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Smith, C.P. & Freyd, J.J. (August, 2013). Traumatic Environments: Mechanisms and Outcomes of Institutional Betrayal.  Presentation accepted as part of the symposium "Systemic Trauma and Institutional Betrayal," at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Medrano, L., Martin, C.G., & Freyd, J.J. (August, 2013). Oregon State Hospital: A Case Study of Institutional Betrayal.  Presentation accepted as part of the symposium "Systemic Trauma and Institutional Betrayal," at the 121st Annual Convention of the American Psychological Association, Honolulu, Hawaii, 31 July - 4 August 2013.

Freyd, J.J. (October, 2013).  The Psychology of Betrayal Trauma: Interpersonal and Institutional. The keynote speaker for Connections 2013, UO Counseling & Testing Center's 5th Annual Continuing Education & Networking Event, University of Oregon, Eugene, Oregon, 4 October 2013.

Freyd, J.J. (January, 2014).  Why Do We Turn a Blind Eye to Betrayal? Public Lecture at the National University of Singapore, Singapore, 17 January 2014.

Freyd, J.J. (January, 2014).  The Psychology of Betrayal Trauma: From the Intimate to the Institutional.  Health Clusters presentation at the National University of Singapore, Singapore, 17 January 2014.

Freyd, J.J. (January, 2014).  Betrayal Trauma Theory and Research. Presentation to the Ministry of Social and Family Development of Singapore, Singapore, 20 January 2014.

Freyd, J.J. (January, 2014).  Betrayal Blindness, Institutional Betrayal, and Telling about Betrayal.. Psychology Department presentation at the National University of Singapore, Singapore, 21 January 2014.

Freyd, J.J. (April 2014).  Presenter and Panelist at the Taubman Center for Public Policy & American Institutions, Brown University: "Book Launch and Panel Discussion with Professor Ross Cheit - The Witch-Hunt Narrative." Providence, Rhode Island, 1 April 2014.

Freyd, J.J. (April 2014).  Research on Institutional Betrayal: The Case of Campus Sexual Violence.  Presentation at the Women's Center of Northwestern University, Evanston, Illinois, 18 April 2014.

Jennifer J. Freyd                                                    Vita – October  2025

Freyd, J.J. (April, 2014). Interpersonal and Institutional Betrayal. Invited speaker for annual meeting of the Western Psychological Association, Portland, Oregon, 25 April 2014.

Freyd, J.J. (April, 2014).Student Conversation Hour following invited lecture at the annual meeting of the Western Psychological Association, Portland, Oregon, 25 April 2014.

Gómez, J.M. & Freyd, J.J. (April, 2014).  Dissociation, High Betrayal Child Sexual Abuse, And Hallucinations.  Poster presented at the annual meeting of the Western Psychological Association, Portland, Oregon, 25 April 2014.

Freyd, J.J. (May, 2014).  What we have learned about Interpersonal and Institutional Betrayal Trauma.  Invited keynote speaker for annual meeting of the Survivorship Organization, Oakland, California, 17-18 May 2014.

Gómez, J. M., & Freyd, J. J. (2014, June). Sexual trauma, cultural betrayal, and PTSD within cultural minorities. Poster presented at The Third Biennial American Psychological Association Division 45 Research Conference, Eugene, Oregon, 19-21 June 2014.

Gómez, J. M., & Freyd, J. J. (2014, June). What's in a name? Variability in identification with minority identity. Poster presented at The Third Biennial American Psychological Association Division 45 Research Conference, Eugene, Oregon, 19-21 June 2014.

Gómez, J. M., Smith, C. P., & Freyd, J. J. (2014, June). Minority students' experience of discrimination and institutional betrayal. Poster presented at The Third Biennial American Psychological Association Division 45 Research Conference, Eugene, Oregon, 19-21 June 2014.

Street, A. E., Reinhardt, K. M, Foynes, M. M., Luciano, M. T., Matza, A. R, & Freyd, J. J. (2014, July). Characteristics of sexual trauma that occurs in military settings: Qualitative data from military sexual trauma survivors. Poster presented at the VA Health Services Research & Development Conference on Partnerships for Research & Care of Women Veterans, Arlington, VA.

Freyd, J.J. (September, 2014). Sexual Assault on Campus: Institutional Courage or Institutional Betrayal?  Public Lecture at the University of Rhode Island, Kingston, Rhode Island, 9 September 2014.

Freyd, J.J. (September, 2014). Institutional Betrayal: The case of campus sexual assault.  Public lecture sponsored by the Department of Psychology, the Women's, Gender, and Sexuality Studies Program, and The Office of the Dean of Arts & Sciences, Brandeis University, Waltham, Massachusetts, 12 September 2014.

Freyd, J.J., Smith, C.P., Rosenthal, M.R. (September, 2014) Preliminary Results from the the UO Sexual Violence and Institutional Behavior Campus Survey, UO Senate Task Force Meeting, University of Oregon, Eugene, Oregon, 30 September 2014.

Freyd, J.J. & Smith, C.P. (October, 2014). Addressing Sexual Assault - From Institutional Betrayal to Institutional Courage. Presentation to the City Club of Eugene, 3 October 2014.

Jennifer J. Freyd                                                    Vita – October  2025

Freyd, J.J. (October, 2014). UO Research on the Psychology of Betrayal Trauma, Disclosure, and Institutional Betrayal. Featured presentation at an event hosted by the Office of Academic Affairs and the Center for the Study of Women in Society, University of Oregon, Eugene, Oregon, 7 October 2014.

Smith, C. P. & Freyd, J.J. (October, 2014). Campus Sexual Assault and Institutional Betrayal. Presentation to the Oregon Attorney General's Sexual Assault Task Force, Salem, Oregon, 16 October 2014.

Smith, C. P., Rosenthal, M. N., & Freyd, J. J. (October, 2014). Assessing campus climates: The role of institutional betrayal in campus sexual assault research. Presented by Mary Koss at the GSU College Sexual Assault Forum: From Campus Climate to a Coordinated Response, Atlanta, GA, 22-24 October 2014.

Freyd, J.J. (October, 2014). Institutional Betrayal..  Plenary speaker at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Freyd, J.J. (October, 2014). What makes an event traumatic?  The Impact of Social Betrayal.. Panel presentation at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Gómez, J. M., & Freyd, J. J. (October 2014). Changes in identity as a result of trauma? Poster presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Delker, B., & Freyd, J. J. (October 2014). Measuring betrayal awareness with the Betrayed Self Implicit Association Test. Paper presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Reinhardt,K., & Freyd, J. J. (October 2014). The Present Betrayed by the Past: How Betrayal Trauma Impacts Mindfulness. Poster presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Platt, M., & Freyd, J. J. (October 2014). Betray My Trust, Shame on Me: Shame, Dissociation, Fear, and Betrayal Trauma. Paper presented at the 31st annual meeting of the International Society for the Study of Trauma and Dissociation, Long Beach, California, 25-27 October 2014.

Rosenthal, M. N., Smith, C. P., & Freyd, J. J. (October 2014). Known unknowns: Assessing mandated training on knowledge of Title Ix and campus sexual assault. Poster presented at the International Society for the Study of Trauma and Dissociation, Long Beach, CA, 23-27 October 2014.

Jennifer J. Freyd                                                             Vita – October  2025

Rosenthal, M. N., & Freyd, J. J. (October 2014). Speaking of Sex: Exploring betrayal trauma, dissociation, and sexual communication in college students. Poster presented at the International Society for the Study of Trauma and Dissociation, Long Beach, CA, 23-27 October 2014.

Smith, C. P., & Freyd, J.J. (October 2014). A Longitudinal Investigation of the Impact of Institutional Betrayal and Reparation on Adult Survivors of Childhood Abuse. Poster presented at the International Society for the Study of Trauma and Dissociation, Long Beach, CA, 23-27 October 2014.

Freyd, J.J., Smith, C. P., & Rosenthal, M. N., (November 2014). Research on Institutional Betrayal: The Case of Campus Sexual Violence. Paper presented in Symposium: "New Directions in Campus Sexual Assault Research," at the 30th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Miami, Florida, 6-8 November 2014.

Street, A. E., Reinhardt, K. M, Foynes, M. M., Luciano, M. T., Matza, A. R, & Freyd, J. J. (2014, November). Characteristics of sexual trauma that occurs in military settings: Qualitative data from military sexual trauma survivors. Poster presented at the 30th Annual Meeting of the International Society for Traumatic Stress Studies (ISTSS), Miami, Florida, 6-8 November 2014.

Freyd, J.J. (January, 2015). Researching Institutional Betrayal:  The Case of Campus Sexual Assault.  Lecture at the Eugene-Lane, Oregon branch of the American Association of University Women (AAUW), Eugene, OR, 10 January 2015.

Freyd, J.J. (January, 2015). Institutional Betrayal: The Case of Campus Sexual Assault. Lecturer, Tan Sack Lecture Series, Department of Anthropology, Oregon State University, Corvallis, Oregon, 30 January 2015.

Freyd, J.J. (February, 2015). Participation in the Madison Summit on the Science of Campus Climate and Sexual Misconduct, University of Wisconsin, Madison, WI, 11-12 February 2015.

Freyd, J.J. (February, 2015). Plenary panel participant, "Using Data to Do Good in the World," at the Qualtrics Insight Summit, Salt Lake City, 17-20 February 2015.

Freyd, J.J. (May, 2015). Speaker at the plenary event: "In the Aftermath of Conflict: Starting Again" at the International Women's Forum World Cornerstone Conference, Johannesburg, South Africa, 20-22 May 2015.

Smidt, A., Smith, C.P., Rosenthal, M. & Freyd, J.J. (August, 2015). Out and in Harm's Way: Sexual Minorities' Health Following Institutional Betrayal and Sexual Assault. Presentation for the 123rd Annual Convention of the American Psychological Association, Toronto, Ontario, Canada 6-9 August 2015.

Smith, C.P. & Freyd, J.J. (August, 2015). First, do no harm: Institutional betrayal in healthcare. Presentation for the 123rd Annual Convention of the American Psychological Association, Toronto, Ontario, Canada 6-9 August 2015.

Jennifer J. Freyd                                                                           Vita – October  2025

Freyd, J.J. (August, 2015). Institutional Betrayal Trauma: Implications for Interpersonal Violence and Abuse across the Lifespan.  Opening plenary presentation at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Kahn, L. & Freyd, J.J. (August, 2015). Applying Betrayal Trauma Theory to Practice. Presentation at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Freyd, J.J. (August, 2015). Panelist on the Keynote Panel entitled "Campus Sexual Assault: Current Research and Prevention Approaches" at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Freyd, J.J. (August, 2015). Panelist for the Parallel Plenary Panel on "From Virginia Tech to Penn State to Oklahoma University – Violence on Campus" at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, 23-26 August 2015.

Gómez, J. M., Rosenthal, M. N., Smith, C. S., & Freyd, J. J. (August, 2015). Participant reactions to sexual violence questionnaires: Implications for campus climate surveys. Poster presented at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, San Diego, CA, 23-26 August 2015.

Smidt, A. & Freyd, J. J. (August, 2015). Betrayal Trauma, Homophobia, and Level of Outness in Heterosexuals. Poster presented at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, San Diego, CA, 23-26 August 2015.

Smidt, A. & Freyd, J. J. (August, 2015). Dimensions of emotion dysregulation associated with experiences of betrayal. Poster presented at the 20th International Summit & Training on Violence, Abuse, & Trauma, San Diego, CA, San Diego, CA, 23-26 August 2015.

Freyd, J.J. (September, 2015).  Institutional betrayal.  Presented to the Connecticut College Consortium to End Sexual Violence (CCCESV). UConn School of Law, West Hartford, Connecticut, 24 September 2015.

Freyd, J.J. (September, 2015).  Understanding and Avoiding Institutional betrayal.  Presented to the Office of Diversity and Equity, University of Connecticut, UConn School of Social Work West Hartford, Connecticut, 25 September 2015.

Freyd, J.J. (October, 2015).  The UO 2015 Sexual Violence Survey.  Presented to the University of Oregon Senate, Eugene, Oregon, 7 October 2015.

Freyd, J.J. (January, 2016). Campus Sexual Assault: The Problem. Teleconference presentation and panel discussion for the American Bar Association, Thursday, 7 January 2016.

Freyd, J.J. (February, 2016). Addressing Sexual Assault: Moving from Institutional Betrayal to Institutional Courage. Keynote lecture for conference "Sexual Assault: Dialogue and Discourse 2016" at the University of British Columbia, Vancouver, BC, Canada, 16 February 2016.

Jennifer J. Freyd                                                                      Vita – October  2025

Freyd, J.J. (February, 2016). Combating Sexual Assault: Moving From Institutional Betrayal to Institutional Integrity. Main stage presentation at the Qualtrics Insight Summit, Salt Lake City, 17 February 2016.

Freyd, J.J. (February, 2016). Institutional Betrayal, Visiting Lecture Series, Presentation at De Anza College, Cupertino, CA, 24 February 2016.

Platt, M., Luoma, J.B, & Freyd, J.J. (March, 2016). Shame and dissociation in survivors of high and low betrayal trauma.  Poster presented at the 3rd Annual Meeting of the Society for Affective Science, Chicago, IL, .17-19 March 2016.

Wright, N. M., Smith, C. P., & Freyd, J. J. (2016, April). Experience of a lifetime: Study abroad, trauma, and institutional betrayal. Poster presented at the 33rd annual meeting of the International Society for the Study of Trauma and Dissociation, San Francisco, California, 2-4 April 2016.

Freyd, J.J. (2016, April). Briefing to Senior Leaders, Joint Base Pearl Harbor-Hickman, Hawaii, 14 April 2016.

Freyd, J.J. (2016, April). Institutional betrayal and betrayal blindness.  Invited feature lecture at the Third Annual First Responders Summit of the Sexual Assault Prevention and Response Office, Joint Base Pearl Harbor-Hickman, Hawaii, 15 April 2016.

Freyd, J.J. (2016, April). From institutional betrayal to institutional courage. Presented in "Preventing Sexual Assault on Campus: A Faculty Perspective" at the Clayman Institute for Gender Research, Stanford University, Stanford, California, 18 April 2016.

Freyd, J.J. (2016, May). Interpersonal and institutional betrayal. Presentation to the Department of Psychology, National Taiwan University, Taipei, Taiwan, 27 May 2016.

Freyd, J.J. (2016, May). Betrayal trauma and Institutional Betrayal: Implications for intervention, Presentation to the Social Welfare Department, The Government of Hong Kong Special Administrative Region, Hong Kong, 30 May 2016.

Freyd, J.J. (2016, May). Interpersonal and institutional betrayal. Presentation to the Department of Psychology, The Chinese University of Hong Kong, Hong Kong, 31 May 2016.

Freyd, J. J. (2016, June).  Institutional Betrayal.  Keynote at the 2016 EverFi Annual Research Summit, Gaylord National Resort & Convention Center, National Harbor, MD, 16-17 June 2016.

Smith, C.P. & Freyd, J. J. (2016, August). Campus Sexual Violence: Moving from Institutional Betrayal to Institutional Courage.  Talk presented as part of the symposium, *Campus Sexual Assault: Past, Present, & Future*, at the annual meeting of the American Psychological Association, Denver, CO, 4-7 August  2016.

Harsey, S.J., Zurbriggen, E.L., & Freyd, J.J. (2016, August). Perpetrator responses to victim confrontation: DARVO and victim self-blame. Poster presented at the annual meeting of the American Psychological Association, Denver, CO, 4-7 August 2016.

Jennifer J. Freyd                                                    Vita – October  2025

Reinhardt, K. M. & Freyd, J. J. (2016, August). Is lower trait mindfulness related to betrayal trauma exposure? Poster presented at the annual meeting of the American Psychological Association, Denver, CO, 4-7 August 2016.

Freyd, J.J. (2016, September). "Institutional Betrayal."  Presenter in "One in Five: The Law, Policy, and Politics of Campus Sexual Assault," Stanford University, Stanford, California, 9 September 2016.

Freyd, J.J. (2016, October). The Psychology of Betrayal Trauma: From the Interpersonal to the Institutional. Featured speaker, ATIXA/SCOPE 2016 Joint National Conference, Philadelphia, PA, 6-8 October 2016.

Freyd, J.J. (2016, November). Exploring Institutional Betrayal, Presentation for the Second Annual Faculty Research Blitz Talks, Department of Psychology, University of Oregon, Eugene, Oregon, 11 November 2016.

Freyd, J.J. (2017, January). Addressing Sexual Violence: Moving from Institutional Betrayal to Institutional Courage.  . Invited Speaker for the "Deliberation and Debate" Lecture Series, University of Regina, Regina, SK, Canada, 27 January 2017.

Freyd, J.J. (2017, February). Addressing Campus Sexual Violence and Institutional Betrayal. Invited Speaker, University of New Mexico, 6 February 2017.

Freyd, J.J. (2017, February). Institutional Betrayal:  The Case of Campus Sexual Violence. Invited Speaker, Grand Rounds, WCH Psychiatry Associates, Women's College Hospital, University of Toronto, Ontario, Canada, 16 February 2017.

Freyd, J.J. (2017, March). Institutional Betrayal in Cases of Sexual Violence. Mitchell Hochberg Public Education Event Speaker for the American Group Psychotherapy Association Annual Meeting, New York City, New York, 8 March 2017.

Martin, C.G., Kim, H., & Freyd, J.J. (2017, April). In the Spirit of Full Disclosure: Maternal Personal Distress and Responsiveness and Youth Disclosure of Distressing Experiences. Presentation at the 2017 SRCD Biennial Meeting, Austin, Texas, April 6-8, 2017.

Freyd, J.J. (2017, April). Institutional and Interpersonal Betrayal  Invited Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Barnes, M.L & Freyd, J.J. (2017, April). Marginalized Victims of Sexual Assault: The Impact of Cultural Betrayal Trauma on University Students.  Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

57

Jennifer J. Freyd                                                                     Vita – October  2025

Gómez, J.M., Smith, C.P., & Freyd, J.J. (2017, April). Minority Students' Experience of Discrimination and Institutional Betrayal. Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Harsey, S. & Freyd, J.J. (2017, April). DARVO's Influence on Perceived Perpetrator and Victim Credibility: Responsibility and Abusiveness. Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Smith, C.P. & Freyd, J.J. (2017, April). Sexual Violence, Institutional Betrayal, and Psychological Outcomes for LGB College Students. Presentation at The Pacific Sociological Association's 88th Annual Meeting/Conference "Institutional Betrayal: Inequity, Discrimination, Bullying, and Retaliation in Academia", Portland, Oregon, 6-9 April 2017.

Barnes, M.L & Freyd, J.J. (2017, April). Who would you tell? Student perspectives regarding sexual violence reporting on campus. Bridging the Gap: Interpersonal Violence Research Symposium, University of Oregon, Eugene, 21 April 2017.

Freyd, J.J. (2017, May). Co-facilitator of the Social Science and Data Transparency Working Group at The Way Forward: Title IX Advocacy in the Trump Era, Stanford Law School, Stanford California, 1-2 May 2017.

Freyd, J.J. (2017, June). Sexual Harassment: Moving from Institutional Betrayal to Institutional Courage. Presentation to the National Academies of Sciences, Engineering, and Medicine, Workshop on Impact of Sexual Harassment in Academia, at the National Academies Arnold and Mabel Beckman Center, Irvine, California (with simultaneous public webcast), 20 June 2017.

Freyd, J.J. (2017, July). Applying Trauma-Informed Approaches to Campus Sexual Violence Concerns. Presentation and panel organizer invited for UO and OSU Title IX Training Event, University of Oregon, 26-28 July 2017.

Freyd, J.J. (2017, September). Student-Directed Reporting Policy: An Alternative to Compelled Disclosure and Institutional Betrayal. Presentation and panel member invited for "Campus Responses to Sexual Misconduct: Pausing to Consider the Implications", 2017 National Conference, Center for Research On Violence Against Women, University of Kentucky, 21-22 September 2017.

Barnes, M.L. & Freyd, J. J. (2017, September). Who Would You Tell?: College Student Perspectives Regarding Sexual Violence Reporting on Campus. Poster presented at the 22nd International Summit on Violence, Abuse & Trauma, San Diego, CA, 21-27 September 2017.

Jennifer J. Freyd                                                          Vita – October  2025

Gómez, J. M., & Freyd, J. J. (2017, September). Psychological outcomes of within-group sexual violence: Evidence of cultural betrayal. Poster presented at the 22nd International Summit on Violence, Abuse & Trauma, San Diego, CA, 21-27 September 2017.

Freyd, J.J. (2017, October). Institutional Betrayal and Workplace Investigations: Risks and mitigation strategies for employers and investigators, Association of Workplace Investigators, Marina del Rey, California, 5-7 October 2017.

Freyd, J.J. (2017, November). Harassment in the lab: institutional betrayal as a barrier for women in science, Presentation sponsored by the Women in Life Science Group, the Science Policy Group, the Graduate Division, and Campus Advocacy Resources & Education, University of California, San Francisco, 7 November 2017.

Freyd, J.J. (2017, December). Participant in Round Table (5 December) and Panelist in Town Hall (6 December) at #AfterMeToo, Toronto, Canada, 5-6 December 2017.

Freyd, J.J. (2018, February). Institutional Betrayal.  Guest presenter in Stanford's course "The Law, Policy, and Politics of Campus Sexual Assault," Stanford University, Stanford, California, 7 February 2018.

Freyd, J.J. (2018, March). Compounded harm of betrayal trauma and institutional betrayal. Presentation at the Center on Stress and Health, Department of Psychiatry & Behavioral Science, Stanford University School of Medicine, Stanford, California, 2 March 2018.

Freyd, J.J. (2018, March). Addressing sexual harassment with institutional courage. Presentation and panelist at the 5th annual Wharton People Analytics Conference, University of Pennsylvania, Philadelphia, Pennsylvania, 22-23 March 2018.

Freyd, J.J. (2018, April). Sexual Assault and Harassment: Moving from Institutional Betrayal to Institutional Courage.  Public Lecture, Bucknell University, Lewisburg, Pennsylvania, 9 April 2018.

Freyd, J.J. (2018, April). The Barriers of Betrayal: Sexual Harassment in the Lab. Presentation sponsored by the Vice Provost for Faculty Development and Diversity, Vice Provost for Graduate Education, and The Clayman Institute, Stanford University, Stanford, California, 12 April 2018.

Freyd, J.J. (2018, April). Institutional Betrayal and Institutional Courage in the Age of #MeToo. Distinguished Speaker for 98th Annual Meeting of the Western Psychological Association, Portland, Oregon, 26-29 April 2018.

Freyd, J.J. (2018, May). Title IX & Campus Sexual Assault Policy. A Public Discussion Hosted by the Stanford Political Union, Stanford University, Stanford, California, 23 May 2018.

Freyd, J.J. (2018, July). Betrayal Trauma Theory: Memory, Health, & Gender. Key note presentation on 31 July invited for "Trust, Love and Betrayal", the 3rd Biennial Childhood Trauma Conference, Australian Childhood Foundation, Melbourne Convention Centre in Australia, 29 July to 3 August 2018.

Jennifer J. Freyd                                                                            Vita – October  2025

Freyd, J.J. (2018, August). Moving from Institutional Betrayal to Institutional Courage. Plenary presentation on 1 August invited for "Trust, Love and Betrayal", the 3rd Biennial Childhood Trauma Conference, Australian Childhood Foundation, Melbourne Convention Centre in Australia, 29 July to 3 August 2018.

Adams-Clark, A., Rosenthal, M., & Freyd, J. J. (2018, September). Haunted by Harassment: Sexual Harassment Experiences Linked to General Dissociation, Sexual Dissociation, Sexual Communication, and Sexual Body Esteem. Poster presented at the 23rd International Summit on Violence, Abuse & Trauma, La Jolla, CA, 6-9 September 2018.

Smidt, A. M., Rosenthal, M. N., & Freyd, J. J. (2018, September). Location, location, location: Geographical heat maps as critical components of climate surveys of campus sexual assault. Poster presented at the 23rd International Summit on Violence, Abuse & Trauma, La Jolla, CA, 6-9 September 2018.

Freyd, J.J. (2018, September). Building Institutional Courage. Public lecture at the University of Portland, Portland, Oregon, 25 September 2018.

Freyd, J.J. (2018, October). Institutional Betrayal.  Keynote Presentation for "Do No Harm" a conference of the United Methodist Church, San Antonio, Texas, October 11-13, 2018.

Freyd, J.J. (2018, October). The Era of #MeToo: Sexual Violence, Health, and Institutional Betrayal. Grand Rounds Speaker, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, Stanford, California, 25 October 2018.

Freyd, J.J. (2018, November). Sex-Based Harassment on Campus: Institutional Betrayal as a Barrier for Women. Public lecture, Women's Center, Princeton University, Princeton, New Jersey, 7 November 2018.

Freyd, J.J. (2018, November). Institutional Betrayal and Institutional Courage, Fellow Seminar Presentation, Center for Advanced Study in the Behavioral Sciences, Stanford University, Stanford, California, 14 November 2018.

Freyd, J.J. (2019, January). Addressing Sexual Harassment with Institutional Courage, Presentation for Human Resources Professionals Association (HRPA) Annual Conference, Metro Convention Centre in Toronto, Canada, 31 January 2019.

Freyd, J.J. (2019, February). Addressing Sexual Violence with Institutional Courage, Presentation for the Perimeter Institute, Waterloo, Ontario, Canada, 1 February 2019.

Freyd, J.J. (2019, February). Presenter and panelist, Betrayal and Courage in the Age of #MeToo, CASBS Symposium, Center for Advanced Study in the Behavioral Sciences, Stanford University, Stanford, California, 12 February 2019.

Freyd, J.J. (2019, February). Addressing Sexual Harassment with Institutional Courage Workshop, Presented by the VMWare Women's Leadership Innovation Lab of Stanford University, 26 February 2019.

60

Jennifer J. Freyd                                                                Vita – October  2025

Freyd, J.J. (2019, February). Promoting Institutional Courage: #MeToo and Lessons for Corporate America, Lecture, Bryant University, Smithfield, Rhode Island, 28 February 2019.

Freyd, J.J. (2019, March). Researching Betrayal: Grist for the Mill. Plenary presentation and panelist at the 50th Anniversary Conference of the Association for Women in Psychology (AWP), Newport, Rhode Island, 1-3 March 2019.

Smidt, A. M. & Freyd, J.J. (2019, April). Institutional betrayal & courage and sexual harassment: Gender & sexual orientation, 2019 Annual Conference of the Society for Industrial and Organizational Psychology, Gaylord National Resort & Conference Center, National Harbor, Maryland, 4-6 April 2019.

Freyd, J.J. (2019, May). Institutional Betrayal and Institutional Courage - Full Day Workshops in Melbourne and Sydney, Sponsored by the Australian Childhood Foundation, Melbourne (21 May) and Sydney (22 May) Australia, 21-22 May 2019.

Freyd, J.J. (2019, May). Sexual Violence, Betrayal, and Courage. Presentation for Stand|For, Stanford University, Stanford, California, 29 May 2019.

Freyd (2019, June). Presentation at What Works At Work: Evidence-Based Practices for Preventing and Responding to Sex Harassment in Low-Wage Workplaces, a Convening of the National Women's Law Center and the Urban Institute, Washington DC, 4-5 June 2019.

Freyd, J.J. & NASEM (2019, August). Responses to Prevent Sexual Harassment. Recommendations for the Response Working Group, Action Collaborative on Preventing Sexual Harassment in Higher Education, National Academies of Science, Engineering, and Medicine, Webinar to Washington DC, 21 August 2019.

Adams-Clark, A.A., Rosenthal, M., & Freyd, J. J. (2019, September). Does Exposure to Brief College Sports Videos Influence Rape Myth Acceptance Ratings? Poster presented at the 24th International Summit on Violence, Abuse & Trauma, La Jolla, CA, 5-8 September 2019.

Freyd, J.J. (2019, October). Addressing Sexual Violence with Institutional Courage. Lecture at Wayne State University, Detroit, Michigan, 10 October 2019.

Freyd, J.J. (2019, October). Addressing Sexual Violence with Institutional Courage. Lecture at the University of Michigan, Ann Arbor, Michigan, 11 October 2019.

Corbett, C., Har, C., & Freyd, J.J. (2019, November) Glimpses of institutional courage in the workplace. Presentation at the Workshop on Research on Sexual Violence & Project on Institutional Courage, Center for Advanced Study in the Behavioral Sciences, Stanford University, CA, 1 November 2019.

Freyd, J.J. (2019, November). Applying Title IX with Institutional Courage. Lecture at the inaugural UC Systemwide Discipline Standards Taskforce meeting for the University of California, UC Office of the President, Oakland, California, 7 November 2019.

Jennifer J. Freyd                                                                    Vita – October  2025

Reinhardt, K. M., McCaughey, V. K., Vento, S., Ming Foynes, M., Freyd, J. J., & Street, A. E. (2019, November). Impact of military sexual trauma: A qualitative examination of negative outcomes and posttraumatic growth among women veterans. Presentation at the meeting of the 35th Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA, 14-16 November 2019.

Freyd, J.J. (2019, November). Addressing Institutional Betrayal. Keynote presentation at Trauma, Institutions, Narratives: Transdisciplinary Dialogues, Johns Hopkins University, Baltimore, Maryland, 15-16 November 2019.

Freyd, J.J. (2019, November). Addressing Retaliation with Institutional Courage. Presenter and panelist in "Supporting Targets and Preventing Retaliation" at the First Annual Public Summit hosted by the National Academies' Action Collaborative on Preventing Sexual Harassment in Higher Education, Seattle, WA, 19-20 November 2019.

Freyd, J.J. (2019, December). Addressing Sexual Harassment with Institutional Courage. Presenter and panelist in "Preventing Sexual Harassment in Higher Education: New Approaches and Promising Practices," at the American Geophysical Union Annual Meeting, San Francisco, CA, 12 December 2019.

Freyd, J.J. (2020, January). Harnessing the Power of Institutional Courage to Address Campus Sexual Misconduct and Promote Student Well-Being. Keynote Speaker for the 2020 NASPA Strategies Conferences, New Orleans, Louisiana, 16-18 January 2020.

Freyd, J.J. (2020, February). Addressing Sexual Violence with Institutional Courage. Presentation at an interdisciplinary symposium on sexual violence research and scholarship at Tulane University, New Orleans, Louisiana, 7 February 2020.

Holland, K. J., Cortina, L. M., & Freyd, J. J. (2020, March). Compelled disclosure of college sexual assault. Invited publication award presentation at the 2020 Conference of the Association of Women in Psychology (AWP), Austin, Texas, 5-8 March 2020.

Freyd, J.J. (2020, April). Addressing Sexual Harassment with Institutional Courage. Exponential Talent Diversity and Inclusion Network Meeting, (Zoom) San Jose, California, 21 April 2020.

Freyd, J.J. (2020, April). Replacing Institutional Betrayal with Institutional Courage. Presenter in "One in Five: The Law, Policy, and Politics of Campus Sexual Assault," Stanford University, (Zoom) Stanford, California, 27 April 2020.

Freyd, J.J. (2020, April). Research and Applications of DARVO for the Title IX office at Stanford University, (Zoom) Stanford, California, 28 April 2020.

Freyd, J.J. (2020, May). The Role of Institutional Courage in Harassment Prevention. Presentation for the USGS Civility & Inclusion Council for the United States Geological Survey (Webex), 6 May 2020.

Freyd, J.J. (2020, June). Addressing Sexual Abuse with Institutional Courage, Keynote for the Statewide Training Institute (Zoom), Sexual Assault Center, Nashville, Tennessee, 3-4 June 2020.

Freyd, J.J. (2020, June). Introducing the Center for Institutional Courage, Lecture at the Eugene-Lane, Oregon branch of the American Association of University Women (AAUW), Eugene, OR, (Zoom), 13 June 2020.

Freyd, J.J. (2020, June).  Panel Discussion, Department of Education Rules, Meeting of the Action Collaborative of the National Academies of Science, Engineering, and Medicine Action Collaborative on Preventing Sexual Harassment in Higher Education, via Zoom, Washington DC (Zoom), 22-23 June 2019.

Adams-Clark, A.A., Smith, C.P. & Freyd, J. J. (2020, August). Typical university crime alert emails contribute to male student agreement with rape myths. Poster presented at the meeting of the American Psychological Association, Washington, D.C. (Zoom), 6-9 August 2020.

Barnes, M. L., Mills, K. L., Harsey, S. J., & Freyd, J. J. (2020, August). Assessing perpetrator responses to confrontation: Development of the DARVO-Short Form scale. Poster presented at the meeting of the American Psychological Association, Washington, D.C. (Zoom), 6-9 August 2020.

Harsey, S.J. & Freyd, J. J. (2020, August). DARVO and its Influence on Perceptions of Sexual Assault: Experimental Findings. Poster presented at the meeting of the American Psychological Association, Washington, D.C. (Zoom), August 2020.

Freyd, J.J. (2020, September). Addressing Sexual Violence with Institutional Courage, the Oklahoma Center for the Humanities and the Tulsa Institute for Trauma, Adversity, and Injustice, University of Tulsa, Tulsa, Oklahoma (Zoom), 24 September 2020.

Barnes, M. L., Adams-Clark, A., Rosenthal, M. N., Smith, C. P., & Freyd, J. J. (2020, October). Pledged into harm: Sorority and fraternity members face increased risk of sexual assault and sexual harassment. Poster presentation for the 2020 National Academies of Sciences, Engineering, and Medicine Public Summit: Action Collaborative to Prevent Sexual Harassment in Higher Education, Madison, WI (Zoom), 19-20 October 2020.

Freyd, J. J. (2020, October). Shifting from institutional betrayal to institutional courage. Presentation for the 2020 National Academies of Sciences, Engineering, and Medicine Public Summit: Action Collaborative to Prevent Sexual Harassment in Higher Education, Madison, WI (Zoom), 19-20 October 2020.

Freyd, J.J. (2020, November). Addressing Sexual Assault at School: Moving from Institutional Betrayal to Institutional Courage. Keynote for Reconciliation and Healing from the Impact of  Sexual Abuse, Lakeville, Connecticut (Zoom), 14 November 2020.

Freyd, J.J. (2021, January).  Moving from Institutional Betrayal to Institutional Courage in the Lab, Department, and University. Colloquium to be presented to the Department of Chemistry, Columbia University, New York, New York (Zoom), 21 January 2021.

Jennifer J. Freyd                                                      Vita – October  2025

Freyd, J.J. (2021, February). Presenter and panelist for "What Institutional Courage Looks Like," Episode 12 of the Center for Advanced Study in the Behavioral Sciences at Stanford University (CASBS) webcast series "Social Science for a World in Crisis"  To be broadcast live on 3 February 2021 and available for future viewing. https://casbs.stanford.edu/social-science-world-crisis

Freyd, J.J. (2021, February). A research side trip: What does sexual and gender-based violence research suggest about addressing a pandemic? Presentation for the Faculty Research Blitz, Department of Psychology, University of Oregon, Eugene, Oregon (Zoom), 19 February 2021.

Freyd, J.J. (2021, March).  From Betrayal to Institutional Courage. Presentation for Christine Blasey Ford Woman of Courage Award 2021, AWP 2021: Conference of the Association for Women in Psychology, 5-7 March 2021.

Freyd, J.J. (2021, April). Conversation with WGS faculty, staff, graduate students, and undergraduates, Department of Women's and Gender Studies (WGS) at the University of Michigan, Ann Arbor, Michigan (Zoom), 2 April 2021.

Freyd, J.J. (2021, April). What does sexual and gender-based violence research suggest about addressing a pandemic? Risk and Institutional Betrayal. Presentation at the Center on Stress and Health, Department of Psychiatry & Behavioral Science, Stanford University School of Medicine, Stanford, California, 9 April 2021.

Adams-Clark, A.A. & Freyd, J.J. (2021, April). Covid-19-Related Institutional Betrayal among a Sample of Undergraduate Students. Poster presented at the 38th annual meeting of the International Society for the Study of Trauma and Dissociation, Louisville, Kentucky (Zoom), 9-12 April 2021.

Adams-Clark, A.A. & Freyd, J.J. (2021, April). Hostile Sexism, Masculine Norms, and Sexual Harassment Perpetration Associated with Support for and Compliance with COVID-19 Safety Regulations. Poster presented at the 38th annual meeting of the International Society for the Study of Trauma and Dissociation, Louisville, Kentucky (Zoom), 9-12 April 2021.

Freyd, J.J. (2021, April). Institutional Courage. Plenary speaker at the 38th annual meeting of the International Society for the Study of Trauma and Dissociation, Louisville, Kentucky (Zoom), 9-12 April 2021.

Freyd, J.J. (2021, April). New research on sexual violence and institutional betrayal on campus, Institutional Equity & Access at Stanford University, Stanford, California (Zoom), 13 April 2021.

Freyd, J.J. (2021, April). Addressing Sexual Violence with Institutional Courage. Presenter in "One in Five: The Law, Policy, and Politics of Campus Sexual Assault," Stanford University, Stanford, California (Zoom), 19 April 2021.

Jennifer J. Freyd                                                    Vita – October  2025

Freyd, J.J. (2021, April). Moving from Institutional Betrayal to Institutional Courage. Keynote Speaker in the LSU Ethics Institute's annual Spring Summit, this year titled "Spring Summit on Institutional Courage" sponsored jointly by the LSU Ethics Institute and the Office of the President, Louisiana State University, Baton Rouge, Louisiana (Zoom), 27 April 2021.

Freyd, J.J. (2021, June). Responding to Child Sexual Abuse with Institutional Courage, End Violence Lab, Global Partnership to End Violence Against Children and The University of Edinburgh, Scotland (Zoom), 14 June 2021.

Lind, M.N., Barnes, M. L., & Freyd, J. J. (2021, August). Sexual and Physical Misconduct Disclosures in a College Sample: Motivations, Expectations, and Realities. Poster presented at the meeting of the American Psychological Association, Virtual, 12-14 August 2021.

Freyd, J.J. (2021, September). Lessons from sexual and gender-based violence research for addressing a pandemic: Sexism, Risk, and Institutional Betrayal. Presentation for the Gender and the Pandemic Discussion Group, Clayman Institute for Gender Research, Stanford, California, 13 September 2021.

Freyd, J.J. (2021, October). Sexual Violence, Institutional Betrayal, DARVO, and the Mistrust of Women's Narratives, Presentation for the Faculty Fellows Talk Series, Clayman Institute for Gender Research, Stanford, California, Virtual, 21 October 2021.

Freyd, J.J. (2021, October). Addressing Sexual Violence and Gender Discrimination: Moving from Institutional Betrayal to Institutional Courage, Lecture at the Annual Meeting of the American Academy of Psychiatry & Law, Virtual, 22 October 2021.

Freyd, J.J. (2021, October). 30th Anniversary Keynote Lecture with Dr. Jennifer Freyd, UIC Women's Leadership and Resource Center, University of Illinois, Chicago, Illinois, Virtual, 26 October 2021.

Freyd, J.J. (2021, October). Graduate Student Discussion: WLRC 30th Anniversary Keynote Lecture with Dr. Jennifer Freyd, UIC Women's Leadership and Resource Center, University of Illinois, Chicago, Illinois, Virtual, 28 October 2021.

Freyd, J.J. (2021, November). Moving from Institutional Betrayal to Institutional Courage, Lecture at "Forward Together: Multidisciplinary Perspectives on Protecting Children from Abuse," Conference of UCI Initiative to End Family Violence and California Protective Parents Association, Virtual, 5 November 2021.

Freyd, J.J. (2022, January). Replacing Institutional Betrayal with Institutional Courage. Presenter in "One in Five: The Law, Policy, and Politics of Campus Sexual Assault," Stanford University, Stanford, California, 31 January 2022.

Freyd, J.J. (2022, March). Institutional Courage, presentation at the 2022 Center for Institutional Courage Racism, Violence, & Institutional Change Workshop, co-sponsored and hosted by the Center for Advanced Study in the Behavioral Sciences (CASBS) at Stanford University, 18 March 2022.

Docusign Envelope ID: 0FC42BD2-21FF-4207-AEB1-4A819D5BD20B

Jennifer J. Freyd                                                    Vita – October  2025

Harsey, S., Adams-Clark, A., & Freyd, J.J. (2022, April) Deny, Attack, Reverse Victim and Offender: DARVO's Associations with Sexual Harassment and Rape-Supportive Attitudes.  Poster presented at the International Society for the Study of Trauma and Dissociation Annual Conference, Seattle, WA, 2-4 April 2022.

Freyd, J.J. (2022, April) Featured Speaker at the 2022 Equity, Diversity, and Inclusion Leadership Summit Reception, University of Rochester, Rochester, NY, 6 April 2022.

Freyd, J.J. (2022, April). Fuel for Courage with Dr. Jennifer J. Freyd, Summit Spotlight Speaker at the 2022 Equity, Diversity, and Inclusion Leadership Summit, University of Rochester, Rochester, NY, 7 April 2022.

Freyd, J.J. (2022, April). Addressing Sexual Harassment and Sexual Violence with Institutional Courage, Senior Leaders Meeting, Action Collaborative to Prevent Sexual Harassment in Higher Education, National Academy of Science, Washington DC, 22 April 2022.

Freyd, J.J. (2022, June). The Call to Courage: Lessons and Practices on Institutional Courage & Accountability, Keynote presentation for the 2022 SRE Network Convening: Return to Basics, 9 June 2022.

Freyd, J.J. (2022, June). Presentation on Institutional Betrayal Trauma and Courage, Department of Religious Studies, University of Kent, Canterbury, Kent, UK, 24 June 2022.

Freyd, J.J. (2022, July). Who are you protecting? A Conversation on Institutional Betrayal & It's Effect on Survivors. *It's On Us: Annual National Student Leadership Summit*, Washington DC, 26 July 2022.

Freyd, J.J. (2023, January). Addressing Sexual Violence with Institutional Courage. Presentation for the Kiwanis Club of Palo Alto, Palo Alto, California, 12 January 2023.

Freyd, J.J. (2023, February). From DARVO & Institutional Betrayal to Institutional Courage. Presentation in "One in Five: The Law, Policy, and Politics of Campus Sexual Assault," Stanford University, Stanford, California, 6 February 2023.

Freyd, J.J. & Smidt, A.M. (2023, April). Sexual harassment in the workplace. Alto Group Presentation for the Psychology Services Branch, Federal Bureau of Prisons, Washington DC, 7 April 2023.

Harsey, S. & Freyd, J.J. (2023, April). DARVO and the Dark Triad: Associations between DARVO use and narcissism, Machiavellianism, and psychopathy. Poster presentation at the 40th annual meeting of the International Society for the Study of Trauma and Dissociation, Louisville, Kentucky, 15-17 April 2023.

Freyd, J.J. (2023, April). What do we know about DARVO, Institutional DARVO, and Anti-DARVO? Plenary address at the 40th annual meeting of the International Society for the Study of Trauma and Dissociation, Louisville, Kentucky, 15-17 April 2023.

Smidt, A.M. & Freyd, J.J. (2023, May). Essential Self-Care Practices for Psychologists in Challenging Environments. Alto Group Presentation for the Psychology Services Branch, Federal Bureau of Prisons, Washington DC, 16 May 2023.

Freyd, J.J. & Smidt, A.M. (2023, June). Building a Culture of Institutional Courage. Alto Group Presentation for the Psychology Services Branch, Federal Bureau of Prisons, Washington DC, 15 June 2023.

Freyd, J.J. & Smidt, A.M. (2023, June - October). Four Alto Group Presentations to a leading technology company, 9 June, 11 August, 25 August, & 20 October 2023.

Harsey, S. J., & Freyd, J. J. (2023, June). Associations between DARVO, sexual harassment, & rape myths. In R. L. Howard Valdivia (Chair), *Beyond Prevalence: An Examination of Socio-Cultural Factors Affecting Sexual Violence* [Symposium]. Annual conference of the Society for the Psychological Study of Social Issues, Denver, Colorado, 25-27 June 2023.

Harsey, S. J., & Freyd, J. J. (2023, August). Deny, Attack, Reverse Victim and Offender: Are DARVO responses associated with culpability? Poster at the American Psychological Association 2023 Convention, Washington, DC, 3-5 August 2023.

Freyd, J.J. (2023, October). Addressing Gender Violence with Institutional Courage. Invited lecture and panel discussion for the Faculty Senate's Academic Affairs Advisory Committee, University of Michigan, Ann Arbor, MI, 25 October 2023.

Adams-Clark, A. A., & Freyd, J. J. (2023, November). Contextual factors influencing posttraumatic stress after campus sexual assault. Poster at the Association for Behavioral and Cognitive Therapies Annual Conference, Seattle, WA, 16-19 November 2023.

Adams-Clark, A. A., & Freyd, J. J. (2023, November). Longitudinal associations between institutional betrayal and posttraumatic stress among campus sexual assault survivors. Poster at the Association for Behavioral and Cognitive Therapies Annual Conference, Seattle, WA, 16-19 November 2023.

Freyd, J.J. & Smidt, A.M. (2024, April). Institutional betrayal and institutional courage. Alto Group presentation for the Justice as Trauma conference, Vancouver, BC, 3-5 April 2024.

Freyd, J.J. (2024, April). Presentation on institutional betrayal and courage, Interagency Working Group on Sexual Misconduct, US Federal Government, 11 April 2024.

Freyd, J.J. (2024, April). Moving from Institutional Betrayal to Institutional Courage, NOAA-wide webinar, US Federal Government, 17 April 2024.

Freyd, J.J. (2024, April). Changing the Culture of Institutional Betrayal. Presentation for "Strengthening evidence-informed decision-making in the Prevention of and Response to Sexual Misconduct," World Health Organization, Geneva, Switzerland, 18-19 April 2024.

Jennifer J. Freyd                                                                                   Vita – October  2025

Freyd, J.J. (2024, May). Institutional Betrayal Trauma: Theory, Research, Prevention, colloquium speaker, Department of Psychology, Claremont Graduate University, Claremont, CA, 9 May 2024.

Freyd, J.J. (2024, May). Distinguished speaker and honorary doctorate recipient at the 97th Commencement ceremony, Claremont Graduate University, Claremont, CA, 11 May 2024.

Freyd, J.J. (2024, May). Mentoring-for-Leadership speaker, ADVANCE Center for Institutional Change, University of Washington, 20 May 2024.

Freyd, J.J. (2024, August). Remarks upon accepting the American Psychological Foundation 2024 Gold Medal for Impact in Psychology, American Psychological Association Annual Convention, Seattle, Washington, 8-10 August 2024.

Adams-Clark, A. A., Harsey, S., & Freyd, J. J (2024, September). Factors of institutional betrayal associated with PTSD symptoms and barriers to service use among campus sexual assault survivors. Pesented at the 40th annual meeting of the International Society for Traumatic Stress Studies, Boston, MA, 25-28 September 2024.

Freyd, J.J. & Middleton, W. (2024, September). Presentation at the global online launch of *Contemporary Perspectives on Freud's Seduction Theory and Psychotherapy - Revisiting Masson's 'The Assault on Truth'* (Routledge, Eds. Warwick Middleton & Martin Dorahy), Sydney, Australia, 28 September 2024.

Freyd, J.J. (2024, October). APF Fireside Chat: Dr. Jennifer Freyd with host Linda Forrest, American Psychological Foundation Webinar, 3 October 2024.

Salles, A., Rosinger-Zifko, T., Freyd, J.J., Jagsi, R., Arora, V., Fiellin, L., Glick, L., Owens, D.K., Tabor, H., Hairston, D., & Bensaid, A. (2024, October). Challenges in implementing a multi-modal intervention to address sexual harassment. Lecture at the Action Collaborative on Preventing Sexual Harassment 2024 Public Summit, Michigan State University, 15-16 October 2024.

Freyd, J.J. (2024, December). Moving from Institutional Betrayal to Institutional Courage: Addressing Sexual Violence and Gender Discrimination, Webinar for the Delphi Center, Melbourne, Australia, 7 December 2024.

Freyd, J.J. & Branch, A. (2025, January). Fireside Chat about Institutional Courage, Senior Leaders Meeting (Remote), Action Collaborative to Prevent Sexual Harassment in Higher Education, National Academy of Science, Washington, DC, 10 January 2025.

Freyd, J.J. (2025, January). Individual and Institutional Betrayal Trauma, Cross-Area Seminar, Psychology Department, University of Washington, Seattle, 10 January 2025.

Freyd, J.J. (2025, January). Speaker at the 2025 Betrayal Healing Conference, 27-31 January 2025.

Docusign Envelope ID: 0FC42BD2-21FF-4207-AEB1-4A819D5BD20B

Jennifer J. Freyd                                               Vita – October  2025

---

Freyd, J.J. (2025, June). Presenter and panelist at the webinar "The Cost of Silence: Power, Retaliation, and the Fight to Speak Out" with Gretchen Carlson and Lift Our Voices, 2 June 2025.

Freyd, J.J. (2025, August). Presenter and panelist at the Main Stage Headline Event "Psychology's Role in Healing a Fractured Society," at the 2025 American Psychological Association annual convention, Denver, 7-9 August 2025.

Freyd, J.J. (2025, September). Webchat with Jennifer Freyd on Institutional Courage, Life Paths Webchat Series Hosted by Sherry Hamby and Vicki Banyard, 18 September 2025.

Freyd, J.J. (2025, September). Moving from Institutional Betrayal and DARVO to Institutional Courage, Keynote Address on Institutional Betrayal, Conference of the Oregon Sexual Assault Task Force, Salem, Oregon, 25 September 2025.

Freyd, J.J. (2025, November). Betrayal Trauma and Betrayal Blindness, Webinar, eiseEducation, Sydney Australia, 21 November 2025.

Freyd, J.J. (2026, March). Title TBD, Keynote Address, Annual Conference, 5-8 March 2026, of the Association for Women in Psychology, 6 March 2026.