# EXHIBIT 12

| post_url | comments_text | Coder 1 | Coder 2 | Agreement |
|---|---|---|---|---|
| https://www.tiktok.com/@lucy.barker1/video/7400335238481726736 | stop this is the cutest thing ever | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@thickjewishgirl/video/7407118592405196075 | This movie was this man's passion project and he basically got shoved outta the way by BL and RR. SMH. | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@itendswithusmovie/video/7392758755802221855 | Please stop giving Colleen Hoover your money. Not only does she support Israel but she hid the fact that her son sexually assaulted someone. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@m1sh06/video/7403656010507898130 | عشان هيك سوي المناسب لك | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@y3d1dya/video/7401960965115268383 | I didn't cry ... but it was a good movie. I was getting mad bc they made him seem so innocent but it was the point LOVE IS BLINDING and they ate with that ngl who ever had the idea to do that Ate. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@dadawson_200/video/7392355385098947886 | Blake Lively or Ryan in a wig is all ill accept 🙏 | Pro-Lively | Pro-Lively | TRUE |
| https://www.tiktok.com/@hannahfuher/video/7402326228159450398 | Not my tvd heart bc i cant take this song and now this, double sobbing 🫠 🫠 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@kafadergisi/video/7403424681178516753 | soluksuz izledim | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@rottentomatoes/video/7400299183401405727 | 2016 he started to play Deadpool and never stopped | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@skibitimilaaa/video/7406084013510741294 | I watched alone . Only 3 ppl were there i was making all those noises 🤭 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@bia.sinesio/video/7402345604552215814 | Gente ele foi diretor de a "cinco passos de vc" e "clouds" e digo que esse dois filmes são muito bons e chorei nos dois 😵 | Unsure/Unrelated | Pro-Baldoni | FALSE |
| https://www.tiktok.com/@userprn79n2uid/video/7401538721700498719 | I literally turned to my friend and said "first Christina Yang and now lily's mom" 🫠 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@colette_eli/video/7400963601059695902 | why is no one hating | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@autumntvx/video/7403826718022061345 | if she's shy my dog is a cat | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@kertassdigital/video/7389575036824259846 | in love again.. fall in love with me." | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@mariah.her/video/7402242488410475822 | I LOVED Justin! He was AMAZING, he was def suppose to be there | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@eagle.pictures/video/7408159408649178400 | Non invecchia mai lei | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@sonypictures.aus/video/7401169997747293456 | Me... myself... and I!! 😜 | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@gurl.acc0/video/7407020203793501446 | 😄😄😄 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@cbarbedo/video/7402323911452396806 | they're actually how I pictured in the book 🫠 🫠 🫠 🫠 🫠 ✨ | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@chadandjt/video/7404667989632617758 | Blake's the renob | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@iuedits7/video/7403329855145643269 | Wow!! Hombre impecable!!❣😊 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@stasreads/video/7403450300692057377 | Why is this book so popular if everyone seems to hate the writer? | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@clairenotdanes/video/7400573562945293599 | doing press for the movie 🫠 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lovingsingle/video/7404929585709731103 | Bearing in mind she was only 24 at the time! Blake lively is how old??? | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@butterfaces/video/7408191885493275935 | you will never convince me this isn't blake lively | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@laureng2124/video/7404151919557479723 | IT JUST KEEPS GETTING WORSE | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lemonsassie/video/7404166888885849387 | I trust the algorithm to bring me back here in 90 days 🤪 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@celebrity.news7/video/7408257738469379361 | Blake Lively= Amber Heard Jennifer Lopez | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@denise.cov/video/7401399557260725550 | I'm confused she doesn't bite her lip in this clip | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@maryamahmedd180/video/7402380436485328136 | وحششششششش | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@itboytrends/video/7405519429026499846 | ماتفشل انها تبهررررررني 🤎 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@claire._.brugger/video/7401697921911016734 | LEGEND SAYS HIS NAME IS RALPH | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@cleidynextdoor/video/7401422492339801386 | fr | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@rozy11352/video/7405038680290675973 | " I came the next day" 🫠 🫠 🫠 🫠 | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@deuxmoi/video/7398371860049661214 | smells like it. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@ohmygodbole/video/7403815717855857950 | Get ready with me to straighten crowns | Anti-Lively | Unsure/Unrelated | FALSE |

| URL | Text | Col1 | Col2 | Col3 |
|---|---|---|---|---|
| https://www.tiktok.com/@rafagomesc/video/7403000464666594565 | nossa ele entendeu tudo oq o livro quis passar | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@burcubloyd/video/7400787217104309537 | verlieb dich in mich" 🫶 🫶 💕 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@unotv/video/7403450929044933894 | esperaba mucho más para lo que se vendio | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@bustle/video/7398199971691924778 | Apparently Blake lively doesn't have a hairbrush either | Unsure/Unrelated | Anti-Lively | FALSE |
| https://www.tiktok.com/@disslexieugh/video/7402665088437488926 | i felt your "OHh" | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@mikaavfx/video/7408673314136214816 | but Leighton she's blonde 🫶 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@jessweslie/video/7401237944553606442 | Age of Adeline, A Simple Favor, Sisterhood of the Travelling Pants? | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@rexgriffithe89a3a/video/7400332830720544043 | 2 minutes of my life I can't get back..you said nothing. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@thewatchedlist/video/7403435369695333662 | I DID NOT know he directed this. I love your page. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@milyjarzun/video/7405267969833487622 | Oscar, pero la promociona como un romcom y las romcom no ganan el | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@yanalinlopez/video/7406849508987997445 | terapia por 3 años y les puedo jurar que llevamos 8 años sin ningún tipo de | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@calabasaswings/video/7406468878240386336 | random...did she eventually answer??!! | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@elderordonez/video/7404965935188086047 | The hair is insane | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@matthewhappy24/video/7403594166086782251 | The outfits take me out every time | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@elsavaccari/video/7403374531143912736 | little floral pattern | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@karituiran19/video/7401609767791136005 | sobre VIOLENCIA DOMESTICA y que no es Margot Robbie promocionando | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@julianahovh/video/7404220069682760993 | If you've been through the same situation it hits diff | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@todayshow/video/7400041599016733995 | deserves 😭 | Pro-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@whitneyfransway/video/7404262754585939246 | We believe Justin!!! | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@ellie_artt/video/7403466855609847070 | Ngl she's kind of giving Ash Trevino | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@linagarridos/video/7406113744293498117 | atrás 😊 m felicitó y estoy orgullosa AMOR PROPIO ANTE TODO. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@aleshossy19/video/7400189231873690912 | the fact he knew it was her cause he didnt look back omg 😭 🫥 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@_georgianorth/video/7403737256567098656 | movie. i finally had the strength to leave two days later | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@sibs.rn/video/7401925012816514334 | meant to be. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@ehculo/video/7406126056828177696 | Men in love are so cute | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@_jeanetteflowers_/video/7401898465413926190 | all i see is serena van der woodsen | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@celebrity.filmmaker/video/7400848527259110688 | Queen S ⭐ | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@candaceoshow/video/7405378002130963755 | "In my house we kinda just squish bugs" ... same. 😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@korvee_tiewnai/video/7404113696118672658 | น่าดูนะ | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@jaiglezphotos/video/7399445432738385182 | livable wage? | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@vilullkk/video/7402318955278388485 | senti todas as dores dela | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@alfredodough/video/7403219053034130734 | parker tried to diffuse the situation are y'all not seeing it | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@courtprice_/video/7402815008020745503 | BREATHEEE | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@mr.specter/video/7401012256487607557 | hijo, siempre digo que mi hijo fue un héroe, aguante tantos años, hasta que | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@itsmissloulita/video/7402006956111662369 | the high fashion girl? I remember copying all her outfits from that show and I | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@popcultureari/video/7401506275177155883 | public would want that | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@sarika_walia/video/7401580851676319018 | "i get to hate owen hunt in another universe" i said to my mom in the theater | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@enews/video/7400164717689326891 | Rafael Solano 😵 | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@cinemablend/video/7404976121911069982 | I wonder if Blake Lively has actually ever read the book or just the script | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@oh.i.love.being.a.girl/video/7402745621125303582 | I feel like she is digging her grave for her career with this movie | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@rachelsedaghat/video/7401570858659073323 | our theatre was laughinggggg sniffingggg honestly I was freeeeeeeeee | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@ttiassss/video/7403779088994929928 | กำลังจะไปดูเลอออ | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@_yagirlsof_/video/7401881452045946155 | He said it to fast, the lack of emotion!!! 😵 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@nevaeh.ma.rie/video/7408300036183821610 | You look exactly like Blake Lively I literally spit my water out 🫶 🫶 😂 😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@columbiapicph/video/7400229717888027921 | i need to marry someone with ryan reynolds' humor fr | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@girlyclips.com/video/7402573190972575009 | Terrible acting, terrible scene, no surprises that Ryan Reynolds wrote this | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@marianacaff/video/7403839471017413893 | me preocupa el hecho de pensar que yo si hubiera creído que iba a cambiar | Unsure/Unrelated | Unsure/Unrelated | TRUE |

| URL | Comment | Col1 | Col2 | Bool |
|---|---|---|---|---|
| https://www.tiktok.com/@digitalspyuk/video/7402968876918607137 | "When YOU work with ME" 😔 | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@lifewiththepotters/video/7401329784610966826 | brain | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@justinbaldoni/video/7401240465275718943 | So happy that's he's talking about the important subject | Pro-Baldoni | Pro-Lively | FALSE |
| https://www.tiktok.com/@vanityfair/video/7402354707085184286 | Blake giving leader of mean girls vibe | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@spettyjohn14/video/7405396449220889899 | whole life in the wrong room." 🦋 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@matthewhappy24/video/7406178460411972907 | for so many, these fights in public weren't acting 🙉 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@kyra.zamora_/video/7402740489113390342 | una película completamente diferente 🙉 | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@epicscreenshots/video/7390612209556032810 | playing it aside from her tbh. | Pro-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@imdbrigette/video/7401620457570553130 | consistently a good worker & open | Anti-Lively | Pro-Baldoni | FALSE |
| https://www.tiktok.com/@skincarewithsav/video/7401582119329320222 | Woman hater!? Have you watched anything he has ever put out? | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@khana.pop/video/7400027149547179270 | he's so deadpool | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@aliunfiltered_/video/7402058609137306922 | Such a good point! | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@shllavie/video/7401607931407437074 | ابغى واحد زي اطلس 🙂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@morganmgrove/video/7405963067483311403 | Marshall as in.. How I met your mother? | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@mickmicknyc/video/7400198639542652206 | his wife 🙉 😂 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@jxna.jhn/video/7404589677233048864 | no 'cause the man i saw "anyone but you" with, was my ex. he is my ryle.. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@soulstylista/video/7401563043475279136 | nose, tapered jaw) would I still be flamboyant natural? | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@f3vess/video/7404189468086914337 | oh that's not! (the edit ate tho) | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@jeinneralexander/video/7402824036360670470 | Blake vive en una burbuja :/ | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@ooogedyboogedy/video/7405609657726749998 | this is a cute hobby | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@claudia_lynn/video/7402550979700198687 | your movie? I saw it by the way I thought it was amazing. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@thesun/video/7400338393881693473 | They are a Beautiful Family and I hope they last forever 🥰 🦋 | Pro-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@goss1p0/video/7396791426421394721 | I genuinely do believe they were looking at both like Blair is a stunner | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lxvoex0/video/7400528022681472288 | atlas 🙉 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@katelyn.marcum/video/7401902536984251690 | she tells you on the very beginning that she's an unreliable narrator | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@kristi.harvey6/video/7400532262544035102 | the basement during this. | Unsure/Unrelated | Pro-Baldoni | FALSE |
| https://www.tiktok.com/@sonypictures.ie/video/7395216434537745697 | You're better than this Blake 🙏 A pay day is not worth romanticizing abuse | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@girlt4lkgirl/video/7405305448548568326 | provavelmente não teremos uma sequência, e isso é tão triste queria muito | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@savygally/video/7401140048797732139 | it shattered my heart in the book is criminal | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@eliz_white/video/7397148886336326944 | ΣΥΓΝΩΜΗ ΒΓΗΚΕ ΗΔΗ; | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@toptentiktokposts/video/7404877122176797998 | love all her looks 💧 💧 | Pro-Lively | Pro-Lively | TRUE |
| https://www.tiktok.com/@0fryp0/video/7404890422448803105 | how is the bracelet one mean? she said she'll wear it later. | Pro-Lively | Pro-Lively | TRUE |
| https://www.tiktok.com/@emilymargaret11/video/7398345432083991838 | omg that's such a cute setup. I hope all targets are like that. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@cheyenn_ee01/video/7407907247558380832 | Ich sah danach bisschen verheult aus.. 😵 😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@jodilov/video/7401417369152769312 | It ends with us | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@nixnnxlife/video/7401467541555662123 | solo movie date for me today. prob will leave sobbing!! | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@purpleemurplee/video/7406036096607358241 | aber warum chekt keiner das da einn Filter drauf is | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@rere12994/video/7403119144775798017 | يمكن اني الوحيدة الي حبيت اطلس | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@alexmads_/video/7401880382964043054 | taking on the personality of the characters she plays | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@read.with.annabelle/video/7394400860370947360 | I still have the original copy the first book I ever read | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@blakethecutiegorl/video/7401211730837245214 | It was the lip biting for me | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@paola.ochoaa/video/7400271795594612014 | wished my friends were into these type of movies, going alone 😵 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@literatureandlife/video/7402750306133740846 | embarrassment | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@itboytrends/video/7403831523264302341 | Mmmm NOP, you are playing this wrong | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@itstenleyt/video/7402081754581830943 | now i'm watching it ends with us with my atlas again | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@brunocastilhor/video/7400926762026142982 | Ela está se vestindo exatamente como Lily Bloom | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lopezzedits/video/7398556619178609953 | and she played Ladypool | Unsure/Unrelated | Unsure/Unrelated | TRUE |

| URL | Comment | Rating 1 | Rating 2 | Match |
|---|---|---|---|---|
| https://www.tiktok.com/@clairenotdanes/video/7400948610457816350 | doesn't give afffff about anything but a check i fear | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@ustheremingtons/video/7400913198599195934 | Justin baldoni they can never make me hate you | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@caitcaitiecaitlyn/video/7405067323255622954 | I'm embarrassed of how hard we sobbed 🫠 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@noec0426/video/7403191590342135082 | idea | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lesliee.mg/video/7403404193320570158 | WE LOVE YOU JUSTIN BALDONI 🫶 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@kate/video/7397957146203163946 | How does it feel to live MY DREAM | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@ala2mhd/video/7401484603199884545 | الفيلم اللي يعلمك انه انتبه التفاصيل الغلط ولا تجعلها تمر مرور الكرام | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@theguyset/video/7394637353907703086 | she's with Blake they are besties | Pro-Lively | Pro-Lively | TRUE |
| https://www.tiktok.com/@grace.mitscherlich/video/7404543970707148078 | they could never make me like you Colleen | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@yamishkatv/video/7404297557385415982 | Rewatching this after the lawsuit changes EVERYTHING | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@toptentiktokposts/video/7403395775943789867 | Serena Van Der Woodsen in the flesh 🫶 | Anti-Lively | Pro-Lively | FALSE |
| https://www.tiktok.com/@regentcinemas/video/7400170008078290183 | "From Blake? Sure." 😂😂😂😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@mickmicknyc/video/7400189303038676270 | I thought that was Blake Lively in the beginning...... | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@spiritual_speedy._/video/7402965155786525982 | watching this 🫣🫣🫣🫣 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@shey.luh/video/7403208656705162538 | This was HIS PROJECT | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@whowhatwear/video/7404191112778321194 | Always correcting the questioner 😅 | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@filmsforjke/video/7399399896954064171 | She's in the credits as lady pool can people not read 🫣 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@opinionsthataremine/video/7402744547618475294 | text "BEGIN" to 88788 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@moviee234/video/7404116140475141409 | Atlas owns my heart | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@stephwithdadeets/video/7402731665136553258 | See, I knew there was a reason I was always a Leighton girl. | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@calideeshorts/video/7403512880504507691 | plantation & wore Balenciaga after the scandal! | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@arannabeauty/video/7403545740598906118 | vistamos de flores y un ojo morado para disfrutar la película | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@kyladeguzman__/video/7404361984650513680 | I would enjoy being alone there in full darkness 😌 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@johanagtzt/video/7401982929116646661 | Por fin alguien lo dice 🫣 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@editsseriesgr/video/7405507066401508614 | mamma mia! il naso rifatto gli ha cambiato il viso completamente 😅 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@brutamerica/video/7405315277564415262 | was first leaked and she was cast, everyone was SO mad at the choice I just | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@cbsmornings/video/7404536009519598878 | Justin deserves all the support in the world. Such a class act. | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@popcultureari/video/7401107816137706795 | her | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@simplysimone/video/7403317221411409194 | has a lot of investment with her husband? | Unsure/Unrelated | Anti-Lively | FALSE |
| https://www.tiktok.com/@_.ekar/video/7403837214918020358 | que decidí romper el circulo | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@alfredodough/video/7403469563179961643 | That's a classy way of saying she stepped on his toes. | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@itendswithusmovie/video/7393459961877286190 | so will the story? | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@charlesperalo/video/7409376834669841695 | Its so clear she didn't even read the book | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@abiigaillaura98/video/7401178624453332267 | I love the song but it didn't suit the scene at all. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@ehculo/video/7405062696602750241 | Gentle parenting only for gentle kids | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@nunuthind/video/7401294557754690858 | Her hair always looks like this hahahah | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@schooliesofficial/video/7402581935198932232 | omg this was me when i watched it 🫣 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@jazlynnvargas/video/7401013573645913387 | No! Thank you 🖤 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@alonainthecity/video/7399865848250371358 | Wow 😍 she's so Beautiful | Pro-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@dcfilmgirl/video/7400872789416103211 | dedicated to his craft. Could not love him more. | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@maryxm.mx/video/7401916328107314465 | Maryam pls read the book 🫣 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@valizaguirre_/video/7402818748995898630 | primer amor el cual amamos con inocencia y tanta intensidad 🫶 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@varietymagazine/video/7397794686515318062 | serious conversations about it in real life. 💯🫶 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@thebroookshields/video/7401292186165251335 | no one see how heavy is that and it is a act of unconditionally love. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@luceroreyesl/video/7401930104957439237 | va cambiar...primero eres tú, si que te hace daño no vuelvas con él. 😔 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@enlight_english/video/7404845439737990416 | ส่วนแฟนที่ไม่เคยอ่านหนังสือก็บอกว่าโอเคค่ะ | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@nicheeats/video/7407828315391757611 | THAT WAS JUSTIN????? I've been in love with him longer than I thought | Pro-Baldoni | Pro-Baldoni | TRUE |

| URL | Comment | Label 1 | Label 2 | Value |
|---|---|---|---|---|
| https://www.tiktok.com/@shaekamadel/video/7402050869497285896 | napapatawad mo siya uulit at uulit siya sa pananakit. ruuuuuun! | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lyltokyo/video/7403006470003920159 | learned later it was b/c he was the only one who stood up to Danny | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@karishmasarkari/video/7401950319065845024 | take some notes. | Pro-Baldoni | Anti-Lively | FALSE |
| https://www.tiktok.com/@tismejackieg/video/7407562744335011102 | Ryan Reynolds never shuts it off. he's hilarious 😂 😂 😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@amieaex/video/7401036675050179857 | "uzi time baby" OH IM TICKING U TONIGHT. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@babi_digital/video/7401313610691120389 | esta parte es la mejor, el momento exacto que rompes el círculo | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@duolingofanpage__/video/7404959667245354282 | assuming she's pregnant and commenting on her bump, but that's after | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@capriae/video/7396541564702428422 | gigi is literally giving lady wolverine vibes | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@starry.sm/video/7401915560751156498 | جدا غلط | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@independent_usa/video/7403438099532991774 | actor/actress, it doesn't mean they're good people. They do a job and | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@hzb___1/video/7402686221664668961 | played back and he actually punched her in the eye I was gaged | Unsure/Unrelated | Anti-Lively | FALSE |
| https://www.tiktok.com/@sony/video/7406027203797847326 | That would be so scary to film with a mechanical shark! | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@facts.que.duelen/video/7404572531186732293 | para estar comoda | Unsure/Unrelated | Anti-Lively | FALSE |
| https://www.tiktok.com/@rebeccawright22/video/7403452979816205611 | 😂 😂 😂 😂 I'm screaming | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@matthewhappy24/video/7400996280736042283 | He KNEW who that was so didn't react 😂 😂 😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@thetvandmoviequeen/video/7403111042600979755 | All pretentious celebrities need to be SO humbled | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@sebastiansototea/video/7403044616976502046 | worse. Ain't nothing wrong with taking care of himself and putting his health | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@daddysmoney1011/video/7400640210884775186 | That stop scene happened to me and it's that scary | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@savan.snippets/video/7401527518349561130 | was sobbing ! | Pro-Baldoni | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@seregalandudas/video/7403567504028732677 | Con este escena me puse a llorar y no podía parar 🌸 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@tesswerts/video/7402852937027915051 | He's so cute | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@alyyyvlsqz/video/7402464946367237393 | ☺ | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@eassimqueacababrasil/video/7400553487290912006 | jamais q esse cara poderia ser o ryle . nada a ver | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@kailey_rod298/video/7401404273390619934 | "Bring your girlfriends and wear your florals" 😊 | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@ajupy/video/7403491737009802502 | Agora eu entendi a leighton meester | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@madsletts/video/7404675156947373343 | always | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@eassimqueacababrasil/video/7400974503624461573 | team Justin | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@holdensmith962/video/7400878203482410270 | Blake lively is such a mid actress. | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@quizmaster6199/video/7401631359879482657 | so it does end with them 😅 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@deadline/video/7400871473147153706 | Owen hunt is perfect with his ptsd background | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@timberly.r.k/video/7400788593083534622 | one of the most saddest most heart felt relatable movies ive literally ever | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lexniko/video/7404187475154898182 | dakota has a kinder energy | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@cbsmornings/video/7401199538045799722 | lie about this. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@erinmcgown/video/7403901898903883039 | people that are serious, absolutely free. DM me | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@todayshow/video/7394637867240377646 | The ball and chain bag is iconic! 😂 | Pro-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@theangelgaray/video/7397521628596391174 | Si hubieran puesto a Ryan Gosling como variante sería epico | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@voguegermany/video/7400025893432741153 | DV Movie, Ryan wrote a roof top scene that was different in the book! Blake & | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@claudiatela1/video/7401901798098865413 | El verdadero "lo hago por mi hija" 🙏 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@justbri_always/video/7403140100986506527 | 😵 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@amworldwide/video/7402103378846178590 | Ferrara tells me everything I need to know | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@jaxxchismetalk/video/7401226694067031339 | We all riding for Justin. It's dat simple 🤚 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@clara.olden/video/7403807491223719173 | tudo que ela falar | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@cameronnicolefinney/video/7405028873714502958 | did what I couldn't ... leave. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@accesshollywood/video/7402659767073721631 | ✨ Very demure, very mindful, very professional ✨ | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@netty.talk5/video/7401521378236599583 | You're such a good speaker..love listening to you 🎤 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@maycie_rae/video/7401001811802410283 | This movie has to be ROUGH on the non book readers | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@tellthebeees/video/7401679375231356203 | The idea that It Ends With Us could have any Oscar buzz is cracking me up. | Unsure/Unrelated | Unsure/Unrelated | TRUE |

| URL | Comment | Label 1 | Label 2 | Match |
|---|---|---|---|---|
| https://www.tiktok.com/@entertainmenttonight/video/7401559471115341087 | He said my mental health is more important than a check ✨ | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@molly_clipsham/video/7400822194835557664 | I never cried so much from a movie then this seen I never wanted to hear | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@voguegermany/video/7400408812122819873 | Her happy vibe is genuinely contagious!! ✨ ✨ 🩷🫶 | Pro-Lively | Pro-Lively | TRUE |
| https://www.tiktok.com/@tiffhoneyyy/video/7401688522710617374 | Mean girls IN THE SAME YEAR!!! Now THAT is a talented actress!! 👏 👏 👏 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lissbooks_/video/7402075094413053190 | rehacer su vida el verdadero amor te espera te entiende y el lo hizo eso ❤️ | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@apnewsentertainment/video/7407845786697960746 | I read the book and I must have missed this description of Lily. 😳 | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@dailieswithr/video/7401624962944994567 | ماجفت فالفلم غير استغفرالله الفواحش 🎣 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@alegabrielrz/video/7397607638835547398 | Quien fuera Ryan Reynolds para estar casado con Blake Lively😏 | Pro-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@messytessy0000/video/7401700429182127390 | what was coming. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@laylaelenik/video/7401272242333584673 | Everyone keeps saying they cried during the movie but I laughed 🙃 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@hiremeimfunny/video/7402430965416561951 | GIRL DONT STOP MAKİNG THESE | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@giannisdavvetas/video/7408597510366743841 | φοβερός..!!!! 👏 👏 👏 👏 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@kristensedit_/video/7401745392255257887 | 🎁 😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@blakelivelylove/video/7401061612162993441 | The original It Girl! 👏 😍 | Anti-Lively | Pro-Lively | FALSE |
| https://www.tiktok.com/@hannahmria/video/7400511312276491552 | etwas enttäuscht mir haben soviel wichtige Details gefehlt & Szenen die | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@voguemagazine/video/7401552405537557803 | Trust me it shows babe!🫣 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@nadiagreads/video/7401505270532148486 | it starts with us literally has no plot line | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@rozy11352/video/7403928343877324037 | The way she says his name....chills! | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@mayflower.pilgrim/video/7406656208247164206 | I did not here natily Reynolds | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@people/video/7400177550208666926 | Lily Bloom Lily Bloom!! | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@binnett2/video/7402180380255685920 | ruined the film for me | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@voguenl/video/7397806310588157217 | I need all of it | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@sammysamslife/video/7401195707614498078 | Anyone else leaning Team Justin? | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@ccieral/video/7402295058763877662 | my new favorite movie | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@enews/video/7400172000574033194 | They are the definition of couple goals | Unsure/Unrelated | Pro-Baldoni | FALSE |
| https://www.tiktok.com/@sweet.naranja/video/7401317733230464299 | She is just so freaking tone deaf. Every interview bothers me more and more | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@eassimqueacababrasil/video/7390938673686039814 | Love him | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@marcin.movie/video/7403724860372962592 | ekranizacja też nie zaskakuje | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@suie_essence/video/7405234286523059487 | 🤸 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@shortbread_comics/video/7401230208168119595 | no actually alyssa is exactly how i imagined her | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@julielouise1975/video/7405393466919800069 | people aren't hating on the film, they are hating on the marketing. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lesliee.mg/video/7401722737049259307 | Blake read the cliff notes, Justin read the book! | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@an0ush___/video/7401918612371459371 | people forget the duality of abuse... there's love too | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@nataliaalmeidasie/video/7403600578028358917 | Love him. Justin is one of my faves. 😍 🙌 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@megannfoley/video/7403791979093429546 | Always say Hailee Steinfeld | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@mckenzibrooke/video/7400841711674674463 | BRO EVERYONE COMENTED AT THE SAME TIME | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@cosmopolitan/video/7402666270505700639 | Not buying this... | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@notmalz/video/7403409378755251489 | That's the only reason why I wanna see it | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@alonainthecity/video/7401366704015625502 | Thank goodness for these videos and testimonials | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@quizmaster6199/video/7402775278931496224 | change the meaning of the movie and Justin was upset | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@elysian.living/video/7401215085504466207 | D.V. snack box 😍 😍 😍 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@tismejackieg/video/7404955427353496863 | I feel like this was totally reasonable and not rude | Pro-Lively | Pro-Lively | TRUE |
| https://www.tiktok.com/@savan.snippets/video/7401888415085497646 | she truly found such an honorable man | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@haleyjoklein/video/7403501716311690539 | When someone shows you who they are, believe them | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@iam_kjmiller/video/7401211475072716062 | have to be for everyone but be honest about it. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@jadefleur17/video/7406597031738805537 | I love slightly messy hair but it just looks so dry :( | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@sonypictures.uk/video/7400882294371700000 | Creo que me está diciendo que tengo que volver a ver gossip girl | Unsure/Unrelated | Unsure/Unrelated | TRUE |

| | | | | |
|---|---|---|---|---|
| https://www.tiktok.com/@claosserrano/video/7403349831269338410 | Team Justin | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@liyanaadamm/video/7402268765284486433 | The book is so good thoughhhh | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@olliepop232/video/7402786464532122922 | FLOWERS IN THE ATTIC IS CRAZZYY LMAOAOOOOOO | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@tarek.live1/video/7403076620166188295 | شفته في موقع الحمدالله مادفعت عليه | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@yara.tatiana/video/7408989221769334059 | What movie | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@__okv___/video/7403670137066360097 | Wasnt blake pregnant? Cuz if she was why would she be mad???? 😵 | Unsure/Unrelated | Anti-Lively | FALSE |
| https://www.tiktok.com/@aichark/video/7394670113573637383 | Blake always rocks her outfits are insane she is gorgeous | Pro-Lively | Pro-Lively | TRUE |
| https://www.tiktok.com/@kiraziff/video/7403546577182248235 | dating apps aren't working....should I look confused at the theater? | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@uilhataide/video/7395446960141946118 | It's Blake, you can see it in the credits | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@_nehajoy/video/7400560859761839406 | immediately. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@bimbobutthembo/video/7403825106646093099 | "WHAT" *finds out his wife is Blake Lively* "oh nevermind" | Anti-Lively | Unsure/Unrelated | FALSE |
| https://www.tiktok.com/@izraeloandferdinand/video/7402760945077931269 | Necesito ver la versión de Justin Baldoni!!! 😵 | Pro-Baldoni | Pro-Baldoni | TRUE |
| https://www.tiktok.com/@hiremeimfunny/video/7403773149810035998 | This is GOLD! 😵 I need you to create a playlist of all of this 😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@lei_lovesbooks/video/7402174155593911560 | I hate how it ended 😵 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@tvncbs/video/7406907976981794090 | LMAO THAT'S ACTUALLY CRAZY WORK | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@simplinds/video/7402871235685797163 | IM SO MAD THIS WAS ONLY LIKE A 3 SECOND SCENE | unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@user182910203/video/7392131422607150342 | ibamos a ir a verla juntos, al final, la veré yo sola | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@isvarim/video/7402953157015424302 | It also doesn't seem like his style. Blake has had rumors in every set. | Pro-Baldoni | Anti-Lively | FALSE |
| https://www.tiktok.com/@tmz/video/7402391627576282414 | sick of Blake Lively. She's so full of shit | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@hollywoodreporter/video/7400177441903234347 | I love how Ryan and Hugh showed up for Blake 😵 😂 | Unsure/Unrelated | Pro-Lively | FALSE |
| https://www.tiktok.com/@nadiatheteaspiller/video/7403305919485889825 | учитывая то что блей и райн вообще в этом плане не публичные, не | Unsure/Unrelated | Anti-Lively | FALSE |
| https://www.tiktok.com/@jordyyhard/video/7401672930360298795 | Only thing we can confirm is that Lily has great style. | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@perfume.realm/video/7403636703027580203 | Blake is not very bright 😂 | Anti-Lively | Anti-Lively | TRUE |
| https://www.tiktok.com/@shelbyf05/video/7407432793426349343 | 😂😂😂 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@paigemevans/video/7403432852550864133 | And look at that. No weird smiling and face pats. This is what we needed | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@carin_cordero/video/7386796245924187435 | August 9th is also National Book lover day 😵 😵 | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@soueumarcela/video/7403480897040698630 | acaba deveria e ter um marketing sério | Unsure/Unrelated | Unsure/Unrelated | TRUE |
| https://www.tiktok.com/@aledainspo/video/7404918747862977824 | blake lively è proprio serena van der woodsen | Anti-Lively | Unsure/Unrelated | FALSE |