# EXHIBIT 25

# FILED UNDER SEAL