# EXHIBIT 26

# FILED UNDER SEAL