# EXHIBIT 27



October 1, 2024

*Confidential*

CONFIDENTIAL

BL-000037970_A

**Exhibit**
Betty B 8

# EXECUTIVE SUMMARY

**Betty B Macro Thesis and Strategic Goals**

- **Category – Macro Perspective**
  - The adult "low and no" alcohol category is very attractive as it plays into key macro themes that provide a meaningful opportunity to scale in the near term:
    1. *Rate of Purchase:* Targeting weekly and repeat consumption
    2. *Target Consumer:* Millennials and Gen Z (by 2030, this cohort could represent nearly 50% of all retail spend)
    3. *Product Promise:* Category balances taste, health and convenience
  - *Take away:* Make Betty B the first to scale adult super premium low and no beverage brand

- **Strategic Interest**
  - Attractive to large strategic players across the alcoholic and non-alcoholic beverage spectrum (e.g. Pernod Ricard, Diageo, AB In Bev, Coca-Cola, Pepsi etc.); they are prioritizing winning in the 'low and no' category
  - *Take away:* Several large deep pocketed strategics are motivated to win in "low and no" beverage category

- **Geographical focus of Buyers**
  - US is the largest volume and profit pool in the world
  - *Take away:* Demonstrate Betty B's ability to scale (in certain channels/accounts and certain regions/markets) in the US



2

BL-000037971_A

# EXECUTIVE SUMMARY

**Betty B Macro Thesis and Strategic Goals (cont'd)**

- **Strategic M&A - Timing**
  - Several strategics have innovated into the category but are beginning to realize that their innovations are not gaining real traction
  - Based on our discussions with the Executive Leadership and M&A teams at several strategics, they will look to acquire independent brands during the next 12-24 months
  - *Take away:* | Redacted - Non-Responsive |

- **Why Betty B?**
  - The branding, opportunity, execution and RTM (Product Market Fit) is crystal clear for **Booze**
  - The branding, opportunity, execution and RTM (Product Market Fit) is unclear for Buzz
  - *Take away:* Focus on scaling Betty Booze (while showing some promise for Buzz as a side car/supporting role that a potential buyer leverages depending on their priorities and capabilities)

- **How much will they pay?**
  - Attractive M&A targets will need to achieve: ~1+mm cases in the US, demonstrate untapped growth potential and have healthy 50+% Gross Profit
  - *Take away:* At $40mm Net Revenue (~1mm cases) should be Hundreds of Millions of Dollars for Betty B – (preponderance of value on Booze with Buzz as a side car/supporting role whose ultimate value depends on which buyer for Booze emerges)



3

CONFIDENTIAL

BL-000037972_A

# EXECUTIVE SUMMARY

**Betty Booze**

- **Glass Half Full**

  - Betty Booze has several factors that support the brand's ability to achieve scale including a crystal-clear product market fit (BL as founder, branding, opportunity, execution and RTM) which have all translated to initial sales traction nationally

    - Betty Booze is a Top 6 brand at Total Wine and is competing with brands in the Top 10 that are doing 1+mm cases nationally and Betty Booze is significantly outperforming other celebrity RTD brands at Total (Sprinter and Gin and Juice)

    - During H1 2024, we built a national distribution footprint with Southern Glazer's and others (Fedway in NJ, Horizon in MA, Empire in GA, etc.)

    - Booze has started gaining key retail listings (Whole Foods, Sprouts, Wegmans, Kroger, Albertsons, etc.) – and thus has grown from 235 doors (Total Wine) to 6,000 doors currently – just in the last few months!

  - To translate this early success to scale, we need to drive Brand Awareness and Trial



4

BL-000037973_A



# EXECUTIVE SUMMARY

**Betty Booze**

- **Glass Half Empty**

  - With only 1 brand marketing activation (Boulud spot in May 2024) this year, search interest on google for Betty Booze has dropped significantly during Summer 2024 (vs Summer 2023)

  - Given BL's busy schedule during the key RTD summer season, time for trade engagement has been limited - both in-person and virtual events

  - We have experienced a loss of market share at Total Wine (from 6% last Summer to 4% currently i.e. from Top 5 to Top 6 position) despite the launch of the Tequila Variety Pack – share loss has been primarily to Surfside (vodka based non-carbonated RTD Tea)

  - Vodka based RTD's represent 2/3rd of RTD Spirits category & Vodka based non-carbonated teas alone are driving 1/3rd of overall category growth – Betty Booze has no Vodka based RTD (working to remedy asap)

    - Vodka ties to brand positioning - as outlined on slides to follow

5

CONFIDENTIAL

BL-000037974_A



# EXECUTIVE SUMMARY

**Betty Booze**

- **Goal – All-In Right Now**

  - $40mm sales with ~1mm cases by end of 2026

  - We expect to end the year at 125k cases ($5.5MM Gross Revenue)

    - Versus initial plan 200k cases ($9MM Gross Revenue)

      - While significantly off plan, this estimate still represents very respectable year one performance – particularly given Southern Glazer's onboarded right prior to the Summer (and listings have long lead times – 6-12 months in many cases)

    - 3x 2023 total of 40k cases (Gross Revenue $1.8MM)

  - 2025 goal is to achieve 500k cases ($22MM Gross Revenue) – which would be CAAP positive

  - For every 50k cases we miss on Betty Booze it is an additional $700k of capital need

BL-000037975_A

# EXECUTIVE SUMMARY

**Betty Booze**

- **Actions**
  - Innovation
    - Innovate into vodka based RTD's including non-carbonated teas (liquid development in progress)
  - Brand Marketing
    - 4 Tentpoles per year working with BL & MEM
    - Launch Influencer Program (can include both Booze and Buzz) to drive always-on engagement across both segments
    - Execute "in the wild" opportunities with Booze
  - Customer Insights
    - Focus Group Brand Study in October to deep dive on the customer dynamics (how often, when, what else, likes, dislikes, etc.)
  - Analyze & Optimize SKU Assortment
    - Closely monitor sell-through data to understand which flavors / pack configurations are gaining traction to help prioritize push and pull – including working capital
  - Trade Engagement
    - Leverage BL reach to evangelize key gatekeepers – touching 1000s of sales personnel (top to bottom) – at distributors and accounts…..make them partners on the journey!
  - Distribution Growth
    - Continue to grow footprint of Accounts Sold – which will increase availability and be a key driver for scale



7

CONFIDENTIAL

BL-000037976_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Glass Half Full**

  - Some green shoots in certain accounts / channels

    - Premium Grocery Retail: Betty Buzz is continuing to grow in Premium grocery retail in the mixer aisle e.g. Whole Foods (+77% growth vs last year in units/store/sku/week)

    - E-Commerce: At Amazon - where we are not confined to a defined 'mixer' or 'soft drinks' categorization as we are in brick-and-mortar retail - we have continued to steadily grow our business. 2024 YTD sales have already surpassed 2023 sales ($1.45mm) with ROAS doubling (currently 4.3x) vs 2023

      - Betty Buzz was the no. 3 best selling soft drink on Amazon Prime Day in July beating Coke, Pepsi and Dr Pepper

    - Differentiated Product: Mocktails have shown early signs of positive traction since launch on Amazon during July Prime Day and could be a path to future scale as a differentiated no alcohol offering (with potential on premise opportunity)

    - On-Premise: We have expanded our presence across Darden properties to include Seasons 52, Capital Grille in addition to Yard House (we will do 2x 2023 volume at Darden in 2024)

CONFIDENTIAL

BL-000037977_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Glass Half Empty**

  - Despite some green shoots, Product Market Fit is unclear at scale for Buzz - brand has not sufficiently eroded Fever-Tree and Q market share in premium mixer category (sub 10% share) - nor is the brand able to compete with Poppi / Olipop on function & scale in the soft drinks category (huge and risky bet required which seems foolish)

  - After accounting for COGS (high – particularly given product ingredients and current scale), sales & distribution costs and broker fees, Buzz margins are 25% and below that in the 'distributor' channel (which services 50% of our account universe including Whole Foods) only breaking even there with the glass bottles

  - Swapping glass for cans will not work as the cost of the liquid itself is high due to using high juice content and real sweeteners (agave) instead of high fructose corn syrup or stevia. Therefore, our price point at retail for cans would be too high ($11–12 per 4-pack) vs competition ($7–9 per 4-pack)

  - With Fever-Tree focusing on market share and keeping price relatively low in the premium mixer category ($5-6 per 4-pack vs $8-9 for Buzz), velocity in price conscious mainstream grocer retail e.g. Safeway Albertsons has remained sub-par for Buzz (below 1 u/s/w vs 2 u/s/w for Fever-Tree) (with no renewed opportunities at Kroger and Publix)

9

CONFIDENTIAL

BL-000037978_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Glass Half Empty (cont'd)**

  - Cost of keeping Buzz:

    - The brand needs to achieve 400k cases to be self-sufficient (i.e. cover costs including limited A&P) – we will achieve 230k cases in 2024

    - We estimate it will cost us approx. $1-2mm per annum in capital need and 2.5 years at the current pace to achieve self-sufficiency

  - Cost of closing Buzz

    - For completeness, we looked at the cost of closing Buzz and estimate that this will cost in the region of $2mm to have an orderly wind-down

  - Production schedule, business plan and impact on working capital

    - Production schedule is built to plan - finite shelf-life mandates precision planning and sales execution, hence working capital management is challenging with risk of inventory write off

10

CONFIDENTIAL

BL-000037979_A



# EXECUTIVE SUMMARY

**Betty Buzz**

- **Current Strategy**

  - On balance we think we should keep Buzz as it supports the macro thesis, complements BL as founder, avoids negative PR from a wind down; also leaves optionality for a future buyer to lean into the no alcohol category depending on their priorities and operational set up (distribution route-to-market, production scale & efficiencies, etc. - depend on buyer)

  - Our current strategy is to keep it simple with Buzz - maintain and drive higher velocity in current distribution (don't look to expand distribution or invest in stand alone Buzz marketing) - while improving profitability

  - While we want to keep the limited investment strategy on Buzz from both a human capital and $ capital perspective, there is a potential upside scenario where we see an uptick in velocity that leads to $75MM of gross revenue in 2028



11

CONFIDENTIAL

BL-000037980_A

# EXECUTIVE SUMMARY

**Betty B Company**

- **Business Plan and Capital Need**

  - The business needs $10mm of equity capital to reach break-even based on current business plan

    - Redacted - Non-Responsive is in late-stage discussions for this investment

    - We need to close this round during October to meet our current liabilities

  - We will need an additional $7mm in equity capital thereafter to repay current debt – we plan to raise this after we close the above but before Q2 2026

- **Betty B Company Team**

  - Betty B Company has only 5 dedicated employees (CEO, CMO, Senior Brand Manager, VP of Supply Chain and Director of Supply Chain) – all working across *both* Booze and Buzz

    - We have finalized a new CMO candidate to replace current head of marketing

  - Betty B benefits enormously from sharing resources with Redacted - Non-Responsive – greatly lowering our required investment needed to be a national brand. This setup allows the brand to have national coverage with 25 employees for the equivalent cost of <15 FTE's (a national brand requires minimum national coverage of this nature). No additional hiring is planned



12

CONFIDENTIAL

BL-000037981_A

# EXECUTIVE SUMMARY

## What do we need to win in 2025 & 2026 from BL/MEM

- Dinner with Redacted - Non-Responsive (in New York or Miami ASAP)

- 4 Tentpole moments during key selling weeks (MEM/BL)

- Booze / Buzz in the wild

- BL social media UGC / influencer resharing

- 10 trade zooms per year (20 mins per zoom)

- 10-20 of selfie audio notes per month (20 mins per month)

- 3 in-person Happy Hours (Meet and Greet) per year – for key accounts in key markets e.g. NY, CA, FL, TX, NJ, IL, MA (45 mins x 3)



13

CONFIDENTIAL

BL-000037982_A

# EXECUTIVE SUMMARY – BETTY BOOZE
# YTD RESULTS





CONFIDENTIAL

BL-000037983_A

# EXECUTIVE SUMMARY – BETTY BUZZ
# YTD RESULTS



**Cases Sold**

165,165 — 2024 YTD Actual
148,148 — YTD Budget
117,378 — 2023 YTD Actual

165k Cases Shipped YTD Through August
+41% YoY
+11% vs Original Goal

**Gross Revenue**

$5,829,307 — 2024 YTD Actual
$5,180,228 — YTD Budget
$3,757,118 — 2023 YTD Actual

$5.8MM in Gross Revenue Through August
+55% YoY
+13% vs Original Goal



15

CONFIDENTIAL

BL-000037984_A



# EXECUTIVE SUMMARY – YTD CONSOLIDATED RESULTS





16

CONFIDENTIAL

BL-000037985_A

# Table of Contents

1)    Betty B Macro Thesis and Strategic Goals

2)    Betty Booze

    1)    Glass Half Full

    2)    Glass Half Empty

    3)    Goal and Strategic Actions

3)    Betty Buzz

    1)    Glass Half Full

    2)    Glass Half Empty

    3)    Current Strategy

4)    Betty B Company – Business Plan and Capital Needs

5)    Betty B Team

6)    Impact of recent events

Appendix



17

CONFIDENTIAL

BL-000037986_A



# 1. Betty B Macro Thesis and Strategic Goal

CONFIDENTIAL

BL-000037987_A

Case 1:24-cv-10049-LJL   Document 1394-27   Filed 04/11/26   Page 19 of 104



# WHAT IS THE BETTY B MACRO THESIS?



19

CONFIDENTIAL

BL-000037988_A

# NO and LOW Alcoholic Beverages
# are on the rise

- Adult low and no alcohol product consumption is growing.

  - Around 64% of low and no alcohol drinkers consume these products weekly, showcasing **strong potential for repeat purchases** in the low and no alcohol beverage market.

- **Millennials and Gen Z** are driving the low and no alcohol beverage market forward.

- US consumers cite a variety of reasons for choosing low and no alcohol drinks including **taste, health, convenience, and social reasons.**



20

BL-000037989_A

Betty B

First to scale adult super
premium
low and no beverage brand





CONFIDENTIAL

CONFIDENTIAL



1. Macro Thesis and Strategic Goal

# OUR OBJECTIVE?

BL-000037991_A

*2 x Twelve Month sprints*

*2025 & 2026*

*Focused on scaling Betty Booze*

**Redacted - Non-Responsive**



23

CONFIDENTIAL

BL-000037992_A

# Redacted - Non-Responsive

BL-000037993_A

CONFIDENTIAL

# Redacted - Non-Responsive

CONFIDENTIAL

BL-000037994_A

*Every strategic we have spoken to has complemented our branding, positioning and vision...*

*...they need the brand to demonstrate the ability to scale (in certain channels/accounts and certain regions/markets) for it to make sense for their business*

*(we do not need to scale in every channel and market)*



26

# WHAT ARE THEIR KEY THRESHOLDS?



27

CONFIDENTIAL

BL-000037996_A

Case 1:24-cv-10049-LJL    Document 1334-27    Filed 04/11/26    Page 29 of 104

*~1mm cases in the US (Spirits RTD)*

*(which is also our break-even number)*

*with*

*Untapped growth potential*

*and*

*Healthy 50+% Gross Profit Margin*



28

CONFIDENTIAL

BL-000037997_A

Case 1:24-cv-10049-LJL   Document 1334-27   Filed 04/11/26   Page 30 of 104



1. Macro Thesis and Strategic Goal

# WHY FOCUS ON BOOZE / RTD SPIRITS SEGMENT?



29

CONFIDENTIAL

BL-000037998_A

The branding, opportunity, execution and RTM (PRODUCT MARKET FIT)
is **unclear** for Buzz

The branding, opportunity, execution and RTM (PRODUCT MARKET FIT)
is **crystal clear** for Booze



CONFIDENTIAL

BL-000037999_A

Case 1:24-cv-10049-LJL    Document 1334-27    Filed 04/11/26    Page 32 of 104

# HOW MUCH WILL THE BUYERS PAY?



31

BL-000038000_A

At $40mm Net Revenue
(~1mm cases)
should be **<u>Hundreds of Millions of Dollars</u>**

*(the preponderance of value here is on Booze with Buzz as a side car/supporting role whose ultimate value depends on which buyer for Booze emerges)*



CONFIDENTIAL

BL-000038001_A



BL-00003802_A

CONFIDENTIAL



CONFIDENTIAL

BL-000038003_A


2a. Betty Booze Glass Half Full

BL AS FOUNDER WITH MASSIVE
GLOBAL AUDIENCE



BL-000038004_A

CONFIDENTIAL

# Our Founder





**Blake Lively**

201 posts        45.8M followers        520 following

**Founded by A-list Hollywood actress Blake Lively**

**At the Top of her Game**

**Tastemaker and fashion icon**



CONFIDENTIAL

BL-000038005_A



2a. Betty Booze Glass Half Full

# LARGE AND GROWING CATEGORY

37

CONFIDENTIAL

BL-000038006_A



**2a. Betty Booze Glass Half Full**

Current US Retail $

Expected Growth Rate

**Premium
Spirits Based
<u>RTD</u>**



**$3.6 Billion**

**52MM 9L Cases**



**2028**

**$6.4 Billion**

**+10% CAGR**

**92MM 9L Cases**

 Source: Shanken, Nielsen, Grand View Research, Euromonitor

STRICTLY CONFIDENTIAL

BL-000038007_A



2a. Betty Booze Glass Half Full

# MULTIPLE BRANDS HAVE SCALED
# IN 3 YEARS



39

CONFIDENTIAL

BL-000038008_A

2a. Betty Booze Glass Half Full

# In addition to High Noon & Cutwater, Several others have hit >1M cs/year in 3-4 years

Cases (000s)

1 Mil Cases

Year 1   Year 2   Year 3   Year 4

Nutrl — Crown Royal — Mom Water — Surfside — Long Drink

| Brand | Size at Year 3 (Cases) |
|---|---|
| NÜTRL Vodka. Seltzer. Real Juice. | 2.7M |
| Crown Royal | 1M |
| Surfside | 1M |
| Mom Water | 1M |
| LONG DRINK | 467k in Year 3 1M in Year 4 |



BL-000038009_A

CONFIDENTIAL



2a. Betty Booze Glass Half Full

# PRODUCT MARKET FIT



41

CONFIDENTIAL

BL-000038010_A



2a. Betty Booze Glass Half Full

# Product Market Fit is Strong

## ***(need to further strengthen by extending into largest sub-segment of vodka)



42

CONFIDENTIAL

BL-000038011_A

# Betty Booze is Well Positioned vs. Competition...

## Super Premium & Differentiated Positioning

Super-Premium



Premium

  

 



43

CONFIDENTIAL

BL-000038012_A

Case 1:24-cv-10049-LJL   Document 1334-27   Filed 04/11/26   Page 45 of 104

# ...with an Award-Winning Liquid and Packaging...



**Elite DAILY**

"I officially get the hype around Betty Booze. This taste-test was a pleasant surprise and proof that a lot of TLC went into making this brand as delicious as possible."

**USA TODAY**

"It's a thirst quencher... There's nothing that tastes like it coming from White Claw or High Noon or any of the RTD brands out there."

**Tasting Table.**

"I can say with every ounce of air in my cocktail-loving chest that this is, hands down, the best canned beverage I've ever had."

CONFIDENTIAL

BL-000038013_A

# ...and Delivers High Margins

Attractive Margins

✓  For Betty B

✓  For Retailers

✓  For Distributors

**Win-Win-Win**



45

CONFIDENTIAL

BL-000038014_A


# BRAND MARKETING GENERATING EARNED MEDIA



CONFIDENTIAL

BL-000038015_A

In under a year, Betty Booze has generated **BILLIONS** of Earned Media Impressions



CONFIDENTIAL

BL-000038016_A



2a. Betty Booze Glass Half Full

# BRAND MARKETING DRIVING
# SEARCH INTEREST



48

CONFIDENTIAL

BL-000038017_A

# Tentpole moments have resulted in Google Trends (search interest) for Betty Booze



Google Search Interest – Betty Buzz and Betty Booze

CONFIDENTIAL

BL-000038018_A



2a. Betty Booze Glass Half Full

# BRAND MARKETING CREATING
# ENGAGEMENT ON SOCIAL MEDIA



50

CONFIDENTIAL

BL-000038019_A

# Betty Booze is already the #2 RTD on Instagram

**blakelively**

**45.8M Followers**

**bettybuzz**

**307k Followers**





| | HANDLE | FOLLOWERS |
|---|---|---|
| 1 | White Claw | 229,000 |
| 2 | Betty Booze | 148,000 |
| 3 | Sprinter | 105,000 |
| 4 | Cutwater | 105,000 |
| 5 | High Noon | 96,000 |
| 6 | Surfside | 57,400 |
| 7 | Mom Water | 54,300 |
| 8 | Long Drink | 53,600 |
| 9 | Two Chicks | 36,600 |
| 10 | Nutrl | 17,400 |

*Plus amplification from Blake & Betty Buzz (~46M followers combined!)*

51

CONFIDENTIAL

BL-000038020_A

Case 1:24-cv-10049-LJL    Document 1334-27    Filed 04/11/26    Page 52 of 104

Redacted - Non-Responsive **AND BRAND IMAGERY**

# BRINGING THE PRODUCT TO LIFE IN-STORE AT TOTAL



CONFIDENTIAL

BL-000038021_A











BL-000038022_A

CONFIDENTIAL



**2a. Betty Booze Glass Half Full**

# TOP 6 BRAND AT TOTAL AND SIGNIFICANTLY OUTPERFORMING OTHER CELEBRITY RTD BRANDS



54

CONFIDENTIAL

BL-000038023_A



# Betty Booze over the last 4 weeks has sold ~5x more than Sprinter and 35x Gin and Juice at Total

2a. Betty Booze Glass Half Full

**L10 Retail $ Sales**

| | Betty Booze | Sprinter | Delola | Gin & Juice |
|---|---|---|---|---|
| | $666,423 | $149,339 | $133,969 | $20,613 |



CONFIDENTIAL

BL-000038024_A

# Competing against top brands at Total

## #6 RTD Spirit brand at Total Wine

| Brand | Market Share ($) |
|-------|------------------|
| High Noon (Gallo) | 49% |
| Outwater (AB INBEV) | 16% |
| Nutrl (AB INBEV) | 7% |
| Long Drink | 7% |
| Surfside | 7% |
| Betty Booze | 4% |
| Mom Water | 3% |
| Sunny D | 3% |
| Two Chicks | 2% |
| Jack Daniel's (Brown Forman) | 2% |
| Total Top 10 | 100% |

All other brands in the Top 10 are projected
to do **1mm or more cases nationally**
across all retailers



Note: Total Wine and More, Nielsen data 6/25/23 – 7/20/24, Retail $ value

56


2a. Betty Booze Glass Half Full

# WE BUILT A
# NATIONAL DISTRIBUTION NETWORK



57

CONFIDENTIAL

BL-000038026_A



**2a. Betty Booze Glass Half Full**

*Betty Booze went from 1 Customer with 230 stores across 25 states*



*.... to a fully __NATIONAL__ network of Wine & Spirits Distributors which reaches 100,000+ Accounts!*

*(currently in 6,000 accounts)*

**Signed National Partnership with Southern Glazer's Wine & Spirits (March 2024)**





58

CONFIDENTIAL

BL-000038027_A

# EARLY LISTINGS IN KEY RETAILERS



CONFIDENTIAL

BL-000038028_A

CONFIDENTIAL

# 2024 Confirmed Listings

2a. Betty Booze Glass Half Full

## Currently in 6,000 doors

### NATIONAL ACCOUNTS




**Total Wine & MORE**
Current – 1,500+ PODs

**WHOLE FOODS MARKET**
Current – 50+ PODs

**Kroger**
Fall 2024 – 1,500+ PODs


**SPROUTS FARMERS MARKET**
Current – 100+ PODs

**Albertsons**
Fall 2024 – 140+ PODs


**Walmart**
Current – 500+ PODs

**BevMo!**
Current – 140+ PODs



### REGIONAL ACCOUNTS


**KAPPY'S FINE WINE & SPIRITS**
Current – MA

**Stew Leonard's**
Current – NY, NJ, CT


**HyVee EMPLOYEE OWNED**
Current – IA, MN


**YANKEE SPIRITS**
Current – MA


**WOODMAN'S MARKETS**
Current – WI


**LIQUOR BARN**
Current – KY


**Wegmans**
Current – NY, NJ, MA


**Bristol Farms**
Current – CA


**MOLLIE STONE'S MARKETS**
Current – CA

Note – POD = Point of Distribution, a placement of a SKU

60

BL-000038029_A



BL-000038030_A

CONFIDENTIAL



# Only 1 Tentpole This Year for Booze
# VS 4 Last Year



62

CONFIDENTIAL

BL-000038031_A

Case 1:24-cv-10049-LJL    Document 1334-27    Filed 04/11/26    Page 64 of 104

# Recapping 2024 Booze Marketing Plan on a Page

2b. Betty Booze Glass Half Empty

*All initiatives supported with PR, Social Media, Influencers and In-Store Programming*

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Fresh Start**

**V-Day & Big Game**

**Betty Brunch**

**National Launch & Blake's Launch Spot**

**Blake Virtual Trade Events**

**New Tequila Flavor + Tequila Variety Pack**



Homemade Summer Blake Spots

Blake Trade Road Show in Select Key Markets

**Blake's Lemonade Stand *Select Events***

**Aerial Advertising for NJ Shore**



**New Bourbon Flavor + Fall Variety Pack**

**Holiday Blake Spot**



63

CONFIDENTIAL

BL-000038032_A

# SEARCH INTEREST HAS REDUCED
# COMPARED TO LAST YEAR



CONFIDENTIAL

BL-000038033_A

**While average search interest in Nutrl and Cutwater during Summer 2024 has remained broadly consistent with their Summer 2023 averages; search interest in Betty Booze is down significantly (1/5th) of Summer 2024**

2b. Betty Booze Glass Half Empty



Average Search Interest

Note: Average search interest is indexed based on Betty Booze, Nutrl and Cutwater for each period
Summer 2023 – 25 June 2023 to 30 September 2023
Summer 2024 – 23 June 2024 to 27 August 2024

BL-000038034_A

# Aviation Gin during the first 3 years of RR involvement (Feb'18 - Jan'21) had 2.3x average search interest vs Betty Buzz in its first 3 years (Sept'21 - Aug'24) and 3.7x Betty Booze since launch (June'23)



Average Google Search Interest





16
14
12
10
8
6
4
2
0

1

66

CONFIDENTIAL

BL-000038035_A

Case 1:24-cv-10049-LJL    Document 1334-27    Filed 04/11/26    Page 68 of 104

# Which had an impact on sales

Both Betty Booze sales and search interest in Summer 2024 are significantly lower than Summer 2023

- Avg. Weekly Sales at Total Wine Summer 2023 was 800 cases vs 500 cases in 2024
- Avg. Search Interest Summer 2023 was 2.4x Summer 2024



Summer 2023: Sales v Search Interest on Google Trends

Summer 2024: Sales v Search Interest on Google Trends

CONFIDENTIAL

BL-000038036_A



2b. Betty Booze Glass Half Empty

# LIMITED TRADE ENGAGEMENT WITH BL DURING KEY SUMMER/LAUNCH PERIOD



68

CONFIDENTIAL

BL-000038037_A

# 'BL selfie' engagement per below. Planning additional engagement including voice/audio for ease

2b. Betty Booze Glass Half Empty

| | Ask | Status |
|---|---|---|
| Selfie Videos | Total Wine | ✓ Complete 17 April 2024 |
| | Majestic | ✓ Complete 17 April 2024 |
| | SGWS – New York | ✓ Complete 15 May 2024 |
| | SGWS – Florida | ✓ Complete 15 May 2024 |
| | SGWS - Illinois | ✓ Complete 15 May 2024 |
| | SGWS - California | ✓ Complete 15 May 2024 |
| | SGWS – Control States | ✓ Complete 15 May 2024 |
| | SGWS – National Retail Chains | ✓ Complete 15 May 2024 |
| | SGWS – National On-Premise Chains | ✓ Complete 15 May 2024 |
| | Green light – Texas | ✓ Complete 15 May 2024 |
| | Horizon – MA (& RI) | ✓ Complete 15 May 2024 |
| | Fedway – New Jersey | ✓ Complete 15 May 2024 |
| | SGWS Regions – East Region | ✓ Complete 7 June 2024 |
| | SGWS Regions – West Region | ✓ Complete 7 June 2024 |
| | SGWS Regions – Central Region | ✓ Complete 7 June 2024 |
| | SGWS Regions – East Region | ✓ Complete 7 June 2024 |
| | Betty Blooms (for press) | ✓ Complete 31 July 2024 |
| | Princess Cruises | ✓ Complete 12 September 2024 |

69

CONFIDENTIAL

BL-000038038_A

# Looking to execute in-person engagement in the coming months

|  | Ask | Target Month | Status |
|---|---|---|---|
| In Person Road Show for Distributors and Top Local / Regional Chains | Majestic Wine Happy Hour | December (2023) | ✓ Complete December 2023 |
|  | NYC (Total) Wine Happy Hour – Fouquet | March | ✓ Complete 14 March 2024 |
|  | NY Appearance | April | October 18 (NYCWFF + National Call with SGWS) |
|  | NJ Appearance | April | In Discussion / Awaiting Avails |
|  | South FL (1 Day) | May | Subject to future travel to market – replace with Virtual Tasting for now |
|  | TX (2 Account Visits) | May | ✓ Complete 14 June 2024 |
|  | Los Angeles (1 Day) | May | Subject to future travel to market – replace with Virtual Tasting for now |
|  | Mid-West (IL) | TBC (Optional based on existing travel) | Subject to future travel to market – replace with Virtual Tasting for now |

70

CONFIDENTIAL

BL-000038039_A

# NJ Happy Hour is Critical





- *Top 5 RTD Market in the US*

- *Surfside (RTD) will do <u>1.5MM cases</u> a year in NJ alone!*

- *Fedway, our distributor, is strong and dedicated to the brand*

- *Fedway invested along side us in Out of Home Advertising for the NJ Shore Launch this Summer*



71

CONFIDENTIAL

BL-000038040_A

# Looking to execute virtual (Zoom) engagement in the coming months

2b. Betty Booze Glass Half Empty

| | Ask | Target Month | Status |
|---|---|---|---|
| Virtual Events for Distributors and Top National Chains (6 – 10 Virtual Tastings) | SGWS Executive Kick Off | March | ✓ Complete 27 March 2024 |
| | FL Distributor Team (SGWS) | Late April – Early May | Awaiting Avails – may now replace with National Zoom on Oct 18 |
| | CA Distributor Team (SGWS) | Late April – Early May | Awaiting Avails – may now replace with National Zoom on Oct 18 |
| | IL Distributor Team (SGWS) | Late April – Early May | Awaiting Avails – may now replace with National Zoom on Oct 18 |
| | National Retail Team (SGWS) | Late April – May | TBD |
| | National On-Premise Team (SGWS) | Late April – May | TBD |
| | NJ Distributor Team (Fedway) | Late April – May | In Discussion / Awaiting Avails – as an interim prior to in-person |
| | MA Distributor Team (Horizon) | Late April – May | In Discussion / Awaiting Avails |
| | GA Distributor Team (Empire) | Late April – May | In Discussion / Awaiting Avails |
| | Total Wine "Meet the Maker" | July | [illegible] |
| | Whole Foods - National Buying & Marketing Team | n/a | TBD |
| | Sprouts - National Buying & Marketing Team | n/a | TBD |

CONFIDENTIAL

72

BL-000038041_A

# VARIETY PACK HAS UNDERPERFORMED AT TOTAL WINE VS THE CATEGORY AVERAGE AS PERCENTAGE OF TOTAL BUSINESS



73

CONFIDENTIAL

BL-000038042_A

# At Total Wine Betty Booze Variety Pack Under Performing vs Category Benchmarks as a Percentage of Total Business

**2b. Betty Booze Glass Half Empty**



Category Retail 9L Cases

155,789, 37%

267,113, 63%

Single Flavor    Multi-Packs

Betty Booze 9L Cases

2,436, 22%

8,634, 78%

Single Flavor    Multi-Packs

63% of RTD Sales are through variety packs at Total Wine, however, Betty Booze has seen slower adoption related to the variety pack since its launch in late May. Higher inventory levels of original skus at Total Wine explains a portion of this gap which adds noise in the data



BL-000038043_A

# LOSS OF MARKET SHARE
# AT
# TOTAL WINE



75

CONFIDENTIAL

BL-000038044_A

# Betty Booze market share at Total Wine

2b. Betty Booze Glass Half Empty

## Market Share
## Launch to Year End 2023

| Brand | % Market Share of Top 10 |
|---|---|
| HIGH NOON COCKTAIL | 50% |
| CUTWATER COCKTAIL | 16% |
| NUTRL COCKTAIL | 7% |
| LONG DRINK COCKTAIL | 6% |
| Betty Booze | 6% |
| SURFSIDE COCKTAIL | 4% |
| MOM WATER COCKTAIL | 3% |
| SUNNY D COCKTAIL | 3% |
| BACARDI COCKTAIL | 2% |
| TWO CHICKS COCKTAIL | 2% |
| Total Top 10 | 100% |

Note: Total Wine and More, Nielsen data
6/25/23 – 12/31/23, Retail $ value

## Market Share
## Launch to Present

| Brand | % Market Share of Top 10 |
|---|---|
| HIGH NOON COCKTAIL | 49% |
| CUTWATER COCKTAIL | 16% |
| SURFSIDE COCKTAIL | 8% |
| NUTRL COCKTAIL | 7% |
| LONG DRINK COCKTAIL | 7% |
| Betty Booze | 4% |
| MOM WATER COCKTAIL | 3% |
| SUNNY D COCKTAIL | 3% |
| TWO CHICKS COCKTAIL | 2% |
| BACARDI COCKTAIL | 1% |
| Total Top 10 | 100% |

Note: Total Wine and More, Nielsen
data 6/25/23 – 9/14/24, Retail $ value

A large portion of share for the whole category has been taken by Surfside (non-carbonated). Their volumes have exploded over the last 12 months



76

CONFIDENTIAL

BL-000038045_A



2b. Betty Booze Glass Half Empty

# 2024 PLAN MISSED



77

BL-000038046_A

# Velocity over the last 2 months has significantly decreased vs plan. The summer is the most important time for RTDs

The charts on this page are looking at Depletions – sales from our distributor to retailers. Our financial model is built off of Shipments – our sales to distributors

In August, our velocity significantly dropped off (hence plan gap)

The summer is RTD season – for competitive brands **nearly 50% of sales occur between May and August**

235 represents the number of Total Wine stores

Case Velocity is based off of depletions (distributor sales to retailers)

In September we surpassed 6,000 accounts sold



**2024 Cumulative Cases Sold by Month vs Plan**

| | | | | | Forecasted | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Accounts | 235 | 235 | 235 | 800 | 1,800 | 2,800 | 3,800 | 4,800 | 5,800 | 6,800 | 6,800 | 6,800 |
| Case Velocity | 1.5x | 1.8x | 2.8x | 0.7x | 0.9x | 1.3x | 1.3x | 1.3x | 1.1x | 0.8x | 0.6x | 1.1x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 |
| Cases Sold | 1,410 | 1,645 | 3,231 | 2,240 | 6,120 | 18,480 | 19,760 | 24,000 | 31,900 | 20,400 | 17,364 | 35,700 |
| Cumulative Cases Sold | 1,410 | 3,055 | 6,286 | 8,526 | 14,646 | 33,126 | 52,886 | 76,886 | 108,786 | 129,186 | 146,550 | 182,250 |

| | | | | Actuals | | | | |
|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
| Accounts | 235 | 235 | 235 | 564 | 1,597 | 2,681 | 4,493 | 5,225 |
| Case Velocity | 1.0x | 1.5x | 1.7x | 1.4x | 2.1x | 0.8x | 0.6x | 0.4x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 |
| Cases Sold | 973 | 1,374 | 1,940 | 3,269 | 13,393 | 10,868 | 11,155 | 8,457 |
| Cumulative Cases Sold | 973 | 2,347 | 4,288 | 7,557 | 20,950 | 31,818 | 42,973 | 51,430 |

78

BL-000038047_A

# We have lowered our shipment forecast from 200k cases to 125k cases in 2024

2b. Betty Booze Glass Half Empty



- The lower forecast is a result of limited brand marketing to date thus far in 2024 impacting in store velocity as well as a later launch then anticipated with SGWS

- There is additional risk to this number as we have limited brand marketing engagement planned for the remained of the year



79

CONFIDENTIAL

BL-000038048_A



# 2. (c) BOOZE GOAL AND ACTIONS

CONFIDENTIAL

BL-000038049_A



2c. Betty Booze Goal and Actions

# WHAT IS OUR BUSINESS GOAL FOR BOOZE?



81

CONFIDENTIAL

BL-000038050_A

BL-000038051_A

CONFIDENTIAL



2c. Betty Booze Goal and Actions

$40MM sales
~1m cases
Target Goal -
2026





# WE NEED TO FISH WHERE THE FISH ARE



CONFIDENTIAL

BL-000038052_A



**Vodka is still by far the largest RTD category roughly 4x larger than Tequila (the second largest)**





**Betty Booze
Vodka + Tea?**

▪ Vodka ▪ Tequila ▪ Whiskey ▪ Gin ▪ Other

**Vodka + Tea is responsible for ~33% of the entire category's growth**

**Vodka + Tea segment +200+% YoY**

**Non-carbonated cocktails account for ~60% of the category's growth**

BL-000038053_A





# KEY TO INNOVATE INTO
# VODKA BASED RTD'S INCLUDING
# NON-CARBONATED TEAS

CONFIDENTIAL

BL-000038054_A

# Why Vodka as an ingredient?





- **Neutral flavor**: Vodka's neutral flavor means it won't overpower the other flavors of your dish/drink allowing the other flavors to shine

- **Emulsifies:** Vodka can act as a natural emulsifier, helping to keep liquids together that would otherwise separate when mixed, *like in everyone's favorite Spicy Rigatoni Vodka* – with possible collab with Mario Carbone

- **Enhancing Flavor:** Vodka also brings a subtle umami flavor and a silky mouthfeel providing a balance to certain flavor profiles (including balancing sweetness).



86



NEW FLAVOR:

HALF
AND
HALF

Water, Vodka, Meyer Lemon
Juice, Agave, Brewed Black
Tea Extract, Lemon Extract

*Flavor directions are FPO***

# Why Tea as an ingredient?

- Black tea brings bold layered herbal flavors.

- Allows us to leverage and highlight some of our signature flavors including **Meyer Lemon** and **Agave**

- Marketing opportunity as **"Betty Palmer"**



87

CONFIDENTIAL

BL-000038056_A

# NEED TO HAVE CONSISTENT AND ONGOING ENGAGEMENT TO DRIVE SEARCH INTEREST



CONFIDENTIAL

BL-000038057_A


# Need 4
# TENTPOLES
# Per Year Working
# with BL & MEM



CONFIDENTIAL

BL-000038058_A

*In addition to Tentpoles, Launch Betty B Influencer Program*

*(can include -covering both Booze and Buzz)*

*to drive always-on engagement*



90

CONFIDENTIAL

BL-000038059_A



# NEED TO DO SOME STUNTY STUFF WITH BOOZE



CONFIDENTIAL

BL-000038060_A

# IN THE WILD WITH BOOZE



## Redacted - Non-Responsive



CONFIDENTIAL

BL-000038061_A

# NEED TO BETTER UNDERSTAND OUR CUSTOMER



CONFIDENTIAL

BL-000038062_A



We are carrying out a

Focus Group Brand Study

in October to deep dive

on

the customer dynamics

(how often,

when, what else, likes, dislikes

etc.)

Note – We are trying to get Total Wine's control group to compare our results

94

CONFIDENTIAL

BL-000038063_A

Case 1:24-cv-10049-LJL   Document 1334-27   Filed 04/11/26   Page 95 of 104



# NEED TO BETTER TO UNDERSTAND SKU MIX



CONFIDENTIAL

BL-000038064_A

# Based On Current Depletions It Is Too Early To Tell SKU Performance For Future SKU Optimization



Sparkling Tequila with Oak Smoked Lemonade, 6,333 , 12%

Tequila Variety Pack, 14,492 , 28%

Tequila with Lime Shiso, 7,156 , 15%

Bourbon with Oak Smoked Lemonade, 6,536 , 13%

Bourbon with Apple Ginger Sour Cherry 9,134 , 18%

Sparkling Tequila Smoky Pineapple 7,026 , 14%

Tequila Variety Pack

Sparkling Tequila Smoky Pineapple

Tequila with Lime Shiso

Bourbon with Apple Ginger Sour Cherry

Bourbon with Oak Smoked Lemonade

Sparkling Tequila with Oak Smoked Lemonade



The chart on this page is looking at Depletions – sales from our distributor to retailers

96

CONFIDENTIAL

BL-000038065_A



2c. Betty Booze Goal and Actions

# NEED TO FOCUS ALL-IN ON TRADE!



CONFIDENTIAL

BL-000038066_A

## Pyramid of Trade Priorities:

### *Evangelize key gatekeepers – touching 1000s of sales personnel (top to bottom)*



*Note – Our engagement plan is to follow*



CONFIDENTIAL

BL-000038067_A



# WE NEED TO GROW DISTRIBUTION



CONFIDENTIAL

BL-000038068_A



# Velocity and Distribution Growth Will Allow us to Achieve our 2025 Goal

2c. Betty Booze Goal and Actions

### 2025 Accounts Sold and Cases Sold by Month



Cumulative Cases Sold ▬▬▬ Accounts

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts | 7,000 | 7,500 | 8,000 | 9,000 | 10,000 | 11,000 | 11,500 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Case Velocity | 0.9x | 1.2x | 2.1x | 2.8x | 7.2x | 10.0x | 11.0x | 8.8x | 6.4x | 4.4x | 3.2x | 4.0x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 |
| Cases Sold | 4,200 | 6,000 | 14,000 | 16,800 | 48,000 | 91,667 | 84,333 | 70,400 | 64,000 | 35,200 | 25,600 | 40,000 |
| Cumulative Cases Sold | 4,200 | 10,200 | 24,200 | 41,000 | 89,000 | 180,667 | 265,000 | 335,400 | 399,400 | 434,600 | 460,200 | 500,200 |

- Impacting the summer for RTDs is paramount – Summer is equivalent to OND for traditional spirits
- An additional 4k accounts along with stronger velocity is needed next year to achieve our 2025 goal

100

CONFIDENTIAL

BL-000038069_A

2c. Betty Booze Goal and Actions

# 2026 - The Path to Achieve 1MM Cases...



2026 Accounts Sold and Cases Sold by Month

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts | 12,000 | 12,500 | 13,000 | 13,500 | 14,000 | 14,500 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Case Velocity | 0.2x | 0.3x | 0.5x | 0.7x | 1.8x | 2.5x | 2.8x | 2.2x | 1.6x | 1.1x | 0.8x | 1.0x |
| Number of Weeks | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 4 | 5 |
| Cases Sold | 11,003 | 15,282 | 34,768 | 38,512 | 102,698 | 184,663 | 168,107 | 134,486 | 122,260 | 67,243 | 48,904 | 76,412 |
| Cumulative Cases Sold | 11,003 | 26,286 | 61,054 | 99,565 | 202,264 | 386,927 | 555,034 | 689,520 | 811,780 | 879,023 | 927,927 | 1,004,339 |

- Velocity during the summer is critical to achieve our plan of 1mm cases
- Strong velocity will drive volume as well as account growth



CONFIDENTIAL

BL-000038070_A

Achieving 15,000+ accounts will not be easy

The most efficient path is through chain authorizations

Leveraging BL in buyer engagement will fast track listings in these chains as we did with Betty Buzz and RR on Aviation



102

CONFIDENTIAL

BL-000038071_A

Case 1:24-cv-10049-LJL    Document 1334-27    Filed 04/11/26    Page 104 of 104

# Below are our top chain targets for next year

## These accounts have hundreds to thousands of locations nationally

| Expand Current Distribution | New Listings |
|---|---|

























103

CONFIDENTIAL

BL-000038072_A