

2c. Betty Booze Goal and Actions

# What do we need to win in 2025 & 2026 from BL/MEM?

104

CONFIDENTIAL

BL-000038073_A


# KEY IS TO FOCUS ON <u>TRADE ENGAGEMENT</u>

CONFIDENTIAL

BL-000038074_A

# What do we need to win in 2025 & 2026 from BL/MEM?

2c. Betty Booze Goal and Actions

- Dinner with Redacted - Non-Responsive (in New York or Miami ASAP)

- 4 Tentpole moments during key selling weeks (MEM / BL)

- Booze / Buzz seen in the wild

- BL social media UGC/influencer resharing

- 10 trade zooms per year (20 mins per zoom)

- 10-20 of selfie audio notes per month (20 mins per month)

- 3 in-person Happy Hours (Meet and Greet) per year – for key accounts in key markets e.g. NY, CA, FL, TX, NJ, IL, MA (45 mins x 3)



106

BL-000038075_A





3. (a) BETTY BUZZ GLASS HALF FULL

CONFIDENTIAL

BL-000038077_A

3a. Betty Buzz Glass Half Full

# BL AS FOUNDER WITH MASSIVE GLOBAL AUDIENCE



109

CONFIDENTIAL

BL-000038078_A

# Raising awareness of our brand positioning that garnered BILLIONS in Earned Impressions



CONFIDENTIAL

BL-000038079_A



CONFIDENTIAL

BL-000038080_A



3a. Betty Buzz Glass Half Full

# BUZZ PERFORMANCE AT
# WHOLEFOODS



CONFIDENTIAL

BL-000038081_A

# Betty Buzz x Whole Foods Partnership







- Whole Foods is one of our top US Retail partners - selling almost 25,000 cases in 2023 (600,000 bottles)!

- Whole Foods is expected to do 44,000 cases in 2024 +76% YoY. Outside of Amazon, Whole Foods is our largest customer with ~20% of our overall Betty Buzz business

- Our Whole Foods UK & Canada partnership has been just as strong

CONFIDENTIAL

BL-000038082_A

# Whole Foods Head Global Buyer Visited Our Office in June

3a. Betty Buzz Glass Half Full

**Redacted - Non-Responsive**

- The Whole Foods head global beverage buyer spent several hours our office in June

- The buyer is a massive supporter of the brand

- She is committed to growing the partnership

114

CONFIDENTIAL

BL-000038083_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 12 of 92

# Betty Buzz @ Whole Foods – Strong growth vs. 2023
# We are selling +73% Units/Store/Week more than a year ago

3a. Betty Buzz Glass Half Full

## $ Sales

- $1,400,000
- $1,200,000
- $1,000,000
- $800,000
- $600,000
- $400,000
- $200,000

$1,210,643 — YTD 2024

$685,583 — YTD 2023

## Units/Store/Week/SKU

- 2.5x
- 2.0x
- 1.5x
- 1.0x
- 0.5x

2.4x — YTD 2024

1.4x — YTD 2023

| | YTD 2024 | YTD 2023 | +/- % |
|---|---|---|---|
| $ Sales | $1,210,643 | $685,583 | 77% |
| Units/Store/Week/SKU | 2.4x | 1.4x | 73% |

Note: Whole Foods sell through Data
Note: Nielsen YTD week-ending Aug 31st 2024

115

CONFIDENTIAL

BL-000038084_A



3a. Betty Buzz Glass Half Full

# Business Outside of Whole Foods is Also Growing



116

CONFIDENTIAL

BL-000038085_A

# Performance at Safeway/Albertsons has slightly improved since we swapped Tonic for Grapefruit

**3a. Betty Buzz Glass Half Full**



$ Sales

Units/Store/Week/SKU

| | Last 8 Weeks | Last 8 Week YAGO | +/- % |
|---|---|---|---|
| $ Sales | $167,695 | $139,803 | 20% |
| Units/Store/Week/SKU | 0.7x | 0.6x | 17% |

Earlier this year the buyer for Safeway/Albertsons, gave us the opportunity to swap Grapefruit (our best performing SKU) for Tonic (our worst performing SKU). Since then, we have seen a healthy increase in the business



Note: Safeway/Albertsons sell through Data
Note: Nielsen, Last 8-weeks ending, Aug 31st, 2024

117

CONFIDENTIAL

BL-000038086_A

# Through August – Shipments have been impressive

3a. Betty Buzz Glass Half Full

| | YTD 2024 | YTD 2023 | +/- % |
|---|---|---|---|
| UNFI | 42,464 | 39,720 | 7% |
| KeHe | 38,170 | 29,340 | 30% |
| Amazon | 22,523 | 12,092 | 86% |
| Canada | 18,917 | – | – |
| Total Wine | 10,185 | 4,455 | 129% |
| Misfits | 7,515 | 2,100 | 258% |
| UK | 8,257 | 1,630 | 407% |
| Darden | 6,840 | 3,690 | 85% |
| On-Premise Distributor | 5,300 | 6,847 | (23%) |
| Hy-Vee | 2,160 | 2,070 | 4% |
| Other | 2,834 | 15,434 | (82%) |
| **Total** | **165,165** | **117,378** | **41%** |

- UNFI – is predominately led by Whole Foods
- KeHe – is led by Safeway/Albertsons. Growth in 2024 is led by our swap of Grapefruit for Tonic
- Amazon – Growth from a full year of having the business (launched July 2023)
- Canada – new business – we partnered with Sobey's and Whole Foods
- Total Wine – artificially low number in 2023 as their inventory levels were high heading into 2023
- Misfits – Launched Summer 2023
- Other – includes Publix and Kroger shipments in 2023 – we were discontinued in 2023

Note: Betty Buzz shipment data through August

118

CONFIDENTIAL

BL-000038087_A

# Grapefruit is driving growth for the brand

| | YTD 2024 | YTD 2023 | +/- % |
|---|---|---|---|
| Grapefruit | 50,701 | 24,866 | 104% |
| Lemon Lime | 40,324 | 29,920 | 35% |
| Ginger Beer | 39,484 | 35,822 | 10% |
| Meyer Lemon | 17,060 | 11,969 | 43% |
| Tonic | 13,850 | 14,802 | (6%) |
| Apple Ginger Mocktail | 2,061 | – | – |
| Oak Lemonade Mocktail | 1,685 | – | – |
| Total | 165,165 | 117,378 | 41% |

- Grapefruit's growth is due to our new listing at Safeway/Albertsons as well as Amazon and expanded distribution with Darden and Canada

- Lemon Lime is driven by Whole Foods

- Tonic will continue to lose volume as we swapped Tonic for Grapefruit at Safeway/Albertsons
  - Currently the only major accounts that have Tonic are Whole Foods, Sprouts and Total Wine

Note: Betty Buzz shipment data through August

119

BL-000038088_A

# BUZZ PERFORMANCE ON
# AMAZON



CONFIDENTIAL

BL-000038089_A



# Betty Buzz 2024   amazon

**3a. Betty Buzz Glass Half Full**

**FOCUS PERIOD**
**July Prime Day**
*Supported with Blake Content, Media & PR*

**FOCUS PERIOD**
Oct Deals Day

→ Limited 360 Activation due to recent events

**FOCUS PERIOD**
**Nov & Dec Holidays**
*Supported with Media & PR*

*Always On PR & Media*    *Always On*

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

| | 2023 Full Year | 2024 YTD | 2024 Full Year |
|---|---|---|---|
| Net Revenue (MM's) | $1.36 | $1.45 | $2.49 |
| Digital Ad Spend (MM's) | $0.69 | $0.34 | $0.47 |
| ROAS | 2.0x | 4.3x | 5.3x |

## 2024 YTD Review

➢ 2024 YTD sales have equaled 2023 sales with HALF the digital dollars spent

➢ 2024 YTD ROAS is over twice 2023 levels

➢ Mocktails launch was a success (see following slides)

➢ Plan assumed a significant ramp in ROAS from August

➢ However reduced brand marketing and lack of 360 Activation especially during October for Deals Day is likely to impact Full Year performance

➢ Amazon SKU mix on following page

121

CONFIDENTIAL

BL-000038090_A

# EARLY SIGNS OF POSITIVE TRACTION
# WITH MOCKTAILS



122

CONFIDENTIAL

BL-000038091_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 20 of 92

# Mocktails have shown early promise on Amazon and could provide an avenue for growth in the future

**Units Sold by Flavor Profile**
August 2024

**While still early days, the two mocktail flavors represented 22% of sales in August on Amazon (42% in July due to the Prime Day feature and push)**

We will monitor repeat rates and assess both the size of the opportunity and potential unit economics in retail and on-premise for the Mocktails for future deployment

Asahi, Suntory, Constellation have all mentioned their interest in the Mocktails category

Currently mocktails are not a deep market...but it's growing...

**61% of YTD Business on Amazon is through Cans vs just 25% last year**

**Original variety pack (Tonic, Ginger Beer and Lemon Lime) and Tonic Water (standalone) are underperforming on Amazon and we are looking to cycle through current inventory and exit these SKUs on Amazon**

- Citrus Variety - Cans
- Citrus Variety - Bottles
- Sparkling Grapefruit
- Sparkling Lemon Lime
- Original Variety
- Ginger Beer
- Tonic Water
- Lemon Club Soda
- Apple Ginger Sour Cherry
- Oak Smoked Lemonade

*Can design is being updated and new flavor names and colors are FPO

123

CONFIDENTIAL

BL-000038092_A



# PERFORMANCE AT DARDEN

CONFIDENTIAL

BL-000038093_A

# Betty Buzz X Darden Overview and Recap



**GRAPEFRUIT PALOMA**

11.29





**BETTY BUZZ GRAPEFRUIT SODA**

6.99





PATRON PALOMA

16



Noble Paloma

*Casa Noble Reposado Tequila, lime juice, coconut, Betty Buzz Grapefruit Soda, hibiscus chili lime salt.*

**Betty Buzz Sparkling Grapefruit is listed on the menu at three Darden chains nationally:**
- **Yard House – 88 Locations**
- **Seasons 52 – 42 Locations**
- **Capital Grille – 60 Locations**

**Betty Buzz and Darden partnership has been a success – on track to deliver over 10,000+ physical cases in 2024**
- **2x 2023 Volume**

CONFIDENTIAL

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 22 of 92

3a. Betty Buzz Glass Half Full

# INTERNATIONAL MARKETS ROLL OUT
# HAS PROMISE FOR THE FUTURE



126

CONFIDENTIAL

BL-000038095_A

Case 1:24-cv-10049-LJL   Document 1334-28   Filed 04/11/26   Page 24 of 92



# Betty Buzz: International

## *14% of Total Betty Buzz Business in 2024*

Early indicators show good velocity vs competition, however we are keeping investment and ambition simple and limited to avoid distraction from US market

          

### UK - 330ml cans

### Canada - 9oz Glass

### France - 330ml cans

 

MARKS & SPENCER    WHOLE FOODS MARKET

*ʃobeyſ* inc.    WHOLE FOODS MARKET

LA GRANDE ÉPICERIE PARIS

Majestic    Harrods

   

amazon



127

CONFIDENTIAL

BL-000038096_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 25 of 92

# 2024 Key Partners

### Mark and Spencer Launch



### Whole Foods UK Summer



### Le Grand Epicerie



### Deliveroo Launch



### Sobeys Launch



### Majestic Launch



BL-000038097_A



# Where we are winning Value vs Volume ...

3a. Betty Buzz Glass Half Full



**Majestic** ●

- Betty Buzz pricing on average is 1.5x competitors (Fever Tree and San Pelligrino)

- We are not beating our competitors when it comes to volume sales.

- However, Betty Buzz competes on $ Value sales against our competitive set (e.g. Majestic UK $ sales of Betty Buzz Ginger Beer are in line with Fever-Tree Ginger Beer.



*Majestic Wines sale data

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038098_A



## 3. (b) BETTY BUZZ GLASS HALF EMPTY

CONFIDENTIAL

BL-000038099_A



**3b. Betty Buzz Glass Half Empty**

# PRODUCT MARKET FIT IS UNCLEAR

131

CONFIDENTIAL

BL-000038100_A



# Lack of Product Market Fit at scale as a Premium Mixer

## Premium
## Mixers

**Market Leaders**


FEVER-TREE

DRINKS

**Betty Buzz
Custom
9oz Bottles**



- We were born as more than a premium mixer
- However, after 3 years in the market, we have established ourselves as the no. 3 in the premium mixer market and have not made sufficient in-roads into eroding Fever-Tree and Q share
- As the market is relatively small (sub-$500m) and price sensitive, limited value of no. 3
- Further, Fever Tree is now valued at 40% of its 2023 Market Cap (Current Market Cap $1.5bn). Q Mixers has spent Tens of Millions of Dollars with no exit in sight

BL-000038101_A



# Lack of Product Market Fit at scale as a Sparkling Non-Alc "Refreshment"

## Sparkling Non-Alc "Refreshment"

**Market Leaders**

 

**Betty Buzz
12oz Cans**




- Functional brands like Olipop and Poppi are dominating the premium sparkling non-alc refreshment category (priced at $7.99 for 4-pack)
  - They are marketed as the healthier version of classic sodas
- Both Olipop and Poppi have invested several tens of millions of dollar capital to scale in retail and on Amazon (reached $200+mm in gross sales and have not been acquired yet)
- It is a very challenging category, and we do not want to play in it



133

CONFIDENTIAL

BL-000038102_A



# Product Market Fit in Mocktails is unclear at this early stage

## Mocktails

### Key Players



De Soi
non alcoholic apéritifs

**Betty Buzz Mocktails
12oz Cans**

**Functional Beverage
For Modern Rituals**

**Non-Alcoholic APÉRITIF
Made with natural adaptogens**



 

- Competitor brands have adaptogens to add a functional / mood management claim (e.g. Kin, De Soi)

- The use of "mood management" claims has led to a premium price ($16 per 4-pack)

- While Betty Buzz Mocktails have shown some early signs of traction on Amazon, the depth and scale of the opportunity is uncertain – we are exploring a Limited Time (12 week) Offer with a premium retailer (e.g. Whole Foods, Sprouts) at a $12 per 4-pack price point to test the waters



134

CONFIDENTIAL

BL-000038103_A



**3b. Betty Buzz Glass Half Empty**

# LOW MARGIN /
# UNIT ECONOMICS CURRENTLY

135

CONFIDENTIAL

BL-000038104_A



# Unit Economics for Betty Buzz remains challenging especially in the Distributor Channel

3b. Betty Buzz Glass Half Empty

| $/case | Betty Buzz 9oz Direct (e.g. Total Wine, Darden) | Betty Buzz 9oz Distributor (e.g. Whole Foods) | Betty Buzz 9oz Amazon | Betty Buzz 12oz Amazon | Betty Buzz 12oz (Mocktails) Amazon | Betty Booze (All SKUs) |
|---|---|---|---|---|---|---|
| **% of Buzz Net Revenue** | **10%** | **50%** | **20%** | **20%** | **n.a.** | n/a |
| *GP Margin* | *43%* | *28%* | *64%* | *72%* | *64%* | *48%* |
| *GP% post Sales & Distribution & Broker Fees %* | *25%* | *0%* | *14%* | *19%* | *17%* | *38%* |

Note:
Betty Buzz Direct business opportunity is limited at our current scale but the right strategic could leverage their overall scale to transition the distributor business and drive synergies
Betty Booze unit economics excludes Best Bev Incentive benefit



136

CONFIDENTIAL

BL-000038105_A



**3b. Betty Buzz Glass Half Empty**

# CANNOT REPLACE GLASS
# WITH CANS



137

CONFIDENTIAL

BL-000038106_A



# Real Ingredients Weigh Down Margin



- Swapping Glass for Cans is not the answer as retailers see the glass as a differentiator.

- Additionally, we would have to pay additional listing fees.

- We are not able to compete with other brands that are in cans because of high liquid costs
    - Our high juice content and real ingredients make achieving a competitive price point extremely difficult
    - Competitive brands use Stevia vs Agave (Olipop & Poppi) to save money on COGS or use juice flavoring instead of real juice  (Fever Tree 7.5% juice in their Grapefruit vs 24% in our Grapefruit)

138

CONFIDENTIAL

BL-000038107_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 35 of 92

# LIMITED SHORT-TERM OPPORTUNITIES
# TO IMPROVE UNIT ECONOMICS



139

CONFIDENTIAL

BL-000038108_A



**Potential levers for margin enhancement are primarily dependent on substantial volume increases which our current business plan does not anticipate:**

Price – Given the 40-50% premium to other premium mixer brands, retailers have raised concerns with any further price increases. However, on a cost per ounce we are comparable with Fever Tree

Promotion – Most retailers have a minimum requirement for a yearly promotional calendar and we have generally scaled down to the minimum levels.

COGS – Higher volumes (c. 200k cases per production site) are needed to materially benefit from volume breaks. We have taken action where possible including insourcing a number of ingredients purchases to benefit from scale benefit across Buzz and Booze e.g. Agave, Ginger juice, Meyer Lemon juice, etc.



CONFIDENTIAL

BL-000038109_A



**3b. Betty Buzz Glass Half Empty**

# COST OF KEEPING BUZZ

141

CONFIDENTIAL

BL-000038110_A

At a Brand Level – Betty Buzz becomes "self-efficient" (CAAP neutral) at 400k cases (~$13mm of net revenue). Approx double our current business.

We anticipate another **$1-2mm** per year needs to be spend on the brand in 2025-2027 to get it to that level

Keeping Buzz creates optionality to pursue the "no and low" macro thesis - a potential attraction for a buyer

*CAAP*
*Neutral*

**$13MM net revenue**
**~400k cases**



Note: CAAP stands for Contribution After Advertising and Promotion – Gross Profit less A&P  ┆ Redacted - Non-Responsive ┆
┆ Redacted - Non-Responsive ┆
Note: Does not include full Betty B SG&A

CONFIDENTIAL

BL-000038111_A



3b. Betty Buzz Glass Half Empty

# COST OF CLOSING BUZZ

143

CONFIDENTIAL



- Given the cost of running Betty Buzz and its uncertain exit opportunities we have considered a possible scenario where we wind down Betty Buzz during 2024 (i.e. stop selling and marketing) and focus our limited resources both dollar and human to Betty Booze alone

- Estimated Costs for "Soft Landing" - $2.0mm
  - Dollars to be spent on wind down of committed marketing spends ($0.7mm), product discounting/returns/destruction ($1.0mm), misc. SG&A ($300k)

- Most contracts, both customer and vendor, have 90-day notice periods
  - If we were to make that decision, we would have to give notice and we expect a period of 180 days to fully wind down the business. This will involve:
    - Product returns
    - Cleaning up A/R and A/P
    - Wind down committed marketing spends



144

BL-000038113_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 41 of 92

# PRODUCTION SCHEDULE IS BUILT TO PLAN AND GIVEN PRODUCT WITH A FINITE SHELF-LIFE, WORKING CAPITAL MANAGEMENT IS CHALLENGING & THERE IS RISK OF INVENTORY WRITE OFF



145

CONFIDENTIAL

BL-000038114_A

# After Peaking in H1 2023, it has taken us 12 months to bring down our inventory levels to a more normalized level

3b. Betty Buzz Glass Half Empty



Days of Sales in Inventory (US 9oz Bottles)

- Our co-packers for Betty Buzz 9oz need us to commit to production 90 days out

- We also have to submit a rolling 12 month forecast to hold a tentative place on the production line schedules

- Customers order with 21-day lead times and most distributors for soft drinks demand 75% of shelf life remaining when we sell-in i.e. we typically only have 90-120 days to sell stock after production

- We started ramping inventory for 9oz glass for Betty Buzz during 2022 to meet our initial business plan for Betty Buzz with inventory days peaking during H1 2023 when we were building inventory to support the Publix listing (largest customer for Fever Tree in the US)

- As we have scaled back our ambition with Betty Buzz, it has taken several quarters to work down the inventory levels and we are finally getting to a more normalized level of inventory in H2 2024



- We are now keeping production schedules extremely tight and are forecasting modest growth assumption

146

CONFIDENTIAL

BL-000038115_A



# 3. (c) BETTY BUZZ CURRENT STRATEGY

147

CONFIDENTIAL

BL-000038116_A



3c. Betty Buzz Current Strategy

# RATIONALE FOR KEEPING BUZZ

143

CONFIDENTIAL

BL-000038117_A



- Supports Low and No Macro thesis

- Complements BL as founder

- Wind down will likely create noise and negative PR

# Redacted - Non-Responsive



149

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 46 of 92

CONFIDENTIAL

BL-000038118_A

# Redacted - Non-Responsive

BL-000038119_A

CONFIDENTIAL

# Redacted - Non-Responsive

CONFIDENTIAL

BL-000038120_A



# CURRENT STRATEGY

152

CONFIDENTIAL

BL-000038121_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 50 of 92



# "Hold Serve"

### *Upside Potential to Achieve*
### *$75MM of Revenue in 5 Years*



# Limit Investment – Human and $ Capital – for Modest Growth
# With potential upside (see appendix)



BL-000038122_A



## 4. Betty B COMPANY
## BUSINESS PLAN AND CAPITAL NEED

154

CONFIDENTIAL

BL-000038123_A

# Betty B Holdings P&L

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 228,299 | 352,000 | 776,250 | 1,332,154 | 1,780,799 | 2,305,547 |
| | | | | | | |
| Gross Revenue | $8,210,150 | $13,867,290 | $32,580,779 | $57,027,129 | $76,873,459 | $100,035,573 |
| Discounting | (1,296,023) | (1,746,901) | (3,461,967) | (5,959,095) | (7,695,129) | (9,984,324) |
| Early Payment | (56,238) | (53,360) | (59,708) | (71,650) | (85,980) | (103,175) |
| Slotting | (174,666) | (145,406) | (144,046) | (172,855) | (207,426) | (248,911) |
| FET | (109,496) | (337,500) | (1,350,000) | (2,700,000) | (3,780,000) | (5,027,400) |
| Net Revenue | $6,573,726 | $11,584,123 | $27,565,058 | $48,123,530 | $65,104,925 | $84,671,763 |
| COGS | $3,224,076 | $5,510,975 | $13,834,776 | $23,421,464 | $30,391,935 | $38,064,845 |
| COGS - Logistics | 356,771 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 |
| Total COGS | $3,580,848 | $5,655,975 | $13,979,776 | $23,566,464 | $30,536,935 | $38,209,845 |
| Gross Profit | $2,992,878 | $5,928,148 | $13,585,282 | $24,557,066 | $34,567,990 | $46,461,918 |
| Gross Profit Margin % | 46% | 51% | 49% | 51% | 53% | 55% |
| A&P | $4,672,096 | $6,200,000 | $7,600,000 | $9,600,000 | $11,600,000 | $12,600,000 |
| Selling & Distribution | 1,955,883 | 2,256,105 | 4,110,230 | 6,408,107 | 8,269,809 | 10,341,271 |
| Total CAAP | ($3,635,100) | ($2,527,957) | $1,875,052 | $8,548,959 | $14,698,181 | $23,520,647 |
| Salaries | $4,122,289 | $3,419,726 | $3,211,825 | $3,276,062 | $3,341,583 | $3,441,830 |
| Payroll Taxes | 191,448 | 244,490 | 227,858 | 232,415 | 237,063 | 244,175 |
| Benefits & Insurance | 270,849 | 322,104 | 334,094 | 340,776 | 347,591 | 358,019 |
| T&E | 690,530 | 477,474 | 480,306 | 489,912 | 499,710 | 514,701 |
| Total Salaries and T&E | $5,275,116 | $4,463,795 | $4,254,083 | $4,339,164 | $4,425,948 | $4,558,726 |
| Accounting | $160,083 | $100,000 | $102,500 | $104,550 | $106,641 | $108,774 |
| Company Insurance | 127,956 | 142,000 | 145,550 | 148,461 | 151,430 | 154,459 |
| IT | 247,985 | 200,000 | 205,000 | 209,100 | 213,282 | 217,548 |
| Legal | 414,955 | 180,000 | 184,500 | 188,190 | 191,954 | 195,793 |
| Office Expense | 140,126 | 197,500 | 202,438 | 206,486 | 210,616 | 214,828 |
| Broker Fees | 279,257 | 719,638 | 903,206 | 1,301,622 | 1,658,494 | 2,089,471 |
| Consultants | 212,508 | 220,000 | 165,000 | 168,300 | 171,666 | 175,099 |
| Consultants - Sales Mgt | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| Consultants - Digital | 169,815 | 200,000 | 205,000 | 209,100 | 213,282 | 217,548 |
| Processing Fees | 26,908 | 44,500 | 45,613 | 46,525 | 47,455 | 48,404 |
| Research and Development | 133,161 | 125,000 | 128,125 | 130,688 | 133,301 | 135,967 |
| Other SG&A | $2,092,754 | $2,308,638 | $2,466,931 | $2,893,021 | $3,278,122 | $3,737,891 |
| EBITDA | ($11,002,970) | ($9,300,389) | ($4,845,961) | $1,316,773 | $6,994,112 | $15,224,030 |

Betty Booze achieves 1mm cases

- Salaries and other overhead costs decrease in 2024 due to sharing costs with Redacted - Non-Responsive / Redacted - Non-Responsive

- Accounting and Legal fees were high in 2023 due to revising the company's corporate structure to accommodate investor flexibility in alcohol

- See appendix for brand level income statements

Betty B is cash flow positive

BL-000038124_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 53 of 92

# Current business plan requires $10mm plus repayment of debt

| Cash Flow Projections | 2023A | 2024LE | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cash Flow | | | | | | |
| EBITDA | ($11,002,970) | ($9,300,389) | ($4,845,961) | $1,316,773 | $6,994,112 | $15,224,030 |
| (Increase) / Decrease in Working Capital | (1,197,837) | 426,910 | (2,618,668) | (2,502,704) | (1,840,202) | (2,918,591) |
| Cash Flow from Operations | ($12,870,377) | ($8,873,479) | ($7,464,629) | ($1,185,931) | $5,153,910 | $12,305,438 |
| Capital Expenditure | $0 | $0 | $0 | $0 | $0 | $0 |
| **FCF** | **($12,870,377)** | **($8,873,479)** | **($7,464,629)** | **($1,185,931)** | **$5,153,910** | **$12,305,438** |
| Beginning Cash Balance | $10,249,481 | $453,104 | $8,217,125 | $227,496 | $854,065 | $3,895,475 |
| FCF | (12,870,377) | (8,873,479) | (7,464,629) | (1,185,931) | 5,153,910 | 12,305,438 |
| Equity Infusion | A 3,074,000 | C 10,000,000 | 0 | D 7,000,000 | 0 | 0 |
| Loan | 0 | B 7,000,000 | 0 | E 2,000,000 | 0 | 0 |
| Interest on Loan | | (362,500) | (525,000) | (187,500) | (112,500) | 0 |
| Repayment of Loan | 0 | 0 | 0 | (7,000,000) | (2,000,000) | 0 |
| Ending Cash Balance | $453,104 | $8,217,125 | $227,496 | $854,065 | $3,895,475 | $16,200,913 |

A & B  Completed

## C

**2024 Q4**
- Funding: $10mm Equity Capital
- Anticipated Closing: Oct 31st 2024
- Uses of Funds: Growth Capital
- Redacted - Non-Responsive
- Runway: Mar 2026

## D

- **2026 H1**
  - Funding: $7mm Equity Capital
  - Anticipated Closing: Q2 2026
  - Uses of Funds: Repayment of existing shareholder debt
  - Source: TBD

## E

- **2026 Q2**
  - Funding: Revolver $2mm Revolving Loan facility
  - Anticipated Closing: Q2 2026
  - Uses of Funds: Working capital needs
  - Source: Banking Line of Credit
  - Runway: Fully Funded



CONFIDENTIAL

BL-000038125_A



# Betty B needs to close $10mm by the end of October

CONFIDENTIAL

BL-000038126_A

# Betty B Cash Need is Largely Determined by the Success of Betty Booze

4. Betty B Company Business Plan and Capital Need

> Current
> Modeled
> Scenario

| Betty Booze Cases Sold | 500,000 | 450,000 | 400,000 | 350,000 | 300,000 |
|---|---|---|---|---|---|
| Betty Booze Net Revenue | $18,598,500 | $16,738,650 | $14,878,800 | $13,018,950 | $11,159,100 |
| Betty B Cash Need | $12,000,000 | $12,700,000 | $13,400,000 | $14,100,000 | $14,800,000 |
| Delta vs Current Projections | -- | $700,000 | $1,400,000 | $2,100,000 | $2,800,000 |

Assuming we maintain the same level of forecasted A&P spends for every 50k 9L cases we are short of our Betty Booze goal the business will require an additional $700k



158

CONFIDENTIAL

BL-000038127_A

4. Betty B Company Business Plan and Capital Need

# Betty B Holdings Balance Sheet

| Balance Sheet | 2023A | 2024LE | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | |
| Excess Cash | $453,104 | $8,217,125 | $227,496 | $854,065 | $3,895,475 | $16,200,913 |
| Accounts Receivable | 1,355,294 | 1,487,834 | 4,155,713 | 7,321,115 | 9,894,554 | 12,894,118 |
| Inventory | 3,046,650 | 1,905,277 | 2,657,514 | 2,296,054 | 2,997,585 | 3,766,825 |
| Prepaid expenses | 35,041 | 35,041 | 35,041 | 35,041 | 35,041 | 35,041 |
| **Total Current Assets** | $4,890,089 | $11,645,277 | $7,075,763 | $10,506,275 | $16,822,655 | $32,896,897 |
| Property, Plant and Equipment | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 |
| Depreciation | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 |
| **Total Non-Current Assets** | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 |
| **Total Assets** | $5,980,710 | $12,735,898 | $8,166,384 | $11,596,896 | $17,913,276 | $33,987,518 |
| **Current Liabilities:** | | | | | | |
| Accounts Payable | $2,347,194 | $1,765,271 | $2,566,719 | $2,867,958 | $4,302,725 | $5,152,938 |
| Accrued Liabilities | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 |
| **Total Current Liabilities** | $2,569,578 | $1,987,655 | $2,789,103 | $3,090,342 | $4,525,109 | $5,375,322 |
| Loan Payable | $0 | $7,000,000 | $7,000,000 | $2,000,000 | $0 | $0 |
| **Total Non-Current Liabilities** | $0 | $7,000,000 | $7,000,000 | $2,000,000 | $0 | $0 |
| **Total Liabilities** | $2,569,578 | $8,987,655 | $9,789,103 | $5,090,342 | $4,525,109 | $5,375,322 |
| **Shareholders Equity:** | | | | | | |
| Class A | $24,268,917 | $34,268,917 | $34,268,917 | $41,268,917 | $41,268,917 | $41,268,917 |
| Retained Earnings | (20,857,785) | (30,520,675) | (35,891,636) | (34,762,362) | (27,880,751) | (12,656,721) |
| **Total Shareholders Equity** | $3,411,132 | $3,748,242 | ($1,622,719) | $6,506,555 | $13,388,166 | $28,612,196 |
| **Total Liabilities and Shareholders' Equity** | $5,980,710 | $12,735,898 | $8,166,384 | $11,596,896 | $17,913,276 | $33,987,518 |

BL-000038128_A

CONFIDENTIAL





## 5. Betty B COMPANY TEAM

160

CONFIDENTIAL

BL-000038129_A



- Betty B Company has 5 dedicated employees

  - CEO, CMO, Senior Brand Manager, VP of Supply Chain and Director Supply Chain (working across both Buzz and Booze)

  - We have identified a potential new CMO

- Betty B benefits enormously from sharing resources with [Redacted - Non-Responsive] – greatly lowering our required investment needed to be a national brand.  This setup allows the brand to have national coverage with 25 employees for the equivalent cost of <15 FTE's (a national brand requires minimum national coverage of this nature).  No additional hiring is planned

CONFIDENTIAL

BL-000038130_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 58 of 92



CONFIDENTIAL

BL-000038131_A

# Negative sentiment has primarily centered on social, with negative sentiment reducing recently

## August 2024 onwards Social Sentiment Tracker

**SENTIMENT KEY**

| | |
|---|---|
| | No negative comments |
| | Insignificant, Very Few, Negative-neutral comments |
| ORANGE | As many negative comments as positive comments |
| RED | Overwhelmingly negative |

| Handle | Post | Date | # of Likes | # of Comments | # of Negative | Percentage (Negative Overall) | Percentage (Negative Comments) | Reason for Negativity | Sentiment |
|---|---|---|---|---|---|---|---|---|---|
| BOTH | IEWU Premiere | 08/07/2024 | 1780 | 411 | 310+ | 14% | 75% | Domestic Violence Advocacy in connection with Booze (tone-deaf) | |
| BOTH | Betty Blooms Carousel | 08/08/2024 | 4396 | 106 | 86 | 2% | 81% | Domestic Violence Advocacy in connection with Booze (tone-deaf) | |
| @bettybuzz | Betty Blooms Floral Arrangement | 08/08/2024 | 834 | 32 | 20 | 2% | 62% | DV/Team Justin | |
| BOTH | Betty Blooms Reel | 08/09/2024 | 750 | 113 | 90 | 10% | 79% | Domestic Violence Advocacy in connection with Booze (tone-deaf) | |
| @bettybuzz | Mocktail Highlight | 08/13/2024 | 600 | 150 | 97 | 13% | 64% | Promoting brands in relationship to DV, "Mean Girl" founder | |
| @bettybuzz | Back To School | 09/04/2024 | 347 | 41 | 27 | 7% | 65% | "Mean Girl" founder, "bump" references, cancelled | |
| @bettybooze | Crisp Flavor Static Post | 09/08/2024 | 178 | 13 | 12 | 6% | 92% | tone deaf, bully, "bump" references | |
| @bettybuzz | Ginger Beer Highlight | 09/10/2024 | 329 | 25 | 12 | 3% | 48% | "bump" references, cancelled for being tone deaf | |
| @bettybuzz | Charcutene Static Post | 09/16/2024 | 274 | 20 | 6 | 2% | 30% | "bump" references, light DV references | |
| @bettybooze | Cocktail Plus Up Recommendation | 09/16/2024 | 128 | 15 | 5 | 3% | 33% | Asking for BL to apologize, "bump" references | |



CONFIDENTIAL

BL-000038132_A

Case 1:24-cv-10049-LJL    Document 1334-28    Filed 04/11/26    Page 61 of 92

# Betty Buzz has not seen a decline in Daily Sales or Daily ROAS
# from the negative sentiment on Amazon

6. Impact of Recent Events

### Amazon Daily Sales 1 August 2024 - 20 September 2024





Daily Sales vs Avg. For Year



Daily ROAS vs Avg. For Year



Average for Year

164



CONFIDENTIAL

BL-000038133_A



**However, the "noise" does create heightened scrutiny from trade buyers who will show less goodwill**





The buyers from Kroger and Princess Cruises have expressed concern about the recent noise in the press – stating they will be closely monitoring our sell through



CONFIDENTIAL

BL-000038134_A



BL-000038135_A

CONFIDENTIAL



# Betty Booze 5 Year Financial Model

**Appendix**

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 40,040 | 125,000 | 500,000 | 1,000,000 | 1,400,000 | 1,862,000 |
| | | | | | | |
| Gross Revenue | $1,781,558 | $5,541,250 | $22,165,000 | $44,330,000 | $62,062,000 | $82,542,460 |
| Discounting | – | (554,125) | (2,216,500) | (4,433,000) | (5,895,890) | (7,841,534) |
| Early Payment | – | – | – | – | – | – |
| Slotting | – | – | – | – | – | – |
| FET | (109,496) | (337,500) | (1,350,000) | (2,700,000) | (3,780,000) | (5,027,400) |
| **Net Revenue** | **$1,672,062** | **$4,649,625** | **$18,598,500** | **$37,197,000** | **$52,386,110** | **$69,673,526** |
| COGS | $574,406 | $1,974,795 | $9,588,600 | $18,410,112 | $24,743,191 | $31,592,106 |
| COGS - Logistics | 43,281 | – | – | – | – | – |
| Total COGS | $617,687 | $1,974,795 | $9,588,600 | $18,410,112 | $24,743,191 | $31,592,106 |
| **Gross Profit** | **$1,054,375** | **$2,674,830** | **$9,009,900** | **$18,786,888** | **$27,642,919** | **$38,081,421** |
| *Gross Profit Margin %* | *63%* | *58%* | *48%* | *51%* | *53%* | *55%* |
| A&P | $1,462,394 | $3,688,750 | $5,000,000 | $7,000,000 | $9,000,000 | $10,000,000 |
| Selling & Distribution | 17,118 | 500,000 | 1,960,000 | 3,841,600 | 5,270,675 | 6,869,798 |
| **Total CAAP** | **($425,137)** | **($1,513,920)** | **$2,049,900** | **$7,945,288** | **$13,372,244** | **$21,211,623** |

| $/Case | 2023LE | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Gross Revenue | $44.49 | $44.33 | $44.33 | $44.33 | $44.33 | $44.33 |
| Discounting | – | (4.43) | (4.43) | (4.43) | (4.21) | (4.21) |
| FET | (2.73) | (2.70) | (2.70) | (2.70) | (2.70) | (2.70) |
| **Net Revenue** | **$41.76** | **$37.20** | **$37.20** | **$37.20** | **$37.42** | **$37.42** |
| COGS | $14.35 | $15.80 | $19.18 | $18.41 | $17.67 | $16.97 |
| COGS - Logistics | 1.08 | – | – | – | – | – |
| Total COGS | $15.43 | $15.80 | $19.18 | $18.41 | $17.67 | $16.97 |
| **Gross Profit** | **$26.33** | **$21.40** | **$18.02** | **$18.79** | **$19.74** | **$20.45** |
| A&P | $36.52 | $29.51 | $10.00 | $7.00 | $6.43 | $5.37 |
| Selling & Distribution | 0.43 | 4.00 | 3.92 | 3.84 | 3.76 | 3.69 |
| **Total CAAP** | **($10.62)** | **($12.11)** | **$4.10** | **$7.95** | **$9.55** | **$11.39** |
| | | | | | | |
| *A&P % of Net Revenue* | *87%* | *79%* | *27%* | *19%* | *17%* | *14%* |
| *CAAP % of Net Revenue* | *(25%)* | *(33%)* | *11%* | *21%* | *26%* | *30%* |
| *EBITDA % of Net Revenue* | *(25%)* | *(37%)* | *10%* | *20%* | *24%* | *29%* |

- Betty Booze Gross Profit margin is higher in 2023 and 2024 due to **Redacted - Non-Responsive**

- Betty Booze margins reset in 2025+ after **Redacted - Non-Responsive**



167

CONFIDENTIAL

BL-000038136_A

# Achieving the 2024 LE

Appendix

## 2024 Betty Booze Gross Revenue Bridge

CONFIDENTIAL

BL-000038137_A



**Appendix**

# Betty Buzz 5 Year Financial Model

- We have modeled a very conservative approach to the Betty Buzz business plan in an effort to closely monitor and focus cash investment in the brand

- The actual scope of our ambition is greater than the below 5-year plan as outlined on the following section

| | 2023A | 2024F | 2025F | 2026F | 2027F | 2028F |
|---|---|---|---|---|---|---|
| Cases Sold | 188,259 | 227,000 | 276,250 | 332,154 | 380,799 | 443,547 |
| | | | | | | |
| Gross Revenue | $6,428,592 | $8,326,040 | $10,415,779 | $12,697,129 | $14,811,459 | $17,493,113 |
| Discounting | (1,296,023) | (1,192,776) | (1,245,467) | (1,526,095) | (1,799,239) | (2,142,790) |
| Early Payment | (56,238) | (53,360) | (59,708) | (71,650) | (85,980) | (103,175) |
| Slotting | (174,666) | (145,406) | (144,046) | (172,855) | (207,426) | (248,911) |
| FET | – | – | – | – | – | – |
| Net Revenue | $4,901,664 | $6,934,498 | $8,966,558 | $10,926,530 | $12,718,815 | $14,998,236 |
| | | | | | | |
| COGS | $2,649,671 | $3,536,180 | $4,246,176 | $5,011,352 | $5,648,745 | $6,472,739 |
| COGS - Logistics | 313,490 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 |
| Total COGS | $2,963,161 | $3,681,180 | $4,391,176 | $5,156,352 | $5,793,745 | $6,617,739 |
| | | | | | | |
| Gross Profit | $1,938,503 | $3,253,318 | $4,575,382 | $5,770,178 | $6,925,070 | $8,380,497 |
| Gross Profit Margin % | 40% | 47% | 51% | 53% | 54% | 56% |
| | | | | | | |
| A&P | $3,209,701 | $2,511,250 | $2,600,000 | $2,600,000 | $2,600,000 | $2,600,000 |
| Selling & Distribution | 1,938,765 | 1,756,105 | 2,150,230 | 2,566,507 | 2,999,133 | 3,471,473 |
| | | | | | | |
| Total CAAP | ($3,209,962) | ($1,014,037) | ($174,848) | $603,671 | $1,325,937 | $2,309,025 |



BL-000038138_A

CONFIDENTIAL

# Leveraging Limited Dedicated Betty B Resources



= Dedicated Betty B Holdings overhead (shared overhead personnel on following slide)



# Strong Shared Resources

**Appendix**

## Redacted - Non-Responsive



5 = Dedicated Betty B Holdings overhead

20 = Shared overhead to reduce costs to Betty B Holdings (shared personnel are split 50/50)

171

CONFIDENTIAL

BL-000038140_A

Case 1:24-cv-10049-LJL   Document 1334-28   Filed 04/11/26   Page 69 of 92

# Betty B x Wrexham Trip Itinerary

| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|
| Flight to London - you plus 1 (business class) | Morning off | Transport to Wrexham in Luxury car | Morning off | Flight home (business class) |
| | Lunch at Chiltern Firehouse | Lunch at the Levant Kitchen in Wrexham | Afternoon tour of historic Wrexham | |
| | Afternoon Helicopter tour of London | Tour of Wrexham AFC | Enjoy dinner and take in a Wrexham match in the Betty B suite | |
| | Dinner at Galvin at Windows | Check in to the four star Grosvenor Hotel | Drinks at the legendary Turf Tavern and Vault | |
| | | Private dinner with Shaun Harvey and | | |









172

CONFIDENTIAL

BL-000038141_A

BL-000038142_A

CONFIDENTIAL

**Appendix**

173

## Betty B October and November Events/Activations

| Date | Activation | Brand | BL Involvement | Details |
|------|-----------|-------|----------------|---------|
| September 21st | Chicago Gourmet: Chef's get Pickled | Booze | No | Beverage sponsorship at a chefs pickleball tournament brought to you by Southern's Chicago Gourmet Festival |
| September 26th | Chicago Gourmet: Tacos and Tequila | Booze | No | Beverage sponsorship through Chicago Gourmet at the Tacos and Tequila event hosted by Chefs Rick Bayless & Marcos Carbajal |
| October 8th | Meet the Maker | Both, emphasize on Booze | Yes | Total Wine and More internal sales Zoom dedicated to Betty Booze |
| October 8 & 9 | Prime Big Deals Day | Buzz | No | Brand led activations along with support from Amazon including Buzzworthy Deal placements |
| October 18th | Betty BOOze Harvest Happy Hour | Booze (Buzz will be served) | Yes | *Full run of show to come |
| October 18th – 20th | NYCWFF Grand Tasting Pavilion | Booze | No | Utilizing the lemonade stand, sample the Betty Booze portfolio to consumers attending the grand tasting pavilion at the NYCWFF |
| October 30th | Total Wine's Halloween Happy Hour | Both | No | A Betty B happy hour for Total Wine employees at their headquarters |



**Betty B October and November Events/Activations**

| | | | | |
|---|---|---|---|---|
| November 1-3 | Austin Food and Wine | Both | No | A dedicated Betty Booze table to sample the portfolio to consumers/ticket holders, as well as Betty Buzz inclusion at and Princess Cruise Lines activation |
| Pending: Week of Nov 11 | Bourbon influencer and press mailer | Booze | No | A bourbon barrel made of chocolate with the new peach bourbon can inside. Crafted by Butter Love and Hardwork, who did our Valentines Day mailers. |
| Pending: Week of Nov 11 | Betty Booze Bourbon Cabin Getaway (press and influencers) | Booze | No | A 24-hour retreat for select local press and influencers to experience Betty Booze's bourbons in the Catskills. Activities include a candle making class (peach, goney and mint scents), evening bonfire to showcase the smokiness of the bourbons, bedazzling Betty Booze koozies and a portfolio tasting. |
| Pending: Week of Nov 11 | Micro influencer bourbon seeding | Booze | No | Sending approximately 100 micro influencers the new bourbon variety pack to sample and create UGC with |



174

BL-000038143_A

*In addition to Tentpoles, Launch Betty B Influencer Program (covering both Booze and Buzz)*

**Appendix**

*to drive always-on engagement*

## PROGRAM OVERVIEW:

**WHAT:** Create a constant conversation that results in scaled brand awareness and ultimately trial.

**WHO:** Build relationships with brand advocates that champion the brand on social media.
- Brand advocates have existing credibility as curators of cool and premium goods.
- Consumers begin to make the connection between these aspirational influencers and Betty Booze as the alcoholic beverage that they consume.

**HOW:** Activate touchpoints across multiple channels - influencer advocacy, content, mailers, and events.



GENERIC INFLUENCER FUNNEL EXAMPLE:

BRAND AWARENESS

EVENTS — Influencer events designed for content generation

AMBASSADORS — Product placement with mid-tier Influencers

INFLUENCER PARTNERS — Macro Influencer Content advocating for product (with sales links/WTB)

MAILERS — Mailers to key influencers tell campaign story

GIFTING — Micro Influencer Content with WTB messaging

PAID ADS — Repurposed influencer content for paid ads

PRODUCT PURCHASE

"XYZ PRODUCT"

175

BL-000038144_A

# SPRINTER VODKA | GIN & JUICE

How Kylie Jenner and Snoop Dogg are Marketing Their RTDs

2024

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038145_A



BL-000038146_A

CONFIDENTIAL

# OVERVIEW

## Sprinter by Kylie Jenner

Strategy Breakdown

Sprinter was launched in March 2024

Brand marketing appears to be based on 2 key tactics:

- Kylie Jenner
- Leveraging Influential Friends and Family

Outside of the initial launch in March, we do not see extensive influencer efforts like we've seen with her skincare line or Kim's SKIMS line.



BL-000038147_A

# SELF-DRIVEN PROMO

## CENTERING KYLIE JENNER

- Kylie centers herself - posting on personal and brand accounts.

- During **launch week in March Kylie posted 8x (Reels/Stills)**, hosted a large launch party, and documented BTS at the warehouse.

- **During key RTD months (May-September) Kylie posted in-feed 14 times mentioning Sprinter.**

- Brand Marketing aims to show that Kyle has integrated the product into her life - doesn't only post promotional imagery
    - Ex; In carousels, she showcases Sprinter as a part of her daily life , among photos of her out with her friends and family, enjoying it BTS on makeup shoots, etc.
    - Intention appears to be to show that it is product she and her friends drink because it seamlessly fits into their elevated lifestyle without direct call out that feels "salesy"

- Launched and wore merch 3 months into product being in market



STRICTLY CONFIDENTIAL

BL-000038148_A

# FAMOUS FRIENDS X FAMILY

**BRAND MARKETING HAS EXTENDED TO INCLUDE KYLIE'S FRIENDS & FAMILY AND SHOWS INTEGRATING SPRINTER INTO THE KARDASHIAN ECOSYSTEM.**

- All of the Kardashians (outside of Kourtney) as well as Kylie's famous friend group, have posted with the drinks.

- Kendall and Kourtney are regularly seen with Kylie's drinks and have included the brand in major "to be seen" events, such as all of their birthdays.

- Kylie leveraged her friends in Sprinter's summer campaign efforts, showing Kylie and friends enjoying the drinks together.

  - Stassi has over 10M followers on IG and Victoria has 1.8M.



CONFIDENTIAL

BL-000038149_A

# INFLUENCERS

## INFLUENCERS USED PREDOMINANTLY FOR LAUNCH

- Macro-Influencers were sent launch boxes upon announcement - they claimed to love it but more honest reviews came out later from big influencers where it was clear they did not like the taste.

  Here are some of the launch reviewers:
  - Tianna Robillard (2.2M TikTok)
  - James Charles (38.9M)
  - Elliot (1.5M TT)

- Unpaid nor gifted review:
  - Remi Cruz (577K TT)
  - Additional "normal people" reviews

- Kylie does NOT currently use any UGC on the Sprinter Instagram page and rarely reposts UGC on stories.

- It seems as if Sprinter's awareness strategy is dependent on Kylie's fame as there is not much Influencer Marketing being done. They are growing more slowly at 128k followers on Instagram - the lowest of all Jenner/Kardashian brands
  - In comparison, SKIMS has a multi-tier and extensive influencer program that has allowed the brand to exist beyond Kim Kardashian's name.



TASTE TESTING KYLIE JENNER'S VODKA SODA

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038150_A



BL-00003151_A

CONFIDENTIAL

# OVERVIEW

## Gin & Juice by Dr. Dre and Snoop Dogg
Strategy Breakdown

Gin & Juice was launched in February 2024

Gin & Juice is primarily leveraging the Founder's cultural ecosystem - specifically sports and music.

Marketing strategy appears to be based on 4 key tactics:
- Leaning into cultural events
- Partnerships with major sports entities
- Awareness through Founder's famous friends
- Leveraging Snoop Dogg's celebrity

Brand Marketing does not don't talk about taste or quality outside of a few key callouts on the website but rather leans into culture moments as a way to make the brand feel important and relevant.



STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038152_A

# CULTURE/EVENTS

**Snoop and Dre are capitalizing on events to grow brand awareness.**

### Culture/Events

- Gin & Juice centers diversity and cultural impact through the events they sponsor. The beverage brand sponsors events (most recently an Eastside Golf Event) that uplifts BIPOC communities.

- They sponsor events with large activations and enlist celebrity talent to meet and greet. This feels like "friends of the brand" but the friends of this brand happen to be some of the most renowned actors and musicians from the 90's.

- They also use merch and branded stage items to merge what they do best (music) and connect living a lavish lifestyle with the brand.
  a. Ex; Snoop can often be seen wearing Gin & Juice sweatshirts at branded musical appearances.



BL-000038153_A

# PARTNERSHIPS

## SPORTS PARTNERSHIPS REACH NEW AUDIENCES

- They've leaned into sports - basketball, golf, the Olympics, and football, wrestling - partnering with different organizations to cement the brand within the context of sports greatness.

- They go beyond their reach by aligning with brand like the Yankees for OOH and collaborative efforts



CONFIDENTIAL

BL-000038154_A

# FAMOUS FRIENDS

**SNOOP/DRE'S FRIENDS/FAM INTEGRATE GIN &
JUICE INTO THEIR VERY WELL-KNOWN ECOSYSTEM**

- Similarly to Kylie, they don't leverage influencers as much as they leverage their famous friends. Eminem, Dre, Lebron, etc.

- From Shaq and sports legends, to Eminem and music titans, their friends not only show up to events, they drink the brand and will do meet and greets at brand-lead events.



CONFIDENTIAL

BL-000038155_A

# SELF-DRIVEN PROMO

## CENTERING THE BRAND AROUND SNOOP DOGG

- Snoop has centered Gin & Juice in every one of his media appearances, musical appearances, and leverages guest appearances to put his brand in the spotlight.

- Gin & Juice on Fallon

- Promotional Content

- Giveaway/Sweepstake Content

- Musical Events

- Partner Events (WrestleMania)



CONFIDENTIAL

BL-000038156_A



**Betty Buzz
High Growth Plan**

BL-000038157_A

CONFIDENTIAL



# Betty Buzz Growth Scenario



• Given the premium price positioning of Betty Buzz vs the category, the current Betty Buzz business plan has been built conservatively i.e. assumes modest top-line growth (achieving $18.6mm Gross Revenue in 5 years) with focused cash/capital investment

• National retailers like Whole Foods, Safeway/Albertsons, Sprouts, Amazon and many more have partnered with Betty Buzz as they recognize that our brand is resonating with consumers
   • The Whole Foods buyer said that Betty Buzz is a leading brand for the "convenience health seeker" consumer – very influential shoppers

• Trends that scale at Whole Foods tend to translate to the whole market in time - the expectations therefore of our retail partners and ours is that the Betty Buzz opportunity (breadth of distribution and brand velocity) will increase significantly in the coming years

• Hence our high growth scenario goal to achieve over $75+mm in Gross Revenue in 5 years without the need to 'pay' for growth today

• We have not assumed this in our business plan, but we are working tirelessly to unlock the brand's full potential, while remaining conservative in how we deploy capital towards Betty Buzz



189

BL-000038158_A

# 2024 – 2028 Betty Buzz Gross Revenue Bridge



Gross Revenue Bridge 2024 - 2028

All figures in $MM

- The following pages outline the assumptions to get to the 2028 business plan and how Betty Buzz can achieve $75MM in revenue by 2028

 Note: US – Retail is our Distributor and Direct business

CONFIDENTIAL

BL-000038159_A



# Betty Buzz - US Retail

| Year | 2024 - Business Plan | 2028 - Business Plan | 2028 - High Scenario |
|---|---|---|---|
| No. of authorized doors | 7,000 | 7,000 | 14,000 |
| Compliance | 85% | 90% | 90% |
| No. of weeks | 52 | 52 | 52 |
| No. of SKUs | 3.0 | 4.0 | 4.5 |
| Velocity (units/store/week/SKU) | 1.0 | 1.3 | 3.0 |
| Gross Revenue $ / case | 28.8 | 29.2 | 29.2 |
| **Gross Revenue** | **$4.4** | **$8.1** | **$43.0** |

- The business plan assumes modest velocity growth while adding one additional SKU in the same number of stores over the next 5 years

- In the High Scenario:
  - We have increased the number of stores with the slotting fee from new account growth funded by the additional revenue

  - Assumed our current velocity at Whole Foods becomes our national retail velocity by 2028
    - 3 units/store/SKU/week is also approximately Fever Tree velocity in grocery nationally



Note: US – Retail is our Distributor and Direct business

STRICTLY CONFIDENTIAL

BL-000038160_A



# Betty Buzz – E-Commerce

| Conservative Scenario | 2024 | 2028 | 2028 - High Scenario |
|---|---|---|---|
| Digital Advertising ($MM) | 0.6 | 0.6 | 0.6 |
| Ad ROAS | 2.8 | 4.2 | 10.0 |
| Gross Revenue from Digital Advertising ($MM) | $1.5 | $2.3 | $5.5 |
| *Gross Revenue from Digital Advertising (%)* | *55%* | *31%* | *27%* |
| Gross Revenue from Organic ($MM) | $1.3 | $5.2 | $14.6 |
| *Gross Revenue from Organic (%)* | *45%* | *69%* | *73%* |
| **Amazon Gross Revenue ($MM)** | **$2.8** | **$7.5** | **$20.1** |

- In the business plan, we have assumed our ROAS would be in the 50th percentile (4.2 current ROAS)

- The top 25% of beverage brands on Amazon have an ad ROAS of 12+, we have assumed 10 in the High Scenario

- In both scenarios the assumed split of Organic Sales vs Sales from Digital Advertising of 73% vs 27% respectively is broadly consistent with industry benchmarks and is in line with YTD performance on Amazon



192

CONFIDENTIAL

BL-000038161_A



# Betty Buzz - International

| Year | 2024 - Business Plan | 2028 - Business Plan | 2028 - High Scenario |
|---|---|---|---|
| No. of authorized doors | 950 | 1,200 | 4,350 |
| No. of weeks | 42 | 52 | 52 |
| No. of SKUs | 4.0 | 4.0 | 4.0 |
| Velocity (units/store/week/SKU) | 1.3 | 1.6 | 2.7 |
| Gross Revenue $ / case | $30.39 | $29.28 | $29.28 |
| **Gross Revenue** | **$1.1** | **$1.9** | **$11.9** |

- The business plan assumes a modest account and velocity growth over the next 5 years in international markets

- The High Scenario assumes getting approximately 1,000 stores in Canada as well as additional markets which we are opening in 2024 – UK, EU, and the Middle East



193

CONFIDENTIAL

BL-000038162_A




# Betty Buzz Business Plan Upside

| Betty Buzz | Business Plan 2028 | High Scenario 2028 |
|---|---|---|
| US - Retail | $8.1 | $43.0 |
| Amazon | $7.5 | $20.1 |
| International | $1.9 | $11.9 |
| **Total** | **$17.5** | **$75.0** |

- Our Betty Buzz business plan assumes modest velocity and account growth for Betty Buzz to achieve $17.5MM in gross revenue by 2028

- Betty Buzz can achieve $75MM in gross revenue by 2028 as we continue increasing brand awareness and trial leading to higher velocity and account growth

Note: US – Retail is our Distributor and Direct business

194

CONFIDENTIAL

BL-000038163_A



BL-000038164_A

CONFIDENTIAL