# EXHIBIT 29

# FILED UNDER SEAL