# EXHIBIT 30

# FILED UNDER SEAL