# EXHIBIT 31

# FILED UNDER SEAL