# EXHIBIT 34

**Betty B Update**
**May 8, 2025**

*Confidential*

1

**Exhibit**
Betty B 12

CONFIDENTIAL

BL-000038170_A





# Congratulations
## *Blake!*

CONFIDENTIAL

BL-000038171_A

# Table of Contents

1. Executive Summary

2. Betty Booze
   2.1  2025 RTD Category Updates
   2.2  2025 Betty Booze Plan
   2.3  2024 Betty Booze Performance

3. Betty Buzz (Non-Alc)
   3.1  2024 Betty Buzz Performance
   3.2  2025 Mixer Category Updates
   3.3  2025 Betty Buzz Plan

4. 2025 Plan Summary

5. Financials
   5.1  2024 Financials
   5.2  5-Year Financials

6. Appendix
   6.1  BL Trade Engagement – 2024-2025 YTD Summary
   6.2  On-Premise Programming



3

CONFIDENTIAL

BL-000038172_A

Case 1:24-cv-10049-LJL   Document 1334-35   Filed 04/11/26   Page 5 of 101



# 1. Executive Summary



STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038173_A



# Agenda

- New Board Member Introductions

- Team Update
  - Nish Gupte resigned as CEO effective 2/28/25
  - Andrew Chrisomalis, Board Chairman, has assumed Nish's responsibilities
  - Kenrik Mannion joins as COO and Board Member
    - Long time COO of prior company, Davos Brands, **Redacted - Non-Responsive**
  - CMO – position eliminated
    - Katie Moslak, Chief of Staff, assumes day-to-day lead marketing role

- Key Agenda Item is to align on the strategic direction and approve the 2025 Plan including financing plan

CONFIDENTIAL

BL-000038174_A



# Executive Summary

**Betty Booze (RTD)**

**Alcoholic RTDs remain a dynamic & promising bright spot for growth – and represent a deep pool of opportunity**

- Total spirits-based RTDs are demonstrating explosive growth - RTD volume approached 70 million cases in 2024, up from less than 10 million cases in 2019 according to Impact Databank.
- Despite RTDs being a very competitive Category, many brands – including High Noon, Cutwater, Nutrl, Crown Royal, Surfside, Mom Water and The Long Drink have hit over 1 Million cases per year in 3-4 years – demonstrating that RTDs are a robust category with a robust size of the prize.

**Looking back, in 2024, we met our 6,000 account target for Betty Booze. However, velocity and re-orders were weaker than expected**

- We attribute this to quiet H2 Marketing and being priced at a ~50% premium to market leaders at $14.99 / 4-Pack
- Betty Booze remains the most profitable area of the Betty B business - delivering an average of $15.75 of profit per case in 2024

**For 2025, we must drive Betty Booze velocity at Scale, as the #1 Priority moving forward**

**Key Actions being:**
- Tap into the strong momentum in the Vodka Tea RTD space by launching 2 flavors of Vodka Iced Tea this Spring
- Immediately re-price the portfolio ($11.99 midpoint vs. $14.99) – to be closer in line with the category ($9.99 – $11.99 on average)
- Lean into our ownable positioning of "No Artificial Anything" and champion that message throughout the key Summer selling season



6

CONFIDENTIAL

BL-000038175_A



# Executive Summary

**Betty Buzz (Non-Alcoholic)**

**Conversations with Strategics and Market Activity have echoed the opportunity in low-alc RTDs as an anchor for the No & Low Proposition – but caution against non-alc Mixers**

- The recent Fever-Tree & Molson Coors deal leads us to believe that even with $150mm U.S. revenue – Fever-Tree does not see a path to gaining real profitability in the US as an independent Mixer player – which would be even harder for Betty Buzz with a fraction of Fever-Tree's scale (FTUSA 10M cases vs. Betty Buzz at 200k cases).

**After conducting a detailed channel profitability analysis, for 2024, excluding any write-downs, Betty Buzz lost ($3.79) / case across all channel and was profitable in only Direct to Retail sales & On Premise Sales through Distributors. Betty Buzz Average Profit per case listed below including all direct selling costs:**

- Direct to Retail (Total Wine, BevMo): $1.70 / case
- On-Premise via Distributors: $2.53 / case

- Retail via Distributors: ($6.66) / case
- Amazon (after factoring in all Amazon + Agency costs) : ($6.51) / case
- International: ($0.38) / case

**When comparing Buzz formats, Buzz glass and Buzz 12oz cans have the lowest Gross Profit. Mocktails are an avenue for a more sustainable Betty Buzz Gross Profit (target of 35-40+% GP), but size of category and consumer pull at scale is unproven.**



CONFIDENTIAL

BL-000038176_A



# Executive Summary

**In Summary - The Punchline**

Lack of marketing activation & slower velocity than expected have created a stockpile of expiring product – which has a negative balance sheet impact of $6mm across 2024-25 and a negative cash impact of $2.4mm in 2025 – with an additional potential of $2mm total risk

Going forward, Management recommends <u>**winding down the Betty Buzz Mixer business**</u> (Glass & 12oz) to focus our resources on Betty Booze and Betty Buzz Mocktails
- US & International Buzz customers wind down through August 2025

<u>**Betty Buzz brand will transition to Mocktails**</u>
- Current customers (Total Wine & Whole Foods) in 2025 will serve as a case study to inform a potential Mocktail expansion strategy in 2026 (Target and On-Premise)

<u>**Our #1 Brand priority – Betty Booze – will be the key focus for activation going forward**</u>

- Tap into the strong momentum in the Vodka Tea RTD space by launching 2 flavors of Vodka Iced Tea this Spring
- Immediately re-price the portfolio ($11.99 midpoint vs. $14.99) – to be closer in line with the category ($9.99 – $11.99 on average)
- Lean into our ownable positioning of "No Artificial Anything" and champion that message throughout the key Summer selling season

In an effort to conserve resources we have rationed overheads and adjusted allocation with **Redacted - Non-Responsive** Betty B is leveraging a full sales and back-office team while paying a fraction of the costs, just 15% of shared overhead – see details in Financial Section

CONFIDENTIAL



# 2.1
# 2025 RTD
# Category Updates



9
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038178_A

Case 1:24-cv-10049-LJL   Document 1334-35   Filed 04/11/26   Page 11 of 101

# The RTD Category Remains Dynamic & Growing - Representing a Deep Pool of Opportunity



- Total spirits-based RTDs are demonstrating explosive growth - **RTD volume approached 70 million cases in 2024,** up from less than 10 million cases in 2019 according to Impact Databank.

- Total RTD Sales are **up +17% to $3.1B** this year (Nielsen L52W ending 12/7/24)

- Premixed Spirits-Based Cocktails are dominating the Spirits industry – and now represent **14.2% of the total spirits market.**

- Vast majority of RTD sales are from 4-packs at **$9.99-$11.99** and 8-packs at $19.99

- **Vodka Teas up +444%** in Sales vs LY and growing 20x faster than Vodka RTDs overall according to Nielsen (L52W ending 12/7/24).



10

BL-000038179_A

# Several RTD Brands (including High Noon & Surfside) have hit +1 Million cs/year in 3-4 years of launch



Cases (000s)

1 Mil Cases

| Brand | Size at Year 3 (Cases) |
|-------|------------------------|
| nÜTRL Vodka. Seltzer. Real Juice. | 2.7M |
| Crown Royal | 1M |
| Surfside | 1M |
| mom water | 1M |
| LONG DRINK | 467k in Year 3 1M in Year 4 |



CONFIDENTIAL

11

BL-000038180_A

# The "No & Low" Thesis is more Relevant than Ever





- The "no & low" alcohol trend continues – with the US being a key driver of growth globally

- Betty B portfolio is well positioned with Mocktails and low-ABV Booze

- "Zebra Striping" – alternating alcoholic & non-alcoholic drinks – is gaining popularity with over 25% of drinkers adopting the practice



12

CONFIDENTIAL

BL-000038181_A



# 2.2
# 2025 Betty Booze Plan



13
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038182_A



*Our 2 biggest Priorities to drive* **Betty Booze velocity** *at Scale in 2025*

1. Win with <u>**Vodka Iced Tea as the #1 Betty Booze Priority**</u>
   - Focus Spring/Summer Marketing Activation on Tea
   - Critical Product Message: <u>**"No Artificial Anything"**</u> vs. Category leader with artificial sweeteners

2. <u>**Immediately re-price the Booze portfolio**</u> ($11.99 midpoint vs. $14.99) – to be in line with the category

14

BL-000038183_A

# #1 Priority: Vodka Iced Tea Launch will be the Cornerstone of the Portfolio & Full Marketing Focus this Spring/Summer
























*All line priced at $11.99 4pks & $17.99 for Variety 6pk*

CONFIDENTIAL

BL-000038184_A

# 4-Packs Priced Competitively to launch at $11.99 on average nationally







16

BL-000038185_A

Case 1:24-cv-10049-LJL    Document 1334-35    Filed 04/11/26    Page 18 of 101

# Vodka Iced Tea Opportunity

## Vodka Tea RTDs are winning

- *Vodka Teas up +444% in Sales vs LY*
- *Growing 20x faster than Vodka RTDs overall*
- *Hard tea is <u>expected to rise by 18%</u> in the US by 2028, according to IWSR.*

## Opportunity to Launch at $11.99

*to drive Trial & Velocity at a lower price point*

## Leading Vodka Teas use ARTIFICIAL Ingredients

*Opportunity to elevate with a premium, natural offering*

## Tea can help us WIN SUMMER at major Retailers like

Total **Wine**
& MORE



 Source – Nielsen last 52 weeks ending 12/07/24

17

BL-000038186_A

# #2 Priority: Immediate Price Reductions across the Portfolio will Drive Trial & Velocity

## All Single Flavor 4-Packs



**Former RSP**

$14.99  **New RSP** $11.99

Only +$1 above vs.
High Noon 4pk @ $10.99 Avg



## Variety 6-Packs




**Former RSP**

$21.99 ➡ **New RSP** $17.99

-$2 below vs.
High Noon 8pk @ $19.79 Avg
Surfside 8pk @ $19.41 Avg

Source: Nielsen Average Price
L52W 2024-03-02 to 2025-02-22



CONFIDENTIAL

18



*Additional
Betty Booze tactics
will include:*

- Special On-Premise pricing to incite trial and move the current Booze inventory, without impacting Brand Equity
  - On-Premise Channel pricing is permissible in these states: CA, FL, IL, GA, AZ & NV

- Execute strong 2025 Sales Plans with Existing National Chains and attack new opportunity in Independent Retail

- Engage and drive SGWS – as we have a clear RTM and competitive advantage with them as our national partner

19

CONFIDENTIAL

BL-000038188_A

# 2025 Betty Booze Sales Plan Builds



| | Stores | PODs | Weeks | Unit Velocity (u/s/s/w) | Cases |
|---|---|---|---|---|---|
| Kroger | 520 | 2 | 52 | 0.7 | 6,129 |
| Whole Foods | 241 | 4 | 52 | 0.7 | 5,681 |
| Albertsons | 191 | 5 | 52 | 0.7 | 5,628 |
| Walmart | 171 | 3 | 52 | 0.7 | 3,023 |
| Sprouts | 54 | 2 | 52 | 0.7 | 636 |
| Current National Chains Total (Original SKUs) | 1,177 | | | | 21,098 |
| Total Wine Original SKUs | 250 | 8 | 52 | 0.9 | 15,600 |
| Total Wine Tea SKUs | 250 | 2 | 30 | 5.0 | 12,500 |
| Independents - Original SKUs | 8,000 | 3.0 | 40 | 0.4 | 64,000 |
| Independents - Tea SKUs | 8,000 | 1.5 | 24 | 2.0 | 96,000 |
| On Premise - Original SKUs | | | | | 14,400 |
| On Premise - Tea SKUs | | | | | 5,000 |
| Sell Through Volume - Original SKUs | | | | | 115,098 |
| Sell Through Volume - Tea SKUs | | | | | 113,500 |
| Total Sell-Through Volume | | | | | 228,598 |
| Depletion Volume - Original SKUs | | | | | 115,098 |
| Depletion Volume - Tea SKUs | | | | | 125,000 |
| Total Depletion Volume | | | | | 240,098 |
| Shipment Volume - Original SKUs | | | | | 108,950 |
| Shipment Volume - Tea SKUs | | | | | 137,500 |
| Total Shipment Volume | | | | | 246,450 |

← Represents current listings at national chains – no additional listings assumed

← Tea cannibalize some of the Original SKUs at Total Wine but Total Wine business is still growing

← Betty Booze launched in 2024 in ~5,000 independent accounts with an average of 3 PODs per account

← This includes business with Princess Cruises

← We expect some destocking on our original SKUs at distributors - as year-end distributor inventory was above target

20

CONFIDENTIAL

BL-000038189_A

# The Power of Independent Retail: New Jersey Example



- *NJ is a largely Independent Market*

- *But a **Top 5 RTD Market** in the US*

- ***Surfside** (RTD) will do **1.5 MILLION cases a year in NJ alone!***

- *Fedway, our distributor, is strong and dedicated to the brand*

- *Huge Opportunity to launch **Tea @ $9.99 in NJ Independents***



21

CONFIDENTIAL

BL-000038190_A

# On-Premise is becoming a larger Opportunity for RTDs

## 44%
of RTD drinkers have consumed RTDs in the On Premise

**Betty Booze's <u>complex flavors could be a key differentiator</u> with On Trade Operators looking for new & interesting flavors**



### Key Channel Targets:
- Recreation & Entertainment
- Hotels: Roof, Pool & Patios
- Country Clubs & Golf
- Casual Restaurants





DARDEN

LANDRY'S

CATCH

Virgin HOTELS

THOMPSON RESTAURANTS

LOEWS HOTELS · RESORTS






22

CONFIDENTIAL

BL-000038191_A

# SGWS is Engaged & Incentivized to Help us Achieve our 2025 Commercial Goals

*Betty Booze 2025 National Focus Calendar*

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | **Innovation:** Vodka Half & Half Roll Out<br><br>**Nationally Tracked Program**<br><br>**On/Off-P Broad Distribution** Distribution New PODs Drive including innovation<br><br>**Display (Memorial Day)** – Vodka Half & Half Push | | **Nationally Tracked Program**<br><br>**On/Off-P Volume:** YTD Goal Achieved<br><br>**Display (4th of July)** | | **Nationally Tracked Program**<br><br>**On/Off-P Broad Distribution**<br><br>Distribution New PODs Drive | | | |

 **And SGWS needs Betty Booze to win in the "Low" in the "No & Low" Space!**

CONFIDENTIAL

BL-000038192_A



# Marketing Activation will be focused on driving Consumer Awareness, Trial & Velocity at Scale



- *Tea as the #1 Brand Priority for Spring/Summer*

- *Hero Brand Message:*



- *Social Media & Influencer programs to drive awareness & trial in store*

- *Maximizing trade programming – POS, displays & over 2,000 tastings with new & existing customers*

CONFIDENTIAL

BL-000038193_A

# Vodka Iced Tea 360° Marketing Launch Plan

**ENGAGING CREATIVE**
Compelling, PR-worthy, social-first content in partnership with Maximum Effort

**PR**
Drive national buzz before, during and after launch, communicating why Betty Booze is THE summer drink stock-up destination.

**INFLUENCER PROGRAM**
Generate awareness and create real-life use use cases with influential creators

**SOCIAL MEDIA**
Compelling content that drives scaled brand awareness – creating a digital world that is outside in the sun, playful, and on the go.

**LAUNCH EVENT**
A media and influencer event that celebrates the launch with Blake Lively, generating heightened demand leading up to the launch.

**IN-STORE DISPLAYS**
Show-stopping End Cap displays that force shoppers to stop what they're doing and escape with Betty Buzz to summer mocktail sipping.

**IN-STORE SAMPLING**
Sampling from our very own in-store lemonade stand during launch at select stores.

**EMAIL & TEXT**
Leveraging our database of over 65,000 subscribers to announce the launch of new VODKA ICED TEAS and drive sales

CONFIDENTIAL

BL-000038194_A



# Vodka Iced Tea
## *Launch Creative*
## concepted by



MAXIMUM EFFORT

CONFIDENTIAL

BL-000038195_A

# PR Launch Event

*Private Media & Influencer event, hosted by Blake, to celebrate the Launch of Vodka Iced Teas*



bon appétit   BAZAAR   FOOD&WINE   marie claire

CONFIDENTIAL

BL-000038196_A

# Betty B Influencer & Ambassador Program

## Brand Promise

The Ultimate Serve in Flavor & Looks. Chic Cocktails On-The-Go.

## Creators

F (M w/ F Audience), Lifestyle, Create Experiences, Maximalists, Big Sister Energy

*Refreshing Cocktails, Gourmet Flavors, No Artificial Anything.*

## Target

F, 24-35, Affluent, Social Drinker, Adventurous, Interest in beauty, household/hosting, F&B

## Campaign Goal

Drive scaled brand awareness for NEW Vodka Iced Tea from May-Aug that results in trial.

**GOAL** *Delivery*

| | |
|---|---|
| **+50 Videos from Macro & Mid Influencers (est 15M Reach)** | **+850-900 Micro Influencers supporting at the Retailers** |

CONFIDENTIAL

BL-000038197_A

# Betty B Creator Examples



**CLARKE PEOPLES**

NYC/CHI | DBA
790.7K



**ELI ALLO**

NYC/HOU | DBA
1M



**LIV SCHREIBER**

NYC | DBA
150K

**MEREDITH HAYDEN**

NYC | WME
280K

**BRETT CHODY**

LA/NYC | NONE
142K

**IZLEY LAU**

LA | DBA
307K



**BRANFLAKEZ**

NYC | DBA
1M

**CHE MOXAM**

LA | DBA
265K

**CARLY WEINST**

NYC | DBA
520K



**GRAYDON CUTLER**

BOS | WME
464K

CONFIDENTIAL

BL-000038198_A

# Summer Events & Partnerships

*Summer-themed activations that highlight new Vodka Teas and the entire Betty Booze portfolio.*



**Betty Booze
Lemonade Stand Tour**





**Collaboration with
Dominque Ansel Bakery (NYC)**





CONFIDENTIAL

BL-000038199_A

# Range of Vodka Iced Tea Display Assets for Maximum Visibility






CONFIDENTIAL

BL-000038200_A

# ... and Evergreen Portfolio Retail Display Assets for Year Round Visibility



CONFIDENTIAL

BL-000038201_A

# Over 2,500 Retail Samplings in 2025

Case 1:24-cv-10049-LJL    Document 1334-35    Filed 04/11/26    Page 34 of 101



*GOAL: Sample over 60,000 customers though consumer and retail tastings.*











CONFIDENTIAL

BL-000038202_A

# Early National On-Premise Chain Wins



*Betty Booze listed on Menu at
Pool, Lobby Bar & In Room.*



*Betty Booze mandated for
Grab & Go across Property.*



*Betty Booze or Buzz required
on menu at all properties.*

CONFIDENTIAL

BL-000038203_A

# Early National On-Premise Chain Wins

## Blake Lively's Betty Booze and Betty Buzz Join Princess Cruises' 'Love Line Premium Liquors' Collection





*Betty Booze on all ships within the Premium Liquor Package.*

CONFIDENTIAL

BL-000038204_A

# Current On-Premise Chain RFPs

*(Pitching In Progress)*

**Recreation & Concessionaire**

     

     

**Hotels & Resorts**

     

**Casual Bars & Dining**

      

CONFIDENTIAL

BL-000038205_A

...and a range of

# *On-Premise Account Programming*

## to drive local adoption in Dining, Hotels, Resorts, Golf and More...

*(See Detail in Appendix)*

CONFIDENTIAL

BL-000038206_A

# 2025 Marketing A&P Budget

| Betty B 2025 A&P | Booze | Buzz | Total Betty B |
|---|---|---|---|
| Agency Fees / Creative / PR | | | |
| Production | | | |
| Consumer Tastings & Trade Events | Redacted - Non-Responsive | | |
| Paid Media & Influencer | | | |
| POS / Shipping / Warehousing | | | |
| Website/CRM | | | |
| **Brand A&P** | $ 2,494,500 | $ 544,000 | $ 3,038,500 |
| Trade A&P - incl Distributor Programming | Redacted - Non-Responsive | | |
| **Trade A&P - incl Distributor Programming** | $ 1,405,500 | $ 98,075 | $ 1,503,575 |
| **Grand Total** | $ 3,900,000 | $ 642,075 | $ 4,542,075 |

Note: Betty Buzz A&P budget has been reduced to include committed spends and spends essential to sell through remaining inventory

Case 1:24-cv-10049-LJL Document 1334-35 Filed 04/11/26 Page 39 of 101



## 2.3
## 2024 Betty Booze
## Brand Performance



39
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038208_A

# Significant Betty Booze Marketing Activation with Social, PR, CRM, Events and Trade Programming in 2024



*Video Content Piece*



*200 Press Hits &*
*Billions of Impressions*




*Email & CRM*



*+2,000 Samplings*



*In Store Displays*



*Combined 450K*
*Social Media Following*



*Award winning packaging &*
*Industry Award Recognition*

*Consumer Events*
*& Pop Ups*

*Influencers*



*BL Trade Engagement*
*(Details in Appendix)*

40

CONFIDENTIAL

BL-000038209_A

# BL Trade Engagement: 2024-2025 YTD Summary







- 5 In-Person Events

- 9 Zoom Calls

- 41 Selfie Videos

*41*

CONFIDENTIAL

BL-000038210_A

# We looked back and found that quieter H2 2024 Marketing Led to a Decline in Consumer Search Interest





CONFIDENTIAL



# In Q1 2025, Nielsen results showed that Betty Booze Q4 Retail Sales in new Chain listings were weaker than planned

*We believe our premium price point (~50% higher vs. market leaders) contributed to our slower velocity*

## Unit Velocity (Units / Store / Week)

Source – Nielsen last 4 weeks ending 11/30/24





0.5x     0.2x     0.2x





0.2x     0.1x     0.1x

*Velocity varied between*
*0.1x – 0.5x units per store per week*
*Below our projected National Average of 1.5x*

43

CONFIDENTIAL

BL-000038212_A

CONFIDENTIAL

# Although we met our 6,000 Account Distribution Objective in 2024, Re-orders were lower than expected at our $14.99 & $21.99 price points



We sold into a total of **~6,000 accounts** since our May distribution drive

Only 33% of total accounts have ordered more than once since May

| All Single Flavor 4-Packs | Variety 6-Packs |
|:---:|:---:|
| **$14.99** | **$21.99** |





■ **2 or More Purchases**
1,799 , 33%

□ **1 Time Purchase**
3,697 , 67%

Note – The chart above excludes chain warehouse accounts
Note – Purchase is when an account orders from a distributor – this can be multiple times within a month. Also, this stat is brand level – if an account purchases 1 label and then purchases a second label at another date then this would count as two purchases

44

BL-000038213_A

# The Result: Betty Booze missed the 2024 Shipment Plan by 19k cases (-$900k in Revenue)



106k Cases Shipped in 2024
+165% YoY
(-15%) vs October LE

$4.6MM in Gross Revenue in 2024
+160% YoY
(-16%) vs October LE

45



CONFIDENTIAL

BL-000038214_A



# 2024-25 Betty Booze Write-Offs

Slower velocity than expected and the category's short selling season resulted in write-offs of expiring product stock in 2024 and 2025.

| | Balance Sheet Impact (2024 & 2025) | Of which Cash Portion (2025) |
| --- | --- | --- |
| Booze | $2.2mm | $1mm |

- Note: Betty Booze carries an additional $1mm potential risk of cash in 2025 and corresponding 2025 balance sheet, depending on rate of sale.

CONFIDENTIAL

BL-000038215_A



# 3.1
# 2024 Betty Buzz (Non-Alc)
# Brand Performance

47
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038216_A

# Betty Buzz 2024 Topline was broadly on Plan



**Cases**

222k Cases Shipped
+18% YoY
(-2%) vs October LE

**Gross Revenue**

$7.9MM in Gross Revenue
+22% YoY
(-6%) vs October LE



CONFIDENTIAL

BL-000038217_A



# Betty Buzz Retail Sales (Nielsen) were largely on Plan until Q4, after which we started seeing declines in growth



Betty Buzz Nielsen Sell Through $ Value



CONFIDENTIAL

49

BL-000038218_A



# Similarly with Amazon, Betty Buzz started to see declines in H2 2024





**Betty Buzz on Amazon**
**July 1 - August 15 vs August 16 - December 31 YoY**

| | 2023 | 2024 | +/-% |
|---|---|---|---|
| July 1 - August 15 | $372,673 | $663,876 | 78% |
| August 16 - December 31 | $1,060,850 | $700,438 | (34%) |

- The brand was performing well on Amazon prior to the negative PR - growing +78% YoY in revenue

- Since the onset of the negative PR the brand is down -34% YoY, a swing of -112%

50

CONFIDENTIAL

BL-000038219_A

# 2024 Betty Buzz Profitability by Channel

Despite landing broadly on topline plan in 2024, Betty Buzz lost $3.79/case as a whole across all channels in 2024 after accounting for Slotting, Discounting, COGs, Freight and Direct SG&A. By contrast, Betty Booze delivers over $14/case of profit.



| | Buzz | | | | | | Booze |
| | On Premise via Distributors | Direct to Retail | International | E-Commerce | Retail via Distributors | Total | Total |
|---|---|---|---|---|---|---|---|
| Example Customers | | | | | | | |
| Cases Sold (6x4pks) | | | | | | 221,812 | 105,887 |
| Profit Delivered per case | **Redacted - Non-Responsive** | | | | | ($3.79) | $14.32 |
| % of Total Buzz Vol Mix | | | | | | 100% | |

Note: The above excludes any write-offs



51

CONFIDENTIAL

BL-000038220_A



# Betty Buzz Actual & Projected GP by Format

  

|  | Mixer 9oz Glass (2024 Actuals) | Current Mocktails in 12oz Standard Cans (Projected) | Future Mocktails in 12oz Sleek Cans (Projected) |
|---|---|---|---|
| GP Post Freight (per case) | ($5.48) | $9.13 | $15.83 |
| GP % Post Freight | (30%) | 24% | 41% |

**PUNCHLINE:** *Buzz Mixers have the lowest Gross Profit.*
*Mocktails are an avenue for a more sustainable Betty Buzz GP in 2025 and beyond.*
*However, the size of category and consumer pull of Mocktails at scale is unproven.*



52

BL-000038221_A

Case 1:24-cv-10049-LJL   Document 324-25   Filed 04/11/26   Page 54 of 101

# 3.2
# 2025 Non-Alc Mixer
# Category Update



53
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038222_A

# Recent Fever-Tree & Molson Coors Deal (Jan 30, 2025)







- Fever-Tree has been the #1 leading Premium Mixer in the US (and globally) for nearly a decade.

- Molson Coors acquired an 8.5% equity stake in the Fever-Tree Parent Entity in the UK for GBP 71m ($88.5M).

- Fever-Tree granted Molson Coors an exclusive license to produce, distribute and market Fever Tree in the US across all channels starting February 1st 2025 in exchange for $24mm and future royalty payments. (They appear to be eliminating the US Fever-Tree team).

- **PUNCHLINE**: This leads us to believe that even with $150mm U.S. revenue – Fever-Tree does not see a path to gaining real profitability in the US as an independent Mixer player – which would be even harder for Betty Buzz with a fraction of Fever-Tree's scale (FTUSA 10M cases vs. Betty Buzz at 200k cases).

54

CONFIDENTIAL

BL-000038223_A

# Q Mixers (#2 Premium Mixer Brand) has seen steep declines in 2024 Nielsen – after years of significant investment





Q Total $ Sales: (27%) vs. LY

Q Glass $ Sales: (41%) vs. LY

*Nielsen Data L52W w/e 2024-02-03 to 2025-01-25*

**Punchline:** This indicates that even across Mixer formats & with significant price pulsing, there is limited consumer demand for multiple premium Mixer brands at scale.



55

CONFIDENTIAL

BL-000038224_A

# Strategic Outlook on Non-Alc Mixer Business

*Recent conversations with Strategics have echoed the **opportunity in RTDs** as an anchor for the No & Low Proposition – **but caution against Mixers***



- Neither Carbonated Soft Drink Companies or Alcohol strategics see significant potential within Mixers

- Mocktails are a small and growing category but largely untested – unclear category size and ultimate opportunity – and therefore should be approached cautiously with our limited time and capital

- **Booze must be our #1 priority to win**



56

CONFIDENTIAL

BL-000038225_A



# 3.3
# 2025 Betty Buzz Plan



57
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038226_A



*Given the risk/reward profile of the Mixer Business,*
*our recommendation is to* **wind down the current Buzz Mixer Business (Glass & 12oz Cans)** *to focus resources on Booze as our #1 Priority*

1. Sell through as much of the near-expiring pipeline as possible with existing customers, avoiding additional write-downs. **Any Buzz no & low marketing will aid this effort over the next few months**

2. Wind down Buzz Amazon, US and International Customers through August 2025

3. In this evolution, **Buzz will live on as Mocktails** - a higher margin, higher value, less commoditized product offering

4. We will test our two current Mocktail flavors in standard 12oz cans with Total Wine & Whole Foods in 2025 (production completed) – and garner key learnings to inform a potential expansion with Target and the On-Premise in 2026 - with new flavors in 12oz sleek cans

58

CONFIDENTIAL

BL-000038227_A



# Betty Buzz Write-Offs and Wind Down Costs

We anticipate a total financial balance sheet impact of $3.8mm across 2024-25, as a result of write-offs related to the Betty Buzz business.

| | Balance Sheet Impact (2024 & 2025) | Of which Cash Portion (2025) |
|---|---|---|
| Buzz | $3.8mm | $1.0mm |

The $3.8mm Balance Sheet Impact includes:
- Shut down costs (i.e. Equipment, termination penalties, raw materials)
- Product write-offs (expiring & obsolete finished goods)

In addition to the above, Betty Buzz carries an additional $1mm potential risk of cash in 2025 and corresponding 2025 balance sheet, depending on sell through in 2025.

59

CONFIDENTIAL

BL-000038228_A

# 2025 Mocktail Performance at Retail will garner learnings and inform a longer term strategy for 2026 and Beyond

Both Mocktail Flavors will launch at Whole Foods and Total Wine this April





Potential to Launch Mocktails at Target in July 2026 could be an opportunity for greater volumes and improved GP



| | Current Mocktails in 12oz Standard Cans (Projected) | Future Mocktails in 12oz Sleek Cans (Projected) |
|---|---|---|
| GP Post Freight (per case) | $9.13 | $15.83 |
| GP % Post Freight | 24% | 41% |



60

CONFIDENTIAL

Case 1:24-cv-10049-JL   Document 1334-35   Filed 04/11/26   Page 62 of 101

 

# 4.1
# 2025 Plan Summary



61
STRICTLY CONFIDENTIAL

BL-000038230_A

# 2025 Commercial Plan on a Page



**Booze @ 250k**



**Buzz @ 103k**



## Betty Booze as #1 Priority

- Assumes: Growing Distribution from 6k accounts to 9.5k total accounts

- Existing Nat'l Chains: Double velocity (0.3 → 0.7 units/store/SKU/week) to a normalized Chain level

- Total Wine: Double velocity (1.0 → 1.3 units/store/SKU/week) – closer to H1 2024 levels, but below 2023

- Other Retailers: Grow distribution by +60% (5k → 8k accounts) and double current velocity to 0.7 units/store/SKU/week

## Total Capital Need

- Cash Flow plan in following section
- **$6.5mm** of additional equity – close in Q2 2025
- Convert all existing current debt to equity **$6mm**

*Punchline:*

*Betty Booze is #1 Priority and primary driver of profitable growth. New Tea Flavors account for approx ~50% of 2025 Volume.*

*The Betty Buzz Mixer business will wind down through 2025 and transition to Mocktails through H2 2025.*

62

CONFIDENTIAL

BL-000038231_A

CONFIDENTIAL




# 5.1
# 2024 Financials (Audited)



STRICTLY CONFIDENTIAL

BL-000038232_A

# Consolidated 2024 Year End Results



**Cases**

328k Cases Shipped
+43% YoY
(-7%) vs October LE

**Gross Revenue**

$12.5MM in Gross Revenue
+52% YoY
(-10%) vs October LE



CONFIDENTIAL

BL-000038233_A

# 2024 Income Statement – Betty B Holdings

*(Audited Financials)*



| | 2024 Actuals | 2024 Revised Budget | +/- % |
|---|---|---|---|
| Cases Sold | 327,699 | 352,000 | (7%) |
| | | | |
| Gross Revenue | $12,503,671 | $13,867,290 | (10%) |
| Discounting | (2,830,118) | (1,945,667) | 45% |
| FET | (285,888) | (337,500) | (15%) |
| **Net Revenue** | **$9,387,665** | **$11,584,123** | **(19%)** |
| COGS | $5,047,776 | $5,510,975 | (8%) |
| COGS - Other Includes Write Offs | 3,307,782 | 145,000 | 2,181% |
| Total COGS | $8,355,558 | $5,655,975 | 48% |
| **Gross Profit** | **$1,032,107** | **$5,928,148** | **(83%)** |
| *Gross Profit Margin %* | *11%* | *51%* | |
| A&P | $5,371,032 | $6,400,000 | (16%) |
| Selling & Distribution | 3,040,907 | 2,256,105 | 35% |
| **Total CAAP** | **($7,379,832)** | **($2,727,957)** | **171%** |
| Salaries | $3,392,520 | $3,419,726 | (1%) |
| Payroll Taxes | 172,681 | 244,490 | (29%) |
| Benefits & Insurance | 190,295 | 322,104 | (41%) |
| T&E | 380,702 | 477,474 | (20%) |
| Total Salaries and T&E | $4,136,198 | $4,463,795 | (7%) |
| Accounting | $204,549 | $100,000 | 105% |
| Company Insurance | 140,690 | 142,000 | (1%) |
| IT | 175,001 | 200,000 | (12%) |
| Legal | 140,945 | 180,000 | (22%) |
| Office Expense | 143,196 | 197,500 | (27%) |
| Broker Fees | 603,303 | 719,638 | (16%) |
| Consultants | 111,179 | 220,000 | (49%) |
| Consultants - Sales Mgt | 180,000 | 180,000 | – |
| Processing Fees | 41,922 | 44,500 | (6%) |
| Research and Development | 153,478 | 125,000 | 23% |
| Other SG&A | $1,894,263 | $2,108,638 | (10%) |
| **EBITDA** | **($13,410,293)** | **($9,300,389)** | **44%** |



- Revenue
  - Miss related to Betty Booze as we saw slower than expected reorder rates through Q4
  - Discounting was higher related to Betty Buzz
    - Discounting includes returns of unsellable product for both Betty Booze and Betty Buzz

- COGS
  - Product COGS – on plan on a per case basis
  - Write Offs – Approx 80% relates to expiring Betty Buzz stock as well as some of the wind down costs associated with Betty Buzz mixer business

- Selling and Distribution
  - Betty Buzz experienced higher than expected shipping costs on international shipping as well as other shipping costs

- SG&A
  - Salaries and other overhead costs shared with
    **Redacted - Non-Responsive**

Note: 2024 Revised Budget is the plan presented in October 2024

65

CONFIDENTIAL

BL-000038234_A

# Betty B Combined – 2024 EBITDA Bridge Revised Plan to Actual



**2024 EBITDA Bridge**

Betty Booze:
($1.46M)

Betty Buzz:
($3.43M)

Betty B Combined:
+$786k

| | | |
|---|---|---|
| ($2,000,000) | | |
| ($4,000,000) | | |
| ($6,000,000) | | |
| ($8,000,000) | | |
| ($10,000,000) | ($9,300,389) | |
| ($12,000,000) | ($906,907)  ($146,785)  ($408,992) | |
| ($14,000,000) | ($2,892,005)  ($466,998)  ($74,353) | $1,028,968  $541,921  ($13,410,342) |
| ($16,000,000) | ($784,802) | |

Axis categories: 2024 Projected EBITDA, Betty Booze Write Offs, Betty Booze Gross Margin Dilution, Betty Booze Volume Miss, Betty Buzz Write Offs, Betty Buzz Gross Margin Dilution, Betty Buzz Volume Miss, Additional Freight and Warehousing, A&P Savings, SG&A Savings, 2024 Actual EBITDA

■ Increase  ■ Decrease  ▨ Total

66

CONFIDENTIAL

BL-000038235_A

# 2024 Income Statement – Betty Booze

*(Audited Financials)*



| | 2024 Actuals | 2024 Revised Budget | +/- % |
|---|---|---|---|
| Cases Sold | 105,887 | 125,000 | (15%) |
| | | | |
| Gross Revenue | $4,632,745 | $5,541,250 | (16%) |
| Discounting | (805,042) | (554,125) | 45% |
| FET | (285,888) | (337,500) | (15%) |
| **Net Revenue** | **$3,541,815** | **$4,649,625** | **(24%)** |
| COGS | $1,597,358 | $1,974,795 | (19%) |
| COGS - Other Includes Write Offs | 1,005,171 | – | – |
| Total COGS | $2,602,529 | $1,974,795 | 32% |
| **Gross Profit** | **$939,286** | **$2,674,830** | **(65%)** |
| *Gross Profit Margin %* | *27%* | *58%* | |
| A&P | $3,000,539 | $3,688,750 | (19%) |
| Selling & Distribution | 538,432 | 500,000 | 8% |
| **Total CAAP** | **($2,599,685)** | **($1,513,920)** | **72%** |
| Broker Fees | 99,433 | $205,413 | (52%) |
| Other SG&A | $99,433 | $205,413 | (52%) |
| **EBITDA** | **($2,699,118)** | **($1,719,333)** | **57%** |

- Revenue
  - Miss related to slower than expected reorder rates through Q4

- Discounting
  - Includes returns of unsellable product

- COGS
  - Product COGS – on plan
  - Write Offs – Relates to expiring stock

- Selling and Distribution
  - Adverse to plan due to higher warehousing costs as larger amounts of product sat in warehouses longer than planned

- Note – EBITDA on this page excludes any corporate SG&A allocation



Note: 2024 Revised Budget is the plan presented in October 2024

67

BL-000038236_A

# 2024 Income Statement – Betty Buzz

*(Audited Financials)*



| | 2024 Actuals | 2024 Budget | +/- % |
|---|---|---|---|
| Cases Sold | 221,812 | 227,000 | (2%) |
| | | | |
| Gross Revenue | $7,870,926 | $8,326,040 | (5%) |
| Discounting | (2,025,076) | (1,391,542) | 46% |
| **Net Revenue** | **$5,845,850** | **$6,934,498** | **(16%)** |
| COGS | $3,450,418 | $3,536,180 | (2%) |
| COGS - Other Includes Write Offs | 2,302,611 | 145,000 | 1,488% |
| Total COGS | $5,753,029 | $3,681,180 | 56% |
| **Gross Profit** | **$92,821** | **$3,253,318** | **(97%)** |
| *Gross Profit Margin %* | *2%* | *47%* | |
| | | | |
| A&P | $2,170,493 | $2,511,250 | (14%) |
| Selling & Distribution | 2,502,475 | 1,756,105 | 43% |
| **Total CAAP** | **($4,580,148)** | **($1,014,037)** | **352%** |
| Broker Fees | 503,870 | $514,225 | (2%) |
| Consultants - Sales Mgt | 180,000 | $180,000 | – |
| Consultants - Digital | 200,000 | $200,000 | – |
| Other SG&A | $883,870 | $894,225 | (1%) |
| **EBITDA** | **($5,464,018)** | **($1,908,262)** | **186%** |



Note: 2024 Revised Budget is the plan presented in October 2024

- Revenue
  - Higher discounting vs plan from a larger portion of sales on Amazon at a discount

- Discounting
  - Includes returns of unsellable product

- COGS
  - Product COGS – on plan
  - Write Offs – 80+% relates to expiring stock and the wind down of the Betty Buzz mixer business

- Selling and Distribution
  - Betty Buzz experienced higher than expected shipping costs on international shipping as well as other shipping costs

- Note – EBITDA on this page excludes any corporate SG&A allocation

68

BL-000038237_A

# 2024 Balance Sheet
# Betty B Holdings

*(Audited Financials)*



|  | Dec 2024 Balance Sheet |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Cash | $2,249,073 |
| Short-Term Investments | 5,001,687 |
| Accounts Receivable | 767,610 |
| Inventory | 2,608,604 |
| Prepaid Expense | 57,043 |
| Due From Related Entities | 44,692 |
| Total Current Assets | $10,728,709 |
| | |
| Property and Equipment, net | 767,001 |
| Other Assets | |
| Deposits | 231,930 |
| Office Lease | 96,943 |
| Deferred Loan Costs, net | 3,739 |
| Total Other Assets | 332,612 |
| | |
| Total Assets | $11,828,322 |
| | |
| **LIABILITIES & MEMBERS' EQUITY** | |
| Current Liabilities | |
| Accounts Payable and Accrued Expense | $4,553,740 |
| Accrued Purchases | (12,173) |
| Promotional Reserve | 613,515 |
| Due To Related Entities | 68,812 |
| | |
| Total Current Liabilities | $5,223,894 |
| | |
| Capital Lease Obligation | 114,178 |
| Long-Term Debt | 6,000,000 |
| | |
| Total Long-Term Liabilities | 6,114,178 |
| | |
| Members' Equity | |
| Capital Contributions | 34,120,436 |
| Equity Based Compensation | 970,020 |
| Retained Earnings | (34,600,206) |
| | |
| Total Members' Equity | 490,250 |
| | |
| Total Liabilities and Members' Equity | $11,828,322 |



CONFIDENTIAL

BL-000038238_A

# 2024 Cash Flow
# Betty B Holdings

*(Audited Financials)*
*Note – excludes T-bills*



| | Dec 2024 Statement of CF |
|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | |
| Net Loss | $ (14,093,085) |
| Adjustments to Reconcile Net Loss to Net Cash Used in Operating Activities | |
| Depreciation and Amortization - COGS | 95,294 |
| Depreciation and Amortization - Other | 46,988 |
| Equity Based Compensation | 554,312 |
| Bad Debt Expense | 121,364 |
| Change in Inventory Reserve | 2,053,135 |
| Accretion of Discount on Short-Term Investments | (2,336) |
| Office Lease | 94,917 |
| Amortization of Deferred Loan Costs | 2,364 |
| Increase (Decrease) in Cash Attributable to Change in Assets and Liabilities: | |
| Accounts Receivable | 590,112 |
| Inventory | (1,398,106) |
| Prepaid Expense | 4,554 |
| Due From Related Entities | 57,799 |
| Accounts Payable and Accrued Expense | 2,160,080 |
| Accrued Purchases | 175,207 |
| Promotional Reserve | 439,379 |
| Due To Related Entities | 63,615 |
| Net Cash Used In Operating Activities | (9,034,407) |
| | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | |
| Purchase of Short-Term Investments | (4,999,351) |
| Purchase of Property and Equipment | (68,012) |
| Net Cash Used In Investing Activities | (5,067,363) |
| | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | |
| Payments on Capital Lease Obligation | (104,688) |
| Proceeds from Long-Term Debt | 6,000,000 |
| Capital Contributions | 10,000,000 |
| Net Cash Used In Financing Activities | 15,895,312 |
| | |
| NET CHANGE IN CASH | 1,793,542 |
| | |
| CASH AT BEGINNING OF PERIOD | 455,528 |
| | |
| CASH AT END OF PERIOD | $ 2,249,070 |



70

CONFIDENTIAL

BL-000038239_A



# 5.2
# 5-Year Financials

71
STRICTLY CONFIDENTIAL

BL-000038240_A

# 5 Year Model – Income Statement – Betty B



| | 2025F | 2026F | 2027F | 2028F | 2029F |
|---|---|---|---|---|---|
| Cases Sold | 350,360 | 768,720 | 1,160,772 | 1,537,829 | 2,097,268 |
| | | | | | |
| Gross Revenue | $13,150,947 | $27,578,685 | $41,556,126 | $54,827,451 | $74,329,276 |
| Discounting | (2,601,003) | (4,161,245) | (6,036,844) | (7,837,159) | (10,379,682) |
| Early Payment | (39,518) | (17,035) | (22,998) | (29,897) | (38,866) |
| Slotting | (48,180) | (40,884) | (55,194) | (71,752) | (93,278) |
| FET | (665,415) | (2,025,000) | (3,065,850) | (4,063,433) | (5,547,309) |
| Net Revenue | $9,796,831 | $21,334,520 | $32,375,241 | $42,825,211 | $58,270,142 |
| COGS | $5,531,423 | $10,458,602 | $14,968,438 | $18,969,133 | $24,691,960 |
| COGS - Other | 1,721,689 | – | – | – | – |
| COGS - Write Offs (Non-Cash) | 1,247,825 | – | – | – | – |
| Total COGS | $8,500,937 | $10,458,602 | $14,968,438 | $18,969,133 | $24,691,960 |
| Gross Profit | $1,295,894 | $10,875,918 | $17,406,802 | $23,856,078 | $33,578,182 |
| Gross Profit Margin % | 13% | 51% | 54% | 56% | 58% |
| A&P | $4,542,075 | $4,975,000 | $5,475,000 | $6,725,000 | $7,725,000 |
| Selling & Distribution | 2,641,398 | 3,778,799 | 5,589,998 | 7,257,306 | 9,698,189 |
| Total CAAP | ($5,887,579) | $2,122,119 | $6,341,805 | $9,873,772 | $16,154,992 |
| Salaries | $1,952,313 | $2,010,882 | $2,051,100 | $2,112,633 | $2,112,633 |
| Payroll Taxes | 128,030 | 131,871 | 134,509 | 138,544 | 138,544 |
| Benefits & Insurance | 189,468 | 195,152 | 199,055 | 205,027 | 205,027 |
| T&E | 225,961 | 232,739 | 237,394 | 244,516 | 244,516 |
| Total Salaries and T&E | $2,495,772 | $2,570,645 | $2,622,058 | $2,700,720 | $2,700,720 |
| Accounting | $208,640 | $212,813 | $217,069 | $221,410 | $221,410 |
| Company Insurance | 143,504 | 146,374 | 149,301 | 152,287 | 152,287 |
| IT | 178,501 | 182,071 | 185,712 | 189,427 | 189,427 |
| Legal | 143,764 | 143,764 | 146,639 | 149,572 | 149,572 |
| Office Expense | 107,397 | 109,545 | 111,736 | 113,971 | 113,971 |
| Broker Fees | 364,577 | 346,495 | 462,846 | 589,446 | 751,424 |
| Consultants | 83,384 | 85,052 | 86,753 | 88,488 | 88,488 |
| Consultants - Sales Mgt | 90,000 | – | – | – | – |
| Consultants - Digital | 66,667 | – | – | – | – |
| Processing Fees | 42,760 | 43,616 | 44,488 | 45,378 | 45,378 |
| Research and Development | 156,548 | 156,548 | 159,679 | 162,872 | 162,872 |
| Other SG&A | $1,585,742 | $1,426,276 | $1,564,224 | $1,712,851 | $1,874,829 |
| EBITDA | ($9,969,093) | ($1,874,803) | $2,155,523 | $5,460,201 | $11,579,443 |

- After 2025, Betty Buzz financial contribution is exclusively mocktails, at a very conservative level
  - Target alone would do more business with the mocktails, and with the greater volume comes higher margin

- COGS – Other – accounts for additional cash write offs on Betty Booze (expiring) and the wind down of the Betty Buzz mixer business including non-cash write offs

- Of the shared resources (salaries and other overhead) Betty B pays just 15% of the combined expenses, with the remaining amount (85%) paid for by [Redacted - Non-Responsive]

**Redacted - Non-Responsive**

Note: Betty Buzz and Betty Booze each carry an additional $1mm potential risk ($2mm total), depending on rate of sale.

72

CONFIDENTIAL

BL-000038241_A

# Overhead Savings

| | 2024 Actuals | 2025 Budget | +/-% |
|---|---|---|---|
| Salaries | $3,392,520 | $1,952,313 | (42%) |
| Payroll Taxes | 172,681 | 128,030 | (26%) |
| Benefits & Insurance | 190,295 | 189,468 | (0%) |
| T&E | 380,702 | 225,961 | (41%) |
| **Total Salaries and T&E** | **$4,136,198** | **$2,495,772** | **(40%)** |

- In 2024 – shared resources were split 50/50 with Redacted - Non-Responsive

- In 2025 - as a result of splitting shared salaries and overhead based on Gross Profit, Betty B will pay 15% of the shared expenses in 2025 – with the remaining amount (85%) paid for by **Redacted - Non-Responsive** Redacted - Non-Responsive
  - This results in a $1.6mm savings vs. 2024

- Betty B receives the benefit of a full sales and back-office team while only paying a fraction of the costs



73

CONFIDENTIAL

BL-000038242_A

# 5 Year Model – Income Statement – Betty Booze



| | 2025F | 2026F | 2027F | 2028F | 2029F |
|---|---|---|---|---|---|
| Cases Sold | 246,450 | 750,000 | 1,135,500 | 1,504,975 | 2,054,559 |
| | | | | | |
| Gross Revenue | $9,274,725 | $26,726,925 | $40,406,250 | $53,332,613 | $72,385,986 |
| Discounting | (1,837,066) | (4,033,481) | (5,864,363) | (7,612,933) | (10,088,188) |
| FET | (665,415) | (2,025,000) | (3,065,850) | (4,063,433) | (5,547,309) |
| Net Revenue | $6,772,244 | $20,668,444 | $31,476,038 | $41,656,247 | $56,750,489 |
| COGS | $3,717,665 | $10,022,278 | $14,391,182 | $18,233,708 | $23,755,030 |
| COGS - Other | 739,747 | – | – | – | – |
| COGS - Write Offs (Non-Cash) | – | – | – | – | – |
| Total COGS | $4,457,412 | $10,022,278 | $14,391,182 | $18,233,708 | $23,755,030 |
| Gross Profit | $2,314,832 | $10,646,165 | $17,084,855 | $23,422,539 | $32,995,459 |
| Gross Profit Margin % | 34% | 52% | 54% | 56% | 58% |
| A&P | $3,900,000 | $4,750,000 | $5,250,000 | $6,500,000 | $7,500,000 |
| Selling & Distribution | 1,232,250 | 3,675,000 | 5,452,671 | 7,082,352 | 9,475,298 |
| Total CAAP | ($2,817,418) | $2,221,165 | $6,382,184 | $9,840,186 | $16,020,161 |
| Broker Fees | 144,249 | 310,295 | 413,977 | 525,915 | 668,834 |
| Other SG&A | $144,249 | $310,295 | $413,977 | $525,915 | $668,834 |
| EBITDA | ($2,961,668) | $1,910,870 | $5,968,208 | $9,314,271 | $15,351,327 |

| $/Case | 2025F | 2026F | 2027F | 2028F | 2028F |
|---|---|---|---|---|---|
| Gross Revenue | $37.63 | $35.64 | $35.58 | $35.44 | $35.23 |
| Discounting | (7.45) | (5.38) | (5.16) | (5.06) | (4.91) |
| FET | (2.70) | (2.70) | (2.70) | (2.70) | (2.70) |
| Net Revenue | $27.48 | $27.56 | $27.72 | $27.68 | $27.62 |
| COGS | $15.08 | $13.36 | $12.67 | $12.12 | $11.56 |
| COGS - Other | 3.00 | – | – | – | – |
| Total COGS | $18.09 | $13.36 | $12.67 | $12.12 | $11.56 |
| Gross Profit | $9.39 | $14.19 | $15.05 | $15.56 | $16.06 |
| A&P | $15.82 | $6.33 | $4.62 | $4.32 | $3.65 |
| Selling & Distribution | 5.00 | 4.90 | 4.80 | 4.71 | 4.61 |
| Total CAAP | ($11.43) | $2.96 | $5.62 | $6.54 | $7.80 |

- In 2024, Betty Booze was forecasted to do 500k cases in 2025. We have decreased this number to take a more conservative approach but will still need to move fast and execute successfully

- COGS – Other – includes the cash write offs of expired Betty Booze product

- Gross Profit decreased vs prior plan due to lowering the price on the Original Flavors of Betty Booze from $14.99 a 4-pack to $11.99 a 4-pack as well

- Note – EBITDA on this page excludes any corporate SG&A allocation



74

CONFIDENTIAL

BL-000038243_A

# 5 Year Model – Income Statement – Betty Buzz



| | 2025F | 2026F | 2027F | 2028F | 2029F |
|---|---|---|---|---|---|
| Cases Sold | 103,910 | 18,720 | 25,272 | 32,854 | 42,710 |
| | | | | | |
| Gross Revenue | $3,876,222 | $851,760 | $1,149,876 | $1,494,839 | $1,943,290 |
| Discounting | (763,937) | (127,764) | (172,481) | (224,226) | (291,494) |
| Early Payment | (39,518) | (17,035) | (22,998) | (29,897) | (38,866) |
| Slotting | (48,180) | (40,884) | (55,194) | (71,752) | (93,278) |
| FET | – | – | ... | ... | – |
| Net Revenue | $3,024,588 | $666,076 | $899,203 | $1,168,964 | $1,519,653 |
| COGS | $1,813,758 | $436,324 | $577,256 | $735,424 | $936,930 |
| COGS - Other | 981,942 | – | – | – | – |
| COGS - Write Offs (Non-Cash) | 1,247,825 | – | – | – | – |
| Total COGS | $4,043,525 | $436,324 | $577,256 | $735,424 | $936,930 |
| Gross Profit | ($1,018,937) | $229,753 | $321,947 | $433,540 | $582,723 |
| Gross Profit Margin % | (34%) | 34% | 36% | 37% | 38% |
| A&P | $642,075 | $225,000 | $225,000 | $225,000 | $225,000 |
| Selling & Distribution | 1,409,148 | 103,799 | 137,327 | 174,954 | 222,892 |
| Total CAAP | ($3,070,160) | ($99,047) | ($40,380) | $33,586 | $134,831 |
| Broker Fees | 220,328 | 36,200 | 48,870 | 63,531 | 82,590 |
| Consultants | – | – | – | – | – |
| Consultants - Sales Mgt | 90,000 | – | – | – | – |
| Consultants - Digital | 66,667 | – | – | – | – |
| Processing Fees | – | – | ... | – | – |
| Research and Development | – | – | ... | – | – |
| Other SG&A | $376,994 | $36,200 | $48,870 | $63,531 | $82,590 |
| EBITDA | ($3,447,155) | ($135,246) | ($89,249) | ($29,945) | $52,241 |

| $/Case | 2025F | 2026F | 2027F | 2028F | 2028F |
|---|---|---|---|---|---|
| Gross Revenue | $37.30 | $45.50 | $45.50 | $45.50 | $45.50 |
| Discounting | (7.35) | (6.83) | (6.83) | (6.83) | (6.83) |
| FET | – | – | – | ... | ... |
| Net Revenue | $29.11 | $35.58 | $35.58 | $35.58 | $35.58 |
| COGS | $17.46 | $23.31 | $22.84 | $22.38 | $21.94 |
| COGS - Other | 9.45 | – | – | – | – |
| Total COGS | $38.91 | $23.31 | $22.84 | $22.38 | $21.94 |
| Gross Profit | ($9.81) | $12.27 | $12.74 | $13.20 | $13.64 |
| A&P | $6.18 | $12.02 | $8.90 | $6.85 | $5.27 |
| Selling & Distribution | 13.56 | 5.54 | 5.43 | 5.33 | 5.22 |
| Total CAAP | ($29.55) | ($5.29) | ($1.60) | $1.02 | $3.16 |

- 2025 reflects the wind down of the Betty Buzz mixer business - including the associated costs

- 2026 and beyond shows only the Betty Buzz mocktail business – on a very limited scale basis

- Hence, this is a very conservative plan; Target alone would do more business with the mocktails, and with the greater volume comes higher margin

- Note – EBITDA on this page excludes any corporate SG&A allocation



75

BL-000038244_A

# 5 Year Model – Cash Flow



| Cash Flow Projections | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| Cash Flow | | | | | |
| EBITDA ex. Inventory Write Off | ($8,721,268) | ($1,874,803) | $2,155,523 | $5,460,201 | $11,579,443 |
| (Increase) / Decrease in Working Capital | 116,584 | (1,100,895) | (1,120,930) | (1,070,099) | (1,720,109) |
| Cash Flow from Operations | ($8,604,684) | ($2,975,698) | $1,034,594 | $4,390,102 | $9,859,335 |
| Capital Expenditure | $0 | $0 | $0 | $0 | $0 |
| FCF | ($8,604,684) | ($2,975,698) | $1,034,594 | $4,390,102 | $9,859,335 |
| Beginning Cash Balance | $6,844,790 | $4,552,606 | $1,576,908 | $2,611,502 | $7,001,604 |
| FCF | (8,604,684) | (2,975,698) | 1,034,594 | 4,390,102 | 9,859,335 |
| Equity Infusion | 12,500,000 | 0 | 0 | 0 | 0 |
| Loan | 0 | 0 | 0 | 0 | 0 |
| Interest on Loan | (187,500) | 0 | 0 | 0 | 0 |
| Repayment of Loan | (6,000,000) | 0 | 0 | 0 | 0 |
| Ending Cash Balance | $4,552,606 | $1,576,908 | $2,611,502 | $7,001,604 | $16,860,938 |

- 2025
  - Assumes $6.5mm of new equity
  - Assumes conversion of all outstanding debt to equity
  - No debt outstanding


Note: Betty Buzz and Betty Booze each carry an additional $1mm potential risk ($2mm total), depending on rate of sale.

76

CONFIDENTIAL

BL-000038245_A

# 5 Year Model – Balance Sheet



| Balance Sheet | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| **Current Assets:** | | | | | |
| Excess Cash | $4,552,606 | $1,576,908 | $2,611,502 | $7,001,604 | $16,860,938 |
| Accounts Receivable | 497,336 | 3,334,594 | 4,975,236 | 6,564,346 | 8,900,080 |
| Inventory | 893,626 | 1,459,623 | 1,492,514 | 1,891,398 | 2,462,169 |
| Prepaid expenses | 169,545 | 169,545 | 169,545 | 169,545 | 169,545 |
| Total Current Assets | $6,113,113 | $6,540,669 | $9,248,797 | $15,626,892 | $28,392,733 |
| Property, Plant and Equipment | $559,398 | $559,398 | $559,398 | $559,398 | $559,398 |
| Depreciation | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 531,223 | 531,223 | 531,223 | 531,223 | 531,223 |
| Total Non-Current Assets | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 | 1,090,621 |
| **Total Assets** | **$7,203,734** | **$7,631,290** | **$10,339,418** | **$16,717,513** | **$29,483,354** |
| **Current Liabilities:** | | | | | |
| Accounts Payable | $986,890 | $3,289,249 | $3,841,854 | $4,759,747 | $5,946,145 |
| Accrued Liabilities | 222,384 | 222,384 | 222,384 | 222,384 | 222,384 |
| Total Current Liabilities | $1,209,274 | $3,511,633 | $4,064,238 | $4,982,131 | $6,168,529 |
| Total Non-Current Liabilities | ($550,000) | ($550,000) | ($550,000) | ($550,000) | ($550,000) |
| **Total Liabilities** | **$659,274** | **$2,961,633** | **$3,514,238** | **$4,432,131** | **$5,618,529** |
| **Shareholders Equity:** | | | | | |
| Class A | $46,768,917 | $46,768,917 | $46,768,917 | $46,768,917 | $46,768,917 |
| Retained Earnings | (40,224,457) | (42,099,260) | (39,943,737) | (34,483,535) | (22,904,092) |
| **Total Shareholders Equity** | **$6,544,460** | **$4,669,657** | **$6,825,180** | **$12,285,382** | **$23,864,825** |
| **Total Liabilities and Shareholders' Equity** | **$7,203,734** | **$7,631,290** | **$10,339,418** | **$16,717,513** | **$29,483,354** |



77

CONFIDENTIAL

BL-000038246_A



# 6. Appendix

CONFIDENTIAL

BL-000038247_A



# Betty B Holdings LLC
## Current Organization Chart



Redacted - Non-Responsive
Chairman

□ = Dedicated Betty B Holdings overhead

□ = Shared overhead to reduce costs to Betty B Holdings (shared personnel are split Betty B 15% / [Redacted - Non-Responsive])

Note — [Redacted - Non-Responsive] Chief of Staff, has assumed day-to-day lead marketing role

79

BL-000038248_A

CONFIDENTIAL

# 6.1
# 2024-25 Summary
# BL Trade Engagement



80
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038249_A

# 2024-25 YTD through February
# BL Trade Engagement Summary

- 5 In-Person Events

- 9 Zoom Calls (incl 2 with influencers)

- 41 Selfie Videos



81

BL-000038250_A

# (5) In Person Events

| | Ask | Target Month | Status |
|---|---|---|---|
| **In Person Road Show for Distributors and Top Local / Regional Chains** | Majestic Wine Happy Hour | December (2023) | Complete December 2023 |
| | NYC (Total) Wine Happy Hour – Fouquet | March | Complete 14 March 2024 |
| | TX (2 Account Visits) | May | Complete 14 June 2024 |
| | NY Appearance - NYWF | April | Complete 18 October 2024 |
| | SGWS Leadership Dinner [Redacted - Non-Responsive] | November | Complete 5 November 2024 |
| | NJ | April | In Discussion / Awaiting Avails |
| | IL | May | Subject to future travel to market |
| | MA | May | Subject to future travel to market |
| | Los Angeles (1 Day) | TBC (Optional based on existing travel) | Subject to future travel to market |



82

BL-000038251_A

# (9) Zooms

| Ask | Target Month | Status |
|---|---|---|
| **Virtual Events for Distributors and Top National Chains (6 – 10 Virtual Tastings)** | | |
| SGWS Executive Kick Off | March | ✓ Complete 27 March 2024 |
| **Amazon Influencer Zoom (Buzz) | July | ✓ Complete 12 July 2024 |
| Total Wine "Meet the Maker" | July | ✓ Complete 8 October 2024 |
| FL Distributor Team (SGWS) | Late April – Early May | |
| CA Distributor Team (SGWS) | | ✓ Replaced with National Call - Complete 18 October 2024 |
| IL Distributor Team (SGWS) | | |
| NJ Distributor Team (Fedway) | Late April – May | ✓ Replace with National Call - Complete 18 October 2024 |
| MA Distributor Team (Horizon) | | ✓ (included Idaho, New Jersey, Texas, Georgia, Tennessee, Mass, Rhode Island, Northern Virginia, Southern Virginia, Connecticut, Wisconsin, Maine) |
| GA Distributor Team (Empire) | | |
| National Retail Team (SGWS) | Late April – May | ✓ Complete 19 November 2024 (combined NRS and NAOP team) |
| National On-Premise Team (SGWS) | | |
| **Holiday Influencer Zoom | December | ✓ Complete 3 December 2024 |
| IMI Agency Kick off | January | ✓ Complete 23 January 2025 |
| SGWS California | January | ✓ Complete 23 January 2025 |



CONFIDENTIAL

BL-000038252_A

# (41) BL Selfie Videos

| Ask | Status |
| --- | --- |
| Total Wine | Complete 17 April 2024 |
| Majestic | Complete 17 April 2024 |
| SGWS – New York | Complete 15 May 2024 |
| SGWS – Florida | Complete 15 May 2024 |
| SGWS - Illinois | Complete 15 May 2024 |
| SGWS - California | Complete 15 May 2024 |
| SGWS – Control States | Complete 15 May 2024 |
| SGWS – National Retail Chains | Complete 15 May 2024 |
| SGWS – National On-Premise Chains | Complete 15 May 2024 |
| Green light – Texas | Complete 15 May 2024 |
| Horizon – MA (& RI) | Complete 15 May 2024 |
| Fedway – New Jersey | Complete 15 May 2024 |
| SGWS Regions – East Region | Complete 7 June 2024 |
| SGWS Regions – West Region | Complete 7 June 2024 |
| SGWS Regions – Central Region | Complete 7 June 2024 |
| SGWS Regions – East Region | Complete 7 June 2024 |
| Betty Blooms (for press) | Complete 31 July 2024 |
| Princess Cruises | Complete 12 September 2024 |

**Selfie Videos (18)**



84

BL-000038253_A

# (41) BL Selfie Videos - Con't

| Ask | Status |
|-----|--------|
| Misfits (Buzz) | Complete 10 October 2024 |
| The Fresh Market (Buzz) | Complete 10 October 2024 |
| Whole Foods | Complete 11 October 2024 |
| Sprouts | Complete 11 October 2024 |
| Mollie Stones | Complete 11 October 2024 |
| Bristol Farms | Complete 11 October 2024 |
| ABS Co Southwest | Complete 11 October 2024 |
| ABS Co Seattle | Complete 11 October 2024 |
| Publix | Complete 11 October 2024 |
| Raleys | Complete 11 October 2024 |
| Gelsons | Complete 11 October 2024 |
| Walmart | Complete 14 November 2024 |
| BevMo | Complete 14 November 2024 |
| Wegmans | Complete 14 November 2024 |
| ABS Co – IM Division | Complete 14 November 2024 |
| Jewel Osco | Complete 14 November 2024 |
| Save Mart | Complete 14 November 2024 |
| Kroger (Buzz) | Complete 14 November 2024 |

**Selfie Videos (18)**



85

CONFIDENTIAL

BL-000038254_A

# (41) BL Selfie Videos - Con't

|  | Ask | Status |
|---|---|---|
| **Selfie Videos** | Binny's | Complete 22 November 2024 |
|  | Kroger | Complete 8 January 2025 (was done last year but Sophia forgot to upload) |
|  | Ralphs | Complete 8 January 2025 (was done last year but Sophia forgot to upload) |
|  | Darden | Complete 8 January 2025 (was done last year but Sophia forgot to upload) |
|  | Delta | Complete 10 January 2025 |



86

CONFIDENTIAL

BL-000038255_A

Case 1:24-cv-10049-LJL    Document 334-35    Filed 04/11/26    Page 88 of 101

# 6.2
# On-Premise
# Programming



87
STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038256_A

# Casual Dining: Betty Buckets



Group Serve

**Concept:** For a select period of time, offer a bucket of a variety of premium Betty Booze cocktails, or 6 of any single Booze flavor. This is perfect for weekend brunch, late night menus, happy hours, patio days or as a shareable option for groups.

**Serve Ideas:**

**Lemonade Bucket:** Betty Booze Sparkling Tequila Oak Smoked Lemonade, Sparkling Bourbon Oak Smoked Lemonade, & NEW Vodka Iced Tea with Meyer Lemonade.
When: Summer, Happy Hour

**Iced Tea Bucket:** 3 Vodka Iced Tea with Meyer Lemonade, 3 Vodka Iced Tea with Passion Fruit
When: Summer, Brunch, Happy Hour

**Variety Bucket:** Any 6 Betty Booze flavors.
When: Year Round, Happy Hour, Brunch

**No & Low Bucket:** 3 Betty Booze Cocktails + 3 Betty Booze Mocktails

**POS Available:**
Branded Buckets

STRICTLY CONFIDENTIAL

BL-000038257_A

# Casual Dining: Betty Booze+



Single Serve

**Concept:** Nothing better than an easy serve with a bumped up and Booze-y flavor profile. With a Betty+ menu, you can serve Betty Booze with plus ups like a delicious rim, or a side-car shooter of booze making our cans ready to be cracked, sipped and enjoyed the customer's way.

**Serves:**

**Betty+ Rim:** Take our Sparkling Tequila cocktails, rim the can with tajin, salt and a lime wedge and serve.

**Betty+ A Buddy (Cocktail & A Side Car):** A Betty side car takes our cocktails from Booze to Boozier. Add any Tequila, Bourbon, or Vodka shooter to our cocktails for a Boozier beverage!



STRICTLY CONFIDENTIAL

BL-000038258_A



## Pool: Poolside Post-Up Serves

**Group /Single Serve**

**Concept:** We're putting the "fresh" in "refreshments." Real-ingredient Betty Booze will show up where canned cocktails are bound to be a hit: poolside! By offering drink programming poolside, we can make a delicious splash no matter what your perfect pool day looks like.  Perfect for brunch, lunch, and beyond.

### Serve Ideas:
**Betty Buckets - Sparkling Spirits**
- An on-menu offering of 6 Betty Booze cocktails, chilled to perfection and delivered by cooler to your cabana or pool chair for easy sipping with friends, coworkers and more.

**Betty Buckets - Booze-y Iced Tea**
- Our Vodka Iced Tea Meyer Lemonade and Vodka Iced Tea Passionfruit are bound to be a crushable favorite, and with no bubbles, this bucket goes down smoothly

**Betty Floats**
- Betty Booze can be added to an ice cream of your choice for a delicious booze-y summer drink.

**Pop of Betty**
- Served in larger than life Betty-branded wine glasses: just Betty Booze, a little ice, and your favorite popsicle will make every guests nostalgic.

.

### POS:
- Branded ice buckets
- Branded straws
- Branded napkins

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038259_A



# Pool: Betty Loves a Pool Day

**Bigger Build**

**Concept:** Betty Bo is your perfect poolside +1. We help to create the perfect pool day with branded POS and ideas that help facilitate the perfect combination of sun, swim & sips.

## Poolside Plus Ups:

Add a mixologist/pooltender
- Someone onsite will be on-hand to pour drinks from our poolside serve list and talk guests through fun popsicle/ice cream + Betty Booze flavor combinations.

Poolside Small-Bites Pairing Menu
- Offer any of our serves alongside a poolside small bites menu that scream summer (but elevated): mini hotdogs, charcuterie board bites (cheese, cracker, meats, fruit), sliders, mini kebabs, etc.

Make Your Own
- Roll out a bar cart that includes everything you need to make a Booze-y Betty Float or a Pop of Betty: popsicles, different ice creams, and fresh fruit garnish options. Guests can get crafty with their own Booze/frozen-treat combos for the perfect chilled sip.

.

## POS Available to Order:
- Branded ice buckets
- Branded towels
- Branded pillows
- Branded Pool Floats

STRICTLY CONFIDENTIAL

BL-000038260_A



**In Room: Booze Service**

Single Serves

**Concept:** Imagine having a cocktail that doesn't lose it's flair once it leaves the restaurant? Oh. We have that! Our made-to-travel cocktails are perfect room service add-ons.

**Serve Ideas:**

**Breakfast & Brunch with Booze**
- **Booze-y Brunch:** Fresh croissants, bagels + lox, eggs benedict + *Betty Booze Vodka Iced Teas*
- **Sweet Breakfast:** French toast, pancakes, berry compote + *Betty Booze Sparkling Bourbon Cocktails*
- **Savory Start:** Avocado toast, poached eggs, feta cheese + *Betty Booze Sparkling Tequila Cocktails*

**Booze & All-Day Dining Pairings**
- **Charcuterie & Wine Board:** Assorted cheeses, cured meats, nuts, grapes + *Betty Booze Sparkling Bourbon Apple Ginger Sour Cherry*
- **Gourmet Burger & Fries:** Wagyu or plant-based burger + *Betty Booze Vodka Iced Teas*
- **Seafood Platter:** Shrimp cocktail, oysters, sushi + *Betty Booze Sparkling Tequila Lime Shiso*
- **Plus 3:** Your Choice of Salad, Sandwich, and Sip (*Any Betty Booze Cocktail*)

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038261_A



**Grab 'N' Go:**
**Gourmet On-The-Go**

Single/ Group Serve

**Concept:** Gourmet Cocktails To-Go? Yes please. Betty Booze provides a premium and convenient beverage options that can go with your customer, wherever the day takes them.

**Serve Ideas:**

**Prepackaged Snack + Booze**
- **Brunch:** Cooler Bag with Vodka Iced Tea & To-Go style continental breakfast options: pastries, muffins, bagels, cream cheese. Breakfast sandwiches etc.
- **Lunch:** Single Serve Booze cans with prepackaged sandwiches and salads
- **Picnic:** Cooler Bag with 4-6 Booze Cocktails, with prepackaged charcuterie, veggie plates, or snack packs (nuts, chips, cut fruit, etc)
- **Dinner:** Vodka Iced Tea with prepacked hot food - burger, hot dogs, fries

**POS Available to Order:**
- Branded Tote Bags
- Branded Coolers
- Branded Koozies

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038262_A

# VIP / Check In: Sparkling Moments



**Elevated Add-Ons**

**Concept:** Treat your guests with a delicious refreshment upon arrival, in room or at check-in. Betty Booze was made for the check-in experience: hard to spill while handling bags and stays chilled while exploring your room/hotel grounds.

## Serve Ideas:

### Welcome Refreshments
- A complimentary glass or can of a Sparkling Betty Booze cocktail of your choice (a guest loves options!)
- A cooler of chilled Betty Booze in the room with a welcome note
- Chilled Betty Booze & small cheese pairing platter (goat cheese, brie, crackers)
- Complimentary Betty Booze station (our cocktails, garnishes & glassware)

### Elevated Experiences
- Complimentary Booze at the Spa
- Chilled Booze to arrive in-room post Corporate or Bridal event
- Chilled Booze Bar with chocolate covered strawberries pairing gift box
- Booze in cooler of hotel-provided car service

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038263_A



# Golf: Tee Up To-Go

Single/ Group Serve

**Concept:** An elevated and convenient option that tee's up delicious flavor and grabbable, glove-ready cocktail option perfect for bachelor parties, group outings, corporate events and single riders.

## Serve Ideas:

**Tee Time Twosome**
Snag a buy one, get one of our Betty Booze Vodka Iced Tees before you tee off!

**Back 9 Bucket**
A cooler of Betty Booze Cocktails available to grab by the bucket. 6 cocktails come chilled, allowing you to round out your game with a little spirit(s)!

**Boozey Ball Flight**
A fun, themed to-go serving of an assortment of 3 Betty Booze cocktails on a turf-covered flight board.

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038264_A



# Golf: Bet-tee Time

**Group Serve**

**Concept:** Betty B and Golfing... a match made in heaven. Provide to-go cocktails and/or mocktails for events that require you to move while you "Booze".

**Serve Ideas:**

**BOOZE-Y BETTY CART COOLER**
Create golf cart cooler Betty Booze branded for easy hitching up to a golf cart. Like Buckets of Betty but Cooler Bags of Betty that allow for casual drinking on the course.

**(plus up) BOOZE-Y BETTY CART GAMES**
Golf cart cooler + Betty Golf Cart Games - playful games to ease the tension of an awkward corporate outing or pump up the party at a Bachelor party.

**ALT:** half/half Betty Booze Cocktails + Betty Buzz Mocktails
**ALT:** Betty Buzz Mocktails only for a non-alc outing

**POS Available to Order:**
- Branded cart cooler bags
- Branded (potentially co-branded) koozies
- Betty Booze drinking/ golf game cards



BETTY BOOZE

Praying for Birdies, Blue Skies and Booze.

CONFIDENTIAL

BL-000038265_A



# Suites: Garnish Boards

Suite Serves

**Concept:**

**Garnish Board Add-On**
Serve a bucket of Betty along side a board of fresh fruits, herbs, spices, rimming sugars, bitters and more!

**Garnish Trolley**
Your very own mini farmers market on wheels, full of the freshest garnishes for you Betty Booze cocktails - think baskets of lemon, lime and oranges, bouquets of mint and rosemary, barrels of apples, jars of sour cherries...

**POS:**
- Branded wooden garnish boards
- Garnish trolley (production upon request)

STRICTLY CONFIDENTIAL

BL-000038266_A

# Courtside: Ultimate Serve

Single Serve

**Concept:** Lunch boxes aren't just for kids... introducing the Betty Booze *Ultimate Serve* providing guests with refreshing cocktails AND gourmet snacks courtside.

**Serves:**

**Happy Hour**
Two Betty Booze cocktails of your choice paired with assorted nuts and olives

**The Classic Combo**
Two Betty Booze cocktails of your choice paired with pretzels and potato chips

**The Courtside Couple**
A "match" made in heaven: two Betty Booze cocktails of your choice + mini chocolate chip cookies and grapes

**Tea Time**
Both Betty Booze Vodka Iced Teas paired with finger sandwiches and macaroons

**POS:**
- Betty Booze Can Trays

STRICTLY CONFIDENTIAL

BL-000038267_A



# Courtside: Courtside Coolers

Group Serve/Grab N Go

**Concept:** Refreshments courtside? Yes please. We believe in showing up wherever and whenever folks might be working up a thirst! Whether you're watching a match, playing in a friendly pick-up game or hosting a corporate outing, our Courtside Coolers we're designed to keep our cocktails and mocktails cold onsite for easy grab n go!

**Options:**
- Stock with Betty Booze cocktails for lower-alcohol, refreshing drinks that fit the courtside or on-court occasions
- Stock with both Betty Booze cocktails and Betty Booze mocktails giving folks equally delicious, flavor-forward options whether they're drinking or not!

**POS:**
- Betty Booze Cooler
- Betty Booze Disposable Cups
- Betty Booze Koozies

STRICTLY CONFIDENTIAL

CONFIDENTIAL

BL-000038268_A



BL-000038269_A

CONFIDENTIAL