# EXHIBIT 36

# FILED UNDER SEAL