# EXHIBIT 37

# FILED UNDER SEAL