# EXHIBIT 38

# FILED UNDER SEAL