# EXHIBIT 44

# FILED UNDER SEAL