# manatt

**Esra Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4128
ehudson@manatt.com

April 10, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:    ***Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

April 10, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Rule 4.b of Attachment A of the Court's Individual Rules to respectfully request that the Court preliminarily seal portions of Ms. Lively's Motion to Exclude the Opinions and Testimony of Micheal J. Wagner, as well as Exhibits 2-9 filed contemporaneously herewith, which were designated as Highly Confidential or Attorney Eyes Only by the Parties or certain third parties.

In accordance with Rule 4.b of Attachment A and the Court's Order (Dkt. No. 998), Ms. Lively respectfully requests that the Court not rule on this letter-motion to seal for one week, so that Ms. Lively and the Wayfarer Defendants[1] (together, the "Parties") have the opportunity to meet and confer, and the Parties and/or any third parties may file a motion for continued sealing if they so choose.

---

[1] The "Wayfarer Defendants" shall refer to Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC.

# manatt

**Esra Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4128
ehudson@manatt.com

Respectfully submitted,

/s/ *Esra A. Hudson*

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac* vice) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac v*ice) |
| Meryl Governski (admitted *pro hac vice*) | Sarah E. Moses (admitted *pro hac v*ice) |
| 1875 K Street NW | 2049 Century Park East, Suite 1700 |
| Washington, DC 20006 | Los Angeles, CA 90067 |
| (202) 303-1000 | (310) 312-4000 |
| mgottlieb@willkie.com | ehudson@manatt.com |
| kbender@willkie.com | sroeser@manatt.com |
| mgovernski@willkie.com | smoses@manat.com |

Aaron E. Nathan
787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*