**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Katelyn Climaco, hereby certify that, on the date set forth below, I caused copies of the below-referenced documents to be served upon the individuals on the attached service list:

- Plaintiff Blake Lively's Memorandum of Law in Support of Motion to Exclude Testimony of Nicole M. Alexander (Dkt. No. 1291);

- Declaration of Kristin Bender in Support of the Memorandum of Law in Support of Motion to Exclude Testimony of Nicole Alexander (Dkt. No. 1292), and copies of the exhibits thereto.

- Plaintiff Blake Lively's Memorandum of Law to Exclude the Opinions and Testimony of James F. Haggerty (Dkt. No. 1300);

- Declaration of Kristin Bender in Support of the Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of James F. Haggerty (Dkt. No. 1301), and copies of the exhibits thereto.

- Plaintiff Blake Lively's Memorandum of Law to Exclude the Opinions and Testimony of Ann Fromholz, and copies of the exhibits thereto.

- Exhibits to Plaintiff Blake Lively's Motion to Exclude the Opinions and Testimony of Michael Wagner.

- Plaintiff Blake Lively's Omnibus Memorandum of Law in Support of Motions *in Limine*, and copies of the exhibits thereto.

Dated: April 10, 2026

*/s/ Katelyn Climaco*
Katelyn Climaco

## SERVICE LIST

**LINER FREEDMAN TAITELMAN + COOLEY, LLP**
Bryan J. Freedman
Ellyn S. Garofalo
Kim S. Zeldin
Theresa M Troupson
Amir Kaltgrad
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com
ttroupson@lftcllp.com
akaltgrad@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**
Mitchell Schuster
Kevin Fritz
Stacey M. Ashby
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**SHAPIRO ARATO BACH LLP**
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

**AHOURAIAN LAW**
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Justin Baldoni, Jamey Heath,
Steve Sarowitz, It Ends With Us Movie LLC, Wayfarer
Studios LLC, Melissa Nathan, Jennifer Abel, The Agency
Group PR LLC*