**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>              Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>              Defendants. | No. 1:24-cv-10049-LJL |

## DEFENDANTS' NOTICE OF ERRATA

Defendants Wayfarer Studios, LLC, It Ends With Us Movie, LLC, and The Agency Group PR, LLC respectfully submit this notice regarding their Memorandum of Law in Support of the Wayfarer Parties Motion to Exclude the Testimony of Plaintiff's Proffered Experts ("Daubert Motion"). Defendants inadvertently filed their Daubert Motion without an executed signature page. A signed copy of the Daubert Motion, which does not alter the motion in any other respect, is attached as Exhibit A hereto.

                                        Respectfully submitted,

Dated: April 11, 2026               **LINER FREEDMAN TAITELMAN**
       Los Angeles, CA                    **+ COOLEY**

                                        By: _/s/ Ellyn S. Garofalo_
                                        Bryan J. Freedman
                                        Ellyn S. Garofalo
                                        1801 Century Park West, 5th Floor
                                        Los Angeles, CA 90067

1

491501.1

Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
      egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
      jbach@shapiroarato.com
      abuttrick@shapiroarato.com


MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
      kaf@mss-pllc.com


AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
Tel: (310) 376-7878
Email: mitra@ahouraianlaw.com

2

491501.1