**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

BLAKE LIVELY,

                           Plaintiff,

v.

WAYFARER STUDIOS LLC, JUSTIN
BALDONI, JAMEY HEATH, STEVE
SAROWITZ, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, THE AGENCY GROUP
PR LLC, JENNIFER ABEL, JED WALLACE,
and STREET RELATIONS INC.,

                           Defendants.

</td><td>

No. 1:24-cv-10049-LJL

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I, Rose Khatchikian, do hereby certify that I am not less than 18 years of age and on this 11th day of April, 2026, I caused a copy of **Defendants' Notice of Errata Re Defendants' Memorandum of Law in Support of the Wayfarer Parties Motion to Exclude the Testimony of Plaintiff's Proffered Experts** to be served upon the counsel listed in the service list as follows:

Dated: April 11, 2026      _____
      Los Angeles, CA                 Rose Khatchikian

1

491555.1

**PROOF OF SERVICE**
*Blake Lively v. Wayfarer Studios, et al.*
Case No. 1:24-cv-10049-LJL

**MANATT, PHELPS & PHILLIPS, LLP**                    *Attorneys for Plaintiff*
Esra Hudson, Esq.
Sarah Moses
Sareen Armani
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Tel: 310-312-4381
Email: ehudson@manatt.com
          smoses@manatt.com
          sarmani@manatt.com

Stephanie Anne Roeser
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Tel: 415-291-7543
Email: sroeser@manatt.com

Matthew F. Bruno
7 Times Sq
New York, NY 10036
Tel: 212-790-4500
Email: mbruno@manatt.com

**WILLKIE FARR & GALLAGHER LLP**
Aaron E. Nathan, Esq.
Melissa Taustine
Michaela Connolly
787 7th Avenue
New York, NY 10019
Tel: 212-778-8000
Email: anathan@willkie.com
          mtaustine@willkie.com
          mconnolly@willkie.com

Michael Gottlieb
Kristin Bender
1875 K. Street, N.W.
Suite 100
Washington, DC 20006-1238
Tel: 202-303-1000
Email: mgottlieb@willkie.com
          kbender@willkie.com

2

491555.1

**DUNN ISAACSON RHEE LLP**
Meryl C. Governski
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900
Email: mgovernski@dirllp.com

3

491555.1