L|F Liner Freedman
T|C Taitelman+Cooley LLP

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-4212
egarofalo@lftcllp.com

April 11, 2026

*Via ECF*
The Honorable Lewis J. Liman
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

The Wayfarer Parties seek to clarify several misleading statements in the purported "joint" request for an extension of time to submit deposition designations filed by Blake Lively (Dkt. No. 1316).

Contrary to Ms. Lively's letter, Justin Baldoni, Jamey Heath and Melissa Nathan agreed to testify in person at trial. This agreement is referenced in the Wayfarer Parties letter to the Court of April 9 (Dkt. No. 1279) and in Defendants' amended witness list served on that date. The Wayfarer Parties' April 8 agreement – made when they had not yet decided which of the Dismissed Defendants (i.e., Mr. Baldoni, Mr. Heath, Ms. Nathan, Ms. Abel and Mr. Sarowitz) would appear in person -- was superseded by the April 9 letter and the Court's order. The Wayfarer Parties' April 9 letter to the Court rendered Plaintiff's request for an extension of time moot. Dkt. Nos. 1279 and 1280. Following the Court's order, Defendants provided their deposition designations of Ms. Abel, withdrew Mr. Sarowitz from their witness list, and requested that Plaintiff provide designations, if any of Ms. Abel and Ms. Sarowitz. Plaintiff never responded. Nor did Plaintiff send the letter "jointly" requesting an extension to Defendants (as has been customary in this case as in all cases) before filing it with the Court. Had she done so, Defendants would have informed Plaintiff that it would not agree to an extension.

Very truly yours,

/s/ *Ellyn S. Garofalo*

Ellyn S. Garofalo

491499.1