# EXHIBIT A

**Windley, Sabrina N.**

| | |
|---|---|
| **From:** | Kim Zeldin <kzeldin@lftcllp.com> |
| **Sent:** | Wednesday, April 8, 2026 9:03 PM |
| **To:** | Roeser, Stephanie; Bryan Freedman; Ellyn Garofalo; Alexandra Shapiro; Jonathan Bach; mitra@ahouraianlaw.com; Summer Benson; Theresa Troupson; Amir Kaltgrad; Jason Sunshine; Local KAF. Counsel; Local MS. Counsel; Stacey Ashby; Alice Buttrick |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Meryl Governski; Nathan, Aaron E.; Bruno, Matthew; Moses, Sarah; Taustine, Melissa; Climaco, Katelyn; Armani, Sareen; Connolly, Michaela; Bender, Kristin |
| **Subject:** | RE: Lively v. Wayfarer - Witness Lists |
| **Attachments:** | 2026.04.08 Defendants' Witness List.docx |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Stephanie,

Attached please find Defendants' witness list.  You will note that asterisks appear by Baldoni, Heath, Nathan and Abel's names.  We agree that all parties will have until one week from today to submit designations, objections and counters to the Court with respect to these four witnesses.

Regards,

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Wednesday, April 8, 2026 1:51 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Alice Buttrick <abuttrick@shapiroarato.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>
**Subject:** RE: Lively v. Wayfarer - Witness Lists

Thanks, Kim. We propose a mutual exchange at 6:00 pt today.

So that we may update the Court regarding the parties' agreement, please confirm that (1) Defendants' revised list will indicate whether witnesses, including Baldoni, Heath, Sarowitz, Nathan and Abel, will appear live or by deposition and (2) you agree, to

1

the extent that Defendants' list indicates that any of Baldoni, Heath, Sarowitz, Nathan or Abel will appear by deposition, the parties will have until one week from today to submit designations, objections and counters to the Court.

**Stephanie Roeser**
Partner

_____

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Wednesday, April 8, 2026 11:05 AM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Alice Buttrick <abuttrick@shapiroarato.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>
**Subject:** RE: Lively v. Wayfarer - Witness Lists

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Stephanie,

What time today do you want to exchange the witness lists please?  We plan to get you the JPTO, jury instructions and verdict form today.

Kim

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925

Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Tuesday, April 7, 2026 5:57 PM
**To:** Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; Kim Zeldin <kzeldin@lftcllp.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Alice Buttrick <abuttrick@shapiroarato.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bender, Kristin <kbender@willkie.com>
**Subject:** Lively v. Wayfarer - Witness Lists

Kim,

Following up on our call, we will agree to a mutual exchange of the parties' updated witness lists tomorrow, with the updated lists clearly identifying in good faith who each party presently intends to call in person or by deposition (including for Justin Baldoni, Jamey Heath, Melissa Nathan, Jennifer Abel, and Steve Sarowitz).

We had every intention of doing this on Sunday, as set forth in our proposed schedule. Defendants, however, never responded or agreed to our proposed schedule, and have instead indicated that they will not identify which of their own clients they intend to call in person or by deposition. Of course, the distinction in our positions is that
Ms. Lively does not control whether the third-party witnesses outside the court's subpoena power decide whether to testify in person. By contrast, each of Baldoni, Heath, Nathan, Abel, and Sarowitz are in complete control of whether they decide to testify in person. The only thing standing in the way of disclosing their intent is their willingness to do so.

Please confirm your agreement to the above mutual exchange.

Ms. Lively reserves all rights.

Thanks,
Stephanie

**Stephanie Roeser**
Partner

---

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.