# EXHIBIT B

**Windley, Sabrina N.**

| | |
|---|---|
| **From:** | Kim Zeldin <kzeldin@lftcllp.com> |
| **Sent:** | Thursday, April 9, 2026 7:24 PM |
| **To:** | Bender, Kristin; Alice Buttrick; Roeser, Stephanie; Bryan Freedman; Ellyn Garofalo; Alexandra Shapiro; Jonathan Bach; mitra@ahouraianlaw.com; Summer Benson; Theresa Troupson; Amir Kaltgrad; Jason Sunshine; Local KAF. Counsel; Local MS. Counsel; Stacey Ashby |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Meryl Governski; Nathan, Aaron E.; Bruno, Matthew; Moses, Sarah; Taustine, Melissa; Climaco, Katelyn; Armani, Sareen; Connolly, Michaela; Rose Khatchikian |
| **Subject:** | RE: Lively v. Wayfarer - Pretrial Submissions |
| **Attachments:** | 2026.04.09 Defendants' Witness List(490906.1).docx |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

As indicated in Ellyn Garofalo's letter to the Court today, we have amended Defendants' witness list. We note that Plaintiff's exhibit list reflects that she intends to designate testimony from Mr. Sarowitz and Ms. Abel's deposition. Please let me know when we can expect to receive those deposition designations so that we may provide counters, if any. We will provide you with designations for Ms. Abel's deposition today.

Kim

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone: (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone: (415) 722-2639
Facsimile: (310) 201-0045
Website: www.lftcllp.com

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Wednesday, April 8, 2026 9:04 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Counsel,

Please see attached for Ms. Lively's witness list.

1

Best,
Kristin

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Wednesday, April 8, 2026 7:15 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Bender, Kristin <KBender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Attached please find a clean and a redline of the JPTO.  Plaintiff's new section on "Pending Motions" has been deleted.  That is not one of the topics Judge Liman requests or requires in the JPTO.  Judge Liman is aware these motions are pending and there is no reason to include them.  Please note that we have taken out Liner Freedman and Bryan Freedman's names in the list of people and institutions the jury may hear about section.  Any possible reason to include them was eliminated by the summary judgment ruling.

Kim


Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Wednesday, April 8, 2026 12:43 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>

2

**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Lively v. Wayfarer - Pretrial Submissions

Further to my prior email, please find below the password to access the Dropbox link provided.  And the exhibit list is now attached.

████████████████████

---

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Date:** Wednesday, April 8, 2026 at 3:41 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>, Kim Zeldin <kzeldin@lftcllp.com>, Bryan Freedman <bfreedman@lftcllp.com>, Ellyn Garofalo <egarofalo@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>, Summer Benson <sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Amir Kaltgrad <akaltgrad@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Meryl Governski <mgovernski@dirllp.com>, anathan <anathan@willkie.com>, Bruno, Matthew <MBruno@manatt.com>, Moses, Sarah <SMoses@manatt.com>, Taustine, Melissa <mtaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>, Armani, Sareen <SArmani@manatt.com>, Connolly, Michaela <mconnolly@willkie.com>, Bender, Kristin <kbender@willkie.com>, Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Lively v. Wayfarer - Pretrial Submissions


Counsel,

Attached please find the Wayfarer Parties' amended exhibit list.  We have added the following exhibits:
- Potential Exhibit Number 1848 – BL-000021314
- Potential Exhibit Number 1849 – BL-000021323
- Potential Exhibit Number 1850 – BL-000021364
- Potential Exhibit Number 1942 – Blake Lively April 3, 2026 Statement (Instagram)
- Potential Exhibit Number 1943 – Michael Gottlieb April 3, 2026 Statement (Instagram)
- Potential Exhibit Number 1944 –Article re Sigrid McCawley April 2, 2026 Statement (People)
- Potential Exhibit Number 1945 – Sigrid McCawley January 22, 2026 Press Conference Video (TMZ)
- Potential Exhibit Number 1946 – Nicepool Clips from Deadpool v. Wolverine (YouTube)

The non-Bates materials are available at the following Dropbox link: ████████████████

I will send a password under separate cover.

The Wayfarer Parties continue to reserve all rights to modify this exhibit list and to use any exhibits on Lively's exhibit list.

Best,

Alice



Alice Buttrick

**sab** Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
tel: 212-257-4888 | main: 212-257-4880
abuttrick@shapiroarato.com

www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.