# EXHIBIT C

**Windley, Sabrina N.**

| | |
|---|---|
| **From:** | Roeser, Stephanie <SRoeser@manatt.com> |
| **Sent:** | Saturday, April 11, 2026 12:49 AM |
| **To:** | Kim Zeldin; Bender, Kristin; Amir Kaltgrad; Alice Buttrick; Bryan Freedman; Ellyn Garofalo; Alexandra Shapiro; Jonathan Bach; mitra@ahouraianlaw.com; Summer Benson; Theresa Troupson; Jason Sunshine; Local KAF. Counsel; Local MS. Counsel; Stacey Ashby |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Meryl Governski; Nathan, Aaron E.; Bruno, Matthew; Moses, Sarah; Taustine, Melissa; Climaco, Katelyn; Armani, Sareen; Connolly, Michaela; Rose Khatchikian |
| **Subject:** | RE: Lively v. Wayfarer - Pretrial Submissions |

**\*\*\* EXTERNAL EMAIL \*\*\***

Kim,

It appears that you are misinterpreting the language of our letter. We did not represent that Mr. Baldoni, Mr. Heath and Ms. Nathan will not appear at trial. We meant only to describe the nature of the parties' agreement on April 8 (before we were notified that these individuals would in fact attend, despite multiple requests).

There would be no way for us to understand that you were interpreting the judge's order as a withdrawal of your agreement to extend the designations deadline. That was never communicated to us. And we further note that your team sent an email today, asking when we would send the designations, which further lead us to believe that we were all operating on the same timeline.

If it is still your position that you refuse to engage with us on designations for Sarowitz and Abel, we would happily submit a letter to the Court, sharing this correspondence and requesting an order for an extension through Wednesday. Alternatively, you could honor your initial agreement and save us all, including the Court, a lot of trouble. Let us know.

**Stephanie Roeser**
Partner

---

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Friday, April 10, 2026 9:35 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Bender, Kristin <kbender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani,

1

Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions


**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Esra,

That email was superseded by Ms. Garofalo's letter to the Court informing Judge Liman which witnesses would and would not appear in person at trial.  The Court found the issue you raised requesting an extension of time to respond to designations was **moot**.  Regardless, you still made misrepresentations to the Court when you stated that Mr. Baldoni, Mr. Heath and Ms. Nathan would not appear in person at trial and would appear by designation.  A simple check of our exhibit list and Ms. Garofalo's letter to the Court and the Court's order shows otherwise.

We did not and do not agree to any extension of time and were completely blindsided by this letter to the Court.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Friday, April 10, 2026 9:27 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Bender, Kristin <kbender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Kim,

You explicitly agreed to this extension in writing on April 8. See attached. At no time did you or anyone on your team withdraw the extension. Anything you file with the Court will be immediately followed by a letter from us attaching your email and written agreement.

We are genuinely confused by your position and do not understand what it is you are trying to say. It was our understanding that this extension would apply to the two parties that would be testifying by deposition only, which you only informed us of yesterday afternoon despite repeated requests and *after* a lengthy meet and confer call. We have been endeavoring to finalize the designations to get them to you in time to provide objections and counter-designations so that we could jointly file on Wednesday. If you have some other understanding or expectation, let me know.

Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Friday, April 10, 2026 9:01 PM
**To:** Bender, Kristin <kbender@willkie.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Esra,

We did not agree to any such extension of time.  The court ruled your motion for an extension was moot.

Also, your letter also erroneously states that Defendants confirmed that Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan and Jennifer Abel will "testify at trial by deposition rather than live testimony."

Immediately withdraw your letter request or we will seek sanctions.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, April 10, 2026 8:51 PM
**To:** Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Received on this and Kim's approval on the JPTO. Thanks.

---

**From:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Sent:** Friday, April 10, 2026 11:49 PM
**To:** Bender, Kristin <KBender@willkie.com>; Kim Zeldin <kzeldin@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

**\*\*\* EXTERNAL EMAIL \*\*\***

Ok to go

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, April 10, 2026 8:43 PM

**To:** Kim Zeldin <kzeldin@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Please also review the attached, unchanged but for the cover and signatures.

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Friday, April 10, 2026 11:35 PM
**To:** Bender, Kristin <KBender@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

**\*\*\* EXTERNAL EMAIL \*\*\***

That gives us less than 10 minutes – sorry we will get back to you when we can.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, April 10, 2026 8:26 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach

5

<jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Please see attached for the final proposed JPTO, and Exhibits B and C. Exhibit A was conveyed earlier this afternoon and remains the same. Please let us know if there are any issues. We are finalizing as you review and aim to begin filing this at 11:40 EST, if we can please receive prompt approval or final edits. Thanks.

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Friday, April 10, 2026 10:34 PM
**To:** Bender, Kristin <KBender@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

<mark>*** EXTERNAL EMAIL ***</mark>

Counsel

Attached please find the JPTO – I fixed widows/orphans and added Fromholz back in as a witness.  Can we see the completed document with exhibits before you file please.  Ellyn Garofalo will be signing on Defendants' behalf once we approve it.

Kim

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, April 10, 2026 3:07 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

See attached for the updated JPTO, as requested.

Please also review the voir dire in clean/redline and let us know of any final changes, or whether you are signed off. You'll see there is a question added in the voir dire; that is simply an adoption of Defendants' suggestion to split a question into two.

Thanks,
KB

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Friday, April 10, 2026 5:32 PM
**To:** Bender, Kristin <KBender@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

**\*\*\* EXTERNAL EMAIL \*\*\***

Kristin

You used an outdated witness list.  I sent you an email yesterday at 4:24 p.m. which your side already acknowledged you read.  We have not read this document in its entirety but if you can fix this and resend then we will do so.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Friday, April 10, 2026 2:20 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Counsel,

Plaintiff's proposed final JPTO is attached (clean and redline), which now incorporates the parties' witness lists.  For ease of your review as to additions/removals, Plaintiff's witness list now includes Sophia Travaglia, but removes Brian Porette.

Also attached is a proposed Exhibit A to the JPTO, which is a compendium of all of the deposition designations.  Note that Exhibit A includes objections to Defendants' counter-designations to Plaintiff's designations of Wallace's deposition, which were inadvertently omitted from a prior transmittal.

Please let us know if you are signed off on the JPTO and Exhibit A.

Plaintiff intends to file separate docket entries for the parties' voir dire and questionnaire and proposed jury instructions, proposed finals of which will be forthcoming.  As noted earlier, each party should file its own proposed verdict sheet and we will proceed on this basis.

Thanks,
KB

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Friday, April 10, 2026 12:47 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>

**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Bender, Kristin <KBender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

**\*\*\* EXTERNAL EMAIL \*\*\***

Stephanie,

Attached is an updated version of the PTO, with Defendants' further revisions (in clean and redline).

Kim



Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone:  (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

---

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Thursday, April 9, 2026 6:06 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Counsel,

Attached is an updated version of the JPTO, with Ms. Lively's further revisions (in clean and redline).

As always, Ms. Lively reserves all rights.

Stephanie

**Stephanie Roeser**

Partner

_____

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Roeser, Stephanie
**Sent:** Thursday, April 9, 2026 11:26 AM
**To:** 'Alice Buttrick' <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Including below a proposed agenda for the call:

1. Exhibit Lists
2. Witness Lists
3. Voir Dire
4. JPTO Revisions
5. MILs
6. Jury Instructions
7. Dauberts

Thanks,
Stephanie

**Stephanie Roeser**
Partner

_____

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Thursday, April 9, 2026 10:21 AM
**To:** Amir Kaltgrad <akaltgrad@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Lively v. Wayfarer - Pretrial Submissions

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Good afternoon,

We made one further change to the jury instructions, attached, at p. 27, for discussion today.

Best,
Alice

**From:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Date:** Wednesday, April 8, 2026 at 9:55 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>, Roeser, Stephanie <SRoeser@manatt.com>, Kim Zeldin <kzeldin@lftcllp.com>, Bryan Freedman <bfreedman@lftcllp.com>, Ellyn Garofalo <egarofalo@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>, Summer Benson <sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Meryl Governski <mgovernski@dirllp.com>, anathan <anathan@willkie.com>, Bruno, Matthew <MBruno@manatt.com>, Moses, Sarah <SMoses@manatt.com>, Taustine, Melissa <mtaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>, Armani, Sareen <SArmani@manatt.com>, Connolly, Michaela <mconnolly@willkie.com>, Bender, Kristin <kbender@willkie.com>, Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Counsel,

Attached please find Defendants' redlines to Plaintiff's version of the jury instructions along with a clean version.

Amir Kaltgrad
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

**********************************************************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Please consider the environment before printing this email and/or any attachments.

---

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Wednesday, April 8, 2026 6:24 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Lively v. Wayfarer - Pretrial Submissions


 Counsel,

Attached please find charts showing the Wayfarer Parties' objections to Lively's counter-designations and counter-counter-designations.  Highlighted versions of the transcripts showing the limited counter-counter designations will follow this evening or tomorrow morning.   As before, the Wayfarer Parties reserve all rights to revisit these materials and to supplement or revise their objections and counter designations.

We expect to receive Lively's objections and counter-counter designations this evening as well.

Best,
Alice

Alice Buttrick

 Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
tel: 212-257-4888 | main: 212-257-4880
abuttrick@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.