# EXHIBIT A

| | |
|---|---|
| **From:** | Connolly, Michaela |
| **Sent:** | Friday, April 10, 2026 1:50 PM |
| **To:** | Alice Buttrick; Bender, Kristin; Kim Zeldin; Bruno, Matthew; Roeser, Stephanie; Amir Kaltgrad; Bryan Freedman; Ellyn Garofalo; Alexandra Shapiro; Jonathan Bach; mitra@ahouraianlaw.com; Summer Benson; Theresa Troupson; Jason Sunshine; Local KAF. Counsel; Local MS. Counsel; Stacey Ashby |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Meryl Governski; Nathan, Aaron E.; Moses, Sarah; Taustine, Melissa; Climaco, Katelyn; Armani, Sareen; Rose Khatchikian |
| **Subject:** | RE: Lively v. Wayfarer - Pretrial Submissions |

Alice,

As you know, we circulated a revised exhibit list on April 2.  In addition to removing a number of exhibits in good faith per the parties' conferral process, Ms. Lively added a small number of documents.  The objections you circulated on April 1, which predated our April 2 exhibit list, did not account for defendants' position as to the additional exhibits.

Taking each of your assertions in turn, PTX-897 is a public-facing interview of your client, which is and has been readily accessible to you since well before last Thursday.  Given that you have had notice of this exhibit for over a week, that it constitutes an interview your client gave, and that it is publicly accessible, your objections as to its inaccessibility are not well taken and are inappropriately reflected in Ms. Lively's exhibit list.  As for PTX-898, this is a compilation of material previously accounted for as individual exhibits on Ms. Lively's exhibit list served ***a month ago***, on March 20.  We further note that PTX-032 is correct.  The exhibit will combine the transcript of the TED Talk with Mr. Baldoni's Instagram post reflecting on the same.  The additional files labeled as PTX-588 are embedded in the previously-noticed exhibit bates stamped NATHAN_000003433 and were simply extracted for ease of the jury's review.  Lastly, the contents of PTX-861 were minimally changed to remove select content.  Nothing new was added and a request for an extension of time to re-review is improper.

We do not agree to include narrative objections on our exhibit list.  Please confirm that you will provide an updated copy of Ms. Lively's exhibit list bearing objections keyed strictly to the Federal Rules of Evidence, as required by Rule 5(a)(xi) Judge Liman's Individual rules, no later than 4:00 p.m. ET, or else we will remove them to comply with Liman's rules.

Ms. Lively reserves all rights.

Best,
Michaela


**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Friday, April 10, 2026 12:27 PM
**To:** Connolly, Michaela <MConnolly@willkie.com>; Bender, Kristin <KBender@willkie.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bruno, Matthew <MBruno@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>;

Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>;
mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason
Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>;
Stacey Ashby <sma@msf-law.com>
Cc: Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski
<mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Moses, Sarah <SMoses@manatt.com>; Taustine,
Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen
<SArmani@manatt.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
Subject: Re: Lively v. Wayfarer - Pretrial Submissions

**\*\*\* EXTERNAL EMAIL \*\*\***

Michaela,

We provided the objections on April 1, which address the exhibits you had identified to that point.  Attached is
a spreadsheet with further objections.  We note that you did not provide the summary exhibit you listed on
April 2 (which is 54 pages) or the other non-bates materials until today, and one of the non-bates documents
(PTX-897) is still missing.

As to the remainder, we will seek relief from the court's because it is not practical or appropriate for you to
identify for the first time dozens of exhibits and expect us to review them within hours this morning.

Separately, we do not understand the non-Bates materials you have provided.  They do not appear to be
consistent with your exhibit list.  For instance, PTX-032 is described as a transcript of a Ted Talk, but the
document you provided is an instagram post.  There are 18 files labeled as PTX-588.  You also appear to have
changed the contents of PTX-861 considerably.

We also note that you have yet to provide time-stamps for the relevant portions of any of the video exhibits
you have identified, or to clarify which attachments you actually intend to rely on at trial.

Defendants reserve all rights.

Best,
Alice

---

From: Connolly, Michaela <MConnolly@willkie.com>
Date: Friday, April 10, 2026 at 9:59 AM
To: Alice Buttrick <abuttrick@shapiroarato.com>, Bender, Kristin <KBender@willkie.com>, Kim Zeldin
<kzeldin@lftcllp.com>, Bruno, Matthew <MBruno@manatt.com>, Roeser, Stephanie <SRoeser@manatt.com>,
Amir Kaltgrad <akaltgrad@lftcllp.com>, Bryan Freedman <bfreedman@lftcllp.com>, Ellyn Garofalo
<egarofalo@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach
<jbach@shapiroarato.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>, Summer Benson
<sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>,
Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Stacey Ashby <sma@msf-
law.com>
Cc: Gottlieb, Michael <MGottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Meryl Governski
<mgovernski@dirllp.com>, Nathan, Aaron E. <ANathan@willkie.com>, Moses, Sarah <SMoses@manatt.com>,

Taustine, Melissa <MTaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>, Armani, Sareen <SArmani@manatt.com>, Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

You should be able to access the materials now—please confirm if that is not the case.

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Friday, April 10, 2026 9:42 AM
**To:** Connolly, Michaela <MConnolly@willkie.com>; Bender, Kristin <KBender@willkie.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bruno, Matthew <MBruno@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Lively v. Wayfarer - Pretrial Submissions

<mark>**\*\*\* EXTERNAL EMAIL \*\*\***</mark>

I am unable to access these materials.  Please provide a functional link immediately.

Best,
Alice

---

**From:** Connolly, Michaela <MConnolly@willkie.com>
**Date:** Friday, April 10, 2026 at 3:42 AM
**To:** Bender, Kristin <KBender@willkie.com>, Kim Zeldin <kzeldin@lftcllp.com>, Bruno, Matthew <MBruno@manatt.com>, Roeser, Stephanie <SRoeser@manatt.com>, Alice Buttrick <abuttrick@shapiroarato.com>, Amir Kaltgrad <akaltgrad@lftcllp.com>, Bryan Freedman <bfreedman@lftcllp.com>, Ellyn Garofalo <egarofalo@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>, Summer Benson <sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Meryl Governski <mgovernski@dirllp.com>, Nathan, Aaron E. <ANathan@willkie.com>, Moses, Sarah <SMoses@manatt.com>, Taustine, Melissa <MTaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>, Armani, Sareen

<SArmani@manatt.com>, Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Further to the below, enclosed please find newly-added or revised non-bates exhibits enclosed in Ms. Lively's amended exhibit list. For ease of review, these documents bear PTX numbers corresponding to Ms. Lively's March 27 or April 9 exhibit lists, as applicable.

███████████████

We reserve all rights, including to supplement or otherwise adjust these materials.

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Connolly, Michaela <MConnolly@willkie.com>
**Sent:** Friday, April 10, 2026 12:01 AM
**To:** Bender, Kristin <KBender@willkie.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bruno, Matthew <MBruno@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Counsel,

Attached please find Ms. Lively's amended exhibit list. We will follow up with the limited non-bates stamped additions under separate cover.

As you know, we provided an amended exhibit list last Thursday per your request, and have yet to receive objections to the same. Please provide objections to the attached exhibit list promptly tomorrow morning so we can finalize the exhibit list for filing.

We reserve all rights, including to supplement the exhibit list with the parties' advance ruling designations.

Best,
Michaela

**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808

mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Bender, Kristin <KBender@willkie.com>
**Sent:** Thursday, April 9, 2026 11:43 PM
**To:** Kim Zeldin <kzeldin@lftcllp.com>; Bruno, Matthew <MBruno@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Counsel,

As previewed, please see attached for Ms. Lively's voir dire and questionnaire and verdict form. Please also see the following link for Ms. Lively's limited objections to Defendants' latest designations: ██████
████████████████████████████ .

As proposed on our earlier call, please footnote or otherwise identify any of Defendants' final positions within the voir dire and questionnnaire. Note that the redline is to the first of the two versions Defendants provided on Tuesday (not, as Kim represented, Monday), but we also incorporated the additional changes in the follow-on version from Defendants as well. For the verdict form, you'll see that Ms. Lively's proposed final remains the same as provided on April 6. Defendants' proposed verdict form provided yesterday makes no attempt to align with the version proposed by Ms. Lively and at this juncture, the parties should plan to submit both versions while conferrals continue.

The jury instructions and exhibit list will follow. The parties had agreed on today's call that we would provide updates as to respective positions on MILs only to the extent it would obviate the need for a MIL. We don't have an update for you, nor have we received any update from Defendants.

We will follow on with additional items. We are in receipt of Defendants' amended witness list earlier this evening. Now that we are confirmed that Sarowitz and Abel are providing testimony via deposition, we will circle back regarding timing of designations as to their testimony.

We reserve all rights as well objections to your characterizations below.

Thanks,
Kristin

---

**From:** Kim Zeldin <kzeldin@lftcllp.com>
**Sent:** Thursday, April 9, 2026 9:04 PM
**To:** Bruno, Matthew <MBruno@manatt.com>; Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS.

Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
Cc: Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; Nathan, Aaron E. <ANathan@willkie.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Bender, Kristin <KBender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
Subject: RE: Lively v. Wayfarer - Pretrial Submissions

*** EXTERNAL EMAIL ***

Matt,

Defendants do not agree to extend the time for Plaintiff to provide Defendants with an amended exhibit list.  This benefits Plaintiff only and prejudices Defendants.

We objected to your plan to add "dozens" of exhibits (you refused tell us how many) which include social media and podcasts, which require time to review, the day before the deadline to file the pretrial documents with the Court.  We asked you to explain your inexcusable delay and you refused to do so except to say you are "working diligently."

You agreed to provide the amended exhibit list (among other things) today (Eastern Time) and have not done so.  In addition to not having inadequate time to object to those new exhibits, this does not leave Defendants time to evaluate and draft any necessary motions in limine relating to those documents.

In addition to your failure to send the exhibit list you have not, as you agreed this morning, provided us with the following:
  1.  Revised Jury Instructions
  2.  Revised Voir Dire and Jury Questionnaire
  3.  Revised JPTO
  4.  Plaintiff's response to Defendants' MILs – to the extent you said you would take it back to your team.
We are also waiting for your deposition designations for Sarowitz and Abel.

With respect to sealing – we asked you to agree that except for PII all expert reports and deposition transcripts will not be filed under seal.  In addition, we propose that all deposition transcripts and deposition exhibits (except again for PII) should not be sealed.

Kim S. Zeldin
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Office Telephone:  (310) 201-0005
Direct Dial: (310) 201-4925
Cell Phone: (415) 722-2639
Facsimile:  (310) 201-0045
Website: www.lftcllp.com

**From:** Bruno, Matthew <MBruno@manatt.com>
**Sent:** Thursday, April 9, 2026 4:29 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Counsel:

We wanted to follow-up on two items discussed on today's conferral.

First, with respect to sealing, we will continue to abide by the Court's individual practices and procedures for filing documents under seal, which we have followed throughout this litigation. Any documents that Judge Liman previously unsealed should be filed publicly (or in accordance with any redactions that were so-ordered) and any documents that have not been previously filed with the Court and are designated as Confidential or AEO should be filed under seal, pending a ruling by the Court as to those sealing motions. If any designating party choses to remove a Confidential or AEO designation, they may do so, consistent with the PO. If you are intending to make any wholesale de-designations (including as to each of your expert reports), please let us know by noon ET tomorrow, and we'll do the same with your agreement.

Second, with respect to an extension, you sought a full extension of all pre-trial deadlines. It is our position that not only is this unnecessary, but extending *Daubert* and MIL deadlines will significantly burden the Court in advance of the scheduled April 28th status conference. This is particularly the case where you have identified 24 MILs that you plan to file. The Court will need sufficient time to review the motions, and we will need sufficient time to oppose. That said, we do agree that some deadlines could be modified without substantially impacting the schedule or the Court's time. Specifically, we note that both sides have made some recent additions to their respective exhibit lists, and agree that both sides may need some additional time to review those additions and object as appropriate. In addition, we note that you advised the Court, and us for the first time an hour ago that your clients Justin Baldoni, Jamey Heath and Melissa Nathan will be appearing live to testify, but that Steve Sarowitz and Jennifer Abel will not. This news may impact the exhibit lists of both parties as well. Thus, we propose the following brief extension with respect to the parties' exhibit lists and objections to same:

- **Monday, April 13** – Deadline for the the parties to serve amended exhibit lists
- **Wednesday, April 15** – Deadline for the parties to serve any objections related to any recently added exhibits, and to any exhibits on their respective amended exhibit list.

Please let us know if this is agreeable and we will prepare a submission to the court on this slightly modified schedule.

Thanks,

Matt

**Matthew F. Bruno**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4525 **F** (212) 790-4545
MBruno@manatt.com


**manatt.com**

---

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Thursday, April 9, 2026 2:26 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions

Including below a proposed agenda for the call:

1. Exhibit Lists
2. Witness Lists
3. Voir Dire
4. JPTO Revisions
5. MILs
6. Jury Instructions
7. Dauberts

Thanks,
Stephanie

**Stephanie Roeser**
Partner

---

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5744
SRoeser@manatt.com


**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

8

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Thursday, April 9, 2026 10:21 AM
**To:** Amir Kaltgrad <akaltgrad@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Re: Lively v. Wayfarer - Pretrial Submissions

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Good afternoon,

We made one further change to the jury instructions, attached, at p. 27, for discussion today.

Best,
Alice

**From:** Amir Kaltgrad <akaltgrad@lftcllp.com>
**Date:** Wednesday, April 8, 2026 at 9:55 PM
**To:** Alice Buttrick <abuttrick@shapiroarato.com>, Roeser, Stephanie <SRoeser@manatt.com>, Kim Zeldin <kzeldin@lftcllp.com>, Bryan Freedman <bfreedman@lftcllp.com>, Ellyn Garofalo <egarofalo@lftcllp.com>, Alexandra Shapiro <ashapiro@shapiroarato.com>, Jonathan Bach <jbach@shapiroarato.com>, mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>, Summer Benson <sbenson@lftcllp.com>, Theresa Troupson <ttroupson@lftcllp.com>, Jason Sunshine <jsunshine@lftcllp.com>, Local KAF. Counsel <kaf@msf-law.com>, Local MS. Counsel <ms@msf-law.com>, Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>, Hudson, Esra <EHudson@manatt.com>, Meryl Governski <mgovernski@dirllp.com>, anathan <anathan@willkie.com>, Bruno, Matthew <MBruno@manatt.com>, Moses, Sarah <SMoses@manatt.com>, Taustine, Melissa <mtaustine@willkie.com>, Climaco, Katelyn <KClimaco@manatt.com>, Armani, Sareen <SArmani@manatt.com>, Connolly, Michaela <mconnolly@willkie.com>, Bender, Kristin <kbender@willkie.com>, Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer - Pretrial Submissions
Counsel,

Attached please find Defendants' redlines to Plaintiff's version of the jury instructions along with a clean version.

Amir Kaltgrad
LINER FREEDMAN TAITELMAN + COOLEY LLP

1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

**********************************************************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

 Please consider the environment before printing this email and/or any attachments.

---

**From:** Alice Buttrick <abuttrick@shapiroarato.com>
**Sent:** Wednesday, April 8, 2026 6:24 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>; Kim Zeldin <kzeldin@lftcllp.com>; Bryan Freedman <bfreedman@lftcllp.com>; Ellyn Garofalo <egarofalo@lftcllp.com>; Alexandra Shapiro <ashapiro@shapiroarato.com>; Jonathan Bach <jbach@shapiroarato.com>; mitra@ahouraianlaw.com; Summer Benson <sbenson@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Amir Kaltgrad <akaltgrad@lftcllp.com>; Jason Sunshine <jsunshine@lftcllp.com>; Local KAF. Counsel <kaf@msf-law.com>; Local MS. Counsel <ms@msf-law.com>; Stacey Ashby <sma@msf-law.com>
**Cc:** Gottlieb, Michael <mgottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Meryl Governski <mgovernski@dirllp.com>; anathan <anathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Moses, Sarah <SMoses@manatt.com>; Taustine, Melissa <mtaustine@willkie.com>; Climaco, Katelyn <KClimaco@manatt.com>; Armani, Sareen <SArmani@manatt.com>; Connolly, Michaela <mconnolly@willkie.com>; Bender, Kristin <kbender@willkie.com>; Rose Khatchikian <rkhatchikian@lftcllp.com>
**Subject:** Lively v. Wayfarer - Pretrial Submissions


 Counsel,

Attached please find charts showing the Wayfarer Parties' objections to Lively's counter-designations and counter-counter-designations.  Highlighted versions of the transcripts showing the limited counter-counter designations will follow this evening or tomorrow morning.   As before, the Wayfarer Parties reserve all rights to revisit these materials and to supplement or revise their objections and counter designations.

We expect to receive Lively's objections and counter-counter designations this evening as well.

Best,
Alice

Alice Buttrick

 Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor
New York, NY 10036
tel: 212-257-4888 | main: 212-257-4880
abuttrick@shapiroarato.com
www.shapiroarato.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.*

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.