# EXHIBIT B

| | |
|---|---|
| **From:** | Summer Benson <sbenson@lftcllp.com> |
| **Sent:** | Friday, April 10, 2026 4:45 PM |
| **To:** | Gottlieb, Michael; Hudson, Esra; Bender, Kristin; Bruno, Matthew; Meryl Governski; Nathan, Aaron E.; Moses, Sarah; Taustine, Melissa; Connolly, Michaela; Climaco, Katelyn; Roeser, Stephanie |
| **Cc:** | Bryan Freedman; Ellyn Garofalo; Kim Zeldin; Amir Kaltgrad; Theresa Troupson; Alexandra Shapiro; Jonathan Bach; Alice Buttrick; Local MS. Counsel; Local KAF. Counsel; Rose Khatchikian; Jason Sunshine; mitra@ahouraianlaw.com |
| **Subject:** | Lively v. Wayfarer Studios, LLC et al., 24-cv-10049 - Exhibit List |
| **Attachments:** | Wayfarer Exhibit List with 2026.04.10 Additions(491365.1).xlsx |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Attached please find Defendants' amended exhibit list. We have added the following exhibits:

Potential Exhibit Number 1851 – BL-000007953 – BL-000007954 (Giannetti 12)
Potential Exhibit Number 1852 – WME_00001266 – WME_00001267 (Greenberg 17)
Potential Exhibit Number 1853 – WME_00001259 – WME_00001261 (Greenberg 18)
Potential Exhibit Number 1854 – SPE_BL0022803 – SPE_BL0022807 (Greenstein 44)
Potential Exhibit Number 1855 – SPE_BL0022682 – SPE_BL0022687 (Greenstein 47)

Please note that these documents were inadvertently omitted from our previous draft, and we are making these limited additions to conform with our prior deposition designations.

We have separately added the following:

Potential Exhibit Number 1947 – Meta: Introducing Community Notes
Potential Exhibit Number 1948 – Instagram – Blake Lively Post with Community Note

These documents are available at the following Dropbox link:

We will send a password under separate cover.

Defendants reserve all rights to amend this exhibit list and to use any exhibits identified on Lively's exhibit list.


Summer E. Benson, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:  (310) 201-0045
Web:  www.lftcllp.com

1

*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.