**Liner Freedman Taitelman+Cooley LLP**

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-4212
egarofalo@lftcllp.com

April 15, 2026

*Via ECF*
The Honorable Lewis J. Liman
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

Pursuant to this Court's April 14, 2026, order (Dkt. 1353), the Wayfarer Parties' objections to Plaintiff Blake Lively's revised exhibit list are attached hereto as **Exhibit 1**.

Very truly yours,

/s/ *Ellyn S. Garofalo*
Ellyn S. Garofalo