UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

BLAKE LIVELY

               Plaintiff,

-against-

WAYFARER STUDIOS LLC,  et al.,

             Defendant.

-------------------------------------------------------

Case No.  1:24-cv-10049-LJL

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending          [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Mitchell Schuster
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MS6653_____    My State Bar Number is 2300648_____

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Meister Seelig & Fein PLLC_____
                FIRM ADDRESS: 125 Park Avenue, 7th Floor, New York, NY 10017_____
                FIRM TELEPHONE NUMBER: 212-655-3500_____
                FIRM FAX NUMBER: 212-655-3536  ms@msf-law.com_____

NEW FIRM:    FIRM NAME: Meister Seelig & Schuster PLLC_____
                FIRM ADDRESS: 125 Park Avenue, 7th Floor, New York, NY 10017_____
                FIRM TELEPHONE NUMBER: 212-655-3500_____
                FIRM FAX NUMBER: 212-655-3535  ms@mss-pllc.com_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: April 16, 2026          /s/ Mitchell Schuster

                               _____
                               ATTORNEY'S SIGNATURE