**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>Defendants. | No. 1:24-cv-10049-LJL |

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFF BLAKE LIVELY'S OMNIBUS MEMORANDUM IN**
**SUPPORT OF HER MOTIONS IN LIMINE**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC.  I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiff Blake Lively's Omnibus Memorandum in Support of her Motions in Limine.

2.      A true and correct copy of Michael Robbins' Expert Report, dated October 16, 2025, is attached and incorporated as Exhibit 1 hereto.

3.      A true and correct copy of excerpts from the transcript of the deposition of Michael Robbins, dated November 24, 2025, is attached and incorporated as Exhibit 2 hereto.

1

492472.1

4.      A true and correct copy of an article entitled, *Blake Lively Sparks Fury With 'Digital Violence' Claims*, by Chukwudi Onyewuchi, published by Yahoo, is attached and incorporated as Exhibit 3 hereto.

5.      A true and correct copy of an article entitled, *Blake Lively's claims of 'digital violence' sparks fury from YouTubers she subpoenaed for their bank records - who say actress 'terrorized them and threatened their livelihoods,'* by Greg Woodfield, published by Daily Mail, is attached and incorporated as Exhibit 4 hereto.

6.      A true and correct copy of an article entitled, *Blake Lively's Loud Message Backfired as Online Creators React — Source*, by Nikita Nath, published by AOL, is attached and incorporated as Exhibit 5 hereto.

7.      A true and correct copy of Aron Culotta's Expert Report, dated October 17, 2025, is attached and incorporated as Exhibit 6 hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   April 17, 2026
        Los Angeles, CA

                        By: */s/ Ellyn S. Garofalo*
                            Ellyn S. Garofalo

2

492472.1