# EXHIBIT 2

CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

BLAKE LIVELY,

     Plaintiff,

 vs.   CASE NO. 24-CV-10049-LJL (LEAD CASE)

        25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

     Defendants.

_____

JENNIFER ABEL,

    Third-party Plaintiff,

 vs.

JONESWORKS, LLC,

    Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

    Consolidated Plaintiffs,

 vs.

BLAKE LIVELY, et al.

    Consolidated Defendants.

_____

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF MICHAEL ROBBINS

Los Angeles, California

Monday, November 24, 2025

Stenographically Reported by:  Ashley Soevyn, CALIFORNIA CSR No. 12019

Pages 1 - 270

Page 1

CONFIDENTIAL

industry and a few others.

Q    What other industries does it exist in?

A    So it could also exist in music, which is related and to a lesser degree, in fashion.  Which is sort of related and that's about it.  And with respect to lawyers, no.  And with respect to electricians, no.

Q    Okay.  But you think there's something unique about music, fashion, and movies and television, correct?

A    Yes.

Q    You think that it's harder to recover from reputational damage, correct?

MS. ROESER:  Objection.

THE WITNESS:  Harder to recover --

BY MS. ZELDIN:

Q    What is your opinion with respect to -- why don't you try to articulate it.  Because I'm having a hard time with it.

A    Sure.  So that, unlike other industries, in the entertainment industry, there are people who because either of great influence or power or money, can either destroy people's careers or can attempt to destroy people's careers.  And that does not exist otherwise.  And so examples are, of course,

Page 234

Weinstein.

Q    Right.  And you give the example of Weinstein.  Are you analogizing Justin Baldoni to Harvey Weinstein?

MS. ROESER:  Objection.

THE WITNESS:  Only in the attempt to try to destroy people's careers.  But in terms of the amount of influence, no.  In terms of the amount of money available, maybe yes, because Mr. Sarowitz was financing a lot of this and he's apparently a billionaire or something like that.

BY MS. ZELDIN:

Q    Does Mr. Baldoni have the same influence that Mr. Weinstein had?

MS. ROESNER:  Objection.

THE WITNESS:  Now, no -- now, yes, but then, no.  Now, he has more influence than Mr. Weinstein has.  Mr. Weinstein has none right now.  But at the time, no.

BY MS. ZELDIN:

Q    All right.  And Mr. Baldoni didn't have as much influence in the industry, in the Hollywood industry than Mr. Reynolds, correct?

MS. ROESNER:  Objection.

THE WITNESS:  I think that's probably

Page 235

true.  But also, unlike Weinstein, the way you can try to influence people has changed dramatically. And certainly, compared to Alfred Hitchcock, for example, and Tippi Hedren, because now you have social media.  That largely didn't exist then.  And with enough money, you can do things that you couldn't do before, even if you have less influence, as long as you have got money.

BY MS. ZELDIN:

Q    And does Mr. Reynolds have money?

MS. ROESNER:  Objection.

THE WITNESS:  I'm sorry.

Sure, he does.

BY MS. ZELDIN:

Q    Okay.  A lot of money, right?

MS. ROESNER:  Objection.

THE WITNESS:  I don't know details, but a lot of money.

BY MS. ZELDIN:

Q    All right.

After the film wrapped, Lively told Sony that she would not agree to promote the film unless she was permitted to participate in the edit; isn't that right?

A    Or something to that effect, yes.

Page 236

CONFIDENTIAL

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 25th day of November, 2025.

ASHLEY SOEVYN

CSR No. 12019

Page 268