# EXHIBIT 3



Real-time app alerts    Download    yahoo!finance

**Entertainment:** Coachella weekend 2 |  Play Crushable by Candy Crush  | New movies this weekend

**BL☆ST**    ( Follow )

# Blake Lively Sparks Fury With 'Digital Violence' Claims

**Chukwudi Onyewuchi**
Thu, April 9, 2026 at 8:30 AM GMT+9 · 5 min read

[ ] Add Yahoo on Google    ↪    💬 35



MEGA

> ⚡ **Key takeaways**
>
> • Blake Lively faces backlash for speaking out about "digital violence" following a legal setback in


Real-time app alerts    Download    yahoo!finance

**Blake Lively** is facing intense backlash after speaking out about what she described as "digital violence," just days after a major legal setback in her ongoing case against **Justin Baldoni**.

The actress took to Instagram to share her side of the story, but instead of gaining sympathy, her comments reignited criticism from online creators previously dragged into the dispute.

As the case now heads toward trial, tensions are only escalating between Lively and those who say they were caught in the crossfire.

## Blake Lively Speaks Out After Legal Setback





MEGA

Blake Lively broke her silence following a New York court decision that dismissed a significant portion of her sexual harassment claims against Baldoni.

ADVERTISEMENT



Real-time app alerts    Download    yahoo! finance

Despite the setback, she defended her decision to file the lawsuit in the first place.

"The last thing I wanted in my life was a lawsuit, but I brought this case because of the pervasive RETALIATION I faced," she said on Instagram, explaining that her actions were tied to concerns about a safe working environment.

The actress also urged the public to look beyond the headlines, warning, "Don't be distracted by the digital soap opera."

Lively further emphasized the emotional toll of online discourse, stating, "The physical pain from digital violence is very real. It is abuse."

She also suggested that the issue extends beyond celebrities, pointing to its impact in everyday communities.

## Lively Criticized Over Subpoenas Targeting Influencers



**Lauren Neidigh** ✔
@LethalLauren904 · **Follow**

Blake Lively shockingly boasts about herself on Instagram, trying to now paint herself as a champion of issues with "digital violence" and sticking up for women who don't have a voice. This comes after Lively used the courts to terrorize dozens of women online for criticizing her Show more



Blake Lively's comments struck a nerve with more than 100 social media creators who had been pulled into the case through subpoenas requesting personal data, including financial records and contact information.

ADVERTISEMENT



While many of those legal demands have since been withdrawn, some say the damage was already done.

Lauren Neidigh, a YouTube creator who fought back legally, described the

situation as deeply frustrating.

She called Lively's statement "crazy" and argued that it contradicted her past actions, telling the *Daily Mail*, "It's infuriating she has put out this bizarre, disingenuous statement trying to champion herself as an advocate against digital violence and abuse."

Neidigh also claimed that smaller creators were placed in difficult positions, with some forced to spend thousands defending themselves.

ADVERTISEMENT



She described having to navigate the legal system alone, saying she stayed up late learning how to file documents because hiring an attorney wasn't an option.

The YouTuber further questioned why her personal information was being sought, recalling that Lively's legal team backed off once she resisted.

According to Neidigh, the experience left many feeling exposed and financially strained.

## Blake Lively Accused Of 'Gaslighting' By Online Critics



He is saying Wayfarer understood what she thought. Not that what she thought was correct. Not that discrimination occurred.

This is Blake's final slide. Her closing argument to her audience. And she chose a quote that literally contains the word "thought", describing her own subjective belief, and presented it as judicial vindication.

She posted 13 slides. Every single one hedged: *Could. If credited. Tends to support. Reasonable to believe. Sufficient to infer. Viewed in the light most favorable.*

**Not one of them is a verdict.** Not one of them reinstates the 10 dismissed claims. Not one of them gives Baldoni personal liability.

She read 13 pages of a 152 page ruling and posted every sentence that



**Andy Signore** ✔
@andysignore · **Follow**

Blake Lively is gaslighting everyone. She even falsely subpoenaed me! I believe she's using her husband's power in Hollywood to bully her own narrative as a victim and hero for women. Enough is enough.
WATCH our full coverage and breakdowns here:
youtu.be/sFhdPSIBBkc Show more



5:48 AM · Apr 7, 2026

♥ 37      💬 **Reply**    🔗 **Copy link**

**Read 1 reply**

Lively's statement has also drawn criticism from other creators who were subpoenaed, including Andy Signore, who claimed his platform was targeted multiple times.

"It just feels like she's gaslighting everybody," Signore said, adding that he believes the situation has been driven more by personal motives than principle.

ADVERTISEMENT



He went further, calling the situation "hypocrisy" and suggesting the "Gossip Girl" star has played a central role in the very online narrative she now condemns.

Signore also alleged that legal pressure was used as a tactic, saying, "She's been trying to intimidate creators since day one."

He argued that her warnings about online harm, particularly involving children and vulnerable groups, came across as inconsistent given the circumstances.

Meanwhile, Neidigh also shared her belief that the subpoenas may have been tied to suspicions about a coordinated smear campaign, though she insisted that was not the case.

ADVERTISEMENT



She said there was no outside incentive driving her content, only personal interest in the lawsuit.

## Lively's Case Narrowed As Trial Date Approaches



**Piers Morgan** ✔
@piersmorgan · **Follow**

I've read a lot of laughably disingenuous celebrity guff in my time, but this statement by Blake Lively takes the proverbial biscuit. She is destroying her brand with this ridiculous case, and is now reduced to playing the 'I'm doing it for the world's children!' card. Pathetic.

also for those who don't have the same opportunity to... many of whom I have known and loved deeply in my life, and the countless I'll never know.

The last thing I wanted in my life was a lawsuit, but I brought this case because of the



pervasive **RETALIATION I faced**, and continue to, **for privately and professionally asking for a safe working environment for myself and others.**

I hope the Court's decision shows others that, as unfathomably painful as it is, you can speak up.

Don't be distracted by the digital soap opera. The constant packaging of this lawsuit as a "Celebrity Drama" is not only irresponsible, but it is by design: to keep you from seeing yourselves in my story.

The physical pain from digital violence is very real.

It is abuse. And it's everywhere. Not just in the news, but in your communities and schools.

If you're looking, my claims won't be the first or last time you'll see examples of the extreme dangers of retaliation and digital warfare. And it often won't be directed at celebrities or those who may able to speak up.

It affects us all. Across the political spectrum. Pay attention to all the ways we can be manipulated online. Digital manipulation has been boasted as "untraceable". If you have kids on phones, they are some of the most vulnerable. Protect them. Have conversations with them.

Studies estimate that between 16% and 58% of women have experienced online abuse or stalking, with 97% of gender-based violence service providers reporting technology-facilitated abuse in their cases.

So much critical work has already been done to expose systems, tactics and players who harm. The work to create more safety is in part at trial, but it will also will continue far after this trial is over. This is the work I'm most proud of.

I couldn't begin to stand up if not for the countless who've gone before me - and the masses who are still around us all - creating laws, social change, sparking conversations, rallying, working privately and publicly, risking and sometimes losing everything for the safety of others in all spaces. Some whose names we know, most we don't. Thank you. All of you.

I will never stop doing my part in fighting to expose the systems and people who seek to harm, shame, silence and retaliate against victims. I know it's a privilege to be able to stand up. I will not waste it. 🤎

6:35 PM · Apr 4, 2026

❤️ **8.4K**    💬 **Reply**    🔗 **Copy link**

**Read 471 replies**

Blake Lively's legal battle has now been significantly narrowed following the court's ruling.

While many of her claims were dismissed, a judge found sufficient evidence for a jury to consider allegations of retaliation.

The trial, set for May 18, will focus on claims including breach of contract and retaliation. Baldoni has denied all allegations.

In the ruling, Judge Lewis Liman addressed several key issues, including creative decisions made during filming.

He noted that artists must have room to experiment within agreed-upon scripts and rejected claims about certain on-set actions.

ADVERTISEMENT


Real-time app alerts     Download     yahoo! finance

The judge also pointed out that Lively did not qualify as an employee under the laws she cited, which contributed to the dismissal of several claims.

However, the retaliation aspect of the case remains intact, ensuring the dispute will continue in court.

**Blake Lively Maintains Focus On Retaliation Claims Amid Ongoing Battle**



ZUMAPRESS.com / MEGA

Despite the criticism and legal setbacks, Lively's team remains focused on the claims that are moving forward.

Her attorney emphasized that the case is centered on what they describe as a campaign to damage her reputation.

"This case has always been and will remain focused on the devastating retaliation and the extraordinary steps the defendants took to destroy Blake Lively's reputation," her legal representative said, adding that the matter will now be decided at trial.

ADVERTISEMENT



Lively is expected to testify as proceedings move forward, while settlement discussions remain unresolved.

Baldoni's legal team, meanwhile, has expressed satisfaction with the recent ruling, signaling confidence as the case heads into its next phase.

The Blake Lively Sparks Fury With 'Digital Violence' Claims first appeared on The Blast