# EXHIBIT 4

# Daily Mail

**Showbiz**

| Home | US Showbiz | TV | Sports | US Politics | Royals | News | Crime Desk | Lifestyle | Money | U.K. | Buyline | Games | m+ |

Headlines | Taylor Swift | Jennifer Lopez | Blake Lively | Kim Kardashian | U.K. Showbiz | Newsletter                    Login

ADVERTISEMENT

## **EXCLUSIVE** Blake Lively's claims of 'digital violence' sparks fury from YouTubers she subpoenaed for their bank records - who say actress 'terrorized them and threatened their livelihoods'

By GREG WOODFIELD, US SENIOR REPORTER
PUBLISHED: 12:50 EDT, 8 April 2026 | UPDATED: 17:19 EDT, 8 April 2026

             💬**428**
View comments

**Blake Lively** has been blasted for 'hypocrisy' over her self-pitying post lamenting 'digital violence' after suffering a major legal setback in her court battle against **Justin Baldoni**.

Just one day after a New York judge threw out the majority of her sexual harassment claims, the actress took to Instagram to describe her 'physical pain' - only to spark fury among YouTubers she had previously targeted with subpoenas after they publicly commented on the case.

Now, those caught in the legal drama are clapping back at her remarks, with one creator telling the Daily Mail it 'feels like Lively is gaslighting everybody' and 'refuses to look in the mirror.'

The latest court decision means the case will head to trial on May 18 focusing solely on the three remaining counts related to an alleged smear campaign by Baldoni's team.

'The last thing I wanted in my life was a lawsuit, but I brought this case because of the pervasive RETALIATION I faced, and continue to, for privately and professionally asking for a safe working environment for myself and others,' Lively wrote in a lengthy statement.

'Don't be distracted by the digital soap opera. The constant packaging of this lawsuit as a 'Celebrity Drama' is not only irresponsible, but it is by design: to keep you from seeing yourselves in my story,' she added.

Enter your search   Search

**DON'T MISS**

▶ **Natalie Portman, 44, announces she is pregnant with her third child: 'Such a miracle'**

▶ **Lori Loughlin, 61, reveals her revenge makeover as she sizzles in silver after ending marriage**

m+ EXCLUSIVE **Blake Lively and Ryan Reynolds have lost their spark: Friends detail 'tired' couple's depressing new lives and admit that 'she is just not there'**

▶ **Megan Rapinoe announces bombshell split from longtime partner Sue Bird**



**Blake Lively has come under fire from an online community of YouTubers and creators over her 'hypocrisy' for lamenting 'digital violence' - despite previously targeting them with subpoenas**

I'm grateful for the Court's ruling which allows the heart of my case to be presented to a jury next month, and for the ability to finally tell my story in full at trial, for my own sake, but also for those who don't have the same opportunity to... many of whom I have known and loved deeply in my life, and the countless I'll never know.

The last thing I wanted in my life was a lawsuit, but I brought this case because of the pervasive **RETALIATION I faced**, and continue to, **for privately and professionally asking for a safe working environment for myself and others.**

I hope the Court's decision shows others that, as unfathomably painful as it is, you can speak up.

Don't be distracted by the digital soap opera. The constant packaging of this lawsuit as a "Celebrity Drama" is not only irresponsible, but it is by design: to keep you from seeing yourselves in my story.

The physical pain from digital violence is very real.

It is abuse. And it's everywhere. Not just in the news, but in your communities and schools.

If you're looking, my claims won't be the first or last time you'll see examples of the extreme dangers of retaliation and digital warfare. And it often won't be directed at celebrities or those who may able to speak up.

It affects us all. Across the political spectrum. Pay attention to all the ways we can be manipulated online. Digital manipulation has been boasted as "untraceable". If you have kids on phones, they are some of the most vulnerable. Protect them. Have conversations with them.

Studies estimate that between 16% and 58% of women have experienced online abuse or stalking, with 97% of gender-based violence service providers reporting technology-facilitated abuse in their cases.

So much critical work has already been done to expose systems, tactics and players who harm. The work to create more safety is in part at trial, but it will also will continue far after this trial is over. This is the work I'm most proud of.

I couldn't begin to stand up if not for the countless who've gone before me - and the masses who are still around us all - creating laws, social change, sparking conversations, rallying, working privately and publicly, risking and sometimes losing everything for the safety of others in all spaces. Some whose names we know, most we don't. Thank you. All of you.

I will never stop doing my part in fighting to expose the systems and people who seek to harm, shame, silence and retaliate against victims. I know it's a privilege to be able to stand up. I will not waste it. 🌼

Your support keeps me going.

-B

**Lively issued a lengthy statement on Instagram addressing her 'physical pain from digital violence' after a judge issued a devastating blow to her case**

TRENDING

  

▶ Victoria's Secret model Alessandra Ambrosio hints she's MARRIED to Buck Palmer as they both flash wedding rings


▶ New Yorkers reveal their wildest NYC moments
SPONSORED


M+ OPINION Unholy truth about RFK Jr and Cheryl Hines' marriage: MAUREEN CALLAHAN


▶ EXCLUSIVE Meghan Markle is criticised for selling outfit she wore when she met Bondi beach terror attack survivors


▶ Jimmy Kimmel and Sandra Bullock's wild connections to D4vd arrest revealed

▶ Beauty queen busted for drug trafficking and money laundering in 'Operation Luxury' sting


M+ EXCLUSIVE Real reason insiders believe

Natalie Portman, 44, announces she is pregnant with her third child

Blake Lively and Ryan Reynolds have lost their spark

Lori Loughlin, 61, reveals revenge makeover after divorce

17.2k viewing now    33.1k viewing now    2.7k viewing now

'The physical pain from digital violence is very real. It is abuse. And it's everywhere, not just in the news but in your communities and schools.'

However, the words have left a bitter taste for the 107 social media influencers and commentators who were **dragged into the dispute last year when Lively issued subpoenas** demanding access to their private data, including bank and credit card details, addresses and phone numbers.

Among those reportedly **targeted were conservative firebrand Candace Owens, celebrity gossip hound Perez Hilton** - and even smaller creators with just a few hundred followers and without resources to fight the Hollywood star.

Most of the demands are now understood to have been dropped, although some influencers say they have had legal bills of up to $15,000 to bat them away.

Lauren Neidigh has 31,000 followers for YouTube channel **The Court of Random Opinion**.

She sought a protective order against Lively claiming harassment and intimidation after being hit with the subpoena.

**Join the discussion** | 428 comments

**Do YOU think influencers were treated fairly in this case?**

**What's your view?**




Lauren Neidigh, who runs YouTube channel The Court of Random Opinion, says she was subpoenaed by Lively's lawyers who demanded access to her personal information



Lauren Neidigh ✔
@LethalLauren904                              X.com

Last summer Blake Lively tried to subpoena my credit card numbers, bank account, location data, and a host of other private personal information because she didn't like what I said about her online. Lively thought that surely no one could organically disbelieve her claims or criticize her. It must have been the secret work of Justin Baldoni! I watched as the news outlets shared ugly screenshots of me and ran stories while asking Blake's attorneys for comment but never asking me. Only @JoshTBoswell from the Daily Mail bothered to reach out.

Her day job is helping psychology patients get health insurance claims paid from her base near Jacksonville, Florida – and admits money can be a struggle.

'cringe' pictures of Meghan and Harry at Netflix party have been DELETED: Whispers swirl months after Kris Jenner 'photo-gate'



▶ Stargazing, ancient rock carvings and an incredible story of wildlife recovery: The Saudi UNESCO site that became a conservation success story
AD FEATURE



▶ Patrick Swayze's widow Lisa Niemi reveals she still talks to his ghost 17 years after his death



▶ Zayn Malik, 33, is rushed to hospital over mystery illness and says he's 'still recovering' after he was forced to cancel fan event



▶ Ruby Rose reveals details of the night she alleges Katy Perry sexually assaulted her in a newspaper article over a decade ago



▶ Eminem's adopted daughter welcomes first child as she unveils quirky name for baby girl



▶ Newly-single Sarah Jane Ramos flaunts gym gains and weight loss after Dak Prescott split



▶ Madonna, 67, divides fans as she teases first song off hotly-anticipated Confessions II comeback album



▶ Meghan spends just two hours at Megstock as she leaves after posing for photos with adoring fans who had paid $2,500 each for the privilege

Spice Girls share throwback pictures of their 'gorgeous friend' Victoria Beckham on her 52nd birthday

Yet she successfully got Lively's lawyers to back down in her case and dismissed the star's latest Instagram post as 'crazy'.

Neidigh, 33, said: 'It's infuriating she has put out this bizarre, disingenuous statement trying to champion herself as an advocate against digital violence and abuse.

'It's as if she didn't terrorize innocent women by threatening their privacy because she didn't like what they said on the internet.

'She tried to drag a lot of smaller creators into court who couldn't afford to be there.

'And that threatened a lot of people's livelihoods, their finances, their privacy. That's especially true of people who don't show their faces on their channels. People were being targeted, they were being pointed out.




**YouTuber Andy Signore - who was subpoenaed three times - has blasted Blake Lively's 'digital violence' claims as 'hypocrisy'**

'It's weird that she's going after all of her critics like this and refusing to acknowledge the things she's being criticized for. And then blame it on everyone else.

'She has had the privilege of systems upholding her status for pretty much all her life. And it's ridiculous that she can use them to try to hurt other people.'

Neidigh continued: 'I fought back myself. But some people had to pay between $10,000 and $15,000. I had to learn how to file in federal court myself, staying up in the middle of the night because I have to work.

'Her attorneys withdrew pretty much at the sign of resistance. They didn't want to tell me why they wanted my information. Why did they need my credit card number?

'I had to decide, do I want to fight this myself and risk her getting this information? Or do I want to take out a loan to get an attorney and take extra shifts to pay for that?

'In the end, I just couldn't pay for an attorney so I had to figure it out for myself.'

Neidigh previously told the Daily Mail she believed the subpoena was sent because Lively thought Baldoni was paying content creators to smear the actress.

'Maybe she thinks it'll show people were paid or benefitting in some way to cover her case, because she says the smear campaign is ongoing,' she said.

'That's absolutely not true. I used to really like her movies, and I watched Gossip Girl, of course. So, I had an open mind when I started looking into all of this.

'But when I read through, I thought some of the stuff doesn't even make sense. And then I started to put the pieces together when I read the pieces after that.

'So, there's never been an incentive for me other than I'm interested in her lawsuit.'

Lively also claimed the 'digital warfare' often isn't directed at celebs or those 'who may be able to speak up... pay attention to all the ways we can be manipulated online. If you have kids on phones, they are some of the most vulnerable'.

## Read More

EXCLUSIVE **Blake Lively and Justin Baldoni in legal stalemate as settlement talks fall apart >**






▶ **Sydney Sweeney fans BAFFLED by 'icky' Scooter Braun romance after he gloats about dating her**

▶ EXCLUSIVE **Emmy-winning actress, 79, who worked with Rock Hudson and Peter Fonda is seen on rare outing… can you guess who?**


▶ **Ricky Martin's son Valentino, 17, looks just like the Latin singer as they make a rare sighting in Argentina**


▶ **Livvy Dunne gives fans a behind-the-scenes look at Baywatch as she bonds with star-studded castmates**


▶ **Taylor Frankie Paul and Dakota Mortensen disturbing 911 call and photos surface showing bloody injuries from alleged domestic violence incidents**


▶ **Kanye West's concert in Poland cancelled days after musician postponed a show in France amid furor over his anti-Semitic comments**


▶ **D4vd's home raided by LAPD cops in tactical gear as he's cuffed and thrown in jail on suspicion of murder of 14-year-old girl found in trunk of his Tesla**


▶ **Female NFL reporter 'beyond distraught' as she's FIRED for celebrating Dianna Russini's Athletic exit**


▶ **DWTS judge Carrie Ann Inaba hospitalized after mystery medical emergency on flight**




Conservative firebrand Candace Owens - who has also commented on the case - addressed reports that she had been subpoenaed last summer, accusing Lively's team of 'leaking' the story to TMZ



Baldoni and Lively co-starred as love interests in 2024 film It Ends With Us

Andy Signore, had his **Popcorned Planet YouTube channel** hit by three Lively subpoenas and is still fighting in the courts.

Of the star's statement, he said: 'It just feels like she's gaslighting everybody. This has always been a battle about her ego, not about anything else in my opinion.

'This idea that she isn't one of the main authors of the digital soap opera is ludicrous. It's hypocrisy.

'To say she hasn't been an orchestrator behind the scenes of her own digital smear campaign is laughable.

'TMZ knew about my own subpoena before I did. I don't think it was Justin's team that alerted them.

'We were part of the Google subpoena. But she subpoenaed us directly as well, along with the TikTok one.

'She sent three various subpoenas to Popcorned Planet, me, and my company. She's been trying to intimidate creators since day one.'

**POLL**

**Do YOU think subpoenaing influencers was justified?**

- ⊘ Yes, necessary step
- ⊘ No, too extreme
- ⊘ Depends on context



▶ **Christina Applegate, 54, is 'hospitalized' amid MS battle… after revealing she is largely confined to her bed with the disease**



▶ **Step up your sneaker game during the big Skechers spring shoe sale**



▶ **Meghan Trainor CANCELS her nationwide tour as she apologizes to fans: 'This is the right decision'**



▶ **Romeo Beckham's girlfriend Kim Turnbull sports dazzling diamond ring on her wedding finger as couple enjoy loved-up lunch date**



▶ **Reclusive singer Enya leads mourners at funeral of her Clannad vocalist sister Moya Brennan, 73, in Co. Donegal as U2 frontman Bono and Andrea Corr pay their respects**



▶ **This skin-perfecting serum is quietly taking over beauty routines everywhere**



▶ **Mariah Carey shows off her slim figure as she joins glamorous Diane Kruger and Rosie Huntington-Whiteley at Tiffany & Co. event in New York**



▶ **Demi Moore, 63, showcases her taut visage as she attends a Landman screening in a chic leopard print skirt and turtleneck**



▶ **David Beckham's 52nd birthday tribute to Victoria: Sportsman posts picture of the day he fell in love with Posh and mocks viral Netflix doc moment with snap of her dad's Rolls-Royce**



▶ **The 8 hidden meanings in Meghan's wardrobe for her quasi-royal tour - including subtle nods to Prince Harry and her BFF in California**



▶ **This at-home IPL device reduces unwanted hair in weeks - and treats your whole body in minutes**



▶ **D4vd arrested for murder of Celeste Rivas, 14, after her dismembered body was found in his Tesla, LAPD says**



▶ **Khloe Kardashian poses in a white figure-hugging white dress after firing back at ex-husband Lamar Odom**

**Brooklyn Beckham mocked for saying**



The latest court decision means the case will head to trial on May 18, focusing solely on the three remaining counts related to an alleged smear campaign by Baldoni's team. Baldoni is seen departing the federal courthouse in Manhattan in February

Signore, who has nearly one million subscribers, added: 'And the way she's using scare tactics about children and women all at risk of a digital manipulation campaign, I find incredibly manipulative herself. She refuses to look in the mirror.'

Lively's court blow in the Southern District of New York **followed Baldoni's $400 million counter claim against the actress, her husband Ryan Reynolds and others being thrown out in June 2025.**

In the latest ruling, Judge Lewis Liman disagreed that Baldoni crossed the boundaries during filming of a dance scene when he added unscripted kisses.

In the 2024 film Lively played florist Lily Bloom who gets into an abusive relationship with Baldoni, who played neurosurgeon Ryle Kincaid.

Judge Liman wrote: 'Creative artists, no less than comedy room writers, must have some amount of space to experiment within the bounds of an agreed script without fear of being held liable for sexual harassment'.

Nor did Baldoni 'fat shame' Lively when he asked her personal trainer about her weight, the judge said.



In a statement to the Daily Mail, Lively's attorney Sigrid McCawley said the actress 'looks forward to testifying at trial'

'The physical appearance of the protagonists was part of the product that the producers were intending to offer the audience', he wrote.


'arugula' in latest cooking video instead of the English word 'rocket' as he fails to mention his mum Victoria on her birthday

**EXCLUSIVE** What Prince Harry told me fireside in Montecito reveals everything you need to know about his relationship with Charles, by BRYONY GORDON


▶ I tried Merit Beauty's The Uniform SPF 45 - and it replaced my foundation


▶ Eva Longoria dazzles in lilac gown as she joins glam Paris Hilton and Heidi Klum at starry event in Los Angeles


▶ Prince Harry sweetly twirls young fan around before accepting customised 'Hazza' and 'Megs' flip-flops as they conclude their quasi-royal Australia tour


▶ Nepo baby of Oscar nominee and Grammy winner makes rare red carpet appearance - who is he?


▶ Rosie Huntington-Whiteley oozes glamour as she steps out in a strapless white dress at Tiffany & Co. event in New York


▶ Take the edge off with the delicious hangover-free alcohol alternative shown to reduce stress



▶ Victoria Beckham says her children should behave 'appropriately' in 'dig' at Brooklyn amid estrangement


Bella Hadid enjoys a day out shooting and horse riding in Texas as she celebrates her third

Lively herself recognized that achieving a 'certain aesthetic' was 'part of the job that we both excitedly signed up for.'

Many of Lively's claims were dismissed because she did not sign a legal document, known as the Actor Loanout Agreement, which would have governed sexual harassment.

In addition, Lively had so much control over the film that she did not qualify as an employee, so could not sue under the laws she cited, the judge found.

But in a win for Lively, Judge Liman did find that there was enough evidence of a retaliation campaign for a jury to decide whether it took place.

The remaining claims that will go to trial are breach of contract, retaliation and aiding and abetting retaliation. Baldoni denies them all.

A bid to end the war in behind-closed-doors hearings three days after the judge's ruling failed. However more talks could happen.

In a statement after the judge's decision last week, Baldoni's lawyers Alexandra Shapiro and Jonathan Bach said they were 'very pleased' with the ruling.

Sigrid McCawley, a member of Lively's legal team, told the Daily Mail: 'This case has always been and will remain focused on the devastating retaliation and the extraordinary steps the defendants took to destroy Blake Lively's reputation because she stood up for safety on the set and that is the case that is going to trial'.

Lively 'looks forward to testifying at trial,' McCawley added.

**Blake Lively**

---

**Share or comment on this article: Blake Lively's claims of 'digital violence' sparks fury from YouTubers she subpoenaed for their bank records - who say actress 'terrorized them and threatened their livelihoods'**

 Share

Add comment

### MOST WATCHED NEWS VIDEOS
Embed this



Eldery couple who hurled vile racist abuse

Petsitters caught kicking dog they were

Keir Starmer let rip at Sir Lindsay Hoyle after

Obscene moment baseball fan is caught



British tourists hurl sickening abuse at

Starmer faces calls to quit as No.10 confirms

Military Land Rover flips throwing driver out

Iran propaganda video trolls Trump showing

---

## Comments (0)

🔔 Log in

Enter your comment...

Comments are subject to our House rules and Terms

✈ Log in to comment

Newest    Oldest    Best rated    Worst rated

---

💬

**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.

Terms | Privacy | Feedback

---



year living in the Southern state

▶ **Parenting influencer Kelly Hopton-Jones accidentally runs over 23-month-old son with her car**

▶ **Lauren Sanchez and Jeff Bezos bring their massive $500M yacht into the Galapagos' delicate ecosystem**

▶ **Sarah Ferguson is seen for the first time in months 'at a luxury ski resort in Austria'**


▶ **Sandra Bullock took a four-year career hiatus 'to heal' following the ALS death of her partner Bryan Randall**


▶ **Aubrey Plaza makes first red carpet appearance since announcing pregnancy as she cradles baby bump in flirty floral dress at premiere in NY**


▶ **Dianna Russini's friend reveals how ex-NFL reporter is coping after resigning over Mike Vrabel affair claims**


▶ **Kim Kardashian flaunts Lewis Hamilton romance as she posts busty snap of herself sitting on F1 driver's lap at Coachella**


▶ **Win for MAGA as Sydney Sweeney's latest 'controversial' American Eagle ad causes clothing brand's shares to skyrocket**
