# EXHIBIT 5

# Blake Lively's Loud Message Backfired as Online Creators React — Source

**NIKITA NATH**
Apr 9, 2026

 



Photo Credit: Taylor Hill/FilmMagic via Getty Images

**Blake Lively** penned a long statement on Instagram the day after a judge dismissed ten of her thirteen claims against Justin Baldoni in their ongoing legal case. One of the extracts from her statement read, "The physical pain from digital violence is very real."

It further read, "It is abuse. And it's everywhere, not just in the news but in your communities and schools." However, this loud message on "digital violence" has reportedly been facing backlash from online creators, whom she allegedly subpoenaed after they made comments on the case publicly.

**Blake Lively under fire for 'digital violence' message, claims source**

Blake Lively is reportedly under fire for writing the "digital violence" message on Instagram, after the latest court update in her lawsuit against Justin Baldoni. As reported by Rob Shuter's

[Naughty But Nice](#), a source told them that the online creators have been "calling it hypocrisy." The person continued, "And they're not holding back."



dottiesflowers.com

### Los Angeles's #1 Florist - Fast Local Flower Deliv - Studio City, CA Florist

In the meantime, the insider went on to tell the news outlet that "People felt targeted, intimidated, even terrorized" by Blake Lively. The person continued, "Some say it threatened their livelihoods." Per the news outlet, these online creators have now been "pushing back." The insider explained, "They're saying she can't claim victimhood while going after critics like that."

Meanwhile, the source also told the news outlet, "It looks like she's trying to regain sympathy," referring to Blake Lively's long statement on Instagram. The person continued, "But it's backfiring." The source further explained, "This has gone beyond a legal fight." The person continued, "It's become a reputation crisis."

The insider also told the news outlet, "Every move now gets dissected." The person continued, "And right now, the reaction isn't in her favor." The insider further claimed that Blake Lively "wanted to frame herself as the victim." "But more people are questioning that story," added the source.

The post [Blake Lively's Loud Message Backfired as Online Creators React — Source](#) appeared first on [Reality Tea](#).



# "She Is Just Not There": Blake Lively And Ryan Reynold's Bleak New Lives Revealed In Report Amid Plans To Possibly Flee US

 boredpanda | **MARINA URMAN**
Fri, April 17, 2026 at 8:29 AM PDT

 0