# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>      Defendants. | No. 24-cv-10049 (LJL) |

## DEPOSITION DESIGNATIONS FOR
## JENNIFER ABEL AND STEVE SAROWITZ

   Enclosed are the parties' respective deposition designations for Jennifer Abel and Steve Sarowitz.

Dated: April 17, 2026

*/s/ Michael J. Gottlieb*

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Koren L. Bell
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3111
mgottlieb@willkie.com
kbell@willkie.com

Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Michael S. Schachter
Aaron E. Nathan

*/s/ Ellyn S. Garofalo*

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A.E. Shapiro
Jonathan P. Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4881

Michaela A. Connolly
Melissa S. Taustine
787 Seventh Avenue
New York, NY 10019
(212) 728-8904
mschachter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

MANATT, PHELPS & PHILLIPS LLP
Esra A. Hudson (admitted *pro hac vice*)
Naeun Rim (*pro hac vice* pending)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, California 90067
(310) 312-4000
ehudson@manatt.com
nrim@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Square
New York, NY 10036
(212) 790-4525
mbruno@manatt.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski
401 9th Street NW
Washington, DC 20004
(202) 240-2927
mgovernski@dirllp.com

*Attorneys for Blake Lively*

ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@mss-pllc.com
kaf@msf-law.com

*Attorneys for the Wayfarer Parties*

**DEPOSITION DESIGNATIONS OF**
**JENNIFER ABEL AND STEVE SAROWITZ**

<u>Plaintiff's Objection Key</u>

A = Argumentative

AF = Assumes facts not in evidence

C = Compound

DI = Designation incomplete

H = Hearsay

F = Lacks foundation

PK = Lack of Personal Knowledge

NR = Non-responsive

S = Outside scope of affirmative designation

V = Vague

401 = FRE 401 (Relevance)

403 = FRE 403 (Unduly Prejudicial)

501 = FRE 501 (Privilege)

611 = FRE 611 (Leading)

701 = FRE 701 (Improper Lay Opinion)

## I.    JENNIFER ABEL (SEPTEMBER 25, 2025)

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 15:19-24 | No current objection | | | | |
| 17:15-18:14 | FRE 401; FRE 403 | | | | |
| 25:21-27:16 | FRE 401 | 27:17-25 | 401, S | 28:1-5 | FRE 401 |
| 45:18-46:4 | FRE 401; FRE 403 | | | | |
| 48:12-25 | FRE 401 | | | | |
| 50:13-20 | FRE 401 | | | | |
| 69:14-25 | FRE 401 | | | | |
| 70:12-16 | FRE 401; FRE 403 | | | | |
| 70:22-71:1 | FRE 401; FRE 403 | | | | |
| 72:25-73:14 | FRE 401; FRE 403 | 73:15 – 74:13 | H, PK, F,  401, 403 | 74:22-75:2 | FRE 401; FRE 403; FRE 611 |
| 143:10-144:5 | FRE 401; FRE 403 | | | | |
| 146:21-23 | FRE 401; FRE 403 | 150:25 – 151:12 | 401, 403 | | |
| 193:17-21 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 192:2-6 | 192:8-25; 199:1-9; 201:2-8; 208:21-209:5 | | FRE 401; FRE 403; FRE 602; FRE 802 |
| 197:22-198:6 | FRE 401; FRE 602; FRE 802; FRE 805 | | | | |

1

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter-Designations to Defendants' Designations | Defendants' Objections to Plaintiff's Counter-Designations | Defendants' Counter-Counter Designations to Plaintiff's Counter-Designations | Plaintiff's Objections to Defendants' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 144:16-20 | H, F, PK | 145:3-10, 146:21-23, 147:12-16 | FRE 401; FRE 403; FRE 802 | | |
| 144:22-145:1 | H, PK | 145:3-10, 146:21-23 | FRE 401; FRE 403; FRE 802 | | |
| 145:11-14 | | 145:3-10, 146:21-23 | FRE 401; FRE 403; FRE 802 | | |
| 178:8-15 | 401, 403 | 179:12-19 | FRE 401; FRE 403; FRE 802 | 179:20-25 | NR, F, PK, H, 401, 403 |
| 181:25-182:8 | H, PK, 401, 403 | 186:12-21; 192:12-25; 193:17-21; 198:1-6; 222:23-224:4 | FRE 401; FRE 403; FRE 602; FRE 802 | 186:23-25; 187:2-12; 189:6 – 190:7; 224:13-15; 224:17-21; 224:25 – 225:3; 225:5-6 | PK, H, 401, 403 S (189:6–190:7); NR (224:13–15; 224:17–21; 225:5–6) |
| 182:20-183:2 | H, PK, 401, 403 | 186:12-21; 192:12-25; 193:17-21; 198:1-6; 222:23-224:4 | FRE 401; FRE 403; FRE 602; FRE 802 | 186:23-25; 187:2-12; 189:6 – 190:7; 224:13-15; 224:17-21; 224:25 – 225:3; 225:5-6 | PK, H, 401, 403 S (189:6–190:7); NR (224:13–15; 224:17–21; 225:5–6) |
| 183:4-14 | H, PK, 401, 403 | 186:12-21; 192:12-25; 193:17-21; 198:1-6; 222:23-224:4 | FRE 401; FRE 403; FRE 602; FRE 802 | 186:23-25; 187:2-12; 189:6 – 190:7; 224:13-15; 224:17-21; 224:25 – 225:3; 225:5-6 | PK, H, 401, 403 S (189:6–190:7); NR (224:13–15; 224:17–21; 225:5–6) |

## II.    JENNIFER ABEL (SEPTEMBER 26, 2025)

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 19:9-14 | No current objection | | | | |
| 19:21-20:2 | FRE 401 | | | | |
| 31:7-32:10 | FRE 401; FRE 701 | | | | |
| 32:12-33:8 | FRE 401; FRE 701 | | | | |
| 34:8-34:15 | FRE 401; FRE 403 | | | | |
| 34:21-25 | FRE 401 | | | | |
| 35:25-36:22 | FRE 401; FRE 701 | | | | |
| 38:15-25 | FRE 401 | | | | |
| 39:25-40:5 | FRE 401 | | | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 42:8-43:20 | FRE 401; FRE 701 | | | | |
| 45:18-46:2 | FRE 401 | | | | |
| 47:5-13 | No current objection | | | | |
| 47:18-49:5 | No current objection | | | | |
| 50:20-23 | FRE 802; FRE 901 | | | | |
| 51:5-10 | FRE 401 | 51:11 – 53:8 | PK, H, 701, 401, 403 | | |
| 53:9-54:8 | FRE 401; FRE 403; FRE 602 | | | | |
| 63:20-64:21 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | | | | |
| 66:6-20 | FRE 401; FRE 403; FRE 802 | | | | |
| 67:3-16 | FRE 401; FRE 802 | | | | |
| 68:6-69:22 | FRE 401; FRE 403; FRE 802; FRE 805 | 69:23 – 70:1 | 401, 403 | | |
| 70:6-71:6 | FRE 401; FRE 403; FRE 802; FRE 805 | 71:7-21 | H, 401, 403 | | |
| 71:22-72:17 | FRE 401; FRE 403; FRE 802; FRE 805 | 72:18 – 73:8 | 401, 403 | 73:9-12 | FRE 401; FRE 403 |
| 73:22-74:11 | FRE 401; FRE 403; FRE 802; FRE 805 | | | | |
| 74:13-75:10 | FRE 401; FRE 403; FRE 602; FRE 802 | 76:21 – 77:7 | H, PK, 401, 403 | | |
| 77:24-80:14 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 80:22 – 81:3 | F, PK, H, 701, 401, 403, | 80:15-21 | FRE 401; FRE 403; FRE 602; FRE 802 |
| 81:22-82:15 | FRE 401; FRE 403; FRE 802 | | | | |
| 82:20-83:9 | FRE 401; FRE 403; FRE 802 | 83:10-21 | 401, 403 | | |
| 84:20-85:1 | FRE 401; FRE 802 | 86:3-14 | NR, S, F, PK, H, 401, 403, | 85:15-86:2; 86:15-17; 87:2-15 | FRE 401; FRE 403; FRE 602; FRE 802 |

3

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 88:10-90:6 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 90:7-11; 90:13-17 | S, NR, 401, 403 | | |
| 91:10-92:2 | FRE 401 | | | | |
| 94:7-9 | FRE 401; FRE 901 | | | | |
| 94:14-96:16 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 96:17-25 | 401, 403 | | |
| 97:1-10 | FRE 401; FRE 403; FRE 802 | | | | |
| 97:24-98:13 | FRE 401; FRE 403; FRE 602 | | | | |
| 98:23-99:8 | FRE 401; FRE 403; FRE 802 | 99:15-25 | 401, 403 | | |
| 109:10-110:25 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 111:25 – 112:25 | S, NR (112:23-25), H, 401, 403, | 113:1-15 | FRE 401; FRE 403; FRE 802 |
| 113:20-25 | FRE 401; FRE 403; FRE 602 | 114:1-23 | S, F, PK, H, 401, 403 | 115:15-24 | FRE 401; FRE 403 |
| 128:25-129:7 | FRE 401; FRE 403 | | | | |
| 129:11-130:8 | FRE 401; FRE 403 | | | | |
| 130:15-18 | FRE 401; FRE 403 | | | | |
| 131:10-134:6 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 134:4-18; 135:16-18; 135:20; 136:21 – 137:2; 137:4 – 137:18 | PK, H, S, NR, 401, 403, 701 | 135:6-15; 135:22-23 | FRE 401; FRE 403 |
| 137:23-140:6 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | | | 137:19-22 | FRE 401; FRE 403 |
| 144:13-146:19 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | | | | |
| 147:2-25 | FRE 401; FRE 602; FRE 802 | | | | |
| 148:18-149:23 | FRE 401; FRE 602 | 149:24 – 150:7 | NR (150:4-6), 401, 403 | 150:8-15 | FRE 401; FRE 403 |

4

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 155:7-156:12 | FRE 401; FRE 602; FRE 802 | 157:5-24 | NR, H | 157:25-158:2 | FRE 401; FRE 403; FRE 802 |
| 158:3-23 | FRE 401; FRE 602; FRE 802; FRE 805 | | | | |
| 159:19-160:3 | FRE 401; FRE 901 | 161:8-15 | | | |
| 161:16-163:2 | FRE 401; FRE 602; FRE 701; FRE 802; FRE 805 | 163:8 – 164:3 | PK, H | | |
| 164:24-165:4 | FRE 401; FRE 901 | | | | |
| 165:23-167:14 | FRE 401; FRE 602; FRE 802; FRE 805 | 165:10-22 | H, 401, 403 | | |
| 172:19-173:16 | FRE 401; FRE 701 | | | | |
| 174:7-18 | FRE 401 | | | | |
| 175:11-25 | FRE 401; FRE 802; FRE 805 | 176:1-16 | H, 401, 403 | 177:7-178:9 | FRE 401; FRE 403; FRE 602; FRE 802 |
| 179:9-183:3 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | | | | |
| 183:6-15 | FRE 401; FRE 403; FRE 602 | | | | |
| 186:11-187:18 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 187:19 – 188:1 | F, PK | | |
| 188:3-6 | FRE 401; FRE 403; FRE 802 | | | | |
| 188:16-189:17 | FRE 401; FRE 403; FRE 802 | | | | |
| 192:22-193:12 | FRE 401; FRE 403; FRE 602 | | | | |
| 195:5-196:4 | FRE 401; FRE 403; FRE 602; FRE 901 | | | | |
| 196:9-19 | FRE 401; FRE 802 | | | | |
| 196:22-198:5 | FRE 401; FRE 802 | | | | |
| 198:11-19 | FRE 401; FRE 802 | 198:20-22; 198:24 – 199:4 | F, PK, 401, 403 | 199:6-13 | FRE 401; FRE 403; FRE 602; FRE 802 |

5

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 201:25-202:23 | FRE 401; FRE 403; FRE 602; FRE 802 | 202:24 – 203:4 | | | |
| 203:5-20 | FRE 401; FRE 602; FRE 802 | | | | |
| 205:6-18 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 204:5-12; 204:17-19; 205:21 – 206:1 | F, PK, H, 401, 403, 701 | 204:21-205:2 | FRE 401; FRE 403; FRE 602; FRE 802 |
| 207:17-20 | FRE 401 | | | | |
| 208:2-17 | FRE 401; FRE 802 | | | | |
| 209:12-210:9 | FRE 401; FRE 403; FRE 802 | | | | |
| 210:21-212:15 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 212:16-21; 212:23 – 213:9 | 701, 401, 403 | 213:17-20 | FRE 401; FRE 403 |
| 218:5-219:3 | FRE 401; FRE 403; FRE 602; FRE 802 | 219:16-22; 219:24 – 220:4 | F, PK, H 401, 403, | 219:9-14 | FRE 401; FRE 403 |
| 220:5-221:3 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 221:11-19 | FRE 401; FRE 403; FRE 602 | | | | |
| 222:3-9 | FRE 401; FRE 403; FRE 602 | | | | |
| 223:11-18 | FRE 401; FRE 901 | | | | |
| 223:23-224:5 | FRE 401; FRE 802 | 224:6-11 | PK, H, 401, 403 | 224:12-14 | FRE 401; FRE 403; FRE 802 |
| 224:15-225:23 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 228:15-229:8 | FRE 401; FRE 802 | | | | |
| 229:16-230:15 | FRE 401; FRE 403; FRE 802 | 230:16 – 231:1 | 401, 403 (230:16-18) | | |
| 234:11-16 | FRE 401; FRE 602 | | | | |
| 234:24-235:4 | FRE 401; FRE 901 | | | | |
| 235:9-236:23 | FRE 401; FRE 403; FRE 802 | | | | |

6

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 237:5-238:7 | FRE 401; FRE 403; FRE 602; FRE 802 | 239:4-7; 239:9-16 | NR, F, PK, 401, 403 | | |
| 240:19-241:10 | FRE 401; FRE 403; FRE 602; FRE 802 | 241:25 – 242:3 | NR, F, PK, 401, 403 | | |
| 242:9-10 | FRE 401; FRE 901 | | | | |
| 242:18-247:4 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802; FRE 805 | 247:5-20; 247:22 – 248:5 | H | 248:6-13 | FRE 401; FRE 403; FRE 802 |
| 252:19-253:22 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 254:11-25 | FRE 401; FRE 403; FRE 602 | | | | |
| 255:9-257:13 | FRE 401; FRE 403; FRE 602; FRE 802 | 258:6 – 259:5; 259:8 – 260:10 | S, H, NR, F, PK, 401, 403 | | |
| 260:14-261:14 | FRE 401; FRE 403; FRE 802; FRE 805 | | | | |
| 262:4-13 | FRE 401; FRE 403; FRE 802 | 263:4-7; 263:10-15 | S, F, PK, 701, 401, 403 | 262:14-263:3 | FRE 401; FRE 403; FRE 701 |
| 264:7-23 | FRE 401; FRE 802 | | | | |
| 266:2-20 | FRE 401; FRE 802; FRE 805 | 266:21 – 267:6 | S, NR, F, PK, 701, 401, 403, | 267:7-12 | FRE 401; FRE 403; FRE 602 |
| 267:14-268:9 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 268:15-269:23 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | | | | |
| 270:7-25 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | 271:20 – 272:14 | S, NR, F, PK, H, 701, 401, 403 | | |
| 272:21-275:21 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | | | | |
| 277:4-278:9 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |

7

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 279:24-280:3 | FRE 401; FRE 901 | | | | |
| 280:6-281:6 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | 281:7-24 | S, H, 401, 403 | | |
| 282:14-23 | FRE 401; FRE 403; FRE 802 | 282:24 – 283:5 | S, H, 401, 403 | | |
| 283:19-25 | FRE 401; FRE 403; FRE 802 | | | | |
| 284:17-286:1 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | 287:6-7; 287:10-16 | F, PK, H, 701, 401, 403 | | |
| 287:22-289:18 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 | 289:19 – 290:7; 290:9-19; 290:22 – 291:4 | F, PK, H, NR, 701, 401, 403 | | |
| 291:12-24 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | | | | |
| 292:2-295:14 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | | | | |
| 296:18-297:7 | FRE 401; FRE 403; FRE 802 | 297:8-13 | 401, 403 | | |
| 297:14-22 | FRE 401; FRE 403; FRE 802 | | | | |
| 298:1-15 | FRE 401; FRE 403; FRE 802 | 298:16-18 | 401, 403 | | |
| 298:19-299:9 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | | | | |
| 300:13-23 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 901 | | | | |
| 301:7-302:8 | FRE 401; FRE 403; FRE 802 | 302:9 – 304:17 | F, PK, H, NR, 701, 401, 403 | | |

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 305:4-308:9 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | | | | |
| 332:8-333:9 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | 333:10 – 334:6 | 401, 403 | 334:7-15 | |
| 359:25-360:6 | FRE 401; FRE 901 | | | | FRE 401; FRE 403; FRE 701 |
| 360:14-19 | FRE 401 | 360:20 – 361:23; 362:18-19; 362:21-24; 363:15-16; 363:19 – 364:1; 364:19 – 365:4 | S, NR, H, F, PK, 701, 401, 403 | 362:2-16; 363:1-13; 364:2-4; 364:6-18 365:5-21 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805 |
| 366:2-23 | FRE 401; FRE 403; FRE 802; FRE 805 | 367:6-15 | S, NR, F, PK, H, 401, 403 | | |
| 368:3-18 | FRE 401; FRE 403; FRE 802 | 368:19-24 | S, NR, F, PK, H, 401, 403 | 369:5-13 | FRE 401; FRE 403 |
| 368:25-369:4 | FRE 401; FRE 403; FRE 802 | | | | |
| 369:17-22 | FRE 401; FRE 403; FRE 802 | | | | |
| 370:2-15 | FRE 401; FRE 403; FRE 701; FRE 802 | | | | |
| 370:20-371:14 | FRE 401; FRE 403; FRE 802 | | | | |
| 371:17-22 | FRE 401; FRE 403; FRE 802 | | | | |
| 372:5-14 | FRE 401; FRE 403; FRE 602 | | | | |

| Defendants' Designations | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter-Designations to Defendants' Designations | Defendants' Objections to Plaintiff's Counter-Designations | Defendants' Counter-Counter Designations to Plaintiff's Counter-Designations | Plaintiff's Objections to Defendants' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 47:5-11 | | 47:12-13 | FRE 401; FRE 403 | | |
| 134:7-10 | H | 155:7-156:12; 158:3-23; 159:19-160:3; 161:16-163:2 | FRE 401; FRE 602; FRE 802 | 157:5-24; 161:8-15; 163:8 – 164:3 | NR (157:5–24), PK, H, 401, 403 |
| 134:19-22 | H, F, PK | 155:7-156:12; 158:3-23; 159:19-160:3; 161:16-163:2 | FRE 401; FRE 602; FRE 802 | 157:5-24; 161:8-15; 163:8 – 164:3 | NR (157:5–24), PK, H, 401, 403 |
| 134:24-135:4 | H, F, PK, NR (134:24-135:2), 701 | 155:7-156:12; 158:3-23; 159:19-160:3; 161:16-163:2 | FRE 401; FRE 602; FRE 802 | 157:5-24; 161:8-15; 163:8 – 164:3 | NR (157:5–24), PK, H, 401, 403 |
| 169:25-170:21 | H, NR | 172:16-173:16; 174:7-18; 175:11-25; 186:11-187:18 | FRE 401; FRE 403; FRE 701; FRE 802 | 176:1-16; 187:19 – 188:1 | H, NR, 401, 403 |
| 171:5-172:15 | H, NR (172:4-15) | 172:16-173:16; 174:7-18; 175:11-25; 186:11-187:18 | FRE 401; FRE 403; FRE 701; FRE 802 | 176:1-16; 187:19 – 188:1 | H, NR, 401, 403 |
| 306:15-16 | V, 401, 403, 701 | 300:20-23; 301:7-302:8 | FRE 401; FRE 802; FRE 901 | 302:9 – 304:17 | NR, H, PK, 701, 401, 403 |
| 306:18-25 | V, 401, 403, 701 | 300:20-23; 301:7-302:8, 307:1-308:15 | FRE 401; FRE 701; FRE 802; FRE 901 | 302:9 – 304:17 | NR, H, PK, 701, 401, 403 |
| 329:4-16 | NR (329:6-10); 401, 701 | 332:8-333:9 | FRE 401; FRE 403; FRE 802 | 333:10 – 334:6 | NR, H, 701, 401, 403 |

### III.    STEVE SAROWITZ

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 15:19-24 | No current objection | | | | |
| 16:4-9 | FRE 401 | | | | |
| 21:11-23 | FRE 401 | | | | |
| 36:15-37:6 | FRE 401; FRE 403 | | | | |
| 38:10-39:9 | FRE 401; FRE 403; FRE 602 | | | | |
| 39:14-17 | FRE 401; FRE 403 | | | | |
| 40:8-10 | FRE 401; FRE 403 | | | | |
| 40:16-42:18 | FRE 401; FRE 403; FRE 602; FRE 701 | 42:19 – 43:11 | 401, 403, PK | | |
| 59:15-16 | FRE 401 | | | | |
| 60:2-10 | FRE 401; FRE 403 | | | | |
| 63:25-64:1 | FRE 401 | | | | |
| 64:17-20 | FRE 401; FRE 403 | 66:23 – 67:10 | NR, S, F, 401, 403 | | |
| 67:24-68:4 | FRE 401; FRE 901 | | | | |
| 69:17-19 | FRE 401; FRE 901 | | | | |
| 69:21-70:13 | FRE 401; FRE 901 | | | | |
| 70:21-71:2 | FRE 401; FRE 403 | | | | |
| 71:11-25 | FRE 401; FRE 403; FRE 802 | | | | |
| 72:4-16 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 74:15-75:20 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 98:4-15 | FRE 401; FRE 403 | | | | |
| 100:18-101:5 | FRE 401; FRE 403 | | | | |
| 103:8-21 | FRE 401; FRE 403 | 103:22-25 | NR, V., 401, 403 | | |
| 110:23-111:1 | FRE 401; FRE 901 | | | | |
| 111:7-118:19 | FRE 401; FRE 403; FRE 701; FRE 802 | 119:14 – 120:8; 120:21 – 122:4 | S, H, 401, 403, 701 | 122:24-123:18; 124:3-9 | FRE 401; FRE 403; FRE 802 |
| 124:20-125:3 | FRE 401; FRE 403; FRE 602; FRE 701 | | | | |

11

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 125:10-21 | FRE 401; FRE 403; FRE 602; FRE 701 | | | | |
| 126:17-127:6 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 131:23-132:14 | FRE 401; FRE 403; FRE 602; FRE 701 | 133:10-14 | 401, 403, | 133:16-134:13 | FRE 401; FRE 403 |
| 166:11-167:23 | FRE 401; FRE 403; FRE 602; FRE 701 | 168:24 – 169:1; 169:14 – 171:5 | NR, S, F, PK, H, 701, 401, 403 | 171:7-12; 172:7-17 (partial); 173:4-6; 176:5-178:4 | FRE 401; FRE 403; FRE 602; FRE 701 |
| 180:10-23 | FRE 401; FRE 901 | | | | |
| 183:2-5 | FRE 401; FRE 602 | | | | |
| 183:13-25 | FRE 401; FRE 802 | 183:6-12 | 401, 403 | | |
| 184:13-19 | FRE 401; FRE 802 | | | | |
| 186:14-187:9 | FRE 401; FRE 602; FRE 802 | | | | |
| 238:13-17 | FRE 401; FRE 901 | | | | |
| 239:8-241:22 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802; FRE 901 | | | | |
| 245:19-246:10 | FRE 401; FRE 403; FRE 701 | | | | |
| 253:9-11 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 285:15-286:1 | FRE 401; FRE 403; FRE 602; FRE 802; FRE 805; FRE 901 | 286:10-14; 286:16-21 | F, S, 401, 403 | 286:22-25 | FRE 602 |
| 319:18-320:3 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 335:9-336:7 | FRE 401; FRE 403; FRE 602; FRE 701 | 336:9-12; 336:14-15 | S, H, 401, 403 | | |
| 345:21-346:14 | FRE 401; FRE 403; FRE 602; FRE 701; FRE 802 | | | | |

12

| Plaintiff's Designations | Defendants' Objections to Plaintiff's Designations | Defendants' Counter-Designations to Plaintiff's Designations | Plaintiff's Objections to Defendants' Counter-Designations | Plaintiff's Counter-Counter Designations to Defendants' Counter-Designations | Defendants' Objections to Plaintiffs' Counter-Counter-Designations |
|---|---|---|---|---|---|
| 347:22-350:12 | FRE 401; FRE 403; FRE 602; FRE 802 | | | | |
| 356:9-357:2 | FRE 401; FRE 403; FRE 602; FRE 701 | | | | |
| 363:9-364:15 | FRE 401; FRE 403; FRE 602 | | | | |