# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

April 17, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

**Re:**    *Lively v. Wayfarer Studios LLC, et al.*, **No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

In accordance with Rules 1.D and 2.K of Your Honor's Individual Rules, Plaintiff Blake Lively respectfully writes with the consent of Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC (collectively, the "Wayfarer Defendants"), to request (i) an extension of the April 17, 2026 deadline for all parties and third parties to move for continued sealing of documents filed in connection with the parties' respective motions *in limine* and motions to exclude expert testimony to April 28, 2026; and (ii) an extension of parties' corresponding response deadline to May 4, 2026. *See* Dkt. Nos. 1290, 1299, 1306, 1307, 1313, 1336, 1339, 1343 (motions to preliminarily seal).

The parties agree that an extension of the deadlines for motions for continued sealing to April 28, 2026 and for a response to May 4, 2026 will promote judicial economy by allowing the parties an opportunity to align sealing of such documents with the sealing of documents to be filed in connection with the parties' respective responses to motions *in limine* on April 17, 2026 and motions to exclude expert testimony on April 24, 2026. Additionally, an extension will serve to protect privacy interests of third parties by providing third parties additional time to seek continued sealing of documents.

No previous requests for adjournment or extensions of time have been made with respect to these deadlines. The parties' next scheduled appearance before the Court is on April 28, 2026.

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

Respectfully submitted,

/s/ Esra A. Hudson

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Koren Bell
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com
kbell@willkie.com

Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Michael S. Schachter
Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mschachter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac* vice)
401 Ninth Street, NW
Washington D.C. 20004
mgovernski@dirllp.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Naeun Rim (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
Sarah Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*