# EXHIBIT 3

CONFIDENTIAL

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---0O0---

BLAKE LIVELY,

Plaintiff,

vs.       CASE NO. 24-CV-10049-LJL (LEAD CASE)

25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

_____

JENNIFER ABEL,

Third-party Plaintiff,

vs.

JONESWORKS, LLC,

Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

Consolidated Plaintiffs,

vs.

BLAKE LIVELY, et al.

Consolidated Defendants.

_____

CORRECTED TRANSCRIPT

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF ALEXNDRA SAKS

Los Angeles, California

Wednesday, September 24, 2025

Stenographically Reported by:  Ashley Soevyn,
CALIFORNIA CSR No. 12019

Job No. CA7624602

Pages 1 - 300

Page 1

THE STENOGRAPHIC REPORTER: Yes, we are.   10:15:44

MS. ROESER:  Perfect.

MS. GAROFALO:  Is this 1 or 2?

MS. CLIMACO:  I gave you two copies with both exhibits.   11:08:19

BY MS. ROESER:

Q   The first document I handed you is marked as Exhibit 1.  It's an email dated March 12th, 2023, and it bears the Bates-stamp, which is the number on the corner, of AS62.   11:08:34

Do you see that?

A   Uh-huh.

Q   This is an email that you sent, correct?

A   Yes.

Q   To Jamey Heath, among others?   11:08:41

A   Yes.

Q   The second document I sent you is marked as Exhibit 2.  It is an email dated March 13, 2023, and bears the Bates AS8.

Do you see that?   11:08:55

A   Yes.

Q   This is also an email that you sent, correct?

A   Correct.

Q   Please direct your attention to   11:09:06

Page 59

CONFIDENTIAL

Exhibit 1.  As of March 12, 2023, when you sent this    11:09:07

email, did you know whether Wayfarer had workplace

harassment protocols in place?

          A     It looks like I didn't.

          Q     And at that time, you proposed that        11:09:21

because of Justin's role, the harassment protocols

come from Sony; is that right?

          A     Correct.

          Q     What did you mean when you wrote:

                (As read):                                 11:09:35

                      "Because of Justin's role at Wayfarer,

                      our workplace harassment protocols

                      should come from Sony"?

          A     I assume I meant because he was the

director, co-lead actor, and co-owned the studio.         11:09:46

          Q     Were you concerned that as co-lead actor,

director, and co-owner of the studio, people may not

feel comfortable raising concerns to Mr. Baldoni?

          A     Correct.

          Q     Did you have any other concerns with       11:10:03

respect to Wayfarer overseeing the human resources

or harassment protocols on set?

          A     Because Wayfarer -- it had become clear

that they were a less experienced studio.  The idea

of Sony being responsible for something so important      11:10:17

Page 60

made me feel more secure.                          11:10:21

Q    All cast and crew reported to Mr. Baldoni
and Mr. Heath on set, correct?

A    Yes.

Q    They were everyone's boss?                11:10:29

A    Yes.  And me as well.  But again,
Mr. Heath as the signer of checks, technical
copyright holder, CEO of the owner of the film,
technically was the boss.

Q    When I refer to cast and crew, will you   11:10:50
understand that I'm referring to the actor --
basically, anyone who worked on set?

A    Yes.

Q    Did you also have concerns about Wayfarer
overseeing the human resources function for the film  11:11:08
given Mr. Heath's role is CEO?

A    Less so, aside from his lesser
experience.

Q    You proposed that Sony provide a
training, harassment training, for cast and crew; is  11:11:30
that right?

A    Correct.

Q    Turn your attention to Exhibit 2, please.
Are you confirming in this email that
Mr. Heath agreed with you that Sony should provide    11:11:50

Page 61

CONFIDENTIAL

Bates stamp AS4588.                                      11:36:58

        (Exhibit 4 marked for identification.)

BY MS. ROESER:

        Q    Do you recognize this document as --

             MS. GAROFALO:  Can we wait until            10:15:44

everybody has a copy of the exhibit?

BY MS. ROESER:

        Q    Ms. Saks, do you recognize this email?

        A    Vaguely.

        Q    This is an email from Mr. Baldoni to you,   11:37:33

dated February 19, 2023, correct?

        A    Yes.

        Q    If you direct your attention to the

second paragraph, it reads:

             (As read):                                  11:37:45

                  "I want to apologize to the group,

                  especially to Alex."

             Do you see that?

        A    Yes.

        Q    What did you understand Mr. Baldoni to be    11:37:52

apologizing to you for?

        A    I believe the day before, we were on a

call or a Zoom where he yelled at me.

        Q    Mr. Baldoni yelled at you?

        A    I believe so.                                11:38:09

Page 67

Q    When you say he yelled at you, did he    11:38:12
raise his voice?

A    I believe so.

Q    Do you recall who else was on the Zoom?

A    I believe everyone on the email chain,    11:38:24
and it may have been a call.

Q    Ms. Giannetti, Mr. Calof, AJ Marbory,
yourself, and Mr. Baldoni were in the meeting?

A    I don't know that AJ was.  That's his
assistant.  But Ange, Jamey and Calof probably were,    11:38:43
along with Justin.

Q    What do you recall about this meeting, in
February of 2023, in which Mr. Baldoni yelled at
you?

A    I don't remember much.  But reading the    11:38:55
email, I believe he was talking about his own abuse.
Yeah, when I tried to voice an opinion, he yelled at
me.  But I don't remember exactly what the words
were.

Q    Do you recall the gist of what he yelled    11:39:27
at you?

A    I don't.

Q    Do you recall what opinion you were
voicing at the time?

A    I don't.                                    11:39:40

Page 68

Q    In the second paragraph, Mr. Baldoni    11:39:47

writes:

(As read):

"I feel I have failed at being a safe

place for others.  So I want to    11:39:52

apologize as my behavior yesterday, for

me, was not acceptable.  I try very

hard not to interrupt the women in my

life, and unfortunately, I've been

failing in that on quite a few    11:40:06

occasions over the last few months

oftentimes and yesterday in particular

to you."

Do you see that?

A    Yes.    11:40:16

Q    Did you agree with Mr. Baldoni that he

had failed at being a safe place for others?

A    I have no idea.

Q    Did you feel that he had failed at being

a safe space for you?    11:40:29

A    I didn't need him to be a safe space for

me.

Q    Did you agree with Mr. Baldoni that his

behavior and yelling at you during the February 2023

meeting was not acceptable?    11:40:42

Page 69

CONFIDENTIAL

A    Yes.                                                    11:40:44

Q    Why?

A    I don't yell at work colleagues, nor do I like being yelled at.

Q    You think it's inappropriate to yell at    11:40:57 your colleagues?

A    Personally.

Q    Do you recall during this February 2023 call, Mr. Baldoni interrupting you?

A    I don't recall.                                        11:41:10

Q    Was it your experience on the set that Mr. Baldoni would often interrupt you when you were speaking?

A    Did you say on the set?

Q    In connection with the film?                           11:41:21

A    Oh, yes.

Q    Mr. Baldoni often interrupted you while you were speaking?

A    Sometimes.

Q    Did you observe Mr. Baldoni interrupt      11:41:30 other women in connection with the film?

A    I can't recall.

Q    Towards the end of that paragraph, Mr. Baldoni writes:

(As read):                                                  11:41:46

Page 70

A    The other times that I recall were    11:45:12
usually in group meetings where other women were
present, but I never saw him directly mansplain to
one woman or a group of women.  It was more a big
conversation with a group in a production meeting or    11:45:31
something.

Q    Did you observe Mr. Baldoni yell at
anyone else in connection with the film, other than
you?

A    Not that I can recall.    11:45:42

Q    Did Mr. Baldoni yell at you more than
once in connection with the film?

A    Yes.

Q    How many times would you estimate that
Mr. Baldoni yelled at you?    11:45:50

A    I believe it was three.

Q    Would that be two times in addition to
this February 2023 meeting?

A    I believe so.

Q    What are the other two incidents that you    11:46:01
recall Mr. Baldoni yelling at you?

A    One other was also on -- as I believe the
other time was on a Zoom.  It was a notes Zoom.  I
don't remember the details beyond that.  And then on
a follow-up Zoom, he apologized to me in front of    11:46:20

Page 74

the entire group for doing so on the previous Zoom.    11:46:26

Q    So on the -- you mentioned a notes Zoom?

A    Uh-huh.

Q    What is that?

A    Where we would get on a Zoom and have a    11:46:40
meeting about the latest draft and talk about
whatever creative notes we all had.

Q    So during a meeting to discuss notes of
the draft -- on the draft of the script, Mr. Baldoni
yelled at you?    11:46:58

A    Yes.

Q    Do you recall what he yelled at you?

A    I don't.

Q    Do you recall the topic that was being
discussed at the time that he yelled at you?    11:47:07

A    I don't.

Q    Do you recall who else was present during
the Zoom when he yelled at you on the Zoom with
respect to discussing notes about the current draft
of the script?    11:47:21

A    I believe Ange, Jamey, and probably
Calof.

Q    Is that Andrew Calof?

A    Yes.

Q    Roughly when do you recall the Zoom --    11:47:36

Page 75

the notes Zoom occurring during which Mr. Baldoni    11:47:37

yelled at you?

    A    I believe it was in January of 2023.

    Q    Do you recall the general topic of

discussion during that Zoom?    11:47:55

    A    Just the script.

    Q    Do you recall Mr. Baldoni also

mansplaining to you during that note Zoom in January

of 2023?

    MS. GAROFALO:  Objection.    11:48:07

    THE WITNESS:  I don't recall.

BY MS. ROESER:

    Q    Do you recall whether he interrupted you

during that notes Zoom in January of 2023?

    A    I don't recall.    11:48:13

    Q    You mentioned that there was a third

incident in which Mr. Baldoni yelled at you; is that

right?

    A    Yes.

    Q    And when was that, roughly?    11:48:42

    A    That was on set towards the end of the

first round of shooting.

    Q    Would that have been roughly June 2023?

    A    I believe so.

    Q    What do you recall about the meeting on    11:49:03

Page 76

set with Mr. Baldoni in which he yelled at you?    11:49:06

A    We were shooting at the Root location. It was a very stressful day of shooting because we had a lot of work to do in a short amount of time. He came up behind monitor, where I was sitting.    11:49:24 Jamey and Ange were behind me.  And he came up to me and asked me how I thought the scene was going, and if he was getting it, which I thought he did and also expressed that I didn't believe that he needed more coverage.    11:49:44

And then he yelled at me and said that, I don't remember exactly, but something to the effect of -- I actually don't remember exactly what he said.  But he yelled something and then slammed his hands on the director's chair next to me, and walked    11:50:03 away.

And then I turned around and looked at Amy -- Ange and Jamey, and said that if he did that -- something like that to me one more time, that I was going to walk off the movie.    11:50:19

Q    Why did you feel like you would walk off the movie if he behaved in that manner again?

A    It was the first time I felt physically intimidated.

Q    Why did you feel physically intimidated    11:50:44

Page 77

CONFIDENTIAL

during that interaction with Mr. Baldoni?     11:50:47

        A    Because he slammed his hands on a chair
right next to me while yelling at me and saying my
name.  That's the one thing I remember is he said,
"Alex."     11:50:58

        Q    He yelled "Alex" and then slammed his
hands on the chair?

        A    Yes.

        Q    Can you describe for me where you were
when that happened?  I know you mentioned that you     11:51:14
were filming a Root scene.  What did that look like?

        A    We were in a restaurant, and the front of
the restaurant is where we were filming.  And then
there was sort of a divider in the restaurant and
village was behind the divider towards the back of     11:51:28
the restaurant.  And that's where I was sitting in
one of the first chairs closest to the monitor at
village.

        Q    So you were sitting at the village.  Was
anyone -- who was around you?     11:51:49

        A    Ange and Jamey were sitting in two chairs
behind me.

        Q    Was anyone else there?

        A    There was probably lots of crew milling
around, but no one I can remember specifically.     11:52:02

Page 78

CONFIDENTIAL

Q    The crew would have been milling around    11:52:11
the village and also the area where the actual
filming was taking place in the front of the
restaurant?

A    Correct, but also bringing either    11:52:14
equipment or props back and forth from the back
entrance up to the front where the shooting was
happening.

Q    Did you say that what prompted
Mr. Baldoni to yell your name and slam his hands    11:52:24
down on a chair was that you gave him a note that
you didn't think he needed more coverage of the
scene?

A    Yeah.  I said I didn't think he needed
more coverage of the scene, and I think he wanted to    11:52:38
shoot more coverage of the scene.

Q    What -- what do you mean when you say
"coverage of the scene"?

A    Coverage of a scene is shooting a scene
from various different angles.    11:52:51

Q    Mr. -- so your impression was that
Mr. Baldoni wanted to shoot the scene from more
angles?

A    Correct.

Q    And you didn't think that was necessary?    11:53:05

Page  79

A    Correct.                                        11:53:06

Q    And simply noting to him that you didn't think he needed the scene from additional angles, prompted Mr. Baldoni to yell and slam a chair?

MS. GAROFALO:  Objection.                            11:53:20

THE WITNESS:  I was answering his question.  So, yes.

BY MS. ROESER:

Q    You answered a question that he asked you, and he responded by yelling at you and slamming   11:53:29 a chair on the ground?

A    Yes.

Q    And you were physically intimidated by that?

A    Yes.                                            11:53:41

MS. GAROFALO:  Objection.

BY MS. ROESER:

Q    Were there any other physical movements that Mr. Baldoni was making?  Was he getting big, for example?  Was he approaching you?         11:53:47

A    Not that I can recall.

Q    Do you feel that was appropriate behavior for your boss?

A    No.

Q    And Mr. Baldoni yelled at you and slammed   11:54:11

Page 80

the chair, it sounds like in front of several other   11:54:13

people; is that right?

A   Yes.

Q   In front of Ms. Giannetti, Mr. Heath, as

well as multiple crew members?   11:54:23

A   From what I remember.

Q   How many crew members could you estimate

were around at the time?

A   I have no idea.

Q   Would it be more than ten?   11:54:33

A   I don't think so.

Q   Somewhere between five and ten, maybe?

A   Could be under five; could be more than

five.  I really don't remember.

Q   Was Mr. Baldoni in the scene that   11:54:47

prompted him to yell at you?

A   Yes.

Q   Was it your impression that he wanted

more coverage of himself in the scene?

A   Not necessarily.   11:55:02

Q   Did Mr. Baldoni ever explain to you why

he yelled at you during that time?

A   No.

Q   Did he apologize?

A   I don't remember.   11:55:19

Page 81

CONFIDENTIAL

been marked as Exhibits 6 and 7.    01:11:32

(Exhibit 6 marked for identification.)

(Exhibit 7 marked for identification.)

BY MS. ROESER:

Q    Take a quick look at those.  And    10:15:44
Exhibit 6 -- sorry.  Exhibit 7 is marked,
"attorneys' eyes only," so I will just ask that
Mr. Heath not be given a copy, and that when we ask
questions, that he leave the room.

Ms. Saks, I will direct your attention to    01:12:14
Exhibit 6, please, which is a document Bates-stamped
SPE_BL2023.

This is a -- appears to be a text chain
between you and Ms. Giannetti, indicated as "home,"
dated May 29th, 2023.    01:12:34

Do you see that?

A    Yes.

Q    And do you recognize this as a text chain
between you and Ms. Giannetti?

A    Yes.    01:12:42

Q    Would you please direct your attention to
Exhibit 7.  Exhibit 7 is a text chain bearing
Bates BL 11598, and is dated May 29th, 2023.

Do you recognize Exhibit 7 as a text
chain between you and Ms. Lively?    01:13:08

Page 99

A    Yes.                                          01:14:14

Q    Do you recall the brunch with Jenny -- is that Jenny Slate?

A    Yes.

Q    Do you recall having brunch with Jenny    01:14:23 Slate in May 29, 2023, or around that time?

A    I do.

Q    And tell me about that brunch.

A    I -- Jenny and I had had a meal prior to this one, so I went into it thinking that it was a    01:14:35 friendly brunch, which it was to a degree.  But during it, she brought up some concerns that she was having on the movie, which was the first time I was hearing about them.

Q    What concerns did Ms. Slate bring up    01:14:57 during your brunch on or around May 29th?

A    I don't remember exact language that was used, but there were a few.  One was that in a scene, I believe the week prior, Justin had commented on her physical appearance, which made her    01:15:20 uncomfortable.  That in an initial creative Zoom meeting between Justin, Blake, and Jenny, Jenny and Blake only found out at the very end of the Zoom that Justin had been recording it the whole time. And that made both Blake and Jenny, from Jenny's    01:15:44

Page 101

CONFIDENTIAL

point of view, feel very uncomfortable.                          01:15:49

          There was a mention of some -- some kind

of comments that Jamey had made to Jenny regarding

how generous they had been with her housing

allowance and that it was important for them to take   01:16:07

care of new mothers, and that made her

uncomfortable.  And then, there was a lot of other

conversation, nonspecific, but that she was

uncomfortable in both of their presences and really

would prefer to never see Jamey again, knowing that   01:16:28

Justin was the director and co-star she would have

to.

     Q    Ms. Slate says that she never wanted to

see Mr. Heath again?

     A    Correct.                                     01:16:41

     Q    And it's your impression that Ms. Slate

knew that she would have to see Mr. Baldoni because

he was the director and co-star, but perhaps she

didn't want to see him either?

     A    I can't speak to that, but that was my      01:16:50

assumption.

     Q    You said a lot there.  So I want to break

it down a little, okay?

     A    Okay.

     Q    You mentioned that Ms. Slate raised --      01:17:03

Page 102

MS. ROESER:  Sorry.  My transcript is    01:17:05
just not following along.

BY MS. ROESER:

Q    Sorry about that.

You raised -- so you testified that    01:17:05
Ms. Slate raised, during your brunch in May, that
Mr. Baldoni had commented on her physical appearance
which made her uncomfortable, right?

A    That Justin commented on her physical
appearance, yes.    01:17:37

Q    And do you recall if Ms. Slate told you
whether that happened while a scene was being
filmed, while they were on set, or at some other
time?

MS. GAROFALO:  Objection.  Did you mean    01:17:49
Ms. Slater -- Slate?

MS. ROESER:  I said Ms. Slate.

MS. GAROFALO:  I'm sorry.  I thought you
said Ms. Blake.  I didn't hear you.

BY MS. ROESER:    01:18:05

Q    Do you recall if Ms. Slate told you where
she was when Mr. Baldoni commented on her
appearance?

A    I -- I don't remember which location it
was, but it was on set in costume prior to filming.    01:18:12

Page 103

CONFIDENTIAL

Q    During a time when -- during a time when     01:18:19

no scene was being filmed?

A    We were not filming.

Q    Okay.

A    Yet.                                          01:18:26

Q    Did Ms. Slate tell you what the comment

about what her appearance was?

A     It was -- I don't recall if it was that

he called her hot or sexy, and I don't recall if it

was once or twice.  The first time would have been    01:18:40

in the flower shop when she was wearing an

all-leather jumpsuit, and the second would have been

in the karaoke scene.  I don't remember what she was

wearing that day, and I don't remember which comment

was attributed to which.                              01:18:59

Q    But you recall Ms. Slate informing you

that Mr. Baldoni had called her hot and sexy?

A    Or.

Q    Hot or sexy?

A    Correct.                                        01:19:13

Q    Okay.  And you don't recall the

specific --

A    I don't.

Q    You don't recall what she was wearing at

the time?                                             01:19:18

Page 104

CONFIDENTIAL

A    I don't.                                              01:19:18

Q    Did Ms. Slate share with you during that brunch that she felt Mr. Baldoni's comment that she was hot or sexy, was directed to her personally?

A    I'm not sure I understand the question.            01:19:39

Q    Did Ms. Slate share with you during brunch that she felt Mr. Baldoni commenting that she was hot or sexy was directed at her rather than her character?

A    She didn't specify.                                 01:19:51

Q    Did you have an understanding one way or another?

MS. GAROFALO:  Objection.

THE WITNESS:  I didn't.

BY MS. ROESER:                                            01:19:58

Q    Did Ms. Slate also share with you that Mr. Baldoni had commented on Ms. Lively's appearance in a similar manner?

A    She would not give me specifics about what Blake was experiencing, but I believe had      01:20:11 encouraged Blake to speak to me directly and that I reach out to Blake.

Q    Did Ms. Slate suggest to you that she had encouraged Blake to reach out to you about her own concerns with Mr. Baldoni and Mr. Heath?       01:20:34

Page 105

CONFIDENTIAL

A    I believe she did.                                  01:20:37

Q    Do you recall how she suggested that?

A    I don't.

Q    Do you recall Ms. Slate suggesting

somehow that Ms. Lively had also had some             01:20:54

uncomfortable experiences with Mr. Baldoni or

Mr. Heath?

A    Yes.

Q    And that was in the May 29th brunch you

had with her?                                          01:21:06

A    Correct.

Q    You also mentioned that Ms. Slate raised

concerns about comments by Mr. Heath with regard to

her housing situation; is that right?

A    Yes.                                               01:21:22

Q    What do you recall about Mr. Heath's

comments regarding Ms. Slate's housing situation?

A    All I remember -- and I don't even know

that I knew the details of what was happening at the

time because production and Wayfarer were handling    01:21:34

it vis-a-vis the contract.  Those were the kinds of

conversations that I wasn't a part of on this film.

But it was something to the effect of, we gave you

more than maybe we normally would have because we

prioritized women with families and children because  01:21:53

Page 106

CONFIDENTIAL

Q    Are you aware that in some states it is    01:23:05
illegal to record people without their content?

MS. GAROFALO:  Objection.

MR. GLOVER:  Objection, form.

THE WITNESS:  Yes.    01:23:15

BY MS. ROESER:

Q    And would you be okay with your boss
recording a conversation with you without informing
you in advance?

MS. GAROFALO:  Objection.    01:23:30

THE WITNESS:  No.

BY MS. ROESER:

Q    I believe you testified that there were
other nonspecific conversations that Ms. Slate
raised she was uncomfortable with.    01:23:36

Do you recall that?

A    I think I just covered all of them.  I
don't remember any further specifics.

Q    If you'll look back to Exhibit 6, please.

At 11:23 a.m., you sent a text to    01:23:51
Ms. Giannetti that said:

(As read):

"Yes, very bad.  I think we need to

replace our director.  And Jamey should

not be on set."    01:24:06

Page 108

Do you see that?                                    01:24:08

A    I do.

Q    You felt that what Ms. Slate had shared with you about Mr. Heath and Mr. Baldoni's behavior was very bad?                                    01:24:20

A    Yes.

Q    And did you think because of what Ms. Slate shared with you, that Justin should be replaced as director on the film?

A    Yes.                                    01:24:32

Q    Why?

A    Because his actors were uncomfortable in his presence.

Q    And in your view, it's important that actors be comfortable around the director?                                    01:24:44

A    It's -- yes, and it's important that people be comfortable in their workplace.

Q    Why did you think Jamey should not be on set?

A    Because I knew that I was more than                                    01:25:02
capable of running the movie; they just weren't letting me.  And so his presence was actually not needed.  So if he was making someone so uncomfortable, I didn't see the reason for him to be there.                                    01:25:20

Page 109

CONFIDENTIAL

Q    And similar to Mr. Baldoni, did you            01:25:28
believe that -- strike that.

Did you believe that excluding Mr. Heath
from set would make actors more comfortable in their
workplace?                                          01:25:40

A    For at least Jenny, yes.

Q    Was Mr. Heath excluded from set going
forward?

A    No.

Q    Why not?                                       01:25:51

A    I don't know.

Q    Was Mr. Baldoni replaced as director on
the film?

A    No.

Q    Why not?                                       01:25:59

A    I don't know.

Q    Other than Ms. Giannetti, did you raise
to anyone else the idea that Mr. Baldoni should be
replaced as director on the film because his actors
were not comfortable with him?                      01:26:11

A    No.  Ange told me that there was no way
that would ever happen.

Q    So you informed Ms. Giannetti that actors
were uncomfortable in their workplace due to
Mr. Heath and Mr. Baldoni's behavior, and her       01:26:23

Page 110

CONFIDENTIAL

response was, there's no way that would ever happen, 01:26:27

or something to that effect?

A    Yeah.  That Sony's hands were tied; they

had no control over the movie.  And that Wayfarer

would never replace themselves. 01:26:37

Q    Other than Ms. Giannetti, did you raise

to anyone that Mr. Heath should be excluded from set

because actors were uncomfortable in his presence?

A    Probably the line producer, Andrea, but

otherwise, no. 01:26:55

Q    Did you ever raise to Mr. Heath that

Mr. Baldoni should be replaced because actors were

comfortable -- uncomfortable with his presence on

set?

A    No. 01:27:15

Q    Why not?

A    Because Justin was Jamey's boss.

Q    And did you ever raise to Justin that you

felt he should be replaced as director, and his

actors weren't comfortable in his presence? 01:27:26

A    No.

Q    Why not?

A    Because he was my boss.

Q    Did you feel like you didn't have anyone

else to raise these to? 01:27:37

Page 111

A    Correct.                                              01:27:39

Q    And just to be clear, you felt that there was no other avenue, other than Ms. Giannetti, to raise your concerns that actors were uncomfortable in the presence of Mr. Heath, the CEO of the studio,     01:27:53 and Mr. Baldoni, the director of the film?

A    Correct.  Other than strongly encouraging Jamey and Justin to do an investigation, that was all.

Q    Did you raise to Mr. Baldoni that          01:28:12 Mr. Heath should be removed from production?

A    No.

Q    Because Mr. Baldoni was your boss and Mr. Heath was his partner?

A    And because Mr. Baldoni put Jamey on the     01:28:22 movie as a producer after he had already hired me.

Q    Why did that impact your decision not to raise to Mr. Baldoni that Mr. Heath should be excluded from set due to the actor's discomfort with his presence?                                          01:28:37

A    Because if Justin felt I could do the job on my own, he wouldn't have put Jamey on the movie in the first place.

Q    Did you encourage Mr. Baldoni and Mr. Heath to conduct an investigation with regard to     01:28:50

Page 112

to occur?                                                01:34:47

A    Because I wanted the behavior to be taken seriously.  And also, since I hadn't been there to see any of it, it's the way that you sort of address and handle these things, and could hopefully make    01:35:03 for a more comfortable work environment for everyone going forward.

Q    Based on your conversation with Ms. Slate, did you believe that she was genuinely uncomfortable with Mr. Baldoni and Mr. Heath's    01:35:16 behavior?

A    Yes.

Q    Did Mr. Heath ever explain why Wayfarer would not be conducting an investigation into Ms. Slate's concerns about Mr. Heath's and    01:35:27 Mr. Baldoni's behavior?

A    Not -- sort of tapdanced around the idea that it would be better for all of this not to be on an official record.

Q    Do you have an understanding what that --    01:35:47 what does that mean to you?

A    That he didn't want the behavior written down, documented anywhere, in the event that someone wanted to talk about it again in the future.

Q    Your impression is that Mr. Heath did not    01:36:02

Page 118

want Wayfarer to conduct an investigation into          01:36:05

concerns about his and Mr. Baldoni's behavior

because he didn't want a written record of it

anywhere?

    A    Correct.                                          01:36:13

    Q    What do you recall Mr. Heath saying -- do

you recall Mr. Heath saying anything specifically

that gave you that impression?

    A    No.

    Q    But that's your recollection of the -- of   01:36:31

why Wayfarer decided not to conduct an investigation

into the behavior raised by Ms. Slate?

    A    Yes.

    Q    Direct your attention back to Exhibit 6,

please.  At 12:13, you send a text to Ms. Giannetti   01:36:53

that says:

        (As read):

            "Texted Blake.  No answer yet."

        Do you see that?

    A    Yes.                                          01:37:01

    Q    Why did you -- do you have a recollection

of texting Blake at that time?

    A    I don't.

    Q    Do you recall why you would have been

texting Ms. Lively on May 29th after just having       01:37:11

Page 119

CONFIDENTIAL

A    Yes.                                              02:36:43

Q    Do you recognize Exhibit 11 as a text exchange between you and Ms. Giannetti, on June 15th, 2024?

A    Yes.                                              02:36:52

Q    At 2:19 p.m., Ms. Giannetti says "call me."  And later on, at 2:53, you write -- she asked you:

(As read):

"Did you get any details back then?"    02:37:07

And you respond:

(As read):

"Justin was very dismissive of her when

she wanted to direct and then used

Jamey to try and manipulate her when he 02:37:18

realized she could co-direct it after

she got daddio going."

Do you see that?

A    Yes.

Q    Do you recall what this text was in          02:37:27
reference to?

A    No.

Q    Do you recall if you and Ms. Giannetti had a conversation about concerns raised by Christy Hall with respect to Mr. Baldoni being       02:37:37

Page 153

CONFIDENTIAL

dismissive of her?                                          02:37:41

        A    Yes.   Now -- now, I know what it's about.

        Q    What do you recall with respect to

Ms. Hall's concerns, if any, about any Mr. Baldoni?

        A    That -- yeah, that initially, he was    02:37:56

dismissive of -- dismissive of her wanting to

direct.   I don't remember much more than that.

        Q    You write at 2:54:

             (As read):

                  "And then she felt like he tried to use 02:38:07

                  her for cover with Blake and Colleen a

                  bunch."

             Do you have an understanding of what you

were referencing there?

        A    Yeah.   That she was the female writer,    02:38:16

and he would say, you know, that he wanted to give

her the chance to -- to write her way in, et cetera.

        Q    It was your -- your impression that

Ms. Hall was concerned with Mr. Baldoni using her as

cover with Blake and Colleen with regard to the        02:38:43

script?

        A    I guess so.

        Q    At 2:55, you wrote:

             (As read):

                  "She just doesn't want to be associated 02:38:53

                                                    Page 154

CONFIDENTIAL

with him/them."                                    02:38:56

A    Yes.

Q    What is that in reference to?

A    That is that she didn't want to be associated with Justin and Wayfarer.                     02:39:01

Q    Ms. Hall did not want to be associated with Mr. Baldoni or with Wayfarer?

A    I believe so.

Q    Did you know why?

A    I believe because of everything I wrote     02:39:11 previously.

Q    Ms. Hall had shared with you that she did not want to be associated with Mr. Baldoni or Wayfarer?

A    Yes.                                          02:39:20

Q    Did Ms. Hall also share with you, as you expressed at 2:57 p.m., she didn't feel respected as a female voice on the team and on a movie like this, that felt especially bad?

A    Yes.                                          02:39:33

Q    At 2:59, Ms. Giannetti writes:

(As read):

"Just so many things stacking up people are so upset or pissed off about.  I cannot believe how they just keep          02:39:42

Page 155

coming."                                    02:39:45

You respond:

(As read):

"I think this is where narcissism is

dangerous."                             02:39:49

Do you see that?

A    Yes.

Q    Is this in reference to -- is your
comment regarding narcissism in reference to
Mr. Baldoni?                                    02:39:56

A    Yes.

Q    Did you believe Mr. Baldoni to be a
narcissist?

A    As a non-physician, yes.

Q    Based on what?                              02:40:03

A    All the behavior I had witnessed for the
preceding year and a half.

Q    And was it your experience that so many
things kept stacking up that people were upset or
pissed about with respect to Mr. Baldoni and     02:40:15
Mr. Heath's behavior?

A    Can you repeat the first part?  Sorry.

Q    Was it your experience that so many
things kept stacking up that people were upset or
pissed about with respect to Mr. Baldoni or      02:40:26

Page 156

Mr. Heath's behavior?                                02:40:29

    A    Yeah.

    Q    At 3:01, you write:

         (As read):

              "It's only when Jamey/this isn't fair   02:40:36

              nonsense and revisionist history comes

              up that I'm like, come on, guys."

         What did you mean by "Jamey/this isn't

fair nonsense and revisionist history"?

    A    I would assume it's the, we didn't do       02:40:50

anything wrong, as opposed to remembering what

happened.

    Q    It was Mr. Heath and Mr. Baldoni's

attitude that they didn't do anything wrong that you

were referring to as revisionist history?          02:41:08

    A    I believe so.

    Q    At 3:01, you write:

         (As read):

              "Him and Jamey have a way of making

              women feel like shit."                 02:41:15

         Do you see that?

    A    And some men, yes.

    Q    Was it your experience that Mr. Baldoni

and Mr. Heath had a way of making women on the set

feel like shit?                                     02:41:24

Page 157

A    Or the writer, I don't remember.                02:55:24

Q    Fair enough.  Mr. Heath writes:

(As read):

"I'm sending you Alex's notes.  While

there are some that are worth                02:55:34

discussing, I want you to know that she

is not always the best with bedside

manner, so please read her note with

that in mind.  She is not a

decision-maker when it comes to this."  02:55:42

Do you see that?

A    Uh-huh.

Q    Does it surprise you that Mr. Heath would

send your notes to the editor or writer of the

coffee table book and represent that you are not a    02:55:52

decision-maker?

A    No.

Q    Why?

A    Because I wasn't one.

Q    Is that consistent with your experience    02:55:58

that Mr. Heath and Mr. Baldoni sidelined you as a

producer in connection with the film?

A    Completely.

MS. ROESER:  You can set that aside.

Handing you Exhibit 15.                      02:56:20

Page 171

CONFIDENTIAL

A    Because it can reach more people.  More        02:59:57

people can go see it.  A younger audience can go see

it.

MS. ROESER:  Do you -- I'm handing you

Exhibit 17.                                          03:00:07

(Exhibit 17 marked for identification.)

BY MS. ROESER:

Q    And while that's passed around, I will

ask you a question, not yet about the exhibit, we'll

wait for everyone else to have it.                   03:00:16

But do you recall a meeting on or around

January 4th, 2024 at Ms. Lively's home in which

she expressed concerns with respect to Mr. Baldoni

and Mr. Heath's behavior on set?

A    Yes.                                            03:00:33

Q    Can you please turn to paragraph 20 in

that complaint.

MS. CATERINA:  You said 20?

MS. ROESER:  Yeah, paragraph 20.  Page 7.

BY MS. ROESER:                                       03:00:45

Q    At paragraph 20, page 7, there is a

screenshot of notes that have 30 points there.  If

you could take a minute and read through those.  My

question for you will be whether the 30 points

identified on that page are consistent with what you  03:01:06

Page 175

CONFIDENTIAL

recall Ms. Lively speaking to you during the          03:01:10

January 4th meeting.

Ready?

A    Yes.

Q    Are the 30 points identified in paragraph   03:03:03

20 of that complaint consistent with what you recall

Ms. Lively speaking to you during the January 4th

meeting?

A    I don't remember every point, one by one.

I remember most of them.                              03:03:16

Q    Okay.  You can set that aside.

Was Ms. Lively eventually awarded a PGA

producer's mark for her work on It Ends with Us?

A    Yes.

Q    You submitted a letter in support of her   03:03:29

obtaining that producer's mark, correct?

A    Yes.

Q    Did you also speak with other cast and

crew members about submitting letters on

Ms. Lively's behalf to obtain a PGA producer's mark?  03:03:39

A    I spoke with other crew.

Q    Other crew.  Okay.  Thank you.

MS. ROESER:  What exhibit are we on,

Ashley?

THE STENOGRAPHIC REPORTER:  Hold on.         03:04:08

Page 176

BY MS. GAROFALO:                                    04:29:06

        Q    And there had been an incident before
where he interrupted you on a Zoom call?

        A    Yes.  It was -- I think it was a phone
call.                                              04:29:12

        Q    Okay.  And that did not please you very
much, correct?

        A    Correct.

        Q    And you told Mr. Baldoni, right?

        A    No, I actually didn't.                04:29:21

        Q    But he apologized to you, didn't he?

        A    He did.

        Q    So he knew or felt that he had been
impolite; is that the right word?

             MS. ROESER:  Objection.               04:29:34

             THE WITNESS:  Yeah.

BY MS. GAROFALO:

        Q    And apologized to you?

        A    Correct.

        Q    Do you think Mr. Baldoni cut you off   04:29:38
during that call because you were a female?

             MS. ROESER:  Objection.

             THE WITNESS:  I don't know.  But I was
the only person on the set that he consistently
yelled at.                                         04:30:03

Page 243

CONFIDENTIAL

BY MS. GAROFALO:                                    04:30:03

Q   Now, you've only told us about two
incidents.  Were there more?

A   Three.

Q   Three.  Were there more incidents when he   04:30:08
yelled at you?

A   No, just the three.

Q   Okay.  And do you think that those --
that Mr. Baldoni's being curt with you had -- that
it was gender bias?  Is that what you're telling us?   04:30:26

MS. ROESER:  Objection.

THE WITNESS:  I don't know, honestly.
But I also -- I want to clarify, it actually wasn't
him being curt.  It was usually the opposite of
that.  It was usually that it provoked a sort of   04:30:36
rageful yelling or interrupting reaction.

BY MS. GAROFALO:

Q   Okay.  And I want to go back to, you said
he slammed the chair?

A   He slammed his hands on the director's   04:30:45
chair --

Q   On the chair?

A   -- in between us.

Q   Okay.

A   On the arm of the chair.   04:30:50

Page 244

CONFIDENTIAL

BY MS. ROESER:                                              06:04:33

    Q   Ms. Saks, would you work with Ms. Lively again?

    A   Yes.

    Q   Would you work with Mr. Heath again?         06:04:36

    A   No.

    Q   Would you work with Mr. Baldoni again?

    A   No.

    MS. ROESER:  Nothing further.

    THE VIDEOGRAPHER:  The time is 6:04 p.m.      06:04:46
Off video record.

(WHEREUPON THE DEPOSITION CONCLUDED AT 6:04 p.m.)

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 6th day of October, 2021.

ASHLEY SOEVYN

CSR No. 12019

Page 298