# EXHIBIT 5

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

                                             Case No. 24-CV-10049-LJL

    Plaintiff,               (LEAD CASE)

VS.

                                            Case No. 25-CV-449 (LJL)

WAYFARER STUDIOS LLC,     (MEMBER CASE)
ET AL.,

    Defendants.

-------------------------------------------------------------

JENNIFER ABEL,

    Third-Party Plaintiff,

VS.

JONESWORKS, LLC,

    Third-Party Defendant.

-------------------------------------------------------------

WAYFARER STUDIOS LLC, ET AL.,

    Consolidated Plaintiffs,

VS.

BLAKE LIVELY, ET AL.,

    Consolidated Defendants.

                    ** CONFIDENTIAL **

        VIDEO-RECORDED DEPOSITION OF MARGARET COLLEEN HOOVER, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on Monday, September 29, 2025, from 10:05 a.m. to 6:30 p.m., before Kari Behan, CCR, CSR, a Texas certified machine shorthand reporter, at the offices of Ramey & Flock, P.C., 100 East Ferguson Street, Suite 500, Tyler, Texas 75702, Pursuant to Notice and the provisions stated on the record herein.

Job No. 7584405

CONFIDENTIAL

Page 50

A.   Yes.

Q.   Did you have thoughts that you would have liked to have shared at that meeting if you could have?

A.   Yes.

Q.   And when you wrote this email with these notes, was this your attempt to share the thoughts that you couldn't share at the meeting?

A.   Well, I -- I asked him how I could get my thoughts to him, and he said that they were on a time crunch, and that if I had thoughts, to send them that day.  And so after the script meeting, I went back to my hotel before my flight and wrote these thoughts, but it was based on what I had read during the meeting that day.

He had given me the script a few days before this, but it was during Book Bonanza, which is the busiest weekend of the year, and I didn't have a free second to really write down thoughts or read it.

Q.   Were you satisfied with the input that Mr. Baldoni was taking from you at the time?

MS. ZELDIN:  Objection.

THE WITNESS:  It was early -- it was early on, so I -- I can say that I wasn't satisfied that I wasn't given the script as it was being polished or made to his liking.  He -- he would not send it to me.  I

CONFIDENTIAL

Page 51

thought that it'd be nice to have earlier input as it was being written.

BY MS. HUDSON:

Q.  Did you ever share with Mr. Baldoni your thoughts on how intimacy should be portrayed in the film?

A.  I don't recall.

MS. HUDSON:  I'm going to hand you Exhibit 6.

(Exhibit 6 was marked for identification.)

MS. ZELDIN:  Thank you.

BY MS. HUDSON:

Q.  Okay.  Exhibit 6 is a text chain between Jamey Heath, Ange Giannetti, Justin Baldoni, and Alex Saks. Ms. -- it's Bates-stamped HEATH_51557 through 558, dated April 30th, 2023.

Mrs. Hoover, you are not on this text chain, correct?

A.  Yes.

Q.  So in the first text in this chain, Mr. Baldoni forwards something that he purports is from you.

Do you see that?

A.  Yes.

Q.  It says "from Colleen"?

A.  Uh-huh.

CONFIDENTIAL

Page 66

just all decided to have dinner.

Q.   And up to that point, did you feel that you had been able to give the creative input that you had wanted to give into the film?

MS. ZELDIN:  Objection.

THE WITNESS:  I -- I feel like -- no.

BY MS. HUDSON:

Q.   And what is it that you wanted to do that you felt you hadn't been able to do at that point?

A.   I --

MS. ZELDIN:  Objection.

THE WITNESS:  I felt like I wanted to be more involved in just the sense of knowing what was going on with filming.  And I was not receiving dailies. And as an executive producer, I found that confusing, and I ended up having to go to Sony to ask for dailies. You know, just because without knowing what was going on or seeing what was being filmed every day, I didn't feel like I -- I could give input because I was just unaware of what was happening.

BY MS. HUDSON:

Q.   And what is a daily?

A.   A daily is what's being -- what was filmed that day.  They kind of condense it to what scenes they're going to use and send it to all the producers and

CONFIDENTIAL

Page 67

whoever else is on the daily list.

Q.  And you mentioned you were an executive producer on the film?

A.  Uh-huh.

Q.  Is that a "yes"?

A.  Yes.

Q.  And what were the duties of an executive producer, to your understanding?

A.  I think it depends on -- on who it is.  I didn't really have duties per se.  Executive producer, I was told, was more just like a title they give people. The producers who are the ones who do the actual work.

Q.  But you felt in an executive producer role, in order to contribute creatively as you had expressed, you needed to see the dailies?

MS. ZELDIN:  Objection.

THE WITNESS:  Yes.  And being the author of the book.  I received all the dailies on the project I had done before this, and there were other things that were being filmed that I was getting dailies on that was -- were not this movie.

BY MS. HUDSON:

Q.  Who did you first ask to see the dailies?

A.  Justin.  Maybe Jamey.  I don't remember.  But they were really my point of contact.

CONFIDENTIAL

Page 68

Q.  And when did you first ask them to see the dailies?

A.  When the film started filming.

Q.  So back in May of 2023?

A.  Uh-huh.

Q.  So now -- is that a "yes"?

A.  Yes.  Sorry.

Q.  That's all right.

So now we're in May of 2024.  So in that year, you had not received dailies?

A.  Yes, I started receiving dailies because I asked Ange Giannetti to -- if I could get them.  And she was shocked I wasn't getting them, so she started making sure I was on the list.

Q.  And when was that?

A.  Probably June or July of filming.

Q.  Of 2023?

A.  Uh-huh.

Q.  Is that a "yes"?

A.  It was the year before this -- so, yes, 2023.

Q.  And who was Ange Giannetti?

A.  She worked for Sony.

Q.  Did you understand her to be the executive in charge of the production for Sony?

A.  She was the one on set while I was there, so

CONFIDENTIAL

Page 75

A.  Uh-huh.

Q.  Is that a "yes"?

A.  Yes.

Q.  Did he say anything else in that regard?

A.  You'd have to be more specific.

Q.  Did he tell you why she thought Mrs. Lively wanted to, quote, Take over the film, end quote?

A.  Yes.  At this dinner, he informed me that this had been an ongoing issue, which in -- him that -- I believe the exact words they used were:  We're not saying she's a narcissist, but she's exhibiting narcissistic behavior, and that she was making their lives very stressful during the filming, and it was not a good experience.  And I remember being shocked because I had heard none of this before the dinner, and this was well after filming had resumed.  I had already seen the film at this point.

Q.  And did they give you specific examples of what Mrs. Lively was doing, in their view, that was upsetting to them, either Mr. Baldoni or Mr. Heath?

A.  Yeah.  They explained to me that she had a meeting that blindsided them about their behavior and that it was at her house and that she forced them to sign a document stating they wouldn't exhibit that behavior anymore or she wouldn't resume filming.

CONFIDENTIAL

Page 76

Q.  And who -- who between the two of them shared this with you, Mr. Baldoni or Mr. Heath?

A.  It was both of them.

Q.  So they -- were they talking at the same time?

A.  Kind of bouncing back and forth off of each other.

Q.  Did either Mr. Baldoni or Mr. Heath describe to you the specific behavior that was in this document?

A.  They did.

Q.  What -- what did -- what did they say?  And if you can, to your recollection, tell me which one of them said what.  And if you can't recall, that's fine, but if you can recall with specificity who said what, please tell me.

A.  I know -- I know Justin said that Blake had -- had put in the document that she wants him to stop speaking to her dead father, and I asked him to elaborate on that, and he said that some time -- that he told her that he sometimes speaks to her father.

Q.  Who's dead?

A.  Yes.

Q.  Did you have any thoughts on that?

MS. ZELDIN:  Objection.

THE WITNESS:  I -- I was a little confused.  I didn't know what he meant by that.  I didn't know if

Page 77

he meant he prayed to her dead father or just, like, if it's part of his spiritual or religious practice, but he did say that -- that he said it, but that it bothered her.  Another thing was something about saging interns, and that she had asked that he no longer sage her interns, I believe.

BY MS. HUDSON:

Q.  Saging, do you mean, like, with the herb sage?

A.  Uh-huh.

Q.  Is that lighting it on fire?

A.  I didn't ask what --

Q.  Okay.

A.  -- that meant.  There was another incident where Jamey said she said that they need to stop going into her trailer while she's breastfeeding, and he then went on to explain to me what happened with him going into her trailer.  This was Jamey, not Justin.  He said that he went into her trailer invited because they had to go over -- they had no discuss something, and I'm not sure what they were discussing, but that he had agreed to -- to turn and face the wall, but that, at some point, during this conversation, he -- he turned around to say something to her and that she was going to file sexual harassment or that he feared she would file sexual harassment claims against him, but he was -- he

Page 78

was telling me this because it was all in this document that apparently was -- was going to come out, and so they were just trying to prepare me for what -- what was in the document.

I believe those are the only few things I recall them telling me that night.

BY MS. HUDSON:

Q.  Did Mr. Bal- -- Mr. Heath tell you that he had seen Ms. -- that he had looked at Mrs. Lively when she was in a state of undress from the waist up?

MS. ZELDIN:  Objection.

THE WITNESS:  He did not explain how she was dressed or anything.

BY MS. HUDSON:

Q.  Is there anything else you recall Mr. Baldoni or Mr. Heath telling you about the document that they signed?

A.  I -- I know they were telling me that they felt like if they didn't sign it, then the movie wouldn't happen, and that's why they signed it.  But the few things that they did tell me -- they said that they did, like the saging and the praying to her -- or talking to her dead father.  So I wasn't, at the time, aware of what all was in the document.

But that's all I can really recall

CONFIDENTIAL

Page 85

and -- and I said that that didn't go how I thought it would, and she said:  Me neither.  And we discussed our surprise that they -- that they didn't get along and that all of this was happening.  Like, this was the first I had found out about any of it.

Q.  So this dinner was May 6th.  Did it change your views of Mr. Baldoni or Mr. Heath at that time?

A.  It did.

Q.  In what way?

A.  I felt like if -- if they could speak of Blake how they -- how they did, it made me more cautious with them.

Q.  And what do you mean by that?

A.  I just didn't really want to interact with them anymore.  I think after that dinner, I -- I texted with Justin and Jamey a handful of times and never spoke to them again.

Q.  Did your views of Mrs. Lively change after that dinner?

A.  No, I -- I didn't know her.  I didn't know if the views -- or the things they told me were accurate.  I just kind of wanted to distance myself from all of it.

Q.  At some point, did you reach out to Mrs. Lively?

A.  I did.

Page 93

Q.  And did you -- do you recall if you spoke to Mr. Greenstein after this introduction?

A.  I -- I honestly don't recall.

Q.  All right.  So you saw the film on the 19th.  You were thanking Mrs. Lively.

Did you think about the cut of the film that she had screened at all after that initial viewing?

A.  Yeah.  Yes.

Q.  And did you share your thoughts with her?

A.  Yes.  I wrote a lot of them down at the screening and gave them to her, and then we continued to discuss the thoughts over text and phone calls.

(Exhibit 13 was marked for identification.)

BY MS. HUDSON:

Q.  Okay.  I'm going to hand you Exhibit 13.

Exhibit 13 is a text chain between Colleen Hoover and Blake Lively, dated May 19th, '24, through May 20, '24, Bates-stamped BL-39197 through 201.

Do you recognize this as a text chain that you participated in with Mrs. Lively, Ms. Hoover?

A.  Yes.

Q.  So if you go down to the bottom of this chain, it says, from you at 9:37 p.m. -- I'm sorry at 11:14 p.m.:  I loved Josh so much.  We're chatting again tomorrow, but I feel like he's a good one.  Thanks for

Page 94

putting me in touch with him.

So by this point, had you already had a conversation with Mr. Greenstein?

A.   Yeah, it does look that way.

Q.   Do you -- but sitting here today, do you recall that conversation?

A.   I don't.

Q.   Okay.  And then the next entry you say -- actually, why don't you read that one out loud, at 4:50 a.m.?

A.   Blake, oh, my gosh, Josh gave me a password to watch again because he wants me to get you my thoughts ASAP.  So I watched Justin's latest and yours side by side.  I have a list of 57 things I loved about yours more.  You killed it.  It's so hard in the theater to focus when you're nervous and people are talking.  But seeing all the improvements you made solidified and already saw a decision.  I'm going to bed but will send you thoughts ASAP in the morning.  I really believe in this adaptation and think with this week's edits that you're doing it's going to be life-changing.  My God, thank you.  I'm sorry this is a day late.  I know I told you it was great already, but I can't wait to type up all the whys and get them to you tomorrow.

Q.   Did this accurately describe how you felt at

CONFIDENTIAL

Page 95

the time?

A.   Yes.

Q.   And what was it that you saw when you had the opportunity to look at the cuts side by side that you liked more in Mrs. Lively's?

A.   I definitely thought hers had more humor in it. That was very important to me.  I remember there were a couple of scenes with the character Atlas that bothered me in the first cut I saw, that were removed from Blake's cut.  I can't recall exactly all of the things that I liked more about her cut, but I -- I did feel like my concerns in the initial notes I sent her, a lot of them had already been addressed.

Q.   So are you saying you think she may have made some changes between May 15th and when you saw the -- the --

A.   Not based on my notes.

Q.   I see.

A.   I think just that we had similar intuition about some of the scenes.

Q.   So just to make sure I understand what you're saying, you -- between the time you gave notes on May 15th and you saw the screening yourself alone, with Justin's side by side, there had been some changes to the cut that Blake was working on that you liked?

CONFIDENTIAL

Page 99

BY MS. HUDSON:

Q.  Did it seem strange to you that his name was on there three times?

MS. ZELDIN:  Objection.

THE WITNESS:  Yeah.  I think on the poster, it was a little bit much.

BY MS. HUDSON:

Q.  You mentioned that you shared your thought -- your detailed thoughts with Mr. Greenstein on the cut of the film that Blake had shown you that you watched side by side with Mr. Baldoni's cut?

A.  Uh-huh.  Yes.

(Exhibit 14 was marked for identification.)

BY MS. HUDSON:

Q.  I'm going to hand you what we'll mark as Exhibit 14.  Exhibit 14 is an email between Mrs. Hoover and Mr. Greenstein dated May 20th, 2024, Bates stamped SPE_BL7880 through 88.

Mrs. Hoover, are these the notes that you sent Mr. Greenstein regarding your thoughts on the cut of the film that Blake had been working on at that point?

A.  Yes.

Q.  And in the second sentence -- paragraph, you say:  I don't know Blake well enough at all, but I do

Page 100

think it's important she know all the things I loved about her changes.

Would you describe this as a summary of the things that you loved about the changes?

A.  Yeah, and some additional notes that I thought should be changed.

Q.  And do you know if Mr. Greenstein shared these notes with Mrs. Lively?

A.  I believe I asked him -- I was sending them through him to her, but then he said to send them directly, if I'm not mistaken.

Q.  And then did you do that?

A.  Yes.

Q.  And was Mrs. Lively receptive to receiving the notes from you?

A.  Yes.

MS. ZELDIN:  Objection.

BY MS. HUDSON:

Q.  And when you say "receptive," how -- what does that mean to you?

A.  Acknowledging that she received the notes and would consider them.

(Exhibit 15 was marked for identification.)

MS. HUDSON:  I'm going to hand you a document that we've marked as Exhibit 15.

CONFIDENTIAL

Page 104

Smart.

MS. ZELDIN:  I'm sorry.  I think you misspoke.  You said 2:14; it's 2:41.  Not that it matters, but...

MS. HUDSON:  You're correct.  Thank you for correcting the record.

BY MS. HUDSON:

Q.  So I just want to confirm that the top of this page 091 is Mr. Greenstein telling you to send the notes to Mrs. Lively; is that right?

A.  Yes.

Q.  Okay.  Okay.  And then if you look down at the next text, on May 23rd at 6:53 p.m., it looks like you're texting Josh about plans for the next night.

What -- what did this relate to?

A.  I don't recall.

Q.  Okay.  And then if you scroll down to May 31st, 092, at 2:57 a.m., you say: I'm busy from 9 to 11 tomorrow, if you want to chat after.  But despite what the numbers say and feedback say or don't say, I really think we need to choose a cut and move forward.  And as it stands, I think Blake's is the stronger one to move forward with.  It just checked a lot more boxes for me, and I strongly feel she can work it to be the best film in edit s so that we can ultimately get to the best film

CONFIDENTIAL

Page 105

for the readers.  I appreciate the work put into this by everyone, but the back-and-forth at this point is going to hurt this movie beyond measure.  Let me know if there's anything I can do to convey my feelings wherever I need to convey them.

Was this accurately how you felt at this time on May 31st, that Blake's was the stronger one to move forward with and checked a lot more boxes for you?

A.  It -- it was, yes.

Q.  And at some point, did you begin discussing Book Bonanza with Mr. Greenstein?

A.  Yes.

Q.  So what was your thought for Book Bonanza with respect to the film?

A.  I had approached them about a year earlier hoping to show the film at Book Bonanza, but was told no.  That it was too -- I think that their reasoning was that it was too far away from what was supposed to be the release date or too -- honestly, I can't remember why they said no.

But then, as Book Bonanza drew closer and they realized that they were going to have a whole film they could show, they changed their minds, and so we began moving forward with plans to show the film at Book Bonanza.

CONFIDENTIAL

Page 120

Q.  Would you say you were collaborating on the edit by this point?

A.  Not in an equal way, but, yeah -- yes.

Q.  When you say "not in an equal way," what do you mean by that?

A.  I mean, I had never edited before; I had never worked in film, so, you know, I'd give her my opinions, but she was, more or less, the one who was doing all the work with the editor and had all those interactions, and I -- I just would tell her my thoughts and hope they ended up listening to them.

Q.  Did you spend time in the edit room with Mrs. Lively?

A.  I did.

Q.  And did you meet the editors that she was working on on the cut of the film for Sony?

MS. ZELDIN:  Objection.

THE WITNESS:  One of them was in the room with us; one of them was over Zoom.

BY MS. HUDSON:

Q.  And who was -- do you remember what their names was?

A.  Uh-huh.  Travis -- I don't remember his last name -- was in the room with us.

Q.  Was it Moore?

CONFIDENTIAL

Page 121

A.  Yes.  Loved him.

And, God, I'm -- Shane.

BY MS. HUDSON:

Q.  Shane Reid --

A.  Shane Reid.

Q.  Okay.

A.  Yeah.  He was the one on Zoom.

Q.  How many times would you say you were in the edit room with Blake?

A.  I believe I was there for five days, but I could be wrong.  I -- I don't remember counting.

Q.  And when you were in the edit room with Mrs. Lively, were the editors both there also?

A.  Travis was there.

Q.  And then --

A.  Shane would mostly do stuff, like, that they gave him notes on, and then he would work independently because I believe he was in LA.

Q.  And what was your contribution in the edit room?

A.  I sat with them and watched all the changes and was giving my opinion, and I guess whatever -- I -- I -- yeah, that's all I can think that I did.

Q.  I'm going to hand the reporter a document to be marked as Exhibit 19.

CONFIDENTIAL

Page 134

A.   Yes.

Q.   And dinner, is that the May 6th dinner --

A.   Yes.

Q.   -- that we talked about?  Okay.  All right.

And why was that dinner making you angrier every time you thought of it?

A.   I think because of -- of the way they spoke about Blake, and I -- I feel like I went into the dinner thinking that we were just going to have dinner, that it was a chance for us to get to know each other better. And instead, I ended up feeling like we only went to dinner so that they could tell me their opinions of Blake before I heard about what was happening.  And I felt like if I cut off communication with them, then they wouldn't have the opportunity to have those conversations with me again.

Q.   And Mrs. Lively, at 11:10 p.m. tells you: Next time we talk I want to hear it, because I find myself feeling guilty for pushing back so hard on them to make the best movie.  And I haven't shared with anyone my experiences with them until someone first comes to me horrified by their own experiences, and even then, I don't get into all of this.

Was that your experience with her, that she wasn't sharing all the details of what she experienced

CONFIDENTIAL

Page 153

Q.  No problem.

What -- if you take a look at the top of the page on 21267, there's a reference to an Instagram post here for Wayfarer Studios that posts an article that says "It Ends With Us Ending Explained: Why Justin Baldoni Changed Ryle's Fate."

Did you see that Instagram post when it was posted?

A.  Yes.

Q.  And did you have concerns about it?

A.  Yes.

Q.  And is this text exchange between you and Mrs. Lively you telling her about the concerns that you had with this post?

A.  Yes.

Q.  Okay.  And did you tell anyone else you had concerns with this post?

A.  Justin and Jamey.

Q.  And what did you tell them?

A.  I asked them to take it down because it was not true.

Q.  And what about it was not true?

A.  He did an article about how in the -- in the script and in the movie, he had Lily leave Ryle, and Ryle did not get custody and did not -- was no longer in

CONFIDENTIAL

Page 154

their lives, and it upset me because the online narrative at the time was very much against the females in the movie -- or not that -- that were involved in the movie.

Blake and I, Isabela were getting a lot of online hate, and I felt like Justin was posting things, and all the comments on it were about how great he is for talking about domestic violence and all this stuff while we were silent about it, and -- and this article, in particular, was very damaging for me because it made it look like I -- I should have, you know -- not that I should have written the ending differently, but that he chose to change the ending.  But I knew that wasn't true because after I'd written book two, we had many conversations about a potential second movie, and in order for there to be a second movie, he would still be part of Lily and the child's life.

And so I felt like this article and this interview he did was -- he did it to try to make himself look like he was aligned with what people were saying negatively about us and not actually speaking the truth in it.

BY MS. HUDSON:

Q.  Uh-huh.

A.  And so I asked him and Jamey if they could

CONFIDENTIAL

Page 155

please take it down because it -- it just wasn't true.

Q.   Uh-huh.

And what -- what was it that made you feel that Mr. Baldoni was sharing an article for the purpose of affecting the conversation?

MS. ZELDIN:  Objection.

THE WITNESS:  I --

BY MS. HUDSON:

Q.   Well, if I mis-summarized that, feel free to correct me.

A.   I -- I felt like, at this point in time, the movie had released; it was doing really well.  But stuff just suddenly started popping up online negatively about Blake and -- and me and -- and the way we marketed the movie, and it was all just really shocking, and I think the most shocking thing was -- was how silent Justin was about the online abuse the women in the movie were getting.

Q.   Uh-huh.

A.   And this was -- to me, went against everything he would preach about supporting women, and I felt very much disappointed that the -- the people who made this film were staying silent when especially Blake was getting so much online hate, and a lot of it was about the flowers and her wearing floral jeans, and I just

CONFIDENTIAL

Page 156

didn't understand why all of that was being said when Justin and I made bouquets, and -- and, you know, like, this was his movie, and I'm sure he approved the marketing plan and -- that we went along with.

And so I -- I was very confused why the things that we were being vilified for were -- were not being defended --

Q. What --

A. -- or set straight.

Q. What would you have wanted Mr. Baldoni to do?

MS. ZELDIN: Objection.

THE WITNESS: It would have been nice if he or Sony or Jamey, you know, like, shared the marketing plan and like -- literally, like, I -- I showed up and did all of my PR and worked my ass off -- excuse me -- and I -- I felt like -- oh, and when I say that, I mean about the PR -- and I -- I read a teleprompter a lot of times. I did exactly what I was told to do, but then, afterward, you know, a lot of the stuff we talked about in interviews, we did at the press junket, a lot of things about domestic violence, like, they were just not shared anywhere.

And so we were -- online, it made it look like we were completely ignoring the subject and -- and were having fun and playing with flowers, and it just

CONFIDENTIAL

Page 157

felt very unfair that -- that the women were being

vilified for the things that I also saw the men do.

BY MS. HUDSON:

Q.   So did you share your feelings about

the -- this specific article with Mr. Baldoni?

A.   Yes, I did.

Q.   Did you share them with Mr. Heath?

A.   Yes.  It was a group text.

(Exhibit 27 was marked for identification.)

BY MS. HUDSON:

Q.   I've handed you what we marked as Exhibit 27.

Exhibit 27 is a series of texts Bates-stamped Hoover

0237 through 256.

And, Mrs. Hoover, based on the way that

this folder was produced by your counsel, our

understanding is that these are -- this is the complete

text chain that you have in your possession between you,

Mr. Heath, and Mr. Baldoni as a group text --

A.   Yes.

Q.   -- is that correct?

A.   Yes.

MS. HUDSON:  And, Mr. Stinson, did you

check that at the lunch break?

MR. STINSON:  Yes.

MS. HUDSON:  Okay.

Page 174

confirm that what follows Mr. Baldoni's response on 252 is your response to him.

A.   It is.

Q.   Okay.  And that continues through 255?

A.   Yes.

Q.   All right.  You can set that aside.

I'm going to -- let me just ask you a question: You mentioned this negative online commentary directed towards the women of the film --

A.   Uh-huh.

Q.   -- at this time, August of 2024.

Did you experience that yourself prior to the premiere on August 6th?

A.   No.  It was -- it was -- it was pretty sudden and shocking, to be honest.  I mean, I experience negative stuff online all the time.  But if you're referring to, you know, like, the negative commentary regarding the marketing and all that stuff, that was all new.

Q.   And had the marketing changed at all in terms of the themes?

A.   I mean, it was pretty much done by the time the movie came out.  I didn't do any more marketing after that.

Q.   But the types of, you know, florals and things

CONFIDENTIAL

Page 175

along those lines that were being marketed after the film premiered and following, were they any different than what you had been doing at Book Bonanza, for example, or in any of the other promotional experiences you had participated in?

A.   Not that I know of.  But after the premiere, when everything started kind of going south online, I'd just stay offline.  So I don't know if there was -- how they marketed things online.  I just -- I don't have knowledge of -- of much after the premiere.

Q.   And the negative online -- can you tell me more specifically what you were experiencing?

A.   Just when I would try to post about the movie, a lot of attacks and -- and comments that I wasn't used to, you know, along the lines of Justin -- my having unfollowed Justin.  People were curious about the dis- -- like, what the discourse was.  And then people were starting to express that they were upset by the absence of Justin in -- in some of the promo. And -- but you know how the internet is.  They can't say it in a kind or concerning way, so it was just a lot of attacks.  And then also just all the articles that were out there about everything related to the movie that were negative.

Q.   At some point, did you delete your Instagram?

CONFIDENTIAL

Page 298

person, who was by me duly sworn to testify the truth concerning the matters in controversy in this cause;

And that the examination was reduced to writing by computer transcription under my supervision; that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

Given under my hand and seal of office on this 30th day of September.

*Kari J. Behan*

KARI BEHAN, CCR, CSR
Texas CSR NO. 8564;
Expiration Date: 7-31-2026
VERITEXT LEGAL SOLUTIONS
Firm Registration No. 571