# EXHIBIT 6

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 57 | Date Range: 5/23/2023 - 5/24/2023 |

### Outline of Conversations

 **BL-FullMessages-0031228** · 57 messages between 5/23/2023 - 5/24/2023 · Liz Plank
< ████████ > · ?B? < ████████ >

ATTORNEYS' EYES ONLY                                        BL-000021653

**Messages in chronological order** (times are shown in GMT -04:00)

💬    **BL-FullMessages-0031228**

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/23/2023, 11:21 PM
You in any?

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/23/2023, 11:21 PM
NY?

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/23/2023, 11:55 PM
sorry just getting out of dinner i'm in LA!

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/23/2023, 11:55 PM
was just thinking about you. how's your heart!

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/23/2023, 11:56 PM
Noo did you move there?!?

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/23/2023, 11:56 PM
Sophia told me today you were

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/24/2023, 12:03 AM
yes i did move for this armchair show i'm launching but i'll be back in nyc all the time!

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/24/2023, 12:03 AM
i just moved last week it's all new

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/24/2023, 12:04 AM
how are you i hope things are easier for you can i support you in any way?

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/24/2023, 12:07 AM
Congratulations!

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/24/2023, 12:08 AM
Sad for Ny and us to lose you

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/24/2023, 12:08 AM
I was gonna invite you to set tomorrow.

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/24/2023, 12:08 AM
These people.

\#    **?B?** < ▮▮▮▮ >                                    ◄ 5/24/2023, 12:08 AM
Whoa

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/24/2023, 12:12 AM
oh man i would have loved to

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/24/2023, 12:12 AM
you need your people

LP    **Liz Plank** < ▮▮▮▮ >                              ► 5/24/2023, 12:13 AM
based on what you've told me it sounds so nuts i'm so sorry you have to deal with it.

2

ATTORNEYS' EYES ONLY                                    BL-000021654

\# ?B? < _____ >  ◀ 5/24/2023, 12:15 AM
It's like HR nuts today

\# ?B? < _____ >  ◀ 5/24/2023, 12:16 AM
The both of them

\# ?B? < _____ >  ◀ 5/24/2023, 12:16 AM
I wasn't expecting that turn

\# ?B? < _____ >  ◀ 5/24/2023, 12:16 AM
I mean it's been present but today I came home and cried

\# ?B? < _____ >  ◀ 5/24/2023, 12:18 AM
R is outta town or I would drag him to set w me tomorrow. Bc you called it. I need my people. The next most intimidating person to them and grounding to me is you. 🙂 you lucky duck. You got outta my sos set visit plea

LP Liz Plank < _____ >  ▶ 5/24/2023, 12:20 AM
what?! that's so insane

LP Liz Plank < _____ >  ▶ 5/24/2023, 12:21 AM
i'm so sorry i hate knowing you're going through this. should i get on fucking plane!?!!!

>\# ?B? < _____ >  ◀ 5/24/2023, 12:22 AM
You're the best.

>\# ?B? < _____ >  ◀ 5/24/2023, 12:22 AM
😂

LP Liz Plank < _____ >  ▶ 5/24/2023, 12:21 AM
you're right that they would act totally differently around R but it shouldn't take that!!

LP Liz Plank < _____ >  ▶ 5/24/2023, 12:21 AM
i hate this so much

\# ?B? < _____ >  ◀ 5/24/2023, 12:22 AM
It shouldn't. But it would.

LP Liz Plank < _____ >  ▶ 5/24/2023, 12:22 AM
i just hate that they're like cornering you like this? it feels so manipulative

\# ?B? < _____ >  ◀ 5/24/2023, 12:23 AM
They're not cornering me

LP Liz Plank < _____ >  ▶ 5/24/2023, 12:23 AM
do they want to ruin their own movie i truly don't get it

\# ?B? < _____ >  ◀ 5/24/2023, 12:23 AM
They're just being creeps

LP Liz Plank < _____ >  ▶ 5/24/2023, 12:23 AM
my blood is boiling!!

\# ?B? < _____ >  ◀ 5/24/2023, 12:23 AM
Like keep your hormones to yourselves. This is not mine. I don't want it. I don't want you gaze or words or tongue or videos of your naked wife

\# ?B? < _____ >  ◀ 5/24/2023, 12:23 AM

3

ATTORNEYS' EYES ONLY

BL-000021655

Yeah

| # | ?B? <██████> | ◄ 5/24/2023, 12:24 AM |

It's shocking

| # | ?B? <██████> | ◄ 5/24/2023, 12:24 AM |

Clowns

| LP | Liz Plank <██████> | ► 5/24/2023, 12:24 AM |

wow omg yes can't they just let women work

| LP | Liz Plank <██████> | ► 5/24/2023, 12:25 AM |

and don't they have any idea of what it would mean for them to be doing this....i just find it so puzzling

| LP | Liz Plank <██████> | ► 5/24/2023, 12:25 AM |

i hate that they made you cry 😭

| LP | Liz Plank <██████> | ► 5/24/2023, 12:26 AM |

i keep thinking i should have been more direct with the level of dysfunction, i thought maybe things had gotten better

| LP | Liz Plank <██████> | ► 5/24/2023, 12:27 AM |

and i know you already know this but none of this is your fault, none of its

| LP | Liz Plank <██████> | ► 5/24/2023, 12:27 AM |

you didn't do anything

| # | ?B? <██████> | ◄ 5/24/2023, 12:27 AM |

I appreciate that but don't hold that. I think I needed to do this movie. For me. In spite of them

| # | ?B? <██████> | ◄ 5/24/2023, 12:29 AM |

You warned me. Not to this level. But I saw there was more and you were in a tricky situation. Not wanting to be responsible for me regretting anything. Doing the movie. Or not doing the movie. You only considered my heart. I saw that. Not theirs. Or yours even. I saw that. And I chose to face it

| LP | Liz Plank <██████> | ► 5/24/2023, 12:30 AM |

well i appreciate that but i also think they've never met their match. like i put up with a lot, most women do and you're not and i'm sure that's making them go even more nuts

| LP | Liz Plank <██████> | ► 5/24/2023, 12:30 AM |

you're confronting them to have to see who they really are

| LP | Liz Plank <██████> | ► 5/24/2023, 12:30 AM |

and that's their worst nightmare.

| LP | Liz Plank <██████> | ► 5/24/2023, 12:31 AM |

you're meant to take this on because you're strong enough to!

| LP | Liz Plank <██████> | ► 5/24/2023, 12:31 AM |

even though i wish you didn't have to

| LP | Liz Plank <██████> | ► 5/24/2023, 12:33 AM |

i've also purposely stayed out of it and haven't asked or talked to them at all about the film because i'm standing by you regardless, but i'm more than happy to get involved and slam some knuckle heads together

| >#  | ?B? <██████> | ◄ 5/24/2023, 12:35 AM |

I'm good. I just wish you could come and witness it. Xx

ATTORNEYS' EYES ONLY

BL-000021656

\#     **?B?** < ▮▮▮▮▮ >       ◄ 5/24/2023, 12:34 AM

They're clowns. And actual dummies. I don't know how their asses haven't been handed to them often.

You inspire me every day to speak the truths. You are in big part why I feel empowered to face them and why this hasn't uprooted me because I came into it knowing.

I'm gonna go to bed now. Wish you were here. And thank you for saying all this. You're the best of friends.

I'm so happy for you. Congrats on your new show. I hope you spend your energy on that and not ever again with anyone who drains any bit of you.

\#     **?B?** < ▮▮▮▮▮ >       ◄ 5/24/2023, 12:34 AM

Laughed at "i've also purposely stayed out of it and haven't a…"

LP     **Liz Plank** < ▮▮▮▮▮ >       ► 5/24/2023, 12:48 AM

i've thought the exact same thing it's astounding they have gotten away with so much. you inspire ME in more ways than you can possibly imagine blake and i'm sorry you have to fight this.

get the rest you deserve, take care of your garden, and don't doubt your doubt. they can't take any of your magic away from you even if they wish they had even an ounce of it.

and i'm here for you. consider me your get-on-a-plane-if-you-say-so type of friend. text me tomorrow and if it's too much you let me know. i'm here ❤️

\#     **?B?** < ▮▮▮▮▮ >       ◄ 5/24/2023, 9:56 AM

I love you. You're the very best. ❤️❤️❤️

ATTORNEYS' EYES ONLY       BL-000021657