# EXHIBIT 9



BL-000007546

richer. If only my biceps were an inch bigger, my dick an inch bigger, my brain forty points more on an IQ test. If only I had more money, more friends, more stuff. If only I did this, or had this, or was this, then it would be enough. Then I would be enough. And yet it never is. And it never will be.

## An Invitation

If you are here to learn about the history of masculinity and how we got here, how to fix your life, or how to be a certain way to impress someone, then you picked the wrong book. This isn't an academic treatise or a motivational self-help book. I don't need to tell you to start your day off with a victory by making your bed when you wake up in the morning, although I love those books and always thought that my first book would be just that. But instead of writing a motivational book, I am writing an invitational one. I am sharing my story in hopes that it invites you into yours. I am asking questions of myself in hopes that together the collective "we" can ask those same questions. Like, "Why did I say that?" "Why did I react that way when she said that to me?" "Why the hell am I so pissed?" "Will they ever find out I'm full of shit?" "Why am I unhappy when my life is awesome?" "Why did I keep asking after she said no?" And the hundreds more questions I have asked myself over the course of my thirty-six years on Earth. To this day, asking questions of myself is the tool I use the most to dig deeper, to learn, to discover, and to navigate roadblocks on the path from my head to my heart.

If you had told me a few years ago that I would be writing this kind of book, with a focus on masculinity, I would have laughed. Not at you, but at the prospect of me. After all, it was only a few years ago that I even began my public and private journey to explore masculinity. The truth is, none of it was planned, and it still boggles my mind that we live in a world where simply by changing our Instagram bios, we can stumble onto our purpose. Here's the short version of how I got here. After my daughter, Maiya, was born, I found myself with a lot of thoughts, ideas, and questions and nowhere to really share them. So, like many, I turned to social media and used it as a public diary of sorts. Instead of just posting pretty pictures and sharing the highlight reel of my life, I wrote long captions and waxed poetic about life and love. I talked about my wife and how in awe of her I was, and got real about marriage and the challenges that come with it, as well as all the hopes and dreams I had for my daughter.

It didn't take long for various (female-facing) press outlets to pick up my posts and to quickly label me as a feminist fighting for gender equality. In fact, it

BL-000007561

happened so quickly that I hadn't even realized that's what I was or was trying to do. At first this was honestly just me sharing my heart, but it became clear that while men take up our fair share of space in the world, the sharing of hearts and feelings was an area that could certainly benefit from having more men in it. Shortly after, I decided to go all in and create the show *Man Enough*, where I gathered a bunch of friends together and had public conversations on camera that I had never seen men have—conversations I wish I had had a chance to watch as a young man. When I started asking those questions of myself a little more publicly, that's when I got the big call: the invitation to do a TED Talk. But not just any TED Talk, a speech about masculinity at TED Women. The invitation alone was more than humbling; it was daunting, and one that I wanted to turn down. My wife was pregnant, my son was due just a week before I would be scheduled to give the talk, and I was acting full-time in *Jane the Virgin*. My first instinct? Say no. What do I have to offer? I should step back and make space for a woman, right? It is a conference about the power of women, after all, and a woman I'm not. I wanted to turn it down because I was at the beginning of my journey, not the middle and not the end, and I was not ready to share my thoughts because I didn't even know what thoughts were! At the time, so many people were putting me on a pedestal like I had some secret ingredient that could help men become better, and that in turn could help women, but that pedestal made me extremely uncomfortable because I was honestly just doing the bare minimum yet that was still separating me in some ways from other men. I was so confused; how could I help other men when I was having a hard time even helping myself? And more than anything else, I was aware the higher that pedestal gets, the harder the fall. I hate pedestals.

But what's most true is that I wanted to turn it down because I didn't think I was good enough.

Boy, did that feel familiar. I had spent the better part of my life becoming good friends with that feeling of inadequacy. I knew it well—what it felt like, what messages it told me, how it always traveled with shame. And I had started learning what it had to teach me. For me, fear, inadequacy, and shame are the ultimate challenges; they are invitations to lean in, to get closer, and to practice being comfortable in the uncomfortable.

What did it look like to lean in? In this situation, it meant saying yes to a TED Talk when shame and fear wanted me to say no. And that "yes" meant that I was also telling myself it was okay to not have all the answers, it was okay to not have read all of the research, and it was okay to be learning in real time.

It was enough just to be me. To speak from where I was in that moment in my journey without offering any solutions, just my story.

BL-000007562

And yet I wanted to quit multiple times and almost did, because I felt that the risks were greater than the rewards. I was nervous I would actually hurt the women's movement by saying something wrong or offensive, plus I knew my work was with men and not women. I also knew that few men would even find the talk unless a woman in their lives showed it to them. It wasn't until I finally reframed doing the talk as a challenge to myself—was I man enough to take this risk?—that I actually committed to not quitting. How messed up is that? To use a term historically used to put down and keep us in a socially constructed box, a phrase that encourages unhealthy competition, unhealthy relationships with other men, and ourselves. To use that same phrase to get myself to show up for a talk where I dismantled and repurposed that phrase to challenge men to be better than I was being in that very moment. But that's okay because it taught me what I knew I needed. It taught me that my socialization, my baggage, the programming and lessons that have come from all over the world and have been ingrained in me for as long as I can remember weren't my fault and could be used for good as well if we are willing to say yes to the invitations. The poison when repurposed can also become the medicine.

I just realized that I'm talking a lot about a speech that you have probably never seen. Since so much of this book is inspired by it, here is my 2018 TED Women Talk in a nutshell:

- As a man I realized much of my masculinity was performative, and for years I had been acting and pretending to be a man I'm not.
- I believe in the "radical" idea that women and men are equal.
- As men we shouldn't be afraid of the parts of us that society deems "feminine," aka "weak."
- Much of what I learned as it relates to performative masculinity I learned from my dad, who I realized learned it from his dad. Or I learned it from my male peers, who learned it from their dads. We pass down scripts generationally. We must break the cycle.
- As men we need to use our strength and bravery and other traditionally masculine traits to explore what's in our hearts. Basically, all the other parts of ourselves we probably wouldn't put on our résumés or social media profiles. Things such as being sensitive, vulnerable, and good listeners.
- Let's just shut up and finally listen to the women in our lives.
- Oh, and my dad, whom I secretly resented for years because of his predisposition to sensitivity, is also the reason I learned how to use my heart in place of my fists as a boy and now as a man. So while he's not perfect, which I will unpack in later chapters, he's pretty damn special, and I

4

BL-000007563

boy, do I see her. I gently call her name to get her attention. She looks over and we catch eyes. She smiles. I smile. Time slows down and then quickly speeds up again. We begin to talk. She tells me that she's been on quite the journey this year. She shares with me some thoughts she's been having, something about a mentor that she's had, and mentions that she's been on a pretty deep spiritual journey. My heart drops. I hang on her every word and feel what I can only describe as a knowing, that there is more to this chance meeting than meets the eye, a knowing that this bright light and powerhouse of a woman could be my person, and I could be hers. Before we head our separate ways into the audition, I invite her to the Spiritual Talk. She comes to the very next one, and that begins the beautiful and uncomfortable journey of our love story.

Now, if this was a story made for the movies, it would effectively end there, leading the viewer to believe that we had those near-miss meetings because we needed to go on our own self-discovery journeys before we could reconnect, fall in love, and go on to live happily ever after. The reality? We would find our happiness in the work. In the discomfort. In the struggle. A happiness that doesn't just happen, a happiness that is earned and must be chosen each and every day.

## The Dating Years

From the outside looking in, our relationship was magnetic, sparks were flying, and it was often said how perfect we were for each other. From the inside looking out, it was true—the sparks were flying because our individual stories of insecurity, trauma, and conditioning were like two rocks constantly colliding with one another. As individuals we were being set ablaze by the real work of being in relationship, by the contradictions between our true selves and our conditioned selves.

Early on in our dating relationship, like *very* early on, when I saw her at that commercial audition, I had this deep knowing that Emily was my person, that she was the one I wanted to marry and build a life with. I can't quite explain how I knew it, but I did. It was different from any other feeling I had ever had before, and she was different than anyone I had ever dated, in many ways because she was the opposite of me but also because she challenged me and triggered me in ways I had never been triggered. It's kind of like when you find a new exercise to hit a muscle at the gym. The sorer you are the next day, the more you know that movement worked. That's how I felt about Emily. No matter how hard it was at the beginning, or how much I was challenged, it still felt right. It felt like

BL-000007726

growth, and even though it was uncomfortable, I believe that growth is always, *always* good. I really don't think I could name one thing in my life I love, or one experience I have had, that didn't come with some form of discomfort or growth. The two are inextricably linked in the best way, and nowhere is it more present than in our relationship. In many ways it was our challenges that confirmed my initial knowing that she was my person. The problem was that we are two distinctly different people, and my experience wasn't hers. Longer story shorter, she didn't feel the same way about me. At least not at first. Emily was cautious and tentative, and didn't always know what to make of me and the figurative "us" despite what the outside world was telling us. In fact, our date and subsequently our first kiss are perfect examples of how those first several months of dating went for each of us. On our first date I had taken her hiking in search of waterfalls. Our intention was to find one, but we were both on board with simply getting lost together. I was nervous but excited. I wanted to make her laugh, but that morning I just didn't feel funny. I was intimidated by her self-assuredness and graceful power. I wanted to act like I was comfortable hiking and in nature, but deep down I knew I was a city boy, and I knew she could sniff out any trace of inauthenticity or insecurity I was feeling. I remember wanting to be so much more than I was, because I thought that she needed so much more than I was, and yet trying to convince myself in real time that who I am was enough for her. The sun was shining when we started the hike, but eventually the rain came. To me the rain was a get-out-of-jail-free card from the heavens. I think it relaxed us both. At one point we sat down on a log near a creek. There was awkward silence. I had been thinking about how I could overcome my nerves and kiss her. *Should I ask her or just find the moment and do it? Do I need consent? Is she someone who wants me to just man up and take charge, or would she respect my asking her permission?* All of these thoughts were attacking me like a swarm of angry bees, and finally I just did what my soul felt was right and asked her. She looked at me, hesitated for a second, and then with a small smile said yes. *What was that moment of hesitation? Was she judging me? Did she think I was weak? Shit, I should have just done it and risked rejection. Was she just being nice because we had been hiking for an hour and it would have been super awkward if she said no? Fuck! Shut up, Justin! Do it!* So I leaned in, kissed her, and she kissed me back. It was magic. Or was it? I could have sworn I felt this electricity between us. Sure, it wasn't perfect, but it was sweet, and I for sure felt something magical. I would later find out that she felt absolutely nothing.

As I said earlier, in my faith we are encouraged to investigate character when we are dating, not to rely solely on a wild, passionate physical relationship, as

BL-000007727

we know that the chemicals in our brain can often cause confusion between what we are feeling at the moment and what we know to be a lasting truth. With Emily, what was so odd was that despite how "attractive" the outside world thought we were, both individually and as a couple, our physical connection was almost nonexistent. We struggled in that department. Big time. Call it a polarity issue, or as men in the hypermasculine workshops I started attending in my desperation would call it, an imbalance of our feminine and masculine energies. I read every book I could get my hands on and went through the obligatory David Deida men's group workshops to try to find that inner masculine warrior. Nothing seemed to work. Regardless, just to be very candid, Emily simply struggled with her attraction to me. Now, as I write that, part of me wants to put it in all caps and say something like . . . TO ME? SERIOUSLY? SHE SHOULD BE SO LUCKY! But that's my ego talking and masking what is really an insecurity triggered by a powerful woman. The truth is that the issue wasn't just about physical attraction, it was rooted in something deeper, something I was doing, an energy I was giving off that, when mixed with Emily's wounds and triggers—ones that many women share—created a massive polarity problem. It wasn't as simple as the masculine/feminine dynamic; it wasn't going to be fixed with books and workshops and tapping into my inner alpha. I tried it all. I did it all. It was something deeper. So, yeah, fellas, it's true—my girlfriend, the woman I thought and knew was the one, wasn't physically attracted to me.

Okay, so the fact that I even wrote that last paragraph makes me immediately want to go back and delete it, to tell the fairy-tale story, not the real one. But I can't, because leaving this part of the story out would do a disservice not only to the people I hope read this book, but also to myself. It's part of our story, and I shouldn't be ashamed of it, and neither should she. The fact is we are here now. We have overcome and conquered so many of these issues that it would be a shame not to talk about them for the benefit of other couples who could be, and more than likely are, experiencing similar things.

I'm a passionate person, if you couldn't tell already. When I see something I am drawn to, I become fixated on it. Whether it's a gadget, a piece of workout equipment, or even an idea, I learn everything I can about it, I try to become an expert on it, so much so that it can even come off as obsessive (and oftentimes it is obsessive). It's one of my greatest weaknesses and also one of my greatest strengths, as it's one of the reasons I've been able to find success in multiple creative fields and businesses. (I also recently found out that I'm an Aquarius with a moon in Scorpio, which evidently explains all of it, even though I have no idea what that actually means.) But that passion can also come across as overbearing intensity when it's transferred from a thing or a hobby and onto a

BL-000007728

person. Here's a small example that contributed to our polarity issues. Early on, if Emily and I were at a party, I would have almost no interest in hanging out with anyone else at the party; the only person I wanted to be around was Emily. I was completely smitten, and regardless of who I was talking to, I'd always look around to see where she was and then find my way over to her. Our relationship was new and exciting, and I couldn't get enough of her. Little did I know that many women experience that as smothering and needy behavior. Two things that do not go over well, especially when you are dating a strong, independent woman who is not used to dating a sensitive and emotional man.

So while I thought I was being charming and making her feel secure in my attraction and desire for her, I later learned it was actually having the opposite effect. Emily often refers to me as a little puppy during that time of our relationship. It was as if I couldn't be alone, and if she left my sight, she could feel me searching for her in the crowd, and it made her want to hide from me. And while puppies are cute, they are also annoying. I was so confused. My excitement and passion for her and the new relationship made me want her and at times even need her, which in turn made her feel claustrophobic and confused. This then pushed her away from me, which triggered my insecurities of not being enough and turned into a full-fledged trauma and insecurity crisis.

The more I dug into this later, the more I realized there were two things happening for me. For one, I always thought that as an emotionally available man, I should make sure—especially at a party—that the woman I was with felt my attraction to her and that she would want me to publicly demonstrate it. I had been in relationships where the opposite happened, and I was yelled at by my previous two girlfriends for not paying enough attention to them, or for being more interested in other people at the party (there was definitely truth in that). This is something that I know a lot of other men get confused about. One woman may want us to behave or interact one way while it may turn another woman off. Both are completely valid, and in the same way we can't clump all men together, we also can't clump all women together. This is why it's important for us men not to play roles and put on different masks, but instead to be true to ourselves and listen to our intuitions and at the same time listen to the people in our lives while getting feedback in real time. If we don't, we end up with no foundation, and the second a strong woman sniffs us out she will run in the opposite direction because she knows we aren't acting out of love but out of fear—fear that our instincts, that we as men, aren't enough. As it relates to my behavior at those parties, if I really think about it, in addition to doing what I assumed all women wanted, some of that behavior was also stemming from insecurity. I wanted, as a man, to "claim" her publicly, as on some level I knew it would

BL-000007729

make me feel more like a man. I mean, she was a ten in my eyes, and what man doesn't want a ten wrapped around his arm? As a man, I wanted to make sure that all the other men in the room always knew she was with me. I also didn't want to give in to the bad-boy bullshit and feign emotional distance or pretend I didn't want to be near her and put on an act to give her space to want me. I read all those dating books too, and while some of it may work, none of it creates fertile soil for a long-lasting and healthy relationship. This was my person, not a fling and not someone I was trying to conquer. If she was going to reject me, I wanted her to reject ME, not whatever guy I was pretending to be. So I took a shot, threw caution to the wind, and just went for it. But I definitely didn't do it perfectly, as no matter how hard I tried to show up as my authentic, vulnerable, passionate self, I was still finding myself plagued with feelings of inadequacy, fear, and doubt. None of which acts as good fertilizer.

And just as a warning, the opposite scenario is also possible and happens all the time. Men go to parties and ignore their partners and talk to others to show they are independent and free. While that in some ways might manipulate a woman to temporarily want a man more, it's just that, manipulative, and eventually that wears off and the relationship is again left with no foundation to build on. Nothing good comes from intentionally manipulating anything or anyone.

Another thing that I did that many of my friends have done is this: we take what didn't go right in our previous relationships (which, for us, weren't the right relationships to begin with) and we apply what we think we learned to the new relationship with who we hope is the right person. But what we forget is that every relationship, like every person, is completely unique. The only common variable is you, and the odds are that you will make the same mistakes over and over again no matter how many times you tell yourself you won't. This is because you are a human being and you, like me, regardless of your gender, are living out your childhood stories (traumas and all) in your relationships. In this case for me, something that seemed as simple as going out of my way to be near my new girlfriend at a party and make sure she knew I was proud to be her man, ended up being one of many ingredients that over time mixed together to create a recipe for a loss of physical attraction.

Physical attraction aside, our spiritual connection and faith were the glue that kept us together. We had moments of bliss where our chemistry was undeniable and moments that, from the outside looking in, would have been signs that it was time to end it. But as with any close, intimate relationship, there were so many wounds, so many narratives in our heads from previous experiences and past traumas, that kept rising to the surface. These kept causing a disconnect from

BL-000007730

that free and deeper connection. While we were dating, both of us felt like we were continually triggering each other's insecurities to the point where we even had some people in our close circle of friends tell us that dating wasn't supposed to be this hard, that we should still be in the honeymoon phase. In fact, both her closest friends and a few of mine, at multiple points in our relationship, told us that we would probably be better off as friends and that it wasn't going to work.

I want to talk briefly about this mythological expectation our culture likes to call the "honeymoon phase." First of all, I believe this is a modern idea; after all, arranged marriages were pretty much the rule for most of human history. Also, the goal of marriage for much of history was not love, but babies—reproduction for the sake of having a child or children to pass your property and assets on to. So for a couple who had never had sex, suddenly to be married and told they had to produce babies, the "honeymoon phase" was supposed to be a time of passion, but with a goal in sight.

Have you ever noticed how we portray relationships in TV and film? As a filmmaker I can tell you that there's a time-tested formula to ensure success. It starts out with a "meet cute," where two opposites fall in love against the odds. The sex is amazing, the friends who are all single are jealous, and the married friends all wish to be transported back in time to when their relationship was fresh and sexy. Then a shoe drops. Something goes wrong. A secret is revealed, one person sabotages something. Trauma and pain come out, and the two split up. One person realizes their mistake and how their past led to this mess and tries to get the other back. It's generally too late. It's not until they are gone that they realize what they lost. Cue the sad music and emotional montage. But it's not over. All good things are worth fighting for. The other person is also miserable. Maybe one is in a relationship with a new person, but they aren't happy. Everything reminds them of the one they lost. They are both thinking of each other. Was their relationship worth saving? Breakups aren't ever easy, as a heart doesn't break evenly. Finally, in a thrilling heroic act of love, one person puts it all on the line for the other and they end up happily ever after. But do they? Or is that just where the movie ends?

The whole idea of the honeymoon phase as a theory is actually meant to be the opposite of the way we interpret it. It is supposed to teach people that even though relationships start out exciting, passionate, and sexy, eventually the real work will begin, and much of that excitement and passion will fade away. So in reality the honeymoon-phase idea is to point out the illusion rather than suggest that it is supposed to start off with rainbows and butterflies. I would argue that the problem is most of us now have somehow been socialized to think of the honeymoon phase as something that is normal, expected. Therefore, if the

BL-000007731

relationship doesn't start off amazing, then there must be something wrong. That's why, regardless of the intention, I think the idea is actually doing far more harm than good. It might be far better if we flipped it and stood it on its head. What if the expectation of the start of a relationship was the opposite? What if it was expected to suck? That the start was supposed to be messy and uncomfortable? What if sex was replaced with conversations? What if instead of going out and drinking we got to know each other's wounds and past trauma? What if a great date was actually a deep therapy session where both parties discovered an underlying trigger that kept them stuck in the same cycle as their parents? What if uncomfortable conversations about raising children, religion, political beliefs, and finances replaced Netflix and chill?

One of my favorite quotes about dating and marriage comes from 'Abdu'l-Bahá, when responding to a question from a man about whether he should marry a certain woman. 'Abdu'l-Bahá responded with something so simple and yet so profound that I believe it applies to everyone, regardless of gender or sexual preference. He said, "Before choosing a wife, a man must think soberly." Soberly. Think about that. In many ways during the dating phase in modern society we become drunk on love. Drunk on the chemicals and endorphins. Addicted to the person we are with. It's one of the reasons breakups are so hard and often go so poorly. We don't know how to live without that person, as we have made that person our world. Instead of us being whole and finding a partner to complement us, we look for partners to complete us. We are actively dating to fill holes and voids in our life with other imperfect people looking to do the same. We aren't thinking soberly at all, but the opposite. Then a few years into the marriage—and often even sooner—we sober up, and that's when it all seems to fall apart. But what if we could date soberly? What would that look like? Sure, maybe it doesn't have to be as extreme as turning dating into therapy, but I do think there's something about vulnerability, transparency, and honesty that feels synonymous with sobriety as it relates to dating and the investigation of character of the person you want to make a life partner.

I say this because eventually everything I listed above will have to happen at one point or another in a marriage or any long-term relationship. All of those uncomfortable conversations will need to happen. The sex will slow down. Bodies will change. Both people will age, unless you are Paul Rudd, because Paul Rudd doesn't age. Loss or financial hardship will eventually happen, and the relationship will be tested. If all we have is a house that is made to look good on TV, when the real shit hits the fan and difficult conversations begin, there's not much that's going to keep the house from blowing over. Think of it like the big, bad wolf huffing and puffing those first two houses down with ease. He

11

BL-000007732

didn't meet his match until he came to the house made of brick. We need to be conscious of what we are using to build our relationships—our houses—out of, especially in this on-demand swipe culture where the illusion of happiness and the grass-is-greener mentality are simply a few clicks away.

So while Emily and I may not have had the stereotypical honeymoon phase, I'm now eternally grateful for it because we were able to build a foundation that has carried us through nine years of being together, seven and a half years of marriage (at the time of writing this book), and into parenting two children together. Speaking of houses, a few years ago Emily and I bought our first home together and completely remodeled it. We gutted it and stripped it down to its foundation. We left some of the frame and the roofline and then reinforced the existing foundation and built it up from there. Looking back, I can see how our dating relationship was a lot like the beginning of remodeling our home. It was looking at the walls that were in place and figuring out which ones needed to come down to create the room we needed. It was digging in and doing the hard labor to tear them down and, when we hit problems, working together to find a solution. It was going through every detail of the design and figuring out where it could be more open. If we needed something we weren't thinking about or needed to maximize the space, it was digging into and under the foundation and calling in experts to help us fill the cracks. And it was constantly and continually reaffirming that our home had good bones, that it was going to be beautiful— that it *was* beautiful—even before we touched it, when it was covered in shitty wallpaper and had nonworking toilets, even when there was nothing left except the beams. (In fact when we got to the point where all the beams were exposed, we had some of our closest friends and family write prayers and affirmations on them so their words would live forever inside the foundation of our home.) Oh, and if you want to really test your marriage, then buy a fixer-upper and do what we did. You'll find that at many points in the remodel process, your marriage will start to resemble your home. But if you hang in there, the result, just like the house, will be beautiful. That's also where the work begins. You never stop working on your home, and you never stop working on your marriage.

When we can get beyond our conditioning, our egos, our learned behaviors that cause us to react from a place of wounding, what we had and have is really fucking beautiful. Sure, it may not have been all fireworks and fairy tales all the time, but what marriage is? Our marriage continues to be grounding, connecting, and calm; it has sweat equity. It was and continues to be hard, but boy, is it worth it. Our dating life gave us so many opportunities to practice choosing our core selves over our conditioned selves, and even when we failed, there was room to come back to that choice. And by exercising that muscle of choice—by realizing

12

BL-000007733

that we had the power to choose love and not just be in love—we continually learned how to choose each other as well. I say this with the understanding that we are only seven years into our marriage and far from being experts and knowing how to do this. We definitely haven't arrived; we aren't perfect, and our way is just one way. Love and marriage are infinitely deep, as unique as the two souls who are in it together, and impossible to fathom, but little by little and day by day, we work on it knowing that it's truly about the journey, not the destination.

## Fuck the Fairy Tale

Don't get me wrong. I love a good fairy tale. I am a romantic at heart, and if over-the-top gestures could be a love language, it would definitely be one of mine. There is a very innocent, pure place in me that loves making the people I love, especially Emily, feel special. There is also a conditioned place in me that knows I'm really good at creating magical experiences for people and that I have to be careful not to use it to my advantage or rely on it when I'm feeling insecure and need a win. I know how to be Prince Charming because Prince Charming is one of the roles society told me I needed to play. And while I may not know exactly how to sweep a woman off her feet and into my arms in a ballroom dance (although I have faked it plenty of times on TV), I could most definitely put on a choreographed parade for her without the help of a magical genie.

Fairy tales, like masculinity, like gender construct as a whole, taught us that love looks and feels a certain way. As I highlighted earlier, older Disney films, all based on folklore, taught us that there is a damsel in distress, a woman who needs saving, and that there is a knight in shining armor, a man who comes to save her. All that to say, I have probably seen both *Frozen* movies at least five hundred times, thanks to our kids, and I'm very happy they broke from the formula. Also, can we talk about why every children's movie ever starts with the death of the parents? I get that it's about finding our way and healing the wounds of our lost parents, but enough already. Give me some living parents, please. Opinionated, messy, living parents! Those relationships can at times feel even harder to heal, but when you start to heal them it's the greatest feeling in the world.

Most of the time in fairy tales, the man usually has his shit together and the woman is usually losing hers—that is, of course, until the calm, cool, collected man swoops in to rescue her from whatever evil witch is trying to take advantage of her virgin beauty and innocence. The result? Wedded bliss and happily ever

BL-000007734