# EXHIBIT 12

## Filed Under Seal