# EXHIBIT 14

## Filed Under Seal