# EXHIBIT 15

## Filed Under Seal