# EXHIBIT 16

## Filed Under Seal