# EXHIBIT 18

## Filed Under Seal