# EXHIBIT 19

## Filed Under Seal