# EXHIBIT 20

## Filed Under Seal