# EXHIBIT 21

## Filed Under Seal