**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>            Plaintiff,<br><br>      v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>            Defendants. | No. 24-cv-10049-LJL (lead case) |

**DECLARATION OF ESRA A. HUDSON IN SUPPORT OF**
**PLAINTIFF BLAKE LIVELY'S OPPOSITION TO DEFENDANTS' MOTIONS *IN***
***LIMINE***

I, Esra A. Hudson, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am an attorney admitted to practice before this Court, a partner with the law firm of Manatt, Phelps & Phillips LLP, located at 2049 Century Park East, Suite 1700, Los Angeles, CA 90067, and counsel of record for Plaintiff Blake Lively ("Ms. Lively") in the above-captioned action.

2.      I respectfully submit this declaration in support of Ms. Lively's Opposition to Defendants' Motions *in Limine*.

3.      A true and correct copy of text messages, dated June 4, 2023, produced by non-party Jenny Slate bearing the Bates stamp JS0000283, is attached hereto as Exhibit 1.

4.      A true and correct copy of excerpts from the transcript of the deposition of Isabela Ferrer, dated September 30, 2025, is attached hereto as Exhibit 2.

5.      A true and correct copy of excerpts from the transcript of the deposition of Alex Saks, dated September 24, 2025, is attached hereto as Exhibit 3.

6. A true and correct copy of text messages, dated May 29, 2023, produced by non-party Sony Pictures Entertainment bearing the Bates stamp SPE_BL0002023, is attached hereto as Exhibit 4.

7. A true and correct copy of excerpts from the transcript of the deposition of Colleen Hoover, dated September 29, 2025, is attached hereto as Exhibit 5.

8. A true and correct copy of text messages, dated May 23, 2023, produced by Ms. Lively bearing the Bates stamp BL-000021653, is attached hereto as Exhibit 6.

9. A true and correct copy of Ms. Lively's declaration in support of her Opposition to the Wayfarer Defendants' Motion for Summary Judgment is attached hereto as Exhibit 7.

10. A true and correct copy of excerpts from the transcript of the deposition of Kevin Alexander, dated September 29, 2025, is attached hereto as Exhibit 8.

11. A true and correct copy of excerpts of *Man Enough: Undefining my Masculinity*, a non-fiction book by Mr. Baldoni, originally published in 2021, and produced by Ms. Lively, bearing the Bates stamp BL-000007546 is attached hereto as Exhibit 9.

12. A true and correct copy of excerpts from the transcript of the deposition of Jed Wallace, dated October 9, 2025, is attached hereto as Exhibit 10.

13. A true and correct copy of excerpts from the transcript of the deposition of Melissa Nathan, dated September 29, 2025, is attached hereto as Exhibit 11.

14. A true and correct copy of text messages, dated August 14, 2024, produced by Melissa Nathan, bearing the Bates stamp NATHAN_000003972, is attached hereto as Exhibit 12.

15. A true and correct copy of text messages, dated August 13, 2024, produced by Melissa Nathan, bearing the Bates stamp NATHAN_000002524, is attached hereto as Exhibit 13.

16. A true and correct copy of text messages, dated August 14, 2024, produced by non-party Leslie Sloane, bearing the Bates stamp LS_0000354, is attached hereto as Exhibit 14.

17. A true and correct copy of text messages, dated August 14, 2024, produced by non-party Jonesworks LLC, bearing the Bates stamp JONESWORKS_00016309, is attached hereto as Exhibit 15.

18. A true and correct copy of excerpts from the transcript of the deposition of Jed Wallace, dated October 10, 2025, is attached hereto as Exhibit 16.

19. A true and correct copy of excerpts from the transcript of the deposition of Melissa Nathan, dated September 30, 2025, is attached hereto as Exhibit 17.

20. A true and correct copy of text messages, dated August 5, 2024, produced by non-party Katherine Case, bearing the Bates stamp KCASE-000004949, is attached hereto as Exhibit 18.

21. A true and correct copy of an excerpt from the transcript of a voice note from Jed Wallace, bearing the Bates stamp KCASE-000004957, is attached hereto as Exhibit 19.

22. A true and correct copy of excerpts from the transcript of the deposition of Katherine Case, dated September 30, 2025, is attached hereto as Exhibit 20.

23. A true and correct copy of excerpts from the transcript of the deposition of Steve Sarowitz, dated September 30, 2025, is attached hereto as Exhibit 21.

24. A true and correct copy of text messages, dated August 2, 2024, produced by Melissa Nathan, bearing the Bates stamp NATHAN_000005497, is attached hereto as Exhibit 22.

25. A true and correct copy of text messages, dated August 2, 2024, produced by Melissa Nathan, bearing the Bates stamp NATHAN_000005552, is attached hereto as Exhibit 23.

26. A true and correct copy of text messages, dated June 17, 2024, produced by non-party Mitz Toskovic, bearing the Bates stamp TOSKOVIC_000000677, is attached hereto as Exhibit 24.

27. A true and correct copy of an email chain with its attachment, dated July 31, 2024, produced by Mr. Heath, bearing the Bates stamp HEATH_000046882, is attached hereto as Exhibit 25.

28. A true and correct copy of text messages, dated June 17, 2024, produced by non-party Jonesworks LLC, bearing the Bates stamp JONESWORKS_00037247, is attached hereto as Exhibit 26.

29. A true and correct copy of excerpts from the transcript of the deposition of Warren Zavala, dated September 18, 2025, is attached hereto as Exhibit 27.

30. A true and correct copy of excerpts from the transcript of the deposition of Jamey Heath, dated October 8, 2025, is attached hereto as Exhibit 28.

31. A true and correct copy of excerpts from the transcript of the deposition of Andrea Gianetti, dated September 23, 2025, is attached hereto as Exhibit 29.

32. A true and correct copy of excerpts from the transcript of the deposition of Anne Carroll, dated September 25, 2025, is attached hereto as Exhibit 30.

33. A true and correct copy of excerpts from the transcript of the deposition of Vivian Baker, dated September 23, 2025, is attached hereto as Exhibit 31.

34. A true and correct copy of Wayfarer's Equal Employment Opportunities, Anti-Discrimination, Anti-Harassment, and Anti-Retaliation policy, produced by Mr. Heath bearing the Bates stamp HEATH_000034943, is attached hereto as Exhibit 32.

4

35.     A true and correct copy of Wayfarer's Respect in the Workplace: Preventing Discriminatory Harassment & Retaliation Training, produced by Wayfarer Studio bearing the Bates stamp WAYFARER_000142796, is attached hereto as Exhibit 33.

36.     A true and correct copy of an email exchange on April 6, 2023, produced by non-party Elizabeth Talbot bearing the Bates stamp 24-CV-10049_0002933, is attached hereto as Exhibit 34.

37.     A true and correct copy of an email exchange on May 8, 2023, produced by Ms. Lively bearing the Bates stamp BL-000038643, is attached hereto as Exhibit 35.

38.     A true and correct copy of Michael Robbins' Expert Report Part 1 dated October 16, 2025, is attached hereto as Exhibit 36.

39.     A true and correct copy of excerpts from the transcript of the deposition of Justin Baldoni, dated October 7, 2025, is attached hereto as Exhibit 37.

40.     A true and correct copy of text messages, dated August 13-August 14, 2024, produced by non-party Katherine Case, bearing the Bates stamp KCASE-000002821, is attached hereto as Exhibit 38.

41.     A true and correct copy of text messages, dated January 17, 2025, produced by Mr. Sarowitz bearing the Bates stamp SAROWITZ_000000969, is attached hereto as Exhibit 39.

42.     A true and correct copy of Jeffrey H. Kinrich's Expert Report dated October 17, 2025, is attached hereto as Exhibit 40.

43.     A true and correct copy of excerpts from the transcript of the deposition of Blake Lively, dated July 30, 2025, is attached hereto as Exhibit 41.

44.     A true and correct copy of text messages, dated November 12, 2023, produced by Mr. Baldoni, bearing the Bates stamp BALDONI_000026193, is attached hereto as Exhibit 42.

45.     A true and correct copy of excerpts from the transcript of the deposition of Ashlee Humphreys, dated November 25, 2025, is attached hereto as Exhibit 43.

46.     A true and correct copy of excerpts from the transcript of the deposition of Justin Baldoni, dated October 6, 2025, is attached hereto as Exhibit 44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: April 17, 2026
Los Angeles, California

/s/Esra A. Hudson
Esra A. Hudson