# EXHIBIT 26

## Short Message Report

Conversations: 1
Total Messages: 7

Participants: 4
Date Range: 6/17/2024

**Outline of Conversations**



iMessage Chat: ███████ · 7 messages on 6/17/2024 · Custodian: Abel, Jennifer <███████> · Custodian: Abel, Jennifer <███████> · Stephanie Jones <███████> · System Message <>

**Exhibit: 6**
**Witness: SAROWITZ**
**Date: 10/3/25**
CSR#12019: Ashley Soevyn

Confidential

JONESWORKS_00037247

**Messages in chronological order** (times are shown in GMT -04:00)

🍎 **iMessage Chat:** ▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮▮> | ◄ 6/17/2024, 3:25 PM |

And sorry such a busy morning!! I just got off of an hour call with Justin lol

Receipts • Stephanie Jones <▮▮▮▮▮> [D 6/17/2024, 3:25 PM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮▮> | ◄ 6/17/2024, 3:26 PM |

They want us to recommend a couple of great lawyers just to be armed with them if we need, Steve sarowitz will be paying for this lol. Wanted to check with you before I do... obviously Marty Singer, Bryan Freedman are people that come to mind. But lmk what you think!

Receipts • Stephanie Jones ▮▮▮▮▮ [D 6/17/2024, 3:26 PM]

| | | |
|---|---|---|
| SJ | **Stephanie Jones** <▮▮▮▮▮> | ► 6/17/2024, 3:27 PM |

marty for sure not bryan as he's not well respected

Receipts • Custodian: Abel, Jennifer <▮▮▮▮▮> [R 6/17/2024, 3:27 PM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮▮> | ◄ 6/17/2024, 3:27 PM |

But he's a killer

Receipts • Stephanie Jones <▮▮▮▮▮> [D 6/17/2024, 3:27 PM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮▮> | ◄ 6/17/2024, 3:27 PM |

And would bury Blake

Receipts • Stephanie Jones <▮▮▮▮▮> [D 6/17/2024, 3:27 PM]

| | | |
|---|---|---|
| SJ | **Stephanie Jones** <▮▮▮▮▮> | ► 6/17/2024, 3:27 PM |

yes but he will have to check conflicts make sure he's never worked or repped blake or ryan in past

Receipts • Custodian: Abel, Jennifer <▮▮▮▮▮> [R 6/17/2024, 3:27 PM]

| | | |
|---|---|---|
| JA | **Custodian: Abel, Jennifer** <▮▮▮▮▮> | ◄ 6/17/2024, 3:28 PM |

Yes we can make them do that leg work.

Receipts • Stephanie Jones <▮▮▮▮▮> [D 6/17/2024, 3:28 PM]