# EXHIBIT 29

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

BLAKE LIVELY,

Plaintiff,

vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)

25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

Defendants.

_____

JENNIFER ABEL,

Third-party Plaintiff,

vs.

JONESWORKS, LLC,

Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

Consolidated Plaintiffs,

vs.

BLAKE LIVELY, et al.

Consolidated Defendants.

_____

**CONFIDENTIAL**

VIDEO-RECORDED DEPOSITION OF ANDREA GIANNETTI

Culver City, California

Tuesday, September 23, 2025

Stenographically Reported by:  Ashley Soevyn,
CALIFORNIA CSR No. 12019

CONFIDENTIAL

Page 173

MR. FREEDMAN:  Objection.

THE WITNESS:  Yeah, I mean -- yeah, it says here there will be one, but I did not -- I didn't remember that we had to have it, and I didn't know that it was scheduled at the end --

BY MS. HUDSON:

Q    When did production start?

A    January 5th.

Q    Okay.  And when was the meeting?

A    January 4th.

Q    Okay.  And at the January 4th meeting...

MS. HUDSON:  I'm going to hand you another document.

THE WITNESS:  Okay.

THE STENOGRAPHIC REPORTER:  Exhibit 20 for the record.

(Exhibit 20 marked for identification.)

MS. HUDSON:  Okay.

MR. FREEDMAN:  Time check?

THE VIDEOGRAPHER:  Three hours, thirteen minutes.

THE WITNESS:  Thank you.

BY MS. HUDSON:

Q    Ms. Giannetti, this is Ms. Lively's

CONFIDENTIAL

Page 174

complaint in this lawsuit, her current complaint.

A    Uh-huh.

Q    I'm going to have you turn to page 7, paragraph 20.

It says --

A    I see it.  Yup.

Q    (As read):

"During the January 4th meeting, the parties discussed in detail the inappropriate conduct that Ms. Lively, her employees, and other cast and crew experienced at the hands of Mr. Baldoni and Mr. Heath.  Ms. Lively read the list below in its entirety.  And after a discussion, all parties present agreed that the outlined conduct would cease."

Take a look at this list, which continues onto page 2.  Do you recall Ms. Lively raising these issues at -- at the January 4th meeting?

MR. FREEDMAN:  Objection.

Go ahead.

MS. HALLINAN:  You can take your time to read through this.

CONFIDENTIAL

Page 175

BY MS. HUDSON:

    Q   Having looked at that, do you recall Ms. Lively reading from a list like that during the meeting?

    MR. FREEDMAN:  Sorry.  Can I get that read back?  I just didn't hear it.

    MS. HUDSON:  Okay.

BY MS. HUDSON:

    Q   Having looked at the list, do you recall Ms. Lively reading a list like this during the meeting?

    MR. FREEDMAN:  Objection.

    THE WITNESS:  I'm up to number 23, and up to 23, yes.

BY MS. HUDSON:

    Q   Okay.  And go ahead and finish the remaining --

    A   Okay.

    Q   -- four.

    A   I will do it quickly.

    Okay.

    Q   Yes.  And she mentioned the -- the remainder of the list during the meeting?

    A   I don't remember it exactly, but it's -- it seems quite accurate.

CONFIDENTIAL

Page 353

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 25th day of September, 2025.

ASHLEY SOEVYN

CSR No. 12019