# EXHIBIT 37

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---0O0---

BLAKE LIVELY,

              Plaintiff,

  vs.        CASE NO. 24-CV-10049-LJL (LEAD CASE)

                    25-CV-449 (LJL) (MEMBER CASE)

WAYFARER STUDIOS LLC, ET AL.

              Defendants.

_____

JENNIFER ABEL,

         Third-party Plaintiff,

  vs.

JONESWORKS, LLC,

         Third-party Defendant.

_____

WAYFARER STUDIOS LLC, et al.

         Consolidated Plaintiffs,

  vs.

BLAKE LIVELY, et al.

         Consolidated Defendants.

_____

**CONFIDENTIAL**

VOLUME II

VIDEO-RECORDED DEPOSITION OF JUSTIN BALDONI

Los Angeles, California

Tuesday, October 7, 2025

Stenographically Reported by:  Ashley Soevyn,
CALIFORNIA CSR No. 12019

CONFIDENTIAL

Page 227

document that you reviewed in preparation for your testimony today.

MS. SHAPIRO:  No.  I'm instructing you not to reveal what, if any -- which, if any, documents you were shown by your attorneys, which is protected by the privilege, work product.

THE WITNESS:  I'd be happy to see the document.

BY MR. GOTTLIEB:

Q     You're going to follow your attorney's instruction on that?

A     I like to do that, yes.

Q     Did you ever cross picket lines?

A     I think every time I was on set during the writers' strike, I was crossing the picket line.

Q     Did you ever ask anyone else to cross picket lines during the writers' strike?

A     We only asked people to cross if they were comfortable crossing.

Q     Is that a yes?

MS. SHAPIRO:  Objection.

THE WITNESS:  I didn't personally ask anybody to cross a picket line, no.

BY MR. GOTTLIEB:

Q     But Wayfarer Studios did?

CONFIDENTIAL

Page 228

MS. SHAPIRO:  Objection.

BY MR. GOTTLIEB:

Q    If they were comfortable?

MS. SHAPIRO:  Objection.

THE WITNESS:  I would say the production. It was very clear to everybody that if they didn't want to cross, they didn't have to cross.  That was my understanding of it, but I wasn't in charge of that.

BY MR. GOTTLIEB:

Q    Did you ever tell Ms. Abel or Ms. Nathan, who were out talking to the press about Ryan Reynolds crossing picket lines and violating Guild rules, that you yourself had crossed picket lines and violated the terms of the writers' strike?

MS. SHAPIRO:  Objection.

THE WITNESS:  I don't remember ever saying Ryan Reynolds crossed a picket line.

BY MR. GOTTLIEB:

Q    Did you ever mention to Ms. Abel or Ms. Nathan at all that you had written on the script during the writers' strike?

A    I think Ms. Abel was aware that I wrote.

Q    Why do you think that?

A    Because Ms. Abel was aware that both

CONFIDENTIAL

Page 357

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 8th day of October, 2025.

ASHLEY SOEVYN

CSR No. 12019