# EXHIBIT 39

**chat1259831289793824**                          📅 1/17/2025  👥 3  💬 11  📎 27

**Participants:** ▉▉▉▉▉  Steve Sarowitz; ▉▉▉▉▉  Jennifer Abel (Owner); ▉▉▉▉▉
**Melissa Nathan**
**First Message:** 1/17/2025 12:47:25 PM
**Last Message:** 1/17/2025 1:38:29 PM

---

▉▉▉▉▉ **Melissa Nathan**
https://people.com/blake-lively-compared-herself-to-khaleesi-in-texts-to-justin-baldoni-lawsuit-8776041
📎
<__Library_SMS_Attach_1_ec_12_014E65_1_9FE62B_1>
📎
<__Library_SMS_Attach_1_82_02_2BE988_1_C909A8_1>

1/17/2025 12:47:25 PM

▉▉▉▉▉ **Melissa Nathan**
https://people.com/justin-baldoni-claims-blake-lively-named-it-ends-with-us-party-drink-after-film-abuser-8775762
📎
<__Library_SMS_Attach_1_fb_11_FE3E0E_1_650746_1>
📎
<__Library_SMS_Attach_1_74_04_FC202F_1_EA71CC_1>

1/17/2025 12:47:51 PM

▉▉▉▉▉ **Melissa Nathan**
https://people.com/justin-baldoni-alleges-blake-lively-joked-about-his-nose-it-ends-with-us-plastic-surgery-8775759
📎
<__Library_SMS_Attach_1_67_07_F5417A_1_E57BF1_1>
📎
<__Library_SMS_Attach_1_86_06_5268E7_1_EA2F81_1>

1/17/2025 12:48:28 PM

▉▉▉▉▉ **Jennifer Abel (Owner)**
https://www.dailymail.co.uk/tvshowbiz/article-14294279/amp/blake-lively-justin-baldoni-nose-job-ends-lawsuit.html
📎
<__Library_SMS_Attach_1_ce_14_963C8A_1_36E772_1>
📎
<__Library_SMS_Attach_1_55_05_258799_1_0D81A7_1>
📎
<__Library_SMS_Attach_1_53_03_370E76_1_C1C7B3_1>

1/17/2025 12:51:56 PM

**Exhibit: 16**
**Witness:** SAROWITZ
**Date:** 10/3/25
CSR#12019: Ashley Soevyn

CONFIDENTIAL

SAROWITZ_000000969

**Jennifer Abel (Owner)**

https://www.usmagazine.com/celebrity-news/news/blake-lively-allegedly-told-justin-baldoni-to-get-a-nose-job/

📎
<__Library_SMS_Attach_1_54_04_FD9E90_1_56CCC5_1>

📎
<__Library_SMS_Attach_1_87_07_473077_1_3F758F_1>

📎
<__Library_SMS_Attach_1_4d_13_AABEDD_1_7982FC_1>

📎
<__Library_SMS_Attach_1_0f_15_2887E9_1_6B613F_1>

📎
<__Library_SMS_Attach_1_32_02_3D43C9_1_3E711B_1>

1/17/2025 12:52:15 PM

**Melissa Nathan**

https://www.usmagazine.com/celebrity-news/news/every-new-claim-in-justin-baldonis-400-million-blake-lively-lawsuit/

📎
<__Library_SMS_Attach_1_95_05_8B73CA_1_2A907F_1>

📎
<__Library_SMS_Attach_1_f4_04_6A75E7_1_78B6C7_1>

📎
<__Library_SMS_Attach_1_77_07_3A477B_1_CE0CDF_1>

📎
<__Library_SMS_Attach_1_9a_10_1951B9_1_56B764_1>

📎
<__Library_SMS_Attach_1_ff_15_DB5301_1_5E6081_1>

1/17/2025 12:53:27 PM

**Jennifer Abel (Owner)**

https://pagesix.com/2025/01/17/entertainment/justin-baldoni-shows-family-being-held-in-basement-at-it-ends-with-us-premiere/

📎
<__Library_SMS_Attach_1_df_15_2A40AB_1_531FE7_1>

📎
<__Library_SMS_Attach_1_89_09_9A0378_1_EAE841_1>

📎
<__Library_SMS_Attach_1_ba_10_CA4201_1_B57BC2_1>

📎
<__Library_SMS_Attach_1_96_06_7D8EAB_1_EFE17D_1>

1/17/2025 12:55:29 PM

CONFIDENTIAL

2

SAROWITZ_000000970

**Steve Sarowitz**

Thanks. We are making progress
1/17/2025 1:08:32 PM



**Jennifer Abel (Owner)**

https://www.justjared.com/2025/01/16/justin-baldoni-addresses-it-ends-with-us-cast-unfollowing-him-shares-isabela-ferrer-text-message-exchange/

📎
<__Library_SMS_Attach_1_53_03_9F1999_1_1D9608_1>

📎
<__Library_SMS_Attach_1_a7_07_33D76C_1_E15FEE_1>

1/17/2025 1:17:26 PM

**Steve Sarowitz**

https://www.tiktok.com/@noellenoelleee/video/7460671828302875947?lang=en&q=justin%20baldoni%20v%20blake%20lively%20%3A%20I%20was%20wrong&t=1737138179361

1/17/2025 1:24:03 PM



**Jennifer Abel (Owner)**

https://www.hollywoodreporter.com/movies/movie-news/how-deadpool-justin-baldoni-blake-lively-nicepool-1236110331/

📎
<__Library_SMS_Attach_1_a6_06_30F029_1_035A1E_1>

📎
<__Library_SMS_Attach_1_ba_10_A0E5BD_1_4F85B6_1>

1/17/2025 1:38:29 PM

CONFIDENTIAL

3

SAROWITZ_000000971