# EXHIBIT 44

CONFIDENTIAL

Page 2

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---oOo---

BLAKE LIVELY,

                    Plaintiff,

    vs.          CASE NO. 24-CV-10049-LJL (LEAD CASE)
                         25-CV-449 (LJL) (MEMBER CASE)


WAYFARER STUDIOS LLC, ET AL.


                    Defendants.
_____
JENNIFER ABEL,

               Third-party Plaintiff,

    vs.
JONESWORKS, LLC,

               Third-party Defendant.
_____
WAYFARER STUDIOS LLC, et al.

               Consolidated Plaintiffs,

    vs.
BLAKE LIVELY, et al.

               Consolidated Defendants.
_____
                    **CONFIDENTIAL**

            Video-recorded Deposition of

JUSTIN BALDONI, taken on behalf of the Plaintiff

Jonesworks, et al., Pursuant to Notice, at the

offices of Willkie Farr & Gallagher, 2029 Century

Park East, Los Angeles, California beginning at

9:15 a.m.  and ending at 6:46 p.m. on Monday,

October 6, 2025, before me, ASHLEY SOEVYN,

California Certified Shorthand Reporter No. 12019.

CONFIDENTIAL

Page 265

would need"?

A    So I believe at the time, we were going through scenario planning.  And like any plan, you have Scenario A, Scenario B, C, D.  What if -- what if this happens or this happens or this happens.  And I think I had seen this post and I resonated with the word "bullying".  And I sent it to Jen saying in the event that Ms. Lively came out and said lies about me, then we would need to come forward with the truth.

Q    And was it your suggestion that you would come forward with allegations that Ms. Lively was a bully?

A    It was my understanding that I would come forward with what my truth was.  And I had felt very bullied.

Q    Was it your intention to suggest that you should be coming forward with statements that Ms. Lively was a bully to other women?

A    No.  This had nothing to do with other women.  This was just what this article was about.

Q    And this article by its own words is about Hailey Bieber's history of bullying many women, right?

A    Yes.  I see that.

CONFIDENTIAL

Page 266

Q    Okay.  And it was your suggestion that in some scenario where Ms. Lively was to come forward with what you felt were lies about you, you would want to come forward in the press with allegations like those contained in this post you sent?

MS. SHAPIRO:  Objection.

THE WITNESS:  No.  Not exactly.

BY MS. SHAH:

Q    So how would you correct that?

A    So if Ms. Lively were to come forward with lies about me, then I would want to come forward with my truth.  So it was about me and my experience.  I don't know what this article was about, I actually didn't read it.  I saw it.  I saw the word "bullying".

At the time, I felt very bullied and scared and very alone.  And we were planning for all the various things that could happen.  That's why I said "would" as the operative word.  This was a part of a scenario planning document and the hope was that the movie was going to come out and everything was going to be fine and everyone was going to have success, and we would never need anything.  And that's the truth.

Q    Is it your testimony that when you saw

CONFIDENTIAL

Page 267

and sent this post to Jen Abel, you saw the word "history of bullying" but you did not continue to read where it said "many women"?

MS. SHAPIRO:  Objection.

THE WITNESS:  This had nothing to do with women.  I'm actually -- I don't know if Ms. Lively has bullied other women.

BY MS. SHAH:

Q    Did you read any press coverage that came out in August of 2024 that did accuse Ms. Lively of bullying other women?

A    Later on, I did.

Q    Women including Kjersti Flaa, I believe?

A    I learned about that name, yes.

Q    Okay.  And women including Leighton Meester?

A    From Gossip Girl.

Q    Yes.

A    I didn't read anything about her being a bully to Leighton Meester.

Q    Okay.  Are you aware that the article that Briana Butler Koslow testified under oath in this case, that she leaked and helped to plant in the Daily Mail about Ms. Lively, contained allegations that Ms. Lively had bullied Kjersti Flaa

CONFIDENTIAL

Page 268

and had bullied Leighton Meester?

MS. SHAPIRO:  Objection.

THE WITNESS:  I was unaware of that. I also was unaware that she bullied Leighton Meester.

BY MS. SHAH:

Q    And you were unaware of that even though that you here suggested to Jen Abel that what you would need in the event that Ms. Lively disclosed anything negative about you is articles similar to this one that says "Hailey Bieber's history of bullying many women"?

MS. SHAPIRO:  Objection.

THE WITNESS:  I disagree with the way that question was phrased.

BY MS. SHAH:

Q    Do you think that's just a coincidence?

MS. SHAPIRO:  Objection.

THE WITNESS:  That what is?

BY MS. SHAH:

Q    That you suggested that you would need articles about similar to Hailey Bieber's history of bullying many women and then TAG, the company that you employed as crisis PR, did in fact plant an article about Blake Lively bullying other women.

MS. SHAPIRO:  Objection.

CONFIDENTIAL

Page 318

REPORTER'S CERTIFICATE

I, ASHLEY SOEVYN, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was/ was not requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Dated this 7th day of October 2025.

ASHLEY SOEVYN

CSR No. 12019