**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, <br><br> Plaintiff, <br><br> v. <br><br> WAYFARER STUDIOS LLC, et al, <br><br> Defendants. | No. 24-cv-10049-LJL (lead case) |

**CERTIFICATE OF SERVICE**

I, Esra A. Hudson, hereby certify that, on the date set forth below, I caused copies of the below referenced documents to be served upon the individuals on the attached services list:

- Plaintiff Blake Lively's Memorandum of Law in Opposition of Defendants' Motions in Limine (Dkt. No. 1363) and the accompanying sealed exhibits (Dkt. Nos. 1363-1 through -15).

Dated: April 17, 2026                     /s/ *Esra A. Hudson*
                                          Esra A. Hudson

## SERVICE LIST

**LINER FREEDMAN TAITELMAN + COOLEY**
Bryan J. Freedman
Ellyn S. Garofalo
Kim S. Zeldin
Theresa M Troupson
Summer Benson
Jason Sunshine
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com
kzeldin@lftcllp.com
ttroupson@lftcllp.com
sbenson@lftcllp.com
jsunshine@lftcllp.com

**MEISTER SEELIG & FEIN PLLC**
Mitchell Schuster
Kevin Fritz
Stacey Michelle Ashby
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
ms@msf-law.com
kaf@msf-law.com
sma@msf-law.com

**AHOURAIAN LAW**
Mitra Ahouraian
2029 Century Park East, 4th Floor
Los Angeles, CA 90076
(310) 376-7878
mitra@ahouraianlaw.com

**SHAPIRO ARATO BACH LLP**
Alexandra A.E. Shapiro
Jonathan Bach
Alice Buttrick
Jason A. Driscoll
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com

jbach@shapiroarato.com
abuttrick@shapiroarato.com
jdriscoll@shapiroarato.com

*Attorneys for Defendants It Ends With Us Movie LLC, Wayfarer Studios LLC, The Agency Group PR LLC*