**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>　　　　　　　Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>　　　　　　　Defendants. | No. 1:24-cv-10049-LJL |

### DEFENDANTS' NOTICE OF ERRATA

Defendants Wayfarer Studios LLC, It Ends With Us Movie, LLC and The Agency Group PR respectfully submit the following errata to correct an error on page 26 of Defendants' Opposition to Plaintiff Blake Lively's Omnibus Memorandum in Support of Her Motions *in Limine* (Dkt. No. 1356).

Page 26 states that "She (Flaa) will explain that after seeing stories about the rift between Lively and Baldoni that surfaced in the July-August 2024 timeframe, she made the spontaneous decision to contribute her own negative experience with Lively to the conversation and that the story went viral organically not because of any influence exerted by the Wayfarer Defendants or their representatives."

The sentence should have read: "She will explain that without seeing stories about the rift between Lively and Baldoni that surfaced in the July-August 2024 timeframe, after seeing the film *It Ends With Us*, she made the spontaneous decision to contribute her own negative experience

1

492713.1

with Lively to the conversation and that the story went viral organically not because of any influence exerted by the Wayfarer Defendants or their representatives."

A corrected copy of Defendants' Opposition is attached as Exhibit A.

Respectfully submitted,

Dated:  April 20, 2026
        Los Angeles, CA

**LINER FREEDMAN TAITELMAN
+ COOLEY**

By:  */s/ Ellyn S. Garofalo*
Bryan J. Freedman
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
        egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
        jbach@shapiroarato.com
        abuttrick@shapiroarato.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
        kaf@mss-pllc.com

2

492713.1