

Kevin Fritz
Partner
Direct (212) 655-3570
Fax (212) 655-3535
*kaf@mss-pllc.com*

April 21, 2026

**<u>VIA ECF</u>**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:**   *Lively v. Wayfarer Studios LLC et al.*, **No. 1:24-cv-10049-LJL**

Dear Judge Liman:

On behalf of The Agency Group PR LLC ("TAG"), and as authorized by the Court during the conference held on April 2, 2026, we write to respectfully request leave to file a short reply to plaintiff Blake Lively's opposition (Dkt. 1360) to TAG's renewed motion for summary judgment on the Seventh Cause of Action for aiding and abetting of retaliation in violation of the California Fair Employment and Housing Act ("FEHA"). (Dkt. 1285).

TAG's anticipated brief will primarily address Lively's arguments that TAG is an "employer" for FEHA purposes and will distinguish the cases relied upon by Lively.  A copy of the reply brief, which is no more than five pages, is attached hereto as **Exhibit 1**.

Respectfully submitted,

*/s/ Kevin Fritz*
MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
kaf@mss-pllc.com

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (pro hac vice)
Ellyn S. Garofalo (pro hac vice)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
(212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

AHOURAIAN LAW
Mitra Ahouraian (pro hac vice)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
(310) 376-7878
mitra@ahouraianlaw.com

cc: all counsel of record (via ECF)