# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial:  (310) 312-4381
ehudson@manatt.com

The motion for leave to file a letter brief is GRANTED.

Any response shall be filed by the end of the day on April 24, 2026.

April 17, 2026

The Clerk of Court is respectfully directed to close Dkt. No. 1362.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**

April 22, 2026

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

On behalf of Plaintiff Blake Lively, we write pursuant to Rules 1.C and 4.C of Your Honor's Individual Practices to respectfully request leave of this Court to file a letter brief of no more than five pages in opposition to, and for advance ruling on, Wayfarer Studios LLC ("Wayfarer"), It Ends With Us Movie LLC ("IEWU"), and The Agency Group PR LLC's ("TAG," and together "Defendants") request for jury instructions on two affirmative defenses they did not previously raise: (1) a "same decision" or "mixed motive" affirmative defense in connection with Ms. Lively's retaliation claim (the "mixed motive instruction"), *see* Dkt. No. 1319 at 40–41, and (2) an "economic duress" affirmative defense to her contract claim (together, the "Proposed Instructions"), *see id.* at 47-48.

Ms. Lively's anticipated letter brief will address Defendants' waiver and/or legal bar of these affirmative defenses and the prejudicial impact to Ms. Lively if Defendants are permitted to assert such defenses at trial. Because Defendants raised these legal issues for the first time in the connection with the meet and confer process concerning the Proposed Jury Instructions, providing supporting authority as late as 6:08 p.m. EST on the day of filing of the jury instructions, April 10, 2026, and because each Proposed Instruction may materially impact the presentation of evidence at trial, Ms. Lively respectfully requests the Court grant leave for her to file a five-page letter brief with respect to the Proposed Instructions, a copy of which is attached hereto as **Exhibit 1**.

Manatt, Phelps & Phillips, LLP   2049 Century Park East, Suite 1700, Los Angeles, CA 90067   Tel:  (310) 312-4000  Fax:  (310) 312-4224

# manatt

April 17, 2026
Page 2

Respectfully submitted,

/s/ Esra A. Hudson

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Koren Bell
Willkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com
kbell@willkie.com

Kristin E. Bender
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

Michael S. Schachter
Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mschachter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com

DUNN ISAACSON RHEE LLP
Meryl C. Governski (*pro hac* vice)
401 Ninth Street, NW
Washington D.C. 20004
mgovernski@dirllp.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac* vice)
Naeun Rim (admitted *pro hac* vice)
Stephanie A. Roeser (admitted *pro hac v*ice)
Sarah Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*