UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/22/2026
```

BLAKE LIVELY,

                Plaintiff,

    -v-

WAYFARER STUDIOS LLC, et al.,

                Defendants.

----------------------------------------------------------------------X

24-cv-10049 (LJL)

ORDER

**LEWIS J. LIMAN, United States District Judge:**

A pretrial conference in this matter is scheduled for April 28, 2026, at 10:00 AM.  In anticipation of that conference, the parties have jointly requested guidance from the Court regarding the matters to be discussed, including whether the Court will entertain argument on any of the parties' pending motions.

During the conference, the Court will hear argument on, and the parties should be prepared to address, the following: (1) Defendants' request for bifurcation; (2) the admissibility of evidence with respect to the Wayfarer Parties' lawsuit as a retaliatory act; (3) the motions with respect to damages, including lost business profits and acting and promotional opportunities, and whether the proposed expert testimony satisfies the *Daubert* standard; and (4) the *Daubert* motions directed to Lively's expert witnesses regarding the alleged manipulation of social media and other online content and Defendants' rebuttal report.

The Court anticipates circulating on Friday, April, 24, 2026, its proposed voir dire, jury questionnaire, and hardship questionnaire designed to generate a fair and impartial jury.  It will entertain any objections to those materials at the conference.

The parties are directed to meet and confer regarding any other items that it would be helpful to address at the conference and to file a joint letter with the Court by 5:00 PM on Friday, April 24, 2026, indicating any such topics.  The Court anticipates circulating an updated agenda for the conference on Monday, April 27, 2026, after receiving the parties' letter.

SO ORDERED.

Dated: April 22, 2026
       New York, New York

LEWIS J. LIMAN
United States District Judge

2