UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
BLAKE LIVELY,                                                           :
                                                                        :
                              Plaintiff,                                :
                                                                        :          24-cv-10049 (LJL)
              -v-                                                        :
                                                                        :          ORDER
WAYFARER STUDIOS LLC, et al.,                                           :
                                                                        :
                              Defendants.                               :
                                                                        :
----------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

The pretrial conference in this case is scheduled for April 28, 2026.  The Court has reached a preliminary determination that it will screen potential jurors the week prior to the scheduled trial for hardship only, and that it will conduct a voir dire inquiry on the morning trial is scheduled to begin, May 18, 2026, to screen jurors for cause challenges and to elicit information for use in the exercise of peremptory challenges.  The Court attaches to this Order the draft questionnaires it intends to use for each purpose.

The Court will be prepared to discuss the procedure for hardship screening and to entertain objections to these materials at the pretrial conference on April 28, 2026.

SO ORDERED.

Dated: April 24, 2026
       New York, New York                                    _____
                                                                    LEWIS J. LIMAN
                                                              United States District Judge

## PRELIMINARY INSTRUCTIONS

Please read the following instructions carefully before completing any portion of this questionnaire.  Please answer each and every question fully.  Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE.** This questionnaire is designed to help simplify and shorten the jury selection process. The purpose of the questionnaire is to determine whether prospective jurors are able to fully participate in this case and follow the legal instructions given by the presiding judge. The questions are not intended to inquire unnecessarily into personal matters.

## Please continue to next page.

1

## SCHEDULE

**Potential jurors will be called back for further questioning and jury selection on Monday, May 18, 2026. Your availability during that week will be required.**

**The trial will commence after the conclusion of jury selection. The trial is expected to last from three to four weeks, or through June 12, 2026, although that time period could be longer or shorter. Generally, trial will be held five days per week, Monday through Friday. Trial will be held from 9:30 a.m. until 5:00 p.m. on Monday through Thursday, and from 9:30 a.m. to 1:00 p.m. on Friday.**

If you are selected as a juror, you will be required to be present for the taking of testimony and evidence for as long as the trial lasts. There are no plans to sequester the jury, which means you will go home every day after court.

**(Please turn the page and read and complete the questionnaire.)**

2

## **ABILITY TO SERVE**

All jury service involves some degree of hardship.  Our court and justice system depends on citizens doing their civic duty to serve as jurors, which involves temporarily putting aside their regular business for jury service.  The Court views service on a jury to be one of the highest duties a citizen owes to the United States.  Mere inconvenience or the usual financial hardship of jury service will not be sufficient to excuse a prospective juror.  You must show extraordinary personal or financial hardship to be excused from service.

| | |
|---|---|
| 1. | Do any circumstances exist such that serving on the jury in this case would entail <u>serious</u> hardship or <u>extreme</u> inconvenience?<br><br>□ Yes          □ No<br><br>If yes, please briefly describe the undue hardship or extreme inconvenience:<br><br>_____<br><br>_____<br><br>_____<br><br>_____<br><br>_____<br><br>**Please note:** In the event you are excused from service on this jury, you will likely not be excused from jury service in general.  You will instead be required to report to the Court's Jury Clerk for placement on another panel for another case. |
| 2. | Do you have any <u>pre-paid</u> and <u>non-refundable</u> travel plans between May 18, 2026, and June 12, 2026?<br><br>□ Yes          □ No<br><br>If yes, please describe your plans and the dates of travel (without indicating the name of where you work or the names of any family members or friends, or other personal information that might identify who you are):<br><br>_____<br><br>_____<br><br>_____ |

| 3. | Do you have any personal commitments that would make it difficult for you to get to the courthouse before 9:30 a.m. every day of trial, or to remain there until 5:00 p.m.?<br><br>□ Yes          □ No<br><br>If yes, please explain why you would be unable to get to the courthouse before 9:30 a.m. or to remain until 5:00 p.m.:<br><br>_____<br><br>_____<br><br>_____<br><br>_____ |
| 4. | Do you have any difficulty reading, speaking, or understanding English?<br><br>□ Yes          □ No |
| 5. | Do you have any medical, physical, or mental condition or illness that makes you unable to serve on a jury, including difficulty hearing, seeing, reading, or concentrating?<br><br>□ Yes          □ No<br><br>If yes, please briefly describe the condition or illness. If you believe you could serve as a juror if such condition were accommodated in some way, please state the accommodation.<br><br>_____<br><br>_____ |
| 6. | Are you taking any medication which would prevent you from giving full attention to all the evidence at this trial?<br><br>□ Yes          □ No<br><br>If yes, please explain:<br><br>_____<br><br>_____<br><br>_____ |

**(Please continue to last page.)**

## **DECLARATION**

I, _____ declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.

Signed this _____ day of _____, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BLAKE LIVELY,

               Plaintiff,

v.

WAYFARER STUDIOS LLC, et al.,

               Defendants.

No. 24-cv-10049 (LJL)

---

**VOIR DIRE AND QUESTIONNAIRE**

<u>**Voir Dire Questions for Jurors**</u>

**A. General Questions**

1. Do you have any ideas or prejudices that would prevent or hinder you from following my instructions as to the law?

2. Do you have any problem accepting any of the following instructions:

    a.    that this is a civil case, and not a criminal case;

    b.    that your decision must be based solely on the evidence presented at trial and my instructions to you concerning that evidence;

    c.    that the burden of proof in this case is preponderance of the evidence, meaning more likely than not, and not the proof-beyond-a-reasonable-doubt standard applicable to criminal cases;

    d.    that you are to keep an open mind and not to discuss the evidence in the case amongst yourselves or with anyone else until all the evidence is presented, you have heard my instructions on the law, and I have instructed you to begin your deliberations;

    e.    that you are to consider the quality, and not the quantity, of the evidence presented; and

    f.    that your personal feelings towards the parties or their counsel may not enter into your deliberations?

3. Do you have any doubt that you would be able to evaluate each witness's credibility without bias or prejudice?

4. Do you have any religious or ethical beliefs that would prevent you from passing judgment on another person or entity?

**B. Knowledge of the Trial Participants**

5. Have you, a family member, or a close friend ever had any dealings with, or do you personally know, the plaintiff Blake Lively or anyone who has worked for her?

6. Have you, a family member, or a close friend ever had any dealings with, or do you personally know, Ryan Reynolds or anyone who has worked for him?

7. Plaintiff is represented at trial by attorneys Michael Gottlieb, Michael Schachter, Koren Bell, Kristin Bender, Aaron Nathan, Michaela Connolly, and Melissa Taustine of Willkie Farr & Gallagher LLP, Esra Hudson, Naeun Rim, Matthew Bruno, Stephanie Roeser, Sarah Moses, Sareen Armani and Katelyn Climaco of Manatt Phelps Phillips LLP, and Meryl Governski of Dunn Isaacson Rhee LLP. Do you know any of these attorneys or anyone at Willkie Farr & Gallagher LLP, Manatt Phelps Phillips LLP, or Dunn Isaacson Rhee LLP?

8. Have you, a family member, or a close friend ever had any dealings with, or do you personally know, the defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, or The Agency Group PR LLC, or anyone who works with any of these parties?

9. Have you, a family member, or a close friend ever had any dealings with, or do you personally know, Justin Baldoni, Jamey Heath, Steve Sarowitz, Melissa Nathan, or Jennifer Abel, or anyone who has worked with any of these parties?

10. Defendants are represented by attorneys Alexandra Shapiro, Jonathan Bach, and Alice Buttrick of Shapiro Arato Bach LLP, Bryan Freedman, Ellyn Garofalo, Kim Zeldin, Amir Kaltgrad, Theresa Troupson, Summer Benson, and Jason Sunshine of Liner Freedman Taitelman Cooley LLP, Kevin Fritz and Mitchell Schuster of Meister Seelig & Schuster PLLC, and Mitra Ahouraian of Ahouraian Law. Do you know any of these attorneys or anyone at Shapiro Arato Bach LLP, Liner Freedman Taitelman + Cooley LLP, Meister Seelig & Fein PLLC, or Ahouraian Law?

11. Do you personally know any of the following people that you may hear from or about over the course of the trial? Please listen carefully to the list.

    a.      Jennifer Abel

3

| | |
|---|---|
| b. | Kevin Alexander |
| c. | Nicole Alexander |
| d. | Claire Ayoub |
| e. | Emily Baldoni |
| f. | Justin Baldoni |
| g. | Vivian Baker |
| h. | Jarriesse Blackmon |
| i. | Julie Bloom |
| j. | Katie Case |
| k. | Anne Carroll |
| l. | Aron Culotta |
| m. | Eden Charmant |
| n. | Ashmi Dang |
| o. | Isabela Ferrer |
| p. | Kjersti Flaa |
| q. | Oona Flaherty |
| r. | Jennifer Freyd |
| s. | Ann Fromholz |
| t. | Ange Giannetti |
| u. | Danny Greenberg |
| v. | Josh Greenstein |
| w. | James Haggerty |
| x. | Christy Hall |
| y. | Tera Hanks |
| z. | Jamey Heath |
| aa. | Natasha Heath |
| bb. | Colleen Hoover |
| cc. | Ashlee Humphreys |
| dd. | Stephanie Jones |
| ee. | Jeffrey Kinrich |
| ff. | Breanna Butler Koslow |
| gg. | Blake Lively |
| hh. | Robyn Lively |
| ii. | Rylie Long |
| jj. | Danni Maggi |
| kk. | AJ Marbory |
| ll. | Richard Marks |
| mm. | Dina Mayzlin |
| nn. | Dervla Mcneice |
| oo. | Imene Meziane |
| pp. | Hasan Minhaj |
| qq. | Matthew Mitchell |
| rr. | Adam Mondschein |
| ss. | Ahmed Musiol |
| tt. | Melissa Nathan |
| uu. | Sara Nathan |
| vv. | Alex Neustaedter |

4

| | |
|---|---|
| ww. | Emanuel Nunez |
| xx. | Mark Perzely |
| yy. | Liz Plank |
| zz. | Ryan Reynolds |
| aaa. | Shekinah Reese |
| bbb. | Michael Robbins |
| ccc. | Joseph Rosario |
| ddd. | Alex Saks |
| eee. | Steve Sarowitz |
| fff. | Alyx Sealy |
| ggg. | Tatiana Siegel |
| hhh. | Michael Sippel |
| iii. | Brandon Sklenar |
| jjj. | Jenny Slate |
| kkk. | Leslie Sloane |
| lll. | Justin Grey Stone |
| mmm. | Sage Steele |
| nnn. | Lindsey Strasberg |
| ooo. | Dion Suleman |
| ppp. | Chris Surgent |
| qqq. | Taylor Swift |
| rrr. | Elizabeth ("Liz" or "Lizzy") Talbot |
| sss. | Sophia Travaglia |
| ttt. | Milica ("Mitz") Toskovic |
| uuu. | James Vituscka |
| vvv. | Michael Wagner |
| www. | Jed Wallace |
| xxx. | Patrick Whitesell |
| yyy. | Warren Zavala |
| zzz. | Erin Westerman |
| aaaa. | Findlay Zotter |
| bbbb. | Betty B Holdings LLC |
| cccc. | Betty Booze Opco LLC |
| dddd. | Betty Buzz LLC |
| eeee. | Blakel, Inc. |
| ffff. | Columbia Pictures |
| gggg. | Family Hive LLC |
| hhhh. | It Ends With Us Movie LLC |
| iiii. | Jonesworks LLC |
| jjjj. | Marketcast, LLC |
| kkkk. | Maximum Effort |
| llll. | Paylocity Holding Corporation |
| mmmm. | RWA Communications LLC |
| nnnn. | Sony Pictures Entertainment, Inc. |
| oooo. | Street Relations, Inc. |
| pppp. | The Agency Group PR LLC |
| qqqq. | Vanzan, Inc. |

rrrr.      Vision PR LLC

ssss.      Wayfarer Studios LLC

tttt.      William Morris Endeavor Entertainment LLC

12. During this trial, you will also see me and members of the Court's staff, including Matt Fishman, the courtroom deputy, and my law clerks _____. Do you know any of us?

## C. Personal Juror Experiences and Opinions

13. Have you read, heard, or seen anything about the book or movie *It Ends With Us* (including about filming the movie or the promotional tour), whether in interviews, articles, or online?

14. Have you read, heard, or seen anything about this case, or anything related to the claims brought by Blake Lively against Wayfarer Studios, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Steve Sarowitz, Melissa Nathan, Jennifer Abel, or The Agency Group PR?

15. Is there anything about the subject matter or nature of the allegations made by Ms. Lively – which include sexual harassment, discrimination, and retaliation – that would make it difficult for you to consider the evidence in this case with an open mind to both sides?

16. Do you have any beliefs or feelings about civil lawsuits or the parties that bring them or defend them, that would prevent you from being fair and impartial in this case?

17. Have you, a family member, or a close friend ever been personally involved in a lawsuit or investigation, including an internal investigation, alleging harassment, discrimination, or retaliation in the workplace, whether as a plaintiff, defendant, or witness?

18. Have you, a family member, or a close friend ever filed a complaint with your employer, or with an agency or court, alleging harassment, discrimination, or retaliation?

19. Have you, a family member, or a close friend ever been the subject of a complaint alleging harassment, discrimination, or retaliation?

20. Do you have a view that because a person has brought a lawsuit, those claims necessarily have merit?

21. Do you have a view that because a person has brought a lawsuit, those claims necessarily lack merit?

22. Would you have any hesitations or concerns about rendering a verdict for Plaintiff, Ms. Lively, if she proves by a preponderance of the evidence that Defendants are liable?

23. Would you have any hesitations or concerns about rendering a verdict of zero (0) money damages if Ms. Lively does not prove that Defendants are liable?

24. I will instruct you that you must absolutely avoid reading about this case or any participants in the case in the newspapers or on the Internet or social media or listening to any radio or television reports, podcasts, or any other media concerning the case until after it is over. Would you have difficulty following this instruction?

25. Apart from any prior question, do you have the slightest doubt in your mind, for any reason whatsoever, that you will be able to serve on a jury in this case, to do so conscientiously, fairly and impartially, and to render a true and just verdict without fear, favor, sympathy, bias, or prejudice—and according to the law as it will be explained to you?

**<u>Questionnaire for Jurors</u>**

1. Please state your full name and county of residence.

2. Where else have you lived in the last ten years?

3. How old are you?

4. What kind of work do you do? If you're retired, what was the last kind of work you did?

5. How long have you been in your current job?

6. Please state any other job you have had in the last five years.

7. What level of school did you reach?

8. Do you own your own home?

9. Who are the members of your household? What do they do? If any persons are retired, what did they do before retiring? If you have any children, how old are they?

10. If any of your children work, please state the occupation of each child.

11. Have you or any member of your family ever been a party, that is, a plaintiff or a defendant, in a state or federal court case? If so, what kind of case?

12. Please describe any personal hobbies and interests you have. What television shows do you watch? What newspapers and magazines do you read? What websites do you view regularly?

13. What, if any, business or charitable or social organizations, including unions, do you belong to?

14. Have you ever served as a juror in any court? If so, when and in what court did you serve, and was it a civil or criminal case? What was the nature of the case? Without saying what it was, did the jury reach a verdict?

15. Have you ever been a witness in a lawsuit or before a grand jury, a congressional or state?