**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| BLAKE LIVELY, |
| Plaintiff, |
| v. |
| WAYFARER STUDIOS LLC, et al., |
| Defendants. |

No. 24-cv-10049 (LJL)

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Anna Mary Gotfryd, of Willkie Farr & Gallagher LLP, hereby respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Blake Lively in the above-captioned action.

As described in my declaration submitted contemporaneously herewith, I am in good standing of the bars of the District of Columbia and the State of Illinois. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, the required certificates of good standing, and a proposed order granting the relief requested herein. I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: April 24, 2026

Respectfully submitted,

By: */s/ Anna M. Gotfryd*
Anna M. Gotfryd (admission *pro hac vice* pending)
Willkie Farr & Gallagher LLP
1875 K Street NW

1

Washington, D.C. 20006
Tel.: (202) 303-1228
agotfryd@willkie.com


*Counsel for Blake Lively*