UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

BLAKE LIVELY,

                Plaintiff,

    -v-

WAYFARER STUDIOS LLC, et al.,

                Defendants.

----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/2026

24-cv-10049 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have requested advanced rulings from the Court with respect to the admissibility of hundreds of exhibits.  *See* Dkt. Nos. 1324-3, 1351-1.  Any party requesting an advanced ruling shall provide the Court with copies of the exhibits in hard copy and electronic form by 4:00 PM on April 27, 2026.  The Court requests one set of binders be delivered to Chambers and another set of exhibits be provided electronically through the Court's file transfer system.

    SO ORDERED.

Dated: April 24, 2026
      New York, New York        _____
                            LEWIS J. LIMAN
                        United States District Judge