UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

BLAKE LIVELY,

                Plaintiff,

      -v-

WAYFARER STUDIOS LLC, JUSTIN
BALDONI, JAMEY HEATH, STEVE
SAROWITZ, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, THE AGENCY GROUP PR
LLC, JENNIFER ABEL, JED WALLACE, and
STREET RELATIONS INC.,

           Defendants.

Case No. 1:24-cv-10049-LJL
(consolidated with 1:25-cv-00449-LJL)

## <u>DECLARATION OF KEVIN A. FRITZ</u>

I, Kevin A. Fritz, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice before this Court, a partner in the law firm of Meister Seelig and Schuster PLLC, 125 Park Avenue, 7th Floor, New York, NY 10017, and counsel of record for defendants Wayfarer Studios LLC ("Wayfarer"), It Ends With Us Movie LLC ("IEWUM"), and The Agency Group PR LLC ("TAG") in the above-captioned action.

2.      I respectfully submit this declaration in opposition to plaintiff Blake Lively's motion to exclude the opinions and testimony of James F. Haggerty.

3.      A true and correct copy of the Expert Report of James F. Haggerty, dated October 10, 2025 (the "Haggerty Report"), is attached to the Declaration of Kristin E. Bender. (Dkt. 1303).

4.      On April 14, 2026, Mr. Haggerty signed the Haggerty Report (and did not make any other changes thereto). A true and correct copy of the signed Haggerty Report is attached as Exhibit 1.

5.      A true and correct copy of Mr. Haggerty's excerpted deposition transcript dated December 11, 2025 is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 24, 2026
      New York, NY

/s/ *Kevin A. Fritz*
MEISTER SEELIG & SCHUSTER PLLC
Kevin A. Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
kaf@mss-pllc.com
*Counsel for Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC*