**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY, | |
| Plaintiff, | |
| v. | No. 24-cv-10049 (LJL) |
| WAYFARER STUDIOS LLC, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that M. Annie Houghton-Larsen[1] of Willkie Farr & Gallagher LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Blake Lively in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: April 24, 2026              Respectfully submitted,

New York, New York

**WILLKIE FARR & GALLAGHER LLP**

/s/ *M. Annie Houghton-Larsen*
M. Annie Houghton-Larsen
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
mhoughton-larsen@willkie.com

*Counsel for Plaintiff Blake Lively*

---

[1] Please note that my name was changed by legal order last year to Annie Houghton Larsen, but approval of that change is pending with the Appellate Division, First Department.