

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

April 24, 2026

VIA ECF

The Honorable Lewis J. Liman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1620
New York, NY 10007

  Re: *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL

Dear Judge Liman:

  On behalf of the Wayfarer Parties, we write pursuant to the Court's Individual Practices to respectfully request that the Court preliminarily seal portions of the Wayfarer Parties' memorandum of law in opposition to Plaintiff's motion to exclude the testimony of defense expert Nicole M. Alexander, as well as Exhibits 1 and 4 to the accompanying Declaration of Alexandra A.E. Shapiro. These documents reflect information that Plaintiff has designated for protection under the applicable protective order.

  In accordance with Rule 4.b of Attachment A of the Court's Individual Practices and this Court's prior ruling (Dkts. 1365, 1369), the Wayfarer Parties respectfully request that the Court handle this motion on the same schedule as the sealing for other documents related to the Parties' *Daubert* motions, which provides that any motions for continued sealing be submitted by April 28, and any oppositions to such motions be submitted by May 4.

       Respectfully submitted,

       /s/ *Alexandra A.E. Shapiro*
       Alexandra A.E. Shapiro
       Jonathan P. Bach
       Fabien M. Thayamballi
       Alice Buttrick
       SHAPIRO ARATO BACH LLP
       1140 Avenue of the Americas, 17th Floor
       New York, New York 10036
       (212) 257-4880
       ashapiro@shapiroarato.com
       jbach@shapiroarato.com

Hon. Lewis J. Liman
April 24, 2026

fthayamballi@shapiroarato.com
abuttrick@shapiroarato.com

*Attorneys for the Wayfarer Parties*

cc:    All counsel (by ECF)