UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BLAKE LIVELY                                    :
                                                :
                          Plaintiff,            :
                                                :
              -v-                               :    No. 24-cv-10049-LJL
                                                :
WAYFARER STUDIOS LLC, JUSTIN BALDONI,           :
JAMEY HEATH, STEVE SAROWITZ, IT ENDS            :
WITH US MOVIE LLC, MELISSA NATHAN,              :
THE AGENCY GROUP PR LLC, JENNIFER ABEL,         :
JED WALLACE, STREET RELATIONS, INC.             :
                                                :
                          Defendants.           :
-------------------------------------------------------------------x

## DECLARATION OF ALEXANDRA A.E. SHAPIRO

ALEXANDRA A.E. SHAPIRO declares pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Shapiro Arato Bach LLP, counsel for Defendants Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel.  I respectfully submit this Declaration in opposition to Plaintiff's motion to exclude the testimony of defense expert Nicole Alexander.

2.      Attached as Exhibit 1 is a true and correct copy of Nicole Alexander's amended expert report.

3.      Attached as Exhibit 2 are true and correct excerpts of Nicole Alexander's deposition testimony.

4.      Attached as Exhibit 3 is a true and correct copy of the expert report of Plaintiff's expert Dina Mayzlin.

5.      Attached as Exhibit 4 are true and correct excerpts of Dina Mayzlin's deposition testimony.

6.      Attached as Exhibit 5 are true and correct excerpts of the deposition testimony of Plaintiff's expert Aron Culotta.

7.      Attached as Exhibit 6 is a true and correct copy of Aron Culotta's expert report.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:  New York, New York
       April 24, 2026

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro

2