# Exhibit 5

CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BLAKE LIVELY,

      Plaintiff,

v.                                Case No.

                                  1:24-cv-10049-LJL

WAYFARER STUDIOS LLC, a

Delaware Limited Liability

Company, et al.

      Defendants.


*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

*** CONFIDENTIAL ***


VIDEOTAPED DEPOSITION OF:

ARON CULOTTA


Thursday, November 20, 2025

10:01 a.m. (CST)

New Orleans, Louisiana


Reported by:    YOLANDA J. PENA, CCR, RPR

No. 2017002 in and for the

State of Louisiana


Page 1

CONFIDENTIAL

Q.   In your review of the documents that were provided to you, are there any other documents that you were not provided with that you feel would help you prepare a more accurate report, that you're aware of?

A.   No, sir, not that I'm aware of.

Q.   Did anyone assist with the preparation of your report?

A.   So I -- I work with a team at -- at Voluble in collaboration on this report.

Q.   And who are the members on the team that you worked with?

A.   So the members would be Mr. Eric Schaefer, Mr. Dave Heller, Ms. Tianhua Zhu, and Ms. Abby Pfeiffer.

Q.   And what were each of their roles in assisting you in preparing your report?

A.   I would say it -- it varied.  You know, the -- the team over there has experience working on reports like this in the past, so some of it was around, you know, the way of -- the way to frame things, right. I'm coming from an academic background, right, how to speak kind of to this audience.  And they also helped with some -- under my direction, helped some of the, for example, data collection steps of the analysis.

Q.   Did you perform any of the data collection

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

yourself, or did you leave that to other members of the team?

A.    I left that to other members of the team.

Q.    Your hourly rate for your engagement by Ms. Lively is $800 an hour; is that correct?

A.    Yes, sir.

Q.    Is that paid to you personally?  Paid to Voluble?

A.    It's -- well, I -- I guess the check actually comes from Voluble, if that's what you mean.

Q.    Okay.  I'm going to mark as Exhibit 1 your report.  Give me one moment, please.

(Exhibit No. 1 was marked for identification.)

MR. KALTGRAD:  I think I introduced it without actually putting the stamp on, but we'll fix that later.

BY MR. KALTGRAD:

Q.    Let me know if you can see that in Exhibit Share, please.

A.    I do.  Do you know, should I download or read it within this --

Q.    It's up to you.  You can -- if you're comfortable just sort of scrolling through, that's fine.  If you want to download it, feel free to take a moment to download it.  It may be helpful because we're

Page 12