**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>               Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>               Defendants. | No. 1:24-cv-10049-LJL |

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS' OPPOSITION TO LIVELY'S MOTION TO EXCLUDE THE TESTIMONY OF DEFENSE REBUTTAL EXPERT WITNESS ANN FROMHOLZ**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a partner with the law firm of Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC and The Agency Group PR LLC.  I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiff Blake Lively's Motion to Exclude the Testimony of Defense Rebuttal Expert Witness Ann Fromholz.

2.     A true and correct copies of excerpts of the deposition transcript of Ann Fromholz, dated December 11, 2025 are attached and incorporated as Exhibit A hereto.

493781.1

2

3.    A true and correct copies of excerpts of the deposition transcript of Michael Robbins, dated November 24, 2025 are attached and incorporated as Exhibit B hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2026
        Los Angeles, CA

By: */s/ Ellyn S. Garofalo*

2