**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLAKE LIVELY,<br><br>               Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>               Defendants. | No. 1:24-cv-10049-LJL |

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFF'S BRIEF REGARDING PROPOSED JURY
INSTRUCTIONS**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC. I respectfully submit this Declaration in support of Defendants' Response to Plaintiff Blake Lively's Brief Regarding Proposed Jury Instructions.

2.      A true and correct copy of a transcript of the July 30, 2025 hearing in Liner Freedman Taitelman + Cooley LLP v. Blake Lively, Case No. 25 MC 289 (LJL) related to a motion to quash a subpoena served on counsel for Defendants in this action is attached and incorporated as Exhibit 1 hereto.

1

493859.1

2

3.    A true and correct copy of Defendant Wayfarer Studios LLC's Responses and Objections to Plaintiff Blake Lively's Fifth Set of Interrogatories is attached and incorporated as Exhibit 2 hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   April 24, 2026
          Los Angeles, CA

                              By: */s/ Ellyn S. Garofalo*
                                   Ellyn S. Garofalo

2

493859.1