**L|F  Liner Freedman**
**T|C  Taitelman+Cooley LLP**

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
egarofalo@lftcllp.com

April 24, 2026

*Via ECF*

Hon. Lewis J. Liman
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007

Re:     ***Blake Lively v. Wayfarer Studios LLC et al.*, Case No. 1:24-cv-10049-LJL**

Dear Judge Liman:

As counsel for Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC (collectively, the "Wayfarer Defendants"), we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal sections of the Wayfarer Parties' Opposition to Plaintiff Blake Lively's Motion to Exclude the Opinions and Testimony of Michael J. Wagner and Exhibit A to the Declaration of Ellyn S. Garofalo submitted concurrently therewith.

The Opposition and exhibit listed above reflect testimony and information designated "Confidential" or "Attorneys' Eyes Only" by other parties and non-parties.

In accordance with Rule 4.b of Attachment A of the Court's Individual Practices, the Wayfarer Defendants respectfully request that the Court not rule on this letter-motion to seal for one week, so that the parties and non-parties have the opportunity to meet and confer, and so that they may file a motion for continued sealing if they so choose.

Very truly yours,

*/s/ Ellyn S. Garofalo*

Ellyn S. Garofalo

493806.1