**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>          Plaintiff,<br><br>-v-<br><br>WAYFARER STUDIOS LLC, JUSTIN BALDONI, JAMEY HEATH, STEVE SAROWITZ, IT ENDS WITH US MOVIE LLC, MELISSA NATHAN, THE AGENCY GROUP PR LLC, JENNIFER ABEL, JED WALLACE, and STREET RELATIONS INC.,<br><br>          Defendants. | No. 1:24-cv-10049-LJL |

**DECLARATION OF ELLYN S. GAROFALO IN SUPPORT OF DEFENDANTS' OPPOSITION TO LIVELY'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MICHAEL J. WAGNER**

I, Ellyn S. Garofalo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm Liner Freedman Taitelman + Cooley, LLP, attorneys of record for Defendants Wayfarer Studios LLC, It Ends With Us Movie LLC, and The Agency Group PR LLC.  As such, I am competent to testify to the facts set forth herein.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition transcript of Michael Wagner, dated December 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2026
     Los Angeles, CA

                  By: */s/ Ellyn S. Garofalo*

1

493786.1