**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BLAKE LIVELY,

                    Plaintiff,

-v-

WAYFARER STUDIOS LLC, JUSTIN
BALDONI, JAMEY HEATH, STEVE
SAROWITZ, IT ENDS WITH US MOVIE LLC,
MELISSA NATHAN, THE AGENCY GROUP PR
LLC, JENNIFER ABEL, JED WALLACE, and
STREET RELATIONS INC.,

                    Defendants.

No. 1:24-cv-10049-LJL

### DEFENDANTS' NOTICE OF ERRATA

Defendants Wayfarer Studios LLC, It Ends With Us Movie, LLC, and The Agency Group PR respectfully submit this notice regarding the Joint Pretrial Order, dated April 10, 2026 (the "Order"; Dkt. 1324). Accompanying this notice is a corrected copy of Exhibit C to the Order (Dkt. 1324-3), which now includes four exhibits that were inadvertently omitted from Defendants' Exhibit List. A corrected copy of Exhibit C is enclosed herewith.

                    Respectfully submitted,

Dated: April 24, 2026
      Los Angeles, CA

**LINER FREEDMAN TAITELMAN**
**+ COOLEY**

By: */s/ Ellyn S. Garofalo*
Bryan J. Freedman
Ellyn S. Garofalo
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
Email: bfreedman@lftcllp.com
      egarofalo@lftcllp.com

1

493843.1

2

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
Email: ashapiro@shapiroarato.com
        jbach@shapiroarato.com
        abuttrick@shapiroarato.com


MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: ms@mss-pllc.com
        kaf@mss-pllc.com

493843.1