# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

April 24, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:     *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]

Dear Judge Liman:

On behalf of Blake Lively, we write pursuant to Rule 4.b of Attachment A to Your Honor's Individual Rules to respectfully request that the Court preliminarily seal certain portions of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Plaintiff's Proffered Experts filed contemporaneously herewith.  Ms. Lively also respectfully requests the Court preliminarily seal the following accompanying exhibits to the Declaration of Kristin E. Bender in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Plaintiff's Proffered Experts, filed contemporaneously herewith:  Exhibits N, P, X, Y, Z, AA, BB, DD, EE, and FF.  All of these materials are documents, communications, or other discovery materials that have been designated as Confidential or Attorney's Eyes Only by the parties or certain third parties.

In accordance with the parties' joint motion filed on April 18, 2026 (Dkt. No. 1365), the Court's April 18, 2026 Order (Dkt. No. 1369), and subsequent communications amongst the parties, any motions for continued sealing of documents filed in connection with the parties' respective motions in *limine* and motions to exclude expert testimony will be made by April 28, 2026.  Responses to such motions will be filed by May 4, 2026.

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

/s/ Michael J. Gottlieb

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Naeun Rim (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com
nrim@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Koren L. Bell
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com
kbell@willkie.com

Kristin E. Bender
Anna M. Gotfryd (*pro hac vice* pending)
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com
agotfryd@willkie.com

Michael S. Schachter
Aaron E. Nathan
Michaela A. Connolly
Melissa Taustine
M. Annie Houghton-Larsen
787 7th Avenue
New York, NY 10019
(212) 728-8000
mschachter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com
mhoughton-larsen@willkie.com

*Attorneys for Blake Lively*