Docusign Envelope ID: 6FA49529-154C-894B-8014-2577DEA644D5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>          Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>          Defendants. | No. 24-cv-10049 (LJL) |

**<u>DECLARATION OF RICHARD MARKS IN SUPPORT OF BLAKE LIVELY'S</u>**
**<u>MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' SECOND MOTION</u>**
**<u>FOR JUDGMENT ON THE PLEADINGS</u>**

I, Richard Marks, declare pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and professional experience in the entertainment industry, as described herein.

2. I am an attorney duly licensed to practice law in the State of California, and I have practiced in various sectors of the entertainment industry since 1974. In addition to my years in private practice as a transactional attorney in boutique entertainment law firms as well as a major international firm, I have acted in senior legal and business affairs capacities for a boutique literary agency, major entertainment studios such as Paramount, Disney, and Universal, and leading independent production companies such as The Kushner-Locke Company and Weintraub Entertainment Group. For the last six years, I have practiced with my own firm, Richard Marks & Associates, an entertainment law firm representing clients such as ITV, MRC, Olive Bridge

Entertainment, Jolie Productions, and many others in connection with development, production, and exploitation of entertainment content.

3.    During my career as a transactional entertainment lawyer, I have worked in a legal and business affairs capacity on and in connection with many television series and motion picture productions. I have negotiated – on both sides – numerous agreements between talent (such as writers, directors, actors, and producers) and motion picture and television studios, networks, distributors, and streamers.

4.    I previously submitted an expert report in this matter dated October 17, 2025, which addressed, among other things, entertainment industry custom and practice and Ms. Lively's lost professional opportunities. I respectfully submit this declaration in support of Ms. Lively's Opposition to Defendants' Second Motion for Judgment on the Pleadings.

5.    In my personal experience, and within my personal knowledge, it is many times the case that actors in feature motion pictures do not sign their long-form contracts with the Hollywood studios and/or production companies that engage their services. Instead, the parties rely on signed term sheets, certificates, and/or underlying deal correspondence and/or may trade drafts and comments in order to resolve, and/or preserve their respective positions on certain key deal terms prior to the actor commencing work on the applicable project, while leaving other lesser terms and so-called boiler-plate provisions unresolved. Notwithstanding the lack of signature on the applicable contracts, in my experience, the parties proceed with an understanding that the undisputed provisions in the unsigned contract are effective and binding on all parties.

6.    In my experience, this practice—in which talent and production companies and studios treat the terms of an unsigned long-form agreement as operative and binding—is common in the entertainment industry and is known to actors, their agents and representatives, production

2

companies and studios alike. In my decades of experience negotiating talent agreements on both sides, I have many times encountered situations in which the parties commenced and completed work on a production without ever executing the long-form agreement, while all parties nevertheless conducted themselves in accordance with the terms set forth in that agreement, and operated pursuant to the understanding that the undisputed provisions of the agreement were effective and binding on all parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: April 24, 2026

DocuSigned by:

*Richard Marks*

D556FBD028854CE...