**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLAKE LIVELY,<br><br>                    Plaintiff,<br><br>v.<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>                    Defendants. | No. 24-cv-10049 (LJL) |

**DECLARATION OF KRISTIN E. BENDER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S PROFFERED EXPERTS**

I, Kristin Bender, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am an attorney admitted before this Court, a partner at the law firm of Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006, and counsel of record for Ms. Lively in the above-captioned action.

2.      I respectfully submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Plaintiff's Proffered Experts.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Dina Mayzlin's Excerpted Deposition Transcript dated December 2, 2025.

4.      Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff Blake Lively's Initial Expert Witness Disclosure dated October 17, 2025.

5.      Attached hereto as **Exhibit C** is a true and correct copy of an article entitled "Promotional Reviews: An Empirical Investigation of Online Review Manipulation," written by Dina Mayzlin, Yaniv Dover, and Judith A. Chevalier, and published in August 2014 in *American Economic Review*.

6. Attached hereto as **Exhibit D** is a true and correct copy of an article entitled "Mining Marketing Meaning from Online Chatter: Strategic Brand Analysis of Big Data Using Latent Dirichlet Allocation," written by Seshadri Tirunillai and Gerard J. Tellis, and published in August 2014 in *Journal of Marketing Research*.

7. Attached hereto as **Exhibit E** is a true and correct copy of an article entitled "Assessing the Russian Internet Research Agency's Impact on the Political Attitudes and Behaviors of American Twitter Users in Late 2017," written by Christopher A. Bail, et al., and published on January 7, 2020 in *Proceedings of the National Academy of Sciences*.

8. Attached hereto as **Exhibit F** is a true and correct copy of an article entitled "Impact of Online Consumer Reviews on Sales: The Moderating Role of Product and Consumer Characteristics," written by Feng Zhu and Xiaoquan (Michael) Zhang, and published in March 2010 in *Journal of Marketing*.

9. Attached hereto as **Exhibit G** is a true and correct copy of an article entitled "The Effect of Word of Mouth on Sales: Online Book Reviews," written by Judith A. Chevalier and Dina Mayzlin, and published in August 2006 in *Journal of Marketing Research*.

10. Attached hereto as **Exhibit H** is a true and correct copy of an article entitled "Latent Dirichlet Allocation," written by David M. Blei, Andrew Y. Ng, and Michael I. Jordan, and published in 2003 in *Journal of Machine Learning Research*.

11. Attached hereto as **Exhibit I** is a true and correct copy of an article entitled "Text as Data: The Promise and Pitfalls of Automatic Content Analysis Methods for Political Texts," written by Justin Grimmer and Brandon M. Stewart, and published on January 22, 2013, in *Political Analysis*.

12.     Attached hereto as **Exhibit J** is a true and correct copy of an article entitled "Can Large Language Models Extract Customer Needs as well as Professional Analysts?" written by Artem Timoshenko, Chengfeng Mao, and John R. Hauser, dated January 2025, and available on *Social Science Research Network*.

13.     Attached hereto as **Exhibit K** is a true and correct copy of an article entitled "Using Natural Language Processing to Analyse Text Data in Behavioural Science" written by Stefan Feuerriegel, et al., and published in 2025 in *Nature Reviews Psychology*.

14.     Attached hereto as **Exhibit L** is a true and correct copy of an article entitled "Science and Statistics," written by George E. P. Box, and published in December 1976 in *Journal of the American Statistical Association*.

15.     Attached hereto as **Exhibit M** is a true and correct copy of The Content Analysis Guidebook written by Kimberly A. Neuendorf and published in 2002.

16.     Attached hereto as **Exhibit N** is a true and correct copy of a presentation entitled "Blake Brown Media Impact Overview," dated November 13, 2024, and bearing Bates numbers BL-000038835–858, which was produced in the above-captioned action.

17.     Attached hereto as **Exhibit O** is a true and correct copy of an article entitled "Personality, Gender, and Age in the Language of Social Media: The Open-Vocabulary Approach," written by H. Andrew Schwartz, et al., and published on September 25, 2013 in *PLOS One*.

18.     Attached hereto as **Exhibit P** is a true and correct copy of a text message conversation bearing Bates numbers NATHAN-000002462–464, which was produced in the above-captioned action.

19. Attached hereto as **Exhibit Q** is a true and correct copy of Aron Culotta's Excerpted Deposition Transcript dated November 20, 2025.

20. Attached hereto as **Exhibit R** is a true and correct copy of an excel file entitled "TikTok – Posts and Comments," reflecting back-up data associated with the Expert Report of Professor Aron Culotta, Ph.D., dated October 17, 2025.

21. Attached hereto as **Exhibit S** is a true and correct copy of an excel file entitled "Reddit – August 14 Fauxmoi Analysis," reflecting back-up data associated with the Expert Report of Professor Aron Culotta, Ph.D., dated October 17, 2025.

22. Attached hereto as **Exhibit T** is a true and correct copy of an excel file entitled "Reddit – Fauxmoi Posts and Comments," reflecting back-up data associated with the Expert Report of Professor Aron Culotta, Ph.D., dated October 17, 2025.

23. Attached hereto as **Exhibit U** is a true and correct copy of an excel file entitled "Reddit – Fauxmoi Statistical Tests," reflecting back-up data associated with the Expert Report of Professor Aron Culotta, Ph.D., dated October 17, 2025.

24. Attached hereto as **Exhibit V** is a true and correct copy of an excel file entitled "YouTube – Little Bump Comment Analysis," reflecting back-up data associated with the Expert Report of Professor Aron Culotta, Ph.D., dated October 17, 2025.

25. Attached hereto as **Exhibit W** is a true and correct copy of Ashlee Humphreys' Excerpted Deposition Transcript dated November 25, 2025.

26. Attached hereto as **Exhibit X** is a true and correct copy of a presentation entitled "Blake Brown Brand Update" and bearing Bates numbers BL-000038373–382, which was produced in the above-captioned action.

4

27.    Attached hereto as **Exhibit Y** is a true and correct copy of a document entitled "LOL HATA, LLC General Ledger Report From 1/1/2024 – 7/14/2025" and bearing Bates number BL-000034721.

28.    Attached hereto as **Exhibit Z** is a true and correct copy of Jeffrey Kinrich's Excerpted Deposition Transcript dated November 25, 2025.

29.    Attached hereto as **Exhibit AA** is a true and correct copy of a presentation entitled "Business Strategy & Haircare Financial Plan" dated July 2024 and bearing Bates number BL-000021798–910.

30.    Attached hereto as **Exhibit BB** is a true and correct copy of Laura Tedesco's Excerpted Deposition Transcript dated September 29, 2025.

31.    Attached hereto as **Exhibit CC** is a true and correct copy of Michael Robbins' Excerpted Deposition Transcript dated November 24, 2025.

32.    Attached hereto as **Exhibit DD** is a true and correct copy of Exhibits C and D to Michael Sippel's Expert Report.

33.    Attached hereto as **Exhibit EE** is a true and correct copy of Justin Grey Stone's Excerpted Deposition Transcript dated October 6, 2025.

34.    Attached hereto as **Exhibit FF** is a true and correct copy of Warren Zavala's Excerpted Deposition dated September 18, 2025.

Dated: April 24, 2026

*/s/ Kristin E. Bender*

WILLKIE FARR & GALLAGHER LLP
Kristin E. Bender
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com

*Counsel for Blake Lively*