# EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE LIVELY,<br><br>      Plaintiff,<br><br>  -v-<br><br>WAYFARER STUDIOS LLC, et al.,<br><br>      Defendants. | No. 24-cv-10049 (LJL) (lead case) |
| WAYFARER STUDIOS LLC, et al.,<br><br>      Plaintiffs,<br><br>  -v-<br><br>BLAKE LIVELY, et al.<br><br>      Defendants. | No. 25-cv-00449 (LJL) (member case) |

## PLAINTIFF BLAKE LIVELY'S INITIAL EXPERT WITNESS DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), Plaintiff Blake Lively ("Ms. Lively") hereby discloses the following retained experts, all of whom Ms. Lively intends to call at the time of trial:

1.      Michael A. Robbins, President, EXTTI, Incorporated

2.      Jeffrey Kinrich, Managing Principal, Analysis Group, Inc.

3.      Dina Mayzlin, Robert E. Brooker Chair in Marketing at the Marshall School of Management, University of Southern California

4.      Ashlee Humphreys, Professor of Integrated Marketing Communications at Medill School of Journalism and Professor of Marketing at the Kellogg School of Management, Northwestern University

5.      Aron Culotta, Ph.D.

6.      Jennifer Freyd, Ph.D.

7.      Richard Marks, Esq.

8.      Michael Sippel, Certified Public Accountant

Dated: October 17, 2025                    /s/ *Esra A. Hudson*

| | |
|---|---|
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| Kristin E. Bender | Stephanie A. Roeser (admitted *pro hac vice*) |
| Willkie Farr & Gallagher LLP | Sarah E. Moses (admitted *pro hac vice*) |
| 1875 K Street NW | Manatt, Phelps & Phillips, LLP |
| Washington, DC 20006 | 2049 Century Park East, Suite 1700 |
| (202) 303-1000 | Los Angeles, CA 90067 |
| mgottlieb@willkie.com | (310) 312-4000 |
| kbender@willkie.com | ehudson@manatt.com |
| mgovernski@willkie.com | sroeser@manatt.com |
| | smoses@manatt.com |
| Aaron Nathan | |
| Willkie Farr & Gallagher LLP | Matthew F. Bruno |
| | Manatt, Phelps & Phillips, LLP |

787 7th Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com

Meryl C. Governski (admitted *pro hac vice*)
Dunn Isaacson Rhee LLP
401 Ninth Street, NW
Washington, DC 20004
(202) 240-2900
mgovernski@dirllp.com

7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*