# EXHIBIT M

# FILE SIZE TO LARGE FOR ECF - SUBMITTED VIA FTP