# EXHIBIT S

# FILE SIZE TOO LARGE FOR ECF - SUBMITTED VIA FTP