# EXHIBIT U

# FILE SIZE TOO LARGE FOR ECF - SUBMITTED VIA FTP