UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

BLAKE LIVELY,                            :
                                                             :

                  Plaintiff,           :
                                                              :                24-cv-10049 (LJL)

       -v-                                      :
                                                                :                  ORDER

WAYFARER STUDIOS LLC, et al.,       :

                                                         :

                 Defendants.       :
                                                         :
------------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/27/2026

LEWIS J. LIMAN, United States District Judge:

       A pretrial conference is scheduled in this matter for tomorrow, April 28, 2026, at 10:00 AM.  On April 22, 2026, the Court provided a list of anticipated topics for discussion at the conference and invited the parties to file a letter with any additional issues they might wish to address.  Dkt. No. 1373.  The parties filed a letter on April 24, 2026.  Dkt. No. 1388.  In light of the letter, the Court supplements its prior order as follows:

- The parties shall have fifteen minutes per side for argument regarding the motions with respect to damages, including lost business profits and acting and promotional opportunities, and whether the proposed expert testimony satisfies the *Daubert* standard.

- The parties shall have fifteen minutes per side for argument regarding the *Daubert* motions directed to the alleged manipulation of social media and other online content.

- The parties shall have fifteen minutes per side for argument regarding the admissibility of evidence with respect to the Wayfarer Parties' lawsuit as a retaliatory act, including the public statements of Bryan Freedman and the expert reports of Ashlee Humphreys and Michael Wagner.

- The parties shall have ten minutes per side for argument regarding Defendants' request for bifurcation.

       Following the argument, the Court will also address witness sequestration and the length of trial, including the expected time allotted for opening statements, closing arguments, and

witness examinations.  The Court will address the issue of the parties' witness lists in the context of discussing the time allotted for witness examinations.  The Court anticipates setting a time limit for trial of this case.  Each party should be prepared to indicate the minimum time needed for presentation of its case, keeping in mind the more limited issues that remain for trial following the Court's summary judgment decision.

The Court will also address procedures relating to the introduction of evidence and use of the Court's space and technology.  This will include a discussion of the treatment of documents designated Confidential or Attorney's Eyes Only.  Along these lines, the Court notes that after a preliminary review of the parties' pending pretrial motions, the Court is inclined to unseal the materials in their entirety.  The parties should be prepared to identify orally any particular exhibit which satisfies the requisite standards for sealing at this stage and as to which the party continues to request sealing.

Finally, the Court will discuss the procedure for juror hardship screening and entertain objections to the juror qualification materials shared on April 24, 2026 at Dkt. No. 1375.

SO ORDERED.

Dated: April 27, 2026
       New York, New York

                                      LEWIS J. LIMAN
                             United States District Judge