# KATSKY | KORINS LLP

605 Third Avenue New York, NY 10158  PHONE 212.953.6000 FAX 212.953.6899 www.katskykorins.com

WRITER'S DIRECT DIAL | 212.716.3390

WRITER'S DIRECT FAX | 212.202.5175

WRITER'S EMAIL | rfissell@katskykorins.com

OUR REFERENCE |

April 28, 2026

**Via ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Lively v. Wayfarer Studios LLC et al.*, No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

We write on behalf of nonparty Betty B Holdings, LLC ("Betty B") to move for continued sealing of limited personally-identifying information ("PII") contained in two documents attached to the parties' pretrial motions:

- Exhibit 29 to Defendants' Omnibus Daubert Motions, filed under seal as ECF No. 1334-30, which is attached as Exhibit 1 hereto with the requested redactions of email addresses and a phone number contained therein; and

- Exhibit 33 to Defendants' Omnibus Daubert Motions, filed under seal as ECF No. 1334-34, which is attached as Exhibit 2 hereto with the requested redactions of all email addresses on slide 8, BL-000033176

This Court has already recognized the appropriateness and necessity of sealing PII, specifically non-public email addresses and phone numbers (Order, ECF No. 1027 at 4) "as such information has no relevance to the substance of the motions and the 'public's interest in [it] is negligible and easily outweighed by . . . privacy interests." *Id.* at 4-5 (*quoting Oakley v. MSG Networks, Inc.*, 792 F.Supp.3d 394, 406 (S.D.N.Y. 2025) (Sullivan, J.)) (citations omitted); *see also* Order, ECF No. 1237 at 21 (granting several sealing requests for PII, such as "party and non-party email addresses" given that "[t]he privacy interests in this PII outweigh any public interest", *citing Brown v. Maxwell*, 929 F.3d 41, 48 (2d Cir. 2019)). Additionally, none of the email addresses or phone numbers requested for sealing above have any "plausible relevance to a pending legal issue." Order, ECF No. 619 at 2.

2

Given the foregoing, Betty B asks that the Court protect the privacy interests of certain individuals affiliated with nonparty Betty B and continue sealing the above-referenced PII.

Respectfully,

/s/ Rachel Penski Fissell

874981.v3