# EXHIBIT 29

Message
_____

**From:**        Andrew Chrisomalis ███████████████████████
**Sent:**        6/21/2024 5:31:44 PM
**To:**          ♣B♣███████████████; Ryan Reynolds ███████████████████
**CC:**          Blake A. Spahn ██████████████████
**Subject:**     Fwd: Betty B Investor Presentation
**Attachments:** Betty B Overview and Financials - 202406_MEI_vF.pdf


FYI

---------- Forwarded message ---------
From: **Gary Spinelli** ██████████████████████
Date: Fri, Jun 21, 2024 at 5:29 PM
Subject: Betty B Investor Presentation
To:██████████████████████
Cc: Andrew Chrisomalis ████████████████████, Blake SPAHN ████████████████████
Guillaume Cuvelier ████████████████, Nish Gupte ██████████████████


Hi George

Hope all is well. I've attached the investor presentation that you asked for.

Let us know if you have any questions.

Thanks
Gary


--
_____

**Gary Spinelli**
VP of Finance

██████████████████

bettybuzz.com | bettybooze.com | pantalonestequila.com

**Exhibit
Betty B 6**