# EXHIBIT 33



November 19, 2024

*Confidential*

ATTORNEYS' EYES ONLY

BL-000033169

**Exhibit**
Betty B 9



# The Betty B Brand's Google Search Interest Significantly Decreased After the Start of the Negative PR Beginning in August





ATTORNEYS' EYES ONLY

BL-000033170



# Before mid-August, Betty Buzz was growing strongly on Amazon compared to last year - this trend has reversed since and the brand is declining vs prior year



**Betty Buzz on Amazon**
**July 1 - August 15 vs August 16 - October 31 YoY**

July thru August 15 Betty Buzz was **+78%** vs 2023

After mid August the brand is down (26%)

$663,876

$536,890

$372,673

$399,603

July 1 - August 15

August 16 - October 31

3



ATTORNEYS' EYES ONLY

BL-000033171



## Mid-August is When Sales of Betty Buzz Went From Impressive YoY Growth to Rapid YoY Decline on Amazon

**For the first 15 days of August –** Betty Buzz was up +73% vs the same period in 2023

Amazon Sales YoY

The rest of August and September was down (18%)

Linear (2023 Sales)
Linear (2024 Sales)

········ 2023 Sales     ········ 2024 Sales     ━━━ Linear (2023 Sales)     ━━━ Linear (2024 Sales)

4

ATTORNEYS' EYES ONLY

BL-000033172



# Betty Buzz in Retail Stores Has Also Taken a Hit Since Mid August

| | Albertsons/ Safeway | Whole Foods | Total Wine | Hy-Vee | Total |
|---|---|---|---|---|---|
| 7 Weeks Ending 9/28/24 | 28,600 | 18,284 | 8,035 | 1,536 | 56,455 |
| 7 Weeks Prior | 34,337 | 21,091 | 11,246 | 2,047 | 68,721 |
| +/- % | (17%) | (13%) | (29%) | (25%) | (18%) |

Since mid August Betty Buzz has seen a significant slow down in sales



Source: Nielsen 14 weeks ending 9/28/24

5

ATTORNEYS' EYES ONLY

BL-000033173



# Betty Booze Did Not See Nearly the Same Lift During Labor Day (a Key RTD Selling Week) as it Did a Year Ago at Total Wine



**Betty Booze Labor Day Lift**

- At Total Wine, Betty Booze did not see the same lift as it did a year ago during Labor Day

- Across all RTD brands Total Wine saw an average increase of +30% vs the median 5 weeks before and after Labor Day Weekend. Betty Booze performed significantly below this

Source: Total Wine, Nielsen 11 weeks ending 10/5/24

6

ATTORNEYS' EYES ONLY

BL-000033174



## Negative PR has created heightened scrutiny from buyers who are showing less goodwill







The buyers from Kroger, Princess Cruises, Brightline have expressed concern about the recent noise in the press – stating they will be closely monitoring our sell through

Kroger is the #1 grocery chain in America – carrying both alc and non-alc (not currently carrying Buzz but launching Booze)

Brightline is the rail route that operates between Orlando, FL and Miami, FL. Betty Booze and Brightline were in discussion for a marketing partnership

See comments on following page



7

ATTORNEYS' EYES ONLY

BL-000033175

## Negative PR has created heightened scrutiny from buyers
## who are showing less goodwill









From: **Ian Pilarski**
Date: Tue, Sep 10, 2024 at 2:51 PM
Subject: Kroger FYI - Betty Booze
To: Nish Gupta                       Matt Ellis-Escobar
Cc: Katie Palay                       Gary Spinelli

Hi, all. Quick FYI.

I just got off the phone with the SGWS Kroger VP, and the first thing he mentioned to me was that Betty Booze was just discussed in Kroger's New Item meeting.

Unfortunately, there is a negative taste in Kroger's mouths based on the BL interview (press) from the movie, and they said they will be closely monitoring sales on the brand. They are expecting a negative sales impact, and they're wondering what BL will be doing to course correct and make things right with her audience.

This is the first direct feedback I've heard from a retailer, so I wanted to share. There are likely others.

Do we have internal efforts in place to flip the script or messaging we can share with these customers directly? We need to be proactive about this.

Thanks.



Below is a text message from VP of
Food & Beverage at Princess Cruises

By the way our legal ethics and compliance committee board spooked with Blake !!! I am working things out hopefully will not have any affect !

From: Dusty Bennett
Date: Wednesday, August 28, 2024 at 6:13 PM
To: Katie Palay
Subject: Re: Brightline

Hey there!

Transparently they want to hold for a minute until some of the BL chatter can be turned down.

I'll circle back when I hear more.

dhb

DUSTY BENNETT
EXECUTIVE VICE PRESIDENT, CREATIVE & EXECUTIVE PRODUCER
(he/him/his)

8

ATTORNEYS' EYES ONLY

BL-000033176

# The Brand Was Forced to "Go Dark" on Social/Other Media as a Result – Impacting Sales



Google Search Interest – Betty Buzz and Betty Booze

9

ATTORNEYS' EYES ONLY

BL-000033177



# Social Media Impact

## Before mid-August the Betty B brands social comments were overwhelmingly positive

## However, since mid-August negative comments have plagued our social media comments

| Handle | Post | Post Link | Date | # of Likes | # of Comments | # of Negative | Percentage (Negative Comments) | Reason for Negativity |
|---|---|---|---|---|---|---|---|---|
| BOTH | IEWU Premiere | https://www.instagram.com/p/C-Ybqj_PBMJ/ | 08/07/2024 | 1780 | 411 | 310+ | 75% | Domestic Violence Advocacy in connection with Booze (tone-deaf) |
| BOTH | Betty Blooms Carousel | https://www.instagram.com/p/C-aWsdAuY87/?i | 08/08/2024 | 4396 | 106 | 86 | 81% | Domestic Violence Advocacy in connection with Booze (tone-deaf) |
| @bettybuzz | Betty Blooms Floral Arrangemer | https://www.instagram.com/p/C-ayNzdv6De/?im | 08/08/2024 | 834 | 32 | 20 | 62% | DV/Team Justin |
| BOTH | Betty Blooms Reel | https://www.instagram.com/p/C-c1DXkuJYR/ | 08/09/2024 | 750 | 113 | 90 | 79% | Domestic Violence Advocacy in connection with Booze (tone-deaf) |
| @bettybuzz | Mocktail Highlight | https://www.instagram.com/p/C-nM27YuQvt/ | 08/13/2024 | 600 | 150 | 97 | 64% | Promoting brands in relationship to DV, "Mean Girl" founder |
| @bettybuzz | Back To School | https://www.instagram.com/p/C_f5nF_uF_G/ | 09/04/2024 | 347 | 41 | 27 | 65% | "Mean Girl" founder, "bump" references, cancelled |
| @bettybooze | Crisp Flavor Static Post | https://www.instagram.com/p/C_vMtWHOLiU/?i | 09/08/2024 | 178 | 13 | 12 | 92% | tone deaf, bully, "bump" references |
| @bettybuzz | Ginger Beer Highlight | https://www.instagram.com/p/C_qL-bguUxU/ | 09/10/2024 | 329 | 25 | 12 | 48% | "bump" references, cancelled for being tone deaf |
| @bettybuzz | Charcuterie Static Post | https://www.instagram.com/p/C_-oReRuLu-/?im | 09/16/2024 | 274 | 20 | 6 | 30% | "bump" references, light DV references |



10

ATTORNEYS' EYES ONLY

BL-000033178



# New Follower Growth Has Been Held Back by Negative PR





**bettybuzz** ✔  [Following ∨]   [Message]

378 posts      305K followers      19 following

**Betty Buzz**
ⓢ bettybuzz
Mouth-watering sparkling beverages made for foodies.

Founded by @blakelively | sister to @bettybooze

🥂 🖤 🖤 🖤 🖤
🔗 urlgeni.us/amazon/IG_BrandStore





**bettybooze**  [Following ∨]   [Message]   +⅔   ...

178 posts      147K followers      12 following

**Betty Booze**
Food & Drink
Sparkling cocktails made for foodies. Must be 21+ to treat your tastebuds.
Founded by @blakelively | sister to... more
🔗 bettybooze.com

**Betty Buzz** lost nearly 600 followers the 30 days following the negative press. Which is starkly different from the 4-5k of steady growth we see MoM

Monthly views are down (87%) only reaching 170k accounts as opposed to the 1.2m/month we were seeing over the prior 4 months

**Betty Booze** only gained 31 followers over the 30 days following the negative press, prior to that we were gaining 2k followers per month on average

Monthly views are down (78%) only reaching 95k accounts as opposed to the 300k/month we were seeing over the prior 4 months

11

BL-000033179



Appendix – Social Media Impact Detail

ATTORNEYS' EYES ONLY
BL-000033180



# Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 310+
% of Negative Comments to Overall Comments: 75%

Reason for Negativity: Domestic Violence Advocacy in connection with Booze (tone-deaf)



13

ATTORNEYS' EYES ONLY

BL-000033181



# Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 86

% of Negative Comments to Overall Comments: 81%

Reason for Negativity: Domestic Violence Advocacy in connection with Booze (tone-deaf)



14

ATTORNEYS' EYES ONLY

BL-000033182



## Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 20
% of Negative Comments to Overall Comments: 62%

Reason for Negativity: DV/Team Justin



15

ATTORNEYS' EYES ONLY

BL-000033183



## Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 90
% of Negative Comments to Overall Comments: 79%

Reason for Negativity: Domestic Violence Advocacy in connection with Booze (tone-deaf)



16

ATTORNEYS' EYES ONLY

BL-000033184



# Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 97
% of Negative Comments to Overall Comments: 64%

Reason for Negativity: Domestic Violence Advocacy (tone deaf)



17

ATTORNEYS' EYES ONLY

BL-000033185



## Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 27
% of Negative Comments to Overall Comments: 65%

Reason for Negativity: Domestic Violence Advocacy (tone deaf)



18

ATTORNEYS' EYES ONLY

BL-000033186



# Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 12

% of Negative Comments to Overall Comments: 92%

Reason for Negativity: Tone deaf, Mean Girl, Cancel Blake



19

ATTORNEYS' EYES ONLY

BL-000033187



## Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 12
% of Negative Comments to Overall Comments: 48%

Reason for Negativity: Tone deaf, Mean Girl, Cancel Blake



20

ATTORNEYS' EYES ONLY

BL-000033188



# Negative Comments Have Plagued Our Social Media Comments



# of Negative Comments: 6
% of Negative Comments to Overall Comments: 30%

Reason for Negativity: Tone deaf, Mean Girl



21

ATTORNEYS' EYES ONLY

BL-000033189