UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

<table>
<tr><td>

BLAKE LIVELY,

                Plaintiff,

     -v-

WAYFARER STUDIOS LLC, et al.,

          Defendants.
</td><td>

24-cv-10049 (LJL)

ORDER
</td></tr>
</table>

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/29/2026

LEWIS J. LIMAN, United States District Judge:

The Court held a pretrial conference in this matter yesterday, April 29, 2026.  This Order memorializes certain directives made during that conference.

Trial will be held in Courtroom 26A.

The parties are directed to meet and confer with Jed Wallace regarding third-party privacy interests which might require sealing exhibits at trial and to file a letter with the Court by May 6, 2026, regarding what has been agreed to.

By 2:00 PM on each day of trial, the party who is presenting its case shall let the other side know of the witnesses it expects to call the next day, including the expected length of direct examination and any exhibits to be used.  The parties shall then meet and confer with respect to any objections to the proposed testimony by 6:30 PM and inform the Court by 8:00 PM if there are objections to the testimony.

For the reasons provided on the record, the Court denies Plaintiff's motion at Dkt. No. 1362 to exclude any jury instruction regarding a "same decision" or "mixed motive" affirmative defense.  By the end of the day today, April 29, 2026, Plaintiff may file an alternative proposed

jury instruction regarding that defense if she wishes.

The parties are reminded that Rule 3.6 of the New York Rules of Professional Conduct has been adopted as an order of the Court.  Dkt. No. 57.  The parties shall meet and confer with respect to whether they wish the Court to adopt any additional orders with respect to trial publicity.

SO ORDERED.

Dated: April 29, 2026
        New York, New York

_____
LEWIS J. LIMAN
United States District Judge

2