LF|TC **Liner Freedman Taitelman+Cooley LLP**

1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Tel: (310) 201-0005
www.lftcllp.com

Ellyn S. Garofalo
Direct: (310) 201-4912
egarofalo@lftcllp.com

April 29, 2026

*Via Email*

The Honorable Lewis J. Liman
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Blake Lively v. Wayfarer Studios LLC, et al.*, Case No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

At the final pretrial conference, the Court asked Wayfarer Studios LLC and It Ends With Us Movie LLC (the "Wayfarer Defendants") to advise the Court whether they would stipulate with respect to the protected activity element of Plaintiff's Fourth Cause of Action for retaliation of California's Fair Employment and Housing Act ("FEHA").

The Wayfarer Defendants agree that for purposes of trial only and with respect to the FEHA retaliation claim, the jury will be instructed to presume that Ms. Lively engaged in protected activity by complaining about or opposing a hostile work environment.

Very truly yours,

*/s/ Ellyn S. Garofalo*

Ellyn S. Garofalo

494507.1