UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

BLAKE LIVELY,

                      Plaintiff,

        -v-

WAYFARER STUDIOS LLC, et al.,

                    Defendants.

------------------------------------------------------------------------X

24-cv-10049 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have filed portions of their pending motions in limine and *Daubert* motions under seal, and non-parties Jed Wallace ("Wallace"), Betty B Holdings, LLC ("Betty B"), and Katherine Case ("Case") have filed motions for continued sealing. Dkt. Nos. 1412, 1415, 1418.

Betty B seeks sealing of personally-identifying information ("PII") in the form of email addresses and phone numbers only. Dkt. No. 1415. The motion is granted.

Wallace and Case seek sealing of the names of prospective clients. Although the Court has previously indicated that sealing of information regarding public-relations services provided for third parties might be warranted, the portions of the materials which Wallace and Case now seek to seal indicate that they were never engaged by the individuals. Additionally, at least some of the information has been reported or publicly disclosed already, which further reduces privacy interests. *See Shetty v. SG Blocks, Inc.*, 2021 WL 4959000, at *4 (E.D.N.Y. Oct. 26, 2021). The motions are denied.

By May 4, 2026, the parties shall refile the relevant materials which were previously filed under seal with limited redactions for PII only.

2

The Clerk of Court is respectfully directed to close Dkt. Nos. 1290, 1299, 1306, 1307, 1313, 1336, 1339, 1343, 1357, 1361, 1381, 1393, and 1401.

SO ORDERED.

Dated: April 30, 2026
          New York, New York

                                   LEWIS J. LIMAN
                         United States District Judge