# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

April 29, 2026

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Daubert Hearing is rescheduled to Friday, May 8, 2026 at 9:30AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court will permit expert Nicole Alexander to testify remotely via Microsoft Teams video conference.

4/30/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *Lively v. Wayfarer Studios LLC et al.,* No. 1:24-cv-10049 (LJL)

Dear Judge Liman:

During the Pre-Trial Conference on April 28, 2026, the Court requested a Daubert hearing on proffered experts Professor Dina Mayzlin, Dr. Aron Culotta, and Nicole Alexander (the "Hearing Experts") and requested the parties submit whether they and the Hearing Experts are available on Tuesday May 5, 2026, beginning at 9:30 A.M. The parties have conferred with one another as well as with the Hearing Experts, but have been unable to find a date next week at which the Hearing Experts are all available to offer live testimony. Unfortunately, two of the Hearing Experts have unmovable conflicts on May 5, 2026. In lieu of that date, the parties respectfully propose scheduling the hearing on either Thursday, May 7 or Friday, May 8, 2026, if the Court has availability on either date. Defendants note that Ms. Alexander is presently out of the country and will remain so through May 8, but would be available to testify remotely on May 8 (though not May 7) between 9AM and 1PM ET. Defendants respectfully request, if the Court is available at that time and date, that Ms. Alexander be permitted to appear remotely or by telephone. Plaintiff objects to the use of remote testimony for only Defendants' Hearing Expert, and respectfully submits that if the Court finds testimony by Ms. Alexander helpful to resolution of the pending Daubert motions, that testimony should be taken in person at the same time as the other Hearing Experts to avoid prejudice.

/s/ *Ellyn S. Garofalo*

LINER FREEDMAN TAITELMAN +
COOLEY, LLP
Bryan J. Freedman (admitted *pro hac vice*)
Ellyn S. Garofalo (admitted *pro hac vice*)
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
(310) 201-0005
bfreedman@lftcllp.com
egarofalo@lftcllp.com

SHAPIRO ARATO BACH LLP
Alexandra A. E. Shapiro
Jonathan Bach
Alice Buttrick
1140 Avenue of the Americas, 17th Floor
New York, NY 10036
Tel: (212) 257-4881
ashapiro@shapiroarato.com
jbach@shapiroarato.com
abuttrick@shapiroarato.com

MEISTER SEELIG & SCHUSTER PLLC
Mitchell Schuster
Kevin A. Fritz
125 Park Avenue, 7th Floor
New York, NY 10017
(202) 655-3500
ms@mss-pllc.com
kaf@mss-pllc.com

AHOURAIAN LAW
Mitra Ahouraian (admitted *pro hac vice*)
2029 Century Park East, 4th Floor
Los Angeles, CA 90067
(310) 376-7878
mitra@ahouraianlaw.com

*Attorneys for Defendants Wayfarer Studios
LLC, It Ends With Us Movie LLC, and The
Agency Group PR LLC*

/s/ Michael J. Gottlieb

WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb
Koren L. Bell
2029 Century Park East
Los Angeles, CA 90067
(310) 855-3000
mgottlieb@willkie.com
kbell@willkie.com

Kristin E. Bender
Anna M. Gotfryd (admitted *pro hac vice*)
1875 K Street NW
Washington, DC 20006
(202) 303-1000
kbender@willkie.com
agotfryd@willkie.com

Michael S. Schachter
Aaron E. Nathan
Michaela A. Connolly
Melissa S. Taustine
M. Annie Houghton-Larsen
787 7th Avenue
New York, NY 10019
(212) 728-8000
mschachter@willkie.com
anathan@willkie.com
mconnolly@willkie.com
mtaustine@willkie.com
mhoughton-larsen@willkie.com

MANATT, PHELPS & PHILLIPS, LLP
Esra A. Hudson (admitted *pro hac vice*)
Naeun Rim (admitted *pro hac vice*)
Stephanie A. Roeser (admitted *pro hac vice*)
Sarah E. Moses (admitted *pro hac vice*)
Sareen K. Armani
Katelyn A. Climaco
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
ehudson@manatt.com

2

3

nrim@manatt.com
sroeser@manatt.com
smoses@manatt.com
sarmani@manatt.com
kclimaco@manatt.com

Matthew F. Bruno
7 Times Sq.
New York, NY 10036
(212) 790-4500
mbruno@manatt.com

*Attorneys for Blake Lively*