# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

May 1, 2026

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:    ***Lively v. Wayfarer Studios LLC, et al.*, No. 1:24-cv-10049-LJL [rel. No. 1:25-cv-00449]**

Dear Judge Liman:

In accordance with the Court's Order dated April 30, 2026 (Dkt. No. 1425), Plaintiff Blake Lively hereby refiles public versions of the following documents previously filed under seal:

- Ms. Lively's Omnibus Memorandum of Law in Opposition to Defendants' Motions in Limine (Dkt. No 1363), and Exhibits 10–21, 27, 34, 35 to the Declaration of Esra A. Hudson in Support of Ms. Lively's Omnibus Memorandum of Law in Opposition to Defendants' Motions in Limine (Dkt. Nos. 1363-1–15).

- Ms. Lively's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Plaintiff's Proffered Experts (Dkt. No. 1402), and Exhibits N, P, X-Z, AA, BB, DD-FF to the Declaration of Kristin E. Bender in support of Ms. Lively's Opposition to Defendants' Motion to Exclude the Testimony of Plaintiff's Proffered Experts (Dkt. Nos. 1405-14, 16, 24–28, 30–32).

- Ms. Lively's Motion to Exclude the Testimony of Ann Fromholz (Dkt No. 1337) and Exhibit 4 to the Declaration of Esra A. Hudson in support of Ms. Lively's Motion to Exclude the Testimony of Ann Fromholz (Dkt. No. 1338-1).

- Ms. Lively's Motion to Exclude the Testimony of James F. Haggerty (Dkt. No. 1300), and Exhibit 2 to the Declaration of Kristin E. Bender in Support of Ms. Lively's Motion to Exclude the Testimony of James F. Haggerty (Dkt. No. 1301-2).

- Exhibits 2–9 to Ms. Lively's Motion to Exclude the Testimony of Michael J. Wagner (Dkt. Nos. 1340-1–8).

- Ms. Lively's Motion to Exclude the Testimony of Nicole Alexander (Dkt. No. 1291); the Declaration of Kristin E. Bender in support of Ms. Lively's Motion to Exclude

# manatt

**Esra A. Hudson**
Manatt, Phelps & Phillips, LLP
Direct Dial: 310-312-4381
ehudson@manatt.com

the Testimony of Nicole Alexander (Dkt. No. 1292); and Exhibits 1, 3–11, 15–17, 19 thereto (Dkt. Nos. 1292-1, 3–11, 15–17, 19).

- Ms. Lively's Omnibus Memorandum of Law in support of her Motions in Limine (Dkt. No. 1333); the Declaration of Esra A. Hudson in Support of Ms. Lively's Motions in Limine (Dkt. No. 1335); Exhibits 3, 10, 13, 15, 17, 18, 20–22 thereto (Dkts. No. 1335-1–9).

Respectfully submitted,

/s/ Esra A. Hudson

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP | MANATT, PHELPS & PHILLIPS, LLP |
| Michael J. Gottlieb | Esra A. Hudson (admitted *pro hac vice*) |
| Koren Bell | Naeun Rim (admitted *pro hac vice*) |
| 2049 Century Park East | Stephanie A. Roeser (admitted *pro hac vice*) |
| Los Angeles, California 90067 | Sarah E. Moses (admitted *pro hac vice*) |
| (310) 855-3000 | Sareen K. Armani |
| mgottlieb@willkie.com | Katelyn A. Climaco |
| kbell@willkie.com | 2049 Century Park East, Suite 1700 |
| | Los Angeles, CA 90067 |
| Kristin E. Bender | (310) 312-4000 |
| 1875 K Street NW | ehudson@manatt.com |
| Washington, DC 20006 | nrim@manatt.com |
| (202) 303-1000 | sroeser@manatt.com |
| kbender@willkie.com | smoses@manatt.com |
| | sarmani@manatt.com |
| Michael S. Schachter | kclimaco@manatt.com |
| Aaron E. Nathan | |
| Michaela A. Connolly | Matthew F. Bruno |
| Melissa Taustine | 7 Times Sq. |
| Willkie Farr & Gallagher LLP | New York, NY 10036 |
| 787 7th Avenue New York, NY 10019 | (212) 790-4500 |
| (212) 728-8000 | mbruno@manatt.com |
| anathan@willkie.com | |
| mconnolly@willkie.com | |
| mtaustine@willkie.com | |
| | |
| DUNN ISAACSON RHEE LLP | |
| Meryl C. Governski (admitted *pro hac vice*) | |
| 401 Ninth Street, NW | |
| Washington, DC 20004 | |
| (202) 240-2900 | |
| mgovernski@dirllp.com | *Attorneys for Blake Lively* |