# EXHIBIT 12
## Filed Under Seal

**Thread Participants:** ███████ Henny Grace (Owner); ███████ Melissa TAG;
Justin Baldoni (Owner); ███████ J B (Owner)
**Active Participants:** ███████ Henny Grace (Owner); ███████ Melissa TAG
**First Message:** 8/14/2024 7:56:52 AM
**Last Message:** 8/14/2024 9:22:43 AM

███████ **Henny Grace (Owner)**
Hello from the air above the UK
8/14/2024 7:56:52 AM

███████ **Melissa TAG**
Oh gosh don't land there
They might make you eat Nando's against your will
8/14/2024 7:57:22 AM

███████ **Melissa TAG**
Let's wait for Friday to do the more personal one.
I want to get the next few days out the way to make sure
that there are no self-serving headlines and bullshit from
the other side

Sharing the one from an actual DV charity today feels like
the right move because honestly that is incredibly well put
together .
8/14/2024 7:58:33 AM

███████ **Henny Grace (Owner)**
Talk to me about this - so im really frustrated about this
crisis PR leak- and framing it as Johnny depps firm to
poise that I have something to hide and also there was
abuse
8/14/2024 8:03:04 AM

███████ **Henny Grace (Owner)**
I don't understand how we are letting her continue to leak
stories and do this to us
8/14/2024 8:03:27 AM

███████ **Henny Grace (Owner)**
Just need you to walk me through this
8/14/2024 8:03:39 AM

1

NATHAN_000003972

**Melissa TAG**

sure-firstly I am also incredibly frustrated . A PR should never be part of a story but- I also work with many people who are in trouble and protect them.

They use JD because he's a headline grab but also, there was so much proof that he was also a victim of abuse, which is why we won - it's everyone simple as that.

Was a difficult relationship for them both I feel we can agree

Jen knows - I spoke for an hour on the phone from 12-1am my time she swears she had nothing to do with it but I know someone placed this.

It doesn't make you look bad - if anything it makes you also look protected if you flip it around as they also have crisis ( Leslie )

All the reporters like and trust me, which is why when they called me, they took out all the social media stuff and did a straight story as they wouldn't kill it.

None of the stories are asking the WHY question. They are simply that he hired , which by the way in Hollywood is the most normal thing ever.

If anything- it also makes you look prepared for anything.

Social media is only towards you- BL was trending last night for hours pro u and again her which honestly I don't love myself.

And none of us wanted that, especially you, I'm sure .

Whatever they tried to do or whoever tried to do it- they failed and getting a linking abuse of story

8/14/2024 8:10:26 AM

**Melissa TAG**

Wayfarer is a big studio now- propelled into a tier upwards , protecting you and the brand is something you need to do.

8/14/2024 8:11:46 AM

**Melissa TAG**

You want to see a headline :

https://www.hollywoodreporter.com/movies/movie-news/harvey-weinstein-publicist-leslie-sloane-697636/amp/

People in glass houses  shouldn't throw stones.

8/14/2024 8:12:58 AM

2

CONFIDENTIAL

NATHAN_000003973

**Henny Grace (Owner)**
Do you believe Leslie ?
Can you spin the crisis Pr thing so it's actually factual-
There have been lies put out , up against powerful people,
just protecting myself , TAG reps a lot of people and that
headline was just to smear more
8/14/2024 8:13:02 AM

**Henny Grace (Owner)**
So do we say/ Blake and ryan hire Harvey Weinstein
publicist
8/14/2024 8:13:53 AM

**Henny Grace (Owner)**
Loved "You want to see a headline :

https://www.hollywoo…"
8/14/2024 8:14:10 AM

**Melissa TAG**
That's a conversation I'm going to have with Jen/ Jamey
today …

I said to Leslie on the phone - you tell US what you think
the solution is here, he is respectful - they don't like . He
plays by their rules - they don't like. What DO they like .

I'm Waiting on an answer.

You hiring someone isn't a nuclear story , it's a prepared
story.

And everyone big in Hollywood has a crisis person
especially these days.
8/14/2024 8:16:51 AM

**Henny Grace (Owner)**
I feel she needs to know we aren't scared.
8/14/2024 8:18:20 AM

**Melissa TAG**
Oh . She does .
8/14/2024 8:18:26 AM

**Melissa TAG**
I went through every single thing truthfully with her
8/14/2024 8:18:33 AM

**Henny Grace (Owner)**
I think she's trying to get the cast and Colleen to make a
statement or something together
8/14/2024 8:18:45 AM

3

CONFIDENTIAL

NATHAN_000003974

**Henny Grace (Owner)**
Doesn't that show our cards? If she knows our whole defense and you don't know her attack ?
8/14/2024 8:19:01 AM

**Henny Grace (Owner)**
Sorry I'm just learning not questioning
8/14/2024 8:19:07 AM

**Melissa TAG**
She said coleen won't talk she wishes she would Cast won't talk.
8/14/2024 8:19:13 AM

**Melissa TAG**
She doesn't care about that.
She just cares about Blake looking like shit and Blake is looking absolutely horrendous .
8/14/2024 8:19:36 AM

**Henny Grace (Owner)**
It's helpful for me (emotionally) to have this info- I know this happened late
I think I can receive voice memos- can you just send me a voice note walking me through all this and what this call was ? I got cliff notes
8/14/2024 8:20:16 AM

**Melissa TAG**
*Reply*
Not in that way. I went day by day to show her we don't place stories.

She also knows if I'm going to place a story I will burn the house down
8/14/2024 8:20:21 AM

**Henny Grace (Owner)**
So she has a healthy fear of you
8/14/2024 8:20:45 AM

**Melissa TAG**
Sure ! Just give me a second .
8/14/2024 8:20:49 AM

**Melissa TAG**
She knows the reach I have.
8/14/2024 8:21:27 AM

4

NATHAN_000003975

**Henny Grace (Owner)**
She wants cast and Colleen to talk but they won't? Yeah explain.
I have to believe some of them are regretting choosing a side
8/14/2024 8:21:33 AM

**Henny Grace (Owner)**
Yes that's why she outed you as my crisis person- so if you ever do then she can point to the depp stuff and it looks like I'm hiding
8/14/2024 8:22:05 AM

**Henny Grace (Owner)**
I don't trust her
8/14/2024 8:22:09 AM

**Melissa TAG**
https://www.instagram.com/reel/C-I5V-8g_Mj/?igsh=M3Nqa3U0MTIrYmF1
📎
<__Library_SMS_Attach_1_52_02_AEBEA7_1_3A5FA7_1>
📎
<__Library_SMS_Attach_1_8a_10_E34022_1_7391B9_1>
📎
<__Library_SMS_Attach_1_77_07_5F0957_1_B29A44_1>
8/14/2024 8:25:35 AM

**Melissa TAG**
My social team just flagged there's a new trend because of all this .

Don't watch it from your account
Watch it from a fake one, please
8/14/2024 8:25:35 AM

**Henny Grace (Owner)**
I don't have a fake account
Can people see when I watch? Shit
8/14/2024 8:26:25 AM

**Melissa TAG**
You can choose to turn your profile view history on or off. Turning off profile view history means you won't see who has viewed your profile, and others won't see that you've viewed theirs.
8/14/2024 8:28:10 AM

**Henny Grace (Owner)**
Pretty sure it's off
8/14/2024 8:31:12 AM

5

NATHAN_000003976

**Melissa TAG**

4 big creators so far are doing parodies - it's spreading.

Let's do this - when you land.

You/ Jen and I jump on a call and go through all.

Every agency has clients in trouble - every single one there is not one publicist that can point towards not having one or ten.

Plus on a scale of kill stories , they are the only ones that have put out any information, not us and that is a card that I pulled with Leslie.

I left it last night as please come back to us and tell us because we are baffled - we will do whatever it takes to either work with you or protect Justin and the studio if anything wrongly leaked and put out there but . until then we are not doing anything.

I want her to report this back to WME . We have a treasure chest now of items to use. Not worried, the adoration of you is vast.

Even if you've hired a publicist  that specialises in crisis , everyone knows I also work and help so many people in actual trouble- I teach at USC and no skeletons in my closet.

Don't worry .

8/14/2024 8:41:13 AM

**Melissa TAG**

https://amp.tmz.com/2024/08/14/blake-lively-justin-baldoni-cast-feud/

📎
<__Library_SMS_Attach_1_35_05_A88496_1_99EF28_1
>
📎
<__Library_SMS_Attach_1_aa_10_BD2925_1_1778B4_1
>

8/14/2024 8:42:13 AM

**Henny Grace (Owner)**

Loved "4 big creators so far are doing parodies - it's sp…"
8/14/2024 9:20:59 AM

**Henny Grace (Owner)**

🙏🙏🙏🙏
8/14/2024 9:22:42 AM

**Henny Grace (Owner)**

♥
8/14/2024 9:22:43 AM

6

NATHAN_000003977