# EXHIBIT 13
## Filed Under Seal

**Thread Participants:** ▉ Melissa Nathan (Owner); ▉ Sara Nathan; ▉ Melissa Nathan (Owner); ▉ Melissa Nathan (Owner)

**Active Participants:** ▉ Melissa Nathan (Owner); ▉ Sara Nathan

**First Message:** 8/13/2024 8:10:26 AM

**Last Message:** 8/13/2024 8:51:53 PM

---

**Sara Nathan**
https://people.com/it-ends-with-us-director-justin-baldoni-blake-lively-cast-clash-conflict-8694328
📎 <3AA7CA1E-D37C-4E3A-9D12-1A1E66459BB5.pluginPayloadAttachment>
📎 <CD80131B-3680-4E4C-81C0-5B5BCCE276EB.pluginPayloadAttachment>
8/13/2024 8:10:26 AM

**Sara Nathan**
I think you've got to start hitting back
8/13/2024 8:10:26 AM

**Sara Nathan**
Am listing this: Blake Lively was given final edit approval on "It Ends With Us" to make the movie more "feminine", according to sources. The star - and the rest of the cast - are not speaking to director and co-star Justin Baldoni, and Brandon Sklenar particularly has a problem with him over, we're told. Although not greenlit, as we predicted, there will now be a battle over the sequel, "It Starts With Us", as Baldoni owns the rights to the film, but due to the rift with Lively it's unknown what will happen yet.
A source said, "There were two edits and the studio went with a more feminine
edit. Blake had the right to do that she had final edit approval."
8/13/2024 10:42:15 AM

**Melissa Nathan (Owner)**
Just landed what a journey
8/13/2024 11:30:39 AM

**Sara Nathan**
Jesus christ
8/13/2024 11:30:44 AM

**Melissa Nathan (Owner)**
I can't do fuck all
8/13/2024 11:30:44 AM

**Sara Nathan**
WTF
8/13/2024 11:30:46 AM

1

CONFIDENTIAL



CONFIDENTIAL

NATHAN_000002525

**Melissa Nathan (Owner)**
I'm so fucking tired what other shit is she spinning now
8/13/2024 1:25:42 PM

**Melissa Nathan (Owner)**
She told them again it's me and boys
8/13/2024 1:25:48 PM

**Melissa Nathan (Owner)**
Bots conducting digital warfare
8/13/2024 1:25:59 PM

**Sara Nathan**
The Melissa Nathan bot farm
8/13/2024 1:26:23 PM

**Sara Nathan**
In association with River Roblox
8/13/2024 1:26:44 PM

**Melissa Nathan (Owner)**
How bad is she taking him down now?
8/13/2024 1:26:45 PM

**Melissa Nathan (Owner)**
She's so full of shit it's actually insane
8/13/2024 1:26:51 PM

**Sara Nathan**
She's not just saying Blake got final edit to make the film more feminine.
8/13/2024 1:27:02 PM

**Melissa Nathan (Owner)**
What they want him to do is actually crazy
I told him to lawyer up
8/13/2024 1:27:07 PM

**Sara Nathan**
There were two versions and Blake got final approval
8/13/2024 1:27:15 PM

**Melissa Nathan (Owner)**
I don't think she finally edit though
8/13/2024 1:27:17 PM

**Sara Nathan**
I think he must
8/13/2024 1:27:19 PM

**Melissa Nathan (Owner)**
I don't think that's true
8/13/2024 1:27:22 PM

3

CONFIDENTIAL

NATHAN_000002526

**Sara Nathan**
I think she got to sanction it maybe ?
8/13/2024 1:27:27 PM

**Sara Nathan**
Like approval
8/13/2024 1:27:35 PM

**Melissa Nathan (Owner)**
There was two different versions and hers  tested lower
8/13/2024 1:27:41 PM

**Sara Nathan**
Laughed at "There was two different versions and hers tested …"
8/13/2024 1:27:50 PM

**Melissa Nathan (Owner)**
I think she's just spinning bullshit
But honestly, it doesn't matter
Because it just shows how they are pushing out stories
and we are not so they can continue to go ahead
8/13/2024 1:28:00 PM

## Redacted - NR

**Melissa Nathan (Owner)**
It wasn't a more feminine edit - that is out right
8/13/2024 1:34:42 PM

**Sara Nathan**
Ok -those are her words…etc..do we know what precisely happened ?
8/13/2024 1:35:08 PM

**Sara Nathan**
From Jen?
8/13/2024 1:35:11 PM

**Melissa Nathan (Owner)**
You are saying she did this as it was a more feminine edit ??
8/13/2024 1:35:51 PM

**Sara Nathan**
This is what I was told:
8/13/2024 1:36:07 PM

**Sara Nathan**
We're told us there were two versions made and tested with audiences.A studio insider said, "There were two edits and the studio went with a more feminine edit. Blake had the right to do that as she had final edit approval."
8/13/2024 1:36:31 PM

4

CONFIDENTIAL

NATHAN_000002527



CONFIDENTIAL

NATHAN_000002528



**Sara Nathan**
Oy to the vey
8/13/2024 3:59:20 PM

**Sara Nathan**
What hotel
8/13/2024 3:59:26 PM

**Melissa Nathan (Owner)**
https://www.wesh.com/article/tropical-storm-ernesto-path-2024-tracker-models/61862816
<__Library_SMS_Attach_1_57_07_866CF0_1_D50BC0_1>
<__Library_SMS_Attach_1_82_02_4F1CDB_1_356932_1>
8/13/2024 3:59:34 PM

**Sara Nathan**
Only you
8/13/2024 4:00:16 PM

**Melissa Nathan (Owner)**
Oh, I didn't even know because Alyx did the whole thing and you know I don't pay attention properly
It's the one we stayed in that Logan gets rates at
But I fucking hate this room and I've already complained
And they had to pull in all the furniture from the outside
So it's not like a dream or anything
8/13/2024 4:00:16 PM

**Melissa Nathan (Owner)**
<__Library_SMS_Attach_1_f0_00_805C1C_1_745272_1.HEIC>
8/13/2024 4:01:40 PM

**Melissa Nathan (Owner)**
Dream ? Or nightmare
8/13/2024 4:01:40 PM

**Sara Nathan**
Im not even sure what alyx could not just do it Hearle!!
8/13/2024 4:03:04 PM

**Sara Nathan**
Herself
8/13/2024 4:03:06 PM

**Sara Nathan**
Emphasized an image
8/13/2024 4:03:11 PM

6

CONFIDENTIAL

NATHAN_000002529



**Sara Nathan**
https://mol.im/a/13739569
📎
<__Library_SMS_Attach_1_58_08_3997DD_1_FB8163_1>
📎 <B1EC516C-05C5-4375-93A8-9D1222827BA6.pluginPayloadAttachment>
8/13/2024 4:57:24 PM

**Sara Nathan**
Blake Lively fans blast 'tone deaf' It Ends With Us interview
8/13/2024 4:57:24 PM

**Melissa Nathan (Owner)**
I saw
8/13/2024 4:58:05 PM

**Sara Nathan**
Liked "I saw "
8/13/2024 4:58:14 PM

**Melissa Nathan (Owner)**
Stil not placing any stories
8/13/2024 5:02:39 PM

**Sara Nathan**
Liked "Stil not placing any stories "
8/13/2024 5:02:49 PM

**Sara Nathan**
She's gone truly nuts today
8/13/2024 5:03:01 PM

**Sara Nathan**
Sitting in Apple
8/13/2024 5:03:07 PM

**Melissa Nathan (Owner)**
That is all Leslie.
8/13/2024 5:03:07 PM

**Sara Nathan**
This is after she fed me stuff today
📎
<__Library_SMS_Attach_1_9b_11_3BA8B8_1_Screen_1.heic>
8/13/2024 5:12:43 PM

**Melissa Nathan (Owner)**
This is such a bunch of fucking bullshit
8/13/2024 5:14:33 PM

7

CONFIDENTIAL

NATHAN_000002530



**Sara Nathan**
Right
8/13/2024 5:14:44 PM

**Sara Nathan**
Thankfully I had good  chat with Jen
8/13/2024 5:15:02 PM

**Melissa Nathan (Owner)**
From a PR standpoint
She gave her client wrong advice in terms of positioning

Blake didn't even team up with the DV charity she teamed up with urban fucking stems

Blake is not this wonderful angel from up high
8/13/2024 5:15:28 PM

**Melissa Nathan (Owner)**
At least I admit when my clients are shit
8/13/2024 5:15:37 PM

**Sara Nathan**
Liked "At least I admit when my clients are shit"
8/13/2024 5:15:43 PM

**Melissa Nathan (Owner)**
*Reply*
This is also so funny she is the one fuelling this not us.
8/13/2024 5:48:02 PM

**Sara Nathan**
1000pc
8/13/2024 5:48:36 PM

**Melissa Nathan (Owner)**
I'm on with freeman but your fucking Leslie
8/13/2024 6:50:15 PM

**Melissa Nathan (Owner)**
She's placed a fucking story on me
8/13/2024 6:50:23 PM

**Melissa Nathan (Owner)**
To THR saying Justin has hired me
8/13/2024 6:50:36 PM

**Melissa Nathan (Owner)**
I'm fucking done with these old cretin PRs
8/13/2024 6:50:48 PM

**Melissa Nathan (Owner)**
I keep to myself
8/13/2024 6:50:57 PM

8

NATHAN_000002531

**Sara Nathan**
Wtf
8/13/2024 6:50:59 PM

**Melissa Nathan (Owner)**
I don't fuck anyone over  OR her
8/13/2024 6:51:10 PM

**Melissa Nathan (Owner)**
And she's done this
8/13/2024 6:51:14 PM

**Sara Nathan**
It's not my leslie !
8/13/2024 6:51:15 PM

**Melissa Nathan (Owner)**
I'm fucking so upset
8/13/2024 6:51:21 PM

**Sara Nathan**
But what is even the story !
8/13/2024 6:51:25 PM

**Melissa Nathan (Owner)**
Pam Mclintock is the report
8/13/2024 6:51:32 PM

**Sara Nathan**
Get them to pull it ?!
8/13/2024 6:51:34 PM

**Melissa Nathan (Owner)**
They won't
8/13/2024 6:51:38 PM

**Melissa Nathan (Owner)**
Justin hires JD Pr
8/13/2024 6:51:48 PM

**Sara Nathan**
Oh ffs
8/13/2024 6:52:01 PM

**Sara Nathan**
Want me to try to pull
8/13/2024 6:53:07 PM

**Melissa Nathan (Owner)**
No it looks fucking babyish
8/13/2024 6:53:44 PM

**Sara Nathan**
It's not even a big story
8/13/2024 6:53:57 PM

9

CONFIDENTIAL

NATHAN_000002532



**Sara Nathan**
Everyone is allowed reps
8/13/2024 6:54:02 PM

**Melissa Nathan (Owner)**
Will call back
8/13/2024 7:04:17 PM

**Melissa Nathan (Owner)**
Ryan Reynolds follows 1,654 people on Twitter, one of them is Pamela McClintock
8/13/2024 7:11:59 PM

**Sara Nathan**
Liked "Ryan Reynolds follows 1,654 people on Twitter, one..."
8/13/2024 7:12:19 PM

**Melissa Nathan (Owner)**
The reporter .
8/13/2024 7:12:49 PM

**Sara Nathan**
I get it
8/13/2024 7:12:55 PM

**Sara Nathan**
It's ridiculous
8/13/2024 7:13:41 PM

**Melissa Nathan (Owner)**
Wme asked her
She flat out, said no, I didn't do it

She is the only person that would do it
8/13/2024 7:14:05 PM

**Melissa Nathan (Owner)**
I don't wanna do this job anymore
8/13/2024 7:14:11 PM

**Sara Nathan**
Me neither
8/13/2024 7:14:26 PM

**Melissa Nathan (Owner)**
I want to cry and I still have two more calls to go
8/13/2024 7:14:27 PM

**Sara Nathan**
Only 2 weeks till massages
8/13/2024 7:14:42 PM

**Sara Nathan**
Hold on
8/13/2024 7:14:47 PM

10

CONFIDENTIAL

NATHAN_000002533

**Sara Nathan**

📎 <__Library_SMS_Attach_1_76_06_5FC886_1_View r_1.heic>

8/13/2024 7:43:40 PM

**Sara Nathan**

If you want me to tell Leslie to get it down I will

8/13/2024 8:04:56 PM

**Melissa Nathan (Owner)**

No

8/13/2024 8:15:34 PM

**Melissa Nathan (Owner)**

I'll get her back my own way

8/13/2024 8:15:38 PM

**Melissa Nathan (Owner)**

I swear

8/13/2024 8:15:43 PM

**Sara Nathan**

Liked "I'll get her back my own way"

8/13/2024 8:15:46 PM

**Melissa Nathan (Owner)**



8/13/2024 8:16:42 PM

**Sara Nathan**

This is ridiculous

8/13/2024 8:17:12 PM

**Sara Nathan**

A non story

8/13/2024 8:17:15 PM

11

CONFIDENTIAL

NATHAN_000002534

**Sara Nathan**
Placed to be stupid and childish
8/13/2024 8:17:26 PM

**Melissa Nathan (Owner)**
https://www.hollywoodreporter.com/movies/movie-news/justin-baldoni-hires-pr-crisis-manager-melissa-nathan-it-ends-with-us-1235973715/
<__Library_SMS_Attach_1_1d_13_BF4087_1_B8B02C_1>
<293F1623-1656-4B80-A119-FA1674BAD3DF.42471811-5667-4E7E-AB0A-A3E50F40E2A3.pluginPayloadAttachment>
8/13/2024 8:29:14 PM

**Sara Nathan**
Honestly makes you look good
8/13/2024 8:30:05 PM

**Sara Nathan**
So f them
8/13/2024 8:30:10 PM

**Sara Nathan**
Ali z just messaged after reading it and said it
8/13/2024 8:47:08 PM

**Sara Nathan**
Is good for you
8/13/2024 8:47:12 PM

**Melissa Nathan (Owner)**
Wrf can I say to this shit



8/13/2024 8:49:54 PM

CONFIDENTIAL

NATHAN_000002535

**Sara Nathan**
Just make a joke of it and put emojis there
8/13/2024 8:50:49 PM

**Sara Nathan**
Don't say anything to marcy at all  - mouth
8/13/2024 8:51:53 PM

13

CONFIDENTIAL

NATHAN_000002536