# EXHIBIT 14

## Filed Under Seal

## Short Message Report

| Conversations: 1 | Participants: 1 |
|---|---|
| Total Messages: 1 | Date Range: 8/14/2024 |

## Outline of Conversations

💬    **02ec3c408205d3c950de9048bbd0aede-2024-08-14** • 1 message on 8/14/2024 • Melissa Nathan

1

                                                                      LS_0000354

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬    **02ec3c408205d3c950de9048bbd0aede-2024-08-14**

MN    **Melissa Nathan**                                                          8/14/2024, 11:04 AM

I know you did not place this.
I know it.
You Don't even have to tell me .

Do you have time to speak to me, and jen

2

CONFIDENTIAL                                                                    LS_0000355